**EXHIBIT A**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

**INVOICES FOR THE TIME PERIOD**

**SEPTEMBER 1-30, 2012**



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

**David Austern, Futures Claims Representative for**
**W.R. Grace & Co.**
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

October 15, 2012
Client No. 17367
Invoice No. 1386627

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through September 30, 2012 in connection with the matters described on the attached pages: | $ | 127,686.00 |
| DISBURSEMENTS as per attached pages: | | 2,331.17 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | 130,017.17 |

Matter(s): 17367/11, 12, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$599,866.55
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 17367/ Invoice: 1386627 | *ACH & Wire Transfers:*<br>**ABA Number 121000248**<br>**SWIFT CODE: WFBIUS6S**<br>**Account Number: 4123701088**<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1386627*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 17367/ Invoice: 1386627 |


ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

October 15, 2012
Client No. 17367
Invoice No. 1386627

Orrick Contact: Roger Frankel

For Legal Services Rendered Through September 30, 2012 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/09/12 | P. Mahaley | Analyze changes to settlement agreement proposed by insurer. | 0.30 |
| 09/10/12 | P. Mahaley | Revise draft settlement agreement with insurer. | 1.20 |
| 09/18/12 | P. Mahaley | Respond to inquiry from insurer counsel re status of bankruptcy proceedings. | 0.20 |
| 09/19/12 | R. Frankel | Review settlement agreement with insurer from P. Mahaley. | 0.70 |
| 09/21/12 | R. Wyron | Review draft insurance settlement and provide comments. | 0.80 |

|  | Total Hours | 3.20 |  |
|---|---|---|---|
|  | Total For Services |  | $2,527.00 |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.70 | 995.00 | 696.50 |
| Peri N. Mahaley | 1.70 | 665.00 | 1,130.50 |
| Richard H. Wyron | 0.80 | 875.00 | 700.00 |
| Total All Timekeepers | 3.20 | $789.69 | $2,527.00 |

|  | **Total For This Matter** | **$2,527.00** |
|---|---|---|



David Austern, Futures Claims Representative for W.R. Grace & Co. -     October 15, 2012
17367                                                                    Invoice No. 1386627
page 2

For Legal Services Rendered Through September 30, 2012 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/04/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/04/12 | D. Felder | Telephone conference with Debtors and ACC regarding status of Third Circuit appeal and other case issues (.5); review Lincoln presentation regarding Sealed Air (1.2); review estimation hearing transcripts and e-mail correspondence from J. Kimble regarding same (1.1). | 2.80 |
| 09/04/12 | R. Wyron | Review and respond to e-mails re Sealed Air (.4); participate in status conference call with Grace counsel and follow-up regarding same (.8). | 1.20 |
| 09/04/12 | R. Frankel | Review, consider series of e-mails regarding warrant transactions with E. Inselbuch, P. Lockwood, J. Radecki (.6); telephone conference with J. Radecki regarding same (.4). | 1.00 |
| 09/04/12 | R. Frankel | Review Lincoln International presentation regarding Sealed Air (1.6); e-mails regarding same (.3). | 1.90 |
| 09/04/12 | R. Frankel | Review file in preparation for team call (.4); telephone conference with M. Shelnitz, J. Donley, P. Lockwood, R. Wyron regarding status of appeals (.5). | 0.90 |
| 09/05/12 | D. Felder | Continue review of deposition transcripts regarding claims inquiry from Towers Watson (1.0); telephone conference with Lincoln regarding Sealed Air issues and follow-up regarding same (1.1). | 2.10 |
| 09/05/12 | R. Wyron | Review materials for Sealed Air discussion (.6); telephone conference re warrant issues and follow-up re same (.6); telephone conference with F. Monaco and follow-up re same (.3); conference with Lincoln re Sealed Air and warrant issues (1.1); respond to e-mails re mediation (.1). | 2.70 |
| 09/05/12 | R. Frankel | E-mails with J. Radecki, D. Austern regarding Sealed Air, Grace 8-Ks (.4); review, consider both 8-Ks (.9); notes regarding same (.3). | 1.60 |
| 09/05/12 | R. Frankel | Review, edit revised warrant transaction term sheet. | 0.40 |
| 09/05/12 | R. Frankel | Review, edit draft Term Sheet regarding warrant transaction (.4); e-mails with J. Radecki, J. Sinclair regarding same (.3). | 0.70 |
| 09/05/12 | R. Frankel | Review prior term sheets, e-mails regarding warrant transaction (.5); conference call with E. Inselbuch, J. Radecki, J. Sinclair, R. Wyron regarding warrant transaction (.6). | 1.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 3

