# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**
**c/o Lauzon Belanger Lesperance**
Attention:  Careen Hannouche
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

| | |
|---|---|
| **Date:** | 10/4/2012 |
| **File Number:** | ZAI/WRG 060124-01 |
| **Invoice Number:** | 20715 |

**Re:**  Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|------|----------|------------------------|-------|------|--------|
| 09/04/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Ninth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012. | 0.90 | 400.00 | 360.00 |
| 09/05/2012 | LNC | E-mail correspondence with Blue Marble Logistics, LLC transmitting the 29th Monthly Application of Scarfone Hawkins for hand delivery to the US Trustee. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | E-mail correspondence with Cindy Yates regarding an error of the time statement and edits to the fee application. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the 29th Monthly Fee Application and certification. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the signed certification for the 29th Monthly Fee Application; save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 09/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Ninth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/05/2012 | LNC | E-mail correspondence with service parties transmitting the 29th Monthly Fee Application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | E-mail correspondence with the Fee Auditor transmitting the 29th Monthly Fee Application of Scarfone Hawkins for review. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | Prepare for and electronically file the Twenty-Ninth Monthly Fee Application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 09/07/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 (related document(s)[29418]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 (related document(s)[29419]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 (related document(s)[29417]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed docket for objections to the Twenty-Eighth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed docket for objections to the Twenty-Eighth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed docket for objections to the Twenty-Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/10/2012 | DKH | E-mail correspondence with Bridget Scott asking me to keep her up-to-date as to any new developments. | 0.10 | 400.00 | 40.00 |
| 09/12/2012 | KEH | E-mail correspondence from Cindy Yates, re: funds received from Grace in payment of SH's June 2012 fee application; Update Grace payment spreadsheet to reflect same - for use in preparation of future fee applications. | 0.40 | 195.00 | 78.00 |
| 09/12/2012 | KEH | E-mail correspondence to Careen Hannouche at LBL inquiring about receipt of payment from Grace for LBL's June fee application. | 0.10 | 195.00 | 19.50 |
| 09/12/2012 | KEH | Wire from WRGrace for payment of The Hogan Firm's June fee application; update Grace payment spreadsheet to reflect same - for use in preparation of future fee applications. | 0.40 | 195.00 | 78.00 |
| 09/17/2012 | KEH | E-mail correspondence from Careen Hannouche regarding wire transfer of 495.37$ on September 12th for LBL's June fee application; update Grace payment spreadsheet to reflect same/for use in preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 09/17/2012 | KEH | E-mail correspondence with 'Careen Hannouche' regarding .03 difference in payment from Grace and amount on fee application; email from Lauren Campbell regarding .03 error on LBL invoice and the amount received from Grace is correct for the June application. | 0.20 | 195.00 | 39.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Tenth Quarterly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[29469]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (related document(s)[29471]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants (related document(s)[29470]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Tenth Quarterly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 09/18/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 09/18/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | Reviewed docket for objections to the Tenth Quarterly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | Reviewed docket for objections to the Tenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | Reviewed docket for objections to the Tenth Quarterly Compensation Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 09/19/2012 | DKH | E-mail correspondence with Bobbi Ruhlander that she would prefer to wait until next period to file a corrected spreadsheet. | 0.20 | 400.00 | 80.00 |
| 09/19/2012 | DKH | E-mail correspondence with James O'Neill asking Bobbie Ruhlander to address my inquiry and make whatever changes are needed. | 0.10 | 400.00 | 40.00 |
| 09/19/2012 | DKH | E-mail correspondence with Jamie O'Neill regarding the Certification of Counsel Regarding Forty-Fourth Quarter Project Category Summary. | 0.30 | 400.00 | 120.00 |
