# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
September 30, 2012  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH  TELEPHONE  
14TH FLOOR  905-523-1333  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  TELEFAX  
L8N 3P9  905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(September 1, 2012 – September 30, 2012)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09 /03/12 | receipt Lauren Campbell emails, letter to Lauren Campbell, memo to Cindy Yates with respect to correction on account | DT | $525.00 | 0.25 | $131.25 |
| 09 /03/12 | receipt stay motion extension motion record, receipt order, memo to Bridget Scott | DT | $525.00 | 0.25 | $131.25 |
| 09 /05/12 | receipt of and respond to class member inquiries as to status of US appeals | DT | $525.00 | 0.25 | $131.25 |
| 09 /06/12 | receipt of and respond to class member inquiries re: status of US appeals | DT | $525.00 | 0.10 | $52.50 |
| 09 /06/12 | email to Dan Hogan for further update | DT | $525.00 | 0.10 | $52.50 |
| 09 /10/12 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 09 /12/12 | receipt of and respond to class member inquiries re status of CDN ZAI settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 09 /13/12 | emails to and from Keith Ferbers re status of US appeals | DT | $525.00 | 0.10 | $52.50 |
| 09 /13/12 | receipt of and respond to class member inquires, follow-ups re status of CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 09 /17/12 | receipt of and respond to class member inquiries re status of U.S. appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 09 /18/12 | discuss and review status of matters with Cindy Yates | DT | $525.00 | 0.10 | $52.50 |
| 09 /18/12 | receipt of and respond to class member inquiries re status of US appeals and CDN | DT | $525.00 | 0.25 | $131.25 |

| | | | | | |
|---|---|---|---|---|---|
| | ZAI settlement | | | | |
| 09/19/12 | receipt class member inquiry and respond, memo to Bridget Scott | DT | $525.00 | 0.10 | $52.50 |
| 09/24/12 | emails to and from Lauren Campbell as to latest update and status of matters | DT | $525.00 | 0.10 | $52.50 |
| 09/25/12 | receipt of and respond to class member inquiries re status of CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 09/25/12 | receipt of several class member inquiries and respond re status of US appeals and status of CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 09/27/12 | review dockets for period September 1, 2012 to September 30, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of September 1, 2012 to September 30, 2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | SUB-TOTAL | 5.10 | $1,867.50 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years | DT | 3.10 | $525.00 | $1,627.50 | $211.58 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| **SUB-TOTAL:** | | **5.10** | | **$1,867.50** | **$242.78** |
| **TOTAL FEES AND TAXES:** | | | | | **$2,110.28** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$2,110.28** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*****Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**