# EXHIBIT A

LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

October 18, 2012

RE : W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file: 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(September 1st 2012 to September 30th 2012)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-09-05 | CH | Letter to Cindy Yates re: payment Hogan Firm April 2012 account | 0.25 | 285.00 | 71.25 |
| 2012-09-12 | CH | Letter to David Thompson re: payment of portion of the Hogan Firm fees | 0.42 | 285.00 | 119.70 |
| 2012-09-17 | CH | Email to Karen Harvey re: wire transfer from Grace for use in preparing LBL's fee application | 0.25 | 285.00 | 71.25 |
| 2012-09-21 | CH | Email to Karen Harvey and Daniel Hogan re: answer to Fee Auditor's inquiry re: calculation of tax on tax in Quebec | 0.33 | 285.00 | 94.05 |
| 2012-09-24 | CH | Review of August time statement for processing of fee application | 0.50 | 285.00 | 142.50 |
| 2012-09-24 | CH | Email to Lauren Campbell re: August time statement | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES:** | **1.92** | | **$ 547.20** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| CH | 285.00 | 1.92 | 547.20 |

**TOTAL FEES** **$ 547.20**

**DISBURSEMENTS**

| | | |
|---|---|---|
| Photocopies (7 X ,10) | 0.70 | |
| G.S.T. 5% | | 27.40 |
| Q.S.T. 9.5% | | 54.65 |
| **TOTAL** | | **$629.95** |

# G.S.T. 814682340 RT 0001
# Q.S.T. 1211542736 TQ 0001

