**EXHIBIT A**

A-1

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/2012 | Lisa G Esayian | .40 | Correspond with ACC and FCR counsel re certain insurance settlements. |
| | Total: | .40 | |

A-2

## Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/2012 | Mike Jones | 5.40 | Research re EPA proof of claim (3.9); draft summary of same (.8); correspond with J. Gettleman and A. Paul re same (.2); telephone conference with working group re same (.5). |
| 9/04/2012 | Christian C Semonsen | .30 | Review and analyze motion to enforce EPA multi-site settlement. |
| 9/04/2012 | Jeffrey Gettleman | .90 | Review correspondence from H. Feichko re Grace good faith offer responding to EPA special notice letter (.1); correspond with R. Higgins and T. Schwartz re Horton site motion (.2); telephone conference with client, A. Paul, T. Schwartz, R. Higgins and Beveridge & Diamond re same (.6). |
| 9/04/2012 | Jeffrey Gettleman | 2.20 | Correspond with working group re Horton site motion (.5); review and revise same (.4); correspond with A. Paul and M. Jones re analysis of EPA proof of claim (.4); review and revise M. Jones analysis of EPA proof of claim (.3); telephone conference with M. Jones re same (.2); telephone conference with A. Paul, T. Schwartz and M. Jones re Horton site motion and analysis of EPA proof of claim (.4). |
| 9/04/2012 | Adam C Paul | 2.70 | Analyze and revise EPA motion (1.3); telephone conference with H. Feichko, R. Finke and R. Brager re same (.7); telephone conference with J. Gettleman re same (.4); analyze EPA's ability to amend its proof of claim (.3). |
| 9/04/2012 | Todd M Schwartz | 1.50 | Telephone conferences with working group re motion to enforce bar date order (.4); review and analyze same (1.1). |
| 9/05/2012 | Jeffrey Gettleman | .80 | Correspond with working group re Horton site motion. |
| 9/05/2012 | Adam C Paul | 1.00 | Analyze and revise EPA motion (.8); correspond with L. Duff re EPA motion (.2). |
| 9/05/2012 | Todd M Schwartz | .30 | Correspond with working group re motion to enforce bar date order. |
| 9/06/2012 | Christian C Semonsen | .50 | Research Johns-Manville consent decrees requested by client (.3); correspond with K&E working group re same (.2). |
| 9/06/2012 | Jeffrey Gettleman | .30 | Correspond with working group re client meeting with EPA and precedential consent settlements. |
| 9/06/2012 | Adam C Paul | 1.10 | Telephone conference with L. Duff and Beveridge & Diamond re EPA claims (.9); telephone conference with R. Higgins re EPA (.2). |

A-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/06/2012 | Lauren Mitchell-Dawson | 1.50 | Review and analyze environmental settlement documents. |
| 9/07/2012 | Christian C Semonsen | .50 | Correspond with client and working group re Johns-Manville settlement (.3); research re same (.2). |
| 9/07/2012 | Jeffrey Gettleman | .70 | Correspond with working group re precedential consent decrees and Horton site motion. |
| 9/07/2012 | Lauren Mitchell-Dawson | 1.00 | Research re global settlement order. |
| 9/14/2012 | Jeffrey Gettleman | 1.00 | Telephone conference with client, A. Paul, R. Higgins, Beveridge & Diamond and others re Horton site negotiations. |
| 9/14/2012 | Adam C Paul | 1.00 | Telephone conference with L. Duff, R. Finke and R. Higgins re EPA. |
| 9/21/2012 | Lisa G Esayian | 1.00 | Telephone conference with R. Finke re issues re Plum Creek claim (.3); analyze issues and prior filings re same (.7). |
|  | Total: | 23.70 |  |

A-4

**Matter 20 - Case Administration - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/06/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/11/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 9/24/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| | Total: | .70 | |

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/02/2012 | Maureen McCarthy | 1.40 | Review and revise July fee application. |
| 9/04/2012 | Stephanie D Frye | 5.30 | Organize and prepare documents for updated disclosure (2.4); conduct disclosure analysis re same (2.9). |
| 9/05/2012 | Linda A Scussel | 1.40 | Conduct analysis update for supplemental disclosure. |
| 9/05/2012 | Adam C Paul | .70 | Analyze and revise July fee application. |
| 9/05/2012 | Maureen McCarthy | 1.80 | Revise and finalize July fee application. |
| 9/06/2012 | Linda A Scussel | .60 | Conduct analysis update for supplemental disclosure. |
| 9/10/2012 | Mike Jones | .70 | Review and revise August fee statement. |
| 9/10/2012 | Adam C Paul | 1.30 | Analyze and revise July fee application. |
| 9/11/2012 | Mike Jones | 3.10 | Review and revise August fee statement. |
| 9/11/2012 | Gina Jankelow | 3.00 | Conduct conflicts search and analysis re updated disclosures. |
| 9/12/2012 | Elizabeth A Suehr | 1.50 | Organize and review schedules and specific disclosures in preparation for supplemental filing. |
| 9/14/2012 | Mike Jones | .60 | Review and revise August fee statement. |
| 9/19/2012 | Adam C Paul | 1.20 | Correspond with fee examiner. |
| 9/21/2012 | Adam C Paul | 1.90 | Analyze and revise August fee application. |
| 9/26/2012 | Mike Jones | 3.60 | Review and analyze conflict reports re 31st supplemental affidavit (3.1); correspond with working group re same (.5). |
| 9/27/2012 | Maureen McCarthy | 1.60 | Review and revise August fee application. |
| 9/28/2012 | Mike Jones | 1.80 | Draft 31st supplemental affidavit (1.2); review and revise same (.4); correspond with J. Gettleman re same (.2). |
| | Total: | 31.50 | |

