```
                            REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number       2330186
   7500 Grace Drive                      Invoice Date         10/26/12
   Columbia, Maryland 21044              Client Number         172573
   USA



===============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                                      1,288.00
      Expenses                                      0.00

                       TOTAL BALANCE DUE UPON RECEIPT         $1,288.00
                                                              =============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number       2330186
7500 Grace Drive                          Invoice Date        10/26/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60029
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30 2012

```
  Date    Name                                                     Hours
--------  -----------                                              -----

09/11/12  Ament         Attention to billing matters                 .20
                        (.10); e-mails re: same (.10).

09/19/12  Cameron       Review fee application materials.            .50

09/20/12  Muha          Review and revisions to monthly              .20
                        fee application materials for
                        August 2012 application.

09/21/12  Ament         Review e-mail re: August fee                 .10
                        application.

09/25/12  Ament         Review e-mails re: Aug. monthly              .10
                        fee application and final fee
                        application.

09/25/12  Lord          Research docket and draft CNO to             .40
                        Reed Smith July monthly fee
                        application.

09/25/12  Lord          Communicate with A. Muha re:                 .20
                        information for fee auditor on
                        final fee spreadheet project.

09/25/12  Muha          Revisions to August 2012 monthly             .30
                        fee application materials, and
                        emails re: same.

09/26/12  Lord          Revise, e-file and serve CNO to              .40
                        Reed Smith July monthly fee
                        application.
```

```
 172573 W. R. Grace & Co.                        Invoice Number   2330186
 60029  Fee Applications-Applicant               Page     2
        October 26, 2012


   Date    Name                                                      Hours
 -------- -----------                                                 -----

 09/27/12 Ament           Review e-mail re: Aug. monthly fee            .50
                          application (.10); begin drafting
                          Aug. monthly fee application
                          (.10); begin drafting spreadsheets
                          re: same (.20); attention to
                          billing matters (.10).

 09/28/12 Ament           Review and respond to e-mail from            1.40
                          J. Lord re: Aug. monthly fee
                          application (.10); attention to
                          billing matters (.10); various
                          e-mails re: same (.10); review
                          invoices received relating to Aug.
                          fee application (.10); calculate
                          fees and expenses re: same (.40);
                          prepare spreadsheets re: same
                          (.20); draft Aug. monthly fee
                          application (.30); provide same to
                          A. Muha for review (.10).

 09/28/12 Lord            Communicate with S. Ament re:                 .10
                          monthly fee application status.

                                                                     ------
                                              TOTAL HOURS              4.40


 TIME SUMMARY               Hours           Rate           Value
 ------------------------  --------    ---------------    -------
 Douglas E. Cameron         0.50  at  $   670.00    =      335.00
 Andrew J. Muha             0.50  at  $   460.00    =      230.00
 John B. Lord               1.10  at  $   260.00    =      286.00
 Sharon A. Ament            2.30  at  $   190.00    =      437.00

                          CURRENT FEES                                1,288.00


                                                                    ------------
                          TOTAL BALANCE DUE UPON RECEIPT              $1,288.00
                                                                    ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


  W.R. Grace & Co.                        Invoice Number      2330187
  7500 Grace Drive                        Invoice Date        10/26/12
  Columbia, Maryland 21044                Client Number        172573
  USA


==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                     871.00
    Expenses                                   0.00

                      TOTAL BALANCE DUE UPON RECEIPT         $871.00
                                                        =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                           Invoice Number     2330187
  7500 Grace Drive                           Invoice Date       10/26/12
  Columbia, Maryland 21044                   Client Number       172573
  USA                                        Matter Number        60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2012

   Date    Name                                                 Hours
  -------- -----------                                           -----

  09/08/12 Cameron       Review materials relating to            .90
                         Anderson Memorial claim.

  09/18/12 Cameron       Review Anderson Memorial materials.    .40

                                                                ------
                                              TOTAL HOURS         1.30


  TIME SUMMARY                    Hours        Rate        Value
  -------------------------     ----------------------    -------
  Douglas E. Cameron             1.30  at  $  670.00  =    871.00

                         CURRENT FEES                              871.00

                                                              ------------
                         TOTAL BALANCE DUE UPON RECEIPT           $871.00
                                                              ============
```