```
                        REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


  W.R. Grace & Co.                      Invoice Number      2330188
  7500 Grace Drive                      Invoice Date        10/26/12
  Columbia, Maryland 21044              Client Number        172573
  USA

==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                                    0.00
     Expenses                                16.00

                        TOTAL BALANCE DUE UPON RECEIPT         $16.00
                                                          =============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                        Invoice Number       2330188
  7500 Grace Drive                        Invoice Date        10/26/12
  Columbia, Maryland 21044                Client Number        172573
  USA                                     Matter Number         60033
```

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Outside Duplicating                              16.00

                    CURRENT EXPENSES                                16.00
                                                                -------------

                    TOTAL BALANCE DUE UPON RECEIPT               $16.00
                                                                =============

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                           Invoice Number      2330188
   7500 Grace Drive                           Invoice Date        10/26/12
   Columbia, Maryland 21044                   Client Number        172573
   USA                                        Matter Number         60033



   ==============================================================================

   Re: (60033)  Claim Analysis Objection Resolution & Estimation
                (Asbestos)


   FOR COSTS ADVANCED AND EXPENSES INCURRED:

   09/30/12   Outside Duplicating -- VENDOR: DIGITAL LEGAL          16.00
              SERVICES, LLC: Copies, envelopes & postage

                               CURRENT EXPENSES                         16.00
                                                                  ------------
                         TOTAL BALANCE DUE UPON RECEIPT                $16.00
                                                                  ============
```