## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2012 THROUGH JUNE 30, 2012 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 8/28/2012 | 4//1/2012-4/30/2012 | $ 14,154.50 | $ 985.32 | $ 11,323.60 | $ 985.32 | $ 2,830.90 |
| 8/28/2012 | 5/1/2012-5/31/2012 | $ 1,297.50 | $ 19.39 | $ 1,038.00 | $ 19.39 | $ 259.50 |
| | | | | | | |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 3.40 | $ 1,700.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 23.40 | $ 13,352.00 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| | Total | 26.80 | $15,452.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $0 |
| Copies – Matter 32 (Fee Applications) | $13.00 |
| Copies – Matter 41 | $12.45 |
| Computer Database Research | $0 |
| Postage | $956.13 |
| Federal Express/Overnight Messenger | $23.13 |
| Facsimile | $0 |
| Working Meals | $0 |
| Hotel | $0 |
| Local Transportation | $0 |
| Parking | $0 |
| Total | $1,004.71 |

## Exhibit B

April Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #29515 Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

## Exhibit C

May Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #29517 Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

## Exhibit D (none)

June Fee Application

No June Fee application

**EXHIBIT E**

STEPTOE & JOHNSON
Project Category Summary Report
Through 45th Interim Period
WR GRACE

| Category | 45th Qtr. Apr-June 2012 | Cumulative through June 2012 |
|---|---|---|
| Tax Litigation | $13,352.00 | $2,306,721.50 |
| Travel Non-working | 0 | $38,800.00 |
| Fee Applications, Applicant (S&J's fees) | $1,700.00 | $169,498.00 |
| Expenses | $1,004.71 | $66,100.61 |
| Tax Issues | $0 | $35,911.50 |
| | | |
| Total | $16,056.71 | $2,617,031.61 |

9