# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date:  November 20, 2012**

**Hearing Deadline:  to be scheduled, if necessary**

### FEE DETAIL FOR NORTON ROSE CANADA LLP'S SIXTY-SEVENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION <u>FOR THE PERIOD FROM July 1, 2012 through August 31, 2012</u>

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**NORTON ROSE**

Barristers & Solicitors / Patent & Trade-mark Agents

**INVOICE**

Invoice Number: 1194339
Date: September 14, 2012

Client: W.R. GRACE & CO.
RE: Chapter 11 Proceedings, General Matters
Matter No.: 01016442-0001
100035

Norton Rose Canada LLP
TD Waterhouse Tower, Suite 2300
Toronto-Dominion Centre
79 Wellington Street West, P.O. Box 128
Toronto, Ontario M5K 1H1 CANADA

T: +1 416.360.8511
F: +1 416.360.8277
toronto@nortonrose.com
nortonrose.com

On January 1, 2012, Macleod Dixon joined
Norton Rose OR to create Norton Rose Canada.

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044
U.S.A.

GST: R111340006

Attention: Richard C. Finke
Assistant General Counsel-Litigation

For professional services rendered and disbursements incurred for the period
ending August 31, 2012.

| | |
|---|---:|
| FEES | $8,175.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 235.94 |
| NET | $8,411.44 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $8,411.44 |
| TOTAL IN US FUNDS | $8,583.10 |

COPY

Payable upon receipt

Banking information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include invoice number on transfer order

# NORTON ROSE

W.R. GRACE & CO.                                                                01016442-0001

RE:     **Chapter 11 Proceedings, General Matters**

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/7/12 | Adrienne Glen | Reviewing motions and orders made by the Court as sent to the service list. | 0.80 | $280.00 |
| 16/7/12 | Adrienne Glen | Correspondence relating to need for stay in extension in Canada. | 0.20 | $70.00 |
| 25/7/12 | Vasuda Sinha | Addressing issues regarding extension of stay period. | 0.20 | $75.00 |
| 25/7/12 | Catherine Ma | Emails to, call from Commercial List re: availability of Justice Morawetz for motion on stay extension. | 0.20 | $38.00 |
| 26/7/12 | Vasuda Sinha | Drafting and revisions to motion materials for stay extension, including 39th Report of the Information Officer; reviewing court documents from U.S. Chapter 11 proceedings; various e-mails regarding same. | 6.50 | $2,437.50 |
| 26/7/12 | Catherine Ma | Email from, to Commercial List re: availability of Justice Morawetz; arranging for August 1, 2012 chamber appointment re: stay extension; email to Vasuda Sinha re: same. | 0.30 | $57.00 |
| 27/7/12 | Vasuda Sinha | Revisions to motion materials for stay extension motion; various e-mails regarding same. | 4.60 | $1,725.00 |
| 27/7/12 | Catherine Ma | Follow-up with Commercial List re: scheduling of 9:30 chambers appointment. | 0.20 | $38.00 |
| 27/7/12 | Katie Parent | Preparing Grace fee application. | 1.00 | $210.00 |
| 30/7/12 | Vasuda Sinha | Finalizing motion record; attending to service and filing of record; various e-mails regarding same. | 2.30 | $862.50 |
| 31/7/12 | Vasuda Sinha | Reviewing materials for stay extension motion, including U.S. Court orders and memoranda. | 1.90 | $712.50 |
| 1/8/12 | Vasuda Sinha | Preparing for, attendance at and follow up from stay extension hearing. | 2.50 | $937.50 |
| 2/8/12 | Teresa Walsh | Reviewing, revising and swearing 66th Monthly Fee Application. | 0.20 | $123.00 |

INVOICE: 1194339

# NORTON ROSE

W.R. GRACE & CO.                                                    01016442-0001

RE:     **Chapter 11 Proceedings, General Matters**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/8/12 | Lisa Hagglund | Attending to forwarding fee applications for filing. | 1.00 | $250.00 |
| 7/8/12 | Adrienne Glen | Review of various motions and orders granted in the US proceedings. | 0.50 | $175.00 |
| 21/8/12 | Teresa Walsh | Review of final audit decision relating to 44th Interim Period. | 0.20 | $123.00 |
| 22/8/12 | Teresa Walsh | Preparing letter to auditor with change of firm name and address information. | 0.10 | $61.50 |
| | | **TOTAL FEES** | | **$8,175.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 30.70 |
| Facsimile | 2.00 |
| Courier service | 36.24 |
| Process server fee | 40.00 |
| Filing notice of motion | 127.00 |
| | $235.94 |

INVOICE: 1194339