IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 11/21/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FIFTIETH MONTHLY INTERIM
PERIOD FROM OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2012 through October 31, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $8,120.00   [80% of $10,150.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $30.00 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 28 years, and his billing rate is $700 per hour.  In this Application period Mr. Rich billed 14.5 hours,[2] for a total amount billed of $10,150.00 of which 80% is currently sought, in the amount of $8,120.00.  Mr. Rich incurred expenses during this

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

Application period in the amount of $30.00. The total sought by the Application is $8,150.00.

As stated above, this is the Fiftieth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 12.8 | $8,960.00 |
| Fee Application Matters | 1.7 | $1,190.00 |
| TOTAL | 14.5 | $10,150.00 |

EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Courtcall | $30.00 |
| TOTAL | $30.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

*/s/ Alan B. Rich*

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of November, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

*/s/ Alan B. Rich*

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (October, 2012)

**Client**

Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 10/1/2012 | Prepare monthly fee application and notice of filing and attention to filing and service thereof | 1.5 |
| 10/1/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/1/2012 | Review Pro Hac Vice application of Peter J. Gurfein for CIM Urban REIT | 0.1 |
| 10/1/2012 | Review Motion for Leave to File Reply of CIM Urban REIT, draft Reply and Declaration in Support | 0.5 |
| 10/1/2012 | Email to client re business reorganization | 0.1 |
| 10/2/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/2/2012 | Review Certifications of No Objection to Canadian ZAI counsel monthly fee applications | 0.1 |
| 10/2/2012 | Review Order granting leave for Main Plaza to file reply brief | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 10/3/2012 | Conference with PI FCR counsel re status | 0.1 |
| 10/3/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/3/2012 | Review BNSF Motion to dismiss appeal | 0.1 |
| 10/3/2012 | Email to J. Donley re appeal | 0.1 |
| 10/4/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/4/2012 | Review Third Circuit Order dismissing BNSF appeal | 0.1 |
| 10/4/2012 | Review Monthly Fee Application of Property Damage Committee local counsel | 0.1 |
| 10/4/2012 | Review District Court filing of dismissal order of BNSF appeal | 0.1 |
| 10/5/2012 | Review Monthly Fee Application of Canadian ZAI counsel | 0.3 |
| 10/5/2012 | Email from J. Donley re status | 0.1 |
| 10/5/2012 | Review Agenda for October Omnibus | 0.1 |
| 10/5/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/5/2012 | Email to client re October Omnibus hearing | 0.1 |
| 10/6/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/8/2012 | Email from client re Omnibus hearing | 0.1 |
| 10/8/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/8/2012 | Review motion to dismiss appeal of Maryland Casualty | 0.1 |
| 10/9/2012 | Review Order granting Gurfein pro hac vice application | 0.1 |
| 10/9/2012 | Review Pro Hac Vice application of Richard Eisenbach for Main Plaza LLC | 0.1 |
| 10/9/2012 | Review Order dismissing Maryland Casualty appeal (12-2967) | 0.1 |
| 10/9/2012 | Order from USDC re dismissal of Maryland Casualty appeal | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 10/9/2012 | Order of USDC dismissing Libby Claimants Appeal (BAP 09-67) | 0.1 |
| 10/9/2012 | Review Order granting 44th Quarterly Fee Applications | 0.2 |
| 10/9/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/9/2012 | Review draft Appendix for Appeal | 1.5 |
| 10/9/2012 | Emails to and from debtors' counsel re appendix | 0.1 |
| 10/10/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/11/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/11/2012 | Review Third Quarter Report of Ordinary Course professional payments | 0.2 |
| 10/12/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/12/2012 | Attention to preparation for telephonic Omnibus hearing | 0.1 |
| 10/13/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/15/2012 | Attend telephonic October omnibus hearing | 0.5 |
| 10/15/2012 | Telephone call with client | 0.1 |
| 10/15/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/16/2012 | Review BNSF Notice of Voluntary Dismissal of USDC appeal | 0.1 |
| 10/16/2012 | Review Motion to Settle Dairyland Insurance policy | 1.0 |
| 10/16/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/16/2012 | Review substitution of counsel for Lawson Electric | 0.1 |
| 10/17/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/17/2012 | Email to Debtors' counsel re appendix | 0.1 |
| 10/18/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/18/2012 | Review Property Damage Committee fee application | 0.1 |

| | | |
|---|---|---|
| 10/18/2012 | Email from Debtors' counsel re appendix | 0.2 |
| 10/19/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/19/2012 | Emails to and from Debtors' counsel re appendix | 0.1 |
| 10/20/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/22/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/22/2012 | Review Motion to Amend OCP Order re SC&H | 0.3 |
| 10/22/2012 | Prepare, file and serve CNO re monthly fee application | 0.2 |
| 10/22/2012 | Certification of Counsel regarding Objection of Main Plaza, LLC to Notice of Transfer of Claim other than for Security filed by CIM Urban REIT | 0.2 |
| 10/23/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/23/2012 | Email from J. Donley re status | 0.1 |
| 10/24/2012 | Emails to and from client re status | 0.1 |
| 10/24/2012 | Review Order Sustaining Main Plaza Transfer Objection | 0.1 |
| 10/24/2012 | Review Anderson Memorial Hospital's agreed motion to extend briefing schedule in 12-3143 | 0.1 |
| 10/24/2012 | Review Anderson Memorial Hospital's agreed motion to extend briefing schedule in 12-2923 | 0.1 |
| 10/24/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/25/2012 | Review Order Extending Appellants' briefing schedule | 0.1 |
| 10/25/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/26/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/26/2012 | Review ZAI Special Counsel Monthly Fee Applications | 0.3 |
| 10/29/2012 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 10/30/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/31/2012 | Review Cash Settled Collar Agreement re Warrants and revised notice thereof | 1.0 |
| 10/31/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/31/2012 | Email to client re Cash Settled Collar Agreement | 0.1 |
| 10/31/2012 | Emails to and from ZAI Special Counsel re Cash Settled Collar Agreement | 0.2 |

Total:   14.5 hours @ $700/hour = $10,150.00

Expenses:   Courtcall – $30.00

Total Fees and Expenses Due:  $10,180.00