# EXHIBIT 1

## EXECUTED SIGNATURE PAGE

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 30, 2012          By: _____/s/ John O'Connell_____
                                     John James O'Connell III
                                     Managing Director
                                     The Blackstone Group LP