

October 22, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   222379

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH September 30, 2012

### CLIENT SUMMARY

**BALANCE AS OF- 09/30/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $396.00 | $2.20 | $398.20 |
| **.15538 -** 02 - Debtors' Business Operations | $110.00 | $0.00 | $110.00 |
| **.15543 -** 07 - Applicant's Fee Application | $579.50 | $0.00 | $579.50 |
| **.15544 -** 08 - Hearings | $0.00 | $0.00 | $0.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $0.00 | $0.00 | $0.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $0.00 | $0.00 | $0.00 |
| **.17907 -** 40 - Tax Issues | $0.00 | $0.00 | $0.00 |
| *Client Total* | **$1,085.50** | **$2.20** | **$1,087.70** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 0.40 | $550.00 | $220.00 |
| Snyder, Jeffrey I | 0.40 | $410.00 | $164.00 |
| Donaire, Gloria | 1.80 | $220.00 | $396.00 |
| Flores, Luisa M | 1.30 | $235.00 | $305.50 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$1,085.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Copies | $2.20 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$2.20*** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$1,087.70** |

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 09/04/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/05/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Saklo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/06/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/07/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/10/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199. |
| 09/11/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/12/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/13/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/14/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/18/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/19/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/20/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/21/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket report for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/24/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/25/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/26/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/27/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199. |

| | | | | | |
|---|---|---|---|---|---|
| 09/28/12 | GD | 0.10 | 22.00 | Obtain and review and analyze daily docket reports for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. | |

**PROFESSIONAL SERVICES**     **$396.00**

### COSTS ADVANCED

| | | |
|---|---|---|
| 09/21/12 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/21/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/26/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/26/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/27/12 | Copies 2 pgs @ 0.10/pg | 0.20 |

**TOTAL COSTS ADVANCED**     **$2.20**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 1.80 | $220.00 | $396.00 |
| **TOTAL** | ***1.80*** | | ***$396.00*** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Copies | $2.20 |
| **TOTAL** | ***$2.20*** |

**CURRENT BALANCE DUE THIS MATTER**     **$398.20**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15538

**RE: 02 - Debtors' Business Operations**

09/26/12    JMS    0.20    110.00    Email from R. Higgins regarding Grace's business realignment.

**PROFESSIONAL SERVICES** $110.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| **TOTAL** | **0.20** | | **$110.00** |

**CURRENT BALANCE DUE THIS MATTER** $110.00

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 09/21/12 | LMF | 0.30 | 70.50 | Review fee auditors' report and meet with accounting regarding obtaining backup to same. |
| 09/26/12 | LMF | 0.60 | 141.00 | Follow up for backup to fee auditor's interim report, review backup and prepare draft of report. |
| 09/27/12 | LMF | 0.40 | 94.00 | Revise response to fee auditor's interim report. |
| 09/27/12 | JMS | 0.20 | 110.00 | Revise response to Fee Auditor's initial report. |
| 09/30/12 | JIS | 0.40 | 164.00 | Review and revise August prebill. |

**PROFESSIONAL SERVICES** $579.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| Snyder, Jeffrey I | 0.40 | $410.00 | $164.00 |
| Flores, Luisa M | 1.30 | $235.00 | $305.50 |
| **TOTAL** | **1.90** | | **$579.50** |

**CURRENT BALANCE DUE THIS MATTER** $579.50

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

**PROFESSIONAL SERVICES** $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

**PROFESSIONAL SERVICES** $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| TOTAL | 0 | | $0.00 |

**CURRENT BALANCE DUE THIS MATTER** $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

Atty – SLB
Client No.: 74817/17907

**RE: 40 - Tax Issues**

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP