IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 22, 2012 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND THIRTY-SECOND MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/541739

# EXHIBIT A
**(Fee Detail)**

## FEES

| LITIGATION AND LITIGATION CONSULTING | $10,448.50 |
|---|---|
| FEE APPLICATION – APPLICANT | $105.00 |
| TOTAL FEES | $10,553.50 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 19, 2012
Bill Number 157253
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH SEPTEMBER 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/04/12 | ARA | Document control. | 4.20 Hrs | 357.00 |
| 09/05/12 | ARA | Document control. | 3.00 Hrs | 255.00 |
| 09/05/12 | ARA | Quality control ZAI documents. | 3.20 Hrs | 432.00 |
| 09/06/12 | ARA | Document control. | 3.30 Hrs | 280.50 |
| 09/06/12 | ARA | Quality control ZAI documents. | 3.00 Hrs | 405.00 |
| 09/07/12 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 09/07/12 | ARA | Retrieve Libby personnel file from MTM and return it to the repository (.7). Quality control ZAI documents (2.5). | 3.20 Hrs | 432.00 |
| 09/10/12 | ARA | Document control. | 4.00 Hrs | 340.00 |
| 09/11/12 | ARA | Document control. | 2.80 Hrs | 238.00 |
| 09/11/12 | ARA | Quality control ZAI documents. | 3.20 Hrs | 432.00 |
| 09/12/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | No Charge |
| 09/12/12 | ARA | Document control. | 1.30 Hrs | 110.50 |
| 09/12/12 | ARA | Quality control ZAI documents. | 5.10 Hrs | 688.50 |

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/13/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 09/13/12 | ARA | Quality control ZAI documents. | 4.50 Hrs | 607.50 |
| 09/14/12 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 09/14/12 | ARA | Quality control ZAI documents. | 3.90 Hrs | 526.50 |
| 09/17/12 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 70.00 |
| 09/17/12 | ARA | Quality control ZAI documents. | 5.70 Hrs | 769.50 |
| 09/18/12 | ARA | Document control. | 1.80 Hrs | 153.00 |
| 09/19/12 | ARA | Document control. | 2.00 Hrs | 170.00 |
| 09/19/12 | ARA | Quality control ZAI documents. | 4.00 Hrs | 540.00 |
| 09/20/12 | ARA | Document control. | 2.50 Hrs | 212.50 |
| 09/21/12 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 09/24/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 09/24/12 | ARA | Quality control ZAI documents. | 4.50 Hrs | 607.50 |
| 09/25/12 | ARA | Quality control ZAI documents. | 4.70 Hrs | 634.50 |
| 09/26/12 | ARA | Quality control ZAI documents. | 6.00 Hrs | 810.00 |
| 09/27/12 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 09/28/12 | ARA | Document control. | 6.00 Hrs | 510.00 |

TOTAL LEGAL SERVICES $10,448.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.20 | 350.00 | 70.00 |
| Angela R. Anderson | 51.00 | 135.00 | 6,885.00 |
| Angela R. Anderson | 41.10 | 85.00 | 3,493.50 |
| Robert A. Murphy | 0.10 | 350.00 | No Charge |
| | 92.40 | | $10,448.50 |

TOTAL THIS BILL $10,448.50

Page 2

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 19, 2012
Bill Number 157254
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH SEPTEMBER 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/24/12 | RAM | Work on August fee application. | 0.20 Hrs | 70.00 |
| 09/25/12 | RAM | Finalize August fee application and send it to in-house counsels to review; OK to file. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES    $105.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.30 | 350.00 | 105.00 |
|  | 0.30 |  | $105.00 |

TOTAL THIS BILL    $105.00