# EXHIBIT B
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,506.41 |
| **FEE APPLICATION – APPLICANT** | $39.34 |
| **TOTAL EXPENSES** | $12,545.75 |

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 19, 2012
Bill Number  157255
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH SEPTEMBER 30, 2012

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/10/12 | BOSTON LITIGATION SOLUTIONS: Copy of personnel file for in-house counsel 8/27/12. | 57.80 | |
| | | | $57.80 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 09/04/12 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - September 2012. | 12,040.16 | |
| | | | $12,040.16 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 09/10/12 | RECORDKEEPER ARCHIVE CENTERS,: Storage from 09/01/12 through 09/30/12. | 408.45 | |
| | | | $408.45 |

| | |
|---|---|
| TOTAL COSTS | $12,506.41 |
| TOTAL THIS BILL | $12,506.41 |

# CASNER & EDWARDS, LLP

### A T T O R N E Y S  A T  L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 19, 2012
Bill Number  157256
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH SEPTEMBER 30, 2012

FEDERAL EXPRESS

| | | |
|---|---|---|
| 09/11/12 | FEDERAL EXPRESS CORPORATION: To 919 North Market St., Pachulski Stang Ziehl & Jones from Casner and Edwards on August 27, 2012 by R A Murphy. | 19.67 |
| 09/11/12 | FEDERAL EXPRESS CORPORATION: To 919 N Market St., Pachulski Stang Ziehl & Jones, from Casner and Edwards on August 13, 2012 by R A Murphy. | 19.67 |
| | | $39.34 |
| | TOTAL COSTS | $39.34 |
| | TOTAL THIS BILL | $39.34 |