**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120731**
**Expense Summary**

| Period Ending | 7/31/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $12.50 |
| | | Pacer | $138.80 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,691.20** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120731-1 | 7/31/2012 | $12.50 |
| | Total Due | $12.50 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 7/31/2012
**Reference #:** 021-20120731-1
**Notes:** Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 20 Pieces | $12.50 |
| | | | | **Total Due:** | **$12.50** |