**EXHIBIT 2**



information management

BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120831**
**Expense Summary**

| **Period Ending** | **8/31/2012** | **Expense Type** | **Amount** |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,539.90** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120831-1 | 8/31/2012 | $11.60 |
| | Total Due | $11.60 |

EXHIBIT 2