**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120731**
**Expense Summary**

| Period Ending | 7/31/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $12.50 |
| | | Pacer | $138.80 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,691.20** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20120731-1 | 7/31/2012 | $12.50 |
| | **Total Due** | **$12.50** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 7/31/2012
**Reference #:** 021-20120731-1
**Notes:** Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 20 Pieces | $12.50 |
| | | | | **Total Due:** | **$12.50** |

*Invoice Due Upon Receipt*                                             *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120831**
**Expense Summary**

| Period Ending | 8/31/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,539.90** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120930**
**Expense Summary**

| Period Ending 9/30/2012 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $89.90 |
| | Noticing Production | $810.96 |
| | Website Hosting | $250.00 |
| | **Total** | **$2,350.86** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120919-1 | 9/19/2012 | $784.28 |
| Reference # 021-20120920-1 | 9/20/2012 | $0.68 |
| Reference # 021-20120930-1 | 9/30/2012 | $14.40 |
| | **Total Due** | **$799.36** |

EXHIBIT 2



**bmcgroup**
information management

BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 9/19/2012
**Reference #:** 021-20120919-1

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | Libby Med Letter | Page Ct 1 / Party Ct 1,116 | | |
| | Production | Printed Impressions | 1116 Pieces @ $.10 each | $111.60 |
| | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | Postage | USPS - 1st Class (at Cost) | 1115 Pieces @ $.45 each | $501.75 |
| | | USPS - CAN (at Cost) | 1 Piece @ $.85 each | $0.85 |
| | Production | Fold and Stuff | 1116 Pieces @ $.05 each | $55.80 |
| | Supplies | Inkjet and Envelope - #10 | 1116 Pieces @ $.08 each | $89.28 |
| | | | **Total:** | **$784.28** |

*Invoice Due Upon Receipt*                    *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 9/20/2012
**Reference #:** 021-20120920-1

| Job Type | Job Item | Pages / Parties | | |
|---|---|---|---|---|
| | Step | Task | Details | Total |
| Noticing Document | Libby Med Letter (suppl) | Page Ct 1 / Party Ct 1 | | |
| | Production | Printed Impressions | 1 Piece @ $.10 each | $0.10 |
| | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $.45 each | $0.45 |
| | Production | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | **Total:** | **$0.68** |

*Invoice Due Upon Receipt*                    *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 9/30/2012
**Reference #:** 021-20120930-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for September | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 18 Pieces | $8.10 |
| Other | Transfers | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 14 Pieces | $6.30 |
| | | | | **Total Due:** | **$14.40** |

*Invoice Due Upon Receipt*     *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120831-1 | 8/31/2012 | $11.60 |
| | **Total Due** | **$11.60** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 8/31/2012
**Reference #:** 021-20120831-1
**Notes:** **Postage misc mailings.**

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfer | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 22 Pieces | $11.60 |
| | | | | **Total Due:** | **$11.60** |

*Invoice Due Upon Receipt*                                                   Page 1 of 1

EXHIBIT 2