Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2173925 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 10/05/12 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA  22902 | | |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 17.40 |
| Messenger Service | 15.00 |
| Federal Express | 89.67 |
| CURRENT EXPENSES | 122.07 |

**TOTAL AMOUNT OF THIS  INVOICE**          122.07

**NET AMOUNT OF THIS INVOICE**          122.07

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2173921 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date      10/05/12 |
| Peninsula Capital Advisors LLC | Client Number     359022 |
| 404B East Main Street | Matter Number     00004 |
| Charlottesville, VA  22902 | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/05/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/06/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 09/07/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/10/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 09/11/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/12/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/14/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/14/12 | TKD | Review District Court appeal docket for new appeal; work with Tracy Buck on checking all appeals to see if Equity Committee is properly in the appeals | 0.4 | 260.00 |
| 09/17/12 | TKD | Review all filings and share with team | 0.2 | 130.00 |
| 09/18/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/19/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/20/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/21/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/25/12 | TKD | Review all filings and share with team | 0.3 | 195.00 |
| 09/26/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/27/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/28/12 | TKD | Review case filings and share with team | 0.3 | 195.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | | |
|---|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security | Invoice Number | 2173921 |
| 00004 | | Holders | Page 2 | |
| 10/05/12 | | Case Administration | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/28/12 | TKD | Review Debtors' Limited Joinder to Main Plaza LLC's Objection to Notice of Transfer of Claim Other than for Security Filed by CIM Urban Reit 211 Main St. (SF), LP, as Assignee of CIM Reit Acquisition | 0.2 | 130.00 |
| | | TOTAL HOURS | 7.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 7.0 | at | $650.00 | = | 4,550.00 |
| | CURRENT FEES | | | | 4,550.00 |

**TOTAL AMOUNT OF THIS  INVOICE**          4,550.00

**NET AMOUNT OF THIS INVOICE**          4,550.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2173924 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 10/05/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re:   Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/06/12 | TKD | Review memo to committee about Sealed Air | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |
| | | | CURRENT FEES | | 130.00 |

**TOTAL AMOUNT OF THIS INVOICE**                     130.00

**NET AMOUNT OF THIS INVOICE**                     130.00

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2173926 |
| Invoice Date | 10/05/12 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/05/12 | TKD | Review docket for objections (0.2) and finding none, review and approve CNO (0.1) | 0.3 | 195.00 |
| 09/05/12 | TBB | File and serve CNO to Saul Ewing's Thirty Sixth Monthly Fee Application. | 0.8 | 156.00 |
| 09/05/12 | TBB | Review docket for any objections filed. | 0.1 | 19.50 |
| 09/05/12 | TBB | Draft CNO to Saul Ewing's Thirty Sixth Monthly Fee Application. | 0.2 | 39.00 |
| 09/13/12 | TBB | Draft CNO to Saul Ewing's Thirteenth Quarterly Fee Application. | 0.3 | 58.50 |
| 09/13/12 | TBB | Review docket for any objection filed. | 0.1 | 19.50 |
| 09/20/12 | TBB | Draft CNO to Saul Ewing's Thirty Seventh Monthly Fee Application. | 0.3 | 58.50 |
| 09/20/12 | TBB | File and serve CNO to Saul Ewing's Thirty Seventh Monthly Fee Application. | 0.8 | 156.00 |
| 09/24/12 | TKD | Review fee application for filing | 0.3 | 195.00 |
| 09/24/12 | TBB | Draft Saul Ewing's Thirty Eighth Monthly Fee Application. | 0.7 | 136.50 |
| 09/24/12 | TBB | File and serve Saul Ewing's Thirty Eighth Monthly Fee Application | 0.8 | 156.00 |

TOTAL HOURS                4.7

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022          WR Grace - Official Committee of Equity Security         Invoice Number  2173926
00015           Holders                                                  Page 2
10/05/12        Fee Applications/Applicant

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 4.1 | at | $195.00 | = | 799.50 |
| Teresa K.D. Currier | 0.6 | at | $650.00 | = | 390.00 |

| | |
|---|---|
| CURRENT FEES | 1,189.50 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 1,189.50 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 1,189.50 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2173927 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    10/05/12 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00016 |
| Charlottesville, VA 22902 | |

Re:  Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/12 | TKD | Review and approve Kramer CNO | 0.2 | 130.00 |
| 09/10/12 | TBB | Draft CNO to Kramer Levin's Forty First Quarterly Fee Application. | 0.2 | 39.00 |
| 09/10/12 | TBB | File and serve CNO to Kramer Levin's Forty First Quarterly Fee Application. | 0.8 | 156.00 |
| 09/10/12 | TBB | Review docket for any objections filed. | 0.2 | 39.00 |
| 09/13/12 | TBB | File and serve CNO to Saul Ewing's Thirteenth Quarterly Fee Application. | 0.8 | 156.00 |
| 09/20/12 | TKD | Approve CNOs for Kramer Levin and Saul | 0.3 | 195.00 |
| 09/20/12 | TBB | Draft CNO to Kramer Levin's One Hundred and Thirty First Monthly Fee Application. | 0.3 | 58.50 |
| 09/20/12 | TBB | File and serve CNO to Kramer Levin's One Hundred and Thirty First Monthly Fee Application. | 0.8 | 156.00 |
| 09/21/12 | TKD | Reviewed and approved Kramer Levin CNO for filing | 0.2 | 130.00 |
| | | TOTAL HOURS | 3.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.1 | at | $195.00 | = | 604.50 |
| Teresa K.D. Currier | 0.7 | at | $650.00 | = | 455.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
10/05/12

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Others

CURRENT FEES                                                    1,059.50


**TOTAL AMOUNT OF THIS  INVOICE**                    1,059.50


**NET AMOUNT OF THIS INVOICE**                       1,059.50

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2173928 |
|---|---|---|
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 10/05/12 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00020 |
| Charlottesville, VA 22902 | | |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/13/12 | TBB | Review Circuit Court EOA filings. | 0.4 | 78.00 |
| 09/20/12 | TKD | Review and calendar briefing schedules just announced for all appeals | 0.6 | 390.00 |
| 09/20/12 | TBB | Calendar briefing schedule for all appeals | 0.2 | 39.00 |
| | | TOTAL HOURS | 1.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.6 | at | $195.00 | = | 117.00 |
| Teresa K.D. Currier | 0.6 | at | $650.00 | = | 390.00 |
| | | | CURRENT FEES | | 507.00 |

| | | |
|---|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | | 507.00 |

| | | |
|---|---|---|
| **NET AMOUNT OF THIS INVOICE** | | 507.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP