B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re <u>W.R. Grace & Co.-Conn.</u>, Debtor.  Case No. <u>01-01139</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Midtown Acquisitions L.P.</u> | <u>Longacre Master Fund, Ltd.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Midtown Acquisitions L.P.
65 East 55th Street, 19th Floor
New York, New York 10022

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): <u>9553</u>
Amount of Claim as Filed: <u>$8,825,416.00</u>
Amount of Claim Transferred: <u>$4,412,708.00 (or 50% of the Amount of Claim as Filed)</u>
Date Claim Filed:<u>3/28/03</u>

Phone:_____        Phone:_____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

694977v.1 9999/00999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 12/5/11
  Name of Transferee/Transferee's Agent

By: _____     Date: 12-7-11
  Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

694977v.1 9999/00999