<u>**Exhibit A**</u>

**September 2012 Fee Detail**

Matter 18                                                                                       Section 199 Tax Study

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Abraham, Mathew | 9/4/2012 | Discussion of the partnership rules with Vorrath and Levin and its impact on the allocation of the section 199 deduction to WR Grace (.5); reviewing additional client source documents (trial balance and W-2 wage information for section 199 calculations (1.0) | 1.5 | $400.00 | $600.00 |
| Vorrath, David Allen | 9/4/2012 | Discuss treatment of ART DPAD with Rob and Marshall; discuss proper allocation to partners | 0.5 | $600.00 | $300.00 |
| Abraham, Mathew | 9/5/2012 | research of section 199 and Expanded Affiliated Group rules with partnership treatment (1.0); call with Hurwitz to discuss open items and technical impact on the section 199 calculations for 2007, 2009 & 2011 (1.0); internal call with Levin to discussion partnership research on section 199 calculation (.5) | 2.5 | $400.00 | $1,000.00 |
| Vorrath, David Allen | 9/5/2012 | Conference call to discuss treatment of legal expenses unrelated to QPAI & COGS reconciliation issue; follow up with Rob | 1.5 | $600.00 | $900.00 |
| Abraham, Mathew | 9/6/2012 | call with Jodi Leonarczyk to discuss gross margin analysis and mini P&Ls and its impact to section 199 calculations for 2007 & 2009 (1.3); conversation with Levin and Wetcher to feed through changes with new gross margin information (.9) | 2.2 | $400.00 | $880.00 |
| Wetcher, Andrew D | 9/6/2012 | WR Grace Section 199 - updates to 2007, 2009, and 2011 calculation workbooks for interest expense and CY/PY balance sheet assets (3.5 hours) | 3.5 | $350.00 | $1,225.00 |
| Margulies, Mark A. | 9/6/2012 | I had a conference call with Grace management and GT team on open 199 calc matters; 1 hour | 1 | $600.00 | $600.00 |
| Levin, Rob | 9/6/2012 | IRC Section 199 call w/ Jodi to discuss GM Reports for Davison and Conn. Discussions related to Total Manufactured Revenue and Cost of Goods Sold. Specifically, the variance between these reports and the consolidated trial balance. | 4 | $550.00 | $2,200.00 |
| Vorrath, David Allen | 9/6/2012 | Work on staff scheduling for model rework | 0.5 | $600.00 | $300.00 |
| Schwarz, Melbert E | 9/6/2012 | Review 199 work papers via computer conference. | 2.1 | $700.00 | $1,501.50 |
| Abraham, Mathew | 9/7/2012 | Discussion with Schwarz, Levin & Wetcher regarding section 199 methodology (1.1); review of source data provided by the company (1.2); updating section 199 calculation to reflect new source data (1.7) | 4 | $400.00 | $1,600.00 |
| Wetcher, Andrew D | 9/7/2012 | WR Grace Section 199 - conference call with Mat Abraham, Rob Levin and Mel Schwarz regarding the 2011 calculation methodology and COGS/Sales differences (1.5 hours) | 1.5 | $350.00 | $525.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 9/7/2012 | IRC Section 199 National tax review with Mel Schwarz, Grant Section 199 partner. Discussions revolved around review of the 2007, 2009, and 2011 costing models and the IRC Section 861 methodologies implemented. | 2 | $550.00 | $1,100.00 |
| Wetcher, Andrew D | 9/9/2012 | WR Grace - Section 199 - updated 2009 and 2007 calculation for new PBC summary data (1.8 hours) | 1.8 | $350.00 | $630.00 |
| Abraham, Mathew | 9/10/2012 | Meeting with client, Leonarczyk, to discuss gross margin reports and its impact to section 199 calculation (1.3); reviewing and updating section 199 calculation to incorporate new pension figures, schedule M adjustments, and gross margin components (5.4) | 6.7 | $400.00 | $2,680.00 |
| Wetcher, Andrew D | 9/10/2012 | WR Grace - Section 199 - At WR Grace office with Mat Abraham and Rob Levin completing the 2007, 2009, and 2011 section 199 calculations in WR Grace conference room (13.6 hours) | 13.6 | $350.00 | $4,760.00 |
| Levin, Rob | 9/10/2012 | IRC Section 199 review of updated Gross Margin reports (.5 hours). Time spent implementing new information into 2007, 2009, & 2011 Section 199 costing model (3.5 hours). Additional time spent reviewing litigation expense analysis (.5 hours), "other catalyst" revenue (1 hour), inclusion of Puerto Rico in the 199 calculation (1 hour), and final review of the 2009 M-1s (.5 hour) | 7 | $550.00 | $3,850.00 |
| Schwarz, Melbert E | 9/10/2012 | Review materials and discuss issues with Rob Levin and rest of section 199 team. | 3.2 | $700.00 | $2,288.00 |
| Abraham, Mathew | 9/11/2012 | Email & phone call to Edourad to discuss the schedule M adjustments for the 2009 federal income tax return (.4); modifying and updating and finalizing the section 199 calculations (2007, 2009 & 2011) for call with the IRS (7.2) | 7.6 | $400.00 | $3,040.00 |
| Wetcher, Andrew D | 9/11/2012 | WR Grace Section 199 - WR Grace section 199 calculation final updates from Sunrise GT office for 2007, 2009, 2011 calculations - updates per discussion with client and Rob Levin/Mat Abraham (6.1 hours) | 6.1 | $350.00 | $2,135.00 |
| Vorrath, David Allen | 9/11/2012 | Discuss 2007 QPAI calculation vs. IRS adjustments with Levin and Mat (.3); discuss strategy for finalizing project with Rob (.2) | 0.5 | $600.00 | $300.00 |
