## Exhibit B

**September 2012 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Airfare | $4,820.40 |
| Lodging | $5,411.95 |
| Rental Car / Ground Transportation | $2,512.14 |
| Per Diem | $305.00 |
| Meals | $2,167.33 |
| Mileage | $222.02 |
| Miscellaneous / Other | $44.00 |
| Total: | **$15,482.84** |

## ITEMIZED EXPENSES

| Date | Amount | Service Description |
|---|---:|---|
| 9/4/2012 | $23.00 | Meals |
| 9/4/2012 | $82.00 | Meals |
| 9/4/2012 | $196.36 | Ground Transportation |
| 9/4/2012 | $31.64 | Mileage |
| 9/4/2012 | $23.00 | Meals |
| 9/4/2012 | $48.00 | Ground Transportation |
| 9/4/2012 | $16.46 | Meals |
| 9/4/2012 | $250.86 | Lodging |
| 9/5/2012 | $50.00 | Ground Transportation |
| 9/6/2012 | $186.00 | Ground Transportation |
| 9/6/2012 | $679.20 | Ground Transportation |
| 9/7/2012 | $467.60 | Airfare |

| Date | Amount | Service Description |
|---|---|---|
| 9/7/2012 | $47.14 | Meals |
| 9/9/2012 | $24.00 | Ground Transportation |
| 9/9/2012 | $22.50 | Ground Transportation |
| 9/9/2012 | $24.37 | Meals |
| 9/9/2012 | $67.75 | Meals |
| 9/10/2012 | $21.43 | Meals |
| 9/10/2012 | $37.34 | Meals |
| 9/10/2012 | $220.71 | Meals |
| 9/10/2012 | $52.52 | Meals |
| 9/10/2012 | $43.96 | Ground Transportation |
| 9/10/2012 | $22.00 | Ground Transportation |
| 9/10/2012 | $976.20 | Airfare |
| 9/10/2012 | $575.20 | Lodging |
| 9/10/2012 | $59.00 | Per Diem |
| 9/10/2012 | $80.00 | Ground Transportation |
| 9/10/2012 | $49.40 | Mileage |
| 9/10/2012 | $53.55 | Meals |
| 9/10/2012 | $480.60 | Airfare |
| 9/11/2012 | $19.99 | Meals |
| 9/11/2012 | $57.87 | Meals |
| 9/11/2012 | $192.85 | Meals |
| 9/11/2012 | $51.40 | Meals |
| 9/11/2012 | $22.32 | Meals |
| 9/11/2012 | $38.85 | Mileage |
| 9/11/2012 | $34.58 | Meals |
| 9/12/2012 | $24.35 | Meals |

| Date | Amount | Service Description |
|---|---:|---|
| 9/12/2012 | $20.00 | Other |
| 9/12/2012 | $776.16 | Lodging |
| 9/12/2012 | $355.17 | Lodging |
| 9/12/2012 | $125.00 | Ground Transportation |
| 9/12/2012 | $150.00 | Meals |
| 9/12/2012 | $355.17 | Lodging |
| 9/13/2012 | $542.20 | Airfare |
| 9/13/2012 | $246.36 | Lodging |
| 9/13/2012 | $31.33 | Meals |
| 9/13/2012 | $24.12 | Meals |
| 9/13/2012 | $18.00 | Ground Transportation |
| 9/13/2012 | $16.00 | Ground Transportation |
| 9/13/2012 | $15.00 | Other |
| 9/13/2012 | $67.85 | Meals |
| 9/13/2012 | $108.03 | Meals |
| 9/13/2012 | $109.85 | Ground Transportation |
| 9/13/2012 | $29.55 | Meals |
| 9/13/2012 | $38.85 | Mileage |
| 9/13/2012 | $226.41 | Ground Transportation |
| 9/13/2012 | $48.00 | Ground Transportation |
| 9/13/2012 | $88.68 | Meals |
| 9/13/2012 | $376.29 | Lodging |
| 9/13/2012 | $54.32 | Meals |
| 9/13/2012 | $31.64 | Mileage |
| 9/13/2012 | $48.00 | Meals |
| 9/14/2012 | $14.56 | Meals |

| Date | Amount | Service Description |
|---|---:|---|
| 9/14/2012 | $328.75 | Lodging |
| 9/14/2012 | $200.00 | Meals |
| 9/14/2012 | $32.00 | Ground Transportation |
| 9/14/2012 | $31.64 | Mileage |
| 9/14/2012 | $89.79 | Ground Transportation |
| 9/14/2012 | $53.00 | Per Diem |
| 9/14/2012 | $50.10 | Ground Transportation |
| 9/16/2012 | $899.00 | Airfare |
| 9/16/2012 | $48.00 | Ground Transportation |
| 9/17/2012 | $1,075.20 | Airfare |
| 9/17/2012 | $64.18 | Meals |
| 9/17/2012 | $40.56 | Meals |
| 9/17/2012 | $575.20 | Lodging |
| 9/17/2012 | $355.17 | Lodging |
| 9/17/2012 | $20.00 | Ground Transportation |
| 9/17/2012 | $9.00 | Other |
| 9/17/2012 | $16.00 | Per Diem |
| 9/18/2012 | $379.60 | Airfare |
| 9/18/2012 | $640.12 | Lodging |
| 9/18/2012 | $23.48 | Meals |
| 9/19/2012 | $53.00 | Per Diem |
| 9/19/2012 | $72.00 | Ground Transportation |
| 9/19/2012 | $77.00 | Ground Transportation |
| 9/20/2012 | $113.23 | Meals |
| 9/20/2012 | $53.00 | Per Diem |
| 9/21/2012 | $577.50 | Lodging |

| Date | Amount | Service Description |
|---|---:|---|
| 9/21/2012 | $36.81 | Meals |
| 9/21/2012 | $37.00 | Ground Transportation |
| 9/22/2012 | $71.00 | Per Diem |
| 9/22/2012 | $42.00 | Ground Transportation |
| 9/24/2012 | $106.47 | Ground Transportation |
| 9/27/2012 | $42.50 | Ground Transportation |

Total    **$15,482.84**

Total September 2012 Expenses: $15,482.84