# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: November 20, 2012 at 4:00 p.m.**<br>Hearing date: To be scheduled only if objections are timely filed and served. |

**ONE-HUNDRED TWENTY EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **August 1, 2012 through August 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,704.40 (80% of $4,630.50)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$0** |

This is an: ☒ monthly  ☐ interim  ☐ final application.


This is the one-hundred twenty eighth monthly fee application of Duane Morris LLP.

DM3\2331982.1