**<u>EXHIBIT A</u>**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

October 11, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1801988                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.30 | hrs. at | $780.00 | /hr. = | $1,794.00 |
| WS KATCHEN | OF COUNSEL | 2.10 | hrs. at | $875.00 | /hr. = | $1,837.50 |
| S LENKIEWICZ | PARALEGAL | 5.40 | hrs. at | $185.00 | /hr. = | $999.00 |
| | | | | | | $4,630.50 |

Duane Morris
October 11, 2012
Page 2

File # K0248-00001                                                    INVOICE# 1801988
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/11/2012 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE FOR AUGUST 2012 | 0.20 | $37.00 |
| 9/12/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE DUANE MORRIS QUARTERLY FEE APPLICATIONS (.2); OFFICE CONFERENCE WITH M. LASTOWSKI RE SAME (.1); REVIEW DOCKET RE APRIL FEE APPLICATION (.1) | 0.40 | $74.00 |
| 9/17/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE 43RD AND 44TH QUARTERLY FEE APPLICATIONS (.2); REVIEW INVOICES FOR 44TH AND 45TH PERIOD (.2) | 0.40 | $74.00 |
| 9/21/2012 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE DUANE MORRIS 126TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $55.50 |
| 9/25/2012 012 | MR LASTOWSKI | REVIEW QUARTERLY FEE APPLICATION | 0.60 | $468.00 |
| 9/25/2012 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS 44TH FEE APPLICATION CHARTS | 1.20 | $222.00 |
| 9/26/2012 012 | S LENKIEWICZ | CONTINUED PREPARATION OF 44TH QUARTERLY FEE APPLICATION | 0.30 | $55.50 |
| | | Code Total | 3.40 | $986.00 |

Duane Morris
October 11, 2012
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE# 1801988

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/12/2012 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 33RD QUARTERLY (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 9/12/2012 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 44TH QUARTERLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 9/12/2012 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 101ST MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 9/21/2012 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 102ND MONTHLY AND STROOCK'S 136H MONTHLY (.1); PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE'S 102ND MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); PREPARE CERTIFICATE OF NO OBJECTION RE STROOCK 136TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.80 | $148.00 |
| | | Code Total | 2.60 | $481.00 |

Duane Morris
October 11, 2012
Page 4

File # K0248-00001                                               INVOICE# 1801988
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/13/2012 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.70 | $546.00 |
| 9/18/2012 017 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: QUARTERLY FEE ORDER | 0.20 | $156.00 |
| 9/27/2012 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.60 | $468.00 |
| 9/28/2012 017 | MR LASTOWSKI | REVIEW DEBTORS' LIMITED JOINDER TO MAIN PLAZA LLC'S OBJECTION TO NOTICE OF TRANSFER OF CLAIM | 0.20 | $156.00 |
| | | Code Total | 1.70 | $1,326.00 |

Duane Morris
October 11, 2012
Page 5

File # K0248-00001                                            INVOICE# 1801988
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/5/2012 025 | WS KATCHEN | E-MAILS STROOK REGARDING PLAN ISSUE. | 0.20 | $175.00 |
| 9/7/2012 025 | WS KATCHEN | REVIEW 8K (.1); FORWARD TO M. LASTOWSKI (.1). | 0.20 | $175.00 |
| 9/10/2012 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.20 | $175.00 |
| 9/19/2012 025 | WS KATCHEN | RESEARCH PLAN ISSUE 524(G) PETITION FOR CERT. BY PFIZER (.8); EMAIL STROOK (.1). | 0.90 | $787.50 |
| 9/25/2012 025 | WS KATCHEN | UPDATE STATUS ON APPEALS - 3RD CIRCUIT BRIEFING SCHEDULES (.3); REVIEW 8K (.2); STROOK MEMO (.1). | 0.60 | $525.00 |
| | | Code Total | 2.10 | $1,837.50 |
| | | TOTAL SERVICES | 9.80 | $4,630.50 |

Duane Morris
October 11, 2012
Page 6

File # K0248-00001                                                INVOICE# 1801988
          W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 2.30 | 780.00 | $1,794.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.10 | 875.00 | $1,837.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 5.40 | 185.00 | $999.00 |
|  |  |  | 9.80 |  | $4,630.50 |