# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2012 - SEPTEMBER 30, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 2.0 | 1,450.00 |
| 0014 | Case Administration | 8.5 | 2,866.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 1.9 | 1,416.50 |
| 0018 | Fee Application, Applicant | 5.6 | 1,794.00 |
| 0019 | Creditor Inquiries | 1.3 | 1,259.00 |
| 0020 | Fee Application, Others | 0.2 | 145.00 |
| 0036 | Plan and Disclosure Statement | 3.6 | 2,700.00 |
|  |  |  |  |
|  | **Total** | **23.1** | **$ 11,631.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | October 11, 2012 |
| INVOICE NO. | 576081 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through September 30, 2012, including:

| | |
|---|---|
| RE | Business Operations<br>699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/07/2012 | Memoranda with Capstone re: report on Grace's second quarter 2012 update. | Krieger, A. | 1.9 |
| 09/27/2012 | Attend to R. Higgins email re business realignment advice and memoranda to Capstone re same. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.0 | $ 725 | $ 1,450.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,450.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,450.00 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/05/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 09/06/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 09/07/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 09/10/2012 | Office conference David Mohamed re: appeals dockets. | Krieger, A. | 0.1 |
| 09/10/2012 | Review appeals case docket nos. 11-199, 12-1402 and 12-2807. | Mohamed, D. | 0.2 |
| 09/11/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 09/12/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199, 12-1402 and 12-2807 (.2). | Mohamed, D. | 0.6 |
| 09/13/2012 | Review appeals case docket no. 11-199 (.1); review case file documents (.9). | Mohamed, D. | 1.0 |
| 09/14/2012 | Review appeals case docket nos. 11-199, 12-2807 and 12-1402. | Mohamed, D. | 0.2 |
| 09/17/2012 | Review appeals case docket nos. 11-199, 12-2807 and 12-1402. | Mohamed, D. | 0.2 |
| 09/18/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 09/19/2012 | Attend to recent SEC filings (.6); memoranda with DM re appellate briefing schedule and attend to recent appellate docket (.4); | Krieger, A. | 1.0 |
| 09/19/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain documents for attorney review (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/20/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 09/21/2012 | Attend to fee auditor's inquiry on Stroock's 45th quarterly fee application and prepare and forward responses. | Krieger, A. | 1.0 |
| 09/21/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleading re appeals case no. 12-1402 for attorney review (.2); review appeals case no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 09/24/2012 | Review appeals case docket nos. 11-199 and 12-1402 (.2); research re consolidated appeals (.3). | Mohamed, D. | 0.5 |
| 09/25/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 09/26/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 09/27/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 09/28/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.1 | $ 725 | $ 1,522.50 |
| Mohamed, David | 6.4 | 210 | 1,344.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,866.50 |
| TOTAL FOR THIS MATTER | | | $ 2,866.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/05/2012 | Attend to Grace's recent 8-K and memorandum for the Committee re: same. | Krieger, A. | 0.4 |
| 09/24/2012 | T/c J. Dolan re status on Grace and memorandum with LK, KP re same. | Krieger, A. | 0.4 |
| 09/25/2012 | Attend to memorandum for the Committee re briefing schedule for appeals, emergence time frame, status of Libby/BNSF Agreement. | Krieger, A. | 0.9 |
| 09/25/2012 | Review draft memo to Committee. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.7 | $ 725 | $ 1,232.50 |
| Pasquale, Kenneth | 0.2 | 920 | 184.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,416.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,416.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/11/2012 | Review fee detail and prepare draft of SSL's 137th monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 09/13/2012 | Memoranda with and o/c DM re: proposed 44th quarterly fee and expense charts and needed modifications; attend to August 2012 fee statement. | Krieger, A. | 0.8 |
| 09/13/2012 | Review fee auditor's project category summary for the 44th interim period as it pertains to SSL's fees. | Mohamed, D. | 0.6 |
| 09/14/2012 | Revise draft of SSL's 137th monthly fee application for attorney review. | Mohamed, D. | 0.6 |
| 09/17/2012 | Attend to further memoranda re: 44th quarterly fee and expense chart. | Krieger, A. | 0.2 |
| 09/17/2012 | Review fee auditors revised project category summary for the 44th interim period. | Mohamed, D. | 0.3 |
| 09/20/2012 | Attend to August 2012 fee statement. | Krieger, A. | 0.2 |
| 09/28/2012 | Finalize SSL's 137th monthly fee application for filing (.6); prepare notice and AoS re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.7). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 725 | $ 870.00 |
| Mohamed, David | 4.4 | 210 | 924.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 1,794.00 |
| TOTAL FOR THIS MATTER | | | $ 1,794.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries 699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/05/2012 | Creditor call re: 8-K (.1); review 8-K (.2); review A. Krieger memo re: 8-K (.1). | Kruger, L. | 0.4 |
| 09/07/2012 | T/c with creditor re: emergence date. | Kruger, L. | 0.2 |
| 09/07/2012 | Telephone conference creditor re: Grace emergence and 8-K filing. | Pasquale, K. | 0.4 |
| 09/21/2012 | Telephone conference creditor re: confirmation appeal status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.6 | $ 1,025 | $ 615.00 |
| Pasquale, Kenneth | 0.7 | 920 | 644.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,259.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,259.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others 699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/07/2012 | Attend to fee applications of other professionals. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 725 | $ 145.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 145.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 145.00 |
|---|---|

# STROOCK

| RE | Expenses<br>699843 0024 | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 0.00 |

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 102.99 |
| TOTAL DISBURSEMENTS/CHARGES | $ 102.99 |
| TOTAL FOR THIS MATTER | $ 102.99 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/04/2012 | Email to L. Kruger, K. Pasquale re: emergence. | Krieger, A. | 0.1 |
| 09/04/2012 | E-mail A. Krieger re: emergence. | Kruger, L. | 0.1 |
| 09/05/2012 | Exchanged memoranda with Capstone re: emergence timing. | Krieger, A. | 0.2 |
| 09/07/2012 | O/c K. Pasquale re: emergence. | Krieger, A. | 0.1 |
| 09/07/2012 | Review Capstone report on Grace 2nd quarter. | Kruger, L. | 0.2 |
| 09/19/2012 | O/c LK re emergence information and email to LK, KP re same (.2); emails with J. Green re briefing schedule (.3). | Krieger, A. | 0.5 |
| 09/20/2012 | Attend to recent pleading for potential application to Grace. | Krieger, A. | 1.2 |
| 09/21/2012 | Attend to appellate briefing schedule. | Krieger, A. | 0.1 |
| 09/24/2012 | Attend to article re emergence status (.1); attend to briefing schedule for confirmation appeals and exchanged memoranda with DM re same (.5). | Krieger, A. | 0.6 |
| 09/25/2012 | T/c R. Higgins re briefing schedule for appeals, recent 8-K, effectiveness of Libby/BNSF Agreement and Libby's withdrawal of appeal. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.3 | $ 725 | $ 2,392.50 |
| Kruger, Lewis | 0.3 | 1,025 | 307.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,700.00 |
| TOTAL FOR THIS MATTER | | | $ 2,700.00 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,631.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 102.99 |
| TOTAL BILL | $ 11,733.99 |
| PREVIOUS BALANCE | $ 46,292.49 |
| BALANCE DUE | $ 58,026.48 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.