# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**SEPTEMBER 1, 2012 - SEPTEMBER 30, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 0.9 | $1,025 | $ 922.50 |
| Pasquale, Kenneth | 0.9 | 920 | 828.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 10.5 | 725 | 7,612.50 |
| | | | |
| **Paraprofessionals** | | | |
| Mohamed, David | 10.8 | 210 | 2,268.00 |
| | | | |
| **Total** | **23.1** | | **$ 11,631.00** |