# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**SEPTEMBER 1, 2012 - SEPTEMBER 30, 2012**

| | |
|---|---:|
| Outside Messenger Service | $ 102.99 |
| | |
| **TOTAL** | **$ 102.99** |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | October 11, 2012 |
| INVOICE NO. | 576081 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through August 31, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Outside Messenger Service** | |
| 08/17/2012 | Vendor: United Parcel Service Invoice #: 00000010X827342 08.25.12 Tracking #: 1Z10X8270196693002 Shipment Date: 08/17/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 7.77 |
| 08/17/2012 | Vendor: United Parcel Service Invoice #: 00000010X827342 08.25.12 Tracking #: 1Z10X8270196768780 Shipment Date: 08/17/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.77 |
| 08/17/2012 | Vendor: United Parcel Service Invoice #: 00000010X827342 08.25.12 Tracking #: 1Z10X8270197896596 Shipment Date: 08/17/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.02 |
| 08/17/2012 | Vendor: United Parcel Service Invoice #: 00000010X827342 08.25.12 Tracking #: 1Z10X8270198274014 Shipment Date: 08/17/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.77 |
| 08/20/2012 | Vendor: United Parcel Service Invoice #: 00000010X827342 08.25.12 | 11.02 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Tracking #: 1Z10X8270190281075 Shipment Date: 08/20/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | |
| 08/20/2012 | Vendor: United Parcel Service Invoice #: 00000010X827342 08.25.12 Tracking #: 1Z10X8270192767887 Shipment Date: 08/20/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.77 |
| 08/20/2012 | Vendor: United Parcel Service Invoice #: 00000010X827342 08.25.12 Tracking #: 1Z10X8270193275068 Shipment Date: 08/20/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 7.77 |
| 08/20/2012 | Vendor: United Parcel Service Invoice #: 00000010X827342 08.25.12 Tracking #: 1Z10X8270193805851 Shipment Date: 08/20/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.77 |
| 08/28/2012 | Vendor: United Parcel Service Invoice #: 00000010X827352 09.01.12 Tracking #: 1Z10X8270190616285 Shipment Date: 08/28/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.77 |
| 08/28/2012 | Vendor: United Parcel Service Invoice #: 00000010X827352 09.01.12 Tracking #: 1Z10X8270191459462 Shipment Date: 08/28/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.02 |
| 08/28/2012 | Vendor: United Parcel Service Invoice #: 00000010X827352 09.01.12 Tracking #: 1Z10X8270193217479 Shipment Date: 08/28/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 7.77 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/28/2012 | Vendor: United Parcel Service Invoice #: 00000010X827352 09.01.12 Tracking #: 1Z10X8270193598255 Shipment Date: 08/28/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.77 |

**Outside Messenger Service Total**                                                                  **102.99**

BILL DISBURSEMENT SUMMARY

Outside Messenger Service                                 $ 102.99

TOTAL DISBURSEMENTS/CHARGES                                                                  $ 102.99

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.