**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          09/30/2012
Wilmington  DE                          ACCOUNT NO:        3000-02D
                                        STATEMENT NO:              136

Asset Disposition

PREVIOUS BALANCE                                              $45.10

BALANCE DUE                                                  $45.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-03D |
| | STATEMENT NO:         122 |

Business Operations

|  |  | HOURS |  |
|---|---|---|---|
| 09/26/2012 | | | |
| MTH | Review correspondence from R.H. re business operations | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 39.00 |
| BALANCE DUE | $39.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2012
ACCOUNT NO:        3000-04D
STATEMENT NO:                136

Case Administration

PREVIOUS BALANCE                                                                                  $528.87

BALANCE DUE                                                                                          $528.87

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2012
ACCOUNT NO:     3000-05D
STATEMENT NO:          136

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                    $2,672.60

BALANCE DUE                                                         $2,672.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
09/30/2012
ACCOUNT NO:     3000-06D
STATEMENT NO:          136


Claims Analysis Objection & Resol. (Non-Asbestos)


PREVIOUS BALANCE                                                        -$116.70


CREDIT BALANCE                                                          -$116.70


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              09/30/2012
Wilmington  DE                        ACCOUNT NO:        3000-07D
                                      STATEMENT NO:            136

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                    $14,307.64

|            |     |                                                                              | HOURS |        |
|------------|-----|------------------------------------------------------------------------------|-------|--------|
| 09/04/2012 |     |                                                                              |       |        |
|            | PEM | Telephone conference with E. Manchin re: status and developments.            | 0.10  | 47.00  |
|            | PEM | Review memo re: pleadings filed.                                             | 0.10  | 47.00  |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00  |
|            | DAC | Review counsel's weekly memo                                                 | 0.20  | 104.00 |
|            | MTH | Review daily memo                                                            | 0.10  | 39.00  |
| 09/05/2012 |     |                                                                              |       |        |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00  |
|            | KCD | Address Medicare reporting issues                                            | 0.50  | 195.00 |
|            | MTH | Review daily memo                                                            | 0.10  | 39.00  |
| 09/06/2012 |     |                                                                              |       |        |
|            | PEM | Review memo re: pleadings filed.                                             | 0.10  | 47.00  |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00  |
|            | KCD | E-mails and discussions re: Medicare reporting                               | 0.30  | 117.00 |
|            | TS  | Draft change of address notice for C&D                                       | 0.30  | 33.00  |
|            | MTH | Review daily memo                                                            | 0.10  | 39.00  |
| 09/07/2012 |     |                                                                              |       |        |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00  |
|            | PEM | Review weekly recommendation memorandum re: pending motions and matters.     | 0.10  | 47.00  |
|            | KCD | Further e-mails and discussion re: Medicare reporting; follow up re: same    | 0.30  | 117.00 |
|            | DAC | Review counsel's weekly memo                                                 | 0.20  | 104.00 |
|            | MTH | Prepare weekly recommendation memo                                           | 0.50  | 195.00 |

W.R. Grace

Page: 2
09/30/2012
ACCOUNT NO:        3000-07D
STATEMENT NO:        136

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/10/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Reviewing correspondence from EB re Committee meeting minutes; review and research re same and response to same | 0.50 | 195.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/11/2012** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | PEM | Review memorandum re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/12/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/13/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Correspondence to and from C&D re draft Notice of Change of Address | 0.10 | 39.00 |
| **09/14/2012** | | | | |
| | MK | Review committee evens calendar. | 0.10 | 15.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | MTH | Prepare weekly recommendation memo; reviewing correspondence from SC to Committee re same | 0.50 | 195.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/17/2012** | | | | |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/18/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and | | |

