## EXHIBIT A

**Business Operations (.10 Hours; $ 93.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/27/12 | PVL | 935.00 | 0.10 | Rv Higgins email |

**Total Task Code .03    .10**


**Case Administration (3.20 Hours; $ 1,928.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $935 | 748.00 |
| Rita C. Tobin | 2.00 | $545 | 1,090.00 |
| Eugenia Benetos | .40 | $225 | 90.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/06/12 | EB | 225.00 | 0.40 | Conf. with EI re: Grace. |
| 09/07/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 09/10/12 | PVL | 935.00 | 0.40 | Teleconf. Brickley |
| 09/11/12 | RCT | 545.00 | 0.10 | Conference EB re: change of address notices (.1). |
| 09/11/12 | RCT | 545.00 | 0.60 | Conference EB re: change of address notice (.1); review rules re: same (.3); review draft notices (.2). |
| 09/14/12 | PVL | 935.00 | 0.20 | Teleconf. Wilson |
| 09/14/12 | RCT | 545.00 | 0.20 | Review change of address notice (.2). |
| 09/14/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 09/17/12 | RCT | 545.00 | 0.10 | Respond to EI re: filing change of address forms (.1). |

| 09/19/12 | PVL | 935.00 | 0.10 | Rv docs for filing |
|---|---|---|---|---|
| 09/19/12 | RCT | 545.00 | 0.20 | Final review and edit of change of address forms (.2). |
| 09/21/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 09/24/12 | PVL | 935.00 | 0.10 | Rv 9 misc. filings |
| 09/28/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |

**Total Task Code .04        3.20**


**Committee, Creditors' Noteholders' or Equity Holders' (1.00 Hours; $ 291.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Kevin C. Maclay | .20 | $555 | 111.00 |
| Eugenia Benetos | .80 | $225 | 180.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/05/12 | KCM | 555.00 | 0.10 | Review memo to ACC re warrants |
| 09/20/12 | KCM | 555.00 | 0.10 | Review memos to ACC |
| 09/26/12 | EB | 225.00 | 0.80 | Review and update conference call binder for EI's reference (.8). |

**Total Task Code .07        1.00**


**Fee Applications, Applicant (6.30 Hours; $ 2,345.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.90 | $545 | 1,580.50 |
| Eugenia Benetos | 3.40 | $225 | 765.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/12 | RCT | 545.00 | 0.20 | Review fee application schedule for September (.2). |
| 09/05/12 | EB | 225.00 | 1.00 | Perform review of spreadsheet re: conference call minutes. |
| 09/06/12 | RCT | 545.00 | 0.60 | Address fee issues (.6). |
| 09/11/12 | RCT | 545.00 | 0.50 | Review prebills and email AB re: edits (.5). |
| 09/11/12 | RCT | 545.00 | 0.30 | Review fee auditor query (.1); email to PVNL re: same (.1); review PVNL reply/reply to fee auditor (.1). |
| 09/12/12 | EB | 225.00 | 0.60 | Perform check breakdown for EI review and reference. |
| 09/18/12 | RCT | 545.00 | 0.30 | Address fee issues (.3). |
| 09/27/12 | RCT | 545.00 | 1.00 | Review fee application (1.0). |
| 09/27/12 | EB | 225.00 | 1.20 | Work on fee application. |
| 09/27/12 | EB | 225.00 | 0.60 | Perform review of case spreadsheet re: payment history and make necessary updates. |

**Total Task Code .12        6.30**

**Litigation and Litigation Consulting (1.20 Hours; $ 648.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $555 | 610.50 |
| Andrew J. Sackett | .10 | $380 | 38.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/12 | KCM | 555.00 | 1.00 | Plan/prepare for stay filing and review/analyze related cases and materials |
| 09/04/12 | AJS | 380.00 | 0.10 | Review of email from KCM re Rule 2019 orders. |
| 09/05/12 | KCM | 555.00 | 0.10 | Review information and communications re impact of Garlock schedule on 12-case appeal and communicate with co-appellees re same |

