**EXHIBIT B**

**Business Operations (.10 Hours; $ 93.50)**

      Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**      .10

**Case Administration (3.20 Hours; $ 1,928.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      3.20

**Committee, Creditors', Noterholders' or Equity Holders' (1.00 Hours; $ 291.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**      1.00

**Fee Applications, Applicant (6.30 Hours; $ 2,345.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**      6.30

**Litigation and Litigation Consulting (1.20 Hours; $ 648.50)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**      1.20

**Plan & Disclosure Statement (19.30 Hours; $ 18,061.00)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**   19.30