## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Database Research | 301.73 |
| Local Transportation - DC | 62.10 |
| Long Distance-Equitrac In-House | 6.84 |
| Total: | $ 370.67 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 10/15/2012 |

Print Date/Time: 10/15/2012 11:46:51AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 9/30/2012

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 9/18/2012 | 13,655 |

$4,806.34

Client Retainers Available        Committed to Invoices:        $0.00        Remaining:        $4,806.34

$3,938,913.06
Total Expenses Billed To Date        Billing Empl:        0120    Elihu  Inselbuch
                                     Responsible Empl:    0120    Elihu  Inselbuch
                                     Alternate Empl:      0120    Elihu  Inselbuch
                                     Originating Empl:    0120    Elihu  Inselbuch

**Summary by Employee**

|      |          |                   | ---------- ACTUAL ---------- | | ---------- BILLING --------- | |
| Empl | Initials | Name              | Hours | Amount | Hours | Amount |
|------|----------|-------------------|-------|--------|-------|--------|
| 0369 | TEP      | Todd E Phillips   | 0.00  | 62.10  | 0.00  | 62.10  |
| 0999 | C&D      | Caplin & Drysdale | 0.00  | 308.57 | 0.00  | 308.57 |
| **Total Fees** | | | **0.00** | **370.67** | **0.00** | **370.67** |

**Detail Time / Expense by Date**

|         |             |           |            |           |      | ---------- ACTUAL ---------- | | | ---------- BILLING --------- | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2892955 | Equitrac - Long Distance to 13025212266 | E | 09/10/2012 | 0999 C&D | | 0.00 | $1.56 | | 0.00 | $1.56 | 1.56 |
| 2893978 | Equitrac - Long Distance to 16622367096 | E | 09/16/2012 | 0999 C&D | | 0.00 | $1.96 | | 0.00 | $1.96 | 3.52 |
| 2893997 | Red Top Cab -Svc. from 11149 Cedarwood to DC Office, 6/11/12  (TEP) | E | 09/17/2012 | 0369 TEP | | 0.00 | $62.10 | | 0.00 | $62.10 | 65.62 |
| 2894027 | Equitrac - Long Distance to 12123199240 | E | 09/17/2012 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 65.66 |

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                                    Page: 1
Matter      000                 Disbursements                                                                               10/15/2012

                                                                                                    Print Date/Time: 10/15/2012 11:46:51AM
Attn:
                                                                                                                            Invoice #

                                                                            C&D
2894850    Equitrac - Long Distance to 12123199240    E  09/19/2012   0999        0.00         $0.56         0.00      $0.56        66.22

                                                                            C&D
2896823    Equitrac - Long Distance to 12126923642    E  09/25/2012   0999        0.00         $2.72         0.00      $2.72        68.94

                                                                            C&D
2897922    Database Research - Westlaw - By TEP Sept 4, 2012  E  09/30/2012  0999  0.00     $301.73         0.00    $301.73       370.67
Total Expenses                                                                               $370.67
                                                                                  0.00                       0.00   $370.67

              Matter Total Fees                                                                0.00                    0.00
              Matter Total Expenses                                                          370.67                  370.67
              Matter Total                                                        0.00       370.67          0.00    370.67

              Prebill Total Fees
              Prebill Total Expenses                                                         $370.67                 $370.67
              Prebill Total                                                       0.00       $370.67         0.00    $370.67
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 37,193.75 | 7,438.76 |
| 88,835 | 07/25/2012 | 41,566.50 | 8,313.31 |
| 89,295 | 08/20/2012 | 50,812.00 | 10,162.40 |
| 89,820 | 09/18/2012 | 32,274.87 | 32,274.87 |
|  |  | 441,477.12 | 103,137.37 |