Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 05-Sep-12 | BR | Review of e-mail memo from counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 05-Sep-12 | BR | Review of correspondence with counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 13-Sep-12 | BR | Review and analysis of monthly financial report for July 2012. | 1.40 | $650.00 | $ 910.00 |
| 20-Sep-12 | BR | Review of e-mail from J Sinclair discussing case issues. | 0.10 | $650.00 | $ 65.00 |
| 21-Sep-12 | BR | Document review at request of counsel to the ACC. | 0.40 | $650.00 | $ 260.00 |
| 21-Sep-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 25-Sep-12 | BR | Review of weekly update report on Grace. | 0.20 | $650.00 | $ 130.00 |
| | | Total Bradley Rapp | 2.40 | | $ 1,560.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 04-Sep-12 | JS | Call with O'Connell at Blackstone regarding financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 04-Sep-12 | JS | Calls (2) with Inselbuch regarding Grace financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 05-Sep-12 | JS | Review Grace/Blackstone and ACC/FCR proposals in preparation for conference call with ACC counsel, FCR counsel and FCR financial advisor. | 0.60 | $650.00 | $ 390.00 |
| 05-Sep-12 | JS | Conference call with ACC counsel, FCR counsel and FCR Financial advisor regarding financial proposal. | 0.30 | $650.00 | $ 195.00 |
| 05-Sep-12 | JS | Calls (2) with Inselbuch regarding Grace financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 05-Sep-12 | JS | Call with Radecki, financial advisor to FCR, regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 05-Sep-12 | JS | Review draft of counterproposal from Radecki regarding financial proposal. | 0.30 | $650.00 | $ 195.00 |
| 05-Sep-12 | JS | Review comparable company data versus Grace data for equity valuation. | 2.30 | $650.00 | $ 1,495.00 |
| 05-Sep-12 | JS | Call with O'Connell at Blackstone regarding financial proposal. | 0.30 | $650.00 | $ 195.00 |
| 06-Sep-12 | JS | Review, analyze Sealed Air financial presentation for recovery analysis. | 2.20 | $650.00 | $ 1,430.00 |
| 06-Sep-12 | JS | Call with Radecki regarding financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 07-Sep-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| 07-Sep-12 | JS | Write memorandum to Inselbuch regarding status of financial proposal. | 0.70 | $650.00 | $ 455.00 |
| 10-Sep-12 | JS | Write memorandum to Inselbuch regarding financial proposal. | 0.50 | $650.00 | $ 325.00 |
| 12-Sep-12 | JS | Review 8-K filing, press release regarding Sealed Air settlement for recovery analysis. | 0.40 | $650.00 | $ 260.00 |
| 12-Sep-12 | JS | Review pricing information and data for ACC counsel for estate valuation. | 0.70 | $650.00 | $ 455.00 |
| 19-Sep-12 | JS | Review for comment draft of term sheet on financial proposal from Orrick Herrington for purposes of advising ACC counsel. | 1.30 | $650.00 | $ 845.00 |
| 21-Sep-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 21-Sep-12 | JS | Review for comment revised (9/20/2012) draft of term sheet on financial proposal from Orrick Herrington for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 24-Sep-12 | JS | Analyze, revise Deferred Payment Obligation pricing for recovery analysis. | 1.20 | $650.00 | $ 780.00 |
| 24-Sep-12 | JS | Review, analyze revised recovery analysis for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 25-Sep-12 | JS | Calls (2) with Inselbuch regarding terms of financial agreement. | 0.30 | $650.00 | $ 195.00 |
| 25-Sep-12 | JS | Call with Radecki regarding terms of financial agreement. | 0.10 | $650.00 | $ 65.00 |
| | | Total James Sinclair | 14.70 | | $ 9,555.00 |
| Peter Cramp - Associate | | | | | |
| 04-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review company news. | 2.20 | $360.00 | $ 792.00 |
| 06-Sep-12 | PC | Review counterproposal for financial transaction for due diligence. | 0.50 | $360.00 | $ 180.00 |
| 10-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| 12-Sep-12 | PC | Review Investment Highlights presentation of September 10, 2012 for due diligence. | 3.10 | $360.00 | $ 1,116.00 |
| 14-Sep-12 | PC | Respond to inquiry from ACC counsel (P. Lockwood) regarding Debtor's share price fluctuation. | 1.60 | $360.00 | $ 576.00 |
| 17-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 20-Sep-12 | PC | Review memorandum from J. Sinclair regarding proposed transaction. | 0.30 | $360.00 | $ 108.00 |
| 24-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $360.00 | $ 504.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 24-Sep-12 | PC | Review current spreads and update interest calculations for inclusion in weekly update. | 1.60 | $360.00 | $ 576.00 |
| | | Total Peter Cramp | 14.00 | | $ 5,040.00 |
| Gibbons Sinclair - Associate | | | | | |
| 24-Sep-12 | | Draft Grace Fee Statement. | 1.20 | $ 360.00 | $ 432.00 |
| | | Total Gibbons Sinclair | 1.20 | | $ 432.00 |
| | | **TOTAL** | 32.30 | | $ 16,587.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 04-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review company news. | 2.20 | $ 360.00 | $ 792.00 |
| 06-Sep-12 | JS | Review, analyze Sealed Air financial presentation for recovery analysis. | 2.20 | $ 650.00 | $ 1,430.00 |
