```
Date: 10/31/12              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                    HOURS/RATE     AMOUNT
------------------------------------------------------------------------------
 09/27/12  Peterson  / (01) Meetings_with_committee/counsel      0.6     480.00
 #9004     Telephone Horkovich, Nolan and Relles re: estimation 800.00
           of future claimant's exposure years

 09/27/12  Relles    / (01) Meetings_with_committee/counsel      0.6     324.00
 #9204     Telephone Horkovich, Nolan and Peterson re:          540.00
           estimation of future claimant's exposure years
```

{D0245801.1 }

```
Date: 10/31/12            Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 2

                  W. R. Grace


Date/Slip#  Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
09/25/12    Peterson  / (12) Data_analysis/estimation/reports        0.2    160.00
#9001       Telephone Relles re: insurance analysis                800.00

09/25/12    Relles    / (12) Data_analysis/estimation/reports        1.2    648.00
#9201       Reconstruct steps in insurance liability analysis     540.00

09/26/12    Peterson  / (12) Data_analysis/estimation/reports        0.8    640.00
#9002       Telephone Relles to review regressions and crosstabs  800.00
            on exposure dates

09/26/12    Relles    / (12) Data_analysis/estimation/reports        0.9    486.00
#9202       Update insurance liability analysis                   540.00

09/26/12    Relles    / (12) Data_analysis/estimation/reports        0.8    432.00
#9203       Telephone Peterson to review regressions and          540.00
            crosstabs on exposure dates

09/27/12    Peterson  / (12) Data_analysis/estimation/reports        0.3    240.00
#9003       Review regressions and crosstabs for attorney         800.00
            conference call
--------------------------------------------------------------------------------
```

{D0245801.1 }

```
Date: 10/31/12            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 3

                   W. R. Grace

              Summary Of Time Charges, By Month and Activity
                    September 2012 - September 2012

   MONTH        ACTIVITY                                    HOURS    AMOUNT
   ---------------------------------------------------------------------
   September  - (01) Meetings_with_committee/counsel          1.2     804.00
   September  - (12) Data_analysis/estimation/reports         4.2    2606.00
   September  - (99) Total                                    5.4    3410.00

   Total      - (01) Meetings_with_committee/counsel          1.2     804.00
   Total      - (12) Data_analysis/estimation/reports         4.2    2606.00
   Total      - (99) Total                                    5.4    3410.00

   ---------------------------------------------------------------------
```

{D0245801.1 }

```
Date: 10/31/12            Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 4

                W. R. Grace

          Summary Of Time Charges, By Month and Person
                  September 2012 - September 2012

    MONTH       PERSON                              HOURS     AMOUNT
    ----------------------------------------------------------------
    September - Relles                                3.5    1890.00
    September - Peterson                              1.9    1520.00
    September - Total                                 5.4    3410.00

    Total     - Relles                                3.5    1890.00
    Total     - Peterson                              1.9    1520.00
    Total     - Total                                 5.4    3410.00

    ----------------------------------------------------------------
```

{D0245801.1 }

```
Date: 10/31/12            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 5

                 W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                     September 2012 - September 2012

    MONTH      PERSON                              HOURS    RATE    AMOUNT
    ----------------------------------------------------------------------
    (01) Meetings_with_committee/counsel

    September - Relles                               0.6    540.     324.00
    September - Peterson                             0.6    800.     480.00

    (12) Data_analysis/estimation/reports

    September - Relles                               2.9    540.    1566.00
    September - Peterson                             1.3    800.    1040.00

--------------------------------------------------------------------------------
```

{D0245801.1 }