**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE
FORTY-FIFTH QUARTERLY INTERIM FEE APPLICATION
OF PACHULSKI STANG ZIEHL & JONES LLP**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Forty-Fifth Quarterly Interim Fee Application of Pachulski Stang Ziehl & Jones LLP (the "Application").

**BACKGROUND**

1.      Pachulski Stang Ziehl & Jones LLP ("Pachulski") was retained as counsel to the Debtors.  In the Application, Pachulski seeks approval of fees totaling $97,453.50 and expenses totaling $57,173.13 for its services from April 1, 2012, through June 30, 2012 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2012, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§ 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Pachulski based upon our review, and we received a response from Pachulski, portions of which response are quoted herein.

### DISCUSSION

3.      We noted the following sets of identical or similar time entries:

| 04/23/12 | PEC | 0.60 | 159.00 | Draft Certificate of No Objection Regarding Fragomen, Del Rey, Bersen & Loewy, LLP's January 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) |
| 04/23/12 | PEC | 0.60 | 159.00 | Draft Certificate of No Objection Regarding Fragomen, Del Rey, Bersen & Loewy, LLP's January 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) |
| 06/11/12 | KPM | 0.10 | 49.50 | Review and execute certification of counsel regarding 43rd quarterly project category |
| 06/11/12 | KPM | 0.10 | 49.50 | Review and execute certification of counsel regarding 43rd quarterly project category summary |

We asked Pachulski whether any of these time entries were duplicates, and Pachulski responded that they were, in fact, duplicates. We appreciate Pachulski's response and recommend a reduction of $208.50 in fees.

4.      We noted three time entries in which there is a discrepancy between the total time billed and the time recorded within the work description. *See* <u>Exhibit A</u>. We asked Pachulski whether it agreed that fee adjustments were warranted for these time entries. Pachulski responded: "Attached is a revised page showing corrections to the time entries you asked about." We have attached Pachulski's corrected time entries as <u>Response Exhibit A</u>. We accept Pachulski's response

and, consistent with same, recommend a reduction of $1,192.50 in fees.

## CONCLUSION

5.    Thus, we recommend approval of $96,052.50 in fees ($97,453.50 minus $1,401.00)

and $57,173.13 in expenses for Pachulski's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
        Warren H. Smith
        Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 7th day of November, 2012.

_____
        Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

ljones@pszjlaw.com
joneill@pszjlaw.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

# EXHIBIT A

      a.     On May 30, 2012, PEC ($265) billed a time entry for 0.50 hours for total fees of $132.50.  However, the time recorded within the work description totaled 0.80 hours for total fees of $212.00.  Thus, there appeared to be an under billing of $79.50.

| 05/30/12 | PEC | 0.50 | 132.50 | Draft Certification of No Objection Regarding Norton Rose Canada LLP's March 2012 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4). |
|---|---|---|---|---|

      b.     On May 31, 2012, PEC ($265) billed a time entry for 5.00 hours for total fees of $1,325.00.  However, the time recorded within the work description totals 0.50 hours, for total fees of $132.50.  Thus, there appeared to be an over billing of $1,192.50.

| 05/31/12 | PEC | 5.00 | 1325.00 | Prepare Beveridge & Diamond P.C.'s February 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). |
|---|---|---|---|---|

      c.     On May 21, 2012, PEC ($265) billed a time entry for 0.50 hours, for total fees of $132.50.  However, the time recorded within the work description totals 0.40 hours, for total fees of $106.00.  Thus, there appeared to be an over billing of $26.50.

| 05/21/12 | PEC | 0.50 | 132.50 | Prepare Amended Agenda for filing and service (.3); Draft Certificate of Service (.1). |
|---|---|---|---|---|