## EXHIBIT A

a. On May 30, 2012, PEC ($265) billed a time entry for 0.50 hours for total fees of $132.50. However, the time recorded within the work description totaled 0.80 hours for total fees of $212.00. Thus, there appears to be an under billing of $79.50.

| 05/30/12 | PEC | 0.50 | 132.50 | Draft Certification of No Objection Regarding Norton Rose Canada LLP's March 2012 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.1). |

b. On May 31, 2012, PEC ($265) billed a time entry for 5.00 hours for total fees of $1,325.00. However, the time recorded within the work description totals 0.50 hours, for total fees of $132.50. Thus, there appears to be an over billing of $1,192.50.

| 05/31/12 | PEC | 5.00 .5 | 1325.00 | Prepare Beveridge & Diamond P.C.'s February 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). |

c. On May 21, 2012, PEC ($265) billed a time entry for 0.50 hours, for total fees of $132.50. However, the time recorded within the work description totals 0.40 hours, for total fees of $106.00. Thus, there appears to be an over billing of $26.50.

| 05/21/12 | PEC | 0.50 | 132.50 | Prepare Amended Agenda for filing and service (.3) .4; Draft Certificate of Service (.1). |