## Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


October 24, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11152


Professional Services

|   |   |   | Hours | Amount |
|---|---|---|---:|---:|
| 9/1/2012 | AL | Continue draft of project category spreadsheet for the 44th interim period for all applicants in the case period (3.0) | 3.00 | 135.00 |
| 9/4/2012 | JAW | detailed review of Casner's July 2012 fee application (0.30); draft summary of same (0.1) | 0.40 | 62.00 |
|  | JAW | detailed review of Kramer's July 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | JAW | detailed review of Hogan Firm's June 2012 fee application (0.50); draft summary of same (0.20) | 0.70 | 108.50 |
|  | JAW | detailed review of Foley's July 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | JAW | detailed review of Steptoe's April 2012 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |
|  | JAW | detailed review of Capstone's July 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Stroock's July 2012 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
|  | JAW | detailed review of Capstone's June 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | AL | Update database with Charter's July electronic detail (.1); Lincoln's January (.1) February (.1) March (.1) April (.1) May (.1) June (.2) and July (.2) electronic detail; Update database with Lazard's June electronic detail (.1); update database with 44th interim project category spreadsheet (.2); draft email to B. Ruhlander re same (.1) Hogan's June electronic detail (.1); Ferry's July electronic detail (.2); Bilzin's June CNO (.1); Ferry's June CNO (.1); Baker's | 3.40 | 153.00 |

---

W.R. Grace & Co. Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | December (.1) January (.2) February (.1) March (.1) April (.1) and May (.2) electronic detail; BMC's May electronic detail (.1); BMC's June electronic detail (.1); Bilzin's April through June electronic detail (.2); Alan Rich's August electronic detail (.1); Ferry's 45th interim electronic detail (.2); | | |
| 9/4/2012 | JAW | detailed review of Protiviti's April 1, 2012 - July 31, 2012 fee application (0.30); draft summary of same (0.30) | 0.60 | 93.00 |
| | BSR | Receive and review draft of project category spreadsheet for the 44th interim period and email Anthony Lopez with revisions to same | 0.70 | 199.50 |
| 9/5/2012 | AL | Update database with Scarfone's July electronic detail (.1); PWC's June CNO (.1); Ewing's July CNO (.1); K&E' s July electronic detail (.1) | 0.40 | 18.00 |
| | BSR | Review of Holme Roberts & Owen's fees and expenses as listed on the project category spreadsheet (3.4); email memo to Anthony Lopez re necessary revisions to Holme Roberts & Owen's fees and expenses on the project category spreadsheet (.7) | 4.10 | 1,168.50 |
| | AL | Receive and review email from B. Ruhlander re revisions to be made re project category spreadsheet (.2); draft revisions to the project category spreadsheet re HRO's 9th through 44th interim periods (3.2); draft email to B. Ruhlander re revised spreadsheet (.1); update database with same (.1) | 3.60 | 162.00 |
| 9/6/2012 | AL | Receive and review email from B. Ruhlander re revisions to be made re project category spreadsheet (.2); draft revisions to the project category spreadsheet re further revisions HRO's 9th through 44th interim periods (1.8); draft email to B. Ruhlander re revised spreadsheet (.1); update database with same (.1) | 2.20 | 99.00 |
| | AL | Update database with Austern's January (.1) February (.1) March (.1) April (.1) and May (.1) electronic detail | 0.50 | 22.50 |
| | BSR | Research docket for any late-filed applications and other pertinent documents | 0.20 | 57.00 |
| | BSR | telephone conference with Anthony Lopez re changes to project category spreadsheet (44Q) | 0.10 | 28.50 |
| | BSR | E-mail to Pachulski re fee and expense chart for the 44th interim period | 0.10 | 28.50 |
| 9/7/2012 | AL | Update database with Hogan's July electronic detail (.1); Lauzon's July electronic detail (.1); Scarfone's July electronic detail (.1); | 0.30 | 13.50 |
| | AL | Receive and review email from B. Ruhlander re revisions to made re project category spreadsheet (.2); draft revisions to the project category spreadsheet re further revisions HRO's 30th, 36th, 39th and 41st interim periods (3.4); draft email to B. Ruhlander re revised spreadsheet (.1); update database with same (.1) | 3.80 | 171.00 |

