<u>**Exhibit A**</u>

**September 2012 Fee Detail**

Matter 3                                                         Business Operations

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/4/2012 | Draft proposed correspondence to Committee and FCR professionals re business transaction (1.50). | 1.50 | $475 | $712.50 |
| RJH | 9/5/2012 | Revise draft proposed correspondence re proposed business transaction (.70); telephone conference with A. Schlesinger re same and other issues (.40); telephone conference with J. McFarland re same (.30). | 1.40 | $475 | $665.00 |
| RJH | 9/6/2012 | Analyze issues re proposed business transaction (.30); exchange correspondence with J. McFarland re same (.30). | .60 | $475 | $285.00 |
| RJH | 9/11/2012 | Exchange correspondence with J. McFarland re proposed business transaction (.40). | .40 | $475 | $190.00 |
| RJH | 9/14/2012 | Telephone conference with J. McFarland re proposed business transaction and other issues (.50). | .50 | $475 | $237.50 |
| RJH | 9/24/2012 | Attend to matters re proposed business transaction (.30). | .30 | $475 | $142.50 |
| RJH | 9/26/2012 | Revise draft correspondence re proposed business transaction (1.20); telephone conference with J. McFarland re same (.30). | 1.50 | $475 | $712.50 |
| Total | | | 6.20 | | $2,945.00 |

| Matter 4 | | Case Administration | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 9/5/2012 | Respond to various creditor inquiries (.70). | .70 | $475 | $332.50 |
| RJH | 9/6/2012 | Respond to various creditor inquiries (.80). | .80 | $475 | $380.00 |
| RJH | 9/7/2012 | Respond to creditor inquiries (.80). | .80 | $475 | $380.00 |
| RJH | 9/10/2012 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 9/17/2012 | Analyze and respond to creditor correspondence (.20); telephone conference with creditor (.10). | .30 | $475 | $142.50 |
| RJH | 9/20/2012 | Review and analyze creditor correspondence (.30). | .30 | $475 | $142.50 |
| RJH | 9/24/2012 | Telephone conference with M. Araki re creditor inquiry and other issues (.30). | .30 | $475 | $142.50 |
| RJH | 9/27/2012 | Respond to creditor inquiries (.70). | .70 | $475 | $332.50 |
| Total | | | 4.40 | | $2,090.00 |

| Matter 5 | | Claim Analysis Objection & Resolution (Asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 9/19/2012 | Review and revise draft response to Main Plaza claim transfer limited joinder (2.30); correspond with D. Boll re same (.20). | 2.50 | $475 | $1,187.50 |
| RJH | 9/20/2012 | Telephone conference with D. Boll re Main Plaza claim transfer issue (.40); draft and revise limited joinder (4.00); legal research re same (.50). | 4.90 | $475 | $2,327.50 |
| RJH | 9/21/2012 | Telephone conference with R. Finke re Main Plaza limited joinder (.40); revise same and circulate for comment (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 9/24/2012 | Legal research re joinder issues (.60); draft correspondence re same (.40); telephone conference with A. Paul re same (.40); revise joinder to Main Plaza objection (1.00); telephone conference with K. Makowski re same (.30); telephone conference with D. Boll re same (.30). | 3.00 | $475 | $1,425.00 |
| RJH | 9/27/2012 | Revise and prepare for execution the Finke declaration re limited joinder to Main Plaza claim transfer objection (.50); revise limited joinder re same (1.00); exchange correspondence with various parties re same (.40); telephone conference with R. Finke re same (.30). | 2.20 | $475 | $1,045.00 |
| Total | | | 15.10 | | $7,172.50 |

| Matter 6 | | Claim Analysis Objection & Resolution (Non-asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 9/4/2012 | Review, analyze and comment on revised draft motion re Wilmington (1.20); participate in telephone conference with client and professionals re same (.70); legal research re Rule 3001(e) issue (.30). | 2.20 | $475 | $1,045.00 |
| RJH | 9/5/2012 | Revise draft Wilmington motion (1.50). | 1.50 | $475 | $712.50 |
| RJH | 9/6/2012 | Prepare for conference call with client and other professionals re Wilmington site (.50); participate in same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 9/14/2012 | Participate in telephone conference with client and counsel re environmental issues (1.00); legal research re same (.80). | 1.80 | $475 | $855.00 |
| Total | | | 7.00 | | $3,325.00 |

| | Matter 10 | | Employment Applications, Others | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 9/6/2012 | Review and comment on draft Grant Thornton fee application (.60); exchange correspondence with various parties re same (.20); telephone conferences with M. Abrahams re same (.20). | | 1.00 | $475 | $475.00 |
| RJH | 9/7/2012 | Analyze Grant Thornton fee application in preparations for filing (.40). | | .40 | $475 | $190.00 |
| Total | | | | 1.40 | | $ 665.00 |

| | Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 9/28/2012 | Prepare August fee application (2.00). | | 2.00 | $475 | $950.00 |
| Total | | | | 2.00 | | $ 950.00 |

| Matter 14 | | Hearings | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 9/27/2012 | Review and comment on draft October 15 hearing agenda (.30). | .30 | $475 | $142.50 |
| RJH | 9/28/2012 | Prepare limited joinder for filing (.70); correspond with various parties re same (.20). | .90 | $475 | $427.50 |
| Total | | | 1.20 | | $ 570.00 |

| Matter 15 | | Litigation and Litigation Consulting | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 9/5/2012 | Develop factual predicate re claims litigation (2.00). | 2.00 | $475 | $950.00 |
| RJH | 9/7/2012 | Develop factual predicate re claims litigation (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 9/11/2012 | Develop factual predicate re claims litigation (1.00). | 1.00 | $475 | $475.00 |
| RJH | 9/12/2012 | Legal analysis re claims litigation (1.50); develop factual predicate re same (2.00). | 3.50 | $475 | $1,662.50 |
| RJH | 9/17/2012 | Analyze documents re claims litigation (.70). | .70 | $475 | $332.50 |
| RJH | 9/18/2012 | Telephone conference with J. Hughes re claims litigation (.50); legal research re same (.30); draft memorandum re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 9/19/2012 | Draft claims litigation memorandum (.50); legal research re same (.30). | .80 | $475 | $380.00 |
| RJH | 9/21/2012 | Legal research re claims litigation (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 9/25/2012 | Draft memorandum to J. Hughes re claims litigation matter (4.00); legal research re same (.80). | 4.80 | $475 | $2,280.00 |
| RJH | 9/26/2012 | Continue drafting memorandum to J. Hughes re claims litigation matter (6.00). | 6.00 | $475 | $2,850.00 |
| RJH | 9/27/2012 | Legal research re claims litigation matters (2.00); draft memorandum to J. Hughes re same (2.80). | 3.80 | $475 | $1,805.00 |
| RJH | 9/28/2012 | Revise memorandum re claims litigation (5.70); legal research re same (1.10); correspond with various parties re same (.20). | 7.00 | $475 | $3,325.00 |
| Total | | | 36.10 | | $17,147.50 |

8

Matter 16          Plan and Disclosure Statement

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/4/2012 | Participate in status call with plan proponents' counsel (.80); telephone conference with K. Makowski re appeals appearance and other issues (.30). | 1.10 | $475 | $522.50 |
| RJH | 9/11/2012 | Participate in status call with plan proponents' counsel (.80). | .80 | $475 | $380.00 |
| RJH | 9/25/2012 | Participate in telephone conference with counsel for plan proponents (.80). | .80 | $475 | $380.00 |
| Total | | | 2.70 | | $1,282.50 |