## EXHIBIT B

### September 2012 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $51.08 |
| Online research | $503.28 |
| **Total:** | **$ 571.31** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|:---:|
| none | $0.00 | NA |
| **Total** | **$ 0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 10/5/2012 | $51.08 | ICI Telecon IC -Grace conference call charges for August |
| 10/7/2012 | $16.95 | Fax and other charges |
| 10/15/2012 | $503.28 | Lexis Nexis - Grace charges for August |
| **Total** | **$ 571.31** | |

Total August 2012 Expenses:  $ 571.31