OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: W.R. Grace & Co.              Bank: See attached

Bankruptcy Number: 01-01139                   Account Number: See attached

Date of Confirmation: January 31, 2011        Account Type: See attached

Reporting Period (month/year): September 2012

| Beginning Cash Balance: | $806,776,954 |
|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 |
|---|---|

| Collection of Accounts Receivable: | $1,043,938,883 |
|---|---|

| Proceeds from Litigation (settlement or otherwise): | $0 |
|---|---|

| Sale of Debtor's Assets: | $0 |
|---|---|

| Capital Infusion pursuant to the Plan: | $0 |
|---|---|

| Total of cash received: | $1,043,938,883 |
|---|---|

| Total of cash available: | $1,850,715,837 |
|---|---|

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
|---|---|

| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $520,278 |
|---|---|

| All other disbursements made in the ordinary course: | $945,840,230 |
|---|---|

| Total Disbursements | $946,360,508 |
|---|---|

| Ending Cash Balance | $904,355,329 |
|---|---|

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

11/7/12
Date

Hudson La Force III / Chief Financial Officer
Name/Title

Debtor: [signature]

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 805,412,647 | $ (28,427) | $ - | $ 1,331,697 | $ 60,538 | $ 500 | $ 806,776,954 |
| Total of cash received | $ 1,018,970,512 | $ 1,252,732 | $ 22,092,686 | $ 1,622,952 | $ - | $ - | $ 1,043,938,883 |
| Total Disbursements | $ 921,690,245 | $ 1,241,644 | $ 22,092,686 | $ 1,320,036 | $ 15,897 | $ - | $ 946,360,508 |
| Ending Cash Balance | $ 902,692,914 | $ (17,338) | $ - | $ 1,634,612 | $ 44,641 | $ 500 | $ 904,355,329 |

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2012**

| HIDE ROWS | 001-0110-0001<br>JP Morgan Chase Disbursement<br>9101013572 | 001-0110-5003<br>Bank of America Lockbox<br>8188703107 | 001-0110-0280<br>JP Morgan Chase Holding<br>323223141 | 001-0110-0002<br>JP Morgan Chase Concentration<br>16001257 | 001-0110-0010<br>Bank of America Lockbox<br>8188203114 | 001-0110-0375<br>Banc of America Securities LLC<br>22330134 | 001-0110-0017<br>First Union Concentration<br>2000000282172 | 001-0110-0020<br>First Union Payroll<br>2079900016741 | 001-0110-0036<br>First Union Libby Medical<br>2079900065006 |
|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 113,622 | $ 235,636 | $ 870,614 | $ 970,870 | $ 139,305,455 | $ 656,310,222 | $ 171,208 | $ - | $ - |
| **RECEIPTS** | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | (148,459) | | | 200,647,939 | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | 54 | 1,436,852 | | 222,672 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 600,000 | | | 45,854,594 | 309,965,396 | 165,000,000 | | | 363,498 |
| MISCELLANEOUS | | | | | | | 293,908 | | |
| **TOTAL RECEIPTS** | 600,000 | (148,459) | 54 | 47,291,446 | 510,613,336 | 165,222,672 | 293,908 | - | 363,498 |
| **DISBURSEMENTS** | | | | | | | | | |
| PAYROLL | | | | | | | | | |
| PAYROLL TAXES | | | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 652,665 | | | 1,556,909 | 402,814,285 | | | | 363,498 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 45,692,686 | 116,019,956 | 75,000,000 | 363,498 | | |
| MISCELLANEOUS | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 652,665 | - | - | 47,249,596 | 518,834,240 | 75,000,000 | 363,498 | - | 363,498 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (52,665) | (148,459) | 54 | 41,850 | (8,220,905) | 90,222,672 | (69,590) | - | - |
| CASH - END OF QUARTER | $ 60,958 | $ 87,178 | $ 870,668 | $ 1,012,720 | $ 131,084,550 | $ 746,532,895 | $ 101,618 | $ - | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
September 2012

| HIDE ROWS | 001-0110-0188 001-0110-3000 First Union Accts Payable 2079920005761 | 032-0110-0017 First Union Accts payable 2079900005260 | 032-0110-8003 First Union Accts Payable 2079900005231 | 032-0110-8006 SunTrust Payroll 00000141309 | 032-0110-0377 JP Morgan Chase Lockbox 304616494 | 032-0150-50055 First Union Petty Cash 2040000016900 | 302-0110-0304 Peru: mat in $ in soles Banco de Credito Operating Acct 1931115122058 | 302-0110-0305 Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 464 | $ - | $ - | $ - | $ - | $ 520 | $ 315,729 | $ 868,157 |
| RECEIPTS | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | (464) | | | | 285,945,441 | | - | 1,425,328 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | 2,873,254 | - |
| TRANSFERS IN - THIRD PARTIES | | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | | | - | |
| MISCELLANEOUS | | | | | | | | |
| TOTAL RECEIPTS | (464) | - | - | - | 285,945,441 | - | 2,873,254 | 1,425,328 |
| DISBURSEMENTS | | | | | | | | |
| PAYROLL | | | | | | | - | |
| PAYROLL TAXES | | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | 2,955,072 | 1,779,286 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | 285,945,441 | 20 | | |
| MISCELLANEOUS | | | | | | | - | |
| TOTAL DISBURSEMENTS | - | - | - | - | 285,945,441 | 20 | 2,955,072 | 1,779,286 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (464) | - | - | - | - | (20) | (81,818) | (353,959) |
| CASH - END OF QUARTER | $ - | $ - | $ - | $ - | $ - | $ 500 | $ 233,911 | $ 514,198 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
September 2012

