# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

In Re:

**W.R. Grace & Co., et al.**             **Chapter 11**
   Debtor(s)                            Case No.: 01-1139-JKF

                                        RE: 29858

## ORDER DISMISSING PLEADING

The Pleading is hereby dismissed without prejudice subject to being refiled within 10 days in PDF Searchable format and in compliance with the cm/ecf procedures and Case Management Order.

November 13, 2012
Date

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald

SJS