**ONE HUNDRED AND FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 9-1-2012 through 9-30-2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 4.90 | $3,895.50 |
| R. Frezza | Member | $725 | 10.50 | $7,612.50 |
| J. Dolan | Director | $450 | 16.80 | $7,560.00 |
| M. Viola | Paraprofessional | $120 | 1.60 | $192.00 |
| **For the Period 9-1-2012 through 9-30-2012** | | | **33.80** | **$19,260.00** |

**Capstone Advisory Group, LLC**                                        Page 1 of 1
**Invoice for the 9-1-2012 - 9-30-2012 Fee Application**

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 9-1-2012 through 9-30-2012**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 02. Case Administration | During the Fee Application period, the Applicant reviewed and analyzed recent docket submissions and organized files, prepared the work plan and responded to a lender inquiry. | 10.30 | $5,405.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed, updated and participated in call regarding various analyses of claims and interest calculations and various settlements. | 8.40 | $5,830.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed methodology and basis for interest Scenario analyses with Committee member. | 1.20 | $870.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared August 2012 monthly fee statement. | 4.30 | $1,614.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding 2Q13 and 8K results, prepared various analyses and prepared a report to the Committee thereon. | 9.60 | $5,540.50 |
| **For the Period 9-1-2012 through 9-30-2012** | | **33.80** | **$19,260.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 9-1-2012 through 9-30-2012**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 02. Case Administration | | | |
| 9/3/2012 | R. Frezza | 0.70 | Reviewed and analyzed recent docket submissions. |
| 9/5/2012 | J. Dolan | 0.50 | Responded to lender inquiry re: case status. |
| 9/6/2012 | J. Dolan | 0.90 | Reviewed and analyzed docket submissions. |
| 9/10/2012 | R. Frezza | 0.70 | Reviewed and analyzed recent docket submissions. |
| 9/10/2012 | J. Dolan | 1.20 | Reviewed and analyzed recent docket submissions. |
| 9/13/2012 | J. Dolan | 1.50 | Prepared work plan for case. |
| 9/13/2012 | J. Dolan | 2.10 | Reviewed files and analysis of case. |
| 9/17/2012 | R. Frezza | 0.70 | Reviewed and analyzed recent docket submissions. |
| 9/17/2012 | J. Dolan | 1.30 | Organized files and reports for team. |
| 9/24/2012 | R. Frezza | 0.70 | Reviewed and analyzed recent docket submissions. |
| Subtotal | | 10.30 | |
| 03. Claims Analysis & Valuation | | | |
| 9/12/2012 | R. Frezza | 2.90 | Updated distributable value analysis for Counsel. |
| 9/13/2012 | R. Frezza | 2.80 | Added additional interest scenarios and rolled calculation forward to December 2012. |
| 9/14/2012 | E. Ordway | 0.60 | Participated in call with creditor re: financial statement disclosure of bank debt interest. |
| 9/17/2012 | J. Dolan | 1.30 | Updated interest scenarios and summarized variances for lender call. |
| 9/17/2012 | E. Ordway | 0.50 | Reviewed updated interest calculations for bank debt. |
| 9/28/2012 | E. Ordway | 0.30 | Participated in call with creditor re: interest scenarios analysis. |
| Subtotal | | 8.40 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **04. Creditor Committee Matters** | | | |
| 9/18/2012 | R. Frezza | 1.20 | Discussed methodology and basis for interest scenario analyses with Committee member. |
| Subtotal | | 1.20 | |
| **07. Fee Applications & Invoices** | | | |
| 9/4/2012 | J. Dolan | 1.00 | Prepared August 2012 fee application. |
| 9/10/2012 | M. Viola | 0.30 | Prepared August 2012 fee application. |
| 9/12/2012 | E. Ordway | 0.30 | Reviewed and edited fee application. |
| 9/13/2012 | J. Dolan | 1.10 | Prepared August 2012 fee application. |
| 9/17/2012 | E. Ordway | 0.30 | Final review of fee application. |
| 9/20/2012 | M. Viola | 1.30 | Finalized August 2012 fee application. |
| Subtotal | | 4.30 | |
| **08. Financial Analysis - Schedules & Statements** | | | |
| 9/5/2012 | E. Ordway | 0.40 | Reviewed and analyzed 8K and noted items for staff to follow up on. |
| 9/5/2012 | J. Dolan | 0.90 | Reviewed and analyzed recently filed 8k and discussed with Counsel and team. |
| 9/5/2012 | J. Dolan | 2.20 | Made final review of 2Q12 report to the Committee and distributed for internal review. |
| 9/5/2012 | E. Ordway | 0.40 | Reviewed and edited 2Q12 report to the Committee. |
| 9/7/2012 | J. Dolan | 0.80 | Reviewed report and distributed to Counsel for comments. |
| 9/10/2012 | J. Dolan | 0.90 | Reviewed and analyzed July monthly financials received from Debtor. |
| 9/10/2012 | J. Dolan | 1.10 | Reviewed and issued 2Q12 report to the Committee. |
| 9/10/2012 | R. Frezza | 0.80 | Reviewed and analyzed Grace's 8k issuance discussing Grace's investment highlights. |
| 9/10/2012 | E. Ordway | 1.30 | Reviewed and analyzed July financial / operating report and noted items to further investigate. |
| 9/12/2012 | E. Ordway | 0.80 | Reviewed and analyzed most recent analyst reports re: construction materials industry |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 9.60 | |
| **Total Hours** | | **33.80** | |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 9-1-2012 through 9-30-2012**

| Date | Professional | Detail | Amount |
|---|---|---|---|
| | | | |

Telecom

| | 9/8/2012 | Capstone Expense | September Telecom | $38.87 |

| Subtotal - Telecom | | | $38.87 |

**For the Period 9-1-2012 through 9-30-2012**   $38.87