## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## For the month of September 2012

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of September 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 2.0 | $ 2,148.84 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | $ 1,005.84 | 4.5 | $ 4,526.28 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 26.0 | $ 21,132.80 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | $ 778.51 | 1.0 | $ 778.51 |
| Teressa Barner | Audit Director | 20+ | Integrated Audit | $ 704.85 | 1.0 | $ 704.85 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.32 | 0.5 | $ 351.16 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 603.20 | 3.5 | $ 2,111.20 |
| James C Horvath | Audit Manager | 8 | Integrated Audit | $ 571.50 | 13.5 | $ 7,715.25 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | $ 490.22 | 40.0 | $ 19,608.80 |
| David C Sands | Audit Director | 11 | Integrated Audit | $ 445.77 | 3.5 | $ 1,560.20 |
| Ilanit Shtein | Audit Senior manager | 9 | Integrated Audit | $ 440.70 | 0.5 | $ 220.35 |
| Jody B Underhill | Tax Director | 11 | Integrated Audit | $ 426.40 | 9.0 | $ 3,837.60 |
| Kaitlin M Redding | Audit Manager | 7 | Integrated Audit | $ 403.86 | 8.0 | $ 3,230.88 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | $ 358.14 | 44.5 | $ 15,937.23 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 322.58 | 14.0 | $ 4,516.12 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | $ 249.60 | 0.5 | $ 124.80 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | $ 246.38 | 87.0 | $ 21,435.06 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 86.0 | $ 20,861.02 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | $ 240.03 | 64.0 | $ 15,361.92 |
| Sara L Balthazor | Audit Senior Associate | 3 | Integrated Audit | $ 208.28 | 0.4 | $ 83.31 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | $ 190.50 | 47.0 | $ 8,953.50 |
| Jonathan M Phillips | Audit Experienced Associate | 2 | Integrated Audit | $ 184.15 | 11.5 | $ 2,117.73 |
| Christina Hardwicke | Audit Experienced Associate | 2 | Integrated Audit | $ 171.45 | 4.0 | $ 685.80 |
| Robert J Sluga | Audit Experienced Associate | 2 | Integrated Audit | $ 171.45 | 13.0 | $ 2,228.85 |
| William D Struthers | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 32.0 | $ 5,445.76 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 158.0 | $ 26,888.44 |
| Erin Leanna Stamps | Audit Associate | 1 | Integrated Audit | $ 167.64 | 82.5 | $ 13,830.30 |
| Jesse Ryan Lawrence | Audit Associate | 1 | Integrated Audit | $ 139.70 | 24.0 | $ 3,352.80 |

{02411:PLDG:10155541.DOC}

| Name | Title | | Service | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | $ 139.70 | 38.0 | $ 5,308.60 |
| Jaclyn R Spiegel | Audit Associate | 1 | Integrated Audit | $ 139.70 | 23.0 | $ 3,213.10 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.5 | $ 307.50 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.3 | $ 159.90 |
| Raj Poddar | Project Specialist | 1 | Integrated Audit | $ 123.00 | 3.5 | $ 430.50 |
| Probal Chatterjee | Project Specialist | 1 | Integrated Audit | $ 123.00 | 7.0 | $ 861.00 |
| Gabriel Garcia Diaz | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.0 | $ 123.00 |
| Sonam Bhutoria | Project Specialist | 1 | Integrated Audit | $ 123.00 | 22.5 | $ 2,767.50 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 123.00 | 8.0 | $ 984.00 |
| Franco Petracca | Project Specialist | 1 | Integrated Audit | $ 123.00 | 5.0 | $ 615.00 |
| Judith L Ellington | Project Specialist | 1 | Integrated Audit | $ 119.60 | 0.5 | $ 59.80 |
| | | | | Total | 895.2 | $ 224,763.75 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**         11.0                                                                                               **$ 2,062.42**

## Summary of PwC's Fees By Project Category:
## For the month of September 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---:|---:|
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 11.0 | $ 2,062.42 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 895.2 | $ 224,763.75 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 906.2 | $ 226,826.17 |

**Expense Summary**
**For the month of September 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 7,479.75 |
| Lodging | N/A | $ 1,930.51 |
| Sundry | N/A | $ 117.69 |
| Business Meals | N/A | $ 147.22 |
| TOTAL: | | $ 9,675.17 |

{02411:PLDG:10155541.DOC}