# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of September 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Maximiliano Benitez** | | | | |
| | 7.0 | Preparing the August 2012 fee application | $ 123.00 | $ 861.00 |
| | **7.0** | | | |
| **Pavel Katsiak** | | | | |
| | **2.0** | Time reviewing the August 2012 fee application | $ 358.14 | $ 716.28 |
| | **2.0** | | | |
| **Kathleen Bradley** | | | | |
| | **2.0** | Time reviewing the August 2012 fee application | $ 242.57 | $ 485.14 |
| | **2.0** | | | |
| | **11.0** | **Total Grace Fee Application Charged Hours** | | **$ 2,062.42** |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 2.0 | $ 2,148.84 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | $ 1,005.84 | 4.5 | $ 4,526.28 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 26.0 | $ 21,132.80 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | $ 778.51 | 1.0 | $ 778.51 |
| Teressa Barner | Audit Director | 20+ | Integrated Audit | $ 704.85 | 1.0 | $ 704.85 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.32 | 0.5 | $ 351.16 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 603.20 | 3.5 | $ 2,111.20 |
| James C Horvath | Audit Manager | 8 | Integrated Audit | $ 571.50 | 13.5 | $ 7,715.25 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | $ 490.22 | 40.0 | $ 19,608.80 |
| David C Sands | Audit Director | 11 | Integrated Audit | $ 445.77 | 3.5 | $ 1,560.20 |
| Ilanit Shtein | Audit Senior manager | 9 | Integrated Audit | $ 440.70 | 0.5 | $ 220.35 |
| Jody B Underhill | Tax Director | 11 | Integrated Audit | $ 426.40 | 9.0 | $ 3,837.60 |
| Kaitlin M Redding | Audit Manager | 7 | Integrated Audit | $ 403.86 | 8.0 | $ 3,230.88 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | $ 358.14 | 44.5 | $ 15,937.23 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 322.58 | 14.0 | $ 4,516.12 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | $ 249.60 | 0.5 | $ 124.80 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | $ 246.38 | 87.0 | $ 21,435.06 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 86.0 | $ 20,861.02 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | $ 240.03 | 64.0 | $ 15,361.92 |
| Sara L Balthazor | Audit Senior Associate | 3 | Integrated Audit | $ 208.28 | 0.4 | $ 83.31 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | $ 190.50 | 47.0 | $ 8,953.50 |
| Jonathan M Phillips | Audit Experienced Associate | 2 | Integrated Audit | $ 184.15 | 11.5 | $ 2,117.73 |
| Christina Hardwicke | Audit Experienced Associate | 2 | Integrated Audit | $ 171.45 | 4.0 | $ 685.80 |
| Robert J Sluga | Audit Experienced Associate | 2 | Integrated Audit | $ 171.45 | 13.0 | $ 2,228.85 |
| William D Struthers | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 32.0 | $ 5,445.76 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 158.0 | $ 26,888.44 |
| Erin Leanna Stamps | Audit Associate | 1 | Integrated Audit | $ 167.64 | 82.5 | $ 13,830.30 |
| Jesse Ryan Lawrence | Audit Associate | 1 | Integrated Audit | $ 139.70 | 24.0 | $ 3,352.80 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | $ 139.70 | 38.0 | $ 5,308.60 |
| Jaclyn R Spiegel | Audit Associate | 1 | Integrated Audit | $ 139.70 | 23.0 | $ 3,213.10 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.5 | $ 307.50 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.3 | $ 159.90 |
| Raj Poddar | Project Specialist | 1 | Integrated Audit | $ 123.00 | 3.5 | $ 430.50 |
| Probal Chatterjee | Project Specialist | 1 | Integrated Audit | $ 123.00 | 7.0 | $ 861.00 |
| Gabriel Garcia Diaz | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.0 | $ 123.00 |
| Sonam Bhutoria | Project Specialist | 1 | Integrated Audit | $ 123.00 | 22.5 | $ 2,767.50 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 123.00 | 8.0 | $ 984.00 |
| Franco Petracca | Project Specialist | 1 | Integrated Audit | $ 123.00 | 5.0 | $ 615.00 |
| Judith L Ellington | Project Specialist | 1 | Integrated Audit | $ 119.60 | 0.5 | $ 59.80 |
| | | | | Total | 895.2 | $ 224,763.75 |