# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended September 2012**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Alfiya Galieva** | | | | | | | |
| | Integrated Audit | 4-Sep | $ 21.09 | | | | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| | Integrated Audit | 5-Sep | $ 21.09 | | | | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| | Integrated Audit | 6-Sep | $ 21.09 | | | | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| | Integrated Audit | 7-Sep | $ 21.09 | | | | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| **Drew Levy** | | | | | | | |
| | Integrated Audit | 4-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 5-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 6-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 7-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 10-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 11-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 12-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 13-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 14-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 16-Sep | $ 458.60 | | | | Roundtrip coach airfare to Chicago, IL for travel to Grace site in Chicago (71st street). |
| | Integrated Audit | 16-Sep | | | | $ 6.27 | Individual Travel dinner during travel to Grace plant in Chicago, IL. |
| | Integrated Audit | 16-Sep | $ 247.86 | | | | Expense for Hertz rental car during travel to Grace site in Chicago, IL. |
| | Integrated Audit | 16-Sep | | $ 700.48 | | | Nightly rate @175.12 per night for 4 nights at Hilton Garden Inn during travel to Grace in Chicago, IL. |
| | Integrated Audit | 16-Sep | | $ 115.60 | | | Hotel Taxes @28.90 per night for 4 nights at Hilton Garden Inn during travel to Grace in Chicago, IL. |
| | Integrated Audit | 20-Sep | | | | $ 9.75 | Individual Travel dinner during travel to Grace plant in Chicago, IL. |
| | Integrated Audit | 20-Sep | $ 45.00 | | | | Taxi fare from airport during travel from Grace plant in Chicago, IL. |
| | Integrated Audit | 24-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 25-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 27-Sep | $ 488.10 | | | | Roundtrip coach airfare to Chattanooga, TN for travel to Grace site in Chattanooga, TN. |
| | Integrated Audit | 27-Sep | $ 40.00 | | | | Taxi fare to airport during travel to Grace plant in Chattanooga, TN. |
| | Integrated Audit | 27-Sep | | | | $ 40.50 | Travel dinner for D. Levy and I. Thomas (both PwC) during travel to Grace plant in Chattanoog, TN. |
| | Integrated Audit | 27-Sep | $ 112.99 | | | | Expense for Hertz rental car during travel to Grace site in Chattanooga, TN for 2 days |
| | Integrated Audit | 27-Sep | | $ 131.12 | | | Nightly rate @131.12 per night for 1 night at Hilton Garden Inn during travel to Grace in Chattanooga, TN. |
| | Integrated Audit | 27-Sep | | $ 22.61 | | | Hotel Taxes @22.61 per night for 1 night at Hilton Garden Inn during travel to Grace in Chattannoga, TN. |
| | Integrated Audit | 28-Sep | $ 40.99 | | | | Taxi fare from airport during travel from Grace plant in Chattanooga, TN. |
| | Integrated Audit | 28-Sep | | | | $ 11.45 | Individual Travel dinner during travel to Grace plant in Chattanooga, TN. |
| **Jaclyn Spiegel** | | | | | | | |
| | Integrated Audit | 24-Sep | $ 18.88 | | | | Mileage in excess of daily commute (62 miles-28 normal commute miles * rate 0.555 per mile) |
| | Integrated Audit | 25-Sep | $ 9.44 | | | | Mileage in excess of daily commute (31 miles-14 normal commute miles * rate 0.555 per mile) |
| | Integrated Audit | 28-Sep | $ 21.10 | | | | Mileage in excess of daily commute (66 miles-28 normal commute miles * rate 0.555 per mile) |
| **Jesse Lawrence** | | | | | | | |
| | Integrated Audit | 16-Sep | | | $ 83.72 | | Steel-toed boots to perform inventory observation |
| | Integrated Audit | 17-Sep | $ 13.32 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 18 miles roundtrip normal commute to the office = 24 miles every day excess * .555 = 13.32). |
| | Integrated Audit | 18-Sep | $ 13.32 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 18 miles roundtrip normal commute to the office = 24 miles every day excess * .555 = 13.32). |
| | Integrated Audit | 19-Sep | $ 13.32 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 18 miles roundtrip normal commute to the office = 24 miles every day excess * .555 = 13.32). |
| **Jody B. Underhill** | | | | | | | |
| | Integrated Audit | 26-Sep | $ 336.66 | | | | Roundtrip coach flight to Boca Raton, FL to WR Grace to discuss various tax provision matters |
| | Integrated Audit | 26-Sep | $ 66.91 | | | | Hertz Rental car for 1 day while traveling on client business |
| | Integrated Audit | 26-Sep | $ 20.00 | | | | 1 day of parking at Tampa airport while traveling out of town on client business |
| | Integrated Audit | 26-Sep | $ 12.00 | | | | Tolls while traveling out of town for client business |
| | Integrated Audit | 26-Sep | | | | $ 24.50 | Dinner for myself while traveling out of town on client business |
| **Jonathan Phillips** | | | | | | | |
| | Integrated Audit | 5-Sep | $ 39.96 | | | | Mileage in excess of daily commute (76 miles - 4 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 6-Sep | $ 39.96 | | | | Mileage in excess of daily commute (76 miles - 4 normal commute miles * rate 0 .555 per mile). |
