**Attachment A-1**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of July 2012 through September 2012**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the months of July through**
**September 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 6.0 | $ 6,446.52 |
| Marc A Panucci | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 4.0 | $ 4,297.68 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | $ 1,005.84 | 4.5 | $ 4,526.28 |
| Jennifer A James | Audit Partner | 20+ | Integrated Audit | $ 825.50 | 3.0 | $ 2,476.50 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 97.5 | $ 79,248.00 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | $ 778.51 | 3.8 | $ 2,958.34 |
| Teressa Barner | Audit Director | 20+ | Integrated Audit | $ 704.85 | 1.0 | $ 704.85 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 15.5 | $ 10,885.81 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 6.8 | $ 4,775.71 |
| George B Baccash | Tax Partner | 20+ | Integrated Audit | $ 639.60 | 2.0 | $ 1,279.20 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 603.20 | 10.0 | $ 6,032.00 |
| James C Horvath | Audit Manager | 8 | Integrated Audit | $ 571.50 | 13.5 | $ 7,715.25 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | $ 490.22 | 248.5 | $ 121,819.67 |
| David C Sands | Audit Director | 11 | Integrated Audit | $ 445.77 | 9.0 | $ 4,011.93 |
| Ilanit Shtein | Audit Senior Manager | 9 | Integrated Audit | $ 440.69 | 3.1 | $ 1,366.14 |
| Jody B Underhill | Tax Director | 10 | Integrated Audit | $ 426.40 | 73.1 | $ 31,169.84 |
| Kaitlin M Redding | Audit Manager | 7 | Integrated Audit | $ 403.86 | 8.0 | $ 3,230.88 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | $ 358.14 | 136.0 | $ 48,707.04 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 313.41 | 27.0 | $ 8,462.07 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | $ 249.60 | 31.5 | $ 7,862.40 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | $ 246.38 | 457.5 | $ 112,718.85 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 407.1 | $ 98,750.25 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | $ 240.03 | 84.0 | $ 20,162.52 |
| Sara L Balthazor | Audit Senior Associate | 3 | Integrated Audit | $ 208.28 | 0.4 | $ 83.31 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | $ 190.50 | 90.0 | $ 17,145.00 |
| Jonathan M Phillips | Audit Experienced Associate | 2 | Integrated Audit | $ 184.15 | 11.5 | $ 2,117.73 |
| Christina Hardwicke | Audit Experienced Associate | 2 | Integrated Audit | $ 171.46 | 4.5 | $ 771.57 |
| Robert J Sluga | Audit Experienced Associate | 2 | Integrated Audit | $ 171.45 | 21.0 | $ 3,600.45 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 400.0 | $ 68,072.00 |
| Rubin Rakovsky | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 174.0 | $ 29,611.32 |

{02411:PLDG:10188983.DOC}

| Name | Title | | Project Category | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| William D Struthers | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 215.5 | $ 36,673.79 |
| Erin Leanna Stamps | Audit Associate | 1 | Integrated Audit | $ 167.64 | 117.5 | $ 19,697.70 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | $ 166.40 | 31.9 | $ 5,308.16 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | $ 139.70 | 38.0 | $ 5,308.60 |
| Jesse Ryan Lawrence | Audit Associate | 1 | Integrated Audit | $ 139.70 | 24.0 | $ 3,352.80 |
| Jaclyn R Spiegel | Audit Associate | 1 | Integrated Audit | $ 139.70 | 23.0 | $ 3,213.10 |
| Adriano Carisimo | Project Specialist | 1 | Integrated Audit | $ 123.00 | 7.5 | $ 922.50 |
| Belen Ramirez | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |
| Claudia Ziemba | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.8 | $ 98.40 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 122.17 | 27.3 | $ 3,335.24 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 123.00 | 3.6 | $ 442.80 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 123.00 | 4.6 | $ 565.80 |
| Fernando Casais | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.5 | $ 61.50 |
| Franco Petracca | Project Specialist | 1 | Integrated Audit | $ 123.00 | 5.0 | $ 615.00 |
| Gabriel Garcia Diaz | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.0 | $ 123.00 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |
| Juan Pascual | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |
| Leonardo D Zarate | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.5 | $ 61.50 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | $ 123.00 | 5.5 | $ 676.50 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | $ 121.21 | 2.8 | $ 339.39 |
| Macarena Treves | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.3 | $ 36.90 |
| Maria F Castro Bianchi | Project Specialist | 2 | Integrated Audit | $ 121.75 | 6.0 | $ 730.50 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 123.00 | 4.0 | $ 492.00 |
| Probal Chatterjee | Project Specialist | 1 | Integrated Audit | $ 123.00 | 7.0 | $ 861.00 |
| Raj Poddar | Project Specialist | 1 | Integrated Audit | $ 123.00 | 3.5 | $ 430.50 |
| Sabina Talevi | Project Specialist | 1 | Integrated Audit | $ 123.00 | 9.5 | $ 1,168.50 |
| Sonam Bhutoria | Project Specialist | 1 | Integrated Audit | $ 123.00 | 22.5 | $ 2,767.50 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.0 | $ 123.00 |
| Veronica Sajnin | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.3 | $ 159.90 |
| Karina Lizarraga | Project Specialist | 1 | Integrated Audit | $ 123.00 | 8.2 | $ 1,008.60 |
| Judith L Ellington | Project Specialist | 1 | Integrated Audit | $ 119.60 | 2.0 | $ 239.20 |
| Rajni Sharma | Project Specialist | 1 | Integrated Audit | $ 114.32 | 0.3 | $ 34.30 |
| Rini Biswas | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Subhajyoti Ghosh | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.7 | $ 80.01 |
| Joydeb Singh | Project Specialist | 1 | Integrated Audit | $ 114.29 | 0.2 | $ 22.86 |
| Rajtilak Bhattacharjee | Project Specialist | 1 | Integrated Audit | $ 114.25 | 0.1 | $ 11.43 |
| Katey Rymer Webber | Audit Intern | 1 | Integrated Audit | $ 63.50 | 155.5 | $ 9,874.25 |
| | | | | **Total** | **3,089.7** | **$ 810,433.10** |

{02411:PLDG:10188983.DOC}

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 26.6 | $ 3,981.22 |

### Summary of PwC's Fees By Project Category:
### For the months of July 2012 through September 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 26.6 | $3,981.22 |
| 13-Financing | | |
| 14-Hearings | | |

{02411:PLDG:10188983.DOC}

| | | |
|---|---:|---:|
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 3,089.7 | $810,433.10 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 3,116.3 | $ 814,414.32 |

Expense Summary
July 2012 - September 2012

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $29,301.16 |
| Lodging | N/A | $5,768.89 |
| Sundry | N/A | $189.28 |
| Business Meals | N/A | $1,086.95 |
| TOTAL: | | $ 36,346.28 |

{02411:PLDG:10188983.DOC}