### Attachment A-2
### To Fee Application
### Summary of PwC's Fees By Professional
### For the months of July 2012 through September 2012

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Darex Audit**
**For the months of July through September 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Tom Smith | Audit Partner | 20+ | $ 671.00 | 3.0 | $ 2,013.00 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | $ 413.02 | 14.0 | $ 5,782.28 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | $ 207.58 | 40.0 | $ 8,303.20 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | $ 155.15 | 10.0 | $ 1,551.50 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | $ 155.15 | 30.0 | $ 4,654.50 |
| Drew Levy | Audit Associate | 2 | $ 112.35 | 15.1 | $ 1,696.49 |
| | | | **Total** | **112.1** | **$ 24,000.97** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

**Totals**          0.0                                                                                          $ 0.00

### Summary of PwC's Fees By Project Category:
### For the months of July 2012 through September 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection** | | |

{02411:PLDG:10188985.DOCX}

| | | |
|---|---|---|
| & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 0.0 | $0.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 112.1 | $24,000.97 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 112.1 | $24,000.97 |

{02411:PLDG:10188985.DOCX}

## Expense Summary
## July 2012 - September 2012

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | $0.00 |
| **Lodging** | **N/A** | $0.00 |
| **Sundry** | **N/A** | $0.00 |
| **Business Meals** | **N/A** | $0.00 |
| **TOTAL:** | | $ 0.00 |

{02411:PLDG:10188985.DOCX}