**EXHIBIT A**

# Blackstone Advisory Partners L.P.

November 12, 2012

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of July 1, 2012 through July 31, 2012: | $ | 125,000.00 |

Out-of-pocket expenses processed for the period through July 31, 2012: [1]

| | | |
|---|---|---|
| Meals | 37.67 | |
| Document Production | 60.40 | |
| Research | 168.00 | 266.07 |
| Subtotal | | 125,266.07 |
| Less: Payment Received | | (100,266.07) |
| **Total Amount Due** | $ | **25,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 73186**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through July 31, 2012**
**Invoice Number: 73186**

| | GL Detail Jul-12 | | Total Expenses | |
|---|---|---|---|---|
| Employee Meals | $ | 37.67 | $ | 37.67 |
| Document Production | | 60.40 | | 60.40 |
| Internal Research | | 168.00 | | 168.00 |
| **Total Expenses** | **$** | **266.07** | **$** | **266.07** |
| | | | | |
| **Meals** | | | **$** | **37.67** |
| **Document Production** | | | | **60.40** |
| **Research** | | | | **168.00** |
| | | | | |
| **Total Expenses** | | | **$** | **266.07** |

W. R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2012
Invoice Number: 73186

**Employee Meals**
Jaffe (weeknight working dinner meal @ Blackstone while working late)

| | | | |
|---|---|---|---|
| | 03/21/12 | 37.67 | |
| Subtotal - Employee Meals | | | $ 37.67 |

**Document Production**
Jaffe (604 black & white photocopies calculated @ a rate of $0.10 per page)

| | | | |
|---|---|---|---|
| | 07/03/12 | 60.40 | |
| Subtotal - Document Production | | | 60.40 |

**Internal Research**
Jaffe (online data research)

| | | | |
|---|---|---|---|
| | 06/18/12 | 168.00 | |
| Subtotal - Internal Research | | | 168.00 |

