# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: October 25, 2012, at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED THIRTY-FOURTH MONTHLY INTERIM PERIOD FROM AUGUST 1, 2012 THROUGH AUGUST 31, 2012

Name of Applicant:      Reed Smith LLP

Authorized to Provide Professional Services to:      W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:      July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:      August 1 Through August 31, 2012

Amount of fees sought as actual, reasonable and necessary:      $19,765.50

Amount of expenses sought as actual, reasonable and necessary      $1,291.20

This is a(n): __X__ monthly    ___ interim    ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: 29718

DT FILED: 10/2/12

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through | $22,165.50 | $281.04 | No objections | No objections |

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 3/31/05 | | | served on counsel | served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through | $612,334.00 | $21,618.02 | No objections | No objections |

4

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 3/31/07 | | | served on counsel | served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through | $170,090.00 | $71,440.61 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 2/28/09 | | | served on counsel | served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through | $29,967.50 | $1,110.22 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/11 | | | served on counsel | served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred thirty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately seven hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $700.00 | 2.20 | $1,540.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 14.60 | $9,782.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $585.00 | .70 | $409.50 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | 1.40 | $644.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 23.60 | $6,136.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 6.60 | $1,254.00 |

**Total Fees: $19,765.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Consulting | 1.20 | $228.00 |
| Fee Applications | 30.70 | $8,007.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) | 16.50 | $11,121.00 |
| Specifications Inquiry | .70 | $409.50 |
| **Total** | **49.10** | **$19,765.50** |

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $32.40 | ------- |
| PACER | $5.70 | ------- |
| Courier Service – Outside | $6.50 | ------- |
| Postage Expense | $7.20 | ------- |
| Outside Duplicating | $1,239.40 | ------- |
| SUBTOTAL | | $0.00 |
| **TOTAL** | **$1,291.20** | **$0.00** |

Dated:   October 2, 2012             REED SMITH LLP
         Wilmington, Delaware

                              By: /s/ Kurt F. Gwynne
                                 Kurt F. Gwynne (No. 3951)
                                 1201 Market Street, Suite 1500
                                 Wilmington, DE  19801
                                 Telephone:  (302) 778-7500
                                 Facsimile:  (302) 778-7575
                                 E-mail: kgwynne@reedsmith.com

                                    and

                                 James J. Restivo, Jr., Esquire
                                 Lawrence E. Flatley, Esquire
                                 Douglas E. Cameron, Esquire
                                 Reed Smith Centre
                                 225 Fifth Avenue
                                 Pittsburgh, PA 15222
                                 Telephone:  (412) 288-3131
                                 Facsimile:  (412) 288-3063

                                 Special Asbestos Products Liability Defense
                                 Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2319489 |
| 7500 Grace Drive | Invoice Date | 09/28/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

==============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 228.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $228.00
                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2319489
7500 Grace Drive                          Invoice Date       09/28/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

     Date   Name                                               Hours
   -------- -----------                                        -----


08/10/12 Ament          Review and respond to e-mail from        .10
                        P. Cuniff re: agenda and hearing
                        binder due on 8/13.

08/13/12 Ament          Various e-mails with K. Finlayson        .90
                        and R. Stewart re: 8/27/12 agenda
                        and hearing binder (.30); review
                        agenda (.10); revisions to same
                        (.10); update hearing binder with
                        CNO and COC received from
                        Pachulski (.20); coordinate hand
                        delivery of agenda and hearing
                        binder to Judge Fitzgerald per J.
                        O'Neill request (.10); follow-up
                        emails with Pachulski re: same
                        (.10).

08/14/12 Ament          E-mails re: hearing binder for           .10
                        8/27 hearing.

08/21/12 Ament          Review final agenda received from        .10
                        K. Finlayson.

                                                               ------
                                          TOTAL HOURS            1.20

```
172573 W. R. Grace & Co.                        Invoice Number   2319489
 60026 Litigation and Litigation Consulting     Page    2
        September 28, 2012
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 1.20  at  $  190.00  = | | 228.00 |
| | CURRENT FEES | | 228.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $228.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2319490
7500 Grace Drive                          Invoice Date       09/28/12
Columbia, Maryland 21044                  Client Number       172573
USA

======================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                        8,007.00
    Expenses                        0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $8,007.00
                                                   ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number      2319490
   7500 Grace Drive                    Invoice Date      09/28/12
   Columbia, Maryland 21044            Client Number       172573
   USA                                 Matter Number        60029
```

