# EXHIBIT "A"

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555       Fax:   (302) 575-1714

WR Grace PD Committee                                     Sept. 1, 2012    to    Sept. 30, 2012
                                                                    Inv  #:            45169

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 7.20 | 1,909.50 |
| B18 | Fee Applications, Others - | 1.70 | 285.00 |
| B25 | Fee Applications, Applicant - | 2.40 | 453.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.20 | 72.00 |
| B36 | Plan and Disclosure Statement - | 1.00 | 306.00 |
| | **Total** | **12.50** | **$3,025.50** |

## SUMMARY BY TIMEKEEPER

| **Timekeeper** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.20 | 360.00 |
| Regina Matozzo | 225.00 | 2.30 | 517.50 |
| Theodore J. Tacconelli | 360.00 | 3.80 | 1,368.00 |
| Paralegal - MAG | 150.00 | 0.80 | 120.00 |
| Legal Assistant - KC | 150.00 | 4.40 | 660.00 |
| **Total** | | **12.50** | **$3,025.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                **$907.37**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-02-12 | *Case Administration* - Review Fee Auditor's Final Report re: Bryan Cave Final Fee app with attachments | 0.30 | TJT |
| Sep-04-12 | *Case Administration* - Prepare labels for service of Notice of 45th Quarterly fee apps of Bilzin and FJP | 0.30 | KC |
| | *Fee Applications, Others* - Revision to Bilzin 45th Quarterly fee app; prepare for efiling, efile same; service of fee app to parties on core list; coordinate service to parties on 2002 list | 0.50 | KC |
| | *Fee Applications, Applicant* - Revision to 45th Quarterly fee app; prepare for efiling, efile same; service to parties on core list; coordinate service of notice to parties on 2002 list | 0.50 | KC |
| Sep-05-12 | *Case Administration* - Review case management memo re: week ending 9-4-2012 | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 8/25/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 8/31 | 0.10 | TJT |
| Sep-06-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Sep-07-12 | *Case Administration* - Review four miscellaneous Certificate of No Objection filed by debtors | 0.10 | TJT |
| Sep-08-12 | *Case Administration* - Review 2019 Statement filed by E. Moody | 0.10 | TJT |
| Sep-10-12 | *Case Administration* - Review case management memo re: week ending 9-7-2012 | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 9/7/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 9/7 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - E-mail from and to MAG re: 2002 service list; review list re: same | 0.10 | KC |
| Sep-11-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Sep-12-12 | *Case Administration* - Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| Sep-13-12 | *Case Administration* - Review correspondence from N. Cuniff re: 44th Quarter fee and expense Charts | 0.10 | TJT |
| | *Case Administration* - Review e-mail with attachments from T. Tacconelli and confirm total amounts for Bilzin and FJP's 44th Quarterly fee apps, memo to TJT re: same | 0.30 | KC |
| Sep-15-12 | *Case Administration* - Review 44th Quarter fee and expense chart | 0.10 | TJT |
| | *Case Administration* - Review cumulative spreadsheet for Fees and expenses through 44th Quarter | 0.10 | TJT |
| | *Case Administration* - Review memo from K. Callahan re: 44th Quarter fee and expense chart | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-17-12 | *Case Administration* - Review correspondence from P. Cuniff re: 44th Quarter fee and expense chart | 0.10 | TJT |
| Sep-18-12 | *Case Administration* - Review Certificate of Counsel filed by Debtors re: 44th Quarter fee and expense chart | 0.10 | TJT |
| Sep-19-12 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* -   Confer with TJT re: status of matter and outstanding appeals | 0.20 | LLC |
| | *Case Administration* - Review case management memo re: week ending 9-18-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to   T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -   Review main docket re: status for week ending 9/18/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Notice of Change of Address for Caplin Drysdale and confer with K. Callahan re: modification to core service list | 0.20 | TJT |
| Sep-20-12 | *Case Administration* - Email from and to KC re: request for information from J. Thrash with debtors | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 9/14 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Briefing and Scheduling Order appeal 12-2904 | 0.10 | TJT |
