**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-02D |
| | STATEMENT NO:              134 |

Asset Disposition

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $210.10 |
| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -37.50 |
| 07/12/2012 | Payment - Thank you. (November, 2011 - 20% Fees) | -127.50 |
| | TOTAL PAYMENTS | -165.00 |
| | BALANCE DUE | $45.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-03D |
| | STATEMENT NO:          121 |

Business Operations

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $120.00 |
| | | |
| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -97.50 |
| 07/12/2012 | Payment - Thank you. (November, 2011 - 20% Fees) | -22.50 |
| | TOTAL PAYMENTS | -120.00 |
| | BALANCE DUE | $0.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
07/31/2012

Wilmington  DE
ACCOUNT NO:        3000-04D
STATEMENT NO:               134

Case Administration

PREVIOUS BALANCE                                                                                        $661.47

| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -37.50 |
| 07/12/2012 | Payment - Thank you. (November, 2011 - 20% Fees) | -70.00 |
| 07/12/2012 | Payment - Thank you. (December, 2011 - 20% Fees) | -25.10 |
|  | TOTAL PAYMENTS | -132.60 |
|  | BALANCE DUE | $528.87 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2012
ACCOUNT NO:    3000-05D
STATEMENT NO:    134

Claims Analysis Objection & Resolution (Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $2,321.60 |
| 07/24/2012 | | | | |
| | MTH | Begin review of Debtors' Motion re Weedsport settlement | 0.40 | 156.00 |
| 07/27/2012 | | | | |
| | MTH | Additional review of Debtors' Weedsport Settlement Motion | 0.50 | 195.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.90 | 351.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $390.00 | $351.00 |

TOTAL CURRENT WORK                                                               351.00

BALANCE DUE                                                                         $2,672.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
07/31/2012
Wilmington  DE
ACCOUNT NO:        3000-06D
STATEMENT NO:              134

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $202.80 |
| | | |
| 07/11/2012 | Payment - Thank you. (April, 2012 - 80% Fees) | -312.00 |
| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -7.50 |
| | TOTAL PAYMENTS | -319.50 |
| | CREDIT BALANCE | -$116.70 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2012 |
| Wilmington  DE | ACCOUNT NO:     3000-07D |
| | STATEMENT NO:     134 |

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $15,351.04 |
|---|---|---|---|

| Date | Initials | Description | HOURS | Amount |
|---|---|---|---|---|
| 07/02/2012 | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | DAC | Review counsel's memo (6/29/12) | 0.20 | 104.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Review and retrieve recently filed documents filed in Third Circuit | 0.10 | 11.00 |
| 07/03/2012 | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 07/05/2012 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| 07/06/2012 | | | | |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | PEM | Review weekly recommendation memorandum. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memo; correspondence re same | 0.80 | 312.00 |
| 07/09/2012 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/10/2012** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/11/2012** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/12/2012** |  |  |  |
| PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/13/2012** |  |  |  |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 47.00 |
| DAC | Review weekly memo | 0.20 | 104.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memos; reviewing correspondence from SB to Committee re same | 0.50 | 195.00 |
| **07/16/2012** |  |  |  |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| TS | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/17/2012** |  |  |  |
| TS | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| AC | Prepare for and call potential pro se claimant Greco | 0.40 | 96.00 |
| **07/18/2012** |  |  |  |
| TS | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 22.00 |
| MTH | Telephone conference with KCM re 2019 Motion to be filed; begin review of same (split with 5 cases) | 0.20 | 78.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

Page: 3
07/31/2012
ACCOUNT NO:        3000-07D
STATEMENT NO:            134

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/19/2012** | | | | |
| | TS | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 11.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **07/20/2012** | | | | |
| | TS | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 22.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | MTH | Prepare weekly recommendation memos; correspondence to committee re same | 0.50 | 195.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Reviewing and revising 2019 Motion; reviewing Notice of Motion, communications with MK and KM re PA and DE local requirements (split with five cases) | 0.70 | 273.00 |
| **07/23/2012** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | TS | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **07/24/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **07/25/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | AC | Telephone call from potential asbestos claimant | 0.20 | 48.00 |
| **07/26/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **07/27/2012** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos | 1.00 | 390.00 |

