**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                08/31/2012
Wilmington  DE                                    ACCOUNT NO:        3000-02D
                                                  STATEMENT NO:              135

Asset Disposition

PREVIOUS BALANCE                                                         $45.10

BALANCE DUE                                                              $45.10

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2012
ACCOUNT NO:      3000-04D
STATEMENT NO:            135

Case Administration

PREVIOUS BALANCE                                                                    $528.87

BALANCE DUE                                                                          $528.87

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2012
ACCOUNT NO:      3000-05D
STATEMENT NO:              135

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                    $2,672.60

BALANCE DUE                                                           $2,672.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                      |                        |          |
|----------------------|------------------------|----------|
|                      | Page: 1                |          |
| W.R. Grace           | 08/31/2012             |          |
| Wilmington  DE       | ACCOUNT NO:            | 3000-06D |
|                      | STATEMENT NO:          | 135      |

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                               -$116.70

CREDIT BALANCE                                                 -$116.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
08/31/2012
ACCOUNT NO:     3000-07D
STATEMENT NO:          135

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                    $12,795.04

|  |  | HOURS |  |
|---|---|---|---|
| **08/01/2012** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| MK | Review proposed TDP to gather data to respond to claimant counsel inquiries. | 0.50 | 77.50 |
| **08/02/2012** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| TS | E-mail to KCD and MK re: TDP | 0.10 | 11.00 |
| **08/03/2012** | | | |
| DAC | Review counsel's memo | 0.20 | 104.00 |
| PEM | Review weekly recommendation memorandum re: motions and matters. | 0.10 | 47.00 |
| **08/06/2012** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| **08/07/2012** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **08/08/2012** | | | |
| FKL | Review recently filed pleadings and electronic filing notices;draft and distribute Daily Memo | 0.10 | 8.50 |
| MTH | Review daily memo | 0.10 | 39.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| **08/09/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Correspondence with Debtors' counsel re 2019 Motion; communication with lead counsel re same | 0.10 | 39.00 |
| **08/10/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | PEM | Review weekly recommendation memorandum re: motions and matters. | 0.10 | 47.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos | 1.10 | 429.00 |
| | MTH | Correspondence to Committee re weekly recommendation memos | 0.10 | 39.00 |
| **08/13/2012** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **08/14/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MK | Telephone call w/MTH re: 2019 modification motion. | 0.10 | 15.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | PEM | Review orders and correspondence re: 2019 modified orders. | 0.30 | 141.00 |
| | MTH | Telephone conference with KCM (x2) re Motion to Amend 2019 Order and drafting COC's re same; drafting revised Order re same (split with Flintkote) | 0.70 | 273.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **08/15/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | PEM | Review court orders re: 2019 order. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Reviewing Amended 2019 Order entered and correspondence to counsel re same | 0.20 | 78.00 |
| | MK | Review modified 2019 order entered. | 0.10 | 15.50 |
| **08/16/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic notices; draft and | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | distribute Daily Memo |  | 0.10 | 8.50 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| **08/17/2012** |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|  | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
|  | TS | Prepare weekly recommendation memorandum | 0.40 | 44.00 |
|  | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
|  | KCD | Address Medicare reporting issues | 0.40 | 156.00 |
|  | MTH | Prepare weekly recommendation memos | 0.80 | 312.00 |
|  | MTH | Review correspondence from TS to Committee re weekly recommendation memos | 0.10 | 39.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| **08/20/2012** |  |  |  |  |
|  | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| **08/21/2012** |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|  | KCD | Prepare for meeting re: Medicare reporting | 0.30 | 117.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| **08/22/2012** |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| **08/23/2012** |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| **08/24/2012** |  |  |  |  |
|  | MTH | Reviewing and revising weekly recommendation memos | 0.60 | 234.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | MTH | Review correspondence from TS to Committee re weekly recommendation memos | 0.10 | 39.00 |
|  | PEM | Review weekly recommendation memorandum re: pending motions and |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | matters. | 0.10 | 47.00 |
| TS | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **08/27/2012** |  |  |  |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| PEM | Review memorandum re: revised Rule 2019 Order | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Review correspondence from Committee counsel to counsel to Committee members | 0.10 | 39.00 |
| DAC | Review memo re: revised 2019 order | 0.10 | 52.00 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **08/28/2012** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **08/29/2012** |  |  |  |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **08/30/2012** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **08/31/2012** |  |  |  |
| PEM | Review weekly recommendation memorandum re: pending motions and matters | 0.10 | 47.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| TS | Distribute weekly recommendation memorandum | 0.10 | 11.00 |
| MTH | Review correspondence from TS to Committee re weekly recommendation memo | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 15.50 | 4,687.00 |

