IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., <u>et al</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | **Objection Date: December 4, 2012 @ 4:00 p.m.** |

**NOTICE OF FORTY-SIXTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2012 THROUGH SEPTEMBER 30, 2012**

Name of Applicant:  <u>Caplin & Drysdale, Chartered</u>

Authorized to Provide Professional Services to:  <u>The Official Committee of Asbestos Personal Injury Claimants</u>

Date of Retention:  <u>April 12, 2001</u>

Period for which Compensation and Reimbursement is sought:  <u>July 1, 2012 through September 30, 2012</u>

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: <u>$103,136.00</u>

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: <u>$7,778.83</u>

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: <u>$40,649.60</u>

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: <u>$4,089.79</u>

Total Amount of Holdback Fees Sought for applicable period:  <u>$20,627.20</u>

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2012 THROUGH SEPTEMBER 30, 2012**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 8/30/2012; 29533 | July 2012 | $50,812.00 | $4,089.79 | $40,649.60 | $4,089.79 |
| 10/14/2012; 29738 | August 2012 | $28,956.50 | $3,318.37 | $0.00 | $0.00 |
| 11/07/2012; 29864 | September 2012 | $23,367.50 | $370.67 | $0.00 | $0.00 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative July to Sept 2012 Hours | Cumulative July-Sept 2012 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $.00 | 24.7 | $ 13,840.50 |
| Asset Disposition | .0 | .00 | 8.8 | 5,366.00 |
| Business Operations | .7 | 654.50 | 64.1 | 36,855.00 |
| Case Administration | 7.9 | 5,061.00 | 5,629.7 | 1,780,766.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 | 1,877.1 | 787,080.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .1 | 93.50 | 90.6 | 47,116.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | 1.3 | 591.00 | 173.8 | 101,975.50 |
| Employee Benefits/Pension | .0 | .00 | 20.8 | 14,349.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |
| Employment Applications, Others | .0 | .00 | 89.2 | 42,674.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Fee Applications, Applicant | 19.5 | 7,203.50 | 923.8 | 323,424.00 |
| Fee Applications, Others | .0 | .00 | 124.4 | 49,164.00 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | 30.1 | 15,260.50 | 28,469.2 | 12,771,049.50 |
| Plan & Disclosure Statement | 83.2 | 74,272.00 | 6,035.1 | 3,707,852.50 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | .0 | .00 | 1,855.8 | 491,416.00 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 194.5 | 98,519.50 |
| **Totals** | **142.8** | **$103,136.00** | **46,245.7** | **20,691,159.00** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 07/01/12 – 09/30/12 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $7,439.75 | $ 423,028.89 |
| Pacer Database Charges | 51.40 | 51.40 |
| Research Material | .00 | 12,254.04 |
| Air Freight & Express Mail | 29.60 | 25,111.23 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,418.22 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | 114.00 | 222,340.74 |
| Meals Related to Travel | .00 | 30,530.59 |
| Travel Expenses – Hotel Charges | .00 | 129,889.83 |
| Travel Expenses – Ground Transportation | .00 | 85,993.48 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on | .00 | 1,956.43 |

| | | |
|---|---:|---:|
| Hotel Bill | | |
| Local Transportation - DC | 124.20 | 7,141.81 |
| Local Transportation – NY | .00 | 615.20 |
| Xeroxing | .00 | 116,143.95 |
| Postage | 1.10 | 6,982.05 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | 8.48 | 2,605.17 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | 10.30 | 32.77 |
| **TOTAL** | **$ 7,778.83** | **$ 3,939,283.63** |

CAPLIN & DRYSDALE

/s/Elihu Inselbuch
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY  10022
(212) 379-6000

*National Counsel for Official Committee*
*Of Asbestos Personal Injury Claimants*

Dated: November 14, 2012