## EXHIBIT A

**Business Operations (.70 Hours; $ 654.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $935 | 654.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/13/2012 | PVL | 935.00 | 0.60 | Rv Grace 6/30/12 10-Q |
| 9/27/2012 | PVL | 935.00 | 0.10 | Rv Higgins email |

**Total Task Code .03      .70**

**Case Administration (7.90 Hours; $ 5,061.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .90 | $1,000 | 900.00 |
| Peter Van N. Lockwood | 2.20 | $935 | 2,057.00 |
| Rita C. Tobin | 3.20 | $545 | 1,744.00 |
| Eugenia Benetos | 1.60 | $225 | 360.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/2/2012 | EI | 1,000.00 | 0.90 | Status inquiry re: warrants (.1); claimant call and J. Donley (.3); telephone conferences with J. Sinclair re: warrants (.5). |
| 7/3/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 7/9/2012 | PVL | 935.00 | 0.30 | Rv docs for filing |
| 7/10/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 7/13/2012 | PVL | 935.00 | 0.30 | Rv docs for filing |
| 7/16/2012 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 7/20/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re EI update (0.2) |

| Date | | | | |
|------|------|--------|------|------|
| 7/31/2012 | PVL | 935.00 | 0.10 | Rv 12 misc. filings |
| 8/2/2012 | PVL | 935.00 | 0.40 | Teleconf. Brickley |
| 8/3/2012 | PVL | 935.00 | 0.10 | Rv 11 misc. filings |
| 8/3/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 8/10/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 8/13/2012 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |
| 8/17/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 8/30/2012 | EB | 225.00 | 1.20 | Update Plan documents folder. |
| 9/6/2012 | EB | 225.00 | 0.40 | Conf. with EI re: Grace. |
| 9/7/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 9/10/2012 | PVL | 935.00 | 0.40 | Teleconf. Brickley |
| 9/11/2012 | RCT | 545.00 | 0.10 | Conference EB re: change of address notices (.1). |
| 9/11/2012 | RCT | 545.00 | 0.60 | Conference EB re: change of address notice (.1); review rules re: same (.3); review draft notices (.2). |
| 9/14/2012 | RCT | 545.00 | 0.20 | Review change of address notice (.2). |
| 9/14/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 9/14/2012 | PVL | 935.00 | 0.20 | Teleconf. Wilson |
| 9/17/2012 | RCT | 545.00 | 0.10 | Respond to EI re: filing change of address forms (.1). |
| 9/19/2012 | RCT | 545.00 | 0.20 | Final review and edit of change of address forms (.2). |
| 9/19/2012 | PVL | 935.00 | 0.10 | Rv docs for filing |
| 9/21/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 9/24/2012 | PVL | 935.00 | 0.10 | Rv 9 misc. filings |

| 9/28/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |

**Total Task Code .04**        **7.90**

### Claim Analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 93.50)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | .10 | | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/27/2012 | PVL | 935.00 | 0.10 | Rv motion re Weedsport site |

**Total Task Code .06**        **.10**

### Committee, Creditors', Noteholders' or Equity Holders' (1.30 Hours; $ 591.00)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Inselbuch | | .30 | | $1,000 | 300.00 |
| Kevin C. Maclay | | .20 | | $555 | 111.00 |
| Eugenia Benetos | | .80 | | $225 | 180.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/20/2012 | EI | 1,000.00 | 0.30 | Prepare for and Committee call (.2); memo re same(.1). |
| 9/5/2012 | KCM | 555.00 | 0.10 | Review memo to ACC re warrants |
| 9/20/2012 | KCM | 555.00 | 0.10 | Review memos to ACC |
| 9/26/2012 | EB | 225.00 | 0.80 | Review and update conference call binder for EI's reference (.8). |

