**EXHIBIT B**

**Business Operations (.70 Hours; $ 654.50)**

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .03            .70**

**Case Administration (7.90 Hours; $ 5,061.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04            7.90**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 93.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06            .10**

**Committee, Creditors', Noteholders' or Equity Holders' (1.30 Hours; $ 591.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07            1.30**

**Fee Applications, Applicant (19.50 Hours; $ 7,203.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12            19.50**

- 2 -

**Litigation and Litigation Consulting (30.10 Hours; $ 15,260.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from automatic stay.

**Total Task Code .16          30.10**

**Plan & Disclosure Statement (83.20 Hours; $ 74,272.00)**

Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17          83.20**