# EXHIBIT C

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $29.60 |
| Air & Train Transportation | $114.00 |
| Local Transportation – DC | $124.20 |
| Conference Call Services | $10.30 |
| Pacer - Database Charges | $51.40 |
| Database Research | $7,439.75 |
| Postage & Air Freight | $1.10 |
| Long Distance-Equitrac In-House | $8.48 |
| **Total** | **$7,778.83** |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants**
**Matter 000** **Disbursements**

8/20/2012

Print Date/Time: 08/20/2012 12:03:44PM

Attn:

Invoice #

# PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 7/31/2012

**Matter 000**
**Disbursements**

Bill Cycle: Monthly Style: i1 Start: 4/16/2001 Last Billed : 7/25/2012 13,655

Client Retainers Available $4,806.34 Committed to Invoices: $0.00 Remaining: $4,806.34

Total Expenses Billed To Date $3,931,504.90

Billing Empl: 0120 Elihu Inselbuch
Responsible Empl: 0120 Elihu Inselbuch
Alternate Empl: 0120 Elihu Inselbuch
Originating Empl: 0120 Elihu Inselbuch

**Summary by Employee**

| | | | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu Inselbuch | 0.00 | 9.15 | 0.00 | 9.15 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 57.00 | 0.00 | 57.00 |
| 0369 | TEP | Todd E Phillips | 0.00 | 119.10 | 0.00 | 119.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3,904.54 | 0.00 | 3,904.54 |
| **Total Fees** | | | **0.00** | **4,089.79** | **0.00** | **4,089.79** |

**Detail Time / Expense by Date**

| | | | | | ACTUAL | | | BILLING | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2864240 | Federal Express -Delivery to T.Simpson, 6/21/12 (EI; SPlit b/w clients 4642 & 5334) | E | 07/02/2012 | 0120 EI | | 0.00 | $9.15 | | 0.00 | $9.15 | 9.15 |
| 2864253 | Business Card -ADA Travel Svc., re: Agent Fee for Amtrak Train Business Class Travel to/from Wilmington, DE, 6/11/12 - 6/12/12 (KCM; Coach $188.00; Split b/w clients 4642, 5028, 5155, & | E | 07/02/2012 | 0338 KCM | | 0.00 | $10.00 | | 0.00 | $10.00 | 19.15 |

Attn:

Invoice #

5334; Itin #106477)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2864260 | Business Card -ADA Travel Svc., re: Amtrak Train Business Class Travel to/from Wilmington, DE, 6/11/12 - 6/12/12 (KCM; Coach $188.00; Split b/w clients 4642, 5028, 5155, & 5334; Itin #106477) | E | 07/02/2012 | 0338 | KCM | 0.00 | $47.00 | 0.00 | $47.00 | 66.15 |
| 2864261 | Business Card -ADA Travel Svc., re: Agent Fee for Amtrak Train Business Class Travel to/from Wilmington, DE, 6/11/12 - 6/12/12 (TEP; Coach $188.00; Split b/w clients 4642, 5028, 5155, & 5334; Itin #106478) | E | 07/02/2012 | 0369 | TEP | 0.00 | $10.00 | 0.00 | $10.00 | 76.15 |
| 2864268 | Business Card -ADA Travel Svc., re: Amtrak Train Business Class Travel to/from Wilmington, DE, 6/11/12 - 6/12/12 (TEP; Coach $188.00; Split b/w clients 4642, 5028, 5155, & 5334; Itin #106478) | E | 07/02/2012 | 0369 | TEP | 0.00 | $47.00 | 0.00 | $47.00 | 123.15 |
| 2871012 | Equitrac - Long Distance to 13369269145 | E | 07/11/2012 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 123.27 |
| 2874024 | Postage | E | 07/23/2012 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 124.37 |
| 2874097 | Red Top Cab -Svc. from 11149 Cedarwood, 6/11/12 (TEP) | E | 07/24/2012 | 0369 | TEP | 0.00 | $62.10 | 0.00 | $62.10 | 186.47 |
| 2881661 | Database Research - Westlaw by TEP on 7/9-19 | E | 07/31/2012 | 0999 | C&D | 0.00 | $3,714.78 | 0.00 | $3,714.78 | 3,901.25 |
| 2881662 | Database Research - Westlaw by TEP on 7/20 | E | 07/31/2012 | 0999 | C&D | 0.00 | $173.07 | 0.00 | $173.07 | 4,074.32 |
| 2881663 | Database Research - Westlaw by JAL on 7/26 | E | 07/31/2012 | 0999 | C&D | 0.00 | $15.47 | 0.00 | $15.47 | 4,089.79 |
| **Total Expenses** | | | | | | 0.00 | $4,089.79 | 0.00 | $4,089.79 | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 4,089.79 | | 4,089.79 | |
| | Matter Total | | | | | 0.00 | 4,089.79 | 0.00 | 4,089.79 | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $4,089.79 | | $4,089.79 | |
| | Prebill Total | | | | | 0.00 | $4,089.79 | 0.00 | $4,089.79 | |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants**

