**W.R. Grace 2002 Service List**

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Carmella Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market St. – Ste 700
Wilmington, DE 19801-1270

Francis A. Monaco, Jr., Esquire
Womble Carlyle
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

Mark S. Chehi, Esquire
Kevin Brady, Esquire
Douglas D. Herrmann
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Robert Jacobs, Esquire
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
The Corporate Plaza
800 Delaware Ave., 10th Floor
Wilmington, DE 19899

VIA HAND DELIVERY
Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE 19801

David Klauder, Esquire
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson
4 East 8th Street, Suite 400
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 N. Market Street, Suite 1000
Wilmington, DE 19801

J. Douglas Bacon, Esquire
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

D. J. Baker, Esquire
Sheila Birnbaum, Esquire
David M. Turetsky
Greg St. Clair, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

IRS District Director
1352 Marrows Road
Newark, DE 19809

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO 80294

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jan M. Hayden, Esquire
William H. Patrick, Esquire
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Farallon Capital Management LLC
One Maritime Plaza
Suite 2100
San Francisco, CA 94111

John M. Klamann, Esquire
Klamann & Hubbard
929 Walnut St., Ste. 800
Kansas City, Mo 64106

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Matthew Grimshaw, Esquire
Rutan & Tucker
611 Anton Boulevard
Suite 1400
Costa Mesa, California 92626-1931

Christopher C. Colley, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan, Griffinger
  & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Margery N. Reed, Esquire
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
Five Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

James A. Sylvester, Esquire
Intercat, Inc.
P.O. Box 412
Sea Girt, NJ 08750

Russell W. Budd, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Jonathan W. Young, Esquire
T. Kellan Grant, Esquire
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
5425 Wisconsin Avenue
Chevy Chase, MD 20815

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Paul M. Matheny, Esquire
The Law Offices of Peter G. Angelos, P.C.
100 N. Charles Street
Baltimore, MD 21201-3804

Ira S. Greene, Esquire
Hogan Lovells
875 Third Avenue
New York, NY 10022

Joseph T. Kremer, Esquire
Lipsitz, Green, Fahringer, Roll, Salisbury
  & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

Michael J. Urbis, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY 10022

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Mr. Thomas Moskie
Bankers Trust Company
280 Parke Avenue
New York, NY 10017

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Elizabeth J. Cabraser, Esquire
Richard M. Heimann, Esquire
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price
 & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P. O. Box 151
Bryan, OH 43506

Hal Pitkow, Esquire
The Falls at Lambertville
351 South Main Street
Lambertville, NJ 08530

Charles E. Gibson, III, Esquire
Gibson Law Firm
447 Northpark Drive
Ridgeland, MS 39157-5109

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

William S. Katchen, Esquire
Duane, Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, New York 10017

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Derrick Tay, Esquire
Ogilvy Renault
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, Box 84
**Toronto, Ontario M5J2Z4**
**CANADA**

Edward W. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Richardson, Patrick, Westbrook & Brickman
174 East Bay Street
Charleston, SC 29401

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Peter A. Chapman, Esquire
572 Fernwood Lane
Fairless Hills, PA 19030

Alan B. Rich, Esq.
Elm Place
1201 Elm Street, Suite 4244
Dallas, TX 75270

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064

Patrick J. Reilly, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street
Suite 1200
Wilmington, DE 19801

Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201-2689

Tara L. Lattomus, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

| | | |
|---|---|---|
| Todd C. Meyers, Esquire<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530 | C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA 94903 | Brad N. Friedman, Esquire<br>Rachel S. Fleishman, Esquire<br>Milberg Weiss Bershad Hynes & Learch<br>One Pennsylvania Plaza<br>New York, NY 10019 |
| Lewis Kruger, Esquire<br>Robert Raskin, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Scott W. Wert, Esquire<br>Foster & Sear, L.L.P.<br>817 Greenview Drive<br>Grand Prairie, TX 75050 | Thomas J. Noonan, Jr.<br>Herman's Sporting Goods in Liquidation<br>C/o R&S Liquidation Company, Inc.<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101 | Dorine Vork, Esquire<br>Stibbe<br>489 Fifth avenue, 32nd Floor<br>New York, New York 10017 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| Michelle T. Sutter<br>Principal Assistant Attorney General<br>Revenue Recovery<br>30 E. Broad Street, 25th Floor<br>Columbus, OH 43215 | Randall A. Rios, Esquire<br>Floyd Isgur Rios & Wahrlich, P.D.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, Florida 32399-3000 |
| Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, New York 10019-0602 | Allan M. McGarvey, Esquire<br>Jon L. Heberling, Esquire<br>Roger M. Sullivan, Esquire<br>McGarvey Heberling Sullivan & McGarvey<br>745 South Main<br>Kalispell, MT 59901 | Philips Analytical Inc and Panalytical Inc. c/o Claims Recovery Group LLC<br>92 Union Avenue<br>Cresskill, NJ 07626 |
| Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | John G. Stoia, Jr., Esquire<br>Timothy G. Blood, Esquire<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 |
| Thomas O. Bean, Esquire<br>Eric P. Magnuson, Esquire<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210 | Marsha A. Penn, Esquire<br>2425 West Loop south, Suite 200<br>Houston, TX 77036 | Neil Berger, Esquire<br>Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| Deirdre Woulfe Pacheo, Esquire<br>Wilentz Goldman & Spitzer<br>P.O. Box 10<br>Woodbridge Center Drive<br>Woodbridge, NJ 07095 | Robert J. Dehney, Esquire<br>Morris Nicholas Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | Philip Bentley, Esquire<br>Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Jacob C. Cohn, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Mark Minuti, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899 | James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036-5802 |
| Richard S. Lewis, Esquire<br>Cohen Milstein Hausfeld & Toll, PLLC<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 | Attn: Ted Weschler<br>Peninsula Capital, L.P.<br>404B East Main Street, 2nd Floor<br>Charlottesville, VA 22902 | Darrell W. Scott, Esquire<br>The Scott Law Group, P.S.<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201 |

