# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| August 16, 2012 | INVOICE:   249682 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 07/31/12**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/02/12 | Communications with R. Horkovich and M. Peterson re: pre-bankruptcy and trust analysis for settlement demand. | W001 | DJN | 0.10 |
| 07/02/12 | Finalize and serve 1:4-8 letter. | W001 | KES | 0.70 |
| 07/02/12 | Review and analysis of underlying evidence in connection with proof of claims. | W001 | RYC | 3.20 |
| 07/03/12 | Conference call with R. Horkovich and M. Peterson re: additional public information sources for claims analysis in connection with settlement demand. | W001 | DJN | 0.30 |
| 07/03/12 | Attention to insurance asset report (.70). Confer with Mr. M. Peterson regarding pre-bankruptcy data (.30). | W001 | RMH | 1.00 |
| 07/05/12 | Begin to review and revise time and expense entries. | W011 | AHP | 0.60 |
| 07/05/12 | Communications with M. Garbowski re: Jenni Biggs report for claims analysis in connection with settlement demand. | W001 | DJN | 0.10 |
| 07/05/12 | Continue analysis of selected insurance policies re: follow form, cooperation clause issues, and definition of personal and bodily injury. | W001 | GFF | 1.60 |
| 07/05/12 | Communications with D. Nolan re: Jenni Biggs report for claims analysis in connection with settlement demand (.10); review files and report re: same (.20). | W001 | MG | 0.40 |
| 07/05/12 | Work on insolvent claims and allocation schedule. | W001 | MG | 2.10 |
| 07/05/12 | Continue review and analysis of underlying evidence in connection with proof of claims. | W001 | RYC | 2.30 |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 16, 2012 | | INVOICE: | | 249682 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/06/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.30); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 1.90 |
| 07/06/12 | Review and analysis of underlying evidence in connection with available pre-bankruptcy claims information. | W001 | RYC | 2.40 |
| 07/09/12 | Continue to review and revise time and expense entries (1.20); request and review backup for expenses (.40). | W011 | AHP | 1.60 |
| 07/09/12 | Analyze expert estimation report, USG bankruptcy and district court docket for purposes of gathering pre-petition claims information for settlement demand. | W001 | DJN | 1.30 |
| 07/09/12 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.10). | W001 | GFF | 1.70 |
| 07/09/12 | Analyze new rehabilitation order and related payment issues for allocations. | W001 | MG | 1.30 |
| 07/09/12 | Review and analysis of underlying evidence in conjunction with available pre-bankruptcy claims information. | W001 | RYC | 3.60 |
| 07/10/12 | Review revisions and begin preparing chart for interim fee application. | W011 | AHP | 2.20 |
| 07/10/12 | Communications with R. Horkovich re: preparing latest version of chart and attention to communications with Capdale re: same. | W001 | DJN | 0.60 |
| 07/10/12 | Analyze new rehabilitation order and related payment issues for allocations. | W001 | MG | 2.20 |
| 07/10/12 | Confer with Mr. Inselbuch and review public information regarding experiences of other trusts. | W001 | RMH | 0.80 |
| 07/10/12 | Research and analysis of underlying evidence in conjunction with available pre-bankruptcy claims information. | W001 | RYC | 3.80 |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| August 16, 2012 | | INVOICE: | 249682 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/11/12 | Continue preparing monthly fee application and exhibits (2.20); continue preparing interim chart (1.20). | W011 | AHP | 3.40 |
| 07/11/12 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.10 |
| 07/11/12 | Continued to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 2.20 |
| 07/11/12 | Work on insolvent issues and revise allocations re: same. | W001 | MG | 2.30 |
| 07/11/12 | Confer with Mr. Elihu Inselbuch regarding analysis of public claims information of other trusts (0.30). Follow-up (0.40). | W001 | RMH | 0.70 |
| 07/11/12 | Review and update in connection with Integrity Supreme Court appeal and research regarding related appeal. | W001 | RYC | 1.30 |
| 07/12/12 | Finish drafting monthly fee application and forward to attorney for review. | W011 | AHP | 1.20 |
| 07/12/12 | Continue to search for publicly available sources of information addressing pre-bankruptcy claims of certain asbestos manufacturers in connection with settlement demand. | W001 | DJN | 1.70 |
| 07/12/12 | Analysis of selected insurance policies re: follow form and definition of bodily and personal injury. | W001 | GFF | 2.10 |
| 07/12/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 2.40 |
| 07/12/12 | Follow-up research in connection with Integrity related appeals. | W001 | RYC | 1.80 |
| 07/13/12 | Communications with R. Horkovich re: comments to chart analyzing claims history in other asbestos bankruptcies. | W001 | DJN | 0.10 |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 16, 2012 | | INVOICE: | | 249682 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/13/12 | Analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues. | W001 | GFF | 2.60 |
