# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

                                                        Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| October 15, 2012 | INVOICE:    250715 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 09/30/12**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/04/12 | Communications with R. Horkovich concerning meeting with Elihu Inselbuch to discuss settlement demand. | W001 | DJN | 0.10 |
| 09/04/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues. | W001 | GFF | 1.80 |
| 09/04/12 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.40 |
| 09/04/12 | Analyzing and researching insurance policies, reimbursement and settlement agreements in connection with voluntary payment issues, insolvent insurance companies and following form. | W001 | IF | 2.40 |
| 09/04/12 | Update and revise cash flow claim analysis with NPV aspect. | W001 | MG | 2.70 |
| 09/04/12 | Continue review and update in connection with status of insurance company assets post-confirmation. | W001 | RYC | 2.70 |
| 09/05/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 09/05/12 | Analyzed and researched insurance policies, reimbursement and settlement agreements in connection with consent to settle issues, insolvent insurance companies and following form. | W001 | IF | 2.10 |
| 09/05/12 | Confer with General Counsel Richard Finke (.20). Assemble information for conference call (.70). | W001 | RMH | 0.90 |
| 09/06/12 | Review and revise time and expense entries, requesting backup for expenses. | W011 | AHP | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 15, 2012                                    INVOICE:          250715

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/06/12 | Communications with R. Horkovich re: meeting with Elihu Inselbuch re: settlement demand. | W001 | DJN | 0.10 |
| 09/06/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.70). | W001 | GFF | 2.10 |
| 09/06/12 | Analyzing and researching insurance policies, settlement and reimbursement agreements in connection with consent to settle issues, insolvent insurance companies, payments and following form. | W001 | IF | 2.40 |
| 09/06/12 | Confer with General Counsel Richard Finke and Assistant Comptroller (.80). Preparation regarding same (.40). | W001 | RMH | 1.20 |
| 09/06/12 | Follow-up re: status of settlements with insolvent insurance companies. | W001 | RYC | 1.60 |
| 09/07/12 | Draft and revise insurance policy data spreadsheets (.30); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.60). | W001 | GFF | 1.90 |
| 09/07/12 | Analyzing and researching insurance policies, settlement and reimbursement agreements in connection with consent to settle issues, insolvent insurance companies, payments and following form. | W001 | IF | 2.30 |
| 09/07/12 | Update and revise cash flow claim analysis with NPV calculation. | W001 | MG | 2.60 |
| 09/07/12 | Respond to inquiries from Assistant Comptroller of W. R. Grace. | W001 | RMH | 0.60 |
| 09/10/12 | Proof and make additional revisions to time and expense entries, including request and analysis of backup. | W011 | AHP | 1.60 |
| 09/10/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.80); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.10 |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 15, 2012 | | INVOICE: | | 250715 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/10/12 | Analyzed and researched insurance policies, settlements and reimbursement agreements in connection with voluntary payments clause issues, insolvent insurance companies, payments and following form. | W001 | IF | 2.10 |
| 09/10/12 | Update and revise cash flow claim analysis with NPV calculation. | W001 | MG | 3.20 |
| 09/10/12 | Review additional proposed revisions to potential settlement agreement with insurance company. | W001 | RYC | 0.60 |
| 09/11/12 | Continue to proof time and expense entries with additional changes. | W011 | AHP | 1.30 |
| 09/11/12 | Attend meeting with R. Horkovich and Elihu Inselbuch to discuss approach to settlement demand and draft memorandum re: same. | W001 | DJN | 2.60 |
| 09/11/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.40). | W001 | GFF | 1.80 |
| 09/11/12 | Research London market company settlement offer. | W001 | HEG | 0.80 |
| 09/11/12 | Analyzing and researching insurance policies, settlements and reimbursement agreements in connection with voluntary payments clause issues, insolvents, payments and following form. | W001 | IF | 1.80 |
| 09/11/12 | Reviewed information re:  insurance policy limits and possible settlement buyout. | W001 | IF | 1.40 |
| 09/11/12 | Communication with R. Horkovich re: formulation of new settlement demands (.30); review studies and data re: same (.70); modify spreadsheets (2.20). | W001 | MG | 3.20 |
| 09/11/12 | Gather and review material analyzing revised settlement demands (1.20).  Meeting and follow up with Mr. Inselbuch regarding same (.60). | W001 | RMH | 1.80 |
| 09/11/12 | Follow-up analysis in connection with updating of insurance asset review. | W001 | RYC | 2.70 |
| 09/12/12 | Telephone conversation with D. Nolan and draft response to fee auditor question. | W011 | AHP | 0.80 |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:     100055.WRG01

