Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 05-Jul-12 | BR | Review of document distributed by Blackstone in preparation for conference call to discuss the same. | 1.40 | $ 650.00 | $ 910.00 |
| 09-Jul-12 | BR | Review of discussion materials circulated by Blackstone in anticipation of conference call to discuss the same. | 1.60 | $ 650.00 | $ 1,040.00 |
| 10-Jul-12 | BR | Consideration of certain issues at request of counsel to the ACC. | 1.80 | $ 650.00 | $ 1,170.00 |
| 10-Jul-12 | BR | Tel C w/ J Sinclair to discuss issues in connection with upcoming conference call with Debtor's management and financial advisor. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Jul-12 | BR | Conf call w/ J Sinclair, Inselbuch and Lockwood to discuss outstanding case issues. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | BR | Conf call with ACC, FCR and Debtor representatives to discuss financial proposal. | 1.30 | $ 650.00 | $ 845.00 |
| 10-Jul-12 | BR | Tel C w/ J Sinclair to discuss additional steps in connection with earlier conference call with ACC, FCR and Debtor representatives. | 1.00 | $ 650.00 | $ 650.00 |
| 11-Jul-12 | BR | Tel C's w/ J Sinclair re status of discussions with Debtor in connection with financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 12-Jul-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| 16-Jul-12 | BR | Tel C w/ J Sinclair to discuss status of case. | 0.30 | $ 650.00 | $ 195.00 |
| 16-Jul-12 | BR | Consideration of alternatives relating to financial proposal from WR Grace. | 1.50 | $ 650.00 | $ 975.00 |
| 17-Jul-12 | BR | Review of correspondence from counsel to the ACC to Committee members. | 0.40 | $ 650.00 | $ 260.00 |
| 17-Jul-12 | BR | Review of counter-proposal revisions offered by J Sinclair. | 0.10 | $ 650.00 | $ 65.00 |
| 24-Jul-12 | BR | Review of ACC/FCR counterproposal in negotiations with Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 25-Jul-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| | | Total Bradley Rapp | 10.80 | | $ 7,020.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 02-Jul-12 | JS | Calls (2) with Inselbuch regarding financial proposals. | 0.30 | $ 650.00 | $ 195.00 |
| 02-Jul-12 | JS | Calls (2) with Radecki regarding Grace financial proposals. | 0.20 | $ 650.00 | $ 130.00 |
| 02-Jul-12 | JS | Call with O'Connell regarding Grace financial proposals. | 0.20 | $ 650.00 | $ 130.00 |
| 03-Jul-12 | JS | Review documents regarding financial proposals in preparation for conference call on 7/10/2012 with Grace and Blackstone. | 2.60 | $ 650.00 | $ 1,690.00 |
| 03-Jul-12 | JS | Review, analyze pricing data and information, recently announced corporate developments for purposes of advising ACC counsel. | 1.20 | $ 650.00 | $ 780.00 |
| 05-Jul-12 | JS | Review, analyze financial proposal in preparation for conference call with Grace and Blackstone on 7/10/12. | 1.80 | $ 650.00 | $ 1,170.00 |
| 10-Jul-12 | JS | Review memorandum from Blackstone regarding financial proposal in preparation for conference call with Grace and Blackstone on 7/10/2012. | 2.30 | $ 650.00 | $ 1,495.00 |
| 10-Jul-12 | JS | Call with Brad Rapp in preparation for call with Grace/Blackstone regarding financial proposal. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Jul-12 | JS | Conference call with Inselbuch and Lockwood in preparation for call with Grace/Blackstone regarding financial proposal on 7/10/2012. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | JS | Call with Radecki regarding the financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | JS | Conference call with Grace (Filon), Shelnitz, Radecki, Blackstone (O'Connell), Frankel, Inselbuch and Lockwood regarding financial proposal. | 1.30 | $ 650.00 | $ 845.00 |
| 10-Jul-12 | JS | Review conference call (with Grace/Blackstone and counsel) with Brad Rapp and Duncan Sinclair regarding financial proposal for purposes of advising ACC counsel. | 1.00 | $ 650.00 | $ 650.00 |
| 11-Jul-12 | JS | Review, analyze memorandum from ACC counsel (Inselbuch) regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 11-Jul-12 | JS | Calls with Rapp to discuss financial proposal for purposes of advising ACC counsel. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | JS | Call with Inselbuch to discuss financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 11-Jul-12 | JS | Write memorandum to ACC counsel (Inselbuch) regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | JS | Review analyze pricing data and information and recent acquisition for purposes of advising ACC counsel. | 0.80 | $ 650.00 | $ 520.00 |
