```
Date: 10/31/12                Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 09/27/12  Peterson   / (01) Meetings_with_committee/counsel    0.6     480.00
 #9004     Telephone Horkovich, Nolan and Relles re: estimation 800.00
           of future claimant's exposure years

 09/27/12  Relles     / (01) Meetings_with_committee/counsel    0.6     324.00
 #9204     Telephone Horkovich, Nolan and Peterson re:          540.00
           estimation of future claimant's exposure years
```

{D0245801.1}                                                              Page 1

```
Date: 10/31/12           Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 2

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
09/25/12   Peterson  / (12) Data_analysis/estimation/reports    0.2    160.00
#9001      Telephone Relles re: insurance analysis           800.00

09/25/12   Relles    / (12) Data_analysis/estimation/reports    1.2    648.00
#9201      Reconstruct steps in insurance liability analysis  540.00

09/26/12   Peterson  / (12) Data_analysis/estimation/reports    0.8    640.00
#9002      Telephone Relles to review regressions and crosstabs 800.00
           on exposure dates

09/26/12   Relles    / (12) Data_analysis/estimation/reports    0.9    486.00
#9202      Update insurance liability analysis               540.00

09/26/12   Relles    / (12) Data_analysis/estimation/reports    0.8    432.00
#9203      Telephone Peterson to review regressions and       540.00
           crosstabs on exposure dates

09/27/12   Peterson  / (12) Data_analysis/estimation/reports    0.3    240.00
#9003      Review regressions and crosstabs for attorney     800.00
           conference call
-------------------------------------------------------------------------------
```

{D0245801.1 }

```
Date: 10/31/12            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 3

              W. R. Grace

         Summary Of Time Charges, By Month and Activity
              September 2012 - September 2012

   MONTH        ACTIVITY                                    HOURS    AMOUNT
   ----------------------------------------------------------------
   September -  (01) Meetings_with_committee/counsel          1.2     804.00
   September -  (12) Data_analysis/estimation/reports         4.2    2606.00
   September -  (99) Total                                    5.4    3410.00

   Total     -  (01) Meetings_with_committee/counsel          1.2     804.00
   Total     -  (12) Data_analysis/estimation/reports         4.2    2606.00
   Total     -  (99) Total                                    5.4    3410.00

--------------------------------------------------------------------------
```

{D0245801.1 }

```
Date: 10/31/12            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 4

              W. R. Grace

         Summary Of Time Charges, By Month and Person
                September 2012 - September 2012

   MONTH        PERSON                              HOURS     AMOUNT
   ----------------------------------------------------------------
   September  - Relles                                3.5     1890.00
   September  - Peterson                              1.9     1520.00
   September  - Total                                 5.4     3410.00

   Total      - Relles                                3.5     1890.00
   Total      - Peterson                              1.9     1520.00
   Total      - Total                                 5.4     3410.00

   ----------------------------------------------------------------
```

{D0245801.1 }

```
Date: 10/31/12              Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 5

                  W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                    September 2012 - September 2012

 MONTH       PERSON                              HOURS    RATE    AMOUNT
 ----------------------------------------------------------------------

 (01) Meetings_with_committee/counsel

 September - Relles                                0.6    540.    324.00
 September - Peterson                              0.6    800.    480.00

 (12) Data_analysis/estimation/reports

 September - Relles                                2.9    540.   1566.00
 September - Peterson                              1.3    800.   1040.00

 ----------------------------------------------------------------------
```

{D0245801.1 }