# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 0.9 | $    561.60 |
| | | | | | |
| **TOTAL** | | | | **0.9** | **$    561.60** |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $    31.80 |
| | |
| **TOTAL** | **$    31.80** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

September 28, 2012
Invoice No.: 505405
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

For Professional Services rendered through August 31, 2012

| | |
|---|---|
| Fees | $561.60 |
| Disbursements | 31.80 |
| **Total Fees and Disbursements** | **$593.40** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 505405
September 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 08/02/12 | Jaffe | P230 | Drafting quarterly fee application (.9). | 0.9 |
| | | | **Total Hours** | **0.9** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 505405
September 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.9 | at | 624.00 | = | 561.60 |
| | **Total Fees** | | | | **$561.60** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 08/02/12 | In-House Photocopying | 0.20 |
| 08/02/12 | In-House Photocopying | 2.30 |
| 08/09/12 | In-House Photocopying | 8.10 |
| 08/14/12 | In-House Photocopying | 21.20 |
| | **Total Disbursements** | **$31.80** |

| | |
|---|---|
| **Total Fees** | **$561.60** |
| **Total Disbursements** | **31.80** |
| **Total Fees and Disbursements** | **$593.40** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 28, 2012
Invoice No.: 505405
Matter No.: 08743.00101

**Re:**   **Bankruptcy Matters**

**Total Fees and Disbursements**                     **$593.40**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00101, Invoice #: 505405**
**Billing Attorney: Seth D. Jaffe**
**Wire Originator: W.R. Grace & Company**

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 4.2 | $  2,620.80 |
| | | | | | |
| **TOTAL** | | | | **4.2** | **$  2,620.80** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

September 28, 2012
Invoice No.: 505406
Matter No.: 08743.00102

Re:     **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through August 31, 2012

|  |  |
|---|---|
| Fees | $2,620.80 |
| **Total Fees and Disbursements** | **$2,620.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102                                                    Invoice No.: 505406
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass            September 28, 2012
                                                                                    Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 08/02/12 | Jaffe | P230 | Emails with DOJ counsel and team regarding access (.3). | 0.3 |
| 08/06/12 | Jaffe | P230 | Attention to access issues, including emails with team regarding potential revisions to agreement (.7); attention to community involvement issues, including reviewing draft plan and emails with team regarding same (.6). | 1.3 |
| 08/07/12 | Jaffe | P230 | Emails with team regarding access issues (.4). | 0.4 |
| 08/08/12 | Jaffe | P230 | Emails with team regarding access issues (.6). | 0.6 |
| 08/09/12 | Jaffe | P230 | Attention to access issues, including emails with team and reviewing revised agreements (.6). | 0.6 |
| 08/14/12 | Jaffe | P230 | Attention to access issues, including emails with team and reviewing agreements (.6). | 0.6 |
| 08/17/12 | Jaffe | P230 | Emails with team regarding access (.4). | 0.4 |
| | | | **Total Hours** | **4.2** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 505406
September 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 4.2 | at | 624.00 | = | 2,620.80 |
| | **Total Fees** | | | | $2,620.80 |

| | | |
|---|---|---|
| **Total Fees** | | $2,620.80 |
| **Total Fees and Disbursements** | | $2,620.80 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 28, 2012
Invoice No.: 505406
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$2,620.80**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 505406
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 5.4 | $ 3,369.60 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 0.7 | $ 301.00 |
| | | | | | |
| **TOTAL** | | | | 6.1 | $ 3,670.60 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

September 28, 2012
Invoice No.: 505407
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

For Professional Services rendered through August 31, 2012

|  |  |
|---|---|
| Fees | $3,670.60 |
| **Total Fees and Disbursements** | **$3,670.60** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 505407
September 28, 2012
Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Tsk</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|---|
| 08/02/12 | Jaffe | P230 | Emails with PRP counsel and Ms. Duff regarding New England Plastics (.7). | 0.7 |
| 08/06/12 | Jaffe | P230 | Attention to allocation issue, including telephone conference with PRP lawyers and emails with lawyers regarding NEP contribution (1.3). | 1.3 |
| 08/09/12 | Jaffe | P230 | Attention to allocation issues, including emails with Mr. Stearns, Ms. Duff, and Mr. Bibler regarding New England Plastics and Beatrice (.6). | 0.6 |
| 08/13/12 | Jaffe | P230 | Attention to Central Area issues, including email from Mr. Ash and reviewing draft letter from Mr. Ash (.6). | 0.6 |
| 08/14/12 | Jaffe | P230 | Reviewing correspondence with EPA regarding soil cleanup (.4). | 0.4 |
| 08/16/12 | Jaffe | P230 | Attention to allocation, including emails with PRPs and email to client (.4). | 0.4 |
| 08/17/12 | Jaffe | P230 | Attention to Central Area including team telephone conference and email, and review of draft letter to EPA regarding same (1.4). | 1.4 |
| 08/17/12 | Boyd | P230 | Attention to Central Area, including conference call to discuss follow-up letter to EPA (.7). | 0.7 |
| | | | **Total Hours** | **6.1** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 505407
September 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 0.7 | at | 430.00 | = | 301.00 |
| Seth D. Jaffe | 5.4 | at | 624.00 | = | 3,369.60 |
| **Total Fees** | | | | | **$3,670.60** |

| | | |
|---|---|---|
| **Total Fees** | | $3,670.60 |
| **Total Fees and Disbursements** | | $3,670.60 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 28, 2012
Invoice No.: 505407
Matter No.: 08743.00103

