# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 - Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 0.4 | $ 249.60 |
| | | | | | |
| **TOTAL** | | | | **0.4** | **$ 249.60** |



Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

October 29, 2012
Invoice No.: 507976
Matter No.: 08743.00088

**Re:   Acton Site OU3**

For Professional Services rendered through September 30, 2012

|  |  |
|---|---|
| Fees | $249.60 |
| **Total Fees and Disbursements** | **$249.60** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 507976
October 29, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 09/18/12 | Jaffe | P230 | Reviewing revised Landfill Area remedial action report and email to team regarding same (.4). | 0.4 |
| | | | **Total Hours** | **0.4** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 507976
October 29, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.4 | at | 624.00 | = | 249.60 |
| | | | | | |
| **Total Fees** | | | | | $249.60 |

| | |
|---|---|
| **Total Fees** | $249.60 |
| **Total Fees and Disbursements** | $249.60 |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 29, 2012
Invoice No.: 507976
Matter No.: 08743.00088

Re:   **Acton Site OU3**

**Total Fees and Disbursements**                    **$249.60**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 507976
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 5.3 | $ 3,307.20 |
| | | | | | |
| TOTAL | | | | 5.3 | $ 3,307.20 |



# FOLEY
# HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

October 29, 2012
Invoice No.: 507977
Matter No.: 08743.00102

**Re:**    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through September 30, 2012

|  |  |
|---|---|
| Fees | $3,307.20 |
| **Total Fees and Disbursements** | **$3,307.20** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 507977
October 29, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 09/05/12 | Jaffe | P230 | Emails with team regarding access issues (.4). | 0.4 |
| 09/06/12 | Jaffe | P230 | Attention to access issues, including emails with team and reviewing revised agreements (1.2). | 1.2 |
| 09/11/12 | Jaffe | P230 | Attention to community relations issues, including review of EPA fact sheet and emails with team regarding same (.4). | 0.4 |
| 09/12/12 | Jaffe | P230 | Emails with team regarding fact sheet and EPA project manager (.4). | 0.4 |
| 09/14/12 | Jaffe | P230 | Attention to access issues, including emails with team and with DOJ, and reviewing agreements (.6). | 0.6 |
| 09/19/12 | Jaffe | P230 | Emails with team regarding access issues (.4). | 0.4 |
| 09/25/12 | Jaffe | P230 | Emails with team regarding access agreements (.5). | 0.5 |
| 09/27/12 | Jaffe | P230 | Attention to access issue, including emails with team regarding various agreements (.3); attention to EPA issue regarding existing building, including emails with team (.2). | 0.5 |
| 09/28/12 | Jaffe | P230 | Attention to potential liability for existing building, including reviewing prior correspondence with EPA and emails with team regarding same (.9). | 0.9 |

**Total Hours**    **5.3**

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 507977<br>
October 29, 2012<br>
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|----|------|---|--------|
| Seth D. Jaffe | 5.3 | at | 624.00 | = | 3,307.20 |
| | **Total Fees** | | | | **$3,307.20** |

| | | Amount |
|---|---|--------|
| **Total Fees** | | **$3,307.20** |
| **Total Fees and Disbursements** | | **$3,307.20** |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 29, 2012
Invoice No.: 507977
Matter No.: 08743.00102

Re:   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$3,307.20**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 507977
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 11.9 | $ 7,425.60 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 1.0 | $ 430.00 |
| | | | | | |
| **TOTAL** | | | | **12.9** | **$ 7,855.60** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

October 29, 2012
Invoice No.: 507978
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

