**Warren H. Smith & Associates, P.C.**
2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


November 14, 2012

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11186


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/1/2012 | AL | Update database with Stroock's August electronic detail (.1);  Scholer's August electronic detail (.1); Foley's August electronic detail (.2); Rogers' July electronic detail (.1); Levin's August electronic detail (.1); Alan Rich's September electronic detail (.1) and fee application (hard copy) (.2); K&E's August electronic detail (.1); Update database with Foley's August fee application (.2); Stroock's August fee application (.2) | 1.40 | 63.00 |
| 10/2/2012 | JAW | detailed review of Alan Rich's August 2012 fee application (0.3); draft summary of same (0.1) | 0.40 | 62.00 |
|  | AL | Update database with Reed's August electronic detail (.2);Scarfone's July CNO (.1); Lauzon's July CNO (.1); Hogan's July CNO (.1); PWC's July CNO (.1) | 0.60 | 27.00 |
|  | JAW | detailed review of Foley Hoag's August 2012 fee application (0.3); draft summary of same (0.1) | 0.40 | 62.00 |
|  | JAW | detailed review of Stroock's August 2012 fee application (0.3); draft summary of same (0.1) | 0.40 | 62.00 |
| 10/3/2012 | AL | Update database with Casner's August electronic detail | 0.20 | 9.00 |
| 10/4/2012 | AL | Update database with Ferry's August electronic detail | 0.10 | 4.50 |
| 10/5/2012 | AL | Receive and review email from W. Smith re Charter's IR response (.1); update database with same (.1); Hogan's August electronic detail (.2); Scarfone's August electronic detail (.1); Lauzon's August electronic detail (.2);  Baker's July electronic detail (.1); Baker's August electronic detail (.1) | 0.90 | 40.50 |
|  | WHS | Receive and review agenda | 0.10 | 29.50 |
| 10/6/2012 | BSR | Review response of Kathleen Miller to email questions re PwC's interim fee application (45Q) | 0.10 | 28.50 |

---

214 698-3868

W.R. Grace & Co.                        Page 2

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/6/2012 | BSR | Review email response of Alan Rich to inquiries concerning his expenses for the 45th interim period | 0.20 | 57.00 |
| | BSR | Continued review of response to questions directed to Lauzon Belanger regarding its interim fee application for the 45th interim period | 0.20 | 57.00 |
| | BSR | Detailed review of David Austern's monthly and quarterly fee applications for the 44th and 45th interim periods (.5); email to Debra Felder and Rick Wyron re same (.1) | 0.60 | 171.00 |
| | BSR | Review response of Alan Rich to email inquiry concerning Judge Sanders' interim fee application for the 45th interim period | 0.10 | 28.50 |
| | BSR | Research docket for applications for the 45th interim period, hard copies of which have not yet been received | 0.90 | 256.50 |
| | BSR | Review of BMC Group's 45th interim fee application and May and June 2012 monthly fee applications and fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | Detailed review of Lincoln Partners' 44th interim fee application and monthly fee applications (flat fee professional) | 0.30 | 85.50 |
| | BSR | Detailed review of Lincoln Partners 45th interim fee application and monthly fee applications (flat fee professional) (.3); email to Jason Solganick re same (.1) | 0.40 | 114.00 |
| | BSR | Review of Orrick's April and May 2012 monthly fee applications and fee summaries re same and detailed review of Orrick's expenses for April through June 2012 | 0.50 | 142.50 |
| | BSR | Review response of Scarfone Hawkins to initial report (45Q) | 0.20 | 57.00 |
| | BSR | Review email from Richard Finke regarding Baker Donelson's current fee agreement | 0.10 | 28.50 |
| | BSR | Review response of Bilzin to initial report (45Q) | 0.10 | 28.50 |
| | BSR | Review response of Charter Oak to initial report (32Q) | 0.20 | 57.00 |
| | BSR | Draft initial report re Orrick's quarterly fee application for the 45th interim period | 0.80 | 228.00 |
| 10/8/2012 | BSR | Receive and review response of Debra Fullem at Orrick re email inquiry concerning David Austern's 45th interim fee application | 0.10 | 28.50 |
| | BSR | Review of Pachulski's June 2012 monthly fee application and fee and expense summary re same (.5); review of Pachulski's quarterly fee application for the 45th interim period (.2) | 0.70 | 199.50 |
| | BSR | Draft initial report re Pachulski for the 45th interim period | 0.40 | 114.00 |

