## EXHIBIT A

### July Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 29559 under Case No. 01-01139.  Also available upon request from The Law Offices of Roger J. Higgins, LLC, or Pachulski, Stang, Ziehl, & Jones LLP.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  September 20, 2012** |
| | ) | |

### SUMMARY APPLICATION OF THE LAW OFFICES OF ROGER HIGGINS, LLC, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM JULY 1, 2012, THROUGH JULY 31, 2012

| | |
|---|---|
| Name of Applicant: | <u>The Law Offices of Roger Higgins, LLC</u>[2] |
| Authorized to Provide Professional Services to: | <u>W. R. Grace & Co., et al., Debtors and Debtors-in-Possession</u> |
| Date of Retention: | <u>Retention Order entered February 4, 2011, effective as of March 1, 2011</u> |
| Period for which compensation and reimbursement is sought: | <u>July 1, 2012, to July 31, 2012</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$33,820.00</u> |

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]   Please note that, as of April 2, 2012, Baer Higgins Fruchtman LLC changed its name to the Law Offices of Roger J. Higgins, LLC.

Date 8-31-12
Docket # 29559

Amount of Expense Reimbursement sought as    $1,151.82
actual, reasonable and necessary:

This is a X monthly ___ interim __ final application.

The total time expended for the preparation of this application is approximately 5.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $2,500.00.

This is the monthly application of The Law Offices of Roger Higgins, LLC ("RJH") for interim compensation of services for the interim fee period July 1, 2012, through July 31, 2012. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 28, 2011 | Jan.1-31, 2011 | $106,532.50 | $7,884.34 | Interim approval | Interim approval |
| March 28, 2011 | Feb. 1-28, 2011 | $141,095.00 | $6,912.07 | Interim approval | Interim approval |
| April 29, 2011 | March 1-31, 2011 | $94,245.00 | $5,623.31 | Interim approval | Interim approval |
| May 31, 2011 | Jan.- Mar., 2011 | $341,872.50 | $20,419.72 | Interim approval | Interim approval |
| June 6, 2011 | April 1-30, 2011 | $126,115.00 | $6,719.75 | Interim approval | Interim approval |
| June 28, 2011 | May 1-31, 2011 | $137,742.50 | $649.13 | Interim approval | Interim approval |
| July 28, 2011 | June 1-31, 2011 | $179,485.00 | $7,869.26 | Interim approval | Interim approval |
| August 2, 2011 | Apr. -June 2011 | $443,342.50 | $15,238.14 | Interim approval | Interim approval |
| August 29, 2011 | July 1-31, 2011 | $117,850.00 | $5,127.01 | Interim approval | Interim approval |
| September 28, 2011 | Aug. 1-31, 2011 | $95,347.50 | $812.62 | Interim approval | Interim approval |
| October 28, 2011 | Sept. 1-30, 2011 | $146,110.00 | $1,716.51 | Interim approval | Interim approval |
| November 8, 2011 | July – Sept. 2011 | $359,307.50 | $7,656.14 | Interim approval | Interim approval |
| November 29, 2011 | Oct. 1-31, 2011 | $127,765.00 | $2,158.14 | Interim approval | Interim approval |
| December 28, 2011 | Nov. 1-30, 2011 | $104,060.00 | $2,036.03 | Interim approval | Interim approval |
| January 30, 2012 | Dec. 1-31, 2011 | $75,292.50 | $1,761.64 | Interim approval | Interim approval |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 10, 2012 | Oct. – Dec. 2011 | $307,117.50 | $5,955.81 | Interim approval | Interim approval |
| February 28, 2012 | Jan. 1-31, 2012 | $106,890.00 | $3,990.82 | Interim approval | Interim approval |
| March 28, 2012 | Feb. 1-29, 2012 | $107,737.50 | $1,069.63 | Interim approval | Interim approval |
| April 30, 2012 | Mar. 1-31, 2012 | $77,852.50 | $1,046.00 | Interim approval | Interim approval |
| May 2, 2012 | Jan.- Mar., 2012 | $292,480.00 | $6,106.45 | Pending | Pending |
| May 28, 2012 | Apr. 1-30, 2012 | $70,585.00 | $1,148.83 | Interim approval | Interim approval |
| July 3, 2012 | May 1-31, 2012 | $77,995.00 | $1,044,40 | Interim approval | Interim approval |
| July 30, 2012 | June 1-30, 2012 | $43,557.50 | $742.78 | Interim approval | Interim approval |
| August 7, 2012 | Apr.-June 2012 | $192,137.50 | $2,838.97 | Pending | Pending |

