## Exhibit B

**August Fee Application**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 29710 under Case No. 01-01139.  Also available upon request from The Law Offices of Roger J. Higgins, LLC, or Pachulski, Stang, Ziehl, & Jones LLP.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,1 | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  October 21, 2012** |
| | ) | |

**SUMMARY APPLICATION OF THE LAW OFFICES OF ROGER HIGGINS, LLC, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM AUGUST 1, 2012, THROUGH AUGUST 31, 2012**

Name of Applicant:                                          The Law Offices of Roger Higgins, LLC[2]

Authorized to Provide Professional Services to:            W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:                                          Retention Order entered February 4, 2011, effective as of March 1, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Please note that, as of April 2, 2012, Baer Higgins Fruchtman LLC changed its name to the Law Offices of Roger J. Higgins, LLC.

Period for which compensation and reimbursement
is sought:                                                    August 1, 2012, to August 31, 2012

Amount of Compensation sought as actual,
reasonable and necessary:                                     $44,157.50

Amount of Expense Reimbursement sought as
actual, reasonable and necessary:                             $530.23

This is a X monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately 5.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $2,500.00.

This is the monthly application of The Law Offices of Roger Higgins, LLC ("RJH") for interim compensation of services for the interim fee period August 1, 2012, through August 31, 2012. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 28, 2011 | Jan.1-31, 2011 | $106,532.50 | $7,884.34 | Interim approval | Interim approval |
| March 28, 2011 | Feb. 1-28, 2011 | $141,095.00 | $6,912.07 | Interim approval | Interim approval |
| April 29, 2011 | March 1-31, 2011 | $94,245.00 | $5,623.31 | Interim approval | Interim approval |
| May 31, 2011 | Jan.- Mar., 2011 | $341,872.50 | $20,419.72 | Interim approval | Interim approval |
| June 6, 2011 | April 1-30, 2011 | $126,115.00 | $6,719.75 | Interim approval | Interim approval |
| June 28, 2011 | May 1-31, 2011 | $137,742.50 | $649.13 | Interim approval | Interim approval |
| July 28, 2011 | June 1-31, 2011 | $179,485.00 | $7,869.26 | Interim approval | Interim approval |
| August 2, 2011 | Apr. -June 2011 | $443,342.50 | $15,238.14 | Interim approval | Interim approval |
| August 29, 2011 | July 1-31, 2011 | $117,850.00 | $5,127.01 | Interim approval | Interim approval |
| September 28, 2011 | Aug. 1-31, 2011 | $95,347.50 | $812.62 | Interim approval | Interim approval |
| October 28, 2011 | Sept. 1-30, 2011 | $146,110.00 | $1,716.51 | Interim approval | Interim approval |
| November 8, 2011 | July – Sept. 2011 | $359,307.50 | $7,656.14 | Interim approval | Interim approval |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 29, 2011 | Oct. 1-31, 2011 | $127,765.00 | $2,158.14 | Interim approval | Interim approval |
| December 28, 2011 | Nov. 1-30, 2011 | $104,060.00 | $2,036.03 | Interim approval | Interim approval |
| January 30, 2012 | Dec. 1-31, 2011 | $75,292.50 | $1,761.64 | Interim approval | Interim approval |
| February 10, 2012 | Oct. – Dec. 2011 | $307,117.50 | $5,955.81 | Interim approval | Interim approval |
| February 28, 2012 | Jan. 1-31, 2012 | $106,890.00 | $3,990.82 | Interim approval | Interim approval |
| March 28, 2012 | Feb. 1-29, 2012 | $107,737.50 | $1,069.63 | Interim approval | Interim approval |
| April 30, 2012 | Mar. 1-31, 2012 | $77,852.50 | $1,046.00 | Interim approval | Interim approval |
| May 2, 2012 | Jan.- Mar., 2012 | $292,480.00 | $6,106.45 | Interim approval | Interim approval |
| May 28, 2012 | Apr. 1-30, 2012 | $70,585.00 | $1,148.83 | Interim approval | Interim approval |
| July 3, 2012 | May 1-31, 2012 | $77,995.00 | $1,044.40 | Interim approval | Interim approval |
| July 30, 2012 | June 1-30, 2012 | $43,557.50 | $742.78 | Interim approval | Interim approval |
| August 7, 2012 | Apr.-June 2012 | $192,137.50 | $2,838.97 | Pending | Pending |
| August 31, 2012 | July 1-31, 2012 | $33,820.00 | $1,151.82 | Interim approval | Interim approval |

