## Exhibit C

**September Fee Application**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 29871 under Case No. 01-01139.  Also available upon request from The Law Offices of Roger J. Higgins, LLC, or Pachulski, Stang, Ziehl, & Jones LLP.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,1 | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 27, 2012 |
| | ) | |

**SUMMARY APPLICATION OF THE LAW OFFICES OF ROGER HIGGINS, LLC,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY
INTERIM PERIOD FROM SEPTEMBER 1, 2012, THROUGH SEPTEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | The Law Offices of Roger Higgins, LLC[2] |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order entered February 4, 2011, effective as of March 1, 2011 |

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]  Please note that, as of April 2, 2012, Baer Higgins Fruchtman LLC changed its name to the Law Offices of Roger J. Higgins, LLC.

Period for which compensation and reimbursement
is sought:                                    September 1, 2012, to September 30,
                                              2012

Amount of Compensation sought as actual,
reasonable and necessary:                     $36,147.50

Amount of Expense Reimbursement sought as
actual, reasonable and necessary:             $571.31

This is a X monthly ___ interim __ final application.

The total time expended for the preparation of this application is approximately 5.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $2,500.00.

This is the monthly application of The Law Offices of Roger Higgins, LLC ("RJH") for interim compensation of services for the interim fee period September 1, 2012, through September 30, 2012. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|------------|----------------|----------------|--------------------|--------------|--------------------|
| February 28, 2011 | Jan.1-31, 2011 | $106,532.50 | $7,884.34 | Interim approval | Interim approval |
| March 28, 2011 | Feb. 1-28, 2011 | $141,095.00 | $6,912.07 | Interim approval | Interim approval |
| April 29, 2011 | March 1-31, 2011 | $94,245.00 | $5,623.31 | Interim approval | Interim approval |
| May 31, 2011 | Jan.- Mar., 2011 | $341,872.50 | $20,419.72 | Interim approval | Interim approval |
| June 6, 2011 | April 1-30, 2011 | $126,115.00 | $6,719.75 | Interim approval | Interim approval |
| June 28, 2011 | May 1-31, 2011 | $137,742.50 | $649.13 | Interim approval | Interim approval |
| July 28, 2011 | June 1-31, 2011 | $179,485.00 | $7,869.26 | Interim approval | Interim approval |
| August 2, 2011 | Apr. -June 2011 | $443,342.50 | $15,238.14 | Interim approval | Interim approval |
| August 29, 2011 | July 1-31, 2011 | $117,850.00 | $5,127.01 | Interim approval | Interim approval |
| September 28, 2011 | Aug. 1-31, 2011 | $95,347.50 | $812.62 | Interim approval | Interim approval |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 28, 2011 | Sept. 1-30, 2011 | $146,110.00 | $1,716.51 | Interim approval | Interim approval |
| November 8, 2011 | July – Sept. 2011 | $359,307.50 | $7,656.14 | Interim approval | Interim approval |
| November 29, 2011 | Oct. 1-31, 2011 | $127,765.00 | $2,158.14 | Interim approval | Interim approval |
| December 28, 2011 | Nov. 1-30, 2011 | $104,060.00 | $2,036.03 | Interim approval | Interim approval |
| January 30, 2012 | Dec. 1-31, 2011 | $75,292.50 | $1,761.64 | Interim approval | Interim approval |
| February 10, 2012 | Oct. – Dec. 2011 | $307,117.50 | $5,955.81 | Interim approval | Interim approval |
| February 28, 2012 | Jan. 1-31, 2012 | $106,890.00 | $3,990.82 | Interim approval | Interim approval |
| March 28, 2012 | Feb. 1-29, 2012 | $107,737.50 | $1,069.63 | Interim approval | Interim approval |
| April 30, 2012 | Mar. 1-31, 2012 | $77,852.50 | $1,046.00 | Interim approval | Interim approval |
| May 2, 2012 | Jan.- Mar., 2012 | $292,480.00 | $6,106.45 | Interim approval | Interim approval |
| May 28, 2012 | Apr. 1-30, 2012 | $70,585.00 | $1,148.83 | Interim approval | Interim approval |
| July 3, 2012 | May 1-31, 2012 | $77,995.00 | $1,044,40 | Interim approval | Interim approval |
| July 30, 2012 | June 1-30, 2012 | $43,557.50 | $742.78 | Interim approval | Interim approval |
| August 7, 2012 | Apr.-June 2012 | $192,137.50 | $2,838.97 | Pending | Pending |
| August 31, 2012 | July 1-31, 2012 | $33,820.00 | $1,151.82 | Interim approval | Interim approval |
| October 1, 2012 | Aug.1-31, 2012 | $44,157.50 | $530.23 | Interim approval | Interim approval |

