## REVISED

### EXHIBIT A

David Austern, Futures Representative for W.R. Grace
Billing Statement
June 2012

| Date | Services | Hours |
|---|---|---|
| 6/13/12 | Review of District Court amended opinion | .60 |
| 6/14/12 | Meeting with R. Frankel, R. Wyron and financial advisors re Grace status | 1.50 |
| 6/20/12 | Telephone conference with R. Frankel re Grace warrants | .30 |
| 6/29/12 | Review of Orrick memorandum re early effective date; telephone conference with R. Frankel, R. Wyron, and D. Felder re same | .50 |

| | | |
|---|---|---|
| Total Hours: | | 2.90 |
| Total Fees ($500.00 per hour) | | $1,450.00 |
| No Expenses | | $0.00 |
| Total Fees & Expenses | | $1,450.00 |