| Date | TKPR Name | Matter | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 4/11/2012 | Quinn, Heather Anne | 8 | DUPLI | $84.00 | 840 Copies |
| 4/19/2012 | Wyron, Richard | 8 | DUPLI | $17.70 | 177 Copies |
| 4/25/2012 | Manesis, Spiro | 8 | DUPLI | $0.20 | 2 Copies |
| 3/22/2012 | Wyron, Richard | 8 | BUSML | $5.70 | VENDOR: Flik Compass Group USA; INVOICE#: X199940612; DATE: 3/1/2012 - DC-DC\id#150688\mkm-period 06'12 ended March 31, 2012 cust. # F199940000 meals |
| 4/26/2012 | Felder, Debra | 8 | DUPLI | $0.50 | 5 Copies |
| 4/3/2012 | Fullem, Debra O'Denise | 13 | POST | $1.50 | POSTAGE |
| 4/6/2012 | Fullem, Debra O'Denise | 13 | POST | $1.50 | POSTAGE |
| TOTAL | | | | $ 111.10 | |

| Date | TKPR Name | Matter | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 5/1/2012 | Felder, Debra | 8 | DUPLI | $5.00 | 50 Copies |
| 5/16/2012 | Wyron, Richard | 8 | DUPLI | $0.10 | 1 Copies |
| 5/21/2012 | Wyron, Richard | 8 | DUPLI | $1.30 | 13 Copies |
| 5/31/2012 | Wyron, Richard | 8 | DUPLI | $0.20 | 2 Copies |
| 5/23/2012 | Fullem, Debra O'Denise | 13 | DUPLI | $196.00 | 1960 Copies |
| 4/18/2012 | Frankel, Roger | 8 | EXPDEL | $12.79 | VENDOR: Federal Express Corp INVOICE#: 786992992 DATE: 4/26/2012 |
| 5/10/2012 | Frankel, Roger | 8 | EXPDEL | $12.83 | VENDOR: Federal Express Corp INVOICE#: 789263924 DATE: 5/17/2012 |
| 5/18/2012 | Felder, Debra | 8 | LEXN | $13.18 | |
| 5/7/2012 | Wyron, Richard | 8 | LTRV | $230.00 | VENDOR: Wyron, Richard H.; INVOICE#: 050912; DATE: 5/14/2012 - dc/dd/#151455/myp - Phila for hearing, 5/7-8/12 |
| 5/22/2012 | Wyron, Richard | 8 | LTRV | $728.73 | VENDOR: Wyron, Richard H.; INVOICE#: 052912; DATE: 5/31/2012 - dc/dd/#152320/myp - ny for mtg w/ Acc, 5/22/12 |
| 4/11/2012 | Washington, DC, Office | 8 | OSREP | $3.30 | VENDOR: Williams Lea Inc.; INVOICE#: I-12050211; DATE: 5/1/2012 - DC-DC\id#151854\mkm-LMF-outside reproduction April 2012 |
| 4/19/2012 | Wyron, Richard | 8 | OSREP | $1.65 | VENDOR: Williams Lea Inc.; INVOICE#: I-12050211; DATE: 5/1/2012 - DC-DC\id#151854\mkm-LMF-outside reproduction April 2012 |
| 4/20/2012 | Wyron, Richard | 8 | OSREP | $19.80 | VENDOR: Williams Lea Inc.; INVOICE#: I-12050211; DATE: 5/1/2012 - DC-DC\id#151854\mkm-LMF-outside reproduction April 2012 |

