

# THE RITTENHOUSE
Hotel on Rittenhouse Square
210 West Rittenhouse Square
Philadelphia, Pennsylvania 19103
Telephone: 215 • 546 • 9000 • Telefax: 215 • 732 • 3364
www.rittenhousehotel.com

THE LEADING HOTELS OF THE WORLD®

RICH, MR ALAN
BEST AVAILABLE RATE

Room Number: 1310
Daily Rate: 420.00
Room Type: DS
No. of Guests: 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 5/7/2012 | 5/8/2012 | XXXXXXXXXXXX2005 | TR | TR | 17760631491 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 5/7/2012 | 1310 | ROOM RATE | #1310 RICH, MR ALAN | $420.00 |
| 5/7/2012 | 1310 | SALES TAX - 6% | SALES TAX - 6% | $25.20 |
| 5/7/2012 | 1310 | OCCUPANCY TAX=8.2% | OCCUPANCY TAX=8.2% | $34.44 |
| 5/7/2012 | 1310 | CITY SALES TAX=1% | CITY SALES TAX=1% | $4.20 |
| 5/8/2012 | 1310 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($483.84) |

TOTAL DUE:    $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

X _____
SIGNATURE