# THE RITTENHOUSE

*Hotel on Rittenhouse Square*
*210 West Rittenhouse Square*
*Philadelphia, Pennsylvania 19103*
*Telephone: 215 • 546 • 9000 • Telefax: 215 • 732 • 3364*
*www.rittenhousehotel.com*

**LW THE LEADING HOTELS OF THE WORLD®**

SANDERS, MR ALEXANDER M JR
BEST AVAILABLE RATE
19 WATER STREET
CHARLESTON, SC 29401

**Room Number:** 907
**Daily Rate:** 335.00
**Room Type:** DC
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 5/7/2012 | 5/8/2012 | XXXXXXXXXXXX4625 | SPEC | SPEC | 17760632647 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 5/7/2012 | 907 | ROOM RATE | #907 SANDERS, MR ALEXANDER M JR | $335.00 |
| 5/7/2012 | 907 | SALES TAX - 6% | SALES TAX - 6% | $20.10 |
| 5/7/2012 | 907 | OCCUPANCY TAX=8.2% | OCCUPANCY TAX=8.2% | $27.47 |
| 5/7/2012 | 907 | CITY SALES TAX=1% | CITY SALES TAX=1% | $3.35 |
| 5/8/2012 | 907 | ROOM SERVICE | 907/4786/08:17/ROOM SERVICE | $33.56 |
| 5/8/2012 | 907 | VISA | VISA | ($419.48) |

**TOTAL DUE:**          $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

X _____
SIGNATURE