| Date | Professional Service | Lawyer | Rate/Hr | Hrs | Amount | Subject Matter of Communication |
|---|---|---|---|---|---|---|
| 5/9/2012 | receipt Karen Harvey email | DT | $525 | 0.10 | $52.50 | Re: review email regarding SH's CNO for the quarterly fee application and status of same. |
| 5/14/2012 | receipt Lauren Campbell emails, memo to Cindy Yates | DT | $525 | 0.25 | $131.25 | Re: review of SH's 8th Quarterly Fee Application and certification of same for filing. |
| 5/24/2012 | receipt Lauren Campbell email | DT | $525 | 0.10 | $52.50 | Re: April time/expense statements for preparation of SH's monthly fee application. |
| 6/1/2012 | receipt Karen Harvey emails and follow-ups | DT | $525 | 0.25 | $131.25 | Re: Twenty-Sixth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants |
| 6/21/2012 | emails to and from Lauren Campbell, Karen Harvey and Dan Hogan re status | DT | $525 | 0.25 | $131.25 | Re: Certificate of No Objection Regarding the 9th Quarterly Applications of Scarfone Hawkins |
| 6/22/2012 | emails to and from Lauren Campbell regarding status of matters | DT | $525 | 0.10 | $52.50 | Re: May time/expense statement for use in preparation of monthly fee application for SH |
| 6/29/2012 | emails to and from Lauren Campbell | DT | $525 | 0.10 | $52.50 | Re: SH's 27th Monthly Fee Application and certification |

**FEE AUDITOR'S INITIAL REPORT** - Page 2
RESPONSE TO WRG IR SCARFONE HAWKINS 45Q.DOCX