IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                      )
In re:                                )   Chapter 11
                                      )
W.R. GRACE & CO., et al.              )   Case No. 01-1139 (JKF)
                                      )
        Debtors.                      )   Objection Deadline: March 8, 2013 at 4:00 p.m.
_____)   Hearing: March 25, 2013 at 9:00 a.m.


**COVER SHEET TO TWENTY-SEVENTH QUARTERLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN,
ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2012 THROUGH SEPTEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | July 1, 2012 through September 30, 2012 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $60,668.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,059.69 |

This is an:    X    interim        __   monthly        __   final application.

**COMPENSATION SUMMARY**
**July 1, 2012 through September 30, 2012**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (27 years) FCAS | $715 | 22.70 | $16,230.50 |
| Julianne Callaway | Analyst (9 years) ACAS | $360 | 28.00 | $10,080.00 |
| Jeff Kimble | Consulting Actuary (11 years) ACAS | $475 | 46.20 | $21,945.00 |
| Steve Lin | Consulting Actuary (16 years) | $525 | 0.50 | $262.50 |
| Adam Luechtefeld | Analyst (9 years) | $275 | 6.00 | $1,650.00 |
| Evan Petzoldt | Analyst (2 years) | $300 | 2.50 | $750.00 |
| David Wolf | Analyst (5 years) ACAS | $375 | 26.00 | $9,750.00 |
| **Total Blended Rate: $459.95** | | | **131.90** | **$60,668.00** |

**COMPENSATION BY PROJECT CATEGORY**
**July 1, 2012 through September 30, 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 131.90 | $60,668.00 |

**EXPENSE SUMMARY**
**July 1, 2012 through September 30, 2012**

| Expense Category | Total |
|---|---|
| Airfare | $1,983.20 |
| Parking | $42.00 |
| Taxi | $19.00 |
| Meals | $4.39 |
| Mileage to/from Airport | $11.10 |
| **Total Expenses** | **$2,059.69** |

| **Grand Total of Fees and Expenses July 1, 2012 - September 30, 2012** | **$62,727.69** |
|---|---|

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: November 14, 2012