# EXHIBIT A

**WR Grace**
**July 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Comm w/OHS (RF) re schedule management call | 0.5 |
| Tue 3 | Comms w/OHS (RW,RF) re hedge, call | 0.8 |
| | Comms w/COFC (JS) re hedge, call | 0.7 |
| | Hedge analysis | 1.2 |
| Thu 5 | Comms w/OHS (RW,RF) re hedge, call | 0.4 |
| | Review/analyze docket items | 0.3 |
| | Comms w/COFC (JS) re GS term sheet | 1.0 |
| Fri 6 | Analysis GS term sheet | 1.4 |
| | Review/analyze docket items | 0.2 |
| Mon 9 | Comms w/OHS (RF, RW) re case status, hedge | 0.8 |
| | Review/analyze docket items | 0.2 |
| Tue 10 | Conf call w/Blackstone and prep | 1.0 |
| | Comm w/OHS (RW) re conf call and warrant | 0.7 |
| | Call analysis | 0.5 |
| | Review/analyze docket items | 0.2 |
| Wed 11 | Conf call w/Blackstone and prep | 1.0 |
| | Comms w/OHS (RF) re warrant purchase | 1.2 |
| | Review/analyze docket items | 0.3 |
| Thu 12 | Comms w/OHS (RF) re warrant monetization | 1.3 |
| | meeting at Blackstone re warrants | 1.4 |
| | Review docket including Notices of Appeal by BNSF Railway Company, Anderson Memorial Hospital, Bank Lender Group, Libby Claimants and Maryland Casualty | 1.8 |
| Fri 13 | Comms w/OHS (RF) re warrant monetization | 0.9 |
| | Review/analyze docket items | 0.2 |
| Sun 15 | Comm w/OHS (RF) re revised warrant terms, negotiation | 0.6 |
| | Analysis for new warrant terms | 1.2 |
| Mon 16 | Review/analyze docket items | 0.2 |
| Tue 17 | Meeting w/OHS, CD, COFC re warrant and prep | 1.5 |
| | Review/analyze docket items | 0.2 |
| Wed 18 | Comms w/OHS (RF, RW) re warrant | 0.7 |
| | Comms w/COFC (JS) re warrant | 0.8 |
| | Review/analyze docket items | 0.2 |
| Thu 19 | Comms w/OHS (RF, RW) re warrant | 0.6 |
| | Review/analyze docket items | 0.2 |
| Fri 20 | Comms w/Blackstone (AS) re warrant terms | 1.9 |
| | Comms w/OHS (RF, RW) re warrant | 0.7 |
| | Review/analyze docket items | 0.2 |
| Mon 23 | Comms w/OHS (RF, RW) re warrant | 0.6 |
| | Comms w/Blackstone (JOC) re warrant | 0.4 |
| | Comms w/COFC (JS) re warrant | 1.0 |
| Tue 24 | Warrant term sheet draft, analysis | 2.0 |
| | Comms w/OHS (RF, RW) re warrant | 0.9 |
| | Comms w/Blackstone (JOC) re warrant | 0.4 |
| | Comms w/COFC (JS) re warrant | 1.3 |
| Wed 25 | Comms w/OHS (RF, RW) re warrant | 1.0 |
| | Comms w/Blackstone (JOC) re warrant | 0.3 |
| | Comms w/COFC (JS) re warrant | 0.9 |
| Fri 26 | Comms w/OHS (RF, RW) re warrant | 0.3 |
| | Comms w/COFC (JS) re warrant | 0.8 |
| Mon 29 | Review and anlaysis Grace quarterly earnings | 2.5 |
| | Review all docket entries for the week of July 23-27 | 1.2 |
| Tue 30 | Review/analyze docket items | 0.2 |
| Wed 31 | Review/analyze docket items | 0.2 |
| | TOTAL HOURS | 41.0 |

**WR Grace**
**July 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review docket and analysis | 0.4 |
| Thu 5 | Review exit financing information | 0.4 |
| Fri 6 | Review docket and analysis | 0.3 |
| Mon 9 | Calls w/ Orrick re: case status and insurance | 0.5 |
|  | Financial analysis re: insurance | 1.4 |
|  | Valuation analysis | 1.3 |
| Tue 10 | Review exit financing information | 0.4 |
|  | Calls w/ Orrick re: exit financing issues | 0.8 |
|  | Call w/ Charter Oak re: exit financing issues | 0.3 |
|  | Call w/ Grace re: exit financing issues w/ prep | 1.5 |
| Wed 11 | Call w/ Grace and Blackstone re: exit financing issues | 0.3 |
|  | Call w/ Orrick re: exit financing issues | 0.7 |
|  | Review docket and analysis | 0.3 |
| Thu 12 | Meeting w/ Blackstone re: exit financing issues w/ prep | 1.4 |
| Fri 13 | Call w/ Blackstone re: exit financing issues | 0.2 |
|  | Internal conversations re: exit financing issues | 0.2 |
|  | Review docket and analysis | 0.3 |
| Mon 16 | Calls w/ Orrick re: exit financing issues | 0.4 |
|  | Call w/ Charter Oak re: exit financing issues | 0.2 |
| Tue 17 | Meeting w/ Orrick, Caplin and Charter Oak re: exit financing issues w/ prep | 1.5 |
| Wed 18 | Review docket and analysis | 0.3 |
| Fri 20 | Review docket and analysis | 0.3 |
| Tue 24 | Review docket and analysis | 0.2 |
| Thu 26 | Review Grace earnings release and financial information | 2.4 |
|  | Review docket and analysis | 0.4 |
| Tue 31 | Preparation of memo to FCR re: Grace 2Q operating performance | 1.8 |
|  | Review docket and analysis | 0.4 |
|  | TOTAL TIME (hrs) | 18.6 |

**WR Grace**
**July 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review/analysis docket items | 0.4 |
| Thu 5 | Review exit financing information | 1.5 |
| Mon 9 | Review exit financing information | 1.5 |
| Tue 10 | Call w/ Grace re: exit financing issues w/ prep | 1.8 |
| Fri 13 | Call w/ Blackstone re: exit financing issues | 0.2 |
| Mon 16 | Calls w/ Orrick re: exit financing issues | 0.4 |
| Tue 17 | Review/analysis docket items | 0.5 |
| Mon 23 | Review/analysis docket items | 0.5 |
| Thu 26 | Review Grace 2Q earnings release | 3.0 |
| Mon 30 | Preparation of memo to FCR re: Grace 2Q financial performance | 1.5 |
| Tue 31 | Preparation of memo to FCR re: Grace 2Q financial performance | 2.0 |
| | TOTAL TIME (hrs) | 13.3 |

**WR Grace**
**July 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 13 | Call w/ Blackstone re: exit financing issues | 0.2 |
| Mon 16 | Calls w/ Orrick re: exit financing issues | 0.4 |
| Tue 17 | Review/analysis docket items | 0.5 |
| Mon 23 | Review/analysis docket items | 0.5 |
| Thu 26 | Review Grace 2Q earnings release | 3.0 |
| Mon 30 | Preparation of memo to FCR re: Grace 2Q financial performance | 1.5 |
| Tue 31 | Preparation of memo to FCR re: Grace 2Q financial performance | 2.0 |
| | TOTAL TIME (hrs) | 8.1 |