# EXHIBIT B

<u>**W.R. Grace**</u>
<u>**Detail of expenses (July 1, 2012 – July 31, 2012)**</u>

<u>Travel</u>
| | |
|---|---|
| Transportation | $ 1,258.98 |
| Meals | $      68.11 |
| Hotel | $    314.88 |

**Total Travel:** **$1,641.97**

<u>Administrative</u>
Fee for Public Access to Electronic Court Records      $ 3.00

**Total Administrative:** **$3.00**

<u>Communication</u>
Telephone, facsimile, wireless service      $ 149.27

**Total Communication:** **$149.27**

**TOTAL EXPENSES:**                            **$1,794.24**