# EXHIBIT A

**WR Grace**
**August 2012 Time - Joseph Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Comm w/OHS (RW,RF) re Grace warrants and analysis | 2.1 |
| Mon 6 | Comm w/OHS (RF) re Grace warrants and analysis | 2.0 |
|  | Review all docket entries for week of July 30- August 3 | 1.1 |
| Tue 7 | Review/analysis docket items | 0.2 |
|  | Grace fee apps | 2.2 |
| Wed 8 | Comm w/OHS (RW) re fee issues | 0.7 |
|  | Review/analysis docket items | 0.2 |
| Thu 9 | Review/analysis docket items | 0.2 |
|  | Comm w/Blackstone (JOC) re Grace warrant proposal | 1.0 |
| Fri 10 | Review/analysis docket items | 0.4 |
| Mon 13 | Review/analysis docket items | 0.2 |
| Tue 14 | Comm w/OHS (RF,RW) re term sheet knock out provi | 1.3 |
|  | Comm w/Blackstone (JOC) re Grace warrant proposal | 1.0 |
|  | Conference call on Grace proposal | 1.0 |
|  | Review/analysis docket items | 0.3 |
| Wed 15 | Comm w/OHS (RF) re Grace warrant proposal | 2.0 |
|  | Review/analysis docket items | 0.2 |
| Fri 17 | Review/analysis docket items | 0.4 |
| Mon 20 | Comm w/OHS (RW, RF) re Sealed Air | 0.4 |
|  | Sealed Air analysis | 2.5 |
|  | Review/analysis docket items | 0.2 |
| Tue 21 | Sealed Air analysis | 2.0 |
|  | Review/analysis docket items | 0.3 |
| Wed 22 | Sealed Air analysis | 3.0 |
|  | Review/analysis docket items | 0.3 |
| Thu 23 | Comm w/OHS (RW, RF) re Sealed Air | 0.6 |
|  | Review/analysis docket items | 0.3 |
| Fri 24 | Comm w/OHS (RW, RF) re Sealed Air | 0.7 |
|  | Review/analysis docket items | 0.2 |
| Mon 27 | Review/analysis docket items | 0.3 |
| Tue 28 | Review/analysis docket items | 0.2 |
| Wed 29 | Review/analysis docket items | 0.2 |
| Thu 30 | Comm w/OHS (RW, RF) re Sealed Air | 0.5 |
|  | Review/analysis docket items | 0.3 |
| Fri 31 | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (hrs) | 28.7 |

**WR Grace**
**August 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Analysis re: exit financing issues | 0.6 |
| | Preparation of memo re: 2Q financial results | 1.4 |
| | Call w/ Orrick re: exit financing issues w/ prep | 0.4 |
| | Call w/ Charter Oak re: exit financing issues | 0.2 |
| Thu 2 | Call w/ Charter Oak re: exit financing issues | 0.1 |
| | Internal conversations re: exit financing issues | 0.2 |
| Fri 3 | Review docket and analysis | 0.4 |
| Mon 6 | Preparation of fee application | 0.7 |
| Wed 8 | Review docket and analysis | 0.4 |
| Thu 9 | Call w/ Blackstone re: exit financing issues | 0.2 |
| Fri 10 | Internal conversations re: case status | 0.3 |
| | Preparation of memo re: Sealed Air | 0.6 |
| | Call w/ Orrick re: exit financing issues | 0.3 |
| | Review docket and analysis | 0.5 |
| Tue 14 | Correspondence re: exit financing issues | 0.4 |
| Thu 16 | Review of Sealed Air analyst reports | 1.9 |
| Fri 17 | Preparation of memo re: Sealed Air | 2.3 |
| | Call w/ Orrick re: Sealed Air | 0.3 |
| Mon 20 | Correspondence w/ Orrick re: exit financing issues | 0.2 |
| Tue 21 | Call w/ Orrick re: exit financing issues | 0.5 |
| | Review of exit financing issue analysis | 0.3 |
| | Review docket and analysis | 0.6 |
| | Preparation of fee application | 1.2 |
| Wed 22 | Financial analysis re: Sealed Air | 3.7 |
| Thu 23 | Call w/ Orrick re: Sealed Air | 0.3 |
| | Financial analysis re: Sealed Air | 1.8 |
| Fri 24 | Review docket and analysis | 0.3 |
| Mon 27 | Call w/ Orrick re: case status | 0.2 |
| | Financial analysis re: Sealed Air | 2.3 |
| Tue 28 | Preparation of memo re: Sealed Air | 3.4 |
| Wed 29 | Preparation of memo re: Sealed Air | 2.8 |
| | Review docket and analysis | 0.5 |
| Thu 30 | Preparation of memo re: Sealed Air | 1.2 |
| | TOTAL TIME (hrs) | 30.5 |

**WR Grace**
**August 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Preparation of memo re: 2Q financial results | 2.0 |
|  | Call w/ Orrick re: exit financing issues | 0.2 |
| Thu 2 | Internal conversations re: exit financing issues | 0.2 |
| Mon 6 | Preparation of fee application | 2.0 |
| Tue 7 | Preparation of fee application | 1.0 |
| Wed 8 | Review docket and analysis | 0.4 |
| Thu 9 | Preparation of memo re: Sealed Air | 2.0 |
| Fri 10 | Preparation of memo re: Sealed Air | 1.0 |
|  | Call w/ Orrick re: exit financing issues | 0.3 |
| Thu 16 | Preparation of fee application | 2.8 |
| Fri 17 | Preparation of memo re: Sealed Air | 1.8 |
|  | Review Sealed Air analyst reports | 2.0 |
| Sun 19 | Financial analysis re: Sealed Air | 2.5 |
| Mon 20 | Financial analysis re: Sealed Air | 3.5 |
| Tue 21 | Financial analysis re: Sealed Air | 3.8 |
| Wed 22 | Financial analysis re: Sealed Air | 4.2 |
| Thu 23 | Financial analysis re: Sealed Air | 2.8 |
| Fri 24 | Financial analysis re: Sealed Air | 4.1 |
| Mon 27 | Financial analysis re: Sealed Air | 2.0 |
| Tue 28 | Preparation of presentation re: Sealed Air | 4.0 |
| Wed 29 | Preparation of presentation re: Sealed Air | 4.0 |
| Thu 30 | Preparation of presentation re: Sealed Air | 2.0 |
| Fri 31 | Preparation of presentation re: Sealed Air | 1.8 |
|  | TOTAL TIME (hrs) | 50.4 |

**WR Grace**
**August 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 6 | Preparation of fee application | 2.0 |
| Tue 7 | Preparation of fee application | 1.0 |
| Tue 14 | Review/analysis docket items | 0.5 |
| Fri 23 | Review/analysis docket items | 0.5 |
| Tue 28 | Preparation of presentation re: Sealed Air | 4.0 |
| Wed 29 | Preparation of presentation re: Sealed Air | 4.0 |
| Thu 30 | Preparation of presentation re: Sealed Air | 2.0 |
| Fri 31 | Preparation of presentation re: Sealed Air | 1.8 |
|  | TOTAL TIME (hrs) | 15.8 |