# EXHIBIT B

### W.R. Grace
### Detail of expenses (August 1, 2012 – August 31, 2012)

Communication
Telephone, facsimile, wireless service                $94.14

                     **Total Communication:**                **$94.14**

Administrative
UPS packages                                          $28.82

                     **Total Administrative:**                **$28.82**

**TOTAL EXPENSES:**                                   **$122.96**