# EXHIBIT A

**WR Grace**
**September 2012 Time - Joseph Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 4 | Comm w/OHS (RF, RW) re Grace warrants and analysis | 1.1 |
| | Review/analysis docket items | 0.2 |
| Wed 5 | Comm w/OHS (RF, RW) re Grace warrants and analysis | 2.3 |
| | Conf call with CD, COFC, OHS re warrants | 1.5 |
| | Sealed Air review for OHS | 1.0 |
| | Review/analysis docket items | 0.3 |
| Thu 6 | Grace proposal discuss/analysis | 1.1 |
| | Review/analysis docket items | 0.2 |
| Fri 7 | Comm w/OHS (RF) re counterpropsals, meeting schedule with Grace | 0.9 |
| | Market analysis for warrants | 2.5 |
| | Review/analysis docket items | 0.2 |
| Mon 10 | Review/analysis docket items | 0.2 |
| Tue 11 | Review/analysis docket items | 0.2 |
| Wed 12 | Review/analysis docket items | 0.3 |
| Thu 13 | Review/analysis docket items | 0.2 |
| Fri 14 | Comm w/OHS (RF) re term sheet | 1.1 |
| | Review edit term sheet | 0.6 |
| | Review/analysis docket items | 0.3 |
| Mon 17 | Review/analysis docket items | 0.2 |
| Tue 18 | Review/analysis docket items | 0.2 |
| Wed 19 | Comm w/OHS (RW) re term sheet for counter | 0.9 |
| | Review/analysis docket items | 0.2 |
| Thu 20 | Comm w/OHS (RW) re term sheet for counter | 0.8 |
| | Warrant financial analysis | 2.4 |
| Fri 21 | Review/analysis docket items | 0.3 |
| Mon 24 | Review/analysis docket items | 0.2 |
| Tue 25 | Comm w/OHS (RF) re counterpropsals, meeting schedule with Grace | 1.4 |
| | Additional warrant analysis | 1.9 |
| | Review/analysis docket items | 0.2 |
| Wed 26 | Review/analysis docket items | 0.2 |
| Thu 27 | Comm w/OHS (RF) re Grace business realignment | 1.2 |
| | Review/analysis docket items | 0.3 |
| Fri 28 | Review/analysis docket items | 0.3 |
| | TOTAL HOURS | 24.9 |

**WR Grace**
**September 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 4 | Preparation of presentation re: Sealed Air | 2.6 |
| | Preparation for meeting w/ FCR and Orrick | 1.5 |
| | Review docket and analysis | 0.4 |
| Wed 5 | Conference call re: exit financing issues w/ prep | 0.8 |
| | Analysis re: exit financing issues | 0.3 |
| | Meeting w/ FCR and Orrick re: exit financing issues, Sealed Air, case status, etc. w/ prep | 2.5 |
| | Review Grace 8-k filing | 0.3 |
| Thu 6 | Internal discussions re: exit financing issues | 0.3 |
| | Calls w/ Orrick re: exit financing issues | 0.4 |
| | Call w/ Charter Oak re: exit financing issues | 0.2 |
| | Review Sealed Air investor presentation | 0.5 |
| Fri 7 | Review docket and analysis | 0.5 |
| Tue 11 | Review docket and analysis | 0.4 |
| Wed 12 | Internal discussions re: exit financing issues | 0.2 |
| Thu 13 | Call w/ Orrick re: exit financing issues w/ prep | 0.7 |
| Fri 14 | Review docket and analysis | 0.7 |
| Tue 18 | Call w/ Orrick re: exit financing issues w/ prep | 0.5 |
| | Review docket and analysis | 0.4 |
| | Review exit financing issue information | 0.3 |
| Wed 19 | Call w/ Orrick re: exit financing issues | 0.3 |
| | Review exit financing issue information | 0.4 |
| Thu 20 | Review docket and analysis | 0.5 |
| | Review exit financing issue information | 0.4 |
| Mon 24 | Review docket and analysis | 0.5 |
| Tue 25 | Calls w/ Orrick re: exit financing issues | 0.6 |
| | Call w/ Charter Oak re: exit financing issues | 0.2 |
| | Review exit financing issue information | 0.6 |
| Wed 26 | Review docket and analysis | 0.5 |
| | Review information from Grace re: business operations | 0.4 |
| Thu 27 | Call w/ Orrick re: exit financing issues | 0.2 |
| Fri 28 | Review docket and analysis | 0.4 |
| | TOTAL TIME (hrs) | 18.5 |

**WR Grace**
**September 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Preparation of presentation re: Sealed Air | 1.2 |
| Tue 4 | Preparation of presentation re: Sealed Air | 1.6 |
| Wed 5 | Conference call re: exit financing issues w/ prep | 1.0 |
|  | Review Grace 8-k filing | 1.0 |
|  | Review Grace warrant counterproposal | 1.0 |
| Thu 6 | Internal discussions re: exit financing issues | 0.3 |
| Fri 7 | Review Grace monthly financial package | 1.0 |
| Mon 10 | Review/analysis docket items | 0.8 |
| Wed 12 | Review/analysis docket items | 0.6 |
| Thu 13 | Review/analysis docket items | 0.4 |
| Fri 14 | Review/analysis docket items | 0.2 |
| Tue 18 | Review/analysis docket items | 0.4 |
| Mon 24 | Review/analysis docket items | 0.3 |
| Thu 27 | Review/analysis docket items | 0.5 |
|  | TOTAL TIME (hrs) | 10.3 |

**WR Grace**
**September 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 5 | Conference call re: exit financing issues w/ prep | 1.0 |
|  | Review Grace 8-k filing | 1.0 |
|  | Review Grace warrant counterproposal | 1.0 |
| Fri 7 | Review Grace monthly financial package | 1.0 |
| Mon 10 | Review/analysis docket items | 0.8 |
| Wed 12 | Review/analysis docket items | 0.6 |
| Thu 13 | Review/analysis docket items | 0.4 |
| Fri 14 | Review/analysis docket items | 0.2 |
| Wed 19 | Preparation of fee application | 2.0 |
|  | TOTAL TIME (hrs) | 8.0 |