# EXHIBIT B

**W.R. Grace**
**Detail of expenses (September 1, 2012 – September 30, 2012)**

<u>Communication</u>
Telephone, facsimile, wireless service                               $125.87

                        **Total Communication:**                               <u>**$125.87**</u>

**TOTAL EXPENSES:**                                                       **$125.87**