# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# OCTOBER 1, 2012 THROUGH
# OCTOBER 31, 2012

PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 12, 2012

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File  WRG-AUS/JCP
Invoice number  104581

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

Subtotal for FEES only: 10/31/12    $2,139.50
Subtotal for COSTS only: 10/31/12     $200.50
                                 -------------
CURRENT PERIOD FEES AND COSTS: 10/31/12    $2,340.00
                                 -------------

**************************************************************
   Please send remittance copy with payment.  Thank you.
**************************************************************

## Phillips, Goldman & Spence, P.A.

Page  2

November 12, 2012

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  104581

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 0.5 | 242.50 |
| FEE/EMPLOYMENT APPLICATIONS | 6.9 | 1,458.50 |
| CASE ADMINISTRATION | 0.6 | 99.00 |
| LITIGATION | 0.7 | 339.50 |
| Subtotal for FEES only: 10/31/12 | 8.7 | $2,139.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 2.20 | 2.20 | 1,067.00 | 0.00 | 0.00 |
| 165.00 | CAH | 6.50 | 6.50 | 1,072.50 | 0.00 | 0.00 |
| Totals | | 8.70 | 8.70 | 2,139.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code        (Paginate)
        Client code
        Actual employee code  (Subtotal)
        Transaction date

Ranges:
       Include "Client code" from WRG to WRG
       Exclude "Billable $" from 0.00 to 0.00
       Include "Invoice Number" from 104581 to 104581
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|--------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | CASE ADMINISTRATION | CAH | 10/08/12 | Review of e-mail from D. Fullem re; Declaration of R. Frankel (17th); e-mail timing of same (3x). | 0.30 | 49.50 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 10/11/12 | Respond to call from J. Baer's old firm. | 0.20 | 33.00 | |
| WRG | CASE ADMINISTRATION | CAH | 10/15/12 | Update docket to system. | 0.10 | 16.50 | |
| | | | | | ------ | ------- | |
| | | | | | 0.60 | 99.00 | |
| | | | | | ------ | ------- | |
| | | | | | 0.60 | 99.00 | |
| | | | | | ------ | ------- | |

Total records this group:  3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | LITIGATION | JCP | 10/08/12 | Review of Agenda for 10/15/12 Hearing; conference with paralegal re: signing John C. Phillips, Jr. up for Court Call; e-mail from Court Call confirming registration for 10/15/12 Hearing. | 0.20 | 97.00 | Li |
| WRG | LITIGATION | JCP | 10/15/12 | Phone conference with Judge Fitzgerald and all counsel. | 0.50 | 242.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.70 | 339.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.70 | 339.50 | |
| | | | | | ------ | -------- | |

Total records this group:  2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/08/12 | Download and file 17th supplemental Declaration of Roger Frankel in support of Orrick's retention and relate back to 18 items on docket. | 0.40 | 66.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/10/12 | Review of pre-bill for compliance with local rules. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/11/12 | Reconcile payment to fees due; e-mail to John C. Phillips, Jr. re: shortage in payment. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/12/12 | Review of e-mail from D. Fullem; download Certificate of No Objection for Towers Watsons February and July Fee Applications and file same them e-mail docket numbers to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/15/12 | Create updated list of status of payments in WRG and e-mail to AP Analysis. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/16/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence August Fee Application and forward to John C. Phillips, Jr. for review. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/16/12 | Draft Phillips, Goldman & Spence September Fee Application. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/16/12 | Draft Phillips, Goldman & Spence 34th Quarterly Fee Application. | 1.00 | 165.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/18/12 | Review of and revise, scan, OCR, file and serve Phillips, Goldman & Spence Certificate of No Objection for August Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/18/12 | Update chart on new Phillips, Goldman & Spence Fee Applications. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/19/12 | Download and file Certificate of No Objection for Orrick's and Towers' August Fee Applications; e-mail docket numbers to D. Fullem. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/25/12 | Complete, scan, OCR, file and serve Phillips, Goldman & Spence September Fee Application. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/25/12 | Download and file Orrick's September Fee Application; e-mail docket number back to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/25/12 | Add information to Phillips, Goldman & Spence 34th Quarterly Fee Application and forward to John C. Phillips, Jr. for review. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/30/12 | Review of and revise Fee Application. | 0.10 | 16.50 | |

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/31/12 | Complete, scan, OCR and file and serve Phillips, Goldman & Spence 34th Quarterly Fee Application of Phillips, Goldman & Spence. | 0.50 | 82.50 | fa |
| | | | | | ------ 5.90 ------ | -------- 973.50 -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/08/12 | Review of and revise September 2012 pre-bill. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/11/12 | E-mail from and e-mail to Celeste A. Hartman (2x) re: contacting someone re: partial payment of approved Fee Application. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/15/12 | Review of Fee Payment Chart; conference with Celeste A. Hartman re: same. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/16/12 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 99th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/19/12 | Review of, revise and execute 100th Phillips, Goldman & Spence Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/25/12 | Review of, revise and execute Phillips, Goldman & Spence 34th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 145.50 | |
| | | | | | ------ 1.00 ------ 6.90 ------ | -------- 485.00 -------- 1,458.50 -------- | |

Total records this group:  22

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 10/04/12 | Review of ECF Notification re: termination of BNSF appeal. | 0.10 | 48.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 10/09/12 | Review of Bank Lender Group's Motions to Withdraw Appeal; review of Order terminating Maryland Casualty's appeal; review of Order terminating Libby Claimants' appeal. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 10/24/12 | Review of Anderson Memorial's Unopposed Motion to Extend Time to File Initial Appeal Brief. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 10/26/12 | Review of Order from Clerk re: appeal briefing schedule. | 0.10 | 48.50 | |
| | | | | | ------ 0.50 ------ 0.50 ------ | --------- 242.50 --------- 242.50 --------- | |

Total records this group:  4

|  |  |
|---|---|
| ------ 8.70 ====== | ---------- 2,139.50 ========== |

31 records printed.