# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## OCTOBER 1, 2012 THROUGH
## OCTOBER 31, 2012

Phillips, Goldman & Spence, P.A.

Page 2

November 12, 2012

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 104581

Re: W. R. Grace & Co.
David T. Austern

COSTS ADVANCED

10/09/12 Photocopies                                                    3.20
10/10/12 Check No.: 50018 - Parcels, Inc. - document
         retrieval/service/copy/mail, etc.                            194.80
10/31/12 Postage                                                        2.50
                                                                ---------------
              Subtotal for COSTS only: 10/31/12         $200.50
                                                                ---------------