# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# OCTOBER 1-31, 2012



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

November 13, 2012
Client No. 17367
Invoice No. 1390814

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through October 31, 2012 in connection with the matters described on the attached pages: | $ | 210,928.00 |
| DISBURSEMENTS as per attached pages: | | 1,960.37 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **212,888.37** |

Matter(s): 17367/11, 12, 13, 7, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$436,348.00
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1390814*

**ELECTRONIC FUNDS TRANSFERS:**
*ACH & Wire Transfers:*
**ABA Number 121000248**
**SWIFT CODE: WFBIUS6S**
**Account Number: 4123701088**
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1390814*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1390814*



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

November 13, 2012
Client No. 17367
Invoice No. 1390814

Orrick Contact: Roger Frankel

For Legal Services Rendered Through October 31, 2012 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | | |
|---|---|---|---|---|
| 10/01/12 | D. Felder | E-mail correspondence to/from P. Mahaley regarding motion to approve Dairyland settlement agreement (.2); review and revise same (1.5); e-mail correspondence to R. Wyron and P. Mahaley regarding same (.1). | | 1.80 |
| 10/01/12 | P. Mahaley | Draft motion and proposed order re approval of insurance settlement. | | 1.10 |
| 10/09/12 | P. Mahaley | Finalize insurer settlement agreement and approval motion papers for same. | | 2.20 |

|  |  |  |
|---|---|---|
| Total Hours | 5.10 | |
| Total For Services | | $3,364.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.80 | 650.00 | 1,170.00 |
| Peri N. Mahaley | 3.30 | 665.00 | 2,194.50 |
| Total All Timekeepers | 5.10 | $659.71 | $3,364.50 |

Disbursements
    Document Reproduction                     2.60
                    Total Disbursements                         $2.60

                    **Total For This Matter**          **$3,367.10**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

November 13, 2012
Invoice No. 1390814

For Legal Services Rendered Through October 31, 2012 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 09/25/12 | J. Shin | Review and exchange e-mails and conference call with R. Frankel and R. Wyron regarding deal terms related to warrant (.5); review documents in connection with same (.5). | 1.00 |
| 10/01/12 | J. Shin | Confer with R. Smith regarding revised deal terms related to warrants (.3); review documents and prepare draft agreement and consider issues (3.0); conference call with R. Frankel, R. Wyron and R. Smith regarding issues in connection with terms (.6). | 3.90 |
| 10/01/12 | R. Smith | Review e-mail regarding warrant repurchase terms (.3); review term sheet and consider possible changes (.7) conference with J. Shin regarding same (.3); call with R. Frankel, R. Wyron and J. Shin regarding same (.5). | 1.80 |
| 10/01/12 | R. Wyron | Telephone conference with J. Donley re Sealed Air (.4); confer with R. Frankel and follow-up re same (.3); telephone conference with R. Smith and J. Shin re warrant agreement and follow-up re same (1.2); review and respond to e-mails re status (.2). | 2.10 |
| 10/01/12 | R. Frankel | Review warrant transaction issues, documentation alternatives. | 0.70 |
| 10/01/12 | R. Frankel | Telephone conference with R. Smith, J. Shin, R. Wyron re Warrant Transaction (.5); notes re same (.3). | 0.80 |
| 10/01/12 | R. Frankel | Confer with R. Wyron re effective date issues, escrow arrangement. | 0.60 |
| 10/02/12 | J. Robison | Telephone call with J. Shin regarding research of issue related to warrant (.1); perform research in connection with same (4.2); e-mail to J. Shin re analysis and conclusion in connection with same (1.1). | 5.40 |
| 10/02/12 | J. Shin | Telephone call and e-mail with J. Robinson regarding NY contract law issues in connection with the warrant (.1); review issues in connection with registration rights agreement (.4). | 0.50 |
| 10/02/12 | R. Wyron | Discuss effective date issues with R. Frankel and E. Inselbuch, and follow-up re same (.8); respond to e-mails re warrant agreement and follow-up (.3). | 1.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

