**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                                    )
**In re:**                                                      )
                                                                    )                **Chapter 11**
**W.R. GRACE & CO., et al.,**             )                Case No. 01-01139 (JKF)
                                                                    )                **(Jointly Administered)**
                       **Debtors.**                  )                Objection Deadline: March 8, 2013 at 4:00 p.m.
_____)                Hearing: March 25, 2013 at 9:00 a.m.

**COVER SHEET TO THIRTEENTH QUARTERLY INTERIM FEE APPLICATION OF
LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JULY 1, 2012 THROUGH SEPTEMBER 30, 2012**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | July 1, 2012 – September 30, 2012 |
| Amount of Compensation sought as actual, reasonable and necessary: | $185,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,043.07 |

This is a     ___ monthly          x  interim          ___ final application

### COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

July 1, 2012 – September 30, 2012

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 268.1 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **268.1** | **NA** |

### EXPENSE SUMMARY (Exhibit B, Expense Detail)

July 1, 2012 – September 30, 2012

| Expense Category | Total |
|---|---|
| Transportation | 1,258.98 |
| Telephone | 369.28 |
| Hotel | 314.88 |
| Express Mail | 28.82 |
| Fee for Public Access to Electronic Court Records | 3.00 |
| Meals | 68.11 |
| **TOTAL** | **$2,043.07** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.