# EXHIBIT A

**WR Grace**
**July 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Comm w/OHS (RF) re schedule management call | 0.5 |
| Tue 3 | Comms w/OHS (RW,RF) re hedge, call | 0.8 |
|  | Comms w/COFC (JS) re hedge, call | 0.7 |
|  | Hedge analysis | 1.2 |
| Thu 5 | Comms w/OHS (RW,RF) re hedge, call | 0.4 |
|  | Review/analyze docket items | 0.3 |
|  | Comms w/COFC (JS) re GS term sheet | 1.0 |
| Fri 6 | Analysis GS term sheet | 1.4 |
|  | Review/analyze docket items | 0.2 |
| Mon 9 | Comms w/OHS (RF, RW) re case status, hedge | 0.8 |
|  | Review/analyze docket items | 0.2 |
| Tue 10 | Conf call w/Blackstone and prep | 1.0 |
|  | Comm w/OHS (RW) re conf call and warrant | 0.7 |
|  | Call analysis | 0.5 |
|  | Review/analyze docket items | 0.2 |
| Wed 11 | Conf call w/Blackstone and prep | 1.0 |
|  | Comms w/OHS (RF) re warrant purchase | 1.2 |
|  | Review/analyze docket items | 0.3 |
| Thu 12 | Comms w/OHS (RF) re warrant monetization | 1.3 |
|  | meeting at Blackstone re warrants | 1.4 |
|  | Review docket including Notices of Appeal by BNSF Railway Company, Anderson Memorial Hospital, Bank Lender Group, Libby Claimants and Maryland Casualty | 1.8 |
| Fri 13 | Comms w/OHS (RF) re warrant monetization | 0.9 |
|  | Review/analyze docket items | 0.2 |
| Sun 15 | Comm w/OHS (RF) re revised warrant terms, negotiation | 0.6 |
|  | Analysis for new warrant terms | 1.2 |
| Mon 16 | Review/analyze docket items | 0.2 |
| Tue 17 | Meeting w/OHS, CD, COFC re warrant and prep | 1.5 |
|  | Review/analyze docket items | 0.2 |
| Wed 18 | Comms w/OHS (RF, RW) re warrant | 0.7 |
|  | Comms w/COFC (JS) re warrant | 0.8 |
|  | Review/analyze docket items | 0.2 |
| Thu 19 | Comms w/OHS (RF, RW) re warrant | 0.6 |
|  | Review/analyze docket items | 0.2 |
| Fri 20 | Comms w/Blackstone (AS) re warrant terms | 1.9 |
|  | Comms w/OHS (RF, RW) re warrant | 0.7 |
|  | Review/analyze docket items | 0.2 |
| Mon 23 | Comms w/OHS (RF, RW) re warrant | 0.6 |
|  | Comms w/Blackstone (JOC) re warrant | 0.4 |
|  | Comms w/COFC (JS) re warrant | 1.0 |
| Tue 24 | Warrant term sheet draft, analysis | 2.0 |
|  | Comms w/OHS (RF, RW) re warrant | 0.9 |
|  | Comms w/Blackstone (JOC) re warrant | 0.4 |
|  | Comms w/COFC (JS) re warrant | 1.3 |
| Wed 25 | Comms w/OHS (RF, RW) re warrant | 1.0 |
|  | Comms w/Blackstone (JOC) re warrant | 0.3 |
|  | Comms w/COFC (JS) re warrant | 0.9 |
| Fri 26 | Comms w/OHS (RF, RW) re warrant | 0.3 |
|  | Comms w/COFC (JS) re warrant | 0.8 |
| Mon 29 | Review and anlaysis Grace quarterly earnings | 2.5 |
|  | Review all docket entries for the week of July 23-27 | 1.2 |
| Tue 30 | Review/analyze docket items | 0.2 |
| Wed 31 | Review/analyze docket items | 0.2 |
|  | TOTAL HOURS | 41.0 |

