# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (July 1, 2012 – September 30, 2012)**
(Dates Represent Posting Date of Expense)

<u>July 2012</u>
| | |
|---|---|
| Transportation | $ 1,258.98 |
| Meals | $      68.11 |
| Hotel | $    314.88 |
| Telephone | $    149.27 |
| Fee for Public Access to Electronic Court Records | $        3.00 |

<u>August 2012</u>
| | |
|---|---|
| Telephone | $      94.14 |
| Express Mail | $      28.82 |

<u>September 2012</u>
| | |
|---|---|
| Telephone | $    125.87 |

**TOTAL EXPENSES:**        **$ 2,043.07**