IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: December 17, 2012 |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Horton Iron & Metal)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

October 31, 2012  
Client/Matter #   01246-015355  
Invoice # 150806  
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Horton Iron & Metal**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/04/12 | R. Brager | L120 | 8.00 | Review materials to prepare for meeting, conferences with Grace re meeting, and telephone conference re motion. |
| 09/04/12 | P. Marks | L120 | 1.30 | Review R. Finke comments and prepare for and participate in client telephone conference re analysis. |
| 09/04/12 | P. Marks | L120 | 0.20 | Address logistics for client and government conference call. |
| 09/04/12 | S. Albert | L120 | 2.40 | Meeting with R. Brager, L. Duff, P. Marks and others re legal analysis and oversight of D. Paul research. |
| 09/04/12 | D. Paul | L120 | 1.00 | Conduct research per S. Albert instructions and prepare summary to team. |
| 09/05/12 | R. Brager | L120 | 8.00 | Meeting with EPA; autopsy same with Grace; telephone conference with P. Marks and S. Albert re same. |
| 09/05/12 | P. Marks | L120 | 3.30 | Participate in telephone conference with DOJ, EPA and Grace teams re additional sites language and related issues. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  150806
                                                             October 31, 2012
                                                             PAGE   2

| | | | | |
|---|---|---|---|---|
| 09/05/12 | P. Marks | L120 | 0.50 | Calls and emails with Grace team re DOJ/EPA meeting. |
| 09/05/12 | S. Albert | L120 | 3.60 | Conferences re meeting with EPA, prepare legal analysis and circulation of same, and legal research. |
| 09/06/12 | R. Brager | L120 | 2.00 | Grace team telephone conference re meeting with EPA, conference with P. Marks and S. Albert, and telephone conference with Grace re potential modifications to settlement agreement. |
| 09/06/12 | P. Marks | L120 | 2.00 | Telephone conference with team to evaluate developments and follow-up telephone conference with B&D and Grace re development strategy for next steps. |
| 09/06/12 | S. Albert | L120 | 1.50 | Meeting with P. Marks and R. Brager and client re meeting with EPA and path forward and communications re strategy moving forward. |
| 09/06/12 | T. Elsen | L120 | 2.80 | Review website and download documents; review and save documents; prepare index re same. |
| 09/07/12 | R. Brager | L120 | 0.30 | Exchange e-mails re legal research. |
| 09/07/12 | P. Marks | L120 | 0.20 | Telephone conference with S. Albert re draft revision and emails re research. |
| 09/07/12 | S. Albert | L120 | 0.20 | Research and communications re same. |
| 09/10/12 | R. Brager | L120 | 0.80 | Review and edit options list and exchange e-mails re same. |
| 09/10/12 | R. Brager | L120 | 1.00 | Strategy conference with P. Marks and S. Albert, and review and edit strategy memorandum and telephone conference with S. Albert re same. |
| 09/10/12 | P. Marks | L120 | 1.20 | Evaluate and prepare revised strategy memorandum, and conference with R. Brager and S. Albert re same and preparation for client meeting. |
| 09/10/12 | P. Marks | L120 | 0.20 | Prepare for telephone conference with DOJ and voice mail messages re same. |
| 09/10/12 | S. Albert | L120 | 2.20 | Prepare strategy memorandum and meeting with P. Marks and R. Brager re strategy; preparation of options for path forward. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 150806
October 31, 2012
PAGE  3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/10/12 | D. Paul | L120 | 0.20 | Update S. Albert with status of research. |
| 09/11/12 | R. Brager | L120 | 1.50 | Strategy telephone conference with Grace and revise options analysis. |
| 09/11/12 | P. Marks | L120 | 1.10 | Prepare for and conduct team telephone conference and send email identifying options. |
| 09/11/12 | S. Albert | L120 | 0.90 | Meeting with client and B&D team re strategy forward. |
| 09/13/12 | R. Brager | L120 | 0.80 | Review Walpole CD and review L. Duff comments. |
| 09/14/12 | R. Brager | L120 | 1.20 | Team strategy telephone conference and follow-up with P. Marks. |
| 09/14/12 | P. Marks | L120 | 1.30 | Prepare for and telephone conference with client and counsel team re status and path forward, and prepare for and conduct voice mail exchanges with J. Freeman. |
| 09/14/12 | S. Albert | L120 | 0.90 | Conference with B&D team, client and bankruptcy counsel re strategy. |
| 09/18/12 | P. Marks | L120 | 0.80 | Prepare for and conduct telephone conference with J. Freeman and prepare notes re same. |
| 09/19/12 | R. Brager | L120 | 1.00 | Conference with P. Marks, review e-mails re strategy and telephone conference with Grace re same. |
| 09/19/12 | P. Marks | L120 | 1.30 | Prepare detailed summary re telephone conference with DOJ and follow-up client call (with L. Duff, R. Finke and R. Brager) re same. |
| 09/24/12 | R. Brager | L120 | 1.00 | Team telephone conference with US; follow-up call with Grace and follow-up conference with P. Marks and S. Albert. |
| 09/24/12 | P. Marks | L120 | 1.00 | Prepare for and participate in telephone conference with DOJ, EPA, B&D and client, and follow-up telephone conference with R. Brager, S. Albert, L. Duff and H. Feichko. |
| 09/24/12 | S. Albert | L120 | 1.00 | Telephone conference with US representatives and Grace re negotiating modification of agreement; follow-up strategy meetings with Grace and R. Brager and P. Marks. |
| 09/27/12 | R. Brager | L120 | 0.20 | Strategy conference with P. Marks. |

