# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

SEVENTY-EIGHTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM APRIL 1, 2012 THROUGH APRIL 30, 2012

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2012 through April 30, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $65,693.98 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $276.11 |

This is a:     ___XX___ monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 – 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 – 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $18.28 | $ 20,113.50 | $18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | Pending | Pending |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | Pending | Pending |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $94.75 | Pending | Pending |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | Pending | Pending |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $469.20 | 53.40 | $25,055.28 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 49.20 | $32,363.76 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 7.00 | $1,255.80 |
| Jayni Lanham | Associate; Joined Firm 2008; Member of MD Bar since 2008 | $303.60 | 11.80 | $3,582.48 |
| Lindsey Selba | Associate; Joined Firm 2010; Member of MD Bar since 2010 | $257.60 | 1.80 | $463.68 |
| Aaron H. Goldberg | Principal; Joined Firm 1987; Member of the DC Bar since 1985 | $547.40 | 2.30 | $1,259.02 |
| Laura K. McAfee | Principal; Joined Firm 2001; Member of the MD Bar since 1991 | $469.20 | 3.50 | $1,642.20 |
| Denis Paul | Paralegal | $179.40 | .40 | $71.76 |

Fees:           $65,693.98
Total Hours:         129.40
Blended Rate:     $ 508.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 129.40 | $65,693.98 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $6.00 |
| Postage | | $1.50 |
| Long Distance Telephone | | $32.40 |
| Out-of-town Travel Expenses | Travel to team/client meetings | $26.00 |
| Meals | Meals at client/team meeting over several days | $210.21 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

April 1, 2012 through April 30, 2012, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $65,693.98 and actual and necessary expenses in the

amount of $276.11 for a total allowance of $65,970.09 and payment of $52,555.18 (80% of the

allowed fees) and reimbursement of $276.11 (100% of the allowed expenses) be authorized for a

total payment of $52,831.29 and for such other and further relief as this Court may deem just and

proper.

Dated: May _____25_____, 2012           BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 29 day of May, 2012.

Notary Public: Debora R. Melnyk
My Commission Expires: May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
APRIL 1, 2012 THROUGH APRIL 30,  2012

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Project "C")

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                May 17, 2012
Attn: Lydia B. Duff                              Client/Matter #  01246-015120
7500 Grace Drive                                 Invoice # 147916
Columbia, MD  21044                              Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

Project "C"

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 04/22/12 | P. Marks | C300 | 0.50 | Comment re correspondence. |
| 04/26/12 | A. Goldberg | C300 | 2.30 | Telephone conference with L. Duff re potential regulatory issues; research re same. |

Total Hours :            2.80

Total Fees :         $1,493.62

BEVERIDGE & DIAMOND, P.C.

NVOICE #  147916
May 17, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 2.30 | $547.40 | $1,259.02 |
| P. Marks | 0.50 | $469.20 | $234.60 |
| Total Fees : |  |  | $1,493.62 |
| Total Fees: |  |  | $1,493.62 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 2.80 | $1,493.62 |
| Total | 2.80 | $1,493.62 |
| Total Fees : | 2.80 | $1,493.62 |

**Summary by Disbursement Codes :**

TOTAL DUE :          $1,493.62

# EXHIBIT B

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                                    May 17, 2012
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015172
7500 Grace Drive                                     Invoice # 147917
Columbia, MD  21044                                  Federal ID# 52-1247549


For Legal Services Rendered Through 04/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311


<u>IRIS</u>


| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 04/02/12 | K. Bourdeau | C300 | 2.30 | Project tasks and conference calls. |
| 04/02/12 | J. Lanham | C300 | 3.00 | Document management activities. |
| 04/03/12 | K. Bourdeau | C300 | 5.80 | Project tasks, direct J. Lanham re same; conference calls re experts and review drafts. |
| 04/03/12 | J. Lanham | C300 | 2.50 | Document management activities. |
| 04/04/12 | K. Bourdeau | C300 | 2.00 | Work on documents and communications re action items. |
| 04/05/12 | K. Bourdeau | C300 | 2.00 | Preparation for team status/strategy conference call; participate in call re same; review e-mail correspondence re various developments. |
| 04/06/12 | K. Bourdeau | C300 | 1.00 | Review and prepare comments on document; review related correspondence. |
| 04/06/12 | E. Wolk | C300 | 1.50 | Monitoring and support tasks. |
| 04/07/12 | K. Bourdeau | C300 | 2.50 | Project tasks, including comments on documents. |

BEVERIDGE & DIAMOND, P.C.

