# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

SEVENTY-NINTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MAY 1, 2012 THROUGH MAY 31, 2012

| Name of Applicant: | Beveridge & Diamond, P.C. |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2012 through May 31, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $67,685.32 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $7,598.67 |

This is a: ___XX____ monthly ______ interim _____ final application.

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | Pending | Pending |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | Pending | Pending |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | Pending | Pending |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | Pending | Pending |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | Pending | Pending |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | Pending | Pending |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | Pending | Pending |

B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $469.20 | 61.30 | $28,761.96 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 44.10 | $29,008.98 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 3.50 | $627.90 |
| Jayni Lanham | Associate; Joined Firm 2008; Member of MD Bar since 2008 | $303.60 | 8.60 | $2,610.96 |
| Lindsey Selba | Associate; Joined Firm 2010; Member of MD Bar since 2010 | $257.60 | 9.80 | $2,524.48 |
| Aaron H. Goldberg | Principal; Joined Firm 1987; Member of the DC Bar since 1985 | $547.40 | 1.80 | $985.32 |
| Denis Paul | Paralegal | $179.40 | 2.60 | $466.44 |
| Heidi Knight | Associate; Joined Firm 2008; Member of MD Bar since 2008 | $303.60 | 3.80 | $1,153.68 |
| Carl P. Jaworski | Senior Investigator/Analyst | $257.60 | 6.00 | $1,545.60 |

| | |
|---|---|
| Fees: | $67,685.32 |
| Total Hours: | 138.93 |
| Blended Rate: | $ 487.00 |

TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 138.93 | $67,685.32 |

[6] These amounts are the sum total from all of the invoices attached hereto.

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $33.00 |
| Postage | | $0.90 |
| Long Distance Telephone | | $64.77 |
| Court Reporter | Court reporter at review panel meeting | $7,500.00 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period May 1, 2012 through May 31, 2012, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $67,685.32 and actual and necessary expenses in the amount of $7,598.67 for a total allowance of $75,283.99 and payment of $54,148.25 (80% of the allowed fees) and reimbursement of $7,598.67 (100% of the allowed expenses) be authorized for a total payment of $61,746.93 and for such other and further relief as this Court may deem just and proper.

Dated: July 10, 2012

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

---

7 These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

8 B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 10th day of July, 2012.

Notary Public: Debora R. Melnyk
My Commission Expires: May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
MAY 1, 2012 THROUGH MAY 31, 2012

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Project "C")**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff
7500 Grace Drive
Columbia, MD 21044

June 30, 2012
Client/Matter # 01246-015120
Invoice # 148749
Federal ID# 52-1247549

---

For Legal Services Rendered Through 05/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Project "C"**

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 05/01/12 | A. Goldberg | C300 | 1.80 | Prepare for and participate in telephone conference with L. Duff re regulatory question; conduct research and send e-mail to L. Duff re same. |
| 05/02/12 | P. Marks | C300 | 0.30 | Evaluate memorandum to prepare for telephone conference with L. Duff. |
| 05/23/12 | P. Marks | C300 | 0.20 | Telephone conference with L. Duff re tasks. |
| 05/25/12 | P. Marks | C300 | 0.40 | Prepare for and contact MDE re inquiry (voice mail); telephone conference with L. Duff re same. |
| 05/31/12 | P. Marks | C300 | 0.70 | Prepare for and conduct telephone conference with representative at MDE re regulatory interpretation and prepare email summary to client re same. |

**Total Hours :** **3.40**

**Total Fees :** **$1,736.04**

BEVERIDGE & DIAMOND, P.C.

