# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

EIGHTIETH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2012 through June 30, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $100,573.94 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $56.90 |

This is a:    ___XX___ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 – 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $2,778.00 | $ 36.85 | $2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 - 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 - 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 - 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | Pending | Pending |
| 12/27/11 | 11/1/11 - 11/30/11 | $ 14,634.50 | $ 56.70 | Pending | Pending |
| 3/26/12 | 12/1/11 - 12/31/11 | $82,764.50 | $ 94.75 | Pending | Pending |
| 3/26/12 | 1/1/12 - 1/31/12 | $151,022.60 | $322.03 | Pending | Pending |
| 5/24/12 | 2/1/12 - 2/29/12 | $102,163.92 | $337.47 | Pending | Pending |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | Pending | Pending |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | Pending | Pending |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $469.20 | 77.50 | $36,363.00 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 33.60 | $22,102.08 |
| Robert Brager | Principal; Joined Firm 1981; Member NY bar since 1980 | $657.80 | 21.60 | $14,208.48 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 1.70 | $304.98 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $303.60 | 36.30 | $11,020.68 |
| Sarah E. Albert | Associate; Joined Firm 2006; Member MD Bar since 2005 | $349.60 | 37.80 | $13,214.88 |
| Thomas P. Kolkin | Summer Associate | $202.40 | 16.60 | $3,359.84 |

Fees:          $100,573.94
Total Hours:       225.10
Blended Rate:    $ 447.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 225.10 | $100,573.94 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $38.40 |
| Postage | | $4.90 |
| Long Distance Telephone | | $13.60 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period June 1, 2012 through June 30, 2012, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $100,573.94 and actual and necessary expenses in the amount of $56.90 for a total allowance of $100,630.84 and payment of $80,459.15 (80% of the allowed fees) and reimbursement of $56.90 (100% of the allowed expenses) be authorized for a total payment of $80,516.05 and for such other and further relief as this Court may deem just and proper.

Dated: October ___/2___, 2012

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 12 day of October, 2012.

_____
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JUNE 1, 2012 THROUGH JUNE 30, 2012

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Horton Iron & Metal)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                      August 15, 2012
Attn: Lydia B. Duff, Esq.              Client/Matter #  01246-015355
7500 Grace Drive                       Invoice # 149388
Columbia, MD  21044                    Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

<u>**Horton Iron & Metal**</u>

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 06/07/12 | R. Brager | L110 | 3.00 | Review materials (Settlement, Order, Proposed ACO, background materials) and conference with P. Marks re same. |
| 06/07/12 | P. Marks | C300 | 1.30 | Review documents and evaluate issues, telephone conference with H. Feichko re same, telephone conferences with L. Duff and R. Brager re same. |
| 06/08/12 | R. Brager | C300 | 4.80 | Conference with P. Marks re settlement issues; outline arguments re same and conference with Grace and P. Marks re same. |
| 06/08/12 | P. Marks | C300 | 4.30 | Pre-meeting with R. Brager, conference with L. Duff, H. Feichko and R. Brager re background, evidence, legal theories and strategies, and follow-up evaluation. |
| 06/09/12 | R. Brager | C300 | 1.50 | Revise and edit strategy memorandum and e-mail P. Marks re same. |
| 06/10/12 | P. Marks | C300 | 0.70 | Tasks related to document research and management. |
| 06/11/12 | R. Brager | C300 | 1.20 | Review bankruptcy materials and e-mail to P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149388
August 15, 2012
PAGE  2

