# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of October 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Maximiliano Benitez** | | | | |
| 10-Oct | 6.5 | Editing fee application services description September 2012 | $ 123.00 | $ 799.50 |
| **Vanina Straniero** | | | | |
| 10-Oct | 1.0 | Reviewing and editing fee application services description September 2012 | $ 123.00 | $ 123.00 |
| | 7.5 | **Total Grace Fee Application Charged Hours** | | $ 922.50 |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 0.5 | $ 537.21 |
| Michael S Coleman | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 1.0 | $ 1,074.42 |
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 1.0 | $ 1,074.42 |
| Brett E Cohen | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 1.0 | $ 1,074.42 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | $ 1,005.84 | 5.5 | $ 5,532.12 |
| Paul W Francis | Audit Director | 12 | Integrated Audit | $ 861.06 | 1.0 | $ 861.06 |
| Brian C Wiegmann | Audit Director | 12 | Integrated Audit | $ 861.06 | 3.0 | $ 2,583.18 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 47.5 | $ 38,608.00 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | $ 778.52 | 0.5 | $ 389.26 |
| Kristin Nicole Derington-Ruiz | Audit Senior Manager | 11 | Integrated Audit | $ 778.51 | 3.5 | $ 2,724.79 |
| Patrick D Young | Audit Senior Manager | 11 | Integrated Audit | $ 778.51 | 2.0 | $ 1,557.02 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 5.0 | $ 3,511.55 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 9.0 | $ 6,320.79 |
| Dwight Grant | Audit Managing Director | 12 | Integrated Audit | $ 648.66 | 1.0 | $ 648.66 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 603.20 | 8.6 | $ 5,187.52 |
| James C Horvath | Audit Manager | 8 | Integrated Audit | $ 571.50 | 1.5 | $ 857.25 |
| Adam D Houston | Audit Senior Manager | 11 | Integrated Audit | $ 490.22 | 46.0 | $ 22,550.12 |
| Maxime Charlebois | Audit Director | 12 | Integrated Audit | $ 474.24 | 3.0 | $ 1,422.72 |
| Amy Andrews | Audit Manager | 8 | Integrated Audit | $ 473.71 | 9.0 | $ 4,263.39 |
| David C Sands | Audit Director | 11 | Integrated Audit | $ 445.77 | 8.0 | $ 3,566.16 |
| Ilanit Shtein | Audit Senior manager | 11 | Integrated Audit | $ 440.69 | 4.5 | $ 1,983.11 |
| Jody B Underhill | Tax Director | 11 | Integrated Audit | $ 426.40 | 64.3 | $ 27,417.52 |
| Kaitlin M Redding | Audit Manager | 7 | Integrated Audit | $ 403.86 | 42.5 | $ 17,164.05 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | $ 358.14 | 120.0 | $ 42,976.80 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 322.58 | 15.0 | $ 4,838.70 |
| Heather Elizabeth Vonk | Tax Manager | 7 | Integrated Audit | $ 322.40 | 7.0 | $ 2,256.80 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | $ 249.60 | 63.0 | $ 15,724.80 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | $ 246.38 | 180.0 | $ 44,348.40 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 219.0 | $ 53,122.83 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | $ 240.03 | 7.0 | $ 1,680.21 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | $ 228.60 | 166.5 | $ 38,061.90 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | $ 184.15 | 115.0 | $ 21,177.25 |
| Colin Patrick Haffey | Audit Experienced Associate | 2 | Integrated Audit | $ 181.61 | 31.5 | $ 5,720.72 |
| William D Struthers | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 3.0 | $ 510.54 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 204.0 | $ 34,716.72 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | $ 166.40 | 29.5 | $ 4,908.80 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | $ 139.70 | 194.5 | $ 27,171.65 |
| Anne McDonnell Rose | Audit Associate | 1 | Integrated Audit | $ 139.70 | 1.0 | $ 139.70 |
| Melissa Ann Mascelli | Audit Associate | 1 | Integrated Audit | $ 139.70 | 4.0 | $ 558.80 |
| Jesse Ryan Lawrence | Audit Associate | 1 | Integrated Audit | $ 139.70 | 16.0 | $ 2,235.20 |
| Daiana Bustamante | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.5 | $ 61.50 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.0 | $ 123.00 |

| Name | Title | | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Adriano Carisimo | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.0 | $ 246.00 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ 123.00 | 8.5 | $ 1,045.50 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.0 | $ 246.00 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.5 | $ 61.50 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 123.00 | 3.0 | $ 369.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.1 | $ 258.30 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.5 | $ 61.50 |
| Santiago Telmo | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.3 | $ 282.90 |
| Karina Lizarraga | Project Specialist | 1 | Integrated Audit | $ 123.00 | 11.0 | $ 1,353.00 |
| Gabriel Garcia Diaz | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.3 | $ 282.90 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 123.00 | 10.8 | $ 1,328.40 |
| Mariana Panelo | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.0 | $ 246.00 |
| Agustin Hernandez | Project Specialist | 1 | Integrated Audit | $ 123.00 | 4.0 | $ 492.00 |
| Emiliano Orlando | Project Specialist | 1 | Integrated Audit | $ 123.00 | 4.0 | $ 492.00 |
| Johanna Alvarez | Project Specialist | 1 | Integrated Audit | $ 123.00 | 8.8 | $ 1,082.40 |
| Rajtilak Bhattacharjee | Project Specialist | 1 | Integrated Audit | $ 114.32 | 0.3 | $ 34.30 |
| Dipanwita Bhattacharya | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Arnab Das | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.7 | $ 80.01 |
| Sanjukta Sasmal | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.5 | $ 57.15 |
| Sanjit Das | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.5 | $ 57.15 |
| Salome Toppo | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.7 | $ 80.01 |
| Shahzeb Ahmed | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.7 | $ 80.01 |
| Mainak1 Ghosh | Project Specialist | 1 | Integrated Audit | $ 114.29 | 0.2 | $ 22.86 |
| Rajni Sharma | Project Specialist | 1 | Integrated Audit | $ 114.29 | 0.2 | $ 22.86 |
| Niladri S Patra | Project Specialist | 1 | Integrated Audit | $ 114.29 | 0.2 | $ 22.86 |
| Nilay Sasmal | Project Specialist | 1 | Integrated Audit | $ 114.29 | 0.2 | $ 22.86 |
| Satyajit Das | Project Specialist | 1 | Integrated Audit | $ 114.29 | 0.2 | $ 22.86 |
| Basab Nanda | Project Specialist | 1 | Integrated Audit | $ 114.28 | 0.3 | $ 34.28 |
| | | | | **Total** | 1,715.2 | $ 459,661.94 |