# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended October 2012**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **Adam D Houston** | | | | | | |
| | 3-Oct | $ 69.73 | | | | Hertz rental car for 1 day for travel to the client site |
| | 12-Oct | $ 71.64 | | | | Hertz rental car for 1 day for travel to the client site |
| | 16-Oct | $ 66.39 | | | | Hertz rental car for 1 day for travel to the client site |
| | 19-Oct | $ 49.85 | | | | Hertz rental car for 1 day for travel to the client site |
| **Adam Wilkinson** | | | | | | |
| | 15-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 16-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 17-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 18-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 19-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 22-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 23-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 24-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 25-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 26-Oct | $ 33.30 | | | | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 28-Oct | | | $ 93.28 | | Steel toed boots for the inventory count at Grace site in Lake Charles. |
| **Colin Patrick Haffey** | | | | | | |
| | 8-Oct | $ 122.00 | | | | Amtrak from New York, New York to Columbia, Maryland |
| | 10-Oct | | $ 338.30 | | | Lodging for two nights at the SpringHill Suites in Columbia, Maryland (rate of $169.15 per night) |
| | 10-Oct | | $ 43.98 | | | Taxes on two nights at SpringHill Suites in Columbie, Maryland ($21.99 per night) |
| | 10-Oct | | | | $ 20.00 | Dinner for 1 (Pat Haffey - PwC) during travel to client site in Columbia, Maryland |
| | 10-Oct | $ 162.00 | | | | Amtrak from Columbia, Maryland to New York, New York |
| | 10-Oct | $ 12.00 | | | | Taxi from Amtrak station due to travel to client site in Columbia, Maryland |
| **David C Sands** | | | | | | |
| | 15-Oct | $ 38.85 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.555 = $38.85 |
| **Drew Levy** | | | | | | |
| | 2-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 3-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 4-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 5-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 8-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 9-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 10-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 10-Oct | $ 490.64 | | | | Roundtrip coach airfare to Chicago, IL for travel to Grace site in Chicago (65th street) for physical inventory observation. |
| | 10-Oct | | | | $ 23.62 | Travel dinner for myself during travel to Grace plant in Chicago, IL for physical inventory observation. |
| | 11-Oct | | | | $ 20.95 | Travel dinner for myself during travel to Grace plant in Chicago, IL for physical inventory observation. |
| | 11-Oct | | $ 396.74 | | | Nightly rate @198.37 per night for 2 nights at Hilton Garden Inn during travel to Grace in Chicago, IL for physical inventory observation. |
| | 11-Oct | | $ 57.80 | | | Hotel Taxes @28.90 per night for 2 nights at Hilton Garden Inn during travel to Grace in Chicago, IL for physical inventory observation. |
| | 11-Oct | $ 118.67 | | | | Expense for Hertz rental car for 2 days during travel to Grace site in Chicago, IL for physical inventory observation |
| | 11-Oct | $ 36.00 | | | | Parking at BWI airport for 2 days during travel to Grace plant in Chicago, IL for physical inventory observation. |
| | 15-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 16-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 17-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 18-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 19-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 22-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 23-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 24-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 25-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 26-Oct | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| **Elizabeth Sama** | | | | | | |
| | 10-Oct | $ 27.75 | | | | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess * .555 = 27.75). |
| | 10-Oct | | $ 180.00 | | | Marriott Residence Inn hotel for 2 nights in Boca Raton, FL (rate of $90 per night for 2 nights) |
| | 10-Oct | | $ 32.92 | | | Marriott Residence Inn hotel for 2 nights in Boca Raton, FL (tax $16.46 per night, for 2 nights) |
| | 10-Oct | $ 4.00 | | | | SunPass tolls for all three days |
| | 12-Oct | $ 27.75 | | | | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess * .555 = 27.75). |
| **Eric Meyer** | | | | | | |
| | 10-Oct | $ 55.50 | | | | Roundtrip (100 miles) From Miami to Client (50 miles each way less 0 miles regular office commute= 100 miles in total) |
