# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **27th** day **November, 2012**, a copy of the foregoing *One Hundred and Eighteenth Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2012* was served on the attached 2002 list by first class mail.

| | |
|---|---|
| W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044<br>Attn: David B. Siegel, Senior Vice President and General Counsel<br>VIA U.S. MAIL/E-MAIL IN PDF FORMAT TO<br>william.sparks@grace.com | Carol Hennessey, Esq.<br>Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606<br>VIA E-MAIL IN PDF FORMAT TO<br>douglas.bacon@lw.com and<br>carol.hennessey@lw.com |
| Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones, P.C.<br>919 North Market Street, Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>VIA E-MAIL IN PDF FORMAT TO<br>ljones@pszjlaw.com | Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>VIA E-MAIL IN PDF FORMAT TO<br>ttacconelli@ferryjoseph.com |
| Neil Glassman, Esq.<br>Kathryn Sallie, Esq.<br>Bayard<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>VIA E-MAIL IN PDF FORMAT TO<br>nglassman@bayardlaw.com | Mark Hurford, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street<br>Suite 300<br>Wilmington, DE 19801<br>VIA E-MAIL IN PDF FORMAT TO<br>mhurford@camlev.com |
| Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>VIA E-MAIL IN PDF FORMAT TO<br>mlastowski@duanemorris.com | Teresa K.D. Currier, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Wilmington DE 19801<br>VIA E-MAIL IN PDF FORMAT TO<br>tcurrier@saul.com. |

Douglas Bacon Esq.

02411:PLDG:10189986.WPD

James Kapp, Esquire
Deanna Boll, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
VIA E-MAIL IN PDF FORMAT TO
dboll@kirkland.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
VIA E-MAIL IN PDF FORMAT TO
akrieger@stroock.com
rserrette@stroock.com

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
VIA E-MAIL IN PDF FORMAT TO
jsakalo@bilzin.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
VIA E-MAIL IN PDF FORMAT TO
pvnl@capdale.com

Janet S. Baer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
VIA E-MAIL IN PDF FORMAT TO
Email: jbaer@bhflaw.net

Philip Bentley, Esq.
Kramer, Levin, Naftalis &
Frankel, LLP
919 Third Avenue
New York, NY 10022
VIA E-MAIL IN PDF FORMAT TO
pbentley@kramerlevin.com

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 North Saint Paul Street
Dallas, TX 75201
VIA U.S. MAIL/E-MAIL IN AN
ELECTRONIC FORMAT TO
feeaudit@whsmithlaw.com

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
VIA U.S. MAIL

Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F. Street NE
Washington, DC 20549
VIA FIRST CLASS MAIL


/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)

02411:PLDG:10189986.WPD