# **EXHIBIT A**

# **To Quarterly Application**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: September 24, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

**TWENTY-NINTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | July 1, 2012, through July 31, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | $   7,056.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $      450.95 |

This is Applicant's Twenty-Ninth Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed 8/31/2012
Dkt. No. 29539

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

**Fee Detail by Professional for the Period of July 1, 2012, through July 31, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 11.40 | $ 4,560.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 4.50 | $ 877.50 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 8.10 | $ 1,579.50 |
| Gabrielle Palagruto | Paralegal- since 2008 | $ 195.00 | 0.20 | $ 39.00 |
| **Grand Total** | | | **24.20** | **$ 7,056.00** |
| Blended Rate | | | | $ 291.57 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of July 1, 2012, through July 31, 2012**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 7.10 | $ 2,799.00 |
| 11 - Fee Applications, Applicant | 6.70 | $ 1,634.50 |
| 12 - Fee Applications, Others | 10.10 | $ 2,564.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.30 | 58.50 |
| **TOTAL** | **24.20** | **$ 7,056.00** |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

**Monthly Expense Summary for the Period July 1, 2012, through July 31, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | $ 10.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house  (81 x .10) | $ 8.10 |
| Postage | First Class Mail | 0.00 |
| Outside Copy & Serve | Blue Marble Logistics, LLC | $ 432.85 |
| **TOTAL** | | **$ 450.95** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for July 1, 2012, through July 31, 2012, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before September 24, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[4] Applicant's Invoice for July 1, 2012, through July 31, 2012, is attached hereto as **Exhibit A.**

Page | 5

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period July 1, 2012, through July 31, 2012, an allowance be made to The Hogan Firm for compensation in the amount of $7,056.00 and actual and necessary expenses in the amount of $450.95 for a total allowance of $7,506.95; Actual Interim Payment of $5,644.80 (80% of the allowed fees) and reimbursement of $450.95 (100% of the allowed expenses) be authorized for a total payment of $6,095.75; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: August 31, 2012                                              Respectfully submitted,

                                                                                  By:     */s/ Daniel K. Hogan*
                                                                                          Daniel K. Hogan (DE Bar No. 2814)
                                                                                          THE HOGAN FIRM
                                                                                         1311 Delaware Avenue
                                                                                         Wilmington, Delaware 19806
                                                                                         Telephone: 302.656.7540
                                                                                         Facsimile: 302.656.7599
                                                                                        Email: dkhogan@dkhogan.com

                                                                                        **Counsel to Representative Counsel**
                                                                                        **for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 8/3/2012  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 20410

