# EXHIBIT C

## To Quarterly Application

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: November 19, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**THIRTY-FIRST MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | September 1, 2012, through September 30, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | $    7,495.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $       834.05 |

This is Applicant's Thirty-First Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed 10/26/2012
Dkt. No. 29818

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 | $ 450.95 | $ 5,644.80 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 | $ 116.60 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

**Fee Detail by Professional for the Period of September 1, 2012, through September 30, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 14.40 | $ 5,760.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 6.40 | $ 1,248.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 2.50 | $ 487.50 |
| **Grand Total** | | | **23.30** | **$ 7,495.50** |
| Blended Rate | | | | $ 321.70 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of September 1, 2012, through September 30, 2012**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 0.10 | $ 40.00 |
| 11 - Fee Applications, Applicant | 3.20 | $ 1,198.00 |
| 12 - Fee Applications, Others | 16.20 | $ 5,209.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 3.80 | $ 1,048.50 |
| **TOTAL** | **23.30** | **$ 7,495.50** |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

**Monthly Expense Summary for the Period September 1, 2012, through September 30, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (988 x .10) | 0.00 |
| Postage | First Class Mail | 0.00 |
| Outside Copy & Serve | Blue Marble Logistics, LLC | $ 834.05 |
| **TOTAL** | | **$ 834.05** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for September 1, 2012, through September 30, 2012, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before November 19, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[4] Applicant's Invoice for September 1, 2012, through September 30, 2012, is attached hereto as **Exhibit A.**

Page | 5

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period September 1, 2012, through September 30, 2012, an allowance be made to The Hogan Firm for compensation in the amount of $7,495.50 and actual and necessary expenses in the amount of $834.05 for a total allowance of $8,329.55; Actual Interim Payment of $5,996.40 (80% of the allowed fees) and reimbursement of $834.05 (100% of the allowed expenses) be authorized for a total payment of $6,830.45; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: October 26, 2012                                   Respectfully submitted,

                                        By:     */s/ Daniel K. Hogan*
                                                  Daniel K. Hogan (DE Bar No. 2814)
                                                  THE HOGAN FIRM
                                                  1311 Delaware Avenue
                                                  Wilmington, Delaware 19806
                                                  Telephone: 302.656.7540
                                                  Facsimile: 302.656.7599
                                                  Email: dkhogan@dkhogan.com

                                                  **Counsel to Representative Counsel**
                                                  **for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 10/4/2012  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 20715

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Ninth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012. | 0.90 | 400.00 | 360.00 |
| 09/05/2012 | LNC | E-mail correspondence with Blue Marble Logistics, LLC transmitting the 29th Monthly Application of Scarfone Hawkins for hand delivery to the US Trustee. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | E-mail correspondence with Cindy Yates regarding an error of the time statement and edits to the fee application. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the 29th Monthly Fee Application and certification. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the signed certification for the 29th Monthly Fee Application; save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 09/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Ninth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/05/2012 | LNC | E-mail correspondence with service parties transmitting the 29th Monthly Fee Application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | E-mail correspondence with the Fee Auditor transmitting the 29th Monthly Fee Application of Scarfone Hawkins for review. | 0.20 | 195.00 | 39.00 |
| 09/05/2012 | LNC | Prepare for and electronically file the Twenty-Ninth Monthly Fee Application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 09/07/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 (related document(s)[29418]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 (related document(s)[29419]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 (related document(s)[29417]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed docket for objections to the Twenty-Eighth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed docket for objections to the Twenty-Eighth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | Reviewed docket for objections to the Twenty-Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012. | 0.30 | 400.00 | 120.00 |
| 09/10/2012 | DKH | E-mail correspondence with Bridget Scott asking me to keep her up-to-date as to any new developments. | 0.10 | 400.00 | 40.00 |
| 09/12/2012 | KEH | E-mail correspondence from Cindy Yates, re: funds received from Grace in payment of SH's June 2012 fee application; Update Grace payment spreadsheet to reflect same - for use in preparation of future fee applications. | 0.40 | 195.00 | 78.00 |
| 09/12/2012 | KEH | E-mail correspondence to Careen Hannouche at LBL inquiring about receipt of payment from Grace for LBL's June fee application. | 0.10 | 195.00 | 19.50 |
| 09/12/2012 | KEH | Wire from WRGrace for payment of The Hogan Firm's June fee application; update Grace payment spreadsheet to reflect same - for use in preparation of future fee applications. | 0.40 | 195.00 | 78.00 |
| 09/17/2012 | KEH | E-mail correspondence from Careen Hannouche regarding wire transfer of 495.37$ on September 12th for LBL's June fee application; update Grace payment spreadsheet to reflect same/for use in preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 09/17/2012 | KEH | E-mail correspondence with 'Careen Hannouche' regarding .03 difference in payment from Grace and amount on fee application; email from Lauren Campbell regarding .03 error on LBL invoice and the amount received from Grace is correct for the June application. | 0.20 | 195.00 | 39.00 |

