# **EXHIBIT B**

# **To Quarterly Application**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 29, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## THIRTIETH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
## AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | August 1, 2012, through August 31, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   2,272.50 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | CDN $   295.43 |

This Applicant's Thirtieth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 $ 1,368.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 $ 1,006.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 $ 2,295.75 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 $ 4,415.25 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | $ 10,557.00 $ 2,639.25 | $ 2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | $ 4,974.00 $ 1,243.50 | $ 808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $ 17,471.25 | $ 2,475.77 | $ 13,977.00 $ 3,494.25 | $ 2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $ 3,720.00 | $ 493.40 | $ 2,976.00 $ 744.00 | $ 493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $ 7,965.00 | $ 1,067.51 | $ 6,372.00 $ 1,593.00 | $ 1,067.51 |
| 08/31/2011 Dkt. #27534 | July 1, 2011 – July 31, 2011 | $ 7,597.50 | $ 989.49 | $ 6,078.00 $ 1,519.50 | $ 989.49 |
| 10/04/2011 Dkt. #27716 | August 1, 2011 – August 31, 2011 | $ 6,483.75 | $ 851.59 | $ 5,187.00 $ 1,296.75 | $ 851.59 |
| 11/14/2011 Dkt. #27939 | September 1, 2011- September 30, 2011 | $ 15,104.64 | $ 4,604.40 | $ 12,083.71 $ 3,020.93 | $ 4,604.40 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/15/2011 Dkt. #28163 | October 1, 2011 – October 31, 2011 | $ 3,735.00 Reduction- $ 573.75 | $ 2,705.74 | $ 2,988.00 $ 173.25 | $ 2,705.74 |
| 01/25/2012 Dkt. #28414 | November 1, 2011- November 30, 2011 | $ 3,450.00 Reduction- $ 510.00 | $ 448.50 | $ 2,760.00 $ 180.00 | $ 448.50 |
| 2/21/2012 Dkt. #28556 | December 1, 2011- December 31, 2011 | $ 2,598.75 Reduction- $ 150.00 | $ 337.84 | $ 2,079.00 $ 369.75 | 337.84 |
| 3/9/2012 Dkt. #28647 | January 1, 2012- January 31, 2012 | $ 3,435.00 | $ 449.79 | $ 2,748.00 | $ 449.79 |
| 4/17/2012 Dkt. #28788 | February 1, 2012- February 29, 2012 | $ 7,451.25 | $ 978.82 | $ 5,961.00 | $ 978.82 |
| 5/4/2012 Dkt. #28879 | March 1, 2012 – March 31, 2012 | $ 4,796.25 | $ 627.60 | $ 3,837.00 | $ 627.60 |
| 6/1/2012 Dkt. #29011 | April 1, 2012- April 30, 2012 | $ 2,812.50 | $ 368.23 | $ 2,250.00 | 368.23 |
| 7/5/2012 Dkt. #29195 | May1, 2012- May 31, 2012 | $ 3,236.25 | $ 420.71 | $ 2,589.00 | 420.71 |
| 8/8/2012 Dkt. #29419 | June 1, 2012- June 30, 2012 | $ 2,486.25 | $ 323.21 | $ 1,989.00 | 323.21 |
| 9/5/2012 Dkt. #29578 | July 1, 2012- July 31, 2012 | $ 3,603.75 | 468.49 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

...
...
...

**Fee Detail by Professional for the Period of August 1, 2012, through August 31, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 24 Years; 1988 | $525.00 | 3.70 | $ 1,942.50 |
| Matthew G. Moloci | Partner, 14 Years; 1998 | $450.00 | 0.20 | $ 90.00 |
| Cindy Yates | Law Clerk, 30 Yrs. | $120.00 | 2.00 | $ 240.00 |
| **Grand Total** | | | **5.90** | **$ 2,272.50** |
| Blended Rate | | | | $ 385.17 |
| Blended Rate (excluding Law Clerk time) | | | | $ 521.15 |

**Monthly Compensation by Matter Description for the Period of August 1, 2012, through August 31, 2012**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 2.90 | $ 1,522.50 |
| 11 - Fee Applications, Applicant | 2.50 | $ 487.50 |
| 12 – Fee Applications, Others | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 0.50 | $ 262.50 |
| **TOTAL** | **5.90** | **$ 2,272.50** |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of January 1, 2011.

