# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

September 30, 2012

Invoice Number **100606**      **91100  00001**      **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:  August 31, 2012 | $172,240.68 |
| Payments received since last invoice, last payment received -- November 19, 2012 | $104,820.04 |
| Net balance forward | $67,420.64 |

Re:   W.R. Grace and Co.

| **Statement of Professional Services Rendered Through** | **09/30/2012** | | |
|---|---|---|---|
| | **Hours** | **Rate** | **Amount** |

**Appeals [B430]**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---:|
| 07/25/12 | PEC | Create charts of various case Opening documents to be filed in various third circuit appeals | 0.20 | 265.00 | $53.00 |
| 09/04/12 | PEC | Telephone conversations with Docketing Clerk at the 3rd Circuit regarding Letters received on case opening documents (.2); Discuss with James O'Neill and Kathleen Makowski (.2) | 0.40 | 265.00 | $106.00 |
| 09/04/12 | PEC | Review Third Circuit Appeal case to ensure filing of Case Opening Documents | 0.50 | 265.00 | $132.50 |
| 09/04/12 | JEO | Review issue regarding case opening docs for Anderson Memorial Appeal and update co-counsel re same | 1.40 | 675.00 | $945.00 |
| 09/04/12 | KPM | Review and revise appeals chart | 0.60 | 495.00 | $297.00 |
| 09/04/12 | KPM | Conference with Patricia E. Cuniff regarding reminder letter from 3rd Circuit (.1); Conference with James E. O'Neill regarding same (.2); Telephone call with R. Higgins regarding same (.1) | 0.40 | 495.00 | $198.00 |
| 09/06/12 | KPM | Draft emails to R. Higgins regarding 3d Circuit notice of appearance notices (.2); Conferences (2 x's) with James E. O'Neill regarding same (.2) | 0.40 | 495.00 | $198.00 |
| 09/12/12 | KPM | Review and revise appeal summary | 0.20 | 495.00 | $99.00 |
| 09/13/12 | KPM | Review Anderson's concise statement for 12-3143 appeal | 0.10 | 495.00 | $49.50 |
| 09/17/12 | JEO | Review status of appeals. | 0.50 | 675.00 | $337.50 |
| 09/19/12 | JEO | Review status of confirmation appeals. | 0.50 | 675.00 | $337.50 |
| 09/20/12 | JEO | Review status of conference appeals and briefing notices issues. | 0.90 | 675.00 | $607.50 |
| 09/24/12 | KPM | Review Libby withdrawal of appeal | 0.10 | 495.00 | $49.50 |

**Invoice number 100606**     91100   00001                                          **Page  2**

| | | | | | |
|---|---|---|---|---|---|
| 09/24/12 | KPM | Revise appeal summary | 0.30 | 495.00 | $148.50 |
| 09/27/12 | JEO | Review Motion to dismiss Appeal filed by LIBBY and email co-counsel | 0.40 | 675.00 | $270.00 |
| 09/27/12 | JEO | Review status of appeals. | 0.40 | 675.00 | $270.00 |
| 09/28/12 | JEO | Review status of appeals. | 0.50 | 675.00 | $337.50 |
| | **Task Code Total** | | **7.80** | | **$4,436.00** |

**Case Administration [B110]**

| | | | | | |
|---|---|---|---|---|---|
| 09/04/12 | PEC | Update critical dates | 1.30 | 265.00 | $344.50 |
| 09/04/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/04/12 | CAH | Emails from J. Kerns at the UST (0.1) and K. Makowski (0.1) re status of payment of UST fees | 0.20 | 595.00 | $119.00 |
| 09/04/12 | JEO | Review email from UST re: quarterly fees and contact client re same | 0.40 | 675.00 | $270.00 |
| 09/04/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 09/04/12 | KPM | Review and respond to email from US Trustee regarding unpaid US Trustee's fees (.1); Draft email to James E. O'Neill regarding same (.1) | 0.20 | 495.00 | $99.00 |
| 09/05/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/05/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 09/05/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |
| 09/05/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 09/06/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/06/12 | PEC | Update critical dates | 1.00 | 265.00 | $265.00 |
| 09/06/12 | SLP | Maintain docket control. | 0.70 | 185.00 | $129.50 |
| 09/06/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 09/06/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 09/07/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/07/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 09/07/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 09/07/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 09/10/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 265.00 | $53.00 |
| 09/10/12 | SLP | Maintian docket control. | 1.00 | 185.00 | $185.00 |
| 09/10/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 09/10/12 | DKW | Coordinate and distribute pending pleadings to clients and | 0.10 | 185.00 | $18.50 |

