# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA 22902 | Invoice Number  2176770<br>Invoice Date  11/07/12<br>Client Number  359022<br>Matter Number  00001 |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/12 | TKD | Review Debtors' Motion For Entry Of An Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

**CURRENT FEES**  260.00

**TOTAL AMOUNT OF THIS INVOICE**  260.00

**NET AMOUNT OF THIS INVOICE**  260.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2176771 |
| Invoice Date | 11/07/12 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/12 | TKD | Review all filings and share with team | 0.3 | 195.00 |
| 10/01/12 | TKD | Review Reply of CIM Urban REIT 211 Main St.(SF), LP, as Assignee of CIM REIT Acquisition, LLC to Objection of Main Plaza, LLC to Notice of Transfer of Claim | 0.3 | 195.00 |
| 10/02/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/04/12 | TKD | Review all case filings and shared with team | 0.4 | 260.00 |
| 10/05/12 | TKD | Review all filings and share with team | 0.4 | 260.00 |
| 10/08/12 | TKD | Review all case filings and distribute to team | 0.5 | 325.00 |
| 10/09/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/10/12 | TKD | Review all filings and share with team | 0.5 | 325.00 |
| 10/11/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/12/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 10/15/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/16/12 | TKD | Review all case filings and share with our team | 0.3 | 195.00 |
| 10/17/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/18/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/19/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/22/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/23/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
11/07/12

WR Grace - Official Committee of Equity Security
Holders
Case Administration

Invoice Number 2176771
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/24/12 | TBB | Forward ECF filings to team. | 0.2 | 39.00 |
| 10/25/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 10/25/12 | TBB | Forward ECF filings to team. | 0.3 | 58.50 |
| 10/26/12 | TKD | Review all case filings | 0.3 | 195.00 |
| 10/26/12 | TBB | Forward ECF filings to team. | 0.3 | 58.50 |
| 10/29/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 10/30/12 | TKD | Review all case filings | 0.4 | 260.00 |
| 10/31/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
|   |   | TOTAL HOURS | 9.5 |   |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |   | Rate |   | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.8 | at | $195.00 | = | 156.00 |
| Teresa K.D. Currier | 8.7 | at | $650.00 | = | 5,655.00 |

CURRENT FEES  5,811.00

**TOTAL AMOUNT OF THIS INVOICE**  5,811.00

**NET AMOUNT OF THIS INVOICE**  5,811.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2176773 |
| Invoice Date | 11/07/12 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/18/12 | TBB | Draft CNO to Saul Ewing's Thirty Eighth Monthly Fee Application. | 0.3 | 58.50 |
| 10/18/12 | TBB | File and serve CNO to Saul Ewing's Thirty Eighth Monthly Fee Application. | 0.8 | 156.00 |
| 10/18/12 | TBB | Review docket fro any objections to the fee application. | 0.1 | 19.50 |
| | | TOTAL HOURS | 1.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.2 | at | $195.00 | = | 234.00 |

CURRENT FEES                                                                 234.00

**TOTAL AMOUNT OF THIS INVOICE**                                             234.00

**NET AMOUNT OF THIS INVOICE**                                               234.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number 2176775
Invoice Date 11/07/12
Client Number 359022
Matter Number 00016

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/12 | TKD | Review Kramer Levin fee app and approve for filing | 0.2 | 130.00 |
| 10/01/12 | TKD | Approved and executed notice for Kramer Levin fee application | 0.1 | 65.00 |
| 10/01/12 | TBB | Draft Notice to Kramer Levin's One Hundred and Thirty Second Monthly Fee Application. | 0.2 | 39.00 |
| 10/01/12 | TBB | File and serve Kramer Levin's One Hundred and Thirty Second Monthly Fee Application. | 0.8 | 156.00 |
| 10/23/12 | TKD | Approved CNOs and arranged for filing | 0.3 | 195.00 |
| 10/24/12 | TBB | Draft Notice to Kramer Levin's One Hundred and Thirty First Monthly Fee Application. | 0.2 | 39.00 |
| 10/24/12 | TBB | File and serve Kramer Levin's One Hundred and Thirty First Monthly Fee Application. | 0.8 | 156.00 |
| 10/24/12 | TBB | Draft CNO to Kramer Levin's One Hundred and Thirty Second Monthly Fee Application. | 0.3 | 58.50 |
| 10/24/12 | TBB | File and serve CNO to Kramer Levin's One Hundred and Thirty Second Monthly Fee Application. | 0.8 | 156.00 |

TOTAL HOURS    3.7

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
11/07/12

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Others

Invoice Number 2176775
Page 2

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.1 | at | $195.00 | = | 604.50 |
| Teresa K.D. Currier | 0.6 | at | $650.00 | = | 390.00 |

CURRENT FEES 994.50

**TOTAL AMOUNT OF THIS INVOICE** 994.50

**NET AMOUNT OF THIS INVOICE** 994.50

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2176776 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/07/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/12 | TKD | Review motion to withdraw case | 0.3 | 195.00 |
| 10/15/12 | TKD | Review order terminating appeal re MD Casualty | 0.1 | 65.00 |
| 10/15/12 | TKD | Review Debtors Motion For An Order Approving The Settlement Agreement Between W. R. Grace & Co. And Dairyland Insurance Company | 0.4 | 260.00 |
| 10/16/12 | TKD | Review Order dismissing BNSF appeal | 0.2 | 130.00 |
| 10/23/12 | TKD | Review Motion of Andersen Memorial for extension of time | 0.2 | 130.00 |
| 10/25/12 | TKD | Review appeal docket and note granting of extension motion | 0.2 | 130.00 |
| | | TOTAL HOURS | 1.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.4 | at | $650.00 | = | 910.00 |

CURRENT FEES　　910.00

**TOTAL AMOUNT OF THIS INVOICE**　　910.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC    Doc 29954-2    Filed 11/28/12    Page 8 of 9

359022          WR Grace - Official Committee of Equity Security       Invoice Number 2176776
00020           Holders                                                 Page 2
11/07/12        Plan and Disclosure Statement

| | |
|---|---:|
| **NET AMOUNT OF THIS INVOICE** | 910.00 |

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2176772 |
| Invoice Date | 11/07/12 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 27.80 |
| Federal Express | 331.40 |
| CURRENT EXPENSES | 359.20 |
| **TOTAL AMOUNT OF THIS INVOICE** | 359.20 |
| **NET AMOUNT OF THIS INVOICE** | 359.20 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP