```
                         REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                     Invoice Number      2342744
7500 Grace Drive                     Invoice Date        11/20/12
Columbia, Maryland 21044             Client Number        172573
USA


==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

          Fees                                  114.00
          Expenses                                0.00

                        TOTAL BALANCE DUE UPON RECEIPT        $114.00
                                                         =============
```

```
                       REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number     2342744
7500 Grace Drive                         Invoice Date      11/20/12
Columbia, Maryland 21044                 Client Number      172573
USA                                      Matter Number       60026


============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2012

      Date    Name                                              Hours
      ------- -----------                                       -----

     10/01/12 Ament       E-mails with P. Cuniff re: agenda      .20
                          and hearing binder for 10/15/12
                          hearing (.10); coordinate hand
                          delivery of same to Judge
                          Fitzgerald (.10).

     10/15/12 Ament       Provide information to T. Rea per      .40
                          request relating to Jameson
                          Hospital (.20); various e-mails
                          with T. Rea re: same (.10);
                          follow-up e-mails with T. Rea re:
                          same (.10).

                                                               ------
                                               TOTAL HOURS        .60


    TIME SUMMARY                   Hours         Rate        Value
    -------------------------      -----------------         -------
    Sharon A. Ament                 0.60  at  $  190.00  =    114.00

                                 CURRENT FEES                           114.00


                                                              ------------
                                 TOTAL BALANCE DUE UPON RECEIPT      $114.00
                                                              ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                              Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number       2342745
7500 Grace Drive                           Invoice Date         11/20/12
Columbia, Maryland 21044                   Client Number          172573
USA



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

          Fees                                  1,949.00
          Expenses                                  0.00

                          TOTAL BALANCE DUE UPON RECEIPT         $1,949.00
                                                               =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number    2342745
7500 Grace Drive                              Invoice Date      11/20/12
Columbia, Maryland 21044                      Client Number      172573
USA                                           Matter Number       60029



==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2012

       Date    Name                                                   Hours
     -------- -----------                                             -----

     10/01/12 Muha            Final review and revisions to             .30
                              August monthly fee application,
                              and discussion with S. Ament re:
                              same.

     10/02/12 Ament           E-mails with J. Lord re: Aug.             .50
                              monthly fee application (.10);
                              review A. Muha comments re: Aug.
                              monthly fee application (.10);
                              finalize same (.10); e-mail 134th
                              monthly fee application to J. Lord
                              for DE filing (.10); attention to
                              billing matters (.10).

     10/02/12 Lord            Revise, e-file and serve Reed           1.30
                              Smith August monthly fee
                              application

     10/04/12 Cameron         Attention to fee application             .30
                              materials

     10/09/12 Ament           Attention to billing matters             .20
                              (.10); various e-mails re: same
                              (.10).

     10/26/12 Ament           Review invoices (.10); calculate         .80
                              fees and expenses for Sept.
                              monthly fee application (.20);
                              prepare spreadsheet re: same
                              (.20); draft 135th monthly fee
                              application (.20); provide fee
                              application to A. Muha for review
                              (.10).
```

```
172573 W. R. Grace & Co.                        Invoice Number   2342745
60029  Fee Applications-Applicant               Page    2
November 20, 2012
```

|   Date   | Name    | Description | Hours |
|----------|---------|-------------|-------|
| 10/28/12 | Cameron | Review fee application materials. | .40 |
| 10/29/12 | Ament   | Review A. Muha comments re: Sept. monthly fee application (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | .30 |
| 10/29/12 | Muha    | Review and revise September monthly fee application and notes to S. Ament re: same. | .20 |
| 10/30/12 | Ament   | Review e-mails re: Sept. monthly fee application. | .10 |
| 10/30/12 | Lord    | Revise and prepare Reed Smith September monthly fee application for e-filing and serve (1.0); communicate with S. Ament re: same and upcoming quarterly (.1). | 1.10 |
| 10/31/12 | Ament   | Review e-mail re: Sept. monthly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .30 |
| 10/31/12 | Lord    | Draft, e-file and serve CNO to Reed Smith August monthly fee application (.4); revise, e-file and serve Reed Smith's September monthly fee application (.4) | .80 |

```
                                                TOTAL HOURS     6.60
```

| TIME SUMMARY        | Hours | Rate        | Value  |
|---------------------|-------|-------------|--------|
| Douglas E. Cameron  | 0.70 at $ 670.00 = | | 469.00 |
| Andrew J. Muha      | 0.50 at $ 460.00 = | | 230.00 |
| John B. Lord        | 3.20 at $ 260.00 = | | 832.00 |
| Sharon A. Ament     | 2.20 at $ 190.00 = | | 418.00 |

```
                CURRENT FEES                                  1,949.00

                                                           ------------
                TOTAL BALANCE DUE UPON RECEIPT               $1,949.00
                                                           ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2342746
7500 Grace Drive                         Invoice Date        11/20/12
Columbia, Maryland 21044                 Client Number         172573
USA



=============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                       5,926.00
         Expenses                                       0.00

                     TOTAL BALANCE DUE UPON RECEIPT            $5,926.00
                                                              =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    2342746
7500 Grace Drive                         Invoice Date      11/20/12
Columbia, Maryland 21044                 Client Number      172573
USA                                      Matter Number       60033


=============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2012

        Date    Name                                              Hours
        -----   ----------                                        -----

      10/12/12 Cameron     Review materials from R. Finke re:      1.10
                           Anderson Memorial Claim

      10/14/12 Cameron     Review materials re: Anderson            .70
                           Memorial claim negotiations

      10/15/12 Cameron     Review draft agreement, telephone       1.60
                           call with R. Finke re: same(.70);
                           email to Restivo re: same (.20);
                           review Halliwell report, materials
                           from D. Speights (.70).

      10/16/12 Cameron     Prepare for, participate in calls       1.90
                           with R. Finke, J. Restivo and
                           jointly with J. Restivo/R. Finke
                           (.80); review agreement and
                           proposed revisions (.40); review
                           materials form D. Speights re:
                           Anderson Memorial (.70).

      10/16/12 Restivo     Prepare for and participate in          1.00
                           client telephone conference.

      10/19/12 Cameron     Review Anderson Memorial materials      1.10
                           (.90); emails, calls re: same
                           (.20).

      10/22/12 Cameron     Review Anderson Memorial materials       .80

      10/28/12 Cameron     Review Anderson Memorial materials.      .60
                                                                  ------
                                            TOTAL HOURS             8.80
```

```
172573 W. R. Grace & Co.                       Invoice Number   2342746
60033   Claim Analysis Objection Resolution    Page    2
        * Estimation (Asbestos)
November 20, 2012




        TIME SUMMARY                  Hours         Rate           Value
        ------------------------      --------------------------   -------
        Douglas E. Cameron            7.80  at  $  670.00   =     5,226.00
        James J. Restivo Jr.          1.00  at  $  700.00   =       700.00

                                      CURRENT FEES                                   5,926.00


                                                                           ------------
                                      TOTAL BALANCE DUE UPON RECEIPT         $5,926.00
                                                                           ============
```