```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2342748
7500 Grace Drive                          Invoice Date        11/20/12
Columbia, Maryland 21044                  Client Number        172573
USA
```

===============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
        Fees                                          0.00
        Expenses                                      5.00

                   TOTAL BALANCE DUE UPON RECEIPT              $5.00
                                                       =============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2342748
7500 Grace Drive                         Invoice Date       11/20/12
Columbia, Maryland 21044                 Client Number       172573
USA                                      Matter Number        60026

=============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning                 5.00

                       CURRENT EXPENSES                           5.00
                                                          -------------
                       TOTAL BALANCE DUE UPON RECEIPT            $5.00
                                                          =============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number     2342748
7500 Grace Drive                              Invoice Date       11/20/12
Columbia, Maryland 21044                      Client Number       172573
USA                                           Matter Number        60026


=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     10/02/12   Duplicating/Printing/Scanning                         .90
                ATTY # 000559: 9 COPIES

     10/02/12   Duplicating/Printing/Scanning                         .80
                ATTY # 000559: 8 COPIES

     10/02/12   Duplicating/Printing/Scanning                        1.30
                ATTY # 000559: 13 COPIES

     10/26/12   Duplicating/Printing/Scanning                         .10
                ATTY # 000559: 1 COPY

     10/26/12   Duplicating/Printing/Scanning                         .10
                ATTY # 000559: 1 COPY

     10/26/12   Duplicating/Printing/Scanning                         .90
                ATTY # 000559: 9 COPIES

     10/26/12   Duplicating/Printing/Scanning                         .90
                ATTY # 000559: 9 COPIES

                    CURRENT EXPENSES                                 5.00
                                                             ------------
                    TOTAL BALANCE DUE UPON RECEIPT                  $5.00
                                                             ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number        2342749
7500 Grace Drive                         Invoice Date          11/20/12
Columbia, Maryland 21044                 Client Number          172573
USA



==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                            0.00
         Expenses                                       35.00

                     TOTAL BALANCE DUE UPON RECEIPT              $35.00
                                                          =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2342749
7500 Grace Drive                         Invoice Date        11/20/12
Columbia, Maryland 21044                 Client Number        172573
USA                                      Matter Number         60033

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning                    30.00
        Courier Service - Outside                         5.00

                    CURRENT EXPENSES                                  35.00
                                                                -------------
                    TOTAL BALANCE DUE UPON RECEIPT                   $35.00
                                                                =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



W.R. Grace & Co.                            Invoice Number      2342749
7500 Grace Drive                            Invoice Date       11/20/12
Columbia, Maryland 21044                    Client Number       172573
USA                                         Matter Number        60033



==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)



FOR COSTS ADVANCED AND EXPENSES INCURRED:

    10/02/12   Duplicating/Printing/Scanning                       9.70
               ATTY # 0718; 97 COPIES

    10/02/12   Duplicating/Printing/Scanning                       2.00
               ATTY # 000559: 20 COPIES

    10/09/12   Duplicating/Printing/Scanning                       2.00
               ATTY # 000559: 20 COPIES

    10/09/12   Duplicating/Printing/Scanning                       2.00
               ATTY # 000559: 20 COPIES

    10/10/12   Courier Service - Outside -- VENDOR: AL STILES:     5.00
               Messenger Trip - U.S. Bankruptcy Court - Ramona
               Baker - 10/1/12

    10/11/12   Duplicating/Printing/Scanning                       2.00
               ATTY # 000559: 20 COPIES

    10/15/12   Duplicating/Printing/Scanning                       2.00
               ATTY # 000559: 20 COPIES

    10/15/12   Duplicating/Printing/Scanning                       2.00
               ATTY # 000559: 20 COPIES

    10/15/12   Duplicating/Printing/Scanning                       2.00
               ATTY # 000559: 20 COPIES

    10/31/12   Duplicating/Printing/Scanning                       6.30
               ATTY # 0718; 63 COPIES

                          CURRENT EXPENSES                        35.00
                                                             ------------
```

```
172573 W. R. Grace & Co.                        Invoice Number   2342749
60033   Claim Analysis Objection Resolution     Page     2
        & Estimation (Asbestos)
November 20, 2012


                        TOTAL BALANCE DUE UPON RECEIPT               $35.00
                                                               =============
```