# EXHIBIT A

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

November 12, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001 Invoice# 1809949 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED THROUGH 10/31/2012 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 7.10 | hrs. at | $780.00 | /hr. = | $5,538.00 | |
| WS KATCHEN | OF COUNSEL | 1.20 | hrs. at | $875.00 | /hr. = | $1,050.00 | |
| S LENKIEWICZ | PARALEGAL | 6.80 | hrs. at | $185.00 | /hr. = | $1,258.00 | |
| | | | | | | | $7,846.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| POSTAGE | $257.95 | |
| PRINTING & DUPLICATING | $276.00 | |
| TOTAL DISBURSEMENTS | | $533.95 |
| | | |
| BALANCE DUE THIS INVOICE | | $8,379.95 |

File # K0248-00001 INVOICE# 1809949
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/3/2012 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT APPEAL, DOWNLOAD BRIEFING SCHEDULE (.2); FORWARD SAME TO W. KATCHEN (.1) | 0.30 | $55.50 |
| 10/19/2012 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET RE STATUS OF BRIEFING | 0.20 | $37.00 |
| 10/23/2012 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET RE RECENT FILINGS | 0.20 | $37.00 |
| | | | Code Total | 0.70 | $129.50 |

File # K0248-00001 INVOICE# 1809949
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/3/2012 | 012 | MR LASTOWSKI | REVIEW 44TH AND 45TH QUARTERLY FEE APPLICATIONS | 0.50 | $390.00 |
| 10/3/2012 | 012 | S LENKIEWICZ | PREPARE EXPENSE SPREADSHEET RE 44TH QUARTERLY (.2); PREPARE DUANE MORRIS 44TH QUARTERLY FEE APPLICATION (.5); PREPARE NOTICE (.1); PREPARE EXHIBITS (.3) | 1.10 | $203.50 |
| 10/3/2012 | 012 | S LENKIEWICZ | PREPARE EXPENSE SPREADSHEET RE 45TH QUARTERLY (.2); PREPARE DUANE MORRIS 45TH QUARTERLY FEE APPLICATION (.5); PREPARE NOTICE (.1); PREPARE EXHIBITS (.3) | 1.10 | $203.50 |
| 10/4/2012 | 012 | S LENKIEWICZ | REVISE 44TH QUARTERLY FEE APPLICATION (.3); REVISE 45TH QUARTERLY FEE APPLICATION (.2) | 0.50 | $92.50 |
| 10/10/2012 | 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS 44TH QUARTERLY FEE APPLICATION (.3); FINALIZE AND EFILE DUANE MORRIS 45TH QUARTERLY FEE APPLICATION (.3); PREPARE SERVICE LABELS AND COORDINATE SERVICES OF NOTICE REGARDING SAME (.2) | 0.80 | $148.00 |
| 10/12/2012 | 012 | MR LASTOWSKI | REVIEW FEE ORDER | 0.10 | $78.00 |
| 10/25/2012 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 127TH MONTHLY FEE APPLICATION FOR AUGUST 2012 (.4); FINALIZE AND EFILE SAME (.2) | 0.60 | $111.00 |
| 10/25/2012 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 128TH MONTHLY FEE APPLICATION FOR SEPTEMBER 2012 | 0.50 | $92.50 |
| | | | Code Total | 5.20 | $1,319.00 |

File # K0248-00001 INVOICE# 1809949
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/22/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE CAPSTONE'S LAST MONTHLY APPLICATION (.1); EMAIL TO D. MOHAMMAD RE SAME (.1) | 0.20 | $37.00 |
| 10/22/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 137TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2) | 0.30 | $55.50 |
| 10/23/2012 | 013 | S LENKIEWICZ | FINALIZE CERTIFICATE OF NO OBJECTION REGARDING SSL 137TH MONTHLY FEE APPLICATION AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.30 | $55.50 |
| 10/23/2012 | 013 | S LENKIEWICZ | PREPARE NOTICE, APPLICATION AND EXHIBITS FOR EFILING (.2); EMAIL TO D. MOHAMMAD RE OBJECTION DEADLINE (.1); RECEIPT OF REVISED NOTICE AND APPLICATION AND PREPARE FOR EFILING (.1); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| | | | Code Total | 1.50 | $277.50 |

File # K0248-00001 INVOICE# 1809949
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/1/2012 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPEALS | 0.80 | $624.00 |
| 10/2/2012 | 017 | MR LASTOWSKI | REVIEW MAIN PLAZA'S OBJECTION, DEBTOR'S JOINDER AND UNDERLYING NOTICE OF TRANSFER | 1.10 | $858.00 |
| 10/2/2012 | 017 | MR LASTOWSKI | REVIEW CIM URBAN'S REPLY | 0.10 | $78.00 |
| 10/8/2012 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: 10/1512 OMNIBUS HEARING (.1); E-MAIL TO A. KRIEGER RE: 10/15/12 OMNIBUS HEARING (.1); REVIEW AGENDA ITEMS FOR 10/15/12 OMNIBUS HEARING (1.2) | 1.40 | $1,092.00 |
| 10/10/2012 | 017 | MR LASTOWSKI | REVIEW KIRKLAND'S SUPPLEMENTAL DECLARATION OF DISINTERESTEDNESS | 0.10 | $78.00 |
| 10/10/2012 | 017 | MR LASTOWSKI | REVIEW MARYLAND CASUALTY'S DISMISSAL OF APPEAL | 0.10 | $78.00 |
| 10/12/2012 | 017 | MR LASTOWSKI | REVIEW STATEMENT OF PAYMENT TO ORDINARY COURSE PROFESSIONALS | 0.10 | $78.00 |
| 10/15/2012 | 017 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 2.40 | $1,872.00 |
| 10/16/2012 | 017 | MR LASTOWSKI | REVIEW DAIRYLAND SETTLEMENT | 0.40 | $312.00 |
| | | | Code Total | 6.50 | $5,070.00 |

File # K0248-00001 INVOICE# 1809949
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/1/2012 | 025 | WS KATCHEN | RESEARCH LATEST OPINION ON PLAN ISSUE APPEAL | 0.20 | $175.00 |
| 10/3/2012 | 025 | WS KATCHEN | REVIEW BRIEFING AND SCHEDULING ORDER - 3RD CIRCUIT (.1); TELEPHONE K. PASQUALE (.1). | 0.20 | $175.00 |
| 10/18/2012 | 025 | WS KATCHEN | APPEAL ISSUES ON CONFIRMATION. | 0.80 | $700.00 |
| | | | Code Total | 1.20 | $1,050.00 |
| | | | TOTAL SERVICES | 15.10 | $7,846.00 |

File # K0248-00001 INVOICE# 1809949
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 10/31/2012 | POSTAGE | | 257.95 |
| | | Total: | $257.95 |
| 10/31/2012 | PRINTING & DUPLICATING | | 276.00 |
| | | Total: | $276.00 |
| | | TOTAL DISBURSEMENTS | $533.95 |

File # K0248-00001 INVOICE# 1809949
W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 7.10 | 780.00 | $5,538.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.20 | 875.00 | $1,050.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.80 | 185.00 | $1,258.00 |
| | | | 15.10 | | $7,846.00 |