**EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>     Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Objection Deadline: November 20, 2012 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections are timely filed and served.** |

**ONE-HUNDRED TWENTY EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **August 1, 2012 through August 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,704.40 (80% of $4,630.50)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$0** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred twenty eighth monthly fee application of Duane Morris LLP.

DM3\2331982.1

Docket No.: 29857
Date Filed: 11/6/12

## PRIOR APPLICATIONS FILED

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

DM3\2331982.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 10/31/05 |  |  |  |  |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

DM3\2331982.1    4

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

|                    |                      | Requested    |            | Approved for Payment |            |
|--------------------|----------------------|--------------|------------|----------------------|------------|
| **Date Filed**     | **Period Covered**   | Fees         | Expenses   | Fees                 | Expenses   |
| June 5, 2009       | 4/1/09 – 4/30/09     | $33,877.50   | $1,333.84  | $27,102.00           | $1,333.84  |
| June 5, 2009       | 5/1/09 – 5/31/09     | $38,838.00   | $18.92     | $31,070.40           | $18.92     |
| August 19, 2009    | 6/1/09 – 6/30/09     | $102,615.50  | $2,762.47  | $82,092.40           | $2,762.47  |
| September 23, 2009 | 7/1/09 – 7/31/09     | $72,966.60   | $1,922.11  | $58,373.28           | $1,922.11  |
| September 24, 2009 | 8/1/09 – 8/31/09     | $66,921.00   | $2,118.21  | $53,536.80           | $2,118.21  |
| October 21, 2009   | 9/1/09 – 9/30/09     | $70,480.00   | $309.20    | $56,384.00           | $309.20    |
| December 1, 2009   | 10/1/09 – 10/31/09   | $33,986.50   | $2,425.29  | $27,189.20           | $2,425.29  |
| December 28, 2009  | 11/1/09 – 11/30/09   | $32,937.00   | $101.82    | $26,349.60           | $101.82    |
| January 28, 2010   | 12/1/09 – 12/31/09   | $15,975.00   | $1,870.07  | $12,780.00           | $1,870.07  |
| March 2, 2010      | 1/1/10 – 1/31/10     | $21,378.80   | $81.23     | $17,103.04           | $81.23     |
| March 29, 2010     | 2/1/10 – 2/29/10     | $8,597.50    | $803.88    | $6,878.00            | $803.88    |
| April 28, 2010     | 3/1/10 – 3/31/10     | $18,726.50   | $1,436.91  | $14,981.20           | $1,436.91  |
| May 28, 2010       | 4/1/10 – 4/30/10     | $11,323.50   | $46.14     | $9,058.80            | $46.14     |
| June 28, 2010      | 5/1/10 – 5/31/10     | $6,203.50    | $944.99    | $4,962.80            | $944.99    |
| July 30, 2010      | 6/1/10 – 6/30/10     | $11,249.50   | $605.05    | $8,999.60            | $605.05    |
| August 18, 2010    | 7/1/10 – 7/31/10     | $4,799.00    | $302.53    | $3,839.20            | $302.53    |
| September 28, 2010 | 8/1/10 – 8/30/10     | $6,063.50    | $310.09    | $4,850.80            | $310.09    |
| October 28, 2010   | 9/1/10 – 9/30/10     | $9,657.50    | $570.26    | $7,726.00            | $570.26    |
| November 29, 2010  | 10/1/10 – 10/31/10   | $2,526.50    | $12.18     | $2,021.20            | $12.18     |
| December 28, 2010  | 11/1/10 – 11/30/10   | $2,486.00    | $0.00      | $1,988.80            | $0.00      |
| January 28, 2011   | 12/1/10 – 12/31/10   | $18,306.50   | $975.89    | $14,645.20           | $975.89    |

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $875.00 | 2.10 | $1,837.50 |
| Michael R. Lastowski | Partner/25 years | $780.00 | 2.30 | $1,794.00 |
| Stephanie Lenkiewicz | Paralegal | $185.00 | 5.40 | $999.00 |
| **Total** | | | **9.80** | **$4,630.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee Application (Applicant) (12) | 3.40 | $986.00 |
| Fee Application (Others) (13) | 2.60 | $481.00 |
| Plan and Disclosure Statement (17) | 1.70 | $1,326.00 |
| Other (25) | 2.10 | $1,837.50 |
| **TOTAL** | **9.80** | **$4,630.50** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period September 1, 2012 through September 30, 2012, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $3,704.40 (80% of allowed fees totaling $4,630.50), and for such other and further relief as this Court may deem just and proper.

