**EXHIBIT B – Part 1**

**Compensation by Project Category:**
**July 1, 2012 – September 30, 2012;**

**and**

**Monthly Fee Application for the Period from:**
**July 1, 2012 – July 31, 2012**

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2012 - SEPTEMBER 30, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.1 | 72.50 |
| 0013 | Business Operations | 3.1 | 2,247.50 |
| 0014 | Case Administration | 37.9 | 10,379.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 12.3 | 9,363.00 |
| 0018 | Fee Application, Applicant | 27.0 | 10,536.00 |
| 0019 | Creditor Inquiries | 4.3 | 3,590.00 |
| 0020 | Fee Application, Others | 8.6 | 2,218.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 10.1 | 7,322.50 |
| 0036 | Plan and Disclosure Statement | 19.7 | 15,251.50 |
| 0040 | Employment Applications - Others | 2.6 | 1,885.00 |
|  |  |  |  |
|  | **Total** | **125.7** | **$ 62,865.50** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al.[1]; | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | September 17, 2012 at 4:00 p.m. |
|  | ) | Hearing date: To be scheduled only if objections |
|  | ) | are timely filed and served. |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7)

Counsel to the Debtors-in-Possession Lenders; and (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date Filed: 8/28/12

Docket No.: 29520

in the above-captioned chapter 11 cases, filed and served the One Hundred and Thirty-Sixth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period July 1, 2012 through July 31, 2012, seeking compensation in the amount of $38,387.50 and reimbursement for actual and necessary expenses in the amount of $330.64.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 17, 2012 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul, Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Roger J. Higgins, Esquire, The Law Offices of Roger Higgins LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

2

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi M. Ruhlander, Esquire, Warren H. Smith and Associates, P.C., 2235 Ridge Road, Suite 105, Rockwall, TX 75087 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated:  August 28, 2012
          Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

/s/ Michael R. Lastowski
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:         mlastowski@duanemorris.com
E-mail:         rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:         wskatchen@duanemorris.com

                    and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:         lkruger@stroock.com
                    kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **September 17, 2012 at 4:00 p.m.** |
| | ) | **Hearing date:  To be scheduled only if objections** |
| | ) | **are timely filed and served**. |

**ONE HUNDRED AND THIRTY-SIXTH MONTHLY FEE APPLICATION OF**
**STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JULY 1, 2012 THROUGH JULY 31, 2012**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **July 1, 2012 – July 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$38,387.50     (80%: $30,710.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$330.64** |

This is an: ☒ interim  ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001   D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08  - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008  - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008  - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

|  |  | Payment Requested: |  | CNO Filed Approving: |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

9

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |
| August 30, 2011 D.I. 27526 | 7/1/2011 – 7/31/2011 | $63,076.00 | $1,373.39 (Stroock) | $50,460.80 | $1,373.39 |
| September 28, 2011 D.I. 27675 | 8/1/2011 – 8/31/2011 | $56,731.00 | $1,133.86 (Stroock) | $45,384.80 | $1,133.86 |
| October 28, 2011 D.I. 27847 | 9/1/2011 – 9/30/2011 | $68,727.00 | $1,025.63 (Stroock) | $54,981.60 | $1,025.63 |
| December 1, 2011 D.I. 28060 | 10/1/2011 – 10/31/2011 | $55,335.00 | $348.59 (Stroock) | $44,268.00 | $348.59 |
| December 28, 2011 D.I 28281 | 11/1/2011 – 11/30/2011 | $29,136.00 | $416.68 (Stroock) | $23,308.80 | $416.68 |
| February 3, 2012 D.I. 28463 | 12/1/2011 – 12/31/2011 | $8,012.50 | $52.22 (Stroock) | $6,410.00 | $52.22 |
| February 28, 2012 D.I. 28595 | 1/1/2012 – 1/31/2012 | $31,694.50 | $379.41 (Stroock) | $25,355.60 | $379.41 |
| March 28, 2012 D.I. 28732 | 2/1/2012 – 2/29/2012 | $62,628.00 | $220.71 (Stroock) | $50,102.40 | $220.71 |
| April 30, 2012 D.I. 28848 | 3/1/2012 – 3/31/2012 | $27,172.50 | $140.02 (Stroock) | $21,738.00 | $140.02 |
| May 30, 2012 D.I. 28991 | 4/1/2012 – 4/30/2012 | $24,898.50 | $75.21 (Stroock) | $19,918.80 | $75.21 |

