# EXHIBIT C

**WR GRACE & CO**
**SUMMARY OF FEES**
**JULY 1, 2012 - SEPTEMBER 30, 2012**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 3.3 | $1,025 | $ 3,382.50 |
| Pasquale, Kenneth | 4.6 | 920 | 4,232.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 59.2 | 725 | 42,920.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.2 | 335 | 67.00 |
| Mohamed, David | 58.4 | 210 | 12,264.00 |
| | | | |
| **Total** | **125.7** | | **$ 62,865.50** |