**EXHIBIT D**

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2012 - SEPTEMBER 30, 2012**

| | |
|---|---:|
| Outside Messenger Service | $ 260.93 |
| Long Distance Telephone | 1.39 |
| Duplicating Costs-in House | 0.10 |
| O/S Information Services | 224.30 |
| | |
| **TOTAL** | **$ 486.72** |