# EXHIBIT A

## October 2012
## Summary of Hours

| | | **Oct-12** | | | |
|---|---|---|---|---|---|
| Jenni Biggs | 10/12/2012 | 1.30 | $715 | $929.50 | Discussion with Orrick and design of cash flow scenarios |
| Jenni Biggs | 10/15/2012 | 1.00 | $715 | $715.00 | Peer review of cash flow scenarios |
| Jenni Biggs | 10/16/2012 | 0.20 | $715 | $143.00 | Peer review of cash flow scenarios |
| | | 2.50 | | $1,787.50 | |
| | | | | | |
| Jeff Kimble | 10/15/2012 | 2.30 | $475 | $1,092.50 | Preparing trust cash flow scenarios |
| | | 2.30 | | $1,092.50 | |
| | | | | | |
| Adam Luechtefeld | 10/15/2012 | 0.50 | $275 | $137.50 | Technical review of cash flow scenarios |
| | | 0.50 | | $137.50 | |
| | | | | | |
| David Wolf | 10/15/2012 | 1.80 | $375 | $675.00 | Preparing trust cash flow scenarios |
| | | 1.80 | | $675.00 | |
| | | | | | |
| | | 7.10 | | $3,692.50 | |