**Exhibit A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

November 27, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 608519
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $217.50 |
| DISBURSEMENTS | 109.43 |
| MATTER TOTAL | $326.93 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $5,305.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $5,305.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $1,111.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,111.00 |
| CLIENT GRAND TOTAL | $6,743.43 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 608519 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP                                              Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                         November 27, 2012
056772-00001                                                              Invoice No. 608519

## CASE ADMINISTRATION

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/12 | BLABEY, DAVID E | Review CIM reply to objection to claims transfer. | 0.10 | 72.00 |
| 10/15/12 | HALVERSON, DARREN C | Cf. A. Shain re: production of plan binders (.1); review D. Blabey e-mail re: Warranty Implementation Letter Agreement (.1). | 0.20 | 97.00 |
| 10/26/12 | HALVERSON, DARREN C | Review extension for appeals briefs and update calendars. | 0.10 | 48.50 |
| **TOTAL HOURS AND FEES** | | | **0.40** | **$217.50** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 109.43 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$109.43** |
| **TOTAL FOR THIS MATTER** | **$326.93** |

## REORGANIZATION PLAN

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/12 | BLABEY, DAVID E | Outline responses to anticipated AMH appellate arguments. | 2.40 | 1,728.00 |
| 10/11/12 | HALVERSON, DARREN C | Review docket to ensure that First Amended Join Plan is most updated (.8); coordinate with A. Shain for binder (.2). | 1.00 | 485.00 |
| 10/11/12 | SHAIN, ALIYA | Organize binders of Grace Plan documents for D. Blabey | 1.50 | 427.50 |
| 10/15/12 | BLABEY, DAVID E | Review warrant implementation agreement and warrant agreement for reference (1.6); email comments to client (.2) and debtors (.2) re same. | 2.00 | 1,440.00 |
| 10/15/12 | BENTLEY, PHILIP | Trade emails re draft warrant agreement | 0.30 | 259.50 |
| 10/16/12 | BLABEY, DAVID E | Review Dairyland insurance settlement motion (.1); review Debtors' mark up to implementation letter (.1) and email to client re same (.1). | 0.30 | 216.00 |
| 10/18/12 | BLABEY, DAVID E | Review further edits to implementation letter agreement. | 0.20 | 144.00 |
| 10/25/12 | BENTLEY, PHILIP | Review and comment on draft motion to approve warrant implementation agreement. | 0.40 | 346.00 |
| 10/29/12 | BENTLEY, PHILIP | Trade emails re warrant motion. | 0.20 | 173.00 |
| 10/30/12 | BENTLEY, PHILIP | Trade emails re warrant motion. | 0.10 | 86.50 |
| **TOTAL HOURS AND FEES** | | | **8.40** | **$5,305.50** |

**TOTAL FOR THIS MATTER**                                          $5,305.50

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                    November 27, 2012
056772-00008                                                          Invoice No. 608519

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/12 | BLABEY, DAVID E | Review and edit monthly fee app. | 0.30 | 216.00 |
| 10/17/12 | HALVERSON, DARREN C | E-mail F. Arias re: fee app materials. | 0.10 | 48.50 |
| 10/18/12 | HALVERSON, DARREN C | Edit invoice for fee app. | 0.20 | 97.00 |
| 10/22/12 | HALVERSON, DARREN C | Cf. F. Arias re fee app materials (.1); draft 133rd monthly fee app (.8). | 0.90 | 436.50 |
| 10/23/12 | BLABEY, DAVID E | Review and edit September fee application. | 0.30 | 216.00 |
| 10/23/12 | HALVERSON, DARREN C | Review revised invoice and send to D. Blabey w/ completed fee app. | 0.20 | 97.00 |

**TOTAL HOURS AND FEES**                                                      **2.00**    **$1,111.00**

**TOTAL FOR THIS MATTER**                                   **$1,111.00**