**Exhibit B**

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    1
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/27/2012 12:35:49

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:   3897634
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
----------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                                    TO:
             UNBILLED DISB FROM:  10/01/2012                        TO:     10/31/2012
----------------------------------------------------------------------------------------------------------------------------------
                                          FEES                                COSTS
                                          ----                                -----
         GROSS BILLABLE AMOUNT:                        0.00                              109.43
           AMOUNT WRITTEN DOWN:           _____                     _____
                      PREMIUM:            _____                     _____
            ON ACCOUNT BILLED:            _____                     _____
   DEDUCTED FROM PAID RETAINER:           _____                     _____
                AMOUNT BILLED:            _____                     _____
                    THRU DATE:                                                      10/31/2012
    CLOSE MATTER/FINAL BILLING?     YES    OR    NO
     EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:       _____
                                          BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                     --------------------------                   --------------
                         FEES:                    0.00
                DISBURSEMENTS:                  109.43     UNIDENTIFIED RECEIPTS:      0.00
                  FEE RETAINER:                   0.00          PAID FEE RETAINER:     0.00
                 DISB RETAINER:                   0.00         PAID DISB RETAINER:     0.00
             TOTAL OUTSTANDING:                 109.43        TOTAL AVAILABLE FUNDS:   0.00
                                                                    TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
             DATE OF LAST BILL:           10/22/12        LAST PAYMENT DATE:      11/19/12
             LAST BILL NUMBER:            607412   ACTUAL FEES BILLED TO DATE:  368,729.50
                                                   ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                        TOTAL FEES BILLED TO DATE:  368,729.50
             LAST BILL THRU DATE:         09/30/12   FEES WRITTEN OFF TO DATE:   85,932.00
                                                    COSTS WRITTEN OFF TO DATE:   23,831.23
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:

             (1) Exceeded Fixed Fee       (4) Excessive Legal Time   (7) Fixed Fee
             (2) Late Time & Costs Posted (5) Business Development   (8) Premium
             (3) Pre-arranged Discount    (6) Summer Associate       (9) Rounding       (10) Client Arrangement

 BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    2
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/27/2012 12:35:49


Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3897634
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                            Oldest     Latest       Total
                                             Entry      Entry        Amount
----  ------------------------------         ------     ------       -----------
0917  WESTLAW ON-LINE RESEARCH               10/01/12   10/31/12          109.43

         Total                                                            109.43


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee          Date         Amount     Index#   Batch No   Batch Date
-----------------------------------------    --------          ------      ---------   -------  ---------  ----------

WESTLAW ON-LINE RESEARCH 0917
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/01/12       42.77    9755423  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/02/12        3.03    9755424  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/03/12        3.03    9755425  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/04/12        3.03    9755426  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/05/12        3.03    9755427  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/08/12        3.03    9755428  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/09/12        3.03    9755429  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/10/12        3.03    9755430  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/11/12        3.03    9755431  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/12/12        3.03    9755432  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/15/12        3.03    9755433  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/16/12        3.03    9755434  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/17/12        3.03    9755435  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/18/12        3.03    9755436  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/19/12        3.03    9755437  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/22/12        3.03    9755438  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/23/12        3.03    9755439  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/24/12        3.03    9755440  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/25/12        3.03    9755441  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/26/12        3.03    9755442  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/29/12        3.03    9755443  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/30/12        3.03    9755444  1314775    11/01/12
     WESTLAW ON-LINE RESE                    BLABEY, D E       10/31/12        3.03    9755445  1314775    11/01/12
                                             0917 WESTLAW ON-LINE RESE Total :        109.43



         Costs Total :                                                                  109.43
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    3
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/27/2012 12:35:49

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3897634
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill         W/o / W/u        Transfer To  Clnt/Mtr   Carry Forward
----------------------   -------------------   -----------  --------------   -----------------------------------   ----------------

0917 WESTLAW ON-LINE RESEARCH       109.43     _____  _____   _____    _____


          Costs Total :            109.43     _____  _____   _____    _____
```