# EXHIBIT A

## October 2012 Fee Detail

| | Matter 2 | Asset Disposition | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 10/17/2012 | Legal research re proposed asset sale (.60); exchange correspondence with various parties re same (.30). | .90 | $475 | $427.50 |
| Total | | | 0.90 | | $ 427.50 |

| Matter 3 | | Business Operations | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 10/1/2012 | Telephone conference with A. Schlesinger re proposed business transaction (.20); telephone conference with J. McFarland re same (.30); exchange correspondence with various parties re same (.20). | .70 | $475 | $332.50 |
| RJH | 10/2/2012 | Telephone conference with J. McFarland re proposed business transaction (.30); analyze issues re same (.20). | .50 | $475 | $237.50 |
| RJH | 10/18/2012 | Telephone conference with A. Schlesinger and J. McFarland re Committee questions regarding One Grace (.50). | .50 | $475 | $237.50 |
| RJH | 10/19/2012 | Analyze issues and respond to correspondence re Committee questions regarding One Grace (.30). | .30 | $475 | $142.50 |
| Total | | | 2.00 | | $ 950.00 |

**Matter 4**                                                                 **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/4/2012 | Telephone conference with creditor re particular matter (.40); telephone conference with R. Finke re quarterly settlement reports (.30). | .70 | $475 | $332.50 |
| RJH | 10/5/2012 | Telephone conference with D. Tyken and R. Finke re quarterly settlement reporting issue (.30). | .30 | $475 | $142.50 |
| RJH | 10/8/2012 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 10/9/2012 | Review and revise 10-Q claims insert (.70); respond to creditor inquiries (.50). | 1.20 | $475 | $570.00 |
| RJH | 10/10/2012 | Prepare OCP quarterly report for filing (.70). | .70 | $475 | $332.50 |
| RJH | 10/19/2012 | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| RJH | 10/22/2012 | Respond to various creditor inquiries (.70) | .70 | $475 | $332.50 |
| RJH | 10/30/2012 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| Total | | | 5.00 | | $2,375.00 |

| | Matter 5 | | Claim Analysis Objection & Resolution (Asbestos) | | | |
|---|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/1/2012 | Review and analyze CIM Urban response to objection (1.00); legal research re same (.50): telephone conference with R. Finke re same same (.60); telephone conference with M. Klein re Main Plaza objection (.50); exchange correspondence with various parties re same (.50). | 3.10 | $475 | $1,472.50 |
| RJH | 10/2/2012 | Telephone conference with J. O'Neill re Main Plaza claim objection and related matters (.50); legal analysis re same (.30). | .80 | $475 | $380.00 |
| RJH | 10/3/2012 | Multiple telephone conferences with M. Klein re Main Plaza claim transfer objection (.80); telephone conference with K. Makowski re same (.60); telephone conference with P. Gurfein re same (.60); legal analysis re same (2.00). | 4.00 | $475 | $1,900.00 |
| RJH | 10/8/2012 | Telephone conference with A. Krieger re Main Plaza claims transfer issue (.50); follow up re same (.20). | .70 | $475 | $332.50 |
| RJH | 10/10/2012 | Analyze issues re Prudential PD claim transfer (.70); exchange correspondence with various parties re same (.30). | 1.00 | $475 | $475.00 |
| RJH | 10/11/2012 | Telephone conference with T. Schelhorn re proposed transfer of property damage claim (.40); exchange correspondence with various parties re Main Plaza claim transfer issue (.50); telephone conference with R. Finke re both foregoing issues (.30); telephone conference with P. Gurfein re Main Plaza claim transfer issue (.50); telephone conference with R. Finke re same (.40); draft language re same (.50); circulate same for comment (.30). | 2.90 | $475 | $1,377.50 |
| RJH | 10/12/2012 | Telephone conference with J. O'Neill re Main Plaza claim objection and related matters (.40); legal analysis re same (.20); telephone conference with R. Finke re same (.30); telephone conference with P. Gurfein re same (.30); prepare for hearing (1.00). | 2.20 | $475 | $1,045.00 |
| Total | | | 14.70 | | $6,982.50 |

4

**Matter 6**      Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/3/2012 | Analyze issues re Weedsport AOC (.50); exchange correspondence with various parties re same (.20). | .70 | $475 | $332.50 |
| RJH | 10/5/2012 | Legal analysis re Weedsport AOC order (.50); telephone conference with H. Feichko re same (.40); exchange correspondence with various parties re same (.20). | 1.10 | $475 | $522.50 |
| RJH | 10/9/2012 | Telephone conference with K. Makowski re Weedsport order and other matters (.70). | .70 | $475 | $332.50 |
| RJH | 10/11/2012 | Telephone conference with H. Feichko re Weedsport order (.30); draft correspondence to EPA re same (.40); multiple telephone conferences with C. Finke re tax claim issues (1.20); legal research re same (2.00); telephone conference with M. Araki re same (.40); exchange correspondence with various parties re same (.80); prepare for telephone conference with D. Teichen, C. Finke and R. Finke re Texas post-petition tax claim issues (.30); participate in same (.70); follow up re same (.20). | 6.30 | $475 | $2,992.50 |
| RJH | 10/15/2012 | Analyze issues and follow up re same regarding Hanmar/Hankin POC (.50). | .50 | $475 | $237.50 |
| RJH | 10/16/2012 | Review and analyze settlement offer re Hanmar/Hankin POC (.50); telephone conference with V. Finkelstein re same (.50); exchange correspondence with M. Araki re same (.30); analyze issues re Weedsport AOC (.60); exchange correspondence with various parties re same (.20). | 2.10 | $475 | $997.50 |
| RJH | 10/17/2012 | Telephone conference with C. Finke, D. Teichen, T. Maynes et al. re IRS tax claim (.80); legal research re same (.50). | 1.30 | $475 | $617.50 |
| RJH | 10/30/2012 | Telephone conference with R. Finke re claims report for reserve calculation (.50); legal research re same (2.00); telephone conference with M. Araki re same (.40); draft reports (4.00). | 6.90 | $475 | $3,277.50 |
| RJH | 10/31/2012 | Revise claims report (6.00); legal research re same (1.80); multiple conference calls with M. Araki re same (.50). | 8.30 | $475 | $3,942.50 |
| Total | | | 27.90 | | $13,252.50 |

**Matter 7**  Committee, Creditors', Noteholders', or Equity Holders'

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/1/2012 | Telephone conference with A. Krieger re Main Plaza issue and proposed business transaction (.70). | .70 | $475 | $332.50 |
| Total | | | 0.70 | | $ 332.50 |

| Matter 10 | | Employment Applications, Others | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 10/10/2012 | Draft motion to increase OCP Total Expenditure Cap (1.50). | 1.50 | $475 | $712.50 |
| RJH | 10/11/2012 | Revise motion to increase OCP Total Expenditure Cap (.70). | .70 | $475 | $332.50 |
| RJH | 10/12/2012 | Further revise motion to increase OCP Total Expenditure Cap (.80); circulate same for comment (.30). | 1.10 | $475 | $522.50 |
| RJH | 10/16/2012 | Redraft OCP cap motion (2.00); Legal research and analyze issues re same (.90). | 2.90 | $475 | $1,377.50 |
| RJH | 10/17/2012 | Correspond with K. Mitchell re SC&H functions (.70); telephone conference with K. Mitchell re same (.50); revise OCP motion re same (2.80); circulate same for further comment (.20). | 4.20 | $475 | $1,995.00 |
| RJH | 10/18/2012 | Revise motion to increase OCP Total Expenditure Cap (1.00). | 1.00 | $475 | $475.00 |
| RJH | 10/22/2012 | Revise OCP cap motion (1.00); prepare same for filing (.30). | 1.30 | $475 | $617.50 |
| Total | | | 12.70 | | $6,032.50 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 10/1/2012 | Prepare August fee application for filing (.50). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

**Matter 12**                                            **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/11/2012 | Review Grant Thornton August fee application and prepare for filing (.30); exchange correspondence with various parties re same (.10). | .40 | $475 | $190.00 |
| Total | | | 0.40 | | $ 190.00 |

| Matter 13 | | | | Financing | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 10/19/2012 | Legal research re financing issue (.50); correspond with various parties re same (.20). | | .70 | $475 | $332.50 |
| Total | | | | 0.70 | | $ 332.50 |

| Matter 14 | | Hearings | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 10/15/2012 | Prepare for omnibus hearing (1.00); participate in same (.70); follow-up re same (.30). | 2.00 | $475 | $950.00 |
| Total | | | 2.00 | | $ 950.00 |

Matter 15 | Litigation and Litigation Consulting

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/1/2012 | Legal research re claims litigation matter (.70); draft stipulation of facts re same (2.80). | 3.50 | $475 | $1,662.50 |
| RJH | 10/2/2012 | Draft stipulation of facts re claims litigation (1.00). | 1.00 | $475 | $475.00 |
| RJH | 10/3/2012 | Draft stipulation of facts for claims litigation (1.00); legal research re same (.50). | 1.50 | $475 | $712.50 |
| RJH | 10/4/2012 | Analyze various legal issues (1.00); draft stipulation of facts for claims litigation (2.00); outline legal arguments (.80). | 3.80 | $475 | $1,805.00 |
| RJH | 10/5/2012 | Legal research re claims litigation matter (1.90); draft stipulation of facts re same (2.60). | 4.50 | $475 | $2,137.50 |
| RJH | 10/8/2012 | Analyze constituent documents re claims litigation matter (2.50); draft stipulation of facts re same (2.00); draft summary judgment motion re same (1.50). | 6.00 | $475 | $2,850.00 |
| RJH | 10/9/2012 | Legal research re claims litigation issue (2.20); draft stipulation of facts re same (1.70); draft summary judgment motion re same (2.50). | 6.40 | $475 | $3,040.00 |
| RJH | 10/10/2012 | Analyze client documents re claims transfer issue (1.00); draft stipulation of facts re same (1.00); legal research re same (2.00); draft summary judgment motion re same (2.00). | 6.00 | $475 | $2,850.00 |
| RJH | 10/12/2012 | Draft stipulation of facts for claims litigation (2.00); legal research re same (1.30); draft motion for summary judgment (2.00). | 5.30 | $475 | $2,517.50 |
| RJH | 10/17/2012 | Legal research re claims litigation issues (.30); develop stipulation of facts re same (2.50). | 2.80 | $475 | $1,330.00 |
| RJH | 10/18/2012 | Develop stipulation of facts re claims litigation (2.50); draft summary judgment motion (1.50). | 4.00 | $475 | $1,900.00 |
| RJH | 10/19/2012 | Legal research re claims litigation (1.30); draft and revise stipulation of facts (1.00); draft summary judgment motion (3.20). | 5.50 | $475 | $2,612.50 |
| RJH | 10/22/2012 | Review and revise stipulation of facts for claims litigation (3.50); analyze legal and factual issues re same (1.00); draft sections of proposed summary judgment motion re same (1.50). | 6.00 | $475 | $2,850.00 |
| Total | | | 56.30 | | $26,742.50 |

**Matter 16**             **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/9/2012 | Participate in telephone conference with counsel for plan proponents (1.10). | 1.10 | $475 | $522.50 |
| Total | | | 1.10 | | $ 522.50 |

| | Matter 20 | Travel – Non-working | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 10/14/2012 | Travel to Wilmington Delaware for omnibus hearing (7.00) (billed at 1/2 time) | 3.50 | $475 | $1,662.50 |
| RJH | 10/15/2012 | Travel from Wilmington to Chicago (4.60) (billed at 1/2 time). | 2.30 | $475 | $1,092.50 |
| Total | | | 5.80 | | $2,755.00 |