# Exhibit B

**October 2012 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Lodging | $535.90 |
| Airfare | $696.60 |
| Transportation | $48.68 |
| Travel Meals | $18.90 |
| Facsimile | $16.95 |
| Online Research | $503.28 |
| Pacer Court Charges | $668.00 |
| Total: | **$2,488.31** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 10/15/2012 | $696.60 | United Airlines – Round-trip airfare for RJH for flight from Chicago to Philadelphia for October Omnibus Hearing |
| 10/15/2012 | $535.90 | Hotel DuPont – Wilmington DE hotel for Omnibus Hearing |
| 10/14/2012 | $18.90 | Dinner at Hotel DuPont |
| 10/15/2012 | $35.43 | Hertz – One day car rental for round trip between Wilmington, DE, and Philadelphia, PA |
| 10/15/2012 | $13.25 | Gasoline fill-up for rental car |
| Total | **$1,300.08** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 8/5/2012 | $668.00 | Pacer Court charges for Grace (6/1/12 - 9/30/12) |

|  |  | Service Description | Amount |
|---|---|---|---|
| 8/7/2012 | $16.95 | Fax and other charges | |
| 8/16/2012 | $503.28 | Lexis/Nexis - Grace charges for October | |
| Total | **$1,188.23** | | |

Total October 2012 Expenses: $2,488.31