# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

October 31, 2012

Invoice Number **100707**      **91100  00001**      **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---:|
| Balance forward as of last invoice, dated:  September 30, 2012 | | $99,391.22 |
| Net balance forward | | $99,391.22 |

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through**      **10/31/2012**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Appeals [B430]** | | | | | |
| 10/01/12 | JEO | Review Appeal Status. | 0.50 | 675.00 | $337.50 |
| 10/04/12 | JEO | Review status of appeals. | 0.80 | 675.00 | $540.00 |
| 10/09/12 | JEO | Review status of appeal. | 0.50 | 675.00 | $337.50 |
| 10/09/12 | KPM | Update 3d Circuit appeals chart | 0.20 | 495.00 | $99.00 |
| 10/23/12 | JEO | Review status of confirmation appeals. | 2.00 | 675.00 | $1,350.00 |
| 10/23/12 | KPM | Review and respond to email from J. Donley (Kirkland) regarding Anderson Memorial motion for reconsideration (.1); Draft email to James E. O'Neill regarding same (.1) | 0.20 | 495.00 | $99.00 |
| 10/23/12 | KPM | Research request for documents relating to Anderson Memorial's motion for reconsideration | 0.30 | 495.00 | $148.50 |
| 10/26/12 | KPM | Update appeals chart to reflect revised briefing deadlines | 0.20 | 495.00 | $99.00 |
| 10/26/12 | KPM | Draft emails to R. Higgins and J. Gettleman (Kirkland) regarding revised briefing deadlines for 3d Circuit appeal | 0.20 | 495.00 | $99.00 |
| 10/30/12 | JEO | Review Status of appeals of Confirmation order. | 1.00 | 675.00 | $675.00 |
| | **Task Code Total** | | **5.90** | | **$3,784.50** |
| **Case Administration [B110]** | | | | | |
| 10/01/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 10/01/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 10/01/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 10/01/12 | BMK | Prepared daily memo narrative and coordinated client | 0.10 | 185.00 | $18.50 |

**Invoice number  100707**          91100   00001                                              **Page  2**

| | | | | | |
|---|---|---|---|---|---|
| | | distribution. | | | |
| 10/02/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 10/02/12 | PEC | Review docket | 0.30 | 265.00 | $79.50 |
| 10/02/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 10/02/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 10/02/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/03/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/03/12 | PEC | Update critical dates | 0.60 | 265.00 | $159.00 |
| 10/03/12 | SLP | Maintain docket control. | 0.70 | 185.00 | $129.50 |
| 10/04/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/04/12 | SLP | Maintain docket control. | 5.00 | 185.00 | $925.00 |
| 10/04/12 | SLP | Further maintian docket control. | 0.30 | 185.00 | $55.50 |
| 10/04/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 185.00 | $55.50 |
| 10/05/12 | CAK | Review documents and organize to file. | 0.10 | 265.00 | $26.50 |
| 10/05/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 10/05/12 | PEC | Update critical dates | 0.30 | 265.00 | $79.50 |
| 10/05/12 | SLP | Maintain docket control. | 2.30 | 185.00 | $425.50 |
| 10/05/12 | KSN | Prepare hearing binders for 10/15/12 hearing. | 0.40 | 185.00 | $74.00 |
| 10/08/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/08/12 | PEC | Update critical dates | 1.10 | 265.00 | $291.50 |
| 10/08/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/09/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/09/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 10/09/12 | SLP | Maintain docket control. | 0.20 | 185.00 | $37.00 |
| 10/09/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/10/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/10/12 | PEC | Update critical dates | 0.30 | 265.00 | $79.50 |
| 10/10/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 10/10/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/11/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/11/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 10/11/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 10/12/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 10/12/12 | PEC | Review docket | 0.30 | 265.00 | $79.50 |

**Invoice number  100707**      91100  00001                                    **Page  3**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 10/12/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 10/12/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/15/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/15/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 10/15/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 185.00 | $55.50 |
| 10/16/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 10/16/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 10/16/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 10/16/12 | SLP | Further maintain docket control. | 1.00 | 185.00 | $185.00 |
| 10/16/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/17/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/17/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 10/17/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 10/17/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/18/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 10/18/12 | PEC | Update critical dates | 1.10 | 265.00 | $291.50 |
| 10/18/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 10/19/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/19/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 10/19/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 10/19/12 | ARP | Document request. | 1.00 | 185.00 | $185.00 |
| 10/19/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/22/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 10/22/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 10/22/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 10/22/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/23/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 10/23/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 10/23/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 10/24/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 10/24/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 10/24/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 10/24/12 | KSN | Maintain document control. | 0.20 | 185.00 | $37.00 |

**Invoice number  100707**        91100    00001                                    **Page  4**

| | | | | | |
|---|---|---|---|---|---|
| 10/24/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 10/25/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/25/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 10/25/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 10/25/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/26/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 265.00 | $53.00 |
| 10/26/12 | PEC | Update critical dates | 0.30 | 265.00 | $79.50 |
| 10/26/12 | SLP | Prepare hearing binder. | 1.00 | 185.00 | $185.00 |
| 10/26/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 10/29/12 | SLP | Prepare hearing binder. | 2.00 | 185.00 | $370.00 |
| 10/30/12 | SLP | Maintain docket control. | 1.80 | 185.00 | $333.00 |
| 10/31/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 10/31/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 10/31/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 10/31/12 | CJB | Document request for Patty Cuniff. | 0.40 | 185.00 | $74.00 |
| | **Task Code Total** | | **48.50** | | **$10,596.50** |

**WRG-Claim Analysis (Asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 10/03/12 | KPM | Telephone call with R. Higgins regarding Main Plaza reply to CIM transfer notice | 0.20 | 495.00 | $99.00 |
| 10/03/12 | KPM | Telephone call to R. Higgins regarding CIM reply | 0.10 | 495.00 | $49.50 |
| 10/09/12 | KPM | Telephone call with R. Higgins regarding status of negotiations with CIM concerning claim transfer objection | 0.20 | 495.00 | $99.00 |
| 10/10/12 | JEO | Telephone call and email with Prudential claim Transfer. | 0.40 | 675.00 | $270.00 |
| 10/10/12 | JEO | Follow-up with Co-Counsel regarding claim transfer. | 0.20 | 675.00 | $135.00 |
| 10/15/12 | PEC | Draft Notice of Debtors Motion Pursuant To Sections 105, 363, 1107 And 1108 Of The Bankruptcy Code And Rules 2002, 6004, 9014 And 9019 Of The Federal Rules Of Bankruptcy Procedure For An Order Approving The Settlement Agreement Between W. R. Grace & Co. And Dairyland Insurance Company and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/15/12 | KPM | Review and execute notice and motion regarding Dairyland insurance settlement | 0.20 | 495.00 | $99.00 |
| 10/23/12 | KPM | Review order denying CIM claim transfer; Circulate same | 0.10 | 495.00 | $49.50 |
| | **Task Code Total** | | **2.00** | | **$960.00** |

**WRG-Employ. App., Applicant**

**Invoice number 100707**     91100   00001                                          **Page 5**

| | | | | | |
|---|---|---|---|---|---|
| 10/09/12 | PEC | Prepare Thirty-First Supplemental Affidavit of Disinterestedness Under 11 U.S.C. §327(a) and Fed. R. Bankr. P. 2014 for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| | | **Task Code Total** | **0.40** | | **$106.00** |

### WRG-Fee Apps., Applicant

| | | | | | |
|---|---|---|---|---|---|
| 10/04/12 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's June 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/04/12 | KPM | Review and execute Cert of No Obj. for PSZ&J June 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/08/12 | LDJ | Correspondence with James E. O'Neill regarding fee auditor's initial report for 45th fee period | 0.20 | 955.00 | $191.00 |
| 10/09/12 | KPM | Review and respond to email from James E. O'Neill regarding fee auditor report | 0.10 | 495.00 | $49.50 |
| 10/15/12 | PEC | Prepare PSZ&J LLP's July 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/15/12 | LDJ | Review and finalize interim fee application (July 2012) | 0.30 | 955.00 | $286.50 |
| 10/15/12 | CAK | Review and update July Fee Application. | 0.30 | 265.00 | $79.50 |
| 10/21/12 | JEO | Respond to Fee Auditor inquiry. | 0.50 | 675.00 | $337.50 |
| 10/21/12 | WLR | Prepare Aug. 2012 fee application | 0.80 | 575.00 | $460.00 |
| 10/22/12 | WLR | Review and revise Aug. 2012 fee application | 0.60 | 575.00 | $345.00 |
| 10/22/12 | WLR | Draft Aug. 2012 fee application | 0.70 | 575.00 | $402.50 |
| 10/23/12 | LDJ | Review and finalize inteirm fee application (August 2012) | 0.30 | 955.00 | $286.50 |
| 10/23/12 | CAK | Review and update August Fee Application. | 0.40 | 265.00 | $106.00 |
| 10/23/12 | CAK | Coordinate posting, filing and service of August Fee Application. | 0.20 | 265.00 | $53.00 |
| 10/23/12 | PEC | Prepare PSZ&J LLP's August 2012 Monthly Fee Application for filing and  servi(.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/23/12 | WLR | Prepare Sept. 2012 fee application | 0.90 | 575.00 | $517.50 |
| 10/24/12 | PEC | Prepare PSZ&J LLP's July 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/31/12 | WLR | Draft Sept. 2012 fee application | 0.50 | 575.00 | $287.50 |
| | | **Task Code Total** | **8.00** | | **$4,008.00** |

### WRG-Fee Applications, Others

| | | | | | |
|---|---|---|---|---|---|
| 10/01/12 | KPM | Review emails between Grant Thornton and Patricia E. Cuniff regarding July fee application | 0.10 | 495.00 | $49.50 |
| 10/01/12 | KPM | Review and respond to email from R. Higgins regarding August fee application | 0.10 | 495.00 | $49.50 |
| 10/01/12 | PEC | Prepare Kirkland & Ellis LLP's August 2012 Monthly Fee | 0.50 | 265.00 | $132.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | Application for filing and service (.4); Draft Certificate of Service (.1) | | | |
| 10/01/12 | PEC | Prepare The Law Offices of Roger Higgins, LLC's August 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/02/12 | KPM | Review and execute Cert of No Obj. for Grant Thornton July 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/02/12 | KPM | Review and execute certificates of no objection for Steptoe's April and May 2012 fee applications | 0.20 | 495.00 | $99.00 |
| 10/02/12 | PEC | Draft Certificate of No Objection Regarding Steptoe & Johnson LLP's May 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/02/12 | PEC | Draft Certificate of No Objection Regarding Steptoe & Johnson LLP's April 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/02/12 | PEC | Draft Certificate of No Objection Regarding Kirkland & Ellis LLP's July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/02/12 | PEC | Draft Certificate of No Objection Regarding Grant Thornton LLP's July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/02/12 | PEC | Prepare Casner & Edwards LLP's August 2012 Monthly Fee Application for filing and service (4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/04/12 | PEC | Draft Certificate of No Objection Regarding The Blackstone Advisory Services LP's July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/05/12 | KPM | Conference with Patricia E. Cuniff regarding Grant Thornton fee application (.1); Review email from Patricia E. Cuniff regarding same (.1) | 0.20 | 495.00 | $99.00 |
| 10/05/12 | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s August 2012 Monthly Fee Application for filing and service(.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/05/12 | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s July 2012 Monthly Fee Application for filing and service(.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/11/12 | PEC | Prepare Debtors' Statement of Amounts Paid to Ordinary Course Professionals from July 1, 2012 Through September 30, 2012 (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 10/11/12 | JEO | Review Grant Thornton August 2012 fee app. | 0.20 | 675.00 | $135.00 |
| 10/11/12 | JEO | Review OCP fee report. | 0.30 | 675.00 | $202.50 |
| 10/11/12 | PEC | Prepare Grant Thornton LLP's August 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/12/12 | KPM | Draft email to Linda Ellis regarding Grant Thornton request for fee application | 0.10 | 495.00 | $49.50 |
| 10/15/12 | PEC | Serve [Signed] Order Approving Quarterly Fee Applications for the Forty-Fourth Period (.1); Draft and | 0.30 | 265.00 | $79.50 |

**Invoice number 100707**     91100  00001                                **Page  7**

|  |  | file Affidavit of Service (.2) |  |  |  |
|---|---|---|---|---|---|
| 10/16/12 | KPM | Review and execute Cert of No Obj. for Nelson Mullins for quarterly fee application April - June 2012 | 0.10 | 495.00 | $49.50 |
| 10/16/12 | KPM | Review and execute Cert of No Obj. for Woodcock Washburn July - September fee application | 0.10 | 495.00 | $49.50 |
| 10/16/12 | PEC | Draft Certificate of No Objection Regarding Nelson Mullins April Through May 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/16/12 | PEC | Draft Certificate of No Objection Regarding Woodcock Washburn July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/18/12 | KPM | Review and respond to email from R. Higgins regarding motion to increase OCP cap | 0.10 | 495.00 | $49.50 |
| 10/19/12 | PEC | Prepare Blackstone Advisory Partner L.P.'s August Monthly Fee Application for filing and service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/19/12 | PEC | Prepare Beveridge & Diamond P.C.'s June 2012 Monthly Fee Application for filing and service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/19/12 | PEC | Prepare Beveridge & Diamond P.C.'s July 2012 Monthly Fee Application for filing and service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/19/12 | PEC | Prepare Beveridge & Diamond P.C.'s August 2012 Monthly Fee Application for filing and service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/22/12 | PEC | Draft Notice of Motion to Amend the OCP Orders to Increase the Total Expenditure Cap for SC&H Consulting and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 10/22/12 | KPM | Address filing and service of OCP cap increase motion | 0.20 | 495.00 | $99.00 |
| 10/23/12 | KPM | Review and execute Cert of No Obj. for Kaye Scholer June 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/23/12 | KPM | Review and execute Cert of No Obj. for Kaye Scholer July 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/23/12 | KPM | Review and execute Cert of No Obj. for Kaye Scholer August 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/23/12 | KPM | Review and execute Cert of No Obj. for Foley Hoag August 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/23/12 | PEC | Draft Certificate of No Objection Regarding Foley Hoag LLP's August 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/23/12 | PEC | Draft Certificate of No Objection Regarding Kaye Scholer LLP's August 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/23/12 | PEC | Draft Certificate of No Objection Regarding Kaye Scholer LLP's July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 10/23/12 | PEC | Draft Certificate of No Objection Regarding Kaye Scholer | 0.60 | 265.00 | $159.00 |

**Invoice number  100707**        91100   00001                                    **Page  8**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | LLP's June 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) |  |  |  |
| 10/24/12 | KPM | Review and execute Cert of No Obj. for R. Higgins' August 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/24/12 | KPM | Review and execute Cert of No Obj. for K&E August 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/24/12 | KPM | Review and execute Cert of No Obj. for Casner & Edwards August 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/30/12 | JEO | Work on K&E September 2012 fee app. | 0.30 | 675.00 | $202.50 |
| 10/31/12 | PEC | Review Service done by Parcels regarding Kirkland & Ellis LLP's September 2012 Monthly Fee Application (.2); Draft Certificate of Service and prepare for filing (.2) | 0.40 | 265.00 | $106.00 |
| 10/31/12 | KPM | Review and respond to email from Patricia E. Cuniff regarding Kirkland's September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 10/31/12 | KPM | Review and execute Steptoe's 45th quarterly fee application | 0.10 | 495.00 | $49.50 |
| 10/31/12 | PEC | Prepare Foley Hoag LLP's September 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/31/12 | PEC | Prepare Kayescholer LLP's September 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/31/12 | PEC | Prepare Norton Rose Canada LLP's July through August 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 10/31/12 | PEC | Draft Notice of Filing Steptoe & Johnson LLP's Forty-Fifth Quarterly Fee Application for filing and service and Certificates of Service (.4); Prepare for filing and service ).4) | 0.80 | 265.00 | $212.00 |
| 10/31/12 | MLM | Finalize and coordinate filing of Norton Rose Canada's July/August 2012 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 275.00 | $137.50 |
|  | **Task Code Total** |  | 19.70 |  | $6,059.50 |

**Litigation (Non-Bankruptcy)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 10/01/12 | JEO | Review status of matters pending for 10/15 and preliminary Agenda | 0.50 | 675.00 | $337.50 |
| 10/01/12 | JEO | Review Reply of CIM Reit 211 Main Street. | 0.50 | 675.00 | $337.50 |
| 10/01/12 | PEC | Review Agenda for 10/15/12 Hearing and forward to chambers via e-mail | 0.30 | 265.00 | $79.50 |
| 10/02/12 | JEO | Review reply filed by CIM Urban.  Telephone call with R. Higgins regarding same. | 0.40 | 675.00 | $270.00 |
| 10/02/12 | JEO | Review status pending matters. | 0.50 | 675.00 | $337.50 |
| 10/03/12 | JEO | Emails with FCR counsel regarding preliminary Agenda and Matters scheduled for 10/15 hearing. | 0.30 | 675.00 | $202.50 |
| 10/04/12 | JEO | Review status of matter scheduled for 10/15 hearing. | 0.60 | 675.00 | $405.00 |
| 10/05/12 | JEO | Finalize Agenda for 10/15. | 0.80 | 675.00 | $540.00 |
| 10/05/12 | JEO | Telephone call with Roger Higgins regarding 10/15 | 0.40 | 675.00 | $270.00 |

**Invoice number  100707**     91100  00001                                    **Page  9**

hearing.

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/12 | KPM | Address filing agenda for 10/15/12 hearing | 0.30 | 495.00 | $148.50 |
| 10/05/12 | PEC | Revise and review Notice of Agenda for 11/15/12 Hearing | 0.40 | 265.00 | $106.00 |
| 10/05/12 | PEC | Prepare service list for 10/15/12 Hearing | 0.20 | 265.00 | $53.00 |
| 10/05/12 | PEC | File and serve Notice of Agenda for 11/15/12 Hearing (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 10/11/12 | JEO | Review status of matters scheduled for 10/15 hearing. | 0.40 | 675.00 | $270.00 |
| 10/12/12 | JEO | Preparations for 10/15 hearing. | 0.50 | 675.00 | $337.50 |
| 10/15/12 | KPM | Prepare for and attend omnibus hearing with R. Higgins | 1.00 | 495.00 | $495.00 |
| 10/15/12 | KPM | Review and respond to emails from James E. O'Neill regarding 10/15/12 hearing coverage | 0.20 | 495.00 | $99.00 |
| 10/16/12 | KPM | Review and respond to email from R. Higgins regarding 10/15/12 hearing transcript (.1); Draft email to Patricia E. Cuniff regarding same (.1) | 0.20 | 495.00 | $99.00 |
| 10/22/12 | JEO | Email exchange with Kathleen P. Makowski regarding filing for November hearing. | 0.20 | 675.00 | $135.00 |
| 10/22/12 | KPM | Draft emails to James E. O'Neill regarding status of filing warrant motion | 0.20 | 495.00 | $99.00 |
| 10/22/12 | KPM | Review and respond to email from B. Rhode (Kirkland) regarding filing warrant motion | 0.10 | 495.00 | $49.50 |
| 10/23/12 | JEO | Research AMH Service issues. | 1.90 | 675.00 | $1,282.50 |
| 10/24/12 | KPM | Review and respond to emails from J. Jones (Kirkland) regarding logistics for filing Warrant motion | 0.30 | 495.00 | $148.50 |
| 10/25/12 | KPM | Review and respond to emails from M. Jones (Kirkland) regarding timing of filing Warrant motion | 0.20 | 495.00 | $99.00 |
| 10/29/12 | JEO | Emails with team regarding possible grace filing. | 0.50 | 675.00 | $337.50 |
| 10/29/12 | KPM | Address logistics/timing of filing Warrant motion | 0.50 | 495.00 | $247.50 |
| 10/30/12 | JEO | Work on Cash Collateral Argument Motion. | 1.00 | 675.00 | $675.00 |
| 10/30/12 | KPM | Address logistics of filing Warrant motion | 0.30 | 495.00 | $148.50 |
| 10/31/12 | PEC | Review Service done by Parcels regarding Debtors' Motion For Entry Of An Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement and Revised Notice (.2); Draft Certificate of Service and prepare for filing (.2) | 0.40 | 265.00 | $106.00 |

|  |  | **Task Code Total** | **13.50** |  | **$7,821.50** |
|---|---|---|---|---|---|
|  |  | **Total professional services:** | **98.00** |  | **$33,336.00** |

### Costs Advanced:

| Date | Init | Description | Amount |
|---|---|---|---|
| 10/01/2012 | DC | 91100.00001 Digital Legal Charges for 10-01-12 | $387.00 |
| 10/01/2012 | DC | 91100.00001 Digital Legal Charges for 10-01-12 | $24.30 |
| 10/01/2012 | DC | 91100.00001 Digital Legal Charges for 10-01-12 | $7.25 |
| 10/01/2012 | DC | 91100.00001 Digital Legal Charges for 10-01-12 | $16.20 |
| 10/01/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-01-12 | $29.36 |
| 10/01/2012 | PO | 91100.00001 :Postage Charges for 10-01-12 | $1.50 |
| 10/01/2012 | PO | 91100.00001 :Postage Charges for 10-01-12 | $1.50 |

**Invoice number  100707**        91100  00001                                    **Page  10**

| 10/01/2012 | PO | 91100.00001 :Postage Charges for 10-01-12 | $2.20 |
|---|---|---|---|
| 10/01/2012 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 10/01/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 10/01/2012 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 10/01/2012 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 10/01/2012 | RE | ( 51 @0.10 PER PG) | $5.10 |
| 10/01/2012 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 10/01/2012 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 10/01/2012 | RE | ( 68 @0.10 PER PG) | $6.80 |
| 10/01/2012 | RE | ( 110 @0.10 PER PG) | $11.00 |
| 10/01/2012 | RE | ( 149 @0.10 PER PG) | $14.90 |
| 10/01/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 10/01/2012 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 10/02/2012 | DC | 91100.00001 Digital Legal Charges for 10-02-12 | $35.00 |
| 10/02/2012 | DC | 91100.00001 Digital Legal Charges for 10-02-12 | $9.38 |
| 10/02/2012 | DC | 91100.00001 Digital Legal Charges for 10-02-12 | $18.00 |
| 10/02/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-02-12 | $19.33 |
| 10/02/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-02-12 | $12.79 |
| 10/02/2012 | PO | 91100.00001 :Postage Charges for 10-02-12 | $15.60 |
| 10/02/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 10/02/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 10/02/2012 | RE | ( 33 @0.10 PER PG) | $3.30 |
| 10/02/2012 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 10/02/2012 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 10/02/2012 | RE | ( 59 @0.10 PER PG) | $5.90 |
| 10/02/2012 | RE | ( 83 @0.10 PER PG) | $8.30 |
| 10/02/2012 | RE | ( 85 @0.10 PER PG) | $8.50 |
| 10/03/2012 | DC | 91100.00001 Digital Legal Charges for 10-03-12 | $24.30 |
| 10/03/2012 | DC | 91100.00001 Digital Legal Charges for 10-03-12 | $36.00 |
| 10/04/2012 | DC | 91100.00001 Digital Legal Charges for 10-04-12 | $16.20 |
| 10/04/2012 | DC | 91100.00001 Digital Legal Charges for 10-04-12 | $35.00 |
| 10/04/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-04-12 | $34.27 |
| 10/04/2012 | PO | 91100.00001 :Postage Charges for 10-04-12 | $13.20 |
| 10/04/2012 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 10/04/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 10/04/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 10/04/2012 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 10/04/2012 | RE | ( 90 @0.10 PER PG) | $9.00 |
| 10/04/2012 | RE | ( 489 @0.10 PER PG) | $48.90 |
| 10/05/2012 | DC | 91100.00001 Digital Legal Charges for 10-05-12 | $5.00 |
| 10/05/2012 | DC | 91100.00001 Digital Legal Charges for 10-05-12 | $8.46 |
| 10/05/2012 | DC | 91100.00001 Digital Legal Charges for 10-05-12 | $10.65 |
| 10/05/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-05-12 | $12.79 |

**Invoice number  100707**        91100   00001                                    **Page  11**

| 10/05/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-05-12 | $19.33 |
|---|---|---|---|
| 10/05/2012 | FE | 91100.00001 FedEx Charges for 10-05-12 | $9.64 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |

**Invoice number  100707**    91100  00001    **Page  12**

| | | | |
|---|---|---|---|
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/05/2012 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 10/05/2012 | RE | ( 75 @0.10 PER PG) | $7.50 |
| 10/05/2012 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 10/05/2012 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 10/05/2012 | RE | ( 10 @0.10 PER PG) | $1.00 |

**Invoice number  100707**      91100  00001                                    **Page  13**

| 10/05/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 10/05/2012 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 10/05/2012 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 10/05/2012 | RE | ( 107 @0.10 PER PG) | $10.70 |
| 10/05/2012 | RE | ( 122 @0.10 PER PG) | $12.20 |
| 10/05/2012 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 10/08/2012 | DC | 91100.00001 Digital Legal Charges for 10-08-12 | $9.38 |
| 10/08/2012 | DC | 91100.00001 Digital Legal Charges for 10-08-12 | $18.00 |
| 10/08/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-08-12 | $29.36 |
| 10/08/2012 | RE | ( 58 @0.10 PER PG) | $5.80 |
| 10/08/2012 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 10/08/2012 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 10/09/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-09-12 | $29.36 |
| 10/09/2012 | PO | 91100.00001 :Postage Charges for 10-09-12 | $2.30 |
| 10/09/2012 | PO | 91100.00001 :Postage Charges for 10-09-12 | $266.50 |
| 10/09/2012 | PO | 91100.00001 :Postage Charges for 10-09-12 | $7.20 |
| 10/09/2012 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 10/09/2012 | RE | ( 70 @0.10 PER PG) | $7.00 |
| 10/09/2012 | RE | ( 1328 @0.10 PER PG) | $132.80 |
| 10/09/2012 | RE | ( 1250 @0.10 PER PG) | $125.00 |
| 10/09/2012 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | $4.10 |
| 10/09/2012 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 10/09/2012 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 10/09/2012 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | $4.20 |
| 10/09/2012 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | $4.10 |
| 10/09/2012 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 10/09/2012 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 10/09/2012 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 10/09/2012 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 10/09/2012 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 10/09/2012 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | $6.00 |
| 10/09/2012 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 10/09/2012 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 10/09/2012 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 10/09/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 10/10/2012 | DC | 91100.00001 Digital Legal Charges for 10-10-12 | $13.32 |
| 10/10/2012 | DC | 91100.00001 Digital Legal Charges for 10-10-12 | $16.20 |
| 10/10/2012 | DC | 91100.00001 Digital Legal Charges for 10-10-12 | $24.30 |
| 10/10/2012 | DC | 91100.00001 Digital Legal Charges for 10-10-12 | $378.00 |
| 10/10/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-10-12 | $29.36 |
| 10/10/2012 | RE | ( 90 @0.10 PER PG) | $9.00 |
| 10/10/2012 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 10/10/2012 | RE | ( 32 @0.10 PER PG) | $3.20 |

**Invoice number 100707**        91100  00001                                              **Page  14**

| | | | |
|---|---|---|---:|
| 10/10/2012 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 10/10/2012 | RE2 | SCAN/COPY ( 120 @0.10 PER PG) | $12.00 |
| 10/11/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-11-12 | $19.33 |
| 10/11/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-11-12 | $12.79 |
| 10/11/2012 | PO | 91100.00001 :Postage Charges for 10-11-12 | $7.20 |
| 10/11/2012 | PO | 91100.00001 :Postage Charges for 10-11-12 | $266.50 |
| 10/11/2012 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 10/11/2012 | RE | ( 104 @0.10 PER PG) | $10.40 |
| 10/11/2012 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 10/11/2012 | RE | ( 2091 @0.10 PER PG) | $209.10 |
| 10/11/2012 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 10/11/2012 | RE | ( 45 @0.10 PER PG) | $4.50 |
| 10/11/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 10/11/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 10/11/2012 | RE2 | SCAN/COPY ( 68 @0.10 PER PG) | $6.80 |
| 10/12/2012 | DC | 91100.00001 Digital Legal Charges for 10-12-12 | $16.20 |
| 10/12/2012 | DC | 91100.00001 Digital Legal Charges for 10-12-12 | $24.30 |
| 10/12/2012 | DC | 91100.00001 Digital Legal Charges for 10-12-12 | $378.00 |
| 10/12/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-12-12 | $19.18 |
| 10/12/2012 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 10/12/2012 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 10/12/2012 | RE | ( 222 @0.10 PER PG) | $22.20 |
| 10/12/2012 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 10/15/2012 | DC | 91100.00001 Digital Legal Charges for 10-15-12 | $7.25 |
| 10/15/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-15-12 | $19.33 |
| 10/15/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-15-12 | $29.36 |
| 10/15/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-15-12 | $12.79 |
| 10/15/2012 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 10/15/2012 | RE | ( 145 @0.10 PER PG) | $14.50 |
| 10/15/2012 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 10/15/2012 | RE | ( 136 @0.10 PER PG) | $13.60 |
| 10/15/2012 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 10/15/2012 | RE | ( 83 @0.10 PER PG) | $8.30 |
| 10/15/2012 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 10/15/2012 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 10/15/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 10/15/2012 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 10/15/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 10/15/2012 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 10/16/2012 | DC | 91100.00001 Digital Legal Charges for 10-16-12 | $16.20 |
| 10/16/2012 | DC | 91100.00001 Digital Legal Charges for 10-16-12 | $378.00 |
| 10/16/2012 | DC | 91100.00001 Digital Legal Charges for 10-16-12 | $16.20 |
| 10/16/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-16-12 | $29.36 |

**Invoice number  100707**      91100  00001                              **Page  15**

| | | | |
|---|---|---|---|
| 10/16/2012 | PO | 91100.00001 :Postage Charges for 10-16-12 | $1.30 |
| 10/16/2012 | PO | 91100.00001 :Postage Charges for 10-16-12 | $1.10 |
| 10/16/2012 | PO | 91100.00001 :Postage Charges for 10-16-12 | $13.20 |
| 10/16/2012 | RE | ( 231 @0.10 PER PG) | $23.10 |
| 10/16/2012 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 10/16/2012 | RE | ( 138 @0.10 PER PG) | $13.80 |
| 10/16/2012 | RE | ( 410 @0.10 PER PG) | $41.00 |
| 10/16/2012 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 10/16/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 10/16/2012 | RE | ( 100 @0.10 PER PG) | $10.00 |
| 10/16/2012 | RE | ( 101 @0.10 PER PG) | $10.10 |
| 10/16/2012 | RE | ( 90 @0.10 PER PG) | $9.00 |
| 10/16/2012 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 10/17/2012 | DC | 91100.00001 Digital Legal Charges for 10-17-12 | $6.48 |
| 10/17/2012 | DC | 91100.00001 Digital Legal Charges for 10-17-12 | $6.48 |
| 10/17/2012 | DC | 91100.00001 Digital Legal Charges for 10-17-12 | $63.00 |
| 10/17/2012 | DC | 91100.00001 Digital Legal Charges for 10-17-12 | $16.20 |
| 10/17/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-17-12 | $19.18 |
| 10/17/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-17-12 | $10.19 |
| 10/17/2012 | RE | ( 352 @0.10 PER PG) | $35.20 |
| 10/17/2012 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 10/17/2012 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 10/17/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 10/17/2012 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | $9.00 |
| 10/18/2012 | DC | 91100.00001 Digital Legal Charges for 10-18-12 | $19.50 |
| 10/18/2012 | FE | 91100.00001 FedEx Charges for 10-18-12 | $8.08 |
| 10/18/2012 | PO | 91100.00001 :Postage Charges for 10-18-12 | $1.10 |
| 10/18/2012 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | $1.50 |
| 10/18/2012 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | $1.40 |
| 10/18/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 10/18/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 10/18/2012 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | $2.00 |
| 10/18/2012 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | $1.50 |
| 10/18/2012 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 10/18/2012 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 10/18/2012 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | $3.70 |
| 10/18/2012 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 10/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-19-12 | $19.18 |
| 10/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-19-12 | $10.19 |
| 10/19/2012 | FE | Federal Express [E108] 206260724 | $12.20 |
| 10/19/2012 | FE | Federal Express [E108] 206260724 | $8.08 |
| 10/19/2012 | RE | ( 344 @0.10 PER PG) | $34.40 |
| 10/19/2012 | RE | ( 50 @0.10 PER PG) | $5.00 |

**Invoice number  100707**        91100  00001                                    **Page  16**

| | | | |
|---|---|---|---:|
| 10/19/2012 | RE | ( 55 @0.10 PER PG) | $5.50 |
| 10/22/2012 | DC | 91100.00001 Digital Legal Charges for 10-22-12 | $10.65 |
| 10/22/2012 | DC | 91100.00001 Digital Legal Charges for 10-22-12 | $9.00 |
| 10/22/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-12 | $29.36 |
| 10/22/2012 | PO | 91100.00001 :Postage Charges for 10-22-12 | $1.10 |
| 10/22/2012 | PO | 91100.00001 :Postage Charges for 10-22-12 | $266.50 |
| 10/22/2012 | PO | 91100.00001 :Postage Charges for 10-22-12 | $7.20 |
| 10/22/2012 | PO | 91100.00001 :Postage Charges for 10-22-12 | $1.30 |
| 10/22/2012 | RE | Reproduction Expense. [E101] 8 pgs, WLR | $0.80 |
| 10/22/2012 | RE | ( 768 @0.10 PER PG) | $76.80 |
| 10/22/2012 | RE | ( 138 @0.10 PER PG) | $13.80 |
| 10/22/2012 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 10/22/2012 | RE | ( 238 @0.10 PER PG) | $23.80 |
| 10/22/2012 | RE | ( 76 @0.10 PER PG) | $7.60 |
| 10/22/2012 | RE | ( 177 @0.10 PER PG) | $17.70 |
| 10/22/2012 | RE | ( 2859 @0.10 PER PG) | $285.90 |
| 10/22/2012 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 10/22/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 10/23/2012 | DC | 91100.00001 Digital Legal Charges for 10-23-12 | $16.20 |
| 10/23/2012 | DC | 91100.00001 Digital Legal Charges for 10-23-12 | $24.30 |
| 10/23/2012 | DC | 91100.00001 Digital Legal Charges for 10-23-12 | $387.00 |
| 10/23/2012 | FE | Federal Express [E108] 206260724 | $12.20 |
| 10/23/2012 | FE | Federal Express [E108] 206260724 | $8.08 |
| 10/23/2012 | PO | 91100.00001 :Postage Charges for 10-23-12 | $13.20 |
| 10/23/2012 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 10/23/2012 | RE | ( 135 @0.10 PER PG) | $13.50 |
| 10/23/2012 | RE | ( 101 @0.10 PER PG) | $10.10 |
| 10/23/2012 | RE | ( 171 @0.10 PER PG) | $17.10 |
| 10/24/2012 | DC | 91100.00001 Digital Legal Charges for 10-24-12 | $7.78 |
| 10/24/2012 | DC | 91100.00001 Digital Legal Charges for 10-24-12 | $24.30 |
| 10/24/2012 | DC | 91100.00001 Digital Legal Charges for 10-24-12 | $72.00 |
| 10/24/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-24-12 | $29.36 |
| 10/24/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 10/24/2012 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 10/25/2012 | DC | 91100.00001 Digital Legal Charges for 10-25-12 | $5.95 |
| 10/25/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-25-12 | $29.36 |
| 10/25/2012 | PO | 91100.00001 :Postage Charges for 10-25-12 | $13.20 |
| 10/25/2012 | RE | ( 129 @0.10 PER PG) | $12.90 |
| 10/25/2012 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 10/25/2012 | RE | ( 282 @0.10 PER PG) | $28.20 |
| 10/25/2012 | RE | ( 164 @0.10 PER PG) | $16.40 |
| 10/25/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 10/25/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |

**Invoice number  100707**     91100  00001                                    **Page  17**

| | | | |
|---|---|---|---|
| 10/26/2012 | DC | 91100.00001 Digital Legal Charges for 10-26-12 | $16.20 |
| 10/26/2012 | DC | 91100.00001 Digital Legal Charges for 10-26-12 | $63.00 |
| 10/26/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-26-12 | $19.18 |
| 10/26/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 10-26-12 | $10.19 |
| 10/26/2012 | RE | ( 38 @0.10 PER PG) | $3.80 |
| 10/26/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 10/26/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 10/31/2012 | DC | 91100.00001 Digital Legal Charges for 10-31-12 | $7.78 |
| 10/31/2012 | PAC | Pacer - Court Research | $1,616.50 |
| 10/31/2012 | PO | 91100.00001 :Postage Charges for 10-31-12 | $27.60 |
| 10/31/2012 | PO | 91100.00001 :Postage Charges for 10-31-12 | $226.60 |
| 10/31/2012 | PO | 91100.00001 :Postage Charges for 10-31-12 | $6.60 |
| 10/31/2012 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 10/31/2012 | RE | ( 1057 @0.10 PER PG) | $105.70 |
| 10/31/2012 | RE | ( 131 @0.10 PER PG) | $13.10 |
| 10/31/2012 | RE | ( 178 @0.10 PER PG) | $17.80 |
| 10/31/2012 | RE | ( 132 @0.10 PER PG) | $13.20 |
| 10/31/2012 | RE | ( 802 @0.10 PER PG) | $80.20 |
| 10/31/2012 | RE | Reproduction Expense. [E101] 13 pgs, WLR | $1.60 |
| 10/31/2012 | RE | Reproduction Expense. [E101] 8 pgs, WLR | $0.80 |
| 10/31/2012 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 10/31/2012 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 10/31/2012 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | $1.50 |
| 10/31/2012 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 10/31/2012 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 10/31/2012 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 10/31/2012 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 10/31/2012 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |

Total Expenses:                                                    **$8,898.67**

### Summary:

| | | |
|---|---|---|
| Total professional services | $33,336.00 | |
| Total expenses | $8,898.67 | |
| **Net current charges** | $42,234.67 | |
| | | |
| Net balance forward | $99,391.22 | |
| **Total balance now due** | $141,625.89 | |

| | | | | |
|---|---|---|---|---|
| ARP | Paul, Andrea R. | 1.00 | 185.00 | $185.00 |
| BMK | Koveleski, Beatrice M. | 2.00 | 185.00 | $370.00 |

**Invoice number 100707**        91100   00001                                    **Page  18**

| | | | | |
|---|---|---|---|---|
| CAK | Knotts, Cheryl A. | 1.00 | 265.00 | $265.00 |
| CJB | Bouzoukis, Charles J. | 0.40 | 185.00 | $74.00 |
| JEO | O'Neill, James E. | 15.20 | 675.00 | $10,260.00 |
| KPM | Makowski, Kathleen P. | 7.60 | 495.00 | $3,762.00 |
| KSN | Neil, Karen S. | 0.60 | 185.00 | $111.00 |
| LDJ | Jones, Laura Davis | 0.80 | 955.00 | $764.00 |
| MLM | McGee, Margaret L. | 0.50 | 275.00 | $137.50 |
| PEC | Cuniff, Patricia E. | 41.20 | 265.00 | $10,918.00 |
| SLP | Pitman, L. Sheryle | 24.20 | 185.00 | $4,477.00 |
| WLR | Ramseyer, William L. | 3.50 | 575.00 | $2,012.50 |
| | | 98.00 | | $33,336.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AP | Appeals [B430] | 5.90 | $3,784.50 |
| CA | Case Administration [B110] | 48.50 | $10,596.50 |
| CR01 | WRG-Claim Analysis (Asbestos) | 2.00 | $960.00 |
| EA | WRG-Employ. App., Applicant | 0.40 | $106.00 |
| FA | WRG-Fee Apps., Applicant | 8.00 | $4,008.00 |
| FA01 | WRG-Fee Applications, Others | 19.70 | $6,059.50 |
| LN | Litigation (Non-Bankruptcy) | 13.50 | $7,821.50 |
| | | 98.00 | $33,336.00 |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $2,683.91 |
| DHL- Worldwide Express | $534.28 |
| Federal Express [E108] | $58.28 |
| Fax Transmittal [E104] | $869.00 |
| Pacer - Court Research | $1,616.50 |
| Postage [E108] | $1,163.70 |
| Reproduction Expense [E101] | $1,783.20 |
| Reproduction/ Scan Copy | $189.80 |
| | $8,898.67 |