**EXHIBIT A**
(Fee Detail)

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $13,099.00 |
| **FEE APPLICATION – APPLICANT** | $455.00 |
| **TOTAL FEES** | $13,554.00 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

November 28, 2012
Bill Number 158458
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH OCTOBER 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/01/12 | RAM | Email to R. Finke and J. Hughes re: whether to renew lease for repository. Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 10/01/12 | ARA | Document control. | 4.10 Hrs | 369.00 |
| 10/02/12 | RAM | Email from R. Finke to renew lease for repository for one year; advise P. Masuret. | 0.05 Hrs | No Charge |
| 10/02/12 | ARA | Quality control property damage ledgers. | 4.00 Hrs | 560.00 |
| 10/02/12 | ARA | Document control. | 0.50 Hrs | 45.00 |
| 10/03/12 | ARA | Quality control property damage ledgers. | 5.00 Hrs | 700.00 |
| 10/03/12 | ARA | Document control. | 1.00 Hrs | 90.00 |
| 10/04/12 | ARA | Quality control ZAI documents. | 5.90 Hrs | 826.00 |
| 10/05/12 | ARA | Quality control ZAI documents. | 3.20 Hrs | 448.00 |
| 10/05/12 | ARA | Document control. | 3.00 Hrs | 270.00 |
| 10/09/12 | ARA | Quality control property damage ledgers. | 3.50 Hrs | 490.00 |
| 10/09/12 | ARA | Document control. | 2.30 Hrs | 207.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/10/12 | ARA | Quality control property damage ledgers | 6.00 Hrs | 840.00 |
| 10/11/12 | ARA | Quality control property damage ledgers. | 4.50 Hrs | 630.00 |
| 10/12/12 | ARA | Quality control property damage ledgers. | 5.80 Hrs | 812.00 |
| 10/18/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | No Charge |
| 10/19/12 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 105.00 |
| 10/19/12 | ARA | Quality control property damage ledgers. | 4.00 Hrs | 560.00 |
| 10/19/12 | ARA | Document control. | 1.50 Hrs | 135.00 |
| 10/22/12 | ARA | Quality control property damage ledgers | 4.80 Hrs | 672.00 |
| 10/22/12 | ARA | Document control. | 1.50 Hrs | 135.00 |
| 10/23/12 | ARA | Quality control property damage ledgers. | 5.30 Hrs | 742.00 |
| 10/24/12 | MTM | Telephone call from in-house counsel re: request for documents for jobsite information in California (.2); review paper indices re: ability to conduct non-computer based search re: same (.5); telephone call to ARA re: same and provide copies of certain paper indices (.3). | 1.00 Hrs | 300.00 |
| 10/24/12 | ARA | Quality control property damage ledgers (1.7). Per MTM's call, locate indices and produce indices to MTM (1.0). Search for and review jobsite materials for California site (2.2). | 4.90 Hrs | 686.00 |
| 10/25/12 | MTM | Continue review of paper indices to Winthrop Square re: California jobsite search (.5); conference with ARA re: same and closing date for Los Angeles plant (.3); telephone call to in-house counsel re: proposed search based on paper indices (.2); telephone call to ARA re: same (.3); telephone call from ARA re: her search for California jobsite information (.2). | 1.50 Hrs | 450.00 |
| 10/25/12 | ARA | Per MTM's request, search for invoice number ranges and L.A. plant binder (.5); review property damage documents for California invoices (1.5); also review invoices re: sales re: job site re: in-house counsel's request (5.1). | 7.10 Hrs | 994.00 |

Page 2

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/26/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.05 Hrs | No Charge |
| 10/26/12 | ARA | Review property damage documents for sales re: California job site (3.7). Quality control documents reviewed re: California job site per in-house counsel's request (2.5). | 6.20 Hrs | 868.00 |
| 10/30/12 | ARA | Per MTM's request, search for, review and arrange for Libby personnel file to be picked up and copied by copy service. | 1.00 Hrs | 140.00 |
| 10/31/12 | MTM | Telephone call to ARA re: final part of California jobsite search (.2); telephone call to in-house counsel re: same (.1); review Recordkeeper forms re: California jobsite search binder in storage (.1); telephone call to in-house counsel re: same (.1) | 0.50 Hrs | 150.00 |
| 10/31/12 | ARA | Telephone call from MTM re: document review re: California job site (.2). Receipt of Libby personnel file from copy service; quality control originals and return them to production set (.5). Quality control property damage documents (5.3). | 6.00 Hrs | 840.00 |

TOTAL LEGAL SERVICES    $13,099.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.40 | 350.00 | 140.00 |
| Matthew T. Murphy | 3.00 | 300.00 | 900.00 |
| Angela R. Anderson | 77.20 | 140.00 | 10,808.00 |
| Angela R. Anderson | 13.90 | 90.00 | 1,251.00 |
| Robert A. Murphy | 0.20 | 350.00 | No Charge |
| | 94.70 | | $13,099.00 |

TOTAL THIS BILL    $13,099.00

Page 3

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

November 28, 2012
Bill Number 158459
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH OCTOBER 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/01/12 | RAM | Work on August fee application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |
| 10/03/12 | RAM | Send "as filed" August fee application to fee auditor. | 0.10 Hrs | 35.00 |
| 10/15/12 | RAM | Work on September fee application. | 0.70 Hrs | 245.00 |
| 10/16/12 | RAM | Work on September fee application. | 0.10 Hrs | 35.00 |
| 10/26/12 | RAM | Finalize Sept. fee application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |

TOTAL LEGAL SERVICES   $455.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 350.00 | 455.00 |
|  | 1.30 |  | $455.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| TOTAL THIS BILL | $455.00 |