# EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | $12,551.51 |
|---|---|
| FEE APPLICATION – APPLICANT | $1.70 |
| TOTAL EXPENSES | $12,553.21 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

November 28, 2012
Bill Number 158460
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH OCTOBER 31, 2012

**EXCESS POSTAGE**
| | | | |
|---|---|---|---|
| 10/31/12 | EXCESS POSTAGE | 5.24 | |
| | | | $5.24 |

**RENT REIMBURSEMENT**
| | | | |
|---|---|---|---|
| 10/01/12 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - October 2012. | 12,137.82 | |
| | | | $12,137.82 |

**MISCELLANEOUS**
| | | | |
|---|---|---|---|
| 10/17/12 | RECORDKEEPER ARCHIVE CENTERS,: Storage 10/01/12 through 10/31/12. | 408.45 | |
| | | | $408.45 |

| | | |
|---|---|---|
| | TOTAL COSTS | $12,551.51 |
| | TOTAL THIS BILL | $12,551.51 |

Page 1

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

November 28, 2012
Bill Number 158461
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

**COSTS**

THROUGH OCTOBER 31, 2012

EXCESS POSTAGE
10/31/12        EXCESS POSTAGE                                              1.70

                                                                            $1.70

                                        TOTAL COSTS                         $1.70


                                        TOTAL THIS BILL                     $1.70

Page 1