IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: December 20, 2012 |

SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF October 31, 2012

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **October 1, 2012 - October 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$1,320.75** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of October 2012. This is the tenth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2012 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2012-01/31/2012 | February 9, 2012 | $14,727.83 | $0.00 |
| 02/01/2012-02/29/2012 | March 22, 2012 | $13,260.33 | $0.00 |
| 03/01/2012-03/31/2012 | April 12, 2012 | $3,956.38 | $0.00 |
| 04/01/2012-04/03/2012 | June 4, 2012 | $3,181.54 | $0.00 |
| 05/01/2012-05/31/2012 | June 19, 2012 | $2,835.21 | $0.00 |
| 06/01/2012-06/30/2012 | August 3, 2012 | $1,220.96 | $0.50 |
| 07/01/2012-07/31/2012 | August 13, 2012 | $1,661.21 | $0.00 |
| 08/01/2012-08/31/2012 | September 25, 2012 | $1,954.71 | $0.00 |
| 09/01/2012-09/30/2012 | October 19, 2012 | $4,737.09 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 2.25 | $1,320.75 |

Total Fees: $1,320.75

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $1,320.75 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (October 1, 2012-October 31, 2012), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

*[signature]*

Dated: November 16, 2012

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

November 13, 2012

RE: Special Counsel
Our File Number: 63812/0108
Client Reference: 100071

Invoice#: 720486

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/01/2012 | Rynkiewicz, John P | Review bills, work on quarterly fee application. | 0.33 |
| 10/31/2012 | Rynkiewicz, John P | Review Special Counsel billings, invoice and send to Pachulsky firm for filing. | 0.42 |

Total Hours................ 0.75

Fees through 10/31/2012.................................... $440.25

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 0.75 | $440.25 |
| Fees through 10/31/2012............... | | 0.75 | $440.25 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                    November 13, 2012

RE: Special Counsel                                            Invoice#: 720486
Our File Number: 63812/0108
Client Reference: 100071                                       PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 1,027.25 |

Prior Balance Due............................................................................ $5,857.77

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER LLP**

TO: W.R. Grace & Co.-Conn

RE: Special Counsel
Our File Number: 63812/0108
Client Reference: 100071

November 13, 2012

Invoice#: 720486

PAGE: 3

| | |
|---|---|
| Fees this Invoice........................................................................... | $440.25 |
| Total Due this Invoice................................................................... | $440.25 |
| Prior Balance Due (from above)..................................................... | 5,857.77 |
| **TOTAL DUE**............................................................................. | **$6,298.02** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: W.R. Grace Trademarks
    Our File Number: 63812/0108
    Invoice Number: 720486
    Total Amount Due: $6,298.02

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

November 13, 2012

RE: General
Our File Number: 63812/0001
Client Reference: 100062

Invoice#: 720485

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|  |  | Hours |
|---|---|---|
| 10/03/2012 | Rynkiewicz, John P | 1.50 |
|  | Overview of GRACE reg. rights in the US and Canada; review and compare against core product lines/businesses. |  |
|  | Total Hours............... | 1.50 |
|  | Fees through 10/31/2012.................................. | $880.50 |

\*-----------------------------------TIME AND FEE SUMMARY-----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 1.50 | $880.50 |
| Fees through 10/31/2012............... |  | 1.50 | $880.50 |

\*-----------------------------------OUTSTANDING BALANCE-----------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |

**KAYE SCHOLER LLP**

TO:  W.R. Grace & Co-Conn.                                            November 13, 2012

RE: General                                                                          Invoice#: 720485
Our File Number: 63812/0001
Client Reference: 100062                                                      PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 1,414.67 |

Prior Balance Due............................................................................. $29,083.29

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                        November 13, 2012

    RE: General  
    Our File Number: 63812/0001                                          Invoice#: 720485  
    Client Reference: 100062  

                                                                                                                    PAGE:   3

| | |
|---|---:|
| Fees this Invoice.................................................................... | $880.50 |
| Total Due this Invoice............................................................. | $880.50 |
| Prior Balance Due (from above)............................................. | 29,083.29 |
| **TOTAL DUE**........................................................................ | **$29,963.79** |

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: W.R. Grace Trademarks
    Our File Number: 63812/0001
    Invoice Number: 720485
    Total Amount Due: $29,963.79

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.