IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 12/24/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-FIRST MONTHLY INTERIM <u>PERIOD FROM NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2012 through November 30, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $12,880.00   [80% of $16,100.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 28 years, and his billing rate is $700 per hour. In this Application period Mr. Rich billed 23.0 hours,[2] for a total amount billed of $16,100.00 of which 80% is

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

currently sought, in the amount of $12,880.00.

As stated above, this is the Fifty-First application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 18.2 | $12,740.00 |
| Fee Application Matters | 4.8 | $3,360.00 |
| TOTAL | 23.0 | $16,100.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| None | |
| TOTAL | $0.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of December, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (November, 2012)

**Client**

Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 11/1/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/1/2012 | Prepare Monthly Application for Compensation and Notice thereof, and attention to filing and service of same | 1.5 |
| 11/2/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/2/2012 | Prepare Judge Sanders' Monthly Application for Compensation and Notice thereof, and attention to filing and service of same | 0.5 |
| 11/2/2012 | Review Fee Application of the Property Damage committee counsel | 0.1 |
| 11/5/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/5/2012 | Email from client re fee application | 0.1 |
| 11/6/2012 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 11/6/2012 | Review Motion in USM Bankruptcy re wind-down and termination of USM Property Damage Trust | 0.5 |
| 11/7/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/8/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/9/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/9/2012 | Review Debtors' motion to establish a QCF | 0.5 |
| 11/9/2012 | Emails to and from counsel for ACC and PI FCR re QCF Motion | 0.2 |
| 11/9/2012 | Review Debtors' post-confirmation quarterly report | 0.3 |
| 11/10/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/12/2012 | Conference with client re USM PD Trust | 0.1 |
| 11/12/2012 | Email to client re post confirmation quarterly report | 0.1 |
| 11/12/2012 | Email to client re Debtors' QCF motion | 0.1 |
| 11/12/2012 | Review Certificate of No Objection re debtors' motion to raise cap for SC&H | 0.1 |
| 11/12/2012 | Review Certificate of No Objection re debtors' Dairyland settlement motion | 0.1 |
| 11/12/2012 | Emails to and from ZAI Special Counsel re QCF motion | 0.1 |
| 11/13/2012 | Emails to and from PD Trustee re status | 0.1 |
| 11/13/2012 | Review Order dismissing Equity Committee Fee Application | 0.1 |
| 11/13/2012 | Review Order approving Dairyland settlement | 0.1 |
| 11/13/2012 | Review Order Amending OCP Order increasing cap for SCH consulting | 0.1 |
| 11/13/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/14/2012 | Review Certificates of No Objection re Canadian ZAI claimants' counsels' monthly fee applications | 0.1 |
| 11/14/2012 | Review Miscellaneous Pleadings received today | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 11/14/2012 | Review Property Damage Committee local counsel fee application | 0.1 |
| 11/15/2012 | Review Debtors' motion to modify and expand services of Baker, Donaldson | 0.3 |
| 11/15/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/15/2012 | Conference with client re November Omnibus hearing | 0.1 |
| 11/16/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/19/2012 | Review Fee Auditor's Report for the 45th Quarter | 0.4 |
| 11/20/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/20/2012 | Review Agenda for November omnibus hearing | 0.1 |
| 11/20/2012 | Email to client re cancellation of November Omnibus hearing | 0.1 |
| 11/21/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/21/2012 | Review CNO for PD Committee Counsel fee application | 0.1 |
| 11/21/2012 | Prepare, file and serve CNO for monthly fee application | 0.2 |
| 11/26/2012 | Prepare, file and serve CNO for PD FCR's monthly fee application | 0.2 |
| 11/26/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/26/2012 | Prepare, file and serve 16th Quarterly Fee Application and Notice of Filing thereof | 1.5 |
| 11/26/2012 | Prepare, file and serve 16th Quarterly Fee Application of PD FCR and Notice of Filing thereof | 0.5 |
| 11/26/2012 | Prepare, file and serve 16th Quarterly Fee Application of Local Counsel to PD FCR and Notice of Filing thereof | 0.3 |
| 11/26/2012 | Emails to and from Karl Hill re fee application | 0.1 |
| 11/27/2012 | Review Anderson Memorial Hospital's Second Motion for Extension of Time for filing its appeal brief in 12-2923 | 0.1 |
| 11/27/2012 | Review Anderson Memorial Hospital's Second Motion for Extension of Time for filing its appeal brief in 12-3143 | 0.1 |

| | | |
|---|---|---|
| 11/27/2012 | Review Quarterly Fee Applications of Canadian ZAI Claimants' Counsels | 0.3 |
| 11/27/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/28/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/29/2012 | Review Appellants' Joint Appendix in Third Circuit appeals | 2.5 |
| 11/29/2012 | Review Miscellaneous Pleadings received today | 0.3 |
| 11/29/2012 | Review Bank Lender Group Opening Brief on Appeal | 1.9 |
| 11/29/2012 | Review Certificate of Service and Notice of Hard copy receipt re Bank Lender Group brief and Joint Appendix | 0.1 |
| 11/30/2012 | Review Notices from Third Circuit re receipt of Hard copies of briefs of Garlock, Montana and Canada | 0.1 |
| 11/30/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/30/2012 | Review Opening Brief on Appeal of Garlock | 1.7 |
| 11/30/2012 | Review Garlock's separate Appendix on Appeal | 1.5 |
| 11/30/2012 | Review Opening Brief on Appeal of Montana | 1.9 |
| 11/30/2012 | Review Opening Brief on Appeal of Canada | 1.2 |
| 11/30/2012 | Email to client re briefs | 0.1 |

  Total: 23.0 hours @ $700/hour = $16,100.00

  <u>Expenses</u>: None

Total Fees and Expenses Due: $16,100.00