**EXHIBIT A**

K&E 24449195.3

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 10/05/2012 | Lisa G Esayian | .30 | Analyze issues re Grace/Dairyland insurance settlement. |
| 10/08/2012 | Lisa G Esayian | .30 | Correspond with J. Posner re Dairyland insurance settlement and questions. |
| | Total: | .60 | |

A-2

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/2012 | Mike Jones | 2.10 | Review and revise supplemental affidavit (1.6); telephone conference and correspond with working group re same (.5). |
| 10/01/2012 | Maureen McCarthy | 2.20 | Review and revise August fee application for filing and service. |
| 10/02/2012 | Mike Jones | .80 | Review and revise supplemental affidavit (.6); correspond with working group re same (.2). |
| 10/09/2012 | Mike Jones | 2.50 | Review and revise September fee application (1.9); correspond with working group re supplemental affidavit (.6). |
| 10/14/2012 | Mike Jones | 1.70 | Review and revise September fee statement. |
| 10/19/2012 | Adam C Paul | 1.30 | Analyze and revise September fee application. |
| 10/24/2012 | Maureen McCarthy | 2.50 | Draft September fee application (2.2); correspond with T. Wallace re forty-third quarterly fee order (.3). |
| 10/29/2012 | Maureen McCarthy | 1.90 | Review and revise September fee application (1.7); prepare same for filing and service (.2). |
| | Total: | 15.00 | |

A-3

## Matter 35 - Fee Applications Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/12/2012 | Jeffrey Gettleman | .80 | Review and revise OCP cap motion (.4); correspond with R. Higgins re same (.4). |
| 10/16/2012 | Jeffrey Gettleman | .10 | Review correspondence from R. Higgins re draft motion to increase OCP cap. |
| 10/17/2012 | Jeffrey Gettleman | .20 | Review and revise OCP cap motions (.1); correspond with R. Higgins re same (.1). |
| 10/18/2012 | Jeffrey Gettleman | .30 | Correspond with R. Higgins and K. Makowski re filing and service of OCP cap motion. |
| 10/22/2012 | Jeffrey Gettleman | .20 | Correspond with R. Higgins and K. Makowski re filing and service of OCP cap motion. |
| | Total: | 1.60 | |

A-4

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/2012 | Mike Jones | 3.20 | Review and analyze settlement approval orders (1.4); draft summary re same (.6); correspond with working group re same (.3); analyze LMP transition communications (.6); correspond with J. Gettleman re same (.3). |
| 10/01/2012 | Kimberly K Love | 2.00 | Prepare and organize materials selected by L. Esayian for possible removal from joint appendix (.8); prepare and organize materials for inclusion into case files (1.2). |
| 10/01/2012 | Jeffrey Gettleman | 3.70 | Correspond with A. Paul re collar motion (.3); review and revise same (.2); correspond with L. Esayian, J. Donley, and A. Paul re AMH approval motion and order drafts (.6); review and revise same (.2); correspond with A. Paul re revision to responsive letter (.1); correspond with M. Gianotto re filing of dismissal of BNSF appeals (.1); correspond with A. Paul re Goldman L/C discussions (.2); correspond with M. Jones and A. Bowen re Libby settlement approval order (.5); telephone conference with M. Jones re same (.3); correspond with M. Jones re Sealed Air issues (.4); correspond with A. Paul and M. Jones re modification to LMP letter (.4); review and revise same (.1); office conference with A. Paul re Sealed Air L/C issues and collar motion (.3). |
| 10/01/2012 | Adam C Paul | 6.30 | Prepare for effective date and finalization of effective date documents (2.5); telephone conferences with Goldman Sachs & R. Levy re same (1.7); correspond with E. Filon re same (.4); telephone conference with M. Shelnitz re same (.4); prepare for call with Goldman re effective date (1.3). |
| 10/01/2012 | John Donley, P.C. | 2.30 | Telephone conference with A. Paul re emergence issues (.2); review and analyze same (.7); correspond with L. Esayian, K. Love and Paul Weiss re joint appendix (.3); review and revise AMH draft settlement papers and draft filings (.5); correspond with L. Esayian and A. Paul re same (.3); telephone conference with R. Wyron re current strategic issues (.3). |
| 10/01/2012 | Lisa G Esayian | 4.00 | Analyze PD materials for joint appendix (2.2); correspond with J. Donley re same (.3); correspond with J. Donley and A. Paul re draft approval motion and order for AMH agreement (.4); revise same (.8); correspond with R. Finke re same (.3). |

A-5

K&E 24449195.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/2012 | Mike Jones | 1.40 | Research re preliminary injunction and appeal dismissal (.8); draft summary of same (.4); correspond with J. Gettleman re same (.2). |
| 10/02/2012 | Kimberly K Love | 5.00 | Prepare and organize plan materials (.2); correspond with J. Donley and R. Barakat re revisions to joint appendix (.3); review and revise joint appendix index and exhibits (3.3); review joint appendix exhibits for accuracy (1.2). |
| 10/02/2012 | Andrew Brniak | .50 | Draft, revise, and review pleading re stipulation of voluntary dismissal without prejudice (.4); correspond with J. Gettleman re same (.1). |
| 10/02/2012 | Jeffrey Gettleman | 5.50 | Correspond with M. Jones re interpretation of trust documents (.2); correspond with working group re LMP Medicare issues (.6); correspond with M. Jones and A. Paul re Sealed Air issues (.4); telephone conference with working group re same (1.1); correspond with A. Paul re Goldman term sheet (.1); correspond with S. Butler re QSF motion (.2); analyze dismissal action issues (.3); correspond with working group re same (.6); analyze terms of collar agreement (.4); correspond with M. Jones re same (.3); office conference with A. Paul re collar motion, QSF motion and Sealed Air emergence issues (.4); review and revise collar motion (.2); correspond with M. Jones re same (.2); correspond with A. Paul re plan analysis (.5). |
| 10/02/2012 | Adam C Paul | 5.70 | Telephone conferences with R. Frankel, P. Lockwood, M. Shelnitz, Goldman Sachs, and J. Donley re effective date (2.8); prepare for same (.6); prepare for effective date (1.9); analyze and revise AMH pleadings (.4). |
| 10/02/2012 | Rana Barakat | 2.50 | Office conference with J. Donley and K. Love re joint appendix (.7); research re scope of Manville Plan (.7); correspond with counsel for Montana and bank lenders re revisions to joint appendix (.4); review appellants' appendix designations and comments re joint appendix (.7). |
| 10/02/2012 | John Donley, P.C. | 4.20 | Analyze emergence issues and strategy (1.5); telephone conferences with ACC and FCR counsel, A. Paul, M. Shelnitz and R. Finke re same (1.3); analyze joint appendix issues (.8); telephone conference with R. Barakat and K. Love re same (.4); correspond with Paul Weiss re same (.2). |
| 10/02/2012 | Lisa G Esayian | 1.00 | Correspond with R. Finke re approval motion and order for AMH agreement (.3); revise same (.7). |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/2012 | Mike Jones | .60 | Review and revise LMP transition communications (.4); correspond with Libby counsel and others re same (.2). |
| 10/03/2012 | Kimberly K Love | 5.30 | Prepare and organize revisions to index of joint appendix and exhibits (4.3); office conference with R. Barakat and M. Rudnick re joint appendix (.3); prepare materials from various filings for inclusion into case files (.7). |
| 10/03/2012 | Andrew Brniak | .90 | Prepare and compile pleadings re disclosure statements and confirmation (.7); correspond with J. Gettleman re same (.2). |
| 10/03/2012 | Jeffrey Gettleman | 8.10 | Correspond with J. Donley, L. Esayian, and A. Paul re appeal dismissal (.6); review and revise QSF motion (3.4); research re same (1.2); office conference with A. Paul re same (.2); telephone conference with M. Jones re Sealed Air (.8); correspond with M. Jones re same (.5); telephone conference with A. Paul and M. Jones re same (.3); telephone conference and correspond with working group re LMP transition (.8); correspond with working group re post-settlement effective date claims (.3). |
| 10/03/2012 | Adam C Paul | 6.40 | Analyze establishment of QSF (.6); analyze effective date issues (3.1); telephone conferences with M. Shelnitz and J. Donley re same (1.4); analyze establishment of LMP (1.3). |
| 10/03/2012 | Rana Barakat | 1.30 | Prepare for telephone conference with counsel for bank lenders re joint appendix (.2); telephone conference with counsel for bank lenders re same (.4); office conference with K. Love re same (.2); review plan documents re role and identity of PI Trust Trustees (.2); correspond with J. Donley re same (.3). |
| 10/03/2012 | Jack N Bernstein | 1.00 | Telephone conference re Libby program transition (.6); correspond with working group re same (.4). |
| 10/03/2012 | John Donley, P.C. | 6.40 | Analyze emergence issues and strategy (1.8); telephone conferences and correspond with R. Frankel, A. Paul, and M. Shelnitz re same (1.3); telephone conference and correspond with J. Bernstein, A. Paul, J. Gettleman, D. Cohn, and L. Esayian re LMP transition (.8); analyze same (.4); analyze joint appendix issues re Montana and bank lenders (.8); office conference, telephone conference, and correspond with K. Love, R. Barakat, and Paul Weiss re same (.6); review Third Circuit and Bankruptcy Court filings (.2); review and analyze AMH settlement issues and recent drafts (.5). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/2012 | Lisa G Esayian | 2.00 | Review AMH's proposed revisions to agreement (.5); correspond with R. Finke re same (.3); analyze issues re Libby dismissals of appeals (.8); correspond with A. Paul re same (.4). |
| 10/04/2012 | Kimberly K Love | 4.90 | Prepare and organize joint appendix materials (3.6); prepare and organize materials requested by L. Esayian, J. Gettleman, and R. Barakat (.7); telephone conference with L. Fairley re joint appendix and exhibit status (.6). |
| 10/04/2012 | Andrew Brniak | 1.20 | Prepare and compile first day order precedent re cash management and draft case law citation re same (1.1); correspond with J. Gettleman re same (.1). |
| 10/04/2012 | Jeffrey Gettleman | 3.00 | Correspond with working group re dismissal of appeals (.9); correspond with A. Brniak re QSF motion and stay pending appeal (.3); correspond with working group re LMP transition (.6); review and revise QSF motion (1.2). |
| 10/04/2012 | Adam C Paul | 5.20 | Prepare for effective date (2.8); analyze issues re equitable mootness (.8); telephone conferences with M. Shelnitz and J. Donley re same (.9); analyze and revise AMH settlement agreement (.7). |
| 10/04/2012 | Rana Barakat | 3.40 | Review court opinions re language and scope of Manville plan of reorganization (1.3); review documents designated by counsel for Montana for joint appendix (.1); correspond with J. Donley re same (.1); review appellants' statement of issues on appeal (.1); review briefing schedule and standing order re page limits (.1); draft motion to file consolidated response to appellants' brief and to exceed page limit (1.7). |
| 10/04/2012 | Nia Dukov | 1.90 | Research re equitable factors and new authorities relevant to award of default interest. |
| 10/04/2012 | John Donley, P.C. | 8.10 | Review research and cases re equitable mootness (2.6); analyze and outline same (1.6); analyze emergence issues and options (1.7); correspond with A. Paul re same (.3); review Third Circuit filings and correspond with J. Wisler re MCC dismissal (.2); analyze Libby settlement issues (.4); correspond with J. Gettleman, L. Esayian and A. Paul re same (.2); correspond with D. Cohn re Libby settlement issues (.2); review and revise joint appendix (.7); correspond with D. Felder and R. Barakat re same (.2). |
| 10/04/2012 | Lisa G Esayian | 1.00 | Analyze issues re BNSF and Libby dismissals of appeals (.6); analyze issues re AMH agreement (.4). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/04/2012 | Lesley Fairley | 4.80 | Review and organize documents to be included in joint appendix. |
| 10/05/2012 | Mike Jones | 3.20 | Review and revise collar motion (2.6); telephone conference and correspond with J. O'Connell and J. Gettleman re same (.6). |
| 10/05/2012 | Kimberly K Love | 3.00 | Prepare and organize volumes 1-3 of joint appendix (1.6); review files and brief re cash management (.3); prepare and organize recently filed materials for inclusion into case files (1.1). |
| 10/05/2012 | Jeffrey Gettleman | 2.00 | Correspond with working group and Blackstone re collar motion and declaration in support of same (.5); review and revise same (.6); office conferences and correspond with A. Paul and M. Jones re Sealed Air (.6); review and analyze appeal dismissals (.2); correspond with working group re same (.1). |
| 10/05/2012 | Adam C Paul | 2.70 | Analyze conditions to effective date (1.7); correspond with M. Shelnitz re Blackstone and effective date (.3); telephone conference with M. Shelnitz re same (.4); correspond with L. Esayian re AMH (.3). |
| 10/05/2012 | Rana Barakat | 4.70 | Draft motion to exceed page limit for opening appellee briefs (.7); review updated joint appendix (.1); correspond with K. Love re same (.1); telephone conferences with counsel for appellants re revisions to joint appendix (2.6); review and analyze court opinions re terms and scope of Manville plan of reorganization (.7); draft analysis re same (.5). |
| 10/05/2012 | Nia Dukov | 1.90 | Research re equitable factors and new authorities relevant to award of default interest. |
| 10/05/2012 | John Donley, P.C. | 5.40 | Research and analyze emergence issues (3.2); outline same (1.2); conference call with ACC and FCR re same (.4); revise Garlock documents in joint appendix (.4); correspond with R. Worf and R. Barakat re same (.2). |
| 10/05/2012 | Lisa G Esayian | .70 | Review Third Circuit dismissal orders re BNSF and Libby (.2); analyze issues re Canadian claims for AMH agreement (.5). |
| 10/06/2012 | Mike Jones | 1.60 | Review and analyze terms of warrant implementation agreement (.8); draft summary of same (.5); correspond with working group re same (.3). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/06/2012 | Jeffrey Gettleman | .90 | Correspond with J. Donley and A. Paul re dismissal of MCC appeal (.2); correspond with A. Paul, E. Filon, and others re warrant agreement terms (.4); correspond with M. Jones re terms of warrant agreement (.1); correspond with A. Paul re same (.2). |
| 10/06/2012 | Adam C Paul | 1.10 | Correspond with E. Filon, T. Maynes, and J. Gettleman re warrant agreement (.4); analyze warrant terms (.4); analyze Sealed Air settlement (.3). |
| 10/07/2012 | Jeffrey Gettleman | .80 | Correspond with J. Donley and A. Paul re dismissal of MCC appeal (.2); correspond with T. Maynes, M. Jones, and E. Filon re tax issues re warrant agreement (.6). |
| 10/08/2012 | Carrie Sroka | 2.60 | Review Judge Fitzgerald cases re asbestos treatment in plans (1.1); compile precedent of plans and confirmation orders re same (.6); review provisions re establishment of trusts (.6); draft case string cite re same (.3). |
| 10/08/2012 | Mike Jones | 3.10 | Research re dismissal of appeals (2.1); review and analyze Fresenius settlement agreement (.7); correspond with working group re same (.3). |
| 10/08/2012 | Kimberly K Love | 3.00 | Revise and update joint appendix index (.6); prepare and organize same (2.4). |
| 10/08/2012 | Jeffrey Gettleman | 5.30 | Correspond with working group re QSF motion (.8); review and revise same (1.3); research re same (.8); correspond with working group re Sealed Air issues (.6); review and revise collar motion (.8); correspond with M. Jones re same (.2); correspond with working group, client, and others re MCC appeal dismissal (.6); review and analyze documents re same (.2). |
| 10/08/2012 | Adam C Paul | 5.90 | Analyze possible amendment of Sealed Air settlement agreement (1.6); correspond with J. Gettleman re same (.3); analyze and revise motion to approve QSF (1.4); correspond with J. Gettleman re same (.6); prepare for Effective Date (1.1); correspond with M. Shelnitz, J. Donley, and D. Turetsky re same (.5); correspond with L. Esayian re AMH (.4). |
| 10/08/2012 | Rana Barakat | 4.40 | Draft and revise motion to file consolidated brief and to exceed page limit (2.5); review Garlock's revisions to joint appendix (.1); telephone conference with K. Love re same (.1); draft summary of revisions for J. Donley re same (1.7). |
| 10/08/2012 | Nia Dukov | 1.20 | Research re equitable factors relevant to award of default interest. |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/08/2012 | John Donley, P.C. | 4.90 | Analyze emergence strategy and options re conditions precedent (3.5); telephone conferences and correspond with A. Paul, M. Shelnitz, and D. Turetsky re same (1.2); correspond with A. Paul and C. Landau re appellate issues (.2). |
| 10/08/2012 | Lisa G Esayian | .70 | Analyze issues re approval motion and order for AMH agreement (.4); correspond with R. Finke re same (.3). |
| 10/08/2012 | Lesley Fairley | 7.00 | Review and organize documents to be included in Third Party joint appendix (4.2); collect and organize additional materials for Third Circuit joint appendix (2.8). |
| 10/09/2012 | Mike Jones | 3.10 | Review and revise collar motion (1.3); review and analyze documents re same (.8); review and analyze settlement agreements (.6); correspond with working group re same (.4). |
| 10/09/2012 | Kimberly K Love | 3.50 | Prepare and organize case withdrawal documents (.6); review materials and information for possible use with joint appendix (2.4); prepare and organize materials for inclusion into case files (.5). |
| 10/09/2012 | Andrew Brniak | 1.70 | Prepare and compile first day order precedent re cash management and draft case law citation re same (1.4); correspond with J. Gettleman re same (.1); review and compile recently filed pleadings and correspond with working group re same (.2) |
| 10/09/2012 | Jeffrey Gettleman | 1.80 | Correspond with working group re QSF motion (.6); review and revise same (.8); correspond with working group re emergence issues and withdrawal of appeals (.4). |
| 10/09/2012 | Jeffrey Gettleman | 3.20 | Telephone conference with J. Donley, A. Paul and counsel for Sealed Air re emergence issues (.8); telephone conference with M. Shelnitz, R. Finke, A. Paul, planned proponents and others re status (.9); review and revise QSF motion (.7); correspond with working group re same (.7); correspond with R. Wyron re Sealed Air and Fresenius approval orders (.1). |
| 10/09/2012 | Adam C Paul | 5.10 | Prepare for effective date (1.7); telephone conference with ACC and FCR re status of effective date (.9); telephone conference with D. Turetsky re effective date (.3); analyze and revise QSF motion (1.3); analyze AMH motion (.7); correspond with J. Gettleman re QSF motion (.2). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/2012 | Rana Barakat | 3.30 | Review appellants' designations to joint appendix (.1); telephone conference with K. Love re same (1.1); analyze Garlock's designations to joint appendix (.1); draft analysis re same (2.0). |
| 10/09/2012 | Nia Dukov | 5.10 | Research re equitable factors and new authorities relevant to award of default interest. |
| 10/09/2012 | John Donley, P.C. | 5.10 | Telephone conference with D. Turetsky and A. Paul re emergence issues (.4); prepare for biweekly ACC/FCR strategy telephone conference (.2); participate in telephone conference with ACC, FCR, and others re same (1.0); correspond with A. Paul, M. Shelnitz, R. Finke and plan proponents re emergence issues (.5); correspond with A. Rich re joint appendix issues and review documents relating to PD appeals (.6); analyze joint appendix issues relating to Garlock (.5); review and analyze Sealed Air settlement agreement re emergence (1.4); telephone conferences with M. Shelnitz, A. Paul, and R. Finke re emergence and strategy issues (.5). |
| 10/09/2012 | Lisa G Esayian | 1.80 | Review and analyze recent Third Circuit filings (.3); correspond with R. Finke re AMH issues (.4); revise AMH agreement, motion and order (1.1). |
| 10/09/2012 | Lesley Fairley | 6.80 | Collect and organize additional materials for Third Circuit joint appendix (3.4); revise and update index of documents to be included in same (3.4). |
| 10/10/2012 | Mike Jones | 5.90 | Research re effective date transaction (4.2); draft summary of same (.6); correspond with J. Gettleman re same (.3); review and revise same (.8). |
| 10/10/2012 | Kimberly K Love | 3.00 | Review files and materials to obtain ARPC exhibit for possible use with joint appendix (1.9); review files and information to determine status of exhibits (.8); prepare and organize materials re same (.3). |
| 10/10/2012 | Jeffrey Gettleman | 1.50 | Correspond with working group and client re QSF motion (.5); review and analyze M. Jones draft memorandum re potential issues re trust in connection with Sealed Air transaction (.4); draft, review and revise analysis re same (.4); correspond with M. Jones re same (.2). |
| 10/10/2012 | Adam C Paul | 1.90 | Telephone conference with M. Shelnitz re Sealed Air and Montana (.4); analyze AMH response (.3); telephone conference with E. Inselbuch re effective date (.2); correspond with R. Wyron re Montana (.3); analyze QSF motion (.7). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/2012 | Rana Barakat | 5.30 | Review and analyze designations to joint appendix re AMH appeals (.3); correspond with K. Love re same (.1); review Appellants' statements of issues on appeal (.4); review and revise motion to file consolidated appellate briefings and to exceed page limits (1.1); review Appellants' statements of issues on appeal (.4); review Garlock's district court briefings (1.8); draft memorandum summarizing Garlock's designations in joint appendix (1.2). |
| 10/10/2012 | John Donley, P.C. | 2.40 | Analyze joint appendix issues (.7); review Montana and Garlock documents re same (.5); correspond with R. Worf, M. Ward and R. Barakat re same (.3); review pleadings and filings re appeal dismissals (.3); review AMH negotiation materials (.3); correspond with R. Frankel, R. Wyron and A. Paul re emergence and negotiation issues (.3). |
| 10/10/2012 | Lisa G Esayian | .50 | Correspond with R. Barakat and J. Donley re AMH documents for joint appendix (.3); correspond with R. Finke re Dairyland settlement (.2). |
| 10/10/2012 | Lesley Fairley | 5.90 | Revise exhibits to be included in Third Circuit joint appendix (1.9); revise database of materials re same (4.0). |
| 10/11/2012 | Mike Jones | 3.60 | Review and revise collar motion (.8); research re same (.6); correspond with working group re same (.5); review and analyze implementation letter re same (.5); review and revise memorandum re trust effective date transaction (1.2). |
| 10/11/2012 | Kimberly K Love | 4.50 | Review files and materials for information re AMH exhibits (2.8); collect exhibits for use with joint appendix (1.7). |
| 10/11/2012 | Jeffrey Gettleman | 3.40 | Correspond with working group, client and Blackstone re collar motion and declaration in support of same (1.2); review and revise same (.6); telephone conferences and correspond with J. Bernstein and P. Helphenstine re LMP transition (.5); correspond with working group re emergence issues (.6); office conference with A. Paul re appeals (.2); telephone conference with M. Jones re same (.2); correspond with A. Schwarzman re same (.1). |
| 10/11/2012 | Adam C Paul | 2.10 | Analyze and revise warrant motion (1.4); analyze insurance settlement (.5); correspond with D. Myers re warrant memorandum (.2). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/11/2012 | Rana Barakat | 4.50 | Review confirmation hearing and deposition testimony of P. Zilly re feasibility (1.2); correspond with K. Love and L. Fairley re confirmation hearing exhibits supporting same (.5); review exhibits re same (1.4); draft analysis of same (1.4). |
| 10/11/2012 | John Donley, P.C. | 3.70 | Review and analyze corporate and emergence issues (.6); revise joint appendix (.4); correspond with R. Barakat re same (.2); review briefing and opinions below in preparation for Third Circuit appeals (2.5). |
| 10/11/2012 | Lisa G Esayian | .90 | Analyze issues re documents for joint appendix. |
| 10/11/2012 | Lesley Fairley | 4.00 | Collect and organize documents from Third Circuit joint appendix (1.2); update exhibits to same (2.1); revise index of materials in Third Circuit joint appendix (.7). |
| 10/12/2012 | Mike Jones | 6.10 | Review and revise memorandum re trust effective date transaction (2.1); research re same (2.8); correspond with J. Gettleman re same (.4); review and revise collar motion (.6); correspond with working group re same (.2). |
| 10/12/2012 | Kimberly K Love | 1.50 | Prepare and organize joint appendix exhibits. |
| 10/12/2012 | Andrew Brniak | .80 | Prepare and assemble confirmed plan and disclosure statement materials (.5); draft index re same (.2); correspond with B. Rhode re same (.1). |
| 10/12/2012 | Jeffrey Gettleman | 4.90 | Correspond with working group and client re QSF motion (.8); review and revise same (.9); correspond with working group re collar motion (.6); review and revise same (.4); review and revise trust effective draft analysis (.8); correspond with M. Jones re same (.6); correspond with J. Bernstein re LMP transition (.5); telephone conference with M. Jones re appeals (.1); office conference with A. Schwarzman re same (.1); correspond with A. Paul and M. Jones re same (.1). |
| 10/12/2012 | Adam C Paul | 1.90 | Analyze and revise QSF and warrant motions (1.3); correspond with M. Shelnitz re same (.6). |
| 10/12/2012 | Rana Barakat | .30 | Review appellants' revisions to joint appendix. |
| 10/12/2012 | John Donley, P.C. | .60 | Analyze Garlock joint appendix (.3); correspond with R. Worf re same (.1); review Dairyland motion (.2). |
| 10/12/2012 | Lesley Fairley | 6.70 | Collect and organize documents from Third Circuit joint appendix (2.3); revise exhibits to same (1.6); revise index of materials in Third Circuit joint appendix (2.8). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/13/2012 | Mike Jones | 1.60 | Review and analyze implementation letter and Warrant Agreement re collar motion terms (1.1); draft summary of same (.3); correspond with working group re same (.2). |
| 10/13/2012 | Jeffrey Gettleman | .80 | Correspond with working group re trust implementation issues (.2); correspond with working group and client re QSF motion (.6). |
| 10/13/2012 | Adam C Paul | 1.10 | Correspond with J. Gettleman, M. Jones, and M. Shelnitz re warrant agreement (.9); analyze warrant negotiations (.2). |
| 10/14/2012 | Mike Jones | 2.60 | Analyze proposed effective date waiver transaction (1.5); draft summary of same (.8); correspond with J. Gettleman re same (.3). |
| 10/14/2012 | Jeffrey Gettleman | .30 | Correspond with M. Jones re trust analysis. |
| 10/14/2012 | Adam C Paul | .40 | Analyze warrant and QSF motions. |
| 10/14/2012 | John Donley, P.C. | 1.10 | Review and analyze drafts re corporate transactions (.5); review PD-related joint appendix materials and correspond with R. Barakat and L. Esayian re same (.6). |
| 10/14/2012 | Lisa G Esayian | 1.00 | Analyze issues re AMH documents for Third Circuit appeal (.7); correspond with J. Donley re same (.3). |
| 10/15/2012 | Kimberly K Love | 1.50 | Prepare joint appendix index (.8); review and analyze joint appendix documents (.4); prepare and organize materials for case files (.3). |
| 10/15/2012 | Andrew Brniak | .20 | Compile full docket report and correspond with B. Rhode re same. |
| 10/15/2012 | Jeffrey Gettleman | .80 | Correspond with A. Paul and M. Jones re collar motion (.3); correspond with A. Paul re QSF motion (.2); review M. Shelnitz comments to collar motion (.3). |
| 10/15/2012 | Adam C Paul | 3.90 | Analyze and revise warrant agreement (.9); telephone conference with M. Shelnitz and P. Lockwood re same (.6); analyze conditions precedent to the effective date (.9); telephone conference with M. Shelnitz and J. Donley re same (.6); review and revise QSF motion (.4); attend hearing telephonically (.5). |
| 10/15/2012 | Rana Barakat | 3.70 | Telephone conference with J. Donley re revisions to joint appendix (.1); review and analyze appellants' revisions to same (1.3); correspond and telephone conference with L. Fairley and K. Love re same (1.5); review index to same (.1); telephone conference with counsel for bank lenders and Montana/Crown re same (.7). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/15/2012 | John Donley, P.C. | 1.70 | Telephone conference with ACC and FCR counsel and M. Shelnitz re corporate issue (.5); telephone conferences and correspond with A. Paul re corporate and emergence issues (.6); review various recent pleadings and filings re same (.3); correspond with K. Love and R. Barakat re joint appendix issues and revisions (.3). |
| 10/15/2012 | Lesley Fairley | 5.50 | Revise index of Third Circuit joint appendix materials (1.7); prepare and organize Third Circuit joint appendix materials (3.8). |
| 10/16/2012 | Mike Jones | .90 | Correspond with working group re collar motion and declaration to same (.5); review and analyze same (.4). |
| 10/16/2012 | Benjamin Rhode | 2.20 | Office conference with J. Gettleman re motions (.3); review and analyze QSF motion (.9); review collar motion (1.0). |
| 10/16/2012 | Kimberly K Love | 2.00 | Prepare and organize CNO's (.4); review files and obtain CFO first day affidavit (.3); review materials re T. Florence reports (.9); organize and revise information re joint appendix (.4). |
| 10/16/2012 | Jeffrey Gettleman | 4.00 | Correspond with working group, client and others re QSF motion (.6); review and revise same (1.1); correspond with working group re collar motion (.8); review and revise same (.5); correspond with J. Bernstein re LMP transition (.6); office conference with A. Paul re QSF motion, collar motion and emergence issues (.4). |
| 10/16/2012 | Adam C Paul | 1.80 | Analyze issues re effective date (1.2); telephone conference with R. Wyron re warrant agreement (.2); analyze and revise warrant motion (.2); office conference with J. Gettleman re QSF motion (.2). |
| 10/16/2012 | Rana Barakat | 2.00 | Review and analyze documents designated for inclusion in Garlock volume of joint appendix (.7); review district court briefings re asbestos settlement term sheet (.2); review asbestos PI term sheet (.1); analyze issues re joint appendix (.3); correspond with J. Donley re same (.2); office conference with L. Fairley and K. Love re designation of items in joint appendix and bates-labeling documents (.5). |
| 10/16/2012 | John Donley, P.C. | 3.00 | Analyze joint appendix issues (.6); review and analyze prior briefs in preparation for appeal (2.2); telephone conference with A. Paul re appeal and corporate issue (.2). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/16/2012 | Lesley Fairley | 6.70 | Collect and organize materials to be included Third Circuit joint appendix (4.8); collect and organize various documents for attorney review (1.9). |
| 10/17/2012 | Mike Jones | 1.60 | Review and revise collar motion (.9); correspond with working group re same (.7). |
| 10/17/2012 | Kimberly K Love | 3.00 | Assist L. Fairley with bates numbering joint appendix materials (.9); review files and obtain copies of joint appendix materials (1.6); prepare and organize materials for inclusion into case files (.5). |
| 10/17/2012 | Jeffrey Gettleman | .50 | Correspond with working group and Blackstone re collar motion and declaration in support of same. |
| 10/17/2012 | Jeffrey Gettleman | 1.70 | Correspond with working group re collar motion (.4); telephone conference and correspond with R. Finke and J. Bernstein re LMP transition (.6); review and revise QSF motion (.5); correspond with M. Jones re appeals (.2). |
| 10/17/2012 | Adam C Paul | 2.10 | Analyze and revise OCP motion (.9); telephone conference with P. Lockwood and E. Inselbuch re effective date (1.2). |
| 10/17/2012 | Rana Barakat | 2.80 | Telephone conference with Third Circuit briefing specialist re proper procedure for objecting to inclusion of documents in joint appendix (.4); draft memorandum re same (.8); review Federal Rules of Appellate Procedure and Third Circuit local rules re inclusion of docket entries in appendix (.6); telephone conference with counsel for appellants re same (.2); review and analyze revisions to joint appendix (.8). |
| 10/17/2012 | John Donley, P.C. | 2.70 | Telephone conferences with R. Barakat re joint appendix (.2); correspond with R. Barakat re same (.3); review and analyze disputed joint appendix issues (.4); analyze prior briefing and outlining of appellate arguments (1.8). |
| 10/17/2012 | Lisa G Esayian | 1.00 | Analyze issues re AMH documents for joint appendix for appeals (.7); correspond with A. Rich re same (.3). |
| 10/17/2012 | Lesley Fairley | 6.40 | Prepare and organize materials to be included Third Circuit joint appendix (4.3); bates label documents for volumes 1 through 4 of Third Circuit joint appendix (2.1). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/18/2012 | Mike Jones | 4.40 | Review and analyze collar motion and implementation letter (.4); correspond with J. Gettleman re same (.3); review and revise declaration to collar motion (.5); correspond with J. O'Connell re same (.2); review and analyze proposed transaction re effective date (.9); review and revise memorandum re same (1.8); correspond with working group re same (.3). |
| 10/18/2012 | Benjamin Rhode | 1.10 | Draft summary re status of appeals by Libby claimants and BNSF. |
| 10/18/2012 | Kimberly K Love | 2.50 | Correspond with L. Fairley re bates numbering volume 3 of joint appendix (.4); prepare and organize opening and reply briefs requested by J. Donley (.7); conduct comparison of joint appendix documents (.8); prepare and organize materials for inclusion into case files (.6). |
| 10/18/2012 | Jeffrey Gettleman | 1.30 | Correspond with working group re collar motion and implementation letter (.4); correspond with M. Jones re Fresenius settlement agreement (.5); telephone conference with J. Bernstein re LMP transition (.4). |
| 10/18/2012 | Jeffrey Gettleman | 4.10 | Correspond with working group re collar motion and implementation letter (1.9); review and revise same (.8); correspond with M. Jones and A. Paul re Fresenius settlement agreement (.6); review and revise memorandum re same (.4); telephone conference with J. Bernstein re LMP transition (.4). |
| 10/18/2012 | Adam C Paul | 1.50 | Analyze warrant response (.6); telephone conferences with M. Shelnitz re warrant and effective date (.7); correspond with J. Gettleman re warrant motion (.2). |
| 10/18/2012 | Rana Barakat | 5.80 | Prepare for telephone conference with counsel for Garlock re designations to volume 5 of joint appendix (.4); office conference with J. Donley re same (.2); telephone conference with counsel for Garlock re same (.3); telephone conference with L. Fairley re Garlock's designations to joint appendix (1.2); draft memorandum re Garlock's designations and appellees' potential counter-designations (1.6); draft reservation of rights to object to documents included in joint appendix (1.9); correspond with J. Donley re bank lenders' appendix (.2). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/18/2012 | John Donley, P.C. | 3.70 | Correspond with L. Esayian and A. Rich re PD appeal issues (.2); review Garlock revised joint appendix designations and correspondence from R. Worf and R. Barakat re same (.7); telephone conference with R. Worf and R. Barakat re appellate issues relating to Garlock (.4); telephone conferences and correspond with R. Barakat re joint appendix issues (.5); review revised draft of corporate document (.3); correspond with A. Paul and D. Blabey re same (.2); review briefing in preparation for appeal (1.4). |
| 10/18/2012 | Lesley Fairley | 6.10 | Bates label documents for volumes 1 through 4 of joint appendix. |
| 10/19/2012 | Mike Jones | .40 | Correspond with working group re collar motion and declaration to same. |
| 10/19/2012 | Benjamin Rhode | 1.20 | Review and revise warrant motion (1.1); correspond with Blackstone re same (.1). |
| 10/19/2012 | Andrew Brniak | .30 | Correspond with J. Gettleman re motions to enter into hedging agreements. |
| 10/19/2012 | Scott J Gordon | 1.30 | Correspond with J. Gettleman re warrant transaction (.5); review motion and order re same (.8). |
| 10/19/2012 | Jeffrey Gettleman | 3.80 | Correspond with working group, client and others re collar motion (1.8); review and revise same (.8); office conference with A. Paul re hedging transactions (.2); correspond with working group re QSF motion (.6); review and revise same (.4). |
| 10/19/2012 | Jeffrey Gettleman | 4.80 | Telephone conference with A. Paul, M. Shelnitz and A. Schlesinger re collar motion (.8); office conference with B. Rhode re same (.3); review and revise same (.4); correspond with working group, client and others re same (1.2); review and analyze prior hedging authority (.8); correspond with A. Paul re same (.4); correspond with working group re QSF motion and order (.9). |
| 10/19/2012 | Adam C Paul | 3.40 | Analyze and revise warrant motion (1.4); telephone conference with M. Shelnitz re same (.4); telephone conference with J. Donley re effective date (.3); telephone conference with R. Frankel re effective date (.4); office conference with J. Gettleman re hedges (.2); analyze AMH settlement (.7). |

K&E 24449195.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/19/2012 | Rana Barakat | 4.20 | Review bates-stamped version of volumes 1-4 of joint appendix (.6); review confirmation hearing testimony for potential counter-designations to Garlock's proposed appendix entries (1.5); draft memorandum to J. Donley, C. Landau, and A. Paul re motion for extension to file brief (1.7); review and revise reservation of rights to object to disputed portions of joint appendix (.4). |
| 10/19/2012 | John Donley, P.C. | 3.80 | Analyze and outline legal issues and strategy re AMH negotiations (1.2); telephone conferences with A. Paul re same (.3); telephone conferences with C. Landau re same (.5); telephone conferences with R. Finke and M. Shelnitz re same (.7); review and analyze corporate issue, strategy and options (.6); review and revise joint appendix (.5). |
| 10/19/2012 | Lesley Fairley | 1.50 | Prepare electronic files of Third Circuit joint appendix to send to counsel. |
| 10/19/2012 | Christopher Landau, P.C. | .50 | Telephone conferences with J. Donley re AMH. |
| 10/20/2012 | Jeffrey Gettleman | .50 | Review analysis re hedging authority motion (.2); correspond with A. Paul re same (.1); correspond with M. Jones and B. Rhode re same (.1); correspond with S. Gordon re same (.1). |
| 10/20/2012 | Adam C Paul | .20 | Analyze hedging arrangements. |
| 10/20/2012 | Rana Barakat | .20 | Review and edit reservation of rights to object to disputed portions of joint appendix |
| 10/20/2012 | Lisa G Esayian | .90 | Analyze issues re documents for Third Circuit joint appendix. |
| 10/21/2012 | Mike Jones | .90 | Review and revise summary of appeals (.6); correspond with working group re same (.3) |
| 10/21/2012 | Adam C Paul | .20 | Correspond with H. LaForce re warrants. |
| 10/22/2012 | Mike Jones | 5.90 | Review and revise collar motion and proposed order (2.1); correspond with working group re same (.6); review and revise appeals chart (1.1); review and analyze pleadings re same (1.7); correspond with working group re same (.4). |
| 10/22/2012 | Jeffrey Gettleman | 2.60 | Correspond with working group re extension to file appellate briefs (1.0); review and revise motion re same (.6); correspond with working group re collar motion (.8); correspond with M. Jones re appeals chart (.2). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/22/2012 | Jeffrey Gettleman | 4.20 | Correspond with client and working group re collar motion and service of same (1.3); review and revise same (.6); correspond with M. Jones and B. Rhode re appeals (1.4); correspond with J. Bernstein and R. Finke re LMP transition (.3); review and revise analysis re appeals (.6). |
| 10/22/2012 | Adam C Paul | 3.20 | Analyze and revise AMH extension (.6); correspond with J. Gettleman re same (.2); telephone conference with M. Shelnitz re effective date (.5); prepare for same (.8); analyze and revise warrant motion (.9); correspond with L. Esayian and J. Donley re AMH (.2). |
| 10/22/2012 | Rana Barakat | 4.60 | Review confirmation hearing exhibits re Grace's PI asbestos liabilities (1.1); draft memorandum re potential counter-designations to Garlock's designations re Grace's estimated PI liabilities (2.3); review and revise AMH motion for extension of time to file appellate brief (.8); review docket for notice of 2009 confirmation hearing (.4). |
| 10/22/2012 | Jack N Bernstein | 1.00 | Analyze Medicare issues re Libby settlement (.7); correspond with working group re same (.3). |
| 10/22/2012 | John Donley, P.C. | 2.60 | Review and analyze issues re AMH negotiations (.7); review and revise extension motion (.4); correspond with R. Barakat, L. Esayian, A. Paul and R. Finke re same (.8); correspond with A. Paul re AMH emergence and corporate issues (.2); analyze joint appendix (.5). |
| 10/22/2012 | Lesley Fairley | 3.70 | Collect and organize additional materials for preparation of joint appendix. |
| 10/23/2012 | Mike Jones | 3.00 | Review and revise collar motion and declaration to same (1.2); correspond with working group re same (.4); review and revise appeals chart (.8); correspond with working group re same (.6). |
| 10/23/2012 | Jeffrey Gettleman | 2.50 | Correspond with working group, Blackstone and others re collar motion and declaration in support of same (1.1); review and revise same (.6); correspond with working group re appeals chart (.6); review and revise same (.2). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/23/2012 | Jeffrey Gettleman | 2.20 | Telephone conference with A. Paul, J. Donley, client and plan proponents re weekly status/update conference call re warrant motion, emergence issues and settlement discussions with remaining appellants (1.1); correspond with A. Paul and M. Jones re warrant agreement research (.4); office conference with M. Jones re further research re same (.2); review correspondence from R. Wyron re same (.1); correspond with A. Paul re additional research re emergence issues (.3); review correspondence from M. Jones re emergence issues research (.1). |
| 10/23/2012 | Adam C Paul | 2.70 | Telephone conference with ACC/FCR re weekly strategy call (.9); prepare for same (.4); analyze and revise Warrant motion (1.1); telephone conference with J. Gettleman re same (.3). |
| 10/23/2012 | Rana Barakat | 1.80 | Telephone conference with counsel for Garlock re volume 5 of joint appendix (.2); draft and revise cover pleading for same (.6); office conference with J. Donley re reservation of rights to supplement joint appendix and negotiations with Garlock re joint appendix (.3); draft memorandum to J. Donley re joint appendix and filing issues (.7). |
| 10/23/2012 | Rana Barakat | 2.80 | Office conference with J. Donley re joint appendix (.5); office conference with L Fairley re revisions to volume 5 of joint appendix (.4); review and analyze Garlock's designations to joint appendix (1.9). |
| 10/23/2012 | Jack N Bernstein | 1.90 | Research re Libby health claim notification issues. |
| 10/23/2012 | John Donley, P.C. | 7.60 | Review and revise AMH motion and correspond with D. Rosendorf re same (.8); research, review and analyze AMH negotiation issues (2.1); correspond with J. O'Neill and K. Makowski re filings (.2); analyze joint appendix revisions (.6); review Garlock joint appendix submissions (.8); office conference and correspond with R. Barakat re same (.3); correspond with D. Felder, R. Wyron and P. Lockwood re same (.3); telephone conference with R. Wyron, R. Frankel, P. Lockwood and R. Barakat re joint appendix issues (.4); prepare for biweekly FCC/FCR counsel strategy call (.4); participate in same (.8); analyze emergence issues (.5); correspond with R. Frankel re same (.2); correspond with M. Ward re joint appendix issues (.2). |
| 10/23/2012 | Lisa G Esayian | .50 | Review and revise chart of all pending appeals (.3); review recent Third Circuit filings (.2). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/23/2012 | Lesley Fairley | 2.00 | Collect and organize additional materials for preparation of joint appendix. |
| 10/24/2012 | Nate Kritzer | 3.30 | Review briefing and record relating to district court appeal (Montana and Crown). |
| 10/24/2012 | Mike Jones | 5.50 | Review and revise collar motion (2.4); research re same (.5); correspond with working group re same (.4); research re implementation of plan (.6); research re powers of trust (.8); correspond with J. Gettleman re same (.2); review and revise appeals chart (.4); correspond with working group re same (.2). |
| 10/24/2012 | Benjamin Rhode | 1.30 | Revise appeals summary. |
| 10/24/2012 | Andrew Brniak | 1.20 | Review confirmed plan re implementation issues (.3); correspond with J. Gettleman re same (.1); compile pleadings re PI and PD committees (.4); correspond with M. Jones re same (.2); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 10/24/2012 | Susan Engel | .80 | Review district court orders (.4); correspond with J. Donley re appeals (.4). |
| 10/24/2012 | Jeffrey Gettleman | 2.60 | Correspond with working group and Blackstone re collar motion and declaration to same (1.4); review and revise same (.8); research re same (.4). |
| 10/24/2012 | Jeffrey Gettleman | 3.00 | Correspond with working group, client and others re collar motion and implementation letter (.5); research re same (1.2); review and revise same (1.1); telephone conference with R. Wyron re same (.2). |
| 10/24/2012 | Adam C Paul | .70 | Review and revise warrant motion. |
| 10/24/2012 | Rana Barakat | 1.60 | Telephone conference with counsel for bank lenders re filing of joint appendix (.2); telephone conference with counsel for Garlock re designations for joint appendix (.5); revise index for joint appendix per negotiations with Garlock (.4); office conference with J. Donley and L. Fairley re joint appendix and process for drafting response to appellants' opening briefs (.3); correspond with S. Engel re Garlock's designations for joint appendix (.2). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/2012 | Rana Barakat | 3.40 | Correspond with counsel for Garlock re designations for joint appendix (.3); review and revise cover pleading for joint appendix (.2); correspond with counsel for appellants re proper filing methods for joint appendix (.3); review appellees' district court brief and revise joint appendix citations (2.4); telephone conference with L. Fairley and counsel for Garlock re final version of joint appendix (.2). |
| 10/24/2012 | Nia Dukov | .90 | Research re equitable factors and new authorities relevant to award of default interest. |
| 10/24/2012 | John Donley, P.C. | 6.10 | Review draft and revisions re corporate transaction (.4); correspond with ACC and FCR counsel and A. Paul re same (.3); review recent pleadings and filings in Bankruptcy Court and Third Circuit (.2); analyze joint appendix issues (.6); analyze and outline standard of review and case overview issues for appellate briefing (1.4); telephone conference with S. Engel re same (.5); analyze Montana and Crown issues for appeal (.6); telephone conference with N. Kritzer re same (.3); review briefing and outline bank lender appellate arguments and record (1.2); telephone conference with N. Dukov re same (.2); review research re new default interest and equitable factor cases (.4). |
| 10/24/2012 | Lesley Fairley | 8.00 | Bates stamp materials to be included in volume 5 of joint appendix (6.5); prepare electronic versions of joint appendix (1.5). |
| 10/25/2012 | Mike Jones | 5.60 | Review and revise collar motion and declaration to same (2.7); telephone conferences with J. Gettleman re same (.4); correspond with working group re same (.7); review and analyze insurance settlement agreements (.9); draft summary of same (.6); correspond with working group re same (.3). |
| 10/25/2012 | Benjamin Rhode | .30 | Telephone conference with J. Gettleman, M. Jones, A. Schlesinger, and J. O'Connell re warrant motion. |
| 10/25/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 10/25/2012 | Jeffrey Gettleman | 3.00 | Correspond with working group, client, Blackstone and others re collar motion and declaration in support of same (2.1); review and revise same (.5); telephone conference with M. Jones re same (.2); correspond with J. Bernstein re LMP transition (.2). |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/25/2012 | Jeffrey Gettleman | 4.80 | Correspond and telephone conferences with working group, client, Blackstone and others re collar motion and declaration in support of same (2.9); review and revise same (1.5); correspond with J. Bernstein and R. Fine re LMP transition (.4). |
| 10/25/2012 | Adam C Paul | .80 | Review and revise warrant motion. |
| 10/25/2012 | Rana Barakat | 3.30 | Telephone conference with L. Fairley re revisions to joint appendix (.3); review appellees' district court brief re bank lender issues and revise citations re same (1.1); telephone conference with K. Einspanier re motion to strike documents in Garlock's appendix (.3); draft summary of documents to strike (.3); draft letters to counsel for appellants re final version of joint appendix (.4); telephone conference and correspond with counsel for bank lenders re filing of opening briefs and joint appendix (.6); review final version of index for joint appendix (.3). |
| 10/25/2012 | Nia Dukov | 2.90 | Review briefing and record re lender issues on appeal. |
| 10/25/2012 | Katie L Einspanier | 8.00 | Research, review, and analyze cases re appendix materials not included in record in district court (7.4); correspond with working group re research and potential arguments for motion to strike (.6). |
| 10/25/2012 | John Donley, P.C. | 2.00 | Analyze and outline Garlock motion to strike (1.1); correspond with K. Einspanier re same (.3); review revisions to corporation transaction document and motion (.4); correspond with J. Gettleman and A. Paul re same (.2). |
| 10/25/2012 | Lesley Fairley | 6.90 | Prepare and organize copies of joint appendix materials to send to counsel (1.4); update index of joint appendix (3.0); prepare and organize potential joint appendix exhibits for upcoming briefing (2.5). |
| 10/26/2012 | Mike Jones | 5.10 | Review and revise collar motion and declaration in support of same (3.4); correspond with working group re same (.7); review and analyze insurance settlement orders re same (.6); correspond with working group re same (.4). |
| 10/26/2012 | Andrew Brniak | 1.80 | Prepare and compile insurance settlement pleadings (1.6); correspond with J. Gettleman re same (.2). |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/26/2012 | Jeffrey Gettleman | 3.70 | Correspond with working group, Blackstone and others re collar motion and declaration in support of same (1.1); review and revise same (.6); correspond with working group re insurance settlements (.9); review and analyze same (.6); correspond with K. Makowski re Third Circuit briefing schedule (.2); analyze same (.2); draft summary of same (.1). |
| 10/26/2012 | Jeffrey Gettleman | 4.90 | Correspond and telephone conferences with working group, Blackstone and others re collar motion and declaration in support of same (2.1); review and revise same (.6); correspond with working group re insurance settlements (.8); review and analyze same (1.4). |
| 10/26/2012 | Adam C Paul | .40 | Review and revise warrant motion. |
| 10/26/2012 | John Donley, P.C. | 2.30 | Analyze and outline Garlock motion to strike (.8); review Bankruptcy Court pleading and briefing record and District Court record re motion to strike (1.5). |
| 10/26/2012 | Lesley Fairley | 7.00 | Update index of Third Circuit joint appendix materials with newly added bates numbers (5.5); prepare and organize potential joint appendix exhibits for upcoming briefing (1.5). |
| 10/27/2012 | Adam C Paul | .50 | Analyze warrant motion. |
| 10/29/2012 | Mike Jones | 4.70 | Review and revise collar motion and declaration in support of same (2.4); review and analyze documents re same (.7); correspond with working group, client, Blackstone, ACC, FCR, and Equity Committee re same (1.6). |
| 10/29/2012 | Jeffrey Gettleman | 2.80 | Correspond with working group, client, Blackstone, ACC, FCR and Equity committee re collar motion and declaration in support of same (1.6); review and revise same (.8); office conferences with M. Jones re same (.4). |
| 10/29/2012 | Jeffrey Gettleman | 4.00 | Correspond with working group, client, Blackstone, CC, FCR and Equity committee re collar motion and declaration in support of same (1.9); review and revise same (1.5); office conferences with A. Paul and M. Jones re same (.4); telephone conference with M. Shelnitz re same (.2). |
| 10/29/2012 | Adam C Paul | 1.30 | Review and revise warrant motion (.7); telephone conference with J. Donley re AMH and appeals (.4); office conference with J. Gettleman re warrant motion (.2). |
| 10/29/2012 | Rana Barakat | 1.20 | Review and analyze Garlock confirmation briefs (.9); correspond with S. Engel and J. Donley re same (.3). |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/29/2012 | John Donley, P.C. | 3.50 | Review new default-interest cases (.5); correspond with N. Dukov re same (.1); analyze Garlock joint appendix issues (.5); review and analyze lender briefing (2.2); telephone conference with A. Paul re current issues (.2). |
| 10/29/2012 | Lesley Fairley | 3.50 | Update database of Third Circuit joint appendix materials (1.4); review docket re Garlock (2.1). |
| 10/30/2012 | Mike Jones | 5.20 | Review and revise collar motion and declaration in support of same (1.6); review and analyze pleadings and documents re same (.4); telephone conferences with J. Gettleman, J. O'Connell, and local counsel re same (1.1); correspond with working group, client, Blackstone, ACC, FCR, and Equity Committee re same (1.2); coordinate with local counsel re filing of same (.9). |
| 10/30/2012 | Jeffrey Gettleman | 1.80 | Correspond with working group and client re collar motion and declaration in support of same (1.2); review and revise same (.6). |
| 10/30/2012 | Jeffrey Gettleman | 5.70 | Correspond with working group, client, Blackstone, ACC, FCR and Equity committee re collar motion and declaration in support of same (2.1); review and revise same (1.1); telephone and office conferences with M. Jones re same (.3); correspond with working group and client re QSF motion (1.6); review and revise same (.5); correspond with J. Bernstein re LMP transition (.1). |
| 10/30/2012 | Adam C Paul | 1.20 | Review and revise warrant motion (.8); correspond with J. Gettleman and E. Filon re QSF motion (.4). |
| 10/30/2012 | Jack N Bernstein | 3.00 | Review and analyze potential Medicare issues (1.3); research re same (1.7). |
| 10/30/2012 | John Donley, P.C. | 1.70 | Review and analyze Garlock pleadings and exhibits re motion practice and appeals (1.2); review and analyze default interest cases (.5). |
| 10/30/2012 | Lisa G Esayian | .50 | Analyze issues re insurance settlements. |
| 10/30/2012 | Lesley Fairley | 6.30 | Update database of Third Circuit joint appendix documents. |
| 10/31/2012 | Jeffrey Gettleman | .90 | Correspond with working group and Blackstone re collar motion and declaration in support of same (.5); correspond with working group and Blackstone re Form 8-K filing (.4). |

A-27

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/31/2012 | Rana Barakat | 2.60 | Review dockets of key asbestos bankruptcy cases (.7); draft memorandum re recent developments in same (.6); review district court docket for orders re Garlock's Rule 59(e) motion for reconsideration (.3); review and analyze orders re same (.3); draft memorandum re same (.7). |
| 10/31/2012 | Katie L Einspanier | 2.00 | Correspond with J. Donley re motion to strike (.3); review and analyze Garlock confirmation filings relevant to motion (1.7). |
| 10/31/2012 | Jack N Bernstein | 1.90 | Research re potential Medicare issues. |
| 10/31/2012 | John Donley, P.C. | 4.00 | Analyze Garlock record issues and motion to strike (1.1); correspond with K. Einspanier and S. Engel re same (.2); review and outline issues for Garlock appellate brief (2.7). |
| 10/31/2012 | Lesley Fairley | 5.70 | Update database of Third Circuit joint appendix documents. |
| | Total: | 644.80 | |

A-28

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/2012 | Todd F Maynes, P.C. | .50 | Telephone conferences with working group re QSF standard for separate account. |
| 10/02/2012 | Stephen H Butler | .30 | Correspond with J. Gettleman re QSF tax issues. |
| 10/02/2012 | Todd F Maynes, P.C. | .40 | Telephone conferences with working group re QSF. |
| 10/03/2012 | Stephen H Butler | .50 | Telephone conference with J. Gettleman re bankruptcy tax issues (.1); research re same (.4). |
| 10/03/2012 | Todd F Maynes, P.C. | .30 | Research re QSF rules. |
| 10/04/2012 | Todd F Maynes, P.C. | .40 | Correspond with working group re status of QSF motion. |
| 10/05/2012 | Todd F Maynes, P.C. | 1.40 | Correspond with working group re QSF (.2); research re same (1.2). |
| 10/06/2012 | Todd F Maynes, P.C. | .50 | Correspond with working group re QSF materials. |
| 10/08/2012 | Stephen H Butler | .80 | Review and analyze QSF motion for tax issues (.6); correspond with T. Maynes and J. Gettleman re same (.2). |
| 10/08/2012 | Todd F Maynes, P.C. | 2.30 | Prepare proposed motion (1.7); revise same (.6). |
| 10/09/2012 | Todd F Maynes, P.C. | 1.50 | Review and revise proposed QSF motion. |
| 10/10/2012 | Todd F Maynes, P.C. | .90 | Review and revised proposed QSF motion. |
| 10/11/2012 | Todd F Maynes, P.C. | .80 | Review and revise QSF motion. |
| 10/2012/2012 | Stephen H Butler | .30 | Correspond with J. Gettleman and T. Maynes re tax issues. |
| 10/2012/2012 | Todd F Maynes, P.C. | .80 | Correspond with working group re tax motion. |
| 10/15/2012 | Todd F Maynes, P.C. | 1.00 | Telephone conferences with working group re QSF (.3); telephone conferences re IRS proof of claim (.7). |
| 10/16/2012 | Stephen H Butler | 1.00 | Correspond with J. Gettleman and T. Maynes re tax issues in QSF motion (.2); draft mark-up of tax provisions of motion (.8). |
| 10/16/2012 | Todd F Maynes, P.C. | .30 | Telephone conferences with working group re QSF (.2); telephone conferences with working group re IRS proof of claim (.1). |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/17/2012 | Todd F Maynes, P.C. | 1.50 | Telephone conferences with working group re QSF (.7); telephone conferences with working group re proof of claim (.8). |
| 10/18/2012 | Todd F Maynes, P.C. | .50 | Telephone conferences with working group re proof of claim. |
| 10/19/2012 | Natalie H Keller | 2.30 | Telephone conferences with C. Finke re transfer pricing audit (.3); review documentation re same (1.1); analyze strategic issues re same (.9). |
| 10/19/2012 | Todd F Maynes, P.C. | .20 | Telephone conferences with Akin Gump re section 382 issues. |
| 10/21/2012 | Natalie H Keller | 1.40 | Review documentation re intercompany services (1.2); correspond with C. Finke re same (.2). |
| 10/22/2012 | Todd F Maynes, P.C. | .20 | Correspond with working group re IRS claim. |
| 10/26/2012 | Todd F Maynes, P.C. | .30 | Correspond with working group re IRS claim. |
| 10/29/2012 | Todd F Maynes, P.C. | .50 | Review and revise QSF motion. |
| 10/31/2012 | Todd F Maynes, P.C. | .30 | Review and revise QSF motion. |
| | Total: | 21.20 | |

A-30