# EXHIBIT B

**Matter 52 – Expenses – Expenses**

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $161.62 |
| Standard Copies or Prints | $690.00 |
| Overnight Delivery | $75.82 |
| Outside Messenger Service | $17.33 |
| Appearance Fees | $30.00 |
| Professional Fees | $10,483.20 |
| Computer Database Research | $3,525.23 |
| **Total:** | **$14,983.20** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 9/04/2012 | 552.31 | West, Computer Database Research, Barakat, Rana, September 2012 |
| 9/06/2012 | 10,483.20 | ARPC - Professional Fees, Payment to ARPC for Work to Determine Trust and Cash flow Scenerios rendered July 2012 |
| 9/06/2012 | 5.84 | West, Computer Database Research, Mitchell-Dawson, Lauren, September 2012 |
| 9/06/2012 | 72.27 | LexisNexis, Computer Database Research, Mitchell-Dawson, Lauren, 9/6/2012 |
| 9/07/2012 | 26.27 | West, Computer Database Research, Adams, Mirta, September 2012 |
| 9/10/2012 | 66.96 | West, Computer Database Research, Grouzard, Melissa, September 2012 |
| 9/20/2012 | 20.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 09/2012, Mike Jones |
| 9/26/2012 | 9.25 | Fed Exp to: Matthew P. Ward, Esq., Wilmington, DE from: Kimberly Love |
| 9/28/2012 | 168.31 | West, Computer Database Research, Gettleman, Jeffrey, September 2012 |
| 9/28/2012 | 99.67 | West, Computer Database Research, Jones, Mike, September 2012 |
| 9/30/2012 | 44.81 | Intercall - Third Party Telephone Charges, J. Donley, 9/30/12 |
| 9/30/2012 | 18.28 | Intercall - Third Party Telephone Charges, A. Paul, 9/30/12 |
| 9/30/2012 | 14.40 | Intercall - Third Party Telephone Charges, J. Gettleman, 9/30/12 |
| 10/01/2012 | 3.70 | Standard Prints |
| 10/01/2012 | 1.80 | Standard Prints |
| 10/01/2012 | 11.20 | Standard Prints |
| 10/01/2012 | 1.10 | Standard Prints |
| 10/01/2012 | 18.40 | Standard Prints |
| 10/01/2012 | 2.00 | Standard Prints |
| 10/01/2012 | 48.10 | Standard Prints |
| 10/01/2012 | 13.20 | Standard Copies or Prints |
| 10/01/2012 | 16.30 | Standard Copies or Prints |
| 10/02/2012 | 4.80 | Standard Prints |
| 10/02/2012 | 58.50 | Standard Prints |
| 10/03/2012 | 17.33 | Comet Messenger Service Inc, Outside Messenger Services, 300 N La Salle, Michael Hensler, 10/3/2012 |
| 10/05/2012 | 2,412.60 | Pacer Service Center, Computer Database Research, 7/1/2012 to 9/30/2012 |
| 10/08/2012 | 23.00 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 10/2012, Carrie Sroka |

| Date | Amount | Description |
|---|---|---|
| 10/09/2012 | 78.00 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 10/2012, Andrew Brniak |
| 10/10/2012 | 2.40 | Standard Prints |
| 10/10/2012 | .70 | Standard Prints |
| 10/10/2012 | 71.90 | Standard Prints |
| 10/12/2012 | 34.00 | Standard Copies or Prints |
| 10/12/2012 | 20.10 | Standard Prints |
| 10/12/2012 | 5.30 | Standard Prints |
| 10/15/2012 | 8.10 | Standard Prints |
| 10/16/2012 | 9.36 | Fed Exp to: Richard C. Worf, Esq., Charlotte, NC from: Rana Barakat |
| 10/17/2012 | 59.60 | Standard Copies or Prints |
| 10/18/2012 | 8.80 | Standard Prints |
| 10/18/2012 | 81.30 | Standard Prints |
| 10/19/2012 | 9.57 | Fed Exp to: Matthew P. Ward, Wilmington, DE from: Lesley Fairley |
| 10/19/2012 | 9.57 | Fed Exp to: Michael Rudnick, New York, NY from: Lesley Fairley |
| 10/22/2012 | 3.80 | Standard Prints |
| 10/22/2012 | 1.10 | Standard Prints |
| 10/22/2012 | 3.90 | Standard Prints |
| 10/23/2012 | 125.30 | Standard Copies or Prints |
| 10/24/2012 | 19.60 | Standard Prints |
| 10/24/2012 | 7.00 | Standard Prints |
| 10/24/2012 | 58.00 | Standard Prints |
| 10/25/2012 | 9.57 | Fed Exp to: Margaret Phillips, New York, NY from: Lesley Fairley |
| 10/25/2012 | 9.57 | Fed Exp to: James S. Green, Jr., Wilmington, DE from: Lesley Fairley |
| 10/25/2012 | 9.36 | Fed Exp to: Richard C. Worf, Esq., Charlotte, NC from: Lesley Fairley |
| 10/25/2012 | 9.57 | Fed Exp to: Matthew P. Ward, Wilmington, DE from: Lesley Fairley |
| 10/31/2012 | 20.23 | INTERCALL - Third Party Telephone Charges, A. Paul, 10/31/12 |
| 10/31/2012 | 7.05 | Intercall - Third Party Telephone Charges, J. Gettleman, 10/31/12 |
| 10/31/2012 | 3.05 | Intercall - Third Party Telephone Charges, M. Jones, 10/31/12 |
| 10/31/2012 | 53.80 | Intercall - Third Party Telephone Charges, J. Donley, 10/31/12 |
| 10/31/2012 | 30.00 | CourtCall, LLC - Appearance Fees - CCID 5214368 10/15/2012 Hearing - Adam Paul, U.S. Bankruptcy-Delaware. |
| Total: | 14,983.20 | |