**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-01D |
|  | STATEMENT NO:               97 |

Asset Analysis and Recovery

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/26/2012 |  |  |  |  |
| MTH | Additional review re Dairyland Insurance Settlement Motion; discussion with PVNL re same |  | 0.50 | 195.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.50 | 195.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $390.00 | $195.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 195.00 |
| BALANCE DUE | $195.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:      3000-02D
STATEMENT NO:            137

Asset Disposition

PREVIOUS BALANCE                                                                                          $45.10

10/16/2012      Payment - Thank you. (January, 2012 - 20% Fees)                              -7.80

BALANCE DUE                                                                                                $37.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:        3000-03D
STATEMENT NO:              123

Business Operations

PREVIOUS BALANCE                                                                          $39.00

BALANCE DUE                                                                               $39.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:      3000-04D
STATEMENT NO:            137

Case Administration

PREVIOUS BALANCE                                                                          $528.87

| | | |
|---|---|---|
| 10/16/2012 | Payment - Thank you. (January, 2012 - 20% Fees) | -7.80 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -7.80 |
| | TOTAL PAYMENTS | -15.60 |
| | BALANCE DUE | $513.27 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:        3000-05D
STATEMENT NO:              137

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $2,672.60 |
| 10/10/2012 | Payment - Thank you. (July, 2012 - 80% Fees) | -280.80 |
| BALANCE DUE | | $2,391.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2012 |
| Wilmington DE | ACCOUNT NO:   3000-06D |
|  | STATEMENT NO:   137 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |
|---|---|
| PREVIOUS BALANCE | -$116.70 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/23/2012 |  |  |  |  |
| MTH | Reviewing Order entered re denial of Notice of Claims Transfer | | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 39.00 |

|  |  |  |
|---|---|---|
| 10/16/2012 | Payment - Thank you. (January, 2012 - 20% Fees) | -15.60 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -78.00 |
| 10/16/2012 | Payment - Thank you. (March, 2012 - 20% Fees) | -78.00 |
|  | TOTAL PAYMENTS | -171.60 |
|  | CREDIT BALANCE | -$249.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-07D |
|  | STATEMENT NO:    137 |

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $15,299.84 |
| **10/01/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/02/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare 2019 of The David Law Firm; address filing; e-mail confirmation of same | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/03/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **10/04/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/05/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | PEM | Review weekly recommendation memorandum. | 0.10 | 47.00 |

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Prepare weekly recommendation memos; correspondence to Committee re same | 0.70 | 273.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 10/08/2012 | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 10/09/2012 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Coordinate logistics for hearing on October 15, 2012 at 9 a.m.; e-mail confirmation of same to Peter Lockwood | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 10/10/2012 | | | | |
| | PEM | Review memorandum from counsel re: developments. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review correspondence from EI re memorandum to the Committee | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 10/11/2012 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 10/12/2012 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Discussion with S Cooper re weekly recommendation memo; reviewing same; reviewing correspondence from S. Cooper to Committee re same | 0.30 | 117.00 |
| 10/15/2012 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 10/16/2012 | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Correspondence to and from PVNL re hearing memo | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **10/17/2012** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **10/18/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/19/2012** | | | | |
| | PEM | Review and revise weekly recommendation memorandum re: pending motions and matters | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/22/2012** | | | | |
| | MTH | Telephone discussion with asbestos creditor J. Renebaum re status of Trust and appeals | 0.20 | 78.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/23/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/24/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/25/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/26/2012** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and | | |

Page: 4
10/31/2012

W.R. Grace

ACCOUNT NO:      3000-07D
STATEMENT NO:          137

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribute Daily Memo | 0.20 | 17.00 |
| MTH | Prepare weekly recommendation memo; correspondence to Committee re same | 1.00 | 390.00 |
| PEM | Review weekly recommendation memoranda re: pending motions and matters. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **10/29/2012** |  |  |  |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **10/31/2012** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 11.40 | 3,021.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $520.00 | $208.00 |
| Philip E. Milch | 1.10 | 470.00 | 517.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 4.90 | 110.00 | 539.00 |
| Mark T. Hurford | 4.30 | 390.00 | 1,677.00 |
| Freddie Koenig-Leuck | 0.40 | 85.00 | 34.00 |

TOTAL CURRENT WORK                                    3,021.50

| 10/10/2012 | Payment - Thank you. (July, 2012 - 80% Fees) | -3,051.20 |
|---|---|---|
| 10/16/2012 | Payment - Thank you. (January, 2012 - 20% Fees) | -882.70 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -851.40 |
| 10/16/2012 | Payment - Thank you. (March, 2012 - 20% Fees) | -789.20 |
|  | TOTAL PAYMENTS | -5,574.50 |
|  | BALANCE DUE | $12,746.84 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:    3000-08D
STATEMENT NO:         136

Employee Benefits/Pension

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | -$703.30 |
| 10/16/2012 | Payment - Thank you. (January, 2012 - 20% Fees) | -163.80 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -15.60 |
| | TOTAL PAYMENTS | -179.40 |
| | CREDIT BALANCE | -$882.70 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:        3000-10D
STATEMENT NO:              137

Employment Applications, Others

PREVIOUS BALANCE                                                                              $850.50

| | | |
|---|---|---|
| 10/10/2012 | Payment - Thank you. (July, 2012 - 80% Fees) | -124.80 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -7.80 |
| | TOTAL PAYMENTS | -132.60 |
| | BALANCE DUE | $717.90 |

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 10/31/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-11D |
|  | STATEMENT NO: | 135 |

Expenses

| | PREVIOUS BALANCE | $7,232.06 |
|---|---|---|

| | | |
|---|---|---|
| 10/01/2012 | Printing - September 2012 | 49.90 |
| 10/01/2012 | Scanning - September 2012 | 3.40 |
| 10/01/2012 | Pacer charges for the month of September | 15.20 |
| 10/04/2012 | Parcels - hand delivery - (8) Fee Applications | 53.00 |
| 10/04/2012 | Parcels -copy/service - (4) Fee Applications | 334.80 |
| 10/31/2012 | Scanning - October 2012 | 31.00 |
| 10/31/2012 | Printing - October 2012 | 60.70 |
| | TOTAL EXPENSES | 548.00 |
| | TOTAL CURRENT WORK | 548.00 |

| | | |
|---|---|---|
| 10/10/2012 | Payment - Thank you. (July, 2012 - 100% Expenses) | -1,748.23 |
| | BALANCE DUE | $6,031.83 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2012 |
| Wilmington DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:           135 |

Fee Applications, Applicant

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,990.10 |
| | | HOURS | |
| **10/04/2012** | | | |
| MTH | Reviewing C&L fee application for August 2012 for filing and service | 0.30 | 117.00 |
| **10/10/2012** | | | |
| TS | Review September prebill | 0.20 | 22.00 |
| MTH | Reviewing pre-bill | 0.60 | 234.00 |
| **10/15/2012** | | | |
| MTH | Correspondence re Fee Auditor's Report; revisions to pre-bill | 0.20 | 78.00 |
| **10/30/2012** | | | |
| KCD | E-mails re: fee auditor's report | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 1.40 | 490.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $390.00 | $429.00 |
| Kathleen Campbell Davis | 0.10 | 390.00 | 39.00 |
| Timothy Simpson | 0.20 | 110.00 | 22.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 490.00 |

| | | |
|---|---|---|
| 10/10/2012 | Payment - Thank you. (July, 2012 - 80% Fees) | -894.40 |
| 10/16/2012 | Payment - Thank you. (January, 2012 - 20% Fees) | -102.70 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -206.00 |
| 10/16/2012 | Payment - Thank you. (March, 2012 - 20% Fees) | -318.60 |
| | TOTAL PAYMENTS | -1,521.70 |

Page: 2
10/31/2012

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:            135

Fee Applications, Applicant

BALANCE DUE                                                              $2,958.40

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-13D |
| | STATEMENT NO:         122 |

Fee Applications, Others

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $15,059.70 |

| | | | HOURS | |
|---|---|---|---|---|
| 10/03/2012 | | | | |
| | SMB | Review August 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Alan B. Rich (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Law Offices of Roger Higgins LLC (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Kayescholer LLP (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Foley Hoag LLP (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| 10/04/2012 | | | | |
| | MTH | Reviewing monthly application of C&D for August 2012 | 0.20 | 78.00 |
| | MTH | Reviewing Charter Oak fee application for August 2012 | 0.20 | 78.00 |
| | MTH | Reviewing AKO fee application for August 2012 | 0.20 | 78.00 |
| 10/05/2012 | | | | |
| | MTH | Review correspondence from DP re (2) Baker Donelson fee applications | 0.10 | 39.00 |
| | MTH | Review correspondence from LC re Scarfone fee application for August | 0.10 | 39.00 |
| | MTH | Review correspondence from LC re Lauzon fee application for August | 0.10 | 39.00 |
| | MTH | Review correspondence from LC re Hogan fee application for August | 0.10 | 39.00 |
| 10/11/2012 | | | | |
| | TS | Update fee application tracking chart | 0.20 | 22.00 |
| | MTH | Review correspondence from L Ellis re Grant Thorton fee application | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| **10/12/2012** | | | | |
| | SMB | Review August 2012 application of Grant Thornton LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2012 application of Duane Morris LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Duane Morris LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2012 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of The Hogan Firm (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Scarfone Hawkins LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Lauzon Belanger Lesperance (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Ferry Joseph & Pearce, P.A. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **10/15/2012** | | | | |
| | MTH | Review correspondence from LE re PSZJ fee application | 0.10 | 39.00 |
| | MTH | Reviewing correspondence from YS re three fee applications filed | 0.10 | 39.00 |
| **10/18/2012** | | | | |
| | MTH | Review correspondence from TBB re CNO for Saul Ewing fee application | 0.10 | 39.00 |
| **10/19/2012** | | | | |
| | MTH | Reviewing correspondence from TT re B&D fee applications (x3) | 0.10 | 39.00 |
| | MTH | Review correspondence from BD re Blackstone fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re CNO's filed for Orrick and Towers | 0.10 | 39.00 |
| **10/23/2012** | | | | |
| | MTH | Review correspondence from D.M. re Capstone fee application for August | 0.10 | 39.00 |
| | MTH | Review correspondence from AP re quarterly fee application for AKO | 0.10 | 39.00 |
| | MTH | Review correspondence from DP re PSZ&J fee application | 0.10 | 39.00 |
| **10/24/2012** | | | | |
| | MTH | Review correspondence from Telephone conference with client re Kramer Levin fee application | 0.10 | 39.00 |
| **10/25/2012** | | | | |
| | MTH | Review correspondence from CH re Phillips Goldman fee application for September | 0.10 | 39.00 |

W.R. Grace

| | | | ACCOUNT NO: | 3000-13D |
| --- | --- | --- | --- | --- |
| | | | STATEMENT NO: | 122 |

Fee Applications, Others

| | | | HOURS | |
| --- | --- | --- | --- | --- |
| | MTH | Review correspondence from DF re Orrick September fee application | 0.10 | 39.00 |
| **10/26/2012** | | | | |
| | MTH | Review correspondence from LC re Scarfone fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from LC re Lauzon fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from LC re Hogan fee application | 0.10 | 39.00 |
| **10/31/2012** | | | | |
| | MTH | Review correspondence from DP re Norton Rose fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DP re Kayscholer fee application and Foley Hoag fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from CS re September fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DR re LAS fee application for September | 0.10 | 39.00 |
| | MTH | Review correspondence from PC re K&E fee application for September | 0.10 | 39.00 |
| | MTH | Review correspondence from CH re Phillips Goldman fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 39.00 |
| | | FOR CURRENT SERVICES RENDERED | 6.70 | 1,661.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| Santae M. Boyd | 3.20 | $110.00 | $352.00 |
| Mark T. Hurford | 3.30 | 390.00 | 1,287.00 |
| Timothy Simpson | 0.20 | 110.00 | 22.00 |

| | | |
| --- | --- | --- |
| TOTAL CURRENT WORK | | 1,661.00 |

| | | |
| --- | --- | --- |
| 10/10/2012 | Payment - Thank you. (July, 2012 - 80% Fees) | -2,159.20 |
| 10/16/2012 | Payment - Thank you. (January, 2012 - 20% Fees) (Payment should have been $508.50 but was reduced by $22.00 on Fee Auditor's Report dated 8/13/12) | -486.50 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -837.70 |
| 10/16/2012 | Payment - Thank you. (March, 2012 - 20% Fees) (Payment should have been $897.40 but was reduced by $22.00 on Fee Auditor's Report dated 8/13/12) | -875.40 |
| | TOTAL PAYMENTS | -4,358.80 |
| | BALANCE DUE | $12,361.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                              10/31/2012
Wilmington  DE                                                          ACCOUNT NO:        3000-14D
                                                                        STATEMENT NO:              95

Financing

PREVIOUS BALANCE                                                                                    $85.80

10/16/2012        Payment - Thank you. (January, 2012 - 20% Fees)                                   -85.80

BALANCE DUE                                                                                          $0.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-15D |
|  | STATEMENT NO:            137 |

Hearings

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $4,335.25 |
|  |  | HOURS |  |
| 10/03/2012 |  |  |  |
| MTH | Various correspondence re preliminary agenda for hearing | 0.20 | 78.00 |
| 10/05/2012 |  |  |  |
| MTH | Reviewing Agenda for hearing and correspondence to PVNL re preparations for same; reviewing response from PVNL re same | 0.20 | 78.00 |
| 10/09/2012 |  |  |  |
| MTH | Correspondence re hearing; hearing preparations | 0.20 | 78.00 |
| 10/15/2012 |  |  |  |
| MTH | Attending hearing | 0.70 | 273.00 |
|  | FOR CURRENT SERVICES RENDERED | 1.30 | 507.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $390.00 | $507.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 507.00 |

| | | |
|---|---|---|
| 10/16/2012 | Payment - Thank you. (January, 2012 - 20% Fees) | -46.80 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -148.20 |
| 10/16/2012 | Payment - Thank you. (March, 2012 - 20% Fees) | -70.20 |
|  | TOTAL PAYMENTS | -265.20 |
|  | BALANCE DUE | $4,577.05 |

W.R. Grace

Hearings

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2012 |
| Wilmington  DE | ACCOUNT NO:  3000-16D |
|  | STATEMENT NO:  122 |

Litigation and Litigation Consulting

| PREVIOUS BALANCE | | -$2,028.30 |
|---|---|---|
| 10/16/2012 | Payment - Thank you. (January, 2012 - 20% Fees) | -216.50 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -208.40 |
| 10/16/2012 | Payment - Thank you. (March, 2012 - 20% Fees) | -7.80 |
|  | TOTAL PAYMENTS | -432.70 |
|  | CREDIT BALANCE | -$2,461.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:        3000-17D
STATEMENT NO:            122

Plan and Disclosure Statement

| | | | |
|---|---|---|---:|
| PREVIOUS BALANCE | | | $13,938.00 |
| | | HOURS | |
| 10/10/2012 | | | |
| MTH | Reviewing Motion to Withdrawal Case filed by Maryland Casualty | 0.20 | 78.00 |
| MTH | Reviewing Notice of Dismissal filed by BNSF | 0.10 | 39.00 |
| 10/22/2012 | | | |
| MTH | Telephone conference with representative of WTC re status of Plan confirmation; correspondence to and from counsel re same | 0.30 | 117.00 |
| 10/23/2012 | | | |
| MTH | Reviewing unopposed Motion for Extension of Time to Complete Briefing | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 0.80 | 312.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Mark T. Hurford | 0.80 | $390.00 | $312.00 |

| | |
|---|---:|
| TOTAL CURRENT WORK | 312.00 |

| | | |
|---|---|---:|
| 10/10/2012 | Payment - Thank you. (July, 2012 - 80% Fees) | -5,217.60 |
| 10/16/2012 | Payment - Thank you. (January, 2012 - 20% Fees) | -572.40 |
| 10/16/2012 | Payment - Thank you. (February, 2012 - 20% Fees) | -468.00 |
| 10/16/2012 | Payment - Thank you. (March, 2012 - 20% Fees) | -834.60 |
| | TOTAL PAYMENTS | -7,092.60 |
| | BALANCE DUE | $7,157.40 |

W.R. Grace

Plan and Disclosure Statement

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 10/31/2012 |
| Wilmington  DE |  ACCOUNT NO: | 3000-18D |
|  | STATEMENT NO: | 122 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                            -$242.10

10/16/2012        Payment - Thank you. (January, 2012 - 20% Fees)                        -15.60

CREDIT BALANCE                                                                              -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:        3000-20D
STATEMENT NO:               121

Tax Litigation

PREVIOUS BALANCE                                                                                      $468.80

BALANCE DUE                                                                                               $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
10/31/2012

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000-21D
STATEMENT NO:            113

Travel-Non-Working

PREVIOUS BALANCE                                                                $74.00

BALANCE DUE                                                                      $74.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:      3000-22D
STATEMENT NO:           126

Valuation

PREVIOUS BALANCE                                                              $1,185.00

BALANCE DUE                                                                   $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    10/31/2012
Wilmington  DE                                    ACCOUNT NO:        3000-23D
                                                  STATEMENT NO:              126

ZAI Science Trial

PREVIOUS BALANCE                                                      $1,203.30

BALANCE DUE                                                           $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2012
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 0.00 | 195.00 | 0.00 | 0.00 | 0.00 | $195.00 |
| 3000-02 Asset Disposition | | | | | |
| 45.10 | 0.00 | 0.00 | 0.00 | -7.80 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | $39.00 |
| 3000-04 Case Administration | | | | | |
| 528.87 | 0.00 | 0.00 | 0.00 | -15.60 | $513.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,672.60 | 0.00 | 0.00 | 0.00 | -280.80 | $2,391.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -116.70 | 39.00 | 0.00 | 0.00 | -171.60 | -$249.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 15,299.84 | 3,021.50 | 0.00 | 0.00 | -5,574.50 | $12,746.84 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -703.30 | 0.00 | 0.00 | 0.00 | -179.40 | -$882.70 |
| 3000-10 Employment Applications, Others | | | | | |
| 850.50 | 0.00 | 0.00 | 0.00 | -132.60 | $717.90 |
| 3000-11 Expenses | | | | | |
| 7,232.06 | 0.00 | 548.00 | 0.00 | -1,748.23 | $6,031.83 |

W.R. Grace

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,990.10 | 490.00 | 0.00 | 0.00 | -1,521.70 | $2,958.40 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,059.70 | 1,661.00 | 0.00 | 0.00 | -4,358.80 | $12,361.90 |
| 3000-14 Financing | | | | | |
| 85.80 | 0.00 | 0.00 | 0.00 | -85.80 | $0.00 |
| 3000-15 Hearings | | | | | |
| 4,335.25 | 507.00 | 0.00 | 0.00 | -265.20 | $4,577.05 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,028.30 | 0.00 | 0.00 | 0.00 | -432.70 | -$2,461.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 13,938.00 | 312.00 | 0.00 | 0.00 | -7,092.60 | $7,157.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -242.10 | 0.00 | 0.00 | 0.00 | -15.60 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 74.00 | 0.00 | 0.00 | 0.00 | 0.00 | $74.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 63,917.52 | 6,225.50 | 548.00 | 0.00 | -21,882.93 | $48,808.09 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.