## EXHIBIT A

**Case Administration (1.60 Hours; $ 758.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $935 | 187.00 |
| Rita C. Tobin | .80 | $545 | 436.00 |
| Eugenia Benetos | .60 | $225 | 135.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/04/12 | PVL | 935.00 | 0.10 | Rv docs for filing |
| 10/05/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 10/09/12 | EB | 225.00 | 0.60 | T/C re: address update. |
| 10/12/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 10/19/12 | RCT | 545.00 | 0.20 | Rev. docket and local counsel rec re EI update (0.2). |
| 10/26/12 | PVL | 935.00 | 0.10 | Teleconf. Hurford |
| 10/26/12 | RCT | 545.00 | 0.20 | Rev. docket and local counsel rec re EI update (0.2). |

**Total Task Code .04      1.60**


**Claims analysis Ob jection & Resolution (Asbestos) (.30 Hours; $ 280.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $935 | 280.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/12 | PVL | 935.00 | 0.10 | Rv Grace obj. re Main Plaza transfer |
| 10/09/12 | PVL | 935.00 | 0.20 | Rv CIM reply brief |

**Total Task Code .05      .30**

**Fee Applications, Applicant (6.70 Hours; $ 2,851.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.20 | $545 | 2,289.00 |
| Eugenia Benetos | 2.50 | $225 | 562.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/12 | RCT | 545.00 | 0.20 | Review fee application schedule for October (.2). |
| 10/03/12 | RCT | 545.00 | 0.30 | Address fee auditor issue (.3). |
| 10/05/12 | RCT | 545.00 | 0.90 | Review pre-bill (.9). |
| 10/09/12 | RCT | 545.00 | 0.40 | Address fee issues (.4). |
| 10/09/12 | EB | 225.00 | 0.60 | Create check breakdown for EI, JR, and myself. |
| 10/10/12 | RCT | 545.00 | 0.90 | Review exhibits (.9). |
| 10/16/12 | EB | 225.00 | 0.80 | Work on check breakdown of received payment and create breakdown for JR, EI and myself (.6); update fee application schedule (.2). |
| 10/17/12 | RCT | 545.00 | 1.00 | Rev. monthly fee app (1.0). |
| 10/17/12 | EB | 225.00 | 1.10 | Work on monthly fee application. |
| 10/18/12 | RCT | 545.00 | 0.50 | Address fee issues (0.5). |

**Total Task Code .12    6.70**


**Plan & Disclosure Statement (30.30 Hours; $ 28,624.00**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 12.90 | $1,000 | 12,900.00 |
| Peter Van N. Lockwood | 15.80 | $935 | 14,773.00 |
| Ann C. McMillan | .70 | $645 | 451.50 |
| Jeffrey A. Liesemer | .20 | $555 | 111.00 |
| Kevin C. Maclay | .70 | $555 | 388.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/12 | PVL | 935.00 | 0.10 | Rv emails & reply |
| 10/02/12 | PVL | 935.00 | 0.90 | Tcn Shelnitz, Finke, Donley, Paul & Frankel |
| 10/03/12 | PVL | 935.00 | 0.10 | Teleconf. Frankel |
| 10/03/12 | KCM | 555.00 | 0.40 | Review/analyze materials re potential appellate issues and stay |
| 10/04/12 | PVL | 935.00 | 0.80 | Rv emails (.1); teleconf. EI (.7) |
| 10/04/12 | EI | 1,000.00 | 0.70 | Review status (.2); telephone conference PVNL re: status (.5). |
| 10/05/12 | PVL | 935.00 | 1.70 | Tcn Frankel, Wyron & EI (.7); tcn Shelnitz, Donley, Paul, Frankel, Wyron & EI (.8); rv email (.2) |
| 10/05/12 | EI | 1,000.00 | 2.10 | Telephone conference with R. Frankel, R. Wyron and PVNL re: Sealed Air (.7); telephone conference with M. Shelnitz, J. Donley, A. Paul, R. Frankel, R. Wyron and PVNL re: same (.8); memo to Committee (.3); telephone conference M. Peterson re: same (.2); telephone conference AJS re: same (.1). |
| 10/05/12 | JAL | 555.00 | 0.20 | Reviewed memo from EI re: plan and confirmation-related issues. |
| 10/08/12 | PVL | 935.00 | 0.50 | Rv emails (.1); rv draft warrant purchase agmt and email comments re same (.4) |
| 10/09/12 | PVL | 935.00 | 1.40 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.0); telecons. EI (.3); rv revised draft warrant agmt. (.1) |
| 10/09/12 | EI | 1,000.00 | 2.20 | Sealed Air and warrants matters with J. Sinclair, PVNL and R. Wyron (2.0); telephone conference with M. Peterson re: projection (.2). |
| 10/10/12 | EI | 1,000.00 | 2.00 | Telephone conference A. Paul and memo to Committee re: Sealed Air (.5); telephone conference J. Sinclair, telephone conference R. Frankel re: warrants (.5); telephone conference with M. Peterson and R. Frankel re: effective date (1.0). |
| 10/11/12 | PVL | 935.00 | 0.40 | Teleconfs. EI (.3); rv email (.1) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/11/12 | EI | 1,000.00 | 1.50 | Work on emergence issues, including telephone conference with PVNL (.8); telephone conference M. Shelnitz (.3); telephone conference M. Peterson (.4). |
| 10/12/12 | PVL | 935.00 | 0.20 | Rv emails & reply |
| 10/15/12 | PVL | 935.00 | 1.40 | Tcn omni hearing (.4); rv emails (.1); tcn Frankel, Wyron & EI (.5); tcn Shelnitz, Paul, Frankel, Wyron et al (.3); teleconf. Paul (.1) |
| 10/15/12 | EI | 1,000.00 | 1.30 | Read warrant memos (.2); telephone conference R. Wyron, R. Frankel and PVNL re: warrants and Sealed Air issues (.7); telephone conference M. Shelnitz, A. Paul, R. Frankel, R. Wyron and PVNL re: warrants (.4). |
| 10/16/12 | PVL | 935.00 | 1.40 | Rv Orrick issues memo (.1); teleconfs. EI (.5); rv motion re Dairyland agmt (.1); teleconf. Paul (.5); rv draft QSF (.2) |
| 10/16/12 | EI | 1,000.00 | 1.40 | Review of R. Frankel emergence points and telephone conference PVNL re: same (.5); telephone conference M. Peterson re: data (.1); telephone conference A. Paul re: emergence issues (.5); telephone conference PVNL re: same (.3). |
| 10/16/12 | ACM | 645.00 | 0.30 | Teleconference EI re TDP (.2); send e-mail to EI re revised MAP language (.1). |
| 10/17/12 | PVL | 935.00 | 0.30 | Teleconf. EI |
| 10/17/12 | EI | 1,000.00 | 0.50 | Telephone conference PVNL re: QSF motion and effective date subject (.5). |
| 10/18/12 | PVL | 935.00 | 1.40 | Rv revised warrant agmt (.1); rv emails & reply (.2); teleconf. Wyron (1.0); rv Peterson memo (.1) |
| 10/18/12 | EI | 1,000.00 | 0.70 | Telephone conference M. Peterson and D. Relles re: numbers for emergence (.5); telephone conference R. Frankel re: same (.2). |
| 10/18/12 | ACM | 645.00 | 0.10 | Teleconference M. Peterson re sequencing adjustment. |
| 10/19/12 | PVL | 935.00 | 0.90 | Teleconf. EI (.4); rv draft motion re warrants and email Frankel et al re same (.5) |
| 10/19/12 | EI | 1,000.00 | 0.50 | Telephone conference M. Peterson; telephone conference PVNL re: status (.5). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/19/12 | KCM | 555.00 | 0.30 | Review materials re stay and appellate issues |
| 10/22/12 | PVL | 935.00 | 0.10 | Rv emails |
| 10/22/12 | ACM | 645.00 | 0.20 | Teleconference Grace claimant re status of case. |
| 10/23/12 | PVL | 935.00 | 1.90 | Tcn Donley, Frankel, Wyron, Felder et al (.4); tcn Shelnitz, Finke, Donley, Paul, Frankel, Wyron et al (1.0); rv emails re Jt. App. (.3); rv emails (.1); rv AMH motion (.1) |
| 10/24/12 | PVL | 935.00 | 0.20 | Rv email & reply |
| 10/25/12 | PVL | 935.00 | 0.60 | Rv draft warrant motion and emails re same (.2); rv emails & reply (.3); teleconf. Gettleman (.1) |
| 10/26/12 | PVL | 935.00 | 0.40 | Rv revised draft motion re warrant agmt and email comments (.3); rv emails & reply (.1) |
| 10/29/12 | PVL | 935.00 | 0.10 | Rv emails |
| 10/30/12 | PVL | 935.00 | 0.70 | Teleconf. Jones (.1); rv drafts of revised warrant motion and emails re same & reply (.5); rv emails (.1) |
| 10/31/12 | PVL | 935.00 | 0.30 | Rv emails (.1); teleconf. Horkovich (.1); rv 8-K (.1) |
| 10/31/12 | ACM | 645.00 | 0.10 | Send e-mail to P. Kraus re TDP. |

**Total Task Code   .17          30.30**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 29.32 |
| Database Research | 217.11 |
| Long Distance-Equitrac In-House | 2.52 |
| Pacer - Database Charges | 1.90 |
| **Total:** | **$ 250.85** |