**EXHIBIT B**

**Case Administration (1.60 Hours; $ 758.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        1.60**

**Claim Analysis Objection & Resolution (Asbestos) (.30 Hours; $ 280.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estate.

**Total Task Code .05        .30**

**Fee Applications, Applicant (6.70 Hours; $ 2,851.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12        6.70**

**Plan & Disclosure Statement (30.30 Hours; $ 28,624.00)**

Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17        30.30**