## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 29.32 |
| Database Research | 217.11 |
| Long Distance-Equitrac In-House | 2.52 |
| Pacer - Database Charges | 1.90 |
| **Total:** | **$ 250.85** |

| | | |
|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter     000** | **Disbursements** | 11/21/2012 |

Print Date/Time: 11/21/2012 10:16:37AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 10/31/2012

**Matter     000**
**Disbursements**

| | | | | |
|---|---|---|---|---|
| Bill Cycle:   Monthly | Style:    i1 | Start:   4/16/2001 | Last Billed :   10/15/2012 | 13,655 |

$4,806.34

Client Retainers Available         Committed to Invoices:        $0.00        Remaining:        $4,806.34

$3,939,283.73
Total Expenses Billed To Date        Billing Empl:        0120    Elihu  Inselbuch
                                     Responsible Empl:    0120    Elihu  Inselbuch
                                     Alternate Empl:      0120    Elihu  Inselbuch
                                     Originating Empl:    0120    Elihu  Inselbuch

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 29.32 | 0.00 | 29.32 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 221.53 | 0.00 | 221.53 |
| **Total Fees** | | | **0.00** | **250.85** | **0.00** | **250.85** |

**Detail Time / Expense by Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2901104 | Equitrac - Long Distance to 17135105638 | E | 10/04/2012 | 0999  C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| 2903857 | Equitrac - Long Distance to 13128623120 | E | 10/16/2012 | 0999  C&D | | 0.00 | $2.32 | | 0.00 | $2.32 | 2.36 |
| 2906388 | Federal Express -Delivery to T.Simpson, 9/27/12 (EI) | E | 10/25/2012 | 0120  EI | | 0.00 | $14.53 | | 0.00 | $14.53 | 16.89 |
| 2906438 | Federal Express -Delivery to T.Simpson, 10/17/12 | E | 10/26/2012 | 0120  EI | | 0.00 | $14.79 | | 0.00 | $14.79 | 31.68 |

| Client Number: | 4642 | | | Grace Asbestos Personal Injury Claimants | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | | **Disbursements** | | | | | | 11/21/2012 |

Print Date/Time: 11/21/2012 10:16:37AM

Attn:

(EI)                                                                                                                                       Invoice #

| | | | | | | C&D | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2906464 | Pacer Service Center -DC Office Database Research Qtrly. Svc., 7/1/12 - 9/30/12 | E | 10/26/2012 | 0999 | | | 0.00 | $1.90 | 0.00 | $1.90 | 33.58 |
| 2912458 | Equitrac - Long Distance to 14098424872 | E | 10/31/2012 | 0999 | | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 33.74 |
| 2914187 | Database Research - Westlaw by TEP October 3 | E | 10/31/2012 | 0999 | | C&D | 0.00 | $217.11 | 0.00 | $217.11 | 250.85 |

| | | | | |
|---|---|---|---|---|
| **Total Expenses** | | $250.85 | | $250.85 |
| | 0.00 | | 0.00 | |
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 250.85 | | 250.85 |
| Matter Total | 0.00 | 250.85 | 0.00 | 250.85 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $250.85 | | $250.85 |
| Prebill Total | 0.00 | $250.85 | 0.00 | $250.85 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 37,193.75 | 7,438.76 |
| 88,835 | 07/25/2012 | 41,566.50 | 8,313.31 |
| 89,295 | 08/20/2012 | 50,812.00 | 10,162.40 |
| 89,820 | 09/18/2012 | 28,956.50 | 5,791.30 |
| 90,312 | 10/15/2012 | 23,738.17 | 23,738.17 |
| | | 327,543.42 | 73,521.27 |