# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| November 13, 2012 | INVOICE:    251267 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 10/31/12**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/01/12 | Continue analysis of selected settlement and reimbursement agreements re: indemnification issues (.90); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.80). | W001 | GFF | 1.70 |
| 10/01/12 | Continued to analyze and research insurance policies, settlement and reimbursement agreements in connection with insolvent insurance companies, payments, indemnifications and follow form. | W001 | IF | 2.40 |
| 10/01/12 | Work on calculations needed for new settlement demands with historical data. | W001 | MG | 5.30 |
| 10/01/12 | Update damages calculations. | W001 | RMH | 0.80 |
| 10/01/12 | Review and analysis of insurance recovery and settlement summaries. | W001 | RYC | 2.00 |
| 10/02/12 | Revise memorandum discussing approach to settlement demand (.30) and communications with B. Horkovich and M. Garbowski re: status of latest analysis for settlement demand (.30). | W001 | DJN | 0.60 |
| 10/02/12 | Continue analysis of selected settlement and reimbursement agreements re: indemnification issues (1.70); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.70). | W001 | GFF | 2.40 |

{D0248345.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                                   MATTER:        100055.WRG01

November 13, 2012                                                                 INVOICE:             251267

MATTER:  CLAIMANTS COMMITTEE                                                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/02/12 | Continuing to analyze and research insurance policies, settlement and reimbursement agreements in connection with insolvent insurance companies, payments, indemnifications and follow form. | W001 | IF | 2.40 |
| 10/02/12 | Work on insolvent analysis and allocation. | W001 | MG | 2.30 |
| 10/02/12 | Work on allocations and calculations needed for new settlement demands with historical data. | W001 | MG | 5.30 |
| 10/02/12 | Attention to calculation of damages. | W001 | RMH | 1.20 |
| 10/02/12 | Continue review and analysis of insurance recovery and settlement summaries. | W001 | RYC | 1.80 |
| 10/03/12 | Review and revise time and expense entries, request backup for relevant expenses. | W011 | AHP | 1.60 |
| 10/03/12 | Revise memorandum discussing settlement approach to include M. Garbowski's comments. | W001 | DJN | 0.20 |
| 10/03/12 | Draft and revise insurance policy data spreadsheets (.30); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.70); continue analysis of selected settlement agreements re: indemnification issues (1.20). | W001 | GFF | 2.20 |
| 10/03/12 | Analyzed and researched insurance policies, settlement and reimbursement agreements in connection with insolvent insurance companies, payments, indemnifications and follow form. | W001 | IF | 2.40 |
| 10/03/12 | Work on allocations and calculations needed for new settlement demands with historical data. | W001 | MG | 5.60 |
| 10/04/12 | Begin drafting monthly fee application. | W011 | AHP | 0.90 |
| 10/04/12 | Additional analysis for settlement demand. | W001 | DJN | 0.90 |
| 10/04/12 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.10). | W001 | GFF | 1.90 |
| 10/04/12 | Work on allocations and calculations needed for new settlement demands with historical data. | W001 | MG | 5.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 13, 2012 | | INVOICE: | | 251267 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/04/12 | Attention to recalculation of settlement demands. | W001 | RMH | 2.40 |
| 10/05/12 | Continue analysis of selected settlement and reimbursement agreements re: indemnification issues (.90); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.20). | W001 | GFF | 2.10 |
| 10/05/12 | Continued to analyze and research insurance policies, settlement agreements and reimbursement agreements in connection with insolvent insurance companies, payment issues, indemnifications and follow form. | W001 | IF | 2.10 |
| 10/05/12 | Work on allocations and calculations needed for new settlement demands with historical data. | W001 | MG | 6.60 |
| 10/05/12 | Attention to settlement agreement. | W001 | RMH | 0.60 |
| 10/08/12 | Communications with B. Horkovich and M. Garbowski re: status of settlement demand. | W001 | DJN | 0.20 |
| 10/08/12 | Continue analysis of selected settlement and reimbursement agreements re: indemnification issues (.60); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.60). | W001 | GFF | 2.20 |
| 10/08/12 | Continued to analyze and research insurance policies, recent settlement agreements and reimbursement agreements in connection with indemnifications, payment issues and follow form. | W001 | IF | 2.80 |
| 10/08/12 | Work on allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 5.70 |
| 10/08/12 | Evaluation of insurance policy and settlement analysis in connection with post-confirmation insolvent insurance recovery. | W001 | RYC | 2.30 |
| 10/09/12 | Finish drafting monthly fee application and exhibit. | W011 | AHP | 1.40 |
| 10/09/12 | Attention to settlement demand (.40) and follow-up re: approach to prepetition claims breakdown (.40); continue to revise charts of claims data (.60). | W001 | DJN | 1.40 |

{D0248345.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| November 13, 2012 | | INVOICE: | 251267 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/09/12 | Continue analysis of selected reimbursement agreements re: indemnification issues (1.20); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.40). | W001 | GFF | 2.60 |
| 10/09/12 | Continued to analyze and review insurance policies re: following form, coverage in place agreements in connection with indemnifications, insolvents and payment issues. | W001 | IF | 2.90 |
| 10/09/12 | Reviewed new distribution information for insolvent scheme insurance company. | W001 | IF | 0.60 |
| 10/09/12 | Work on allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 6.30 |
| 10/09/12 | Attention to settlement (1.00). Attention to recalculation of damages (1.30). | W001 | RMH | 2.30 |
| 10/09/12 | Review and comment upon draft motion for approval of the settlement and the proposed order. | W001 | RYC | 1.30 |
| 10/10/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.40 |
| 10/10/12 | Analyzed and reviewed insurance policies and agreements re: following form, indemnifications, insolvents and payment issues. | W001 | IF | 2.70 |
| 10/10/12 | Work on allocations and calculations needed for new settlement demands with historical data including trigger time shift and emails D. Nolan re: same. | W001 | MG | 5.00 |
| 10/11/12 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.40 |
| 10/11/12 | Reviewed and analyzed excess insurance policies and settlement and coverage in place agreements re: indemnifications, following form, insolvents and various payment issues. | W001 | IF | 2.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                                MATTER:        100055.WRG01

November 13, 2012                                                                        INVOICE:             251267

MATTER:  CLAIMANTS COMMITTEE                                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/11/12 | Continue analysis of allocations and calculations needed for new settlement demands with historical data including trigger time shift and emails D. Nolan re: same. | W001 | MG | 5.20 |
| 10/11/12 | Review and comment upon draft Monthly Fee Application. | W011 | RYC | 0.60 |
| 10/12/12 | Communicate current status to R. Horkovich. | W011 | AHP | 0.20 |
| 10/12/12 | Communications with M. Garbowski re: comments to memo on settlement projections. | W001 | DJN | 0.10 |
| 10/12/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.10); continue analysis of selected reimbursement agreements re: indemnification issues (1.20). | W001 | GFF | 2.30 |
| 10/12/12 | Continued to review and analyze umbrella and excess insurance policies, settlements and coverage in place agreements re: indemnifications, follow form, insolvent insurance companies and payment issues. | W001 | IF | 2.60 |
| 10/12/12 | Perform calculations and develop allocation needed for new settlement demands with historical data including trigger time shift and emails D. Nolan re: same. | W001 | MG | 6.40 |
| 10/12/12 | Update and coordinate review of plan related insurance assets. | W001 | RYC | 1.70 |
| 10/15/12 | Begin preparing interim fee application. | W011 | AHP | 1.60 |
| 10/15/12 | Finalize and submit monthly fee application and exhibits. | W011 | AHP | 1.20 |
| 10/15/12 | Finalize draft of memorandum to Elihu Inselbuch addressing approach to crafting updated settlement demand and communications with B. Horkovich and M. Garbowski re: same. | W001 | DJN | 0.30 |
| 10/15/12 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.40 |

{D0248345.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 13, 2012 | | INVOICE: | | 251267 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/15/12 | Reviewed and analyzed excess insurance policies, coverage in place and settlement agreements re: insolvent insurance companies, indemnifications, following form language and payment issues. | W001 | IF | 2.60 |
| 10/15/12 | Work on allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 4.40 |
| 10/15/12 | Hearing with Judge Fitzgerald (0.50). Attention to damages analysis (1.70). | W001 | RMH | 2.20 |
| 10/15/12 | Follow-up in connection with review of plan related insurance policies and settlements. | W001 | RYC | 1.30 |
| 10/16/12 | Draft spreadsheet for interim figures and continue preparing interim application and exhibits. | W011 | AHP | 2.20 |
| 10/16/12 | Received request from K. Rozinski and searched in-house database re: Verdict Forms/Jury Instructions. | W001 | CKN | 0.60 |
| 10/16/12 | Continue review of selected reimbursement agreements re: indemnification issues (1.20); draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: (umbrella and excess) re: follow form and voluntary payments issues (.80). | W001 | GFF | 2.90 |
| 10/16/12 | Continued to analyze and review excess and umbrella insurance policies, reimbursement and settlement agreements re:  payment issues, insolvent insurance companies, indemnifications and follow form. | W001 | IF | 2.90 |
| 10/16/12 | Attention to locating orders from other 524(g) bankruptcies in connection with claims resolution procedures (.60); review hearing transcripts as requested and preparation of same (1.10). | W001 | KGR | 1.70 |
| 10/16/12 | Work on allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 4.20 |
| 10/16/12 | Attention to damages analysis. | W001 | RMH | 4.20 |

{D0248345.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:       100055.WRG01

November 13, 2012                                                        INVOICE:            251267

MATTER:  CLAIMANTS COMMITTEE                                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/16/12 | Research and analysis in connection with insurance impact of 524(g) trusts' obligation to pay the full amount of the allowed liquidated value pursuant to trust distribution procedures. | W001 | RYC | 4.80 |
| 10/17/12 | Additional revisions to interim fee application after cash receipts (.60); Communication with R. Chung re: interim fee application (.20). | W011 | AHP | 0.80 |
| 10/17/12 | Assisted K. Rozinski with research re: claims resolution procedures. | W001 | CKN | 1.40 |
| 10/17/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (2.30); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.10 |
| 10/17/12 | Analyzed and continued to review umbrella and excess insurance policies, reimbursement agreements and settlement agreements re: payment issues, indemnifications, insolvent insurance companies and following form language. | W001 | IF | 2.70 |
| 10/17/12 | Review pleadings for orders from other 524(g) bankruptcies per R. Chung request (1.80); preparation of binder of same (1.60); locate insurance case decisions and jury verdict (.80). | W001 | KGR | 4.20 |
| 10/17/12 | Work on allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 4.60 |
| 10/17/12 | Respond to Elihu Inselbuch inquiries regarding matrix/allowed liquidated value. | W001 | RMH | 2.30 |
| 10/17/12 | Follow-up research and review of cases evaluating insurance impact of allowed liquidated values and Trust's claims resolution procedures. | W001 | RYC | 4.40 |
| 10/18/12 | Review emails and fee application to follow up with W. R. Grace Accounting Department re: discrepancy. | W011 | AHP | 0.30 |
| 10/18/12 | Continue review of selected settlement and reimbursement agreements re: indemnification and "subject policies issues" (1.80); draft and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 2.90 |

{D0248345.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                     MATTER:        100055.WRG01

November 13, 2012                                   INVOICE:           251267

MATTER: CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/18/12 | Analyzed excess and umbrella insurance policies, coverage in place agreements and settlement agreements re: indemnifications, payment issues, policy language, insolvent insurance companies and following form language. | W001 | IF | 2.80 |
| 10/18/12 | Work on old claims database for allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 6.30 |
| 10/18/12 | Attention to damages analysis (1.30).  Confer with Mr. Elihu Inselbuch regarding insurance case approval of matrix (0.30). | W001 | RMH | 1.60 |
| 10/18/12 | Review and analysis of case files from other insurance coverage cases in handling and evaluating insurance impact of Bankruptcy Plan. | W001 | RYC | 3.80 |
| 10/18/12 | Attention to inquiry from debtor in connection with fee application. | W001 | RYC | 0.40 |
| 10/19/12 | Continue analysis of selected settlement and reimbursement agreements re: indemnification and released policy issues (1.30); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.40). | W001 | GFF | 2.70 |
| 10/19/12 | Continued to review excess insurance policies, reimbursement agreements and settlement agreements re:  insolvents, indemnifications, payment issues, policy language and following form language. | W001 | IF | 2.70 |
| 10/19/12 | Work on old claims database for allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 4.80 |
| 10/19/12 | Attention to payment by KWELM of over $1.1 million (.60); Attention to damages calculations (.80). | W001 | RMH | 1.40 |
| 10/19/12 | Review and follow-up regarding insolvent insurance documentation analysis. | W001 | RYC | 2.60 |

{D0248345.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:         100055.WRG01

November 13, 2012                                       INVOICE:            251267

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/22/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.20); continue analysis of settlement and reimbursement agreements re: indemnification and "subject policies" issues (1.60). | W001 | GFF | 2.80 |
| 10/22/12 | Received and reviewed updated information from KWELM re: distribution. | W001 | IF | 0.60 |
| 10/22/12 | Analyzed umbrella and excess insurance policies, settlement agreements re: indemnifications, insolvent insurance companies, payment issues, policy language and follow form. | W001 | IF | 2.40 |
| 10/22/12 | Work on old claims database for allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 4.60 |
| 10/22/12 | Continue policy summary review and analysis in connection with insolvent insurance documentation analysis. | W001 | RYC | 1.60 |
| 10/23/12 | Finalize and release interim fee application. | W011 | AHP | 1.30 |
| 10/23/12 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected settlement and reimbursement agreements re: "subject policies" issues (1.90). | W001 | GFF | 2.60 |
| 10/23/12 | Continued to study excess insurance policies, settlement and coverage in place agreements re: insolvents, indemnifications, payment issues, policy language and following form. | W001 | IF | 2.70 |
| 10/23/12 | Continue work on old claims database for allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 6.20 |
| 10/24/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.40); continue analysis of selected settlement agreements re: "subject policies" issues (1.30). | W001 | GFF | 2.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 13, 2012 | | INVOICE: | | 251267 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/24/12 | Analyzed excess insurance policies, cost sharing and settlement agreements re: indemnification, insolvents, payment issues, follow form language and policy language. | W001 | IF | 2.40 |
| 10/24/12 | Received and reviewed updated information from insurance company re: distribution. | W001 | IF | 0.70 |
| 10/24/12 | Continue work on old claims database for allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 3.80 |
| 10/25/12 | Continue analysis of selected settlement and reimbursement agreements re: "subject policies" issues. | W001 | GFF | 1.90 |
| 10/25/12 | Continued to review excess and umbrella insurance policies and settlement agreements re: indemnifications, insolvent insurance companies, payment issues, follow form and policy language. | W001 | IF | 1.40 |
| 10/25/12 | Perform analysis of claim for specific insurance company. | W001 | MG | 2.20 |
| 10/25/12 | Continue work on old claims database for allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 2.20 |
| 10/25/12 | Request for settlement demand from London Market companies. | W001 | RMH | 0.50 |
| 10/26/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (.90); continue analysis of selected settlement agreements re: "subject policies" issues (.80). | W001 | GFF | 1.70 |
| 10/26/12 | Analyzed umbrella and excess policies and settlement and reimbursement agreements re: indemnifications, insolvents, payment issues, follow form and policy language. | W001 | IF | 2.20 |
| 10/26/12 | Work on allocation and analysis for claim for insurance company. | W001 | MG | 4.60 |

{D0248345.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| November 13, 2012 | | INVOICE: | 251267 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/29/12 | Continue work on allocation and analysis for claim for insurance company. | W001 | MG | 5.20 |
| 10/30/12 | Continue work on allocation and analysis for claim for insurance company. | W001 | MG | 5.30 |
| 10/30/12 | Review of recently received pleadings and ongoing scheduling matters. | W001 | RYC | 0.50 |
| 10/31/12 | Reviewed excess insurance policies and settlement agreements re:  indemnifications, payment issues, following form and policy language. | W001 | IF | 1.10 |
| 10/31/12 | Work on allocation and analysis of claim for insurance company. | W001 | MG | 6.20 |

**TOTAL FEES:** **$153,229.00**

{D0248345.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:          100055.WRG01

November 13, 2012                                                          INVOICE:              251267

MATTER:  CLAIMANTS COMMITTEE                                     ROBERT M. HORKOVICH


**FEE SUMMARY**

|                    | RATE   | HOURS  | TOTALS      |
|--------------------|--------|--------|-------------|
| Arline H Pelton    | 260.00 | 11.50  | 2,990.00    |
| Corina K Nastu     | 235.00 | 2.00   | 470.00      |
| Dennis J. Nolan    | 480.00 | 3.70   | 1,776.00    |
| Glenn F Fields     | 355.00 | 47.90  | 17,004.50   |
| Izak Feldgreber    | 305.00 | 50.90  | 15,524.50   |
| Karen G Rozinski   | 260.00 | 5.90   | 1,534.00    |
| Mark Garbowski     | 625.00 | 124.10 | 77,562.50   |
| Robert M Horkovich | 895.00 | 19.50  | 17,452.50   |
| Robert Y Chung     | 650.00 | 29.10  | 18,915.00   |
| **TOTAL FEES:**    |        |        | **$153,229.00** |

{D0248345.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:       100055.WRG01

November 13, 2012                                       INVOICE:         251267

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

### SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001       Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Corina K Nastu | 2.00 | 470.00 |
| Dennis J. Nolan | 3.70 | 1,776.00 |
| Glenn F Fields | 47.90 | 17,004.50 |
| Izak Feldgreber | 50.90 | 15,524.50 |
| Karen G Rozinski | 5.90 | 1,534.00 |
| Mark Garbowski | 124.10 | 77,562.50 |
| Robert M Horkovich | 19.50 | 17,452.50 |
| Robert Y Chung | 28.50 | 18,525.00 |
| **TOTAL:** | **282.50** | **$149,849.00** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 11.50 | 2,990.00 |
| Robert Y Chung | 0.60 | 390.00 |
| **TOTAL:** | **12.10** | **$3,380.00** |

{D0248345.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| November 13, 2012 | INVOICE: | 251267 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

### COSTS through 10/31/12

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/28/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/01/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/01/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/08/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/10/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/11/12 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 10/11/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/11/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/12/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/15/12 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 10/16/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/17/12 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 10/17/12 | DI - PHOTOCOPYING - | E101 | 73.20 |
| 10/17/12 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 10/17/12 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 10/17/12 | DI - PHOTOCOPYING - | E101 | 14.30 |
| 10/18/12 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 10/19/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/23/12 | COURT CLL REFUND - INV#4683541 | | (30.00) |
| 10/23/12 | COURT CALL REFUND - INV#4683530 | | (30.00) |
| 10/23/12 | DI - PHOTOCOPYING - | E101 | 15.00 |
| 10/23/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/25/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/29/12 | DI - PHOTOCOPYING - | E101 | 1.60 |

**TOTAL COSTS:**                                                                                                          **$51.80**

{D0248345.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

November 13, 2012                                  INVOICE:        251267

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| TE | AP - TELEPHONE - | (60.00) |
| XE | DI - PHOTOCOPYING - | 111.80 |
|  | **TOTAL COSTS:** | **$51.80** |
|  | **TOTAL DUE:** | **$153,280.80** |

{D0248345.1 }