Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2012 through October 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 05-Oct-12 | BR | Review of memorandum from counsel to the ACC. | 0.20 | $650.00 | $ 130.00 |
| 08-Oct-12 | BR | Review of confidential document at request of counsel to the ACC. | 0.40 | $650.00 | $ 260.00 |
| 09-Oct-12 | BR | Review of monthly financial report for August 2012. | 1.40 | $650.00 | $ 910.00 |
| 10-Oct-12 | BR | Review of memorandum from counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 15-Oct-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| | | Total Bradley Rapp | 2.20 | | $ 1,430.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 05-Oct-12 | JS | Review memorandum from ACC counsel (Inselbuch) regarding terms of the financial agreement between Debtor and ACC/FCR for purposes of advising ACC counsel. | 0.30 | $650.00 | $ 195.00 |
| 09-Oct-12 | JS | Review draft from counsel of financial agreement for comment. | 2.40 | $650.00 | $ 1,560.00 |
| 09-Oct-12 | JS | Review for comment revised draft from counsel of financial agreement. | 1.30 | $650.00 | $ 845.00 |
| 09-Oct-12 | JS | Review comments from ACC counsel (Inselbuch and Lockwood), write response to FCR financial adviser (Radecki). | 0.80 | $650.00 | $ 520.00 |
| 15-Oct-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 23-Oct-12 | JS | Review Piper Jaffray equity research report on Grace, new analyst coverage, for monitoring and valuation. | 2.20 | $650.00 | $ 1,430.00 |
| 24-Oct-12 | JS | Review 3rd Quarter 2012 Earnings Release and 3rd Quarter 2012 Business | 2.30 | $650.00 | $ 1,495.00 |
| | | Total James Sinclair | 10.00 | | $ 6,500.00 |
| **Peter Cramp - Associate** | | | | | |
| 01-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 09-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $360.00 | $ 468.00 |
| 15-Oct-12 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.30 | $360.00 | $ 828.00 |
| 17-Oct-12 | PC | Review equity research reports, email to J. Sinclair. | 1.80 | $360.00 | $ 648.00 |
| 22-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 24-Oct-12 | PC | Telephonic participation in third quarter earnings webcast for due diligence and monitoring. | 0.70 | $360.00 | $ 252.00 |
| 24-Oct-12 | PC | Review third quarter earnings release. | 1.30 | $360.00 | $ 468.00 |
| 24-Oct-12 | PC | Review third quarter Business Outlook for due diligence. | 0.80 | $360.00 | $ 288.00 |
| 29-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| 31-Oct-12 | PC | Review transcript of third quarter earnings call and email to J. Sinclair. | 1.10 | $360.00 | $ 396.00 |
| 31-Oct-12 | PC | Email E. Inselbuch and P. Lockwood regarding third quarter earnings and 2012 full-year outlook. | 1.30 | $360.00 | $ 468.00 |
| | | Total Peter Cramp | 15.70 | | $ 5,652.00 |
| **Gibbons Sinclair - Associate** | | | | | |
| 31-Oct-12 | GS | Draft September 2012 Fee Statement. | 1.00 | $ 360.00 | $ 360.00 |
| | | Total Gibbons Sinclair | 1.00 | | $ 360.00 |
| | | **TOTAL** | 28.90 | | $ 13,942.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2012 through October 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 01-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 09-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $360.00 | $ 468.00 |
| 15-Oct-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 15-Oct-12 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.30 | $360.00 | $ 828.00 |
| 22-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 24-Oct-12 | PC | Telephonic participation in third quarter earnings webcast for due diligence and monitoring. | 0.70 | $360.00 | $ 252.00 |
| 29-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| | | Total Asset Analysis and Recovery | 10.10 | | $ 3,839.00 |
| **Case Administration** | | | | | |
| 05-Oct-12 | BR | Review of memorandum from counsel to the ACC. | 0.20 | $650.00 | $ 130.00 |
| 08-Oct-12 | BR | Review of confidential document at request of counsel to the ACC. | 0.40 | $650.00 | $ 260.00 |
| 09-Oct-12 | JS | Review comments from ACC counsel (Inselbuch and Lockwood), write response to FCR financial adviser (Radecki). | 0.80 | $650.00 | $ 520.00 |
| 10-Oct-12 | BR | Review of memorandum from counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 15-Oct-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 24-Oct-12 | JS | Review 3rd Quarter 2012 Earnings Release and 3rd Quarter 2012 Business Update for monitoring and valuation. | 2.30 | $650.00 | $ 1,495.00 |
| 24-Oct-12 | PC | Review third quarter earnings release. | 1.30 | $360.00 | $ 468.00 |
| 24-Oct-12 | PC | Review third quarter Business Outlook for due diligence. | 0.80 | $360.00 | $ 288.00 |
| 31-Oct-12 | PC | Review transcript of third quarter earnings call and email to J. Sinclair. | 1.10 | $360.00 | $ 396.00 |
| 31-Oct-12 | PC | Email E. Inselbuch and P. Lockwood regarding third quarter earnings and 2012 full-year outlook. | 1.30 | $360.00 | $ 468.00 |
| | | Total Case Administration | 8.40 | | $ 4,155.00 |
| **Fee Applications (Applicant)** | | | | | |
| 31-Oct-12 | GS | Draft September 2012 Fee Statement. | 1.00 | $ 360.00 | $ 360.00 |
| | | Total Fee Applications (Applicant) | 1.00 | | $ 360.00 |
| **Plan and Disclosure Statement** | | | | | |
| 05-Oct-12 | JS | Review memorandum from ACC counsel (Inselbuch) regarding terms of the financial agreement between Debtor and ACC/FCR for purposes of advising ACC counsel. | 0.30 | $650.00 | $ 195.00 |
| 09-Oct-12 | JS | Review draft from counsel of financial agreement for comment. | 2.40 | $650.00 | $ 1,560.00 |
| 09-Oct-12 | JS | Review for comment revised draft from counsel of financial agreement. | 1.30 | $650.00 | $ 845.00 |
| | | Total Plan and Disclosure Agreement | 4.00 | | $ 2,600.00 |
| **Valuation** | | | | | |
| 09-Oct-12 | BR | Review of monthly financial report for August 2012. | 1.40 | $650.00 | $ 910.00 |
| 17-Oct-12 | PC | Review equity research reports, email to J. Sinclair. | 1.80 | $360.00 | $ 648.00 |
| 23-Oct-12 | JS | Review Piper Jaffray equity research report on Grace, new analyst coverage, for monitoring and valuation. | 2.20 | $650.00 | $ 1,430.00 |
| | | Total Valuation | 5.40 | | $ 2,988.00 |
| | | **TOTAL** | **28.90** | | **$ 13,942.00** |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2012 through October 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.20 | $ 650.00 | $ 1,430.00 |
| James Sinclair - Senior Managing Director | 10.00 | $ 650.00 | $ 6,500.00 |
| Peter Cramp - Associate | 15.70 | $ 360.00 | $ 5,652.00 |
| Gibbons Sinclair - Associate | 1.00 | $ 360.00 | $ 360.00 |
| Total Professional Hours and Fees | 28.90 | | $ 13,942.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - October 1, 2012 through October 31, 2012

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period. |        |
|      | Total Expenses October 1, 2012 through October 31, 2012 | $0.00 |