Date: 11/28/12          Legal Analysis Systems, Inc.
Time: 3:00pm                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                           HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
10/17/12  Peterson  / (01) Meetings_with_committee/counsel    1.3   1040.00
#9005     Draft memo to Inselbuch on expected annual payments  800.00

10/18/12  Peterson  / (01) Meetings_with_committee/counsel    0.7    560.00
#9009     Revise draft memo to Inselbuch on expected annual   800.00
          payments

Date: 11/28/12           Legal Analysis Systems, Inc.
Time: 3:00pm                                                        Page 2

              W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/09/12 | Relles   / (12) Data_analysis/estimation/reports | 1.2 | 648.00 |
| #9202 | Model arrival of filings at a new trust | 540.00 | |
| 10/10/12 | Relles   / (12) Data_analysis/estimation/reports | 0.9 | 486.00 |
| #9204 | Revise model for arrivals of filings at a new trust | 540.00 | |
| 10/18/12 | Peterson   / (12) Data_analysis/estimation/reports | 0.3 | 240.00 |
| #9007 | Review impacts of sequencing adjustments on annual payments | 800.00 | |
| 10/18/12 | Peterson   / (12) Data_analysis/estimation/reports | 0.2 | 160.00 |
| #9008 | Review payments under alternative payment percentages | 800.00 | |

```
Date: 11/28/12            Legal Analysis Systems, Inc.
Time: 3:00pm                                              Page 3

            W. R. Grace


Date/Slip# Description                        HOURS/RATE   AMOUNT
------------------------------------------------------------------
10/07/12  Relles    / (23) Claims_resolution_procedures/faciliti  1.8    972.00
#9201     Estimate early arrivals at the Trust         540.00

10/09/12  Peterson  / (23) Claims_resolution_procedures/faciliti  0.6    480.00
#9001     Telephone Inselbuch (.3) and Relles (.3) re: timing  800.00
          of Trust payments

10/09/12  Relles    / (23) Claims_resolution_procedures/faciliti  0.3    162.00
#9203     Telephone Peterson re: timing of Trust payments  540.00

10/10/12  Peterson  / (23) Claims_resolution_procedures/faciliti  1.0    800.00
#9002     Telephone Relles (.4) and review forecasted timing  800.00
          of Trust payments to claimants (.6)

10/10/12  Peterson  / (23) Claims_resolution_procedures/faciliti  0.8    640.00
#9003     Telephone Relles (.3) review further analyses of  800.00
          timing of Trust payments to claimants (.5)

10/10/12  Relles    / (23) Claims_resolution_procedures/faciliti  0.4    216.00
#9205     Telephone Peterson and review forecasted timing of  540.00
          Trust payments to claimants

10/10/12  Relles    / (23) Claims_resolution_procedures/faciliti  0.3    162.00
#9206     Telephone Peterson review further analyses of timing  540.00
          of Trust payments to claimants

10/16/12  Peterson  / (23) Claims_resolution_procedures/faciliti  0.8    640.00
#9004     Telephone Relles (.3) re: forecasted Trust payments;  800.00
          review analysis (.5)

10/16/12  Relles    / (23) Claims_resolution_procedures/faciliti  1.6    864.00
#9207     Develop additional models for the timing of Trust  540.00
          payments

10/16/12  Relles    / (23) Claims_resolution_procedures/faciliti  0.3    162.00
#9208     Telephone Peterson re: forecasted Trust payments  540.00

10/18/12  Peterson  / (23) Claims_resolution_procedures/faciliti  0.3    240.00
#9006     Participate in telephone conversation with Relles  800.00
          and Inselbuch re: Trust payments

10/18/12  Relles    / (23) Claims_resolution_procedures/faciliti  0.3    162.00
#9209     Participate in telephone conversation with Peterson  540.00
```

and Inselbuch re: Trust payments

Date: 11/28/12          Legal Analysis Systems, Inc.
Time: 3:00pm                                                    Page 4

          W. R. Grace

Date/Slip# Description                              HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 10/18/12  Relles    / (23) Claims_resolution_procedures/faciliti  0.8   432.00
 #9210     Develop forecasts of payments by the Trust        540.00
--------------------------------------------------------------------------------

```
Date: 11/28/12          Legal Analysis Systems, Inc.
Time: 3:00pm                                             Page 5

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                  October 2012 - October 2012

MONTH        ACTIVITY                              HOURS     AMOUNT
------------------------------------------------------------------
October    - (01) Meetings_with_committee/counsel    2.0    1600.00
October    - (12) Data_analysis/estimation/reports   2.6    1534.00
October    - (23) Claims_resolution_procedures/facilitie  9.3   5932.00
October    - (99) Total                              13.9    9066.00


Total      - (01) Meetings_with_committee/counsel    2.0    1600.00
Total      - (12) Data_analysis/estimation/reports   2.6    1534.00
Total      - (23) Claims_resolution_procedures/facilitie  9.3   5932.00
Total      - (99) Total                              13.9    9066.00


------------------------------------------------------------------------
```

```
Date: 11/28/12          Legal Analysis Systems, Inc.
Time: 3:00pm                                              Page 6

          W. R. Grace

          Summary Of Time Charges, By Month and Person
                 October 2012 - October 2012
```

| MONTH   | PERSON      | HOURS | AMOUNT  |
|---------|-------------|-------|---------|
| October | - Relles    | 7.9   | 4266.00 |
| October | - Peterson  | 6.0   | 4800.00 |
| October | - Total     | 13.9  | 9066.00 |
|         |             |       |         |
| Total   | - Relles    | 7.9   | 4266.00 |
| Total   | - Peterson  | 6.0   | 4800.00 |
| Total   | - Total     | 13.9  | 9066.00 |

```
Date: 11/28/12          Legal Analysis Systems, Inc.
Time: 3:00pm                                          Page 7

            W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                October 2012 - October 2012
```

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| **(01) Meetings_with_committee/counsel** | | | | |
| October | - Peterson | 2.0 | 800. | 1600.00 |
| **(12) Data_analysis/estimation/reports** | | | | |
| October | - Relles | 2.1 | 540. | 1134.00 |
| October | - Peterson | 0.5 | 800. | 400.00 |
| **(23) Claims_resolution_procedures/facilities** | | | | |
| October | - Relles | 5.8 | 540. | 3132.00 |
| October | - Peterson | 3.5 | 800. | 2800.00 |