**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                              Oct. 1      to      Oct. 31, 2012

Inv. #          45521

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 6.40 | 1,962.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 216.00 |
| B18 | Fee Applications, Others - | 1.20 | 225.00 |
| B25 | Fee Applications, Applicant - | 1.80 | 363.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.90 | 324.00 |
| B36 | Plan and Disclosure Statement - | 1.00 | 319.50 |
| B37 | Hearings - | 2.00 | 720.00 |
| | **Total** | **13.90** | **$4,129.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 300.00 | 1.10 | 330.00 |
| Regina Matozzo | 225.00 | 2.10 | 472.50 |
| Theodore J. Tacconelli | 360.00 | 8.20 | 2,952.00 |
| Paralegal - MAG | 150.00 | 0.30 | 45.00 |
| Legal Assistant - KC | 150.00 | 2.20 | 330.00 |
| **Total** | | **13.90** | **$4,129.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                           **$121.60**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-12 | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| Oct-02-12 | *Case Administration* - Review Amended 2019 Statement filed by David Law Firm | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review CIM Urban Reit 211 Main St.'s Motion for Leave to File Reply with attachments | 0.40 | TJT |
| Oct-03-12 | *Case Administration* - Review main docket re: status for week ending 10/2/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Review BNSF's Motion to Dismiss Appeal no. 12-2917 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review modified order granting CIM Urban Reit 211 Main St.'s Motion for Leave to File Reply | 0.10 | TJT |
| | *Fee Applications, Applicant* - Finalize and prepare invoice as exhibit to August 2012 fee application | 0.20 | KC |
| | *Fee Applications, Applicant*- Draft August 2012 fee application, notice and cos; to LLC for review | 0.30 | KC |
| | *Fee Applications, Others* - Email to L. Flores re: status of Bilzin monthly fee app for August 2012 | 0.10 | KC |
| Oct-04-12 | *Fee Applications, Applicant* - Review August 2012 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review case management memo re: week ending 10-2-2012 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Order dismissing Appeal no. 12-2917 | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/28 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare August 2012 fee app for filing; efile and service of same | 0.30 | KC |
| Oct-05-12 | *Case Administration* - Review notice of agenda re: 10-15-2012 hearing | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Oct-06-12 | *Hearings* - Review Agenda for 10/15 hearing | 0.10 | TJT |
| | *Case Administration* - Review Notice of Request for Removal from Service List re: Archer & Greiner | 0.10 | TJT |
| Oct-08-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Reply to objection by Main Plaza filed by CIM Urban Reit 211 Main St. | 0.40 | TJT |
| Oct-09-12 | *Fee Applications, Others* - Trade emails with KC re: status of Bilzin August fee app | 0.10 | LLC |
| | *Case Administration* - Review order approving quarterly fee apps for the 44th Period and forward same to KC | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Order by Judge Buckwalter dismissing appeal 09-766 | 0.10 | TJT |
| | *Case Administration* - Review 17th Supplemental Declaration by Orrick | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration*  - Review order approving 44th Interim Period Quarterly Fee apps | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* - Email to and from LLC re: status of Bilzin August 2012 monthly fee app | 0.10 | KC |
|  | *Case Administration* - Email from LLC with attached Order approving 44th Quarterly fee app | 0.10 | KC |
| Oct-10-12 | *Case Administration* - Review 31st Supplemental Declaration by K& E | 0.10 | TJT |
| Oct-11-12 | *Case Administration* - Review Amended 2019 Statement filed by Lipsitz & Ponterio | 0.10 | TJT |
|  | *Fee Applications, Others* - Additional e-mail to L. Flores re: Bilzin August 2012 fee app status | 0.10 | KC |
|  | *Fee Applications, Others* - Response e-mail from L. Flores re: Bilzin August 2012 fee app | 0.10 | KC |
| Oct-12-12 | *Case Administration* - Review Debtor's Statement of amounts paid to OCP | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review MCC's Motion to Dismiss Appeal 12-2967 | 0.10 | TJT |
|  | *Fee Applications, Others* - Draft Bilzin August monthly fee app for filing; to LLC for review | 0.20 | KC |
| Oct-13-12 | *Case Administration* - Review 2019 Statement filed by Goldenberg Heller | 0.10 | TJT |
|  | Hearings - Review matters on agenda for 10/15 hearing | 1.20 | TJT |
| Oct-15-12 | *Case Administration* - Review case management memo re: week ending 10-12-2012 | 0.10 | LLC |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 10/12/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Case Administration* - Review Case Status memo for week ending 10/12 | 0.10 | TJT |
|  | *Hearings* - Prepare for and attend Bankruptcy Court | 0.70 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: results of hearing today | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: hearing transcript | 0.10 | TJT |
| Oct-16-12 | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Substitution of Counsel filed by Lawson Electric Co. | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Dismissal of Appeal by BNSF re: appeal 09-763 | 0.10 | TJT |
| Oct-17-12 | *Case Administration* - Review two miscellaneous certificates of no objection   filed by Debtors | 0.10 | TJT |
| Oct-18-12 | *Fee Applications, Others* - Review Bilzin August 2012 fee app for filing and confer with M. Guggenberger re: same | 0.20 | LLC |
|  | *Case Administration* - Review Debtor's Motion to Approve Settlement with Dairyland Ins. Co with attachments | 0.80 | TJT |
|  | *Fee Applications, Others* - E file and service of Bilzin August 2012 fee app | 0.30 | MAG |
| Oct-19-12 | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: Omnibus hearing in November | 0.20 | TJT |

| Invoice #: | 45521 | Page 4 | Oct. 1- Oct. 31, 2012 | | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Oct-22-12 | *Case Administration* - Review case management memo re: week ending 10-19-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 10/19/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 10/19 | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: Main Plaza proposed Order re: Objection to Notice of Transfer of Claim | 0.20 | TJT |
| Oct-23-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review order re: Objection by Main Plaza to Notice of Transfer of Claim | 0.10 | TJT |
| Oct-24-12 | *Plan and Disclosure Statement* - Review AMH's Motion to Extend time to File Opening Brief re: appeal 12-2923 | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Amend OCP Cap for SC&H Consulting | 0.20 | TJT |
| Oct-25-12 | *Plan and Disclosure Statement* - Review order granting AMH's Motion to Extend Time to File Opening Brief re: appeal 12-2923 | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli (10-23) re: case status; follow up re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft prebill for Sept. 2012 fee app; to TJT for review | 0.20 | KC |
| Oct-26-12 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Confer with LLC re: status of confirmation appeals and status of case | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to August 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft CNO to August 2012 fee app; to LLC for review | 0.20 | KC |
| Oct-27-12 | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce September prebill | 0.30 | TJT |
| Oct-30-12 | Committee, Creditors', Noteholders' or -Review correspondence from committee member re: hearing transcript | 0.10 | TJT |
| Oct-31-12 | *Fee Applications, Applicant* - Review CNO re: August 2012 monthly fee app for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: hearing transcript | 0.10 | TJT |
| | Totals | 13.90 | |

**DISBURSEMENTS**

| Date | Description | | Amount |
|---|---|---|---:|
| Oct-02-12 | Photocopy Cost | | 1.20 |
| Oct-03-12 | Photocopy Cost | | 0.60 |
| | Photocopy Cost | | 0.70 |
| | Photocopy Cost | | 0.70 |
| Oct-04-12 | Photocopy Cost | | 3.20 |
| Oct-08-12 | Photocopy Cost | | 1.10 |
| Oct-12-12 | Photocopy Cost | | 0.90 |
| Oct-13-12 | Photocopy Cost | | 8.60 |
| | Photocopy Cost | | 1.10 |
| | Photocopy Cost | | 1.90 |
| | Photocopy Cost | | 1.10 |
| Oct-15-12 | Photocopy Cost | | 0.60 |
| Oct-19-12 | Cost Advance - | First State Deliveries - hand delivery | 7.50 |
| Oct-25-12 | Cost Advance - | Pacer Service Center - 7/1/12-9/30/12 (TJT) Account # FJ0093 | 25.40 |
| | Cost Advance - | Pacer Service Center - 7/1/12-9/30/12 (RSM) Account # FJ0091 | 15.80 |
| | Cost Advance - | Pacer Service Center - 7/1/12-9/30/12 (RM) Account # FJ0497 | 49.70 |
| Oct-26-12 | Photocopy Cost | | 0.50 |
| | Photocopy Cost | | 1.00 |
| | Totals | | $121.60 |

**Total Fees & Disbursements**     **$4,251.10**