IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: Weds. Dec. 26, 2012 at 4:00p.m.** |
| | ) | **Hearing Date: Mon., March 25, 2013 at 9:00 a.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE 2002 SERVICE LIST

PLEASE TAKE NOTICE that Bilzin Sumberg Baena Price & Axelrod LLP, Inc., has filed its Forty-Sixth Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2012 through September 30, 2012.

PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of $9,466.00 and reimbursement of expenses in the amount of $123.40.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before **December 26, 2012 at 4:00 p.m.** prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE  JUDITH K. FITZGERALD ON MARCH 25, 2013 at 9:00 a.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   December 5, 2012          BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                   Counsel to the Official Committee of Asbestos
                                   Property Damage Claimants
                                   1450 Brickell Avenue, Suite 2300
                                   Miami, Florida 33131
                                   Telephone:  (305) 374-7580
                                   Facsimile: (305) 374-7593

                                   By:     /s/Jay M. Sakalo
                                         Scott L. Baena (Admitted Pro Hac Vice)
                                         Jay M. Sakalo (Admitted Pro Hac Vice)

                                         -and-