**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
JULY 1, 2012 THROUGH SEPTEMBER 30, 2012**

1. **Case Administration – 15537 – 6.8 hours ($1,496.50)**

   This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

   The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

   During the Application Period, the Applicant spent time tracking and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Applicant's Fee Applications – 15543 – 7.80 hours ($2,109.50)**

   This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

3. **Hearings – 15544 – 1.40 hours ($770.00)**

   This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant reviewed the hearing agendas and documents for same.

7. **Debtors' Business Operations – 15538 –.50 hours ($275.00)**

   During the Application Period, the Applicant reviewed the post-confirmation operating report and correspondence regarding Debtors' business realignment.

8. **Claims Analysis, Objection/Resolution – 15545 –1.4 hours ($770.00)**

During the Application Period, the Applicant reviewed the motion to modify the Rule 2019 order and the revised order regarding 2019 statements. Additionally, Applicant reviewed discovery responses.

9. **Plan and Disclosure - 15554 - 7.30 hours ($4,045.00)**

During the Application Period, the Applicant attended to emails with PD Committee members regarding plan confirmation questions and appeals. In addition, the Applicant reviewed motion to stay at the 3rd Circuit filed by Garlock and replies and objections with respect to same. The Applicant further reviewed the designation of record on appeal and issues on appeal and the order denying the motion for reconsideration based on the Owens Corning decision from the 3rd Circuit filed by Anderson Memorial.