**EXHIBIT C**



August 8, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  218133

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH July 31, 2012

### CLIENT SUMMARY

**BALANCE AS OF- 07/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $616.50 | $94.68 | $711.18 |
| **.15543 -** 07 - Applicant's Fee Application | $405.00 | $0.00 | $405.00 |
| **.15544 -** 08 - Hearings | $165.00 | $0.00 | $165.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $330.00 | $0.00 | $330.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $3,300.00 | $0.00 | $3,300.00 |
| *Client Total* | *$4,816.50* | *$94.68* | *$4,911.18* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 6.90 | $550.00 | $3,795.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Donaire, Gloria | 2.10 | $220.00 | $462.00 |
| Flores, Luisa M | 1.40 | $235.00 | $329.00 |
| Varela, Ana Carolina | 0.50 | $215.00 | $107.50 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$4,816.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $2.28 |
| Pacer - Online Services | $89.20 |
| Copies | $3.20 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$94.68** |

*TOTAL BALANCE DUE THIS PERIOD* **$4,911.18**

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 07/02/12 | ACV | 0.20 | 43.00 | Review and analyze docket activity and email J. Sakalo thereon (.1); obtain requested pleadings (.1). |
| 07/03/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district and bankruptcy court cases and email J. Sakalo thereon. |
| 07/05/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district court and bankruptcy court cases and email J. Sakalo thereon. |
| 07/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email J. Sakalo thereon. |
| 07/09/12 | GD | 0.20 | 44.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #01-01139 & W.R. Grace & Co., et al. #11-00199. |
| 07/10/12 | GD | 0.20 | 44.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #01-01139 & W.R. Grace & Co., et al. #11-00199. |
| 07/11/12 | LMF | 0.20 | 47.00 | Confirm cancellation of omnibus hearing. |
| 07/11/12 | GD | 0.20 | 44.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/12/12 | GD | 0.20 | 44.00 | Obtain daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #01-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 07/13/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 07/16/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. & In re: W.R. Grace & Co. et al. |
| 07/17/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 07/18/12 | GD | 0.10 | 22.00 | Obtain daily dockets report for Jay Sakalo with regards to W.R. Grace & Co., et al. #01-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/19/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. 01-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/20/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co. #01-01139, et al. & In re: W.R. Grace & Co. et al. #11-00199. |
| 07/23/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 07/24/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al.# 1:01-bk-01139  & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/25/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/26/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/27/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/30/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards toW.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/31/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |

**PROFESSIONAL SERVICES**                                                                                           **$616.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/12 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q22012; DATE: 7/6/2012 - Account#RB0120 | 89.20 |
| 07/24/12 | Long Distance Telephone (212)735-2569; 1 Mins. | 0.76 |
| 07/24/12 | Long Distance Telephone (312)984-7759; 2 Mins. | 1.52 |
| 06/29/12 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 07/02/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 07/03/12 | Copies 8 pgs @ 0.10/pg | 0.80 |

**TOTAL COSTS ADVANCED**　　　　　　　　　　　　　　　　　　　　　**$94.68**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.10 | $220.00 | $462.00 |
| Flores, Luisa M | 0.20 | $235.00 | $47.00 |
| Varela, Ana Carolina | 0.50 | $215.00 | $107.50 |
| *TOTAL* | *2.80* | | *$616.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $2.28 |
| Pacer - Online Services | $89.20 |
| Copies | $3.20 |
| *TOTAL* | *$94.68* |

**CURRENT BALANCE DUE THIS MATTER**　　　　　　　　　　　　　　**$711.18**

MIAMI 3285466.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 5

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 07/13/12 | JIS | 0.30 | 123.00 | Review and revise June prebill. |
| 07/19/12 | LMF | 0.60 | 141.00 | Meet with accounting regarding finalizing June statement. |
| 07/26/12 | LMF | 0.60 | 141.00 | Prepare notice and summary for fee statement for June services and send to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                                 $405.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 1.20 | $235.00 | $282.00 |
| *TOTAL* | *1.50* | | *$405.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                  $405.00

MIAMI 3285466.1 74817/15537

 
BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 06/14/12 | JMS | 0.30 | 165.00 | Review hearing agenda. |

PROFESSIONAL SERVICES $165.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $550.00 | $165.00 |
| *TOTAL* | *0.30* | | *$165.00* |

CURRENT BALANCE DUE THIS MATTER $165.00

MIAMI 3285466.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

RE: 09 - **Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 07/23/12 | JMS | 0.60 | 330.00 | Review motion of ACC to modify Rule 2019 order. |

PROFESSIONAL SERVICES                                                    $330.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $550.00 | $330.00 |
| *TOTAL* | *0.60* | | *$330.00* |

CURRENT BALANCE DUE THIS MATTER                                          $330.00



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

## RE: 18 - Plan & Disclosure Statement

| 07/02/12 | JMS | 0.80 | 440.00 | Review PD FCR's sur-reply to Anderson's reply in support of Rule 60 motion (.2); review Garlock's emergency motion for a stay filed with 3rd Circuit (.6). |
| 07/05/12 | JMS | 0.30 | 165.00 | Review stipulation with Garlock regarding "effective date" of plan. |
| 07/09/12 | JMS | 0.40 | 220.00 | Email exchange with M. Dies regarding appeals of confirmation order. |
| 07/10/12 | JMS | 1.40 | 770.00 | Review PD FCR's objection to Garlock motion to stay at the 3rd Circuit (.3); review plan proponents' response (.9); emails with M. Dies regarding confirmation appeals (.2). |
| 07/16/12 | JMS | 0.90 | 495.00 | Review Garlock's reply in support of application for stay of confirmation order filed in 3rd Circuit. |
| 07/24/12 | JMS | 1.60 | 880.00 | Review order denying AMH's motion for reconsideration and memo to committee regarding same (1.2); email exchange with M. Dies regarding follow up questions on same (.4). |
| 07/25/12 | JMS | 0.60 | 330.00 | Review designation of record on appeal filed by AMH and issues on appeal filed by Bank Lender Group. |

**PROFESSIONAL SERVICES**                                          **$3,300.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 6.00 | $550.00 | $3,300.00 |
| *TOTAL* | *6.00* | | **$3,300.00** |

**CURRENT BALANCE DUE THIS MATTER**                               **$3,300.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP



October 11, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  221806

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH August 31, 2012

### CLIENT SUMMARY

**BALANCE AS OF- 08/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $484.00 | $26.52 | $510.52 |
| **.15538 -** 02 - Debtors' Business Operations | $165.00 | $0.00 | $165.00 |
| **.15543 -** 07 - Applicant's Fee Application | $1,125.00 | $0.00 | $1,125.00 |
| **.15544 -** 08 - Hearings | $605.00 | $0.00 | $605.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $440.00 | $0.00 | $440.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $745.00 | $0.00 | $745.00 |
| *Client Total* | *$3,564.00* | *$26.52* | *$3,590.52* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.20 | $700.00 | $140.00 |
| Sakalo, Jay M | 3.30 | $550.00 | $1,815.00 |
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Donaire, Gloria | 4.30 | $220.00 | $946.00 |
| Flores, Luisa M | 1.60 | $235.00 | $376.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*          *$3,564.00*

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $16.72 |
| Postage | $2.70 |
| Copies | $7.10 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$26.52* |

*TOTAL BALANCE DUE THIS PERIOD*          $3,590.52

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 08/01/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/02/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 08/03/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al.# 1:01-bk-01139 & W.R. Grace & Co., et al.# 1:01-bk-01139. |
| 08/06/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/07/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/08/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/09/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. # 1:01-bk-01139 & W.R. Grace & Co., et al. # 1:01-bk-01139. |
| 08/10/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199. |
| 08/13/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. # 01-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/14/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 08/15/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/16/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/17/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/20/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/21/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/22/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/23/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |

Page 4

| 08/27/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/28/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket report for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & W.R. Grace & Co., et al. #: 01-01139-JKF. |
| 08/29/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/30/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/31/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |

**PROFESSIONAL SERVICES**                                                        $484.00

### COSTS ADVANCED

| 08/08/12 | Postage | 2.70 |
| 08/31/12 | Long Distance Telephone (813)225-4119; 22 Mins. | 16.72 |
| 08/08/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/08/12 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/08/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/08/12 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/09/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/09/12 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/14/12 | Copies 14 pgs @ 0.10/pg | 1.40 |

**TOTAL COSTS ADVANCED**                                                        $26.52

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.20 | $220.00 | $484.00 |
| **TOTAL** | **2.20** | | **$484.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| Long Distance Telephone | $16.72 |
| Postage | $2.70 |
| Copies | $7.10 |
| **TOTAL** | **$26.52** |

**CURRENT BALANCE DUE THIS MATTER**                                             $510.52

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

08/09/12    JMS    0.30    165.00    Review post-confirmation operating report.

**PROFESSIONAL SERVICES**                                                           $165.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $550.00 | $165.00 |
| *TOTAL* | *0.30* | | *$165.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                 $165.00



**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 08/08/12 | GD | 2.10 | 462.00 | Prepare preliminary draft of Forty-Fifth Interim Quarterly Fee Application by Bilzin Sumberg Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered an Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2012 through June 30, 2012. |
| 08/14/12 | LMF | 0.80 | 188.00 | Review, revise and finalize draft of quarterly fee application and submit to attorney for final review. |
| 08/16/12 | JIS | 0.70 | 287.00 | Review and revise 45th quarterly interim fee application. |
| 08/20/12 | LMF | 0.40 | 94.00 | Revise quarterly application and send to local counsel for filing. |
| 08/24/12 | LMF | 0.40 | 94.00 | Prepare notice and summary for July fees and costs and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                      **$1,125.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Donaire, Gloria | 2.10 | $220.00 | $462.00 |
| Flores, Luisa M | 1.60 | $235.00 | $376.00 |
| *TOTAL* | *4.40* | | *$1,125.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| *TOTAL* | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$1,125.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| 08/01/12 | JMS | 1.10 | 605.00 | Review Amended Notice of Appeal filed by Anderson Memorial Hospital (.2); outline of issues raised by Appellants thus far (.9). |

**PROFESSIONAL SERVICES**                                               $605.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.10 | $550.00 | $605.00 |
| *TOTAL* | *1.10* | | *$605.00* |

**CURRENT BALANCE DUE THIS MATTER**                                     $605.00

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 08/15/12 | JMS | 0.40 | 220.00 | Review revised order regarding 2019 statements and email to Committee regarding same. |
| 08/24/12 | JMS | 0.40 | 220.00 | Review discovery responses and email to J. Mosse regarding same. |

**PROFESSIONAL SERVICES**                                                                 $440.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $550.00 | $440.00 |
| *TOTAL* | *0.80* | | *$440.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       $440.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 08/08/12 | JMS | 0.40 | 220.00 | Review dockets for appeals to 3rd Circuit. |
| 08/09/12 | JMS | 0.30 | 165.00 | Email response to D. Speights regarding effective date of plan. |
| 08/15/12 | JMS | 0.40 | 220.00 | Review Anderson's designation of record and statement of issues on appeal to 3rd Circuit. |
| 08/21/12 | SLB | 0.20 | 140.00 | Attention to notice of issues on appeal by Anderson Memorial (.2). |

**PROFESSIONAL SERVICES** $745.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $700.00 | $140.00 |
| Sakalo, Jay M | 1.10 | $550.00 | $605.00 |
| *TOTAL* | *1.30* | | *$745.00* |

**CURRENT BALANCE DUE THIS MATTER** $745.00





October 22, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  222379

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH September 30, 2012

## CLIENT SUMMARY

**BALANCE AS OF- 09/30/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $396.00 | $2.20 | $398.20 |
| **.15538 -** 02 - Debtors' Business Operations | $110.00 | $0.00 | $110.00 |
| **.15543 -** 07 - Applicant's Fee Application | $579.50 | $0.00 | $579.50 |
| **.15544 -** 08 - Hearings | $0.00 | $0.00 | $0.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $0.00 | $0.00 | $0.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $0.00 | $0.00 | $0.00 |
| **.17907 -** 40 - Tax Issues | $0.00 | $0.00 | $0.00 |
| *Client Total* | *$1,085.50* | *$2.20* | *$1,087.70* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593          www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 0.40 | $550.00 | $220.00 |
| Snyder, Jeffrey I | 0.40 | $410.00 | $164.00 |
| Donaire, Gloria | 1.80 | $220.00 | $396.00 |
| Flores, Luisa M | 1.30 | $235.00 | $305.50 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*          **$1,085.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Copies | $2.20 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$2.20** |

**TOTAL BALANCE DUE THIS PERIOD**          $1,087.70

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

RE: 01- Case Administration

| 09/04/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
|---|---|---|---|---|
| 09/05/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Saklo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/06/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/07/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/10/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199. |
| 09/11/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/12/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/13/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/14/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/18/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/19/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/20/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/21/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket report for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/24/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/25/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/26/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 09/27/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199. |



| 09/28/12 | GD | 0.10 | 22.00 | Obtain and review  and analyze daily docket reports for Jay Sakalo  with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |

**PROFESSIONAL SERVICES**                                                                          $396.00

### COSTS ADVANCED

| 09/21/12 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/21/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/26/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/26/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/27/12 | Copies 2 pgs @ 0.10/pg | 0.20 |

**TOTAL COSTS ADVANCED**                                                                         $2.20

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 1.80 | $220.00 | $396.00 |
| *TOTAL* | *1.80* | | *$396.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Copies | $2.20 |
|---|---|
| *TOTAL* | *$2.20* |

**CURRENT BALANCE DUE THIS MATTER**                                                   $398.20

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| 09/26/12 | JMS | 0.20 | 110.00 | Email from R. Higgins regarding Grace's business realignment. |

**PROFESSIONAL SERVICES**                                                      $110.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| *TOTAL* | *0.20* | | *$110.00* |

**CURRENT BALANCE DUE THIS MATTER**                                           $110.00

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 09/21/12 | LMF | 0.30 | 70.50 | Review fee auditors' report and meet with accounting regarding obtaining backup to same. |
| 09/26/12 | LMF | 0.60 | 141.00 | Follow up for backup to fee auditor's interim report, review backup and prepare draft of report. |
| 09/27/12 | LMF | 0.40 | 94.00 | Revise response to fee auditor's interim report. |
| 09/27/12 | JMS | 0.20 | 110.00 | Revise response to Fee Auditor's initial report. |
| 09/30/12 | JIS | 0.40 | 164.00 | Review and revise August prebill. |

**PROFESSIONAL SERVICES**                                                                 **$579.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| Snyder, Jeffrey I | 0.40 | $410.00 | $164.00 |
| Flores, Luisa M | 1.30 | $235.00 | $305.50 |
| *TOTAL* | *1.90* | | *$579.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$579.50**



**RE: 08 - Hearings**

**PROFESSIONAL SERVICES**                                         $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER**                              $0.00

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

**PROFESSIONAL SERVICES**                                                      $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER**                                            $0.00

RE: 18 - Plan & Disclosure Statement

**PROFESSIONAL SERVICES** $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

**Atty – SLB**
**Client No.: 74817/17907**

RE: 40 - Tax Issues

PROFESSIONAL SERVICES                                                           $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL*    | *0*   |      | *$0.00* |

CURRENT BALANCE DUE THIS MATTER                                                 $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP