**EXHIBIT "B"**

# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                July 1, 2012    to    July 31, 2012

Inv #:      44505

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 5.20 | 1,518.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 216.00 |
| B18 | Fee Applications, Others - | 1.90 | 345.00 |
| B25 | Fee Applications, Applicant - | 1.90 | 384.00 |
| B36 | Plan and Disclosure Statement - | 8.90 | 3,163.50 |
| B45 | Professional Retention Issues - | 0.80 | 288.00 |
| | **Total** | **19.30** | **$5,914.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.10 | 330.00 |
| Regina Matozzo | 225.00 | 2.50 | 562.50 |
| Theodore J. Tacconelli | 360.00 | 12.70 | 4,572.00 |
| Legal Assistant - KC | 150.00 | 3.00 | 450.00 |
| **Total** | | **19.30** | **$5,914.50** |

## DISBURSEMENT SUMMARY

Total Disbursements                                                              $623.32

Invoice #:  44505                    Page  2                    July 1- 31, 2012

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| **Date** | **Description** | **Hours** | **Lawyer** |
| Jul-02-12 | *Case Administration* - Review notice of agenda re: 7-16-2012 hearing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - prepare correspondence to committee member re: status of plan confirmation | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Emergency Motion to Stay filed in Third Circuit with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Garlock's Emergency Motion to Stay in Third Circuit | 0.30 | TJT |
| | *Fee Applications, Applicant* - Prepare May 2012 fee app for efiling, efile and service of same | 0.30 | KC |
| Jul-04-12 | *Plan and Disclosure Statement* - Review order setting response deadline re: Garlock's Motion to Stay re: appeal 12-807 | 0.10 | TJT |
| Jul-05-12 | *Plan and Disclosure Statement* - Review Stipulation re: Garlock's Emergency Motion to Stay | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Stipulation re: Garlock's Emergency Motion to Stay | 0.20 | TJT |
| | *Case Administration* - Review notice of withdrawal of counsel and 2002 service list | 0.10 | KC |
| Jul-09-12 | *Case Administration* - Review Amended 2019 Statement filed by David Law Firm | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal filed by Her Majesty the Queen | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various Notices of Appearance in appeal 12-2807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Corporate Disclosure by PI FCR in appeal 12-2807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by State of Montana | 0.10 | TJT |
| Jul-10-12 | *Plan and Disclosure Statement* - Review additional Notices of Appearance in appeal 12-2807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PDFCR's Response to Garlock's Emergency Motion for Stay in appeal 12-2807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: PDFCR's Response to Garlock's Emergency Motion for Stay in appeal 12-2807 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponents Response to Garlock's Emergency Motion for Stay in appeal 12-2807 | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Correspondence with J. Sakalo re: Plan Proponents Response to Garlock's Emergency Motion for Stay in appeal 12-2807 | 0.20 | TJT |
| Jul-11-12 | *Case Administration* - Review case management memo re: week ending 7-10-2012 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: recent District Court Decisions and status of case | 0.20 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.60 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/10/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

| Invoice #: | 44505 | Page 3 | July 1- 31, 2012 | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | *Case Administration* - Review Case Status Memo | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Notice of Appeal filed by BNSF | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Corporate Disclosure Statement by PI Committee in appeal 12-2807 | | 0.10 | TJT |
| | | *Fee Applications, Others* - Docket review re: objections to Bilzin's April monthly fee application | | 0.10 | KC |
| | | *Fee Applications, Others* - Draft certificate of no objection and cos to Bilzin's monthly fee app for April 2012 | | 0.20 | KC |
| Jul-12-12 | | *Fee Applications, Others* - Review CNO re: Bilzin April 2012 fee app for filing | | 0.10 | LLC |
| | | *Case Administration* - Review memos re: status of various appeals | | 0.10 | TJT |
| | | *Fee Applications, Others* - Prepare Certificate of No Objection to Bilzin's April 2012 monthly fee app for filing; efile and service of same | | 0.30 | KC |
| Jul-13-12 | | *Plan and Disclosure Statement* - Review Notice of Appeal by Libby Claimants | | 0.10 | TJT |
| Jul-14-12 | | *Plan and Disclosure Statement* - Review Notice of Appeal by MCC | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Garlock's Reply Brief and Appendix in appeal 12-2807 | | 0.70 | TJT |
| | | *Plan and Disclosure Statement* - Review Garlock's Corporate Disclosure Statement in appeal 12-2807 | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Garlock's Reply Brief in appeal 12-2807 | | 0.20 | TJT |
| Jul-15-12 | | *Case Administration* - Review Amended 2019 Statement by Lipsitz Pontero | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Notice of Appeal by Bank Lender Group | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Notice of Docketing Appeal 12-2904 | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Order joining Appeal 12-2904 with appeal 12-1402 | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Debtor's Corporate Disclosure Statement in appeal 12-2807 | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Garlock's concise summary of case in appeal 12-2807 | | 0.10 | TJT |
| Jul-16-12 | | *Case Administration* - Review Statement of Amounts paid to OCP | | 0.10 | TJT |
| Jul-17-12 | | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital Notice of Appeal | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Notice of Docketing appeal in 3rd Circuit re: AMH appeal no. 12-2923 | | 0.10 | TJT |
| Jul-18-12 | | *Case Administration* - Review case management memo re: week ending 7-13-2012 | | 0.10 | LLC |
| | | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | | 0.40 | RM |
| | | *Case Administration* - Review main docket re: status for week ending 7/13/12; memo to T. Tacconelli and L. Coggins re: same | | 0.40 | RM |
| | | *Plan and Disclosure Statement* - Research transfer of insurance rights | | 0.10 | RM |
| | | *Case Administration* - Review case status memo for week ending 7/13 | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Notice of Docketing appeal in 3rd Circuit re: BLG appeal no. 12-2924 | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Notice of Docketing appeal in | | 0.10 | TJT |

| Invoice #: | 44505 | Page  4 | July 1- 31, 2012 |

| | | | |
|---|---|---|---|
| | 3rd Circuit re: Libby appeal no. 12-2966 | | |
| | *Plan and Disclosure Statement* - Review Notice of Docketing appeal in 3rd Circuit re: MCC appeal no. 12-2967 | 0.10 | TJT |
| Jul-19-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order joining various appeals with appeal 12-1402 | 0.10 | TJT |
| Jul-20-12 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Jul-23-12 | *Plan and Disclosure Statement* - Review Garlock's Designation of Record/Issues on Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Appeal re: State of Montana appeal no. 12-2904 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's Designation of Record/Issues of Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's Concise Summary of Case appeal no. 12-2904 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's May 2012 monthly fee application | 0.10 | KC |
| | *Fee Applications, Others* - Draft cno/ cos to Bilzin's May 2012 monthly fee application; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant*  - Review docket for objections to monthly fee app for May 2012 | 0.10 | KC |
| Jul-24-12 | *Fee Applications, Others* - E-mail from KC re: upcoming Bilzin fee application | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from L. Flores re: upcoming Bilzin fee application | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: Status of Plan Confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Memorandum Opinion and Order denying AMH's Rule 60(b) Motion | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review letter from 3rd Circuit Clerk re: appeal 12-2807 | 0.10 | TJT |
| | *Fee Applications, Others* - Email to and from L. Flores re: June 2012 fee application | 0.10 | KC |
| | *Fee Applications, Applicant*  - Draft cno/ cos to May 2012 monthly fee application; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant*  - Draft invoice for June 2012 monthly fee app; to T. Tacconelli for review | 0.20 | KC |
| Jul-25-12 | *Case Administration* - Review case management memo re: week ending 7-20-2012 | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin May 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant*  - Review CNO re: May 2012 fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to  T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/20/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 7/20 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: PSZY&J for 44th Interim Period | 0.10 | TJT |

| Invoice #: | 44505 | Page 5 | July 1- 31, 2012 | | |
|---|---|---|---|---|---|

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Queen's Designation of Record/Issues on appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Designation of Record/Issues on appeal | 0.10 | TJT |
| Jul-26-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Settlement with EPA re: Weedsport NY site with attachments | 0.80 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce June prebill | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review BLG's amended Designation of Record/Issues on appeal | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Certificate of No Objection to Bilzin's May 2012 fee app for filing; filing and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to May 2012 fee app for filing; file and service of same | 0.30 | KC |
| Jul-27-12 | *Plan and Disclosure Statement* - Review Libby Claimants Designation of Record/Issues on appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Designation of Record/Issues on appeal | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores to MAG with attached June 2012 fee application; note to MAG re: reviewing and filing of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Revise and finalize invoice for June 2012 fee application | 0.30 | KC |
| Jul-28-12 | *Case Administration* - Review Affidavit by L. Salazar | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Professional Retention Issues* - Review Debtor's Motion to Retain Grant Thornton with attachments | 0.80 | TJT |
| Jul-29-12 | *Plan and Disclosure Statement* - Review BLG's Amended Concise Summary of Case | 0.10 | TJT |
| Jul-30-12 | *Case Administration* - Review Debtor's 44th Quarterly Report of Settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review miscellaneous documents filed by Debtors in various appeals | 0.30 | TJT |
| Jul-31-12 | *Case Administration* - Review Debtor's 44th Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Amended Notice of Appeal | 0.10 | TJT |
| | **Totals** | **19.30** | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jul-02-12 | Photocopy Cost | 3.40 |
| | Cost Advance - postage - 1 @ $.45 | 0.45 |
| Jul-05-12 | Photocopy Cost | 0.60 |

| Invoice # | 44505 | Page 6 | July 1- 31, 2012 |
|---|---|---|---|
| | Cost Advance -   First State Deliveries - hand delivery 6/27/12 | | 7.50 |
| Jul-10-12 | Photocopy Cost | | 0.70 |
| | Photocopy Cost | | 0.90 |
| Jul-12-12 | Photocopy Cost | | 3.90 |
| | Cost Advance - postage - 7 @ $.45 | | 3.15 |
| Jul-14-12 | Photocopy Cost | | 2.00 |
| | Photocopy Cost | | 0.70 |
| | Photocopy Cost | | 1.20 |
| | Photocopy Cost | | 2.00 |
| | Photocopy Cost | | 0.70 |
| | Photocopy Cost | | 1.20 |
| Jul-19-12 | Cost Advance - First State Deliveries - hand delivery 6/29/12 | | 7.50 |
| Jul-24-12 | Photocopy Cost | | 1.20 |
| | Photocopy Cost | | 0.90 |
| | Photocopy Cost | | 0.70 |
| | Photocopy Cost | | 0.90 |
| Jul-26-12 | Photocopy Cost | | 0.70 |
| | Photocopy Cost | | 4.60 |
| | Cost Advance - postage - 6 @.45 | | 2.70 |
| Jul-27-12 | Photocopy Cost | | 0.70 |
| | Photocopy Cost | | 0.80 |
| | Photocopy Cost | | 0.80 |
| | Cost Advance - Lexis Nexis - legal research June (Account #1402RF; Inv # 1206370288) | | 411.42 |
| Jul-30-12 | Pacer Service Center - 4/1/12-6/30/12 (TJT) Account # FJ0093 | | 63.40 |
| | Cost Advance -   First State Deliveries - hand delivery 7/2/12 | | 7.50 |
| Jul-31-12 | Cost Advance -   First State Deliveries - hand deliveries 7/12/12 | | 45.00 |
| | Cost Advance - Pacer Service Center - 4/1/12-6/30/12 (RSM) Account # FJ0091 | | 46.10 |
| | **Totals** | | **$623.32** |

**Total Fees & Disbursements**                                                  $6,537.82

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                              August 1, 2012 to August 31, 2012

Inv  #:          44899

RE:    WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 7.40 | 2,130.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 72.00 |
| B18 | Fee Applications, Others - | 3.50 | 585.00 |
| B25 | Fee Applications, Applicant - | 5.60 | 969.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.40 | 144.00 |
| B36 | Plan and Disclosure Statement - | 2.60 | 868.50 |
| B37 | Hearings - | 0.10 | 36.00 |
| B45 | Professional Retention Issues - | 0.10 | 36.00 |
| | **Total** | **19.90** | **$4,840.50** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.80 | 540.00 |
| Regina Matozzo | 225.00 | 3.50 | 787.50 |
| Theodore J. Tacconelli | 360.00 | 6.30 | 2,268.00 |
| Paralegal - MAG | 150.00 | 0.70 | 105.00 |
| Legal Assistant - KC | 150.00 | 7.60 | 1,140.00 |
| **Total** | | **19.90** | **$4,840.50** |

### DISBURSEMENT SUMMARY

**Total Disbursements**                                                  $123.00

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-12 | *Case Administration* - E-mail from and confer with MAG re: efiling issues | 0.20 | LLC |
| | *Case Administration* - Review case management memo re: week ending 7-27-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/27/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 7/27 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Docketing Information Statement by Libby Claimants in appeal no. 12-2966 | 0.10 | TJT |
| | Fee Applications, Applicant - Efile fee application for June 2012 | 0.20 | MAG |
| Aug-02-12 | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review memos re: status of various Appeals | 0.10 | TJT |
| | *Case Administration* - Review 2019 Statement filed by Cascino Vaughn | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Concise Summary of Case by Libby Claimants in appeal no. 12-2966 | 0.10 | TJT |
| | *Fee Applications, Others* - Efile Bilzin June 2012 fee application | 0.20 | MAG |
| Aug-03-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/3/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| Aug-04-12 | *Plan and Disclosure Statement* - Review AMH's Concise Summary of Case re: appeal 12-2923 | 0.10 | TJT |
| Aug-05-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Corporate Disclosure Statement re: appeal 12-2923 | 0.10 | TJT |
| Aug-06-12 | *Case Administration* - Review case management memo re: week ending 8-3-2012 | 0.10 | LLC |
| | *Case Administration* - Several discussions with MAG re: eflıng issues | 0.30 | LLC |
| Aug-07-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review letter from Garlock to Judge Stark re: Garlock 2019 Statements Access appeal 11-1130 | 0.10 | TJT |
| | *Fee Applications, Others* - Brief review of Bilzin's June 2012 monthly fee app documents efiled by MAG, objections due 8-22-12 | 0.10 | KC |
| | *Fee Applications, Applicant*  - Brief review of monthly fee app and related documents for June 2012 efiled by MAG with objections due 8-22-12 | 0.10 | KC |
| Aug-08-12 | *Plan and Disclosure Statement* - Review MCC's Case Information Statement re: appeal 12-2967 | 0.10 | TJT |
| Aug-09-12 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order consolidating appeals 12-3143 and 12-1402 | 0.10 | TJT |
| Aug-10-12 | *Committee, Creditors', Noteholders' or*  -Review correspondence from committee member re: inquiring on status of plan confirmation | 0.10 | TJT |

| Invoice #: | 44899 | Page 3 | October 3, 2012 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: status of plan confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Concise Summary of Case in appeal 12-2967 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order denying Garlock's Motion to Stay in appeal 12-2809 | 0.10 | TJT |
| Aug-11-12 | *Plan and Disclosure Statement* - Review letter from 3rd Circuit Clerk re: appeal 12-2904 | 0.10 | TJT |
| Aug-12-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Objection by Main Plaza to Notice of Transfer of Claim | 0.30 | TJT |
| Aug-13-12 | *Case Administration* - Review case management memo re: week ending 8-10-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/10/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 8/10 | 0.10 | TJT |
| | *Case Administration* - Review Post Confirmation Quarterly Report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order consolidating various appeals into appeal no. 12-1402 | 0.10 | TJT |
| Aug-14-12 | *Case Administration* - Review fee auditor's report re: applications with no issues and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Trade emails with KC re: Bilzin's upcoming quarterly fee app | 0.10 | LLC |
| | *Case Administration* - Review memos re; status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document by Fee Auditor | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report for 44th Interim Period re: No Objections with attachments | 0.20 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: Debtor's Motion to Approve Settlement with EPA re: Weedsport site | 0.20 | TJT |
| | *Case Administration* - Review Declaration by ASAR Partners | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Hearing date re: Objection to Notice of Transfer of Claim by Main Plaza | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli with attachment; update payments received re: same | 0.20 | KC |
| | *Fee Applications, Others* - Emails to and from L. Flores re: Bilzin quarterly fee application for April, May, June 2012 | 0.10 | KC |
| Aug-15-12 | *Case Administration* - Review Fee Auditor's final report re: Beveridge and Diamond for 44th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Modified Rule 2019 Filing Procedures order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Statement of Issues and record on Appeal in appeal 12-199 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's Corporate Disclosure Statement in appeal 12-2917 | 0.10 | TJT |
| | *Professional Retention Issues* - Review Modified Order authorizing retention of Grant Thornton | 0.10 | TJT |

| Invoice #: | 44899 | Page 4 | August 1-31, 2012 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Aug-16-12 | *Case Administration* - Review order authorizing settlement with EPA re: Weedposrt NY site | 0.10 | TJT |
| Aug-17-12 | *Plan and Disclosure Statement* - Review Concise Summary of Case by BNSF re: appeal 12-2917 | 0.10 | TJT |
| | *Hearings* - Review Agenda for 8/27 hearing | 0.10 | TJT |
| Aug-19-12 | *Case Administration* - Review Affidavit by RL&F | 0.10 | TJT |
| Aug-20-12 | *Case Administration* - Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Begin preparation of 45th Quarterly fee app for April- June 2012; calculations for same | 0.60 | KC |
| Aug-21-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/17/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 8/17 | 0.10 | TJT |
| | *Fee Applications, Others* - Emails from and to L. Flores re: Bilzin's 45th Quarterly fee app for April, May, June 2012; download attachments of same to file | 0.30 | KC |
| | *Fee Applications, Others* - Review Bilzin's 45th Quarterly fee application; draft notice, prepare exhibit of invoices and cos to same | 0.70 | KC |
| | *Fee Applications, Applicant* - Continued draft of 45th Quarterly fee app for April, May, June 2012; prepare exhibits to same | 1.50 | KC |
| | *Fee Applications, Applicant* - Prepare draft notice and cos for 45th Quarterly fee app for April, May, June 2012 | 0.40 | KC |
| Aug-22-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review dockets in all pending confirmation appeals re: check on consolidation into appeal 12-1402 | 0.30 | TJT |
| | *Fee Applications, Others* - E-mail to LLC re: Bilzin's 45th Quarterly fee app with attachments | 0.20 | KC |
| | *Fee Applications, Applicant* - E-mail to LLC re: 45th Quarterly fee app with attachments | 0.20 | KC |
| | *Fee Applications, Applicant* - Revision to 45th Quarterly fee application | 0.20 | KC |
| Aug-23-12 | *Case Administration* - Review request for removal from Service list by R. Gomez | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to June 2012 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Prepare CNO to Bilzin's June 2012 fee app; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to June 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to June 2012 monthly fee app; to LLC for review | 0.20 | KC |
| Aug-24-12 | *Plan and Disclosure Statement* - Review Debtor's Corporate Disclosure Statement in Appeal no. 12-3143 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare prebill for July 2012 monthly fee app; to T. Tacconelli for review | 0.10 | KC |
| Aug-25-12 | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's July Prebill | 0.40 | TJT |
| Aug-26-12 | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |

| Invoice #: | 44899 | Page 6 | August 1-31, 2012 | | |
|---|---|---|---|---|---|
| | | *Plan and Disclosure Statement* - Review Notice of Withdraw of attorneys for BLG in various appeals | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review various papers filed by Debtors in appeal no. 12-3143 | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review various papers filed by MCC in appeal no. 12-2966 | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review various papers filed by MCC in appeal no. 12-2917 | | 0.10 | TJT |
| Aug-27-12 | | *Case Administration* - Review case management memo re; week ending 8-17-2012 | | 0.10 | LLC |
| | | *Case Administration* - Review Request to Terminate Electric Notification for Ruben Gomez; review 2002 service list re: same | | 0.10 | KC |
| | | *Fee Applications, Others* - Email from L. Flores with attached Bilzin July 2012 fee app; download same | | 0.20 | KC |
| | | *Fee Applications, Others* - Review Bilzin July 2012 fee application, revision to Notice, prepare COS; to LLC for review | | 0.30 | KC |
| | | *Fee Applications, Applicant* - Revisions to July 2012 prebill; finalize same and prepare as Exhibit A to July 2012 monthly fee app | | 0.20 | KC |
| | | *Fee Applications, Applicant* - Draft July 2012 fee app and related documents | | 0.30 | KC |
| Aug-28-12 | | *Case Administration* - Review case management memo re; week ending 8-24-12 | | 0.10 | LLC |
| | | *Fee Applications, Others* - Review Bilzin July 2012 fee app for filing | | 0.10 | LLC |
| | | *Fee Applications, Applicant* - Review July 2012 fee app for filing | | 0.10 | LLC |
| | | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | | 0.30 | RM |
| | | *Case Administration* - Review main docket re: status for week ending 8/24/12; memo to T. Tacconelli and L. Coggins re: same | | 0.20 | RM |
| | | *Plan and Disclosure Statement* - Research transfer of insurance rights | | 0.10 | RM |
| | | *Case Administration* - Review Case status memo for week ending 8/24 | | 0.10 | TJT |
| Aug-29-12 | | *Case Administration* - Review memos re: status of various Appeals | | 0.10 | TJT |
| Aug-30-12 | | *Fee Applications, Others* - Review certificate of no objection re: Bilzin June 2012 fee app for filing | | 0.10 | LLC |
| | | *Fee Applications, Others* - Review Bilzin's 45th Quarterly fee app for filing | | 0.10 | LLC |
| | | *Fee Applications, Applicant* - Review certificate of no objection re: June 2012 fee app for filing | | 0.10 | LLC |
| | | *Fee Applications, Applicant* - Review 45th Quarterly fee app for filing | | 0.10 | LLC |
| Aug-31-12 | | *Fee Applications, Others* - Provide service for efiled Bilzin July 2012 fee app | | 0.10 | MAG |
| | | *Fee Applications, Applicant* - Provide service for efiled July 2012 fee app | | 0.20 | MAG |
| | | *Fee Applications, Others* - Prepare Bilzin certificate of no objection to June 2012 fee app for filing, efile same | | 0.30 | KC |
| | | *Fee Applications, Others* - Prepare Bilzin July 2012 fee app for efiling; efile same | | 0.30 | KC |
| | | *Fee Applications, Applicant* - Prepare CNO to June 2012 monthly fee app for efiling; efile same | | 0.30 | KC |
| | | *Fee Applications, Applicant* - Prepare July 2012 monthly fee app for efiling; efile same | | 0.30 | KC |
| | | **Totals** | | **19.90** | |

| Invoice #: | 44899 | Page 7 | August 1-31, 2012 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Aug-01-12 | Cost Advance - Pacer Service Center - 4/1/12-6/30/12 (RM) Account # FJ0497 | 46.40 |
| Aug-12-12 | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 0.80 |
| Aug-14-12 | Cost Advance - First State Deliveries - hand deliveries | 52.50 |
| Aug-15-12 | Photocopy Cost | 0.90 |
| Aug-21-12 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.90 |
| Aug-27-12 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.80 |
| Aug-31-12 | Photocopy Cost | 7.60 |
|  | Photocopy Cost | 0.70 |
|  | **Totals** | **$123.00** |

**Total Fees & Disbursements**  $4,963.50

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:  (302) 575-1714

WR Grace PD Committee                Sept. 1, 2012    to    Sept. 30, 2012
                                          Inv #:            45169

**RE:**  WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 7.20 | 1,909.50 |
| B18 | Fee Applications, Others - | 1.70 | 285.00 |
| B25 | Fee Applications, Applicant - | 2.40 | 453.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.20 | 72.00 |
| B36 | Plan and Disclosure Statement - | 1.00 | 306.00 |
| | Total | 12.50 | $3,025.50 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 300.00 | 1.20 | 360.00 |
| Regina Matozzo | 225.00 | 2.30 | 517.50 |
| Theodore J. Tacconelli | 360.00 | 3.80 | 1,368.00 |
| Paralegal - MAG | 150.00 | 0.80 | 120.00 |
| Legal Assistant - KC | 150.00 | 4.40 | 660.00 |
| Total | | 12.50 | $3,025.50 |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                     $907.37

| Invoice #: | 45169 | Page 2 | Sept. 1- Sept. 30, 2012 |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Sep-02-12 | *Case Administration* - Review Fee Auditor's Final Report re: Bryan Cave Final Fee app with attachments | 0.30 | TJT |
| Sep-04-12 | *Case Administration* - Prepare labels for service of Notice of 45th Quarterly fee apps of Bilzin and FJP | 0.30 | KC |
| | *Fee Applications, Others* - Revision to Bilzin 45th Quarterly fee app; prepare for efiling, efile same; service of fee app to parties on core list; coordinate service to parties on 2002 list | 0.50 | KC |
| | *Fee Applications, Applicant* - Revision to 45th Quarterly fee app; prepare for efiling, efile same; service to parties on core list; coordinate service of notice to parties on 2002 list | 0.50 | KC |
| Sep-05-12 | *Case Administration* - Review case management memo re: week ending 9-4-2012 | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 8/25/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 8/31 | 0.10 | TJT |
| Sep-06-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Sep-07-12 | *Case Administration* - Review four miscellaneous Certificate of No Objection filed by debtors | 0.10 | TJT |
| Sep-08-12 | *Case Administration* - Review 2019 Statement filed by E. Moody | 0.10 | TJT |
| Sep-10-12 | *Case Administration* - Review case management memo re: week ending 9-7-2012 | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 9/7/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 9/7 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - E-mail from and to MAG re: 2002 service list; review list re: same | 0.10 | KC |
| Sep-11-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Sep-12-12 | *Case Administration* - Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| Sep-13-12 | *Case Administration* - Review correspondence from N. Cuniff re: 44th Quarter fee and expense Charts | 0.10 | TJT |
| | *Case Administration* - Review e-mail with attachments from T. Tacconelli and confirm total amounts for Bilzin and FJP's 44th Quarterly fee apps, memo to TJT re: same | 0.30 | KC |
| Sep-15-12 | *Case Administration* - Review 44th Quarter fee and expense chart | 0.10 | TJT |
| | *Case Administration* - Review cumulative spreadsheet for Fees and expenses through 44th Quarter | 0.10 | TJT |
| | *Case Administration* - Review memo from K. Callahan re: 44th Quarter fee and expense chart | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Invoice #: | 45169 | Page 3 | Sept. 1- Sept. 30, 2012 |

| Date | Description | Hours | Staff |
|---|---|---|---|
| Sep-17-12 | *Case Administration* - Review correspondence from P. Cuniff re: 44th Quarter fee and expense chart | 0.10 | TJT |
| Sep-18-12 | *Case Administration* - Review Certificate of Counsel filed by Debtors re: 44th Quarter fee and expense chart | 0.10 | TJT |
| Sep-19-12 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: status of matter and outstanding appeals | 0.20 | LLC |
| | *Case Administration* - Review case management memo re: week ending 9-18-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 9/18/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Notice of Change of Address for Caplin Drysdale and confer with K. Callahan re: modification to core service list | 0.20 | TJT |
| Sep-20-12 | *Case Administration* - Email from and to KC re: request for information from J. Thrash with debtors | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 9/14 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Briefing and Scheduling Order appeal 12-2904 | 0.10 | TJT |
| | *Case Administration* - Retrieve voice mail message from J.Thrash with Debtors; email to LLC and TJT re: same | 0.10 | KC |
| | *Case Administration* - Email from LLC re: case status | 0.10 | KC |
| | *Case Administration* - Discussion with TJT re: case status | 0.10 | KC |
| | *Case Administration* - Review memo with attachment from T. Tacconelli re: case status | 0.10 | KC |
| | *Case Administration* - Discussion with TJT and LLC re: case status | 0.30 | KC |
| Sep-21-12 | *Fee Applications, Others* - Review CNO re: Bilzin July 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: July 2012 fee app | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Update service lists re: address change for Caplin & Drysdale | 0.20 | KC |
| | *Case Administration* - Email to J.Thrash at Grace re: response to inquiry | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin July 2012 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection to Bilzin July 2012 fee app | 0.20 | KC |
| | *Fee Applications, Others* - Prepare CNO to Bilzin's July 2012 fee app for efiling; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to July 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to July 2012 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to July 2012 fee app for efiling, efile and service of same | 0.30 | KC |
| Sep-22-12 | *Plan and Disclosure Statement* - Review Briefing and Scheduling Order re: appeal 12-2917 | 0.10 | TJT |
| Sep-23-12 | *Case Administration* - Review three miscellaneous certificates of no | 0.10 | TJT |

| Invoice #: | 45169 | Page 4 | Sept. 1- Sept. 30, 2012 |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | objection filed by Debtors | | |
| | *Case Administration* - Review Certificate of Counsel filed by Debtors re: cumulative fee and expense chart through the 44st Interim Period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Briefing and Scheduling Order re: appeal 12-2923 | 0.10 | TJT |
| Sep-24-12 | *Plan and Disclosure Statement* - Review Briefing and Scheduling Order re: appeal 12-2966 | 0.10 | TJT |
| Sep-25-12 | *Plan and Disclosure Statement* - Review Libby Claimants Motion to Dismiss Appeal 12-2966 | 0.10 | TJT |
| | *Fee Applications, Others* - Draft certificate of no objection and cos to Bilzin 45th Quarterly fee app | 0.10 | MAG |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection to 45th Quarterly fee app | 0.20 | MAG |
| | *Case Administration* - Discussion with MAG re: service lists for 45th Quarterly fee apps | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare draft invoice for August 2012 fee application | 0.20 | KC |
| Sep-26-12 | *Case Administration* - Review main docket re: status for week ending 9/25/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce August prebill | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review order dismissing Libby Claimants Appeal 12-2966 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Discussion with T. Tacconelli re: billing and August 2012 invoice; revisions to August 2012 invoice | 0.20 | KC |
| Sep-27-12 | *Case Administration* - Review case management memo re: week ending 9-25-2012 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for Week ending 9/21 | 0.10 | TJT |
| | *Fee Applications, Others* - File Certificate of No Objection for Bilzin's 45th Quarterly fee app and service of same | 0.30 | MAG |
| | *Fee Applications, Applicant* - File Certificate of No Objection to 45th Quarterly fee app and service of same | 0.20 | MAG |
| Sep-28-12 | *Fee Applications, Others* - Review CNO re: Bilzin 45th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: 45th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Sep-29-12 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Limited Joinder in Main Plaza's Objection to Notice of Transfer of Claim | 0.20 | TJT |
| | Totals | 12.50 | |

| Invoice #: | 45169 | Page 5 | Sept. 1- Sept. 30, 2012 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Sep-04-12 | Photocopy Cost | 17.90 |
| Sep-05-12 | Cost Advance - Lexis Nexis - legal research for July (Acct # 1402RF; Inv # 1207370004) | 85.17 |
| Sep-13-12 | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Sep-17-12 | Cost Advance - Digital Legal - copies/service (Inv # 68162) | 788.45 |
| Sep-21-12 | Photocopy Cost | 4.50 |
|  | Cost Advance - postage - 7 @.45 | 3.15 |
| Sep-25-12 | Photocopy Cost | 0.70 |
|  | Totals | $907.37 |

**Total Fees & Disbursements**                $3,932.87