# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2012 - OCTOBER 31, 2012

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 1.7 | $ 1,232.50 |
| 0013 | Business Operations | 4.1 | 2,972.50 |
| 0014 | Case Administration | 6.9 | 1,530.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 2.2 | 1,715.00 |
| 0018 | Fee Application, Applicant | 3.1 | 805.50 |
| 0019 | Creditor Inquiries | 0.4 | 368.00 |
| 0020 | Fee Application, Others | 1.9 | 399.00 |
| 0036 | Plan and Disclosure Statement | 13.8 | 10,824.00 |
| 0037 | Hearings | 1.6 | 1,160.00 |
| | | | |
| | **Total** | **35.7** | **$ 21,007.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | November 28, 2012 |
| INVOICE NO. | 578751 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2012, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/02/2012 | Attend to Debtors' limited joinder to Main Plaza objection to CIM's claim transfer notice. | Krieger, A. | 0.1 |
| 10/04/2012 | Attend to CIM's reply and motion for leave to file same. | Krieger, A. | 0.3 |
| 10/22/2012 | Attend to Debtors' motion re: proposed settlement with Dairyland Insurance. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.7 | $ 725 | $ 1,232.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,232.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,232.50 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Business Operations | |
| | 699843  0013 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2012 | Memorandum to and telephone conference with R. Higgins regarding request for further business realignment information. | Krieger, A. | 0.5 |
| 10/05/2012 | Memoranda with Capstone regarding One Grace realignment information. | Krieger, A. | 0.2 |
| 10/16/2012 | Attend to materials from Blackstone re: One Grace and email to Capstone re: same. | Krieger, A. | 0.3 |
| 10/18/2012 | Attend to Capstone memorandum re: additional questions on One Grace business realignment and memorandum to Capstone re: same. | Krieger, A. | 0.5 |
| 10/26/2012 | Preparation for One Grace conference call with Grace representatives (.2); conference call with Grace representatives and Capstone and follow-up t/c Capstone re: same (.7). | Krieger, A. | 0.9 |
| 10/30/2012 | Attend to Capstone's report for the Committee on One Grace business realignment and memorandum to Capstone re: same (.6); attend to Grace's Q3 2012 earnings conference call (.7). | Krieger, A. | 1.3 |
| 10/31/2012 | T/c Capstone re: Committee memorandum on One Grace realignment. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.1 | $ 725 | $ 2,972.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,972.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,972.50 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Case Administration<br>699843  0014 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 10/02/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 10/03/2012 | Monitor appeals case docket nos. 11-199 and 12-1402 (.2); review case file documents (.9). | Mohamed, D. | 1.1 |
| 10/04/2012 | Obtain recent pleading re: appeals case no. 11-199 for attorney review. | Mohamed, D. | 0.2 |
| 10/05/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 10/08/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 10/09/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.7 |
| 10/10/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 10/11/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 10/12/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 10/15/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 10/16/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 10/17/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/18/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 10/19/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 10/22/2012 | Review appeals case docket nos. 11-199 and 12-1402 (.2); research re: Capstone's monthly fee applications (.2). | Mohamed, D. | 0.4 |
| 10/23/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 10/24/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 10/26/2012 | Research and obtain requested Grace related appeal pleadings for A. Krieger. | Magzamen, M. | 0.4 |
| 10/31/2012 | Obtain and circulate WR Grace filings docket and calendar updates. | Siegel, S. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.4 | $ 335 | $ 134.00 |
| Mohamed, David | 6.2 | 210 | 1,302.00 |
| Siegel, Scott D. | 0.3 | 315 | 94.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,530.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,530.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders' | |
| | 699843  0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/18/2012 | Review Capstone memo re: Grace. | Kruger, L. | 0.2 |
| 10/26/2012 | Attend to memorandum for the Committee re: modification of briefing schedule. | Krieger, A. | 0.8 |
| 10/30/2012 | Attend to Committee memorandum re: Anderson Memorial's requests for revised appellate briefing schedule and Third Circuit order. | Krieger, A. | 1.0 |
| 10/31/2012 | Review Capstone report on Grace 2nd Quarter. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 725 | $ 1,305.00 |
| Kruger, Lewis | 0.4 | 1,025 | 410.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,715.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,715.00 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/09/2012 | Review revised fee detail and prepare draft of SSL's 138th monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 10/10/2012 | Attend to September 2012 monthly fee statement. | Krieger, A. | 0.2 |
| 10/11/2012 | Revise draft of SSL's 138th monthly fee application for attorney review. | Mohamed, D. | 0.5 |
| 10/16/2012 | Attend to September 2012 fee statement. | Krieger, A. | 0.1 |
| 10/24/2012 | Finalize SSL's 138th monthly fee application for filing (.6); prepare notice and CoS re same and forward to local counsel for filing on 10/29/12 (.6). | Mohamed, D. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |
| Mohamed, David | 2.8 | 210 | 588.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 805.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 805.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/04/2012 | Telephone conference creditor re: appeal briefing schedule. | Pasquale, K. | 0.2 |
| 10/17/2012 | Emails with creditor re: status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.4 | $ 920 | $ 368.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 368.00 |
| TOTAL FOR THIS MATTER | | | $ 368.00 |

# STROOCK

| RE | Fee Application, Others  699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/23/2012 | Review and finalize Capstone's 103rd monthly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 1.9 | $ 210 | $ 399.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 399.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 399.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Expenses<br>699843 0024 | |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 70.07 |
| Long Distance Telephone | 5.70 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 75.77 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 75.77 |

# STROOCK

| RE | Plan and Disclosure Statement 699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/22/2012 | Memoranda and tc's lenders' counsel re: lenders' claims (1.6); t/c Capstone re: same (.2). | Krieger, A. | 1.8 |
| 10/23/2012 | Memoranda and t/c with Capstone re: analyses of lenders' claims. | Krieger, A. | 0.9 |
| 10/24/2012 | Attend to draft appellate materials and o/c KP re: same (.5); t/c Capstone re: same (.3); memorandum with lenders' counsel re: appellate issues (.1). | Krieger, A. | 0.9 |
| 10/24/2012 | Review Capstone analyses re: lenders' claims. | Pasquale, K. | 0.5 |
| 10/25/2012 | Attend to lenders' draft brief and information re: same. | Krieger, A. | 1.7 |
| 10/25/2012 | Review lenders' draft appellate brief. | Pasquale, K. | 1.6 |
| 10/26/2012 | Attend to lenders' draft brief and e-mails regarding same (3.2); attend to updated appeals dockets and related motions and orders (.4). | Krieger, A. | 3.6 |
| 10/26/2012 | Review lenders' draft appellate brief & case law; emails re: same. | Pasquale, K. | 2.1 |
| 10/30/2012 | Attend to materials re: motion for cash-settled collar agreement. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 9.6 | $ 725 | $ 6,960.00 |
| Pasquale, Kenneth | 4.2 | 920 | 3,864.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 10,824.00 | |

| TOTAL FOR THIS MATTER | $ 10,824.00 |
|---|---|

# STROOCK

| RE | Hearings |
|---|---|
|  | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2012 | Telephone conference with R. Higgins regarding 10/15/12 hearing agenda and Main Plaza objection to CIM Acquisition/Urban notice of claim transfer and Debtors' limited joinder. | Krieger, A. | 0.1 |
| 10/08/2012 | Attend to 10/15/12 hearing notice (.1); emails and t/c with R. Higgins re: hearing on Main Plaza, CIM Urban dispute and memorandum with LK, KP re: same (.9); memorandum to local counsel re: same (.3). | Krieger, A. | 1.3 |
| 10/16/2012 | Memorandum with M. Lastowski re: 10/15/12 hearing on CIM motion. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 725 | $ 1,160.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,160.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,160.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,007.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 75.77 |
| TOTAL BILL | $ 21,082.77 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM