# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**OCTOBER 1, 2012 - OCTOBER 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 0.4 | $1,025 | $   410.00 |
| Pasquale, Kenneth | 4.6 | 920 | 4,232.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 19.1 | 725 | 13,847.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 10.9 | 210 | 2,289.00 |
| Siegel, Scott D. | 0.3 | 315 | 94.50 |
| | | | |
| **Total** | **35.7** | | **$ 21,007.00** |