# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2012 - OCTOBER 31, 2012**

| | |
|---|---:|
| Outside Messenger Service | $ 70.07 |
| Long Distance Telephone | 5.70 |
| | |
| **TOTAL** | **$ 75.77** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | November 28, 2012 |
|---|---|
| INVOICE NO. | 578751 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through October 31, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 09/28/2012 | Vendor: United Parcel Service Invoice #: 00000010X827402 10.06.12 Tracking #: 1Z10X8270190051242 Shipment Date: 09/28/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.17 |
| 09/28/2012 | Vendor: United Parcel Service Invoice #: 00000010X827402 10.06.12 Tracking #: 1Z10X8270197851464 Shipment Date: 09/28/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.88 |
| 09/28/2012 | Vendor: United Parcel Service Invoice #: 00000010X827402 10.06.12 Tracking #: 1Z10X8270198243459 Shipment Date: 09/28/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 7.88 |
| 09/28/2012 | Vendor: United Parcel Service Invoice #: 00000010X827402 10.06.12 Tracking #: 1Z10X8270198940071 Shipment Date: 09/28/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.88 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/23/2012 | Vendor: United Parcel Service Invoice #: 00000010X827432 10.27.12 Tracking #: 1Z10X8270196031333 Shipment Date: 10/23/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 7.98 |
| 10/23/2012 | Vendor: United Parcel Service Invoice #: 00000010X827432 10.27.12 Tracking #: 1Z10X8270196120504 Shipment Date: 10/23/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.98 |
| 10/23/2012 | Vendor: United Parcel Service Invoice #: 00000010X827432 10.27.12 Tracking #: 1Z10X8270198351510 Shipment Date: 10/23/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.98 |
| 10/23/2012 | Vendor: United Parcel Service Invoice #: 00000010X827432 10.27.12 Tracking #: 1Z10X8270199443124 Shipment Date: 10/23/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.32 |

**Outside Messenger Service Total**     **70.07**

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05/2012 | EXTN.795562, TEL.2038626208, S.T.11:07, DUR.00:01:43 | 0.17 |
| 10/05/2012 | EXTN.795562, TEL.2038626208, S.T.16:36, DUR.00:02:34 | 0.25 |
| 10/24/2012 | EXTN.795544, TEL.2015877123, S.T.16:04, DUR.00:03:39 | 1.11 |
| 10/24/2012 | EXTN.795562, TEL.2155684480, S.T.11:53, DUR.00:00:13 | 0.28 |
| 10/26/2012 | EXTN.795544, TEL.2015877123, S.T.11:59, DUR.00:13:08 | 3.89 |

**Long Distance Telephone Total**     **5.70**

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 3

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 70.07 |
| Long Distance Telephone | 5.70 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 75.77 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.  Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM