IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No. 29463** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 29463

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Forth-Fifth Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2012 through June 30, 2012* (the "Application") [Docket No. 29463] filed on August 15, 2012.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 30, 2012 at 4:00 p.m.

Dated: December 5, 2012
      Wilmington, Delaware

                                               */s/ Michael R. Lastowski*
                                               Michael R. Lastowski (DE 3892)
                                               Richard W. Riley (DE 4052)
                                               DUANE MORRIS LLP
                                               222 Delaware Avenue, Suite 1600
                                               Wilmington, DE 19801-1246
                                               Telephone:   (302)-657-4900
                                               Facsimile:    (302)-657-4901
                                               Email:        mlastowski@duanemorris.com
                                                                                      rwriley@duanemorris.com

                                               *Co-Counsel for the Official*
                                               *Committee of Unsecured Creditors*