# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related to Docket No. 29478** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 29478

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Thirty-Fourth Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From April 1, 2012 through June 30, 2012* (the "Application") [Docket No. 29478] filed on August 20, 2012.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 30, 2012 at 4:00 p.m.

Dated: December 5, 2012
       Wilmington, Delaware

                                            */s/ Michael R. Lastowski*
                                            Michael R. Lastowski (DE 3892)
                                            Richard W. Riley (DE 4052)
                                            DUANE MORRIS LLP
                                            222 Delaware Avenue, Suite 1600
                                            Wilmington, DE 19801-1246
                                            Telephone:   (302)-657-4900
                                            Facsimile:    (302)-657-4901
                                            Email:        mlastowski@duanemorris.com
                                                                       rwriley@duanemorris.com

                                            *Co-Counsel for the Official*
                                            *Committee of Unsecured Creditors*

DM3\2364976.1