**ONE HUNDRED AND FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012)</u>**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 10-1-2012 through 10-31-2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 6.50 | $5,167.50 |
| R. Frezza | Member | $725 | 42.00 | $30,450.00 |
| M. Viola | Paraprofessional | $120 | 1.20 | $144.00 |
| **For the Period 10-1-2012 through 10-31-2012** | | | **49.70** | **$35,761.50** |

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 10-1-2012 through 10-31-2012**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 02. Case Administration | During the Fee Application period, the Applicant prepared reviewed and analyzed docket submissions. | 3.80 | $2,776.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared September 2012 and the 35th quarterly fee applications. | 4.10 | $2,267.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant reviewed and analyzed August 2012 Monthly operating report. | 2.90 | $2,214.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant participated in discussion with Grace Advisors, reviewed and analyzed Grace One Presentation Data and prepared a report for Grace advisors. | 10.00 | $7,334.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant participated in discussions re: interest scenario and case status, analyzed interest rate data, finalized draft of new interest scenarios analysis, reviewed and analyzed Cash Settled Collar agreement. | 28.90 | $21,169.50 |
| **For the Period 10-1-2012 through 10-31-2012** | | **49.70** | **$35,761.50** |

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 10-1-2012 through 10-31-2012**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 02. Case Administration | | | |
| 10/1/2012 | R. Frezza | 0.70 | Reviewed and analyzed docket submissions. |
| 10/8/2012 | R. Frezza | 0.70 | Reviewed and analyzed docket submissions. |
| 10/12/2012 | E. Ordway | 0.30 | Reviewed and analyzed docket. |
| 10/15/2012 | R. Frezza | 0.70 | Reviewed and analyzed docket submissions. |
| 10/22/2012 | R. Frezza | 0.70 | Reviewed and analyzed docket submissions. |
| 10/29/2012 | R. Frezza | 0.70 | Reviewed and analyzed docket submissions. |
| Subtotal | | 3.80 | |
| 07. Fee Applications & Invoices | | | |
| 10/9/2012 | M. Viola | 0.40 | Prepared September 2012 fee application. |
| 10/12/2012 | E. Ordway | 0.30 | Prepared and reviewed fee application. |
| 10/12/2012 | R. Frezza | 0.90 | Prepared September 2012 fee application. |
| 10/15/2012 | R. Frezza | 0.90 | Continued to prepare and review September 2012 fee application. |
| 10/18/2012 | M. Viola | 0.30 | Continued to prepare September 2012 fee application. |
| 10/18/2012 | R. Frezza | 0.80 | Prepared the 35th quarterly fee application. |
| 10/19/2012 | M. Viola | 0.50 | Prepared the 35th quarterly application. |
| Subtotal | | 4.10 | |
| 08. Financial Analysis - Schedules & Statements | | | |
| 10/1/2012 | R. Frezza | 1.30 | Reviewed and analyzed August 2012 monthly report. |
| 10/25/2012 | E. Ordway | 1.30 | Reviewed and analyzed current month's operating report. |
| 10/31/2012 | E. Ordway | 0.30 | Continued to review monthly operating report. |

**Capstone Advisory Group, LLC**  **Page 1 of 3**
**Invoice for the 10-1-2012 - 10-31-2012 Fee**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 2.90 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/5/2012 | R. Frezza | 1.60 | Participated in discussion with Grace Advisors re: Grace One initiative and generated initial questions for follow up. |
| 10/15/2012 | E. Ordway | 1.20 | Reviewed and analyzed Grace One Presentation data provided by Grace. |
| 10/15/2012 | R. Frezza | 2.70 | Reviewed and analyzed Grace One Presentation data provided by Grace advisors |
| 10/17/2012 | R. Frezza | 2.80 | Reviewed and further analyzed Grace One Presentation data and prepared detail question list to Grace advisors. |
| 10/18/2012 | R. Frezza | 1.70 | Continued analysis of Grace One data in preparation of report to committee. |
| Subtotal | | 10.00 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/22/2012 | R. Frezza | 2.90 | Participated in discussion with Stroock, UCC Counsel and client re: substantial new and additional interest scenario analyses per Counsel request and began research. |
| 10/22/2012 | E. Ordway | 1.50 | Analyzed interest rate data analyses prepared by staff from prior years. |
| 10/22/2012 | R. Frezza | 0.50 | Determined new formats and approaches to newly requested interest scenarios. |
| 10/22/2012 | R. Frezza | 2.90 | Began detailed new interest scenario analyses per Counsel's request. |
| 10/23/2012 | E. Ordway | 0.30 | Participated in call with creditor to discuss case status. |
| 10/23/2012 | E. Ordway | 0.50 | Continued to review analyses previously prepared. |
| 10/23/2012 | R. Frezza | 2.90 | Finalized initial draft of detailed substantial new interest scenario analyses and sent via email to Counsel for review. |
| 10/23/2012 | R. Frezza | 2.80 | Continued detailed new interest scenario analyses per Counsel's request. |
| 10/25/2012 | R. Frezza | 2.80 | Continued updating interest scenarios and responded to Counsel's |
| 10/30/2012 | R. Frezza | 2.90 | Reviewed and analyzed Cash Settled Collar agreement. |
| 10/31/2012 | R. Frezza | 2.90 | Performed detailed financial analysis of impact to estate of entering into Cash Settled Collar agreement. |
| 10/31/2012 | R. Frezza | 2.30 | Completed review and analysis of Cash Settled Collar motion. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/31/2012 | E. Ordway | 0.80 | Reviewed data related to Cash Settled Collar motion. |
| 10/31/2012 | R. Frezza | 2.90 | Began preparation of report to committee re: Cash Settled Collar agreement. |
| Subtotal | | 28.90 | |
| **Total Hours** | | **49.70** | |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 10-1-2012 through 10-31-2012**

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Telecom | | | |
| 10/12/2012 | Capstone Expense | October Telecom | $57.16 |
| Subtotal - Telecom | | | $57.16 |
| **For the Period 10-1-2012 through 10-31-2012** | | | **$57.16** |

**Capstone Advisory Group, LLC**　　　　　　　　　　　　　　　　　　　　　　　　**Page 1 of 1**
**Invoice for the 10-1-2012 - 10-31-2012 Fee**