## EXHIBIT A

### W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### July 1, 2012 through September 30, 2012

**Settlements Greater than $50,000, But Less Than $1,000,000**

| Date | Dkt | Notice of Settlement |
|------|-----|----------------------|
|      |     | None                 |

**Settlements Less Than $50,000**

| Date | Claim | Settlement |
|------|-------|------------|
| NA   | NA    | Gregory Dowdy v. WR Grace, et al., Lake County, FL Case No.: 08-CA-003790. Settlement of Personal Injury/Product Liability Lawsuit. $15,000 |
| NA   | NA    | United States Bankruptcy Court for the Southern District of Florida   Case No. 11-02849. Claims for avoidance and recovery of alleged preferential transfers. 12,500 |