# EXHIBIT A

(Horton Iron & Metal)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: December 26, 2012 |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

November 19, 2012
Client/Matter #   01246-015355
Invoice # 151064
Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Horton Iron & Metal</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/02/12 | P. Marks | L120 | 2.60 | Conference with S. Albert re drafts, detailed assessment re same, and prepare settlement proposal language. |
| 10/02/12 | S. Albert | L120 | 2.90 | Preparation of draft transmittal email and brief and exchange emails re same and research issue. |
| 10/03/12 | S. Albert | L120 | 0.20 | Review P. Marks comments and revisions to documents, and communications re same. |
| 10/04/12 | R. Brager | L120 | 1.00 | Review and edit settlement documents and exchange emails with P. Marks and S. Albert re same. |
| 10/05/12 | R. Brager | L120 | 0.40 | Strategy conference with P. Marks. |
| 10/05/12 | P. Marks | L120 | 0.60 | Conference with R. Brager re settlement materials, evaluate same and follow-up with S. Albert email re same. |
| 10/08/12 | R. Brager | L160 | 0.60 | Review and edit legal argument and email S. Albert and P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  151064
                                                             November 19, 2012
                                                             PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/08/12 | S. Albert | L120 | 0.60 | Address emails from P. Marks and R. Brager and revise legal argument. |
| 10/09/12 | R. Brager | L160 | 0.30 | Exchange emails re material to government. |
| 10/09/12 | P. Marks | L120 | 1.20 | Prepare settlement negotiation related documents and emails re same. |
| 10/09/12 | S. Albert | L120 | 0.60 | Revision of legal argument, revision of packet of correspondence, and emails re same. |
| 10/10/12 | S. Albert | L120 | 0.50 | Research and email re same. |
| 10/17/12 | P. Marks | L120 | 0.40 | Telephone conference with L. Duff re legal research, and evaluate and follow-up emails re same. |
| 10/18/12 | R. Brager | L120 | 1.30 | Telephone conference with Grace and B&D team re settlement strategy issues. |
| 10/18/12 | P. Marks | L120 | 0.80 | Assess S. Albert research and conference with S. Albert re same. |
| 10/18/12 | P. Marks | L120 | 1.30 | Telephone conference with L. Duff, H. Feichko, R. Brager and S. Albert re meeting preparation and evaluation of research. |
| 10/18/12 | S. Albert | L120 | 1.30 | Conference re strategy with R. Brager, P. Marks, H. Feichko, and L. Duff. |
| 10/18/12 | S. Albert | L120 | 3.00 | Conduct research and consult with P. Marks re same and draft email re same. |
| 10/23/12 | S. Albert | L120 | 0.20 | Review H. Feichko agreement and draft email to P. Marks and R. Brager re same. |
| 10/24/12 | R. Brager | L120 | 0.30 | Exchange emails re deliverables to government. |

                                        Total Hours :            20.10

                                        Total Fees :         $9,054.18

BEVERIDGE & DIAMOND, P.C.                               INVOICE #  151064
                                                        November 19, 2012
                                                        PAGE   3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 3.90 | $657.80 | $2,565.42 |
| P. Marks  | 6.90 | $469.20 | $3,237.48 |
| S. Albert | 9.30 | $349.60 | $3,251.28 |
| **Total Fees :** |  |  | **$9,054.18** |
| **Total Fees:** |  |  | **$9,054.18** |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L120 |  | 19.20 | $8,462.16 |
| L160 |  | 0.90 | $592.02 |
| Total L100 |  | 20.10 | $9,054.18 |
| **Total Fees :** |  | **20.10** | **$9,054.18** |

**Summary by Disbursement Codes :**

|  |  |  | Bill Amount |
|---|---|---|---|
| E110 | Out-of-town Travel |  | $786.68 |
|  | **Total Disbursements :** |  | **$786.68** |
|  | **TOTAL DUE :** |  | **$9,840.86** |