# EXHIBIT B

(IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

November 19, 2012  
Client/Matter #   01246-015172  
Invoice # 151063  
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**IRIS**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/01/12 | K. Bourdeau | C300 | 1.30 | Review study, e-mail communications with P. Marks re same, and review recent developments of significance to Grace, path forward. |
| 10/01/12 | P. Marks | C300 | 0.40 | Telephone conference with H. Feichko re path forward. |
| 10/01/12 | P. Marks | C300 | 1.40 | Evaluation of documents re issues to pursue, and emails with K. Bourdeau re same. |
| 10/01/12 | E. Wolk | C300 | 0.30 | Document management. |
| 10/02/12 | K. Bourdeau | C300 | 1.00 | Various e-mail communications re new developments, path forward on advocacy. |
| 10/02/12 | P. Marks | C300 | 1.60 | Conference with L. Duff and H. Feichko re status and range of tasks under consideration, and prepare summary for K. Bourdeau. |
| 10/02/12 | P. Marks | C300 | 1.10 | Research tasks re technical papers. |
| 10/02/12 | P. Marks | C300 | 0.40 | Emails with H. Feichko re agenda. |
| 10/02/12 | E. Wolk | C300 | 0.50 | Document management. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151063
November 19, 2012
PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 10/03/12 | K. Bourdeau | C300 | 1.80 | E-mail communications re action items, path forward and review documents. |
| 10/03/12 | P. Marks | C300 | 0.20 | Assess status of transcripts and direct staff re same. |
| 10/03/12 | P. Marks | C300 | 4.40 | Evaluate talking points, prepare suggestions re same, and conduct research re EPA policy. |
| 10/03/12 | P. Marks | C300 | 2.70 | Research and locate studies, and coordinate with consultant re same, and direct staff re same, and review articles from J. Flynn. |
| 10/04/12 | K. Bourdeau | C300 | 2.30 | Review talking points and EPA papers and developments, and prepare e-mail to P. Marks and team re same. |
| 10/04/12 | K. Bourdeau | C300 | 2.20 | Participate in Grace team calls. |
| 10/04/12 | P. Marks | C300 | 2.30 | Prepare suggestions re talking points and address K. Bourdeau input re same. |
| 10/04/12 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko, L. Duff and K. Bourdeau re status and tasks. |
| 10/04/12 | P. Marks | C300 | 1.00 | Weekly team teleconference. |
| 10/05/12 | K. Bourdeau | C300 | 1.80 | Prepare for and participate in conference call with client and research and emails re same. |
| 10/05/12 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko, R. Finke and K. Bourdeau. |
| 10/05/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 10/06/12 | K. Bourdeau | C300 | 0.30 | Locate and transmit to Grace legal team background information. |
| 10/08/12 | K. Bourdeau | C300 | 0.80 | Review transcript segments and prepare notes thereon. |
| 10/08/12 | P. Marks | C300 | 2.70 | Transcript review and direct staff re same. |
| 10/08/12 | P. Marks | C300 | 1.60 | Prepare for client meeting, telephone conference with client re expert identification and follow-up tasks including communication with experts. |
| 10/09/12 | K. Bourdeau | C300 | 2.80 | Participate in Grace strategy meeting and e-mail communications re same. |

BEVERIDGE & DIAMOND, P.C.
INVOICE # 151063
November 19, 2012
PAGE   3

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 10/09/12 | P. Marks | C300 | 5.20 | Review agenda and documents from consultant, conduct meeting with team, and conduct pre-meeting and post-meeting evaluation with L. Duff. |
| 10/10/12 | K. Bourdeau | C300 | 0.50 | E-mail correspondence re various development and action items. |
| 10/10/12 | P. Marks | C300 | 0.90 | Telephone conference and emails from J. Flynn, and evaluate and respond to inquiry. |
| 10/10/12 | P. Marks | C300 | 2.90 | Telephone conference with experts and follow-up preparation of information for same, and review report. |
| 10/10/12 | J. Lanham | C300 | 1.00 | Research activities. |
| 10/11/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re action items, science issues. |
| 10/11/12 | P. Marks | C300 | 1.10 | Telephone conference with L. Duff re issues and follow-up with experts re same. |
| 10/11/12 | P. Marks | C300 | 1.20 | Screening experts and information exchanges re same, including multiple emails and telephone conferences. |
| 10/11/12 | P. Marks | C300 | 1.00 | Evaluate issues. |
| 10/12/12 | K. Bourdeau | C300 | 0.80 | Review letter and e-mail communications re response to same. |
| 10/12/12 | P. Marks | C300 | 2.00 | Address review of scientific literature. |
| 10/12/12 | P. Marks | C300 | 0.70 | Evaluate correspondence and address client inquiries re same. |
| 10/13/12 | P. Marks | C300 | 3.20 | Detailed evaluation of epidemiological studies. |
| 10/14/12 | K. Bourdeau | C300 | 1.20 | Review issues and analyze possible path forward in light of same. |
| 10/15/12 | K. Bourdeau | C300 | 0.70 | Conference with P. Marks and e-mail communications with Grace team re same. |
| 10/15/12 | P. Marks | C300 | 3.10 | Continue evaluation of literature and telephone conference with consultant re same. |
| 10/15/12 | P. Marks | C300 | 1.20 | Follow-up re document requests. |
| 10/15/12 | J. Lanham | C300 | 1.00 | Document related activities. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151063
November 19, 2012
PAGE   4

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 10/16/12 | K. Bourdeau | C300 | 1.30 | E-mail communications re technical issues, path forward re same and conference with H. Feichko and P. Marks re same. |
| 10/16/12 | P. Marks | C300 | 2.20 | Detailed telephone conference with H. Feichko re tasks and strategy; follow-up telephone conference with H. Feichko and K. Bourdeau re subset of issues, and evaluate same. |
| 10/16/12 | J. Lanham | C300 | 8.80 | Review FOIA documents. |
| 10/17/12 | K. Bourdeau | C300 | 0.90 | Various e-mail communications. |
| 10/17/12 | P. Marks | C300 | 1.30 | Assess documents received via FOIA, and prepare detailed email to client re same. |
| 10/17/12 | P. Marks | C300 | 0.70 | Prepare summary of issues for H. Feichko. |
| 10/17/12 | P. Marks | C300 | 0.50 | Prepare transcript and comment excerpts for client. |
| 10/17/12 | P. Marks | C300 | 0.30 | Contact consultant re research. |
| 10/18/12 | K. Bourdeau | C300 | 0.40 | Review e-mail summary and evaluate response thereto. |
| 10/18/12 | P. Marks | C300 | 3.20 | Detailed telephone conference with H. Feichko and L. Duff (for portion of call) to follow up on each of the prior day's emails and research, and to prepare for client meeting, and follow-up preparation of correspondence. |
| 10/18/12 | J. Lanham | C300 | 1.30 | Research per P. Marks. |
| 10/19/12 | K. Bourdeau | C300 | 1.20 | Conference with P. Marks re status, action items and review, revise, and provide comments on draft letter. |
| 10/19/12 | P. Marks | C300 | 1.30 | Edit correspondence and send to client and telephone conference with K. Bourdeau re same. |
| 10/19/12 | P. Marks | C300 | 0.50 | Follow-up communications re correspondence and with consultants. |
| 10/19/12 | J. Lanham | C300 | 1.80 | Review documents for inclusion in letter and email correspondence to P. Marks re same. |
| 10/19/12 | E. Wolk | C300 | 0.30 | Monitoring. |

BEVERIDGE & DIAMOND, P.C.                                  INVOICE #  151063
                                                           November 19, 2012
                                                           PAGE   5

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 10/21/12 | K. Bourdeau | C300 | 1.30 | Review numerous recent developments (relevant to Grace advocacy opportunities); e-mail communications with P. Marks re same; review e-mails. |
| 10/21/12 | P. Marks | C300 | 0.70 | Evaluate H. Feichko and K. Bourdeau markup of correspondence and prepare revision to same. |
| 10/22/12 | K. Bourdeau | C300 | 0.80 | Review revised draft letter and communications re same. |
| 10/22/12 | P. Marks | C300 | 6.90 | In-depth development of comments with two experts and telephone conferences and emails with same and client. |
| 10/22/12 | J. Lanham | C300 | 0.80 | Research re documents and email correspondence to P. Marks re same. |
| 10/23/12 | K. Bourdeau | C300 | 0.50 | Review results of meeting to inform Grace advocacy and communications with P. Marks re same. |
| 10/23/12 | P. Marks | C300 | 1.20 | Telephone conference with consultant re expert report. |
| 10/23/12 | P. Marks | C300 | 6.70 | Prepare comment letter and attachments and related telephone conferences and emails with H. Feichko and consultant re same. |
| 10/23/12 | P. Marks | C300 | 0.40 | Telephone conference with R. Finke re tasks and experts. |
| 10/24/12 | K. Bourdeau | C300 | 0.50 | Communications with P. Marks. |
| 10/24/12 | P. Marks | C300 | 1.10 | Coordinate with H. Feichko and direct staff re information management and experts, and coordinate with K. Bourdeau re his input. |
| 10/25/12 | P. Marks | C300 | 1.70 | Weekly team telephone call and telephone conference with H. Feichko re tasks. |
| 10/25/12 | J. Lanham | C300 | 0.20 | FOIA related activities. |
| 10/26/12 | P. Marks | C300 | 1.60 | Task planning and implementation, including preparation of information for consultant and follow-up with other consultants re reports, collect documents for review and direct staff re same. |
| 10/26/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 10/31/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re developments. |

BEVERIDGE & DIAMOND, P.C.                                           INVOICE #  151063
                                                                    November 19, 2012
                                                                    PAGE   6

| | | | | |
|---|---|---|---|---|
| 10/31/12 | P. Marks | C300 | 0.30 | Review document received via FOIA and coordinate with client and consultant re same. |
| 10/31/12 | P. Marks | C300 | 2.90 | Telephone conference with consultant re preparation of report and follow-up email to client re same and report transmittal. |
| 10/31/12 | J. Lanham | C300 | 0.50 | FOIA related activities. |
| 10/31/12 | E. Wolk | C300 | 0.30 | Monitoring. |

                              **Total Hours :**              121.00

                              **Total Fees :**           $58,433.80

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151063
November 19, 2012
PAGE   7

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 25.40 | $657.80 | $16,708.12 |
| P. Marks | 78.20 | $469.20 | $36,691.44 |
| J. Lanham | 15.40 | $303.60 | $4,675.44 |
| E. Wolk | 2.00 | $179.40 | $358.80 |
|  |  | **Total Fees :** | **$58,433.80** |
|  |  | **Total Fees:** | **$58,433.80** |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| C300 |  | 121.00 | $58,433.80 |
| Total |  | 121.00 | $58,433.80 |
|  | **Total Fees :** | **121.00** | **$58,433.80** |

**Summary by Disbursement Codes :**

| Code |  | Description | Bill Amount |
|---|---|---|---|
| 007 |  | Express Delivery | $103.69 |
| 027 |  | Court Reporter | $1,707.50 |
| E105 |  | Telephone | $29.70 |
| E109 |  | Local Travel | $6.00 |
|  |  | **Total Disbursements :** | **$1,846.89** |
|  |  | **TOTAL DUE :** | **$60,280.69** |