# EXHIBIT C

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 19, 2012
Client/Matter # 01246-012100
Invoice # 151060
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/12 in Connection With:

## General Regulatory/Compliance Issues
## 100042

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/08/12 | K. Szmuszkovicz | C300 | 1.00 | Assess M. Duvall research and notes; conference with M. Duvall re analysis and next steps in light of newly obtained EPA letter containing relevant guidance. |
| 10/08/12 | M. Duvall | C300 | 0.60 | Conference with K. Szmuszkovicz re research and strategy; send research materials to H. Feichko, L. Duff, and D. Curreri with comments. |
| 10/11/12 | K. Szmuszkovicz | C300 | 0.50 | Prepare for and participate in team telephone conference re jurisdictional issues. |
| 10/11/12 | M. Duvall | C300 | 1.30 | Telephone conference with H. Feichko, D. Curreri, and K. Szmuszkovicz re jurisdictional issue and send research materials. |
| 10/16/12 | L. McAfee | C300 | 0.50 | Telephone conference with L. Duff re air permit issues and review permit from M. Galloway. |
| 10/19/12 | L. McAfee | C300 | 4.50 | Research, prepare for and conduct client meeting. |
| 10/22/12 | L. McAfee | C300 | 0.30 | Prepare action item list and forward to client. |
| 10/30/12 | L. McAfee | C300 | 0.80 | Research re EPA guidance. |
| 10/31/12 | L. McAfee | C300 | 1.00 | Research and telephone conference with consultant re permitting requirements and strategy. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 151060
                                                             November 19, 2012
                                                             PAGE   2


                              Total Hours :                        10.50

                              Total Fees :                     $5,279.42

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151060
November 19, 2012
PAGE   3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Szmuszkovicz | 1.50 | $657.80 | $986.70 |
| M. Duvall | 1.90 | $506.00 | $961.40 |
| L. McAfee | 7.10 | $469.20 | $3,331.32 |
| **Total Fees :** |  |  | **$5,279.42** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.50 | $5,279.42 |
| Total | 10.50 | $5,279.42 |
| **Total Fees :** | **10.50** | **$5,279.42** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| 003 | Long Distance Telephone | $3.50 |
| **Total Disbursements :** |  | **$3.50** |

| | **TOTAL DUE :** | **$5,282.92** |
|---|---|---|