# EXHIBIT D

**(Trivalent Chromium)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

November 19, 2012  
Client/Matter #  01246-014988  
Invoice # 151062  
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/01/12 | P. Marks | C300 | 0.20 | Telephone call to E. Hammerberg (MDE). |
| 10/02/12 | P. Marks | C300 | 0.30 | Telephone conference with E. Hammerberg and email to client re same. |

Total Hours :     0.50

Total Fees :     $234.60

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #  151062
                                                                    November 19, 2012
                                                                    PAGE   2


**Time Summary :**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 0.50         | $469.20         | $234.60     |
|            |              | Total Fees :    | $234.60     |
|            |              | Total Fees:     | $234.60     |

**Summary by Task Codes :**

| CODE  | Hours | Bill Amount |
|-------|-------|-------------|
| C300  | 0.50  | $234.60     |
| Total | 0.50  | $234.60     |
|       | Total Fees :  0.50 | $234.60 |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 006 | Commercial Duplicating | $171.72 |
| | Total Disbursements : | $171.72 |
| | **TOTAL DUE :** | **$406.32** |