# EXHIBIT E

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 19, 2012
Client/Matter #   01246-013923
Invoice # 151061
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/01/12 | P. Marks | C300 | 0.30 | Review and evaluate letter from MDE re landfill monitoring. |

|   |   |
|---|---|
| Total Hours : | 0.30 |
| Total Fees : | $140.76 |

BEVERIDGE & DIAMOND, P.C.                                              INVOICE #  151061
                                                                        November 19, 2012
                                                                        PAGE   2

**Time Summary :**

|          | Hours Worked | Billed Per Hour | Bill Amount |
|----------|--------------|-----------------|-------------|
| P. Marks | 0.30         | $469.20         | $140.76     |
|          |              | Total Fees :    | $140.76     |
|          |              | Total Fees:     | $140.76     |

**Summary by Task Codes :**

| CODE  | Hours | Bill Amount |
|-------|-------|-------------|
| C300  | 0.30  | $140.76     |
| Total | 0.30  | $140.76     |
|       | Total Fees :  0.30 | $140.76 |

**Summary by Disbursement Codes :**

                                        TOTAL DUE :            $140.76