# EXHIBIT F

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 19, 2012
Client/Matter #  01246-012629
Invoice # 151065
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**
**100035**

**Disbursements:**

| | |
|---|---:|
| Copying | 47.20 |
| Postage | 10.16 |
| **Total Disbursements :** | **$57.36** |
| **TOTAL DUE :** | **$57.36** |