IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related to Docket No. 29896** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 29896

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One Hundred and Thirty-Eighth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2012 through September 30, 2012** [Docket No. 29896] (the "Application") filed on November 14, 2012.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 4, 2012 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $9,304.80, which represents eighty percent (80%) of the requested compensation of $11,631.00, and one hundred percent (100%) of expenses of $102.99 without further order from the court.

Dated: December 7, 2012
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:    (302)-657-4900
Facsimile:    (302)-657-4901
Email:    mlastowski@duanemorris.com
            rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*