**United States Bankruptcy Court**
**District Of Delaware**
-----------------------------------------------------------------X
In re:
WR Grace                                          : Chapter 11
                                                  : Case No. 01-01139
                                                  :
                                                  : Amount $10,950.00
              Debtor
-----------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**
**(Reference Docket Number 30018 of 12/7/2012)**

PLEASE TAKE NOTE that the transfer of claim from:

      Thomas S. Clemons (GID 0242320)
      3808 Walworth Road
      Marion, NY  14505

IS HEREBY WITHDRAWN BY

      Fair Harbor Capital, LLC
      1841 Broadway Suite 1007
      New York, NY 10023

AS IT WAS PLACED ON THE WRONG DOCKET IN ERROR

DATED:  December 11, 2012             _____/s/_____
                                      Fredric Glass
                                      Fair Harbor Capital, LLC
                                      (212) 967-4035