# Exhibit A

# EXHIBIT A

## W.R. Grace – 45th Interim Period (April 1, 2012 – June 30, 2012)
### Fee and Expense Chart with Recommendations

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29462 | TOTAL: | $336,373.00 | $3,705.65 | $336,373.00 | $3,705.65 |

| AUSTERN, DAVID. T. (44th and 45th)[1] | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 44th | 29643 | TOTAL: $2,900.00 | $441.00 | $2,900.00 | $441.00 |
| 45th | 29644 | TOTAL: $3,150.00 | $475.00 | $3,150.00 | $475.00 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29563 | TOTAL: | $25,476.00 | $3,117.73 | $25,476.00 | $3,117.73 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29494 | TOTAL: | $200,000.00 | $707.77 | $200,000.00 | $707.77 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29555 | TOTAL: | $116,454.00 | $24,628.56 | $116,454.00 | $24,628.56 |

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29457 | TOTAL: | $33,985.50 | $11,755.85 | $33,941.50 | $11,755.85 |

---

[1] The Forty-Fourth Interim Period encompasses January 1, 2012, through March 31, 2012.

1

| CAPLIN & DRYSDALE, CHARTERED ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29460 | TOTAL: | $94,862.75 | $4,092.90 | $94,862.75 | $4,092.90 |

| CAPSTONE ADVISORY GROUP, LLC ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29478 | TOTAL: | $181,596.50 | $388.48 | $181,596.50 | $388.48 |

| CASNER & EDWARDS LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29458 | TOTAL: | $33,176.50 | $38,106.69 | $33,176.50 | $38,106.69 |

| CHARTER OAK FINANCIAL CONSULTING LLC ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29456 | TOTAL: | $91,849.00 | $388.00 | $91,849.00 | $388.00 |

| DUANE MORRIS LLP (44th and 45th) ||||||
|---|---|---|---|---|---|
| Fee Application || Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 44th | 29757 | TOTAL: $19,835.50 | $824.98 | $19,835.50 | $824.98 |
| 45th | 29758 | TOTAL: $18,115.00 | $753.82 | $18,115.00 | $753.82 |

| FERRY JOSEPH & PEARCE, P.A. ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29566 | TOTAL: | $22,383.50 | $1,893.15 | $22,383.50 | $1,893.15 |

2

| FOLEY HOAG LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29461 | TOTAL: | $53,689.30 | $993.67 | $53,689.30 | $980.03 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29244 | TOTAL: | $6,875.00 | $5,575.08 | $6,875.00 | $5,575.08 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29422 | TOTAL: | $192,137.50 | $2,838.97 | $192,137.50 | $2,838.97 |

| THE HOGAN FIRM |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29469 | TOTAL: | $29,727.50 | $882.81 | $29,727.50 | $882.81 |

| KIRKLAND & ELLIS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29504 | TOTAL: | $986,840.00 | $25,532.24 | $986,840.00 | $25,532.24 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29472 | TOTAL: | $40,781.00 | $1,404.21 | $40,781.00 | $1,404.21 |

| LAUZON BÉLANGER LESPÉRANCE |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29471 | TOTAL: | CDN $2,865.60 | CDN $434.90 | CDN $2,865.60 | $434.87 |

3

| LINCOLN PARTNERS ADVISORS LLC (44th and 45th) ||| Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|---|
| Fee Application Docket No. ||| | | | |
| 44th | 29624 | TOTAL: | $125,000.00 | $675.88 | $125,000.00 | $675.88 |
| 45th | 29625 | TOTAL: | $190,000.00 | $4,031.95 | $190,000.00 | $4,031.95 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP |||| Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | | |
| 29626 || TOTAL: | $433,129.75 | $5,928.97 | $433,048.75 | $5,718.97 |


| LINCOLN PARTNERS ADVISORS LLC (44th and 45th) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 44th | 29624 TOTAL: | $125,000.00 | $675.88 | $125,000.00 | $675.88 |
| 45th | 29625 TOTAL: | $190,000.00 | $4,031.95 | $190,000.00 | $4,031.95 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29626 TOTAL: | $433,129.75 | $5,928.97 | $433,048.75 | $5,718.97 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29628 TOTAL: | $97,453.50 | $57,173.13 | $96,052.50 | $57,173.13 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29405 TOTAL: | $10,808.00 | $1,891.30 | $10,808.00 | $1,891.30 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29411 TOTAL: | $576,360.33 | $8,257.98 | $576,360.33 | $8,091.74 |

| PRICEWATERHOUSECOOPERS LLP (Global Restructuring Project – April - May 2012) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29411 TOTAL: | $43,914.97 | $0.00 | $43,914.97 | $0.00 |

4

| PRICEWATERHOUSECOOPERS LLP (DAREX Puerto Rico Audit Services – December 2011 – May 2012) ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29411 | TOTAL: | $57,618.23 | $2,628.39 | $57,618.23 | $2,628.39 |

| REED SMITH LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29441 | TOTAL: | $84,942.00 | $9,760.16 | $84,942.00 | $9,760.16 |

| RICH, ALAN B. ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29475 | TOTAL: | $59,865.00 | $4,005.28 | $59,865.00 | $4,005.28 |

| HON. ALEXANDER M. SANDERS, JR. ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29473 | TOTAL: | $21,465.00 | $3,417.91 | $21,465.00 | $3,417.91 |

| SAUL EWING LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29479 | TOTAL: | $26,513.50 | $374.71 | $26,513.50 | $374.71 |

| SCARFONE HAWKINS LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29470 | TOTAL: | CDN $8,535.00 | CDN $1,112.15 | CDN $8,351.25 | CDN $1,112.15 |

| WARREN H. SMITH & ASSOCIATES, P.C. ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29484 | TOTAL: | $67,322.50 | $604.21 | $67,322.50 | $604.21 |

| STEPTOE & JOHNSON LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29829 | TOTAL: | $15,452.00 | $1,004.71 | $15,452.00 | $1,004.71 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29463 | TOTAL: | $105,462.00 | $1,264.25 | $105,462.00 | $1,264.25 |

| TOWERS WATSON (44th and 45th) | | | | | | |
|---|---|---|---|---|---|---|
| | Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 44th | 29639 | TOTAL: | $2,567.50 | $0.00 | $2,567.50 | $0.00 |
| 45th | 29640 | TOTAL: | $4,480.50 | $0.00 | $4,480.50 | $0.00 |