IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY #29938

On November 26, 2012, the PD FCR filed Docket Entry #29938, "Notice of Service and Filing of the (16th) Quarterly Fee Application of Judge Alexander M. Sanders, Jr., PD FCR (related document(s) 29937) Filed by Alexander M. Sanders, Jr." That document was filed in error and is hereby WITHDRAWN.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

-1-

## CERTIFICATE OF SERVICE

    I certify that on the 12TH day of December, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and on the special notice parties by electronic mail.

                                                                                             _____