IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Related Document: 30023** |

## <u>AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 17, 2012, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE

### PLEASE NOTE THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.

## CONTINUED MATTERS:

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

   <u>Response Deadline:</u> September 12, 2008 at 4:00 p.m.

   <u>Responses Received:</u>

   a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

No. 19523)

b. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to January 28, 2013, at 9:00 a.m.

**QUARTERLY FEE APPLICATIONS:**

2. Forty-Fifth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2012 through June 30, 2012

    Related Documents:

    a. Certification of Counsel Regarding Forty-Fifth Quarter Project Category Summary [Filed: 12/10/12] (Docket No. 30021)

    b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Fifth Period [Filed: 12/10/12] (Docket No. 30020)

    **Status: The Court has entered an order on this matter except with respect to Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s 43rd, 44th and 45th Quarterly Fee Applications. The hearing on those fee applications is continued to March 25, 2013, at 9:00 a.m. Debtors' counsel shall submit a separate catch up order under certification of counsel if the Baker Donelson Bearman Caldwell & Berkowitz, P.C. fees are resolved prior to that hearing.**

**UNCONTESTED MATTERS:**

3. Debtors' Motion for Entry of an Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement [Filed: 10/30/12] (Docket No. 29822)

    Response Deadline: November 30, 2012, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a. [Proposed] Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement [Filed: 10/30/12] (Docket No. 29822)

    b. [Revised] Notice of Debtors' Motion for Entry of an Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement [Filed: 10/30/12] (Docket No. 29823)

    c.    Certification of No Objection Regarding Debtors' Motion for Entry of an Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement [Filed: 12/3/12] (Docket No. 29984)

    d.    **[Signed] Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement [Filed: 12/11/12] (Docket No. 30025)**

**Status:** **The Court has entered an order on this matter.**

4.    Debtors' Motion for Entry of an Order Approving a Qualified Settlement Fund and Related Relief [Filed: 11/9/12] (Docket No. 29878)

Response Deadline: November 30, 2012, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

    a.    [Proposed] Order Approving a Qualified Settlement Fund and Related Relief [Filed: 11/9/12] (Docket No. 29878, Exhibit A)

    b.    Certification of No Objection Regarding Debtors' Motion for Entry of an Order Approving a Qualified Settlement Fund and Related Relief [Filed: 12/3/12] (Docket No. 29985)

    c.    **[Signed] Order Approving a Qualified Settlement Fund and Related Relief [Filed: 12/11/12] (Docket No. 30027)**

**Status:** **The Court has entered an order on this matter.**

Dated: December 12, 2012

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Kathleen P. Makowski*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

4