IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 29903** |

**CERTIFICATION OF NO OBJECTION REGARDING THE INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., ET AL., FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2012 THROUGH SEPTEMBER 30, 2012 (DOCKET NO. 29903)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on November 14, 2012 an interim application ("Application") [Docket No. 29903] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0248770.1 }

2.	Objections to the Application were to be filed and served on or before December 4, 2012 at 4:00 p.m. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: December 13, 2012

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        375 Park Avenue
        35th Floor
        New York, NY  10152
        (212) 319-7125

        -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

        - and -

        CAMPBELL & LEVINE, LLC

        */s/ Mark T. Hurford*
        Mark T. Hurford (I.D. #3299)
        Kathleen Campbell Davis (I.D. #4229)
        800 N. King Street, Suite 300
        Wilmington, DE  19899
        (302) 426-1900

        *Counsel for the Official Committee*
        *of Asbestos Personal Injury Claimants*