IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 29904** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE INTERIM APPLICATION OF ANDERSON, KILL & OLICK, P.C., FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W. R. GRACE & CO., ET AL FOR THE PERIOD OF
JULY 1, 2012 THROUGH SEPTEMBER 30, 2012 (DOCKET NO. 29904)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Anderson, Kill, & Olick, P.C. ("AKO"), submitted on November 14, 2012 an interim application ("Application") [Docket No. 29904] for services rendered and reimbursement of expenses incurred as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0248771.1 }

2. Objections to the Application were to be filed and served on or before December 4, 2012 at 4:00 p.m. No objections to the Application have been received by the undersigned. Moreover, a review of the Court's docket reflects that no objections or responses to the Application were filed.

Dated: December 13, 2012

> ANDERSON, KILL, & OLICK, P.C.
> Robert Y. Chung
> 1251 Avenue of the Americas
> New York, NY 10020-1182
> (212) 278-1039
>
> -and-
>
> CAMPBELL & LEVINE, LLC
>
> */s/Mark T. Hurford*
> Mark T. Hurford (I.D. #3299)
> Kathleen Campbell Davis (I.D. #4229)
> 800 N. King Street
> Suite 300
> Wilmington, DE  19801
> (302) 426-1900
>
> *Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*