# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
 **EIN:** 65–0773649

**Chapter:** 11

*Case No*.:  01–01139–JKF

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 1/14/2009 was filed on 12/11/2012 . The following deadlines apply:

The parties have  0 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/11/2012 .

If a request for redaction is filed, the redacted transcript is due 12/11/2012 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 12/11/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 12/11/12

(ntc)

```
                           United States Bankruptcy Court
                                District of Delaware
In re:                                                           Case No. 01-01139-JKF
W.R. Grace & Co., et al.                                         Chapter 11
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0311-1          User: Brandon            Page 1 of 8         Date Rcvd: Dec 11, 2012
                              Form ID: ntcBK           Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2012.
db            +W.R. Grace & Co., et al.,    7500 Grace Drive,    Columbia, MD 21044-4029
aty            James E. O'Neill,    Pachulski Stang Ziehl & Jones LLP,    919 North Market Street, 17th Floor,
                PO Box 8705,   Wilmington, DE  19899-8705
aty           +Roger J. Higgins, P.C.,    The Law Offices of Roger Higgins LLC,    111 East Wacker Driver,
                Suite 2800,   Chicago, IL 60601-4277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0311-1                  User: Brandon                Page 2 of 8                  Date Rcvd: Dec 11, 2012
                                      Form ID: ntcBK               Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2012 at the address(es) listed below:

          Adam G. Landis   on behalf of Interested Party   Anchorage Advisors, LLC; Avenue Capital Group;
          Bass Companies; Caspian Capital Advisors, LLC; Catalyst Investment Management Co., LLC;
          Citigroup Special Situations; Intermarket Corp.; JD Capital Manag landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Aileen F. Maguire   on behalf of Attorney   Campbell & Levine, LLC cl@del.camlev.com
          Alan B. Rich   on behalf of Attorney   Baron & Budd, P.C. ecf@alanrichlaw.com,
          ecfbdel@alanrichlaw.com,alanrich1@att.blackberry.net,arich@alanrichlaw.com
          Alexander J. Mueller   on behalf of Interested Party   Certain London Market Insurance Companies
          alexander.mueller@mendes.com
          Allison E. Reardon   on behalf of Creditor   Delaware Division of Revenue bankruptcy@state.de.us
          Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
          allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
          Alwyn H. Luckey   on behalf of Interested Party   Kirkland & Ellis kelly@alwynluckey.com
          Amanda Marie Winfree   on behalf of Creditor   Macerich Fresno Limited Partnership
          awinfree@ashby-geddes.com
          Amy Pritchard Williams   on behalf of Interested Party   Charlotte Transit Center Inc
          awilliams@kennedycovington.com
          Andrea Sheehan   on behalf of Interested Party   Carrollton-Farmers Branch Independent School
          District sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
          Ann Harper   on behalf of Attorney   Baron & Budd, P.C. aharper@baronbudd.com,
          bburns@baronbudd.com
          Ann B. Hill   on behalf of Creditor   Louisiana Department of Environmental Quality ann.hill@la.gov
          Ann C. Cordo   on behalf of Interested Party   Travelers Casualty and Surety Company
          acordo@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Anne Marie P. Kelley   on behalf of Attorney   Dilworth Paxson LLP akelley@dilworthlaw.com
          Annie E. Catmull   on behalf of Interested Party   Occidental Permian, Ltd. acatmull@hwallp.com
          Anthony Sakalarios   on behalf of Attorney Anthony Sakalarios jreeves@morris-sakalarios.com
          BMC Group, Inc.   mjohn@bmcgroup.com
          Barbara H. Stratton   on behalf of Creditor   CSX Transportation Inc.
          districtcourt@barbstratton.com, jmaddock@mcguirewoods.com;Brian.Koenig@KoleyJessen.com
          Barbara Lee Caldwell   on behalf of Interested Party   Maricopa County, AZ blc@caldwellazlaw.com
          Barry D Kleban   on behalf of Creditor   AON Consulting bkleban@mdmc-law.com
          Barry M. Klayman   on behalf of Creditor   Federal Insurance Company bklayman@cozen.com
          Benjamin P. Shein   on behalf of Interested Party   Asbestos Claimants bshein@sheinlaw.com
          Bernard George Conaway   on behalf of Creditor   The Lanier Law Firm Asbestos Claimants
          bconaway@camlev.com, bconaway@camlev.com
          Bonnie Glantz Fatell   on behalf of Defendant   R.J. Reynolds Tobacco Company fatell@blankrome.com,
          senese@blankrome.com;moody@blankrome.com
          Brad Q. Rogers   on behalf of Creditor   Pension Benefit Guaranty Corporation ("PBGC")
          rogers.brad@pbgc.gov, efile@pbgc.gov
          Brett D. Fallon   on behalf of Creditor   Caterpillar Financial Services Corporation
          bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
          Brian Salwowski   on behalf of Creditor   Indiana Department of Revenue bsalwowski@atg.state.in.us
          Brian David Huben   on behalf of Creditor   Allegheny Center Associates brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;patrecia.forme
          ca@kattenlaw.com;dana.thompson@kattenlaw.com
          Brian Lucian Kasprzak   on behalf of Interested Party   Everest Reinsurance Company
          bkasprzak@mooclaw.com
          Bruce D. Levin   on behalf of Creditor   Spaulding & Slye Construction LP bdlesq@hotmail.com
          Cara L. Santosuosso   on behalf of Interested Party   Labor's Union 310 csantosuosso@rotatori.com
          Carl N. Kunz   on behalf of Interested Party   Bryan Cave HRO ckunz@morrisjames.com,
          wweller@morrisjames.com;jdawson@morrisjames.com
          Carmella P. Keener   on behalf of Creditor   CNA Financial Corporation and Its Subsidiaries
          ckeener@rmgglaw.com
          Carol A. Iancu   on behalf of Creditor   Massachusetts Department of Environmental Protection
          carol.iancu@ago.state.ma.us
          Carolina Acevedo   on behalf of Interested Party   AXA Belgium as Sucessor to Royale Belge SA
          carolina.acevedo@mendes.com, anna.newsom@mendes.com
          Cathy Jo Burdette   on behalf of Interested Party   Department of Justice cathy.burdette@usdoj.gov
          Chad A. Fights   on behalf of Interested Party   National Medical Care, Inc. cfights@lawhssm.com
          Charles E. Gibson   on behalf of Attorney   Gibson Law Firm charles@cegibsonlawfirm.com
          Charles J. Brown   on behalf of Attorney   Elzufon Austin Reardon Tarlov & Mondell, P.A.
          cbrown@archerlaw.com
          Charles J. Brown   on behalf of Appellant   Mechanic's Lien Claimants cbrown@gsbblaw.com,
          dabernathy@archerlaw.com
          Charles Stein Siegel   on behalf of Interested Party   Asbestos Plaintiffs (Claimants)
          siegel@waterskraus.com
          Chris Momjian   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
          crmomjian@attorneygeneral.gov
          Christina C. Skubic   on behalf of Attorney   Brayton Purcell cskubic@braytonlaw.com
          Christina M. Thompson   on behalf of Creditor   City of Charleston, South Carolina
          cthompson@connollygallagher.com
          Christopher Dean Loizides   on behalf of Creditor   1199 SEIU f.k.a. 310 West 43rd Street Building,
          NY loizides@loizides.com
          Christopher Dean Loizides   on behalf of Creditor   American National Bank & Trust, Company f.k.a.
          Piedmont Trust Bank, VA ecf.admin@loizides.com
          Christopher Dean Loizides   on behalf of Creditor   10 Hanover Square Building c/o The Whitkoff
          Group, NY ecf.admin@loizides.com

```
District/off: 0311-1          User: Brandon            Page 3 of 8              Date Rcvd: Dec 11, 2012
                              Form ID: ntcBK           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Christopher Dean Loizides    on behalf of Creditor    3570 West Lake Building loizides@loizides.com
              Christopher Dean Loizides    on behalf of Attorney    LOIZIDES & ASSOCIATES loizides@loizides.com
              Christopher Dean Loizides    on behalf of Creditor    100 Wall Street, NY ecf.admin@loizides.com
              Christopher Dean Loizides    on behalf of Creditor    A&S Building, NY loizides@loizides.com
              Christopher Dean Loizides    on behalf of Creditor    22 Cortland Street Building, NY
               ecf.admin@loizides.com
              Christopher J. Kayser    on behalf of Creditor    United States Internal Revenue Service
               christopher.j.kayser@usdoj.gov,    Eastern.Taxcivil@usdoj.gov
              Christopher M. Parks    on behalf of Interested Party    Chris Parks & Associates
               cparks@chrisparkslaw.com,    gyoungblood@chrisparkslaw.com
              Christopher Martin Winter    on behalf of Defendant    Fresenius Medical Care Holdings, Inc.
               cmwinter@duanemorris.com
              Christopher Martin Winter    on behalf of Creditor    Official Committee of Unsecured Creditors
               cmwinter@duanemorris.com
              Christopher P. Duffy    on behalf of Interested Party    Coady Law Firm duffy@coadylaw.com
              Christopher Page Simon    on behalf of Interested Party    DII Industries, LLC Asbestos PI Trust
               csimon@crosslaw.com
              Cindy Jo Kiblinger    on behalf of Creditor Ernest Abbott, et. al. mshamblin@jfhumphreys.com,
               rhyde@jfhumphreys.com
              Curtis A. Hehn    on behalf of Debtor    W.R. Grace & Co., et al. chehn@pszyj.com
              Daniel B. Butz    on behalf of Creditor    Fresenius Medical Care Holdings, Inc. and National
               Medical Care, Inc. dbutz@mnat.com,    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Daniel J. Healy    on behalf of Creditor    United States Internal Revenue Service
               daniel.j.healy@usdoj.gov,    eastern.taxcivil@usdoj.gov
              Daniel K. Hogan    on behalf of Attorney    Baldwin & Baldwin dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,lcampbell@dkhogan.com
              Darrell W. Scott    on behalf of Creditor    Zonolite Attic Insulation Class Plaintiffs
               scottgroup@mac.com,    ssimatos@mac.com
              David E. Klein    on behalf of Creditor    Official Committee of Equity Holders
               dklein@kramerlevin.com
              David E. Wilks    on behalf of Interested Party    Gamma Holding NV dwilks@wlblaw.com,
               bshort@wlblaw.com
              David Earl Flowers    on behalf of Interested Party    State of Minnesota david.flowers@state.mn.us
              David G. Aelvoet    on behalf of Attorney    Linebarger Goggan Blair & Sampson, LLP
               davida@publicans.com
              David L. Finger    on behalf of Creditor Roberta Prete dfinger@delawgroup.com
              David L. Rosendorf    on behalf of Creditor    Anderson Memorial Hospital on behalf of All Buildings
               encompassed in its Putative Class Action dlr@kttlaw.com,    rcp@kttlaw.com;ycc@kttlaw.com
              David M. Fournier    on behalf of Creditor    UniFirst Corporation fournierd@pepperlaw.com,
               wlbank@pepperlaw.com,lanoc@pepperlaw.com
              David P. Primack    on behalf of Attorney    Drinker Biddle & Reath LLP dprimack@mdmc-law.com,
               sshidner@mdmc-law.com;smullen@mdmc-law.com
              David R. Hurst    on behalf of Defendant    Sealed Air Corporation dhurst@mmwr.com
              David R. Hurst    on behalf of Defendant    Cryovac, Inc. bankfilings@ycst.com
              David S. Leinwand    on behalf of Creditor    Avenue TC Fund, LP dleinwand@amroc.com
              David S. Rosenbloom    on behalf of Defendant    Fresenius U.S.A., Inc. drosenbloom@mwe.com
              David W.     carickhoff@blankrome.com,    senese@blankrome.com
              Deborah Waldmeir    on behalf of Creditor    State Of Michigan, Dept. Of Treasury
               waldmeird@michigan.gov,    gamep@michigan.gov
              Derrick A. Dyer    on behalf of Interested Party Ronald Thornburg dyerda@dilworthlaw.com
              Don C. Fletcher    on behalf of Interested Party    Westcor dfletcher@lakeandcobb.com,
               msheen@lakeandcobb.com
              Douglas D. Herrmann    on behalf of Interested Party    Sealed Air Corporation
               douglas.herrmann@skadden.com,    christopher.heaney@skadden.com
              Edward B. Rosenthal    on behalf of Interested Party    CNA Companies erosenthal@rmgglaw.com,
               jmeekins@rmgglaw.com
              Edward J. Westbrook    on behalf of Creditor    Zonolite Attic Insulation Class Plaintiffs
               ewestbrook@rpwb.com
              Edward O. Moody    on behalf of Interested Party    Asbestos Plaintiffs (Claimants)
               crystalf@sbcglobal.net,    jpeachey@sbcglobal.net
              Elaine Z. Cole    on behalf of Creditor    New York State Department of Taxation and Finance
               elaine_cole@tax.state.ny.us
              Elihu Ezekiel Allinson, III    on behalf of Creditor    Zonolite Attic Insulation Class Plaintiffs
               ZAllinson@SHA-LLC.com,    ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
              Elizabeth D. Power    on behalf of Creditor    Certain Underwriters at Lloyds, London and Certain
               London Market Companies bankr@zuckerman.com
              Elizabeth V. Heller    on behalf of Interested Party    Goldenberg, Miller, Heller & Antognoli, P.C.
               elizabeth@ghalaw.com,    jens@ghalaw.com
              Ellen W. Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
              Eric B. Abramson    on behalf of Interested Party    Asbestos Claimants eabramson@serlinglaw.com
              Eric J. Monzo    on behalf of Creditor    Garlock Sealing Technologies, LLC emonzo@morrisjames.com,
               wweller@morrisjames.com;jdawson@morrisjames.com
              Erin Edwards    on behalf of Interested Party    Celotex Asbestos Settlement Trust
               bankfilings@ycst.com
              Etta Ren Wolfe    on behalf of Interested Party    Norfolk Southern Railway
               ewolfe@potteranderson.com,    bankruptcy@potteranderson.com
              Etta Rena Wolfe    on behalf of 3rd Pty Defendant    Environmental Litigation Group, P.C.
               erw@skfdelaware.com
```

```
District/off: 0311-1          User: Brandon             Page 4 of 8              Date Rcvd: Dec 11, 2012
                              Form ID: ntcBK            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Evelyn J. Meltzer   on behalf of Creditor  BNSF Railway Company meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
      Francis A. Monaco   on behalf of Attorney  Monzack and Monaco, PA fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com
      Francis J.   fmurphy@msllaw.com, dabbott@msllaw.com
      Frederick B. Rosner   on behalf of Creditor  American Legion rosner@teamrosner.com
      Frederick Brian Rosner   on behalf of Interested Party  General Insurance Company of America rosner@teamrosner.com
      Garvan F. McDaniel   on behalf of Interested Party  Arrowood Indemnity Company f/k/a Royal Indemnity Company gmcdaniel@bglawde.com
      Gary Don Parish   on behalf of Interested Party  Asbestos Plaintiffs (Claimants) gdplaw@sbcglobal.net, parronfirm@sbcglobal.net
      George C. Greatrex, Jr.   on behalf of Interested Party  Asbestos Claimants ggreatrex@ssglawfirm.com
      George J. Marcus   on behalf of Creditor Audrey Benford bankruptcy@mcm-law.com
      Helen Elizabeth Weller   on behalf of Interested Party  County of Dallas dallas.bankruptcy@publicans.com
      Henry Jon Jaffe   on behalf of Interested Party  BNSF Railway Company jaffeh@pepperlaw.com
      Herman G. Petzold   on behalf of Creditor  State of Michigan, Department of Treasury petzoldh@michigan.gov, DietzA@Michigan.gov
      Ian Connor Bifferato   on behalf of Creditor  Royal Insurance Company cbifferato@bifferato.com
      Ira M. Levee   on behalf of Creditor  ERISA Plaintiffs ilevee@lowenstein.com, krosen@lowenstein.com
      J. Kate Stickles   on behalf of Interested Party  Official Committee of Asbestos Personal Injury Claimants kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
      Jacob A. Brown   on behalf of Interested Party  SPCP Group, LLC jacob.brown@akerman.com, jennifer.meehan@akerman.com
      James A Tiemstra   on behalf of Creditor H. Jew jat@tiemlaw.com, sml@tiemlaw.com
      James C. Carignan   on behalf of Creditor  HanMar Associates, M.L.P. carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
      James D. Newbold   on behalf of Creditor  Illinois Department of Revenue James.Newbold@illinois.gov
      James Donald Freeman   on behalf of Creditor  United States of America james.freeman2@usdoj.gov, stephanie.taylor@usdoj.gov
      James E. O'Neill   on behalf of Appellant  W.R. Grace & Co., et al. jo'neill@pszjlaw.com, efile1@pszyj.com
      James E. Wimberley   on behalf of Interested Party  Plaintiffs Listed in Exhibit A jwimberley@mc-law.net
      James M. Lawniczak   on behalf of Creditor  DAP PRODUCTS INC. jlawniczak@calfee.com
      James S. Green, Jr.   on behalf of Interested Party  Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special green@lrclaw.com, adams@lrclaw.com,rogers@lrclaw.com;dellose@lrclaw.com
      James S. Yoder   on behalf of Interested Party  Allstate Insurance Company, as Successor in Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company yoderj@whiteandwilliams.com
      Janet M. Weiss   on behalf of Creditor  Snack, Inc. jweiss@gibsondunn.com, kcoleman@gibsondunn.com
      Janet S. Baer   on behalf of Debtor  W.R. Grace & Co., et al. jbaer@bhflaw.net
      Jason M. Madron   on behalf of Creditor  Bank of America, N.A. madron@rlf.com, rbgroup@rlf.com
      Jeff J. Friedman   on behalf of Interested Party  Katten Muchin Zavis Rosenman jeff.friedman@kattanlaw.com
      Jeffrey C. Wisler   on behalf of Creditor  Continental Casualty Company jwisler@cblh.com
      Jeffrey P. Wasserman   on behalf of Interested Party  Neurocrete Products, Inc. bankruptcy@cicontewasserman.com
      Jeffrey R. Waxman   on behalf of Creditor  Federal Insurance Company jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
      Jeffrey S. Mutnick   on behalf of Interested Party Jeffrey Mutnick lsloggett@mutnicklaw.com
      Jeffrey T. Wegner   on behalf of Interested Party  Gelco Corporation d/b/a GE Capital Fleet Services jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com
      Jena LeBlanc Duncan   on behalf of Interested Party  LeBlanc & Waddell, LLC jduncan@leblancwaddell.com
      Jennifer Lee Scoliard   on behalf of Creditor  Unofficial Committee jscoliard@msn.com
      Jennifer Seitz Taylor   on behalf of Interested Party  American Legion, Fargo, ND, Al Foss, et al jtaylor@jshllp-de.com, mrust@jshllp-de.com
      Jerel L. Ellington   on behalf of Creditor  United States of America jerry.l.ellington@usdoj.gov, james.bezio@usdoj.gov;stephanie.taylor@usdoj.gov
      Joanne Bianco Wills   on behalf of Creditor  Unofficial Committee jwills@klehr.com
      Joel L. Perrell Jr.   on behalf of Creditor  Niro, Inc. jperrell@milesstockbridge.com
      John C. Phillips   on behalf of Attorney  Orrick, Herrington & Sutcliffe LLP tlb@pgslaw.com;scs@pgslaw.com
      John D. Demmy   on behalf of Creditor  Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta jdd@stevenslee.com
      John Edward Waters   on behalf of Creditor  Iowa Department of Revenue idrbankruptcy@iowa.gov
      John Henry Schanne   on behalf of Creditor  CIM Urban REIT 211 Main St. (SF), LP, as assignee of CIM REIT Acquisition, LLC schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com

```
District/off: 0311-1           User: Brandon              Page 5 of 8               Date Rcvd: Dec 11, 2012
                               Form ID: ntcBK             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              John I. Kittel    on behalf of Interested Party   Asbestos Claimants jkittel@mazur-kittel.com,
               tfiema@mazur-kittel.com
              John J. Winter    on behalf of Creditor   PPG Industries jwinter@chartwelllaw.com,
               amcclinton@chartwelllaw.com
              John R. Knapp    on behalf of Creditor   Plum Creek Timberlands john.knapp@millernash.com,
               kalen.daniels@millernash.com
              John R. Weaver    on behalf of Attorney   Cascino Vaughan Law Offices jrweaverlaw@verizon.net,
               DCrivaro@stark-stark.com;JHanley@stark-stark.com
              John T. Carroll    on behalf of Creditor   Federal Insurance Company jcarroll@cozen.com,
               jdeeney@cozen.com;pgiordano@cozen.com
              Jonathan A. Karon    on behalf of Interested Party   Asbestos Claimants
               aflanders@pollackandflanders.com
              Jonathan David Berger    on behalf of Interested Party   Asbestos Claimants jdberger@bm.net
              Jonathan Holmes Alden    on behalf of Interested Party   Florida Department of Environmnetal
               Protection jonathan.alden@dep.state.fl.us,   syndie.l.kinsey@dep.state.fl.us
              Jonathan L. Parshall    on behalf of Creditor   London Market Insurer jonp@msllaw.com
              Joseph Grey    on behalf of Creditor   American Real Estate Holdings, Limited Partnership
               jg@stevenslee.com
              Joseph D. Carona, Jr.    on behalf of Interested Party Joseph Carona dcarjr@aol.com
              Joseph D. Frank    on behalf of Attorney   Campbell, Cherry, Harrison, Davis & Dove, P.C.
               jfrank@fgllp.com,    ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
              Joseph K. Koury    on behalf of Interested Party   Royal Indemnity Company jkk@bgbde.com,
               jmr@bgbde.com;jjh@bgbde.com
              Joseph N. Argentina, Jr.    on behalf of Interested Party   Government Employees Insurance Co. and
               Columbia Insurance Company f/k/a Republic Insurance Company joseph.argentina@dbr.com
              Joseph T. Kremer    on behalf of Interested Party   Lipsitz Green Scime Cambria LLp
               jkremer@lglaw.com,    eking@lglaw.com
              Joseph Walter Lind    on behalf of Other Prof.   Sierra Asset Management, LLC jlind@sierrafunds.com
              Judy D. Thompson    on behalf of Interested Party   PQ CORPORATION jdthompson@poynerspruill.com
              Julie A. Ardoin    on behalf of Attorney Julie Ardoin dlawless@ardoinlawfirm.com
              Karen Marie Kronenberg    on behalf of Interested Party   Asbestos Claimants
               kkronenberg@nixlawfirm.com
              Kathleen Campbell Davis    on behalf of Attorney   Anderson, Kill, & Olick, P.C. kdavis@camlev.com
              Kathleen M. Miller    on behalf of 3rd Pty Defendant   Environmental Litigation Group, P.C.
               kmiller@skjlaw.com,    dlm@skjlaw.com
              Kathleen P. Makowski    on behalf of Attorney   Beveridge & Diamond, P.C. kmakowski@pszjlaw.com
              Kathleen P. Makowski    on behalf of Attorney   Pachulski Stang Ziehl & Jones, LLP
               kmakowski@pszjlaw.com
              Kathryn D. Sallie    on behalf of Interested Party   Ad Hoc Committee of Equity Security Holders
               bankserve@bayardlaw.com,   ksallie@bayardlaw.com
              Kathy Byrne    on behalf of Interested Party   Cooney & Conway kbyrne@cooneyconway.com
              Kay Diebel Brock    on behalf of Creditor   Texas Comptroller Of Public Accounts
               bkecf@co.travis.tx.us
              Kelly M. Conlan    on behalf of Creditor   Maryland Casualty Company kconlan@connollygallagher.com
              Kerri K. Mumford    on behalf of Creditor   Carol Gerard; Alfred Pennock, et al.; and Billie Schull,
               et al. mumford@lrclaw.com,    adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
              Kevin J Mangan    on behalf of Creditor   Honeywell International, Inc. kmangan@wcsr.com,
               hsasso@wcsr.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor   Reed Smith LLP klawson@reedsmith.com
              Kristi J. Doughty    on behalf of Creditor   Toyota Motor Credit Corporation bk.service@aulgur.com
              Kurt F. Gwynne    on behalf of Creditor   Reed Smith LLP kgwynne@reedsmith.com,
               llankford@reedsmith.com
              L. Jason Cornell    on behalf of Creditor   BMW Constructors, Inc., jcornell@frof.com,
               dkemp@foxrothschild.com;slynch@foxrothschild.com
              LINDSEY W. COOPER    on behalf of Creditor   United States of America lindsey.w.cooper@usdoj.gov
              Landon Ellis    on behalf of Interested Party   Bank Debt Holders [(i) Anchorage Advisors, LLC;
               (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v)
               Catalyst Investment Management Co., LLC; (vi) Citigroup Special ellis@lrclaw.com,
               adams@lrclaw.com;dellose@lrclaw.com;rogers@lrclaw.com
              Laura Davis Jones    on behalf of Attorney   Pachulski Stang Ziehl & Jones, LLP ljones@pszyj.com
              Laura Davis Jones    on behalf of Debtor   REMEDIUM GROUP, INC. ljones@pszjlaw.com,
               efile1@pszyjw.com
              Laura L. McCloud    on behalf of Creditor   Tennessee Department of Revenue agbankdelaware@ag.tn.gov
              Lauren M. Webb    on behalf of Interested Party   SimmonsCooper, LLC lwebb@simmonsfirm.com
              Laurie A. Krepto    on behalf of Attorney   KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC
               lkrepto@mmwr.com
              Laurie S. Polleck    on behalf of Attorney   Prudential Insurance Company of America
               lauriespolleck@aol.com,   polleck@loizides.com
              Lee Harrington    on behalf of Creditor   Bank of New York Mellon, in its Capacity As Trustee
               under Trust Indenture lharrington@nixonpeabody.com
              Leslie C. Heilman    on behalf of Interested Party   State of California Department of General
               Service heilmanl@ballardspahr.com
              Linda E. White    on behalf of Interested Party   New York State Department of Environmental
               Conservation linda.white@oag.state.ny.us
              Linda Marie Carmichael    on behalf of Creditor   Central National Insurance Cmpany of Omaha
               carmichaell@whiteandwilliams.com,   debankruptcy@whiteandwilliams.com
              Lisa L. Coggins    on behalf of Attorney   Bilzin Sumberg Baena Price & Axelrod LLP
               lcoggins@ferryjoseph.com

```
District/off: 0311-1            User: Brandon              Page 6 of 8              Date Rcvd: Dec 11, 2012
                                Form ID: ntcBK             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Lori Gruver Robertson   on behalf of Interested Party   Ben Bolt-Palito-Blanco ISD, et al.
           austin.bankruptcy@publicans.com
          Marc J. Phillips    on behalf of Creditor   Maryland Casualty Company mphillips@cblh.com
          Marc Stephen Casarino    on behalf of Creditor   Century Indemnity Company, et al.
           casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
          Margaret A. Holland    on behalf of Creditor   New Jersey Director, Division of Taxation
           hollamar@law.dol.lps.state.nj.us
          Maria R. Granaudo Gesty    on behalf of Interested Party   The Burlington Northern and Santa Fe
           Railway Company mrgranaudo@burnswhite.com, aacronk@burnswhite.com;eapurnell@burnswhite.com
          Maribeth L Minella    on behalf of Interested Party   Celotex Asbestos Settlement Trust
           bankfilings@ycst.com
          Mark C. Meyer    on behalf of Interested Party   Goldberg, Persky, & White, P.C. mmeyer@gpwlaw.com
          Mark M. Billion    on behalf of Debtor   W.R. Grace & Co., et al.  counseling@billionlaw.com
          Mark S. Bostick    on behalf of Attorney   The Wartnick Law Firm mbostick@wendel.com
          Mark S. Chehi    on behalf of Interested Party   Sealed Air Corporation mchehi@skadden.com,
           debank@skadden.com
          Mark S. Chehi    on behalf of Defendant   Sealed Air Corporation mark.chehi@skadden.com,
           debank@skadden.com;christopher.heaney@skadden.com;mirjana.mirkovic@skadden.com;wendy.lamanna@skadden.com
          Mark T Hurford    on behalf of Attorney   Anderson, Kill, & Olick, P.C. mhurford@camlev.com
          Martha E. Romero    on behalf of Interested Party   County of San Diego California
           romero@dslextreme.com
          Martin J. Weis    on behalf of Creditor   General Electric Railcar Services Corporation
           mweis@dilworthlaw.com
          Mary E. Augustine    on behalf of Interested Party   Main Plaza, LLC maugustine@bglawde.com
          Mary M. MaloneyHuss    on behalf of Creditor   General Electric Company debankruptcy@wolfblock.com,
           hbooker@wolfblock.com
          Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew G. Zaleski III    on behalf of Attorney   Caplin & Drysdale, Chartered cl@del.camlev.com
          Matthew Louis Thiel    on behalf of Interested Party   Kazan McClain Lyons Greenwood et al
           mthiel@kazanlaw.com, dmavrogianis@kazanlaw.com
          Matthew P. Ward    on behalf of Interested Party   Her Majesty the Queen in Right of Canada as
           represented by The Attorney General of Canada maward@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
          Maurie J. Shalmone    on behalf of Creditor   Longacre Master Fund, Ltd. maurie@longacrellc.com
          Melissa M. Olson    on behalf of Interested Party Candida Bachiocchi molson@embryneusner.com
          Meredith A. Mayberry    on behalf of Attorney   F. Gerald Maples, P.A. fedcourt@geraldmaples.com
          Michael A. Shiner    on behalf of Interested Party   AXA Belgium as Sucessor to Royale Belge SA
           mshiner@tuckerlaw.com
          Michael G. Busenkell    on behalf of Interested Party   Travelers Casualty and Surety Company
           mbusenkell@gsbblaw.com
          Michael J Hanners    on behalf of Attorney   Baron & Budd, P.C. mhanners@baronbudd.com,
           aharper@baronbudd.com
          Michael R. Lastowski    on behalf of Attorney   Duane Morris LLP mlastowski@duanemorris.com
          Michael R. Sew Hoy    on behalf of Attorney   United States of America michael.r.sew.hoy@usdoj.gov
          Michael S. Davis    on behalf of Defendant   National Union Fire Insurance Company of Pittsburgh,
           PA mdavis@zeklaw.com,
           jvanroy@zeklaw.com;rguttmann@zeklaw.com;agiacobbe@zeklaw.com;gbernhard@zeklaw.com
          Michael Seth Etkin    on behalf of Creditor   ERISA Plaintiffs metkin@lowenstein.com
          Michael W. Yurkewicz    on behalf of Interested Party   Hartford Accident and Indemnity Company, et
           al. myurkewicz@klehr.com
          Michael W. Yurkewicz    on behalf of Interested Party   City of Philadelphia myurkewicz@klehr.com
          Natalie F. Duncan    on behalf of Attorney   Baron & Budd, P.C. nduncan@baronbudd.com
          Neal J. Levitsky    on behalf of Creditor   BMW Constructors, Inc., nlevitsky@frof.com,
           dkemp@frof.com
          Nicholas J. LePore    on behalf of Attorney Louis Robles nlepore@schnader.com
          Noel C. Burnham    on behalf of Attorney   HANLEY & HARLEY, LLP nburnham@burnhamlawassociates.com,
           burnhamlawl@verizon.net
          Oscar Baldwin Fears    on behalf of Interested Party   Georgia Department of Revenue
           bfears@law.ga.gov, 02bf@law.ga.gov
          Patricia P. McGonigle    on behalf of Interested Party   Certain Asbestos Personal Injury Claimants
           pmcgonigle@svglaw.com, dclack@svglaw.com
          Patrick J. Reilley    on behalf of Interested Party   Mian Realty, LLC preilley@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Paul D. Henderson    on behalf of Interested Party   Dies, Dies and Henderson bkhendersonlaw@aol.com
          Paul D. Henderson    on behalf of Interested Party   Dies, Dies & Henderson
           bking@paulhendersonlaw.com
          Paul L. Sadler    on behalf of Attorney   Wellborn Houston, L.L.P. ag@sadlertx.com
          Paul W. Turner    on behalf of Debtor   W.R. Grace & Co., et al. pturner@carlilelawfirm.com
          Peter B. McGlynn    on behalf of Creditor   Spaulding & Slye Construction LP pmcglynn@bg-llp.com
          Peter C. Hughes    on behalf of Creditor   Angus Chemical Company phughes@dilworthlaw.com,
           ssubhan@dilworthlaw.com;mdolan@dilworthlaw.com;smcfadyen@dilworthlaw.com
          Peter J. Gurfein    on behalf of Creditor   CIM Urban REIT 211 Main St. (SF), LP, as assignee of
           CIM REIT Acquisition, LLC pgurfein@lgbfirm.com, marizaga@lgbfirm.com
          Peter M. Acton    on behalf of Creditor   Town of Acton, Massachusetts pacton@nutter.com,
           kjose@mwe.com
          Quynh L. Nguyen    on behalf of Creditor Gloria Munoz petru@hmnlaw.com,
           nguyen@hmnlaw.com;sanchez@hmnlaw.com

```
District/off: 0311-1               User: Brandon             Page 7 of 8                Date Rcvd: Dec 11, 2012
                                   Form ID: ntcBK            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        R. Craig Martin    on behalf of Interested Party    Morgan Stanley Senior Funding, Inc. craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
        Rachel B. Mersky    on behalf of Creditor    Union Tank Car Company rmersky@monlaw.com
        Rachel Jeanne Lehr    on behalf of Creditor    State of New Jersey Department of Environmental Protection rachel.lehr@law.dol.lps.state.nj.us, rjlehr@aol.com
        Renee Doris Veney    on behalf of Creditor    Oldcastle APG Northeast, Inc. d/b/a Foster-Southeastern bankruptcyemail@elzufon.com
        Rhonda L. Thomas    on behalf of Creditor    Official Committee of Equity Holders rlthomas@klettrooney.com, rlthomas@klettrooney.com
        Ricardo Palacio    on behalf of 3rd Party Plaintiff    National Union Fire Insurance Company of Pittsburgh, PA rpalacio@ashby-geddes.com
        Richard Levy    on behalf of Interested Party    Asbestos Property Damage Claimants represented by Dies & Hile, LLP rlevy@pryorcashman.com
        Richard Allen Keuler    on behalf of Creditor    Reed Smith LLP rkeuler@reedsmith.com
        Richard C. Finke    on behalf of Interested Party Richard Finke richard.finke@grace.com, jean.porochonski@grace.com;adie.hammond@grace.com
        Richard Charles Weinblatt    on behalf of Interested Party    Neurocrete Products, Inc. weinblatt@swdelaw.com
        Richard F. Rescho    on behalf of Interested Party    Asbestos Claimants rrescho2001@yahoo.com
        Richard G. Placey    on behalf of Attorney    KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC rplacey@mmwr.com, plorenz@mmwr.com;bfabik@mmwr.com
        Richard H. Cross    on behalf of Interested Party    DII Industries, LLC Asbestos PI Trust rcross@crosslaw.com
        Richard Scott Cobb    on behalf of Interested Party    PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan cobb@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
        Richard W. Riley    on behalf of Creditor    Official Committee of Unsecured Creditors rwriley@duanemorris.com
        Rick S. Miller    on behalf of Creditor    Official Committee of Asbestos Property Damage Claimants rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com
        Robert Gold    on behalf of Creditor    Portia Partners, LLC rginvestgrp@aol.com
        Robert Jacobs    on behalf of Attorney    Jacobs & Crumplar, P.A. Bob@jcdelaw.com, Sarah@jcdelaw.com
        Robert J. Stearn Jr.    on behalf of Creditor    The Scotts Company LLC, Successor by Merger to The Scotts Company, and Certain of Its Affiliates stearn@rlf.com, rbgroup@rlf.com
        Robert L. Eisenbach    on behalf of Interested Party    Oracle USA fka Siebel Systems, Inc. reisenbach@cooley.com
        Robert W. Mallard    on behalf of Creditor    Employers Insurance of Wausau mallard.robert@dorsey.com
        Robert Woods Phillips    on behalf of Interested Party    SimmonsCooper, LLC rphillips@simmonscooper.com
        Rosalie L. Spelman    on behalf of Interested Party    W.R. GRACE & CO., et al., bankruptcy@potteranderson.com
        Roxie Huffman Viator    on behalf of Interested Party    Claimant's bustersharem@msn.com
        Russell L. Cook    on behalf of Interested Party    Asbestos Claimants sburns@fhl-law.com
        Russell W. Savory    on behalf of Creditor    Belz Enterprises russell.savory@gwsblaw.com
        Rust Consulting, Inc.    info@rustconsulting.com
        Scott Andrew Shail    on behalf of Interested Party    Hartford Accident and Indemnity Company, et al. sashail@hhlaw.com
        Scott D. Cousins    on behalf of Interested Party    ExxonMobile bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
        Scott D. Fink    on behalf of Creditor    Toyota Motor Credit Corporation bronationalecf@weltman.com
        Scott J. Freedman    on behalf of Creditor    Dow Chemical Company Sfreedman@dilworthlaw.com
        Scott O. Nelson    on behalf of Interested Party    Maples & Lomax, P.A. mlscott@cableone.net, dberkley@cableone.net
        Scott R. Bickford    on behalf of Interested Party    Asbestos Plaintiffs (Claimants) usbc@mbfirm.com
        Scott William Wert    on behalf of Interested Party    Foster & Sear L.L.P. swert@fostersear.com, dclement@fostersear.com;tguckert@fostersear.com
        Scotta Edelen McFarland    on behalf of Debtor    W.R. Grace & Co. -CONN smcfarland@pszyj.com, efile1@pszyj.com
        Sergio I. Scuteri    on behalf of Creditor    Citicorp Del-Lease, Inc. sscuteri@capehart.com
        Sheldon K. Rennie    on behalf of Other Prof.    Yessenia Rodriguez & Carlos Nieves srennie@foxrothschild.com, srennie@foxrothschild.com;dkemp@foxrothschild.com
        Shelley A. Kinsella    on behalf of Creditor    Federal Insurance Company sak@elliottgreenleaf.com
        Sheryl L. Moreau    on behalf of Creditor    Missouri Department Of Revenue deecf@dor.mo.gov
        Stamatios Stamoulis    on behalf of Interested Party    Neurocrete Products, Inc. stamoulis@swdelaw.com
        Stephanie Ann Fox    on behalf of Creditor    Carol Gerard; Alfred Pennock, et al.; and Billie Schull, et al. sfox@klehr.com, mruddy@klehr.com
        Stephen D. Barham    on behalf of Interested Party    Lawson Electric Co., Inc sBarham@cbslawfirm.com, tgibbons@cbslawfirm.com;smeadows@cbslawfirm.com;gfairbanks@cbslawfirm.com
        Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue murphys@dor.state.ma.us
        Steven G. Weiler    on behalf of Financial Advisor    Conway, Del Genio, Gries & Co., LLC stevenweiler@comcast.net
        Steven K. Kortanek    on behalf of Creditor    Carol Gerard skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
        Steven T. Davis    on behalf of Creditor    Enova Corporation delbkr@obermayer.com

```
District/off: 0311-1          User: Brandon          Page 8 of 8            Date Rcvd: Dec 11, 2012
                              Form ID: ntcBK         Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Stuart B. Drowos    on behalf of Creditor   Delaware Division of Revenue stuart.drowos@state.de.us
          Stuart M. Brown     on behalf of Interested Party   Jorvik Multi-Strategy Master Fund, L.P.
           stuart.brown@dlapiper.com
          Susan E. Kaufman    on behalf of Creditor   Motley Rice LLC skaufman@coochtaylor.com
          Susan R. Sherrill-Beard    on behalf of Interested Party   U.S. Securities and Exchange Commission
           sherrill-beards@sec.gov, atlreorg@sec.gov;baddleyd@sec.gov
          Teresa K.D. Currier    on behalf of Attorney   Official Committee of Equity Security Holders
           tcurrier@saul.com, tercurrier@aol.com;tbuck@saul.com
          Theodore J. Tacconelli    on behalf of Attorney   Ferry, Joseph & Pearce, P.A.
           ttacconelli@ferryjoseph.com
          Thomas Alexander Spratt    on behalf of Creditor   BNSF Railway Company sprattt@pepperlaw.com
          Thomas Charles Martin    on behalf of Creditor Timothy Kane tmartin@foxrothschild.com
          Thomas D. Walsh    on behalf of Creditor   Wachovia Bank National Association
           TWalsh@foxrothschild.com
          Thomas G. Macauley    on behalf of Creditor   Certain Underwriters at Lloyds, London and Certain
           London Market Companies bankr@zuckerman.com
          Thomas G. Whalen Jr.    on behalf of Creditor   HanMar Associates, M.L.P. tgw@stevenslee.com
          Thomas Michael Wilson    on behalf of Interested Party   Kelley & Ferraro, LLP
           twilson@kelley-ferraro.com
          Thomas V. Askounis    on behalf of Attorney   Askounis & Borst, P.C. taskounis@askounisdarcy.com,
           rwoolley@askounisdarcy.com
          Tiffany Strelow Cobb    on behalf of Creditor   The Scotts Company LLC, Successor by Merger to The
           Scotts Company, and Certain of Its Affiliates tscobb@vorys.com, bjtobin@vorys.com
          Timothy James Kern    on behalf of Creditor   State of Ohio, Ohio Environmental Protection Agency
           tkern@ag.state.oh.us
          Timothy P Dowling    on behalf of Interested Party   Corpus Christi Gasket & Fasterner, Inc.
           tpdowling@gthm.com
          Timothy P. Cairns    on behalf of Debtor   W.R. Grace & Co., et al. tcairns@pszjlaw.com
          Timothy P. Cairns    on behalf of Appellant   W.R. Grace & Co., et al. tcairns@pszjlaw.com
          Tobey M. Daluz    on behalf of Interested Party   Summit Ventures, LLC daluzt@ballardspahr.com
          Todd Charles Schiltz    on behalf of Creditor   General Electric Company todd.schiltz@dbr.com,
           mahassein.johnson@dbr.com
          Tom L. Lewis    on behalf of Interested Party   Montana Silver & Gold, Inc. stacie@lhs.psemail.com
          Tracy A. Burleigh    on behalf of Interested Party   22 Station Development Corporation
           tburleigh@mdwcg.com
          United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
          Virginia Whitehill Guldi    on behalf of Interested Party   Lloyd's Underwriters
           vguldi@zuckerman.com
          William A. Frazell    on behalf of Interested Party   Texas Comprtoller of Public Accounts
           bk-bfrazell@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          William D. Sullivan    on behalf of Attorney   Buchanan Ingersoll PC wdsecfnotices@sha-llc.com
          William E. Chipman    on behalf of Interested Party   ExxonMobile chipman@ccbllp.com,
           bankruptcyservice@ccbllp.com;dero@ccbllp.com
          William F. Taylor    on behalf of Creditor   G-I Holdings Inc., Successor-In-Interest to GAF
           Corporation bankdel@comcast.net, bankruptcydel@mccarter.com
          William M. Graham    on behalf of Attorney   Wallace & Graham, P.A. bgraham@wallacegraham.com
          William M. Kelleher    on behalf of Interested Party   Berry & Berry wkelleher@gfmlaw.com
          William Pierce Bowden    on behalf of Creditor   Macerich Fresno Limited Partnership
           wbowden@ashby-geddes.com
          William Roberts Wilson    on behalf of Interested Party   Asbestos Plaintiffs (Claimants)
           gingerlynch@lawyersouth.com
                                                                                             TOTAL: 310