# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 11/5/2012  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 20763

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2012 | LNC | Calculation of the project codes on The Hogan Firm's August time statement in preparation for the Monthly Fee Application. | 1.00 | 195.00 | 195.00 |
| 10/01/2012 | LNC | Preparation of the Certificate of No Objection Lauzon Belanger Lesperance's 29th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/01/2012 | LNC | Preparation of the Certificate of No Objection to Scarfone Hawkins' 29th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/01/2012 | LNC | Preparation of the Certificate of No Objection to the Hogan Firm's 29th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/02/2012 | LNC | Calculation of project codes on Lauzon Belanger Lesperance's August time statement in preparation for the Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/02/2012 | LNC | E-mail correspondence with Anthony Giobbe at Blue Marble Logistics, LLC regarding the delivery of the 29th Monthly Fee Application. | 0.20 | 195.00 | 39.00 |
| 10/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (related document(s)[29540]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of Scarfone Hawkins as Special Counsel to the Canadian ZAI Claimants (related document(s)[29578]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 11/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 10/02/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of The Hogan Firm as Special Counsel for the Canadian ZAI Claimants (related document(s)[29539]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | LNC | | Preparation of the 30th Monthly Fee Application for The Hogan Firm | 1.30 | 195.00 | 253.50 |
| 10/02/2012 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monhtly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of Scarfone Hawkins as Special Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of The Hogan Firm as Special Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | DKH | | Reviewed docket for objections to the Twenty-Ninth Monthly Application for Compensation of The Hogan Firm, Scarfone Hawkins and LBL, Counsel for the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 10/03/2012 | LNC | | Preparation of the 30th Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 10/03/2012 | LNC | | Preparation of the 30th Monthly Fee Application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| 10/04/2012 | LNC | | E-mail correspondence with Careen Hannouche regarding a discrepancy in the total of the fee application. | 0.10 | 195.00 | 19.50 |
| 10/04/2012 | DKH | | E-mail correspondence with Careen Hannouche that she has reviewed the Monthly Fee Application and believes the disbursements should be 171,33 $ instead of 167.83; reviewed application. | 0.30 | 400.00 | 120.00 |
| 10/04/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting LBL's 30th Monthly Fee Application for review | 0.10 | 195.00 | 19.50 |
| 10/04/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins 30th Monthly Fee Application for review. | 0.10 | 195.00 | 19.50 |
| 10/04/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by Dave Thompson. Reviewed same. | 0.30 | 400.00 | 120.00 |
| 10/04/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the certification executed by David Thompson; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 10/04/2012 | DKH | | Reviewed and revised LBL's 30th Monthly Fee Application and certification. | 0.80 | 400.00 | 320.00 |
| 10/04/2012 | DKH | | Reviewed and revised Scarfone Hawkins 30th Monthly Fee Application and certification. | 0.70 | 400.00 | 280.00 |
| 10/04/2012 | DKH | | Reviewed and revised The Hogan Firm's 30th Monthly Fee Application and certification. | 0.90 | 400.00 | 360.00 |
| 10/05/2012 | LNC | | Calculation of project codes on Scarfone Hawkins' August time statement in preparation for the Monthly Fee Application. | 0.40 | 195.00 | 78.00 |
| 10/05/2012 | LNC | | E-mail correspondence with Blue Marble Logistics, LLC transmitting the 30th monthly fee application for hand delivery to the US Trustee. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting her executed certification; reviewed same. | 0.20 | 400.00 | 80.00 |
| 10/05/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the executed certification; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 10/15/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | Page:3 |
| 10/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirtieth) Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2012 to August 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirtieth) Monthly Application of The Hogan Firm as COunsel to Representative Counsel for the Candian ZAI Claimants for the period August 1, 2012 to August 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirtieth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2012 to August 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/05/2012 | LNC | E-mail correspondence with the fee auditor transmitting the 30th Monthly fee application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/05/2012 | LNC | E-mail correspondence with the fee auditor transmitting the 30th monthly fee application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | LNC | E-mail correspondence with the fee auditor transmitting the 30th monthly fee application of The Hogan Firm for review. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | LNC | E-mail correspondence with the service parties transmitting the 30th Monthly fee application of Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | LNC | E-mail correspondence with the service parties transmitting the 30th Monthly fee application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | LNC | E-mail correspondence with the service parties transmitting the 30th Monthly Fee Application. | 0.20 | 195.00 | 39.00 |
| 10/06/2012 | KEH | E-mail correspondence from Bobbi Ruhlander regarding fee reduction of $183.75 (as agreed to by Scarfone Hawkins) to be included on combined final report for the 45th interim period - revise WRG spreadsheet to reflect same. | 0.30 | 195.00 | 58.50 |
| 10/06/2012 | DKH | E-mail correspondence with Bobbi Ruhlander that the fee examiner recommends a fee reduction of $183.75 (as agreed to by Scarfone Hawkins) and will include them on the combined final report for the 45th interim period. | 0.10 | 400.00 | 40.00 |
| 10/09/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving Quarterly Fee Applications for the Forty-Fourth Period (related document(s)[29630]). Signed on 10/9/2012. | 0.30 | 400.00 | 120.00 |
| 10/11/2012 | KEH | E-mail correspondence from Cindy Yates, re: Scarfone Hawkins' receipt of funds via wire transfer from WR Grace in the amount of $3,351.49 CAD for payment of July, 2012, monthly fee application; revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 10/11/2012 | KEH | E-mail correspondence to/from Careen Hannouche re: payment for LBL's July 2012 fee application; update WRGrace payment spreadsheet for use with fee applications. | 0.30 | 195.00 | 58.50 |
| 10/15/2012 | DKH | Attended Omnibus hearing. | 1.40 | 400.00 | 560.00 |
| 10/15/2012 | LNC | Calculation of project codes on The Hogan Firm's September time statement. | 1.00 | 195.00 | 195.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
| 10/15/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to Approve Compromise under Rule 9019 //Debtors Motion Pursuant To Sections 105, 363, 1107 And 1108 Of The Bankruptcy Code And Rules 2002, 6004, 9014 And 9019 Of The Federal Rules Of Bankruptcy Procedure For An Order Approving The Settlement Agreement Between W. R. Grace & Co. And Dairyland Insurance Company Filed by W.R. Grace & Co. | | 0.40 | 400.00 | 160.00 |
| 10/15/2012 | KEH | Telephone call from Leonardo Hoyos, Team Accounts Payable Analysis W.R. Grace, requesting account information for our open file in the WRGrace matter - asked him to email the information requested; email from Leonardo Hoyos re: same. | 0.20 | 195.00 | 39.00 |
| 10/16/2012 | KEH | E-mail correspondence to 'Bobbi Ruhlander' regarding request from Leonardo Hoyos, W.R. Grace, for account information. | 0.10 | 195.00 | 19.50 |
| 10/16/2012 | KEH | E-mail correspondence with 'accounts.payable_psc@grace.com' re: call from Leonardo Hoyos who said he is from WRGrace and is requesting an account statement - included email request for same. "Statement.doc" attached to email and need confirmation that request is legitimate. | 0.20 | 195.00 | 39.00 |
| 10/16/2012 | DKH | E-mail correspondence with Finke, Richard concerning a call from Leonardo Hoyos yesterday who said he is from WRGrace and is requesting an account statement. | 0.10 | 400.00 | 40.00 |
| 10/16/2012 | DKH | E-mail correspondence with Finke, Richard regarding the call from from Leonardo Hoyos. | 0.20 | 400.00 | 80.00 |
| 10/16/2012 | LNC | E-mail correspondence with Karen Harvey regarding the holdback payment for preparation of the fee applications. | 0.10 | 195.00 | 19.50 |
| 10/16/2012 | KEH | E-mail correspondence with 'richard.finke@grace.com' regarding correspondence from Leonardo Hoyos, WRGrace. | 0.10 | 195.00 | 19.50 |
| 10/16/2012 | DKH | Meeting with Karen Harvey to discuss a call from Leonardo Hoyos yesterday who said he is from WRGrace and is requesting an account statement. | 0.10 | 400.00 | 40.00 |
| 10/16/2012 | KEH | Received payment advice from WRGrace for payment of THF's January, February & March holdback - update payment spreadsheet for use with upcoming fee applications. | 0.30 | 195.00 | 58.50 |
| 10/18/2012 | LNC | E-mail correspondence with Careen Hannouche regarding the arrival of the September Time Statement from Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/18/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting LBL's time and expense statement for the month of September 2012. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 10/18/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the September time statement; save as exhibit A to file. | 0.20 | 195.00 | 39.00 |
| 10/18/2012 | LNC | E-mail correspondence with Cindy Yates regarding the September time statement from Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 10/18/2012 | LNC | Preparation of The Hogan Firm's 31st Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 10/19/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee and Expense Statement for September 1, 2012 – September 30, 2012. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 10/19/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the September time statement from Scarfone Hawkins; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 10/22/2012 | LNC | Calculation of project codes on Scarfone Hawkins' September time statement. | 0.30 | 195.00 | 58.50 |
| 10/23/2012 | LNC | Calculation of project codes on Lauzon Belanger Lesperance's September time statement. | 0.30 | 195.00 | 58.50 |
| 10/23/2012 | LNC | Preparation of the 31st Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 10/23/2012 | LNC | Preparation of the 31st Monthly Fee Application of Scarfone Hawkins LLP. | 1.30 | 195.00 | 253.50 |

| 11/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 10/24/2012 | KEH | | E-mail correspondence from Careen Hannouche at LBL, re: wire transfer received in the amount of $1,206,66 on October 17th for January through March holdback; revised WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 10/24/2012 | KEH | | E-mail correspondence with Careen Hannouche at Lauzon Belanger Lesperance and Cindy Yates at Scarfone Hawkins, re: status of payment from WRGrace for holdback on January - March 2012 applications - information needed for preparation of fee applications. | 0.10 | 195.00 | 19.50 |
| 10/26/2012 | KEH | | E-mail correspondence from 'Cindy Yates' confirming that holdback for January-March has not been received; information needed to finalize fee application for filing. | 0.10 | 195.00 | 19.50 |
| 10/26/2012 | KEH | | E-mail correspondence to Bridget Scott and Cindy Yates at Scarfone Hawkins regarding the holdback for Scarfone Hawkins' fee applications for January through March 2012 - information needed for preparation of fee applications. | 0.10 | 195.00 | 19.50 |
| 10/26/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the executed certification from David Thompson; save as exhibit to file. | 0.10 | 195.00 | 19.50 |
| 10/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-First) of Lauzon Belanger Lesperance as Special COunsel for the Canadian ZAI Claimants for the period September 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-First) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI CLaimants for the period September 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-First) of The Hogan Firm as Counsel to representative Counsel for the Canadian ZAI Claimants for the period September 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/26/2012 | LNC | | E-mail correspondence with Info-LBLavocats transmitting the executed certification for the 31st monthly fee application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 10/26/2012 | LNC | | Prepare for and electronically file the 31st Monthly Fee Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 10/26/2012 | LNC | | Prepare for and electronically file the 31st Monthly Fee Application of Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 10/26/2012 | LNC | | Prepare for and electronically file the 31st Monthly Fee Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 10/26/2012 | DKH | | Reviewed and revised SH's 31st Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 10/26/2012 | DKH | | Reviewed and revised LBL's 31st Monthly Fee Application. | 0.90 | 400.00 | 360.00 |
| 10/26/2012 | DKH | | Reviewed and revised The Hogan Firm's 31st Monthly Fee Application. | 1.00 | 400.00 | 400.00 |
| 10/30/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to Approve -- Debtors' Motion For Entry Of An Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement Filed by W.R. Grace & Co., et al. | 0.80 | 400.00 | 320.00 |
| | | | **Total Fees** | **32.90** | | **$9,367.50** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 10/05/2012 | Photocopies of he 30th Monthly Fee Applications for review by Daniel Hogan. | 10.60 |
| 10/05/2012 | Photocopies of the 30h Monthly Fee Applications sent to the Fee Auditor for review. | 8.80 |
| 10/05/2012 | Postage-Copies of the 30th Monthly Fee Applications sent to the Fee Auditor for review. | 4.60 |
| 10/26/2012 | Photocopies of the 31st Monthly Fee Applications printed for review | 11.70 |
| 10/26/2012 | Postage-First Class Mail copies of the 31st Monthly Applications sent to the Fee Auditor for review | 4.20 |
| 10/31/2012 | CM/ECF-Quarterly fee. | 15.00 |

**Total Expenses**                                                                                   **$54.90**

**TOTAL NEW CHARGES**                                                                                **$9,422.40**

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 8,329.55 |
| Payments | -8,329.55 |
| Current Fees | 9,367.50 |
| Current Expenses | 54.90 |
| **AMOUNT DUE AND OWING TO DATE** | **$9,422.40** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 10/22/2012 | 005 3160 | Payment on Account | 8,329.55 |