October 15, 2012  
Invoice No. 1386627

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/06/12 | R. Wyron | Review warrant issues and telephone conferences re same (.3); review equitable mootness cases (.4). | 0.70 |
| 09/06/12 | R. Frankel | Telephone conferences with J. Radecki regarding Sealed Air, Grace 8-Ks (.5); telephone conference with D. Austern regarding same, warrant transaction (.4). | 0.90 |
| 09/06/12 | R. Frankel | Review Sealed Air presentation attached to 8-K. | 1.20 |
| 09/07/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/07/12 | R. Wyron | Review equitable mootness issues and new case (.8); conference with R. Frankel re warrant, Sealed Air and D. Austern discussion, and follow-up re same (.6). | 1.40 |
| 09/07/12 | R. Frankel | Review cases regarding equitable mootness. | 0.90 |
| 09/07/12 | R. Frankel | Exchange of e-mails with E. Inselbuch regarding warrant transaction. | 0.40 |
| 09/07/12 | R. Frankel | Telephone conferences with E. Inselbuch, R. Wyron, J. Radecki regarding warrant issues, meeting with Grace. | 1.20 |
| 09/07/12 | R. Frankel | Review file, consider status of case, warrants. | 1.10 |
| 09/10/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/10/12 | R. Wyron | Review e-mails re Libby settlement implementation and follow-up re same. | 0.30 |
| 09/10/12 | R. Frankel | Review series of e-mails with P. Lockwood, J. Donley re Grace 8-K (.3); review 8-K (.3). | 0.60 |
| 09/10/12 | R. Frankel | Review series of e-mails with R. Wyron, M. Giannotto re status of Libby settlement. | 0.30 |
| 09/11/12 | D. Felder | Begin review of draft joint appendix from Debtors, joint appendix designated in District Court and e-mail correspondence regarding same (4.0); review Third Circuit rules regarding same (.8). | 4.80 |
| 09/11/12 | R. Wyron | Telephone conference with Grace and ACC counsel re issues and strategy (.7); follow-up on Libby settlement and BNSF issues (.6); review Towers Watson materials on pending claims and dismissal rates (.9); review issues re joint appendix from D. Felder (.6). | 2.80 |
| 09/11/12 | R. Frankel | Review draft joint appendix from Kirkland (1.1); review series of e-mails with D. Felder, R. Wyron, Kirkland regarding same (.2). | 1.30 |
| 09/11/12 | R. Frankel | Telephone conference with Grace, P. Lockwood, R. Wyron, J. Donley regarding case issues (.5); review article regarding Grace status (.2). | 0.70 |


ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | October 15, 2012 |
|---|---|
| page 4 | Invoice No. 1386627 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/12/12 | D. Felder | Review draft Third Circuit appendices, Plan Proponents' District Court brief, and District Court joint appendix and note issues regarding same (5.5); prepare e-mail summary to R. Frankel and R. Wyron regarding same (.8). | 6.30 |
| 09/12/12 | R. Wyron | Telephone conferences and e-mails re warrant proposal (.8); review Joint Appendix issues and e-mails, and respond (.9). | 1.70 |
| 09/12/12 | R. Frankel | Telephone conferences with E. Inselbuch, J. Radecki, R. Wyron regarding warrant transaction (.5); prepare notes regarding same (.7). | 1.20 |
| 09/13/12 | D. Felder | Telephone conference with Lincoln, R. Frankel and R. Wyron regarding update on warrant discussions (.3); review issues regarding Third Circuit appendix and respond to e-mail correspondence regarding same (2.0); e-mail correspondence with Debtors' counsel regarding same (.5); review Anderson Memorial Hospital's concise summary of Third Circuit appeal from Rule 60 motion and related filings (.3). | 3.10 |
| 09/13/12 | R. Smith | Telephone conference with R. Frankel and R. Wyron regarding warrant proposal (.7); work on term sheet (3.0). | 3.70 |
| 09/13/12 | R. Wyron | Review warrant proposal and e-mails re same (.8); telephone conference with R. Smith re warrant issues and follow-up re same (.8); telephone conference with J. Radecki re warrant issues (.4); telephone conference with A. Paul re Montana and follow-up re same (.4); review Joint Appendix issues (.4). | 2.80 |
| 09/13/12 | R. Frankel | Review term sheet items regarding warrant (.6); telephone conference with R. Smith, R. Wyron regarding revising Term Sheet language (.6). | 1.20 |
| 09/13/12 | R. Frankel | Telephone conferences with E. Inselbuch regarding Montana warrant transaction (.5); telephone conference with D. Austern regarding warrant transaction (.3); telephone conference with R. Wyron regarding Montana warrant transaction (.4). | 1.20 |
| 09/13/12 | R. Frankel | Telephone conference with Lincoln International, R. Wyron, D. Felder regarding warrant transaction (.4); notes regarding same (.1). | 0.50 |
| 09/13/12 | R. Frankel | Review terms of possible warrant transaction in preparation for conference call. | 0.60 |
| 09/13/12 | R. Frankel | Review J. Biggs Estimation Report as filed with the Bankruptcy Court. | 1.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

October 15, 2012  
Invoice No. 1386627

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/13/12 | R. Frankel | Review e-mail memo from D. Felder, edits from R. Wyron regarding joint appendix (1.0); review series of e-mails from D. Felder and R. Wyron regarding same (.3). | 1.30 |
| 09/14/12 | D. Felder | Review joint appendix issues and e-mail correspondence with R. Barakat regarding same. | 1.00 |
| 09/14/12 | R. Smith | Revise term sheet draft (3.0); call with R. Frankel and R. Wyron re same (.3); review e-mails re same (.3). | 3.60 |
| 09/14/12 | R. Wyron | Review draft warrant term sheet and provide comments (.7); conference with R. Frankel and R. Smith re issues and follow-up (1.3); follow-up re Montana (.3). | 2.30 |
| 09/14/12 | R. Frankel | Series of e-mails with E. Inselbuch, R. Wyron re status of Term Sheet on warrants. | 0.50 |
| 09/14/12 | R. Frankel | Review AMH concise summary of case, statement of issues, e-mails re same. | 0.60 |
| 09/14/12 | R. Frankel | Review Term Sheet from R. Smith re warrant transaction (.8); review edits to Term Sheet from R. Wyron (.4); e-mail R. Smith with comments (.2). | 1.40 |
| 09/14/12 | R. Frankel | Review revised Term Sheet from R. Smith (.4); e-mail to E. Inselbuch, et al. re same (.3). | 0.70 |
| 09/17/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/18/12 | M. Timpani | Research cert petition from Supreme Court for R. Wyron. | 0.50 |
| 09/18/12 | R. Wyron | Review warrant proposal and e-mails re same (.4); telephone conference with J. Donley re Montana and follow-up re same (.4); review cert petition and research re scope of injunctive relief and follow-up re same (.5). | 1.30 |
| 09/18/12 | R. Frankel | E-mails with Lincoln re warrant term sheet (.3); confer with R. Wyron re status, settlement issues (.4). | 0.70 |
| 09/18/12 | R. Frankel | Review file re Montana, Canada appeal issues in connection with settlement. | 0.90 |
| 09/19/12 | J. Shin | Confer with R. Smith regarding warrant related issues (.3); review e-mails from same and draft term sheet (.7). | 1.00 |
| 09/19/12 | R. Smith | Review revised term sheet and related e-mail (.2); conference with J. Shin regarding same (.2); e-mail to J. Shin regarding same (.3). | 0.70 |
| 09/19/12 | R. Wyron | Review and comment on draft warrant agreement (.7); telephone conferences with OHS team re issues and follow-up (.5); review Montana case law for telephone conference (.3). | 1.50 |
| 09/19/12 | R. Frankel | Review files in connection with 3rd Circuit Appeals. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

October 15, 2012  
Invoice No. 1386627

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/19/12 | R. Frankel | Telephone conference with J. Radecki re status of warrant transaction. | 0.30 |
| 09/19/12 | R. Frankel | Telephone conferences with R. Wyron, J. Radecki, E. Inselbuch re calls with M. Shelnitz re warrant transaction. | 0.80 |
| 09/19/12 | R. Frankel | Review revised term sheet. | 1.10 |
| 09/20/12 | D. Felder | Review notices of briefing schedule in all Third Circuit appeals and e-mail correspondence with R. Frankel and R. Wyron regarding same. | 0.30 |
| 09/20/12 | J. Shin | Review and exchange e-mail with R. Wyron regarding letter of intent related to warrants (.1); review related documents, including warrant (.9). | 1.00 |
| 09/20/12 | R. Wyron | Respond to e-mails re warrant agreement (.1); revise agreement and follow-up re same (.4); review Grace response (.2). | 0.70 |
| 09/21/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/21/12 | R. Wyron | Review draft warrant term sheet and follow-up re open issues (.8); review briefing schedule and respond to e-mails re same (.1). | 0.90 |
| 09/21/12 | R. Frankel | Review warrant term sheet as sent to M. Shelnitz (.5); review series of e-mails with M. Shelnitz, R. Wyron regarding same (.4). | 0.90 |
| 09/21/12 | R. Frankel | Telephone conference with R. Wyron regarding warrant term sheet status (.3); further e-mails with R. Wyron regarding Term Sheet (.3). | 0.60 |
| 09/21/12 | R. Frankel | Review draft pleadings regarding dismissal of Libby, BNSF appeals (.3); e-mails from A. Paul regarding same (.3). | 0.60 |
| 09/21/12 | R. Frankel | Review various notices of briefing schedule for the 3rd Circuit (.4); e-mails with D. Felder regarding same (.2). | 0.60 |
| 09/24/12 | R. Wyron | Review e-mails re warrant agreement and prepare for telephone conference with Grace (.6); telephone conference with R. Frankel re issues (.3); telephone conference with Grace re warrants and follow-up re same (.5); telephone conference with M. Giannotto re Libby BNSF status (.4). | 1.80 |
| 09/24/12 | R. Frankel | Telephone conferences with R. Wyron regarding warrant term sheet issue (.3); telephone conferences with M. Shelnitz, E. Inselbuch, P. Lockwood, R. Wyron, J. Donley regarding warrant transaction (.5). | 0.80 |
| 09/24/12 | R. Frankel | E-mails with E. Inselbuch, P. Lockwood regarding warrant issues. | 0.30 |



**ORRICK**

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 7 | | | October 15, 2012<br>Invoice No. 1386627 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/24/12 | R. Frankel | Prepare notes regarding alternative scenarios for warrant transaction. | 0.80 |
| 09/24/12 | R. Frankel | Review status of warrant transaction (.4); e-mail regarding same (.1). | 0.50 |
| 09/25/12 | D. Fullem | Review e-mail from R. Wyron regarding withdrawals of appeals in 3rd circuit cases; review D. Felder's reply. | 0.20 |
| 09/25/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/25/12 | D. Felder | Review Libby's motion to withdrawal Third Circuit appeal and order dismissing same. | 0.10 |
| 09/25/12 | R. Wyron | Review e-mails re warrant issues (.3); telephone conference with Grace and ACC re status and warrant issues (.6); follow-up calls with R. Frankel and ACC counsel re warrant (.9); telephone conference with J. Radecki re warrant issues and follow-up re same (.4); telephone conference with ACC counsel re revised warrant proposal and e-mails re same (.3); follow-up with J. Shin re issues on warrant and registration rights agreements (.5); review and respond to e-mails re Libby appeals and motion to withdrawn (.2). | 3.20 |
| 09/25/12 | R. Frankel | Review term sheet in preparation for conference with M. Shelnitz, et al. | 0.60 |
| 09/25/12 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, E. Inselbuch and P. Lockwood regarding case status and warrant term sheet (.6); notes regarding same (.3). | 0.90 |
| 09/25/12 | R. Frankel | Telephone conference with E. Inselbuch, P. Lockwood and R. Wyron regarding warrant transaction (.4); telephone call with R. Wyron regarding same (.4). | 0.80 |
| 09/25/12 | R. Frankel | Telephone conference with J. Radecki, J. Solganick and R. Wyron regarding warrant proposal from M. Shelnitz (.5); notes re same (.1). | 0.60 |
| 09/25/12 | R. Frankel | Review Registration Rights Agreement and Warrant Agreement. | 0.80 |
| 09/25/12 | R. Frankel | Telephone calls with J. Radecki, J. Solganick and R. Wyron regarding warrant transaction. | 0.50 |
| 09/25/12 | R. Frankel | Telephone conference with E. Inselbuch, P. Lockwood and R. Wyron regarding warrant transaction (.3); notes re same (.2). | 0.50 |
| 09/25/12 | R. Frankel | Telephone call with M. Shelnitz regarding warrant transaction (.3); e-mail to E. Inselbuch and P. Lockwood regarding same (.3). | 0.60 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

October 15, 2012
Invoice No. 1386627

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/25/12 | R. Frankel | Telephone call with R. Wyron and J. Shin regarding securities issues and documents. | 0.40 |
| 09/26/12 | R. Wyron | Review e-mails re warrant and follow-up re same. | 0.30 |
| 09/27/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/27/12 | D. Felder | Review e-mail correspondence from R. Higgins regarding Grace business realignment (.1); review revised joint appendix from Debtors and consider issues regarding same (2.0). | 2.10 |
| 09/27/12 | J. Shin | Review warrant agreement, warrant and registration rights agreement (2.0); conference calls with R. Wyron regarding deal terms and clarification and issues in connection with same (.9); consider same (.6). | 3.50 |
| 09/27/12 | R. Wyron | Review and respond to e-mails re warrant issues (.4); calls with J. Shin re warrant documents and follow-up (1.3); review draft joint appendix and follow-up (1.1). | 2.80 |
| 09/27/12 | R. Frankel | Telephone call with J. Solganick regarding warrant status. | 0.30 |
| 09/27/12 | R. Frankel | Review e-mail from R. Higgins regarding business realignment (.3); telephone call with J. Radecki regarding same, warrant status (.3). | 0.60 |
| 09/27/12 | R. Frankel | Review Warrant Agreement and Registration Rights Agreement. | 1.20 |
| 09/27/12 | R. Frankel | Prepare notes regarding changes to Warrant Term Sheet. | 0.60 |
| 09/28/12 | D. Fullem | Review and respond to e-mail from D. Felder re FCR appointment for Joint Appendix. | 0.20 |
| 09/28/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 09/28/12 | D. Felder | Review Debtors' limited joinder to Main Plaza's objection to claim transfer and R. Finke affidavit in support of same (.4); review draft joint appendix and e-mail correspondence with R. Frankel, R. Wyron, D. Fullem and J. Donley regarding same (.5). | 0.90 |
| 09/28/12 | J. Shin | Review and exchange various e-mails with R. Wyron regarding issues in connection with warrant; review and consider e-mail from R. Wyron detailing deal terms following discussions with Grace and consider same. | 0.50 |
| 09/28/12 | R. Wyron | Telephone conference with R. Frankel re Grace issues (.4) telephone conference with Grace and ACC counsel re issues (.7); organize issues list for drafting and follow-up re same (1.9); e-mails re follow-up calls (.3). | 3.30 |
| 09/28/12 | R. Frankel | Review draft joint appendix for 3rd Circuit appeal (.6); series of e-mails with D. Felder, R. Wyron re same (.3). | 0.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

October 15, 2012
Invoice No. 1386627

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/28/12 | R. Frankel | Review and consider order appointing FCR for inclusion in joint appendix (.6); e-mails re same (.1). | 0.70 |
| 09/28/12 | R. Frankel | Telephone conference with R. Wyron re call with M. Shelnitz, warrants (.4); review notes of changes to Term Sheet in preparation for call with M. Shelnitz (.6). | 1.00 |
| 09/28/12 | R. Frankel | Telephone conference with M. Shelnitz, E. Inselbuch, R. Wyron, A. Paul re warrant transaction (.6); review term sheet, consider terms of agreement (1.1). | 1.70 |
| 09/28/12 | R. Frankel | Telephone conference with R. Wyron re draft agreement on warrants (.4); telephone conference with J. Radecki, R. Wyron re warrant agreement (.4). | 0.80 |
| 09/28/12 | R. Frankel | Review, edit R. Wyron e-mail summarizing the deal. | 0.50 |
| 09/30/12 | R. Wyron | Review notes re warrant issues (.2); review agreements re same (.7); prepare notes for 10/1/12 call (.2). | 1.10 |

Total Hours  123.30
Total For Services  $106,150.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 23.50 | 650.00 | 15,275.00 |
| Roger Frankel | 50.50 | 995.00 | 50,247.50 |
| Debra O. Fullem | 2.00 | 270.00 | 540.00 |
| Jeannie Shin | 6.00 | 715.00 | 4,290.00 |
| Richard V. Smith | 8.00 | 875.00 | 7,000.00 |
| Michael S. Timpani | 0.50 | 195.00 | 97.50 |
| Richard H. Wyron | 32.80 | 875.00 | 28,700.00 |
| Total All Timekeepers | 123.30 | $860.91 | $106,150.00 |



David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10  Section 4

October 15, 2012
Invoice No. 1386627

Disbursements
    Deposition/Transcript Expenses    101.20
    Express Delivery    10.71
    Local Tolls    3.35
    Other Business Meals    332.44
    Parking Expense    9.00
    Taxi Expense    51.77
    Travel Expense, Local    337.50
        Total  Disbursements    $845.97

        **Total For This Matter**    **$106,995.97**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

October 15, 2012
Invoice No. 1386627

For Legal Services Rendered Through September 30, 2012 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/04/12 | D. Fullem | Coordinate filing/serving of Lincoln's monthly fee applications for the period from January-June 2012. | 1.00 |
| 09/04/12 | D. Fullem | Coordinate filing/serving of D. Austern's monthly fee applications for January-March and May-June 2012. | 1.00 |
| 09/04/12 | D. Fullem | Review signed monthly fee applications from D. Austern; prepare notices for same; update D. Felder re status/timing of filing. | 1.00 |
| 09/04/12 | D. Felder | Review D. Austern fee applications for January through June 2012. | 0.60 |
| 09/11/12 | D. Fullem | Begin drafting D. Austern's quarterly fee applications for the periods Jan-Mar and Apr-Jun 2012. | 1.00 |
| 09/12/12 | D. Fullem | Review Towers July fee application; e-mail to K. Boeger at Towers re same. | 0.30 |
| 09/12/12 | D. Fullem | Review status of monthly and quarterly fee applications filed/to be filed by FCR and his professionals. | 0.60 |
| 09/12/12 | D. Fullem | E-mail to K. Boeger regarding status of quarterly fee applications to be filed. | 0.20 |
| 09/13/12 | D. Fullem | Review/revise Towers quarterly fee applications for the time periods Jan-Mar and Apr-Jun; confer with K. Boeger re edits to same. | 1.00 |
| 09/13/12 | D. Fullem | Review docket for status of fee application filings. | 0.20 |
| 09/13/12 | D. Fullem | Finalize drafts of D. Austern's quarterly fee applications for the periods Jan-Mar and Apr-Jun; send to D. Felder and R. Wyron for review/comment. | 1.00 |
| 09/14/12 | D. Fullem | Finalize and coordinate filing/serving of Lincoln's quarterly fee applications for the time periods January-Mar and Apr-June 2012. | 1.00 |
| 09/14/12 | D. Fullem | Finalize and coordinate filing of D. Austern's quarterly fee applications for the time periods Jan-Mar and Apr-Jun 2012. | 1.00 |
| 09/14/12 | D. Fullem | E-mail to T. Birdsell re status of filing of Towers quarterly fee applications. | 0.20 |
| 09/14/12 | D. Felder | Review quarterly fee applications for Lincoln, Towers, and D. Austern and conference with D. Fullem regarding same. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

October 15, 2012
Invoice No. 1386627

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/17/12 | D. Fullem | Review P.Cuniff e-mail with proposed order and charts with fee/expense amounts; respond to P. Cuniff relating to FCR and his professionals. | 0.50 |
| 09/17/12 | D. Fullem | Coordinate with K. Boeger at Towers to obtain J. Biggs signatures on monthly and quarterly fee applications to be filed with Court. | 0.40 |
| 09/17/12 | D. Fullem | Review status and timing of fee application filings with local counsel. | 0.50 |
| 09/18/12 | D. Fullem | E-mail to D. Felder re status of/follow-up/finalizing of D. Austern and Towers quarterly fee applications. | 1.00 |
| 09/18/12 | D. Felder | Review Towers' February and July fee applications and e-mail correspondence with D. Fullem regarding same (.9); review Towers' quarterly fee applications for January-March 2012 and April-June 2012 and e-mail correspondence with D. Fullem regarding same (1.1); review CNO for Towers' May fee application (.1). | 2.10 |
| 09/19/12 | D. Fullem | Finalize and coordinate filing/serving of Towers monthly and quarterly fee applications; update J. Biggs and K. Boeger re same. | 1.00 |
| 09/19/12 | D. Fullem | Coordinate finalizing/filing/serving of D. Austern quarterly fee applications. | 0.50 |
| 09/19/12 | D. Felder | Review revised Towers' interim fee applications for January-March and April-June and e-mail correspondence with D. Fullem regarding same (.7); review revised Towers' monthly fee applications for February and July and e-mail correspondence to/from D. Fullem and J. Biggs regarding same (.8). | 1.50 |
| 09/20/12 | D. Fullem | Prepare CNOs for Lincoln's monthly fee applications for the time period Jan-Jun 2012; update D. Felder re same. | 1.00 |
| 09/20/12 | D. Fullem | Coordinate service on large mailing matrix of quarterly fee applications. | 0.50 |
| 09/20/12 | D. Fullem | Review draft of Towers' August monthly fee application; provide comments to K. Boeger at Towers. | 0.40 |
| 09/20/12 | D. Felder | Review D. Austern interim fee applications for January-March and April-June and confer with D. Fullem regarding same. | 0.30 |
| 09/24/12 | D. Fullem | Prepare CNOs for Austern's monthly fee applications for the time period Jan-Mar and May-Jun 2012; update D. Felder re same. | 1.00 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 13

October 15, 2012  
Invoice No. 1386627

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/24/12 | D. Fullem | Prepare drafts of CNOs for D. Austern monthly fee applications for Jan-Mar and May-Jun; send to D. Felder for review/comment. | 1.00 |
| 09/24/12 | D. Felder | E-mail correspondence with D. Fullem regarding CNOs for D. Austern's fee applications. | 0.10 |
| 09/25/12 | D. Fullem | Prepare revisions; coordinate filing/serving of Towers' August monthly fee application. | 1.00 |
| 09/25/12 | D. Fullem | Review and e-mail to D. Felder re status of CNOs of Austern and Lincoln. | 0.40 |
| 09/25/12 | D. Felder | Review Towers Watson's August fee application and e-mail correspondence with D. Fullem regarding same (.7); review CNOs for Lincoln's fee applications (.3). | 1.00 |
| 09/26/12 | D. Fullem | Review K. Boeger e-mail regarding proposed edits by D. Felder to August invoice; respond and update same. | 0.20 |
| 09/27/12 | D. Fullem | Coordinate filing/serving of CNOs for D. Austern Jan-Mar and May-Jun monthly fee applications. | 1.00 |
| 09/27/12 | D. Fullem | Coordinate filing/serving of Lincoln's CNOs for Jan-Jun monthly fee applications. | 1.00 |
| 09/27/12 | D. Felder | Review CNOs for D. Austern's January through June fee applications (.3); conference with D. Fullem regarding same (.1). | 0.40 |

Total Hours 27.40  
Total For Services $9,868.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 6.50 | 650.00 | 4,225.00 |
| Debra O. Fullem | 20.90 | 270.00 | 5,643.00 |
| Total All Timekeepers | 27.40 | $360.15 | $9,868.00 |

Disbursements  
  Document Reproduction     1,062.80  
  Postage     422.40

Total Disbursements $1,485.20

**Total For This Matter** **$11,353.20**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 14

October 15, 2012
Invoice No. 1386627

For Legal Services Rendered Through September 30, 2012 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/27/12 | D. Fullem | Review e-mail from D. Felder re supplemental disclosure. | 0.20 |
| 09/27/12 | D. Felder | E-mail correspondence to R. Wyron and D. Fullem regarding supplemental disclosure and follow-up regarding same. | 0.20 |

Total Hours 0.40
Total For Services $184.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 650.00 | 130.00 |
| Debra O. Fullem | 0.20 | 270.00 | 54.00 |
| Total All Timekeepers | 0.40 | $460.00 | $184.00 |

**Total For This Matter** $184.00

ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

October 15, 2012
Invoice No. 1386627

For Legal Services Rendered Through September 30, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 09/07/12 | D. Fullem | Finish review of August prebill. | 0.50 |
| 09/10/12 | D. Fullem | Update fee/expense charts. | 0.50 |
| 09/10/12 | D. Felder | Review August prebill. | 1.20 |
| 09/11/12 | D. Fullem | Revise Orrick's 26th quarterly fee application for the time period April-June 2012. | 1.10 |
| 09/11/12 | D. Felder | Review April-June quarterly fee application and e-mail correspondence with D. Fullem regarding same. | 0.50 |
| 09/12/12 | D. Fullem | Review Orrick's 26th quarterly fee application per D. Felder's comments. | 0.50 |
| 09/12/12 | R. Wyron | Review Orrick's quarterly fee application. | 0.40 |
| 09/14/12 | D. Fullem | Finalize and coordinate filing/serving of Orrick's 26th quarterly fee application for the time period April-June 2012. | 0.50 |
| 09/14/12 | R. Frankel | Review 44th quarter fee chart from D. Felder. | 0.30 |
| 09/17/12 | D. Fullem | Review spreadsheet for the period April-June for fee auditor; forward to B. Ruhlander per her request. | 0.50 |
| 09/18/12 | D. Fullem | Review e-mail from D. Felder; prepare CNO for Orrick's July fee application; send to D. Felder for review/signature. | 0.50 |
| 09/18/12 | D. Felder | Review CNO for July fee application and e-mail correspondence with D. Fullem regarding same. | 0.10 |
| 09/20/12 | D. Fullem | Coordinate filing/serving of CNO for Orrick's July fee application. | 0.40 |
| 09/21/12 | D. Fullem | Prepare draft of August fee application. | 1.00 |
| 09/24/12 | D. Fullem | Review fee/expense charts. | 0.30 |
| 09/24/12 | D. Fullem | Review and revise August fee application. | 0.40 |
| 09/25/12 | D. Fullem | Prepare revisions; coordinate filing/serving of Orrick's August monthly fee application. | 1.00 |
| 09/25/12 | D. Felder | Review August fee application and e-mail correspondence with D. Fullem regarding same. | 0.60 |
| 09/25/12 | R. Wyron | Review August fee application and provide comments. | 0.40 |
| 09/27/12 | R. Wyron | Review status of bills (.1); review fee apps and follow-up (.2). | 0.30 |
| 09/28/12 | D. Fullem | Review and respond to e-mail from R. Wyron regarding billing issues. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 16

October 15, 2012
Invoice No. 1386627

|  | Total Hours | 11.20 |  |
|---|---|---|---|
|  | Total For Services |  | $4,819.00 |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.40 | 650.00 | 1,560.00 |
| Roger Frankel | 0.30 | 995.00 | 298.50 |
| Debra O. Fullem | 7.40 | 270.00 | 1,998.00 |
| Richard H. Wyron | 1.10 | 875.00 | 962.50 |
| Total All Timekeepers | 11.20 | $430.27 | $4,819.00 |

**Total For This Matter**             $4,819.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 17

October 15, 2012  
Invoice No. 1386627

For Legal Services Rendered Through September 30, 2012 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/04/12 | R. Frankel | Travel to NY for Lincoln meeting. | 2.80 |
| 09/05/12 | R. Wyron | Travel to and from NY for Sealed Air and warrant meeting. | 4.00 |
| 09/17/12 | R. Frankel | Travel to DC from NY (Lincoln Meeting). | 2.00 |

|   |   |   |
|---|---|---|
| Total Hours | 8.80 |   |
| Total For Services |   | $4,138.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 4.80 | 497.50 | 2,388.00 |
| Richard H. Wyron | 4.00 | 437.50 | 1,750.00 |
| Total All Timekeepers | 8.80 | $470.23 | $4,138.00 |

| | |
|---|---|
| **Total For This Matter** | **$4,138.00** |

### * * * COMBINED TOTALS * * *

| | | |
|---|---|---|
| Total Hours | 174.30 | |
| Total Fees, all Matters | | $127,686.00 |
| Total Disbursements, all Matters | | $2,331.17 |
| Total Amount Due | | $130,017.17 |