| 09/19/2012 | KEH | Meet with Dan Hogan for review of 44th Quarter Project Summary; Cumulative totals are incorrect; research totals for each firm (THF, SH, & LBL) and compare same; report findings to Dan Hogan. | 2.30 | 195.00 | 448.50 |
| 09/19/2012 | DKH | Reviewed Certification of Counsel Regarding Forty-Fourth Quarter Project Category Summary relative to The Hogan Firm ("THF"), Lauzon Belanger Lesperance ("LBL"), and Scarfone Hawkins ("SH") regarding discrepancies in the cumulative totals through the 44th quarter. Compared against our spreadsheet. | 1.20 | 400.00 | 480.00 |
| 09/20/2012 | DKH | E-mail correspondence with Bobbi Ruhlander regarding her review of the Lauzon Belanger's fee application for April through June 2012.  Reviewed issues raised. | 0.40 | 400.00 | 160.00 |
| 09/20/2012 | DKH | E-mail correspondence with Bobbi Ruhlander regarding the Hogan Firm's fee applications for April through June 2012. | 0.20 | 400.00 | 80.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/21/2012 | DKH | E-mail correspondence with Bobbi Ruhlander concerning the status of Scarfone Hawkins fee application for the same period. | 0.20 | 400.00 | 80.00 |
| 09/21/2012 | DKH | E-mail correspondence with Bobbi Ruhlander that she prepared an initial report on Scarfone Hawkins which she will be emailing to me today.  There were certain time entries which she felt needed more supplementation. | 0.20 | 400.00 | 80.00 |
| 09/21/2012 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's initial report regarding Scarfone Hawkins' quarterly fee application for the 45th interim period  Reviewed same. | 0.50 | 400.00 | 200.00 |
| 09/21/2012 | KEH | E-mail correspondence with Careen Hannouche regarding questions raised by Fee Auditor for LBL's fee application. | 0.10 | 195.00 | 19.50 |
| 09/21/2012 | KEH | E-mail correspondence with Careen Hannouche regarding the Québec sales tax calculation.  Review website for same. | 0.20 | 195.00 | 39.00 |
| 09/21/2012 | DKH | E-mail correspondence with Careen Hannouche that she will send to me documentation on the Québec sales tax calculation. | 0.20 | 400.00 | 80.00 |
| 09/21/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting documentation on the Québec sales tax calculation. Reviewed same. | 1.20 | 400.00 | 480.00 |
| 09/21/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting the Fee Auditor's report for the LBLs fee applications for April through June 2012 and the objections to same. | 0.30 | 400.00 | 120.00 |
| 09/21/2012 | DKH | E-mail correspondence with David Thompson transmitting the fee auditor's initial report regarding Scarfone Hawkins' quarterly fee application for the 45th interim period. | 0.30 | 400.00 | 120.00 |
| 09/24/2012 | DKH | E-mail correspondence with Bridget Scott transmitting Scarfone Hawkins completed Exhibit "A" as requested. Reviewed same relative to preparing response to fee auditor. | 0.40 | 400.00 | 160.00 |
| 09/24/2012 | LNC | E-mail correspondence with Careen Hannouche regarding the time statement for the preparation of the 30th monthly fee application | 0.10 | 195.00 | 19.50 |
| 09/24/2012 | LNC | E-mail correspondence with Careen Hannouche regarding transmission of the August time statement | 0.10 | 195.00 | 19.50 |
| 09/24/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the August time statement from LBL; save as exhibit to file | 0.30 | 195.00 | 58.50 |
| 09/24/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting the LBL August time statement; reviewed same. | 0.40 | 400.00 | 160.00 |
| 09/24/2012 | LNC | E-mail correspondence with Cindy Yates regarding the August time statement for preparation of the 30th fee application | 0.10 | 195.00 | 19.50 |
| 09/25/2012 | KEH | E-mail correspondence with Cindy Yates and Bridget Scott regarding a more detailed description regarding the time entries on Exhibit A needs to be provided to the Fee Auditor in response to the Fee Auditor's Initial Report for the 45th Interim Period. | 0.20 | 195.00 | 39.00 |
| 09/25/2012 | KEH | E-mail correspondence with 'Cindy Yates at Scarfone Hawkins with revised Exhibit A to the Fee Auditor's Initial Report. | 0.10 | 195.00 | 19.50 |
| 09/25/2012 | KEH | Review e-mail from Bobbi Ruhlander and prepare responses to informal objections to Lauzon Belanger Lesperance's fee application for April through June 2012; email same to Bobbi Ruhlander. | 0.70 | 195.00 | 136.50 |
| 09/25/2012 | KEH | Review SH's Exhibit A to the Fee Auditor's Initial Report for the 45th Interim Period; lookup and prepare detail for each time entry. | 0.50 | 195.00 | 97.50 |
| 09/25/2012 | DKH | Worked on responses to fee auditor's informal objections to Lauzon Belanger Lesperance's fee application for April through June 2012. | 0.50 | 400.00 | 200.00 |
| 09/25/2012 | DKH | Worked on revising Scarfone Hawkins' response to fee auditor. | 0.40 | 400.00 | 160.00 |
| 09/27/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins time statement for August 1, 2012 – August 31, 2012.  Reviewed same. | 0.40 | 400.00 | 160.00 |
| 09/27/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the August time statement; save as exhibit to file | 0.30 | 195.00 | 58.50 |

| 10/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants | | | Page:5 |
|---|---|---|---|---|---|---|
| | | | c/o Lauzon Belanger Lesperance | | | |
| 09/27/2012 | KEH | E-mail correspondence with David Thompson;'Cindy Yates'; and Matt Moloci transmitting Fee Auditor's initial response along with the response for review. | 0.10 | 195.00 | 19.50 |
| 09/27/2012 | KEH | Review fee auditor's initial report for Scarfone Hawkins and prepare response to same; meet with Dan Hogan for review. | 0.60 | 195.00 | 117.00 |
| 09/27/2012 | DKH | Reviewed and revised Response to Fee Auditor's initial Report Regarding the Quarterly Fee Application of Scarfone Hawkins LLP For the Period of April 1, 2012, Through June 30, 2012. | 0.60 | 400.00 | 240.00 |
| 09/28/2012 | KEH | E-mail correspondence with 'Bobbi Ruhlander' transmitting Scarfone Hawkins' Response to the Initial Report. | 0.10 | 195.00 | 19.50 |
| | | **Total Fees** | **23.30** | | **$7,495.50** |

**Expenses**

| 09/14/2012 | Blue Marble - Delivery services/messengers- Hand Delivery and service of the 10th Quarterly Fee Applications. | 796.00 |
|---|---|---|
| 09/14/2012 | Blue Marble - Delivery services/messengers- Hand Delivery of the 28th Monthly Fee Application | 6.85 |
| 09/14/2012 | Blue Marble - Delivery services/messengers- Hand Delivery of the 28th Monthly Fee Applications. | 10.35 |
| 09/14/2012 | Blue Marble - Delivery services/messengers- Hand Delivery of the 29th Monthly Fee Applications. | 7.45 |
| 09/14/2012 | Blue Marble Logistic, LLC- Hand Delivery of the Certificate of No Objections for the 27th Monthly Applications. | 6.85 |
| 09/24/2012 | Blue Marble - Delivery services/messengers-Hand delivery of the Certificate of No Objection to the 10th Quarterly Fee Applications. | 6.55 |
| | **Total Expenses** | **$834.05** |

**TOTAL NEW CHARGES**                                                   **$8,329.55**

**STATEMENT OF ACCOUNT**

| Prior Balance | 11,961.60 |
|---|---|
| Payments | -11,961.60 |
| Current Fees | 7,495.50 |
| Current Expenses | 834.05 |
| **AMOUNT DUE AND OWING TO DATE** | **$8,329.55** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 9/17/2012 | 005 3150 | Payment on Account | 11,961.60 |