K&E 24192042.3

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/01/2012 | Rana Barakat | 1.90 | Draft and revise memorandum re propriety of affirming judgments on grounds not considered by lower court (.9); research re same (1.0). |
| 9/04/2012 | Kimberly K Love | 9.40 | Revise and edit Third Circuit joint appendix index (8.8); telephone conference with J. Donley, N. Dukov and bank lenders re Third Circuit joint appendix (.4); obtain recently filed materials requested by C. Hraban (.2). |
| 9/04/2012 | Jeffrey Gettleman | .60 | Telephone conference with A. Paul re hedging motion (.3); correspond with working group re same (.3). |
| 9/04/2012 | Adam C Paul | 2.00 | Telephone conference with ACC and FCR re strategy (.9); analyze and revise SEC disclosure (.4); review and revise warrant documents (.4); telephone conference with J. O'Connell re same (.3). |
| 9/04/2012 | Rana Barakat | 7.00 | Research re objections to lower court appendix (1.2); review and analyze case law re same (1.3); draft memorandum re same (1.8); review and revise memorandum re propriety of affirming judgments on grounds not considered by lower court (2.7). |
| 9/04/2012 | Nia Dukov | 1.60 | Review and analyze documents for joint appendix for bank-lender issues. |
| 9/04/2012 | John Donley, P.C. | 7.90 | Correspond with R. Worf and M. Phillips re joint appendix (.2); review claimant correspondence (.1); review Third Circuit filings and correspondence re timing and procedural issues (.3); telephone conference with ACC and FCR counsel, M. Shelnitz and R. Finke re emergence and appeals (.6); prepare for same (.2); analyze disclosure issue (.3); telephone conferences with A. Paul and M. Shelnitz re same (.3); review and analyze bank lender appendix (.8); telephone conferences with K. Love and N. Dukov re same (.4); telephone conference with M. Phillips re same (.3); review and analyze joint appendix for AMH, Garlock, Montana and the Crown (2.9); telephone conferences with K. Love re same (.4); review and analyze research and cases re reliance on record on appeal (1.1). |
| 9/05/2012 | Kimberly K Love | 4.80 | Revise and edit joint appendix indices as requested by J. Donley (4.4); telephone conference with J. Donley, R. Barakat and other parties re preparation of joint appendix (.4). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/05/2012 | Jeffrey Gettleman | 2.70 | Correspond with working group re "collar" motion (.7); review and revise same (1.6); correspond with A. Paul re LMP transition (.1); correspond with D. Cohn re setting settlement effective date (.2); correspond with R. Finke re Libby settlement payment (.1). |
| 9/05/2012 | Adam C Paul | 2.40 | Telephone conference with M. Shelnitz re warrants (.2); analyze and revise warrant motion (1.7); conference with J. Gettleman re warrant motion (.3); correspond with J. Gettleman re LMP transition (.2). |
| 9/05/2012 | Rana Barakat | 2.70 | Review and analyze AMH's district court appellate brief re exhibits offered into evidence (1.9); correspond with J. Donley re same (.3); telephone conference with counsel for appellants re coordinating joint appendix on appeal (.3); office conference with J. Donley and K. Love re same (.2). |
| 9/05/2012 | John Donley, P.C. | 5.90 | Review and analyze documents re plan proponents' portion of joint appendix (3.1); telephone conferences with K. Love re same (.4); review and analyze memorandum re AMH exhibit designations (.3); telephone conference with R. Barakat re same (.1); review Third Circuit practice guidelines re record and joint appendix issues (.4); prepare for conference with opposing counsel re same (.3); telephone conference with Garlock, Montana, Bank Lenders and AMH counsel re Third Circuit and joint appendix issues (.4); correspond with M. Phillips re same (.2); correspond with G. Cassada re Garlock issues (.1); correspond with A. Paul and J. O'Connell re current corporate issues (.3); correspond with M. Shelnitz re emergence issues (.2); correspond with A. Rosenberg re bank lender appeal (.1). |
| 9/06/2012 | Kimberly K Love | 4.20 | Review files for information re previously signed confidential agreements (1.1); review and edit joint appendix exhibit lists (3.1). |
| 9/06/2012 | Andrew Brniak | .30 | Prepare and compile materials related to Tribune vs. Aurelius district proceeding documents (.2); correspond with J. Gettleman re same (.1). |
| 9/06/2012 | Jeffrey Gettleman | 4.50 | Correspond with working group re collar motion (.8); review and revise same (1.1); correspond with working group re LMP transition (.9); correspond with working group re Sealed Air settlement agreement (.9); review Tribune plan proponents' opposition to Aurelius appeal re bond re stay pending appeal (.8). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/06/2012 | Adam C Paul | 2.10 | Telephone conference with R. Finke re AMH (.2); analyze and revise warrant motion (1.2); telephone conference with M. Shelnitz re same (.3); analyze LMP transition (.4). |
| 9/06/2012 | John Donley, P.C. | 3.20 | Telephone conferences with G. Cassada re Garlock issues (.4); review and analyze recent pleadings (.1); analyze Third Circuit clerk correspondence re deadlines and deficiencies (.2); draft memo to client re same (.4); review Third Circuit appellate guideline manual relating to briefing (.3); review and analyze J. Gettleman summary of Libby issues (.2); telephone conference with A. Rosenberg re bank lender appeal issues (.4); review and revise joint appendix (1.2). |
| 9/07/2012 | Andrew Brniak | .30 | Prepare and compile materials related to Tribune vs. Aurelius district proceeding documents (.2); correspond with J. Gettleman re same (.1). |
| 9/07/2012 | Jeffrey Gettleman | 2.20 | Review and revise collar motion (.6); research re same (1.1); correspond with A. Paul re same (.1); correspond with R. Finke re LMP transition (.2); correspond with A. Paul re Sealed Air settlement agreement (.1); correspond with A. Brniak re further pleadings in Tribune case re bond and stay on appeal (.1). |
| 9/07/2012 | John Donley, P.C. | .80 | Review and revise memorandum re Third Circuit issues (.2); telephone conference with A. Paul re case status and strategy (.1); correspond with J. Gettleman and F. McGovern re LMP transition (.1); revise joint appendix (.4). |
| 9/10/2012 | Mike Jones | 4.90 | Research re settlement agreement effective date (3.2); office conference with J. Gettleman re same (.8); draft summary of same (.6); correspond with working group re same (.3). |
| 9/10/2012 | Kimberly K Love | 1.10 | Review and revise joint appendix exhibit lists. |
| 9/10/2012 | Jeffrey Gettleman | 1.70 | Review and analyze research and documents re settlement effective date (1.1); correspond with working group re same (.6). |
| 9/10/2012 | Jeffrey Gettleman | 1.10 | Review Aurelius reply, debtors' sur-reply and court's order dismissing Aurelius appeal (.5); correspond with working group re LMP transition (.6). |
| 9/10/2012 | Adam C Paul | 1.00 | Analyze LMP transition (.8); telephone conference with J. Donley re AMH settlement (.2). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/10/2012 | John Donley, P.C. | 1.80 | Review Third Circuit, bond opinion and briefing (.3); correspond with P. Lockwood re emergence (.1); correspond with working group re Libby consummation issues (.3); telephone conference with R. Finke re AMH issues (.9); telephone conference with A. Paul re same (.2). |
| 9/11/2012 | Kimberly K Love | 1.80 | Prepare and organize recently filed materials for inclusion into case files (.7); prepare disk of 2011 joint appendix materials (.5); prepare and organize appeal materials requested by N. Dukov and R. Barakat (.6). |
| 9/11/2012 | Jeffrey Gettleman | .80 | Review and analyze research re settlement agreement effective date (.3); correspond with working group re same (.3); correspond with A. Paul re LMP transition (.2). |
| 9/11/2012 | Adam C Paul | 2.10 | Participate in weekly telephone conference with ACC and FCR (.7); correspond with J. Donley re LMP transition (.3); analyze LMP transition timing (1.1). |
| 9/11/2012 | Brian T Stansbury | 2.10 | Telephone conference with R. Finke, D. Weill and B. Price re Libby data (.6); telephone conference with B. Price re b-reading analysis (.3); research re obligations under protective order (.6); analyze ATSDR data (.5); telephone conference with K. Love re reliance materials for ATSDR analysis (.1). |
| 9/11/2012 | Rana Barakat | .40 | Telephone conference with counsel at Paul Weiss re joint appendix (.2); correspond with J. Donley re same (.2). |
| 9/11/2012 | Nia Dukov | 1.30 | Review and analyze documents for joint appendix on bank-lender issues. |
| 9/11/2012 | John Donley, P.C. | 5.30 | Prepare for and lead ACC/FCR strategy telephone conference with R. Frankel, R. Wyron, M. Shelnitz, R. Finke, P. Lockwood and A. Paul (.8); review and analyze history of AMH class and individual PD claims (1.6); review and analyze AMH arguments (.6); draft memorandum to C. Landau re legal and strategic issues re AMH (.5); review and analyze joint appendix issues (.5); correspond with D. Felder, R. Frankel, M. Phillips, R. Barakat and N. Dukov re same (.4); review and analyze Libby settlement agreements and related documents (.6); correspond with M. Jones, J. Gettleman and A. Paul re settlement consummation issues (.3). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/2012 | Kimberly K Love | 6.80 | Review, prepare and organize materials for joint appendix (5.2); revise and update index of joint appendix materials (1.6). |
| 9/12/2012 | Jeffrey Gettleman | 1.50 | Correspond with working group re LMP transition (1.3); telephone conference with R. Finke re same (.2). |
| 9/12/2012 | Adam C Paul | 1.20 | Analyze AMH settlement (.7); telephone conference with J. Donley and C. Landau re same (.3); correspond with J. Donley re LMP transition (.2). |
| 9/12/2012 | Rana Barakat | 1.10 | Office conference with K. Love re revisions to joint appendix (.6); draft summary to J. Donley re proposed revisions to joint appendix (.5). |
| 9/12/2012 | Nia Dukov | .30 | Review and analyze documents for inclusion in joint appendix for bank-lender issues. |
| 9/12/2012 | John Donley, P.C. | 3.10 | Analyze joint appendix issues (.9); review and analyze Libby effective date issues (.7); correspond with J. Gettleman, A. Paul and R. Finke re same (.3); review and analyze AMH settlement negotiation issues (.5); telephone conference with C. Landau and A. Paul re same (.3); telephone conference with A. Paul re emergence issues (.2); review and analyze pleadings and filings (.2). |
| 9/12/2012 | Christopher Landau, P.C. | .30 | Telephone conference with working group re appeal. |
| 9/13/2012 | Mike Jones | .60 | Research re LMP transition timeline. |
| 9/13/2012 | Kimberly K Love | 5.20 | Review files and briefing re expert report by Heckman (1.8); office conference with R. Barakat re updating joint appendix materials (.3); review files re previous confidentiality agreements (1.3); draft and revise new confidentiality agreement for use with 2011 joint appendix materials (.5); prepare and organize AMH materials (1.3). |
| 9/13/2012 | Jeffrey Gettleman | 1.70 | Correspond with working group re LMP transition (.6); telephone conference with D. Cohn and R. Sullivan re LMP transition (.8); correspond with J. Donley re call with D. Cohn re interest issue (.2); correspond with A. Paul re Montana appeal (.1). |
| 9/13/2012 | Adam C Paul | 2.10 | Telephone conference with D. Cohn re LMP transition (.3); telephone conferences with J. Donley re same (.4); correspond with J. Gettleman, J. Donley and R. Finke re same (.4); analyze AMH settlement issues (.7); telephone conference with R. Wyron re Montana (.3). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/13/2012 | Brian T Stansbury | .90 | Analyze ATSDR database and protective order re on going EPA rule making (.3); telephone conference with S. McMillin re same (.5); correspond with R. Finke re same (.1). |
| 9/13/2012 | John Donley, P.C. | 2.70 | Analyze Libby settlement issues (.6); correspond with J. Gettleman, R. Finke and A. Paul re same (.3); review new joint appendix issues raised by appellants and co-plan proponents (.7); correspond with N. Dukov and R. Barakat re same (.4); correspond with A. Paul and J. Gettleman re Libby settlement issues (.2); telephone conference with A. Paul re same (.2); review and analyze AMH Third Circuit filings and other recent filings (.3). |
| 9/14/2012 | Mike Jones | 1.30 | Review and revise LMP transition issues and timeline (.9); correspond with J. Gettleman re same (.4). |
| 9/14/2012 | Kimberly K Love | 4.20 | Prepare and organize joint appendix (2.6); prepare and organize materials re same (1.6). |
| 9/14/2012 | Jeffrey Gettleman | 1.50 | Correspond with working group re LMP transition (.8); draft, review and revise text for replacement home page for LMP website post-transition (.4); review correspondence from R. Finke re terminating HNA agreement (.1); telephone conference with M. Jones re Sealed Air research (.2). |
| 9/14/2012 | Jeffrey Gettleman | 2.80 | Telephone conference with R. Finke, J. Donley and A. Paul re AMH claims and LMP transition (1.0); correspond with R. Sullivan re Libby settlement payment (.1); correspond with R. Finke re Medco (.1); draft letters to LMP members (.6); review and revise same (.4); correspond with M. Jones re drafting insert for LMP timeline modification (.1); office conference with M. Jones re same (.1); telephone conference with R. Finke and J. Flynn re Libby Medical Plan transition (.4). |
| 9/14/2012 | Adam C Paul | 1.70 | Telephone conference with R. Finke, J. Donley and J. Gettleman re AMH and LMP transition (1.0); prepare for same (.7). |
| 9/14/2012 | Brian T Stansbury | .80 | Telephone conference with R. Finke re ATSDR database and related protective order (.3); telephone conference with scientists at Tulane re ATSDR data set (.3); telephone conference with R. Finke re same (.2). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/14/2012 | Rana Barakat | 2.80 | Office conference with K. Love re revisions to joint appendix (.2); review and edit same (1.4); review and analyze confidentiality agreement (.3); telephone conference with counsel for appellants re joint appendix and protective order governing confidential documents (.5); review and analyze dockets in asbestos cases for key orders or rulings (.4). |
| 9/14/2012 | John Donley, P.C. | 2.80 | Telephone conference with R. Finke, A. Paul and J. Gettleman re Libby and AMH issues (1.0); prepare for same (.3); review and revise joint appendix (.6); correspond with R. Barakat, K. Love, D. Felder, and M. Ward re same (.4); correspond with J. Gettleman re LMP transition issues (.3); correspond with client re same (.2). |
| 9/17/2012 | Kimberly K Love | 4.30 | Telephone conference with J. Donley and R. Barakat re materials for inclusion into joint appendix (.3); revise and update same (2.8); revise and update index to same (1.2). |
| 9/17/2012 | Andrew Brniak | 1.60 | Review and compile docketed pleadings related to ARPC/Tom Florence (1.4); correspond with J. Gettleman re same (.2). |
| 9/17/2012 | Jeffrey Gettleman | 2.00 | Correspond with J. Donley re LMP transition and mailing of LMP membership letters (1.6); telephone conference with A. Paul and D. Cohn re same (.4). |
| 9/17/2012 | Jeffrey Gettleman | 3.90 | Review and revise letters to LMP members (1.5); correspond with working group re same (1.6); telephone conference with B. Bailey and D. Cohn re same (.5); telephone conference with M. Araki re mailing of letter to LMP members (.3). |
| 9/17/2012 | Adam C Paul | 1.80 | Analyze LMP transition (1.1); telephone conference with J. Gettleman and D. Cohn re same (.2); telephone conference with J. Donley re LMP transition (.2); conference with J. Gettleman re same (.3). |
| 9/17/2012 | Rana Barakat | 8.50 | Review dockets of key asbestos bankruptcy cases (1.3); review and analyze filings and orders re same (1.7); draft memorandum re same (3.2); office conference with J. Donley and K. Love re contents of joint appendix (.4); prepare for same (.2); review confidentiality agreement entered in connection with Grace bankruptcy cases (.2); telephone conference with M. Phillips re same (.2); review transcripts of June 2009 hearings (.6); correspond with J. Donley re subject matter of hearings (.1); review plan documents from other bankruptcy cases re retention of equity (.6). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/17/2012 | Jack N Bernstein | 2.00 | Review and analyze Libby communications and prepare comments re same (1.6); correspond with working group re same (.4). |
| 9/17/2012 | John Donley, P.C. | 5.10 | Analyze Libby settlement issues and review relevant settlement documents and pleadings (.9); correspond with A. Paul and J. Gettleman re same (.3); correspond with client re same (.1); analyze AMH settlement and appeal issues (.6); review new and revised joint appendix materials (1.8); telephone conference with K. Love and R. Barakat re joint appendix issues (.3); correspond with K. Love, R. Barakat and M. Phillips re same (.3); correspond with C. Landau re Rule 42 issues (.2); correspond with F. McGovern re LMP transition (.1); correspond with D. Cohn re same (.1); telephone conference with A. Paul re Libby issues (.2); correspond with R. Barakat re joint appendix issues and revisions (.2). |
| 9/18/2012 | Mike Jones | 3.60 | Review and revise LMP transition correspondence (1.8); correspond with working group re same (1.1); telephone conferences with noticing agent re same (.7). |
| 9/18/2012 | Kimberly K Love | 2.90 | Revise and update pleading files (1.8); prepare and revise materials for joint appendix (1.1). |
| 9/18/2012 | Jeffrey Gettleman | 2.40 | Correspond with working group re LMP transition and LMP membership letters (.8); review and revise same (.3); analyze settlement agreements re payment timing (.7); correspond with working group re same (.6). |
| 9/18/2012 | Jeffrey Gettleman | 1.30 | Correspond with working group re LMP transition and letters to LMP membership (.9); correspond with M. Jones re mailing of LMP letters (.3); correspond with J. Donley re dismissal of Libby appeals (.1). |
| 9/18/2012 | Adam C Paul | 4.70 | Analyze LMP transition (2.3); telephone conference with M. Shelnitz re status of appeals (.7); telephone conference with D. Cohn re LMP transition (.7); prepare for same (.6); telephone conference with J. Donley re same (.4). |
| 9/18/2012 | Rana Barakat | 4.80 | Review plans of reorganization from other asbestos bankruptcy cases re retention of equity (.6); draft summary of same (1.2); telephone conference with case manager re status of mediation process (.6); correspond with J. Donley re same and other appellate timing issues (.2); review dockets from key asbestos bankruptcy cases (.8); review filings and orders from same (.6); draft summary for J. Donley re same (.8). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/18/2012 | Jack N Bernstein | 2.80 | Review and revise LMP letters (2.4); correspond with working group re same (.4). |
| 9/18/2012 | John Donley, P.C. | 4.20 | Telephone conference with M. Shelnitz, R. Finke and A. Paul re Libby settlement issues (.5); prepare for same (.2); analyze issues and review and revise documents re consummation of Libby settlement (.8); telephone conferences with A. Paul re Libby issues (.4); correspond with A. Paul, M. Jones and J. Gettleman re same (.4); telephone conference with D. Cohn, J. Heberling and A. Paul re same (.5); additional telephone conferences with M. Shelnitz and R. Finke re same (.4); telephone conferences with F. McGovern re same (.3); telephone conference with D. Cohn re same (.2); analyze Montana settlement issues (.2); telephone conference with R. Wyron re same (.3). |
| 9/19/2012 | Mike Jones | 3.30 | Office conference with J. Donley and A. Paul re LMP transition issues (.5); review and revise correspondence to LMP members re same (2.4); correspond with working group re same (.4). |
| 9/19/2012 | Jeffrey Gettleman | .70 | Correspond with working group re LMP transition and LMP membership letters (.6); correspond with A. Paul re warrant agreement and collar motion (.1). |
| 9/19/2012 | Adam C Paul | 4.20 | Analyze LMP transition (1.6); telephone conference with J. Donley re same (.7); analyze status of other mass tort bankruptcies (.9); analyze timing of Third Circuit appeal (.8); correspond with M. Shelnitz re warrants (.2). |
| 9/19/2012 | Rana Barakat | 2.20 | Draft memorandum re recent developments in key asbestos bankruptcy cases. |
| 9/19/2012 | Jack N Bernstein | 1.20 | Review and analyze Libby settlement issues (.9); correspond with working group re same (.3). |
| 9/19/2012 | John Donley, P.C. | 3.50 | Telephone conference with Third Circuit case manager re mediation and status (.2); correspond with C. Landau re same (.2); review and analyze joint appendix questions and revisions (.7); correspond with R. Barakat and K. Love re same (.3); analyze Libby settlement issues and options (1.2); correspond with M. Jones, A. Paul and client re same (.4); telephone conference with A. Paul re Libby strategy (.2); telephone conference with M. Jones and A. Paul re Libby settlement issues and next steps (.3). |
| 9/19/2012 | Christopher Landau, P.C. | .30 | Correspond with working group re appeal. |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/20/2012 | Mike Jones | 4.20 | Draft notices of withdrawal of appeal for Third Circuit (2.4); review and analyze precedent re same (1.1); correspond with A. Paul and J. Donley re same (.7). |
| 9/20/2012 | Kimberly K Love | 3.10 | Review files and prepare and organize materials requested by M. Jones re Libby and BNSF (2.2); prepare and organize AMH materials requested by L. Esayian (.9). |
| 9/20/2012 | Jeffrey Gettleman | .50 | Correspond with D. Cohn and A. Paul re form of withdrawal of Third Circuit appeals (.2); correspond with A. Paul re Sealed Air agreement research, LMP transition and QSF motion (.3). |
| 9/20/2012 | Jeffrey Gettleman | 2.50 | Correspond with working group re withdrawal of Third Circuit appeals (1.7); correspond with working group re LMP transition (.5); correspond with A. Paul and M. Jones re research re Sealed Air agreement (.3). |
| 9/20/2012 | Adam C Paul | 6.40 | Analyze and finalize LMP transition (3.9); telephone conference with M. Shelnitz re emergence (1.2); analyze warrant repurchase (.4); analyze and revise appellate documents (.9). |
| 9/20/2012 | Jack N Bernstein | 1.20 | Correspond with working group re Libby settlement issues and closing communications. |
| 9/20/2012 | John Donley, P.C. | 5.90 | Negotiate Libby settlement issues and revise settlement-related documents (1.8); telephone conferences and correspondence with M. Shelnitz and R. Finke re same (.7); conferences and correspondence with A. Paul re same (.6); telephone conferences with D. Cohn re Libby issues (.4); telephone conference with C. Landau re Third Circuit appeal and mediation issues (.3); review summary of recent development in Garlock and other 524(g) cases (.4); review Third Circuit orders (.2); review and revise joint appendix (.6); review and analyze appellate briefing (.7); correspond with client re corporate transaction negotiation (.2). |
| 9/20/2012 | Lisa G Esayian | 1.90 | Review and analyze AMH agreement (.9); correspond with J. Donley and A. Paul re same (.3); review recent AMH filings in Third Circuit appeal (.7). |
| 9/21/2012 | Mike Jones | 3.60 | Telephone conference with working group and opposing counsel re LMP transition issues (.7); telephone conferences with working group re settlement motion hearing dates (.9); research local rules and orders re same (1.3); draft summary of same (.4); correspond with working group re same (.3). |

K&E 24192042.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/21/2012 | Andrew Brniak | .50 | Review and compile docketed pleadings related to ARPC/Tom Florence (.3); correspond with J. Gettleman re same (.2). |
| 9/21/2012 | Jeffrey Gettleman | 3.30 | Review appellate briefing schedule (.1); telephone conference with D. Boivin and J. Bernstein re necessity for business associate agreement and methods for shipping LMP records (.4); correspond with working group re same and LMP transition issues (1.8); office conference with M. Jones re effective date research (.1); correspond with working group re settlement effective date (.5); office conference and correspondence with A. Paul re collar motion, AMH settlement motion and QSF motion (.4). |
| 9/21/2012 | Jeffrey Gettleman | 2.40 | Correspond with working group re Libby settlement and LMP transition (.6); telephone conference with Libby transition team re closing of transaction (.7); office conference with M. Jones re same (.2); telephone conference with R. Finke re same (.3); office conference with A. Paul re transfer of Libby medical records and timing of funds transfer (.3); correspond with A. Paul re QSF motion (.1); correspond with D. Boivin and J. Flynn re business associate agreement re transfer of LMP medical records (.2). |
| 9/21/2012 | Adam C Paul | 6.80 | Analyze LMP transition (2.3); telephone conferences and correspondence with D. Cohn, J. Donley and R. Finke re same (2.3); analyze AMH agreement (1.8); analyze stipulation re claim objection (.4). |
| 9/21/2012 | Jack N Bernstein | 2.80 | Review and analyze Libby settlement issues re closing deliveries (1.6); telephone conferences and correspondence with working group re same (1.2). |
| 9/21/2012 | John Donley, P.C. | 5.20 | Correspond and telephone conferences with D. Cohn re Libby settlement issues (.8); review and revise Libby documents re consummation of settlement (.8); correspond with F. McGovern re same (.3); telephone conferences and correspondence with R. Finke re same (.3); telephone and office conferences and correspond with A. Paul re same (.5); review and analyze AMH settlement issues (1.1); telephone conference with L. Esayian and A. Paul re same (.6); telephone conference with R. Finke re AMH settlement issues (.5); review and revise joint appendix (.3). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/21/2012 | Lisa G Esayian | 3.60 | Analyze issues re AMH agreement (1.4); telephone conference with J. Donley and A. Paul re same (.5); telephone conference with R. Finke re same (.7); draft approval motion re same (1.0). |
| 9/22/2012 | Jeffrey Gettleman | .10 | Correspond with A. Paul re AMH settlement agreement. |
| 9/22/2012 | Lisa G Esayian | 1.90 | Revise draft AMH agreement. |
| 9/24/2012 | Mike Jones | 6.90 | Research re contingency planning for potential settlement counterparty bankruptcy (5.4); review and revise same (1.2); correspond with J. Gettleman re same (.3). |
| 9/24/2012 | Kimberly K Love | 6.70 | Prepare and organize materials for inclusion into joint appendix (2.4); review and revise index to same (4.3). |
| 9/24/2012 | Jeffrey Gettleman | 1.30 | Correspond with working group re LMP transition and initiation of wire transfers (.8); correspond with M. Jones re effective date research (.4); review Third Circuit order re Aurelius appeal of supersedeas bond requirement (.1). |
| 9/24/2012 | Jeffrey Gettleman | 1.90 | Correspond with working group re LMP transition and wire transfers (1.1); correspond with working group re dismissal of Third Circuit appeals (.8). |
| 9/24/2012 | Adam C Paul | 3.60 | Analyze LMP transition (1.3); telephone conference with ACC and FCR re warrant transaction (.7); analyze and revise AMH agreement (1.4); correspond with L. Esayian re same (.2). |
| 9/24/2012 | Nia Dukov | .20 | Review and analyze documents for inclusion in joint appendix on bank lender issues. |
| 9/24/2012 | Jack N Bernstein | 1.00 | Review and analyze Libby settlement issues (.7); correspond with working group re same (.3). |

K&E 24192042.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/24/2012 | John Donley, P.C. | 4.90 | Review and analyze Third Circuit briefing rules (.3); review and analyze joint appendix (1.3); telephone conference with K. Love re same (.2); review and analyze warrant issue and documentation (.4); telephone conference with M. Shelnitz, A. Paul, E. Inselbuch and R. Frankel re same (.5); review status of BNSF and MCC settlements and appeal withdrawals (.3); analyze AMH settlement issues and review and revise settlement draft (.8); telephone conference and correspond with L. Esayian re same (.3); correspond with A. Paul re same (.2); correspond with D. Cohn and F. McGovern re consummation of Libby settlement (.2); correspond with A. Paul and J. Gettleman re same (.1); review Libby Third Circuit filings and correspond with client re same (.3). |
| 9/24/2012 | Lisa G Esayian | 4.70 | Review and analyze AMH agreement (2.2); correspond with R. Finke re same (.3); draft approval motion re same (2.2). |
| 9/25/2012 | Mike Jones | 1.90 | Office conference and correspond with J. Gettleman re contingency for settlement counterparty filing bankruptcy (.6); review and revise memorandum re same (1.3). |
| 9/25/2012 | Kimberly K Love | 5.30 | Revise joint appendix (2.9); review files and various dockets re length of briefs (1.7); prepare materials for inclusion into case files (.7). |
| 9/25/2012 | Jeffrey Gettleman | 2.20 | Correspond with L. Esayian re AMH settlement motion (.3); review and revise same (1.3); research re same (.4); review correspondence from D. Cohn re releases under BNSF settlement agreement (.1); review correspondence from A. Paul re Sealed Air research (.1). |
| 9/25/2012 | Jeffrey Gettleman | 3.20 | Correspond with J. Donley re Libby dismissal of Arrowood/Grace appeal (.2); telephone conference with J. Donley and plan proponents' counsel re bi-weekly update (.9); review correspondence from J. Donley re warrant/collar negotiations (.1); correspond with A. Paul re AMH appeal (.1); review and revise memorandum analyzing Sealed Air agreement (.6); office conference and correspond with M. Jones re same (.7); research re executor contracts re same (.5); correspond with A. Paul re same (.1). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/25/2012 | Adam C Paul | 2.40 | Analyze and revise AMH settlement (1.3); telephone conferences with R. Finke and D. Rosendorf re same (.8); telephone conference with J. Donley re plan proponents update (.3). |
| 9/25/2012 | John Donley, P.C. | 3.50 | Correspond with D. Cohn, M. Giannotto, J. Gettleman and A. Paul re Libby settlement (.5); review status of BNSF and MCC settlements and dismissal orders (.3); review and analyze recent pleadings and filings in Bankruptcy Court and Third Circuit (.2); telephone conference with ACC and FCR counsel, client, and A. Paul re status and strategy (.4); prepare for same (.2); telephone conference with K. Love re appellate and joint appendix questions (.2); review and revise joint appendix (.5); correspond with appellants re next steps (.3); review AMH draft settlement agreement (.2); draft and revise motion re same (.5); correspond with J. Gettleman and L. Esayian re same (.2). |
| 9/25/2012 | Lisa G Esayian | 3.20 | Review and revise motion for approval of AMH agreement (2.8); correspond with J. Donley and J. Gettleman re same (.4). |
| 9/26/2012 | Joshua R McLane | .20 | Research re qualified settlement fund. |
| 9/26/2012 | Kimberly K Love | 5.90 | Prepare and organize 2011 joint appendix (.8); prepare and organize materials requested by L. Esayian re Libby (.3); review files and materials re Manville Trust cite as requested by J. Donley (1.2); prepare and organize materials requested by M. Ward for Montana and the Crown to be added to joint appendix (3.6). |
| 9/26/2012 | Jeffrey Gettleman | 3.10 | Review correspondence from T. Davis re opinion on Grace's trust status (.1); review correspondence from T. Maynes and S. Butler re QSF motion (.9); correspond with A. Paul and M. Jones re collar motion and QSF motion (.3); review correspondence from L. Esayian re revised version of AMH settlement motion (.1); correspond with J. McLane re qualified settlement funds (.1); telephone conferences with E. Filon, T. Maynes, A. Paul and others re qualified settlement fund and collar motion (1.6). |
| 9/26/2012 | Jeffrey Gettleman | 2.60 | Telephone conferences and correspond with working group re QSF motion (1.1); research re qualified settlement funds (.9); review precedential QSF motions (.6). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/26/2012 | Adam C Paul | 3.00 | Telephone conferences and correspondence with R. Finke, L. Esayian and D. Rosendorf re AMH (.6); finalize LMP transition and insurer settlements (.8); telephone conference with E. Filon, T. Maynes and J. Gettleman re QSF (.9); prepare for same (.7). |
| 9/26/2012 | John Donley, P.C. | 1.00 | Review and analyze Montana joint appendix designations (.3); correspond with M. Ward, K. Love and R. Barakat re same (.4); review and revise AMH settlement and motion (.3). |
| 9/26/2012 | Lisa G Esayian | 3.80 | Telephone conference with R. Finke re AMH agreement (.4); review and revise same (1.6); review and revise motion and order re same (1.8). |
| 9/26/2012 | Todd F Maynes, P.C. | 1.60 | Telephone conferences with working group re QSF rules (.6); review motion precedent re same (1.0). |
| 9/27/2012 | Mike Jones | 4.60 | Correspond with client re suggestion of bankruptcy (.4); correspond with working group re timing for filing potential settlement motion (.9); review and revise research re contingency for settlement counterparty filing bankruptcy (3.3). |
| 9/27/2012 | Kimberly K Love | 2.10 | Prepare and organize information requested by L. Esayian re upcoming hearings (.7); prepare and organize materials requested by C. Hraban (.3); prepare and organize materials for joint appendix (1.1). |
| 9/27/2012 | Jeffrey Gettleman | 2.40 | Correspond with J. Flynn, R. Finke and others re LMP vendors (.2); review AMH motion (.3); correspond with M. Jones re Sealed Air agreement memorandum (.1); review and revise same (.7); research re same (.4); office conference with M. Jones re same (.5); review analysis of third circuit decisions re appeals of Supersedeas bonds (.2). |
| 9/27/2012 | Adam C Paul | 2.10 | Correspond with working group re AMH (.8); analyze and revise AMH motion (.9); analyze and revise agenda (.4). |
| 9/27/2012 | John Donley, P.C. | 4.00 | Review and revise appellate brief (2.3); review and revise joint appendix (.4); review AMH settlement and motion (.4); correspond with L. Esayian, M. Jones and A. Paul re same (.2); review Libby Third Circuit filing and correspond with J. Gettleman and A. Paul re next steps (.2); review draft agenda and recent filings (.2); review Manville plan designations re joint appendix and M. Ward's correspondence re same (.2); correspond with R. Barakat re next steps (.1). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/27/2012 | Lisa G Esayian | 3.20 | Telephone conference with R. Finke re AMH agreement (.7); revise same (.8); review and revise approval motion and proposed order (1.7). |
| 9/27/2012 | Todd F Maynes, P.C. | .90 | Revise QSF motion (.6); correspond with working group re same (.3). |
| 9/28/2012 | Mike Jones | 3.30 | Review and revise memorandum re contingency for settlement counterparty filing for bankruptcy (2.9); correspond with J. Gettleman and A. Paul re same (.4). |
| 9/28/2012 | Kimberly K Love | 3.90 | Review and identify district court and appeal cases involving Libby (2.3); prepare and organize materials for inclusion into case files (1.6). |
| 9/28/2012 | Jeffrey Gettleman | 4.90 | Correspond with working group re dismissal of appeals (1.3); review and revise QSF motion (1.4); correspond with working group re same (1.6); correspond with A. Paul and M. Jones re Sealed Air research memorandum (.6). |
| 9/28/2012 | Jeffrey Gettleman | 3.80 | Telephone conference with M. Shelnitz, A. Paul, plan proponents' counsel and others re "collar" terms re warrants (1.1); review and analyze docket and pleadings in Libby district court appeal no. 09-115 (.7); draft, review and revise analysis re same (.4); correspond with L. Esayian and others re same (.4); office conference and correspond with M. Jones re Sealed Air research memorandum (.7); review and revise same (.4); correspond with A. Paul re QSF motion (.1). |
| 9/28/2012 | Adam C Paul | 2.70 | Telephone conference re warrant agreement (.8); correspond with M. Shelnitz, J. Donley, and J. Gettleman re same (.4); telephone conference with J. Gettleman re QSF (.3); analyze exit scenarios (1.2). |
| 9/28/2012 | Nia Dukov | 1.20 | Research re equitable factors relevant to applicable pendency interest rate. |
| 9/28/2012 | John Donley, P.C. | 4.80 | Review and revise joint appendix and exhibits (.7); correspond with D. Felder, K. Love, R. Barakat, M. Rudnick, R. Worf and D. Blabey re same (.5); review and analyze Libby appeal settlement and remaining dismissals needed at District Court or Third Circuit (.5); correspond with J. Gettleman, L. Esayian, K. Love and A. Paul re same (.3); review and analyze plan confirmation briefing (1.6); review and analyze emergence issues (.6); telephone conference with M. Shelnitz re same (.4); review Main Plaza briefing and other recent pleadings and filings (.2). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/28/2012 | Lisa G Esayian | 2.80 | Review and analyze issues re Libby and BNSF dismissals of appeals of CNA and Arrowood settlements (1.1); review and analyze issues re AMH agreement (1.7). |
| 9/29/2012 | Stephen H Butler | .30 | Correspond with T. Maynes and J. Gettleman re QSF tax issues. |
| 9/29/2012 | Kimberly K Love | 4.10 | Prepare and organize joint appendix materials. |
| 9/29/2012 | Jeffrey Gettleman | 1.90 | Correspond with A. Paul re hedging transaction (.3); review and analyze same (.4); telephone conference with A. Paul, E. Filon and M. Shelnitz re hedging and other emergence issues (1.1); correspond with S. Butler re QSF motion (.1). |
| 9/29/2012 | Adam C Paul | 2.10 | Analyze exit scenarios (1.2); telephone conference with M. Shelnitz and E. Filon re same (.9). |
| 9/30/2012 | Adam C Paul | 1.80 | Correspond with E. Filon and T. Maynes re QSF (.6); analyze and revise warrant motion (1.2). |
| 9/30/2012 | John Donley, P.C. | .90 | Analyze and review documents re emergence issues (.6); correspond with A. Paul and T. Maynes re same (.3). |
|  | Total: | 396.40 |  |

K&E 24192042.3

## Matter 41 - Tax Issues - Fees

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 9/04/2012 | Todd F Maynes, P.C. | .40 | Telephone conferences with C. Finke re IRS question. |
| | Total: | .40 | |

A-24

**EXHIBIT B**

K&E 24192042.3

## **Matter 42 – Travel Non-working – Expenses**

| Service Description | Amount |
|---|---|
| Transportation to/from airport | $179.36 |
| **Total:** | **$179.36** |

K&E 24192042.3

### Matter 42 – Travel Non-working – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 7/24/2012 | 53.77 | Vital Transportation, Inc., Passenger: Paul, Adam, Transportation to/from airport, Date: 7/17/2012 |
| 7/25/2012 | 53.77 | Vital Transportation, Inc., Passenger: Paul, Adam, Transportation to/from airport, Date: 7/18/2012 |
| 8/20/2012 | 71.82 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, from ORD to K&E Chicago Office |
| Total: | 179.36 | |

B-3

### Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $165.54 |
| Standard Copies or Prints | $685.30 |
| Overnight Delivery | $79.30 |
| Computer Database Research | $4,242.85 |
| **Total:** | **$5,172.99** |

B-4

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|-------|-------------|
| 8/01/2012 | 42.87 | West, Computer Database Research, Welch, Melinda, August 2012 |
| 8/01/2012 | 14.21 | West, Computer Database Research, Accelus Business Law Research Usage for 08/2012, Mosquera, Clara C. |
| 8/03/2012 | 70.44 | West, Computer Database Research, Winters, Spencer, August 2012 |
| 8/13/2012 | 83.69 | West, Computer Database Research, Esayian, Lisa G., August 2012 |
| 8/22/2012 | 214.75 | West, Computer Database Research, Jones, Mike, August 2012 |
| 8/22/2012 | 155.94 | West, Computer Database Research, Schwartz, Todd, August 2012 |
| 8/22/2012 | 1.34 | West, Computer Database Research, Mitchell-Dawson, Lauren, August 2012 |
| 8/28/2012 | 242.41 | West, Computer Database Research, Donley, John W., August 2012 |
| 8/29/2012 | 181.98 | West, Computer Database Research, Brniak, Andrew, August 2012 |
| 8/29/2012 | 591.74 | West, Computer Database Research, Gettleman, Jeffrey, August 2012 |
| 8/30/2012 | 2,626.69 | West, Computer Database Research, Barakat, Rana, August 2012 |
| 8/30/2012 | 16.79 | West, Computer Database Research, Des Jardins, Ken, August 2012 |
| 8/31/2012 | 2.33 | Intercall - Third Party Telephone Charges, A. Paul, 8/31/12 |
| 8/31/2012 | 156.57 | Intercall - Third Party Telephone Charges, J. Donley, 8/31/12 |
| 8/31/2012 | 6.64 | Intercall - Third Party Telephone Charges, L. Esayian, 8/31/12 |
| 9/04/2012 | 13.90 | Standard Prints |
| 9/04/2012 | 50.80 | Standard Prints |
| 9/04/2012 | 2.00 | Standard Prints |
| 9/04/2012 | 1.90 | Standard Prints |
| 9/04/2012 | 3.60 | Standard Prints |
| 9/04/2012 | 6.80 | Standard Prints |
| 9/05/2012 | 14.00 | Standard Copies or Prints |
| 9/05/2012 | .20 | Standard Prints |
| 9/05/2012 | 3.40 | Standard Prints |
| 9/05/2012 | 9.10 | Standard Prints |
| 9/05/2012 | 1.20 | Standard Prints |
| 9/05/2012 | 6.30 | Standard Prints |
| 9/05/2012 | 3.10 | Standard Prints |
| 9/06/2012 | 41.20 | Standard Prints |
| 9/06/2012 | 8.20 | Standard Prints |
| 9/06/2012 | 24.10 | Standard Prints |
| 9/06/2012 | 3.60 | Standard Prints |
| 9/06/2012 | 1.80 | Standard Prints |
| 9/10/2012 | 27.00 | Standard Copies or Prints |

B-5

| Date | Amount | Description |
|------|-------:|-------------|
| 9/10/2012 | 1.90 | Standard Prints |
| 9/10/2012 | 2.10 | Standard Prints |
| 9/10/2012 | 1.30 | Standard Prints |
| 9/11/2012 | 10.30 | Standard Prints |
| 9/12/2012 | 17.70 | Standard Prints |
| 9/13/2012 | 48.50 | Standard Copies or Prints |
| 9/13/2012 | 49.90 | Fed Exp to: Richard Finke, Columbia, MD from: Brian T. Stansbury |
| 9/14/2012 | 1.00 | Standard Prints |
| 9/17/2012 | 1.30 | Standard Prints |
| 9/17/2012 | 1.10 | Standard Prints |
| 9/17/2012 | .40 | Standard Prints |
| 9/18/2012 | .70 | Standard Prints |
| 9/18/2012 | 1.00 | Standard Prints |
| 9/19/2012 | 3.90 | Standard Prints |
| 9/19/2012 | 1.20 | Standard Prints |
| 9/19/2012 | 20.20 | Fed Exp to: Warren H. Smith, Rockwall, TX from: Adam Paul |
| 9/19/2012 | 9.20 | Fed Exp to: Margaret A. Phillips, Esq., New York, NY from: Kimberly Love |
| 9/20/2012 | 28.10 | Standard Prints |
| 9/20/2012 | .30 | Standard Prints |
| 9/20/2012 | 6.40 | Standard Prints |
| 9/21/2012 | 6.10 | Standard Copies or Prints |
| 9/21/2012 | 5.20 | Standard Prints |
| 9/21/2012 | 1.90 | Standard Prints |
| 9/21/2012 | 1.20 | Standard Prints |
| 9/24/2012 | 5.60 | Standard Prints |
| 9/24/2012 | 2.60 | Standard Prints |
| 9/24/2012 | 1.70 | Standard Prints |
| 9/24/2012 | 1.40 | Standard Prints |
| 9/24/2012 | 7.10 | Standard Prints |
| 9/25/2012 | 1.40 | Standard Prints |
| 9/25/2012 | 1.40 | Standard Prints |
| 9/25/2012 | 1.90 | Standard Prints |
| 9/25/2012 | 3.10 | Standard Prints |
| 9/26/2012 | 1.10 | Standard Prints |
| 9/26/2012 | 262.60 | Standard Prints |
| 9/26/2012 | 1.80 | Standard Prints |

K&E 24192042.3

| Date | Amount | Description |
|------|--------|-------------|
| 9/26/2012 | 18.80 | Standard Prints |
| 9/26/2012 | 2.60 | Standard Prints |
| 9/26/2012 | 8.40 | Standard Prints |
| Total: | 5,172.99 | |

B-7