| Levin, Rob | 9/11/2012 | IRC Section 199 review of the 2007, 2009 & 2011 costing models w/ new information provided by Giselle Huriwitz, Grace Tax. Updated reports relating to the GM by product were provided and updated in the models (2.4 hours). Review of the pension adjustment relating to active vs. retired individuals and the corresponding increase to the Section 199 deduction were reviewed and traced to the actual account (1.6 hours.). Review of final 2007, 2009, and 2011 computations and review of referencing and adding notes to provide a finalized Section 199 deduction to the IRS (6.2 hours). | 10.2 | $550.00 | $5,610.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Abraham, Mathew | 9/12/2012 | Discussion with Hurwitz regarding revised Sch M figures (.6); conference call the IRS representative Deutschman and client (Hurwitz, Filon, Kiley) to discuss section 199 calculation methodology (1.1) | 1.7 | $400.00 | $680.00 |
| Wetcher, Andrew D | 9/12/2012 | WR Grace Section 199 - Call with IRS Agent; Mat Abraham; Rob Levin; and Client (1.1 hours) | 1.1 | $350.00 | $385.00 |
| Wetcher, Andrew D | 9/12/2012 | WR Grace Section 199 - further updates per discussion with Rob Levin on WR Grace Section 199 calculation for 2007 and 2009 (3.2 hours) | 3.2 | $350.00 | $1,120.00 |
| Levin, Rob | 9/12/2012 | Section 199 meeting with Shawn Deutschmann, IRS agent, and Giselle Hurwitz, Grace Tax, providing an overview of the Section 199 calculation, methodologies employed, IRC 861 allocations utilized, products that are qualified domestically produced gross receipts, and the overall calculation (1.5 hours). Additional time spent cleaning up review notes and referencing (.2 hours). Additional time spent on 2011, updating the costing model for new information related to m-1s (3 hours). | 4.7 | $550.00 | $2,585.00 |
| Abraham, Mathew | 9/13/2012 | Call with Levin to discuss and update the section 199 calculation (.4); updated section 199 calculation for ART LLC section 199 domestic production gross receipts and cost of goods sold analysis (.6); email to Schwarz explaining methodology for section 199 calculations (.2); | 1.2 | $400.00 | $480.00 |
| Levin, Rob | 9/13/2012 | 2011 Section 199 review of the costing model. Time spent reviewing the pension adjustment, the legal fee adjustment to QPAI, and overall calculation review (2.75 hours). Additional time spent researching the inclusion of ART LLC into the calculation and reviewing the Form 8903 that was provided to WR Grace (1 hour). | 4 | $550.00 | $2,200.00 |
| Abraham, Mathew | 9/14/2012 | Discussion with Levin and Wetcher on modifications to the section 199 calculation | 0.3 | $400.00 | $120.00 |
| Wetcher, Andrew D | 9/14/2012 | WR Grace Section 199 - quick update to 2009 calculation per discussion with Rob Levin (.9 hours) | 0.9 | $350.00 | $315.00 |
| Abraham, Mathew | 9/18/2012 | Phone call with the IRS agent (Deutchman) to discuss 2007 section 199 calculation (1.1); email to Wetcher to explain items in the 2007 section 199 calculations (.3); | 1.4 | $400.00 | $560.00 |
| Levin, Rob | 9/18/2012 | Discussions with Shawn Deutschman, IRS agent, relating to the 2007 Section 199 costing model and methodology (1.5 hours). Additional time spent revising the 2007 and 2009 models to reflect additional information obtained from Jodi Leonarczyk, WR Grace Transfer Pricing, as well as, notes from Shawn (1.5 hours). Deduction increased due to additional information. | 3 | $550.00 | $1,650.00 |
| Abraham, Mathew | 9/19/2012 | Updating section 199 calculations for 2007 & 2009 to properly reflect the Schedule K-1 information from the ART LLC Form 1065 | 1.2 | $400.00 | $480.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wetcher, Andrew D | 9/19/2012 | WR Grace - Section 199 - call with Rob Levin to discuss changes to 2007 and 2009 calculations (.6 hours); updates to calculations pursuant to discussion (1.5 hours) | 2.1 | $350.00 | $735.00 |
| Wetcher, Andrew D | 9/21/2012 | WR Grace - section 199 - call with Rob Levin to discuss 2007 calculation (.7 hours); updates pursuant to conversation (.9 hours); additional conversation with Rob Levin to review the changes to the 2007 calc via screen share (.5 hours) | 2.1 | $350.00 | $735.00 |
| Wetcher, Andrew D | 9/24/2012 | WR Grace - Section 199 - 2007 and 2009 calculations converted into PDF format (1.1 hours) | 1.1 | $350.00 | $385.00 |
| Wetcher, Andrew D | 9/25/2012 | WR Grace - Section 199 - Call with Rob Levin to discuss changes per IRS auditor comments (.8 hours); Updates to 2007 and 2009 calculations pursuant to discussion (1.6 hours) | 2.4 | $350.00 | $840.00 |
| Total | | | 113.90 | | $51,294.50 |

| Matter 18 | | | | R&D Tax Credit Study | | |
|---|---|---|---|---|---|---|
| Professional | Date | Description | | Time | Rate | Amount |
| Stargel, Andrew L | 9/4/2012 | Completed write ups of Lockheed Martin Corp. v. United States, 210 F.3d 1366 (Fed. Cir. 2000) and Fairchild Industries v. United States, 71 F.3d 868 (Fed. Cir. 1995) and send to Dan for review (4.0). | | 4 | $245.00 | $980.00 |
| Wagner, Catherine E | 9/4/2012 | analysis of cost center numbers provided by Karen Mitchell (1.0), follow up with respective divisions to clarify description of missing cost centers (1.0) | | 2 | $325.00 | $650.00 |
| Wagner, Catherine E | 9/4/2012 | Phone calls with Dan Lynes to discuss the status of the R&D projects (1.0), calculate credit and next steps (1.0) | | 2 | $325.00 | $650.00 |
| Wagner, Catherine E | 9/4/2012 | Continual updating of the credit calculation to incorporate additional information provided by Karen Mitchell (2.5) | | 2.5 | $325.00 | $812.50 |
| Lynes, Daniel A. | 9/4/2012 | Multiple phone calls with Catie Wagner of Grant Thornton to discuss determine the status of the R&D project and what are next steps would be (1.0) | | 1 | $400.00 | $400.00 |
| Wagner, Catherine E | 9/5/2012 | Review of supply costs and contractors provided by WR Grace to determine their applicability to R&D credit (1.5) | | 1.5 | $325.00 | $487.50 |
| Wagner, Catherine E | 9/5/2012 | Meeting with Sara Beth Watson, Dan Lynes, and Rob Levin to discuss the status of next steps, outstanding information (1.5) | | 1.5 | $325.00 | $487.50 |
| Wagner, Catherine E | 9/5/2012 | Continual updating of the credit calculation to incorporate additional information provided by Karen Mitchell (2.0) | | 2 | $325.00 | $650.00 |
| Lynes, Daniel A. | 9/5/2012 | Multiple calls with Rob Harding of WR Grace (R&D Director- Materials Technology), to discuss whether certain 3rd party contractor costs are eligible for the R&D tax credit (1.5) | | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 9/5/2012 | Meeting with Rob Levin, Catie Wagner, and Sara Beth Watson of Grant Thornton to discuss the status and next steps of the R&D project (1.0) | | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 9/5/2012 | Call with Rob Harding of WR Grace (Director of the Development Center), to discuss his divisions applicability to the R&D tax credit (1.0) | | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 9/5/2012 | Review of R&D costing model put together by Catie Wagner of Grant Thornton (1.5) | | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 9/5/2012 | Review of supply costs and 3rd party contractor costs provided by WR Grace to determine their applicability to the R&D tax credit calculation (2.0) | | 2 | $400.00 | $800.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 9/5/2012 | IRC Section 41 internal meetings with Dan Lynes, Catie Wagner, and Sara Beth Watson to discuss next steps and missing information (1.0). Additional time spent preparing examples IRS meeting examples and discussions with Elyse Filon on status update and information received (1.0). Additional time spent analyzing emails and information obtained from Karen Mitchell, Grace manager (1.0). | 3 | $550.00 | $1,650.00 |
| Stargel, Andrew L | 9/6/2012 | Meeting with Dan and Catie for client visit (.5). Planned travel details and necessary pre-trip preparation (.5). Began gathering necessary documents such as organizational charts and project listings for trip (.5). | 1.5 | $245.00 | $367.50 |
| Wagner, Catherine E | 9/6/2012 | Internal meeting with Dan Lynes and Andrew Stargel to discuss next week interviews, set up schedule with individuals we are interviewing next week (2.0) | 2 | $325.00 | $650.00 |
| Wagner, Catherine E | 9/6/2012 | Email to Rob Harding to set up meetings and info request (.75), Email to David Graf to set up meetings and info request (.5), Email to Wu-Cheng Cheng to set up meetings and info request (.75) | 2 | $325.00 | $650.00 |
| Wagner, Catherine E | 9/6/2012 | calls with Jim Anderson to set up meeting and understand his projects (1.0) | 1 | $325.00 | $325.00 |
| Lynes, Daniel A. | 9/6/2012 | Email to Wu-Cheng of Grace to set up meetings (.25) and provide info for the Refining Technologies Group for the R&D tax credit (.25) | 0.5 | $400.00 | $200.00 |
| Lynes, Daniel A. | 9/6/2012 | Email to Rob Harding of Grace to set up meetings and provide info for the Materials Technology Group for the R&D tax credit (.5) | 0.5 | $400.00 | $200.00 |
| Lynes, Daniel A. | 9/6/2012 | Email to David Graf of Grace to set up meetings and provide info for the Specialty Catalyst Group for the R&D tax credit (.5) | 0.5 | $400.00 | $200.00 |
| Lynes, Daniel A. | 9/6/2012 | Multiple phone conversations with Jim Anderson (WR Grace, Director R&D of Discover Science Group), to explain R&D project and plan site-visit (1.2) | 1.2 | $400.00 | $480.00 |
| Lynes, Daniel A. | 9/6/2012 | Meeting with Andrew Stargel and Catie Wagner of Grant Thornton to discuss plans for performing site visits and R&D project interviews (1.5) | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 9/6/2012 | Meeting with Sara Beth Watson of Grant Thornton to discuss staffing issues and status of R&D project (.5) | 0.5 | $400.00 | $200.00 |
| Lynes, Daniel A. | 9/6/2012 | Additional email to David Graf to explain the need for project interviews and documentation gathering for the R&D tax credit project (.7) | 0.7 | $400.00 | $280.00 |
| Lynes, Daniel A. | 9/6/2012 | Review of updated costing model for R&D tax credit (3.5) | 3.5 | $400.00 | $1,400.00 |
| Margulies, Mark A. | 9/7/2012 | I had a conference call with Grace management on W-2 matter for credit work (1.0) | 1 | $600.00 | $600.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Stargel, Andrew L | 9/7/2012 | Booked travel and stay for trip to Baltimore and Chicago, air, rental car, and hotel (.25). Prepared agenda for meetings (1.75). Organized notes, organizational charts, and agendas for trip (1.0) | 3 | $245.00 | $735.00 |
| Wagner, Catherine E | 9/7/2012 | Finalize agenda for next week's meeting, internal discussion regarding interview strategy (1.7) | 1.7 | $325.00 | $552.50 |
| Wagner, Catherine E | 9/7/2012 | Compile employee names, job titles, descriptions for IRS (2.5) | 2.5 | $325.00 | $812.50 |
| Wagner, Catherine E | 9/7/2012 | Respond to inquiries about next week's interviews, finalize agenda (1.0) | 1 | $325.00 | $325.00 |
| Lynes, Daniel A. | 9/7/2012 | Internal planning with Catie Wagner and Andrew Stargel for R&D tax credit interviews in Columbia, MD and Deerfield, IL (4.0) | 4 | $400.00 | $1,600.00 |
| Lynes, Daniel A. | 9/7/2012 | Weekly update call with Shawn Deutchman from the IRS and Elyse Filon of WR Grace to give an update as to the status of the R&D project (1.0) | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 9/7/2012 | work to gather information requested by the IRS (organizational structures of each individual R&D group) (2.0) | 2 | $400.00 | $800.00 |
| Lynes, Daniel A. | 9/7/2012 | Phone Conversation with Rob Levin (Grant Thornton) to discuss and evaluate the strategy for conducting project interviews next week. (1.5) | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 9/7/2012 | Email to R&D Tax Credit team to explain expectations and agenda for next week's interviews (.7) | 0.7 | $400.00 | $280.00 |
| Levin, Rob | 9/7/2012 | IRS Call w/ Shawn, Mark, Momet (need to update names). Elyse and Debra and Giselle. Discussions related to the sample quantitative documentation the Company will provide to the IRS (1.0) | 1 | $550.00 | $550.00 |
| Vorrath, David Allen | 9/7/2012 | Participate in conference call to update client & the IRS on project progress & documentation issues (1.0) | 1 | $600.00 | $600.00 |
| Vorrath, David Allen | 9/9/2012 | Provide detailed descriptions of time charges for use in bankruptcy court filing (.3) | 0.3 | $600.00 | $180.00 |
| Stargel, Andrew L | 9/10/2012 | Travel to Columbia, MD. Meeting with Greg Pollock and Kiran Chodavarapu to discuss documentation of Research and Development Projects (10.5) | 10.5 | $245.00 | $2,572.50 |
| Wagner, Catherine E | 9/10/2012 | Arrival and set up in Columbia offices, GT internal preparation for upcoming interviews (1.5); R&D Project interview with Greg Pollock (WR Grace- R&D manager in Material Technology), to discuss the "TR+" project from 2011 as it related to the R&D tax credit (1.0); Review of documentation received surrounding the technical merits (1.0); | 3.5 | $325.00 | $1,137.50 |
| Wagner, Catherine E | 9/10/2012 | R&D project interview with Kiran Chodavarapu (R&D Manager- WR Grace, Discovery Sciences) to discuss relevant project pertaining to credit (2.0) | 2 | $325.00 | $650.00 |

| Professional | Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Wagner, Catherine E | 9/10/2012 | Follow up GT meeting with Andrew Stargel and Dan Lynes to recap the interviews, documentation, and memos (2.5) | 2.5 | $325.00 | $812.50 |
| Lynes, Daniel A. | 9/10/2012 | R&D Project interviews with Kiran Chodavarapu (R&D Manager - WR GRACE, Discovery science Group) to discuss relevant projects pertaining to the R&D tax credit (2.0) | 2 | $400.00 | $800.00 |
| Lynes, Daniel A. | 9/10/2012 | Follow-up meeting with Andrew Stargel and Catie Wagner to re-cap the interviews we performed today (2.5) | 2.5 | $400.00 | $1,000.00 |
| Lynes, Daniel A. | 9/10/2012 | R&D Project interview with Greg Pollock (WR Grace- R&D manager in Material Technology), to discuss the "TR+" project from 2011 as it related to the R&D tax credit (1.0); Review of documentation received surrounding the technical merits of the "TR+" project (1.0). | 2 | $400.00 | $800.00 |
| Lynes, Daniel A. | 9/10/2012 | Preparation for R&D interviews at WR Grace in Columbia, MD surrounding the interviews with Greg Pollock and Kiran Chodavarapu of WR Grace (1.0). | 1 | $400.00 | $400.00 |
| Goldberg, Walter S | 9/11/2012 | Researching IRS issue regarding qualification gross receipts (1.0) | 1 | $650.00 | $650.00 |
| Stargel, Andrew L | 9/11/2012 | Meeting with Jim Miller and Rob Harding to discuss documentation including Incubator Technologies. (8.0) | 8 | $245.00 | $1,960.00 |
| Wagner, Catherine E | 9/11/2012 | Analysis of W2 wage request and follow up email sent to Colleen Brill to confirm receipt of W2 information (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/11/2012 | Status update meeting with Dan Lynes and Andrew Stargel to discuss the status of R&D project and next steps for project interviews and memos- beginning and end of work day (2.0) | 2 | $325.00 | $650.00 |
| Wagner, Catherine E | 9/11/2012 | Meeting with Jim Miller (WR Grace- Manager- Materials Technology) to discuss R&D project related to the R&D credit (3.0) | 3 | $325.00 | $975.00 |
| Wagner, Catherine E | 9/11/2012 | Meeting with Rob Harding (WR Grace- Director- Materials Technology) to discuss R&D project related to the Incubator Technologies, also to discuss how tech services is utilized in R&D activities (1.5) | 1.5 | $325.00 | $487.50 |
| Wagner, Catherine E | 9/11/2012 | Meeting with David Graf (WR Grace- Manager- Specialty Catalyst) to discuss R&D project related to the Specialty Catalyst and the legal nature of the R&D projects of his group as it relates to the R&D credit (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/11/2012 | Meeting with Al Hummel (WR Grace- Technology Manager- Specialty Catalyst) to discuss Borealis project and the legal nature of the R&D projects of his group as it relates to the R&D credit (.8) | 0.8 | $325.00 | $260.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 9/11/2012 | Meeting with David Graf (R&D Director, WR Grace, Specialty Catalyst) to discuss the basic legal nature of the R&D projects his group undertakes as it relates to the R&D tax credit (1.5). | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 9/11/2012 | Meeting with Rob Harding (WR Grace, R&D Director - Materials Technology Group) to discuss how the "tech services" group plays into his time allocations for the R&D tax credit (1.2) | 1.2 | $400.00 | $480.00 |
| Lynes, Daniel A. | 9/11/2012 | R&D Meeting with Jim Miller (WR Grace - Manager- Materials Technology) to discuss R&D projects he over saw related to the R&D tax credit (3.0) | 3 | $400.00 | $1,200.00 |
| Lynes, Daniel A. | 9/11/2012 | R&D Tax Credit Discussion with Al Hummel (WR Grace, Technology Manager, Specialty catalyst group) to talk about the Borelus R&D project and the technical/legal merits of the project (1.0). | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 9/11/2012 | Multiple follow up emails with Rob Harding of WR Grace to obtain the missing information necessary to calculate the R&D tax credit as it pertains to the materials and technology group (1.0) | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 9/11/2012 | Status update meeting with Catie Wagner and Andrew Wagner of Grant Thornton to discuss the status of the R&D project and next steps related to project interviews (1.5). | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 9/11/2012 | Conversation with Rob Levin (Grant Thornton) surrounding "performance of R&D" issues surrounding the specialty catalyst projects (.6) | 0.6 | $400.00 | $240.00 |
| Stargel, Andrew L | 9/12/2012 | Meeting with Wu-Cheng Cheng to discuss Research and Development documentation relating to Refining Technologies (6.0). Travel to Deerfield, IL (3.0) | 9 | $245.00 | $2,205.00 |
| Wagner, Catherine E | 9/12/2012 | R&D tax credit meeting with Wu-Cheng Cheng, Mike Ziebarth, Ruizhong Hu of WR Grace to discuss R&D projects of the Refining Technologies group as it relates to the R&D credit (4.0) | 4 | $325.00 | $1,300.00 |
| Wagner, Catherine E | 9/12/2012 | Chicago travel from Baltimore during the day to prepare for meeting with Jim Anderson of WR Grace, Discovery Sciences Manager to discuss R&D projects (3.0) | 3 | $325.00 | $975.00 |
| Wagner, Catherine E | 9/12/2012 | Additional follow up and analysis of divisions for W2 request sent to Colleen Brill (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/12/2012 | Information requests and follow up with interviewees as it related to the projects discussed during the week (1.0) | 1 | $325.00 | $325.00 |
| Vorrath, David Allen | 9/12/2012 | Discuss NDA issue with team (.25); review bankruptcy submissions for NDA language (.25) | 0.5 | $600.00 | $300.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 9/12/2012 | R&D Tax Credit meeting with Wu-Cheng Cheng, Mike Ziebarth, and Ruizhong Hu of WR Grace, and Catie Wagner and Andrew Stargel of Grant Thornton, to discuss R&D projects of the Refining Technologies Group of WR Grace for relevant tax years for the R&D tax credit Study (4.5). | 4.5 | $400.00 | $1,800.00 |
| Lynes, Daniel A. | 9/12/2012 | Travel to Chicago to Baltimore during the normal business day to meet with Jim Anderson of WR Grace, Discovery Sciences group to discuss R&D projects (3.0). | 3 | $400.00 | $1,200.00 |
| Lynes, Daniel A. | 9/12/2012 | Information request for the Refining Technologies Group of WR Grace as it relates to relevant R&D projects for the R&D tax credit study (1.2). | 1.2 | $400.00 | $480.00 |
| Stargel, Andrew L | 9/13/2012 | Meeting with Jim Anderson and travel back to Atlanta (8.0) | 8 | $245.00 | $1,960.00 |
| Wagner, Catherine E | 9/13/2012 | R&D project meeting with Jim Anderson (R&D Director WR Grace, Discovery Sciences) to discuss R&D project undertaken by his group relevant to the credit (6.0) | 6 | $325.00 | $1,950.00 |
| Wagner, Catherine E | 9/13/2012 | Internal wrap up meeting with Dan Lynes and Andrew Stargel to discuss our findings from meeting with Jim Anderson and determine next steps (2.0) | 2 | $325.00 | $650.00 |
| Lynes, Daniel A. | 9/13/2012 | R&D Project Meeting with Jim Anderson (R&D Director- WR Grace - Discover Sciences Group) to discuss R&D projects undertaken by his group for the tax years in question for the R&D tax credit study (6.0). | 6 | $400.00 | $2,400.00 |
| Lynes, Daniel A. | 9/13/2012 | Wrap-Up meeting with Catie Wagner and Andrew Stargel of Grant Thornton to discuss our finding from our meeting with Jim Anderson of WR Grace and determine what our next steps would be to document Mr. Anderson's R&D projects. (2.2). | 2.2 | $400.00 | $880.00 |
| Stargel, Andrew L | 9/14/2012 | Reviewed and organized documentation provided by client (4.0). Began write-ups for BioFlash project. Contacted Catie Wagner regarding concerns (4.0) | 8 | $245.00 | $1,960.00 |
| Wagner, Catherine E | 9/14/2012 | Follow up information requests to Jim Anderson, Wu-Cheng Cheng, Rob Harding, Jim Miller related to the R&D projects discussed during interviews (2.0) | 2 | $325.00 | $650.00 |
| Wagner, Catherine E | 9/14/2012 | Final analysis to provide colleen Brill with additional W2 wage request (2.0) | 2 | $325.00 | $650.00 |
| Wagner, Catherine E | 9/14/2012 | Bioflash and Ferrari memo draft, taking inventory of the documentation received and review (4.0) | 4 | $325.00 | $1,300.00 |
| Lynes, Daniel A. | 9/14/2012 | Travel time during normal course of business day back from Chicago, IL after performing R&D interviews at the Discover Sciences group of WR Grace. (3.5). | 3.5 | $400.00 | $1,400.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 9/14/2012 | Multiple follow-up conversations with Rob Levin (Grant Thornton Managing Director), related to Intellectual Property issues with the Specialty Catalysts group of WR Grace as it relates to the R&D tax credit. (1.5) | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 9/14/2012 | Follow-up meeting with Cate Wagner of Grant Thornton to discuss our findings and next steps related to the R&D tax credit (1.0) | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 9/14/2012 | Review of documentation received from David Graf (R&D Directory, WR Grace, Specialty Catalysts Group) as it relates to the R&D tax credit study (0.8). | 0.8 | $400.00 | $320.00 |
| Lynes, Daniel A. | 9/14/2012 | Research surrounding who maintains the rights and risks for the R&D as it relates to the specialty catalysts group of WR Grace. (1.2). | 1.2 | $400.00 | $480.00 |
| Vorrath, David Allen | 9/14/2012 | Reviewed NDA requirements (.5) | 0.5 | $600.00 | $300.00 |
| Levin, Rob | 9/14/2012 | 2007, 2009, & 2011 R&D tax credit planning discussions w/ Dan Lynes & Sara Beth Watson in preparation for IRS call. Team had discussions w/ the Catalyst and Construction groups. (1.0). Additional time spent understanding licensing agreements and the application of the Fairchild and Lockheed Martin tax court cases. (1.0). | 2 | $550.00 | $1,100.00 |
| Stargel, Andrew L | 9/15/2012 | Continued on write-up for BioFlash and began write-up for TR+ and Ferrari. Sent status to Catie (4.5) | 4.5 | $245.00 | $1,102.50 |
| Wagner, Catherine E | 9/15/2012 | Follow up with Kiran Chodavarapu regarding documentation provided (1.0) | 1 | $325.00 | $325.00 |
| Lynes, Daniel A. | 9/16/2012 | Multiple emails with Catie Wagner (Grant Thornton, Senior Associate), related to the documentation we received from the Materials and Technology Group from WR GRACE as it relates to the R&D tax credit project (1.2). | 1.2 | $400.00 | $480.00 |
| Stargel, Andrew L | 9/17/2012 | Uploaded documentation from Jim Miller for projects (.75), organized symphony site in preparation of inflow of documents and memo writing (.75), communicated with Catie and updated project matrix (.75), reviewed updates on memos by Catie Wagner and made additions from notes taken from interviews (3.75) | 6 | $245.00 | $1,470.00 |
| Wagner, Catherine E | 9/17/2012 | Drafting and review of Andrew Stargel's memos (4.0) | 4 | $325.00 | $1,300.00 |
| Wagner, Catherine E | 9/17/2012 | Incorporating R&D expenses provided by Karen Mitchell into calculation template (3.0) | 3 | $325.00 | $975.00 |
| Wagner, Catherine E | 9/17/2012 | Follow up about outstanding information from Davison business directors (2.0) | 2 | $325.00 | $650.00 |
| Stargel, Andrew L | 9/18/2012 | Update phone call with Catie Wagner (.5), worked on process of experimentation section for memos (.3) | 0.8 | $245.00 | $196.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wagner, Catherine E | 9/18/2012 | Memo review of Andrew Stargel's memos (3.5) | 3.5 | $325.00 | $1,137.50 |
| Wagner, Catherine E | 9/18/2012 | Continuation of building out calculation template with allocations, expenses, and project names (5.0) | 5 | $325.00 | $1,625.00 |
| Stargel, Andrew L | 9/19/2012 | Worked on TR+ memo (3.0) | 3 | $245.00 | $735.00 |
| Wagner, Catherine E | 9/19/2012 | Site visit in Cambridge, arrive set up, quick intro with Betty Hight (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/19/2012 | Interview with Qingye Zhou to discuss bio separations, incubator tech project and related R&D activities (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/19/2012 | Kick off meeting with Felek Jachimowicz and Alex Kruglov (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/19/2012 | Meeting with Greg Pollock to discuss 05-07 packaging business and related projects (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/19/2012 | Meeting with Denise Silva to discuss cement business and related R&D activities (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/19/2012 | Meeting with Ara Jeknavozian to discuss concrete business and related R&D activities (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/19/2012 | Follow up emails to client and preparation for discussions tomorrow (1.0) begin outlining projects discussed (1.0) | 2 | $325.00 | $650.00 |
| Lynes, Daniel A. | 9/19/2012 | Multiple Emails with Dan O'Connell of WR Grace's development Center to discuss the R&D tax credit project and our upcoming site visit (2.3). | 2.3 | $400.00 | $920.00 |
| Lynes, Daniel A. | 9/19/2012 | Multiple phone calls with Catie Wagner of Grant Thornton to discuss the status of the R&D project for WR Grace (1.5) | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 9/19/2012 | Emails with Andrew Stargel of Grant Thornton to discuss the project write-ups for the R&D tax credit study (1.1). | 1.1 | $400.00 | $440.00 |
| Lynes, Daniel A. | 9/19/2012 | Phone call with Rob Levin, Grant Thornton-Managing Director, to update him on the status of the R&D tax credit project and discuss next steps (1.0). | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 9/19/2012 | Review of documentation provided by Jim Miller of WR Grace related to the Materials Technologies' group R&D projects for the applicable tax years (1.5). | 1.5 | $400.00 | $600.00 |
| Levin, Rob | 9/19/2012 | 2008 - 2011 R&D tax credit status update and contract review discussions: time spent with internal team working on open items list, outstanding information, and preparation for pilot plant meeting (2.0). | 2 | $550.00 | $1,100.00 |
| Stargel, Andrew L | 9/20/2012 | Call with Jim Bogdanor (1.0), completed Asteroid memo (4.0), completed TR + memo (2.0), update from Catie and feedback on memo (1.0) | 8 | $245.00 | $1,960.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wagner, Catherine E | 9/20/2012 | Discussion with Dan O'Connell about new business development group activities and R&D related activities (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/20/2012 | Outlining memos discussed in Cambridge the prior day (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/20/2012 | Discussion with Jyoti Seth to discuss SBM business and related R&D activities (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/20/2012 | Discussion with Antonio Aldykiewicz to discuss fireproofing business and related R&D activities (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/20/2012 | Further building calculation model incorporation new construction products allocation spreadsheets (2.5) | 2.5 | $325.00 | $812.50 |
| Wagner, Catherine E | 9/20/2012 | Follow up emails and discussions with betty white regarding time sheets from 2006-2008 and related R&D activities (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/20/2012 | Continuation of memo outlines and review (1.5) | 1.5 | $325.00 | $487.50 |
| Lynes, Daniel A. | 9/20/2012 | Travel time during normal business hours to go to Baltimore, MD to meet with Dan O'Connell of WR Grace related to the R&D tax credit at the Development Center in Curtis Bay, MD (3.2) | 3.2 | $400.00 | $1,280.00 |
| Lynes, Daniel A. | 9/20/2012 | Preparation for meeting with Dan O'Connell - R&D Director at WR Grace Development center. Prep included reviewing project documentation previously obtained related to the R&D tax credit eligible projects (1.8). | 1.8 | $400.00 | $720.00 |
| Lynes, Daniel A. | 9/20/2012 | Phone call with Catie Wagner to discuss how to break out R&D supply costs and 3rd party contractor costs in the R&D credit calculation (0.8). | 0.8 | $400.00 | $320.00 |
| Lynes, Daniel A. | 9/20/2012 | Call with Jim Bogdenor - WR Grace R&D Director, to discuss rights and risks issues related to the Specialty Catalysts' groups R&D projects. (1.0) | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 9/20/2012 | Update conversation with Rob Levin of Grant Thornton to discuss the findings of the rights and risks discussion with Jim Bogdenor of WR Grace surrounding the Specialty Catalyst Group as it relates to the R&D tax credit (0.9). | 0.9 | $400.00 | $360.00 |
| Levin, Rob | 9/20/2012 | IRS meeting with Mark, Carlos to discuss 2007, 2009, & 2011 R&D tax credit status. (1.0). Additional time spent preparing for the meeting to provide updated information to the IRS including sample of project tracking and PRISM stage gate process (1.5). Time spent reviewing Dan O'Connell's specialty catalyst information in preparation for meetings w/ Dan and Project Managers (1.5) | 4 | $550.00 | $2,200.00 |
| Stargel, Andrew L | 9/21/2012 | Completed Arctic memo (3.0), completed Mite memo (3.0), completed TR+ feedback (1.0), began Durango memo (1.0) | 8 | $245.00 | $1,960.00 |

| Professional | Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Wagner, Catherine E | 9/21/2012 | Outlining and review of Andrew Stargel's memo drafts (4.0) | 4 | $325.00 | $1,300.00 |
| Lynes, Daniel A. | 9/21/2012 | Meeting with Dan O'Connell, WR Grace - R&D Director of the Development Center, to discuss the nature of the Development Center's R&D work and relevant R&D projects from prior years. (4.5). | 4.5 | $400.00 | $1,800.00 |
| Lynes, Daniel A. | 9/21/2012 | Review of R&D Project Write-ups related to the Materials and Technology group as it relates to the R&D tax credit study (3.5). | 3.5 | $400.00 | $1,400.00 |
| Levin, Rob | 9/21/2012 | 2007, 2009, & 2011 R&D tax credit meeting with Dan O'Connell, WR Grace Specialty Catalyst, in Curtis Bay, MD. Meetings related to specific projects, Arctic, Carpole, etc. (3.0), pilot plant tour (2.0), and accounting for R&D costs discussion (3.0). | 8 | $550.00 | $4,400.00 |
| Lynes, Daniel A. | 9/23/2012 | Email to Andrew Stargel and Catie Wagner of Grant Thornton to discuss the status of the "Ferrari" R&D project memo related to the R&D tax credit study (.3) | 0.3 | $400.00 | $120.00 |
| Lynes, Daniel A. | 9/23/2012 | Review of R&D tax credit expense spreadsheet prepared by Catie Wagner of Grant Thornton (.8) | 0.8 | $400.00 | $320.00 |
| Stargel, Andrew L | 9/24/2012 | Prepared Crystal Memo (3.5). Prepared Durango Memo (3.5). Researched job descriptions for IRS, updated each employees time allocation and sent job description results to Rob (1.0). | 8 | $245.00 | $1,960.00 |
| Lynes, Daniel A. | 9/24/2012 | Phone call with Rob Levin to discuss the status of the R&D tax credit project and what items were outstanding to obtain a number for the returns (1.2) | 1.2 | $400.00 | $480.00 |
| Lynes, Daniel A. | 9/24/2012 | Dealing with issues related to confidentiality agreement with IP Lawyer Bob Maggio of WR Grace (.8) | 0.8 | $400.00 | $320.00 |
| Lynes, Daniel A. | 9/24/2012 | Determination of which Specialty Catalyst contracts to review for R&D tax credit risk and rights issues (0.5). | 0.5 | $400.00 | $200.00 |
| Stoddard, Joseph | 9/25/2012 | R&D tax credit engagement: teleconference with Levin to discuss R&D credit project, status of IRS audit, and related issues (.5); review R&D credit work papers and related documentation in preparation for teleconference with client and the IRS (.3); teleconference with GT (Levin, Watson, Wagner, Stoddard), WR Grace (Hurwitz), and IRS (Gulati, Deutschman, et al) to discuss project status, documentation issues, and expected deliverables / timelines (.7) | 1.5 | $600.00 | $900.00 |
| Wagner, Catherine E | 9/25/2012 | Drafting memos from GCP interviews (5.0) | 5 | $325.00 | $1,625.00 |
| Wagner, Catherine E | 9/25/2012 | Discussion with Rob Levin and Sara Beth Watson about lack of 2005-2006 information (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/25/2012 | Incorporation of 2006-2007 R&D expense information from Davison into calculation (2.0) | 2 | $325.00 | $650.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Stargel, Andrew L | 9/25/2012 | Entered client data for January (4.5) and February (3.5) | 8 | $245.00 | $1,960.00 |
| Vorrath, David Allen | 9/25/2012 | Participate in IRS update call (.5) | 0.5 | $600.00 | $300.00 |
| Wagner, Catherine E | 9/26/2012 | Incorporation of 2006-2007 R&D expense information from Davison and GCP into calculation (5.0) | 5 | $325.00 | $1,625.00 |
| Wagner, Catherine E | 9/26/2012 | Internal status update with Rob Levin and Sara Beth Watson regarding where we are at with costing information (3.0) | 3 | $325.00 | $975.00 |
| Stargel, Andrew L | 9/26/2012 | Entered client data for March (3.75), April (3.75), and begin May (1). | 8.5 | $245.00 | $2,082.50 |
| Wagner, Catherine E | 9/27/2012 | Continuation of updating the costing model with expense information (4.0) | 4 | $325.00 | $1,300.00 |
| Wagner, Catherine E | 9/27/2012 | Call with IRS (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/27/2012 | Discussion with Karen Mitchell about outstanding wage information and additional sap account request (1.5) | 1.5 | $325.00 | $487.50 |
| Stargel, Andrew L | 9/27/2012 | Finished May (2.5), June (3.5), and July (3). | 9 | $245.00 | $2,205.00 |
| Margulies, Mark A. | 9/27/2012 | I had conversations with team on billing matters for the Company; (1.0) | 1 | $600.00 | $600.00 |
| Wagner, Catherine E | 9/28/2012 | Call with Karen Mitchell, Rob Levin, Don Techian to introduce new tax direction (1.0) | 1 | $325.00 | $325.00 |
| Wagner, Catherine E | 9/28/2012 | Memo drafting and review R&D memos (6.0) | 6 | $325.00 | $1,950.00 |
| Stoddard, Joseph | 9/28/2012 | R&D tax credit - conference call with Grant Thornton team (Levin, Watson, Wagner) to discuss base year consistency issues and other documentation issues (.4) | 0.4 | $600.00 | $240.00 |
| Stargel, Andrew L | 9/28/2012 | Completed August, September, and October (9.7) | 9.7 | $245.00 | $2,376.50 |
| Lynes, Daniel A. | 9/28/2012 | Update discussion with Rob Levin of Grant Thornton to discuss the status of the R&D tax credit project. (0.5). | 0.5 | $400.00 | $200.00 |
| Lynes, Daniel A. | 9/29/2012 | Phone call with Rob Levin of Grant Thornton to discuss the status of the R&D tax credit project as well as the timeline for delivery to the IRS and client (1.5). | 1.5 | $400.00 | $600.00 |
| Total | | | 384.4 | | $128,922.50 |