Page: 3
09/30/2012
ACCOUNT NO:     3000-07D
STATEMENT NO:          136

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | distribute daily memo |  | 0.20 | 22.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| **09/19/2012** |  |  |  |  |
| TS | Modifications to C&D notice of address change (.1); Address e-filing and service of same (.3) |  | 0.40 | 44.00 |
| MTH | Review correspondence from EB re notice to Committee |  | 0.10 | 39.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| **09/20/2012** |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 47.00 |
| DAC | Review details of $2m insurance settlement |  | 0.20 | 104.00 |
| MTH | Correspondence from C&D re Notice of Change of Address; reviewing and signing same; correspondence re service of same |  | 0.20 | 78.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| MTH | Reviewing and revising Notice of Change of Address for Caplin & Drysdale; correspondence re same with Pittsburgh office and Debtors' representatives; correspondence to Fee Application parties re same |  | 0.30 | 117.00 |
| **09/21/2012** |  |  |  |  |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. |  | 0.10 | 47.00 |
| MTH | Prepare weekly recommendation memo; reviewing correspondence from SC re same |  | 0.50 | 195.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| DAC | Review counsel's weekly memo |  | 0.20 | 104.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum |  | 0.30 | 33.00 |
| **09/24/2012** |  |  |  |  |
| MK | Review committee events calendar. |  | 0.10 | 15.50 |
| MTH | Review correspondence from SC re daily memo |  | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| **09/25/2012** |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |

Page: 4

W.R. Grace                                                        09/30/2012
                                          ACCOUNT NO:              3000-07D
                                          STATEMENT NO:                 136

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **09/26/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **09/27/2012** | | | |
| PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **09/28/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters | 0.10 | 47.00 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to Committee re same | 0.40 | 156.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | FOR CURRENT SERVICES RENDERED | 14.10 | 4,237.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $520.00 | $624.00 |
| Philip E. Milch | 1.30 | 470.00 | 611.00 |
| Michele Kennedy | 0.40 | 155.00 | 62.00 |
| Santae M. Boyd | 4.40 | 110.00 | 484.00 |
| Mark T. Hurford | 5.00 | 390.00 | 1,950.00 |
| Kathleen Campbell Davis | 1.10 | 390.00 | 429.00 |
| Timothy Simpson | 0.70 | 110.00 | 77.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 4,237.00 |

| 09/12/2012 | Payment - Thank you. (June, 2012 - 80% Fees) | -3,244.80 |
|---|---|---|

| BALANCE DUE | $15,299.84 |
|---|---|

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                 09/30/2012
Wilmington  DE                                       ACCOUNT NO:        3000-08D
                                                     STATEMENT NO:             135

Employee Benefits/Pension

PREVIOUS BALANCE                                                      -$703.30

CREDIT BALANCE                                                       -$703.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                  09/30/2012
Wilmington  DE                                        ACCOUNT NO:        3000-10D
                                                      STATEMENT NO:              136

Employment Applications, Others

PREVIOUS BALANCE                                                           $850.50

BALANCE DUE                                                               $850.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-11D |
| | STATEMENT NO:              134 |

Expenses

| PREVIOUS BALANCE | $14,244.75 |
|---|---|

| | | |
|---|---|---|
| 09/01/2012 | Pacer charges for the month of August | 99.00 |
| 09/04/2012 | Scanning - August 2012 | 7.30 |
| 09/04/2012 | Printing - August 2012 | 90.00 |
| 09/04/2012 | Parcels - copy/service - (5) Monthly Fee Applications | 106.80 |
| 09/05/2012 | Parcels - copy/service - Fee Applications  (8/30/2012) | 306.80 |
| 09/11/2012 | Parcels - copy/service - (4) Fee Applications | 57.80 |
| 09/19/2012 | Parcels - copy/service - Fee Applications | 169.20 |
| 09/21/2012 | Parcels - copy/service - (3) Certificates of No Objection | 55.40 |
| 09/27/2012 | Parcels - copy/service - Certificate of No Objection | 16.00 |
| | TOTAL EXPENSES | 908.30 |
| | TOTAL CURRENT WORK | 908.30 |
| 09/12/2012 | Payment - Thank you. (June, 2012 - 100% Expenses) | -7,920.99 |
| | BALANCE DUE | $7,232.06 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2012 |
| Wilmington DE | ACCOUNT NO: 3000-12D |
| | STATEMENT NO: 134 |

Fee Applications, Applicant

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $3,950.10 |
| | | | HOURS | |
| 09/04/2012 | | | | |
| | TS | Prepare Certificate of No Objection to C&L June fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | MTH | Reviewing docket and reviewing and signing draft CNO for C&L June 2012 fee application | 0.10 | 39.00 |
| 09/11/2012 | | | | |
| | TS | Reviewing pre-bill | 0.20 | 22.00 |
| | TS | Prepare Certificate of No Objection to C&L interim fee application (.2); Address e-filing and service of same (.2) | 0.40 | 44.00 |
| | MTH | Reviewing pre-bill | 0.40 | 156.00 |
| 09/21/2012 | | | | |
| | TS | Review case docket for objections to C&L July 2012 fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| 09/25/2012 | | | | |
| | TS | Review e-mail from DS re: August bill (.1); Prepare C&L August fee application (.3) | 0.40 | 44.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.40 | 404.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $390.00 | $195.00 |
| Timothy Simpson | 1.90 | 110.00 | 209.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 404.00 |

Page: 2

W.R. Grace

09/30/2012

ACCOUNT NO:        3000-12D
STATEMENT NO:              134

Fee Applications, Applicant

| 09/12/2012 | Payment - Thank you. (June, 2012 - 80% Fees) | -364.00 |
|---|---|---|
| | BALANCE DUE | $3,990.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                         09/30/2012
Wilmington  DE                                                    ACCOUNT NO:        3000-13D
                                                                 STATEMENT NO:             121

Fee Applications, Others

PREVIOUS BALANCE                                                                   $12,262.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/04/2012 |  |  |  |  |
|  | MTH | Reviewing docket and reviewing CNO for C&L June Monthly for filing and service | 0.20 | 78.00 |
|  | MTH | Reviewing docket and reviewing CNO for Charter Oak June Monthly for filing and service | 0.10 | 39.00 |
|  | MTH | Reviewing docket and reviewing CNO for Caplin & Drysdale June Monthly for filing and service | 0.10 | 39.00 |
|  | MTH | Reviewing docket and reviewing CNO for AKO June Monthly for filing and service | 0.10 | 39.00 |
|  | TS | Prepare Certificate of No Objection to C&D June fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | TS | Prepare Certificate of No Objection to AKO June fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | TS | Prepare Certificate of No Objection to Charter Oak June fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | TS | Finalize and e-file July fee application of Charter Oak | 0.30 | 33.00 |
|  | MTH | Reviewing docket and reviewing and signing draft CNO for AKO June 2012 fee application | 0.20 | 78.00 |
|  | MTH | Reviewing docket and reviewing and signing draft CNO for C&D June 2012 fee application | 0.10 | 39.00 |
|  | MTH | Reviewing docket and reviewing and signing draft CNO for Charter Oak June 2012 fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from DF re Lincoln fee applications | 0.10 | 39.00 |
|  | MTH | Reviewing draft fee application for Charter Oak for July 2012 for filing and service | 0.20 | 78.00 |
| 09/05/2012 |  |  |  |  |
|  | MTH | Review correspondence from LC re Scarfone fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from YS re CNO for PWC | 0.10 | 39.00 |
|  | MTH | Review correspondence from DKW re fee application for K&E | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review correspondence from TBB re Saul Ewing CNO | 0.10 | 39.00 |
| **09/06/2012** | | | |
| TS | Update fee application tracking chart | 0.20 | 22.00 |
| MTH | Review correspondence from ACM re fees of professionals to date; research and review re same; correspondence to ACM re same | 0.50 | 195.00 |
| MTH | Review correspondence from DF re Austern fee applications for January through May 2012 | 0.10 | 39.00 |
| **09/07/2012** | | | |
| SMB | Review July 2012 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2012 application of Ferry Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2012 application of Bilzin Sumberg Baena & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Lincoln Partners Advisors, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2012 application of Lincoln Partners Advisors, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Lincoln Partners Advisors, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Lincoln Partners Advisors, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Lincoln Partners Advisors, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2012 application of Lincoln Partners Advisors, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2011 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2012 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum | | |

|      |                                                                                                                                 | HOURS |       |
|------|---------------------------------------------------------------------------------------------------------------------------------|-------|-------|
|      | (.1)                                                                                                                             | 0.20  | 22.00 |
| SMB  | Review March 2012 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
| SMB  | Review April 2012 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
| SMB  | Review May 2012 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1)   | 0.20  | 22.00 |
| SMB  | Review June 2012 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1)  | 0.20  | 22.00 |
| SMB  | Review April through June 2012 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
| SMB  | Review January through March 2012 application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
| SMB  | Review July 2012 application of The Law Offices of Roger Higgins (.1); update weekly recommendation memorandum (.1)                   | 0.20  | 22.00 |
| SMB  | Review May 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1)                                           | 0.20  | 22.00 |
| SMB  | Review June 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1)                                          | 0.20  | 22.00 |
| SMB  | Review April through June 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
| SMB  | Review August 2012 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1)                            | 0.20  | 22.00 |
| SMB  | Review April through June 2012 application of Ferry Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1)          | 0.20  | 22.00 |
| SMB  | Review February 2012 application of David T. Austern (.1); update weekly recommendation memorandum (.1)                               | 0.20  | 22.00 |
| SMB  | Review January 2012 application of David T. Austern (.1); update weekly recommendation memorandum (.1)                                | 0.20  | 22.00 |
| SMB  | Review March 2012 application of David T. Austern (.1); update weekly recommendation memorandum (.1)                                  | 0.20  | 22.00 |
| SMB  | Review May 2012 application of David T. Austern (.1); update weekly recommendation memorandum (.1)                                    | 0.20  | 22.00 |
| SMB  | Review June 2012 application of David T. Austern (.1); update weekly recommendation memorandum (.1)                                   | 0.20  | 22.00 |
| SMB  | Review July 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1)                               | 0.20  | 22.00 |
| SMB  | Review July 2012 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1)                               | 0.20  | 22.00 |
| MTH  | Review correspondence from LC re three CNO's (Canadian ZAI counsel)                                                                  | 0.10  | 39.00 |
| 09/10/2012 |                                                                                                                             |       |       |
| TS   | E-mail professionals re: CNO to interim fee application                                                                             | 0.10  | 11.00 |

Page: 4

W.R. Grace

09/30/2012

ACCOUNT NO:     3000-13D
STATEMENT NO:     121

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review correspondence from LE re fee applications for Pachulski and Blackstone | | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re Kramer fee application CNO | | 0.10 | 39.00 |
| MTH | Review correspondence from TS to ACC Professionals re CNO's on Interim Fee Applications and responses to same | | 0.10 | 39.00 |
| MTH | Review correspondence from DKW re Grant Thorton fee application | | 0.10 | 39.00 |
| **09/11/2012** | | | | |
| TS | Prepare Certificate of No Objection to C&D interim fee application (.2); Address e-filing and service of same (.2) | | 0.40 | 44.00 |
| TS | Prepare Certificate of No Objection to AKO interim fee application (.2); Address e-filing and service of same (.2) | | 0.40 | 44.00 |
| TS | Prepare Certificate of No Objection to Charter Oak interim fee application (.2); Address e-filing and service of same (.2) | | 0.40 | 44.00 |
| MTH | Review correspondence from CH re CNO for PGS | | 0.10 | 39.00 |
| **09/13/2012** | | | | |
| MTH | Review correspondence from PC re 44th Quarterly fee application spreadsheet | | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re Saul CNO | | 0.10 | 39.00 |
| **09/14/2012** | | | | |
| SMB | Review July 2011 through June 2012 fee application of Seitz Van Ogtrop & Green, P.A. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review June 2012 fee application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2012 fee application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2012 fee application of Grant & Thornton LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| MTH | Review correspondence from DF re Orrick fee application | | 0.10 | 39.00 |
| **09/17/2012** | | | | |
| TS | Review proposed fee order | | 0.30 | 33.00 |
| MTH | Review correspondence from PC re draft 44th Quarter Fee and Expense Chart; correspondence to and from TS re same | | 0.20 | 78.00 |
| **09/18/2012** | | | | |
| TS | Review e-mail from A. Pelton re: AKO August fee application (.1); Update AKO August fee application (.2) | | 0.30 | 33.00 |
| MTH | Review correspondence from LC re three CNO's filed for Canadian Counsel | | 0.10 | 39.00 |
| MTH | Review correspondence from AP re draft fee application for AKO | | 0.10 | 39.00 |
| **09/19/2012** | | | | |
| MTH | Review correspondence from DKW re Woodcock fee application | | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review correspondence from DF re Towers Watson fee applications | | 0.10 | 39.00 |
| MTH | Review correspondence from DF re additional Towers Watson fee applications | | 0.10 | 39.00 |
| MTH | Review correspondence from CH re CNO for PG&S fee application | | 0.10 | 39.00 |
| MTH | Reviewing and revising Notice of Change of Address for Caplin & Drysdale; correspondence with C&D re same; correspondence to Fee Application parties re same | | 0.50 | 195.00 |

**09/20/2012**

|  |  |  |  |  |
|---|---|---|---|---|
| MTH | Review correspondence from TBB re CNO for two fee applications (Saul and Kramer) | | 0.10 | 39.00 |
| MTH | Reviewing correspondence from DF re Austern Quarterly Fee Applications (x2) | | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Orrick CNO | | 0.10 | 39.00 |

**09/21/2012**

|  |  |  |  |  |
|---|---|---|---|---|
| TS | Review case docket for objections to C&D July 2012 fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | | 0.50 | 55.00 |
| TS | Review case docket for objections to  AKO July 2012 fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | | 0.50 | 55.00 |
| TS | Review case docket for objections to Charter Oak July 2012 fee application (.1); Prepare Certificate of No Objection (.2) | | 0.30 | 33.00 |
| SMB | Review April through June 2012 application of Nelson Mullins Riley & Scarborough LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April through June 2012 application of David T. Austern (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of David T. Austern (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April through June 2012 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April  through June 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April through June 2012 application of Pachulski  Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review February 2012 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2012 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April through June 2012 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2012 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| MTH | Reviewing correspondence with ACC professionals re CNO's to be filed | | 0.10 | 39.00 |

Page: 6
W.R. Grace                                                                        09/30/2012
                                                        ACCOUNT NO:              3000-13D
                                                        STATEMENT NO:                 121

Fee Applications, Others

|            |      |                                                                                                                      | HOURS |          |
|------------|------|----------------------------------------------------------------------------------------------------------------------|-------|----------|
| 09/24/2012 |      |                                                                                                                      |       |          |
|            | MTH  | Review correspondence from TS re CNO's for fee applications                                                           | 0.10  | 39.00    |
|            | TS   | E-mail DR re: LAS August fee application                                                                             | 0.10  | 11.00    |
|            | TS   | E-mail RF re: CNOs to July fee applications                                                                          | 0.10  | 11.00    |
|            | MTH  | Review correspondence from DP re two fee applications (Foley and KayeScholer)                                        | 0.10  | 39.00    |
|            | MTH  | Review correspondence from TBB re Saul Ewing fee application                                                          | 0.10  | 39.00    |
|            | MTH  | Review correspondence from TS to LAS re August fees                                                                  | 0.10  | 39.00    |
| 09/25/2012 |      |                                                                                                                      |       |          |
|            | MTH  | Review correspondence from CH re Phillips Goldman fee application                                                    | 0.10  | 39.00    |
| 09/26/2012 |      |                                                                                                                      |       |          |
|            | MTH  | Review correspondence from DF re Towers Watson fee application                                                       | 0.10  | 39.00    |
|            | MTH  | Review correspondence from DF re Orrick's August fee application                                                     | 0.10  | 39.00    |
| 09/27/2012 |      |                                                                                                                      |       |          |
|            | TS   | Review e-mail from GS re: Charter Oak August bill (.1); Prepare Charter Oak August fee application (.3)              | 0.40  | 44.00    |
|            | MTH  | Review correspondence from DP re fee applications for KayeScholer for June and July                                  | 0.10  | 39.00    |
|            | MTH  | Reviewing draft CNO for Charter Oak fee application; reviewing docket re same; reviewing correspondence from TS to R.F. re same | 0.20  | 78.00    |
| 09/28/2012 |      |                                                                                                                      |       |          |
|            | MTH  | Review correspondence from D.M. re Stroock fee application                                                           | 0.10  | 39.00    |
|            | SMB  | Review July 2012 application of KayeScholer LLP (.1); update weekly recommendation memorandum (.1)                   | 0.20  | 22.00    |
|            | SMB  | Review June 2012 application of KayeScholer LLP (.1); update weekly recommendation memorandum (.1)                   | 0.20  | 22.00    |
|            | SMB  | Review August 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
|            | SMB  | Review August 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
|            | SMB  | Review August 2012 application of Warren H. Smith & Associates (.1); update weekly recommendation memorandum (.1)    | 0.20  | 22.00    |
|            | SMB  | Review August 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1)                  | 0.20  | 22.00    |
|            | SMB  | Review August 2012 application of Towers Watson (.1); update weekly recommendation memorandum (.1)                   | 0.20  | 22.00    |
|            |      | FOR CURRENT SERVICES RENDERED                                                                                         | 22.80 | 4,160.00 |

RECAPITULATION

| TIMEKEEPER     | HOURS | HOURLY RATE | TOTAL      |
|----------------|-------|-------------|------------|
| Santae M. Boyd | 11.40 | $110.00     | $1,254.00  |

W.R. Grace

09/30/2012

ACCOUNT NO:     3000-13D
STATEMENT NO:     121

Fee Applications, Others

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 5.90 | 390.00 | 2,301.00 |
| Timothy Simpson | 5.50 | 110.00 | 605.00 |

TOTAL CURRENT WORK 4,160.00

09/12/2012    Payment - Thank you. (June, 2012 - 80% Fees)    -1,362.40

BALANCE DUE    $15,059.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                         09/30/2012
Wilmington  DE                              ACCOUNT NO:        3000-14D
                                            STATEMENT NO:              94

Financing

PREVIOUS BALANCE                                                    $85.80

BALANCE DUE                                                         $85.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2012
ACCOUNT NO:      3000-15D
STATEMENT NO:            136

Hearings

PREVIOUS BALANCE                                                                                    $4,982.65

                                                                                        HOURS
09/24/2012
     MTH         Review correspondence from PVNL re hearing and response to same         0.10        39.00
                 FOR CURRENT SERVICES RENDERED                                           0.10        39.00

                                          RECAPITULATION
     TIMEKEEPER                                      HOURS        HOURLY RATE        TOTAL
     Mark T. Hurford                                  0.10          $390.00          $39.00

     TOTAL CURRENT WORK                                                                              39.00

09/12/2012       Payment - Thank you. (June, 2012 - 80% Fees)                                      -686.40

     BALANCE DUE                                                                                  $4,335.25

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-16D |
|  | STATEMENT NO:            121 |

Litigation and Litigation Consulting

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$1,917.10 |
| 09/12/2012 | Payment - Thank you. (June, 2012 - 80% Fees) | -111.20 |
| CREDIT BALANCE | | -$2,028.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                           09/30/2012
Wilmington  DE                                        ACCOUNT NO:        3000-17D
                                                      STATEMENT NO:           121

Plan and Disclosure Statement

PREVIOUS BALANCE                                                       $15,915.40

|  |  | HOURS |  |
|---|---|---|---|
| 09/04/2012 |  |  |  |
| TS | Address e-filing of EOA for PVNL | 0.20 | 22.00 |
| MTH | Telephone conference with DF re deposition transcript; review re same and correspondence to DF re same | 0.30 | 117.00 |
| 09/13/2012 |  |  |  |
| MTH | Reviewing various CA3 filings | 0.30 | 117.00 |
| 09/20/2012 |  |  |  |
| MTH | Reviewing various notices re briefing schedule issued | 0.10 | 39.00 |
| 09/21/2012 |  |  |  |
| MTH | Review correspondence from J. Koski re asbestos claims, reviewing information and response to same | 0.30 | 117.00 |
| 09/24/2012 |  |  |  |
| MTH | Reviewing Libby Claimants Motion to Withdraw case, Order dismissing same and District Court docket re appeal terminated | 0.30 | 117.00 |
|  | FOR CURRENT SERVICES RENDERED | 1.50 | 529.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $390.00 | $507.00 |
| Timothy Simpson | 0.20 | 110.00 | 22.00 |

TOTAL CURRENT WORK                                                        529.00

W.R. Grace

09/30/2012

ACCOUNT NO:        3000-17D
STATEMENT NO:            121

Plan and Disclosure Statement

| 09/12/2012 | Payment - Thank you. (June, 2012 - 80% Fees) | -2,506.40 |
|---|---|---|
| | BALANCE DUE | $13,938.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2012
ACCOUNT NO:        3000-18D
STATEMENT NO:              121

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                -$242.10

CREDIT BALANCE                                                                  -$242.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 09/30/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-20D |
|  | STATEMENT NO: | 120 |

Tax Litigation

| | |
|---|---|
| PREVIOUS BALANCE | $468.80 |
| BALANCE DUE | $468.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                  09/30/2012
Wilmington  DE                                          ACCOUNT NO:        3000-21D
                                                        STATEMENT NO:              112

Travel-Non-Working

PREVIOUS BALANCE                                                              $74.00

BALANCE DUE                                                                   $74.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      09/30/2012
Wilmington  DE                                        ACCOUNT NO:        3000-22D
                                                              STATEMENT NO:              125

Valuation

PREVIOUS BALANCE                                                          $1,185.00

BALANCE DUE                                                                $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                  |                  |          |
|------------------|------------------|----------|
|                  | Page: 1          |          |
| W.R. Grace       | 09/30/2012       |          |
| Wilmington  DE   | ACCOUNT NO:      | 3000-23D |
|                  | STATEMENT NO:    | 125      |

ZAI Science Trial


PREVIOUS BALANCE                                                $1,203.30

BALANCE DUE                                                     $1,203.30


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                      09/30/2012
Wilmington  DE                                                        ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 45.10 | 0.00 | 0.00 | 0.00 | 0.00 | $45.10 |
| 3000-03 Business Operations | | | | | |
| 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | $39.00 |
| 3000-04 Case Administration | | | | | |
| 528.87 | 0.00 | 0.00 | 0.00 | 0.00 | $528.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,672.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,672.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -116.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$116.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 14,307.64 | 4,237.00 | 0.00 | 0.00 | -3,244.80 | $15,299.84 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -703.30 | 0.00 | 0.00 | 0.00 | 0.00 | -$703.30 |
| 3000-10 Employment Applications, Others | | | | | |
| 850.50 | 0.00 | 0.00 | 0.00 | 0.00 | $850.50 |
| 3000-11 Expenses | | | | | |
| 14,244.75 | 0.00 | 908.30 | 0.00 | -7,920.99 | $7,232.06 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,950.10 | 404.00 | 0.00 | 0.00 | -364.00 | $3,990.10 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 12,262.10 | 4,160.00 | 0.00 | 0.00 | -1,362.40 | $15,059.70 |
| 3000-14 Financing | | | | | |
| 85.80 | 0.00 | 0.00 | 0.00 | 0.00 | $85.80 |
| 3000-15 Hearings | | | | | |
| 4,982.65 | 39.00 | 0.00 | 0.00 | -686.40 | $4,335.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,917.10 | 0.00 | 0.00 | 0.00 | -111.20 | -$2,028.30 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 15,915.40 | 529.00 | 0.00 | 0.00 | -2,506.40 | $13,938.00 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -242.10 | 0.00 | 0.00 | 0.00 | 0.00 | -$242.10 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 74.00 | 0.00 | 0.00 | 0.00 | 0.00 | $74.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 69,797.41 | 9,408.00 | 908.30 | 0.00 | -16,196.19 | $63,917.52 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.