**Total Task Code .16        1.20**


**Plan & Disclosure Statement (19.30 Hours; $ 18,061.00**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 11.70 | $1,000 | 11,700.00 |
| Peter Van N. Lockwood | 5.40 | $935 | 5,049.00 |
| Ann C. McMillan | 1.10 | $645 | 709.50 |
| Jeffrey A. Liesemer | .30 | $555 | 166.50 |
| Rita C. Tobin | .80 | $545 | 436.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/03/12 | PVL | 935.00 | 0.10 | Rv emails & reply |
| 09/04/12 | PVL | 935.00 | 0.50 | Tcn Shelnitz, Finke, Donley, Paul, Frankel, Wyron et al |
| 09/04/12 | EI | 1,000.00 | 1.00 | Various calls to J. Sinclair and memos to R. Frankel et al re: warrants (1.0). |
| 09/04/12 | ACM | 645.00 | 0.40 | Teleconference EI re Sealed Air (.1); prepare case status summary (.3). |
| 09/05/12 | EI | 1,000.00 | 1.70 | Telephone conferences with J. Sinclair and file reviews re: warrants (.5); telephone conference R. Frankel et al re: same (.5); memo to Committee re: same (.5); read final warrant proposal (.2). |
| 09/05/12 | ACM | 645.00 | 0.50 | Teleconferences EI, EB re Committee consideration of warrant proposal issues and review files re same. |
| 09/06/12 | PVL | 935.00 | 0.10 | Rv emails |
| 09/06/12 | EI | 1,000.00 | 0.20 | Claimant inquiry (.1); scheduling with R. Horkovich (.1). |
| 09/07/12 | EI | 1,000.00 | 1.10 | Warrants matters with J. Sinclair and R. Frankel (1.0); memo to S. Cohn (.1). |
| 09/10/12 | PVL | 935.00 | 0.20 | Rv emails (.1); rv 8-K (.1) |
| 09/10/12 | RCT | 545.00 | 0.20 | Reply to local counsel re: objections/CNOs (.2). |
| 09/10/12 | EI | 1,000.00 | 0.50 | Memos to J. Sinclair re: warrants (.5). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 09/11/12 | PVL | 935.00 | 0.60 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (.5); rv emails & reply (.1) |
| 09/11/12 | EI | 1,000.00 | 1.20 | Telephone conference J. Sinclair re: warrants (.2); conference R. Horkovich/D. Nolan re: insurance claims (1.0). |
| 09/12/12 | PVL | 935.00 | 0.30 | Teleconf. EI |
| 09/12/12 | RCT | 545.00 | 0.60 | Review and edit exhibits (.6). |
| 09/12/12 | EI | 1,000.00 | 0.80 | Telephone conference M. Shelnitz (.2); telephone conference J. Sinclair (.2); telephone conference R. Frankel (.2); telephone conference PVNL (.2) all re: warrants deal. |
| 09/13/12 | PVL | 935.00 | 0.30 | Rv emails (.2); rv misc. AMH CA 3 filings (.1) |
| 09/13/12 | EI | 1,000.00 | 0.20 | Telephone conference R. Frankel re: Montana and warrants (.2). |
| 09/14/12 | PVL | 935.00 | 0.20 | Rv Grace 9/10/12 8-K |
| 09/14/12 | EI | 1,000.00 | 0.20 | Looked over draft warrant proposal (.2). |
| 09/17/12 | PVL | 935.00 | 0.20 | Rv draft TS and emails re same |
| 09/18/12 | PVL | 935.00 | 0.10 | Teleconf. EI |
| 09/18/12 | EI | 1,000.00 | 0.40 | Telephone conference PVNL re: warrants status (.2); telephone conference Westbrook's office (.2). |
| 09/19/12 | PVL | 935.00 | 0.20 | Rv emails |
| 09/19/12 | EI | 1,000.00 | 0.80 | Telephone conference with R. Frankel and M. Shelnitz re: warrants (.5); telephone conference J. Sinclair (.1); Dairyland settlement (.2). |
| 09/20/12 | PVL | 935.00 | 0.20 | Rv emails (.1); teleconf. EI (.1) |
| 09/20/12 | EI | 1,000.00 | 0.50 | Memo re: warrants (.5). |
| 09/20/12 | JAL | 555.00 | 0.30 | Review and analysis of memo from EI re: proposed insurance settlement and review of proposed settlement agreement. |
| 09/21/12 | PVL | 935.00 | 0.20 | Rv email & reply (.1); rv draft notices (.1) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 09/21/12 | ACM | 645.00 | 0.20 | Exchange e-mails with P. Matheny re document repository. |
| 09/24/12 | PVL | 935.00 | 0.90 | Teleconfs. EI (.3); tcn Shelnitz, Donley, Paul, Frankel, Wyron & EI (.5); rv emails (.1) |
| 09/24/12 | EI | 1,000.00 | 0.80 | Warrants memos (.2); telephone conference M. Shelnitz et al re: same (.6). |
| 09/25/12 | PVL | 935.00 | 1.20 | Tcn Shelnitz, Finke, Donley, Frankel, Wyron & EI (.4); tcs Frankel, Wyron & EI (.8) |
| 09/25/12 | EI | 1,000.00 | 1.80 | Conference call with M. Shelnitz et al (.6); telephone conference J. Sinclair (.3); telephone conference PVNL, R. Frankel and R. Wyron re: warrants (.3); telephone conference J. Sinclair (.2); telephone conference R. Frankel/R. Wyron/PVNL re: same (.3); read memos (.1). |
| 09/28/12 | PVL | 935.00 | 0.10 | Teleconf. EI |
| 09/28/12 | EI | 1,000.00 | 0.50 | Telephone conference M. Shelnitz et al to finalize warrants deal (.5). |

**Total Task Code   .17        19.30**

<u>Other Charges</u>:

| | |
|---|---:|
| Database Research | 301.73 |
| Local Transportation - DC | 62.10 |
| Long Distance-Equitrac In-House | 6.84 |
| Total: | $ 370.67 |