| 07-Sep-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 12-Sep-12 | JS | Review 8-K filing, press release regarding Sealed Air settlement for recovery analysis. | 0.40 | $ 650.00 | $ 260.00 |
| 21-Sep-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| 24-Sep-12 | JS | Analyze, revise Deferred Payment Obligation pricing for recovery analysis. | 1.20 | $ 650.00 | $ 780.00 |
| 24-Sep-12 | JS | Review, analyze revised recovery analysis for purposes of advising ACC counsel. | 0.70 | $ 650.00 | $ 455.00 |
| 24-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 360.00 | $ 504.00 |
| 24-Sep-12 | PC | Review current spreads and update interest calculations for inclusion in weekly update. | 1.60 | $ 360.00 | $ 576.00 |
| | | Total Asset Analysis and Recovery | 12.50 | | $ 6,124.00 |
| Case Administration | | | | | |
| 05-Sep-12 | BR | Review of e-mail memo from counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 05-Sep-12 | BR | Review of correspondence with counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 12-Sep-12 | PC | Review Investment Highlights presentation of September 10, 2012 for due diligence. | 3.10 | $360.00 | $ 1,116.00 |
| 13-Sep-12 | BR | Review and analysis of monthly financial report for July 2012. | 1.40 | $650.00 | $ 910.00 |
| 14-Sep-12 | PC | Respond to inquiry from ACC counsel (P. Lockwood) regarding Debtor's share price fluctuation. | 1.60 | $360.00 | $ 576.00 |
| 20-Sep-12 | BR | Review of e-mail from J Sinclair discussing case issues. | 0.10 | $650.00 | $ 65.00 |
| 21-Sep-12 | BR | Document review at request of counsel to the ACC. | 0.40 | $650.00 | $ 260.00 |
| 21-Sep-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 25-Sep-12 | BR | Review of weekly update report on Grace. | 0.20 | $650.00 | $ 130.00 |
| | | Total Case Administration | 7.10 | | $ 3,252.00 |
| Fee Applications (Applicant) | | | | | |
| 24-Sep-12 | GS | Draft Grace Fee Statement. | 1.20 | $ 360.00 | $ 432.00 |
| | | Total Fee Applications (Applicant) | 1.20 | | $ 432.00 |
| Plan and Disclosure Statement | | | | | |
| 04-Sep-12 | JS | Call with O'Connell at Blackstone regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 04-Sep-12 | JS | Calls (2) with Inselbuch regarding Grace financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 05-Sep-12 | JS | Review Grace/Blackstone and ACC/FCR proposals in preparation for conference call with ACC counsel, FCR counsel and FCR financial advisor. | 0.60 | $ 650.00 | $ 390.00 |
| 05-Sep-12 | JS | Conference call with ACC counsel, FCR counsel and FCR Financial advisor regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 05-Sep-12 | JS | Calls (2) with Inselbuch regarding Grace financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 05-Sep-12 | JS | Call with Radecki, financial advisor to FCR, regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 05-Sep-12 | JS | Review draft of counterproposal from Radecki regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 05-Sep-12 | JS | Call with O'Connell at Blackstone regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 06-Sep-12 | JS | Call with Radecki regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 06-Sep-12 | PC | Review counterproposal for financial transaction for due diligence. | 0.50 | $ 360.00 | $ 180.00 |
| 07-Sep-12 | JS | Write memorandum to Inselbuch regarding status of financial proposal. | 0.70 | $ 650.00 | $ 455.00 |
| 10-Sep-12 | JS | Write memorandum to Inselbuch regarding financial proposal. | 0.50 | $ 650.00 | $ 325.00 |
| 17-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 360.00 | $ 576.00 |
| 19-Sep-12 | JS | Review for comment draft of term sheet on financial proposal from Orrick Herrington for purposes of advising ACC counsel. | 1.30 | $ 650.00 | $ 845.00 |
| 20-Sep-12 | PC | Review memorandum from J. Sinclair regarding proposed transaction. | 0.30 | $ 360.00 | $ 108.00 |
| 21-Sep-12 | JS | Review for comment revised (9/20/2012) draft of term sheet on financial proposal from Orrick Herrington for purposes of advising ACC counsel. | 0.80 | $ 650.00 | $ 520.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 25-Sep-12 | JS | Calls (2) with Inselbuch regarding terms of financial agreement. | 0.30 | $ 650.00 | $ 195.00 |
| 25-Sep-12 | JS | Call with Radecki regarding terms of financial agreement. | 0.10 | $ 650.00 | $ 65.00 |
| | | Total Plan and Disclosure Agreement | 8.50 | | $ 4,829.00 |

Valuation

| | | | | | |
|---|---|---|---|---|---|
| 05-Sep-12 | JS | Review comparable company data versus Grace data for equity valuation. | 2.30 | $650.00 | $ 1,495.00 |
| 12-Sep-12 | JS | Review pricing information and data for ACC counsel for estate valuation. | 0.70 | $650.00 | $ 455.00 |
| | | Total Valuation | 3.00 | | $ 1,950.00 |
| | | **TOTAL** | 32.30 | | $ 16,587.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.40 | $ 650.00 | $ 1,560.00 |
| James Sinclair - Senior Managing Director | 14.70 | $ 650.00 | $ 9,555.00 |
| Peter Cramp - Associate | 14.00 | $ 360.00 | $ 5,040.00 |
| Gibbons Sinclair - Associate | 1.20 | $ 360.00 | $ 432.00 |
| Total Professional Hours and Fees | 32.30 | | $ 16,587.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - September 1, 2012 through September 30, 2012

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period. |   |

| | Total Expenses September 1, 2012 through September 30, 2012 | $0.00 |