W.R. Grace & Co. Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/7/2012 | AL | Update database with PWC's July fee application (.2); K&E's July fee application (.2); Campbell's July fee application (.2); Caplin's July fee application (.2); AKO's July fee application (.2); Ferry's July fee application (.2); Bilzin's July fee application (.2); Baker's October through December fee application (.1); Baker's January through March fee application (.1); Baker's April through June fee application (.1); BMC's April through June fee application (.2); Ferry's April through June fee application (.1); Bilzin's April through June fee application (.1); Casner's July fee application (.2); Reed's July fee application (.2); | 2.50 | 112.50 |
| | ALP | Drafted e-mail to Bobbi Ruhlander regarding e-mail from Tanya Thompson (Pachulski) (.1) | 0.10 | 17.50 |
| | BSR | Continued review of project category spreadsheet for the 44th interim period (2.0); email to Anthony Lopez re revisions to same (.3) | 2.30 | 655.50 |
| | BSR | Review of AKO's June 2012 monthly fee application and fee and expense summary re same; review of AKO's quarterly fee application for April - June 2012 (monthlies previously reviewed) | 0.20 | 57.00 |
| | BSR | Detailed review of Bilzin Sumberg's June 2012 monthly fee application | 0.40 | 114.00 |
| | BSR | Detailed review of Blackstone's June 2012 monthly fee application, as well as quarterly fee application for April - June 2012 | 0.20 | 57.00 |
| 9/10/2012 | AL | Continue draft of project category spreadsheet for the 44th interim period for all applicants in the case period | 3.90 | 175.50 |
| | BSR | Review of Campbell & Levine's June 2012 monthly fee application and fee and expense summary re same | 0.30 | 85.50 |
| | BSR | Detailed review of Campbell & Levine's May 2012 monthly fee application (.4) and quarterly fee application for April through June 2012 (.1) | 0.50 | 142.50 |
| | BSR | Draft initial report re Campbell & Levine for the 45th interim period (.8); email to James Wehrmann re C&L's April 2012 fee summary (.1) | 0.90 | 256.50 |
| | AL | Update database with Grant Thornton's July electronic detail (.1); Kramer's July CNO (.1); Pachulski's July electronic detail (.1); Blackstone's July electronic detail (.1); | 0.40 | 18.00 |
| | AL | Update database with Pachulski's July CNO (.1); Sanders' August electronic detail (.1); receive and review email from B. Ruhlander re Charter's May fee application (.1); research Pacer re same (.2); update database with Charter's May fee application (.2); BMC's 45th interim electronic detail (.1) | 0.80 | 36.00 |
| | AL | Receive, review and finalize Campbell's 45Q IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 22.50 |
| 9/11/2012 | JAW | detailed review of BMC's April - May 2012 fee applications (1.60) | 1.60 | 248.00 |

W.R. Grace & Co.	Page   4

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 9/11/2012 | BSR | Finalize initial report re Campbell & Levine (45th) and email same to Anthony Lopez for service | 0.10 | 28.50 |
| | AL | Receive and review email from B. Ruhlander re revisions to be made re project category spreadsheet (.2); draft further revisions to the project category spreadsheet (6.3); draft email to B. Ruhlander re revised spreadsheet (.1); update database with same (.1) | 6.70 | 301.50 |
| | BSR | Research server re: fee application review | 0.20 | 57.00 |
| | BSR | telephone conference with Anthony Lopez re project category spreadsheet (44th) | 0.10 | 28.50 |
| | BSR | telephone conference with James Wehrmann re duplication issue in Campbell & Levine fee summary for April 2012 | 0.10 | 28.50 |
| | BSR | E-mail to Campbell & Levine re initial report (45Q) | 0.10 | 28.50 |
| | JAW | detailed review of Anderson's July 2012 fee application (1.30) | 1.30 | 201.50 |
| | JAW | detailed review of Caplin's July 2012 fee application (0.60) | 0.60 | 93.00 |
| | JAW | detailed review of Campbell's July 2012 fee application (0.50) | 0.50 | 77.50 |
| | JAW | detailed review of PwC's July 2012 fee application (0.60) | 0.60 | 93.00 |
| | BSR | receive, review, and respond to email from Martha Araki re BMC's quarterly fee application; email to Anthony Lopez re same | 0.10 | 28.50 |
| | BSR | Review of Caplin & Drysdale's June 2012 monthly fee application and fee and expense summary re same (.2); review of Caplin & Drysdale's quarterly fee application for April through June 2012, including review of May 2012 monthly fee application not previously received (.5); email to Rita Tobin with question re same (.1) | 0.80 | 228.00 |
| | BSR | Review of Casner & Edwards' June 2012 monthly fee application and fee and expense summary re same, as well as quarterly application for April through June 2012 (April and May monthlies previously reviewed) | 0.20 | 57.00 |
| | BSR | Review of Charter Oak's June 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| 9/12/2012 | AL | Receive, review and finalize 45th interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 22.50 |
| | AL | update database with Higgin's July fee application (.2); BMC's May fee application (.2); BMC's June fee application (.2); Pachulski's June fee application (.2); Charter's July fee application (.2); Grant's July fee application (.2); Baker's November (.2) December (.1) January (.1) February (.2) March (.1) April (.1) May (.2) and June (.1) fee applications; Blackstone's July fee application (.2) | 2.50 | 112.50 |

W.R. Grace & Co.                                                                                                           Page     5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/12/2012 | BSR | Review of Foley Hoag June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for the 45th interim period (.3); email to Foley Hoag re same (.1) | 0.40 | 114.00 |
|  | BSR | Review of Kirkland & Ellis June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for April through June 2012 (April and May monthlies previously reviewed) | 0.50 | 142.50 |
|  | BSR | Review of Fragomen's quarterly fee application for April through June 2012 (monthly applications previously reviewed) | 0.10 | 28.50 |
|  | BSR | Review files for summaries not yet received; email to James Wehrmann re same | 0.10 | 28.50 |
|  | BSR | Receive and review draft project category spreadsheet (44th interim) (3.4); emails to Anthony Lopez re same (.3); telephone conferences with Anthony Lopez re same (.3) | 4.00 | 1,140.00 |
|  | BSR | Draft initial report re Kirkland & Ellis' 45th interim fee application | 1.00 | 285.00 |
|  | BSR | Additional review of AKO's April 2012 expenses; email to Robert Chung at AKO re same | 0.20 | 57.00 |
| 9/13/2012 | AL | Research Pacer to determine if any objections to WHSA's July fee application (.8); draft WHSA's July CNO (.6); update database with same (.1); electronic filing with the court of same (.3) | 1.80 | 81.00 |
|  | AL | Update database with Ewing's July CNO | 0.10 | 4.50 |
|  | JAW | detailed review of Kirkland's July 2012 fee application (5.60) | 5.60 | 868.00 |
|  | JAW | Draft e-mail to A. Lopez forwarding summaries prepared various applicants (0.10) | 0.10 | 15.50 |
| 9/14/2012 | JAW | Draft summary of Kirkland's July 2012 fee application (0.60) | 0.60 | 93.00 |
|  | JAW | Draft summary of BMC Group's May 1, 2012 to June 30, 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | Draft summary of Anderson's July 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | Draft summary of Caplin's July 2012 fee application (0.20) | 0.20 | 31.00 |
|  | JAW | Draft summary of Campbell's July 2012 fee application (0.20) | 0.20 | 31.00 |
|  | JAW | Draft summary of PwC's July 2012 fee application (0.20) | 0.20 | 31.00 |
|  | BSR | Review of PwC's quarterly fee application for the period of April through June 2012, as well as June 2012 monthly fee application and fee and expense summary re same | 0.80 | 228.00 |

W.R. Grace & Co.    Page    6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 9/14/2012 | BSR | Review of Protiviti's monthly fee application covering April through July 2012, as well as fee and expense summary re same | 0.10 | 28.50 |
| | BSR | E-mail to Kirkland & Ellis re initial report (45Q) | 0.10 | 28.50 |
| | BSR | Review of Phillips Goldman & Spence's April and May 2012 monthly fee applications and quarterly fee application for the 45th interim period | 0.20 | 57.00 |
| | BSR | Review of Orrick's June 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Research server and docket for monthly applications for the 45th interim period not yet received | 1.00 | 285.00 |
| | BSR | Review of Norton Rose's June 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Lauzon Belanger's June 2012 monthly fee application | 0.10 | 28.50 |
| | BSR | Review of Kramer Levin's April through June 2012 quarterly fee application (monthly fee applications previously reviewed) | 0.10 | 28.50 |
| | AL | Update database with Orrick's April through June electronic detail (.1); Lincoln's April through June electronic detail (.1); Lincoln's January through March interim electronic detail (.2) | 0.40 | 18.00 |
| | AL | Draft of WHSA's August fee application (1.5); update database with same (.1); draft email to J. Wehrmann re review of same (.1) | 1.70 | 76.50 |
| 9/15/2012 | BSR | E-mail to Kathleen Miller re PwC's fee applications for April through June 2012 | 0.20 | 57.00 |
| 9/17/2012 | BSR | Receive and review email from Patty Cuniff re error in project category spreadsheet (44Q) and conference with Anthony Lopez re correction of same | 0.10 | 28.50 |
| | BSR | Review of Blackstone's July 2012 monthly fee application | 0.20 | 57.00 |
| | BSR | Review of Baker Donelson's monthly fee applications from Dec. 2011 through May 2012 | 0.30 | 85.50 |
| | AL | Receive and review email from B. Ruhlander re changes to 44th interim category spreadsheet (.1); make revisions to same (1.8); update database with same (.1) | 2.00 | 90.00 |
| 9/18/2012 | AL | Receive and review email from B. Ruhlander re changes to 44th interim category spreadsheet (.1); make revisions to same (1.6); update database with same (.1) | 1.80 | 81.00 |
| | AL | Update database with Lauzon's July CNO (.1); Scarfone's July CNO (.1); Hogan's July CNO (.2); Pachulski's July CNO (.1); Towers' May CNO (.2); Watson's February electronic detail (.1); Watson's July electronic detail (.2); | 1.30 | 58.50 |

W.R. Grace & Co.                                                                                                         Page      7

|            |     |                                                                                                                                                                                                                                                                                        | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | Towers' April through June electronic detail (.1); Towers' January through March electronic detail (.2)                                                                                                                                                                                                |       |        |
| 9/18/2012  | BSR | receive, review, and respond to email from Foley Hoag with expense information                                                                                                                                                                                                                         | 0.20  | 57.00  |
| 9/19/2012  | BSR | Review of Ferry & Joseph's June 2012 monthly fee application and quarterly fee application for the 45th interim period                                                                                                                                                                                 | 0.30  | 85.50  |
|            | BSR | Review of email from Dan Hogan re cumulative totals for The Hogan Firm, Lauzon Belanger, and Scarfone Hawkins on the project category spreadsheet (44Q) and review of spreadsheet for discrepancies for these three firms (3.0); email to Anthony Lopez re revisions to spreadsheet (.2)                | 3.20  | 912.00 |
|            | AL  | Update database with Woodcock's July electronic detail (.1); Orrick's July CNO (.1); Austern's January through March electronic detail (.2); Austern's April through June electronic detail (.1)                                                                                                       | 0.50  | 22.50  |
|            | AL  | Receive and review email from B. Ruhlander re changes to 44th interim category spreadsheet (.1); make revisions to Hogan (.7) Lauzon (.5) and Scarfone (.8); update database with same (.1)                                                                                                             | 2.20  | 99.00  |
| 9/20/2012  | BSR | Review of Reed Smith's June 2012 monthly fee application and fee and expense summary re same, as well as review of quarterly fee application for April through June 2012                                                                                                                               | 0.20  | 57.00  |
|            | JAW | Proofread Warren H. Smith & Associates' August 2012 fee statement and notice of filing (0.40); e-mail to A. Lopez regarding any revisions needed to same (0.10)                                                                                                                                         | 0.50  | 77.50  |
|            | JAW | research and revise final fee chart for 36th interim for Lauzon's (0.20); research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered regarding Lauzon's 36th interim (0.20)    | 0.40  | 62.00  |
|            | BSR | Review of Alan Rich's quarterly fee application for the 45th interim period (.1); email to Alan Rich with question re same (.1)                                                                                                                                                                        | 0.20  | 57.00  |
|            | AL  | Receive and review email from J. Wehrmann re prior period paragraph spreadsheet (.1); update database with same (.2); update database with Ewing's July CNO (.1); Kramer's July CNO (.1)                                                                                                                | 0.50  | 22.50  |
|            | AL  | Receive, review and finalize Charter's 45th Interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1); Receive, review and finalize Bilzin's 45th Interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1)       | 1.00  | 45.00  |
|            | AL  | Draft WHSA's August fee application (1.9); update database with same (.2); draft email to J. Wehrmann re review of same (.1)                                                                                                                                                                           | 2.20  | 99.00  |

W.R. Grace & Co.                                                                                                                          Page    8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/20/2012 | AL | Receive, review and finalize Scarfone's 45th Interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 22.50 |
|  | JAW | research and revise final fee chart for 24th interim for Perkin's (0.20); research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered regarding Perkin's 24th interim (0.20) | 0.40 | 62.00 |
|  | JAW | Update and revisions to W.R. Grace final final excell spreadsheet (0.7) | 0.70 | 108.50 |
|  | BSR | Review of Hon. Alexander Sanders' quarterly fee application for April through June 2012 (monthly applications previously reviewed) (.1); draft email to Alan Rich with question re same (.1) | 0.20 | 57.00 |
|  | BSR | Review of Saul Ewing's June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for April through June 2012 | 0.20 | 57.00 |
|  | BSR | Review of Stroock's June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for April through June 2012 (.3); email to Arlene Krieger re same (.2) | 0.50 | 142.50 |
|  | BSR | Draft initial report re Scarfone Hawkins' interim fee application for the 45th interim period | 0.50 | 142.50 |
|  | BSR | Review of Scarfone Hawkins' May and June 2012 monthly fee applications and quarterly fee application for the 45th interim period | 0.30 | 85.50 |
|  | BSR | E-mail to Bilzin Sumberg re initial report (45Q) | 0.10 | 28.50 |
|  | BSR | E-mail to Charter Oak re initial report (45Q) | 0.10 | 28.50 |
|  | BSR | Draft e-mail to Dan Hogan with questions concerning Lauzon Belanger's 45th interim fee application | 0.30 | 85.50 |
|  | BSR | Review of Lauzon Belanger's quarterly fee application for April through June 2012 (monthly applications previously reviewed) | 0.20 | 57.00 |
|  | BSR | Draft initial report re Bilzin Sumberg's 45th interim fee application | 0.20 | 57.00 |
|  | BSR | Review of Bilzin Sumberg's quarterly application for April through June 2012 (45Q) (monthly applications previously reviewed) | 0.10 | 28.50 |
|  | BSR | Review of The Hogan Firm's June 2012 monthly fee application and fee and expense summary re same, as well as review of quarterly fee application for April through June 2012 (45Q) (.4); email to Dan Hogan re same (.1) | 0.50 | 142.50 |
|  | BSR | Draft initial report re Charter Oak's quarterly application for April through June 2012 (45Q) | 0.40 | 114.00 |

W.R. Grace & Co. Page 9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/20/2012 | BSR | Review of May 2012 monthly fee application and 45th quarterly fee application of Charter Oak | 0.30 | 85.50 |
| | BSR | Review of Baker Donelson's quarterly fee applications for the 43rd, 44th, and 45th interim periods (monthlies previously reviewed) (.4); emails to Frank Childress re issues in same (.2) | 0.60 | 171.00 |
| 9/21/2012 | JAW | Review revisions to Warren H. Smith & Associates' August 2012 fee statement and notice of filing (0.10); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.20 | 31.00 |
| | BSR | E-mail to Dan Hogan re initial report for Scarfone Hawkins (45Q) | 0.10 | 28.50 |
| | AL | Receive and review email from J. Wehrmann re WHSA's August invoice | 0.10 | 4.50 |
| | BSR | receive, review, and respond to email from Dan Hogan re status of review of Scarfone Hawkins' interim application for the 45th period | 0.10 | 28.50 |
| | AL | Update database with Ferry's July CNO (.1); update database with review status of Orrick's April (.1) and May (.1) fee applications | 0.30 | 13.50 |
| 9/24/2012 | JAW | detailed review of Orrick's May 2012 fee application (1.40) | 1.40 | 217.00 |
| | JAW | detailed review of BMC Group's May 2012 fee application (1.10) | 1.10 | 170.50 |
| | JAW | detailed review of Orrick's April 2012 fee application (1.90) | 1.90 | 294.50 |
| | AL | Update database with Ewing's August electronic detail | 0.20 | 9.00 |
| | AL | Receive and review email from W. Smith re revisions to WHSA's August fee application (.1); revise WHSA's August fee application (.7); update database with same (.2); draft email to W. Smith re revisions made (.1) | 1.10 | 49.50 |
| 9/25/2012 | AL | Update database with Orrick's August electronic detail (.2); Phillips' August electronic detail (.1); receive and review email from B. Ruhlander re summaries (.1); update database with Orrick's April (.1) BMC's May (.2) Orrick's May (.2) AKO's July (.1) Campbell's July (.1) Caplin's July (.2) K&E's July (.1) and PWC's July (.2) fee and expense summaries | 1.60 | 72.00 |
| | AL | Prepare WHSA's August fee application for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's August fee application (.3); prepare same for service (.1) | 0.70 | 31.50 |
| | JAW | Draft summary of Orrick's April 2012 fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft summary of BMC Group's May 2012 fee application (0.10) | 0.10 | 15.50 |
| | JAW | Draft summary of Orrick's May 2012 fee application (1.30) | 1.30 | 201.50 |
| | JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.20) | 0.20 | 31.00 |

W.R. Grace & Co.          Page    10

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/25/2012 | JAW | detailed review of Pachulski's June 2012 (0.80); draft summary of same (0.20) | 1.00 | 155.00 |
|  | JAW | detailed review of BMC Group's June 2012 (0.80); draft summary of same (0.10) | 0.90 | 139.50 |
| 9/26/2012 | BSR | receive, review, and respond to email from Celeste Hartman of PG&S re acceptable mileage reimbursement rate | 0.10 | 28.50 |
|  | AL | Update database with Nelson's April through June fee application (.2); Tower's August electronic detail (.1); Pachulski's April through June fee application (.2); Austern's April through June fee application (.2); Ferry's August CNO (.1); Ewing's August electronic detail (.1);Austern's January through March fee application (.2); Lincoln's April through June fee application (.2); Towers' January through March fee application (.2); Ewing's August fee application (.2) | 1.70 | 76.50 |
| 9/27/2012 | AL | Update database with Scholer's June (.1) and July (.1) electronic detail | 0.20 | 9.00 |
|  | BSR | telephone conference with Richard Finke re Baker Donelson's retention agreement (.1); review of email from Richard Finke re same (.1) | 0.20 | 57.00 |
| 9/28/2012 | JAW | detailed review of Charter Oak's July 2012 fee application (0.30); draft summary of same (0.10). | 0.40 | 62.00 |
|  | JAW | detailed review of Roger Higgin's July 2012 fee application (0.50); draft summary of same (0.10). | 0.60 | 93.00 |

**For professional services rendered**      114.90    $15,530.50

Additional Charges :

| | |
|---|---:|
| 9/30/2012 PACER Charges | 24.40 |
| Copying cost | 7.50 |
| Third party copies & document prep/setup. | 94.62 |
| **Total additional charges** | **$126.52** |
| **Total amount of this bill** | **$15,657.02** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alexa L. Parnell | 0.10 | 175.00 | $17.50 |
| Anthony Lopez | 56.90 | 45.00 | $2,560.50 |
| Bobbi S. Ruhlander | 30.60 | 285.00 | $8,721.00 |
| James A. Wehrmann | 27.30 | 155.00 | $4,231.50 |