| HIDE ROWS | 302-0110-0378 | 302-0110-0411 | 302-0110-0373 Peru mai-in is in soles | 001-0150-0000 | 0150-XXXX Balance of 001/032 | Pull from Other Misc Column | 0110XXXX - 0190XXXX | |
|---|---|---|---|---|---|---|---|---|
| | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | Bank Boston Operating Acct 154519 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH | |
| | | | | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $          - | $   460,627 | $          - | $   516,765 | $   176,519 | $ 5,096,237 | $ 805,412,647 | $          - |
| RECEIPTS | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | 3,174,603 | | | | | 491,044,388 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | - | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | - | - | | 1,046,277 | | | 5,579,109 | |
| TRANSFERS IN - NONFILING ENTITIES | - | - | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | - | | | 269,620 | | 522,053,108 | |
| MISCELLANEOUS | - | - | | | | | 293,908 | |
| TOTAL RECEIPTS | - | 3,174,603 | | 1,046,277 | 269,620 | - | 1,018,970,512 | - |
| DISBURSEMENTS | | | | | | | | |
| PAYROLL | - | - | | | | | - | |
| PAYROLL TAXES | - | - | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | 4,221,723 | | | | | 4,221,723 | |
| TRADE PAYABLES - INTERCOMPANY | - | - | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | - | | 516,765 | | | 410,638,480 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 523,021,601 | |
| MISCELLANEOUS | - | - | | | | (16,191,560) | (16,191,560) | |
| TOTAL DISBURSEMENTS | - | 4,221,723 | | 516,765 | - | (16,191,560) | 921,690,245 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | (1,047,120) | | 529,512 | 269,620 | 16,191,560 | 97,280,268 | - |
| CASH - END OF QUARTER | $          - | $ (586,493) | $          - | $ 1,046,277 | $   446,139 | $ 21,287,797 | $ 902,692,914 | $          - |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

| Remedium Group, Inc.<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>September 2012 | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ (28,427) | $ - | $ (28,427) | $ - |
| RECEIPTS | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 7,233 | | 173 | 7,406 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 1,245,326 | | 1,245,326 | |
| TOTAL RECEIPTS | 7,233 | 1,245,326 | 173 | 1,252,732 | - |
| DISBURSEMENTS | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 1,234,237 | 173 | 1,234,410 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 7,233 | | | 7,233 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 7,233 | 1,234,237 | 173 | 1,241,644 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 11,089 | - | 11,089 | |
| CASH - END OF QUARTER | $ - | $ (17,338) | $ - | $ (17,338) | $ - |

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2012**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | | $ - |
| RECEIPTS | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 22,092,686 | 22,092,686 | |
| TOTAL RECEIPTS | 22,092,686 | 22,092,686 | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 22,092,686 | 22,092,686 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 22,092,686 | 22,092,686 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

## Darex Puerto Rico, Inc.
## Schedule of Cash Receipts and Disbursements
## MOR-1
## September 2012

| | Citibank Operating Acct 300153011 | Petty Cash | Other | Cash-in-Transit | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 1,331,697 | $ - | $ - | $ - | $ 1,331,697 | $ - |
| RECEIPTS | | | | | | |
| | | No Activity | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 930,450 | | | | 930,450 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 692,502 | | | | 692,502 | |
| TOTAL RECEIPTS | 1,622,952 | - | - | - | 1,622,952 | - |
| DISBURSEMENTS | | | | | | |
| PAYROLL | 31,118 | | | | 31,118 | |
| PAYROLL TAXES | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | 596,416 | | | | 596,416 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 692,502 | | | | 692,502 | |
| MISCELLANEOUS | | | | | - | |
| TOTAL DISBURSEMENTS | 1,320,036 | - | - | - | 1,320,036 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 302,915 | - | - | - | 302,915 | - |
| CASH - END OF QUARTER | $ 1,634,612 | $ - | $ - | $ - | $ 1,634,612 | $ - |

# Grace International Holdings
## Schedule of Cash Receipts and Disbursements
## MOR-1
## September 2012

| | Grace International Holdings 323136524 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**CC Partners**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2012**

| | First Union Deposit Acct 2199500031802 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION | | | |
| PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

| Kootenai Development Company<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>September 2012 | First National Bank of Montana 1049097 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 60,538 | 60,538 | $ - |
| RECEIPTS | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION<br>  PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 15,897 | 15,897 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 15,897 | 15,897 | - |
| NET CASH FLOW<br>  (RECEIPTS LESS DISBURSEMENTS) | (15,897) | (15,897) | - |
| CASH - END OF QUARTER | $ 44,641 | $ 44,641 | $ - |

**Grace Europe, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2012**

| | Barclays Bank PLC | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2012**

| | Cash On Hand | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 500 | 500 | $ - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ 500 | $ 500 | $ - |

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2012**

|  | Miscellaneous | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $    - | - | $    - |
| RECEIPTS |  |  |  |
|  | No Activity |  |  |
| ACCOUNTS RECEIVABLE - THIRD PARTIES |  | - |  |
| ACCOUNTS RECEIVABLE - INTERCOMPANY |  | - |  |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI |  | - |  |
| TRANSFERS IN - THIRD PARTIES |  | - |  |
| TRANSFERS IN - NONFILING ENTITIES |  | - |  |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS |  | - |  |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS |  |  |  |
| PAYROLL |  | - |  |
| PAYROLL TAXES |  | - |  |
| TRADE PAYABLES - THIRD PARTIES |  | - |  |
| TRADE PAYABLES - INTERCOMPANY |  | - |  |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI |  | - |  |
| TRANSFERS OUT - THIRD PARTIES |  | - |  |
| TRANSFERS OUT - NONFILING ENTITIES |  | - |  |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS |  | - |  |
| MISCELLANEOUS |  | - |  |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $    - | $    - | $    - |