| **Katherine Matheson** | | | | | | | |
| | Integrated Audit | 6-Sep | $ 35.52 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 6-Sep | $ 46.00 | | | | Parking at Audit Committee meeting - Hay Adams Hotel, Wash D.C. - 2 vehicles - T.Smith and K.Matheson (both PwC) |
| | Integrated Audit | 6-Sep | $ 10.00 | | | | Valet tips for parking at above noted Audit Committee meeting - Hay Adams - T.Smith and K.Matheson (both PwC) |
| | Integrated Audit | 7-Sep | $ 35.52 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 10-Sep | $ 35.52 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 13-Sep | $ 35.52 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| **Kathleen Bradley** | | | | | | | |
| | Integrated Audit | 17-Sep | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 17-Sep | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 18-Sep | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 18-Sep | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 19-Sep | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 19-Sep | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 20-Sep | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 20-Sep | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 21-Sep | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 21-Sep | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 24-Sep | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 24-Sep | $ 6.05 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 25-Sep | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 25-Sep | $ 6.05 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 26-Sep | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 26-Sep | $ 6.05 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 28-Sep | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 28-Sep | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| **Ryan Boyle** | | | | | | | |
| | Integrated Audit | 28-Aug | $ 36.63 | | | | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 29-Aug | $ 36.63 | | | | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 30-Aug | $ 36.63 | | | | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 31-Aug | $ 36.63 | | | | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 4-Sep | $ 36.63 | | | | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 5-Sep | $ 36.63 | | | | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 6-Sep | $ 36.63 | | | | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 7-Sep | $ 36.63 | | | | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| **Tom Smith** | | | | | | | |
| | Integrated Audit | 28-Sep | $ 2,610.80 | | | | Busines class airfare on Emirates Airlines Flight from Dubai to Frankfurt, Germany to visit client site in Worms, Germany |
| | Integrated Audit | 17-Sep | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 10-Sep | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 7-Sep | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| **William Struthers** | | | | | | | |
| | Integrated Audit | 23-Jul | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 24-Jul | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 25-Jul | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 26-Jul | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 27-Jul | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 30-Jul | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 31-Jul | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 1-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 2-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 3-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 6-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 15-Aug | $ 159.55 | | | | Avis Car rental in Mt Pleasant, Tenn for 3 days |
| | Integrated Audit | 15-Aug | $ 24.69 | | | | Gas for rental in Mt Pleasant, Tenn |
| | Integrated Audit | 15-Aug | | $ 330.00 | | | 3 nights hotel in Franklin, TN (rate of $110 per night) |
| | Integrated Audit | 15-Aug | | $ 53.40 | | | Taxes for hotel in Franklin, TN for 3 nights |
| | Integrated Audit | 1-Aug | $ 493.20 | | | | Roundtrip coach flight from Baltimore, MD to Albany, Oregon |
| | Integrated Audit | 31-Jul | $ 374.10 | | | | Roundtrip coach flight from Baltimore, MD to Mt.Pleasant, TN |
| | Integrated Audit | 23-Aug | | $ 125.00 | | | One night in hotel in Portland, OR (rate of 125 per night) |
| | Integrated Audit | 23-Aug | | $ 19.61 | | | Taxes for hotel in Portland, OR |
| | Integrated Audit | 23-Aug | | $ 372.00 | | | Three nights in hotel in Albany, OR (rate of 124 per night) |
| | Integrated Audit | 23-Aug | | $ 60.69 | | | Taxes for hotel in Albany, OR |
| | Integrated Audit | 23-Aug | $ 260.47 | | | | Avis car rental in Albany, OR for 3 days |
| | Integrated Audit | 22-Aug | | | | 54.75 | Travel dinner in Portland,Oregon |
| | Integrated Audit | 27-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 28-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 29-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 30-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 31-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 4-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 5-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 6-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 7-Sep | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 9-Sep | | $ 33.97 | | | Mailing audit documents to engagement senior manager K. Matheson (PwC) |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
| $ | 9,675.17 | $ 7,479.75 | $ 1,930.51 | $ 117.69 | $ 147.22 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended September 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Alfiya Galieva** | | | | |
| | 4-Sep | Audit Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| | 5-Sep | Audit Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| | 6-Sep | Audit Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| | 7-Sep | Audit Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| **Drew Levy** | | | | |
| | 4-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 5-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 6-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 7-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 10-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 11-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 12-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 13-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 14-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 16-Sep | Audit Associate | $ 458.60 | Roundtrip coach airfare to Chicago, IL for travel to Grace site in Chicago (71st street). |
| | 16-Sep | Audit Associate | $ 6.27 | Individual Travel dinner during travel to Grace plant in Chicago, IL. |
| | 16-Sep | Audit Associate | $ 247.86 | Expense for Hertz rental car during travel to Grace site in Chicago, IL. |
| | 16-Sep | Audit Associate | $ 700.48 | Nightly rate @175.12 per night for 4 nights at Hilton Garden Inn during travel to Grace in Chicago, IL. |
| | 16-Sep | Audit Associate | $ 115.60 | Hotel Taxes @28.90 per night for 4 nights at Hilton Garden Inn during travel to Grace in Chicago, IL. |
| | 20-Sep | Audit Associate | $ 9.75 | Individual Travel dinner during travel to Grace plant in Chicago, IL. |
| | 20-Sep | Audit Associate | $ 45.00 | Taxi fare from airport during travel from Grace plant in Chicago, IL. |
| | 24-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 25-Sep | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 27-Sep | Audit Associate | $ 488.10 | Roundtrip coach airfare to Chattanooga, TN for travel to Grace site in Chattanooga, TN. |
| | 27-Sep | Audit Associate | $ 40.00 | Taxi fare to airport during travel to Grace plant in Chattanooga, TN. |
| | 27-Sep | Audit Associate | $ 40.50 | Travel dinner for D. Levy and I. Thomas (both PwC) during travel to Grace plant in Chattanoog, TN. |
| | 27-Sep | Audit Associate | $ 112.99 | Expense for Hertz rental car during travel to Grace site in Chattanooga, TN for 2 days |
| | 27-Sep | Audit Associate | $ 131.12 | Nightly rate @131.12 per night for 1 night at Hilton Garden Inn during travel to Grace in Chattanooga, TN. |
| | 27-Sep | Audit Associate | $ 22.61 | Hotel Taxes @22.61 per night for 1 night at Hilton Garden Inn during travel to Grace in Chattannooga, TN. |
| | 28-Sep | Audit Associate | $ 40.99 | Taxi fare from airport during travel from Grace plant in Chattanooga, TN. |
| | 28-Sep | Audit Associate | $ 11.45 | Individual Travel dinner during travel to Grace plant in Chattanooga, TN. |
| **Jaclyn Spiegel** | | | | |
| | 24-Sep | Audit Associate | $ 18.88 | Mileage in excess of daily commute (62 miles-28 normal commute miles * rate 0.555 per mile) |
| | 25-Sep | Audit Associate | $ 9.44 | Mileage in excess of daily commute (31 miles-14 normal commute miles * rate 0.555 per mile) |
| | 28-Sep | Audit Associate | $ 21.10 | Mileage in excess of daily commute (66 miles-28 normal commute miles * rate 0.555 per mile) |
| **Jesse Lawrence** | | | | |
| | 16-Sep | Audit Associate | $ 83.72 | Steel-toed boots to perform inventory observation |
| | 17-Sep | Audit Associate | $ 13.32 | Mileage in excess of daily commute (42 miles roundtrip to client - 18 miles roundtrip normal commute to the office = 24 miles every day excess * .555 = 13.32). |
| | 18-Sep | Audit Associate | $ 13.32 | Mileage in excess of daily commute (42 miles roundtrip to client - 18 miles roundtrip normal commute to the office = 24 miles every day excess * .555 = 13.32). |
| | 19-Sep | Audit Associate | $ 13.32 | Mileage in excess of daily commute (42 miles roundtrip to client - 18 miles roundtrip normal commute to the office = 24 miles every day excess * .555 = 13.32). |
| **Jody B. Underhill** | | | | |
| | 26-Sep | Tax Director | $ 336.66 | Roundtrip coach flight to Boca Raton, FL to WR Grace to discuss various tax provision matters |
| | 26-Sep | Tax Director | $ 66.91 | Hertz Rental car for 1 day while traveling on client business |
| | 26-Sep | Tax Director | $ 20.00 | 1 day of parking at Tampa airport while traveling out of town on client business |
| | 26-Sep | Tax Director | $ 12.00 | Tolls while traveling out of town for client business |
| | 26-Sep | Tax Director | $ 24.50 | Dinner for myself while traveling out of town on client business |
| **Jonathan Phillips** | | | | |
| | 5-Sep | Audit Associate | $ 39.96 | Mileage in excess of daily commute (76 miles - 4 normal commute miles * rate 0 .555 per mile). |
| | 6-Sep | Audit Associate | $ 39.96 | Mileage in excess of daily commute (76 miles - 4 normal commute miles * rate 0 .555 per mile). |

**Katherine Matheson**

| | | | | |
|---|---|---|---|---|
| | 6-Sep | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 6-Sep | Audit Senior Manager | $ 46.00 | Parking at Audit Committee meeting - Hay Adams Hotel, Wash D.C. - 2 vehicles - T.Smith and K.Matheson (both PwC) |
| | 6-Sep | Audit Senior Manager | $ 10.00 | Valet tips for parking at above noted Audit Committee meeting - Hay Adams - T.Smith and K.Matheson (both PwC) |
| | 7-Sep | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 10-Sep | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 13-Sep | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |

**Kathleen Bradley**

| | | | | |
|---|---|---|---|---|
| | 17-Sep | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 17-Sep | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 18-Sep | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 18-Sep | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 19-Sep | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 19-Sep | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 20-Sep | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 20-Sep | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 21-Sep | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 21-Sep | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 24-Sep | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 24-Sep | Audit Senior Associate | $ 6.05 | Roundtrip tolls during daily commute to client site |
| | 25-Sep | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 25-Sep | Audit Senior Associate | $ 6.05 | Roundtrip tolls during daily commute to client site |
| | 26-Sep | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 26-Sep | Audit Senior Associate | $ 6.05 | Roundtrip tolls during daily commute to client site |
| | 28-Sep | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 28-Sep | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |

**Ryan Boyle**

| | | | | |
|---|---|---|---|---|
| | 28-Aug | Audit Senior Associate | $ 36.63 | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 29-Aug | Audit Senior Associate | $ 36.63 | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 30-Aug | Audit Senior Associate | $ 36.63 | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 31-Aug | Audit Senior Associate | $ 36.63 | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 4-Sep | Audit Senior Associate | $ 36.63 | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 5-Sep | Audit Senior Associate | $ 36.63 | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 6-Sep | Audit Senior Associate | $ 36.63 | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 7-Sep | Audit Senior Associate | $ 36.63 | Mileage in excess of daily commute (86 miles - 20 normal commute miles * rate 0 .555 per mile). |

**Tom Smith**

| | | | | |
|---|---|---|---|---|
| | 28-Sep | Audit Partner | $ 2,610.80 | Busines class airfare on Emirates Airlines Flight from Dubai to Frankfurt, Germany to visit client site in Worms, Germany |
| | 17-Sep | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 10-Sep | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 7-Sep | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |

**William Struthers**

| | | | | |
|---|---|---|---|---|
| | 23-Jul | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 24-Jul | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 25-Jul | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 26-Jul | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 27-Jul | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 30-Jul | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 31-Jul | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 1-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 2-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 3-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 6-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 15-Aug | Audit Associate | $ 159.55 | Avis Car rental in Mt Pleasant, Tenn for 3 days |
| | 15-Aug | Audit Associate | $ 24.69 | Gas for rental in Mt Pleasant, Tenn |
| | 15-Aug | Audit Associate | $ 330.00 | 3 nights hotel in Franklin, TN (rate of $110 per night) |
| | 15-Aug | Audit Associate | $ 53.40 | Taxes for hotel in Franklin, TN for 3 nights |
| | 1-Aug | Audit Associate | $ 493.20 | Roundtrip coach flight from Baltimore, MD to Albany, Oregon |
| | 31-Jul | Audit Associate | $ 374.10 | Roundtrip coach flight from Baltimore, MD to Mt.Pleasant, TN |
| | 23-Aug | Audit Associate | $ 125.00 | One night in hotel in Portland, OR (rate of 125 per night) |
| | 23-Aug | Audit Associate | $ 19.61 | Taxes for hotel in Portland, OR |
| | 23-Aug | Audit Associate | $ 372.00 | Three nights in hotel in Albany, OR (rate of 124 per night) |

| Date | Role | | Amount | Description |
|---|---|---|---|---|
| 23-Aug | Audit Associate | $ | 60.69 | Taxes for hotel in Albany, OR |
| 23-Aug | Audit Associate | $ | 260.47 | Avis car rental in Albany, OR for 3 days |
| 22-Aug | Audit Associate | $ | 54.75 | Travel dinner in Portland, Oregon |
| 27-Aug | Audit Associate | $ | 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| 28-Aug | Audit Associate | $ | 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| 29-Aug | Audit Associate | $ | 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| 30-Aug | Audit Associate | $ | 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| 31-Aug | Audit Associate | $ | 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| 4-Sep | Audit Associate | $ | 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| 5-Sep | Audit Associate | $ | 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| 6-Sep | Audit Associate | $ | 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| 7-Sep | Audit Associate | $ | 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| 9-Sep | Audit Associate | $ | 33.97 | Mailing audit documents to engagement senior manager K. Matheson (PwC) |

**Total**
$ 9,675.17