| | | |
|---|---|---|
| Total Expenses | $ | 266.07 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2012 THROUGH JULY 31, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 41.4 |
| Adam Schlesinger | Associate | 42.6 |
| Benjamin Jaffe | Analyst | 58.2 |
| | Total | 142.2 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2012 THROUGH JULY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/02/12 | 0.2 | Corporate Finance | Meeting with J. O'Connell regarding corporate finance matter |
| Adam Schlesinger | 07/02/12 | 0.2 | Corporate Finance | Call with financial advisor and J. O'Connell regarding corporate finance matter |
| Adam Schlesinger | 07/02/12 | 1.0 | Corporate Finance | Review draft motion |
| Benjamin Jaffe | 07/02/12 | 0.5 | Corporate Finance | Market data analysis |
| Benjamin Jaffe | 07/02/12 | 1.5 | Corporate Finance | Analysis regarding corporate finance matter |
| Benjamin Jaffe | 07/02/12 | 0.3 | Corporate Finance | Call with counsel regarding corporate finance matter |
| Benjamin Jaffe | 07/02/12 | 2.5 | Corporate Finance | Analysis regarding corporate finance matter |
| Jamie O'Connell | 07/02/12 | 0.2 | Corporate Finance | Meeting with A. Schlesinger regarding corporate finance matter |
| Jamie O'Connell | 07/02/12 | 1.1 | Corporate Finance | Conference call with management and counsel regarding corporate finance matter |
| Jamie O'Connell | 07/02/12 | 0.2 | Corporate Finance | Call with financial advisor and A. Schlesinger regarding corporate finance matter |
| Jamie O'Connell | 07/02/12 | 0.2 | Corporate Finance | Call with financial advisor regarding corporate finance matter |
| Jamie O'Connell | 07/02/12 | 1.0 | Corporate Finance | Conference call with management and counsel regarding corporate finance matter |
| Adam Schlesinger | 07/03/12 | 0.4 | Corporate Finance | Calls with counsel and management; status update with internal team regarding corporate finance matter |
| Benjamin Jaffe | 07/03/12 | 1.0 | Corporate Finance | Document review regarding corporate finance matter |
| Benjamin Jaffe | 07/03/12 | 5.0 | Corporate Finance | Market data analysis |
| Benjamin Jaffe | 07/03/12 | 0.4 | Corporate Finance | Calls with counsel and management; status update with internal team regarding corporate finance matter |
| Jamie O'Connell | 07/03/12 | 0.4 | Corporate Finance | Calls with counsel and management; status update with internal team regarding corporate finance matter |
| Jamie O'Connell | 07/03/12 | 0.5 | Corporate Finance | Conference call with management and counsel regarding corporate finance matter |
| Jamie O'Connell | 07/03/12 | 0.8 | Corporate Finance | Follow-up conference call with management and counsel regarding corporate finance matter |
| Jamie O'Connell | 07/03/12 | 2.5 | Corporate Finance | Analysis and correspondences relating to corporate finance matter |
| Adam Schlesinger | 07/04/12 | 1.0 | Corporate Finance | Review draft motion prepared by counsel in connection with corporate finance matter |
| Jamie O'Connell | 07/04/12 | 2.7 | Corporate Finance | Analysis, conference call and correspondences regarding corporate finance matter |
| Adam Schlesinger | 07/05/12 | 1.0 | Corporate Finance | Review documents related to corporate finance matter |
| Adam Schlesinger | 07/05/12 | 0.7 | Corporate Finance | Conference call with management and team meeting regarding corporate finance matter |
| Adam Schlesinger | 07/05/12 | 1.5 | Corporate Finance | Market data analysis |
| Benjamin Jaffe | 07/05/12 | 3.5 | Corporate Finance | Preparation of materials regarding corporate finance matter |
| Benjamin Jaffe | 07/05/12 | 0.7 | Corporate Finance | Conference call with management and team meeting regarding corporate finance matter |
| Benjamin Jaffe | 07/05/12 | 4.5 | Corporate Finance | Market data analysis |
| Jamie O'Connell | 07/05/12 | 0.3 | Corporate Finance | Review materials related to corporate finance matter |
| Jamie O'Connell | 07/05/12 | 0.9 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 07/05/12 | 0.7 | Corporate Finance | Conference call with management and team meeting regarding corporate finance matter |
| Jamie O'Connell | 07/05/12 | 1.0 | Corporate Finance | Review of materials and distribution to financial and legal advisors |
| Jamie O'Connell | 07/05/12 | 0.2 | Corporate Finance | Conference call with counsel regarding draft motion |
| Jamie O'Connell | 07/05/12 | 0.3 | Corporate Finance | Correspondences to management and legal/financial advisors regarding corporate finance matter |
| Jamie O'Connell | 07/05/12 | 4.0 | Corporate Finance | Analysis, calls and correspondences relating to corporate finance matter |
| Jamie O'Connell | 07/05/12 | 0.4 | Corporate Finance | Review draft motion prepared by counsel in connection with corporate finance matter |
| Adam Schlesinger | 07/06/12 | 0.6 | Corporate Finance | Review of market data analysis |
| Adam Schlesinger | 07/06/12 | 0.4 | Corporate Finance | Review of market data analysis |
| Adam Schlesinger | 07/06/12 | 1.0 | Corporate Finance | Review documents related to corporate finance matter |
| Benjamin Jaffe | 07/06/12 | 3.0 | Corporate Finance | Preparation of materials regarding corporate finance matter |
| Benjamin Jaffe | 07/06/12 | 0.6 | Corporate Finance | Review of market data analysis |
| Benjamin Jaffe | 07/06/12 | 2.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Benjamin Jaffe | 07/06/12 | 2.5 | Corporate Finance | Market data analysis |
| Benjamin Jaffe | 07/06/12 | 0.4 | Corporate Finance | Review of market data analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2012 THROUGH JULY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/06/12 | 3.2 | Corporate Finance | Review and provide comments on draft motion regarding corporate finance matter |
| Jamie O'Connell | 07/06/12 | 1.0 | Corporate Finance | Conference call with management and counsel regarding corporate finance matter |
| Jamie O'Connell | 07/06/12 | 0.3 | Corporate Finance | Conference call with counsel regarding draft motion regarding corporate finance matter |
| Benjamin Jaffe | 07/07/12 | 4.0 | Corporate Finance | Preparation of materials regarding corporate finance matter |
| Benjamin Jaffe | 07/08/12 | 2.0 | Corporate Finance | Preparation of materials regarding corporate finance matter |
| Adam Schlesinger | 07/09/12 | 1.0 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Adam Schlesinger | 07/09/12 | 1.0 | Corporate Finance | Review finance matter |
| Adam Schlesinger | 07/09/12 | 0.2 | Corporate Finance | Meeting with J. O'Connell regarding corporate finance matter |
| Adam Schlesinger | 07/09/12 | 0.9 | Corporate Finance | Internal team meeting and subsequent conference call with management |
| Benjamin Jaffe | 07/09/12 | 1.0 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Benjamin Jaffe | 07/09/12 | 1.0 | Corporate Finance | Emergence analysis |
| Benjamin Jaffe | 07/09/12 | 1.0 | Corporate Finance | Preparation of materials regarding corporate finance matter |
| Benjamin Jaffe | 07/09/12 | 3.0 | Corporate Finance | Analysis related to corporate finance matter |
| Benjamin Jaffe | 07/09/12 | 0.9 | Corporate Finance | Internal team meeting and subsequent conference call with management |
| Jamie O'Connell | 07/09/12 | 1.0 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 07/09/12 | 0.2 | Corporate Finance | Meeting with A. Schlesinger regarding corporate finance matter |
| Jamie O'Connell | 07/09/12 | 0.9 | Corporate Finance | Internal team meeting and subsequent conference call with management |
| Jamie O'Connell | 07/09/12 | 0.3 | Corporate Finance | Correspondence with management regarding call with lawyers and financial advisors |
| Adam Schlesinger | 07/10/12 | 3.0 | Corporate Finance | Prepare analyses regarding finance matter |
| Adam Schlesinger | 07/10/12 | 1.4 | Corporate Finance | Conference call with lawyers and financial advisors regarding corporate finance matter |
| Benjamin Jaffe | 07/10/12 | 2.0 | Corporate Finance | Analysis related to corporate finance matter |
| Jamie O'Connell | 07/10/12 | 0.4 | Corporate Finance | Correspondences with management regarding corporate finance matter |
| Jamie O'Connell | 07/10/12 | 0.5 | Corporate Finance | Preparation for conference call with lawyers and financial advisors |
| Jamie O'Connell | 07/10/12 | 1.4 | Corporate Finance | Conference call with lawyers and financial advisors regarding corporate finance matter |
| Jamie O'Connell | 07/10/12 | 0.8 | Corporate Finance | Follow-up calls with management regarding corporate finance matter |
| Jamie O'Connell | 07/10/12 | 0.1 | Corporate Finance | Call with counsel regarding conference call with advisors |
| Jamie O'Connell | 07/10/12 | 0.5 | Corporate Finance | Conference call with management and counsel regarding draft motion |
| Jamie O'Connell | 07/10/12 | 0.3 | Corporate Finance | Follow-up call with management regarding corporate finance matter |
| Adam Schlesinger | 07/11/12 | 0.5 | Corporate Finance | Call with committee advisor regarding finance matter |
| Adam Schlesinger | 07/11/12 | 3.0 | Corporate Finance | Financial analysis related to corporate finance matter |
| Adam Schlesinger | 07/11/12 | 0.3 | Corporate Finance | Conference call with management and financial advisor regarding corporate finance matter |
| Adam Schlesinger | 07/11/12 | 0.2 | Corporate Finance | Follow-up call with management regarding corporate finance matter |
| Benjamin Jaffe | 07/11/12 | 0.5 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 07/11/12 | 0.4 | Corporate Finance | Preparation for conference call with management regarding corporate finance matter |
| Jamie O'Connell | 07/11/12 | 0.7 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 07/11/12 | 0.3 | Corporate Finance | Conference call with management and financial advisor regarding corporate finance matter |
| Jamie O'Connell | 07/11/12 | 0.2 | Corporate Finance | Follow-up call with management regarding corporate finance matter |
| Jamie O'Connell | 07/11/12 | 0.4 | Corporate Finance | Various correspondences regarding corporate finance matter |
| Adam Schlesinger | 07/12/12 | 1.5 | Corporate Finance | Financial analysis related to corporate finance matter |
| Adam Schlesinger | 07/12/12 | 1.0 | Corporate Finance | Meeting with financial advisor regarding corporate finance matter |
| Adam Schlesinger | 07/12/12 | 0.2 | Corporate Finance | Follow-up call with management |
| Jamie O'Connell | 07/12/12 | 1.0 | Corporate Finance | Meeting with financial advisor regarding corporate finance matter |
| Jamie O'Connell | 07/12/12 | 0.2 | Corporate Finance | Follow-up call with management |
| Adam Schlesinger | 07/13/12 | 0.3 | Corporate Finance | Call with management regarding finance matter |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2012 THROUGH JULY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/13/12 | 0.4 | Corporate Finance | Call with committee advisor regarding finance matter |
| Adam Schlesinger | 07/13/12 | 0.6 | Corporate Finance | Call with committee advisor and management regarding finance matter |
| Adam Schlesinger | 07/13/12 | 0.5 | Corporate Finance | Correspondence with committee advisor and management regarding finance matter |
| Adam Schlesinger | 07/13/12 | 2.5 | Corporate Finance | Prepare financial analyses |
| Adam Schlesinger | 07/13/12 | 0.1 | Corporate Finance | Call with counsel regarding corporate finance matter |
| Jamie O'Connell | 07/13/12 | 0.5 | Corporate Finance | Call and correspondences with management regarding corporate finance matter |
| Adam Schlesinger | 07/16/12 | 1.0 | Corporate Finance | Correspondence with committee advisor and management regarding finance matter |
| Adam Schlesinger | 07/16/12 | 0.5 | Corporate Finance | Review financial analysis |
| Benjamin Jaffe | 07/16/12 | 2.0 | Corporate Finance | Emergence analysis |
| Jamie O'Connell | 07/16/12 | 0.7 | Corporate Finance | Correspondences with management regarding corporate finance matter |
| Adam Schlesinger | 07/17/12 | 1.0 | Corporate Finance | Review financial analysis |
| Adam Schlesinger | 07/17/12 | 0.7 | Corporate Finance | Calls with counsel, financial advisor and management regarding corporate finance matter |
| Benjamin Jaffe | 07/17/12 | 2.5 | Corporate Finance | Emergence analysis |
| Jamie O'Connell | 07/17/12 | 0.2 | Corporate Finance | Call and correspondences with management regarding corporate finance matter |
| Jamie O'Connell | 07/17/12 | 0.7 | Corporate Finance | Calls with counsel, financial advisor and management regarding corporate finance matter |
| Adam Schlesinger | 07/18/12 | 0.4 | Corporate Finance | Call with financial advisor and related correspondence with management regarding corporate finance matter |
| Benjamin Jaffe | 07/18/12 | 1.0 | Corporate Finance | Emergence analysis |
| Jamie O'Connell | 07/18/12 | 0.4 | Corporate Finance | Call with financial advisor and related correspondence with management regarding corporate finance matter |
| Jamie O'Connell | 07/18/12 | 0.1 | Corporate Finance | Call with counsel regarding corporate finance matter |
| Jamie O'Connell | 07/18/12 | 0.1 | Corporate Finance | Review correspondence from counsel regarding corporate finance matter |
| Adam Schlesinger | 07/20/12 | 0.5 | Corporate Finance | Review emergence analyses |
| Benjamin Jaffe | 07/20/12 | 2.0 | Corporate Finance | Emergence analysis |
| Adam Schlesinger | 07/23/12 | 0.5 | Corporate Finance | Review financial analysis |
| Adam Schlesinger | 07/23/12 | 0.2 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Adam Schlesinger | 07/23/12 | 0.8 | Corporate Finance | Review draft motion prepared by counsel in connection with corporate finance matter |
| Jamie O'Connell | 07/23/12 | 0.9 | Corporate Finance | Read draft document and related correspondence regarding corporate finance matter |
| Jamie O'Connell | 07/23/12 | 0.2 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Adam Schlesinger | 07/24/12 | 0.4 | Corporate Finance | Conference call with management regarding corporate finance matter (did not attend entire call) |
| Adam Schlesinger | 07/24/12 | 0.3 | Corporate Finance | Meeting with J. O'Connell regarding corporate finance matter |
| Adam Schlesinger | 07/24/12 | 1.2 | Corporate Finance | Review emergence analyses |
| Adam Schlesinger | 07/24/12 | 1.3 | Corporate Finance | Prepare analyses regarding finance matter |
| Jamie O'Connell | 07/24/12 | 0.6 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 07/24/12 | 0.3 | Corporate Finance | Meeting with A. Schlesinger regarding corporate finance matter |
| Adam Schlesinger | 07/25/12 | 0.4 | Corporate Finance | Meeting with J. O'Connell regarding corporate finance matter |
| Adam Schlesinger | 07/25/12 | 0.9 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Adam Schlesinger | 07/25/12 | 0.7 | Corporate Finance | Conference call with management regarding emergence analysis |
| Adam Schlesinger | 07/25/12 | 0.5 | Corporate Finance | Review financial analysis |
| Adam Schlesinger | 07/25/12 | 0.8 | Corporate Finance | Review earnings call transcript |
| Benjamin Jaffe | 07/25/12 | 0.7 | Corporate Finance | Conference call with management regarding emergence analysis |
| Benjamin Jaffe | 07/25/12 | 0.5 | Corporate Finance | Emergence analysis |
| Benjamin Jaffe | 07/25/12 | 1.0 | Corporate Finance | Preparation of materials regarding corporate finance matter |
| Jamie O'Connell | 07/25/12 | 0.4 | Corporate Finance | Meeting with A. Schlesinger regarding corporate finance matter |
| Jamie O'Connell | 07/25/12 | 0.9 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Adam Schlesinger | 07/27/12 | 0.5 | Corporate Finance | Review emergence analyses |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2012 THROUGH JULY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/29/12 | 0.7 | Corporate Finance | Review analysis regarding business matter |
| Jamie O'Connell | 07/29/12 | 2.0 | Corporate Finance | Review of materials and correspondence to management |
| Adam Schlesinger | 07/30/12 | 0.6 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Benjamin Jaffe | 07/30/12 | 0.5 | Corporate Finance | Review of materials regarding corporate finance matter |
| Benjamin Jaffe | 07/30/12 | 2.0 | Corporate Finance | Review of materials regarding emergence |
| Benjamin Jaffe | 07/30/12 | 0.6 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 07/30/12 | 0.6 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 07/30/12 | 0.2 | Corporate Finance | Call with counsel regarding corporate finance matter |
| Adam Schlesinger | 07/31/12 | 0.6 | Corporate Finance | Conference call with B. Jaffe and management regarding emergence analysis |
| Adam Schlesinger | 07/31/12 | 1.0 | Corporate Finance | Review emergence analysis |
| Benjamin Jaffe | 07/31/12 | 0.6 | Corporate Finance | Conference call with A. Schlesinger and management regarding emergence analysis |
| Jamie O'Connell | 07/31/12 | 0.2 | Corporate Finance | Call with management regarding corporate finance matter |
| Jamie O'Connell | 07/31/12 | 0.2 | Corporate Finance | Call with financial advisor regarding corporate finance matter |
| Jamie O'Connell | 07/31/12 | 0.2 | Corporate Finance | Correspondence to management regarding corporate finance matter |
| | | **140.2** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2012 THROUGH JULY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 07/09/12 | 1.0 | Fee Applications | Draft fee application |
| Adam Schlesinger | 07/18/12 | 0.5 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 07/18/12 | 0.5 | Fee Applications | Review and comment on fee application |
| | | 2.0 | | |

# Blackstone Advisory Partners L.P.

November 12, 2012

Mr. Fred Festa
Chairman, Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---:|
| Monthly Fee for the period of August 1, 2012 through August 31, 2012: | | $ | 100,000.00 |
| Out-of-pocket expenses processed for the period through August 31, 2012: [1] | | | |
| Ground Transportation | $   91.39 | | |
| Meals | 71.08 | | 162.47 |
| **Total Amount Due** | | $ | **100,162.47** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 73652**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through August 31, 2012**
**Invoice Number: 73652**

|  | GL Detail Aug-12 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 91.39 | $ | 91.39 |
| Employee Meals |  | 71.08 |  | 71.08 |
| **Total Expenses** | $ | 162.47 | $ | 162.47 |
| | | | | |
| **Ground Transportation** | | | $ | 91.39 |
| **Meals** | | | | 71.08 |
| | | | | |
| **Total Expenses** | | | $ | 162.47 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through August 31, 2012**
**Invoice Number: 73652**

<u>**Ground Transportation - Car Service - Elite**</u>

| | | |
|---|---|---|
| O'Connell (car home from Blackstone after working late) | 07/05/12 | 91.39 |
| **Subtotal - Ground Transportation - Car Service - Elite** | | $ 91.39 |

<u>**Employee Meals**</u>

| | | |
|---|---|---|
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 01/19/12 | 37.85 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 07/05/12 | 33.23 |
| **Subtotal - Employee Meals** | | 71.08 |
| **Total Expenses** | | $ 162.47 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 14.1 |
| Adam Schlesinger | Associate | 15.3 |
| Benjamin Jaffe | Analyst | 92.6 |
| **Total** | | **122.0** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/20/12 | 0.6 | Business Analysis | Conference call with management and others regarding various matters |
| | | 0.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/22/12 | 0.5 | Claims Analysis Objection/Resolution | Call with counsel regarding claims matter |
| Adam Schlesinger | 08/22/12 | 0.2 | Claims Analysis Objection/Resolution | Review claims analysis |
| | | 0.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/01/12 | 0.5 | Corporate Finance | Review financial model |
| Adam Schlesinger | 08/02/12 | 0.3 | Corporate Finance | Review financial analyses |
| Jamie O'Connell | 08/02/12 | 1.5 | Corporate Finance | Calls with advisors and related correspondences with management regarding corporate finance matter |
| Jamie O'Connell | 08/02/12 | 1.0 | Corporate Finance | Call with management regarding corporate finance matter |
| Adam Schlesinger | 08/03/12 | 0.7 | Corporate Finance | Call with management regarding corporate finance matter |
| Adam Schlesinger | 08/03/12 | 1.0 | Corporate Finance | Review financial analyses |
| Jamie O'Connell | 08/03/12 | 0.7 | Corporate Finance | Call with management regarding corporate finance matter |
| Adam Schlesinger | 08/06/12 | 0.5 | Corporate Finance | Internal team meeting regarding corporate finance matter |
| Adam Schlesinger | 08/06/12 | 1.0 | Corporate Finance | Review financial analyses |
| Adam Schlesinger | 08/06/12 | 0.6 | Corporate Finance | Call regarding financial analysis |
| Benjamin Jaffe | 08/06/12 | 0.5 | Corporate Finance | Internal team meeting regarding corporate finance matter |
| Jamie O'Connell | 08/06/12 | 0.5 | Corporate Finance | Internal team meeting regarding corporate finance matter |
| Adam Schlesinger | 08/07/12 | 0.4 | Corporate Finance | Internal team meeting and call with management regarding corporate finance matter |
| Benjamin Jaffe | 08/07/12 | 0.4 | Corporate Finance | Internal team meeting and call with management regarding corporate finance matter |
| Jamie O'Connell | 08/07/12 | 0.4 | Corporate Finance | Internal team meeting and call with management regarding corporate finance matter |
| Adam Schlesinger | 08/08/12 | 0.2 | Corporate Finance | Internal call regarding corporate finance matter |
| Adam Schlesinger | 08/08/12 | 1.0 | Corporate Finance | Review financial model |
| Benjamin Jaffe | 08/08/12 | 3.0 | Corporate Finance | Review and preparation of financial model |
| Jamie O'Connell | 08/08/12 | 0.2 | Corporate Finance | Correspondence regarding corporate finance matter |
| Jamie O'Connell | 08/08/12 | 0.2 | Corporate Finance | Internal call regarding corporate finance matter |
| Adam Schlesinger | 08/13/12 | 0.2 | Corporate Finance | Call with management regarding corporate finance matter |
| Adam Schlesinger | 08/13/12 | 0.5 | Corporate Finance | Reviewed credit report |
| Benjamin Jaffe | 08/13/12 | 4.0 | Corporate Finance | Review and preparation of financial model |
| Benjamin Jaffe | 08/13/12 | 2.0 | Corporate Finance | Review and preparation of financial model |
| Benjamin Jaffe | 08/13/12 | 2.5 | Corporate Finance | Review and preparation of financial model |
| Benjamin Jaffe | 08/13/12 | 0.5 | Corporate Finance | Recent news review |
| Jamie O'Connell | 08/13/12 | 0.3 | Corporate Finance | Correspondence regarding corporate finance matter |
| Jamie O'Connell | 08/13/12 | 0.2 | Corporate Finance | Call with management regarding corporate finance matter |
| Jamie O'Connell | 08/13/12 | 0.2 | Corporate Finance | Call with counsel regarding corporate finance matter |
| Adam Schlesinger | 08/14/12 | 1.1 | Corporate Finance | Internal meetings and subsequent calls with financial advisors regarding corporate finance matter |
| Adam Schlesinger | 08/14/12 | 0.5 | Corporate Finance | Review financial model |
| Adam Schlesinger | 08/14/12 | 0.5 | Corporate Finance | Review business matter |
| Jamie O'Connell | 08/14/12 | 1.1 | Corporate Finance | Internal meetings and subsequent calls with financial advisors regarding corporate finance matter |
| Adam Schlesinger | 08/15/12 | 0.2 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 08/15/12 | 0.4 | Corporate Finance | Correspondence regarding corporate finance matter |
| Jamie O'Connell | 08/15/12 | 0.2 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 08/15/12 | 0.4 | Corporate Finance | Calls with financial advisors regarding corporate finance matter |
| Jamie O'Connell | 08/15/12 | 0.2 | Corporate Finance | Call with management regarding corporate finance matter |
| Adam Schlesinger | 08/17/12 | 0.7 | Corporate Finance | Review financial model |
| Benjamin Jaffe | 08/17/12 | 3.5 | Corporate Finance | Review of financial projections |
| Jamie O'Connell | 08/17/12 | 0.8 | Corporate Finance | Call with financial advisor and related correspondence with management |
| Benjamin Jaffe | 08/18/12 | 5.0 | Corporate Finance | Update to financial model |
| Benjamin Jaffe | 08/19/12 | 8.0 | Corporate Finance | Update to financial model |
| Benjamin Jaffe | 08/20/12 | 4.0 | Corporate Finance | Update to financial model |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/21/12 | 0.5 | Corporate Finance | Call with management regarding financial model (did not attend entire call) |
| Benjamin Jaffe | 08/21/12 | 0.8 | Corporate Finance | Call with management regarding financial model |
| Benjamin Jaffe | 08/21/12 | 3.0 | Corporate Finance | Update to financial model |
| Adam Schlesinger | 08/22/12 | 1.5 | Corporate Finance | Review financial model |
| Adam Schlesinger | 08/22/12 | 1.0 | Corporate Finance | Meeting with B. Jaffe to review financial model |
| Benjamin Jaffe | 08/22/12 | 1.0 | Corporate Finance | Meeting with A. Schlesinger to review financial model |
| Benjamin Jaffe | 08/22/12 | 6.0 | Corporate Finance | Update to financial model |
| Adam Schlesinger | 08/23/12 | 0.4 | Corporate Finance | Review financial model |
| Benjamin Jaffe | 08/23/12 | 0.5 | Corporate Finance | Call with management regarding financial model |
| Benjamin Jaffe | 08/23/12 | 2.0 | Corporate Finance | Update to financial model |
| Benjamin Jaffe | 08/24/12 | 8.0 | Corporate Finance | Update to financial model |
| Benjamin Jaffe | 08/25/12 | 7.0 | Corporate Finance | Update to financial model |
| Benjamin Jaffe | 08/26/12 | 8.0 | Corporate Finance | Update to financial model |
| Benjamin Jaffe | 08/27/12 | 6.0 | Corporate Finance | Update to financial model |
| Jamie O'Connell | 08/27/12 | 1.0 | Corporate Finance | Financial model analysis |
| Adam Schlesinger | 08/28/12 | 0.5 | Corporate Finance | Internal team conference call regarding financial model |
| Benjamin Jaffe | 08/28/12 | 0.5 | Corporate Finance | Internal team conference call regarding financial model |
| Benjamin Jaffe | 08/28/12 | 9.0 | Corporate Finance | Update to financial model |
| Jamie O'Connell | 08/28/12 | 2.0 | Corporate Finance | Financial model analysis |
| Jamie O'Connell | 08/28/12 | 0.5 | Corporate Finance | Internal team conference call regarding financial model |
| Benjamin Jaffe | 08/29/12 | 1.5 | Corporate Finance | Call with management regarding financial model |
| Benjamin Jaffe | 08/29/12 | 4.0 | Corporate Finance | Update to financial model |
| Benjamin Jaffe | 08/30/12 | 0.4 | Corporate Finance | Meeting with J. O'Connell regarding financial model and related call |
| Jamie O'Connell | 08/30/12 | 0.4 | Corporate Finance | Meeting with B. Jaffe regarding financial model and related call |
| Benjamin Jaffe | 08/31/12 | 1.5 | Corporate Finance | Peer company review |
|  |  | 118.6 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/07/12 | 0.2 | Fee Applications | Review fee application |
| Jamie O'Connell | 08/08/12 | 0.3 | Fee Applications | Review fee application |
| Adam Schlesinger | 08/16/12 | 0.3 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 08/22/12 | 0.3 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 08/22/12 | 1.0 | Fee Applications | Review and comment on quarterly fee application |
| | | 2.1 | | |

# Blackstone Advisory Partners L.P.

November 12, 2012

Mr. Fred Festa
Chairman, Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly Fee for the period of September 1, 2012 through September 30, 2012:     $          100,000.00

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 74772**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 13.9 |
| Adam Schlesinger | Associate | 23.4 |
| Benjamin Jaffe | Analyst | 83.0 |
| | **Total** | **120.3** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/04/12 | 0.5 | Case Aministration | Correspondence with management regarding case status and financial analysis |
| | | 0.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 09/04/12 | 0.5 | Claims Analysis Objection/Resolution | Calls with claims agent |
| Benjamin Jaffe | 09/04/12 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 09/09/12 | 4.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 09/10/12 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/11/12 | 0.4 | Claims Analysis Objection/Resolution | Review claims analysis |
| Benjamin Jaffe | 09/11/12 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 13.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 09/05/12 | 0.5 | Committee | Call with counsel to review committee information request |
|  |  | 0.5 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 09/03/12 | 4.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Benjamin Jaffe | 09/03/12 | 4.5 | Corporate Finance | Analysis regarding corporate finance matter |
| Adam Schlesinger | 09/04/12 | 0.4 | Corporate Finance | Conference call with management regarding corporate finance matter (did not attend entire call) |
| Adam Schlesinger | 09/04/12 | 0.2 | Corporate Finance | Calls with financial advisors regarding corporate finance matter |
| Adam Schlesinger | 09/04/12 | 0.5 | Corporate Finance | Review corporate finance analysis |
| Benjamin Jaffe | 09/04/12 | 0.7 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Benjamin Jaffe | 09/04/12 | 0.2 | Corporate Finance | Calls with financial advisors regarding corporate finance matter |
| Jamie O'Connell | 09/04/12 | 0.7 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 09/04/12 | 0.2 | Corporate Finance | Calls with financial advisors regarding corporate finance matter |
| Jamie O'Connell | 09/04/12 | 0.2 | Corporate Finance | Correspondence with management regarding corporate finance matter |
| Jamie O'Connell | 09/04/12 | 0.2 | Corporate Finance | Call with counsel regarding corporate finance matter |
| Jamie O'Connell | 09/04/12 | 0.5 | Corporate Finance | Correspondence with counsel regarding corporate finance matter |
| Adam Schlesinger | 09/05/12 | 0.5 | Corporate Finance | Review corporate finance matter |
| Jamie O'Connell | 09/05/12 | 0.2 | Corporate Finance | Correspondence with financial advisor regarding corporate finance matter |
| Jamie O'Connell | 09/05/12 | 0.5 | Corporate Finance | Call with financial advisor and related correspondence to management regarding corporate finance matter |
| Jamie O'Connell | 09/05/12 | 0.3 | Corporate Finance | Call with management regarding corporate finance matter |
| Jamie O'Connell | 09/05/12 | 0.6 | Corporate Finance | Follow up calls with financial advisors regarding corporate finance matter |
| Jamie O'Connell | 09/05/12 | 0.8 | Corporate Finance | Follow-up correspondences with management and counsel regarding corporate finance matter |
| Jamie O'Connell | 09/06/12 | 0.2 | Corporate Finance | Correspondence with financial advisors regarding corporate finance matter |
| Jamie O'Connell | 09/06/12 | 0.4 | Corporate Finance | Correspondence with management regarding corporate finance matter |
| Jamie O'Connell | 09/06/12 | 0.5 | Corporate Finance | Correspondence with counsel regarding corporate finance matter |
| Benjamin Jaffe | 09/07/12 | 1.0 | Corporate Finance | Peer company analysis |
| Jamie O'Connell | 09/07/12 | 0.6 | Corporate Finance | Call with financial advisor and related correspondence to management regarding corporate finance matter |
| Jamie O'Connell | 09/11/12 | 0.1 | Corporate Finance | Correspondence with management regarding corporate finance matter |
| Adam Schlesinger | 09/12/12 | 1.5 | Corporate Finance | Review corporate finance analyses |
| Jamie O'Connell | 09/12/12 | 0.5 | Corporate Finance | Review materials in advance of conference call with management |
| Jamie O'Connell | 09/12/12 | 0.7 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Jamie O'Connell | 09/12/12 | 0.1 | Corporate Finance | Call with financial advisor regarding corporate finance matter |
| Jamie O'Connell | 09/12/12 | 0.2 | Corporate Finance | Call regarding administrative matter |
| Benjamin Jaffe | 09/13/12 | 2.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Benjamin Jaffe | 09/13/12 | 0.5 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Adam Schlesinger | 09/14/12 | 1.0 | Corporate Finance | Review corporate finance analysis |
| Benjamin Jaffe | 09/14/12 | 2.5 | Corporate Finance | Analysis regarding corporate finance matter |
| Benjamin Jaffe | 09/15/12 | 2.0 | Corporate Finance | Model update |
| Benjamin Jaffe | 09/16/12 | 3.0 | Corporate Finance | Model update |
| Adam Schlesinger | 09/17/12 | 2.0 | Corporate Finance | Review emergence model |
| Benjamin Jaffe | 09/17/12 | 5.0 | Corporate Finance | Model update |
| Jamie O'Connell | 09/18/12 | 0.2 | Corporate Finance | Call with management regarding various matters |
| Jamie O'Connell | 09/19/12 | 0.4 | Corporate Finance | Correspondence with management regarding corporate finance matter |
| Adam Schlesinger | 09/20/12 | 1.0 | Corporate Finance | Review corporate finance analysis |
| Adam Schlesinger | 09/20/12 | 1.3 | Corporate Finance | Review corporate finance matter |
| Benjamin Jaffe | 09/20/12 | 0.2 | Corporate Finance | Meeting with J. O'Connell regarding financial analysis |
| Benjamin Jaffe | 09/20/12 | 4.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Jamie O'Connell | 09/20/12 | 0.2 | Corporate Finance | Meeting with B. Jaffe regarding financial analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/20/12 | 0.5 | Corporate Finance | Financial analysis and related correspondence to management |
| Adam Schlesinger | 09/21/12 | 3.0 | Corporate Finance | Read research reports regarding corporate finance matter |
| Adam Schlesinger | 09/21/12 | 1.0 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Benjamin Jaffe | 09/21/12 | 2.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Benjamin Jaffe | 09/21/12 | 4.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Jamie O'Connell | 09/21/12 | 0.5 | Corporate Finance | Conference call with management regarding corporate finance matter (did not attend entire call) |
| Benjamin Jaffe | 09/22/12 | 1.0 | Corporate Finance | Model update |
| Benjamin Jaffe | 09/22/12 | 3.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Benjamin Jaffe | 09/23/12 | 1.0 | Corporate Finance | Model update |
| Benjamin Jaffe | 09/23/12 | 7.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Adam Schlesinger | 09/24/12 | 1.2 | Corporate Finance | Review emergence model and corporate finance matter |
| Adam Schlesinger | 09/24/12 | 3.5 | Corporate Finance | Prepare corporate finance presentation |
| Benjamin Jaffe | 09/24/12 | 1.0 | Corporate Finance | Model update |
| Benjamin Jaffe | 09/24/12 | 7.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Adam Schlesinger | 09/25/12 | 1.5 | Corporate Finance | Prepare corporate finance presentation |
| Benjamin Jaffe | 09/25/12 | 3.0 | Corporate Finance | Analysis regarding corporate finance matter |
| Benjamin Jaffe | 09/26/12 | 2.5 | Corporate Finance | Analysis regarding corporate finance matter |
| Jamie O'Connell | 09/26/12 | 0.2 | Corporate Finance | Call with management regarding financial analysis |
| Jamie O'Connell | 09/26/12 | 0.9 | Corporate Finance | Conference call with management and counsel regarding various matters |
| Adam Schlesinger | 09/27/12 | 2.0 | Corporate Finance | Prepare corporate finance presentation |
| Jamie O'Connell | 09/27/12 | 1.0 | Corporate Finance | Call and related correspondence regarding corporate finance matter |
| Benjamin Jaffe | 09/28/12 | 3.5 | Corporate Finance | Analysis regarding corporate finance matter |
| Adam Schlesinger | 09/29/12 | 0.4 | Corporate Finance | Call with B. Jaffe regarding corporate finance analysis |
| Adam Schlesinger | 09/29/12 | 0.8 | Corporate Finance | Prepare corporate finance presentation |
| Benjamin Jaffe | 09/29/12 | 4.5 | Corporate Finance | Analysis regarding corporate finance matter |
| Benjamin Jaffe | 09/29/12 | 0.4 | Corporate Finance | Call with A. Schlesinger regarding corporate finance analysis |
| Benjamin Jaffe | 09/30/12 | 0.5 | Corporate Finance | Review corporate finance analysis |
| Jamie O'Connell | 09/30/12 | 1.5 | Corporate Finance | Review and comment on financial analysis |
| | | **104.7** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 09/05/12 | 0.5 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 09/07/12 | 0.2 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 09/07/12 | 0.5 | Fee Applications | Review and comment on draft fee application |
| | | 1.2 | | |