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

| Date | Name | | Hours |
|------|------|--|-------|
| 08/01/12 | Lord | Continue review, work and preparation of aggregate fee/expense charts/calculations for final fee application. | 4.30 |
| 08/02/12 | Ament | E-mails re: billing matters. | .10 |
| 08/02/12 | Lord | Continue review, work and preparation of aggregate fee/expense charts/calculations for final fee application. | 6.30 |
| 08/03/12 | Lord | Continue review, work and preparation of aggregate fee/expense charts/calculations for final fee application. | 2.80 |
| 08/06/12 | Ament | Begin drafting 45th quarterly fee application summary. | .40 |
| 08/06/12 | Lord | Continue review, work and preparation of aggregate fee/expense charts/calculations for final fee application | 2.70 |
| 08/07/12 | Cameron | Review fee application materials | .30 |
| 08/07/12 | Muha | Review and revise fee and expense detail for July monthly application. | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  2319490
60029  Fee Applications-Applicant           Page    2
       September 28, 2012
```

| Date | Name | | Hours |
|------|------|---|------|
| 08/08/12 | Ament | Calculate fees and expenses for quarterly fee application (.80); prepare spreadsheets re: same (.20); draft quarterly fee application (.30); e-mails re: same (.10); meet with A. Muha re: final fee application (.10); e-mails with J. Lord re: same (.10); review information received from J. Lord re: same (.10). | 1.70 |
| 08/08/12 | Lord | Communicate with S. Ament re: quarterly fee application and final fee application charts (.1); prepare notice and updated service lists for same (.5); continue preparation/audit of aggregate expense chart for use in final fee application (1.0). | 1.60 |
| 08/08/12 | Muha | Emails and meeting with D. Cameron re: final fee application. | .20 |
| 08/09/12 | Ament | Complete calculating fees and expenses for 45th quarterly fee application (.20); continue drafting narrative and summary re: same (.20); provide same to A. Muha for review (.10). | .50 |
| 08/09/12 | Lord | Continue review and preparation of aggregate fee/expense charts for use in final fee application. | 2.80 |
| 08/10/12 | Ament | Review A. Muha comments re: 45th quarterly fee application (.10); finalize narrative and summary re: same (.20); e-mail narrative and summary to J. Lord for DE filing (.10); attention to billing matters (.10); various e-mails re: same (.10); e-mails re: July monthly fee application (.10). | .70 |
| 08/10/12 | Lord | Finalize, e-file and serve Reed Smith's 45th quarterly fee application. | 1.30 |

```
172573 W. R. Grace & Co.                      Invoice Number  2319490
60029  Fee Applications-Applicant             Page   3
       September 28, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/10/12 | Muha | Attend to issues re: quarterly fee application and preparation of final fee application. | .40 |
| 08/13/12 | Ament | Review e-mail re: July monthly fee application. | .10 |
| 08/21/12 | Ament | Review e-mail re: July monthly fee application. | .10 |
| 08/24/12 | Ament | Review e-mail re: July monthly fee application. | .10 |
| 08/24/12 | Muha | Review of fee and expense detail for July monthly application. | .20 |
| 08/27/12 | Ament | Calculate fees and expenses for July monthly fee application (.30); prepare spreadsheet re: same (.20); e-mail to J. Lord re: CNO for June (.10); draft July monthly fee application (.30); provide same to A. Muha for review (.10); finalize July monthly fee application (.10); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10). | 1.30 |
| 08/27/12 | Muha | Final review of July monthly fee application materials. | .30 |
| 08/28/12 | Lord | Draft and e-file CNO to Reed Smith June monthly fee application (.4); communicate with S. Ament re: July monthly fee application (.1). | .50 |
| 08/29/12 | Ament | E-mails with J. Lord re: July monthly fee application (.10); e-mail to J. Hughes re: same (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .40 |
| 08/29/12 | Lord | Finalize, e-file and serve Reed Smith's July monthly fee application. | 1.30 |

```
                                                    ------
                                    TOTAL HOURS      30.70
```

```
172573 W. R. Grace & Co.                        Invoice Number  2319490
60029  Fee Applications-Applicant               Page   4
       September 28, 2012
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | 0.30 | at | $ | 670.00 | = | 201.00 |
| Andrew J. Muha | 1.40 | at | $ | 460.00 | = | 644.00 |
| John B. Lord | 23.60 | at | $ | 260.00 | = | 6,136.00 |
| Sharon A. Ament | 5.40 | at | $ | 190.00 | = | 1,026.00 |

```
                      CURRENT FEES                         8,007.00


                                                        ------------
               TOTAL BALANCE DUE UPON RECEIPT            $8,007.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2319491
7500 Grace Drive                        Invoice Date      09/28/12
Columbia, Maryland 21044                Client Number       172573
USA


========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                            11,121.00
     Expenses                             0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $11,121.00
                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                     Invoice Number    2319491
   7500 Grace Drive                     Invoice Date     09/28/12
   Columbia, Maryland 21044             Client Number     172573
   USA                                  Matter Number      60033
```

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

| Date | Name | | Hours |
|------|------|------|-------|
| 08/01/12 | Cameron | Emails re: Speights claims. | .30 |
| 08/02/12 | Cameron | Telephone conference with J. Restivo re: Speights claim (.20); review Anderson Memorial materials (.70). | .90 |
| 08/02/12 | Restivo | Telephone calls with R. Finke and D. Cameron re:  Anderson Memorial. | .70 |
| 08/03/12 | Cameron | Review materials re: Speights claims, Anderson Memorial issues. | .70 |
| 08/05/12 | Cameron | Additional review of Anderson Memorial materials. | 1.10 |
| 08/07/12 | Cameron | Review Anderson Memorial issues. | .70 |
| 08/10/12 | Restivo | Telephone conference with R. Finke. | .50 |
| 08/11/12 | Cameron | Review asbestos claims materials. | .60 |
| 08/17/12 | Cameron | Review materials relating to asbestos claims, Anderson Memorial. | .70 |
| 08/20/12 | Cameron | Review Anderson Memorial claim materials. | .80 |
| 08/21/12 | Cameron | Review draft agreement re: Anderson Memorial and emails re: same. | .80 |

172573 W. R. Grace & Co.                              Invoice Number  2319491
 60033  Claim Analysis Objection Resolution & Estimation Page   2
        (Asbestos)
        September 28, 2012


    Date   Name                                                    Hours
  -------- -----------                                             -----

  08/22/12 Cameron         Review draft agreement from              1.80
                           Anderson Memorial counsel (.90);
                           review damages information (.90).

  08/23/12 Cameron         Review draft agreement and damage        1.10
                           materials.

  08/24/12 Cameron         Review draft agreement with               .50
                           Anderson Memorial, meet with R.
                           Finke re: same.

  08/25/12 Cameron         Follow up from meeting with R.            .30
                           Finke.

  08/26/12 Cameron         Review draft agreement.                   .40

  08/27/12 Cameron         Review draft agreement, meet with        1.90
                           J. Restivo re: same (.80);
                           prepare, revise summary comments
                           to client (.90); follow up (.20).

  08/27/12 Restivo         Mark-up draft (.5); meeting with         1.00
                           D. Cameron (.5).

  08/29/12 Cameron         Review revised draft from R. Finke        .90
                           (.60); multiple emails re: same
                           (.30).

  08/30/12 Cameron         Emails re: revised agreement              .40
                           relating to Anderson Memorial
                           Claim.

  08/31/12 Cameron         Review revised draft agreement.           .40

                                                                   ------
                                              TOTAL HOURS           16.50


TIME SUMMARY              Hours          Rate           Value
----------------------   ---------    ----------     ---------
Douglas E. Cameron       14.30  at  $  670.00  =      9,581.00
James J. Restivo Jr.      2.20  at  $  700.00  =      1,540.00

                         CURRENT FEES                          11,121.00

                                                            ------------
                      TOTAL BALANCE DUE UPON RECEIPT          $11,121.00
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2319492
62 Whittemore Avenue                      Invoice Date      09/28/12
Cambridge, MA  02140                      Client Number       172573


==================================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

        Fees                              409.50
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $409.50
                                                   ===============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


     W.R. Grace & Co.                     Invoice Number    2319492
     62 Whittemore Avenue                 Invoice Date     09/28/12
     Cambridge, MA  02140                 Client Number     172573
                                          Matter Number      60041
```

================================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

```
     Date   Name                                            Hours
     ------- ----------                                      -----

     08/14/12 Luchini      Review materials from conslutant   .70
                           (0.4); correspondence with WR
                           Grace and consultant re: same
                           (0.3).

                                                             ------
                                            TOTAL HOURS       .70
```

```
TIME SUMMARY                Hours        Rate        Value
------------------------    ---------------------    -------
Joseph S. Luchini           0.70  at  $  585.00  =   409.50

                            CURRENT FEES                        409.50


                                                            ------------
                            TOTAL BALANCE DUE UPON RECEIPT     $409.50
                                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2319498
7500 Grace Drive                          Invoice Date      09/28/12
Columbia, Maryland 21044                  Client Number       172573
USA


====================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                        0.00
    Expenses                   26.00

              TOTAL BALANCE DUE UPON RECEIPT          $26.00
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2319498
7500 Grace Drive                          Invoice Date      09/28/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60026

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                      5.70
    Duplicating/Printing/Scanning             13.80
    Courier Service - Outside                  6.50

                    CURRENT EXPENSES                        26.00
                                                    --------------

                    TOTAL BALANCE DUE UPON RECEIPT         $26.00
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2319498 |
| 7500 Grace Drive | Invoice Date    09/28/12 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    60026 |

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 07/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 07/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 07/31/12 | PACER | 3.80 |
| 07/31/12 | PACER | 1.90 |
| 08/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/03/12 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 08/06/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |

172573 W. R. Grace & Co.                          Invoice Number  2319498
60026  Litigation and Litigation Consulting       Page   2
       September 28, 2012

08/08/12   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

08/08/12   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

08/08/12   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

08/09/12   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

08/09/12   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

08/10/12   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

08/10/12   Duplicating/Printing/Scanning                        .70
           ATTY # 000559: 7 COPIES

08/10/12   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

08/21/12   Courier Service - Outside -- VENDOR: JET            6.50
           MESSENGER: Messenger Trip - U.S. Bankruptcy
           Court - Judge Fitzgerald - 8/13/12

08/28/12   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

                          CURRENT EXPENSES                     26.00
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $26.00
                                                        ============

US_ACTIVE-110702235.1-SAAMENT 10/02/2012 9:56 AM

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                        Invoice Number      2319499
7500 Grace Drive                        Invoice Date        09/28/12
Columbia, Maryland 21044                Client Number        172573
USA
```

================================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
     Fees                              0.00
     Expenses                      1,265.20

              TOTAL BALANCE DUE UPON RECEIPT      $1,265.20
                                                 ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2319499
7500 Grace Drive                        Invoice Date      09/28/12
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        60033


================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning              18.60
        Postage Expense                             7.20
        Outside Duplicating                      1,239.40

                    CURRENT EXPENSES                       1,265.20
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT         $1,265.20
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2319499
7500 Grace Drive                          Invoice Date      09/28/12
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60033


====================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

07/30/12   Duplicating/Printing/Scanning                  1.90
           ATTY # 000559: 19 COPIES

07/30/12   Duplicating/Printing/Scanning                  1.90
           ATTY # 000559: 19 COPIES

07/31/12   Duplicating/Printing/Scanning                   .70
           ATTY # 000559: 7 COPIES

08/01/12   Duplicating/Printing/Scanning                  1.90
           ATTY # 000559: 19 COPIES

08/01/12   Duplicating/Printing/Scanning                  1.90
           ATTY # 000559: 19 COPIES

08/01/12   Duplicating/Printing/Scanning                   .70
           ATTY # 000559: 7 COPIES

08/01/12   Postage Expense                                3.80
           Postage Expense: ATTY # 000718 User: Equitrac By

08/02/12   Duplicating/Printing/Scanning                   .60
           ATTY # 000559: 6 COPIES

08/06/12   Duplicating/Printing/Scanning                   .10
           ATTY # 000559: 1 COPIES

08/06/12   Duplicating/Printing/Scanning                   .10
           ATTY # 000559: 1 COPIES

08/10/12   Duplicating/Printing/Scanning                  1.90
           ATTY # 000559: 19 COPIES

```
172573 W. R. Grace & Co.                      Invoice Number  2319499
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       September 28, 2012
```

| Date | Description | Amount |
|---|---|---|
| 08/16/12 | Outside Duplicating -- VENDOR: DIGITAL LEGAL SERVICES, LLC: Copies, postage (US & Canada) & envelopes | 473.95 |
| 08/28/12 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 08/29/12 | Duplicating/Printing/Scanning ATTY # 0718; 66 COPIES | 6.60 |
| 08/30/12 | Postage Expense Postage Expense: ATTY # 000718 User: Equitrac By | 3.40 |
| 08/31/12 | Outside Duplicating -- VENDOR: DIGITAL LEGAL SERVICES, LLC: Copies, envelopes & postage | 473.95 |
| 08/31/12 | Outside Duplicating -- VENDOR: DIGITAL LEGAL SERVICES, LLC: Copies & postage | 291.50 |

```
                         CURRENT EXPENSES            1,265.20
                                                   ------------
                   TOTAL BALANCE DUE UPON RECEIPT    $1,265.20
                                                   ============
```