| | *Case Administration* - Retrieve voice mail message from J.Thrash with Debtors; email to LLC and TJT re: same | 0.10 | KC |
| | *Case Administration* - Email from LLC re: case status | 0.10 | KC |
| | *Case Administration* - Discussion with TJT re: case status | 0.10 | KC |
| | *Case Administration* - Review memo with attachment from T. Tacconelli re: case status | 0.10 | KC |
| | *Case Administration* - Discussion with TJT and LLC re: case status | 0.30 | KC |
| Sep-21-12 | *Fee Applications, Others* - Review CNO re: Bilzin July 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant*   - Review CNO re: July 2012 fee app | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Update service lists re: address change for Caplin & Drysdale | 0.20 | KC |
| | *Case Administration* - Email to J.Thrash at Grace re: response to inquiry | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin July 2012 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection to Bilzin July 2012 fee app | 0.20 | KC |
| | *Fee Applications, Others* - Prepare CNO to Bilzin's July 2012 fee app for efiling; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant*   - Review docket for objections to July 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant*   - Draft certificate of no objection to July 2012 fee app | 0.20 | KC |
| | *Fee Applications, Applicant*   - Prepare CNO to July 2012 fee app for efiling, efile and service of same | 0.30 | KC |
| Sep-22-12 | *Plan and Disclosure Statement* - Review Briefing and Scheduling Order re: appeal 12-2917 | 0.10 | TJT |
| Sep-23-12 | *Case Administration* - Review three miscellaneous certificates of no | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | objection filed by Debtors | | |
| | *Case Administration* - Review Certificate of Counsel filed by Debtors re: cumulative fee and expense chart through the 44st Interim Period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Briefing and Scheduling Order re: appeal 12-2923 | 0.10 | TJT |
| Sep-24-12 | *Plan and Disclosure Statement* - Review Briefing and Scheduling Order re: appeal 12-2966 | 0.10 | TJT |
| Sep-25-12 | *Plan and Disclosure Statement* - Review Libby Claimants Motion to Dismiss Appeal 12-2966 | 0.10 | TJT |
| | *Fee Applications, Others* - Draft certificate of no objection and cos to Bilzin 45th Quarterly fee app | 0.10 | MAG |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection to 45th Quarterly fee app | 0.20 | MAG |
| | *Case Administration* - Discussion with MAG re: service lists for 45th Quarterly fee apps | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare draft invoice for August 2012 fee application | 0.20 | KC |
| Sep-26-12 | *Case Administration* - Review main docket re: status for week ending 9/25/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce August prebill | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review order dismissing Libby Claimants Appeal 12-2966 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Discussion with T. Tacconelli re: billing and August 2012 invoice; revisions to August 2012 invoice | 0.20 | KC |
| Sep-27-12 | *Case Administration* - Review case management memo re: week ending 9-25-2012 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for Week ending 9/21 | 0.10 | TJT |
| | *Fee Applications, Others* - File Certificate of No Objection for Bilzin's 45th Quarterly fee app and service of same | 0.30 | MAG |
| | *Fee Applications, Applicant* - File Certificate of No Objection to 45th Quarterly fee app and service of same | 0.20 | MAG |
| Sep-28-12 | *Fee Applications, Others* - Review CNO re: Bilzin 45th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: 45th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Sep-29-12 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Limited Joinder in Main Plaza's Objection to Notice of Transfer of Claim | 0.20 | TJT |
| | Totals | 12.50 | |

Invoice #:   45169           Page   5                    Sept. 1- Sept. 30, 2012

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Sep-04-12 | Photocopy Cost | 17.90 |
| Sep-05-12 | Cost Advance -   Lexis Nexis - legal research for July (Acct # 1402RF; Inv # 1207370004) | 85.17 |
| Sep-13-12 | Cost Advance -   First State Deliveries - hand delivery | 7.50 |
| Sep-17-12 | Cost Advance -   Digital Legal - copies/service   (Inv # 68162) | 788.45 |
| Sep-21-12 | Photocopy Cost | 4.50 |
|  | Cost Advance - postage - 7 @ .45 | 3.15 |
| Sep-25-12 | Photocopy Cost | 0.70 |
|  | Totals | $907.37 |

**Total Fees & Disbursements**                                  **$3,932.87**