Page: 4
07/31/2012

W.R. Grace

| | | ACCOUNT NO: | 3000-07D |
| | | STATEMENT NO: | 134 |

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | | 0.10 | 8.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | | 0.10 | 47.00 |
| **07/29/2012** | | | | |
| DAC | Review counsel's weekly memo | | 0.20 | 104.00 |
| **07/30/2012** | | | | |
| MK | Review committee events memorandum. | | 0.10 | 15.50 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | | 0.10 | 8.50 |
| **07/31/2012** | | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | | 0.30 | 25.50 |
| | FOR CURRENT SERVICES RENDERED | | 12.70 | 3,814.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $520.00 | $520.00 |
| Philip E. Milch | 1.10 | 470.00 | 517.00 |
| Michele Kennedy | 0.40 | 155.00 | 62.00 |
| Santae M. Boyd | 2.00 | 110.00 | 220.00 |
| Mark T. Hurford | 5.50 | 390.00 | 2,145.00 |
| Ayesha Chacko | 0.60 | 240.00 | 144.00 |
| Freddie Koenig-Leuck | 1.00 | 85.00 | 85.00 |
| Timothy Simpson | 1.10 | 110.00 | 121.00 |

| | TOTAL CURRENT WORK | 3,814.00 |
|---|---|---|

| 07/11/2012 | Payment - Thank you. (April, 2012 - 80% Fees) | -3,800.40 |
|---|---|---|
| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -1,014.90 |
| 07/12/2012 | Payment - Thank you. (November, 2011 - 20% Fees) | -778.80 |
| 07/12/2012 | Payment - Thank you. (December, 2011 - 20% Fees) | -775.90 |
| | TOTAL PAYMENTS | -6,370.00 |
| | BALANCE DUE | $12,795.04 |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2012 |
| Wilmington  DE | ACCOUNT NO:     3000-08D |
|  | STATEMENT NO:            133 |

Employee Benefits/Pension

PREVIOUS BALANCE                                                                          -$578.50

CREDIT BALANCE                                                                             -$578.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-10D |
|  | STATEMENT NO:          134 |

Employment Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $694.50 |
| 07/24/2012 | | | | |
| MTH | Reviewing Debtors' Application re Grant Thorton | | 0.20 | 78.00 |
| 07/27/2012 | | | | |
| MTH | Additional review of Debtors' Grant Thornton Application | | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.40 | 156.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $390.00 | $156.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 156.00 |
| BALANCE DUE | $850.50 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

07/31/2012

ACCOUNT NO:       3000-11D
STATEMENT NO:              132

Expenses

| | PREVIOUS BALANCE | $13,575.28 |
|---|---|---|

| | | |
|---|---|---|
| 07/01/2012 | Pacer charges for the month of June | 89.10 |
| 07/02/2012 | Printing - June 2012 | 75.60 |
| 07/02/2012 | Parcels - copy/service - No Order Required | 65.00 |
| 07/03/2012 | Parcels - copy/service - Certificate of No Objection (6/22/2012) | 76.44 |
| 07/03/2012 | Parcels - copy/service - Monthly Fee Applications | 344.80 |
| 07/20/2012 | Parcels - copy/service - Motion to Amend 2019 Orders | 1,094.29 |
| 07/31/2012 | Scanning - July 2012 | 3.00 |
| | TOTAL EXPENSES | 1,748.23 |
| | TOTAL CURRENT WORK | 1,748.23 |
| | | |
| 07/11/2012 | Payment - Thank you. (April, 2012 - 100% Expenses) | -931.90 |
| | | |
| | BALANCE DUE | $14,391.61 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2012
ACCOUNT NO:     3000-12D
STATEMENT NO:            132

Fee Applications, Applicant

PREVIOUS BALANCE                                                                                $3,665.10

|  |  | | HOURS |  |
|---|---|---|---|---|
| 07/02/2012 | | | | |
| | MTH | Reviewing docket re CNO for C&L fee application for April 2012; reviewing draft CNO for filing and service | 0.10 | 39.00 |
| | TS | Finalize and e-file CNO to the April 2012 fee application of C&L | 0.20 | 22.00 |
| 07/03/2012 | | | | |
| | TS | Finalize and e-file May 2012 monthly fee application of C&L | 0.30 | 33.00 |
| | MTH | Reviewing C&L May 2012 Monthly for filing and service | 0.30 | 117.00 |
| 07/10/2012 | | | | |
| | TS | Review June pre-bill | 0.10 | 11.00 |
| | MTH | Review pre-bill | 0.50 | 195.00 |
| 07/12/2012 | | | | |
| | MTH | Correspondence re payments received on fee applications; reviewing fee auditors' report | 0.30 | 117.00 |
| 07/18/2012 | | | | |
| | MTH | Reviewing fee auditor's initial report; discussion with fee auditor re same; multiple correspondence re same | 1.20 | 468.00 |
| 07/23/2012 | | | | |
| | TS | Review e-mail from DS re June bill (.1); Prepare C&L June fee application (.3) | 0.40 | 44.00 |
| 07/25/2012 | | | | |
| | MTH | Reviewing docket for C&L's May Monthly; reviewing draft CNO for filing and service | 0.10 | 39.00 |

Page: 2

W.R. Grace

07/31/2012

ACCOUNT NO:    3000-12D
STATEMENT NO:    132

Fee Applications, Applicant

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/26/2012 |  |  |  |  |
| TS | Review case docket for objections to C&L May fee application (.1); Prepare Certificate of No Objection (.2) |  | 0.30 | 33.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 3.80 | 1,118.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.50 | $390.00 | $975.00 |
| Timothy Simpson | 1.30 | 110.00 | 143.00 |
|  |  |  |  |
| TOTAL CURRENT WORK |  |  | 1,118.00 |

| 07/11/2012 | Payment - Thank you. (April, 2012 - 80% Fees) | -612.80 |
|---|---|---|
| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -78.00 |
| 07/12/2012 | Payment - Thank you. (November, 2011 - 20% Fees) | -269.00 |
| 07/12/2012 | Payment - Thank you. (December, 2011 - 20% Fees) | -130.00 |
|  | TOTAL PAYMENTS | -1,089.80 |
|  | BALANCE DUE | $3,693.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2012
ACCOUNT NO:        3000-13D
STATEMENT NO:              119

Fee Applications, Others

PREVIOUS BALANCE                                                        $13,981.30

| | | | HOURS | |
|---|---|---|---|---|
| 07/02/2012 | | | | |
| | MTH | Reviewing docket re CNO for C&D fee application for April 2012; reviewing draft CNO for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing docket re CNO for AKO fee application for April 2012; reviewing draft CNO for filing and service | 0.10 | 39.00 |
| | MTH | Reviewing docket re CNO for Charter Oak fee application for April 2012; reviewing draft CNO for filing and service | 0.10 | 39.00 |
| | TS | Finalize and e-file CNOs to the April 2012 fee applications of C&D, AKO, and Charter Oak | 0.60 | 66.00 |
| 07/03/2012 | | | | |
| | TS | Update fee application tracking chart | 0.10 | 11.00 |
| | TS | Finalize and e-file May 2012 monthly fee application of Charter Oak | 0.30 | 33.00 |
| | TS | Review e-mail from E. Benetos re C&D May fee application (.1); Update C&D May fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Review e-mail from A. Pelton re AKO May fee application (.1); Update AKO May fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | MTH | Reviewing C&D May 2012 Monthly for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing Charter Oak May 2012 Monthly for filing and service | 0.30 | 117.00 |
| | MTH | Reviewing AKO May 2012 Monthly for filing and service | 0.20 | 78.00 |
| 07/05/2012 | | | | |
| | SMB | Review May 2012 application of Capstone Advisory Group, LLC  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Kayescholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2012 application of Kayescholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Review October through December 2011 application of Beveridge & Diamond, P.C.  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Beveridge & Diamond, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Roger Higgins, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2012 application of Alan B. Rich, Esq. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2012 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Ferry Joseph Pearce, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from YS re fee applications filed | 0.20 | 78.00 |

07/06/2012
| SMB | Review May 2012 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through May 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 through May 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TT re Woodcock fee application | 0.10 | 39.00 |

07/09/2012
| MTH | Review correspondence from J Bower re fee application filed for Pachulski | 0.10 | 39.00 |

07/10/2012
| MTH | Reviewing pre-bill; correspondence re same | 0.70 | 273.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review correspondence from DKW re K&E fee application | 0.10 | 39.00 |
| MTH | Review correspondence from LC re CNO's filed (3) | 0.10 | 39.00 |
| **07/12/2012** | | | |
| MTH | Reviewing Debtors' Statement of Amounts Paid to Ordinary Course Professionals | 0.10 | 39.00 |
| **07/16/2012** | | | |
| MTH | Review correspondence from TT re Beveridge fee application | 0.10 | 39.00 |
| MTH | Review correspondence from TT re Fragomen fee application | 0.10 | 39.00 |
| **07/17/2012** | | | |
| TS | Review e-mail from E. Benetos re: C&D June fee application | 0.10 | 11.00 |
| MTH | Review correspondence from DF re Tower Watson fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DF re CNO for Orrick May Fee Application | 0.10 | 39.00 |
| MTH | Review correspondence from TT re Casner fee application | 0.10 | 39.00 |
| **07/18/2012** | | | |
| TS | E-mails to and from A. Pelton re AKO interim fee application | 0.10 | 11.00 |
| MTH | Review correspondence from CH re CNO for fee application | 0.10 | 39.00 |
| **07/19/2012** | | | |
| TS | Review April 2012 application of Fragomen, Del Rey, Bernsen & Loewy (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review May 2012 application of Fragomen, Del Rey, Bernsen & Loewy (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review June 2012 application of Fragomen, Del Rey, Bernsen & Loewy (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review April through June 2012 application of Fragomen, Del Rey, Bernsen & Loewy (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review May 2012 application of Beveridge & Diamond (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review May 2012 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review May 2012 application of Casner & Edwards (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review June 2012 application of Warren H. Smith (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DKW re Blackstone fee application | 0.10 | 39.00 |
| MTH | Review correspondence from AP re AKO fee application | 0.10 | 39.00 |
| **07/20/2012** | | | |
| TS | Review May 2012 application of Blackstone Advisory Partners (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

ACCOUNT NO:     3000-13D
STATEMENT NO:          119

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/25/2012 |  |  |  |  |
| | MTH | Reviewing docket for C&D's May Monthly; reviewing draft CNO for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing docket for AKO's May Monthly; reviewing draft CNO for filing and service | 0.10 | 39.00 |
| | MTH | Reviewing docket for Charter Oak's May Monthly; reviewing draft CNO for filing and service | 0.10 | 39.00 |
| | MTH | Review correspondence from CH re three fee applications filed for counsel to FCR | 0.10 | 39.00 |
| 07/26/2012 |  |  |  |  |
| | TS | Review case docket for objections to C&D May fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| | TS | Review case docket for objections to AKO May fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| | TS | Review case docket for objections to Charter Oak May fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| | MTH | Reviewing various correspondence re fee applications, CNO's to be filed | 0.20 | 78.00 |
| 07/27/2012 |  |  |  |  |
| | TS | Review June  2012 application of Phillips Goldman & Spence (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review June  2012 application of Orrick Herrington & Sutcliffe (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review June  2012 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from DKW re Pachulski fee application | 0.10 | 39.00 |
| 07/30/2012 |  |  |  |  |
| | TS | Update fee application tracking chart | 0.10 | 11.00 |
| | | FOR CURRENT SERVICES RENDERED | 14.10 | 2,699.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 4.20 | $110.00 | $462.00 |
| Mark T. Hurford | 4.10 | 390.00 | 1,599.00 |
| Timothy Simpson | 5.80 | 110.00 | 638.00 |

TOTAL CURRENT WORK                                                                                      2,699.00

| 07/11/2012 | Payment - Thank you. (April, 2012 - 80% Fees) | -3,320.80 |
|---|---|---|
| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -674.40 |
| 07/12/2012 | Payment - Thank you. (November, 2011 - 20% Fees) | -1,182.00 |

W.R. Grace

Fee Applications, Others

| | | |
|---|---|---|
| 07/12/2012 | Payment - Thank you. (December, 2011 - 20% Fees) (Amount should have been $858.40 but was reduced by $550.00 pursuant to Fee Auditor's 43rd Interim Report) | -308.40 |
| | TOTAL PAYMENTS | -5,485.60 |
| | BALANCE DUE | $11,194.70 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2012
ACCOUNT NO:       3000-14D
STATEMENT NO:              92

Financing

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $145.80 |
| 07/12/2012 | Payment - Thank you. (December, 2011 - 20% Fees) | -60.00 |
| | BALANCE DUE | $85.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-15D |
|  | STATEMENT NO:            134 |

Hearings

| | | |
|---|---|---:|
| PREVIOUS BALANCE | | $6,543.55 |
| | | |
| 07/11/2012 | Payment - Thank you. (April, 2012 - 80% Fees) | -62.40 |
| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -7.50 |
| 07/12/2012 | Payment - Thank you. (November, 2011 - 20% Fees) | -45.00 |
| 07/12/2012 | Payment - Thank you. (December, 2011 - 20% Fees) | -198.00 |
| | TOTAL PAYMENTS | -312.90 |
| | BALANCE DUE | $6,230.65 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-16D |
|  | STATEMENT NO:              119 |

Litigation and Litigation Consulting


PREVIOUS BALANCE                                                                          -$37.70


| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -205.00 |
| 07/12/2012 | Payment - Thank you. (November, 2011 - 20% Fees) | -743.60 |
| 07/12/2012 | Payment - Thank you. (December, 2011 - 20% Fees) | -338.00 |
|  | TOTAL PAYMENTS | -1,286.60 |
|  | CREDIT BALANCE | -$1,324.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                    07/31/2012
Wilmington  DE                                          ACCOUNT NO:       3000-17D
                                                        STATEMENT NO:           119

Plan and Disclosure Statement

PREVIOUS BALANCE                                                           $8,406.90

|  |  | HOURS |  |
|---|---|---|---|
| **07/03/2012** | | | |
| MTH | Reviewing Judge Buckwalter's Memorandum re Motion for Stay Pending Appeal | 0.30 | 117.00 |
| **07/06/2012** | | | |
| MTH | Review correspondence from PVNL re additional filings for CA3; correspondence to and from TS re same; discussion with TS re same | 0.50 | 195.00 |
| MTH | Correspondence to and from DF re CA3 filing to be completed on Monday re pending motion | 0.20 | 78.00 |
| **07/09/2012** | | | |
| MTH | Reviewing opposition to Garlock's Motion to Stay Pending Appeal and related correspondence and communications | 1.20 | 468.00 |
| MTH | Correspondence and communications re EOA's and Corporate Disclosure's to be filed; reviewing same for filing | 0.80 | 312.00 |
| MTH | Discussion with DF and JON re CA3 documents to be filed; correspondence with Debtors' counsel re same | 0.50 | 195.00 |
| MTH | Reviewing Asbestos PD FCR's Response to Motion to Stay | 0.30 | 117.00 |
| MTH | Reviewing Appellees' Response to Garlock's Motion for Stay Pending Appeal | 1.00 | 390.00 |
| SMB | Prepare and file Entry of Appearance of Mark T. Hurford in Third Circuit Court of Appeals Case No. 12-2807 | 0.20 | 22.00 |
| SMB | Prepare and file Entry of Appearance of Peter Lockwood in Third Circuit Court of Appeals Case No. 12-2807 | 0.20 | 22.00 |
| SMB | Prepare and file 2019 of The David Law Firm, P.C.; e-mail confirmation of same | 0.20 | 22.00 |
| **07/10/2012** | | | |
| KCD | Address MMSEA reporting issues | 0.60 | 234.00 |
| MTH | Reviewing various CA3 filings | 0.30 | 117.00 |

Page: 2
07/31/2012
ACCOUNT NO:          3000-17D
STATEMENT NO:              119

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/11/2012** | | | | |
| | MTH | Reviewing various CA3 filings | 0.30 | 117.00 |
| **07/12/2012** | | | | |
| | MTH | Discussion with SC re CA3 filings, appeals and review documents re same | 0.30 | 117.00 |
| | MTH | Various correspondence with BT and to lead counsel re status of confirmation proceedings | 0.30 | 117.00 |
| | SMB | Review District Court docket and Third Circuit Court Docket re: Appeals filed and Entry of Appearance filed; chart accordingly | 0.40 | 44.00 |
| **07/13/2012** | | | | |
| | MTH | Reviewing correspondence from SC re CA3 appeals, reviewing chart re same; correspondence to and from PVNL re various entries of appearance and filings to be completed | 0.70 | 273.00 |
| | MTH | Review correspondence from PVNL re CA3 filings | 0.10 | 39.00 |
| **07/16/2012** | | | | |
| | MTH | Discussion with TS re CA3 appeals, filings to be completed | 0.20 | 78.00 |
| | MTH | Correspondence re entries of appearance | 0.10 | 39.00 |
| | MTH | Reviewing Garlock's consolidated Reply re Motion for Stay | 0.40 | 156.00 |
| **07/17/2012** | | | | |
| | MTH | Reviewing various correspondence re CA3 appeals and multiple correspondence to TS re same | 0.20 | 78.00 |
| **07/19/2012** | | | | |
| | TS | Draft filings for CA3 appeals | 0.50 | 55.00 |
| | MTH | Reviewing draft Motion to Modify 2019 Order; discussions with KCM re same; discussion with R. Baker re same; drafting Notice of Motion; reviewing draft proposed Order; communications with PEM and MK re PA and DE requirements for filing and service (split with 5 cases) | 0.50 | 195.00 |
| | MTH | Reviewing various CA3 filings | 0.30 | 117.00 |
| **07/20/2012** | | | | |
| | MTH | Reviewing and revising draft entries of appearance for PVNL and MTH and corporate disclosure for ACC; reviewing CA3 docket re correct case numbers and issues re incorrect images of Notice of Appeal to identify correct entities for documents to be filed; correspondence to PVNL re same | 2.40 | 936.00 |
| **07/23/2012** | | | | |
| | MTH | Reviewing numerous entries of appearance for PVNL; signing entries of appearance and corporate disclosure; review re filing of same | 1.50 | 585.00 |
| | MTH | Reviewing Court's Memorandum and Order re Anderson Memorial | | |

Page: 3

W.R. Grace

07/31/2012
ACCOUNT NO:      3000-17D
STATEMENT NO:         119

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---|---|
| | Motion to Reconsider | 0.50 | 195.00 |
| 07/24/2012 | | | |
| MTH | Reviewing numerous CA3 filings across multiple appeals; discussion with Clerk re same; correspondence to Clerk; address additional filings | 1.80 | 702.00 |
| 07/25/2012 | | | |
| MTH | Reviewing various CA3 filings; reviewing issues re same | 0.40 | 156.00 |
| 07/26/2012 | | | |
| MTH | Reviewing various CA3 filings | 0.10 | 39.00 |
| MTH | Reviewing notice from CA3 re entry of appearance; correspondence re same; addressing same | 0.50 | 195.00 |
| | FOR CURRENT SERVICES RENDERED | 17.80 | 6,522.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 1.00 | $110.00 | $110.00 |
| Mark T. Hurford | 15.70 | 390.00 | 6,123.00 |
| Kathleen Campbell Davis | 0.60 | 390.00 | 234.00 |
| Timothy Simpson | 0.50 | 110.00 | 55.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 6,522.00 |

| | | |
|---|---|---|
| 07/11/2012 | Payment - Thank you. (April, 2012 - 80% Fees) | -1,279.20 |
| 07/12/2012 | Payment - Thank you. (October, 2011 - 20% Fees) | -397.50 |
| 07/12/2012 | Payment - Thank you. (November, 2011 - 20% Fees) | -373.00 |
| | TOTAL PAYMENTS | -2,049.70 |
| | BALANCE DUE | $12,879.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2012 |
| Wilmington DE | ACCOUNT NO:      3000-18D |
|  | STATEMENT NO:            119 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                                     -$234.60

07/12/2012      Payment - Thank you. (October, 2011 - 20% Fees)                              -7.50

CREDIT BALANCE                                                                                        -$242.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 07/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-20D |
|  | STATEMENT NO:           118 |

Tax Litigation


PREVIOUS BALANCE                                                                          $468.80

BALANCE DUE                                                                               $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                                  07/31/2012
Wilmington  DE                                                        ACCOUNT NO:            3000-21D
                                                                                    STATEMENT NO:                110

Travel-Non-Working

PREVIOUS BALANCE                                                                                    $386.00

BALANCE DUE                                                                                             $386.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 07/31/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-22D |
|  | STATEMENT NO: | 123 |

Valuation

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,185.00 |
| BALANCE DUE | $1,185.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
07/31/2012

W.R. Grace
Wilmington  DE

ACCOUNT NO:     3000-23D
STATEMENT NO:            123

ZAI Science Trial

PREVIOUS BALANCE                                                                    $1,203.30

BALANCE DUE                                                                          $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                                07/31/2012
Wilmington  DE                                                        ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 210.10 | 0.00 | 0.00 | 0.00 | -165.00 | $45.10 |
| 3000-03 Business Operations | | | | | |
| 120.00 | 0.00 | 0.00 | 0.00 | -120.00 | $0.00 |
| 3000-04 Case Administration | | | | | |
| 661.47 | 0.00 | 0.00 | 0.00 | -132.60 | $528.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 351.00 | 0.00 | 0.00 | 0.00 | $2,672.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 202.80 | 0.00 | 0.00 | 0.00 | -319.50 | -$116.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 15,351.04 | 3,814.00 | 0.00 | 0.00 | -6,370.00 | $12,795.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -578.50 | 0.00 | 0.00 | 0.00 | 0.00 | -$578.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 694.50 | 156.00 | 0.00 | 0.00 | 0.00 | $850.50 |
| 3000-11 Expenses | | | | | |
| 13,575.28 | 0.00 | 1,748.23 | 0.00 | -931.90 | $14,391.61 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,665.10 | 1,118.00 | 0.00 | 0.00 | -1,089.80 | $3,693.30 |

W.R. Grace

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 13,981.30 | 2,699.00 | 0.00 | 0.00 | -5,485.60 | $11,194.70 |
| 3000-14 Financing | | | | | |
| 145.80 | 0.00 | 0.00 | 0.00 | -60.00 | $85.80 |
| 3000-15 Hearings | | | | | |
| 6,543.55 | 0.00 | 0.00 | 0.00 | -312.90 | $6,230.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -37.70 | 0.00 | 0.00 | 0.00 | -1,286.60 | -$1,324.30 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 8,406.90 | 6,522.00 | 0.00 | 0.00 | -2,049.70 | $12,879.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -234.60 | 0.00 | 0.00 | 0.00 | -7.50 | -$242.10 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 386.00 | 0.00 | 0.00 | 0.00 | 0.00 | $386.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 68,271.74 | 14,660.00 | 1,748.23 | 0.00 | -18,331.10 | $66,348.87 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.