Page: 5
08/31/2012
ACCOUNT NO:        3000-07D
STATEMENT NO:             135

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.90 | $520.00 | $468.00 |
| Philip E. Milch | 1.80 | 470.00 | 846.00 |
| Michele Kennedy | 1.10 | 155.00 | 170.50 |
| Santae M. Boyd | 0.80 | 110.00 | 88.00 |
| Mark T. Hurford | 6.40 | 390.00 | 2,496.00 |
| Kathleen Campbell Davis | 0.70 | 390.00 | 273.00 |
| Freddie Koenig-Leuck | 2.90 | 85.00 | 246.50 |
| Timothy Simpson | 0.90 | 110.00 | 99.00 |

TOTAL CURRENT WORK                                                      4,687.00


08/13/2012        Payment - Thank you. (May, 2012 - 80% Fees)                      -3,174.40


BALANCE DUE                                                        $14,307.64


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2012
ACCOUNT NO:        3000-08D
STATEMENT NO:              134

Employee Benefits/Pension

PREVIOUS BALANCE                                                           -$578.50

08/13/2012        Payment - Thank you. (May, 2012 - 80% Fees)             -124.80

CREDIT BALANCE                                                            -$703.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                      08/31/2012
Wilmington  DE                                              ACCOUNT NO:        3000-10D
                                                            STATEMENT NO:              135

Employment Applications, Others

PREVIOUS BALANCE                                                               $850.50

BALANCE DUE                                                                    $850.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 08/31/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-11D |
|  | STATEMENT NO: | 133 |

Expenses

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $14,391.61 |

| | | |
|---|---|---|
| 08/01/2012 | Printing - July 2012 | 207.00 |
| 08/01/2012 | Parcels - copy/service - (4) Fee Applications | 409.80 |
| 08/01/2012 | Pacer charges for the month of August | 120.70 |
| 08/07/2012 | Parcels - copy/service - (4) Certificates of No Objection (7/30/2012) | 65.00 |
| 08/14/2012 | Parcels - copy/service - Fee Applications (4) | 1,177.20 |
| 08/14/2012 | Parcels - copy/service - Fee Applications (4) | 776.40 |
| | TOTAL EXPENSES | 2,756.10 |
| | TOTAL CURRENT WORK | 2,756.10 |
| | | |
| 08/13/2012 | Payment - Thank you. (May, 2012 - 100% Expenses) | -2,902.96 |
| | | |
| | BALANCE DUE | $14,244.75 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
08/31/2012

W.R. Grace
Wilmington  DE

ACCOUNT NO:   3000-12D
STATEMENT NO:   133

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,693.30 |
| **08/01/2012** | | | |
| KCD | Review, revise, and sign C&L application | 0.30 | 117.00 |
| TS | Finalize and e-file June 2012 application of C&L | 0.30 | 33.00 |
| **08/13/2012** | | | |
| TS | Prepare C&L interim fee application | 0.40 | 44.00 |
| MTH | Reviewing pre-bill | 0.60 | 234.00 |
| **08/14/2012** | | | |
| TS | Finalize and e-file C&L interim fee application | 0.30 | 33.00 |
| MTH | Reviewing C&L Interim fee application for filing and service | 0.20 | 78.00 |
| **08/22/2012** | | | |
| TS | Review e-mail from DS re: July bill (.1); Prepare C&L July fee application (.4) | 0.50 | 55.00 |
| MTH | Review correspondence from CH re CNO for PG&S fee application | 0.10 | 39.00 |
| **08/30/2012** | | | |
| TS | Finalize and e-file July application of C&L | 0.30 | 33.00 |
| MTH | Reviewing C&L June fee application for filing and service | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 3.20 | 744.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $390.00 | $429.00 |
| Kathleen Campbell Davis | 0.30 | 390.00 | 117.00 |
| Timothy Simpson | 1.80 | 110.00 | 198.00 |

Page: 2

W.R. Grace

08/31/2012

ACCOUNT NO:       3000-12D

STATEMENT NO:            133

Fee Applications, Applicant


TOTAL CURRENT WORK                                                              744.00


08/13/2012       Payment - Thank you. (May, 2012 - 80% Fees)                   -487.20


BALANCE DUE                                                               $3,950.10


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 08/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-13D |
| | STATEMENT NO:          120 |

Fee Applications, Others

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $11,194.70 |

| | | | HOURS | |
|---|---|---|---|---|
| 08/01/2012 | | | | |
| | KCD | Discussion with TS re: fee applications | 0.10 | 39.00 |
| | KCD | Review C&D application | 0.30 | 117.00 |
| | KCD | Review AKO application | 0.30 | 117.00 |
| | KCD | Review Charter Oak application; discussion with TS re: filing of same | 0.30 | 117.00 |
| | TS | Finalize and e-file June 2012 application of C&D | 0.30 | 33.00 |
| | TS | Finalize and e-file June 2012 application of AKO | 0.30 | 33.00 |
| | TS | Review e-mail from G. Sinclair re: Charter Oak June invoice (.1); Prepare June 2012 fee application (.3); Finalize and e-file application (.3) | 0.70 | 77.00 |
| 08/03/2012 | | | | |
| | TS | Review June 2012 application of Ferry Joseph & Pearce (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review July 2012 application of Alan B Rich(.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review June 2012 application of Kramer Levin Naftalis & Frankel (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review May 2012 application of Duane Morris (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review June 2012 application of Duane Morris (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review June 2012 application of Reed Smith (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review June 2012 application of Stroock & Stroock & Lavan (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review June 2012 application of the Law Offices of Roger Higgins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review June 2012 application of Foley Hoag (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review May 2012 application of Pachulski Stang Ziehl & Jones (.1); | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review June 2012 application of Bilzin Sumberg (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review June 2012 application of Casner & Edwards  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

**08/07/2012**

| | | | |
|---|---|---|---|
| TS | Review April through June 2012 application of Phillips Goldman & Spence (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review June 2012 application of Norton Rose Canada (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

**08/08/2012**

| | | | |
|---|---|---|---|
| TS | Review June 2012 application of PricewaterhouseCoopers (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review April through June 2012 application of PricewaterhouseCoopers (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review July 2012 application of Hon. Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from MS re Blackstone fee application | 0.10 | 39.00 |
| MTH | Review correspondence from LC re Scarfone fee application | 0.10 | 39.00 |
| MTH | Review correspondence from LC re Lauzon fee application | 0.10 | 39.00 |
| MTH | Review correspondence from LC re Hogan fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DKW re K&E fee application for June | 0.10 | 39.00 |

**08/09/2012**

| | | | |
|---|---|---|---|
| TS | Review June 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review June 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review June 2012 application of Scarfone Hawkins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review June 2012 application of Blackstone Advisory Partners (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review April through  June 2012 application of Roger Higgins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Prepare Charter Oak April through June 2012 interim fee application | 0.50 | 55.00 |
| MTH | Review correspondence from MS re seven fee applications filed | 0.30 | 117.00 |
| MTH | Review correspondence from TS to GS re draft Charter Oak fee application; reviewing same | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 39.00 |

**08/10/2012**

| | | | |
|---|---|---|---|
| TS | Review June 2012 application of Kirkland & Ellis (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review June 2012 application of Saul Ewing (.1); update weekly | | |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | | recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review November 2011 application of Deloitte Tax (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review December 2011 application of Deloitte Tax (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review January 2012 application of Deloitte Tax (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review February 2012 application of Deloitte Tax (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review March 2012 application of Deloitte Tax (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review April 2012 application of Deloitte Tax (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review May 2012 application of Deloitte Tax (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 08/13/2012 | | | | |
| | MTH | Review correspondence from TT re Woodcock fee application | 0.10 | 39.00 |
| 08/14/2012 | | | | |
| | TS | Review e-mail from E. Benetos re: C&D interim fee application (.1); Update C&D interim fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Review e-mail from A. Pelton re: AKO interim fee application (.1); Update AKO interim fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Finalize and e-file Charter Oak interim fee application | 0.30 | 33.00 |
| | MTH | Reviewing C&D Interim fee application for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing Charter Oak Interim fee application for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing AKO Interim fee application for filing and service | 0.30 | 117.00 |
| | MTH | Reviewing correspondence from TS re e-mail service of fee applications; reviewing correspondence from TS to Fee Auditor re fee applications filed | 0.10 | 39.00 |
| | MTH | Review correspondence from EB re draft Interim Fee Application for C&D | 0.10 | 39.00 |
| 08/15/2012 | | | | |
| | MTH | Review correspondence from D.M. re SSL fee application | 0.10 | 39.00 |
| 08/16/2012 | | | | |
| | MTH | Review correspondence from AP re AKO fee application for July 2012 | 0.10 | 39.00 |
| 08/17/2012 | | | | |
| | TS | Review April to June 2012 application of Stroock & Stroock & Lavan (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review April through June 2012 application of Casner Edwards (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

ACCOUNT NO:        3000-13D
STATEMENT NO:             120

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | TS | Review April through June 2012 application of Foley Hoag (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | TS | Review June 2012 application of Woodcock Washburn (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | TS | Review April through June 2012 application of Reed Smith (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | MTH | Review correspondence from LC re fee application for Lauzon | 0.10 | 39.00 |
|  | MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from LC re Scarfone fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from LC re Hogan fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| 08/20/2012 |  |  |  |  |
|  | MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from DF re CNO's for Towers and Orrick | 0.10 | 39.00 |
| 08/22/2012 |  |  |  |  |
|  | TS | Review e-mail from E. Benetos re: C&D July fee application (.1); Update C&D July fee application (.2) | 0.30 | 33.00 |
|  | MTH | Review correspondence from TBB re CNO filed | 0.10 | 39.00 |
|  | MTH | Review correspondence from EB re fee application | 0.10 | 39.00 |
| 08/23/2012 |  |  |  |  |
|  | TS | Review April through June 2012 application of Blackstone Advisory Partners LP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | TS | Review April through June 2012 application of Alan B. Rich, Esq. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | TS | Review April through June 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | TS | Review April through June 2012 application of Scarfone Hawkins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | TS | Review April through June 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | TS | Review June 2012 application of Capstone Advisory Group, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 08/24/2012 |  |  |  |  |
|  | TS | Review April through June 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | MTH | Review correspondence from CH re fee application filed for PG&S | 0.10 | 39.00 |
| 08/27/2012 |  |  |  |  |
|  | MTH | Review correspondence from TS and DR re fee application for LAS | 0.10 | 39.00 |
|  | MTH | Review correspondence from TS and GS re fee application for Charter Oak | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **08/28/2012** |  |  |  |  |
| | MTH | Review correspondence from D.M. re SSL and Capstone fee applications | 0.10 | 39.00 |
| | MTH | Review correspondence from MS re three fee applications filed | 0.20 | 78.00 |
| **08/29/2012** |  |  |  |  |
| | MTH | Review correspondence from TS re Charter Oak fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from TT re Casner fee application for July | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re Saul and Kramer fee applications | 0.10 | 39.00 |
| | MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 39.00 |
| **08/30/2012** |  |  |  |  |
| | TS | Finalize and e-file July application of AKO | 0.30 | 33.00 |
| | TS | Finalize and e-file July application of C&D | 0.30 | 33.00 |
| | MTH | Reviewing C&D July monthly fee application for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing AKO July fee application for filing and service | 0.20 | 78.00 |
| | MTH | Review correspondence from TS to counsel re service of various fee applications; reviewing correspondence from TS to fee auditor re fee applications filed | 0.10 | 39.00 |
| | SMB | Review July fee application of Casner & Edwards LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July fee application of Kramer Levin Naftalis & Frankel LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July fee application of Saul Ewing LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July fee application of Reed Smith LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July fee application of Capstone Advisory Group, LLC (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July fee application of Stroock & Stroock & Lavan LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July fee application of Foley Hoag LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May fee application of Steptoe & Johnson LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April fee application of Steptoe & Johnson LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July fee application of Orrick Herrington Sutcliffe LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July fee application of Pricewaterhousecoopers LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July fee application of Warren H. Smith & Associates, P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through July fee application of Protiviti, Inc. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

Page: 6

W.R. Grace

08/31/2012

ACCOUNT NO:      3000-13D
STATEMENT NO:           120

Fee Applications, Others

|       |                                                                                                | HOURS |          |
|-------|------------------------------------------------------------------------------------------------|-------|----------|
| SMB   | Review July fee application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20  | 22.00    |

08/31/2012

|       |                                                                                                | HOURS |          |
|-------|------------------------------------------------------------------------------------------------|-------|----------|
| TS    | Review e-mail from G. Sinclair re: July bill (.1); Prepare Charter Oak July fee application (.3) | 0.40  | 44.00    |
| MTH   | Various correspondence re Charter Oak fee application; review of time entries                   | 0.20  | 78.00    |
|       | FOR CURRENT SERVICES RENDERED                                                                   | 21.90 | 4,061.00 |

RECAPITULATION

| TIMEKEEPER             | HOURS | HOURLY RATE | TOTAL     |
|------------------------|-------|-------------|-----------|
| Santae M. Boyd         | 2.80  | $110.00     | $308.00   |
| Mark T. Hurford        | 4.90  | 390.00      | 1,911.00  |
| Kathleen Campbell Davis | 1.00  | 390.00     | 390.00    |
| Timothy Simpson        | 13.20 | 110.00      | 1,452.00  |

TOTAL CURRENT WORK                                                        4,061.00

| 08/13/2012 | Payment - Thank you. (May, 2012 - 80% Fees) | -2,993.60 |

BALANCE DUE                                                             $12,262.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2012
ACCOUNT NO:      3000-14D
STATEMENT NO:              93

Financing

PREVIOUS BALANCE                                                                                     $85.80

BALANCE DUE                                                                                              $85.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2012

ACCOUNT NO:   3000-15D
STATEMENT NO:        135

Hearings

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| | PREVIOUS BALANCE | | | | $6,230.65 |
| 08/15/2012 | | | | | |
| MTH | Correspondence to and from JON re August hearing | | | 0.10 | 39.00 |
| 08/17/2012 | | | | | |
| MTH | Reviewing Agenda re hearing canceled | | | 0.10 | 39.00 |
| 08/24/2012 | | | | | |
| MTH | Review correspondence from TT re Protivity fee application | | | 0.10 | 39.00 |
| 08/27/2012 | | | | | |
| MTH | Review correspondence from YS re PWC fee application | | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | | 0.40 | 156.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $390.00 | $156.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 156.00 |
| 08/13/2012    Payment - Thank you. (May, 2012 - 80% Fees) | | -1,404.00 |
| BALANCE DUE | | $4,982.65 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 08/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-16D |
| | STATEMENT NO:              120 |

Litigation and Litigation Consulting

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$1,324.30 |
| 08/13/2012 | Payment - Thank you. (May, 2012 - 80% Fees) | -592.80 |
| | CREDIT BALANCE | -$1,917.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-17D |
|  | STATEMENT NO:             120 |

Plan and Disclosure Statement

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $12,879.20 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/07/2012 |  |  |  |  |
|  | MTH | Reviewing various CA3 filings | 0.20 | 78.00 |
|  | MTH | Multiple correspondence to and from EI re status; correspondence to other counsel re same | 0.40 | 156.00 |
|  | MTH | Reviewing Order entered re denial of Emergency Motion for Stay Pending Appeal filed by Garlock and correspondence to counsel re same | 0.20 | 78.00 |
|  | MTH | Reviewing confirmation appeal filings | 0.20 | 78.00 |
|  | PEM | Review CA3 order denying emergency motion of Garlock to stay court's order pending appeals. | 0.10 | 47.00 |
| 08/08/2012 |  |  |  |  |
|  | MTH | Reviewing CA3 Clerk's Order | 0.10 | 39.00 |
| 08/09/2012 |  |  |  |  |
|  | MTH | Reviewing CA3 filings | 0.10 | 39.00 |
|  | KCD | Address Medicare reporting issues | 0.30 | 117.00 |
| 08/10/2012 |  |  |  |  |
|  | MTH | Reviewing Order entered by Clerk of CA3 | 0.10 | 39.00 |
|  | MTH | Reviewing correspondence from Clerk of CA3 re confirmation appeals | 0.20 | 78.00 |
| 08/14/2012 |  |  |  |  |
|  | MTH | Reviewing CA3 filings | 0.10 | 39.00 |
| 08/15/2012 |  |  |  |  |
|  | MTH | Reviewing various CA3 filings re confirmation appeals | 0.20 | 78.00 |
| 08/16/2012 |  |  |  |  |
|  | MTH | Correspondence with JON and DF re August hearing | 0.20 | 78.00 |
|  | MTH | Reviewing numerous filings with CA3 re confirmation appeals | 0.20 | 78.00 |

Page: 2
08/31/2012

W.R. Grace

| | ACCOUNT NO: | 3000-17D |
| | STATEMENT NO: | 120 |

Plan and Disclosure Statement

| | | | HOURS | |
|---|---|---|---|---|
| | KCD | Work on Medicare reporting issues | 0.20 | 78.00 |
| 08/17/2012 | | | | |
| | MTH | Reviewing various correspondence re CA3 entries, dockets | 0.10 | 39.00 |
| 08/20/2012 | | | | |
| | MTH | Reviewing various CA3 information and filings; reviewing docket for Anderson Memorial's Amended Appeal, including order on docket and case opening letter and related documents; drafting EOA for Hurford and Lockwood, drafting Corporate Disclosure; correspondence to PVNL re same | 1.00 | 390.00 |
| | MTH | Drafting and reviewing Entry of Appearance for MTH and PVNL; drafting Corporate Disclosure and correspondence to and from PVNL re same | 0.50 | 195.00 |
| 08/21/2012 | | | | |
| | TS | Address e-filing of EOA and Corporate Disclosure for Anderson Memorial's Amended Appeal | 0.30 | 33.00 |
| | MTH | Telephone conference with CA3 clerk re entry of appearance in additional Anderson Memorial appeal and correspondence to PVNL re same | 0.30 | 117.00 |
| | MTH | Reviewing and signing Corporate Disclosure and Entry of Appearance and correspondence re same | 0.20 | 78.00 |
| 08/22/2012 | | | | |
| | MTH | Reviewing numerous CA3 filings | 0.40 | 156.00 |
| | KCD | Meeting with CMS re: Medicare reporting; follow up meetings, preparation, and discussions re: same | 1.10 | 429.00 |
| 08/23/2012 | | | | |
| | KCD | Work on Medicare reporting issues and response to CMS | 0.80 | 312.00 |
| 08/24/2012 | | | | |
| | MTH | Reviewing correspondence from DF re CA3 appeals | 0.10 | 39.00 |
| | KCD | Further on Medicare reporting issues and response to CMS; draft e-mail to counsel re: same | 0.70 | 273.00 |
| 08/27/2012 | | | | |
| | MTH | Correspondence with DF re CA3 appeals | 0.20 | 78.00 |
| | MTH | Reviewing CA3 filings | 0.10 | 39.00 |
| 08/30/2012 | | | | |
| | MTH | Review correspondence from Clerk of CA3 re follow up letter re confirmation appeals | 0.50 | 195.00 |
| | | FOR CURRENT SERVICES RENDERED | 9.10 | 3,473.00 |

W.R. Grace

| | | ACCOUNT NO: | 3000-17D |
|---|---|---|---|
| | | STATEMENT NO: | 120 |

Plan and Disclosure Statement

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $470.00 | $47.00 |
| Mark T. Hurford | 5.60 | 390.00 | 2,184.00 |
| Kathleen Campbell Davis | 3.10 | 390.00 | 1,209.00 |
| Timothy Simpson | 0.30 | 110.00 | 33.00 |

TOTAL CURRENT WORK 3,473.00

08/13/2012    Payment - Thank you. (May, 2012 - 80% Fees)    -436.80

BALANCE DUE    $15,915.40

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 08/31/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-18D |
|  | STATEMENT NO: | 120 |

Relief from Stay Proceedings

| PREVIOUS BALANCE |  | -$242.10 |
|---|---|---|
| CREDIT BALANCE |  | -$242.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                                08/31/2012
Wilmington  DE                                                         ACCOUNT NO:        3000-20D
                                                                       STATEMENT NO:              119

Tax Litigation

PREVIOUS BALANCE                                                                            $468.80

BALANCE DUE                                                                                 $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-21D |
|  | STATEMENT NO:              111 |

Travel-Non-Working

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $386.00 |
| 08/13/2012 | Payment - Thank you. (May, 2012 - 80% Fees) | -312.00 |
| | BALANCE DUE | $74.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                08/31/2012
Wilmington  DE                                    ACCOUNT NO:        3000-22D
                                                  STATEMENT NO:              124

Valuation

PREVIOUS BALANCE                                                     $1,185.00

BALANCE DUE                                                          $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                 08/31/2012
Wilmington  DE                                       ACCOUNT NO:        3000-23D
                                                     STATEMENT NO:           124

ZAI Science Trial

PREVIOUS BALANCE                                                      $1,203.30

BALANCE DUE                                                          $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2012

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 45.10 | 0.00 | 0.00 | 0.00 | 0.00 | $45.10 |
| 3000-04 Case Administration | | | | | |
| 528.87 | 0.00 | 0.00 | 0.00 | 0.00 | $528.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,672.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,672.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -116.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$116.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,795.04 | 4,687.00 | 0.00 | 0.00 | -3,174.40 | $14,307.64 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -578.50 | 0.00 | 0.00 | 0.00 | -124.80 | -$703.30 |
| 3000-10 Employment Applications, Others | | | | | |
| 850.50 | 0.00 | 0.00 | 0.00 | 0.00 | $850.50 |
| 3000-11 Expenses | | | | | |
| 14,391.61 | 0.00 | 2,756.10 | 0.00 | -2,902.96 | $14,244.75 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,693.30 | 744.00 | 0.00 | 0.00 | -487.20 | $3,950.10 |
| 3000-13 Fee Applications, Others | | | | | |
| 11,194.70 | 4,061.00 | 0.00 | 0.00 | -2,993.60 | $12,262.10 |

W.R. Grace

ACCOUNT NO:                3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 85.80 | 0.00 | 0.00 | 0.00 | 0.00 | $85.80 |
| 3000-15 Hearings | | | | | |
| 6,230.65 | 156.00 | 0.00 | 0.00 | -1,404.00 | $4,982.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,324.30 | 0.00 | 0.00 | 0.00 | -592.80 | -$1,917.10 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 12,879.20 | 3,473.00 | 0.00 | 0.00 | -436.80 | $15,915.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -242.10 | 0.00 | 0.00 | 0.00 | 0.00 | -$242.10 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 386.00 | 0.00 | 0.00 | 0.00 | -312.00 | $74.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 66,348.87 | 13,121.00 | 2,756.10 | 0.00 | -12,428.56 | $69,797.41 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.