**Total Task Code .07**        **1.30**

**Fee Applications, Applicant (19.50 Hours; $ 7,203.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 8.80 | $545 | 4,796.00 |
| Eugenia Benetos | 10.70 | $225 | 2,407.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/10/2012 | RCT | 545.00 | 0.60 | Address fee issues (.6). |
| 7/11/2012 | EB | 225.00 | 0.60 | Prepare check breakdown for EI, JR and myself and update fee schedule accordingly. |
| 7/12/2012 | EB | 225.00 | 0.60 | Prepare check breakdown for EI, JR and myself and update fee schedule accordingly. |
| 7/13/2012 | RCT | 545.00 | 0.30 | Address fee issues (0.3) |
| 7/18/2012 | RCT | 545.00 | 0.80 | Review prebills (0.8) |
| 7/20/2012 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
| 7/25/2012 | RCT | 545.00 | 0.40 | Address fee and expense issues (0.4) |
| 7/26/2012 | RCT | 545.00 | 1.00 | Review fee apps (1.0) |
| 7/26/2012 | EB | 225.00 | 1.60 | Work on monthly fee application. |
| 7/27/2012 | EB | 225.00 | 0.60 | Prepare materials for Federal Express and create cover memos and emails to CM. |
| 7/27/2012 | RCT | 545.00 | 0.30 | Address fee and expense issues (0.3) |
| 7/31/2012 | RCT | 545.00 | 0.20 | Review Fee App Schedules for August (0.2) |
| 8/8/2012 | RCT | 545.00 | 0.20 | Address fee issues (.2). |
| 8/9/2012 | RCT | 545.00 | 0.50 | Review pre-bill (.5). |
| 8/10/2012 | RCT | 545.00 | 0.80 | Review fee application (.8). |
| 8/13/2012 | EB | 225.00 | 1.60 | Work on interim. |
| 8/13/2012 | EB | 225.00 | 0.60 | Perform review of fee application schedule and create breakdown for EI review. |
| 8/14/2012 | EB | 225.00 | 0.20 | Send email to local counsel re: fee application. |

| 8/16/2012 | RCT | 545.00 | 0.50 | Review prebills (.5). |
|-----------|-----|--------|------|------------------------|
| 8/20/2012 | EB | 225.00 | 1.10 | Work on fee application. |
| 8/22/2012 | EB | 225.00 | 0.40 | Prepare material for Federal Express (.1) prepare email drafts for each (.1) and update fee application schedule (.2). |
| 9/4/2012 | RCT | 545.00 | 0.20 | Review fee application schedule for September (.2). |
| 9/5/2012 | EB | 225.00 | 1.00 | Perform review of spreadsheet re: conference call minutes. |
| 9/6/2012 | RCT | 545.00 | 0.60 | Address fee issues (.6). |
| 9/11/2012 | RCT | 545.00 | 0.30 | Review fee auditor query (.1); email to PVNL re: same (.1); review PVNL reply/reply to fee auditor (.1). |
| 9/11/2012 | RCT | 545.00 | 0.50 | Review prebills and email AB re: edits (.5). |
| 9/12/2012 | EB | 225.00 | 0.60 | Perform check breakdown for EI review and reference. |
| 9/18/2012 | RCT | 545.00 | 0.30 | Address fee issues (.3). |
| 9/27/2012 | RCT | 545.00 | 1.00 | Review fee application (1.0). |
| 9/27/2012 | EB | 225.00 | 1.20 | Work on fee application. |
| 9/27/2012 | EB | 225.00 | 0.60 | Perform review of case spreadsheet re: payment history and make necessary updates. |

**Total Task Code .12**      **19.50**


### Litigation and Litigation Consulting (30.10 Hours; $ 15,260.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---------------|-----------------|--------------|-------|
| Elihu Inselbuch | .10 | $1,000 | 100.00 |
| Peter Van N. Lockwood | .40 | $935 | 374.00 |
| James P. Wehner | 1.00 | $555 | 555.00 |
| Kevin C. Maclay | 19.30 | $555 | 10,711.50 |
| Jeanna Rickards Koski | .50 | $420 | 210.00 |
| Andrew J. Sackett | .20 | $380 | 76.00 |
| Todd E. Phillips | 8.40 | $380 | 3,192.00 |

Mollie E. Gelburd                    .20                    $210                    42.00

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/2/2012 | KCM | 555.00 | 0.20 | Review transcript edits |
| 7/3/2012 | KCM | 555.00 | 0.50 | Review transcript, various suggested revisions (.2), and plan/prepare for and attend conference call with co-appellees (.3) |
| 7/6/2012 | KCM | 555.00 | 0.10 | Review additional transcript edits and communicate with TEP and co-appellees re same and review related communications |
| 7/6/2012 | KCM | 555.00 | 0.10 | Plan/prepare for and communicate with co-counsel re proposed stipulation issue |
| 7/9/2012 | KCM | 555.00 | 0.80 | Review/analyze briefs, cases and materials re 2019 issues for motion |
| 7/9/2012 | KCM | 555.00 | 0.20 | Review/analyze collateral estoppel issue and communicate with TEP re same |
| 7/9/2012 | TEP | 380.00 | 0.60 | Confer with KCM re: W.D. Pa. appeal (0.2); legal research re: collateral estoppel (2.3).  [Total time of 2.5 hrs. divided among 4 clients.] |
| 7/10/2012 | TEP | 380.00 | 0.50 | Legal research re: collateral estoppel.  [Total time of 2.0 hrs. divided among 4 clients.] |
| 7/11/2012 | TEP | 380.00 | 0.50 | Research re: collateral estoppel.  [Total time of 2.1 hrs. divided among 4 clients.] |
| 7/11/2012 | KCM | 555.00 | 0.30 | Review materials re stipulation issue and communicate with TEP re same |
| 7/12/2012 | KCM | 555.00 | 1.00 | Draft/revise motion to amend 2019 order (.8) and review/analyze related materials (.2) |
| 7/13/2012 | KCM | 555.00 | 1.10 | Draft/revise 2019 motion (.9) and review/analyze related materials (.2) |
| 7/16/2012 | KCM | 555.00 | 2.10 | Draft/revise motion to amend 2019 orders (1.7) and review/analyze related cases and materials (.4) |
| 7/17/2012 | KCM | 555.00 | 1.20 | Draft/revise motion to amend 2019 orders (.8) and review/analyze related cases and materials and communicate with EI, PVNL and TEP re same (.4) |

| 7/17/2012 | JMR | 420.00 | 0.10 | Amend brief |
|---|---|---|---|---|
| 7/17/2012 | PVL | 935.00 | 0.10 | Rv draft 2019 motion |
| 7/18/2012 | KCM | 555.00 | 1.20 | Draft/revise 2019 motion (.8), review/analyze related materials and communicate with local counsel re same (.4) |
| 7/19/2012 | KCM | 555.00 | 1.30 | Draft/revise 2019 motion and proposed order and review/analyze related materials and communicate with local counsel re same |
| 7/19/2012 | JMR | 420.00 | 0.40 | Edit proposed order |
| 7/19/2012 | MEG | 210.00 | 0.20 | Retrieve 2019 statement in asbestos bankruptcy matter and compare document to draft per KCM. |
| 7/19/2012 | PVL | 935.00 | 0.20 | Rv revised draft 2019 motion and cn KCM re same |
| 7/20/2012 | TEP | 380.00 | 0.50 | Research re: collateral estoppel. |
| 7/20/2012 | KCM | 555.00 | 0.30 | Communicate with local counsel and review filings |
| 7/23/2012 | KCM | 555.00 | 0.10 | Communicate with PVNL and local counsel re 2019 filing issue |
| 8/3/2012 | TEP | 380.00 | 0.40 | Prepare and edit motion to stay (1.2); confer with KCM re: same (.4).  (Total time of 1.6 hours divided among 4 clients.) |
| 8/3/2012 | KCM | 555.00 | 0.60 | Review Garlock letter to Court, Garlock CMO, and related materials to plan/prepare for and communicate with co-appellees re same |
| 8/3/2012 | KCM | 555.00 | 0.10 | Plan/prepare for appeal developments |
| 8/3/2012 | KCM | 555.00 | 0.30 | Review stay materials and communicate with TEP re same |
| 8/4/2012 | KCM | 555.00 | 0.70 | Review stay materials |
| 8/5/2012 | KCM | 555.00 | 0.40 | Review stay materials |
| 8/6/2012 | KCM | 555.00 | 0.40 | Review briefs, cases and materials re stay issues |
| 8/6/2012 | TEP | 380.00 | 2.30 | Prepare and edit motion to stay (4.8); legal research re motion to stay (4.5).  (Total time of 9.3 hours divided among 4 clients.) |

| 8/7/2012 | AJS | 380.00 | 0.10 | Review of email from TWS re appellate court decision regarding stay. |
| 8/7/2012 | KCM | 555.00 | 0.10 | Review other discovery re Garlock's request for a stay |
| 8/9/2012 | KCM | 555.00 | 0.50 | Review stay materials |
| 8/10/2012 | KCM | 555.00 | 0.50 | Plan/prepare for potential stay motion (.3); and review/analyze related briefs, cases and materials (.2). |
| 8/14/2012 | KCM | 555.00 | 0.30 | Review final orders and related documents to be uploaded re 2019 (.2); and communicate with local counsel re same (.1). |
| 8/14/2012 | KCM | 555.00 | 0.20 | Review entered orders in Delaware cases (.1); and communicate with EI re same (.1). |
| 8/14/2012 | PVL | 935.00 | 0.10 | Rv 2019 order |
| 8/15/2012 | KCM | 555.00 | 0.40 | Review 2019 materials |
| 8/16/2012 | KCM | 555.00 | 0.30 | Review 2019 materials |
| 8/17/2012 | KCM | 555.00 | 0.10 | Review PA 2019 order |
| 8/21/2012 | KCM | 555.00 | 0.50 | Draft/revise memo re 2019 issues (.3); and review/analyze related briefs, memos, cases and materials (.2). |
| 8/22/2012 | KCM | 555.00 | 0.70 | Draft/revise 2019 memo (.5); and review/analyze related briefs, memos, cases and materials (.2). |
| 8/22/2012 | KCM | 555.00 | 0.50 | Plan/prepare for stay motion (.3) and review related briefs, cases and materials (.2). |
| 8/23/2012 | KCM | 555.00 | 0.20 | Draft/revise 2019 memo (.1); and distribute memo and order internally (.1). |
| 8/24/2012 | JPW | 555.00 | 1.00 | Research stay issue and review/analyze cases and materials re stay (.7); and plan/prepare for potential stay motion (.3). |
| 8/27/2012 | KCM | 555.00 | 0.90 | Communicate with EI re 2019 issues and memo (.1); communicate with ACM re distribution (.1); communicate with local counsel re lack of objections (.2); draft/revise and send out 2019 memo and review related materials (.5). |

| 8/27/2012 | TEP | 380.00 | 0.10 | Confer with KCM re: motion to stay. (Total 0.5 hour split among 4 client numbers.) |
| 8/27/2012 | EI | 1,000.00 | 0.10 | Review 2019 memo (.1). |
| 8/28/2012 | TEP | 380.00 | 1.00 | Legal research re: motion to stay. (Total of 4.0 hours split among 4 client numbers.) |
| 8/29/2012 | TEP | 380.00 | 1.30 | Legal research re: motion to stay. (Total of 5.3 hours split among 4 clients.) |
| 8/30/2012 | TEP | 380.00 | 1.20 | Legal research re: motion to stay. (Total of 4.8 hours split among 4 clients.) |
| 9/4/2012 | AJS | 380.00 | 0.10 | Review of email from KCM re Rule 2019 orders. |
| 9/4/2012 | KCM | 555.00 | 1.00 | Plan/prepare for stay filing and review/analyze related cases and materials |
| 9/5/2012 | KCM | 555.00 | 0.10 | Review information and communications re impact of Garlock schedule on 12-case appeal and communicate with co-appellees re same |

**Total Task Code .16**        **30.10**


**Plan & Disclosure Statement (83.20 Hours; $ 74,272.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 29.40 | $1,000 | 29,400.00 |
| Peter Van N. Lockwood | 38.70 | $935 | 36,184.50 |
| Ann C. McMillan | 3.50 | $645 | 2,257.50 |
| Jeffrey A. Liesemer | 9.90 | $555 | 5,494.50 |
| Kevin C. Maclay | .90 | $555 | 499.50 |
| Rita C. Tobin | .80 | $545 | 436.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/2/2012 | KCM | 555.00 | 0.90 | Review Garlock emergency stay motion |
| 7/2/2012 | PVL | 935.00 | 0.10 | Rv Garlock est. order |
| 7/3/2012 | PVL | 935.00 | 1.50 | Tcn Shelnitz, Donley, Paul, Frankel & Wyron (1.1); teleconf. EI (.2); tcn Frankel & EI (.2) |

| 7/3/2012 | EI | 1,000.00 | 0.50 | Telephone conference with PVNL and R. Frankel re: substantial consolidation issues (.5). |
| 7/5/2012 | EI | 1,000.00 | 1.00 | Various memos re: warrants and reading Grace materials (1.0). |
| 7/5/2012 | PVL | 935.00 | 1.90 | Rv draft stip. and emails re same (.1); rv proposed Goldman TS (.2); rv draft stay oppo. and email comments (1.6) |
| 7/6/2012 | PVL | 935.00 | 2.80 | Tcn Frankel, Wyron & EI (.2); tcn Shelnitz, Finke, Donley, Paul, Esayian, Frankel, Wyron, et al (.9); rv revised draft stay oppo. and email comments (1.3); rv emails and reply (.4) |
| 7/6/2012 | EI | 1,000.00 | 0.30 | Telephone conference wit R. Frankel, R. Wyron and PVNL re: warrants (.3). |
| 7/8/2012 | PVL | 935.00 | 0.40 | Rv revised draft stay oppo. |
| 7/9/2012 | PVL | 935.00 | 0.90 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (.6); rv emails & reply (.3) |
| 7/10/2012 | PVL | 935.00 | 2.40 | Tcn Sinclair & EI (.7); tcn O'Connell, Shelnitz, Filon, Paul, Frankel, Wyron, Radecki, Sinclair, Rapp, EI, et al (1.4); rv PD FCR stay oppo. (.1); rv emails & reply (.1); teleconf. EI (.1) |
| 7/10/2012 | EI | 1,000.00 | 3.10 | Warrant status inquiry (.1); read materials (.3); telephone conference J. Sinclair (.1); telephone conference J. Sinclair/PVNL re: warrants (1.0); telephone conference R. Frankel (.1); warrants call (1.3); telephone conference with PVNL (.2). |
| 7/11/2012 | EI | 1,000.00 | 0.80 | Memo from R. Horkovich (.1); memo re: warrants (.2); telephone conference J. Sinclair/B.Rapp re: status (.2); telephone conference R. Horkovich re: insurance litigation (.2); telephone call to claimant (.1). |
| 7/11/2012 | PVL | 935.00 | 0.50 | Rv notices of appeal (.3); rv emails (.2) |
| 7/11/2012 | ACM | 645.00 | 0.50 | Teleconference EI re Grace warrants (.1); exchange e-mails with L. Busch re TDP (.4). |
| 7/12/2012 | PVL | 935.00 | 0.20 | Rv emails & reply |
| 7/13/2012 | ACM | 645.00 | 0.30 | Teleconference EI re insurance issues. |

| | | | | |
|---|---|---|---|---|
| 7/13/2012 | PVL | 935.00 | 0.40 | Rv notices of appeal & exchange emails with Hurford re entry of appearance |
| 7/13/2012 | EI | 1,000.00 | 0.40 | Reviewing R. Horkovich insurance issue (.2); telephone conference with ACM re: same (.1); memo to R. Frankel (.1). |
| 7/15/2012 | EI | 1,000.00 | 0.50 | Conference J. Sinclair re: warrants (.5). |
| 7/16/2012 | PVL | 935.00 | 1.40 | Rv emails & reply (.4); rv Garlock summary of case (.1); rv Garlock stay reply & Ex. P (.4); teleconf. Donley (.5) |
| 7/16/2012 | JAL | 555.00 | 1.90 | Review and analysis of correspondence relating to confirmation and appeal issues. |
| 7/16/2012 | EI | 1,000.00 | 0.70 | Prepare for meeting (.3); telephone conference R. Horkovich re: insurance (.2); telephone conference J. Sinclair re: warrants (.2). |
| 7/17/2012 | EI | 1,000.00 | 0.10 | Telephone conference KCM and worked on draft 2019 motions (.1). |
| 7/17/2012 | EI | 1,000.00 | 2.70 | Warrants purchase conference and memo to Committee (2.0); conference call to prepare for Montana meeting (.7). |
| 7/17/2012 | JAL | 555.00 | 2.60 | Review and analysis of materials relating to confirmation and appeals. |
| 7/17/2012 | JAL | 555.00 | 0.70 | Review and analysis of memo from EI re: plan issues. |
| 7/17/2012 | JAL | 555.00 | 0.10 | Tele. call w/PVNL re: third Circuit appeals and related issues. |
| 7/17/2012 | PVL | 935.00 | 2.30 | Tcn Shelnitz, Donley, Frankel & Wyron (.6); prep. for call re Montana (.8); tcn Donley, Paul, Frankel, Wyron & EI (.6); rv EI memo to ACC (.1); rv CA 3 notices (.1); cn JAL (.1) |
| 7/18/2012 | PVL | 935.00 | 0.30 | Teleconf. EI |
| 7/18/2012 | JAL | 555.00 | 0.70 | Review and analysis of materials relating to confirmation issues and appeals. |
| 7/18/2012 | EI | 1,000.00 | 3.10 | Montana meeting (3.0); telephone conference with PVNL re: same (.1). |

| 7/19/2012 | EI | 1,000.00 | 0.10 | Reviewed draft 2019 motion and telephone conference KCM (.1). |
|---|---|---|---|---|
| 7/19/2012 | PVL | 935.00 | 1.10 | Rv Montana CA 3 filings (.2); tcn Shelnitz et al (.9) |
| 7/20/2012 | PVL | 935.00 | 0.10 | Rv Canada des. of record |
| 7/23/2012 | PVL | 935.00 | 1.00 | Rv CA 3 filings and emails Hurford re same (.7); rv emails (.1); rv Buckwalter op. re AMH motion (.2) |
| 7/24/2012 | PVL | 935.00 | 0.50 | Rv various CA 3 ECF filings (.3); rv ACC/FCR warrant proposal (.1); rv AMH stmt. of issues (.1) |
| 7/25/2012 | PVL | 935.00 | 0.50 | Teleconf. EI (.1); rv CA 3 ECF filings (.4) |
| 7/25/2012 | EI | 1,000.00 | 0.20 | Status with PVNL (.1); telepphone conference J. Sinclair re: status (.1). |
| 7/26/2012 | PVL | 935.00 | 0.90 | Teleconf. Wyron |
| 7/26/2012 | JAL | 555.00 | 0.30 | Review and analysis of materials re: confirmation and appeals issues. |
| 7/27/2012 | PVL | 935.00 | 0.10 | Rv multiple CA 3 ECF filings |
| 7/30/2012 | PVL | 935.00 | 1.40 | Rv new CA 3 op. re equitable mootness (.4); tcn Donley, Frankel & Wyron (.6); teleconf. EI (.2); rv multiple CA 3 ECF filings (.2) |
| 7/31/2012 | PVL | 935.00 | 1.10 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |
| 8/1/2012 | ACM | 645.00 | 0.70 | Teleconference R. Horkovich re insurance matters (.2); exchange e-mails with J. Cooney re sequencing adjustment (.2); prepare chart for R. Horkovich (.3). |
| 8/1/2012 | EI | 1,000.00 | 1.10 | Sentry insurance settlement (.1); Sealed Air call scheduling (.1); warrants matter with J. Sinclair and PVNL (.7); telephone conference with J. Sinclair re: same (.2). |
| 8/1/2012 | PVL | 935.00 | 0.80 | Teleconf. Sinclair (.5); rv email (.1); teleconf. EI (.2) |
| 8/2/2012 | EI | 1,000.00 | 0.10 | Telephone conference with J. Sinclair re: warrants (.1). |
| 8/3/2012 | EI | 1,000.00 | 0.10 | Status (.1). |
| 8/3/2012 | PVL | 935.00 | 0.20 | Rv Grace Bus. Update |

| 8/6/2012 | JAL | 555.00 | 2.90 | Review and analysis of materials re: confirmation and appeals issues. |
|---|---|---|---|---|
| 8/6/2012 | EI | 1,000.00 | 0.30 | Telephone conference R. Horkovich re: insurance demand (.3). |
| 8/7/2012 | EI | 1,000.00 | 1.00 | Grace conference call re: Sealed Air and Speitz (.8); memo to PVNL (.2). |
| 8/7/2012 | JAL | 555.00 | 0.40 | Review and analysis of materials re: confirmation and appeals issues. |
| 8/12/2012 | PVL | 935.00 | 0.10 | Rv emails and reply |
| 8/13/2012 | PVL | 935.00 | 0.90 | Teleconf. Donley (.2); rv Orrick memo re eff. date (.3); rv draft TS re eff. date (.3); rv emails (.1) |
| 8/13/2012 | EI | 1,000.00 | 0.20 | Memo to PVNL re: Sealed Air (.2). |
| 8/14/2012 | EI | 1,000.00 | 0.40 | Telephone conference J. Sinclair re: warrants (.2); telephone conference PVNL re: same (.2). |
| 8/14/2012 | PVL | 935.00 | 1.60 | Tcn Shelnitz, Donley, Paul, Frankel & Wyron (1.0); teleconfs. EI (.2); rv revised Sealed Air TS and memo re same (.3); rv emails (.1) |
| 8/14/2012 | ACM | 645.00 | 0.60 | Review B. Horkovich analyses. |
| 8/15/2012 | PVL | 935.00 | 1.80 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.5); rv BNSF summary of case (.1); rv revised draft of Sealed Air TS (.2) |
| 8/16/2012 | EI | 1,000.00 | 0.60 | Reviewed R. Horkovich materials (.2); telephone conference R. Frankel  re: warrants and Sealed Air (.2); telephone conference J. Sinclair re: warrants (.2). |
| 8/20/2012 | EI | 1,000.00 | 0.30 | Telephone conference R. Horkovich re: insurance issue (.3). |
| 8/20/2012 | ACM | 645.00 | 0.10 | Teleconference R. Horkovich re status of case. |
| 8/20/2012 | PVL | 935.00 | 2.10 | Rv emails (.1); tcn White, Turetsky, Coco, Shelnitz, Donley, Paul, Frankel & Wyron (1.2); tcn Shelnitz, Donley, Paul, Frankel & Wyron (.8) |
| 8/22/2012 | PVL | 935.00 | 0.20 | Rv emails |

| | | | | |
|---|---|---|---|---|
| 8/24/2012 | PVL | 935.00 | 2.90 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.7); tcn Turetsky, Coco, Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.2) |
| 8/28/2012 | PVL | 935.00 | 0.90 | Tcn Shelnitz, Finke, Donley, Paul, Frankel and Wyron |
| 8/29/2012 | ACM | 645.00 | 0.20 | Teleconference PVNL re status. |
| 8/30/2012 | EI | 1,000.00 | 0.10 | Note to R. Horkovich (.1). |
| 9/3/2012 | PVL | 935.00 | 0.10 | Rv emails & reply |
| 9/4/2012 | PVL | 935.00 | 0.50 | Tcn Shelnitz, Finke, Donley, Paul, Frankel, Wyron et al |
| 9/4/2012 | ACM | 645.00 | 0.40 | Teleconference EI re Sealed Air (.1); prepare case status summary (.3). |
| 9/4/2012 | EI | 1,000.00 | 1.00 | Various calls to J. Sinclair and memos to R. Frankel et al re: warrants (1.0). |
| 9/5/2012 | EI | 1,000.00 | 1.70 | Telephone conferences with J. Sinclair and file reviews re: warrants (.5); telephone conference R. Frankel et al re: same (.5); memo to Committee re: same (.5); read final warrant proposal (.2). |
| 9/5/2012 | ACM | 645.00 | 0.50 | Teleconferences EI, EB re Committee consideration of warrant proposal issues and review files re same. |
| 9/6/2012 | EI | 1,000.00 | 0.20 | Claimant inquiry (.1); scheduling with R. Horkovich (.1). |
| 9/6/2012 | PVL | 935.00 | 0.10 | Rv emails |
| 9/7/2012 | EI | 1,000.00 | 1.10 | Warrants matters with J. Sinclair and R. Frankel (1.0); memo to S. Cohn (.1). |
| 9/10/2012 | EI | 1,000.00 | 0.50 | Memos to J. Sinclair re: warrants (.5). |
| 9/10/2012 | PVL | 935.00 | 0.20 | Rv emails (.1); rv 8-K (.1) |
| 9/10/2012 | RCT | 545.00 | 0.20 | Reply to local counsel re: objections/CNOs (.2). |
| 9/11/2012 | EI | 1,000.00 | 1.20 | Telephone conference J. Sinclair re: warrants (.2); conference R. Horkovich/D. Nolan re: insurance claims (1.0). |

| | | | | |
|---|---|---|---|---|
| 9/11/2012 | PVL | 935.00 | 0.60 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (.5); rv emails & reply (.1) |
| 9/12/2012 | PVL | 935.00 | 0.30 | Teleconf. EI |
| 9/12/2012 | EI | 1,000.00 | 0.80 | Telephone conference M. Shelnitz (.2); telephone conference J. Sinclair (.2); telephone conference R. Frankel (.2); telephone conference PVNL (.2) all re: warrants deal. |
| 9/12/2012 | RCT | 545.00 | 0.60 | Review and edit exhibits (.6). |
| 9/13/2012 | EI | 1,000.00 | 0.20 | Telephone conference R. Frankel re: Montana and warrants (.2). |
| 9/13/2012 | PVL | 935.00 | 0.30 | Rv emails (.2); rv misc. AMH CA 3 filings (.1) |
| 9/14/2012 | PVL | 935.00 | 0.20 | Rv Grace 9/10/12 8-K |
| 9/14/2012 | EI | 1,000.00 | 0.20 | Looked over draft warrant proposal (.2). |
| 9/17/2012 | PVL | 935.00 | 0.20 | Rv draft TS and emails re same |
| 9/18/2012 | PVL | 935.00 | 0.10 | Teleconf. EI |
| 9/18/2012 | EI | 1,000.00 | 0.40 | Telephone conference PVNL re: warrants status (.2); telephone conference Westbrook's office (.2). |
| 9/19/2012 | EI | 1,000.00 | 0.80 | Telephone conference with R. Frankel and M. Shelnitz re: warrants (.5); telephone conference J. Sinclair (.1); Dairyland settlement (.2). |
| 9/19/2012 | PVL | 935.00 | 0.20 | Rv emails |
| 9/20/2012 | JAL | 555.00 | 0.30 | Review and analysis of memo from EI re: proposed insurance settlement and review of proposed settlement agreement. |
| 9/20/2012 | PVL | 935.00 | 0.20 | Rv emails (.1); teleconf. EI (.1) |
| 9/20/2012 | EI | 1,000.00 | 0.50 | Memo re: warrants (.5). |
| 9/21/2012 | ACM | 645.00 | 0.20 | Exchange e-mails with P. Matheny re document repository. |
| 9/21/2012 | PVL | 935.00 | 0.20 | Rv email & reply (.1); rv draft notices (.1) |
| 9/24/2012 | PVL | 935.00 | 0.90 | Teleconfs. EI (.3); tcn Shelnitz, Donley, Paul, Frankel, Wyron & EI (.5); rv emails (.1) |

| 9/24/2012 | EI | 1,000.00 | 0.80 | Warrants memos (.2); telephone conference M. Shelnitz et al re: same (.6). |
|---|---|---|---|---|
| 9/25/2012 | EI | 1,000.00 | 1.80 | Conference call with M. Shelnitz et al (.6); telephone conference J. Sinclair (.3); telephone conference PVNL, R. Frankel and R. Wyron re: warrants (.3); telephone conference J. Sinclair (.2); telephone conference R. Frankel/R. Wyron/PVNL re: same (.3); read memos (.1). |
| 9/25/2012 | PVL | 935.00 | 1.20 | Tcn Shelnitz, Finke, Donley, Frankel, Wyron & EI (.4); tcs Frankel, Wyron & EI (.8) |
| 9/28/2012 | EI | 1,000.00 | 0.50 | Telephone conference M. Shelnitz et al to finalize warrants deal (.5). |
| 9/28/2012 | PVL | 935.00 | 0.10 | Teleconf. EI |

**Total Task Code .17        83.20**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $29.60 |
| Air & Train Transportation | $114.00 |
| Local Transportation – DC | $124.20 |
| Conference Call Services | $10.30 |
| Pacer - Database Charges | $51.40 |
| Database Research | $7,439.75 |
| Postage & Air Freight | $1.10 |
| Long Distance-Equitrac In-House | $8.48 |
| **Total** | **$7,778.83** |