**Matter 000** **Disbursements**

8/20/2012

Print Date/Time: 08/20/2012 12:03:44PM

Attn:

Invoice #

| | | | |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 37,193.75 | 7,438.76 |
| 88,835 | 07/25/2012 | 42,551.66 | 42,551.66 |
| | | 359,375.41 | 94,938.45 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants**

**Matter 000** **Disbursements**

9/17/2012

Print Date/Time: 09/17/2012 2:55:32PM

Attn:

Invoice #

# PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 8/31/2012

**Matter 000**
**Disbursements**

Bill Cycle: Monthly Style: i1 Start: 4/16/2001 Last Billed : 8/20/2012

13,655

Client Retainers Available $4,806.34 Committed to Invoices: $0.00 Remaining: $4,806.34

Total Expenses Billed To Date $3,935,594.69

Billing Empl: 0120 Elihu Inselbuch
Responsible Empl: 0120 Elihu Inselbuch
Alternate Empl: 0120 Elihu Inselbuch
Originating Empl: 0120 Elihu Inselbuch

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0120 | EI | Elihu Inselbuch | 0.00 | 20.45 | 0.00 | 20.45 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 10.30 | 0.00 | 10.30 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3,287.62 | 0.00 | 3,287.62 |
| **Total Fees** | | | **0.00** | **3,318.37** | **0.00** | **3,318.37** |

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2876274 | Premiere Global Services -Teleconference Svc., 6/2012 (KCM) | E | 08/02/2012 | 0338 | KCM | | 0.00 | $10.30 | | 0.00 | $10.30 | 10.30 |
| 2882211 | Equitrac - Long Distance to 13025212266 | E | 08/06/2012 | 0999 | C&D | | 0.00 | $1.48 | | 0.00 | $1.48 | 11.78 |
| 2883462 | Equitrac - Long Distance to 12123198244 | E | 08/14/2012 | 0999 | C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 11.82 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants**

**Matter 000** **Disbursements**

9/17/2012

Print Date/Time: 09/17/2012 2:55:32PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2885814 | Federal Express -Delivery to T.Simpson, 7/27/12 (EI) | E | 08/22/2012 | 0120 | EI | 0.00 | $14.59 | 0.00 | $14.59 | 26.41 |
| 2887683 | Federal Express -Delivery to T.Simpson, 8/22/12 (EI; Split b/w clients 4642, 5334, & 5632) | E | 08/31/2012 | 0120 | EI | 0.00 | $5.86 | 0.00 | $5.86 | 32.27 |
| 2887902 | Pacer Service Center, 4/1/12 - 6/30/12 | E | 08/31/2012 | 0999 | C&D | 0.00 | $51.40 | 0.00 | $51.40 | 83.67 |
| 2888549 | Database Research - Westlaw per TEP August 6 | E | 08/31/2012 | 0999 | C&D | 0.00 | $1,730.68 | 0.00 | $1,730.68 | 1,814.35 |
| 2888550 | Database Research - Westlaw per TEP August 3, 29 | E | 08/31/2012 | 0999 | C&D | 0.00 | $1,332.65 | 0.00 | $1,332.65 | 3,147.00 |
| 2888551 | Database Research - Westlaw per KCM August 24 | E | 08/31/2012 | 0999 | C&D | 0.00 | $171.37 | 0.00 | $171.37 | 3,318.37 |
| **Total Expenses** | | | | | | 0.00 | $3,318.37 | 0.00 | $3,318.37 | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 3,318.37 | | 3,318.37 | |
| | Matter Total | | | | | 0.00 | 3,318.37 | 0.00 | 3,318.37 | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $3,318.37 | | $3,318.37 | |
| | Prebill Total | | | | | 0.00 | $3,318.37 | 0.00 | $3,318.37 | |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 37,193.75 | 7,438.76 |
| 88,835 | 07/25/2012 | 41,566.50 | 8,313.31 |
| 89,295 | 08/20/2012 | 54,901.79 | 54,901.79 |
| | | 413,292.04 | 115,601.89 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants**
**Matter 000** **Disbursements**

10/15/2012

Print Date/Time: 10/15/2012 11:46:51AM

Attn:

Invoice #

# PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 9/30/2012

**Matter 000**
**Disbursements**

Bill Cycle: Monthly Style: i1 Start: 4/16/2001 Last Billed : 9/18/2012 13,655

Client Retainers Available $4,806.34 Committed to Invoices: $0.00 Remaining: $4,806.34

Total Expenses Billed To Date $3,938,913.06

Billing Empl: 0120 Elihu Inselbuch
Responsible Empl: 0120 Elihu Inselbuch
Alternate Empl: 0120 Elihu Inselbuch
Originating Empl: 0120 Elihu Inselbuch

**Summary by Employee**

| | | | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0369 | TEP | Todd E Phillips | 0.00 | 62.10 | 0.00 | 62.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 308.57 | 0.00 | 308.57 |
| **Total Fees** | | | **0.00** | **370.67** | **0.00** | **370.67** |

**Detail Time / Expense by Date**

| | | | | | | ACTUAL | | | BILLING | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2892955 | Equitrac - Long Distance to 13025212266 | E | 09/10/2012 | 0999 | C&D | | 0.00 | $1.56 | | 0.00 | $1.56 | 1.56 |
| 2893978 | Equitrac - Long Distance to 16622367096 | E | 09/16/2012 | 0999 | C&D | | 0.00 | $1.96 | | 0.00 | $1.96 | 3.52 |
| 2893997 | Red Top Cab -Svc. from 11149 Cedarwood to DC Office, 6/11/12 (TEP) | E | 09/17/2012 | 0369 | TEP | | 0.00 | $62.10 | | 0.00 | $62.10 | 65.62 |
| 2894027 | Equitrac - Long Distance to 12123199240 | E | 09/17/2012 | 0999 | C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 65.66 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 10/15/2012

Print Date/Time: 10/15/2012 11:46:51AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2894850 | Equitrac - Long Distance to 12123199240 | E | 09/19/2012 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 66.22 |
| 2896823 | Equitrac - Long Distance to 12126923642 | E | 09/25/2012 | 0999 | C&D | 0.00 | $2.72 | 0.00 | $2.72 | 68.94 |
| 2897922 | Database Research - Westlaw - By TEP Sept 4, 2012 | E | 09/30/2012 | 0999 | C&D | 0.00 | $301.73 | 0.00 | $301.73 | 370.67 |
| **Total Expenses** | | | | | | 0.00 | $370.67 | 0.00 | $370.67 | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 370.67 | | 370.67 | |
| | Matter Total | | | | | 0.00 | 370.67 | 0.00 | 370.67 | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $370.67 | | $370.67 | |
| | Prebill Total | | | | | 0.00 | $370.67 | 0.00 | $370.67 | |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 37,193.75 | 7,438.76 |
| 88,835 | 07/25/2012 | 41,566.50 | 8,313.31 |
| 89,295 | 08/20/2012 | 50,812.00 | 10,162.40 |
| 89,820 | 09/18/2012 | 32,274.87 | 32,274.87 |
| | | 441,477.12 | 103,137.37 |