Thomas M. Sobol, Esquire
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Ste 301
Cambridge, MA 02142

David Pastor, Esquire
Edward L. Manchur, Esquire
Gilman & Pastor LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110

Thomas G. Macauley, Esquire
Macauley LLC
300 Delaware Avenue, Suite 760
Wilmington, DE 19801

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962

Thomas G. Whalen, Esquire
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Richard A. O'Halloran, Esquire
BURNS, WHITE & HICKTON, LLC
100 Four Falls, Ste. 515
1001Conchohocken State Rd.
West Chonshohocken, PA 19428

Jordan N. Malz, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Richard D. Trenk, Esquire
Henry M. Karkowski, Esquire
Trenk, DiPasquale, Webster, Della Fera & Sodono P.C.
347 Mt. Pleasant Avenue
Suite 300
West Orange, New Jersey 07052-3317

Steven K. Kortanek, Esquire
Joanne B. Wills, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

Janet M. Weiss, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ 07095

Charles L. Finke, Assistant Attorney General
Brad Rogers, Attorney
Pension Benefit Guarantee Corporation
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005-4026

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

W. Wallace Finlator, Jr.
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Christopher M. Candon
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA 02110

Anne McGinness Kearse, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
PO Box 1792
Mt. Pleasant, SC 29465

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Jeffrey L. Roelofs, Esquire
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141

Todd C. Schiltz, Esquire
Drinker Biddle
Wilmington Trust Center
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

Thomas Tew, Esquire
Tew Cardenas L.L.P.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407

James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

Kirk A. Patrick III, Esquire
Donohue Patrick
1500 Bank One Centre-North Tower
PO Box 1629
Baton Rouge, LA 70821-1629

Justin Shrader, Esquire
Shrader & Associates, L.L.P.
3900 Essex Lane, Ste. 390
Houston, TX 77027

Roger W. Hammond
Kforce Inc.
1001 East Palm Avenue
Tampa, FL 33605

| | | |
|---|---|---|
| Mr. Eugene Paul Sullivan<br>29-B Plaza Delas Flores<br>Freehold, NJ 07728 | Gerald F. George, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228 | Bruce D. Levin, Esquire<br>Peter B. McGlynn, Esquire<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, MA 02110 |
| Frederick P. Furth, Esquire<br>The Furth Firm LLP<br>10300 Chalk Hill Road<br>Healdsburg, CA 95448 | D. Alexander Barnes, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd.<br>Philadelphia, Pa 19103-1895 | Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706 |
| Robert J. Sidman, Esquire<br>Tiffany Strelow Cobb, Esquire<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43215 | Yves Lauzon<br>Michel Belanger<br>Lauzon Belanger, Inc.<br>286, rue St-Paul Quest, Bureau 100<br>Montreal Quebec | Sean Allen<br>BMC Group<br>600 1st Avenue, Suite 300<br>Seattle, WA 98104 |
| M. David Minnick, Esquire<br>Michael P. Ellis, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228 | Ralph I. Miller, Esquire<br>Weil, Gotshal & Manges, LLP<br>200 Cresent Court, Suite 300<br>Dallas, TX 75201 | Thomas A. Spratt, Jr., Esquire<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103 |
| Steven T.Davis<br>Obermayer Rebmann Maxwell & Hippel LLP<br>3 Mill Road, Suite 306A<br>Wilmington, DE 19806 | Tobey M. Daluz, Esquire<br>Leslie C. Heilman, Esquire<br>Ballard Spahr Andrews & Ingersoll, LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801 | Steven J. McCardell, Esquire<br>Jared Inouye, Esquire<br>Duham Jones & Pinegar<br>111 E. Broadway, Suite 900<br>Salt Lake City, UT 84111 |
| John Waters, Esquire<br>Iowa Department of Revenue<br>Collections Section<br>P.O. Box 10457<br>Des Moines, Iowa 50306 | Peter D. Keisler, Esquire<br>Assistant Attorney General<br>Department of Justice, Civil Division<br>Ben Franklin Station<br>P.O. Box 875<br>Washington, DC 20044-0875 | Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| David A. Hickerson, Esquire<br>M. Jarrad Wright, Esquire<br>Weil, Gotshal & Manges, LLP<br>1300 Eye Street N.W., Suite 900<br>Washington, D.C. 20005 | John Kevin Welch, Esquire<br>Office of Legal Services<br>Fifth Floor, Capital Plaza Tower<br>Frankfort, KY 40601 | Neil B. Glassman, Esquire<br>Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Ste 900<br>Wilmington, DE 19801 |
| Steven J. Mandelsberg, Esquire<br>Christina J. Kang, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | Anthony Petru, Esquire<br>Quynh L. Nguyen, Esquire<br>Hildebrand McLeod & Nelson LLP<br>350 Frank H. Ogawa Plaza, 4th Floor<br>Oakland, CA 94612 | Pryor Cashman LLP<br>Attn: Richard Levy, Jr., Esquire<br>7 Times Square<br>New York, NY 10036 |
| Jacqueline Dais-Visca, Esquire<br>Business Law Section<br>Ontario Regional Office<br>Suite 2400, Box 34<br>The Exchange Tower<br>130 King Street West<br>Toronto, Ontario M5X 1K6 | John W. Kozyak, Esquire<br>David L. Rosendorf, Esquire<br>Kozyak Tropin & Throckmorton, PA<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134 | Katherine White, Esquire<br>Sealed Air Corporation<br>20 Riverfront Boulevard<br>Elmwood Park, NJ 07407 |
| Garvan F. McDaniel, Esquire<br>Bifferato Gentilotti & Balick, L.L.C.<br>800 King Street, 1st Floor<br>Box 2165<br>Wilmington, DE 19801 | Frederick B. Rosner, Esquire<br>Messana Rosner & Stern LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 | John F. Dickinson, Jr., Esquire<br>Deputy Attorney General<br>Department of Law & Public Safety<br>Division of Law<br>Richard J. Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NY 08625-0093 |

Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLP
901 North Market Street, Suite 1300
Wilmington, DE 19801

Christopher D. Loizides, Esquire
Loizides, PA
1225 King Street, Suite 800
Wilmington, DE 19801

Robert B. Millner, Esquire
Christopher E. Prince, Esquire
Sonnenschein Nath & Rosenthal LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606

Janet S. Baer, Esquire
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Daniel C. Cohn
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320

Brian L. Kasprzak, Esq.
Michael F. Duggan, Esq.
MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

R&M Equipment Co.
 c/o Claims Recovery Group LLC
 92 Union Ave Cresskill NJ 07626

Terracon
 c/o Claims Recovery Group LLC
 92 Union Ave Cresskill NJ 07626

Standard Services Company Inc.
c/o Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd., Suite G
Brownsville, Texas 78520

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Roger J. Higgins, PC
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

James M. Brako, Esquire
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402

Garland Cassada, Esquire
Richard C. Worf, Esquire
Robinson, Bradshaww & Hinson
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246

Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms
Madison, NJ 07940

The Woods Hole Group Inc. c/o Claims
Recovery Group LLC
92 Union Ave
Cresskill, NJ 07626

United States Gypsum Co.
c/o Claims Recovery Group LLC
92 Union Ave
Cresskill, NJ 07626

Troy Chemical
c/o Claims Recovery Group LLC
92 Union Ave
Cresskill, NJ 07626

Rhodia Inc, c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Longacre Master Fund, Ltd, as
Assignee of Abbey Drum Company
c/o Avenue TC Fund, LP
399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand, Esq.

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

John T. Carroll, III, Esquire
Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801

Elder Pipe & Supply Co. Inc.
c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

The Limo Inc c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

ENSR Corporation
c/o Claims Recovery Group LLC
92 Union Ave Cresskill NJ 07626

Constantine & Partners
c/o Claims Recovery Group LLC
92 Union Ave Cresskill NJ 07626

National Analysis Research
c/o Claims Recovery Group LLC
92 Union Ave Cresskill NJ 07626

Roebuck & Associates Inc.
c/o Claims Recovery Group LLC
92 Union Ave
Cresskill, NJ 07626

Shelby A. Jordan
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471

Acme Industrial Piping, Inc. c/o
Claims Recovery Group, LLC
92 Union Avenue
Cresskill, NJ 07626

Ast Acme Coatings & Linings c/o  
Claims Recovery Group LLC  
92 Union Avenue  
Cresskill, NJ 07626

Flow Controls Inc. c/o  
Claims Recovery Group LLC  
92 Union Avenue  
Cresskill, NJ 07626