| 07/13/12 | Follow-up re: multiple facets of insurance policies and reimbursement agreements. | W001 | IF | 2.20 |
| 07/13/12 | Review and comment upon fee application. | W011 | RYC | 1.00 |
| 07/13/12 | Follow-up research of underlying evidence in conjunction with available pre-bankruptcy claims information. | W001 | RYC | 1.70 |
| 07/16/12 | Continue to work on interim fee application and exhibits. | W011 | AHP | 1.80 |
| 07/16/12 | Continue analysis of selected insurance policies re: follow form, cooperation clauses, and definition of bodily and personal injury (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 07/16/12 | Continued to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 2.20 |
| 07/16/12 | Confer with Mr. Inselbuch regarding recalculation of demands upon the insurance company. | W001 | RMH | 0.20 |
| 07/16/12 | Review and analysis of underlying evidence in conjunction with proof of claims and related supplements for insolvent insurance carriers. | W001 | RYC | 2.60 |
| 07/17/12 | Final revisions to time entries, finalize monthly application, exhibits and release to local counsel. | W011 | AHP | 1.60 |
| 07/17/12 | Continue analysis of selected insurance policies re: follow form, cooperation clauses, and definition of bodily and personal injury (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 07/17/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 2.20 |
| 07/17/12 | Analyze new rehabilitation order and related payment issues for allocations and projections. | W001 | MG | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 16, 2012 | | INVOICE: | | 249682 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/17/12 | Continue review and analysis of underlying evidence in conjunction with proof of claims and related supplements for insolvent insurance carriers. | W001 | RYC | 2.20 |
| 07/18/12 | Begin working on interim fee application and exhibit. | W011 | AHP | 2.20 |
| 07/18/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form, cooperation clauses, and bodily and personal injury definitions (1.70). | W001 | GFF | 2.10 |
| 07/18/12 | Review newly received pleadings and coordinated with Records for proper filing. | W001 | HEG | 0.80 |
| 07/18/12 | Follow-up re: multiple facets of insurance policies and reimbursement agreements. | W001 | IF | 2.20 |
| 07/18/12 | Work on insolvent issues and revise allocations re: same. | W001 | MG | 2.60 |
| 07/19/12 | Continue and finish interim fee application and forward to attorney for review (1.60); finalize and release interim fee application (.80). | W011 | AHP | 2.40 |
| 07/19/12 | Continue analysis of selected insurance policies re: follow form, definition of bodily and personal injury issue, and cooperation clauses (1.80); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.10 |
| 07/19/12 | Continued to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 1.90 |
| 07/19/12 | Review order denying certification (.40); review court rule re: reconsideration (.30); contact case manager re: same (.20); prepare memorandum to R. Horkovich and R. Chung re: same (.40). | W001 | KES | 1.30 |
| 07/19/12 | Review and analysis of denial of certification regarding Integrity proof of claim and prepare motion for reconsideration in connection therewith. | W001 | RYC | 3.30 |
| 07/19/12 | Review and comment upon quarterly fee application. | W011 | RYC | 0.40 |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 16, 2012 | | INVOICE: | | 249682 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/20/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 1.90 |
| 07/20/12 | Prepare motion for reconsideration of denial of Petition for Certification. | W001 | KES | 3.30 |
| 07/20/12 | Work on insolvent claim and communications with insolvent scheme representative. | W001 | MG | 2.70 |
| 07/20/12 | Edit petition for reconsideration before the NJ Supreme Court regarding the Integrity claim. | W001 | RMH | 0.60 |
| 07/20/12 | Revise motion for reconsideration of NJ Supreme Court's denial of petition for certification in connection with Integrity proof of claim. | W001 | RYC | 4.80 |
| 07/22/12 | Review and revise brief in support of motion for reconsideration and prepare filing documents. | W001 | KES | 2.20 |
| 07/22/12 | Research and analysis in connection with revisions to Motion for Reconsideration to NJ Supreme Court regarding Integrity proof of claim. | W001 | RYC | 2.40 |
| 07/23/12 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.60 |
| 07/23/12 | Follow-up re: multiple faces of insurance policies and reimbursement agreements. | W001 | IF | 2.20 |
| 07/23/12 | Finalize motion for reconsideration and prepare for filing. | W001 | KES | 0.90 |
| 07/23/12 | Work on cash flow analysis and claim. | W001 | MG | 2.60 |
| 07/23/12 | Review and revise Motion for Reconsideration to NJ Supreme Court regarding Integrity proof of claim. | W001 | RYC | 4.60 |
| 07/24/12 | Review backlog of documents and organize. | W001 | AHP | 1.60 |
| 07/24/12 | Communications with R. Horkovich re: additional information to consider for analysis of various asbestos trusts in connection with settlement demand. | W001 | DJN | 0.10 |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE   MATTER:   100055.WRG01

August 16, 2012                  INVOICE:  249682

MATTER:  CLAIMANTS COMMITTEE    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/24/12 | Continue analysis of selected insurance policies re: follow form, cooperation clause issues, and definition of bodily and personal injury issues (1.20); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.60 |
| 07/24/12 | Continue to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 1.90 |
| 07/24/12 | Work on cash flow analysis and claim. | W001 | MG | 3.60 |
| 07/24/12 | Attention to analysis of date for reconsideration of insurance settlement demands. | W001 | RMH | 0.40 |
| 07/24/12 | Research and follow-up regarding status of served and filed Motion for Reconsideration regarding Integrity. | W001 | RYC | 1.30 |
| 07/25/12 | Continue analysis of selected insurance policies re: follow form, cooperation clause issues, and definition of bodily and personal injury (1.80); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.20 |
| 07/25/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 2.30 |
| 07/25/12 | Work on cash flow analysis and claim. | W001 | MG | 3.20 |
| 07/25/12 | Review and analysis in connection with legal defenses in conjunction with proof of claims and related supplements for insolvent insurance carriers. | W001 | RYC | 1.20 |
| 07/26/12 | Follow-up re: multiple faces of insurance policies and reimbursement agreements. | W001 | IF | 2.10 |
| 07/26/12 | Follow-up research and analysis in connection with legal defenses in conjunction with proof of claims and related supplements for insolvent insurance carriers. | W001 | RYC | 1.30 |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 16, 2012 | | INVOICE: | | 249682 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/27/12 | Continue to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 1.60 |
| 07/27/12 | Continue research and analysis in connection with legal defenses in conjunction with proof of claims and related supplements for insolvent insurance carriers. | W001 | RYC | 0.80 |
| 07/29/12 | Attention to research for bar dates in various asbestos trusts in connection with settlement demand. | W001 | DJN | 0.80 |
| 07/30/12 | Continued research for bar dates in various asbestos trusts in connection with settlement demand. | W001 | DJN | 0.70 |
| 07/30/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form, cooperation clause and definition of personal injury issues (1.70). | W001 | GFF | 2.10 |
| 07/30/12 | Assistance with proposed settlement request research. | W001 | HEG | 1.20 |
| 07/30/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 1.80 |
| 07/31/12 | Analysis of research for bar dates in various asbestos trusts in connection with settlement demand. | W001 | DJN | 7.80 |
| 07/31/12 | Continue analysis of selected insurance policies re: follow form, cooperation clauses and definition of personal and bodily injury issues (1.60); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.30 |
| 07/31/12 | Follow-up re: multiple faces of insurance policies and reimbursement agreements. | W001 | IF | 1.90 |
| 07/31/12 | Continue to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 1.10 |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

August 16, 2012                                  INVOICE:         249682

MATTER: CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/31/12 | Analyzed in-house resources re: proposed settlement and communications with I. Feldgreber, R. Chung and R. Horkovich re: same. | W001 | MG | 1.20 |
| 07/31/12 | Work on cash flow analysis and claim. | W001 | MG | 2.60 |
| 07/31/12 | Attention to proposed settlement for full policy limits by an unsettled insurance company. | W001 | RMH | 0.90 |
| 07/31/12 | Research and evaluate counter-settlement proposal from insolvent insurance company. | W001 | RYC | 1.30 |

**TOTAL FEES:**                                                    **$89,631.00**

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE             MATTER:          100055.WRG01

August 16, 2012                             INVOICE:                 249682

MATTER: CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 260.00 | 18.60 | 4,836.00 |
| Dennis J. Nolan | 480.00 | 13.60 | 6,528.00 |
| Glenn F Fields | 355.00 | 28.60 | 10,153.00 |
| Harris E Gershman | 285.00 | 2.00 | 570.00 |
| Izak Feldgreber | 305.00 | 32.10 | 9,790.50 |
| Kenneth E. Sharperson | 560.00 | 8.40 | 4,704.00 |
| Mark Garbowski | 625.00 | 29.10 | 18,187.50 |
| Robert M Horkovich | 895.00 | 4.60 | 4,117.00 |
| Robert Y Chung | 650.00 | 47.30 | 30,745.00 |
| **TOTAL FEES:** | | | **$89,631.00** |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| August 16, 2012 | INVOICE: 249682 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001      Asset Analysis and Recovery**

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 1.60 | 416.00 |
| Dennis J. Nolan | 13.60 | 6,528.00 |
| Glenn F Fields | 28.60 | 10,153.00 |
| Harris E Gershman | 2.00 | 570.00 |
| Izak Feldgreber | 32.10 | 9,790.50 |
| Kenneth E. Sharperson | 8.40 | 4,704.00 |
| Mark Garbowski | 29.10 | 18,187.50 |
| Robert M Horkovich | 4.60 | 4,117.00 |
| Robert Y Chung | 45.90 | 29,835.00 |
| **TOTAL:** | **165.90** | **$84,301.00** |

**ACTIVITY CODE: W011      Fee Applications (Applicant)**

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 17.00 | 4,420.00 |
| Robert Y Chung | 1.40 | 910.00 |
| **TOTAL:** | **18.40** | **$5,330.00** |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

August 16, 2012                                INVOICE:        249682

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

**COSTS through 07/31/12**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 06/29/12 | DI - PHOTOCOPYING - | E101 | 2.10 |
| 07/02/12 | DI - FAX CHARGES - | E104 | 5.50 |
| 07/02/12 | DI - PHOTOCOPYING - | E101 | 4.00 |
| 07/03/12 | DI - PHOTOCOPYING - | E101 | 2.80 |
| 07/06/12 | DI - PHOTOCOPYING - | E101 | 1.90 |
| 07/11/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 07/16/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 07/17/12 | FILING OR WITNESS FEES - - VENDOR: ADMINISTRATIVE OFFICE OF PA COURTS Attorney collateral account.  Commissioner of Insurance of the State of NJ. | E125 | 30.00 |
| 07/18/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 07/23/12 | COURT CALL REFUND - INV# 4683513 | | (30.00) |
| 07/23/12 | COURT CALL REFUND - INV# 4683546 | | (30.00) |
| 07/23/12 | COURT CALL REFUND - INV#4683497 | | (30.00) |
| 07/23/12 | COURT CALL REFUND - INV# 4683521 | | (30.00) |
| 07/23/12 | DI - PHOTOCOPYING - | E101 | 16.90 |
| 07/23/12 | DI - PHOTOCOPYING - | E101 | 26.20 |
| 07/23/12 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 07/25/12 | DI - PHOTOCOPYING - | E101 | 9.60 |
| 07/30/12 | DI - PHOTOCOPYING - | E101 | 6.60 |
| 07/31/12 | LIBRARY & LEGAL RESEARCH - VENDOR: LEXIS-NEXIS 10038U ONLINE CHARGES | E106 | 689.36 |

**TOTAL COSTS:**                                                              **$675.86**

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:      100055.WRG01

August 16, 2012                                       INVOICE:        249682

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| FE | FILING OR WITNESS FEES | 30.00 |
| FX | DI - FAX CHARGES - | 5.50 |
| LB | LIBRARY & LEGAL RESEARCH | 689.36 |
| TE | AP - TELEPHONE - | (120.00) |
| XE | DI - PHOTOCOPYING - | 71.00 |
|    | **TOTAL COSTS:** | **$675.86** |
|    | **TOTAL DUE:** | **$90,306.86** |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| August 16, 2012 | INVOICE:            249682 |

Page 1
7/1/2012

Administrative Office of The Courts
Attorney Collateral System
Statement of Account for the Month of June 2012

ANDERSON KILL OLICK & OSHINSKY
ONE GATEWAY CENTER, SUITE 901
NEWARK ,NJ 07102-0000

Account Number:       1725

Phone Number:       973 642-5858

| Case Title | | Source | Transaction Type | |
|---|---|---|---|---|
| Docket Number | Reference# Receipt Seq# | Batch | Check Number | |
| Document Type | | File Date | Venue | |
| Comments | | Process Date | | Transaction Amount |

$133.00

| | | | | |
|---|---|---|---|---|
| COMMISSIONER OF INSURANCE OF THE STATE OF NJ VS. I | | APPELLATE | CHARGE | |
| A 2505 10   *100055.WRG01* | 000 | 120600998 | | |
| ANDERSON | | 06/28/2012 | APPELLATE | |
| MOTN ACC APPEAL | | 06/28/2012 | | $-30.00 |

{D0234687.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                               MATTER:     100055.WRG01

August 16, 2012                                              INVOICE:        249682



# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

August 16, 2012                                   INVOICE:        249682

### LexisNexis

**SUB-ACCOUNT**
ANDERSON KILL & OLICK PC
1251 AVENUE OF AMERICAS
NEW YORK, NY 10020-1104

| ACCOUNT NUMBER |
|---|
| 100380 |

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1205002121 | 31-MAY-12 |

BILLING PERIOD 01-MAY-12 - 31-MAY-12

**INVOICE TO:**
ANDERSON KILL & OLICK PC
1251 AVENUE OF AMERICAS
NEW YORK, NY 10020-1104

**ITEMIZATION OF LEXISNEXIS & RELATED CHARGES**
SUB-ACCOUNT DETAIL BY USER NAME / CLIENT / DATE / SERVICE / TYPE OF CHARGE
SUB-ACCOUNT NUMBER: 1077MG

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | TRANSACTIONAL USE CHARGES | DISCOUNT | NET AMOUNT | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 100055-WRG01 | | | | | | |
| 5/21 LEXIS LEGAL SERVICES | | | | | | |
|   ONLINE TIME | 00:00:00 | | | | | $0.00 |
| 5/21 MEALEY SERVICE | | | | | | |
|   ONLINE TIME | 00:31:45 | | | | | $0.00 |
|   ATTACHMENTS | 3 | | | | | |
|   SEARCHES | 9 | $3,159.00 | | $3,159.00 | $280.36 | $3,439.36 |
| **CLIENT TOTAL: 100055-WRG01** | | $3,159.00 | $0.00 | $3,159.00 | $280.36 | $3,439.36 |

{D0234687.1 }