October 15, 2012                                                                      INVOICE:          250715

MATTER:  CLAIMANTS COMMITTEE                                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/12/12 | Continue to proof and make additional changes. | W011 | AHP | 1.20 |
| 09/12/12 | Communication with R. Horkovich and M. Garbowski re: application of claims analysis to W. R. Grace prepetition claims, and issues to consider in doing same, in connection with revised settlement demand. | W001 | DJN | 0.60 |
| 09/12/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.90). | W001 | GFF | 1.30 |
| 09/12/12 | Analyzed and researched insurance policies, settlements and reimbursement agreements in connection with voluntary payments clause issues, insolvents, payments and following form. | W001 | IF | 2.10 |
| 09/12/12 | Reviewed information re: runoff meeting preparation | W001 | IF | 0.60 |
| 09/12/12 | Meeting re: formulation of new settlement demands and review public data re: same. | W001 | MG | 4.90 |
| 09/12/12 | Meeting regarding formulation of new settlement demands. | W001 | RMH | 1.20 |
| 09/12/12 | Review and analysis in connection with Fee Auditor question. | W011 | RYC | 0.80 |
| 09/13/12 | Finish proofing and revisions to time and expense entries (.60); finish drafting monthly fee application and exhibit, forward to attorney for review (1.20). | W011 | AHP | 1.80 |
| 09/13/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.60); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.90 |
| 09/13/12 | Continue analysis and research re: insurance policies, settlements and reimbursement agreements in connection with voluntary payments clause issues, insolvents, payments and following form. | W001 | IF | 1.90 |
| 09/13/12 | Work on calculations needed for new settlement demands. | W001 | MG | 4.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                            MATTER:        100055.WRG01

October 15, 2012                                           INVOICE:          250715

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/13/12 | Respond to inquiry of fee auditor. | W011 | RYC | 0.40 |
| 09/14/12 | Revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.40). | W001 | GFF | 1.80 |
| 09/14/12 | Analysis of additional insurance policies, settlements and reimbursement agreements in connection with voluntary payments clause issues, insolvents, payments and following form language. | W001 | IF | 2.20 |
| 09/14/12 | Spoke to M. Garbowski and reviewed information re: updated settlement offers from public information. | W001 | IF | 0.60 |
| 09/14/12 | Work on calculations needed for new settlement demands, research NPV issue and prior adjustments. | W001 | MG | 4.20 |
| 09/14/12 | Confer with Mr. Peterson regarding exposure curve. | W001 | RMH | 0.80 |
| 09/17/12 | Final set of revisions to time entries. | W011 | AHP | 0.40 |
| 09/17/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 09/17/12 | Analyzed and researched additional insurance policies, settlements and reimbursement agreements re: voluntary payments clause issues, insolvents, payments and following form language. | W001 | IF | 2.10 |
| 09/17/12 | Preparation and meeting with insurance company representatives regarding pending closure plan for specific insolvent companies. | W001 | IF | 1.20 |
| 09/17/12 | Prepare for and attend meeting with representatives of foreign insolvent insurance company pool scheme, and review policy data and allocations re: same | W001 | MG | 1.60 |
| 09/17/12 | Review and comment upon fee applications. | W011 | RYC | 0.50 |
| 09/18/12 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 1.20 |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 15, 2012 | | INVOICE: | | 250715 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/18/12 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.40 |
| 09/18/12 | Preparation and meeting with insolvent insurance companies' representatives regarding pending closure plan. | W001 | IF | 1.00 |
| 09/18/12 | Work on calculations needed for new settlement demands | W001 | MG | 4.60 |
| 09/18/12 | Prepare for and attend meeting with representatives of insolvent pool scheme; review policy data and allocations re: same | W001 | MG | 1.60 |
| 09/18/12 | Confer with Mr. Peterson regarding exposure periods to be used in demand calculations. | W001 | RMH | 0.40 |
| 09/18/12 | Continue analysis regarding insurance asset review. | W001 | RYC | 1.20 |
| 09/19/12 | Communication with R. Horkovich re: settlement demand and conference call with Mark Petersen re: appropriate slide for claims trigger. | W001 | DJN | 0.40 |
| 09/19/12 | Work on calculations needed for new settlement demands | W001 | MG | 4.20 |
| 09/19/12 | Draft memo regarding insurance company settlement (3.80).  Attention to insurance company settlement inquiries (0.80). | W001 | RMH | 4.60 |
| 09/19/12 | Finalize revisions and proofing of settlement agreement with insurance company. | W001 | RYC | 1.20 |
| 09/20/12 | Office conference with M. Garbowski re: settlement approach. | W001 | DJN | 0.60 |
| 09/20/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.30); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.60 |
| 09/20/12 | Analyzed and researched insurance policies, settlements and reimbursement agreements in connection with voluntary payments clause issues, insolvents, payments and following form language. | W001 | IF | 1.30 |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 15, 2012 | | INVOICE: | | 250715 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/20/12 | Conference with D. Nolan re: developing new cost projection and allocation data (.20) ; review claim database and organize data re: same (4.00). | W001 | MG | 4.20 |
| 09/20/12 | Attention to recalculation of settlement demand. | W001 | RMH | 0.60 |
| 09/21/12 | Continue analysis of additional selected insurance policies re: follow form and voluntary payments issues (1.40); revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 09/21/12 | Reviewed process re: methodology for updated settlement demands. | W001 | IF | 0.60 |
| 09/21/12 | Analyzing and researching insurance policies, settlement agreements and reimbursement agreements in connection with voluntary payments provision issues, insolvents, payments and following form language. | W001 | IF | 2.20 |
| 09/21/12 | Work on calculations needed for new settlement demands. | W001 | MG | 5.10 |
| 09/24/12 | Conference with M. Garbowski re: claims analysis in connection with settlement demand. | W001 | DJN | 0.20 |
| 09/24/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (.90); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.20 |
| 09/24/12 | Analyzed and researched insurance policies, settlement agreements and reimbursement agreements in connection with consent to settle provision issues, insolvents, payments and following form. | W001 | IF | 2.30 |
| 09/24/12 | Work on calculations needed for new settlement demands with historical data (5.40); conference D. Nolan re: same (.20). | W001 | MG | 5.60 |
| 09/24/12 | Revisions to analysis regarding insurance coverage summaries. | W001 | RYC | 2.20 |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

October 15, 2012                             INVOICE:          250715

MATTER:  CLAIMANTS COMMITTEE                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/25/12 | Draft and revise insurance policy data spreadsheets (.30); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.10). | W001 | GFF | 1.40 |
| 09/25/12 | Continue analysis of insurance policies, settlement agreements and reimbursement agreements re: consent to settle provision issues, insolvent insurance companies, payments and follow form. | W001 | IF | 2.10 |
| 09/25/12 | Work on calculations needed for new settlement demands with historical data. | W001 | MG | 2.30 |
| 09/25/12 | Attention to shifting exposure curve for new settlement demands. | W001 | RMH | 0.70 |
| 09/26/12 | Communications with R. Horkovich and M. Garbowski re: shift in the exposure curves for settlement demand. | W001 | DJN | 0.10 |
| 09/26/12 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected settlement/reimbursement agreements re: indemnification issues (2.10). | W001 | GFF | 2.70 |
| 09/26/12 | Work on calculations needed for new settlement demands with historical data. | W001 | MG | 2.40 |
| 09/26/12 | Attention to updating exposure curve for new damages calculation. | W001 | RMH | 0.90 |
| 09/27/12 | Conference call with R. Horkovich and Mark Petersen to discuss sliding exposure scale from W. R. Grace claims in connection with settlement demand. | W001 | DJN | 0.40 |
| 09/27/12 | Continue analysis of selected settlement and reimbursement agreements re: indemnification issues. | W001 | GFF | 1.70 |
| 09/27/12 | Continued review and analysis of insurance policies, settlement agreements and reimbursement agreements in connection with consent to settle provision issues, insolvent insurance companies, payments, indemnifications and follow form. | W001 | IF | 2.20 |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE        MATTER:    100055.WRG01

October 15, 2012        INVOICE:    250715

MATTER: CLAIMANTS COMMITTEE        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/27/12 | Work on calculations needed for new settlement demands with historical data (5.10); emails re: questions and issues from experts re: same (1.30). | W001 | MG | 6.40 |
| 09/27/12 | Work with Dr. Peterson regarding shift in exposure curve (.90).  Attention to insurance company settlement (.90). | W001 | RMH | 1.80 |
| 09/28/12 | Analysis of selected settlement and reimbursement agreements re: indemnification issues (1.20); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.40). | W001 | GFF | 2.60 |
| 09/28/12 | Continuing to analyze and research additional insurance policies, settlement agreements and reimbursement agreements in connection with insolvent insurance companies, payments, indemnifications and follow form. | W001 | IF | 2.30 |
| 09/28/12 | Work on calculations for new settlement demands with historical data. | W001 | MG | 4.80 |
| 09/28/12 | Continue revisions to analysis regarding insurance coverage summaries. | W001 | RYC | 1.40 |

**TOTAL FEES:**        **$95,200.00**

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE                            MATTER:       100055.WRG01

October 15, 2012                                                            INVOICE:           250715

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 260.00 | 10.50 | 2,730.00 |
| Dennis J. Nolan | 480.00 | 5.10 | 2,448.00 |
| Glenn F Fields | 355.00 | 32.10 | 11,395.50 |
| Harris E Gershman | 285.00 | 0.80 | 228.00 |
| Izak Feldgreber | 305.00 | 39.20 | 11,956.00 |
| Mark Garbowski | 625.00 | 68.20 | 42,625.00 |
| Robert M Horkovich | 895.00 | 15.50 | 13,872.50 |
| Robert Y Chung | 650.00 | 15.30 | 9,945.00 |
| **TOTAL FEES:** | | | **$95,200.00** |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| October 15, 2012 | INVOICE:   250715 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001     Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---:|---:|
| Dennis J. Nolan | 5.10 | 2,448.00 |
| Glenn F Fields | 32.10 | 11,395.50 |
| Harris E Gershman | 0.80 | 228.00 |
| Izak Feldgreber | 39.20 | 11,956.00 |
| Mark Garbowski | 68.20 | 42,625.00 |
| Robert M Horkovich | 15.50 | 13,872.50 |
| Robert Y Chung | 13.60 | 8,840.00 |
| **TOTAL:** | **174.50** | **$91,365.00** |

**ACTIVITY CODE: W011     Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 10.50 | 2,730.00 |
| Robert Y Chung | 1.70 | 1,105.00 |
| **TOTAL:** | **12.20** | **$3,835.00** |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| October 15, 2012 | INVOICE: 250715 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

**COSTS through 09/30/12**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 08/28/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 200346388 Tracking Number: 798845851535 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Elihu Inselbuch, Caplin & Drysdale, 375 Park Ave Fl 35, NEW YORK CITY, NY, 10152, US | E107 | 8.83 |
| 08/28/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 200346388 Tracking Number: 798845862554 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Elihu Inselbuch, INFORMATION NOT SUPPLIED, 4 Cove Way, SHELTER ISLAND, NY, 11964, US | E107 | 14.88 |
| 09/01/12 | LIBRARY & LEGAL RESEARCH WESTLAW | E106 | 172.88 |
| 09/12/12 | DI - MESSENGER SERVICE-DI | E107 | 7.00 |
| 09/19/12 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 09/19/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 09/21/12 | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: LEXISNEXIS ACCT # 118FDM LEXIS NEXIS MEALYS | E106 | 1,524.15 |
| 09/24/12 | FILING OR WITNESS FEES - VENDOR: TREASURER STATE OF NEW JERSEY FILING FEE | E112 | 30.00 |
| 09/26/12 | DI - PHOTOCOPYING - | E101 | 14.00 |
| **TOTAL COSTS:** | | | **$1,773.54** |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| October 15, 2012 | | INVOICE: | 250715 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 23.71 |
| FE | FILING OR WITNESS FEES | 30.00 |
| ML | DI - MESSENGER SERVICE-DI | 7.00 |
| MY | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS | 1,524.15 |
| WESTLB | LIBRARY & LEGAL RESEARCH WESTLAW | 172.88 |
| XE | DI - PHOTOCOPYING - | 15.80 |
| | **TOTAL COSTS:** | **$1,773.54** |
| | **TOTAL DUE:** | **$96,973.54** |

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                                  MATTER:      100055.WRG01

October 15, 2012                                                 INVOICE:       250715



{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

October 15, 2012                                                                 INVOICE:      250715



{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:     100055.WRG01

October 15, 2012                                        INVOICE:       250715

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

October 15, 2012                                   INVOICE:      250715

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| HOURLY CONNECT | | | 4:53 | | 3.71 |
| WESTLAW LINES | | | | 13,381 | 801.28 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 4:53 | 01 | 4:53 | 13,381 | 932.71 |
| 08/07/2012 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :35 | | | | 7.09 |
| ALLFILES | 44:59 | | | | 1,211.17 |
| COMMUNICATIONS | | | 45:34 | | 10.75 |
| HOURLY CONNECT | 45:34 | 01 | 45:34 | 01 | 34.72 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 50:27S | 05 | 50:27S | 13,381S | 1,263.73 |
| TOTAL 100055-WRG01 CHARGES | | | | | 2,196.44S |

* INCLUDES APPLICABLE TAXES

{D0245851.1}

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| October 15, 2012 | INVOICE:    250715 |

### ANDERSON KILL & OLICK, P.C.
Attorneys and Counsellors at Law

ONE GATEWAY CENTER ■ SUITE 1510 ■ NEWARK, NJ 07102
TELEPHONE: 973-642-5858 ■ FAX: 973-621-6361
www.andersonkill.com

Kenneth E. Sharperson, Esq.
(973)642-5856
ksharperson@andersonkill.com

August 7, 2012

VIA FEDERAL EXPRESS

Melinda Armenti
Office of the Clerk
Supreme Court of New Jersey
Richard J. Hughes Justice Complex
25 West Market Street
Trenton, NJ 08625-0006

Re: Commissioner of Insurance of the State
of New Jersey v. Integrity Insurance Company,
DOCKET NO. BELOW A-002505-10
SUPREME CT DOCKET NO. 070196

Dear Sir/Madam:

This office represents Petitioner, the Official Committee of Asbestos Personal Injury Claimants ("ACC"), in the above referenced matter.

Enclosed for filing are five (5) additional copies of Petitioner's Motion for Reconsideration of the July 12, 2012 Order Denying the Petition for Certification of W.R. Grace & Company by the True Party of Interest, the Official Committee of Asbestos Personal Injury Claimants.

I have also included a check for $30 to cover the filing fees.

Very truly yours,

Kenneth E. Sharperson

cc: David Freeman, Esq. (Via Regular Mail)

njdocs-58398.1

NEW YORK, NY ■ CHICAGO, IL ■ NEWARK, NJ ■ PHILADELPHIA, PA ■ WASHINGTON, DC ■ GREENWICH, CT

{D0245851.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 15, 2012                                                     INVOICE:              250715