| 16-Jul-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| 16-Jul-12 | JS | Call with Rapp regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 16-Jul-12 | JS | Call with Radecki to discuss financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 16-Jul-12 | JS | Call with Inselbuch to discuss financial proposal. | 0.10 | $ 650.00 | $ 65.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 17-Jul-12 | JS | Meeting at Caplin & Drysdale with Inselbuch, Frankel, Wyron and Radecki regarding financial proposal for settlement. | 1.20 | $ 650.00 | $ 780.00 |
| 17-Jul-12 | JS | Follow-up meeting with Inselbuch regarding financial proposal for settlement. | 0.40 | $ 650.00 | $ 260.00 |
| 17-Jul-12 | JS | One-half travel time (1/2 x 1.0 hours) not working to/from Caplin & Drysdale's offices at 375 Park Ave., NYC. | 0.50 | $ 650.00 | $ 325.00 |
| 17-Jul-12 | JS | Review for comment draft of memorandum to Blackstone from ACC and FCR regarding financial proposal. | 0.70 | $ 650.00 | $ 455.00 |
| 25-Jul-12 | JS | Review, analyze Grace 2Q12 Earnings Report and Business Update for valuation and monitoring . | 2.40 | $ 650.00 | $ 1,560.00 |
| 25-Jul-12 | JS | Earnings call with Fista, CEO, and La Force, CFO regarding 2Q12 operating results and outlook for full year 2012 for monitoring and valuation. | 0.70 | $ 650.00 | $ 455.00 |
| | | Total James Sinclair | 20.70 | | $ 13,455.00 |

Peter Cramp - Associate

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 02-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review recent news. | 2.30 | $ 360.00 | $ 828.00 |
| 05-Jul-12 | PC | Review term sheet for proposed transaction for due diligence. | 0.50 | $ 360.00 | $ 180.00 |
| 09-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $ 360.00 | $ 756.00 |
| 10-Jul-12 | PC | Review proposed transaction discussion materials in preparation for conference call. | 1.10 | $ 360.00 | $ 396.00 |
| 16-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 17-Jul-12 | PC | Review memorandum from ACC counsel (E. Inselbuch) to ACC regarding proposed transaction. | 0.50 | $ 360.00 | $ 180.00 |
| 23-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 360.00 | $ 540.00 |
| 23-Jul-12 | PC | Review counterproposal for transaction for due diligence. | 0.60 | $ 360.00 | $ 216.00 |
| 25-Jul-12 | PC | Participation in WR Grace Q2 earnings webcast for due diligence. | 0.80 | $ 360.00 | $ 288.00 |
| 26-Jul-12 | PC | Review WR Grace Q2 earnings release for due diligence. | 1.20 | $ 360.00 | $ 432.00 |
| 30-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| | | Total Peter Cramp | 14.00 | | $ 5,040.00 |

Gibbons Sinclair - Associate

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 31-Jul-12 | | Draft WR Grace Fee Statement. | 1.10 | $ 360.00 | $ 396.00 |
| | | Total Gibbons Sinclair | 1.10 | | $ 396.00 |

Duncan Sinclair - Senior Analyst

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 11-Jul-12 | DS | Review discussion sheet provided by Blackstone in preparation for call with Blackstone and creditor committees. | 0.30 | $ 300.00 | $ 90.00 |
| 11-Jul-12 | DS | Call with Blackstone and creditor committees regarding financial proposal. | 1.30 | $ 300.00 | $ 390.00 |
| 11-Jul-12 | DS | Call with Brad Rapp, James Sinclair, and Pete Cramp regarding financial proposal . | 0.30 | $ 300.00 | $ 90.00 |
| 11-Jul-12 | DS | Call with James Sinclair regarding financial proposal. | 0.10 | $ 300.00 | $ 30.00 |
| | | Total Duncan Sinclair | 2.00 | | $ 600.00 |
| | | **TOTAL** | 48.60 | | $ 26,511.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 02-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review recent news. | 2.30 | $ 360.00 | $ 828.00 |
| 03-Jul-12 | JS | Review, analyze pricing data and information, recently announced corporate developments for purposes of advising ACC counsel. | 1.20 | $ 650.00 | $ 780.00 |
| 09-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $ 360.00 | $ 756.00 |
| 11-Jul-12 | JS | Review analyze pricing data and information and recent acquisition for purposes of advising ACC counsel. | 0.80 | $ 650.00 | $ 520.00 |
| 12-Jul-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| 16-Jul-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| 16-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 23-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 360.00 | $ 540.00 |
| 25-Jul-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| 25-Jul-12 | JS | Review, analyze Grace 2Q12 Earnings Report and Business Update for valuation and monitoring . | 2.40 | $ 650.00 | $ 1,560.00 |
| 25-Jul-12 | JS | Earnings call with Fista, CEO, and La Force, CFO regarding 2Q12 operating results and outlook for full year 2012 for monitoring and valuation. | 0.70 | $ 650.00 | $ 455.00 |
| 25-Jul-12 | PC | Participation in WR Grace Q2 earnings webcast for due diligence. | 0.80 | $ 360.00 | $ 288.00 |
| 26-Jul-12 | PC | Review WR Grace Q2 earnings release for due diligence. | 1.20 | $ 360.00 | $ 432.00 |
| 30-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| | | Total Asset Analysis and Recovery | 17.20 | | $ 7,903.00 |
| Case Administration | | | | | |
| 05-Jul-12 | BR | Review of document distributed by Blackstone in preparation for conference call to discuss the same. | 1.40 | $ 650.00 | $ 910.00 |
| 09-Jul-12 | BR | Review of discussion materials circulated by Blackstone in anticipation of conference call to discuss the same. | 1.60 | $ 650.00 | $ 1,040.00 |
| 10-Jul-12 | BR | Tel C w/ J Sinclair to discuss issues in connection with upcoming conference call with Debtor's management and financial advisor. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Jul-12 | BR | Conf call w/ J Sinclair, Inselbuch and Lockwood to discuss outstanding case issues. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | BR | Conf call with ACC, FCR and Debtor representatives to discuss financial proposal. | 1.30 | $ 650.00 | $ 845.00 |
| 10-Jul-12 | BR | Tel C w/ J Sinclair to discuss additional steps in connection with earlier conference call with ACC, FCR and Debtor representatives. | 1.00 | $ 650.00 | $ 650.00 |
| 10-Jul-12 | JS | Call with Brad Rapp in preparation for call with Grace/Blackstone regarding financial proposal. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Jul-12 | JS | Conference call with Inselbuch and Lockwood in preparation for call with Grace/Blackstone regarding financial proposal on 7/10/2012. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | JS | Conference call with Grace (Filon), Shelnitz, Radecki, Blackstone (O'Connell), Frankel, Inselbuch and Lockwood regarding financial proposal. | 1.30 | $ 650.00 | $ 845.00 |
| 10-Jul-12 | JS | Review conference call (with Grace/Blackstone and counsel) with Brad Rapp and Duncan Sinclair regarding financial proposal for purposes of advising ACC counsel. | 1.00 | $ 650.00 | $ 650.00 |
| 11-Jul-12 | BR | Tel C's w/ J Sinclair re status of discussions with Debtor in connection with financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | JS | Calls with Rapp to discuss financial proposal for purposes of advising ACC counsel. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | DS | Call with Brad Rapp, James Sinclair, and Pete Cramp regarding financial proposal . | 0.30 | $ 300.00 | $ 90.00 |
| 11-Jul-12 | DS | Call with James Sinclair regarding financial proposal. | 0.10 | $ 300.00 | $ 30.00 |
| 16-Jul-12 | BR | Tel C w/ J Sinclair to discuss status of case. | 0.30 | $ 650.00 | $ 195.00 |
| 16-Jul-12 | JS | Call with Rapp regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 17-Jul-12 | BR | Review of correspondence from counsel to the ACC to Committee members. | 0.40 | $ 650.00 | $ 260.00 |
| 17-Jul-12 | PC | Review memorandum from ACC counsel (E. Inselbuch) to ACC regarding proposed transaction. | 0.50 | $ 360.00 | $ 180.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| | | Total Case Administration | 11.50 | | $ 7,190.00 |
| **Fee Applications (Applicant)** | | | | | |
| 31-Jul-12 | GS | Draft WR Grace Fee Statement. | 1.10 | $ 360.00 | $ 396.00 |
| | | Total Fee Applications (Applicant) | 1.10 | | $ 396.00 |
| **Non Working Travel** | | | | | |
| 17-Jul-12 | JS | One-half travel time (1/2 x 1.0 hours) not working to/from Caplin & Drysdale's offices at 375 Park Ave., NYC. | 0.50 | $ 650.00 | $ 325.00 |
| | | Total Non Working Travel | 0.50 | | $ 325.00 |
| **Plan and Disclosure Statement** | | | | | |
| 02-Jul-12 | JS | Calls (2) with Inselbuch regarding financial proposals. | 0.30 | $ 650.00 | $ 195.00 |
| 02-Jul-12 | JS | Calls (2) with Radecki regarding Grace financial proposals. | 0.20 | $ 650.00 | $ 130.00 |
| 02-Jul-12 | JS | Call with O'Connell regarding Grace financial proposals. | 0.20 | $ 650.00 | $ 130.00 |
| 03-Jul-12 | JS | Review documents regarding financial proposals in preparation for conference call on 7/10/2012 with Grace and Blackstone. | 2.60 | $ 650.00 | $ 1,690.00 |
| 05-Jul-12 | JS | Review, analyze financial proposal in preparation for conference call with Grace and Blackstone on 7/10/12. | 1.80 | $ 650.00 | $ 1,170.00 |
| 05-Jul-12 | PC | Review term sheet for proposed transaction for due diligence. | 0.50 | $ 360.00 | $ 180.00 |
| 10-Jul-12 | BR | Consideration of certain issues at request of counsel to the ACC. | 1.80 | $ 650.00 | $ 1,170.00 |
| 10-Jul-12 | JS | Review memorandum from Blackstone regarding financial proposal in preparation for conference call with Grace and Blackstone on 7/10/2012. | 2.30 | $ 650.00 | $ 1,495.00 |
| 10-Jul-12 | JS | Call with Radecki regarding the financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | PC | Review proposed transaction discussion materials in preparation for conference call. | 1.10 | $ 360.00 | $ 396.00 |
| 11-Jul-12 | JS | Review, analyze memorandum from ACC counsel (Inselbuch) regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 11-Jul-12 | JS | Call with Inselbuch to discuss financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 11-Jul-12 | JS | Write memorandum to ACC counsel (Inselbuch) regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | DS | Review discussion sheet provided by Blackstone in preparation for call with Blackstone and creditor committees. | 0.30 | $ 300.00 | $ 90.00 |
| 11-Jul-12 | DS | Call with Blackstone and creditor committees regarding financial proposal. | 1.30 | $ 300.00 | $ 390.00 |
| 16-Jul-12 | BR | Consideration of alternatives relating to financial proposal from WR Grace. | 1.50 | $ 650.00 | $ 975.00 |
| 16-Jul-12 | JS | Call with Radecki to discuss financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 16-Jul-12 | JS | Call with Inselbuch to discuss financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 17-Jul-12 | BR | Review of counter-proposal revisions offered by J Sinclair. | 0.10 | $ 650.00 | $ 65.00 |
| 17-Jul-12 | JS | Meeting at Caplin & Drysdale with Inselbuch, Frankel, Wyron and Radecki regarding financial proposal for settlement. | 1.20 | $ 650.00 | $ 780.00 |
| 17-Jul-12 | JS | Follow-up meeting with Inselbuch regarding financial proposal for settlement. | 0.40 | $ 650.00 | $ 260.00 |
| 17-Jul-12 | JS | Review for comment draft of memorandum to Blackstone from ACC and FCR regarding financial proposal. | 0.70 | $ 650.00 | $ 455.00 |
| 23-Jul-12 | PC | Review counterproposal for transaction for due diligence. | 0.60 | $ 360.00 | $ 216.00 |
| 24-Jul-12 | BR | Review of ACC/FCR counterproposal in negotiations with Grace. | 0.20 | $ 650.00 | $ 130.00 |
| | | Total Plan and Disclosure Agreement | 18.30 | | $ 10,697.00 |
| | | **TOTAL** | 48.60 | | $ 26,511.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 10.80 | $ 650.00 | $ 7,020.00 |
| James Sinclair - Senior Managing Director | 20.70 | $ 650.00 | $ 13,455.00 |
| Peter Cramp - Associate | 14.00 | $ 360.00 | $ 5,040.00 |
| Gibbons Sinclair - Associate | 1.10 | $ 360.00 | $ 396.00 |
| Duncan Sinclair - Associate | 2.00 | $ 300.00 | $ 600.00 |
| Total Professional Hours and Fees | 48.60 | | $ 26,511.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - July 1, 2012 through July 31, 2012

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses During this Period. |   |
|      | Total Expenses July 1, 2012 through July 31, 2012 | $0.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2012 through August 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 03-Aug-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 03-Aug-12 | BR | Review of analysis Grace analysis of 2Q12 operating results. | 2.60 | $650.00 | $ 1,690.00 |
| 06-Aug-12 | BR | Review of docket report and selected documents set forth therein. | 0.70 | $650.00 | $ 455.00 |
| 10-Aug-12 | BR | Review of 2Q12 post-confirmation operating report. | 0.30 | $650.00 | $ 195.00 |
| 13-Aug-12 | BR | Review of weekly update reports on Grace. | 0.20 | $650.00 | $ 130.00 |
| 15-Aug-12 | BR | Review of Grace 10-Q for the 2Q12. | 2.70 | $650.00 | $ 1,755.00 |
| 15-Aug-12 | BR | Continued review of Grace 10-Q for the 2Q12. | 2.50 | $650.00 | $ 1,625.00 |
| 21-Aug-12 | BR | Review of monthly financial package for financial advisors for June 2012. | 2.60 | $650.00 | $ 1,690.00 |
| 28-Aug-12 | BR | Review of weekly update reports on Grace. | 0.20 | $650.00 | $ 130.00 |
| | | Total Bradley Rapp | 11.90 | | $ 7,735.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 01-Aug-12 | JS | Call with Radecki and Rapp to discuss Grace financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 01-Aug-12 | JS | Call with Peter Lockwood regarding Grace's revised financial proposal. | 0.50 | $650.00 | $ 325.00 |
| 01-Aug-12 | JS | Call with Inselbuch regarding Grace's revised financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 01-Aug-12 | JS | Call with Radecki regarding Grace financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 01-Aug-12 | JS | Call with Inselbuch regarding Grace's revised financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 02-Aug-12 | JS | Calls (2) with Radecki regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 02-Aug-12 | JS | Call with Blackstone (O'Connell) regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 02-Aug-12 | JS | Call with Inselbuch regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 02-Aug-12 | JS | Calls (2) with O'Connell regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 03-Aug-12 | JS | Review for comment draft of G. Sinclair's memorandum to ACC counsel regarding Grace's 2nd Quarter 2012 financial results for purposes of advising counsel. | 0.30 | $650.00 | $ 195.00 |
| 13-Aug-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 14-Aug-12 | JS | Conference call with Blackstone (O'Connell and Schlesinger) regarding financial proposal. | 0.30 | $650.00 | $ 195.00 |
| 14-Aug-12 | JS | Review language from O'Connell regarding financial proposal terms for purposes of advising ACC counsel. | 0.20 | $650.00 | $ 130.00 |
| 15-Aug-12 | JS | Conference call with O'Connell and Schlesinger regarding financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 16-Aug-12 | JS | Call with Radecki regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 16-Aug-12 | JS | Call with Inselbuch regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 28-Aug-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| | | Total James Sinclair | 4.00 | | $ 2,600.00 |
| **Peter Cramp - Associate** | | | | | |
| 01-Aug-12 | PC | Review Debtors' counterproposal for due diligence. | 0.40 | $360.00 | $ 144.00 |
| 06-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 13-Aug-12 | PC | Review and analyze 10-Q filing for due diligence. | 1.30 | $360.00 | $ 468.00 |
| 13-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| 20-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $360.00 | $ 504.00 |
| 27-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $360.00 | $ 612.00 |
| | | Total Peter Cramp | 8.10 | | $ 2,916.00 |
| **Gibbons Sinclair - Associate** | | | | | |
| 03-Aug-12 | GS | Review Grace 2Q12 earnings release. | 1.20 | $ 360.00 | $ 432.00 |
| 03-Aug-12 | GS | Draft Memo regarding Grace 2Q12 earnings report. | 0.80 | $ 360.00 | $ 288.00 |
| 13-Aug-12 | GS | Review and revise Interim Fee Application. | 1.10 | $ 360.00 | $ 396.00 |
| 31-Aug-12 | GS | Draft Grace Fee Statement. | 0.80 | $ 360.00 | $ 288.00 |
| | | Total Gibbons Sinclair | 3.90 | | $ 1,404.00 |
| | | **TOTAL** | 27.90 | | $ 14,655.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2012 through August 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Aug-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| 03-Aug-12 | JS | Review for comment draft of G. Sinclair's memorandum to ACC counsel regarding Grace's 2nd Quarter 2012 financial results for purposes of advising counsel. | 0.30 | $ 650.00 | $ 195.00 |
| 06-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 360.00 | $ 576.00 |
| 13-Aug-12 | BR | Review of weekly update reports on Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 13-Aug-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 650.00 | $ 455.00 |
| 13-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 20-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 360.00 | $ 504.00 |
| 21-Aug-12 | BR | Review of monthly financial package for financial advisors for June 2012. | 2.60 | $ 650.00 | $ 1,690.00 |
| 27-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 28-Aug-12 | BR | Review of weekly update reports on Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 28-Aug-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| | | Total Asset Analysis and Recovery | 11.10 | | $ 5,359.00 |
| Case Administration | | | | | |
| 03-Aug-12 | BR | Review of analysis Grace analysis of 2Q12 operating results. | 2.60 | $ 650.00 | $ 1,690.00 |
| 03-Aug-12 | GS | Review Grace 2Q12 earnings release. | 1.20 | $ 360.00 | $ 432.00 |
| 03-Aug-12 | GS | Draft Memo regarding Grace 2Q12 earnings report. | 0.80 | $ 360.00 | $ 288.00 |
| 06-Aug-12 | BR | Review of docket report and selected documents set forth therein. | 0.70 | $ 650.00 | $ 455.00 |
| 10-Aug-12 | BR | Review of 2Q12 post-confirmation operating report. | 0.30 | $ 650.00 | $ 195.00 |
| 13-Aug-12 | PC | Review and analyze 10-Q filing for due diligence. | 1.30 | $ 360.00 | $ 468.00 |
| 15-Aug-12 | BR | Review of Grace 10-Q for the 2Q12. | 2.70 | $ 650.00 | $ 1,755.00 |
| 15-Aug-12 | BR | Continued review of Grace 10-Q for the 2Q12. | 2.50 | $ 650.00 | $ 1,625.00 |
| | | Total Case Administration | 12.10 | | $ 6,908.00 |
| Fee Applications (Applicant) | | | | | |
| 13-Aug-12 | GS | Review and revise Interim Fee Application. | 1.10 | $ 360.00 | $ 396.00 |
| 31-Aug-12 | GS | Draft Grace Fee Statement. | 0.80 | $ 360.00 | $ 288.00 |
| | | Total Fee Applications (Applicant) | 1.90 | | $ 684.00 |
| Plan and Disclosure Statement | | | | | |
| 01-Aug-12 | JS | Call with Radecki and Rapp to discuss Grace financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 01-Aug-12 | JS | Call with Peter Lockwood regarding Grace's revised financial proposal. | 0.50 | $ 650.00 | $ 325.00 |
| 01-Aug-12 | JS | Call with Inselbuch regarding Grace's revised financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 01-Aug-12 | JS | Call with Radecki regarding Grace financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 01-Aug-12 | JS | Call with Inselbuch regarding Grace's revised financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 01-Aug-12 | PC | Review Debtors' counterproposal for due diligence. | 0.40 | $ 360.00 | $ 144.00 |
| 02-Aug-12 | JS | Calls (2) with Radecki regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 02-Aug-12 | JS | Call with Blackstone (O'Connell) regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 02-Aug-12 | JS | Call with Inselbuch regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 02-Aug-12 | JS | Calls (2) with O'Connell regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 14-Aug-12 | JS | Conference call with Blackstone (O'Connell and Schlesinger) regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 14-Aug-12 | JS | Review language from O'Connell regarding financial proposal terms for purposes of advising ACC counsel. | 0.20 | $ 650.00 | $ 130.00 |
| 15-Aug-12 | JS | Conference call with O'Connell and Schlesinger regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 16-Aug-12 | JS | Call with Radecki regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 16-Aug-12 | JS | Call with Inselbuch regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| | | Total Plan and Disclosure Agreement | 2.80 | | $ 1,704.00 |
| | | **TOTAL** | 27.90 | | $ 14,655.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2012 through August 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 11.90 | $ 650.00 | $ 7,735.00 |
| James Sinclair - Senior Managing Director | 4.00 | $ 650.00 | $ 2,600.00 |
| Peter Cramp - Associate | 8.10 | $ 360.00 | $ 2,916.00 |
| Gibbons Sinclair - Associate | 3.90 | $ 360.00 | $ 1,404.00 |
| Total Professional Hours and Fees | 27.90 | | $ 14,655.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - August 1, 2012 through August 31, 2012

| Date | Description of Item | Amount |
|---|---|---|
| 31-Aug-12 | Online Research - PACER | $7.00 |
| | Total Expenses August 1, 2012 through August 31, 2012 | $7.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 05-Sep-12 | BR | Review of e-mail memo from counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 05-Sep-12 | BR | Review of correspondence with counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 13-Sep-12 | BR | Review and analysis of monthly financial report for July 2012. | 1.40 | $650.00 | $ 910.00 |
| 20-Sep-12 | BR | Review of e-mail from J Sinclair discussing case issues. | 0.10 | $650.00 | $ 65.00 |
| 21-Sep-12 | BR | Document review at request of counsel to the ACC. | 0.40 | $650.00 | $ 260.00 |
| 21-Sep-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 25-Sep-12 | BR | Review of weekly update report on Grace. | 0.20 | $650.00 | $ 130.00 |
| | | Total Bradley Rapp | 2.40 | | $ 1,560.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 04-Sep-12 | JS | Call with O'Connell at Blackstone regarding financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 04-Sep-12 | JS | Calls (2) with Inselbuch regarding Grace financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 05-Sep-12 | JS | Review Grace/Blackstone and ACC/FCR proposals in preparation for conference call with ACC counsel, FCR counsel and FCR financial advisor. | 0.60 | $650.00 | $ 390.00 |
| 05-Sep-12 | JS | Conference call with ACC counsel, FCR counsel and FCR Financial advisor regarding financial proposal. | 0.30 | $650.00 | $ 195.00 |
| 05-Sep-12 | JS | Calls (2) with Inselbuch regarding Grace financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 05-Sep-12 | JS | Call with Radecki, financial advisor to FCR, regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 05-Sep-12 | JS | Review draft of counterproposal from Radecki regarding financial proposal. | 0.30 | $650.00 | $ 195.00 |
| 05-Sep-12 | JS | Review comparable company data versus Grace data for equity valuation. | 2.30 | $650.00 | $ 1,495.00 |
| 05-Sep-12 | JS | Call with O'Connell at Blackstone regarding financial proposal. | 0.30 | $650.00 | $ 195.00 |
| 06-Sep-12 | JS | Review, analyze Sealed Air financial presentation for recovery analysis. | 2.20 | $650.00 | $ 1,430.00 |
| 06-Sep-12 | JS | Call with Radecki regarding financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 07-Sep-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| 07-Sep-12 | JS | Write memorandum to Inselbuch regarding status of financial proposal. | 0.70 | $650.00 | $ 455.00 |
| 10-Sep-12 | JS | Write memorandum to Inselbuch regarding financial proposal. | 0.50 | $650.00 | $ 325.00 |
| 12-Sep-12 | JS | Review 8-K filing, press release regarding Sealed Air settlement for recovery analysis. | 0.40 | $650.00 | $ 260.00 |
| 12-Sep-12 | JS | Review pricing information and data for ACC counsel for estate valuation. | 0.70 | $650.00 | $ 455.00 |
| 19-Sep-12 | JS | Review for comment draft of term sheet on financial proposal from Orrick Herrington for purposes of advising ACC counsel. | 1.30 | $650.00 | $ 845.00 |
| 21-Sep-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 21-Sep-12 | JS | Review for comment revised (9/20/2012) draft of term sheet on financial proposal from Orrick Herrington for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 24-Sep-12 | JS | Analyze, revise Deferred Payment Obligation pricing for recovery analysis. | 1.20 | $650.00 | $ 780.00 |
| 24-Sep-12 | JS | Review, analyze revised recovery analysis for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 25-Sep-12 | JS | Calls (2) with Inselbuch regarding terms of financial agreement. | 0.30 | $650.00 | $ 195.00 |
| 25-Sep-12 | JS | Call with Radecki regarding terms of financial agreement. | 0.10 | $650.00 | $ 65.00 |
| | | Total James Sinclair | 14.70 | | $ 9,555.00 |
| Peter Cramp - Associate | | | | | |
| 04-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review company news. | 2.20 | $360.00 | $ 792.00 |
| 06-Sep-12 | PC | Review counterproposal for financial transaction for due diligence. | 0.50 | $360.00 | $ 180.00 |
| 10-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| 12-Sep-12 | PC | Review Investment Highlights presentation of September 10, 2012 for due diligence. | 3.10 | $360.00 | $ 1,116.00 |
| 14-Sep-12 | PC | Respond to inquiry from ACC counsel (P. Lockwood) regarding Debtor's share price fluctuation. | 1.60 | $360.00 | $ 576.00 |
| 17-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 20-Sep-12 | PC | Review memorandum from J. Sinclair regarding proposed transaction. | 0.30 | $360.00 | $ 108.00 |
| 24-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $360.00 | $ 504.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 24-Sep-12 | PC | Review current spreads and update interest calculations for inclusion in weekly update. | 1.60 | $360.00 | $ 576.00 |
| | | Total Peter Cramp | 14.00 | | $ 5,040.00 |
| Gibbons Sinclair - Associate | | | | | |
| 24-Sep-12 | | Draft Grace Fee Statement. | 1.20 | $ 360.00 | $ 432.00 |
| | | Total Gibbons Sinclair | 1.20 | | $ 432.00 |
| | | **TOTAL** | 32.30 | | $ 16,587.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 04-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review company news. | 2.20 | $ 360.00 | $ 792.00 |
| 06-Sep-12 | JS | Review, analyze Sealed Air financial presentation for recovery analysis. | 2.20 | $ 650.00 | $ 1,430.00 |
| 07-Sep-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 12-Sep-12 | JS | Review 8-K filing, press release regarding Sealed Air settlement for recovery analysis. | 0.40 | $ 650.00 | $ 260.00 |
| 21-Sep-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| 24-Sep-12 | JS | Analyze, revise Deferred Payment Obligation pricing for recovery analysis. | 1.20 | $ 650.00 | $ 780.00 |
| 24-Sep-12 | JS | Review, analyze revised recovery analysis for purposes of advising ACC counsel. | 0.70 | $ 650.00 | $ 455.00 |
| 24-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 360.00 | $ 504.00 |
| 24-Sep-12 | PC | Review current spreads and update interest calculations for inclusion in weekly update. | 1.60 | $ 360.00 | $ 576.00 |
| | | Total Asset Analysis and Recovery | 12.50 | | $ 6,124.00 |
| Case Administration | | | | | |
| 05-Sep-12 | BR | Review of e-mail memo from counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 05-Sep-12 | BR | Review of correspondence with counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 12-Sep-12 | PC | Review Investment Highlights presentation of September 10, 2012 for due diligence. | 3.10 | $360.00 | $ 1,116.00 |
| 13-Sep-12 | BR | Review and analysis of monthly financial report for July 2012. | 1.40 | $650.00 | $ 910.00 |
| 14-Sep-12 | PC | Respond to inquiry from ACC counsel (P. Lockwood) regarding Debtor's share price fluctuation. | 1.60 | $360.00 | $ 576.00 |
| 20-Sep-12 | BR | Review of e-mail from J Sinclair discussing case issues. | 0.10 | $650.00 | $ 65.00 |
| 21-Sep-12 | BR | Document review at request of counsel to the ACC. | 0.40 | $650.00 | $ 260.00 |
| 21-Sep-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 25-Sep-12 | BR | Review of weekly update report on Grace. | 0.20 | $650.00 | $ 130.00 |
| | | Total Case Administration | 7.10 | | $ 3,252.00 |
| Fee Applications (Applicant) | | | | | |
| 24-Sep-12 | GS | Draft Grace Fee Statement. | 1.20 | $ 360.00 | $ 432.00 |
| | | Total Fee Applications (Applicant) | 1.20 | | $ 432.00 |
| Plan and Disclosure Statement | | | | | |
| 04-Sep-12 | JS | Call with O'Connell at Blackstone regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 04-Sep-12 | JS | Calls (2) with Inselbuch regarding Grace financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 05-Sep-12 | JS | Review Grace/Blackstone and ACC/FCR proposals in preparation for conference call with ACC counsel, FCR counsel and FCR financial advisor. | 0.60 | $ 650.00 | $ 390.00 |
| 05-Sep-12 | JS | Conference call with ACC counsel, FCR counsel and FCR Financial advisor regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 05-Sep-12 | JS | Calls (2) with Inselbuch regarding Grace financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 05-Sep-12 | JS | Call with Radecki, financial advisor to FCR, regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 05-Sep-12 | JS | Review draft of counterproposal from Radecki regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 05-Sep-12 | JS | Call with O'Connell at Blackstone regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 06-Sep-12 | JS | Call with Radecki regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 06-Sep-12 | PC | Review counterproposal for financial transaction for due diligence. | 0.50 | $ 360.00 | $ 180.00 |
| 07-Sep-12 | JS | Write memorandum to Inselbuch regarding status of financial proposal. | 0.70 | $ 650.00 | $ 455.00 |
| 10-Sep-12 | JS | Write memorandum to Inselbuch regarding financial proposal. | 0.50 | $ 650.00 | $ 325.00 |
| 17-Sep-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 360.00 | $ 576.00 |
| 19-Sep-12 | JS | Review for comment draft of term sheet on financial proposal from Orrick Herrington for purposes of advising ACC counsel. | 1.30 | $ 650.00 | $ 845.00 |
| 20-Sep-12 | PC | Review memorandum from J. Sinclair regarding proposed transaction. | 0.30 | $ 360.00 | $ 108.00 |
| 21-Sep-12 | JS | Review for comment revised (9/20/2012) draft of term sheet on financial proposal from Orrick Herrington for purposes of advising ACC counsel. | 0.80 | $ 650.00 | $ 520.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 25-Sep-12 | JS | Calls (2) with Inselbuch regarding terms of financial agreement. | 0.30 | $ 650.00 | $ 195.00 |
| 25-Sep-12 | JS | Call with Radecki regarding terms of financial agreement. | 0.10 | $ 650.00 | $ 65.00 |
| | | Total Plan and Disclosure Agreement | 8.50 | | $ 4,829.00 |

Valuation

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 05-Sep-12 | JS | Review comparable company data versus Grace data for equity valuation. | 2.30 | $650.00 | $ 1,495.00 |
| 12-Sep-12 | JS | Review pricing information and data for ACC counsel for estate valuation. | 0.70 | $650.00 | $ 455.00 |
| | | Total Valuation | 3.00 | | $ 1,950.00 |
| | | **TOTAL** | 32.30 | | $ 16,587.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2012 through September 30, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.40 | $ 650.00 | $ 1,560.00 |
| James Sinclair - Senior Managing Director | 14.70 | $ 650.00 | $ 9,555.00 |
| Peter Cramp - Associate | 14.00 | $ 360.00 | $ 5,040.00 |
| Gibbons Sinclair - Associate | 1.20 | $ 360.00 | $ 432.00 |
| Total Professional Hours and Fees | 32.30 | | $ 16,587.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - September 1, 2012 through September 30, 2012

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period. |  |

| | | |
|--|--|--|
| | Total Expenses September 1, 2012 through September 30, 2012 | $0.00 |