**Re:     Wells G&H Superfund Site**

**Total Fees and Disbursements**            **$3,670.60**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00103, Invoice #: 505407**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

## Matter 108 - Discovery Sciences FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 18.0 | $   8,730.00 |
| | | | | | |
| **TOTAL** | | | | **18.0** | **$   8,730.00** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $      12.74 |
| | |
| **TOTAL** | **$      12.74** |


# FOLEY
# HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

September 28, 2012
Invoice No.: 505408
Matter No.: 08743.00108

Re:   **Discovery Sciences FDA Matters**

For Professional Services rendered through August 31, 2012

| | |
|---|---|
| Fees | $8,730.00 |
| Disbursements | 12.74 |
| **Total Fees and Disbursements** | **$8,742.74** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 505408
September 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 08/01/12 | Flaherty | C300 | Draft memoranda regarding FDA medical device classification of Grace analytical and process purification chromatography products (1.2); review and analyze FDA laws, regulations, and guidance in connection with drafting memoranda (1.9). | 3.1 |
| 08/02/12 | Flaherty | C300 | Draft memoranda regarding FDA medical device classification of Grace analytical and process purification chromatography products (0.9); review and analyze FDA laws, regulations, and guidance in connection with drafting memoranda (3.2). | 4.1 |
| 08/03/12 | Flaherty | C300 | Telephone conference with L. Duff regarding medical device classification project, including v-mail to F. Stearns of Keller and Heckman (0.4). | 0.4 |
| 08/06/12 | Flaherty | C300 | Draft memoranda regarding FDA medical device classification of Grace chromatography products (0.2); review and analyze FDA laws, regulations and guidance in connection with drafting memoranda (0.2); email correspondence with L. Duff regarding scheduling telephone conference with F. Stearns and issues to be discussed during group call (0.2). | 0.6 |
| 08/07/12 | Flaherty | C300 | Prepare for and participate in telephone conference with F. Stearns of Keller and Heckman and L. Duff regarding FDA medical device classification issues (0.6); follow-up regarding same (0.1); prepare for and participate in telephone conference with L. Duff and othe Grace representatives regarding FDA medical device classification issues and related memoranda (0.7); follow up regarding same (0.1). | 1.5 |
| 08/10/12 | Flaherty | C300 | Draft memoranda regarding FDA medical device classification of Grace chromatography products (1.4); review and analyze FDA laws, regulations, and guidance in connection with drafting memoranda (2.1). | 3.5 |
| 08/13/12 | Flaherty | C300 | Draft and revise memoranda regarding FDA | 3.1 |

Matter No.: 08743.00108                                    Invoice No.: 505408
Re: Discovery Sciences FDA Matters                         September 28, 2012
                                                                      Page 3

| **Date** | **Timekeeper** | **Tsk** | **Narrative** | **Hours** |
|----------|----------------|---------|---------------|-----------|
|          |                |         | medical device classification of Grace chromatography products (2.1); review and analyze FDA laws, regulations, and guidance in connection with drafting memoranda (0.9); email memoranda to client representatives with comment (0.1). |  |
| 08/14/12 | Flaherty | C300 | Prepare for and participate in telephone conference with client to review draft memoranda regarding FDA medical device classification of Grace chromatography products and related issues (0.8); revise, finalize, and email final memoranda to client (0.9). | 1.7 |

**Total Hours**     **18.0**

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 505408
September 28, 2012
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 18.0 | at | 485.00 | = | 8,730.00 |
| **Total Fees** | | | | | **$8,730.00** |

## Disbursement Summary

| Date | | | Amount |
|---|---|---|---|
| 08/14/12 | Telephone | | 12.74 |
| | **Total Disbursements** | | **$12.74** |

| | Amount |
|---|---|
| **Total Fees** | $8,730.00 |
| **Total Disbursements** | 12.74 |
| **Total Fees and Disbursements** | $8,742.74 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 28, 2012
Invoice No.: 505408
Matter No.: 08743.00108

Re:   **Discovery Sciences FDA Matters**

**Total Fees and Disbursements**   <u>**$8,742.74**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:
**Client/Matter #: 08743.00108, Invoice #: 505408**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company