For Professional Services rendered through September 30, 2012

|   |   |
|---|---|
| Fees | $7,855.60 |
| **Total Fees and Disbursements** | **$7,855.60** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 507978
October 29, 2012
Page 2

| **Date** | **Timekeeper** | **Tsk** | **Narrative** | **Hours** |
|---|---|---|---|---|
| 09/04/12 | Jaffe | P230 | Attention to soil management issues on-site, including reviewing results and emails with team (1.2); attention to Central Area, including emails with team regarding responses to EPA (.4). | 1.6 |
| 09/06/12 | Jaffe | P230 | Attention to soil cleanup, including emails with team regarding sampling results and discovery of pipe scrap (.5). | 0.5 |
| 09/07/12 | Jaffe | P230 | Attention to soil management issues, including emails with team (.8); Attention to Central Area, including review of draft letter to EPA (.4). | 1.2 |
| 09/09/12 | Jaffe | P230 | Reviewing, revising, draft letter to EPA regarding scope of work for Phase 1B investigation and email to team regarding same (2.8). | 2.8 |
| 09/10/12 | Jaffe | P230 | Attention to Central Area, including all-PRP telephone conference regarding response to EPA and emails with group regarding same (2.4). | 2.4 |
| 09/10/12 | Boyd | P230 | Attention to Central Area, including conference call to discuss follow-up letter to EPA (1.0). | 1.0 |
| 09/11/12 | Jaffe | P230 | Attention to Central Area, including reviewing, revising Guswa draft summary conclusion for EPA and emails with team regarding same (.8); attention to Grace property soil cleanup, including emails with team and reviewing sampling plan (.3). | 1.1 |
| 09/19/12 | Jaffe | P230 | Emails with team regarding on-site soil work (.3). | 0.3 |
| 09/25/12 | Jaffe | P230 | Attention to Central Area, including emails with PRP Group and reviewing revised draft letter to EPA (1.2). | 1.2 |
| 09/27/12 | Jaffe | P230 | Attention to on-site soil cleanup, including reviewing technical data and emails with team (.8). | 0.8 |

**Total Hours**    **12.9**

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 507978<br>
October 29, 2012<br>
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|------|--------|---|----------|
| Amy E Boyd | 1.0 | at | 430.00 | = | 430.00 |
| Seth D. Jaffe | 11.9 | at | 624.00 | = | 7,425.60 |
| **Total Fees** | | | | | **$7,855.60** |

| | |
|---|---|
| **Total Fees** | **$7,855.60** |
| **Total Fees and Disbursements** | **$7,855.60** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 29, 2012
Invoice No.: 507978
Matter No.: 08743.00103

**Re:   Wells G&H Superfund Site**

**Total Fees and Disbursements**             $7,855.60

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 507978
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

## Matter 108 - Discovery Sciences FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 1.7 | $ 824.50 |
| | | | | | |
| **TOTAL** | | | | **1.7** | **$ 824.50** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

October 29, 2012
Invoice No.: 507979
Matter No.: 08743.00108

**Re:** **Discovery Sciences FDA Matters**

For Professional Services rendered through September 30, 2012

Fees                                           $824.50

**Total Fees and Disbursements**               **$824.50**

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 507979
October 29, 2012
Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Tsk</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|---|
| 09/11/12 | Flaherty | C300 | Telephone conference with S. Wood regarding FDA registration issues (0.1). | 0.1 |
| 09/19/12 | Flaherty | C300 | Email correspondence with L. Duff regarding FDA issues relating to laser products (0.1); telephone copnference with S. Wood regarding same (0.1). | 0.2 |
| 09/20/12 | Flaherty | C300 | Research and analyze FDA issues relating to laser products (1.0); telephone conference with S. Perdue and S. Wood regarding same (0.3); follow up regarding same (0.1). | 1.4 |
| | | | **Total Hours** | **1.7** |

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 507979
October 29, 2012
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 1.7 | at | 485.00 | = | 824.50 |
| | **Total Fees** | | | | $824.50 |

| | | Amount |
|---|---|---|
| **Total Fees** | | $824.50 |
| **Total Fees and Disbursements** | | $824.50 |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 29, 2012
Invoice No.: 507979
Matter No.: 08743.00108

**Re:** **Discovery Sciences FDA Matters**

       **Total Fees and Disbursements**         **$824.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00108, **Invoice #:** 507979
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company