W.R. Grace & Co.                                                                                                           Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/8/2012 BSR | Review of Towers' Feb. 2012 monthly fee application and quarterly fee application for 45th interim period (no January or March monthlies filed) | | 0.10 | 28.50 |
| BSR | Review Towers' May 2012 monthly fee application and quarterly fee application for the 45th interim period | | 0.20 | 57.00 |
| BSR | E-mail to Orrick re initial report (45Q) | | 0.10 | 28.50 |
| BSR | E-mail to Pachulski re initial report (45Q) | | 0.10 | 28.50 |
| AL | Receive, review and finalize Pachulski's 45thInterim IR (.4); update database with same (.1); draft email to B. Ruhlander re service (.1) | | 0.60 | 27.00 |
| AL | Receive, review and finalize Orrick's 45th Interim IR (.4); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | | 0.70 | 31.50 |
| 10/10/2012 BSR | E-mail to Caplin & Drysdale re initial report (33Q) | | 0.10 | 28.50 |
| BSR | telephone conference with Warren Smith re Baker Donelson's fee increase (.1); review Baker Donelson's retention applications and orders filed in case (.5); draft email memorandum to Warren Smith re same (1.1) | | 1.70 | 484.50 |
| JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.10) | | 0.10 | 15.50 |
| WHS | telephone conference with Bobbi Ruhlander re Baker Donaldson | | 0.10 | 29.50 |
| AL | Receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with BMC's June (.1) Charter's July (.1) Higgins' July (.1) Foley's August (.2) Rich's August (.1) and Stroock's August (.2) fee and expense summaries | | 0.90 | 40.50 |
| 10/11/2012 BSR | Finalize e-mail memorandum to Warren Smith regarding Baker Donelson rate increase (.1); review and respond to email from Warren Smith re same (.1); email to Frank Childress and Richard Finke regarding the fee auditor's position (.3); exchange emails with Frank Childress and Richard Finke regarding best course of action to address issue (.1) | | 0.60 | 171.00 |
| WHS | receive, review, and respond to emails from Bobbi Ruhlander re Baker Donaldson | | 0.30 | 88.50 |
| AL | Update database with Grant's August fee application (.2); Charter's August fee application (.2); Caplin's August fee application (.2); Update database with Grant's August electronic detail (.1); AKO's August fee application (.2); Campbell's August fee application (.2); Reed's August fee application (.1); K&E's August fee application (.1); Higgins' August fee application (.2); Casner's August fee application (.2); Baker's August fee application (.2); Baker's July fee application (.1);  Ferry's August fee application (.2) | | 2.20 | 99.00 |
| 10/15/2012 BSR | Research docket for fee applications for the 45th interim period not yet received | | 0.20 | 57.00 |

W.R. Grace & Co.                                                                                                    Page     4

|            |     |                                                                                                                                                                                                                                                                     | Hours | Amount |
|------------|-----|-----|---|---|
| 10/15/2012 | BSR | Review of Duane Morris' quarterly and monthly fee applications for the 44th interim period (Jan.-March 2012) | 0.40 | 114.00 |
|            | BSR | Review of Duane Morris' quarterly and monthly fee applications for the 45th interim period (April-June 2012) | 0.40 | 114.00 |
|            | AL  | Research Pacer for objections to WHSA's August fee application (.6); draft WHSA's CNO (.4); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's August CNO (.3) | 1.60 | 72.00 |
|            | AL  | Update database with Pachulski's July electronic detail | 0.20 | 9.00 |
|            | BSR | Review and respond to email from Frank Childress re filing an application for revised retention | 0.10 | 28.50 |
| 10/16/2012 | AL  | Update database with Pachulski's July fee application (.2); receive and review email from B. Ruhlander re Orrick's April through June IR response (.1); update database with same (.1); PWC's July electronic detail (.2); PWC's August electronic detail (.2); PWC (Darex) April through June electronic detail (.1) | 0.90 | 40.50 |
| 10/18/2012 | JAW | detailed review of Pachulski's September 2012 fee application (1.10); draft summary of same (0.20) | 1.30 | 201.50 |
|            | JAW | detailed review of Charter Oak's August 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|            | JAW | detailed review of Campbell's August 2012 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|            | JAW | detailed review of Caplin's August 2012 fee application (0.40); draft summary of same (0.30) | 0.70 | 108.50 |
|            | JAW | detailed review of Reed Smith's August 2012 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|            | AL  | Update database with Saul Ewing's August CNO (.1); Bilzin's August electronic detail (.1) | 0.20 | 9.00 |
| 10/19/2012 | JAW | detailed review of Roger Higgin's August 2012 fee application (0.70); draft summary of same (0.10) | 0.80 | 124.00 |
|            | JAW | detailed review of Anderson Kill's August 2012 fee application (2.20); draft summary of same (0.10) | 2.30 | 356.50 |
|            | JAW | Download, read and review Grant Thornton's retention application and order (1.9) | 1.90 | 294.50 |
|            | JAW | detailed review of Grant Thornton's August 2012 fee application (2.00) | 2.00 | 310.00 |

W.R. Grace & Co.                                                                                                                                      Page        5

|            |     |                                                                                                                                                                                                                                                                                                                                                    | Hours | Amount   |
|------------|-----|---|---|---|
| 10/19/2012 | AL  | Update database with Orrick's August CNO (.1); Towers' August CNO (.1); Blackstone's August electronic detail (.1); Beveridge's June electronic detail (.2); Beveridge's July electronic detail (.2); Beveridge's August electronic detail (.1) | 0.80  | 36.00    |
| 10/22/2012 | JAW | Continued detailed review of Grant Thornton's August 2012 fee application (3.10); draft summary of same (1.90) | 5.00  | 775.00   |
|            | JAW | detailed review of Grant Thornton's July 2012 fee application (1.90); draft summary of same (0.80) | 2.70  | 418.50   |
| 10/23/2012 | JAW | detailed review of Kirkland Ellis' August 2012 fee application (8.00) | 8.00  | 1,240.00 |
|            | AL  | Update database with PWC's (Darex) April through June fee application (.2); Capstone's August electronic detail (.1); PWC's August fee application (.2); PWC's Amended July fee application (.2); Pachulski's August electronic detail (.1); Beveridge's June fee application (.2); Kramer's August electronic detail (.1); Beveridge's July fee application (.2); Beveridge's August fee application (.2); Blackstone's August fee application (.2) | 1.70  | 76.50    |
| 10/24/2012 | JAW | Continued detailed review of Kirkland Ellis' August 2012 fee application (1.80); draft summary of same (0.80) | 2.60  | 403.00   |
| 10/25/2012 | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Bilzin's 44th interim (0.20); draft final fee chart for 44th interim for Bilzin reflecting same (0.20). | 0.40  | 62.00    |
|            | JAW | research PACER for docket number of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Beverridge's 43rd and 44th interims (0.40); draft final fee chart for 43th and 44th interims for Beveridge reflecting same (0.30). | 0.70  | 108.50   |
|            | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Blackstone's 44th interim (0.20); draft final fee chart for 44th interim for Blackstone reflecting same (0.20). | 0.40  | 62.00    |
|            | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Baer's 44th interim (0.20); draft final fee chart for 44th interim for Baer reflecting same (0.20). | 0.40  | 62.00    |
|            | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Campbell's 44th interim (0.20); draft final fee chart for 44th interim for Campbell reflecting same (0.20). | 0.40  | 62.00    |

W.R. Grace & Co.         Page   6

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/25/2012 | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Caplin's 44th interim (0.20); draft final fee chart for 44th interim for Caplin reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Capstone's 44th interim (0.20); draft final fee chart for 44th interim for Capstone reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Casner's 44th interim (0.20); draft final fee chart for 44th interim for Casner reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Charter Oak's 44th interim (0.20); draft final fee chart for 44th interim for Charter Oakreflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: BMC's 44th interim (0.20); draft final fee chart for 44th interim for BMC reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | proofread Warren H. Smith & Associates September 2012 fee statement and Notice of Filing (0.50); e-mail to A. Lopez re: any revisions needed to same (0.10). | 0.60 | 93.00 |
| | JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.20) | 0.20 | 31.00 |
| | AL | Update database with Orrick's September electronic detail (.1); receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Grant's July (.2) AKO's August (.1) Campbell's August (.2) Caplin's August (.1) Foley's August (.2) Grant's August (.2) Higgins' August (.1) K&E's August (.2) Reed's August (.1) Pachulski's August (.1) and Charter's August (.1) fee and expense summaries | 1.80 | 81.00 |
| | AL | Draft WHSA's September fee application (1.7); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.00 | 90.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Anderson's 44th interim (0.20); draft final fee chart for 44th interim for Anderson reflecting same (0.20). | 0.40 | 62.00 |
| 10/26/2012 | JAW | research PACER for docket number of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: LAS' 43rd and 44th combined interims (0.20); draft final fee chart for 43th and 44th combined interims for LAS reflecting same (0.20). | 0.40 | 62.00 |

W.R. Grace & Co. Page 7

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/2012 | BSR | Research docket for fee applications for the 45th interim period not yet received | 0.30 | 85.50 |
| | JAW | Proofread revisions to Warren H. Smith & Associates September 2012 fee statement and Notice of Filing (0.10); e-mail to A. Lopez re: any revisions to same (0.10) | 0.20 | 31.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Rich's 44th interim (0.20); draft final fee chart for 44th interim for Rich reflecting same (0.20). | 0.40 | 62.00 |
| | AL | Receive and review email from J. Wehrmann re revisions to WHSA's September fee application (.1); draft revisions (.5); update database with same (.2); draft email to J. Wehrmann re revisions (.1) | 0.90 | 40.50 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PWC GRP's 44th interim (0.20); draft final fee chart for 44th interim for PWC GRP reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PWC's 44th interim (0.20); draft final fee chart for 44th interim for PWC reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Phillips' 44th interim (0.20); draft final fee chart for 44th interim for Phillip reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Pachulski's 44th interim (0.30); draft final fee chart for 44th interim for Pachulski reflecting same (0.20). | 0.50 | 77.50 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Orrick's 44th interim (0.20); draft final fee chart for 44th interim for Orrick reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Norton's 44th interim (0.20); draft final fee chart for 44th interim for Norton reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Reed's 44th interim (0.20); draft final fee chart for 44th interim for Reed reflecting same (0.20). | 0.40 | 62.00 |

W.R. Grace & Co.   Page   8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/26/2012 | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kirkland's 44th interim (0.20); draft final fee chart for 44th interim for Kirkland reflecting same (0.20). | 0.40 | 62.00 |
|  | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Hogan's 44th interim (0.20); draft final fee chart for 44th interim for Hogan reflecting same (0.20). | 0.40 | 62.00 |
|  | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Fragomen's 44th interim (0.20); draft final fee chart for 44th interim for Fragomen reflecting same (0.20). | 0.40 | 62.00 |
|  | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Foley's 44th interim (0.20); draft final fee chart for 44th interim for Foley reflecting same (0.20). | 0.40 | 62.00 |
|  | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Ferry's 44th interim (0.20); draft final fee chart for 44th interim for Ferry reflecting same (0.20). | 0.40 | 62.00 |
|  | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Deloitte Tax's 42nd interim (0.20); draft final fee chart for 42nd interim for Deloitte Tax reflecting same (0.20). | 0.40 | 62.00 |
|  | AL | Update database with Kramer's September fee application (.2); Hogan's August electronic detail (.1); Scarfone's August electronic detail (.1); Lauzon's August electronic detail (.1); Capstone's August fee application (.2); Pachulski's August fee application (.2) | 0.90 | 40.50 |
|  | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kramer's 44th interim (0.20); draft final fee chart for 44th interim for Kramer reflecting same (0.20). | 0.40 | 62.00 |
| 10/29/2012 | JAW | Draft prior period paragraph in preparation for drafting final final reports for Ferry's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Campbell's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Caplin's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Casner's 44th interim fee application (0.30) | 0.30 | 46.50 |

W.R. Grace & Co. Page 9

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/29/2012 | JAW | Draft prior period paragraph in preparation for drafting final final reports for Charter Oak's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Deloitte Tax' 42nd interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for BMC's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Foley's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Fragomen's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Hogan Firm's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Kramer's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Capstone's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Kirkland's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Woodcock's 44th interim (0.20); draft final fee chart for 44th interim for Woodcock reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Judge Sanders' 44th interim (0.20); draft final fee chart for 44th interim for Judge Sanders reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Saul Ewing's 44th interim (0.20); draft final fee chart for 44th interim for Saul Ewing reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Scarfone's 44th interim (0.20); draft final fee chart for 44th interim for Scarfone reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Steptoe's 44th interim (0.20); draft final fee chart for 44th interim for Steptoe reflecting same (0.20). | 0.40 | 62.00 |

W.R. Grace & Co.                                                                                                           Page    10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/29/2012 | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Stroock's 44th interim (0.20); draft final fee chart for 44th interim for Stroock reflecting same (0.20). | 0.40 | 62.00 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Blackstone's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for AKO's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Beveridge's 43rd - 44th interim fee applications (0.50) | 0.50 | 77.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Bear's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Bilzin's 44th interim fee application (0.30) | 0.30 | 46.50 |
| 10/30/2012 | AL | Update database with AKO;s 45Q IR response (.2); receive and review email from B. Ruhlander re Orrick's response to IR (.1); update database with Orrick's 45Q IR response (.1) | 0.40 | 18.00 |
|  | BSR | Draft omnibus final report for the 45th interim period | 4.80 | 1,368.00 |
|  | BSR | E-mail to Campbell & Levine inquiring as to status of response to initial report (45Q) | 0.10 | 28.50 |
|  | JAW | detailed review of Beveridge's July 2012 fee application (1.70) | 1.70 | 263.50 |
|  | JAW | detailed review of Beveridge's June 2012 fee application (1.50) | 1.50 | 232.50 |
|  | JAW | detailed review of Capstone's August 2012 fee application (0.40) | 0.40 | 62.00 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Woodcock's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Stroock's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Steptoe's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Scarfone's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Saul's 44th interim fee application (0.30) | 0.30 | 46.50 |

W.R. Grace & Co.                                                                                                                          Page    11

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/30/2012 | JAW | Draft prior period paragraph in preparation for drafting final final reports for Rich's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Reed Smith's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for PWC GRP's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for PWC's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Phillips' 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Pachulski's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Orrick's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Norton's 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Judge Sanders' 44th interim fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for LAS' 43rd and 44th combined interim fee applications (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Lauzon's 44th interim fee application (0.30) | 0.30 | 46.50 |
| 10/31/2012 | BSR | Continue drafting omnibus final report for the 45th interim period | 1.50 | 427.50 |
|  | AL | Update database with Bilzin's August fee application | 0.20 | 9.00 |
|  | AL | Update database with K&E's September electronic detail | 0.10 | 4.50 |
|  | AL | Update database with Reed's September electronic detail (.1); Austern's July through September interim electronic detail (.1) | 0.20 | 9.00 |
|  | BSR | Review of Kirkland & Ellis' response to initial report (45Q) | 0.20 | 57.00 |
|  | JAW | Draft summary of Beveridge's June 2012 fee application (1.00) | 1.00 | 155.00 |
|  | AL | receive and review email from B. Ruhlander re Caplin's 45th Interim IR response (.1); update database with same (.1) | 0.20 | 9.00 |
|  | JAW | detailed review of Beveridge's August 2012 fee application (1.40); draft summary of same (0.60) | 2.00 | 310.00 |

W.R. Grace & Co.      Page 12

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/31/2012 | JAW | Draft summary of Beveridge's July 2012 fee application (1.80) | 1.80 | 279.00 |
|  | JAW | Draft summary of Capstone's August 2012 fee application (0.10) | 0.10 | 15.50 |
|  | **For professional services rendered** |  | **100.70** | **$15,734.50** |

Additional Charges :

| | | Amount |
|---|---|---:|
| 10/31/2012 | Third party copies & document prep/setup. | 67.56 |
| | FedEx | 43.30 |
| | PACER Charges | 39.70 |
| | Copying cost | 12.70 |
| | **Total additional charges** | **$163.26** |
| | **Total amount of this bill** | **$15,897.76** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 19.70 | 45.00 | $886.50 |
| Bobbi S. Ruhlander | 17.10 | 285.00 | $4,873.50 |
| James A. Wehrmann | 63.40 | 155.00 | $9,827.00 |
| Warren H Smith | 0.50 | 295.00 | $147.50 |