The following RJH attorney rendered professional services in these cases during the Fee Period:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Roger J. Higgins | Member | 1999 | Restructuring | $475.00 | 71.20 | $33,820.00 |
| **Totals for Attorneys** | | | | | **71.20** | **$33,820.00** |

There are no paraprofessionals of RJH who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees:        $33,820.00

Grand Total for Expenses:    $1,151.82

3

## COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 2.30 | $1,092.50 |
| 4 | Case Administration | 13.90 | $6,602.50 |
| 5 | Claim Analysis Objection & Resolution (Asbestos) | 0.50 | $237.50 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 14.80 | $7,030.00 |
| 10 | Employment Applications, Others | 10.30 | $4,892.50 |
| 11 | Fee Applications, Applicant | 3.60 | $1,710.00 |
| 15 | Litigation and Litigation Consulting | 8.50 | $4,037.50 |
| 16 | Plan and Disclosure Statement | 17.30 | $8,217.50 |
| Totals for Matters | | 71.20 | $33,820.00 |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $432.69 |
| Online research | $557.28 |
| Postage | $144.90 |
| **Total:** | **$1,151.82** |

WHEREFORE, RJH respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of $33,820.00 for reasonable and necessary professional services RJH has rendered to the Debtors during the Fee Period ($27,056.00); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by RJH during the Fee Period ($1,151.82); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated:  August 31, 2012                    Respectfully submitted,

The Law Offices of Roger Higgins, LLC

Roger J. Higgins

The Law Offices of Roger Higgins, LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 836-4022

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[3] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  September 20, 2012** |
| | ) | |

**FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF ROGER HIGGINS, LLC, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM JULY 1, 2012, THROUGH JULY 31, 2012**

### Compensation by Matter Summary

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 2.30 | $1,092.50 |
| 4 | Case Administration | 13.90 | $6,602.50 |
| 5 | Claim Analysis Objection & Resolution (Asbestos) | 0.50 | $237.50 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 14.80 | $7,030.00 |
| 10 | Employment Applications, Others | 10.30 | $4,892.50 |
| 11 | Fee Applications, Applicant | 3.60 | $1,710.00 |
| 15 | Litigation and Litigation Consulting | 8.50 | $4,037.50 |
| 16 | Plan and Disclosure Statement | 17.30 | $8,217.50 |

---

[3] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| **Totals for Matters** | | **71.20** | **$33,820.00** |

### EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $432.69 |
| Online research | $557.28 |
| Postage | $144.90 |
| **Total:** | **$1,151.82** |

<u>EXHIBIT A</u>

**July 2012 Fee Detail**

**Matter 3**                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/3/2012 | Telephone conferences with J. Gettleman re proposed business transaction (.40); analyze issues re same (.10). | .50 | $475 | $237.50 |
| RJH | 7/9/2012 | Review and analyze draft motion re proposed business transaction (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/13/2012 | Telephone conference with R. Finke re proposed business transaction and other matters (.30). | .30 | $475 | $142.50 |
| RJH | 7/25/2012 | Telephone conference with J. McFarland re proposed business transaction (.30); legal research re same (.20). | .50 | $475 | $237.50 |
| Total | | | 2.30 | | $1,092.50 |

Matter 4                                    Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/2/2012 | Analyze issues re quarterly post-confirmation report (.30); telephone conference with R. Finke re various matters (.30); creditor telephone calls (.40); exchange correspondence with various parties re creditor inquiry (.20). | 1.20 | $475 | $570.00 |
| RJH | 7/5/2012 | Respond to numerous creditor calls (.80); exchange correspondence with various parties re DOJ inquiry (.40). | 1.20 | $475 | $570.00 |
| RJH | 7/6/2012 | Analyze and resolve issues re post-confirmation reports (.30); analyze issues re claims trading (.30). | .60 | $475 | $285.00 |
| RJH | 7/9/2012 | Analyze and resolve issues re claims status inquiry (.30); exchange correspondence with various parties re same (.20); analyze issues and exchange correspondence with various parties re Garrahan surety issue (.50); exchange correspondence with G. Wang re OCP report (.10). | 1.10 | $475 | $522.50 |
| RJH | 7/10/2012 | Review and analyze various docket entries (.30); exchange correspondence with R. Finke and others re same (.10); telephone conference with L. Duff and L. Salazar re Garrahan matter (.50); exchange correspondence with various parties re same (.30). | 1.20 | $475 | $570.00 |
| RJH | 7/11/2012 | Review OCP report and prepare same for filing (.80); analyze issues re OCP cap (.30); exchange correspondence with various parties re same (.30); participate in telephone conference with L. Salazar and L. Duff re Garrahan matter (.40); exchange correspondence with various parties re same (.20). | 2.00 | $475 | $950.00 |
| RJH | 7/12/2012 | Investigate query from E. Inselbuch re creditor inquiry (.20); correspond with E. Inselbuch and P. van Lockwood re same (.20); telephone conferences with various creditors (.40). | .80 | $475 | $380.00 |
| RJH | 7/13/2012 | Telephone conferences with various creditors (.50). | .50 | $475 | $237.50 |
| RJH | 7/18/2012 | Analyze issues re 10-Q filing insert (.20); exchange correspondence with various parties re same (.10); revise same (.40). | .70 | $475 | $332.50 |
| RJH | 7/20/2012 | Legal analysis re claims inquiry (.30); telephone conference with R. Finke re same and other issues (.40); draft correspondence re same (.20). | .90 | $475 | $427.50 |
| RJH | 7/23/2012 | Telephone conferences with various creditors (.30). | .30 | $475 | $142.50 |
| RJH | 7/25/2012 | Attend to matters re OCP affidavit (.20). | .20 | $475 | $95.00 |
| RJH | 7/26/2012 | Analyze and comment on Canadian CIO report (.60); exchange correspondence re same (.20). | .80 | $475 | $380.00 |
| RJH | 7/27/2012 | Further review Canadian CIO report (.30); respond to creditor inquiries (.50); legal research re query from M. Shelnitz (.50). | 1.30 | $475 | $617.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/30/2012 | Prepare quarterly asset sale report for filing (.30); prepare quarterly settlement report for filing (.30); analyze issue re claims trading (.20); respond to M. Billet re same (.30). | 1.10 | $475 | $522.50 |
| Total | | | 13.90 | | $6,602.50 |

3

Matter 5                          **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/9/2012 | Telephone conference with C. Burdette re Medicare issue (.30); confer with A. Paul re same (.20). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

4

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/2/2012 | Legal analysis re multi-site agreement (2.00); telephone conference with A. Paul re same (.30). | 1.30 | $475 | $617.50 |
| RJH | 7/3/2012 | Telephone conference with A. Paul, J. Gettleman and C. Semonsen re multi-site agreement (.80); analyze issues re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 7/6/2012 | Legal analysis re multi-site agreement (.80). | .80 | $475 | $380.00 |
| RJH | 7/10/2012 | Legal research re environmental claim issues (.90); telephone conference with A. Paul re same and other matters (.40). | 1.30 | $475 | $617.50 |
| RJH | 7/12/2012 | Participate in telephone conference with L. Duff, A. Paul and others re multi-site agreement issues (1.20). | 1.20 | $475 | $570.00 |
| RJH | 7/17/2012 | Telephone conference with H. Feichko re debtor-owned site issue (.30); legal research re same (1.00); follow-on call with H. Feichko re same (.30). | 1.60 | $475 | $760.00 |
| RJH | 7/18/2012 | Review and revise Weedsport AOC motion (1.80); exchange correspondence with H. Feichko re same (.10). | 1.90 | $475 | $902.50 |
| RJH | 7/19/2012 | Revise and circulate Weedsport AOC motion for comment (.70). | .70 | $475 | $332.50 |
| RJH | 7/23/2012 | Exchange correspondence with various parties re Weedsport AOC approval motion (.20); revise same (.30); prepare same for filing (.60); legal analysis re multi-site agreement (.50); telephone conference with A. Paul re same (.50). | 2.10 | $475 | $997.50 |
| RJH | 7/24/2012 | Analyze issues re Otis Pipeline (.30); exchange correspondence with various parties re same (.20); attend to matters re Weedsport motion filing (.30). | .80 | $475 | $380.00 |
| RJH | 7/25/2012 | Legal analysis re open environmental claims (.90). | .90 | $475 | $427.50 |
| RJH | 7/27/2012 | Analyze issues raised by A. Krieger re Weedsport AOC motion (.20); analyze H. Feichko draft re same (.20). | .40 | $475 | $190.00 |
| RJH | 7/30/2012 | Telephone conference with H. Feichko re Weedsport AOC motion (.50); review and analyze Gamma Holdings letter and respond to R. Finke re same (.30). | .80 | $475 | $380.00 |
| Total | | | 14.80 | | $7,030.00 |

5

**Matter 10**                          **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/18/2012 | Analyze issues re Grant Thornton retention (.80); exchange correspondence with various parties re same (.60); telephone conference with H. Gurley re same (.30); telephone conference with K. Makowski re same (.20); prepare Grant Thornton retention application (1.80); telephone conference with D. Libow and M. Margulies re same (.50). | 4.20 | $475 | $1,995.00 |
| RJH | 7/19/2012 | Draft Grant Thornton retention application (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 7/20/2012 | Telephone conference with H. Gurley re Grant Thornton retention application (.40); revise same (.50). | .90 | $475 | $427.50 |
| RJH | 7/23/2012 | Telephone conferences with J. McFarland re Grant Thornton retention application (.30); revise same (.50); prepare same for filing (.30). | 1.10 | $475 | $522.50 |
| RJH | 7/24/2012 | Attend to matters re Salazar Jackson OCP affidavit (.10); analyze issues raised by A. Rich re Grant Thornton retention application (.30); exchange correspondence with various parties re same (.30). | .70 | $475 | $332.50 |
| RJH | 7/26/2012 | Analyze issues raised by A. Krieger re Grant Thornton retention application (.20); exchange correspondence with various parties re same (.10). | .30 | $475 | $142.50 |
| RJH | 7/27/2012 | Draft response to A. Krieger re Grant Thornton retention (.60). | .60 | $475 | $285.00 |
| Total | | | 10.30 | | $4,892.50 |

Matter 11                               Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/2/2012 | Prepare May fee application (1.50). | 1.50 | $475 | $712.50 |
| RJH | 7/16/2012 | Prepare June fee application (.80). | .80 | $475 | $380.00 |
| RJH | 7/27/2012 | Prepare June fee application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/30/2012 | Prepare June fee application for filing (.30). | .30 | $475 | $142.50 |
| Total | | | 3.60 | | $1,710.00 |

**Matter 15**                                    **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/3/2012 | Legal research re Norfolk Southern matter (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/9/2012 | Legal analysis re Norfolk Southern legal issues (.50); review and analyze proposed stipulation of facts (.50). | 1.00 | $475 | $475.00 |
| RJH | 7/10/2012 | Legal analysis re Norfolk Southern proposed stipulation of facts (.80); legal research re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 7/11/2012 | Legal research re Norfolk Southern matter (.50); analyze and revise proposed stipulation of facts (.50). | 1.00 | $475 | $475.00 |
| RJH | 7/12/2012 | Legal research re claims litigation matter (..80); develop proposed stipulation of facts (.70); exchange correspondence with E. Mayers re same (.20). | 1.70 | $475 | $807.50 |
| RJH | 7/13/2012 | Telephone conference with J. Hughes re claims litigation matter and other issues (.50); legal research re same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 7/17/2012 | Legal research re claims litigation matters (.80). | .80 | $475 | $380.00 |
| RJH | 7/24/2012 | Legal research re litigation claim (.50). | .50 | $475 | $237.50 |
| Total | | | 8.50 | | $4,037.50 |

8

**Matter 16**                              **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/3/2012 | Participate in telephone conference with counsel for plan proponents (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/9/2012 | Analyze and resolve issues re Garlock appeal response (.20); review and analyze various pleadings re same (.60). | .80 | $475 | $380.00 |
| RJH | 7/11/2012 | Telephone conference with A. Krieger re various confirmation appeal and settlement issues (.50); legal research re same (.50); telephone conference with J. Gettleman re same (.20); exchange correspondence with various parties re same (.20) | 1.40 | $475 | $665.00 |
| RJH | 7/12/2012 | Legal research re issues raised by A. Krieger (1.00); review and analyze various appellate pleadings and monitor appellate docket (.30); exchange correspondence with various parties re same (.20); telephone conference with A. Krieger re issues she raised (.40). | 1.90 | $475 | $902.50 |
| RJH | 7/13/2012 | Review and analyze appeals filings (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/17/2012 | Participate in telephone conference with counsel for plan proponents (.90). | .90 | $475 | $427.50 |
| RJH | 7/19/2012 | Research issues re Montana Medicaid claim (1.00); telephone conference with A. Paul and J. Donley re same (.30); research issues re Sealed Air POCs (.30); exchange correspondence with M. Shelnitz re various issues (.20). | 1.80 | $475 | $855.00 |
| RJH | 7/20/2012 | Legal analysis re Montana Medicaid claims (1.00); telephone conference with J. Gettleman re same (.20). | 1.20 | $475 | $570.00 |
| RJH | 7/23/2012 | Telephone conferences with J. Gettleman re Montana Medicaid claims (.60); legal analysis re same (1.60); exchange correspondence with R. Finke re same (.30). | 2.50 | $475 | $1,187.50 |
| RJH | 7/24/2012 | Review and analyze district court Anderson opinion (.70); review and analyze Anderson Memorial designation of record and statement of appellate issues (.20); prepare notice of appearance (.10); telephone conference with J. Gettleman re Montana issues (.40); legal research re same (1.00).. | 2.40 | $475 | $1,140.00 |
| RJH | 7/25/2012 | Telephone conference with J. Gettleman re Montana (.40); analyze issues re same (.80). | 1.20 | $475 | $570.00 |
| RJH | 7/26/2012 | Legal analysis re Montana issues (.80); telephone conferences with J. Gettleman re same (.40). | 1.20 | $475 | $570.00 |
| Total | | | 17.30 | | $8,217.50 |

## EXHIBIT B

### July 2012 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $432.69 |
| Online research | $557.28 |
| Postage | $144.90 |
| **Total:** | **$1,151.82** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| **Total** | **$ 0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 8/5/2012 | $432.69 | ICI Telecon IC -Grace  conference call charges for July |
| 8/5/2012 | $144.90 | Pacer Court charges for Grace (1/1/12 - 3/31/12) |
| 8/7/2012 | $16.95 | Fax and other charges |
| 8/16/2012 | $557.28 | Lexis Nexis - Grace charges for July |
| **Total** | **$1,151.82** | |

Total July 2012 Expenses:  $1,151.82

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 |
| | ) | |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

      Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in

the above-captioned action, and that on the 31st day of August, 2012, she caused a copy of the

following document to be served upon the attached service list in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Summary Application of the Law Offices of Roger Higgins, LLC, for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period From July 1, 2012 Through July 31, 2012.**

Patricia E. Cuniff

SWORN TO AND SUBSCRIBED before
me this 31st day of August, 2012

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE

Notary Public
My Commission Expires:    My commission expires Dec. 10, 2012

2

**Grace Monthly Fee Application Service List**
Case No. 01-1139 (JKF)
Doc. No. 45804v4
01 – Hand Delivery
02 – Federal Express
21 - E-Mail

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE  19801

*Federal Express and E-mail:*
*richard.finke@grace.com*
(Debtors)
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

*Federal Express and E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX  75087

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)

*E-mail: mlastowski@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*E-mail: mhurford@camlev.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE  19806

E-mail: *khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

E-mail: *john.donley@kirkland.com*
*adam.paul@kirkland.com*
(Co-Counsel for the Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

E-mail: *rhiggins@rogerhigginslaw.com*
(Co-Counsel for the Debtors)
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-4277

E-mail: *david.heller@lw.com*
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

E-mail: *WSKatchen@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

E-mail: *lkruger@stroock.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

E-mail: *sbaena@bilzin.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

E-mail: *ei@capdale.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

E-mail: *pbentley@kramerlevin.com*
(Counsel to the Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

E-mail: *rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270