The following RJH attorney rendered professional services in these cases during the Fee Period:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Roger J. Higgins | Member | 1999 | Restructuring | $475.00 | 91.30 | $43,367.50 |
| Deanna Boll | Of Counsel | 1998 | Restructuring | $395.00 | 2.00 | $790.00 |
| Totals for Attorneys | | | | | 93.30 | $44,157.50 |

There are no paraprofessionals of RJH who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees:        $44,157.50

3

Grand Total for Expenses:    $530.23

## COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 1.70 | $807.50 |
| 4 | Case Administration | 5.70 | $2,707.50 |
| 5 | Claim Analysis Objection & Resolution (Asbestos) | 3.80 | $1,645.00 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 39.90 | $18,952.50 |
| 7 | Committee, Creditors', Noteholders', or Equity Holders' | 0.70 | $332.50 |
| 10 | Employment Applications, Others | 0.90 | $427.50 |
| 11 | Fee Applications, Applicant | 3.00 | $1,425.00 |
| 12 | Fee Applications, Others | 1.80 | $855.00 |
| 14 | Hearings | 3.30 | $1,567.50 |
| 15 | Litigation and Litigation Consulting | 30.30 | $14,392.50 |
| 16 | Plan and Disclosure Statement | 2.20 | $1,045.00 |
| **Totals for Matters** | | **93.30** | **$44,157.50** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $26.95 |
| Online research | $503.28 |
| **Total:** | **$ 530.23** |

4

WHEREFORE, RJH respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of $44,157.50 for reasonable and necessary professional services RJH has rendered to the Debtors during the Fee Period ($35,326.00); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by RJH during the Fee Period ($530.23); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated:   October 1, 2012                  Respectfully submitted,

                                          The Law Offices of Roger Higgins, LLC



                                          Roger J. Higgins

                                          The Law Offices of Roger Higgins, LLC
                                          111 East Wacker Drive
                                          Suite 2800
                                          Chicago, IL 60601
                                          (312) 836-4022

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[3] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  October 21, 2012** |
| | ) | |

**FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF ROGER HIGGINS, LLC, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM AUGUST 1, 2012, THROUGH AUGUST 31, 2012**

### Compensation by Matter Summary

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 1.70 | $807.50 |
| 4 | Case Administration | 5.70 | $2,707.50 |
| 5 | Claim Analysis Objection & Resolution (Asbestos) | 3.80 | $1,645.00 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 39.90 | $18,952.50 |
| 7 | Committee, Creditors', Noteholders', or Equity Holders' | 0.70 | $332.50 |
| 10 | Employment Applications, Others | 0.90 | $427.50 |
| 11 | Fee Applications, Applicant | 3.00 | $1,425.00 |
| 12 | Fee Applications, Others | 1.80 | $855.00 |

---

[3]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 14 | Hearings | 3.30 | $1,567.50 |
| 15 | Litigation and Litigation Consulting | 30.30 | $14,392.50 |
| 16 | Plan and Disclosure Statement | 2.20 | $1,045.00 |
| Totals for Matters | | 93.30 | $44,157.50 |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $26.95 |
| Online research | $503.28 |
| **Total:** | **$ 530.23** |

2

## EXHIBIT A

**August 2012 Fee Detail**

**Matter 3**                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/27/2012 | Telephone conference with J. McFarland and V. Finkelstein re potential business operation (.40); consider issues re same (.30). | .70 | $475 | $332.50 |
| RJH | 8/28/2012 | Legal research re potential business operation (.30); telephone conference with A. Paul re same (.30); telephone conference with J. McFarland and V. Finkelstein re same (.40). | 1.00 | $475 | $475.00 |
| Total | | | 1.70 | | $1,092.50 |

Matter 4                              Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/6/2012 | Update Grace task list (1.00). | 1.00 | $475 | $475.00 |
| RJH | 8/13/2012 | Respond to creditor inquiries (.70). | .70 | $475 | $332.50 |
| RJH | 8/17/2012 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 8/21/2012 | Analysis re claims transfers (.60); correspond with various parties re same (.10). | .70 | $475 | $332.50 |
| RJH | 8/22/2012 | Respond to creditor inquiries (.20); analyze claims trade issues (.60); analyze court filings (.20); analysis re quarterly settlement reporting (.20). | 1.20 | $475 | $570.00 |
| RJH | 8/23/2012 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 8/28/2012 | Analyze issues re creditor committee inquiry re unsecured claim (.30); correspond with various parties re same (.50); respond to creditor calls (.30). | 1.10 | $475 | $522.50 |
| Total | | | 5.70 | | $2,707.50 |

2

Matter 5                          Claim Analysis Objection & Resolution (Asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/13/2012 | Review materials re Main Plaza (.40); exchange correspondence with R. Finke re same (.20). | .60 | $475 | $285.00 |
| RJH | 8/14/2012 | Exchange correspondence with K. Makowski re Main Plaza notice of hearing (.20); analyze issues re same (.20). | .40 | $475 | $190.00 |
| RJH | 8/23/2012 | Legal analysis re claim transfer objection (.50); telephone conference with D. Boll re same (.30). | .80 | $475 | $380.00 |
| DDB | 8/23/2012 | Review Main Plaza pleadings re transfer of claim (.6); confer with R. Higgins re same (.2); consider issues re jurisdictional limitations with respect to relief sought by claim transferor/transferee in absence of issue with debtor (.2). | 1.00 | $395 | $395.00 |
| DDB | 8/31/2012 | Outline timeline of Main Plaza filings and facts for possible joinder motion to Main Plaza objection(1.00). | 1.00 | $395 | $395.00 |
| Total | | | 3.80 | | $1,645.00 |

3

Matter 6                              Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/6/2012 | Analyze amended Samson Hydrocarbon proofs of claim (2.00); draft correspondence to R. Finke re same (.30). | 2.30 | $475 | $1,092.50 |
| RJH | 8/7/2012 | Revise form of order re Weedsport AOC motion (.50); circulate same for client comment (.20); circulate same for committee counsel's comment (.20); answer additional questions raised by same (.50). | 1.40 | $475 | $665.00 |
| RJH | 8/9/2012 | Analyze employee claims for allowance, potential objection and other issues (1.00); analyze BofA claim (.40); analyze Samson Hydrocarbon claims issues (.80); prepare for telephone conference with M. Araki re various claims issues (.20); participate in same (.90); analyze open scheduled claim issues (.80). | 4.10 | $475 | $1,947.50 |
| RJH | 8/10/2012 | Analyze Wilmington site draft motion (.80). | .80 | $475 | $380.00 |
| RJH | 8/13/2012 | Analysis re claims transfers (.70); correspond with various parties re same (.20). | .90 | $475 | $427.50 |
| RJH | 8/14/2012 | Legal research re Wilmington site draft motion (1.60); comment on same (.70) | 2.30 | $475 | $1,092.50 |
| RJH | 8/15/2012 | Legal analysis re environmental claims issues (2.50); legal research re Wilmington site (1.30); telephone conference with M. Araki re environmental claims issues (.30); telephone conference with A. Paul re Wilmington site (.40); prepare for conference call with L. Duff, H. Feichko, outside environmental counsel and A. Paul re Wilmington site (.20); participate in same (1.20). | 5.90 | $475 | $2,802.50 |
| RJH | 8/20/2012 | Analyze open tax claims issues (1.50); telephone conference with C. Finke re tax claims issues (.50); analyze Wilmington site draft pleading (.30); telephone conference with A. Paul re same and other issues (.30). | 2.60 | $475 | $1,235.00 |
| RJH | 8/21/2012 | Analyze open tax claims issues (.50). | .50 | $475 | $237.50 |
| RJH | 8/22/2012 | Legal analysis re open tax claims issues (1.00); review and analyze open scheduled claims issues (.40); legal analysis re retained professional claim (.50); analyze various open claims and interest issues (.80); telephone conference with A. Schlesinger re same (.50); legal analysis re State of Ohio claim (.30). | 3.50 | $475 | $1,662.50 |
| RJH | 8/23/2012 | Legal analysis re prepetition claims of professionals (1.20); telephone conference with M. Araki re same (.30); legal analysis re VSPP claims (.50); legal analysis re open employee claims (1.50). | 3.50 | $475 | $1,662.50 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/27/2012 | Review and analyze K&E draft Wilimington motion (2.40); telephone conferences with A. Paul and J. Gettleman re same (.50); prepare for telephone conference with outside counsel and client re same (.30); participate in same (2.00); analysis re Seneca Meadows claim (.30: telephone conference with H. Feichko re same (.40). | 5.90 | $475 | $2,802.50 |
| RJH | 8/28/2012 | Analyze issues re Seneca Meadows claims (.30); exchange correspondence with various parties re same (.20); telephone conference with L. Blackwell re Texas tax claims (.40) telephone conference with C. Finke re same (.20); review State of Ohio claim re interest accrual (.50). | 1.60 | $475 | $760.00 |
| RJH | 8/30/2012 | Analyze issues re open tax claims (.30); telephone conference with C. Finke re same (.50). | .80 | $475 | $380.00 |
| RJH | 8/31/2012 | Review and analyze Beveridge draft motion re Wilmington (2.50); legal research re same (1.30). | 3.80 | $475 | $1,805.00 |
| Total | | | 39.90 | | $18,952.50 |

5

**Matter 7**                              **Committee, Creditors', Noteholders', or Equity Holders'**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/28/2012 | Telephone conferences with E. Westbrook re case status (.50); correspond with A. Krieger re same (.20). | .70 | $475 | $332.50 |
| Total | | | 0.70 | | $ 332.50 |

6

**Matter 10**                          **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/13/2012 | Prepare OCP affidavit for filing (.30); exchange correspondence and attend to matters re Grant Thornton CNO (.30). | .60 | $475 | $285.00 |
| RJH | 8/15/2012 | Telephone conference with R. Finke re Grant Thornton retention order (.20); follow up re same (.10). | .30 | $475 | $142.50 |
| Total | | | 0.90 | | $ 427.50 |

**Matter 11**                                   **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/6/2012 | Prepare 2012 Second Quarterly Fee Application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 8/7/2012 | Prepare 2012 Second Quarterly Fee Application for filing (.50). | .50 | $475 | $237.50 |
| RJH | 8/27/2012 | Prepare July fee application (.50). | .50 | $475 | $237.50 |
| RJH | 8/31/2012 | Draft July fee application (1.00). | 1.00 | $475 | $475.00 |
| Total | | | 3.00 | | $1,425.00 |

**Matter 12**                                    **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/16/2012 | Attend to matters re Grant Thornton fee application (.30); correspond with M. Margulies re same (.20). | .50 | $475 | $237.50 |
| RJH | 8/29/2012 | Analyze issues re Grant Thornton fee applications (.70); draft correspondence re same (.30). | 1.00 | $475 | $475.00 |
| RJH | 8/30/2012 | Telephone conference with M. Abraham re Grant Thornton issues (.30). | .30 | $475 | $142.50 |
| Total | | | 1.80 | | $ 855.00 |

Matter 14                                    Hearings

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/9/2012 | Analyze matters re upcoming hearing (.50). | .50 | $475 | $237.50 |
| RJH | 8/13/2012 | Prepare certificate of counsel for Weedsport AOC order (1.00); prepare same for filing (.20). | 1.20 | $475 | $570.00 |
| RJH | 8/14/2012 | Analyze and resolve issues re entry of Weedsport AOC order (.30); telephone conferences with J. O'Neill re same (.20); attend to matters re entry of Grant Thornton retention order (.30). | .80 | $475 | $380.00 |
| RJH | 8/15/2012 | Attend to matters re correcting Weedsport AOC order (.50); telephone conference with J. O'Neill re issues relating to cancelled September hearing (.30). | .80 | $475 | $380.00 |
| Total |  |  | 3.30 |  | $1,567.50 |

Matter 15                                    Litigation and Litigation Consulting

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/6/2012 | Research and draft stipulated facts for claim litigation (2.00). | 2.00 | $475 | $950.00 |
| RJH | 8/7/2012 | Legal research re claims litigation (1.00) | 1.00 | $475 | $475.00 |
| RJH | 8/8/2012 | Legal analysis re summary judgment motion for disputed claim (2.00). | 2.00 | $475 | $950.00 |
| RJH | 8/9/2012 | Outline disputed claim summary judgment motion (.50); analyze Main Plaza claim transfer objection (1.50). | 2.00 | $475 | $950.00 |
| RJH | 8/10/2012 | Review and analyze Main Plaza claim transfer objection and constituent documents (.50); telephone conference with M. Klein re same (.50); telephone conference with R. Finke re same and other issues (.50); | 1.50 | $475 | $712.50 |
| RJH | 8/13/2012 | Draft fact section for summary judgment motion for claims litigation matter (4.50). | 4.50 | $475 | $2,137.50 |
| RJH | 8/14/2012 | Legal research re claims litigation issue (.30); draft fact section re same (1.50). | 1.80 | $475 | $855.00 |
| RJH | 8/16/2012 | Draft statement of facts re claims litigation (1.50). | 1.50 | $475 | $712.50 |
| RJH | 8/17/2012 | Legal research re statement of facts for claims litigation (1.00); draft same (1.50). | 2.50 | $475 | $1,187.50 |
| RJH | 8/22/2012 | Analyze opposing counsel document production re Norfolk Southern claim (1.50). | 1.50 | $475 | $712.50 |
| RJH | 8/27/2012 | Review and analyze fresh production of claimant documents re claim objection litigation (.80); draft and revise statement of facts re same (.50); legal research re same (.20). | 1.50 | $475 | $712.50 |
| RJH | 8/28/2012 | Develop stipulation of facts for claims litigation (4.50). | 4.50 | $475 | $2,137.50 |
| RJH | 8/30/2012 | Legal research re claims litigation stipulation of facts (.50). | .50 | $475 | $237.50 |
| RJH | 8/31/2012 | Develop stipulation of facts for claims litigation (3.50). | 3.50 | $475 | $1,662.50 |
| Total | | | 30.30 | | $14,392.50 |

11

**Matter 16**                          **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/14/2012 | Participate in bi-weekly telephone conference with counsel for plan proponents (.90); telephone conference with J. Gettleman re effective date matters (.20). | 1.10 | $475 | $522.50 |
| RJH | 8/28/2012 | Participate in bi-weekly telephone conference with counsel for plan proponents (1.10). | 1.10 | $475 | $522.50 |
| Total | | | 2.20 | | $1,045.00 |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $26.95 |
| Online research | $503.28 |
| **Total:** | **$ 530.23** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| **Total** | **$ 0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 8/7/2012 | $26.95 | Fax and other charges |
| 9/15/2012 | $503.28 | Lexis Nexis - Grace charges for July |
| **Total** | **$ 530.23** | |

Total August 2012 Expenses:  $ 530.23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 |
|  | ) |  |
| Debtors. | ) |  |

**AFFIDAVIT OF SERVICE**

|  |  |
|---|---|
| STATE OF DELAWARE | ) |
|  | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in

the above-captioned action, and that on the 1st day of October, 2012, she caused a copy of the

following document to be served upon the attached service list in the manner indicated:

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Summary of Application of The Law Offices of Roger Higgins, LLC, for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period From August 1. 2012 Through August 31, 2012.**

Patricia E. Cuniff

SWORN TO AND SUBSCRIBED before
me this 1st day of October, 2012

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE

Notary Public
My Commission Expires: __My commission expires Dec 10, 2012

2

DOCS_DE:181336.15 91100-001

**Grace Monthly Fee Application Service List**
Case No. 01-1139 (JKF)
Doc. No. 45804v4
01 – Hand Delivery
02 – Federal Express
21 - E-Mail

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express and E-mail:*
*richard.finke@grace.com*
(Debtors)
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express and E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

*E-mail: mlastowski@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel for the Official Committee of
Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*E-mail: john.donley@kirkland.com*
*adam.paul@kirkland.com*
(Co-Counsel for the Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*E-mail: rhiggins@rogerhigginslaw.com*
(Co-Counsel for the Debtors)
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-4277

*E-mail: david.heller@lw.com*
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*E-mail: WSKatchen@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

*E-mail: lkruger@stroock.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

*E-mail: ei@capdale.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

*E-mail: pbentley@kramerlevin.com*
(Counsel to the Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270