The following RJH attorney rendered professional services in these cases during the Fee Period:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Roger J. Higgins | Member | 1999 | Restructuring | $475.00 | 76.10 | $36,147.50 |
| **Totals for Attorneys** | | | | | **76.10** | **$36,147.50** |

3

There are no paraprofessionals of RJH who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees:        $36,147.50

Grand Total for Expenses:    $571.31

### COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 6.20 | $2,945.00 |
| 4 | Case Administration | 4.40 | $2,090.00 |
| 5 | Claim Analysis Objection & Resolution (Asbestos) | 15.10 | $7,172.50 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 7.00 | $3,325.00 |
| 10 | Employment Applications, Others | 1.40 | $665.00 |
| 11 | Fee Applications, Applicant | 2.00 | $950.00 |
| 14 | Hearings | 1.20 | $570.00 |
| 15 | Litigation and Litigation Consulting | 36.10 | $17,147.50 |
| 16 | Plan and Disclosure Statement | 2.70 | $1,282.50 |
| **Totals for Matters** | | **76.10** | **$36,147.50** |

### EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $51.08 |
| Online research | $503.28 |
| **Total:** | **$ 571.31** |

WHEREFORE, RJH respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of $36,147.50 for reasonable and necessary professional services RJH has rendered to the Debtors during the Fee Period ($28,918.00); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by RJH during the Fee Period ($571.31); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated:  November 7, 2012                 Respectfully submitted,

The Law Offices of Roger Higgins, LLC


Roger J. Higgins

The Law Offices of Roger Higgins, LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 836-4022

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[3] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  November 27, 2012** |
| | ) | |

**FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF ROGER HIGGINS, LLC,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY
INTERIM PERIOD FROM SEPTEMBER 1, 2012, THROUGH SEPTEMBER 30, 2012**

**Compensation by Matter Summary**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 6.20 | $2,945.00 |
| 4 | Case Administration | 4.40 | $2,090.00 |
| 5 | Claim Analysis Objection & Resolution (Asbestos) | 15.10 | $7,172.50 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 7.00 | $3,325.00 |
| 10 | Employment Applications, Others | 1.40 | $665.00 |
| 11 | Fee Applications, Applicant | 2.00 | $950.00 |
| 14 | Hearings | 1.20 | $570.00 |
| 15 | Litigation and Litigation Consulting | 36.10 | $17,147.50 |

---

[3]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 16 | Plan and Disclosure Statement | 2.70 | $1,282.50 |
| **Totals for Matters** | | **76.10** | **$36,147.50** |

### Expense Summary

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $51.08 |
| Online research | $503.28 |
| **Total:** | **$ 571.31** |

2

## EXHIBIT A

**September 2012 Fee Detail**

**Matter 3**                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/4/2012 | Draft proposed correspondence to Committee and FCR professionals re business transaction (1.50). | 1.50 | $475 | $712.50 |
| RJH | 9/5/2012 | Revise draft proposed correspondence re proposed business transaction (.70); telephone conference with A. Schlesinger re same and other issues (.40); telephone conference with J. McFarland re same (.30). | 1.40 | $475 | $665.00 |
| RJH | 9/6/2012 | Analyze issues re proposed business transaction (.30); exchange correspondence with J. McFarland re same (.30). | .60 | $475 | $285.00 |
| RJH | 9/11/2012 | Exchange correspondence with J. McFarland re proposed business transaction (.40). | .40 | $475 | $190.00 |
| RJH | 9/14/2012 | Telephone conference with J. McFarland re proposed business transaction and other issues (.50). | .50 | $475 | $237.50 |
| RJH | 9/24/2012 | Attend to matters re proposed business transaction (.30). | .30 | $475 | $142.50 |
| RJH | 9/26/2012 | Revise draft correspondence re proposed business transaction (1.20); telephone conference with J. McFarland re same (.30). | 1.50 | $475 | $712.50 |
| Total |  |  | 6.20 |  | $2,945.00 |

**Matter 4**                                     **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/5/2012 | Respond to various creditor inquiries (.70). | .70 | $475 | $332.50 |
| RJH | 9/6/2012 | Respond to various creditor inquiries (.80). | .80 | $475 | $380.00 |
| RJH | 9/7/2012 | Respond to creditor inquiries (.80). | .80 | $475 | $380.00 |
| RJH | 9/10/2012 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 9/17/2012 | Analyze and respond to creditor correspondence (.20); telephone conference with creditor (.10). | .30 | $475 | $142.50 |
| RJH | 9/20/2012 | Review and analyze creditor correspondence (.30). | .30 | $475 | $142.50 |
| RJH | 9/24/2012 | Telephone conference with M. Araki re creditor inquiry and other issues (.30). | .30 | $475 | $142.50 |
| RJH | 9/27/2012 | Respond to creditor inquiries (.70). | .70 | $475 | $332.50 |
| Total | | | 4:40 | | $2,090.00 |

2

**Matter 5**                          Claim Analysis Objection & Resolution (Asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/19/2012 | Review and revise draft response to Main Plaza claim transfer limited joinder (2.30); correspond with D. Boll re same (.20). | 2.50 | $475 | $1,187.50 |
| RJH | 9/20/2012 | Telephone conference with D. Boll re Main Plaza claim transfer issue (.40); draft and revise limited joinder (4.00); legal research re same (.50). | 4.90 | $475 | $2,327.50 |
| RJH | 9/21/2012 | Telephone conference with R. Finke re Main Plaza limited joinder (.40); revise same and circulate for comment (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 9/24/2012 | Legal research re joinder issues (.60); draft correspondence re same (.40); telephone conference with A. Paul re same (.40); revise joinder to Main Plaza objection (1.00); telephone conference with K. Makowski re same (.30); telephone conference with D. Boll re same (.30). | 3.00 | $475 | $1,425.00 |
| RJH | 9/27/2012 | Revise and prepare for execution the Finke declaration re limited joinder to Main Plaza claim transfer objection (.50); revise limited joinder re same (1.00); exchange correspondence with various parties re same (.40); telephone conference with R. Finke re same (.30). | 2.20 | $475 | $1,045.00 |
| Total | | | 15.10 | | $7,172.50 |

Matter 6                          Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/4/2012 | Review, analyze and comment on revised draft motion re Wilmington (1.20); participate in telephone conference with client and professionals re same (.70); legal research re Rule 3001(e) issue (.30). | 2.20 | $475 | $1,045.00 |
| RJH | 9/5/2012 | Revise draft Wilmington motion (1.50). | 1.50 | $475 | $712.50 |
| RJH | 9/6/2012 | Prepare for conference call with client and other professionals re Wilmington site (.50); participate in same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 9/14/2012 | Participate in telephone conference with client and counsel re environmental issues (1.00); legal research re same (.80). | 1.80 | $475 | $855.00 |
| Total | | | 7.00 | | $3,325.00 |

**Matter 10**                              **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/6/2012 | Review and comment on draft Grant Thornton fee application (.60); exchange correspondence with various parties re same (.20); telephone conferences with M. Abrahams re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 9/7/2012 | Analyze Grant Thornton fee application in preparations for filing (.40). | .40 | $475 | $190.00 |
| Total | | | 1.40 | | $ 665.00 |

5

Matter 11                              Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/28/2012 | Prepare August fee application (2.00). | 2.00 | $475 | $950.00 |
| Total | | | 2.00 | | $ 950.00 |

**Matter 14**                                    **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/27/2012 | Review and comment on draft October 15 hearing agenda (.30). | .30 | $475 | $142.50 |
| RJH | 9/28/2012 | Prepare limited joinder for filing (.70); correspond with various parties re same (.20). | .90 | $475 | $427.50 |
| Total |  |  | 1.20 |  | $ 570.00 |

**Matter 15**                          **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/5/2012 | Develop factual predicate re claims litigation (2.00). | 2.00 | $475 | $950.00 |
| RJH | 9/7/2012 | Develop factual predicate re claims litigation (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 9/11/2012 | Develop factual predicate re claims litigation (1.00). | 1.00 | $475 | $475.00 |
| RJH | 9/12/2012 | Legal analysis re claims litigation (1.50); develop factual predicate re same (2.00). | 3.50 | $475 | $1,662.50 |
| RJH | 9/17/2012 | Analyze documents re claims litigation (.70). | .70 | $475 | $332.50 |
| RJH | 9/18/2012 | Telephone conference with J. Hughes re claims litigation (.50); legal research re same (.30); draft memorandum re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 9/19/2012 | Draft claims litigation memorandum (.50); legal research re same (.30). | .80 | $475 | $380.00 |
| RJH | 9/21/2012 | Legal research re claims litigation (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 9/25/2012 | Draft memorandum to J. Hughes re claims litigation matter (4.00); legal research re same (.80). | 4.80 | $475 | $2,280.00 |
| RJH | 9/26/2012 | Continue drafting memorandum to J. Hughes re claims litigation matter (6.00). | 6.00 | $475 | $2,850.00 |
| RJH | 9/27/2012 | Legal research re claims litigation matters (2.00); draft memorandum to J. Hughes re same (2.80). | 3.80 | $475 | $1,805.00 |
| RJH | 9/28/2012 | Revise memorandum re claims litigation (5.70); legal research re same (1.10); correspond with various parties re same (.20). | 7.00 | $475 | $3,325.00 |
| Total | | | 36.10 | | $17,147.50 |

8

**Matter 16**                                     **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/4/2012 | Participate in status call with plan proponents' counsel (.80); telephone conference with K. Makowski re appeals appearance and other issues (.30). | 1.10 | $475 | $522.50 |
| RJH | 9/11/2012 | Participate in status call with plan proponents' counsel (.80). | .80 | $475 | $380.00 |
| RJH | 9/25/2012 | Participate in telephone conference with counsel for plan proponents (.80). | .80 | $475 | $380.00 |
| Total | | | 2.70 | | $1,282.50 |

<u>**EXHIBIT B**</u>

**September 2012 Expense Detail**

### EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $51.08 |
| Online research | $503.28 |
| **Total:** | **$ 571.31** |

### ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| **Total** | **$  0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 10/5/2012 | $51.08 | ICI Telecon IC -Grace conference call charges for August |
| 10/7/2012 | $16.95 | Fax and other charges |
| 10/15/2012 | $503.28 | Lexis Nexis - Grace charges for August |
| **Total** | **$ 571.31** | |

Total August 2012 Expenses:  $ 571.31

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    )        Chapter 11
                                          )
W. R. GRACE & CO., et al.,[1]             )        Case No. 01-1139
                                          )
                    Debtors.              )

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                           )SS
COUNTY OF NEW CASTLE       )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 7th day of November, 2012, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Summary Application of The Law Offices of Roger Higgins, LLC, for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period From September 1, 2012 Through September 30, 2012.**

Patricia E. Cuniff

SWORN TO AND SUBSCRIBED before
me this 7th day of November, 2012

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 10, 2012

Notary Public
My Commission Expires: _____

2

**Grace Monthly Fee Application Service List**
Case No. 01-1139 (JKF)
Doc. No. 45804v4
01 – Hand Delivery
02 – Federal Express
21 - E-Mail

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express and E-mail:*
*richard.finke@grace.com*
(Debtors)
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express and E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

*E-mail: mlastowski@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

*E-mail: john.donley@kirkland.com*
*adam.paul@kirkland.com*
(Co-Counsel for the Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

*E-mail: rhiggins@rogerhigginslaw.com*
(Co-Counsel for the Debtors)
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-4277

*E-mail: david.heller@lw.com*
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

*E-mail: WSKatchen@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102

*E-mail: lkruger@stroock.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

*E-mail: ei@capdale.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

*E-mail: pbentley@kramerlevin.com*
(Counsel to the Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270

**File a Motion:**



<u>01-01139-JKF W.R. Grace & Co., et al.</u>
Type: bk                  Chapter: 11 v           Office: 1 (Delaware)
Assets: y                 Judge: JKF
Case Flag: SealedDoc(s), CLMSAGNT, CONFIRMED, APPEAL, MEGA, LEAD

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Kathleen P. Makowski entered on 11/7/2012 at 10:58 PM EST and filed on 11/7/2012
Case Name:        W. R. Grace & Co., et al.
Case Number:      <u>01-01139-JKF</u>
Document Number: <u>29871</u>

**Docket Text:**
Monthly Application for Compensation *and Reimbursement of Expenses of The Law Offices of Roger Higgins, LLC, as Bankruptcy Counsel to W.R. Grace &*
*Co., et al.* for the period *September 1, 2012* to *September 30, 2012* Filed by Law office of Roger Higgins. Objections due by 11/27/2012. (Attachments: # (1)
Exhibit A# (2) Exhibit B# (3) Affidavit of Service and Service List) (Makowski, Kathleen)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**W:\DE Bankruptcy\W.R. Grace\2012\November\11-07-12\Fee App - Main doc..pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/7/2012] [FileNumber=11204281-0
] [10fce3decd3c0785380b27e076a0384372348d19822ff1f19afbf33309aa7550bac
116b12f67f9aea999bc08b033792163d75de7805662acd4e0eb403c7e823a]]
**Document description:**Exhibit A
**Original filename:**Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/7/2012] [FileNumber=11204281-1
] [63cd1184bdc481066b7dc10d67e2c91636c846782c9e42f0259db030e3565067823
c1e832e831eded33bddb3bcc4f055a764eaaf400091e4f0bed991a262be6c]]
**Document description:**Exhibit B
**Original filename:**Ex B.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/7/2012] [FileNumber=11204281-2
] [76152f33d9c633ea6e40ea1587c85ced8d5b619e83547f39e65cd840546dc372c6d
a6d464a4846644df03d82fc0bb65fc8b486f75ce7eaeb85285ef383512220]]
**Document description:**Affidavit of Service and Service List
**Original filename:**AOS and SL.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/7/2012] [FileNumber=11204281-3
] [4dc1908a2019fb8c1bcfac8c48c63ae20a67935b7a31e902dc48f97fabe8c87c160
fa21d4e61fea32a980654e66ac7268dbf1b8440bd84bba3d4648fc0738dc6]]

**01-01139-JKF Notice will be electronically mailed to:**

David W.
carickhoff@blankrome.com, senese@blankrome.com

Francis J.
fmurphy@msllaw.com, dabbott@msllaw.com

Eric B. Abramson on behalf of Interested Party Asbestos Claimants
eabramson@serlinglaw.com

Carolina Acevedo on behalf of Interested Party AXA Belgium as Sucessor to Royale Belge SA
carolina.acevedo@mendes.com, anna.newsom@mendes.com

Peter M. Acton on behalf of Creditor Town of Acton, Massachusetts
pacton@nutter.com, kjose@mwe.com

David G. Aelvoet on behalf of Attorney Linebarger Goggan Blair & Sampson, LLP
davida@publicans.com

Jonathan Holmes Alden on behalf of Interested Party Florida Department of Environmnetal Protection
jonathan.alden@dep.state.fl.us, syndie.l.kinsey@dep.state.fl.us

Elihu Ezekiel Allinson, III on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

Julie A. Ardoin on behalf of Attorney Julie Ardoin