| Date | Name | | Code | Amount | Description |
|---|---|---|---|---|---|
| 4/3/2012 | Washington, DC, Office | 8 | OSSVCS | $1.20 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12012; DATE: 4/3/2012 - DC-DC\id#151501\mkm-acct. # OH0272 public access to court electronic records 1/01-3/31/2012 |
| 4/3/2012 | Washington, DC, Office | 8 | OSSVCS | $60.24 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12012; DATE: 4/3/2012 - DC-DC\id#151501\mkm-acct. # OH0272 public access to court electronic records 1/01-3/31/2012 |
| 4/3/2012 | Washington, DC, Office | 8 | OSSVCS | $279.52 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12012; DATE: 4/3/2012 - DC-DC\id#151501\mkm-acct. # OH0272 public access to court electronic records 1/01-3/31/2012 |
| 4/3/2012 | Washington, DC, Office | 13 | OSSVCS | $9.92 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12012; DATE: 4/3/2012 - DC-DC\id#151501\mkm-acct. # OH0272 public access to court electronic records 1/01-3/31/2012 |
| 4/3/2012 | Washington, DC, Office | 13 | OSSVCS | $13.12 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12012; DATE: 4/3/2012 - DC-DC\id#151501\mkm-acct. # OH0272 public access to court electronic records 1/01-3/31/2012 |
| 5/22/2012 | Wyron, Richard | 8 | PARK | $9.00 | VENDOR: Wyron, Richard H.; INVOICE#: 052912; DATE: 5/31/2012 - dc/dd/#152320/myp - ny for mtg w/ Acc, 5/22/12 |
| 5/23/2012 | Fullem, Debra O'Denise | 13 | POST | $266.20 | POSTAGE |
| 5/23/2012 | Fullem, Debra O'Denise | 13 | POST | $2.00 | POSTAGE |
| 5/15/2012 | Wyron, Richard | 8 | PRINT | $0.40 | 4 Pages Printed |
| 5/23/2012 | Williams Lea, DC office | 13 | PRINT | $6.00 | 60 Pages Printed |

| Date | Name | | Type | Amount | Description |
|---|---|---|---|---|---|
| 5/7/2012 | Wyron, Richard | 8 | TAXI | $33.60 | VENDOR: Wyron, Richard H.; INVOICE#: 050912; DATE: 5/14/2012 - dc/dd/#151455/myp - Phila for hearing, 5/7-8/12 |
| 5/22/2012 | Wyron, Richard | 8 | TOLLS | $6.05 | VENDOR: Wyron, Richard H.; INVOICE#: 052912; DATE: 5/31/2012 - dc/dd/#152320/myp - ny for mtg w/ Acc, 5/22/12 |
| 5/7/2012 | Wyron, Richard | 8 | TRV | $558.84 | VENDOR: Wyron, Richard H.; INVOICE#: 050912; DATE: 5/14/2012 - dc/dd/#151455/myp - Phila for hearing, 5/7-8/12 |
| 5/7/2012 | Wyron, Richard | 8 | TRVML | $61.59 | VENDOR: Wyron, Richard H.; INVOICE#: 050912; DATE: 5/14/2012 - dc/dd/#151455/myp - Phila for hearing, 5/7-8/12 |
| 4/26/2012 | Felder, Debra | 8 | WESTN | $24.49 | |
| 5/3/2012 | Felder, Debra | 8 | WESTN | $390.66 | |
| 5/4/2012 | Felder, Debra | 8 | WESTN | $36.73 | |
| 5/9/2012 | Felder, Debra | 8 | WESTN | $12.24 | |
| 5/17/2012 | Felder, Debra | 8 | WESTN | $36.73 | |
| 5/18/2012 | Felder, Debra | 8 | WESTN | $251.17 | |
| | | | | | $752.02 |
| TOTAL | | | | $ 3,284.58 | |

| Date | TKPR Name | Matter | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 5/21/2012 | Wyron, Richard | 8 | EXPDEL | $54.74 | VENDOR: Federal Express Corp INVOICE#: 790048339 DATE: 5/24/2012 |
| 5/21/2012 | Wyron, Richard | 8 | EXPDEL | $19.62 | VENDOR: Federal Express Corp INVOICE#: 790048339 DATE: 5/24/2012 |
| 5/21/2012 | Wyron, Richard | 8 | EXPDEL | $63.15 | VENDOR: Federal Express Corp INVOICE#: 790048339 DATE: 5/24/2012 |
| 5/29/2012 | Felder, Debra | 8 | WESTN | $12.24 | |
| 6/7/2012 | Wyron, Richard | 8 | DUPLI | $0.60 | 6 Copies |
| 5/2/2012 | Frankel, Roger | 8 | AIR | $10.00 | VENDOR: American Express; INVOICE#: 052512A; DATE: 5/25/2012 - FIRM-FIRM/#153029/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX-X708-11008 - |
| 5/2/2012 | Wyron, Richard | 8 | AIR | $384.51 | VENDOR: American Express; INVOICE#: 052512A; DATE: 5/25/2012 - FIRM-FIRM/#153029/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX-X708-11008 - |
| 5/7/2012 | Frankel, Roger | 8 | TRV | $558.84 | VENDOR: Frankel, Roger; INVOICE#: 053112A; DATE: 6/14/2012 - dc/dd/#153131/myp - attd hearing before Judge Buckwalter in Usdc- Phila 5/7- 8/12 |
| 5/7/2012 | Frankel, Roger | 8 | LTRV | $359.00 | VENDOR: Frankel, Roger; INVOICE#: 053112A; DATE: 6/14/2012 - dc/dd/#153131/myp - attd hearing before Judge Buckwalter in Usdc- Phila 5/7- 8/12 |
| 5/7/2012 | Frankel, Roger | 8 | TRVML | $15.36 | VENDOR: Frankel, Roger; INVOICE#: 053112A; DATE: 6/14/2012 - dc/dd/#153131/myp - attd hearing before Judge Buckwalter in Usdc- Phila 5/7- 8/12 |

| Date | Name | | Code | Amount | Description |
|---|---|---|---|---|---|
| 5/1/2012 | Frankel, Roger | 8 | AIR | $208.90 | VENDOR: Frankel, Roger; INVOICE#: 053112; DATE: 6/14/2012 - dc/dd/#153131/myp - Attd Fcr mtg in Ny re payment percentage issues. 5/1/12 |
| 5/1/2012 | Frankel, Roger | 8 | AIR | $208.90 | VENDOR: Frankel, Roger; INVOICE#: 053112; DATE: 6/15/2012 - dc/dd/#153257/myp - Attd Fcr mtg in Ny re payment percentage issues, 5/1/2 |
| 6/18/2012 | Wyron, Richard | 8 | TEL | $0.00 | 12122778117; 1 Mins. |
| 5/21/2012 | Granados, Karla V. | 8 | OSREP | $1.65 | VENDOR: Williams Lea Inc.; INVOICE#: I-12060156; DATE: 6/1/2012 - DC-DC\id#153520\mkm-May 2012 LMF-outside reproduction |
| 6/25/2012 | Wyron, Richard | 8 | TEL | $0.00 | 12122778117; 25 Mins. |
| 5/15/2012 | Frankel, Roger | 8 | TAXI | $20.75 | VENDOR: Red Top Cab; INVOICE#: 7117984; DATE: 5/31/2012 - DC-DC\id#153723\mkm-car service acct. # 6284700 |
| 6/2/2012 | Frankel, Roger | 8 | AIR | $417.80 | VENDOR: Frankel, Roger; INVOICE#: 062112A; DATE: 6/26/2012 - dc/dd/#153738/myp - review doc. re Libby-Bnsf and review re mtg w/ Montana, 6/2/12 |
| 6/26/2012 | Manesis, Spiro | 8 | DUPLI | $0.10 | 1 Copies |
| 6/26/2012 | Manesis, Spiro | 8 | DUPLI | $0.10 | 1 Copies |
| 6/28/2012 | Wyron, Richard | 8 | DUPLI | $2.00 | 20 Copies |
| 6/28/2012 | Frankel, Roger | 8 | DUPLI | $0.60 | 6 Copies |
| 6/28/2012 | Frankel, Roger | 8 | DUPLI | $0.10 | 1 Copies |
| 6/28/2012 | Fullem, Debra O'Denise | 8 | DUPLI | $7.30 | 73 Copies |
| 6/26/2012 | Burke, James W. | 8 | WESTN | $174.37 | |
| 6/19/2012 | Frankel, Roger | 8 | EXPDEL | $12.66 | VENDOR: Federal Express Corp INVOICE#: 792943793 DATE: 6/21/2012 |

| TOTAL | | | | $ 2,533.29 | |
|---|---|---|---|---|---|