November 13, 2012
Invoice No. 1390814

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/02/12 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, A. Paul, P. Lockwood re effective date developments (.9); prepare notes re same (.4). | 1.30 |
| 10/02/12 | R. Frankel | Telephone conference with D. Austern re effective date issues. | 0.30 |
| 10/02/12 | R. Frankel | Review with E. Inselbuch proposal re effective date. | 0.40 |
| 10/02/12 | R. Frankel | Review, consider issues re effective date. | 0.80 |
| 10/03/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/03/12 | D. Fullem | Review e-mail from D. Felder; research BNSF dismissal of appeals. | 0.20 |
| 10/03/12 | D. Felder | Research regarding equitable mootness (4.5); e-mail correspondence with J. O'Neill and review preliminary agenda for October 15 omnibus (.2); review pleadings regarding Main Plaza/CIM claim transfer (1.0). | 5.70 |
| 10/03/12 | J. Shin | Review warrant related documents and prepare implementation letter agreement (2.0); review contract law issue and e-mail from J. Robinson regarding same (1.0). | 3.00 |
| 10/03/12 | R. Frankel | Review plan of reorganization re effective date proposal. | 0.80 |
| 10/03/12 | R. Frankel | Confer with R. Wyron re Grace effective date issues. | 0.60 |
| 10/03/12 | R. Frankel | Telephone conference with P. Lockwood re effective date issues (.3); telephone conference with J. Donley re same (.4); notes re same (.3). | 1.00 |
| 10/04/12 | D. Fullem | Follow-up on return mail items, research, and update service parties list. | 0.30 |
| 10/04/12 | D. Fullem | Coordinate CourtCall appearances for R. Frankel, R. Wyron, and D. Felder for October 15 omnibus hearing; review/forward confirmations of same to each. | 0.40 |
| 10/04/12 | D. Felder | Review e-mail correspondence from J. Donley regarding joint appendix (.2); review attachments regarding same and follow-up conference with R. Wyron regarding same (.8); review District Court brief and additional pleadings regarding same (.7); review Main Plaza and CIM pleadings regarding claims transfer dispute and prepare e-mail summary to R. Frankel and R. Wyron regarding same (1.0); review case law regarding equitable mootness issues (1.3). | 4.00 |
| 10/04/12 | R. Smith | Review and revise draft implementation letter agreement. | 1.00 |
| 10/04/12 | R. Wyron | Review and respond to e-mails re warrant and Sealed Air (.6); review Joint Appendix issue and follow-up re same (.6). | 1.20 |
| 10/04/12 | R. Frankel | Prepare comparison chart re current effective date proposal. | 0.90 |
| 10/04/12 | R. Frankel | Review e-mail memo from D. Felder re transfer of claim dispute (.4); e-mails re same (.1). | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

November 13, 2012
Invoice No. 1390814

| Date | Person | Description | Hours |
|---|---|---|---|
| 10/05/12 | D. Felder | Research regarding equitable mootness and review case law regarding same. | 5.20 |
| 10/05/12 | J. Shin | Confer with R. Smith and revise implementation letter (.2); conference call with R. Frankel and R. Smith re language for proposed changes (.3); review registration rights agreement, further review and revise letter agreement and e-mail same to R. Frankel (.5). | 1.00 |
| 10/05/12 | R. Smith | Review and revise draft implementation letter agreement (.8); conference with J. Shin regarding same (.3); attention to e-mails (.2); call with R. Frankel and J. Shin regarding same (.3). | 1.60 |
| 10/05/12 | R. Wyron | Telephone conference with ACC counsel re Sealed Air issues and follow-up re same (.9); telephone conference with Grace and ACC re Sealed Air issues (.8); revise draft warrant implementation agreement (.4). | 2.10 |
| 10/05/12 | R. Frankel | Telephone conference with J. Radecki re warrant transaction, effective date. | 0.50 |
| 10/05/12 | R. Frankel | Review notes in preparation for call with E. Inselbuch (.4); telephone conference with P. Lockwood, E. Inselbuch, R. Wyron re effective date (.7). | 1.10 |
| 10/05/12 | R. Frankel | Telephone conference with R. Wyron re calls with J. Radecki, E. Inselbuch. | 0.30 |
| 10/05/12 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, E. Inselbuch, P. Lockwood, R. Wyron re effective date proposal (.8); notes re same (.3). | 1.10 |
| 10/05/12 | R. Frankel | Review, prepare notes re memo from M. Shelnitz. | 0.80 |
| 10/05/12 | R. Frankel | Review, edit revised letter agreement draft from R. Smith (1.1); telephone conference with R. Smith, J. Shin re same (.3); e-mails with R. Wyron re same (.2). | 1.60 |
| 10/06/12 | R. Smith | Review and revise draft implementation letter agreement (.3); attention to e-mails (.3). | 0.60 |
| 10/08/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/08/12 | D. Felder | E-mail correspondence with R. Frankel and R. Wyron regarding equitable mootness (.2); follow-up research regarding same (.5); review agenda for omnibus hearing on October 15 and e-mail correspondence to J. Radecki and J. Solganick regarding same (.1); review MCC's motion to withdraw appeal and e-mail to R. Frankel and R. Wyron regarding same (.1); review case law regarding equitable mootness and research regarding same (2.0). | 2.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

November 13, 2012
Invoice No. 1390814

| 10/08/12 | J. Shin | Review and revise implementation letter and confer with R. Smith regarding same (1.8); e-mail same to R. Frankel and R. Wyron (.2). | 2.00 |
|---|---|---|---|
| 10/08/12 | R. Smith | Review and revise draft implementation letter agreement (1.5); attention to e-mails re same (.3); conference with J. Shin regarding revisions to draft implementation letter agreement (.3). | 2.10 |
| 10/08/12 | R. Wyron | Review revised warrant agreement and follow-up re comments (1.8); telephone conferences re revised warrant agreement (.9) review draft insurance settlement motion and order, and comments re same (.7); review issues re equitable mootness and follow-up re same (.7); continue work on Sealed Air issues and outline re same (.9). | 5.00 |
| 10/08/12 | R. Frankel | Review, edit revised warrant letter agreement from R. Smith (.9); e-mails with R. Wyron re same (.3). | 1.20 |
| 10/08/12 | R. Frankel | Telephone conference with R. Wyron re warrant letter agreement revisions (.3); notes re same (.2). | 0.50 |
| 10/08/12 | R. Frankel | Review further revised warrant letter agreement from R. Wyron (.6); telephone conference with R. Wyron re same (.3). | 0.90 |
| 10/08/12 | R. Frankel | Series of e-mails with P. Lockwood, R. Wyron, R. Smith re warrant agreement. | 0.70 |
| 10/08/12 | R. Frankel | Review and consider motion of Md. Casualty to dismiss appeal. | 0.30 |
| 10/09/12 | D. Fullem | Review e-mail from D. Felder to J. Radecki and J. Solganick re hearing. | 0.20 |
| 10/09/12 | D. Felder | Research regarding equitable mootness and prepare memorandum regarding same. | 6.80 |
| 10/09/12 | J. Shin | Further review and revise warrant agreement and exchange e-mails with R. Wyron regarding same (.2); telephone call with R. Wyron regarding related deal terms (.2); revise agreement (.6) | 1.00 |
| 10/09/12 | R. Smith | Review revised draft implementation letter agreement (.3); attention to e-mails re same (.2). | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

November 13, 2012
Invoice No. 1390814

| | | | |
|---|---|---|---|
| 10/09/12 | R. Wyron | Review Sealed Air issues (.3); telephone conference with Grace and ACC counsel re Sealed Air and warrant (1.1); revise warrant agreement (.3); numerous telephone conferences with R. Frankel, J. Shin, E. Inselbuch and J. Radecki re warrant issues (1.8); telephone conference with R. Frankel and Lincoln team re warrant issue and follow-up (.4); telephone calls to and from J. Biggs (.3); review Sealed Air agreement (.3). | 4.50 |
| 10/09/12 | R. Frankel | Review further revised draft warrant letter agreement (.8); e-mails with R. Wyron re same (.3). | 1.10 |
| 10/09/12 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, A. Paul, R. Wyron, P. Lockwood re effective date issues (1.0); notes re same (.3). | 1.30 |
| 10/09/12 | R. Frankel | Telephone conferences with R. Wyron re warrant agreement, effective date issues (.5); notes re warrant agreement (.3). | 0.80 |
| 10/09/12 | R. Frankel | Review plan re effective date conditions. | 1.30 |
| 10/09/12 | R. Frankel | Telephone conference with D. Austern re status of warrant transaction and effective date issues. | 0.50 |
| 10/09/12 | R. Frankel | Prepare notes re issues for meeting with Sealed Air. | 0.90 |
| 10/10/12 | D. Felder | Research and review case law regarding equitable mootness. | 7.00 |
| 10/10/12 | J. Shin | Communications with R. Wyron regarding deal terms and further revise implementation letter (.8); e-mail same to R. Frankel and R. Wyron (.2). | 1.00 |
| 10/10/12 | R. Smith | Review and revise draft of implementation letter agreement (.2); conference with J. Shin regarding revisions to draft implementation letter agreement (.1). | 0.30 |
| 10/10/12 | R. Wyron | Work on revised warrant agreement and e-mails re same (.8); review e-mails and issues re Sealed Air (.9); conference with R. Frankel re issues and follow-up re same (.6). | 2.30 |
| 10/10/12 | R. Frankel | Exchange of e-mails with A. Paul, R. Wyron, J. Donley regarding Sealed Air & Montana status. | 0.50 |
| 10/10/12 | R. Frankel | Telephone conferences with J. Solganick, J. Radecki regarding status of warrant negotiations (.3); telephone conferences with E. Inselbuch regarding same (.3). | 0.60 |
| 10/10/12 | R. Frankel | Telephone conference with E. Inselbuch regarding effective date issues (.3); telephone conference with D. Austern regarding same (.3); conference with R. Wyron regarding same (.4). | 1.00 |
| 10/10/12 | R. Frankel | Review plan, TDP in connection with effective date issues. | 1.60 |
| 10/11/12 | D. Fullem | Review recently filed pleadings. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

November 13, 2012
Invoice No. 1390814

| 10/11/12 | D. Felder | Review case law regarding equitable mootness and prepare memorandum regarding same. | 7.20 |
|---|---|---|---|
| 10/11/12 | R. Smith | Attention to e-mails regarding implementation letter. | 0.10 |
| 10/11/12 | R. Wyron | Finalize draft warrant agreement and e-mails re same (.5); review Sealed Air agreement and follow-up (.7); confer with J. Radecki and R. Frankel (several times) re strategy on Sealed Air (1.6). | 2.80 |
| 10/11/12 | R. Frankel | Review issues regarding early effective date (.4); prepare notes regarding early effective date (1.4). | 1.80 |
| 10/11/12 | R. Frankel | Review revised warrant implementation letter agreement. | 0.90 |
| 10/11/12 | R. Frankel | Conference with R. Wyron regarding letter, effective date issues. | 0.80 |
| 10/11/12 | R. Frankel | Telephone call with E. Inselbuch regarding effective date issues (.4); confer with R. Wyron regarding same (.4); preparation of notes regarding E. Inselbuch conversation (.3). | 1.10 |
| 10/11/12 | R. Frankel | Review, consider and prepare notes regarding effective date issues. | 0.90 |
| 10/12/12 | D. Felder | Review and revise memorandum regarding equitable mootness issues and effective date issues. | 6.00 |
| 10/12/12 | R. Smith | Attention to e-mails regarding warrant agreement (.1); review and consider issues raised by Grace regarding same (.4); call with R. Frankel, R. Wyron and J. Shin regarding same (.5). | 1.00 |
| 10/12/12 | R. Wyron | Work on warrant agreement issues (.8); review projections and telephone conferences re same (.9); consider equitable mootness issues and follow-up re same (1.2); work on effective date issues (1.8). | 4.70 |
| 10/12/12 | R. Frankel | Review, edit memo from D. Felder re equitable mootness. | 1.40 |
| 10/12/12 | R. Frankel | Review series of e-mails from M. Shelnitz, P. Lockwood, R. Wyron re Warrant Letter Agreement (.4); review "as sent" Letter Agreement (.4). | 0.80 |
| 10/12/12 | R. Frankel | Telephone conference with R. Smith, R. Wyron, J. Shin re warrant agreement, M. Shelnitz position, strategy. | 0.60 |
| 10/12/12 | R. Frankel | Review plan conditions to effective date, waiver issues. | 1.20 |
| 10/13/12 | R. Smith | Attention to e-mails re warrant agreement. | 0.10 |
| 10/13/12 | R. Frankel | Review proposed changes to J. Biggs model assumptioins (.5); e-mails with R. Wyron, J. Radecki re same (.3). | 0.80 |
| 10/13/12 | R. Frankel | Prepare memo re effective date (1.5); edit memo (.6). | 2.10 |



| 10/14/12 | J. Shin | Review M. Shelnitz mark-up and comments to the implementation letter agreement and e-mail working group regarding same. | 0.30 |
|---|---|---|---|
| 10/14/12 | R. Smith | Review mark-up of warrant agreement from Grace. | 0.20 |
| 10/14/12 | R. Wyron | Review comments on warrant agreement and follow-up re same (.7); prepare for call on 10/15 (.2). | 0.90 |
| 10/15/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/15/12 | D. Felder | Conference with R. Frankel regarding equitable mootness (.5); follow-up regarding same (.6). | 1.10 |
| 10/15/12 | J. Shin | Review e-mails regarding implementation letter and conference call with counterparties regrading same; review further comments to same from R. Wyron. | 0.50 |
| 10/15/12 | R. Smith | Attention to e-mails re warrant agreement (.1); prepare for call with Grace regarding warrant agreement (.3); participate in same (.4); call with R. Frankel re same (.2). | 1.00 |
| 10/15/12 | R. Wyron | Work on effective date planning (1.6); telephone conference with ACC counsel re warrant and follow-up re same (.8); telephone conference with Grace re warrant (.8); conference with Orrick team re revising draft agreement and e-mails re same (.6); telephone conference with Lincoln re warrant and plan asset calculations and follow-up re same (.7); begin review of Sealed Air agreement (.4). | 4.90 |
| 10/15/12 | R. Frankel | Telephone conference with M. Shelnitz, K&E, E. Inselbuch, P. Lockwood, R. Smith, R. Wyron re revised warrant agreement (.7); telephone conference with R. Smith re same (.3); review with R. Wyron (.2). | 1.20 |
| 10/15/12 | R. Frankel | Review for effective date issues. | 0.80 |
| 10/15/12 | R. Frankel | Confer with D. Felder re memo on equitable mootness (.5); prepare notes re next steps (.3). | 0.80 |
| 10/15/12 | R. Frankel | Review revised issues list re effective date from R. Wyron (.5); e-mail to E. Inselbuch, P. Lockwood re same (.2). | 0.70 |
| 10/15/12 | R. Frankel | Series of e-mails with R. Wyron re Grace QSF contribution. | 0.30 |
| 10/15/12 | R. Frankel | Review, consider M. Shelnitz revisions to warrant agreement. | 0.90 |
| 10/15/12 | R. Frankel | Attend telephonic hearing re transfer of claim. | 0.50 |
| 10/15/12 | R. Frankel | Review with R. Wyron issues re warrant agreement, M. Shelnitz changes (.4); telephone conference with P. Lockwood, E. Inselbuch, R. Wyron re warrants, effective date (.7). | 1.10 |
| 10/16/12 | D. Felder | E-mail correspondence with R. Wyron regarding equitable mootness and follow-up regarding same. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

November 13, 2012
Invoice No. 1390814

| 10/16/12 | J. Shin | Review e-mails from R. Wyron and review and revise warrant agreement. | 0.50 |
|---|---|---|---|
| 10/16/12 | R. Smith | Attention to e-mails regarding warrant agreement. | 0.10 |
| 10/16/12 | R. Wyron | Review TW report (.4); conference with R. Frankel re strategy and follow-up (.5); telephone conference with A. Paul re warrant agreement and follow-up re same (.4); respond to e-mails re warrant agreement (.2); review equitable mootness analysis and cases (1.2). | 2.70 |
| 10/16/12 | R. Frankel | Review revised cash flow scenarios from Towers Watson in connection with effective date (1.1); confer with R. Wyron re cash flow projections (.4). | 1.50 |
| 10/16/12 | R. Frankel | Confer with R. Wyron re Grace QSF prepayment, effective date issues (.5); notes re same (.3). | 0.80 |
| 10/16/12 | R. Frankel | Review revised warrant implementation letter agreement. | 0.60 |
| 10/17/12 | J. Shin | Review additional comments and e-mail from R. Wyron and revise implementation agreement. | 0.50 |
| 10/17/12 | R. Smith | Attention to e-mails regarding warrant agreement (.1); review changes proposed by K&E re same (.2); conference with J. Shin regarding same (.2). | 0.50 |
| 10/17/12 | R. Wyron | Revise warrant agreement and review language re same (1.1); continue to review equitable mootness research (1.2); review QSF issues and draft e-mail re same (.8); telephone conference re QSF issue with P. Connors and follow-up re same (.7). | 3.80 |
| 10/17/12 | P. Connors | Conference call with R. Frankel and R. Wyron re proposed QSF. | 0.40 |
| 10/17/12 | P. Connors | Review pleading regarding proposed QSF. | 0.60 |
| 10/17/12 | P. Connors | Research issues raised by proposed QSF. | 1.00 |
| 10/17/12 | R. Frankel | Review R. Wyron to P. Connors e-mail re Qualified Settlement Fund motion (.2); telephone conference with R. Wyron, P. Connors re same (.4). | 0.60 |
| 10/17/12 | R. Frankel | Confer with R. Wyron re Qualified Settlement Fund motion, warrant agreement. | 0.40 |
| 10/17/12 | R. Frankel | Review draft motion and order from A. Paul to establish Qualified Settlement Fund (.9); confer with R. Wyron re same (.3). | 1.20 |
| 10/18/12 | D. Fullem | Review recently filed pleadings. | 0.30 |
| 10/18/12 | D. Felder | Review e-mail correspondence from Kirkland regarding joint appendix and follow-up review regarding same. | 2.00 |
| 10/18/12 | R. Smith | Attention to e-mails re warrant agreement (.1); attention to revised draft of warrant agreement (.1). | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

November 13, 2012
Invoice No. 1390814

| 10/18/12 | R. Wyron | Revise Warrant Agreement and e-mails re same (.7); conference with R. Frankel re issues and respond to e-mails (.9); telephone conference with M. Shelnitz and follow-up (.7); telephone conference with P. Lockwood re same (1.0); analyze effective date and equitable mootness issues (1.1); review joint appendix issues and follow-up (.7); work on QSF issues and e-mails re same (.5). | 5.60 |
|---|---|---|---|
| 10/18/12 | P. Connors | Review issues raised by proposed QSF pleading. | 2.00 |
| 10/18/12 | P. Connors | Review and respond to proposed e-mail from R. Wyron re QSF. | 0.40 |
| 10/18/12 | R. Frankel | Review further revised versions of warrant implementation agreement (1.3); confer with R. Wyron re timing of warrant agreement (.5). | 1.80 |
| 10/18/12 | R. Frankel | Telephone conference with E. Inselbuch re effective date issues (.4); confer with R. Wyron re same (.3). | 0.70 |
| 10/18/12 | R. Frankel | Review, consider Peterson memo (.7); prepare notes re TDP issues, effective date issues (.6). | 1.30 |
| 10/18/12 | R. Frankel | Review series of e-mails with Kirkland, D. Felder, R. Wyron re Joint Appendix (.5); review exhibits proposed to be included in Joint Appendix (.7). | 1.20 |
| 10/19/12 | S. Lessard | Review motion for qualified settlement fund, and conduct research regarding taxation of qualified settlement funds (2.0); discuss research with P. Connors (.4). | 2.40 |
| 10/19/12 | D. Felder | Review issues from Debtors regarding joint appendix for confirmation appeal. | 2.50 |
| 10/19/12 | R. Wyron | Telephone conference with R. Frankel and P. Connor re QSF issues and e-mails re same (.6); draft e-mail re QSF order (.3); review warrants issue with R. Frankel and respond to e-mails re same (.6). | 1.50 |
| 10/19/12 | P. Connors | Review issues related to QSF. | 1.50 |
| 10/19/12 | P. Connors | Confer with S. Lessard regarding section 468B requirements. | 0.50 |
| 10/19/12 | P. Connors | Confer with R. Wyron and R. Frankel regarding impact of QSF. | 0.50 |
| 10/19/12 | R. Frankel | Review further issues re joint appendix. | 1.10 |
| 10/19/12 | R. Frankel | Telephone conference with R. Wyron re call with P. Lockwood, effective date issues (.5); telephone conference with A. Paul re effective date issues (.4); prepare notes re same (.3). | 1.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

November 13, 2012
Invoice No. 1390814

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/19/12 | R. Frankel | Series of e-mails with R. Wyron, P. Connors re QSF motion (.5); telephone conference with R. Wyron, P. Connors re same (.3). | 0.80 |
| 10/19/12 | R. Frankel | Telephone conference with D. Austern re warrant, effective date issues (.3); notes re same (.1). | 0.40 |
| 10/21/12 | R. Wyron | Review equitable mootness cases. | 0.90 |
| 10/22/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/22/12 | D. Felder | Review issues regarding additions to joint appendix. | 1.00 |
| 10/22/12 | R. Smith | Review warrant agreement changes (.1); attention to related e-mail (.1). | 0.20 |
| 10/22/12 | R. Wyron | Review e-mails re warrant agreement (.3); revise warrant agreement (.2); review pleadings and conference with R. Frankel re same (.6); continue review of equitable mootness cases (.7); prepare for effective date discussions with Grace, and conference with R. Frankel re same (.4). | 2.20 |
| 10/22/12 | R. Frankel | Review, prepare notes re draft motion to approve warrant agreement (1.2); review e-mails re same (.2). | 1.40 |
| 10/22/12 | R. Frankel | Review revised warrant letter agreement. | 0.60 |
| 10/22/12 | R. Frankel | Review Sealed Air Settlement Agreement. | 1.20 |
| 10/22/12 | R. Frankel | Review general status with H. Huge. | 0.30 |
| 10/23/12 | D. Felder | Prepare for conference call with Kirkland and ACC regarding joint appendix (.3); telephone conference with Kirkland and ACC regarding same (.5); telephone conference with Grace, Kirkland, and ACC regarding upcoming issues and status (1.0); follow-up regarding joint appendix and e-mail correspondence with Kirkland and ACC regarding same (3.5). | 5.30 |
| 10/23/12 | R. Smith | Attention to e-mails regarding warrant agreement. | 0.10 |
| 10/23/12 | R. Wyron | Telephone conference with Grace and ACC counsel re Joint Appendix (.5); review and respond to various e-mails re Joint Appendix issues (.4); telephone conference with Grace and ACC counsel re strategy, warrant agreement and effective date issues (1.6); follow-up re warrant motion and issues, and e-mails re same (.4). | 2.90 |
| 10/23/12 | R. Frankel | Review cases on equitable mootness in connection with possible effective date. | 1.30 |
| 10/23/12 | R. Frankel | Telephone conference with J. Donley, R. Wyron, D. Felder, P. Lockwood re joint appendix. | 0.50 |
| 10/23/12 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, A. Paul, R. Wyron, P. Lockwood re various settlement, appeal issues (1.0); notes re call to Skadden (.2). | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

November 13, 2012
Invoice No. 1390814

| 10/23/12 | R. Frankel | Telephone conference with D. Turetsky re effective date issues (.4); notes and e-mails re same (.3). | 0.70 |
|---|---|---|---|
| 10/24/12 | R. Smith | Attention to e-mails regarding warrant agreement. | 0.10 |
| 10/24/12 | R. Wyron | Finalize warrant agreement (.2); telephone conference with Kirkland re warrant motion and follow-up re same (.4); work on effective date issues and telephone conferences re same (.7); conference with R. Frankel re issues and follow-up (.4). | 1.70 |
| 10/24/12 | R. Frankel | Read execution version of warrant letter agreement (.4); e-mails with client re same (.2). | 0.60 |
| 10/24/12 | R. Frankel | Review D. Felder e-mails re joint appendix issues, Garlock exhibits, pleadings (.7); consider appendix issues (.4). | 1.10 |
| 10/24/12 | R. Frankel | Confer with R. Wyron re warrant motion, next steps (.3); prepare notes re same (.3). | 0.60 |
| 10/24/12 | R. Frankel | Review motion of AMH for extension of time to file brief. | 0.40 |
| 10/25/12 | D. Fullem | Review recently filed pleadings in appeal cases re extensions and briefing schedule. | 0.30 |
| 10/25/12 | D. Felder | Review order regarding Third Circuit appeal briefing (.1); e-mail correspondence to/from R. Frankel and R. Wyron regarding same (.1). | 0.20 |
| 10/25/12 | R. Smith | Review e-mails regarding warrant agreement. | 0.10 |
| 10/25/12 | R. Wyron | Review revised warrant motion and follow-up re same (.9); draft suggested language and issues for e-mail to Grace counsel (.6); review appeal issue and e-mails re same (.2); continue work on effective date issues (.4). | 2.10 |
| 10/25/12 | R. Frankel | Review third quarter earnings release and financial report. | 0.50 |
| 10/25/12 | R. Frankel | Review Sealed Air Settlement Agreement in connection with D. Turetsky conversation. | 0.70 |
| 10/26/12 | R. Wyron | Call with J. Gettleman re warrant motion and follow-up (.3); call with R. Frankel re warrant issues and e-mails re same (.6); review revised warrant motion and comments re same (.8); respond to e-mails re financial review (.2). | 1.90 |
| 10/26/12 | R. Frankel | Review, edit motion and order to approve warrant implementation agreement (1.4); telephone conference with R. Wyron re same (.4). | 1.80 |
| 10/26/12 | R. Frankel | Review R. Wyron e-mail re warrant motion, order. | 0.30 |
| 10/26/12 | R. Frankel | Review timing issues re equitable mootness, cases from other circuits. | 1.20 |
| 10/28/12 | R. Frankel | Review, consider revised warrant motion from J. Gettleman (.8); review letter agreement (.4). | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

November 13, 2012
Invoice No. 1390814

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/29/12 | R. Wyron | Review draft warrant motion and provide comments (.6); call with R. Frankel re issues and follow-up (.3); review and respond to e-mails re warrant motion and proposed order (.3). | 1.20 |
| 10/29/12 | R. Frankel | Review revised motion and declaration from M. Jones re warrant agreement (.6); e-mails re same with R. Wyron, M. Jones (.3); telephone conference with R. Wyron re same (.2). | 1.10 |
| 10/29/12 | R. Frankel | Review O'Connell Declaration in Support of warrant motion. | 0.90 |
| 10/29/12 | R. Frankel | Telephone conference with R. Wyron re warrant motion and Order (.4); series of e-mails with J. Gettleman, R. Wyron re same (.4). | 0.80 |
| 10/30/12 | R. Wyron | Respond to e-mails re warrant motion and 8-K; review 8-K. | 0.40 |
| 10/30/12 | R. Frankel | Series of e-mails with R. Wyron, M. Jones, P. Lockwood, D. Austern re warrant motion. | 0.80 |
| 10/31/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/31/12 | R. Wyron | Review effective date issues with R. Frankel (.2); review warrant motion, notice and e-mails re same (.3). | 0.50 |
| 10/31/12 | R. Frankel | Confer with R. Wyron re warrant/collar issues, early effective date (.5); review as-filed warrant motion (.8). | 1.30 |

|  |  |  |
|---|---|---|
| Total Hours | 240.70 |  |
| Total For Services |  | $199,886.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peter J. Connors | 6.90 | 895.00 | 6,175.50 |
| Debra Felder | 57.20 | 650.00 | 37,180.00 |
| Roger Frankel | 80.10 | 995.00 | 79,699.50 |
| Debra O. Fullem | 2.90 | 270.00 | 783.00 |
| Stephen C. Lessard | 2.40 | 575.00 | 1,380.00 |
| Jonas J. Robison | 5.40 | 375.00 | 2,025.00 |
| Jeannie Shin | 15.20 | 715.00 | 10,868.00 |
| Richard V. Smith | 11.60 | 875.00 | 10,150.00 |
| Richard H. Wyron | 59.00 | 875.00 | 51,625.00 |
| Total All Timekeepers | 240.70 | $830.44 | $199,886.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

November 13, 2012
Invoice No. 1390814

Disbursements
| | | |
|---|---|---|
| Document Reproduction | 0.20 | |
| Express Delivery | 65.14 | |
| Lexis Research | 114.29 | |
| Out of Town Business Meals | 11.23 | |
| Outside Services | 161.12 | |
| Taxi Expense | 165.52 | |
| Travel Expense, Air Fare | 236.40 | |
| Travel Expense, Out of Town | 131.23 | |
| Westlaw Research | 800.14 | |
| Total  Disbursements | | $1,685.27 |

**Total For This Matter**          **$201,571.27**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

November 13, 2012
Invoice No. 1390814

For Legal Services Rendered Through October 31, 2012 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 10/01/12 | D. Fullem | Review status of fee application filings. | 0.30 |
| 10/03/12 | D. Fullem | Review recently filed fee applications. | 0.30 |
| 10/08/12 | D. Fullem | Review e-mail from B. Ruhlander regarding D. Austern's quarterly fee applications (.2); review same (.5); discuss with R. Wyron (.2); prepare response to B. Ruhlander (.3). | 1.20 |
| 10/08/12 | R. Wyron | Review inquiry re D. Austern fee application and follow-up re same. | 0.20 |
| 10/11/12 | D. Fullem | Prepare CNOs for Towers' February and July fee applications; forward same to D. Felder for review/signature. | 0.50 |
| 10/11/12 | D. Felder | Review CNOs for Towers' February and July fee applications and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 10/12/12 | D. Fullem | Coordinate finalizing/filing/serving of CNOs for Towers' February and July fee applications. | 0.50 |
| 10/15/12 | D. Felder | Review CNO for Towers' August fee application and e-mail correspondence with D. Fullem regarding same. | 0.10 |
| 10/25/12 | D. Fullem | Review Towers' July-September 2012 quarterly fee application; e-mail to K. Boeger re status of timing/filing of same. | 0.50 |

Total Hours     3.80
Total For Services                    $1,261.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.30 | 650.00 | 195.00 |
| Debra O. Fullem | 3.30 | 270.00 | 891.00 |
| Richard H. Wyron | 0.20 | 875.00 | 175.00 |
| Total All Timekeepers | 3.80 | $331.84 | $1,261.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16  Section 4

November 13, 2012
Invoice No. 1390814

**Total For This Matter**          **$1,261.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 17

November 13, 2012
Invoice No. 1390814

For Legal Services Rendered Through October 31, 2012 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 10/04/12 | D. Fullem | Draft supplemental disclosure (.6); revise per D. Felder and R. Wyron's (.4). | 1.00 |
| 10/04/12 | D. Felder | E-mail correspondence with D. Fullem regarding supplemental disclosure (.2); review and revise same and follow-up with D. Fullem regarding filing (.2). | 0.40 |
| 10/08/12 | D. Fullem | Coordinate with R. Frankel re signature on supplemental disclosure (.3); coordinate service of same on large service list and coordinate with C. Hartman re filing (.7). | 1.00 |
| 10/08/12 | D. Felder | E-mail correspondence with D. Fullem regarding supplemental disclosure. | 0.10 |
| 10/08/12 | R. Frankel | Review, sign 17th supplemental disclosure. | 0.30 |
| 10/10/12 | D. Fullem | Review and respond to e-mail from R. Wyron re disclosure issue. | 0.20 |
| 10/11/12 | D. Fullem | Research regarding possible disclosure issue; update R. Wyron. | 0.20 |

|  | Total Hours | 3.20 |  |
|---|---|---|---|
|  | Total For Services |  | $1,271.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 0.50 | 650.00 | 325.00 |
| Roger Frankel | 0.30 | 995.00 | 298.50 |
| Debra O. Fullem | 2.40 | 270.00 | 648.00 |
| Total All Timekeepers | 3.20 | $397.34 | $1,271.50 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 77.20 | |
| Postage | 195.30 | |
| Total  Disbursements | | $272.50 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18  Section 4

November 13, 2012
Invoice No. 1390814

**Total For This Matter**                    **$1,544.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 19

November 13, 2012
Invoice No. 1390814

For Legal Services Rendered Through October 31, 2012 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/04/12 | D. Fullem | Review September prebill. | 1.00 |
| 10/04/12 | D. Felder | Review September prebill. | 1.30 |
| 10/08/12 | D. Fullem | Review e-mail from B. Ruhlander with fee auditor's initial report for Orrick's quarterly fee application. | 0.20 |
| 10/09/12 | D. Fullem | Review/respond to e-mail from R. Wyron re fee auditor's initial report on Orrick's quarterly fee application. | 0.20 |
| 10/09/12 | D. Fullem | Review e-mail from R. Wyron re September prebill. | 0.20 |
| 10/10/12 | D. Fullem | Review/respond to e-mail from R. Wyron regarding fee auditor's initial report on Orrick's quarterly fee application. | 0.20 |
| 10/11/12 | D. Fullem | Prepare draft reply to fee auditor's initial report of Orrick's quarterly fee application; forward to R. Wyron for review/comment. | 1.20 |
| 10/11/12 | D. Fullem | Review/respond to P. Reyes regarding September invoice. | 0.20 |
| 10/11/12 | D. Fullem | Review recent payments/fee applications/overall status of filings. | 0.50 |
| 10/12/12 | D. Fullem | Finalize draft response to fee auditor's initial report for April-June 2012 time period (1.1); forward to R. Wyron for review/comment (.1). | 1.20 |
| 10/15/12 | D. Fullem | Prepare drafts of CNOs for Orrick and Towers' August fee applications; forward to D. Felder for review/comment. | 0.50 |
| 10/15/12 | D. Fullem | Review R. Wyron edits to reply to fee auditor's initial report; revise; follow-up re same. | 0.40 |
| 10/15/12 | D. Felder | Review CNO for Orrick's August fee application and e-mail correspondence with D. Fullem regarding same. | 0.10 |
| 10/15/12 | R. Wyron | Review draft response to fee auditor and provide comments. | 0.30 |
| 10/16/12 | D. Fullem | Prepare revised version of Orrick's reply to fee auditor's initial report and forward same to R. Wyron; finalize; send to B. Ruhlander. | 0.90 |
| 10/16/12 | R. Wyron | Review response to fee auditor and finalize same. | 0.30 |
| 10/19/12 | D. Fullem | Coordinate filing/serving of CNOs for Orrick and Towers August fee applications. | 0.50 |
| 10/22/12 | D. Fullem | Review recent payments and status of fee application filings. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

November 13, 2012
Invoice No. 1390814

| 10/23/12 | D. Fullem | Review final September invoice (.2); prepare draft of fee application (1.2); forward to D. Felder and R. Wyron for review/comment (.1). | 1.50 |
|---|---|---|---|
| 10/23/12 | D. Fullem | Review recent payment for July invoice; update fee/expense tracking charts and circulate to group. | 0.50 |
| 10/23/12 | D. Fullem | Review status of Orrick fee application filings. | 0.20 |
| 10/23/12 | D. Felder | Review September fee application and e-mail correspondence to D. Fullem regarding same. | 0.60 |
| 10/24/12 | D. Fullem | Review recent payment information. | 0.20 |
| 10/24/12 | R. Wyron | Review September fee application and comments re same. | 0.40 |
| 10/25/12 | D. Fullem | Follow-up with R. Wyron regarding expenses in September fee application. | 0.20 |
| 10/25/12 | D. Fullem | Prepare updated fee/expense charts and circulate to R. Frankel and R. Wyron. | 0.30 |
| 10/25/12 | D. Fullem | Coordinate finalizing/filing/serving of Orrick's September fee application. | 0.50 |
| 10/31/12 | D. Fullem | Review recently filed fee applications. | 0.20 |

|  | Total Hours | 14.00 |  |
|---|---|---|---|
|  | Total For Services |  | $5,145.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 2.00 | 650.00 | 1,300.00 |
| Debra O. Fullem | 11.00 | 270.00 | 2,970.00 |
| Richard H. Wyron | 1.00 | 875.00 | 875.00 |
| Total All Timekeepers | 14.00 | $367.50 | $5,145.00 |

**Total For This Matter**                         **$5,145.00**

**\* \* \* COMBINED TOTALS \* \* \***

| Total Hours | 266.80 |  |
|---|---|---|
| Total Fees, all Matters |  | $210,928.00 |
| Total Disbursements, all Matters |  | $1,960.37 |
| Total Amount Due |  | $212,888.37 |



David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21  Section 4

November 13, 2012
Invoice No. 1390814