**WR Grace**
**July 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review docket and analysis | 0.4 |
| Thu 5 | Review exit financing information | 0.4 |
| Fri 6 | Review docket and analysis | 0.3 |
| Mon 9 | Calls w/ Orrick re: case status and insurance | 0.5 |
| | Financial analysis re: insurance | 1.4 |
| | Valuation analysis | 1.3 |
| Tue 10 | Review exit financing information | 0.4 |
| | Calls w/ Orrick re: exit financing issues | 0.8 |
| | Call w/ Charter Oak re: exit financing issues | 0.3 |
| | Call w/ Grace re: exit financing issues w/ prep | 1.5 |
| Wed 11 | Call w/ Grace and Blackstone re: exit financing issues | 0.3 |
| | Call w/ Orrick re: exit financing issues | 0.7 |
| | Review docket and analysis | 0.3 |
| Thu 12 | Meeting w/ Blackstone re: exit financing issues w/ prep | 1.4 |
| Fri 13 | Call w/ Blackstone re: exit financing issues | 0.2 |
| | Internal conversations re: exit financing issues | 0.2 |
| | Review docket and analysis | 0.3 |
| Mon 16 | Calls w/ Orrick re: exit financing issues | 0.4 |
| | Call w/ Charter Oak re: exit financing issues | 0.2 |
| Tue 17 | Meeting w/ Orrick, Caplin and Charter Oak re: exit financing issues w/ prep | 1.5 |
| Wed 18 | Review docket and analysis | 0.3 |
| Fri 20 | Review docket and analysis | 0.3 |
| Tue 24 | Review docket and analysis | 0.2 |
| Thu 26 | Review Grace earnings release and financial information | 2.4 |
| | Review docket and analysis | 0.4 |
| Tue 31 | Preparation of memo to FCR re: Grace 2Q operating performance | 1.8 |
| | Review docket and analysis | 0.4 |
| | TOTAL TIME (hrs) | 18.6 |

**WR Grace**
**July 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review/analysis docket items | 0.4 |
| Thu 5 | Review exit financing information | 1.5 |
| Mon 9 | Review exit financing information | 1.5 |
| Tue 10 | Call w/ Grace re: exit financing issues w/ prep | 1.8 |
| Fri 13 | Call w/ Blackstone re: exit financing issues | 0.2 |
| Mon 16 | Calls w/ Orrick re: exit financing issues | 0.4 |
| Tue 17 | Review/analysis docket items | 0.5 |
| Mon 23 | Review/analysis docket items | 0.5 |
| Thu 26 | Review Grace 2Q earnings release | 3.0 |
| Mon 30 | Preparation of memo to FCR re: Grace 2Q financial performance | 1.5 |
| Tue 31 | Preparation of memo to FCR re: Grace 2Q financial performance | 2.0 |
| | TOTAL TIME (hrs) | 13.3 |

**WR Grace**
**July 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 13 | Call w/ Blackstone re: exit financing issues | 0.2 |
| Mon 16 | Calls w/ Orrick re: exit financing issues | 0.4 |
| Tue 17 | Review/analysis docket items | 0.5 |
| Mon 23 | Review/analysis docket items | 0.5 |
| Thu 26 | Review Grace 2Q earnings release | 3.0 |
| Mon 30 | Preparation of memo to FCR re: Grace 2Q financial performance | 1.5 |
| Tue 31 | Preparation of memo to FCR re: Grace 2Q financial performance | 2.0 |
| | TOTAL TIME (hrs) | 8.1 |

# EXHIBIT A

**WR Grace**
**August 2012 Time - Joseph Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Comm w/OHS (RW,RF) re Grace warrants and analysis | 2.1 |
| Mon 6 | Comm w/OHS (RF) re Grace warrants and analysis | 2.0 |
|  | Review all docket entries for week of July 30- August 3 | 1.1 |
| Tue 7 | Review/analysis docket items | 0.2 |
|  | Grace fee apps | 2.2 |
| Wed 8 | Comm w/OHS (RW) re fee issues | 0.7 |
|  | Review/analysis docket items | 0.2 |
| Thu 9 | Review/analysis docket items | 0.2 |
|  | Comm w/Blackstone (JOC) re Grace warrant proposal | 1.0 |
| Fri 10 | Review/analysis docket items | 0.4 |
| Mon 13 | Review/analysis docket items | 0.2 |
| Tue 14 | Comm w/OHS (RF,RW) re term sheet knock out provi | 1.3 |
|  | Comm w/Blackstone (JOC) re Grace warrant proposal | 1.0 |
|  | Conference call on Grace proposal | 1.0 |
|  | Review/analysis docket items | 0.3 |
| Wed 15 | Comm w/OHS (RF) re Grace warrant proposal | 2.0 |
|  | Review/analysis docket items | 0.2 |
| Fri 17 | Review/analysis docket items | 0.4 |
| Mon 20 | Comm w/OHS (RW, RF) re Sealed Air | 0.4 |
|  | Sealed Air analysis | 2.5 |
|  | Review/analysis docket items | 0.2 |
| Tue 21 | Sealed Air analysis | 2.0 |
|  | Review/analysis docket items | 0.3 |
| Wed 22 | Sealed Air analysis | 3.0 |
|  | Review/analysis docket items | 0.3 |
| Thu 23 | Comm w/OHS (RW, RF) re Sealed Air | 0.6 |
|  | Review/analysis docket items | 0.3 |
| Fri 24 | Comm w/OHS (RW, RF) re Sealed Air | 0.7 |
|  | Review/analysis docket items | 0.2 |
| Mon 27 | Review/analysis docket items | 0.3 |
| Tue 28 | Review/analysis docket items | 0.2 |
| Wed 29 | Review/analysis docket items | 0.2 |
| Thu 30 | Comm w/OHS (RW, RF) re Sealed Air | 0.5 |
|  | Review/analysis docket items | 0.3 |
| Fri 31 | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (hrs) | 28.7 |

**WR Grace**
**August 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Analysis re: exit financing issues | 0.6 |
| | Preparation of memo re: 2Q financial results | 1.4 |
| | Call w/ Orrick re: exit financing issues w/ prep | 0.4 |
| | Call w/ Charter Oak re: exit financing issues | 0.2 |
| Thu 2 | Call w/ Charter Oak re: exit financing issues | 0.1 |
| | Internal conversations re: exit financing issues | 0.2 |
| Fri 3 | Review docket and analysis | 0.4 |
| Mon 6 | Preparation of fee application | 0.7 |
| Wed 8 | Review docket and analysis | 0.4 |
| Thu 9 | Call w/ Blackstone re: exit financing issues | 0.2 |
| Fri 10 | Internal conversations re: case status | 0.3 |
| | Preparation of memo re: Sealed Air | 0.6 |
| | Call w/ Orrick re: exit financing issues | 0.3 |
| | Review docket and analysis | 0.5 |
| Tue 14 | Correspondence re: exit financing issues | 0.4 |
| Thu 16 | Review of Sealed Air analyst reports | 1.9 |
| Fri 17 | Preparation of memo re: Sealed Air | 2.3 |
| | Call w/ Orrick re: Sealed Air | 0.3 |
| Mon 20 | Correspondence w/ Orrick re: exit financing issues | 0.2 |
| Tue 21 | Call w/ Orrick re: exit financing issues | 0.5 |
| | Review of exit financing issue analysis | 0.3 |
| | Review docket and analysis | 0.6 |
| | Preparation of fee application | 1.2 |
| Wed 22 | Financial analysis re: Sealed Air | 3.7 |
| Thu 23 | Call w/ Orrick re: Sealed Air | 0.3 |
| | Financial analysis re: Sealed Air | 1.8 |
| Fri 24 | Review docket and analysis | 0.3 |
| Mon 27 | Call w/ Orrick re: case status | 0.2 |
| | Financial analysis re: Sealed Air | 2.3 |
| Tue 28 | Preparation of memo re: Sealed Air | 3.4 |
| Wed 29 | Preparation of memo re: Sealed Air | 2.8 |
| | Review docket and analysis | 0.5 |
| Thu 30 | Preparation of memo re: Sealed Air | 1.2 |
| | TOTAL TIME (hrs) | 30.5 |

## WR Grace
## August 2012 Time - Claire Burke, Associate

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Preparation of memo re: 2Q financial results | 2.0 |
| | Call w/ Orrick re: exit financing issues | 0.2 |
| Thu 2 | Internal conversations re: exit financing issues | 0.2 |
| Mon 6 | Preparation of fee application | 2.0 |
| Tue 7 | Preparation of fee application | 1.0 |
| Wed 8 | Review docket and analysis | 0.4 |
| Thu 9 | Preparation of memo re: Sealed Air | 2.0 |
| Fri 10 | Preparation of memo re: Sealed Air | 1.0 |
| | Call w/ Orrick re: exit financing issues | 0.3 |
| Thu 16 | Preparation of fee application | 2.8 |
| Fri 17 | Preparation of memo re: Sealed Air | 1.8 |
| | Review Sealed Air analyst reports | 2.0 |
| Sun 19 | Financial analysis re: Sealed Air | 2.5 |
| Mon 20 | Financial analysis re: Sealed Air | 3.5 |
| Tue 21 | Financial analysis re: Sealed Air | 3.8 |
| Wed 22 | Financial analysis re: Sealed Air | 4.2 |
| Thu 23 | Financial analysis re: Sealed Air | 2.8 |
| Fri 24 | Financial analysis re: Sealed Air | 4.1 |
| Mon 27 | Financial analysis re: Sealed Air | 2.0 |
| Tue 28 | Preparation of presentation re: Sealed Air | 4.0 |
| Wed 29 | Preparation of presentation re: Sealed Air | 4.0 |
| Thu 30 | Preparation of presentation re: Sealed Air | 2.0 |
| Fri 31 | Preparation of presentation re: Sealed Air | 1.8 |
| | TOTAL TIME (hrs) | 50.4 |

## WR Grace
## August 2012 Time - Andrew Choi, Analyst

| Day/Date | Action | Time |
|---|---|---|
| Mon 6 | Preparation of fee application | 2.0 |
| Tue 7 | Preparation of fee application | 1.0 |
| Tue 14 | Review/analysis docket items | 0.5 |
| Fri 23 | Review/analysis docket items | 0.5 |
| Tue 28 | Preparation of presentation re: Sealed Air | 4.0 |
| Wed 29 | Preparation of presentation re: Sealed Air | 4.0 |
| Thu 30 | Preparation of presentation re: Sealed Air | 2.0 |
| Fri 31 | Preparation of presentation re: Sealed Air | 1.8 |
| | TOTAL TIME (hrs) | 15.8 |

# EXHIBIT A

**WR Grace**
**September 2012 Time - Joseph Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 4 | Comm w/OHS (RF, RW) re Grace warrants and analysis | 1.1 |
| | Review/analysis docket items | 0.2 |
| Wed 5 | Comm w/OHS (RF, RW) re Grace warrants and analysis | 2.3 |
| | Conf call with CD, COFC, OHS re warrants | 1.5 |
| | Sealed Air review for OHS | 1.0 |
| | Review/analysis docket items | 0.3 |
| Thu 6 | Grace proposal discuss/analysis | 1.1 |
| | Review/analysis docket items | 0.2 |
| Fri 7 | Comm w/OHS (RF) re counterpropsals, meeting schedule with Grace | 0.9 |
| | Market analysis for warrants | 2.5 |
| | Review/analysis docket items | 0.2 |
| Mon 10 | Review/analysis docket items | 0.2 |
| Tue 11 | Review/analysis docket items | 0.2 |
| Wed 12 | Review/analysis docket items | 0.3 |
| Thu 13 | Review/analysis docket items | 0.2 |
| Fri 14 | Comm w/OHS (RF) re term sheet | 1.1 |
| | Review edit term sheet | 0.6 |
| | Review/analysis docket items | 0.3 |
| Mon 17 | Review/analysis docket items | 0.2 |
| Tue 18 | Review/analysis docket items | 0.2 |
| Wed 19 | Comm w/OHS (RW) re term sheet for counter | 0.9 |
| | Review/analysis docket items | 0.2 |
| Thu 20 | Comm w/OHS (RW) re term sheet for counter | 0.8 |
| | Warrant financial analysis | 2.4 |
| Fri 21 | Review/analysis docket items | 0.3 |
| Mon 24 | Review/analysis docket items | 0.2 |
| Tue 25 | Comm w/OHS (RF) re counterpropsals, meeting schedule with Grace | 1.4 |
| | Additional warrant analysis | 1.9 |
| | Review/analysis docket items | 0.2 |
| Wed 26 | Review/analysis docket items | 0.2 |
| Thu 27 | Comm w/OHS (RF) re Grace business realignment | 1.2 |
| | Review/analysis docket items | 0.3 |
| Fri 28 | Review/analysis docket items | 0.3 |
| | TOTAL HOURS | 24.9 |

**WR Grace**
**September 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 4 | Preparation of presentation re: Sealed Air | 2.6 |
|  | Preparation for meeting w/ FCR and Orrick | 1.5 |
|  | Review docket and analysis | 0.4 |
| Wed 5 | Conference call re: exit financing issues w/ prep | 0.8 |
|  | Analysis re: exit financing issues | 0.3 |
|  | Meeting w/ FCR and Orrick re: exit financing issues, Sealed Air, case status, etc. w/ prep | 2.5 |
|  | Review Grace 8-k filing | 0.3 |
| Thu 6 | Internal discussions re: exit financing issues | 0.3 |
|  | Calls w/ Orrick re: exit financing issues | 0.4 |
|  | Call w/ Charter Oak re: exit financing issues | 0.2 |
|  | Review Sealed Air investor presentation | 0.5 |
| Fri 7 | Review docket and analysis | 0.5 |
| Tue 11 | Review docket and analysis | 0.4 |
| Wed 12 | Internal discussions re: exit financing issues | 0.2 |
| Thu 13 | Call w/ Orrick re: exit financing issues w/ prep | 0.7 |
| Fri 14 | Review docket and analysis | 0.7 |
| Tue 18 | Call w/ Orrick re: exit financing issues w/ prep | 0.5 |
|  | Review docket and analysis | 0.4 |
|  | Review exit financing issue information | 0.3 |
| Wed 19 | Call w/ Orrick re: exit financing issues | 0.3 |
|  | Review exit financing issue information | 0.4 |
| Thu 20 | Review docket and analysis | 0.5 |
|  | Review exit financing issue information | 0.4 |
| Mon 24 | Review docket and analysis | 0.5 |
| Tue 25 | Calls w/ Orrick re: exit financing issues | 0.6 |
|  | Call w/ Charter Oak re: exit financing issues | 0.2 |
|  | Review exit financing issue information | 0.6 |
| Wed 26 | Review docket and analysis | 0.5 |
|  | Review information from Grace re: business operations | 0.4 |
| Thu 27 | Call w/ Orrick re: exit financing issues | 0.2 |
| Fri 28 | Review docket and analysis | 0.4 |
|  | TOTAL TIME (hrs) | 18.5 |

**WR Grace**
**September 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Preparation of presentation re: Sealed Air | 1.2 |
| Tue 4 | Preparation of presentation re: Sealed Air | 1.6 |
| Wed 5 | Conference call re: exit financing issues w/ prep | 1.0 |
|  | Review Grace 8-k filing | 1.0 |
|  | Review Grace warrant counterproposal | 1.0 |
| Thu 6 | Internal discussions re: exit financing issues | 0.3 |
| Fri 7 | Review Grace monthly financial package | 1.0 |
| Mon 10 | Review/analysis docket items | 0.8 |
| Wed 12 | Review/analysis docket items | 0.6 |
| Thu 13 | Review/analysis docket items | 0.4 |
| Fri 14 | Review/analysis docket items | 0.2 |
| Tue 18 | Review/analysis docket items | 0.4 |
| Mon 24 | Review/analysis docket items | 0.3 |
| Thu 27 | Review/analysis docket items | 0.5 |
|  | TOTAL TIME (hrs) | 10.3 |

**WR Grace**
**September 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 5 | Conference call re: exit financing issues w/ prep | 1.0 |
|  | Review Grace 8-k filing | 1.0 |
|  | Review Grace warrant counterproposal | 1.0 |
| Fri 7 | Review Grace monthly financial package | 1.0 |
| Mon 10 | Review/analysis docket items | 0.8 |
| Wed 12 | Review/analysis docket items | 0.6 |
| Thu 13 | Review/analysis docket items | 0.4 |
| Fri 14 | Review/analysis docket items | 0.2 |
| Wed 19 | Preparation of fee application | 2.0 |
|  | TOTAL TIME (hrs) | 8.0 |