BEVERIDGE & DIAMOND, P.C.  
                              INVOICE #  150806  
                              October 31, 2012  
                              PAGE   4

                    **Total Hours :**                56.90

                    **Total Fees :**            $28,782.20

BEVERIDGE & DIAMOND, P.C.

INVOICE #  150806
October 31, 2012
PAGE  5

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 25.80 | $657.80 | $16,971.24 |
| P. Marks | 14.40 | $469.20 | $6,756.48 |
| S. Albert | 12.70 | $349.60 | $4,439.92 |
| D. Paul | 1.20 | $179.40 | $215.28 |
| T. Elsen | 2.80 | $142.60 | $399.28 |
| **Total Fees :** | | | **$28,782.20** |
| **Total Fees:** | | | **$28,782.20** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 56.90 | $28,782.20 |
| Total L100 | 56.90 | $28,782.20 |
| **Total Fees :** | **56.90** | **$28,782.20** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 007 | Express Delivery | $26.40 |
| E101 | Copying | $5.40 |
| E105 | Telephone | $0.20 |
| E110 | Out-of-town Travel | $386.60 |
| | **Total Disbursements :** | **$418.60** |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  150806
                                                             October 31, 2012
                                                             PAGE   6


                            **TOTAL DUE :**          $29,200.80

# EXHIBIT B

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

October 31, 2012  
Client/Matter #  01246-015172  
Invoice # 150805  
Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
**SUITE 700**  
**1350 I STREET, N.W.**  
**WASHINGTON, D.C. 20005-3311**

<u>IRIS</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/01/12 | K. Bourdeau | C300 | 1.80 | Review draft outline of comments; prepare comments thereon and transmit to P. Marks. |
| 09/02/12 | K. Bourdeau | C300 | 0.30 | Follow-up communications with P. Marks. |
| 09/02/12 | P. Marks | C300 | 0.70 | Review comments from K. Bourdeau on presentation overview and revise and send with explanatory cover memorandum to client. |
| 09/03/12 | K. Bourdeau | C300 | 0.80 | Review revised outline of potential comments in preparation for client call re same. |
| 09/04/12 | K. Bourdeau | C300 | 0.70 | Begin review of final draft of report and follow-up conference with P. Marks re same. |
| 09/04/12 | K. Bourdeau | C300 | 1.30 | Conference with P. Marks and L. Duff re outline of comments and e-mail communications re independent technical review. |
| 09/04/12 | P. Marks | C300 | 1.30 | Evaluate FOIA-related correspondence and data, and communications with client, consultant and J. Lanham re same. |

BEVERIDGE & DIAMOND, P.C.                                        INVOICE # 150805
                                                                 October 31, 2012
                                                                 PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/04/12 | P. Marks | C300 | 2.40 | Telephone conference with L. Duff and K. Bourdeau re presentation outline, and evaluation of new SAB report. |
| 09/04/12 | J. Lanham | C300 | 2.00 | Document related activities, including review data and prepare letter re FOIA request. |
| 09/04/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 09/05/12 | K. Bourdeau | C300 | 1.30 | Review final draft report and prepare comments thereon. |
| 09/05/12 | K. Bourdeau | C300 | 2.20 | Review revised outline of comments and conference with P. Marks re same. |
| 09/05/12 | P. Marks | C300 | 1.10 | Telephone conferences with K. Bourdeau re comments on presentation outline and evaluate same. |
| 09/05/12 | J. Lanham | C300 | 1.00 | Document related activities, including telephone conference re data, email correspondence to P. Marks re same and prepare and send letter re data. |
| 09/06/12 | K. Bourdeau | C300 | 3.30 | Review final of draft report, communications with P. Marks re same, and participate in Grace team status/strategy call/ follow-up e-mail to client re path forward. |
| 09/06/12 | P. Marks | C300 | 1.50 | Weekly team telephone conference. |
| 09/06/12 | P. Marks | C300 | 0.40 | Telephone conferences with L. Duff re scheduling and strategy. |
| 09/06/12 | P. Marks | C300 | 0.80 | FOIA tasks and coordinate with experts and J. Lanham re same and re policy research. |
| 09/06/12 | J. Lanham | C300 | 0.30 | Telephone conference with P. Marks re FOIA requests, report, and emails. |
| 09/06/12 | D. Paul | L140 | 2.70 | Save revised transcripts to document management system, and proofread corrected transcripts. |
| 09/07/12 | K. Bourdeau | C300 | 1.00 | Prepare e-mail to Grace team re path forward and on comments. |
| 09/07/12 | P. Marks | C300 | 4.20 | Evaluate report and prepare presentation re same. |
| 09/07/12 | P. Marks | C300 | 1.60 | Telephone conference with H. Feichko (and L. Duff for a portion of call) re structure and content of reports by experts and client. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  150805
October 31, 2012
PAGE   3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/07/12 | P. Marks | C300 | 0.70 | Evaluate policy document information gaps and telephone conference with J. Lanham re same. |
| 09/07/12 | J. Lanham | C300 | 3.00 | Prepare and file FOIA requests re additional data, telephone conferences re FOIA requests and guidance documents. |
| 09/07/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 09/10/12 | K. Bourdeau | C300 | 0.30 | Communications with client re comments. |
| 09/10/12 | P. Marks | C300 | 4.20 | Prepare for and conduct telephone conferences with experts and H. Feichko, and follow-up emails re same. |
| 09/10/12 | J. Lanham | C300 | 3.70 | Research re EPA guidance. |
| 09/10/12 | D. Paul | L140 | 2.70 | Continue proofreading transcripts. |
| 09/11/12 | K. Bourdeau | C300 | 0.30 | E-mail communications re recent developments, action items. |
| 09/11/12 | P. Marks | C300 | 1.20 | Coordinate with J. Lanham re review of policy documents, and re FOIA, and evaluate same. |
| 09/11/12 | P. Marks | C300 | 0.50 | Telephone conferences with client, J. Flynn and J. Lanham re FOIA issues. |
| 09/11/12 | P. Marks | C300 | 4.60 | Prepare presentations. |
| 09/11/12 | J. Lanham | C300 | 7.50 | Research guidance documents and prepare email correspondence to P. Marks re same. |
| 09/12/12 | K. Bourdeau | C300 | 0.20 | E-mail to H. Feichko. |
| 09/12/12 | K. Bourdeau | C300 | 1.30 | Review and evaluate Grace comments and conference with P. Marks re same and path forward. |
| 09/12/12 | P. Marks | C300 | 0.70 | Complete transcript review and direct staff re handling. |
| 09/12/12 | P. Marks | C300 | 1.50 | Communications with consultants re reports, evaluate same, and emails to same. |
| 09/12/12 | P. Marks | C300 | 0.60 | Telephone conference with K. Bourdeau re issues and presentations. |
| 09/12/12 | P. Marks | C300 | 7.70 | Prepare presentations. |
| 09/13/12 | K. Bourdeau | C300 | 1.00 | Participate in Grace team strategy call. |

BEVERIDGE & DIAMOND, P.C.
INVOICE #  150805
October 31, 2012
PAGE  4

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 09/13/12 | K. Bourdeau | C300 | 2.00 | Review drafts of submissions prepared by P. Marks and conference with Grace lawyers and P. Marks re same. |
| 09/13/12 | P. Marks | C300 | 2.20 | Prepare and send draft presentation to client team. |
| 09/13/12 | P. Marks | C300 | 1.00 | Team teleconference re tasks and strategy. |
| 09/13/12 | P. Marks | C300 | 1.10 | Legal team conference call re presentations. |
| 09/14/12 | P. Marks | C300 | 1.10 | Review draft letter from J. Flynn, telephone conference with J. Flynn re same; client emails re same. |
| 09/14/12 | P. Marks | C300 | 2.90 | Telephone conference with L. Duff re presentations and prepare same. |
| 09/14/12 | P. Marks | C300 | 0.30 | Email exchanges with R. Finke re data and research. |
| 09/14/12 | D. Paul | L140 | 0.50 | Prepare corrected transcript excerpts to send to court reporter; and coordinate with court reporter for next task. |
| 09/14/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 09/15/12 | K. Bourdeau | C300 | 0.80 | Conference with P. Marks re letter and communications with Grace team. |
| 09/15/12 | P. Marks | C300 | 5.60 | Prepare presentation and telephone conference with K. Bourdeau re same. |
| 09/15/12 | P. Marks | C300 | 0.70 | Exchange emails with client team re tasks and strategy. |
| 09/15/12 | P. Marks | C300 | 0.70 | Review consultant report. |
| 09/15/12 | P. Marks | C300 | 1.00 | Email exchanges with J. Flynn re reports and preparation re same. |
| 09/16/12 | K. Bourdeau | C300 | 6.00 | Work on revisions to B&D letter and communications with P. Marks re same and review of other draft team submissions. |
| 09/16/12 | P. Marks | C300 | 0.80 | Presentation preparation. |
| 09/17/12 | K. Bourdeau | C300 | 1.00 | Review L. Duff redraft of Grace letter and provide comments on same and review revised consultant report. |

BEVERIDGE & DIAMOND, P.C.
INVOICE # 150805
October 31, 2012
PAGE 5

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 09/17/12 | K. Bourdeau | C300 | 2.80 | Finalize redraft of B&D letter and cover e-mail re same and review and respond to R. Finke comments on same. |
| 09/17/12 | P. Marks | C300 | 3.20 | Prepare presentations. |
| 09/18/12 | K. Bourdeau | C300 | 2.30 | Review revised draft of letter and prepare comments and provide same to P. Marks, and numerous other e-mail communications re Grace submissions. |
| 09/18/12 | P. Marks | C300 | 12.20 | Prepare presentations, direct J. Lanham and D. Paul re same, and coordinate with client and K. Bourdeau re same. |
| 09/18/12 | P. Marks | C300 | 0.50 | Telephone conference and emails with J. Flynn re presentation and follow-up with client re same. |
| 09/18/12 | J. Lanham | C300 | 11.60 | Research, prepare and send final comments. |
| 09/18/12 | D. Paul | C400 | 9.30 | Assist in preparing final comments as directed by J. Lanham and P. Marks. |
| 09/19/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re comments. |
| 09/19/12 | P. Marks | C300 | 0.50 | Telephone conference with J. Flynn re report. |
| 09/19/12 | P. Marks | C300 | 1.60 | Follow-up tasks re presentations, including coordinating with client and consultants re oral presentation preparation. |
| 09/19/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 09/20/12 | K. Bourdeau | C300 | 2.00 | Participate in Grace strategy call and in conference call to prepare for presentations. |
| 09/20/12 | P. Marks | C300 | 1.00 | Telephone conference with legal team re presentations. |
| 09/20/12 | P. Marks | C300 | 1.60 | Full team strategy call, and follow-up coordination with team. |
| 09/20/12 | P. Marks | C300 | 2.90 | Prepare presentations and coordinate with experts re same. |
| 09/21/12 | K. Bourdeau | C300 | 0.80 | Preparation for teleconference and e-mail communications re same. |
| 09/21/12 | K. Bourdeau | C300 | 0.70 | Conference with L. Duff re comments and conference with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.
INVOICE #  150805
October 31, 2012
PAGE  6

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 09/21/12 | P. Marks | C300 | 0.30 | Telephone conference with L. Duff re presentations and tasks. |
| 09/21/12 | E. Wolk | C300 | 0.50 | Monitoring. |
| 09/23/12 | P. Marks | C300 | 0.50 | Review and evaluate consultant materials. |
| 09/24/12 | K. Bourdeau | C300 | 2.80 | Review consultant bullet point summary of talking points and prepare comments thereon and conduct conference call with consultant, P. Marks, and H. Feichko re same. |
| 09/24/12 | P. Marks | C300 | 4.90 | Coordinate with experts and client re presentations, and evaluate and prepare same. |
| 09/24/12 | P. Marks | C300 | 0.60 | Handle court reporter logistics and related issues for meeting. |
| 09/24/12 | D. Paul | C400 | 1.00 | Prepare instructions for court reporter and follow-up communications re same. |
| 09/25/12 | K. Bourdeau | C300 | 3.30 | Participate in teleconference and follow-up conference call with Grace re results of same. |
| 09/25/12 | K. Bourdeau | C300 | 1.20 | Review revised talking points; conference with consultant and P. Marks re same and review preliminary comments. |
| 09/25/12 | P. Marks | C300 | 2.60 | Multiple telephone conferences with consultant re presentation and emails re same. |
| 09/25/12 | P. Marks | C300 | 3.30 | Attend meeting with L. Duff and H. Feichko, and post-meeting teleconference with Grace team. |
| 09/26/12 | K. Bourdeau | C300 | 0.30 | Follow up communications. |
| 09/27/12 | K. Bourdeau | C300 | 1.20 | Conference with P. Marks in preparation for Grace team call; participate in Grace team call. |
| 09/27/12 | P. Marks | C300 | 1.20 | Prepare for and conduct telephone conferences with K. Bourdeau re meeting assessment and preparation for team conference call. |
| 09/27/12 | P. Marks | C300 | 0.30 | Review emails and information distributed by consultants. |
| 09/28/12 | K. Bourdeau | C300 | 0.80 | E-mail communications and conference with P. Marks. |
| 09/28/12 | P. Marks | C300 | 0.30 | Coordinate with J. Lanham re FOIA request. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  150805
                                                             October 31, 2012
                                                             PAGE   7

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/28/12 | P. Marks | C300 | 0.80 | Review meeting notes and telephone conferences with H. Feichko and K. Bourdeau re assessment of status. |
| 09/28/12 | J. Lanham | C300 | 1.00 | Prepare FOIA request and conference with P. Marks re same. |

                                              **Total Hours :**               183.70

                                              **Total Fees :**              $84,375.04

# EXHIBIT C

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

October 31, 2012
Client/Matter #   01246-012100
Invoice # 150804
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/12 in Connection With:

## General Regulatory/Compliance Issues
## 100042

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/22/12 | K. Szmuszkovicz | C300 | 1.00 | Review background facts, outline talking points, and telephone conference with Grace re regulatory issue. |
| 09/17/12 | M. Duvall | C300 | 0.20 | Forward to Grace team response by EPA's Office of General Counsel to question about regulatory issue. |
| 09/18/12 | K. Szmuszkovicz | C300 | 0.30 | Review update from M. Duvall re feedback from EPA and provide input re next steps to answer Grace's questions and help achieve its objectives. |
| 09/24/12 | M. Duvall | C300 | 1.70 | Telephone conference with H. Feichko, L. Duff, and D. Curreri re next steps; prepare written interpretation of regulatory issue. |
| 09/25/12 | M. Duvall | C300 | 2.70 | Continue drafting interpretation request re regulatory issue. |
| 09/28/12 | M. Duvall | C300 | 3.40 | Complete drafting of interpretation request to EPA re regulatory issue; conference with K. Szmuszkovicz re draft and strategy. |

Total Hours :   9.30

Total Fees :   $4,903.14

BEVERIDGE & DIAMOND, P.C.

INVOICE # 150804
October 31, 2012
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Szmuszkovicz | 1.30 | $657.80 | $855.14 |
| M. Duvall | 8.00 | $506.00 | $4,048.00 |
|  |  | **Total Fees :** | **$4,903.14** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 9.30 | $4,903.14 |
| Total | 9.30 | $4,903.14 |
|  | **Total Fees :**  9.30 | **$4,903.14** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 003 | Long Distance Telephone | $4.00 |
| | **Total Disbursements :** | **$4.00** |

| | **TOTAL DUE :** | **$4,907.14** |
|---|---|---|