NVOICE #  147917
May 17, 2012
PAGE  2

| | | | | | |
|---|---|---|---|---|---|
| 04/08/12 | K. Bourdeau | C300 | 1.50 | Brief review of document; prepare and circulate comments re same; prepare e-mail to P. Marks re summary of actions taken/issues outstanding from prior work. |
| 04/09/12 | K. Bourdeau | C300 | 3.80 | Finalize correspondence; communications with J. Lanham and P. Marks re same; communications and review re draft documents, email exchanges re tasks. |
| 04/09/12 | P. Marks | C300 | 5.20 | Project tasks, including document preparation and working with team re same. |
| 04/09/12 | J. Lanham | C300 | 5.00 | Document research activities. |
| 04/10/12 | K. Bourdeau | C300 | 1.50 | Conference with P. Marks re various action items/issues to be addressed; Grace team communications re same. |
| 04/10/12 | P. Marks | C300 | 3.90 | Project tasks and coordinate with K. Bourdeau, consultants and client re same. |
| 04/11/12 | K. Bourdeau | C300 | 4.00 | Numerous e-mail communications re tasks; review report. |
| 04/11/12 | P. Marks | C300 | 4.10 | Project tasks, including coordination with consultant, L. Duff and H. Feichko re same, and follow-up evaluation re same; evaluate comment drafts and talking points; provide additional comments to consultant. |
| 04/12/12 | K. Bourdeau | C300 | 4.00 | Further review of report; communications re same; participate in Grace team conference call; follow-up with P. Marks re same; e-mails to Grace team re issues. |
| 04/12/12 | P. Marks | C300 | 3.30 | Project tasks, including evaluate report and participate in weekly team telephone conference. |
| 04/13/12 | K. Bourdeau | C300 | 3.50 | E-mail communications; review revised comments; e-mail communications with P. Marks re same; review report for identification of issues to be addressed. |
| 04/13/12 | P. Marks | C300 | 1.70 | Project tasks and telephone conference with L. Duff and H. Feichko re direction re same. |
| 04/13/12 | E. Wolk | C300 | 2.00 | Monitoring and support tasks. |
| 04/16/12 | K. Bourdeau | C300 | 0.50 | Various e-mail communications re comments and review of same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147917
May 17, 2012
PAGE  3

| | | | | |
|---|---|---|---|---|
| 04/16/12 | P. Marks | C300 | 2.20 | Project tasks. |
| 04/17/12 | K. Bourdeau | C300 | 1.30 | Strategy conference call with L. Duff, H. Feichko, and P. Marks. |
| 04/17/12 | P. Marks | C300 | 1.90 | Prepare for and conduct telephone conference with L. Duff, H. Feichko and K. Bourdeau re project strategy and project tasks, and follow-up tasks. |
| 04/18/12 | K. Bourdeau | C300 | 0.50 | Work on bullet list of issues to address. |
| 04/18/12 | P. Marks | C300 | 0.60 | Project tasks and meeting preparation. |
| 04/18/12 | D. Paul | C300 | 0.20 | Project support tasks. |
| 04/19/12 | K. Bourdeau | C300 | 2.30 | Review document and prepare detailed e-mail to Grace team; briefly review consultant report in preparation for Grace team call; participate in Grace team call; communications with L. Wolk re support tasks. |
| 04/19/12 | P. Marks | C300 | 3.10 | Telephone conference with L. Duff re project strategy and tasks; prepare agenda for weekly team call and emails re same and tasks; conduct weekly call. |
| 04/20/12 | P. Marks | C300 | 0.80 | Project tasks. |
| 04/20/12 | D. Paul | C300 | 0.20 | Project support tasks. |
| 04/20/12 | E. Wolk | C300 | 1.00 | Monitoring and support tasks. |
| 04/22/12 | K. Bourdeau | C300 | 1.30 | Review a consultant document; e-mail exchanges with P. Marks re same. |
| 04/22/12 | P. Marks | C300 | 0.80 | Project tasks. |
| 04/23/12 | K. Bourdeau | C300 | 3.30 | Review and provide comments re consultant documents; e-mail to P. Marks re same; communications with Grace team re same. |
| 04/23/12 | P. Marks | C300 | 3.60 | Project tasks. |
| 04/24/12 | K. Bourdeau | C300 | 1.00 | Numerous e-mail communications re issues. |
| 04/24/12 | P. Marks | C300 | 2.40 | Project tasks. |
| 04/25/12 | K. Bourdeau | C300 | 0.80 | Communications re issues. |
| 04/25/12 | P. Marks | C300 | 2.90 | Project tasks and telephone conferences and emails with L. Duff and consultants re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147917
May 17, 2012
PAGE  4

| 04/26/12 | K. Bourdeau | C300 | 1.50 | Participate in Grace strategy/status conference call; e-mail communications re issues. |
|---|---|---|---|---|
| 04/26/12 | P. Marks | C300 | 5.80 | Multiple detailed telephone conferences and emails re project tasks with team. |
| 04/26/12 | J. Lanham | C300 | 0.80 | Document research activities. |
| 04/27/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re issues. |
| 04/27/12 | P. Marks | C300 | 4.70 | Telephone conferences with project team members and related project tasks. |
| 04/27/12 | J. Lanham | C300 | 0.50 | Prepare correspondence. |
| 04/27/12 | E. Wolk | C300 | 2.00 | Monitoring and support tasks. |
| 04/29/12 | P. Marks | C300 | 0.20 | Logistics and project tasks. |
| 04/30/12 | K. Bourdeau | C300 | 2.30 | Participate in preparation for teleconference; communications with P. Marks re same. |
| 04/30/12 | P. Marks | C300 | 3.30 | Telephone conferences re meeting preparation and follow-up tasks. |
| 04/30/12 | E. Wolk | C300 | 0.50 | Monitoring and support tasks. |

Total Hours :            118.90

Total Fees :          $60,968.40

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147917
May 17, 2012
PAGE  5

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 49.20 | $657.80 | $32,363.76 |
| P. Marks | 50.50 | $469.20 | $23,694.60 |
| J. Lanham | 11.80 | $303.60 | $3,582.48 |
| D. Paul | 0.40 | $179.40 | $71.76 |
| E. Wolk | 7.00 | $179.40 | $1,255.80 |

Total Fees :  $60,968.40

Total Fees:  $60,968.40

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 118.90 | $60,968.40 |
| Total | 118.90 | $60,968.40 |

Total Fees :  118.90  $60,968.40

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $6.00 |
| E105 | Telephone | $32.40 |
| E110 | Out-of-town Travel | $26.00 |
| E111 | Meals | $210.21 |

Total Disbursements :  $274.61

TOTAL DUE :  $61,243.01

# EXHIBIT C

## (General Regulatory/Compliance Issues)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 17, 2012
Client/Matter #  01246-012100
Invoice # 147913
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**General Regulatory/Compliance Issues**
**100042**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/30/12 | L. McAfee | 3.50 | Telephone conferences and emails with L. Duff, H. Feichko re regulatory issue; legal and factual research re same. |

Total Hours :          3.50

Total Fees :      $1,642.20

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147913
May 17, 2012
PAGE  2

Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 3.50 | $469.20 | $1,642.20 |
| | | Total Fees : | $1,642.20 |
| | | TOTAL DUE : | $1,642.20 |

# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                    May 17, 2012
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 147914
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application
100035

04/13/12   P. Marks        L190         0.70  Billing issues.


                                   Total Hours :              0.70

                                   Total Fees :          $328.44

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147914
May 17, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.70 | $469.20 | $328.44 |
|  |  | Total Fees : | $328.44 |
|  |  | Total Fees: | $328.44 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L190 | 0.70 | $328.44 |
| Total L100 | 0.70 | $328.44 |
| Total Fees : | 0.70 | $328.44 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E108 | Postage | $1.50 |
|  | Total Disbursements : | $1.50 |
|  | TOTAL DUE : | $329.94 |

# EXHIBIT E

## (Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                                          May 17, 2012
Attn: Lydia B. Duff, Esq.                                  Client/Matter #  01246-014988
7500 Grace Drive                                           Invoice # 147915
Columbia, MD  21044                                        Federal ID# 52-1247549


For Legal Services Rendered Through 04/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        BEVERIDGE & DIAMOND, P.C.
                                     SUITE 700
                                     1350 I STREET, N.W.
                                     WASHINGTON, D.C. 20005-3311


<u>Trivalent Chromium</u>


| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 04/27/12 | P. Marks | C300 | 0.60 | Prepare for client meeting. |
| 04/30/12 | P. Marks | C300 | 1.10 | Participate in client telephone conference re technical information for MDE submittal. |
| 04/30/12 | L. Selba | C300 | 1.80 | Prepare for telephone conference call with P. Marks and L. Duff re regulatory issue; telephone conference re same. |


Total Hours :          3.50

Total Fees :          $1,261.32

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147915
May 17, 2012
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.70 | $469.20 | $797.64 |
| L. Selba | 1.80 | $257.60 | $463.68 |
| Total Fees : | | | $1,261.32 |
| Total Fees: | | | $1,261.32 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 3.50 | $1,261.32 |
| Total | 3.50 | $1,261.32 |
| Total Fees : | 3.50 | $1,261.32 |

## Summary by Disbursement Codes :

|  | TOTAL DUE : | $1,261.32 |
|---|---|---|