INVOICE # 148749
June 30, 2012
PAGE 2

**Time Summary :**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 1.80 | $547.40 | $985.32 |
| P. Marks | 1.60 | $469.20 | $750.72 |
| | **Total Fees :** | | **$1,736.04** |

**Total Fees:** **$1,736.04**

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 3.40 | $1,736.04 |
| | -------- | ---------- |
| Total | 3.40 | $1,736.04 |
| **Total Fees :** | **3.40** | **$1,736.04** |

**Summary by Disbursement Codes :**

**TOTAL DUE :** **$1,736.04**

# EXHIBIT B

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

June 30, 2012
Client/Matter # 01246-015172
Invoice # 148750
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

IRIS

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 05/01/12 | K. Bourdeau | C300 | 4.50 | Participate in teleconference; participate in follow-up conference call re same; review developments; numerous e-mails to Grace team re same. |
| 05/01/12 | P. Marks | C300 | 5.20 | Project tasks. |
| 05/02/12 | K. Bourdeau | C300 | 2.00 | Review EPA Progress Report to Congress; prepare e-mail to Grace team re same. |
| 05/02/12 | P. Marks | C300 | 0.80 | Follow-up tasks. |
| 05/03/12 | K. Bourdeau | C300 | 3.00 | Finalize and transmit e-mail re comments on EPA's Progress Report; participate in Grace team call; follow-up with P. Marks re same; e-mail communications re supplemental comments; review and provide comments on draft letter. |
| 05/03/12 | P. Marks | C300 | 2.20 | Weekly update call and prepare correspondence to government agency and perform underlying research. |

| | | | | |
|---|---|---|---|---|
| 05/04/12 | K. Bourdeau | C300 | 2.00 | Communications re agency materials, review document request and comment on same; conference with P. Marks re preparation for conference call; review and analyze report. |
| 05/04/12 | P. Marks | C300 | 2.10 | Telephone conference with H. Feichko, L. Duff and consultant re tasks re correspondence, coordinate with K. Bourdeau re tasks. |
| 05/04/12 | E. Wolk | C300 | 0.50 | Monitoring meeting materials. |
| 05/07/12 | K. Bourdeau | C300 | 1.30 | Numerous e-mail communications re issues and documents. |
| 05/07/12 | P. Marks | C300 | 1.30 | Telephone conference with H. Feichko re issues and tasks; logistics for next day's meetings and follow-up re tasks. |
| 05/07/12 | D. Paul | C400 | 0.90 | Multiple telephone conferences with court reporter coordinating services. |
| 05/07/12 | D. Paul | C300 | 0.30 | Work with P. Marks re transcript rough draft. |
| 05/07/12 | D. Paul | C300 | 0.40 | Convert court reporter's transcript rough draft text / ascii file to Word document for attorney review. |
| 05/08/12 | K. Bourdeau | C300 | 4.80 | Communications re issues and website document postings; brief review of new documents posted; participate in teleconference; follow-up conference with P. Marks re same and path forward; participate in conference call with L. Duff, W. Corcoran, and consultant; begin drafting questions. |
| 05/08/12 | P. Marks | C300 | 4.80 | Project tasks. |
| 05/09/12 | K. Bourdeau | C300 | 3.30 | Prepare draft questions; work on draft document request; communications with P. Marks re same, other action items. |
| 05/09/12 | P. Marks | C300 | 1.40 | Coordinate with H. Feichko and K. Bourdeau re tasks; evaluate same. |
| 05/10/12 | K. Bourdeau | C300 | 4.00 | Communications with consultant re background information; assemble information and furnish to same; communications with W. Corcoran; communications with P. Marks; review document from consultant; status/strategy conference call with Grace team; follow-up conference with subgroup; conference with P. Marks re status, path forward. |

| | | | | |
|---|---|---|---|---|
| 05/10/12 | P. Marks | C300 | 2.40 | Telephone conference with L. Duff re agenda and strategy and participate in weekly project call; tasks re same. |
| 05/10/12 | J. Lanham | C300 | 0.30 | Document related activities. |
| 05/10/12 | D. Paul | C300 | 0.70 | Save electronic communications and rough transcripts to document management system. |
| 05/11/12 | K. Bourdeau | C300 | 2.00 | E-mail communications with P. Marks re issues to be addressed, path forward; e-mail communications; attend to other e-mail traffic re recent developments; conference re regulatory issues; prepare e-mails to L. Duff and W. Corcoran re same. |
| 05/11/12 | P. Marks | C300 | 0.70 | Evaluate and conference with J. Lanham re tasks; prepare summary re same. |
| 05/11/12 | J. Lanham | C300 | 1.00 | Document related activities. |
| 05/11/12 | E. Wolk | C300 | 1.50 | Monitoring. |
| 05/14/12 | K. Bourdeau | C300 | 0.30 | E-mail communications re document issues. |
| 05/14/12 | P. Marks | C300 | 3.10 | Document research and evidence review tasks for project. |
| 05/15/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re various action items. |
| 05/15/12 | P. Marks | C300 | 2.30 | Project tasks and provide update email to client team re same and suggestions. |
| 05/16/12 | K. Bourdeau | C300 | 1.30 | Review announcement; transmit e-mail to Grace team re same; conference with W. Corcoran re same; review e-mail communications. |
| 05/16/12 | P. Marks | C300 | 1.40 | Project tasks and telephone conference with L. Duff re same. |
| 05/17/12 | K. Bourdeau | C300 | 2.80 | Review developments; review documents in preparation for Grace team call; participate in Grace team call; review letter; e-mail communications re same. |
| 05/17/12 | P. Marks | C300 | 2.90 | Weekly call, review status of all information requests and coordinate with J. Lanham re same and evaluate new correspondence from government; emails and telephone conferences with client re same. |

| | | | | |
|---|---|---|---|---|
| 05/18/12 | K. Bourdeau | C300 | 1.50 | Review materials; evaluate arguments/strategy re same; communications with P. Marks; review P. Marks summary of transcript. |
| 05/18/12 | P. Marks | C300 | 3.30 | Project tasks including letter preparation. |
| 05/18/12 | J. Lanham | C300 | 1.00 | Document related activities. |
| 05/18/12 | E. Wolk | C300 | 0.50 | Monitoring. |
| 05/19/12 | K. Bourdeau | C300 | 1.00 | Conference with P. Marks re action items. |
| 05/19/12 | P. Marks | C300 | 1.30 | Telephone conference with K. Bourdeau re strategy and correspondence, and prepare notes re same. |
| 05/20/12 | K. Bourdeau | C300 | 2.50 | Prepare draft letter; review report and teleconference transcription in connection with same. |
| 05/21/12 | K. Bourdeau | C300 | 2.50 | Further work on draft letter; review report and transcript in connection with same. |
| 05/22/12 | K. Bourdeau | C300 | 2.50 | Work on draft letter; communications with P. Marks re same; review new developments of relevance to Grace; prepare descriptive e-mail to Grace team re same. |
| 05/23/12 | K. Bourdeau | C300 | 1.30 | Review Federal Register notice; prepare and transmit e-mail to client re same; e-mail communications; review revised draft letter. |
| 05/23/12 | P. Marks | C300 | 2.20 | Prepare letter and coordinate with K. Bourdeau re same; telephone conference with L. Duff re tasks and strategy. |
| 05/23/12 | J. Lanham | C300 | 1.00 | Document related activities. |
| 05/24/12 | K. Bourdeau | C300 | 0.50 | Review revised draft letter and provide comments re same to P. Marks; communications with P. Marks re same, path forward on various action items. |
| 05/24/12 | P. Marks | C300 | 1.30 | Prepare letter and send to client team; prepare issue list and agenda for meeting. |
| 05/25/12 | P. Marks | C300 | 0.80 | Review response re information requests and coordinate with client team re same; review input from K. Bourdeau re draft letter. |
| 05/25/12 | E. Wolk | C300 | 0.50 | Monitoring documents. |

| | | | | |
|---|---|---|---|---|
| 05/28/12 | K. Bourdeau | C300 | 0.50 | Review R. Finke revisions to letter and other e-mail communications re letter; review P. Marks outline of agenda for strategy meeting; prepare e-mail to P. Marks re suggestions for same. |
| 05/29/12 | P. Marks | C300 | 1.30 | Prepare for and conduct telephone conference with consultant and J. Lanham re preparation for data research tasks; follow-up analysis with J. Lanham and review information. |
| 05/29/12 | P. Marks | C300 | 2.30 | Prepare correspondence and strategy meeting agenda, detailed evaluation of issues re same. |
| 05/29/12 | J. Lanham | C300 | 3.00 | Document related activities. |
| 05/30/12 | P. Marks | C300 | 1.50 | Telephone conference with consultant and address input from same and client re draft letter; send revisions to team; follow-up communications re same. |
| 05/30/12 | J. Lanham | C300 | 1.50 | Legal research re documents. |
| 05/31/12 | P. Marks | C300 | 2.60 | Document research tasks, telephone conferences re same, client emails and client conference call. |
| 05/31/12 | J. Lanham | C300 | 0.80 | Document related activities. |
| 05/31/12 | D. Paul | C400 | 0.30 | Arrange for court reporter. |
| 05/31/12 | E. Wolk | C300 | 0.50 | Monitoring documents. |

**Total Hours :** **106.00**

**Total Fees :** **$54,860.52**

**Time Summary :**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 44.10 | $657.80 | $29,008.98 |
| P. Marks | 47.20 | $469.20 | $22,146.24 |
| J. Lanham | 8.60 | $303.60 | $2,610.96 |
| D. Paul | 2.60 | $179.40 | $466.44 |
| E. Wolk | 3.50 | $179.40 | $627.90 |

**Total Fees : $54,860.52**

**Total Fees: $54,860.52**

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 104.80 | $54,645.24 |
| C400 | 1.20 | $215.28 |
| | ------- | --------- |
| Total | 106.00 | $54,860.52 |

**Total Fees : 106.00 $54,860.52**

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 002 | Postage | $0.90 |
| 027 | Court Reporter | $7,500.00 |
| E101 | Copying | $31.80 |
| E105 | Telephone | $64.77 |

**Total Disbursements : $7,597.47**

BEVERIDGE & DIAMOND, P.C.

INVOICE # 148750
June 30, 2012
PAGE 7

**TOTAL DUE : $62,457.99**

# EXHIBIT C

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

June 30, 2012
Client/Matter # 01246-011548
Invoice # 148745
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

Curtis Bay FUSRAP Bankruptcy Claim Resolution
100103

| | | | | |
|---|---|---|---|---|
| 05/07/12 | P. Marks | P230 | 0.30 | File review for document per request by P. Bucens. |
| 05/10/12 | P. Marks | P230 | 0.60 | Telephone conference with P. Bucens re correspondence with USACE; complete search re same. |
| 05/25/12 | P. Marks | P230 | 0.20 | Review MDE NPDES correspondence. |

**Total Hours :** **1.10**

**Total Fees :** **$516.12**

BEVERIDGE & DIAMOND, P.C.

INVOICE # 148745
June 30, 2012
PAGE 2

**Time Summary :**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.10 | $469.20 | $516.12 |
| | **Total Fees :** | | **$516.12** |

**Total Fees: $516.12**

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| P300 | | |
| P230 | 1.10 | $516.12 |
| Total P300 | 1.10 | $516.12 |
| **Total Fees :** | **1.10** | **$516.12** |

**Summary by Disbursement Codes :**

**TOTAL DUE : $516.12**

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

June 30, 2012
Client/Matter # 01246-012629
Invoice # 148746
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**
**100035**

| | | | | |
|---|---|---|---|---|
| 05/10/12 | P. Marks | L190 | 0.60 | Billing issues. |
| 05/11/12 | P. Marks | L190 | 0.70 | Billing preparation issues. |

| | |
|---|---|
| **Total Hours :** | **1.30** |
| **Total Fees :** | **$609.96** |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 148746
June 30, 2012
PAGE 2

**Time Summary :**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.30 | $469.20 | $609.96 |

**Total Fees : $609.96**

**Total Fees: $609.96**

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 1.30 | $609.96 |
| | ------- | --------- |
| Total L100 | 1.30 | $609.96 |
| **Total Fees :** | **1.30** | **$609.96** |

**Summary by Disbursement Codes :**

**TOTAL DUE : $609.96**

# EXHIBIT E

## (Trivalent Chromium)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

June 30, 2012
Client/Matter # 01246-014988
Invoice # 148748
Federal ID# 52-1247549

---

For Legal Services Rendered Through 05/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Trivalent Chromium**

| Date | Timekeeper | Task | Hours | Description |
|---|---|---|---|---|
| 05/14/12 | P. Marks | P230 | 0.20 | Telephone conference with L. Duff re tasks. |
| 05/16/12 | P. Marks | P230 | 1.70 | Telephone conference with L. Duff re tasks and evaluate and conduct conference with L. Selba re same; follow-up emails and evaluation. |
| 05/16/12 | L. Selba | P230 | 2.80 | Conference with P. Marks re preparation of petition; tasks re same. |
| 05/17/12 | P. Marks | P230 | 0.80 | Follow-up re information. |
| 05/21/12 | L. Selba | P230 | 4.50 | Prepare petition. |
| 05/23/12 | P. Marks | P230 | 0.20 | Telephone conference with L. Duff re tasks and status. |
| 05/25/12 | P. Marks | P230 | 0.40 | Coordinate with R. Errera re information needs; review same from J. Hain. |
| 05/29/12 | P. Marks | P230 | 0.20 | Coordinate with L. Selba re tasks. |
| 05/29/12 | L. Selba | P230 | 2.00 | Review 1980 Federal Register Notice and supporting documents, and prepare petition re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 148748
June 30, 2012
PAGE 2

| 05/30/12 | L. Selba | P230 | 0.50 | Prepare petition. |
|---|---|---|---|---|

**Total Hours :** **13.30**

**Total Fees :** **$4,166.68**

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 3.50 | $469.20 | $1,642.20 |
| L. Selba | 9.80 | $257.60 | $2,524.48 |

**Total Fees : $4,166.68**

**Total Fees: $4,166.68**

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| P300 | | |
| P230 | 13.30 | $4,166.68 |
| | ------- | --------- |
| Total P300 | 13.30 | $4,166.68 |

| | | |
|---|---|---|
| **Total Fees :** | **13.30** | **$4,166.68** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 004 | Duplicating | $1.20 |

**Total Disbursements : $1.20**

**TOTAL DUE : $4,167.88**

# EXHIBIT F

## (Investigation of VC Processing Facilities)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

June 30, 2012
Client/Matter # 01246-014352
Invoice # 148747
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/12 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 05/17/12 | P. Marks | C300 | 0.30 | Telephone conference with H. Feichko re document task. |
| 05/22/12 | P. Marks | C300 | 2.20 | Document tasks. |
| 05/24/12 | P. Marks | C300 | 1.40 | Telephone conference with H. Feichko re document task; follow-up assessment of documents re same. |
| 05/25/12 | P. Marks | C300 | 1.10 | Organize and conferences with C. Jaworski re document review task; follow-up conference with C. Jaworski re results of his work. |
| 05/25/12 | C. Jaworski | C300 | 1.00 | Meeting with P. Marks re review of documents. |
| 05/25/12 | C. Jaworski | C300 | 5.00 | Review documents. |
| 05/29/12 | P. Marks | C300 | 1.10 | Review and summarize additional documents and tasks, and send client results of additional document screening. |
| 05/30/12 | P. Marks | C300 | 0.20 | Coordinate with H. Feichko and H. Knight re follow-up research. |
| 05/31/12 | P. Marks | C300 | 0.30 | Review research results by H. Knight and send to client. |
| 05/31/12 | H. Knight | C300 | 3.80 | Research case law; correspondence with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 148747
June 30, 2012
PAGE 2

**Total Hours :** **16.40**

**Total Fees :** **$5,796.00**

**Time Summary :**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 6.60 | $469.20 | $3,096.72 |
| H. Knight | 3.80 | $303.60 | $1,153.68 |
| C. Jaworski | 6.00 | $257.60 | $1,545.60 |
| | **Total Fees :** | | **$5,796.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 16.40 | $5,796.00 |
| Total | 16.40 | $5,796.00 |
| **Total Fees :** | **16.40** | **$5,796.00** |

**Summary by Disbursement Codes :**

**TOTAL DUE :** **$5,796.00**