| 06/11/12 | R. Brager | C300 | 1.10 | Review and edit Grace letter to J. Eldridge. |
| 06/11/12 | P. Marks | C300 | 0.40 | Prepare strategy memorandum and correspondence and re same. |
| 06/12/12 | R. Brager | C300 | 0.30 | Exchange e-mails re settlement issues. |
| 06/12/12 | P. Marks | C300 | 1.10 | Complete and send draft strategy memorandum and telephone conference with H. Feichko re strategy and preparation for negotiations, and emails re same. |
| 06/13/12 | R. Brager | C300 | 1.30 | Exchange e-mails re settlement issues; telephone conference with P. Marks and S. Albert re strategy and fact issues. |
| 06/13/12 | P. Marks | C300 | 1.00 | Brief and direct S. Albert and telephone conference with L. Duff and S. Albert re tasks. |
| 06/13/12 | S. Albert | C300 | 4.00 | Preparatory telepone conferences with P. Marks and R. Brager, and meeting with L. Duff and H. Feichko re document review and case issues. |
| 06/14/12 | R. Brager | C300 | 1.00 | Exchange e-mails with H. Feichko re Phillips 66 and review bankruptcy court decision. |
| 06/15/12 | R. Brager | C300 | 1.50 | Review materials, conference with H. Feichko, and conferences with P. Marks and L. Duff. |
| 06/15/12 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko re strategy and follow-up emails re same. |
| 06/15/12 | P. Marks | C300 | 1.30 | Conference with L. Duff re bankruptcy issues and case evaluation, and telephone conference with L. Duff, R. Brager and bankruptcy counsel re same. |
| 06/18/12 | R. Brager | C300 | 1.00 | Conduct research and exchange emails with client. |
| 06/18/12 | P. Marks | C300 | 0.50 | Assess tasks and budget. |
| 06/18/12 | P. Marks | C300 | 0.60 | Assess documents. |
| 06/18/12 | P. Marks | C300 | 0.40 | Telephone conference with S. Albert re research scope. |
| 06/18/12 | S. Albert | C300 | 6.80 | Review of binder materials and notes re analysis of legal issues, and telephone conference with P. Marks re research scope. |
| 06/18/12 | T. Kolkin | C300 | 1.00 | Research. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149388
August 15, 2012
PAGE  3

| | | | | |
|---|---|---|---|---|
| 06/19/12 | R. Brager | C300 | 0.20 | Exchange emails with H. Feichko et al. re strategy issues. |
| 06/19/12 | P. Marks | C300 | 1.00 | Evaluation of issues. |
| 06/19/12 | T. Kolkin | C300 | 2.00 | Research. |
| 06/20/12 | R. Brager | C300 | 0.30 | Meeting with S. Albert re research. |
| 06/20/12 | P. Marks | C300 | 0.50 | Conference with S. Albert re research. |
| 06/20/12 | P. Marks | C300 | 0.30 | Telephone conference with T. Kolkin re research. |
| 06/20/12 | S. Albert | C300 | 0.30 | Meeting with R. Brager re research. |
| 06/20/12 | S. Albert | C300 | 6.70 | Conduct research and meeting with P. Marks re same. |
| 06/20/12 | T. Kolkin | C300 | 3.50 | Research and teleconference with P. Marks re same. |
| 06/21/12 | R. Brager | C300 | 2.20 | Two telephone conferences with Grace, Bankruptcy counsel, and P. Marks and exchange emails with P. Marks re same. |
| 06/21/12 | P. Marks | C300 | 2.80 | Telephone conferences with bankruptcy counsel, R. Brager, and client. |
| 06/21/12 | P. Marks | C300 | 0.30 | Direct S. Albert re research. |
| 06/21/12 | S. Albert | C300 | 0.30 | Confer with P. Marks re legal research. |
| 06/21/12 | S. Albert | C300 | 6.00 | Conduct legal research and summarize research in emails to P. Marks and R. Brager. |
| 06/21/12 | T. Kolkin | C300 | 2.50 | Research and prepare memorandum re legal analysis. |
| 06/22/12 | R. Brager | C300 | 0.30 | Exchange emails re legal issues. |
| 06/22/12 | P. Marks | C300 | 0.60 | Conference with L. Duff, H. Feichko re document review and assessment of issues, and email exchange with R. Brager re same. |
| 06/22/12 | T. Kolkin | C300 | 0.80 | Research and prepare memorandum. |
| 06/25/12 | R. Brager | C300 | 0.40 | Telephone conference with P. Marks and T. Kolkin re research. |
| 06/25/12 | R. Brager | C300 | 1.00 | Review bankruptcy caselaw and telephone conference with Grace re bankruptcy issues. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149388
August 15, 2012
PAGE  4

| 06/25/12 | P. Marks | C300 | 1.70 | Collect and provide background information to R. Brager re preparation for telephone conference and conduct telephone conference with Grace in-house and outside counsel. |
|---|---|---|---|---|
| 06/25/12 | P. Marks | C300 | 0.30 | Conference with S. Albert re document tasks. |
| 06/25/12 | S. Albert | C300 | 8.30 | Review of Grace files and documents provided by L. Duff for relevant documents, and meetings with L. Duff and H. Feichko re same. |
| 06/25/12 | T. Kolkin | C300 | 1.60 | Research and conduct teleconference with R. Brager and P. Marks re same. |
| 06/26/12 | R. Brager | C300 | 0.30 | Review documents from H. Feichko. |
| 06/26/12 | P. Marks | C300 | 0.60 | Document review and evaluate claim issue. |
| 06/26/12 | S. Albert | C300 | 0.50 | Send emails to L. Duff and H. Feichko summarizing categories of documents reviewed, and review emails from H. Feichko re further documentation. |
| 06/26/12 | T. Kolkin | C300 | 1.50 | Research. |
| 06/27/12 | R. Brager | C300 | 0.20 | Exchange emails re legal issues. |
| 06/27/12 | S. Albert | C300 | 1.00 | Preparation of outline of documents reviewed, and provide excerpts from Bankruptcy Code for P. Marks. |
| 06/28/12 | S. Albert | C300 | 3.90 | Preparation of outline of documents reviewed for R. Brager and P. Marks and email re issues for consideration. |
| 06/28/12 | T. Kolkin | C300 | 1.00 | Research and prepare memorandum. |
| 06/29/12 | T. Kolkin | C300 | 2.70 | Research and prepare memorandum. |

Total Hours :            96.20

Total Fees :          $40,261.04

BEVERIDGE & DIAMOND, P.C.

INVOICE # 149388
August 15, 2012
PAGE 5

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 21.60 | $657.80 | $14,208.48 |
| P. Marks | 20.20 | $469.20 | $9,477.84 |
| S. Albert | 37.80 | $349.60 | $13,214.88 |
| T. Kolkin | 16.60 | $202.40 | $3,359.84 |
| **Total Fees :** |  |  | **$40,261.04** |
| **Total Fees:** |  |  | **$40,261.04** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 93.20 | $38,287.64 |
| Total | 93.20 | $38,287.64 |
| L100 |  |  |
| L110 | 3.00 | $1,973.40 |
| Total L100 | 3.00 | $1,973.40 |
| **Total Fees :** | **96.20** | **$40,261.04** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $2.40 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149388
August 15, 2012
PAGE  6

Total Disbursements :                    $2.40

TOTAL DUE :              $40,263.44

# EXHIBIT B

## (IRIS)

## LAW OFFICES
### BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                         July 31, 2012
Attn: Lydia B. Duff, Esq.                                 Client/Matter #  01246-015172
7500 Grace Drive                                          Invoice # 149238
Columbia, MD  21044                                       Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 06/01/12 | K. Bourdeau | C300 | 0.30 | Review e-mail communications re new developments. |
| 06/01/12 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff re tasks; evaluate same. |
| 06/01/12 | J. Lanham | C300 | 0.50 | Document research. |
| 06/04/12 | P. Marks | C300 | 1.70 | Project tasks and preparation of correspondence. |
| 06/04/12 | P. Marks | C300 | 1.00 | Prepare for client strategy meeting. |
| 06/05/12 | K. Bourdeau | C300 | 0.40 | Prepare comments re strategy meeting outline. |
| 06/05/12 | K. Bourdeau | C300 | 0.90 | Communications with P. Marks re various action items, path forward, strategic communications, and review revised draft of letter. |
| 06/05/12 | P. Marks | C300 | 0.50 | Strategy telephone conference with L. Duff and H. Feichko. |
| 06/05/12 | P. Marks | C300 | 0.30 | Communications with K. Bourdeau. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149238
July 31, 2012
PAGE  2

| | | | | |
|---|---|---|---|---|
| 06/05/12 | P. Marks | C300 | 3.90 | Document review, inquiries and coordination with experts in connection with fact-based tasks. |
| 06/06/12 | K. Bourdeau | C300 | 1.00 | Conference with P. Marks. |
| 06/06/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re various action items. |
| 06/06/12 | P. Marks | C300 | 1.60 | Project tasks and multiple telephone conferences re factual/data research with clients. |
| 06/06/12 | P. Marks | C300 | 0.50 | Coordinate with J. Lanham re documents. |
| 06/06/12 | P. Marks | C300 | 1.00 | Conference with K. Bourdeau re strategy meeting preparation. |
| 06/06/12 | J. Lanham | C300 | 1.00 | Document research activities and conference with P. Marks re same. |
| 06/07/12 | K. Bourdeau | C300 | 0.80 | E-mail communications with P. Marks and attend to e-mails re technical issues. |
| 06/07/12 | P. Marks | C300 | 1.10 | Evaluate new publication and email to client re same. |
| 06/07/12 | P. Marks | C300 | 0.20 | Direct J. Lanham re tasks and research. |
| 06/07/12 | P. Marks | C300 | 0.80 | Prepare for and conduct weekly client meeting. |
| 06/07/12 | J. Lanham | C300 | 1.00 | Document research activities and coordinate with P. Marks re same. |
| 06/08/12 | K. Bourdeau | C300 | 0.50 | Review summary of strategy call, and communications with P. Marks re same. |
| 06/08/12 | P. Marks | C300 | 0.90 | Data research tasks and telephone conferences re same. |
| 06/08/12 | J. Lanham | C300 | 0.80 | Document research activities. |
| 06/08/12 | E. Wolk | C300 | 0.30 | Project tasks per P. Marks. |
| 06/10/12 | P. Marks | C300 | 0.40 | Tasks and emails related to data research. |
| 06/12/12 | K. Bourdeau | C300 | 1.50 | Review public participation procedures and prepare e-mail to W.R. Grace re same. |
| 06/13/12 | K. Bourdeau | C300 | 3.00 | Preparation for strategy discussion with Grace team on 6/15, and finalize and transmit e-mail to Grace legal team re same, and extended conference with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 149238
July 31, 2012
PAGE 3

| | | | | |
|---|---|---|---|---|
| 06/13/12 | P. Marks | C300 | 1.90 | Preparation for strategy meeting, including detailed telephone conference with K. Bourdeau and preparation of draft recommendations. |
| 06/13/12 | P. Marks | C300 | 0.30 | Telephone conference wth L. Duff. |
| 06/13/12 | J. Lanham | C300 | 1.90 | Research re FOIA issue. |
| 06/14/12 | K. Bourdeau | C300 | 3.30 | Conference call with P. Marks and consultant in preparation for 6/15 strategy meeting, communications with P. Marks and review summary of Grace team conference call. |
| 06/14/12 | P. Marks | C300 | 1.00 | Tasks re document research and coordinate with J. Lanham re same. |
| 06/14/12 | P. Marks | C300 | 1.20 | Preparation for client meeting and conduct weekly status call. |
| 06/14/12 | P. Marks | C300 | 1.10 | Prepare correspondence. |
| 06/14/12 | J. Lanham | C300 | 6.70 | Research re FOIA, prepare letters, and telephone conference with P. Marks re same. |
| 06/15/12 | K. Bourdeau | C300 | 6.00 | Participate in Grace strategy meeting and follow-up communications re research. |
| 06/15/12 | P. Marks | C300 | 5.80 | Prepare for and conduct conference with L. Duff, R. Finke, H. Feichko and K. Bourdeau re strategy assessment and tasks, and follow-up re same. |
| 06/15/12 | J. Lanham | C300 | 2.00 | Research re documents. |
| 06/15/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 06/18/12 | P. Marks | C300 | 1.30 | Address document research and project tasks. |
| 06/18/12 | J. Lanham | C300 | 4.80 | Document research and prepare agreement to obtain same. |
| 06/19/12 | K. Bourdeau | C300 | 0.40 | Conference with P. Marks and prepare and transmit email to Grace re same. |
| 06/19/12 | K. Bourdeau | C300 | 0.70 | Review developments and email to Grace re same. |
| 06/19/12 | K. Bourdeau | C300 | 0.40 | Review and provide comments on policy proposals. |
| 06/19/12 | P. Marks | C300 | 0.40 | Communications with consultant. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 149238
July 31, 2012
PAGE  4

| | | | | |
|---|---|---|---|---|
| 06/19/12 | P. Marks | C300 | 1.00 | Prepare summary email to client re legal analysis. |
| 06/19/12 | P. Marks | C300 | 0.90 | Coordinate with client and K. Bourdeau re correspondence and draft agreement. |
| 06/19/12 | J. Lanham | C300 | 0.50 | Review draft agreement re documents and prepare email to P. Marks re same. |
| 06/20/12 | K. Bourdeau | C300 | 0.40 | Communications with Grace team. |
| 06/20/12 | K. Bourdeau | C300 | 2.40 | Review and revise draft letter and communications with P. Marks re same. |
| 06/20/12 | P. Marks | C300 | 0.20 | Communications with K. Bourdeau. |
| 06/20/12 | P. Marks | C300 | 1.20 | Prepare correspondence and coordinate with consultant and L. Duff. |
| 06/20/12 | J. Lanham | C300 | 0.50 | Document related activities. |
| 06/21/12 | K. Bourdeau | C300 | 1.00 | Participate in Grace team conference call. |
| 06/21/12 | K. Bourdeau | C300 | 1.20 | Further work on letter and communications with P. Marks and Grace team re same. |
| 06/21/12 | K. Bourdeau | C300 | 0.80 | Preparation for Grace strategy meeting. |
| 06/21/12 | P. Marks | C300 | 1.00 | Prepare for and conduct weekly telephone conference. |
| 06/21/12 | P. Marks | C300 | 0.90 | Discussion with L. Duff and H. Feichko and prepare for meeting with same, coordinate with K. Bourdeau re meetings. |
| 06/21/12 | P. Marks | C300 | 0.20 | Emails with Grace consultant. |
| 06/22/12 | K. Bourdeau | C300 | 4.10 | Preparation for Grace meeting re strategy, path forward and attend Grace meeting re same. |
| 06/22/12 | K. Bourdeau | C300 | 0.20 | Finalize and circulate letter. |
| 06/22/12 | P. Marks | C300 | 0.30 | Review status of document research. |
| 06/22/12 | P. Marks | C300 | 5.10 | Prepare for and attend strategy meeting with Grace team and K. Bourdeau at Grace offices, and follow-up tasks and email re same. |
| 06/22/12 | E. Wolk | C300 | 0.50 | Monitoring. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149238
July 31, 2012
PAGE  5

| | | | | |
|---|---|---|---|---|
| 06/25/12 | K. Bourdeau | C300 | 1.30 | Review comments on letter, conference with P. Marks re same, finalize and trasmit letter and followup communications re same. |
| 06/25/12 | K. Bourdeau | C300 | 0.20 | Communications re status of FOIA requests. |
| 06/25/12 | P. Marks | C300 | 1.00 | Emails and coordination with client re document agreement. |
| 06/25/12 | P. Marks | C300 | 0.60 | Direct J. Lanham re document agreement and document review tasks. |
| 06/25/12 | J. Lanham | C300 | 1.50 | Document related activities and conference with P. Marks re same. |
| 06/25/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 06/26/12 | K. Bourdeau | C300 | 0.50 | Communications re legal issues and available useful data. |
| 06/26/12 | P. Marks | C300 | 0.60 | Follow-up re document research tasks and emails re same. |
| 06/27/12 | K. Bourdeau | C300 | 0.30 | E-mail communications re data request issues. |
| 06/27/12 | P. Marks | C300 | 0.30 | Telephone conference with R. Finke re consultant strategy. |
| 06/27/12 | P. Marks | C300 | 1.10 | Document research tasks and communications with client to complete agreement re same. |
| 06/28/12 | K. Bourdeau | C300 | 1.50 | E-mail communications re expert technical analysis and participate in Grace strategy call. |
| 06/28/12 | P. Marks | C300 | 0.30 | Follow-up email re documents. |
| 06/28/12 | P. Marks | C300 | 0.90 | Participate in bi-weekly call. |
| 06/28/12 | J. Lanham | C300 | 6.80 | Document research telephone conference. |
| 06/28/12 | J. Lanham | C300 | 0.50 | Document review related activities. |
| 06/29/12 | P. Marks | C300 | 0.80 | Conference with J. Lanham re document review. |
| 06/29/12 | P. Marks | C300 | 3.30 | Review documents. |
| 06/29/12 | J. Lanham | C300 | 7.80 | Document review and analysis and conference with P. Marks re same. |
| 06/29/12 | E. Wolk | C300 | 0.30 | Monitoring. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149238
July 31, 2012
PAGE  6

Total Hours :           119.20

Total Fees :          $55,761.66

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149238
July 31, 2012
PAGE  7

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 33.60 | $657.80 | $22,102.08 |
| P. Marks | 47.60 | $469.20 | $22,333.92 |
| J. Lanham | 36.30 | $303.60 | $11,020.68 |
| E. Wolk | 1.70 | $179.40 | $304.98 |
| | | **Total Fees :** | **$55,761.66** |
| | | **Total Fees:** | **$55,761.66** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 119.20 | $55,761.66 |
| | ------- | --------- |
| Total | 119.20 | $55,761.66 |
| **Total Fees :** | **119.20** | **$55,761.66** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $0.60 |
| E105 | Telephone | $13.60 |
| **Total Disbursements :** | | **$14.20** |
| **TOTAL DUE :** | | **$55,775.86** |

# EXHIBIT C

## (Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                    July 31, 2012
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-014988
7500 Grace Drive                                     Invoice # 149237
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

**Trivalent Chromium**

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 06/27/12 | P. Marks | C300 | 4.30 | Prepare petition. |
| 06/28/12 | P. Marks | C300 | 3.40 | Prepare draft petition and review background information re same and task list; prepare transmittal email to L. Duff. |
| 06/29/12 | P. Marks | C300 | 1.50 | Follow-up research into background documents; review same and prepare client emails re same and scheduling. |

Total Hours :                9.20

Total Fees :            $4,316.64

BEVERIDGE & DIAMOND, P.C.

IVOICE #  149237
July 31, 2012
PAGE  2

<u>Time Summary :</u>

|  | Hours<br>Worked | Billed<br>Per Hour | Bill<br>Amount |
|---|---|---|---|
| P. Marks | 9.20 | $469.20 | $4,316.64 |
|  |  | Total Fees : | $4,316.64 |
|  |  | Total Fees: | $4,316.64 |

<u>Summary by Task Codes :</u>

| CODE | Hours | Bill<br>Amount |
|---|---|---|
| C300 | 9.20 | $4,316.64 |
| Total | 9.20 | $4,316.64 |
| Total Fees : | 9.20 | $4,316.64 |

<u>Summary by Disbursement Codes :</u>

|  |  |
|---|---|
| TOTAL DUE : | $4,316.64 |

# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 31, 2012
Client/Matter #  01246-012629
Invoice # 149236
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                              SUITE 700
                              1350 I STREET, N.W.
                              WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

06/28/12   P. Marks      L190        0.50   Billing preparation.


                              Total Hours :              0.50

                              Total Fees :           $234.60

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149236
July 31, 2012
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $469.20 | $234.60 |
|  |  | Total Fees : | $234.60 |
|  |  | Total Fees: | $234.60 |

## Summary by Task Codes :

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L190 |  | 0.50 | $234.60 |
| Total L100 |  | 0.50 | $234.60 |
|  | Total Fees : | 0.50 | $234.60 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $35.40 |
| E108 | Postage | $4.90 |
|  | Total Disbursements : | $40.30 |
|  | TOTAL DUE : | $274.90 |