| | 10-Oct | $ 4.00 | | | | SunPass tolls (Fluctuate depending on traffic) |
| | 11-Oct | $ 55.50 | | | | Roundtrip (100 miles) From Miami to Client (50 miles each way less 0 miles regular office commute= 100 miles in total) |
| | 11-Oct | $ 5.00 | | | | SunPass tolls (Fluctuate depending on traffic) |
| | 12-Oct | $ 55.50 | | | | Roundtrip (100 miles) From Miami to Client (50 miles each way less 0 miles regular office commute= 100 miles in total) |
| | 12-Oct | $ 3.50 | | | | SunPass tolls (Fluctuate depending on traffic) |

| Name | Date | Amount | Amount | Description |
|---|---|---|---|---|
| | 12-Oct | | $ 22.82 | Breakfast for E.Meyers, E.Sama, J.Underhill (all PwC) |
| **Ian Matthew Thomas** | | | | |
| | 18-Sep | $ 488.10 | | Roundtrip coach flight to Chattanooga, TN from Baltimore, MD for travel to client site in Chattanooga, TN. |
| | 26-Sep | | $ 79.49 | Client-required steel-toed boots bought for use during client inventory observations. |
| | 29-Sep | $ 131.12 | | Hilton Garden Inn hotel for 1 night in Chattanooga, TN. |
| | 29-Sep | $ 22.61 | | Taxes on Hilton Garden Inn hotel for 1 night in Chattanooga, TN. |
| | 29-Sep | | $ 10.49 | Dinner for 1 (I. Thomas - PwC) during travel from client site in Chattanooga, TN to Baltimore, MD. |
| | 29-Sep | $ 24.00 | | Parking at Baltimore Washington International Airport for 2 days during travel to Chattanooga, TN. |
| | 12-Oct | $ 487.10 | | Roundtrip coach flight to Nashville, TN from Baltimore, MD for travel to client site in Mt. Pleasant, TN. |
| | 12-Oct | | $ 51.41 | Dinner for 2 (I. Thomas - PwC, Sara Balthazor - PwC) during travel from client site in Nashville, TN to Baltimore, MD. |
| | 13-Oct | $ 109.00 | | Aloft hotel for 1 night in Mt. Pleasant, TN (rate of $109 per night) |
| | 13-Oct | $ 18.80 | | Taxes on Aloft hotel for 1 night in Mt. Pleasant, TN |
| | 13-Oct | $ 24.00 | | Parking at Baltimore Washington International Airport for 2 days during travel to Mt. Pleasant, TN. |
| | 25-Oct | | $ 173.12 | Overtime dinner for 6 (Ian Thomas - PwC, Drew Levy - PwC, Sara Balthazor - PwC, Adam Wilkinson - PwC, Alexandra Schmidt - PwC, and Kathleen Bradley - PwC). |
| **Jesse Ryan Lawrence** | | | | |
| | 11-Oct | $ 14.44 | | Mileage in excess of daily commute (32 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 26 miles every day excess * .555 = 14.44). |
| | 12-Oct | $ 14.44 | | Mileage in excess of daily commute (32 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 26 miles every day excess * .555 = 14.44). |
| **Jody B. Underhill** | | | | |
| | 10-Oct | $ 254.79 | | Roundtrip coach airline travel to WR Grace in Boca Raton, FL from Tampa, FL to work on tax provision matters. |
| | 11-Oct | $ 164.50 | | Hertiz rental car for 3 days while traveling on client business |
| | 12-Oct | $ 60.00 | | 3 days of parking at Tampa airport while traveling out of town on client business |
| | 12-Oct | $ 12.35 | | Tolls while in Boca Raton, FL |
| | 11-Oct | | $ 24.50 | Dinner for myself while traveling out of town on client business |
| | 10-Oct | | $ 95.69 | Dinner meeting with D.Teichen (Grace) and myself and discuss tax provision history of WR Grace and other tax related matters as new Tax Director for Grace |
| | 12-Oct | | $ 24.50 | Dinner for myself while traveling out of town on client business |
| | 12-Oct | $ 318.00 | | Marriott hotel for 3 nights stay while traveling to client site for tax provision (rate of $106 per night) |
| | 12-Oct | $ 34.98 | | Taxes on above 3 night stay ($11.66 per night) |
| | 11-Oct | | $ 12.00 | Breakfast for myself while traveling out of town on client business |
| | 12-Oct | | $ 11.00 | Breakfast for myself while traveling out of town on client business |
| | 12-Oct | $ 18.00 | | Hotel, airport, valet and other tipping while traveling for 3 days |
| **Kaitlin Redding** | | | | |
| | 8-Oct | $ 106.00 | | Amtrak train trip to client site in Columbia, MD |
| | 8-Oct | $ 166.00 | | Amtrak train trip from client site in Columbia, MD |
| | 8-Oct | | $ 66.06 | Dinner for 2 (K. Redding - PwC and P. Haffey - PwC) due to travel to client site in Columbia, MD |
| | 8-Oct | | $ 4.98 | Breakfast for 1 (K.Redding-PwC) during travel to client site in Columbia, MD |
| | 9-Oct | | $ 46.29 | Dinner for 2 (K. Redding - PwC and P. Haffey - PwC) due to travel to client site in Columbia, MD |
| | 10-Oct | $ 182.54 | | Hertz rental car charge for 3 days in Columbia, MD |
| | 10-Oct | $ 321.30 | | SpringHill Suites Hotel for 2 nights in Columbia, MD (rate of $160.65 for 2 nights) |
| | 10-Oct | $ 41.78 | | Taxes on Springhill Suites Hotel for 2 nights |
| **Pavel Katsiak** | | | | |
| | 20-Aug | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 21-Aug | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 22-Aug | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 23-Aug | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 24-Aug | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 10-Sep | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 11-Sep | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 12-Sep | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 13-Sep | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 14-Sep | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 17-Sep | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 18-Sep | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 19-Sep | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 20-Sep | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 8-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 9-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 10-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 11-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 12-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 22-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 23-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 24-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 25-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 26-Oct | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 3-Nov | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 4-Nov | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 5-Nov | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 6-Nov | $ 29.97 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| **Ryan Boyle** | | | | |
| | 27-Aug | $ 33.00 | | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 28-Aug | $ 33.00 | | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |

|  | Date | Amount | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|
|  | 29-Aug | $ 33.00 |  |  |  | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
|  | 3-Sep | $ 33.00 |  |  |  | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
|  | 4-Sep | $ 33.00 |  |  |  | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
|  | 5-Sep | $ 33.00 |  |  |  | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
|  | 6-Sep | $ 33.00 |  |  |  | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
|  | 10-Sep | $ 33.00 |  |  |  | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
|  | 11-Sep | $ 33.00 |  |  |  | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
|  | 12-Sep | $ 33.00 |  |  |  | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
|  | 13-Sep | $ 33.00 |  |  |  | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| **Sara L Balthazor** |  |  |  |  |  |  |
|  | 11-Oct | $ 428.10 |  |  |  | Roundtrip coach flight to Nashville, TN from Baltimore, MD for travel to client site in Mount Pleasant, TN |
|  | 12-Oct | $ 51.94 |  |  |  | Avis rental car charge for 2 days in Mount Pleasant, TN |
|  | 12-Oct |  |  | $ 9.57 |  | Breakfast for 2 (S. Balthazor-PwC, I. Thomas-PwC) during travel to client site in Mount Pleasant, TN |
|  | 12-Oct | $ 16.72 |  |  |  | Fuel for rental car for 2 days in Mount Pleasant, TN |
|  | 12-Oct |  | $ 109.00 |  |  | Aloft hotel for 1 night in Franklin, TN (rate of $109 per night for 1 night) |
|  | 12-Oct |  | $ 18.80 |  |  | Taxes on Aloft hotel room for 1 nights in Franklin, TN |
|  | 11-Oct |  |  |  | $ 39.00 | Dinner for 2 (S.Balthazor - PwC, I. Thomas-PwC) due to travel to client site in Mount Pleasant, TN |
|  | 12-Oct | $ 24.00 |  |  |  | Parking at Baltimore International Airport for 2 days due to travel to Mount Pleasant, TN |
|  | 11-Oct | $ 9.44 |  |  |  | Mileage from client site in Columbia, MD, to Baltimore International Airport (17 miles * .555 = 9.44) due to travel to client site in Mount Pleasant, TN |
| **Tom Smith** |  |  |  |  |  |  |
|  | 12-Oct |  |  | $ 38.86 |  | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
|  | 10-Oct |  |  | $ 38.86 |  | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
|  | 9-Oct |  |  |  | $ 21.95 | Lunch for two (A.Houston & T.Smith, both PwC) to discuss WR Grace client work |
|  | 3-Oct |  |  | $ 38.86 |  | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
|  | $ 9,077.72 | $ 5,917.29 | $ 2,175.13 | $ 307.35 | $ 677.95 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended October 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Adam D Houston** | | | | |
| | 3-Oct | Audit Senior Manager | $ 69.73 | Hertz rental car for 1 day for travel to the client site |
| | 12-Oct | Audit Senior Manager | $ 71.64 | Hertz rental car for 1 day for travel to the client site |
| | 16-Oct | Audit Senior Manager | $ 66.39 | Hertz rental car for 1 day for travel to the client site |
| | 19-Oct | Audit Senior Manager | $ 49.85 | Hertz rental car for 1 day for travel to the client site |
| **Adam Wilkinson** | | | | |
| | 15-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 16-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 17-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 18-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 19-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 22-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 23-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 24-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 25-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 26-Oct | Audit Experienced Associate | $ 33.30 | Mileage in excess of daily commute (76 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 60 miles every day excess * .555 = $33.30). |
| | 28-Oct | Audit Experienced Associate | $ 93.28 | Steel toed boots for the inventory count at Grace site in Lake Charles. |
| **Colin Patrick Haffey** | | | | |
| | 8-Oct | Audit Experienced Associate | $ 122.00 | Amtrak from New York, New York to Columbia, Maryland |
| | 10-Oct | Audit Experienced Associate | $ 338.30 | Lodging for two nights at the SpringHill Suites in Columbia, Maryland (rate of $169.15 per night) |
| | 10-Oct | Audit Experienced Associate | $ 43.98 | Taxes on two nights at SpringHill Suites in Columbie, Maryland ($21.99 per night) |
| | 10-Oct | Audit Experienced Associate | $ 20.00 | Dinner for 1 (Pat Haffey - PwC) during travel to client site in Columbia, Maryland |
| | 10-Oct | Audit Experienced Associate | $ 162.00 | Amtrak from Columbia, Maryland to New York, New York |
| | 10-Oct | Audit Experienced Associate | $ 12.00 | Taxi from Amtrak station due to travel to client site in Columbia, Maryland |
| **David C Sands** | | | | |
| | 15-Oct | Audit Director | $ 38.85 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.555 = $38.85 |
| **Drew Levy** | | | | |
| | 2-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 3-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 4-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 5-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 8-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 9-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 10-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 10-Oct | Audit Experienced Associate | $ 490.64 | Roundtrip coach airfare to Chicago, IL for travel to Grace site in Chicago (65th street) for physical inventory observation. |
| | 10-Oct | Audit Experienced Associate | $ 23.62 | Travel dinner for myself during travel to Grace plant in Chicago, IL for physical inventory observation. |
| | 11-Oct | Audit Experienced Associate | $ 20.95 | Travel dinner for myself during travel to Grace in Chicago, IL for physical inventory observation. |
| | 11-Oct | Audit Experienced Associate | $ 396.74 | Nightly rate @198.37 per night for 2 nights at Hilton Garden Inn during travel to Grace in Chicago, IL for physical inventory observation. |
| | 11-Oct | Audit Experienced Associate | $ 57.80 | Hotel Taxes @28.90 per night for 2 nights at Hilton Garden Inn during travel to Grace in Chicago, IL for physical inventory observation. |
| | 11-Oct | Audit Experienced Associate | $ 118.67 | Expense for Hertz rental car for 2 days during travel to Grace site in Chicago, IL for physical inventory observation |
| | 11-Oct | Audit Experienced Associate | $ 36.00 | Parking at BWI airport for 2 days during travel to Grace plant in Chicago, IL for physical inventory observation. |
| | 15-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 16-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 17-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 18-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 19-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 22-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 23-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 24-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 25-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 26-Oct | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| **Elizabeth Sama** | | | | |
| | 10-Oct | Tax Senior Associate | $ 27.75 | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess * .555 = 27.75). |
| | 10-Oct | Tax Senior Associate | $ 180.00 | Marriott Residence Inn hotel for 2 nights in Boca Raton, FL (rate of $90 per night for 2 nights) |
| | 10-Oct | Tax Senior Associate | $ 32.92 | Marriott Residence Inn hotel for 2 nights in Boca Raton, FL (tax $16.46 per night, for 2 nights) |
| | 10-Oct | Tax Senior Associate | $ 4.00 | SunPass tolls for all three days |
| | 12-Oct | Tax Senior Associate | $ 27.75 | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess * .555 = 27.75). |
| **Eric Meyer** | | | | |
| | 10-Oct | Tax Experienced Associate | $ 55.50 | Roundtrip (100 miles) From Miami to Client (50 miles each way less 0 miles regular office commute= 100 miles in total) |
| | 10-Oct | Tax Experienced Associate | $ 4.00 | SunPass tolls (Fluctuate depending on traffic) |
| | 11-Oct | Tax Experienced Associate | $ 55.50 | Roundtrip (100 miles) From Miami to Client (50 miles each way less 0 miles regular office commute= 100 miles in total) |

| | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 11-Oct | Tax Experienced Associate | $ 5.00 | SunPass tolls (Fluctuate depending on traffic) |
| | 12-Oct | Tax Experienced Associate | $ 55.50 | Roundtrip (100 miles) From Miami to Client (50 miles each way less 0 miles regular office commute= 100 miles in total) |
| | 12-Oct | Tax Experienced Associate | $ 3.50 | SunPass tolls (Fluctuate depending on traffic) |
| | 12-Oct | Tax Experienced Associate | $ 22.82 | Breakfast for E.Meyers, E.Sama, J.Underhill (all PwC) |
| **Ian Matthew Thomas** | | | | |
| | 18-Sep | Audit Associate | $ 488.10 | Roundtrip coach flight to Chattanooga, TN from Baltimore, MD for travel to client site in Chattanooga, TN. |
| | 26-Sep | Audit Associate | $ 79.49 | Client-required steel-toed boots bought for use during client inventory observations. |
| | 12-Oct | Audit Associate | $ 487.10 | Roundtrip coach flight to Nashville, TN from Baltimore, MD for travel to client site in Mt. Pleasant, TN. |
| | 29-Sep | Audit Associate | $ 131.12 | Hilton Garden Inn hotel for 1 night in Chattanooga, TN. |
| | 29-Sep | Audit Associate | $ 22.61 | Taxes on Hilton Garden Inn hotel for 1 night in Chattanooga, TN. |
| | 29-Sep | Audit Associate | $ 10.49 | Dinner for 1 (I. Thomas - PwC) during travel from client site in Chattanooga, TN to Baltimore, MD. |
| | 29-Sep | Audit Associate | $ 24.00 | Parking at Baltimore Washington International Airport for 2 days during travel to Chattanooga, TN. |
| | 12-Oct | Audit Associate | $ 51.41 | Dinner for 2 (I. Thomas - PwC, Sara Balthazor - PwC) during travel from client site in Nashville, TN to Baltimore, MD. |
| | 13-Oct | Audit Associate | $ 109.00 | Aloft hotel for 1 night in Mt. Pleasant, TN (rate of $109 per night) |
| | 13-Oct | Audit Associate | $ 18.80 | Taxes on Aloft hotel for 1 night in Mt. Pleasant, TN |
| | 13-Oct | Audit Associate | $ 24.00 | Parking at Baltimore Washington International Airport for 2 days during travel to Mt. Pleasant, TN. |
| | 25-Oct | Audit Associate | $ 173.12 | Overtime dinner for 6 (Ian Thomas - PwC, Drew Levy - PwC, Sara Balthazor - PwC, Adam Wilkinson - PwC, Alexandra Schmidt - PwC, and Kathleen Bradley - PwC). |
| **Jesse Ryan Lawrence** | | | | |
| | 11-Oct | Audit Associate | $ 14.44 | Mileage in excess of daily commute (32 miles roundtrip to client - 6 miles roundtrip normal commute to the office =  26 miles every day excess * .555 = 14.44). |
| | 12-Oct | Audit Associate | $ 14.44 | Mileage in excess of daily commute (32 miles roundtrip to client - 6 miles roundtrip normal commute to the office =  26 miles every day excess * .555 = 14.44). |
| **Jody B. Underhill** | | | | |
| | 10-Oct | Tax Director | $ 254.79 | Roundtrip coach airline travel to WR Grace in Boca Raton, FL from Tampa, FL to work on tax provision matters. |
| | 11-Oct | Tax Director | $ 164.50 | Hertiz rental car for 3 days while traveling on client business |
| | 12-Oct | Tax Director | $ 60.00 | 3 days of parking at Tampa airport while traveling out of town on client business |
| | 12-Oct | Tax Director | $ 12.35 | Tolls while in Boca Raton, FL |
| | 11-Oct | Tax Director | $ 24.50 | Dinner for myself while traveling out of town on client business |
| | 10-Oct | Tax Director | $ 95.69 | Dinner meeting with D.Teichen (Grace) and myself and discuss tax provision history of WR Grace and other tax related matters as new Tax Director for Grace |
| | 12-Oct | Tax Director | $ 24.50 | Dinner for myself while traveling out of town on client business |
| | 12-Oct | Tax Director | $ 318.00 | Marriott hotel for 3 nights stay while traveling to client site for tax provision (rate of $106 per night) |
| | 12-Oct | Tax Director | $ 34.98 | Taxes on above 3 night stay ($11.66 per night) |
| | 11-Oct | Tax Director | $ 12.00 | Breakfast for myself while traveling out of town on client business |
| | 12-Oct | Tax Director | $ 11.00 | Breakfast for myself while traveling out of town on client business |
| | 12-Oct | Tax Director | $ 18.00 | Hotel, airport, valet and other tipping while traveling for 3 days |
| **Kaitlin Redding** | | | | |
| | 8-Oct | Audit Manager | $ 106.00 | Amtrak train trip to client site in Columbia, MD |
| | 8-Oct | Audit Manager | $ 166.00 | Amtrak train trip from client site in Columbia, MD |
| | 8-Oct | Audit Manager | $ 66.06 | Dinner for 2 (K. Redding - PwC and P. Haffey - PwC) due to travel to client site in Columbia, MD |
| | 8-Oct | Audit Manager | $ 4.98 | Breakfast for 1 (K.Redding-PwC) during travel client site in Columbia, MD |
| | 9-Oct | Audit Manager | $ 46.29 | Dinner for 2 (K. Redding - PwC and P. Haffey - PwC) due to travel to client site in Columbia, MD |
| | 10-Oct | Audit Manager | $ 182.54 | Hertz rental car charge for 3 days in Columbia, MD |
| | 10-Oct | Audit Manager | $ 321.30 | SpringHill Suites Hotel for 2 nights in Columbia, MD (rate of $160.65 for 2 nights) |
| | 10-Oct | Audit Manager | $ 41.78 | Taxes on Springhill Suites Hotel for 2 nights |
| **Pavel Katsiak** | | | | |
| | 20-Aug | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 21-Aug | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 22-Aug | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 23-Aug | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 24-Aug | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 10-Sep | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 11-Sep | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 12-Sep | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 13-Sep | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 14-Sep | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 17-Sep | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 18-Sep | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 19-Sep | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 20-Sep | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 8-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 9-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 10-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 11-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 12-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 22-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 23-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 24-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 25-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 26-Oct | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 3-Nov | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 4-Nov | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from  Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 5-Nov | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 6-Nov | Audit Manager | $ 29.97 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| **Ryan Boyle** | | | | |
| | 27-Aug | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 28-Aug | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 29-Aug | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 3-Sep | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 4-Sep | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 5-Sep | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 6-Sep | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 10-Sep | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 11-Sep | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 12-Sep | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 13-Sep | Audit Senior Associate | $ 33.00 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| **Sara L Balthazor** | | | | |
| | 11-Oct | Audit Senior Associate | $ 428.10 | Roundtrip coach flight to Nashville, TN from Baltimore, MD for travel to client site in Mount Pleasant, TN |
| | 12-Oct | Audit Senior Associate | $ 51.94 | Avis rental car charge for 2 days in Mount Pleasant, TN |
| | 12-Oct | Audit Senior Associate | $ 9.57 | Breakfast for 2 (S. Balthazor-PwC, I. Thomas-PwC) during travel to client site in Mount Pleasant, TN |
| | 12-Oct | Audit Senior Associate | $ 16.72 | Fuel for rental car for 2 days in Mount Pleasant, TN |
| | 12-Oct | Audit Senior Associate | $ 109.00 | Aloft hotel for 1 night in Franklin, TN (rate of $109 per night for 1 night) |
| | 12-Oct | Audit Senior Associate | $ 18.80 | Taxes on Aloft hotel room for 1 nights in Franklin, TN |
| | 11-Oct | Audit Senior Associate | $ 39.00 | Dinner for 2 (S.Balthazor - PwC, I. Thomas-PwC) due to travel to client site in Mount Pleasant, TN |
| | 12-Oct | Audit Senior Associate | $ 24.00 | Parking at Baltimore International Airport for 2 days due to travel to Mount Pleasant, TN |
| | 11-Oct | Audit Senior Associate | $ 9.44 | Mileage from client site in Columbia, MD, to Baltimore International Airport (17 miles * .555 = 9.44) due to travel to client site in Mount Pleasant, TN |
| **Tom Smith** | | | | |
| | 12-Oct | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 10-Oct | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 9-Oct | Audit Partner | $ 21.95 | Lunch for two (A.Houston & T.Smith, both PwC) to discuss WR Grace client work |
| | 3-Oct | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |

**Total**
$ 9,077.72