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/2012 | DKH | Reviewed Notice of Agenda for hearing set for July 16, 2012. | 0.30 | 400.00 | 120.00 |
| 07/04/2012 | LNC | E-mail correspondence with Bridget Scott re: transmission of the signed certification from David Thompson. | 0.10 | 195.00 | 19.50 |
| 07/04/2012 | DKH | E-mail correspondence with Bridget Scott transmitting David Thompson's signed Certification; reviewed same. | 0.20 | 400.00 | 80.00 |
| 07/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Seventh) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2012 to May 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 07/05/2012 | LNC | E-mail correspondence with 'dispatch@bluemarblelog.com' transmitting the 27th Monthly Fee Applications for hand delivery to the US Trustee. | 0.10 | 195.00 | 19.50 |
| 07/05/2012 | LNC | E-mail correspondence with the Fee Auditor transmitting in word format the 27th Monthly Fee Application. | 0.10 | 195.00 | 19.50 |
| 07/05/2012 | LNC | E-mail correspondence with the service parties transmitting the 27th Monthly Fee Application. | 0.20 | 195.00 | 39.00 |
| 07/05/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Seventh) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2012 to May 31, 2012. | 0.50 | 400.00 | 200.00 |
| 07/10/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants (related document(s)[29012]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 8/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (related document(s)[29011]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No-Order Required) regarding the Twenty-Sixth Monthly Compensation Application of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants (related document(s)[29010]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Notice of Appeal of Memorandum Opinions and Orders. Filed by State of Montana. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) AMENDED Notice of Appeal of Memorandum Opinions and Orders. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) Memorandum Opinion Signed by Judge Ronald L. Buckwalter on 6/12/12. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | LNC | | E-mail correspondence with 'dispatch@bluemarblelog.com' transmitting the Certificate of No Objection for the 26th Monthly Fee Application for hand delivery to he US Trustee. | 0.10 | 195.00 | 19.50 |
| 07/10/2012 | LNC | | E-mail correspondence with the service parties transmitting the Certificate of No Objection for the 26th Monthly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 07/10/2012 | KEH | | E-mail to Bobbi Ruhlander, re: Deposit Advice from WRGrace in the amount of $19,956.57. WRGrace spreadsheet and the figures on the payment advice do not correspond - THF agreed to reduction of $688.00; There is a difference of $20.00 (overpayment) and reductions were not distributed to the corresponding applications. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | KEH | | E-mail to Careen Hannouche and Cindy Yates. THF received payment advice from WRG - need to know if you have received payments for the holdback on the October – December 2011 applications; and for the March 2012 monthly application. Information is needed for inclusion in fee applications. | 0.20 | 195.00 | 39.00 |
| 07/10/2012 | LNC | | Meeting with Karen Harvey re: showing the over payment from October 2011 on The Hogan Firm's 28th Monthly Fee Application. | 0.20 | 195.00 | 39.00 |
| 07/10/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of Scarfone Hawkins LLP.. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/10/2012 | DKH | Reviewed docket and draft of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 07/10/2012 | DKH | Reviewed docket for objections and reviewed a draft of the Certificate of No Objection (No-Order Required) regarding the Twenty-Sixth Monthly Compensation Application of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 07/10/2012 | DKH | Reviewed docket for objections and reviewed draft of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 07/10/2012 | DKH | Reviewed payment received from Grace and compared it to spreadsheet to determine if over payment was made; reviewed applications and met with Karen Harvey to remedy. | 0.60 | 400.00 | 240.00 |
| 07/10/2012 | KEH | Telephone call from Bobbi Ruhlander regarding $20.00 overpayment on THF's fee application; meet with Lauren Campbell regarding same for inclusion on THF's fee application. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | KEH | WRG Payment for Oct - Dec 2011 Holdback and March 2012 Monthly Application - review and revise spreadsheet for revisions to fee applications - discrepancies in amount of payments. | 0.90 | 195.00 | 175.50 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) Notice of Appeal of Memorandum Opinions and Orders. Filed by BNSF Railway Company. | 0.10 | 400.00 | 40.00 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) Notice of Appeal to the Memorandum Opinion and Order. Filed by Libby Claimants. | 0.40 | 400.00 | 160.00 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Anderson Memorial Hospital's Notice of Appeal to Memorandum Opinions and Orders. | 0.50 | 400.00 | 200.00 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Notice of Appeal of Order and Memorandum Opinion. Filed by Maryland Casualty Company. | 0.40 | 400.00 | 160.00 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Supplemental Notice of Appeal to the United States Court of Appeals for the Third Circuit to the Memorandum Opinions and Orders. Filed by the Bank Lender Group. | 0.50 | 400.00 | 200.00 |
| 07/13/2012 | KEH | E-mail from Cindy Yates at Scarfone Hawkins. SH received $5,187.60 on 7/13/12 from WRG; Post to WRG payment spreadsheet for use in preparation of fee application. | 0.30 | 195.00 | 58.50 |
| 07/13/2012 | KEH | E-mail from Diane Blanchette at Lauzon Belanger Lesperance, re: wire transfer received 7/12/12 from Grace in the amount of $2,495.13; post to WRG payment spreadsheet for use with preparation of fee application. | 0.30 | 195.00 | 58.50 |
| 07/16/2012 | KEH | Review fee auditor's final report, and WRG payment spreadsheet - LBL is not owed anything from WRG for the last quarter of 2011. With the WRG reduction in fees, in the amount of $381.90, and reduction of the Pinchin invoice in the amount of $337.50, it leaves LBL owing WRG $296.70 for the quarter. Variance to be reflected in next LBL fee application; Email to 'Diane Blanchette' at LBL re: same. | 0.50 | 195.00 | 97.50 |

| 8/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 07/16/2012 | KEH | | Review payment information from Scarfone Hawkins regarding Oct-Dec 2011 Holdback and March 2012 Monthly Fee Application. Review Fee Auditor's final report regarding reductions for each monthly application for the last quarter of 2011 and calculate reductions for each month for posting to payment spreadsheet. | 0.80 | 195.00 | 156.00 |
| 07/16/2012 | KEH | | Review payment information received from LBL for March monthly fee application - no holdback - post same to WRG payment spreadsheet. Reviewed Fee Auditor's Final Report and revise spreadsheet to determine amount owed for holdback for final quarter of 2011. Determined WRG overpayment to LBL in the amount of $296.70 and post same to WRG payment spreadsheet. | 0.50 | 195.00 | 97.50 |
| 07/20/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Amend (of the Official Committees of Asbestos Personal Injury Claimants) the Court's Orders Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (related document(s) [6261], [6275], [6715]) Filed by Official Committee of Asbestos Personal Injury Claimants. | 0.50 | 400.00 | 200.00 |
| 07/24/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting LBL's June time statement; reviewed same. | 0.40 | 400.00 | 160.00 |
| 07/24/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the June time statement for LBL; save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 07/24/2012 | GP | | Retrieve Motion of the Official Committees of Asbestos Personal Injury Claimants to Modify the Court's Orders Requiring Filing of Statements from CM/ECF. Email same to DKH. | 0.20 | 195.00 | 39.00 |
| 07/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) Memorandum Opinion regarding the Motion of Appellant Anderson Memorial Hospital ("AMH") for Relief from this Court's Order and Memorandum Opinion Affirming Confirmation Order. | 0.40 | 400.00 | 160.00 |
| 07/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Order DENYING Motion to Alter Judgment Anderson Memorial Hospital's Motion for Relief from Order and Memorandum Opinion Affirming Confirmation Order (related document(s)[29327]). Signed on 7/23/2012. | 0.30 | 400.00 | 120.00 |
| 07/26/2012 | DKH | | Conducted review of the status of the various appeals in W.R. Grace. Reviewed docket and pleadings to ascertain the likelihood of emergence from Chapter 11. | 1.50 | 400.00 | 600.00 |
| 07/26/2012 | DKH | | E-mail correspondence with David Thompson and Matt Moloci concerning the status of the pendancy of the appeals. | 0.20 | 400.00 | 80.00 |
| 07/26/2012 | DKH | | E-mail correspondence with Matt Moloci asking about Grace's intentions regarding moving up the effective date. | 0.20 | 400.00 | 80.00 |
| 07/30/2012 | LNC | | Calculate project codes for The Hogan Firm's June time statement. | 0.40 | 195.00 | 78.00 |
| 07/30/2012 | KEH | | E-mail correspondence with Cindy Yates and Careen Hannouche - inquiry re: wire from WRG for payment of April Fee applications. | 0.10 | 195.00 | 19.50 |
| 07/30/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee statemet for June 1, 2012 – June 30, 2012. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 07/30/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the June time statement; save as exhibit to file | 0.30 | 195.00 | 58.50 |
| 07/30/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Sale re: Debtor's Forty-Fourth Quarterly Report of Asset Sales from April 1, 2012 through June 30, 2012 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets. (related document(s) [833]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |

| 8/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 07/30/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement re: Debtor's Forty-Fourth Quarterly Report of Settlements from April 1, 2012 through June 30, 2012 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding. Filed by W.R. Grace & Co., et al | 0.40 | 400.00 | 160.00 |
| 07/30/2012 | LNC | | Prepared the 28th Monthly Fee Application for The Hogan Firm | 1.30 | 195.00 | 253.50 |
| 07/30/2012 | KEH | | Received payment/deposit advice (for 7/31) from WRGrace for THF's April fee application; revise WRGrace payment spreadsheet for use with fee application. | 0.30 | 195.00 | 58.50 |
| 07/31/2012 | LNC | | Calculate project codes for LBL's June time statement. | 0.20 | 195.00 | 39.00 |
| 07/31/2012 | LNC | | Calculate project codes for Scarfone Hawkins June time statement. | 0.30 | 195.00 | 58.50 |
| 07/31/2012 | LNC | | Prepared the 28th Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 07/31/2012 | LNC | | Prepared the 28th Monthly Fee Application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| | | | **Total Fees** | **24.20** | | **$7,056.00** |

**Expenses**

| 07/09/2012 | Blue Marble Logistics, LLC- Hand Delivery of the 27th Monthly Fee Applications to the US Trustee. | 16.70 |
|---|---|---|
| 07/09/2012 | Parcels, Inc.- Copies and notice of the ninth quarterly fee application sent to the service parties. | 416.15 |
| 07/10/2012 | Photocopies of the Certificate of No Objection to the 26th Monthly Fee Applications. | 3.00 |
| 07/12/2012 | CM/ECF - Bankruptcy Court fees | 10.00 |
| 07/31/2012 | Photocopies of the 28th Monthly Fee Applications for Review by Daniel Hogan. | 5.10 |
| | **Total Expenses** | **$450.95** |

**TOTAL NEW CHARGES**     **$7,506.95**

**STATEMENT OF ACCOUNT**

| Prior Balance | 10,701.69 |
|---|---|
| Payments | -10,701.69 |
| Current Fees | 7,056.00 |
| Current Expenses | 450.95 |
| **AMOUNT DUE AND OWING TO DATE** | **$7,506.95** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 7/9/2012 | 005 3128 | Payment on Account | 10,701.69 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE      :
                                         : ss
COUNTY OF NEW CASTLE   :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this **31st** day of August, 2012.

_____
Notary Public
My Commission Expires: _____

KAREN E. HARVEY
MY COMMISSION EXPIRES
MARCH 14, 2013
NOTARY PUBLIC
STATE OF DELAWARE