| 10/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 09/18/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Tenth Quarterly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[29469]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (related document(s)[29471]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants (related document(s)[29470]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | | Reviewed and revised Certificate of No Objection Regarding the Tenth Quarterly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 09/18/2012 | DKH | | Reviewed and revised Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 09/18/2012 | DKH | | Reviewed and revised Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | | Reviewed docket for objections to the Tenth Quarterly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | | Reviewed docket for objections to the Tenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | | Reviewed docket for objections to the Tenth Quarterly Compensation Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 09/19/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander that she would prefer to wait until next period to file a corrected spreadsheet. | 0.20 | 400.00 | 80.00 |
| 09/19/2012 | DKH | | E-mail correspondence with James O'Neill asking Bobbie Ruhlander to address my inquiry and make whatever changes are needed. | 0.10 | 400.00 | 40.00 |
| 09/19/2012 | DKH | | E-mail correspondence with Jamie O'Neill regarding the Certification of Counsel Regarding Forty-Fourth Quarter Project Category Summary. | 0.30 | 400.00 | 120.00 |
| 09/19/2012 | KEH | | Meet with Dan Hogan for review of 44th Quarter Project Summary; Cumulative totals are incorrect; research totals for each firm (THF, SH, & LBL) and compare same; report findings to Dan Hogan. | 2.30 | 195.00 | 448.50 |
| 09/19/2012 | DKH | | Reviewed Certification of Counsel Regarding Forty-Fourth Quarter Project Category Summary relative to The Hogan Firm ("THF"), Lauzon Belanger Lesperance ("LBL"), and Scarfone Hawkins ("SH") regarding discrepancies in the cumulative totals through the 44th quarter. Compared against our spreadsheet. | 1.20 | 400.00 | 480.00 |
| 09/20/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander regarding her review of the Lauzon Belanger's fee application for April through June 2012. Reviewed issues raised. | 0.40 | 400.00 | 160.00 |
| 09/20/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander regarding the Hogan Firm's fee applications for April through June 2012. | 0.20 | 400.00 | 80.00 |

| 10/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 09/21/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander concerning the status of Scarfone Hawkins fee application for the same period. | 0.20 | 400.00 | 80.00 |
| 09/21/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander that she prepared an initial report on Scarfone Hawkins which she will be emailing to me today. There were certain time entries which she felt needed more supplementation. | 0.20 | 400.00 | 80.00 |
| 09/21/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's initial report regarding Scarfone Hawkins' quarterly fee application for the 45th interim period Reviewed same. | 0.50 | 400.00 | 200.00 |
| 09/21/2012 | KEH | | E-mail correspondence with Careen Hannouche regarding questions raised by Fee Auditor for LBL's fee application. | 0.10 | 195.00 | 19.50 |
| 09/21/2012 | KEH | | E-mail correspondence with Careen Hannouche regarding the Québec sales tax calculation. Review website for same. | 0.20 | 195.00 | 39.00 |
| 09/21/2012 | DKH | | E-mail correspondence with Careen Hannouche that she will send to me documentation on the Québec sales tax calculation. | 0.20 | 400.00 | 80.00 |
| 09/21/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting documentation on the Québec sales tax calculation. Reviewed same. | 1.20 | 400.00 | 480.00 |
| 09/21/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting the Fee Auditor's report for the LBLs fee applications for April through June 2012 and the objections to same. | 0.30 | 400.00 | 120.00 |
| 09/21/2012 | DKH | | E-mail correspondence with David Thompson transmitting the fee auditor's initial report regarding Scarfone Hawkins' quarterly fee application for the 45th interim period. | 0.30 | 400.00 | 120.00 |
| 09/24/2012 | DKH | | E-mail correspondence with Bridget Scott transmitting Scarfone Hawkins completed Exhibit "A" as requested. Reviewed same relative to preparing response to fee auditor. | 0.40 | 400.00 | 160.00 |
| 09/24/2012 | LNC | | E-mail correspondence with Careen Hannouche regarding the time statement for the preparation of the 30th monthly fee application | 0.10 | 195.00 | 19.50 |
| 09/24/2012 | LNC | | E-mail correspondence with Careen Hannouche regarding transmission of the August time statement | 0.10 | 195.00 | 19.50 |
| 09/24/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the August time statement from LBL; save as exhibit to file | 0.30 | 195.00 | 58.50 |
| 09/24/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting the LBL August time statement; reviewed same. | 0.40 | 400.00 | 160.00 |
| 09/24/2012 | LNC | | E-mail correspondence with Cindy Yates regarding the August time statement for preparation of the 30th fee application | 0.10 | 195.00 | 19.50 |
| 09/25/2012 | KEH | | E-mail correspondence with Cindy Yates and Bridget Scott regarding a more detailed description regarding the time entries on Exhibit A needs to be provided to the Fee Auditor in response to the Fee Auditor's Initial Report for the 45th Interim Period. | 0.20 | 195.00 | 39.00 |
| 09/25/2012 | KEH | | E-mail correspondence with 'Cindy Yates at Scarfone Hawkins with revised Exhibit A to the Fee Auditor's Initial Report. | 0.10 | 195.00 | 19.50 |
| 09/25/2012 | KEH | | Review e-mail from Bobbi Ruhlander and prepare responses to informal objections to Lauzon Belanger Lesperance's fee application for April through June 2012; email same to Bobbi Ruhlander. | 0.70 | 195.00 | 136.50 |
| 09/25/2012 | KEH | | Review SH's Exhibit A to the Fee Auditor's Initial Report for the 45th Interim Period; lookup and prepare detail for each time entry. | 0.50 | 195.00 | 97.50 |
| 09/25/2012 | DKH | | Worked on responses to fee auditor's informal objections to Lauzon Belanger Lesperance's fee application for April through June 2012. | 0.50 | 400.00 | 200.00 |
| 09/25/2012 | DKH | | Worked on revising Scarfone Hawkins' response to fee auditor. | 0.40 | 400.00 | 160.00 |
| 09/27/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins time statement for August 1, 2012 – August 31, 2012. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 09/27/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the August time statement; save as exhibit to file | 0.30 | 195.00 | 58.50 |

| 10/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 09/27/2012 | KEH | | E-mail correspondence with David Thompson;'Cindy Yates'; and Matt Moloci transmitting Fee Auditor's initial response along with the response for review. | 0.10 | 195.00 | 19.50 |
| 09/27/2012 | KEH | | Review fee auditor's initial report for Scarfone Hawkins and prepare response to same; meet with Dan Hogan for review. | 0.60 | 195.00 | 117.00 |
| 09/27/2012 | DKH | | Reviewed and revised Response to Fee Auditor's initial Report Regarding the Quarterly Fee Application of Scarfone Hawkins LLP For the Period of April 1, 2012, Through June 30, 2012. | 0.60 | 400.00 | 240.00 |
| 09/28/2012 | KEH | | E-mail correspondence with 'Bobbi Ruhlander' transmitting Scarfone Hawkins' Response to the Initial Report. | 0.10 | 195.00 | 19.50 |
| | | | **Total Fees** | **23.30** | | **$7,495.50** |

**Expenses**

| 09/14/2012 | Blue Marble - Delivery services/messengers- Hand Delivery and service of the 10th Quarterly Fee Applications. | 796.00 | |
|---|---|---|---|
| 09/14/2012 | Blue Marble - Delivery services/messengers- Hand Delivery of the 28th Monthly Fee Application | 6.85 | |
| 09/14/2012 | Blue Marble - Delivery services/messengers- Hand Delivery of the 28th Monthly Fee Applications. | 10.35 | |
| 09/14/2012 | Blue Marble - Delivery services/messengers- Hand Delivery of the 29th Monthly Fee Applications. | 7.45 | |
| 09/14/2012 | Blue Marble Logistic, LLC- Hand Delivery of the Certificate of No Objections for the 27th Monthly Applications. | 6.85 | |
| 09/24/2012 | Blue Marble - Delivery services/messengers-Hand delivery of the Certificate of No Objection to the 10th Quarterly Fee Applications. | 6.55 | |
| | **Total Expenses** | | **$834.05** |
| | **TOTAL NEW CHARGES** | | **$8,329.55** |

**STATEMENT OF ACCOUNT**

| Prior Balance | 11,961.60 |
|---|---|
| Payments | -11,961.60 |
| Current Fees | 7,495.50 |
| Current Expenses | 834.05 |
| **AMOUNT DUE AND OWING TO DATE** | **$8,329.55** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 9/17/2012 | 005 3150 | Payment on Account | 11,961.60 |

# EXHIBIT B

**CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)**

STATE OF DELAWARE      :
                       : ss
COUNTY OF NEW CASTLE   :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 26th day of October, 2012

_____
Notary Public
My Commission Expires: MARCH 14, 2013

[Notary Seal: GABRIELLE E. PALAGRUTO, COMMISSION EXPIRES MARCH 14, 2013, NOTARY PUBLIC, STATE OF DELAWARE]