Page | 4

**Monthly Expense Summary for the Period August 1, 2012, through August 31, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Accommodations | | 0.00 |
| Travel – Airline | | 0.00 |
| Travel – Taxi & Parking | | 0.00 |
| Long Distance Calls | | 0.00 |
| Harmonized Sales Tax (HST) 13% | | $ 295.43 |
| **TOTAL** | | **$ 295.43** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for August 1, 2012, through August 31, 2012, (this "Monthly Fee Statement")[3] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before October 29, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[3] Applicant's Invoice for July 1, 2012, July 31, 2012, is attached hereto as **Exhibit A.**

Page | 5

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period August 1, 2012, through August 31, 2012, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $2,272.50 and actual and necessary expenses in the amount of CDN $295.43 (Includes 13% Harmonized Sales Tax) for a total allowance of CDN $2,567.93; Actual Interim Payment of CDN $1,818.00(80% of the allowed fees) and reimbursement of CDN $295.43 (100% of the allowed expenses) be authorized for a total payment of CDN $2,113.43; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: October 5, 2012  Respectfully submitted,

By:   */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention:  Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3  

**Date:**           9/10/2012  
**File Number:**    ZAI/WRG 060124-01  
**Invoice Number:** 20516

**Re:**  Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2012 | DKH | Checked docket for objection/responses to the Twenty-Seventh Monthly Fee Application of The Hogan Firm, LBL and Scarfone Hawkins. | 0.40 | 400.00 | 160.00 |
| 08/01/2012 | KEH | Review of Fee Auditor's Final Report, re: LBL's Quarterly Application for 10/1/11 through 12/1/11; Meet with Lauren Campbell and revise 28th monthly application pursuant to the Fee Auditor's recommendations. | 0.60 | 195.00 | 117.00 |
| 08/02/2012 | LNC | E-mail correspondence with Blue Marble Logistics transmitting the Certificate of No Objection to the 27th Monthly Fee Applications for hand delivery to the US Trustee. | 0.20 | 195.00 | 39.00 |
| 08/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed the receipt for efiling of Certificate of No Objection (No Order Required) Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of The Hogan Firm. | 0.30 | 400.00 | 120.00 |
| 08/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Lauzon Belanger Lesperance as Specal Counsel for the Canadian ZAI Claimants (related document(s)[29160]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (related document(s)[29195]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/02/2012 | LNC | E-mail correspondence with the service parties transmitting the Certificate of No Objection to the 27th Monthly Fee Applications for The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/10/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
| 08/02/2012 | KEH | E-mail from Careen Hannouche regarding payment from Grace for LBL's April fee application; post to WRG payment spreadsheet for use with preparation of fee applications. | | 0.30 | 195.00 | 58.50 |
| 08/02/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of The Hogan Firm. | | 0.40 | 400.00 | 160.00 |
| 08/02/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants. | | 0.40 | 400.00 | 160.00 |
| 08/02/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/07/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Eighth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012. | | 0.80 | 400.00 | 320.00 |
| 08/07/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Eighth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012. | | 0.90 | 400.00 | 360.00 |
| 08/08/2012 | LNC | Electronically filed the Twenty-Eighth Monthly Fee Application for Lauzon Belanger Lesperance. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | LNC | Electronically filed the Twenty-Eighth Monthly Fee Application for The Hogan Firm. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | LNC | Electronically filed the Twenty-Eighth Monthly Fee Application for The Scarfone Hawkins LLP. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | LNC | E-mail correspondence with Bridget Scott transmitting the certification of David Thompson for the 28th Monthly Fee Application; save as exhibit to file. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting her certification for the 28th Monthly Fee Application; save to file as exhibit. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Eighth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Post-Confirmation Report for Reporting Period June 2012. Filed by W.R. Grace & Co., et al. | | 0.90 | 400.00 | 360.00 |
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Eighth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Eighth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/08/2012 | LNC | E-mail correspondence with service parties transmitting the 28th Monthly Application of The Hogan Firm. | | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | LNC | E-mail correspondence with service parties transmitting the 28th Monthly Fee Application of Lauzon Belanger Lesperance. | | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | LNC | E-mail correspondence with the Fee Auditor transmitting the 28th Monthly Fee Application of Lauzon Belanger Lesperance for review. | | 0.20 | 195.00 | 39.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/10/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
| 08/08/2012 | LNC | | E-mail correspondence with the Fee Auditor transmitting the 28th Monthly Fee Application of Scarfone Hawkins for review. | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | LNC | | E-mail correspondence with the Fee Auditor transmitting the 28th Monthly Fee Application of The Hogan Firm for review. | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | LNC | | E-mail correspondence with the service parties transmitting the 28th Monthly Fee Application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | DKH | | Reviewed and revised Monthly Application for Compensation (Twenty-Eighth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012. | 0.90 | 400.00 | 360.00 |
| 08/10/2012 | KEH | | E-mail to 'Cindy Yates' inquiring about payment for Scarfone Hawkins' April fee application - payment should be in the amount of $2,618.23 - information needed for updating fee application. | 0.10 | 195.00 | 19.50 |
| 08/13/2012 | KEH | | E-mail correspondence from Cindy Yates regarding payment from WRGrace for SH's April 2012 fee application; update WRG payment spreadsheet for use with fee applications. | 0.30 | 195.00 | 58.50 |
| 08/13/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty-Fourth Interim Period Filed by Warren H. Smith & Associates, P.C. | 1.00 | 400.00 | 400.00 |
| 08/13/2012 | LNC | | Preparation of the 10th Quarterly Fee Application for The Hogan Firm. | 2.50 | 195.00 | 487.50 |
| 08/14/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order (MODIFIED) Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019. Related to Doc # [29302], [6261], [6275], [6715]. Signed on 8/14/2012. | 0.70 | 400.00 | 280.00 |
| 08/14/2012 | LNC | | Preparation of the 10th Quarterly Fee Application for Lauzon Belanger Lesperance. | 2.50 | 195.00 | 487.50 |
| 08/14/2012 | LNC | | Preparation of the 10th Quarterly Fee Application for Scarfone Hawkins LLP. | 2.50 | 195.00 | 487.50 |
| 08/16/2012 | KEH | | E-mail correspondence from Cindy Yates - received $3,009.71 from Grace in payment of Scarfone Hawkins' May, 2012 monthly fee application - update Grace payment spreadsheet for use in preparation of future fee applications. | 0.30 | 195.00 | 58.50 |
| 08/16/2012 | KEH | | E-mail correspondence to Careen Hannouche inquiring about payment for LBL's May fee application to update fee application. | 0.10 | 195.00 | 19.50 |
| 08/16/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the 10th Quarterly Fee Application for review. | 0.20 | 195.00 | 39.00 |
| 08/16/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the 10th Quarterly Application for review by David Thompson. | 0.20 | 195.00 | 39.00 |
| 08/16/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the certification of David Thompson for the 10th Quarterly Fee Application; save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 08/16/2012 | DKH | | Reviewed and revised LBL's 10th Quarterly Fee Application. | 1.20 | 400.00 | 480.00 |
| 08/16/2012 | DKH | | Reviewed and revised SH's 10th Quarterly Fee Application. | 1.30 | 400.00 | 520.00 |
| 08/16/2012 | DKH | | Reviewed and revised The Hogan Firm's 10th Quarterly Fee Application. | 1.30 | 400.00 | 520.00 |
| 08/17/2012 | LNC | | E-mail correspondence with Anthony Giobbe at Blue Marble Logistics, LLC regarding service of the 10th Quarterly Fee Application. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | DKH | | E-mail correspondence with Careen Hannouche regarding her review of the 10th Quarterly Application and the expense component calculation. | 0.10 | 400.00 | 40.00 |
| 08/17/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/27/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |

| 9/10/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 08/17/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Tenth) of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/17/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Tenth) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/17/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Tenth) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/17/2012 | LNC | | E-mail correspondence with service parties transmitting the 10th Quarterly Fee Application of The Hogan Firm. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 10th Quarterly Application for review. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 10th Quarterly Application of Lauzon Belanger Lesperance for review. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 10th Quarterly Application of Scarfone Hawkins for review. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | | E-mail correspondence with the service parties transmitting the 10th Quarterly Application of Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | | E-mail correspondence with the service parties transmitting the 10th Quarterly Application of The Hogan Firm. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | | E-mail correspondence with the service parties transmitting the 10th Quarterly Fee Application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | | E-mail correspondence with the service parties transmitting the Notice of the 10th Quarterly Application of Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | | E-mail correspondence with the service parties transmitting the Notice of the 10th Quarterly Application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | | E-mail correspondence with the service parties transmitting the Notice of the 10th Quarterly Application of The Hogan Firm. | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | DKH | | Reviewed final version of Quarterly Application for Compensation (Tenth) of LBL for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 together with the exhibits. | 0.40 | 400.00 | 160.00 |
| 08/17/2012 | DKH | | Reviewed final version of Quarterly Application for Compensation (Tenth) of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 together with the exhibits. | 0.40 | 400.00 | 160.00 |
| 08/17/2012 | DKH | | Reviewed final version of Quarterly Application for Compensation (Tenth) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 together with the exhibits. | 0.40 | 400.00 | 160.00 |
| 08/22/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting LBL's time statement for the month of July 2012; reviewed same. | 0.50 | 400.00 | 200.00 |
| 08/22/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the July Time Statement for Lauzon Belanger Lesperance; save as exhibit to file. | 0.30 | 195.00 | 58.50 |

| 9/10/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 08/23/2012 | LNC | | E-mail correspondence with Cindy Yates regarding the July Time Statement for Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 08/24/2012 | LNC | | Calculation of project codes on The Hogan Firm's July time statement in preparation for the Twenty-Ninth monthly fee application. | 1.00 | 195.00 | 195.00 |
| 08/24/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly time statement for July 1, 2012 – July 31, 2012; reviewed same. | 0.50 | 400.00 | 200.00 |
| 08/24/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the July Time Statement for Scarfone Hawkins LLP; save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 08/27/2012 | LNC | | Calculation of project codes on Lauzon Belanger Lesperance's July time statement in preparation for the Twenty-Ninth monthly fee application | 0.30 | 195.00 | 58.50 |
| 08/27/2012 | LNC | | Calculation of project codes on Scarfone Hawkins' July time statement in preparation for the Twenty-Ninth monthly fee application. | 0.30 | 195.00 | 58.50 |
| 08/27/2012 | KEH | | E-mail correspondences with Careen Hannouche regarding payment in the amount of $1056.52 for LBL's May fee application; update Grace payment spreadsheet for use with updating fee applications. | 0.30 | 195.00 | 58.50 |
| 08/27/2012 | LNC | | Preparation of The Hogan Firm's Twenty-Ninth Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 08/28/2012 | LNC | | Preparation of Lauzon Belanger Lesperance's Twenty-Ninth Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 08/29/2012 | LNC | | E-mail correspondence with Cindy Yates regarding an error in Scarfone Hawkins July time statement. | 0.10 | 195.00 | 19.50 |
| 08/29/2012 | LNC | | Preparation of Scarfone Hawkins' Twenty-Ninth Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 08/30/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the 29th Monthly Fee Application for review. | 0.20 | 195.00 | 39.00 |
| 08/30/2012 | DKH | | Reviewed and revised discrepancy in Scarfone Hawkin's July Fee statement. | 0.40 | 400.00 | 160.00 |
| 08/30/2012 | DKH | | Reviewed and revised LBL's 29th Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 08/30/2012 | DKH | | Reviewed and revised Monthly Application for Compensation (Twenty-Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012. | 0.80 | 400.00 | 320.00 |
| 08/31/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting her certification for the 29th Monthly Fee Application; save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 08/31/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting the executed certification. | 0.10 | 400.00 | 40.00 |
| 08/31/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Ninth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/31/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/31/2012 | LNC | | Prepare for and electronically file the Twenty-Ninth Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 08/31/2012 | LNC | | Prepare for and electronically file the Twenty-Ninth Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| | | | **Total Fees** | **41.40** | | **$11,845.00** |

| | | | |
|---|---|---|---|
| 9/10/2012 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:6 |

**Expenses**

| Date | Description | Amount |
|---|---|---:|
| 08/03/2012 | Photocopies of the 28th Monthly Fee Applications printed for Daniel Hogan's review. | 4.10 |
| 08/08/2012 | Photocopies of the 28th Monthly Fee Applications to be sent to the Fee Auditor. | 8.20 |
| 08/08/2012 | Postage- Copies of the 28th Monthly Fee Applications sent to the Fee Auditor. | 4.20 |
| 08/15/2012 | Photocopies of the 10th Quarterly Applications for Daniel Hogan's review. | 37.40 |
| 08/17/2012 | Photocopies of the 10th Quarterly Application sent to the Fee Auditors for Review. | 37.40 |
| 08/17/2012 | Postage- First Class Mail- Copies of the Tenth Quarterly Compensation Applications sent to the Fee Auditors. | 9.80 |
| 08/29/2012 | Photocopies of the Twenty-Ninth Monthly Fee Applications for Daniel Hogan's review. | 3.90 |
| 08/31/2012 | Photocopies of the Twenty-Ninth Monthly fee application of The Hogan Firm and Lauzon Belanger Lesperance sent to the Fee Auditor for review. | 5.40 |
| 08/31/2012 | Postage-Copies of the Twenty-Ninth Monthly Fee Application of The Hogan Firm and Lauzon Belanger Lesperance sent to the Fee Auditor for review. | 3.80 |
| 09/05/2012 | Photocopies of the Twenty-Ninth Monthly Fee Application of Scarfone Hawkins LLP sent to the Fee Auditor for review. | 2.40 |
| | **Total Expenses** | **$116.60** |

| | |
|---|---:|
| **TOTAL NEW CHARGES** | **$11,961.60** |

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 7,506.95 |
| Payments | -7,506.95 |
| Current Fees | 11,845.00 |
| Current Expenses | 116.60 |
| **AMOUNT DUE AND OWING TO DATE** | **$11,961.60** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 8/9/2012 | 005 3138 | Payment on Account | 7,506.95 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE        :
                         : ss
COUNTY OF NEW CASTLE     :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 5th day of October, 2012.

Notary Public
My Commission Expires:

[Notary Seal: KAREN E. HARVEY, MY COMMISSION EXPIRES MARCH 14, 2013, NOTARY PUBLIC, STATE OF DELAWARE]