**Invoice number 100606**      91100   00001                                            **Page  3**

|          |     |                                                                                  |      |        |          |
|----------|-----|----------------------------------------------------------------------------------|------|--------|----------|
|          |     | legal team.                                                                      |      |        |          |
| 09/11/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50   |
| 09/11/12 | PEC | Update critical dates                                                            | 0.80 | 265.00 | $212.00  |
| 09/11/12 | SLP | Maintian docket control.                                                         | 0.30 | 185.00 | $55.50   |
| 09/11/12 | BMK | Prepared daily memo narrative and coordinated client distribution.               | 0.10 | 185.00 | $18.50   |
| 09/11/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team.           | 0.10 | 185.00 | $18.50   |
| 09/12/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00  |
| 09/12/12 | PEC | Update critical dates                                                            | 0.80 | 265.00 | $212.00  |
| 09/12/12 | SLP | Maintain docket control.                                                         | 0.30 | 185.00 | $55.50   |
| 09/12/12 | BMK | Prepared daily memo narrative and coordinated client distribution.               | 0.10 | 185.00 | $18.50   |
| 09/12/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team.           | 0.10 | 185.00 | $18.50   |
| 09/13/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00  |
| 09/13/12 | PEC | Review and revise 2002                                                           | 0.40 | 265.00 | $106.00  |
| 09/13/12 | PEC | Update critical dates                                                            | 0.40 | 265.00 | $106.00  |
| 09/13/12 | SLP | Maintian docket control.                                                         | 0.30 | 185.00 | $55.50   |
| 09/13/12 | BMK | Prepared daily memo narrative and coordinated client distribution.               | 0.10 | 185.00 | $18.50   |
| 09/14/12 | CAK | Review documents and organize to file.                                           | 0.10 | 265.00 | $26.50   |
| 09/14/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50   |
| 09/14/12 | PEC | Update critical dates                                                            | 1.40 | 265.00 | $371.00  |
| 09/14/12 | SLP | Maintian docket control.                                                         | 0.30 | 185.00 | $55.50   |
| 09/14/12 | BMK | Prepared daily memo narrative and coordinated client distribution.               | 0.50 | 185.00 | $92.50   |
| 09/17/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 265.00 | $53.00   |
| 09/17/12 | PEC | Update critical dates                                                            | 0.80 | 265.00 | $212.00  |
| 09/17/12 | SLP | Maintain docket control.                                                         | 0.30 | 185.00 | $55.50   |
| 09/17/12 | KSN | Maintain document control.                                                       | 0.50 | 185.00 | $92.50   |
| 09/17/12 | BMK | Prepared daily memo narrative and coordinated client distribution.               | 0.10 | 185.00 | $18.50   |
| 09/17/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team.           | 0.10 | 185.00 | $18.50   |
| 09/18/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50   |
| 09/18/12 | PEC | Update critical dates                                                            | 0.80 | 265.00 | $212.00  |
| 09/18/12 | SLP | Maintain docket control.                                                         | 0.20 | 185.00 | $37.00   |
| 09/18/12 | BMK | Prepared daily memo narrative and coordinated client distribution.               | 0.10 | 185.00 | $18.50   |
| 09/18/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team.           | 0.10 | 185.00 | $18.50   |

**Invoice number  100606**        91100   00001                                    **Page  4**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/19/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/19/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 09/19/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 09/20/12 | PEC | Update critical dates | 1.10 | 265.00 | $291.50 |
| 09/20/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/20/12 | SLP | Maintain hearing binder. | 0.50 | 185.00 | $92.50 |
| 09/20/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 09/21/12 | CAK | Review documents and organize to file. | 0.10 | 265.00 | $26.50 |
| 09/21/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 09/21/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.50 | 185.00 | $92.50 |
| 09/24/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/24/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 09/24/12 | JEO | Email to R. Finke re: quarterly fees | 0.20 | 675.00 | $135.00 |
| 09/24/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 09/24/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |
| 09/24/12 | KPM | Review and respond to email from US Trustee regarding outstanding fees (.1); Draft email to James E. O'Neill regarding same (.1) | 0.20 | 495.00 | $99.00 |
| 09/24/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 09/25/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/25/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 09/25/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 09/25/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 09/26/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/26/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 09/26/12 | SLP | Maintain docket control. | 1.30 | 185.00 | $240.50 |
| 09/26/12 | KSN | Prepare hearing binders for 10/15/12 hearing. | 1.00 | 185.00 | $185.00 |
| 09/27/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 09/27/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 09/27/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 09/27/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 09/28/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 09/28/12 | PEC | Update critical dates | 1.10 | 265.00 | $291.50 |
| 09/28/12 | SLP | Maintain docket control. | 1.30 | 185.00 | $240.50 |
| 09/28/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |

**Invoice number  100606**      91100   00001                                    **Page  5**

| | | | | | |
|---|---|---|---|---|---|
| | Task Code Total | | 37.70 | | $9,082.50 |

**WRG-Claim Analysis (Asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 09/24/12 | KPM | Telephone call with R. Higgins regarding limited joinder to Main Plaza objection to CIM transfer notice | 0.30 | 495.00 | $148.50 |
| 09/27/12 | KPM | Draft emails to Roger Higgins regarding status of limited objection to CIM transfer notice | 0.20 | 495.00 | $99.00 |
| 09/28/12 | PEC | Prepare Limited Joinder to Main Plaza LLC's Objection to Notice of Transfer Claim Filed By CIM Urban REIT 211 Main St. (SF), as Assignee of CIM REIT Acquisition, LLC for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 09/28/12 | JEO | Questions from Creditor regarding filing deadlines. | 0.30 | 675.00 | $202.50 |
| 09/28/12 | KPM | Address filing and service of limited joinder to Main Plaza's objection to claim transfer | 0.30 | 495.00 | $148.50 |
| 09/28/12 | KPM | Review and respond to email from R. Higgins regarding logistics for order on CIM claim transfer | 0.10 | 495.00 | $49.50 |

| | | | | | |
|---|---|---|---|---|---|
| | Task Code Total | | 1.70 | | $780.50 |

**WRG-Fee Apps., Applicant**

| | | | | | |
|---|---|---|---|---|---|
| 09/06/12 | WLR | Prepare June 2012 fee application | 0.50 | 575.00 | $287.50 |
| 09/06/12 | WLR | Draft June 2012 fee application | 0.50 | 575.00 | $287.50 |
| 09/07/12 | CAK | Review and update June Fee Application. | 0.30 | 265.00 | $79.50 |
| 09/07/12 | WLR | Review and revise June 2012 fee application | 0.50 | 575.00 | $287.50 |
| 09/08/12 | LDJ | Review and finalize interim fee application (June 2012) | 0.30 | 955.00 | $286.50 |
| 09/10/12 | CAK | Edit June Fee Application; coordinate posting, filing and service of same. | 0.20 | 265.00 | $53.00 |
| 09/10/12 | WLR | Prepare July 2012 fee application | 0.50 | 575.00 | $287.50 |
| 09/13/12 | CAK | Update spreadsheet in preparation of 45th Quarterly Fee Application; prepare exhibits to same. | 0.40 | 265.00 | $106.00 |
| 09/13/12 | CAK | Review and update 45th Quarterly Fee Application | 0.40 | 265.00 | $106.00 |
| 09/13/12 | WLR | Draft July 2012 fee application | 0.30 | 575.00 | $172.50 |
| 09/14/12 | WLR | Review and revise July 2012 fee application | 0.60 | 575.00 | $345.00 |
| 09/16/12 | LDJ | Review and finalize forty-fifth quarterly fee application | 0.30 | 955.00 | $286.50 |
| 09/17/12 | PEC | Draft Notice of Filing PSZ&J LLP's Forty-Fifth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 09/30/12 | WLR | Draft 47th quarterly fee application | 0.50 | 575.00 | $287.50 |

| | | | | | |
|---|---|---|---|---|---|
| | Task Code Total | | 6.10 | | $3,084.50 |

**WRG-Fee Applications, Others**

**Invoice number 100606**     91100   00001                                           **Page  6**

| | | | | | |
|---|---|---|---|---|---|
| 09/05/12 | PEC | Prepare Kirkland & Ellis LLP's July 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 09/05/12 | PEC | Draft Certificate of No Objection Regarding Blackstone Advisory Services L.P.'s June 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/05/12 | PEC | Draft Certificate of No Objection Regarding Kirkland & Ellis LLP.'s June 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/05/12 | PEC | Draft Certificate of No Objection Regarding Casner & Edwards LLP's June 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/05/12 | PEC | Draft Certificate of No Objection Regarding Norton Rose Or LLP's June 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/05/12 | KPM | Review and execute Cert of No Obj. for Norton Rose June fee application | 0.10 | 495.00 | $49.50 |
| 09/05/12 | KPM | Review and execute Cert of No Obj. for Casner & Edwards June fee application | 0.10 | 495.00 | $49.50 |
| 09/05/12 | KPM | Review and execute Cert of No Obj. for Kirkland & Ellis June fee application | 0.10 | 495.00 | $49.50 |
| 09/05/12 | KPM | Review and execute Cert of No Obj. for Blackstone's June fee application | 0.10 | 495.00 | $49.50 |
| 09/06/12 | KPM | Review Grant Thornton fee application (.1); Draft emails to R. Higgins regarding same (.2) | 0.30 | 495.00 | $148.50 |
| 09/07/12 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's May 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/07/12 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's April 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/07/12 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's March 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/07/12 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's November 2011 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/07/12 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's December 2011 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/07/12 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's January 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/07/12 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's February 2012 Monthly Fee Application and | 0.60 | 265.00 | $159.00 |

**Invoice number 100606**      91100   00001                                    **Page  7**

| | | | | | |
|---|---|---|---|---|---|
| | | Certificate of Service (.3); Prepare for filing and service (.3) | | | |
| 09/07/12 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/07/12 | PEC | Draft Certificate of No Objection Regarding Woodcock Washburn LLP's June 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/07/12 | PEC | Prepare Grant Thornton LLP's July 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 09/07/12 | KPM | Address filing and service of Grant Thorton fee application | 0.30 | 495.00 | $148.50 |
| 09/07/12 | KPM | Review and execute certifications of no objection for Deloitte November 2011 and May 2012 fee applications | 0.30 | 495.00 | $148.50 |
| 09/07/12 | KPM | Review and respond to emails from R. Higgins regarding Grant Thornton fee application | 0.20 | 495.00 | $99.00 |
| 09/10/12 | PEC | Prepare Blackstone Advisory Partners L.P.'s July 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 09/10/12 | PEC | Prepare Blackstone Advisory Partners L.P.'s June 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 09/13/12 | PEC | Respond to request of Mark Hurford for copies of the Project Category Chart and an Order for the 44th Interim Period | 0.10 | 265.00 | $26.50 |
| 09/13/12 | KPM | Review email from W. Smith regarding 44th fee auditor reports | 0.10 | 495.00 | $49.50 |
| 09/17/12 | PEC | Draft Certificate of No Objection Regarding Protiviti Inc.'s April-July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 09/17/12 | JEO | Review documents regarding fee applications. | 0.40 | 675.00 | $270.00 |
| 09/18/12 | PEC | Draft Certification of Counsel Regarding Forty-Fourth Quarter Project Category Summary and Certificate of Service (.4); Prepare for filing and  service(.4) | 0.80 | 265.00 | $212.00 |
| 09/18/12 | PEC | Draft Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Forth Period and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 09/18/12 | JEO | Review certifications of counsel for fee order and category chart. | 0.50 | 675.00 | $337.50 |
| 09/19/12 | PEC | Prepare Woodcock Washburn LLP's July 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 09/20/12 | PEC | Prepare Nelson Mullins Riley & Scarborough LLP's April - May 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 09/20/12 | JEO | Email to P. Finke regarding Caplin address change. | 0.20 | 675.00 | $135.00 |
| 09/20/12 | JEO | Review Nelson Mullin Quarterly fee app. | 0.20 | 675.00 | $135.00 |
| 09/26/12 | KPM | Review and execute certificates of no objection for BMC;s May and June 2012 fee applications | 0.20 | 495.00 | $99.00 |
| 09/26/12 | KPM | Review and execute certificate of no objection  for R. | 0.10 | 495.00 | $49.50 |

**Invoice number  100606**     91100   00001                                    **Page  8**

|            |     | Higgins' July 2012 fee application                                                                                                                              |       |        |            |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 09/26/12   | KPM | Review and execute certificates of no objection for Baker Donelson's November/December 2011 and January-June 2012 fee applications                                | 0.40  | 495.00 | $198.00    |
| 09/26/12   | KPM | Review and respond to email from M. Abraham (Grant Thornton) regarding request for filed copy of fee application (.1); Draft email to Patricia E. Cuniff regarding same (.1) | 0.20  | 495.00 | $99.00     |
| 09/28/12   | PEC | Prepare Foley Hoag LLP's August 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1)                                          | 0.50  | 265.00 | $132.50    |
| 09/28/12   | PEC | Prepare Kaye Scholer LLP's August 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1)                                        | 0.50  | 265.00 | $132.50    |

|            |     | **Task Code Total**                                                                                                                                              | 17.90 |        | **$5,851.50** |

**Litigation (Non-Bankruptcy)**

|            |     |                                                                                                                                                                |       |        |            |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 09/10/12   | KPM | Address submission of preliminary agenda for 9/24/12 hearing                                                                                                    | 0.30  | 495.00 | $148.50    |
| 09/21/12   | JEO | Telephone call with co-counsel regarding AMH settlement.                                                                                                        | 0.40  | 675.00 | $270.00    |
| 09/24/12   | JEO | Email to team re: AMH filing                                                                                                                                    | 0.20  | 675.00 | $135.00    |
| 09/26/12   | KPM | Draft emails to James E. O'Neill and R. Higgins regarding matters to be added to preliminary agenda (.2); Conference with Patricia E. Cuniff regarding same (.1) | 0.30  | 495.00 | $148.50    |
| 09/27/12   | JEO | Review status of Matters for 10/15 hearing and email to co-counsel regarding same.                                                                              | 0.50  | 675.00 | $337.50    |
| 09/27/12   | KPM | Circulate draft preliminary agenda for 10/15/12 agenda                                                                                                          | 0.20  | 495.00 | $99.00     |
| 09/28/12   | PEC | Revise and review Notice of Agenda for 10/15/12 Hearing                                                                                                          | 0.50  | 265.00 | $132.50    |
| 09/28/12   | PEC | Review Hearing Binders for 10/15/12 Hearing                                                                                                                      | 0.30  | 265.00 | $79.50     |
| 09/28/12   | JEO | Review status of matters for 10/15 hearing.                                                                                                                      | 0.40  | 675.00 | $270.00    |
| 09/28/12   | KPM | Address submission of preliminary agenda for 10/15/12 hearing                                                                                                    | 0.20  | 495.00 | $99.00     |

|            |     | **Task Code Total**                                                                                                                                              | 3.30  |        | **$1,719.50** |

|            |     | **Total professional services:**                                                                                                                                 | 74.50 |        | **$24,954.50** |

**Costs Advanced:**

|            |     |                                                   |         |
|------------|-----|---------------------------------------------------|---------|
| 08/23/2012 | FE  | Federal Express [E108] 200309765                  | $11.75  |
| 09/03/2012 | DC  | 91100.00001 Digital Legal Charges for 09-03-12    | $16.20  |
| 09/03/2012 | DC  | 91100.00001 Digital Legal Charges for 09-03-12    | $16.20  |
| 09/03/2012 | DC  | 91100.00001 Digital Legal Charges for 09-03-12    | $423.00 |
| 09/03/2012 | DC  | 91100.00001 Digital Legal Charges for 09-03-12    | $24.30  |
| 09/04/2012 | DC  | 91100.00001 Digital Legal Charges for 09-04-12    | $9.38   |

**Invoice number  100606**        91100  00001                                      **Page  9**

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/04/2012 | FE | Federal Express [E108] 201723898 | $7.41 |
| 09/04/2012 | FE | Federal Express [E108] 201723898 | $7.41 |
| 09/04/2012 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 09/04/2012 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | $4.20 |
| 09/04/2012 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 09/04/2012 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 09/05/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-05-12 | $28.84 |
| 09/05/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-05-12 | $18.84 |
| 09/05/2012 | FE | 91100.00001 FedEx Charges for 09-05-12 | $22.99 |
| 09/05/2012 | FE | 91100.00001 FedEx Charges for 09-05-12 | $7.94 |
| 09/05/2012 | PO | 91100.00001 :Postage Charges for 09-05-12 | $1.10 |
| 09/05/2012 | PO | 91100.00001 :Postage Charges for 09-05-12 | $15.60 |
| 09/05/2012 | RE | ( 41 @0.10 PER PG) | $4.10 |
| 09/05/2012 | RE | ( 117 @0.10 PER PG) | $11.70 |
| 09/05/2012 | RE | ( 132 @0.10 PER PG) | $13.20 |
| 09/05/2012 | RE | ( 173 @0.10 PER PG) | $17.30 |
| 09/05/2012 | RE | ( 176 @0.10 PER PG) | $17.60 |
| 09/05/2012 | RE | ( 275 @0.10 PER PG) | $27.50 |
| 09/05/2012 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 09/05/2012 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | $4.50 |
| 09/06/2012 | DC | 91100.00001 Digital Legal Charges for 09-06-12 | $72.00 |
| 09/06/2012 | DC | 91100.00001 Digital Legal Charges for 09-06-12 | $24.30 |
| 09/06/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-06-12 | $28.84 |
| 09/06/2012 | PO | 91100.00001 :Postage Charges for 09-06-12 | $8.40 |
| 09/06/2012 | PO | 91100.00001 :Postage Charges for 09-06-12 | $13.20 |
| 09/06/2012 | RE | Reproduction Expense. [E101] 16 pgs, WLR | $1.60 |
| 09/07/2012 | DC | 91100.00001 Digital Legal Charges for 09-07-12 | $6.48 |
| 09/07/2012 | DC | 91100.00001 Digital Legal Charges for 09-07-12 | $7.78 |
| 09/07/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-07-12 | $18.84 |
| 09/07/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-07-12 | $10.01 |
| 09/07/2012 | FE | 91100.00001 FedEx Charges for 09-07-12 | $11.99 |
| 09/07/2012 | FE | 91100.00001 FedEx Charges for 09-07-12 | $11.99 |
| 09/07/2012 | FE | 91100.00001 FedEx Charges for 09-07-12 | $7.94 |
| 09/07/2012 | PO | 91100.00001 :Postage Charges for 09-07-12 | $18.00 |
| 09/07/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 09/07/2012 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 09/07/2012 | RE | ( 65 @0.10 PER PG) | $6.50 |
| 09/07/2012 | RE | ( 336 @0.10 PER PG) | $33.60 |
| 09/07/2012 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 09/07/2012 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | $7.40 |
| 09/10/2012 | DC | 91100.00001 Digital Legal Charges for 09-10-12 | $63.00 |
| 09/10/2012 | DC | 91100.00001 Digital Legal Charges for 09-10-12 | $24.30 |
| 09/10/2012 | DC | 91100.00001 Digital Legal Charges for 09-10-12 | $7.78 |

**Invoice number  100606**       91100   00001                                    **Page  10**

| 09/10/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 09-10-12 | $12.56 |
| 09/10/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 09-10-12 | $18.99 |
| 09/10/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 09-10-12 | $33.67 |
| 09/10/2012 | RE  | ( 66 @0.10 PER PG) | $6.60 |
| 09/10/2012 | RE  | ( 139 @0.10 PER PG) | $13.90 |
| 09/10/2012 | RE  | ( 179 @0.10 PER PG) | $17.90 |
| 09/10/2012 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | $3.50 |
| 09/11/2012 | DC  | 91100.00001 Digital Legal Charges for 09-11-12 | $9.00 |
| 09/11/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 09-11-12 | $28.84 |
| 09/11/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 09-11-12 | $18.84 |
| 09/11/2012 | RE  | ( 42 @0.10 PER PG) | $4.20 |
| 09/11/2012 | RE  | ( 58 @0.10 PER PG) | $5.80 |
| 09/11/2012 | RE  | ( 70 @0.10 PER PG) | $7.00 |
| 09/11/2012 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 09/12/2012 | DC  | 91100.00001 Digital Legal Charges for 09-12-12 | $8.46 |
| 09/12/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 09-12-12 | $28.84 |
| 09/12/2012 | RE  | ( 22 @0.10 PER PG) | $2.20 |
| 09/12/2012 | RE  | ( 114 @0.10 PER PG) | $11.40 |
| 09/13/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 09-13-12 | $28.84 |
| 09/13/2012 | PO  | 91100.00001 :Postage Charges for 09-13-12 | $1.70 |
| 09/13/2012 | RE  | Reproduction Expense. [E101] 16 pgs, WLR | $1.60 |
| 09/13/2012 | RE  | Reproduction Expense. [E101] 8 pgs, WLR | $0.80 |
| 09/13/2012 | RE  | ( 3 @0.10 PER PG) | $0.30 |
| 09/13/2012 | RE  | ( 64 @0.10 PER PG) | $6.40 |
| 09/13/2012 | RE2 | SCAN/COPY ( 461 @0.10 PER PG) | $46.10 |
| 09/14/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 09-14-12 | $44.67 |
| 09/14/2012 | RE  | ( 3 @0.10 PER PG) | $0.30 |
| 09/14/2012 | RE  | ( 10 @0.10 PER PG) | $1.00 |
| 09/14/2012 | RE  | ( 1014 @0.10 PER PG) | $101.40 |
| 09/14/2012 | RE  | ( 1243 @0.10 PER PG) | $124.30 |
| 09/14/2012 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 09/17/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 09-17-12 | $28.84 |
| 09/17/2012 | PO  | 91100.00001 :Postage Charges for 09-17-12 | $232.10 |
| 09/17/2012 | PO  | 91100.00001 :Postage Charges for 09-17-12 | $61.80 |
| 09/17/2012 | RE  | ( 4 @0.10 PER PG) | $0.40 |
| 09/17/2012 | RE  | ( 27 @0.10 PER PG) | $2.70 |
| 09/17/2012 | RE  | ( 32 @0.10 PER PG) | $3.20 |
| 09/17/2012 | RE  | ( 99 @0.10 PER PG) | $9.90 |
| 09/17/2012 | RE  | ( 314 @0.10 PER PG) | $31.40 |
| 09/17/2012 | RE  | ( 1058 @0.10 PER PG) | $105.80 |
| 09/17/2012 | RE  | ( 2489 @0.10 PER PG) | $248.90 |
| 09/17/2012 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 09/17/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |

**Invoice number  100606**      91100   00001                                    **Page  11**

| | | | |
|---|---|---|---|
| 09/18/2012 | DC | 91100.00001 Digital Legal Charges for 09-18-12 | $378.00 |
| 09/18/2012 | DC | 91100.00001 Digital Legal Charges for 09-18-12 | $63.00 |
| 09/18/2012 | DC | 91100.00001 Digital Legal Charges for 09-18-12 | $24.30 |
| 09/18/2012 | DC | 91100.00001 Digital Legal Charges for 09-18-12 | $16.20 |
| 09/18/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-18-12 | $18.84 |
| 09/18/2012 | PO | 91100.00001 :Postage Charges for 09-18-12 | $275.10 |
| 09/18/2012 | PO | 91100.00001 :Postage Charges for 09-18-12 | $9.60 |
| 09/18/2012 | PO | 91100.00001 :Postage Charges for 09-18-12 | $86.10 |
| 09/18/2012 | PO | 91100.00001 :Postage Charges for 09-18-12 | $69.30 |
| 09/18/2012 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 09/18/2012 | RE | ( 90 @0.10 PER PG) | $9.00 |
| 09/18/2012 | RE | ( 3332 @0.10 PER PG) | $333.20 |
| 09/18/2012 | RE | ( 5313 @0.10 PER PG) | $531.30 |
| 09/18/2012 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/18/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 09/19/2012 | DC | 91100.00001 Digital Legal Charges for 09-19-12 | $378.00 |
| 09/19/2012 | DC | 91100.00001 Digital Legal Charges for 09-19-12 | $24.30 |
| 09/19/2012 | DC | 91100.00001 Digital Legal Charges for 09-19-12 | $16.20 |
| 09/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-19-12 | $12.56 |
| 09/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-19-12 | $18.99 |
| 09/19/2012 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 09/19/2012 | RE | ( 17 @0.10 PER PG) | $1.70 |
| 09/19/2012 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 09/19/2012 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 09/20/2012 | DC | 91100.00001 Digital Legal Charges for 09-20-12 | $9.00 |
| 09/20/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-20-12 | $18.84 |
| 09/20/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-20-12 | $12.56 |
| 09/20/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-20-12 | $18.99 |
| 09/20/2012 | OS | Digital Legal Services, Inv. 68818, 80 copies | $9.60 |
| 09/20/2012 | OS | Digital Legal Services, Inv. 68818, postage | $13.20 |
| 09/20/2012 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 09/20/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 09/20/2012 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 09/20/2012 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 09/20/2012 | RE | ( 38 @0.10 PER PG) | $3.80 |
| 09/20/2012 | RE | ( 81 @0.10 PER PG) | $8.10 |
| 09/20/2012 | RE | ( 129 @0.10 PER PG) | $12.90 |
| 09/21/2012 | DC | 91100.00001 Digital Legal Charges for 09-21-12 | $9.00 |
| 09/21/2012 | DC | 91100.00001 Digital Legal Charges for 09-21-12 | $24.30 |
| 09/21/2012 | DC | 91100.00001 Digital Legal Charges for 09-21-12 | $72.00 |
| 09/21/2012 | DC | 91100.00001 Digital Legal Charges for 09-21-12 | $8.46 |
| 09/21/2012 | DC | 91100.00001 Digital Legal Charges for 09-21-12 | $7.25 |
| 09/21/2012 | DC | 91100.00001 Digital Legal Charges for 09-21-12 | $8.46 |

**Invoice number  100606**       91100   00001                          **Page  12**

| | | | |
|---|---|---|---|
| 09/21/2012 | DC | 91100.00001 Digital Legal Charges for 09-21-12 | $7.78 |
| 09/21/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-21-12 | $18.84 |
| 09/21/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-21-12 | $14.83 |
| 09/21/2012 | PO | 91100.00001 :Postage Charges for 09-21-12 | $30.90 |
| 09/21/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 09/21/2012 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 09/21/2012 | RE | ( 93 @0.10 PER PG) | $9.30 |
| 09/24/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-24-12 | $28.84 |
| 09/24/2012 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 09/24/2012 | RE | ( 115 @0.10 PER PG) | $11.50 |
| 09/24/2012 | RE | ( 386 @0.10 PER PG) | $38.60 |
| 09/25/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-25-12 | $28.84 |
| 09/25/2012 | PO | 91100.00001 :Postage Charges for 09-25-12 | $1.10 |
| 09/25/2012 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 09/25/2012 | RE | ( 214 @0.10 PER PG) | $21.40 |
| 09/26/2012 | PO | 91100.00001 :Postage Charges for 09-26-12 | $20.40 |
| 09/26/2012 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 09/26/2012 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 09/26/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 09/26/2012 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 09/26/2012 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 09/26/2012 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 09/26/2012 | RE | ( 270 @0.10 PER PG) | $27.00 |
| 09/26/2012 | RE | ( 458 @0.10 PER PG) | $45.80 |
| 09/26/2012 | RE | ( 578 @0.10 PER PG) | $57.80 |
| 09/26/2012 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 09/26/2012 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 09/26/2012 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 09/26/2012 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 09/26/2012 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 09/26/2012 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 09/26/2012 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 09/26/2012 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 09/26/2012 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | $1.90 |
| 09/26/2012 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | $1.90 |
| 09/26/2012 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | $1.90 |
| 09/26/2012 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | $1.90 |
| 09/26/2012 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 09/26/2012 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 09/26/2012 | RE2 | SCAN/COPY ( 85 @0.10 PER PG) | $8.50 |
| 09/26/2012 | RE2 | SCAN/COPY ( 85 @0.10 PER PG) | $8.50 |
| 09/26/2012 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | $8.60 |
| 09/26/2012 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | $8.60 |

**Invoice number  100606**        91100   00001                                   **Page  13**

| | | | |
|---|---|---|---:|
| 09/27/2012 | DC | 91100.00001 Digital Legal Charges for 09-27-12 | $63.00 |
| 09/27/2012 | DC | 91100.00001 Digital Legal Charges for 09-27-12 | $24.30 |
| 09/27/2012 | DC | 91100.00001 Digital Legal Charges for 09-27-12 | $7.78 |
| 09/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-27-12 | $18.99 |
| 09/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-27-12 | $12.56 |
| 09/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-27-12 | $33.67 |
| 09/27/2012 | PO | 91100.00001 :Postage Charges for 09-27-12 | $1.10 |
| 09/27/2012 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 09/27/2012 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 09/27/2012 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 09/27/2012 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 09/27/2012 | RE | ( 26 @0.10 PER PG) | $2.60 |
| 09/27/2012 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 09/27/2012 | RE | ( 133 @0.10 PER PG) | $13.30 |
| 09/27/2012 | RE | ( 293 @0.10 PER PG) | $29.30 |
| 09/27/2012 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 09/28/2012 | DC | 91100.00001 Digital Legal Charges for 09-28-12 | $9.00 |
| 09/28/2012 | DC | 91100.00001 Digital Legal Charges for 09-28-12 | $7.25 |
| 09/28/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-28-12 | $28.84 |
| 09/28/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-28-12 | $12.56 |
| 09/28/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 09-28-12 | $18.99 |
| 09/28/2012 | PO | 91100.00001 :Postage Charges for 09-28-12 | $1.30 |
| 09/28/2012 | PO | 91100.00001 :Postage Charges for 09-28-12 | $61.80 |
| 09/28/2012 | PO | 91100.00001 :Postage Charges for 09-28-12 | $270.40 |
| 09/28/2012 | PO | 91100.00001 :Postage Charges for 09-28-12 | $7.20 |
| 09/28/2012 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 09/28/2012 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 09/28/2012 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 09/28/2012 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 09/28/2012 | RE | ( 99 @0.10 PER PG) | $9.90 |
| 09/28/2012 | RE | ( 119 @0.10 PER PG) | $11.90 |
| 09/28/2012 | RE | ( 121 @0.10 PER PG) | $12.10 |
| 09/28/2012 | RE | ( 2070 @0.10 PER PG) | $207.00 |
| 09/28/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 09/28/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 09/28/2012 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | $8.60 |
| 09/30/2012 | PAC | Pacer - Court Research | $698.70 |

Total Expenses:                                                     **$7,016.08**

## Summary:

| | |
|---|---:|
| Total professional services | $24,954.50 |
| Total expenses | $7,016.08 |

**Invoice number  100606**      91100   00001                                                    **Page  14**

| | Net current charges | | | $31,970.58 |
|---|---|---|---|---|
| | Net balance forward | | | $67,420.64 |
| | **Total balance now due** | | | $99,391.22 |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 2.80 | 185.00 | $518.00 |
| CAH | Hehn, Curtis A. | 0.20 | 595.00 | $119.00 |
| CAK | Knotts, Cheryl A. | 1.50 | 265.00 | $397.50 |
| DKW | Whaley, Dina K. | 0.70 | 185.00 | $129.50 |
| JEO | O'Neill, James E. | 8.30 | 675.00 | $5,602.50 |
| KPM | Makowski, Kathleen P. | 6.90 | 495.00 | $3,415.50 |
| KSN | Neil, Karen S. | 2.10 | 185.00 | $388.50 |
| LDJ | Jones, Laura Davis | 0.60 | 955.00 | $573.00 |
| PEC | Cuniff, Patricia E. | 37.20 | 265.00 | $9,858.00 |
| SLP | Pitman, L. Sheryle | 10.80 | 185.00 | $1,998.00 |
| WLR | Ramseyer, William L. | 3.40 | 575.00 | $1,955.00 |
| | | 74.50 | | $24,954.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AP | Appeals [B430] | 7.80 | $4,436.00 |
| CA | Case Administration [B110] | 37.70 | $9,082.50 |
| CR01 | WRG-Claim Analysis (Asbestos) | 1.70 | $780.50 |
| FA | WRG-Fee Apps., Applicant | 6.10 | $3,084.50 |
| FA01 | WRG-Fee Applications, Others | 17.90 | $5,851.50 |
| LN | Litigation (Non-Bankruptcy) | 3.30 | $1,719.50 |
| | | 74.50 | $24,954.50 |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $1,869.76 |
| DHL- Worldwide Express | $667.20 |
| Federal Express [E108] | $89.42 |
| Outside Services | $22.80 |
| Pacer - Court Research | $698.70 |
| Postage [E108] | $1,186.20 |
| Reproduction Expense [E101] | $2,307.90 |
| Reproduction/ Scan Copy | $174.10 |
| | $7,016.08 |