Dated: November 6, 2012
      Wilmington, Delaware

/s/ *Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com
      rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:  wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

October 11, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001      Invoice# 1801988           IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.30 hrs. at | $780.00 | /hr. = | $1,794.00 | |
| WS KATCHEN | OF COUNSEL | 2.10 hrs. at | $875.00 | /hr. = | $1,837.50 | |
| S LENKIEWICZ | PARALEGAL | 5.40 hrs. at | $185.00 | /hr. = | $999.00 | |
| | | | | | | $4,630.50 |

DUANE MORRIS LLP

Duane Morris
October 11, 2012
Page 2

File # K0248-00001  INVOICE# 1801988
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/11/2012 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE FOR AUGUST 2012 | 0.20 | $37.00 |
| 9/12/2012 | 012 | S LENKIEWICZ | REVIEW DOCKET RE DUANE MORRIS QUARTERLY FEE APPLICATIONS (.2); OFFICE CONFERENCE WITH M. LASTOWSKI RE SAME (.1); REVIEW DOCKET RE APRIL FEE APPLICATION (.1) | 0.40 | $74.00 |
| 9/17/2012 | 012 | S LENKIEWICZ | REVIEW DOCKET RE 43RD AND 44TH QUARTERLY FEE APPLICATIONS (.2); REVIEW INVOICES FOR 44TH AND 45TH PERIOD (.2) | 0.40 | $74.00 |
| 9/21/2012 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE DUANE MORRIS 126TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $55.50 |
| 9/25/2012 | 012 | MR LASTOWSKI | REVIEW QUARTERLY FEE APPLICATION | 0.60 | $468.00 |
| 9/25/2012 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS 44TH FEE APPLICATION CHARTS | 1.20 | $222.00 |
| 9/26/2012 | 012 | S LENKIEWICZ | CONTINUED PREPARATION OF 44TH QUARTERLY FEE APPLICATION | 0.30 | $55.50 |
| | | | Code Total | 3.40 | $986.00 |

Duane Morris
October 11, 2012
Page 3

File # K0248-00001 INVOICE# 1801988
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/12/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 33RD QUARTERLY (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 9/12/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 44TH QUARTERLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 9/12/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 101ST MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 9/21/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 102ND MONTHLY AND STROOCK'S 136H MONTHLY (.1); PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE'S 102ND MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); PREPARE CERTIFICATE OF NO OBJECTION RE STROOCK 136TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.80 | $148.00 |
| | | | Code Total | 2.60 | $481.00 |

Duane Morris
October 11, 2012
Page 4

File # K0248-00001  INVOICE# 1801988
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/13/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.70 | $546.00 |
| 9/18/2012 | 017 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: QUARTERLY FEE ORDER | 0.20 | $156.00 |
| 9/27/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.60 | $468.00 |
| 9/28/2012 | 017 | MR LASTOWSKI | REVIEW DEBTORS' LIMITED JOINDER TO MAIN PLAZA LLC'S OBJECTION TO NOTICE OF TRANSFER OF CLAIM | 0.20 | $156.00 |
| | | | Code Total | 1.70 | $1,326.00 |

Duane Morris
October 11, 2012
Page 5

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE# 1801988

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/5/2012 | 025 | WS KATCHEN | E-MAILS STROOK REGARDING PLAN ISSUE. | 0.20 | $175.00 |
| 9/7/2012 | 025 | WS KATCHEN | REVIEW 8K (.1); FORWARD TO M. LASTOWSKI (.1). | 0.20 | $175.00 |
| 9/10/2012 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.20 | $175.00 |
| 9/19/2012 | 025 | WS KATCHEN | RESEARCH PLAN ISSUE 524(G) PETITION FOR CERT. BY PFIZER (.8); EMAIL STROOK (.1). | 0.90 | $787.50 |
| 9/25/2012 | 025 | WS KATCHEN | UPDATE STATUS ON APPEALS - 3RD CIRCUIT BRIEFING SCHEDULES (.3); REVIEW 8K (.2); STROOK MEMO (.1). | 0.60 | $525.00 |
| | | | Code Total | 2.10 | $1,837.50 |
| | | | TOTAL SERVICES | 9.80 | $4,630.50 |

Duane Morris
October 11, 2012
Page 6

File # K0248-00001  INVOICE# 1801988
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 2.30 | 780.00 | $1,794.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.10 | 875.00 | $1,837.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 5.40 | 185.00 | $999.00 |
| | | | 9.80 | | $4,630.50 |