10

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 2, 2012 D.I. 29165 | 5/1/2012 – 5/31/2012 | 42,647.00 | $1,118.18 (Stroock) | $34,117.60 | $1,118.18 |
| July 30, 2012 D.I. 29369 | 6/1/2012 – 6/30/2012 | 38, 931.50 | $70.86 (Stroock) | $31,145.20 | $70.86 |

**WR GRACE & CO**
**ATTACHMENT B**
**JULY 1, 2012 - JULY 31, 2012**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 2.2 | $1,025 | $   2,255.00 | 42 |
| Pasquale, Kenneth | 3.5 | 920 | 3,220.00 | 21 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 38.7 | 725 | 28,057.50 | 27 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael | 0.2 | 335 | 67.00 | 9 |
| Mohamed, David | 22.8 | 210 | 4,788.00 | 22 |
|  |  |  |  |  |
| **Total** | **67.4** |  | **$ 38,387.50** |  |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2012 - JULY 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|:---:|:---|:---:|---:|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.1 | 72.50 |
| 0013 | Business Operations | 1.1 | 797.50 |
| 0014 | Case Administration | 16.9 | 4,218.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 7.0 | 5,382.50 |
| 0018 | Fee Application, Applicant | 12.6 | 6,327.50 |
| 0019 | Creditor Inquiries | 2.3 | 1,823.50 |
| 0020 | Fee Application, Others | 2.1 | 544.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 8.9 | 6,452.50 |
| 0036 | Plan and Disclosure Statement | 13.9 | 10,956.50 |
| 0040 | Employment Applications - Others | 2.5 | 1,812.50 |
| | | | |
| | **Total** | **67.4** | **$ 38,387.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | August 27, 2012 |
| INVOICE NO. | 570586 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2012, including:

| | |
|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) 699843 0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/09/2012 | Memoranda with Capstone re: Grace Brazil acquisition. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 72.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 72.50 |

| RE | Business Operations |
|---|---|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/30/2012 | Attend to recently filed 8-K (.6); attend to 7/25/12 investor call (.5). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 725 | $ 797.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 797.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 797.50 |
|---|---|

| | | |
|---|---|---|
| R E | Case Administration<br>699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/02/2012 | Obtain and circulate recently docketed pleadings in main case (.6); obtain recent pleadings re: appeals case no. 12-1402 for attorney review (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.0 |
| 07/03/2012 | Attend to order canceling and rescheduling 7/16/12 hearing. | Krieger, A. | 0.1 |
| 07/03/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 07/05/2012 | Review appeals case docket no. 11-199 (.1); obtain recent pleading re: appeals case no. 12-1402 for attorney review (.2). | Mohamed, D. | 0.3 |
| 07/06/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 07/09/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleadings re appeals case no. 11-199 for attorney review (.3); review case file documents (.7); review case docket no. 12-1402 (.1). | Mohamed, D. | 1.5 |
| 07/10/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain documents for attorney review (.4); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 1.1 |
| 07/11/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleadings re: appeals case docket nos. 11-199 & 12-1402 for attorney review (.9). | Mohamed, D. | 1.3 |
| 07/12/2012 | Obtain and circulate recently docketed pleadings in main case (.6); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/13/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case nos. 11-199 and 12-1402 (.2); update internal case docket (.1). | Mohamed, D. | 0.6 |
| 07/16/2012 | Attend to Debtors' statement of professional compensation. | Krieger, A. | 0.1 |
| 07/16/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/17/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 07/18/2012 | Obtain recent pleadings re: appeals case docket nos. 11-199 and 12-1402 for attorney review. | Mohamed, D. | 0.3 |
| 07/19/2012 | Obtain recent pleading re: appeals case no. 11-199 for attorney review. | Mohamed, D. | 0.2 |
| 07/20/2012 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2); review case docket no. 12-1402 (.1). | Mohamed, D. | 0.5 |
| 07/23/2012 | Obtain recent pleadings re: appeals case no. 11-199 for attorney review (.3); research re: main case docket (.3); review case docket no. 12-1402 (.1). | Mohamed, D. | 0.7 |
| 07/24/2012 | Attend to PI Committee's motion to modify orders re: filing of 2019 statements. | Krieger, A. | 0.7 |
| 07/24/2012 | Obtain and circulate recently docketed pleadings in main case (.7); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.9 |
| 07/25/2012 | Attend to Grace's market value change and memorandum to Debtors' counsel and to Capstone re: same. | Krieger, A. | 0.3 |
| 07/25/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.4); update internal case docket (.1); review case docket no. 12-1402 | Mohamed, D. | 1.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.1). | | |
| 07/26/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.7 |
| 07/27/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain pleading re: case no. 12-2807 for attorney review (.2); review appeals case nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.7 |
| 07/30/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 07/31/2012 | Attend to Debtors' statements of asset sales and settlements. | Krieger, A. | 0.1 |
| 07/31/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain pleadings re: appeals case docket nos. 11-199 and 12-1402 for attorney review (.3). | Mohamed, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.3 | $ 725 | $ 942.50 |
| Mohamed, David | 15.6 | 210 | 3,276.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,218.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,218.50 |
|-----------------------|-----------|

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/05/2012 | Attend to Committee memoranda re: Garlock's stay motion, stipulation on effective date, Anderson reply brief. | Krieger, A. | 1.9 |
| 07/06/2012 | Attend to Capstone's memorandum re: acquisition of Brazilian admixture business and memoranda with Capstone re: same. | Krieger, A. | 0.9 |
| 07/12/2012 | Attend to memorandum for the Committee re: appeals before the Third Circuit; related matters (2.3); memoranda with Capstone re: emergence issues and timing (.1). | Krieger, A. | 2.4 |
| 07/12/2012 | Review memo to Committee re: Third Circuit Appeal. | Kruger, L. | 0.4 |
| 07/13/2012 | Memorandum for the Committee re: Third Circuit appeals, other related matters. | Krieger, A. | 0.2 |
| 07/24/2012 | Review draft memo to Committee re: Anderson. | Kruger, L. | 0.1 |
| 07/24/2012 | Review draft memo to Committee re: Anderson. | Pasquale, K. | 0.3 |
| 07/30/2012 | Memorandum for the Committee re: emergence issues. | Krieger, A. | 0.4 |
| 07/30/2012 | Review memo to Committee re: investor call. | Kruger, L. | 0.2 |
| 07/30/2012 | Review memo to Committee re: investor call. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.8 | $ 725 | $ 4,205.00 |
| Kruger, Lewis | 0.7 | 1,025 | 717.50 |
| Pasquale, Kenneth | 0.5 | 920 | 460.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,382.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,382.50 |
|---|---|

| | |
|---|---|
| RE | Fee Application, Applicant<br>699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/02/2012 | Finalize SSL's 134th monthly fee application for filing (.6); prepare notice and CoS re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |
| 07/06/2012 | Review June fee detail. | Magzamen, M. | 0.2 |
| 07/12/2012 | Prepare draft of SSL's 135th monthly fee application for attorney review. | Mohamed, D. | 0.9 |
| 07/16/2012 | Attend to June 2012 monthly fee statement (.5); attend to 45th quarterly fee application (April - June 2012 period) (2.0). | Krieger, A. | 2.5 |
| 07/18/2012 | Attend to preparation of 45th quarterly fee application. | Krieger, A. | 2.7 |
| 07/19/2012 | Attend to preparation of 45th quarterly fee application. | Krieger, A. | 1.8 |
| 07/20/2012 | O/c DM re: June 2012 fee statement and preparation of 45th quarterly (.1). | Krieger, A. | 0.1 |
| 07/23/2012 | Revise draft of SSL's 135th monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 07/30/2012 | Finalize SSL's 135th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.1 | $ 725 | $ 5,147.50 |
| Magzamen, Michael | 0.2 | 335 | 67.00 |
| Mohamed, David | 5.3 | 210 | 1,113.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,327.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 6,327.50 |

| RE | Creditor Inquiries 699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/13/2012 | Attend to response to creditor inquiry and exchanged memoranda with Capstone re: same. | Krieger, A. | 1.5 |
| 07/19/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 07/30/2012 | Telephone conferences creditors re: case status. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 725 | $ 1,087.50 |
| Pasquale, Kenneth | 0.8 | 920 | 736.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,823.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,823.50 |
|---|---|

| RE | Fee Application, Others 699843  0020 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/03/2012 | Finalize Capstone's 100th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |
| 07/16/2012 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 725 | $ 145.00 |
| Mohamed, David | 1.9 | 210 | 399.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 544.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 544.00 |
|-----------------------|----------|

| RE | Environmental Matters/Regulations/Litigation |
|----|---------------------------------------------|
|    | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/24/2012 | Attend to Debtors' motion approving settlement agreement re: Weedsport New York site. | Krieger, A. | 0.4 |
| 07/25/2012 | Attend to Debtor's motion re: Weedsport NY Site and began to prepare memorandum for the Committee regarding same. | Krieger, A. | 2.5 |
| 07/26/2012 | Attend to Weedsport, New York Consent Order and related materials and prepare Committee memorandum discussing same. | Krieger, A. | 3.3 |
| 07/27/2012 | Memorandum to Debtors' counsel re: questions on Weedsport Site settlement and attend to Committee memorandum draft. | Krieger, A. | 2.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.9 | $ 725 | $ 6,452.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,452.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,452.50 |
|-----------------------|------------|

| RE | Expenses 699843  0024 |
|----|----|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|----|----|

MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 104.85 |
|----|----|
| Long Distance Telephone | 1.39 |
| Duplicating Costs-in House | 0.10 |
| O/S Information Services | 224.30 |

| TOTAL DISBURSEMENTS/CHARGES | $ 330.64 |
|----|----|

| TOTAL FOR THIS MATTER | $ 330.64 |
|----|----|

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/05/2012 | Attend to Garlock's emergency stay motion to the Third Circuit, the Third Circuit's order and the parties' stipulation regarding the Plan's effective date. | Krieger, A. | 1.0 |
| 07/10/2012 | Attend to newly docketed appeals and Garlock related pleading. | Krieger, A. | 0.2 |
| 07/11/2012 | T/c and exchanged memoranda with R. Higgins re: BNSF appeal and Garlock stipulation (.3); exchanged memoranda with KP re: Appellees response to Garlock's emergency stay motion (.1); attend to BNSF settlement (.3); attend to additional appeals filed (.1). | Krieger, A. | 0.8 |
| 07/11/2012 | Review Garlock stay motion and appellees responses. | Kruger, L. | 0.7 |
| 07/11/2012 | Review Garlock stay motion and appellees' and Asbestos Property FCR Responses. | Pasquale, K. | 1.3 |
| 07/12/2012 | T/c R. Higgins re: Grace appeals, emergence issues. | Krieger, A. | 0.2 |
| 07/13/2012 | Attend to Appellees' response to Garlock stay motion (.6); and appellate issue (.5). | Krieger, A. | 1.1 |
| 07/23/2012 | Attend to Judge Buckwalter's memorandum opinion and order denying Anderson Memorial's Rule (60)b motion and preparation of memorandum for the Committee re: same. | Krieger, A. | 0.8 |
| 07/23/2012 | Review Buckwalter memo opinion and order re: Anderson Memorial Rule 60(b) motion. | Kruger, L. | 0.3 |
| 07/23/2012 | Review district court order denying Anderson motion. | Pasquale, K. | 0.5 |
| 07/24/2012 | Attend to Judge Buckwalter's decision re: Anderson Memorials Rule 60(b) motion and prepare Committee memorandum thereon. | Krieger, A. | 2.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/26/2012 | Memorandum with bank lender group's counsel re: interest issue appeal. | Krieger, A. | 0.3 |
| 07/27/2012 | Attend to statements of issues and record designations filed by appellants in the Third Circuit and Garlock dockets and o/c DM re: same. | Krieger, A. | 1.2 |
| 07/30/2012 | Attend to Garlock's Consolidated Reply supporting its emergency stay motion. | Krieger, A. | 0.2 |
| 07/31/2012 | Attend to case law cited to in Garlock/Grace stay pleadings to the Third Circuit (2.0); attend to bank lender group's amended statement of the case to Third Circuit and AMH's amended appeal notice (.1). | Krieger, A. | 2.1 |
| 07/31/2012 | Review appellate pleadings in Garlock/Grace stay issues. | Kruger, L. | 0.5 |
| 07/31/2012 | Review recent appellate pleadings. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.2 | $ 725 | $ 7,395.00 |
| Kruger, Lewis | 1.5 | 1,025 | 1,537.50 |
| Pasquale, Kenneth | 2.2 | 920 | 2,024.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,956.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,956.50 |
|-----------------------|-------------|

| RE | Employment Applications - Others<br>699843  0040 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/26/2012 | Attend to Debtors' motion seeking approval to employ Grant Thornton as tax and accounting advisers and memorandum to Debtors' counsel seeking additional information. | Krieger, A. | 2.3 |
| 07/27/2012 | Exchanged memoranda with Debtors' counsel re: additional questions re: Grant Thornton retention. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.5 | $ 725 | $ 1,812.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,812.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,812.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 38,387.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 330.64 |
| TOTAL BILL | $ 38,718.14 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JULY 1, 2012 - JULY 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 2.2 | $1,025 | $   2,255.00 |
| Pasquale, Kenneth | 3.5 | 920 | 3,220.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 38.7 | 725 | 28,057.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.2 | 335 | 67.00 |
| Mohamed, David | 22.8 | 210 | 4,788.00 |
|  |  |  |  |
| **Total** | **67.4** |  | **$ 38,387.50** |

# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**JULY 1, 2012 - JULY 31, 2012**

| | |
|---|---:|
| Outside Messenger Service | $ 104.85 |
| Long Distance Telephone | 1.39 |
| Duplicating Costs-in House | 0.10 |
| O/S Information Services | 224.30 |
| | |
| **TOTAL** | **$ 330.64** |

# STROOCK

## Disbursement Register

| DATE | August 22, 2012 |
|---|---|
| INVOICE NO. | 570586 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

**FOR EXPENSES INCURRED i**n the captioned matter for the period through July 30, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 07/02/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270190787734 Shipment Date: 07/02/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.22 |
| 07/02/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270191552922 Shipment Date: 07/02/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.91 |
| 07/02/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270193395750 Shipment Date: 07/02/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.91 |
| 07/02/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270193807340 Shipment Date: 07/02/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 7.91 |
| 07/03/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270190459839 Shipment Date: 07/03/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 | 7.91 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | |
| 07/03/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270192095013 Shipment Date: 07/03/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 7.91 |
| 07/03/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270192309809 Shipment Date: 07/03/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.91 |
| 07/03/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270194697020 Shipment Date: 07/03/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.22 |
| 07/30/2012 | Vendor: United Parcel Service Invoice #: 00000010X827312 08.04.12 Tracking #: 1Z10X8270196428138 Shipment Date: 07/30/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.22 |
| 07/30/2012 | Vendor: United Parcel Service Invoice #: 00000010X827312 08.04.12 Tracking #: 1Z10X8270197196360 Shipment Date: 07/30/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.91 |
| 07/30/2012 | Vendor: United Parcel Service Invoice #: 00000010X827312 08.04.12 Tracking #: 1Z10X8270198711925 Shipment Date: 07/30/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.91 |
| 07/30/2012 | Vendor: United Parcel Service Invoice #: 00000010X827312 08.04.12 | 7.91 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Tracking #: 1Z10X8270199134351 Shipment Date: 07/30/2012 | |
| | Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 | |
| | Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane | |
| | Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | |
| | | |
| | **Outside Messenger Service Total** | **104.85** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 07/11/2012 | EXTN.795544, TEL.3128364047, S.T.11:05, DUR.00:00:34 | 0.28 |
| 07/25/2012 | EXTN.795562, TEL.7328556189, S.T.13:16, DUR.00:03:59 | 1.11 |
| | **Long Distance Telephone Total** | **1.39** |

**Duplicating Costs-in House**

| | | |
|------|-------------|--------|
| 07/06/2012 | | 0.10 |
| | **Duplicating Costs-in House Total** | **0.10** |

**O/S Information Services**

| | | |
|------|-------------|--------|
| 07/31/2012 | Pacer Search Service on 4/20/2012 | 218.40 |
| 07/31/2012 | Pacer Search Service on 4/19/2012 | 5.90 |
| | **O/S Information Services Total** | **224.30** |

---

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 104.85 |
| Long Distance Telephone | 1.39 |
| Duplicating Costs-in House | 0.10 |
| O/S Information Services | 224.30 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 330.64 |

# STROOCK

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM