# EXHIBIT A

W.R. GRACE & CO., et al.  U.S. FEE APPLICATION
CDN ZAI CLASS ACTION  DATE:
October 31, 2012
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH   TELEPHONE
14TH FLOOR   905-523-1333
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO   TELEFAX
L8N 3P9   905-523-5878

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

### CANADIAN ZAI MONTHLY FEE APPLICATION
### (October 1, 2012 – October 31, 2012)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/01/12 | receipt of and respond to class member inquiries, etc., re status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 10/02/12 | receipt Lauren Campbell emails, receipt and review CNO re SH 29th monthly fee application July 1 - 31, 2012 | DT | $525.00 | 0.10 | $52.50 |
| 10/04/12 | receipt Lauren Campbell email, review 30th monthly fee application, confirm accuracy, execute certification of counsel, review with Cindy Yates, email to Lauren Campbell attaching executed certification | DT | $525.00 | 0.35 | $183.75 |
| 10/09/12 | receipt of and respond to class member inquiries re status of CDN ZAI settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 10/16/12 | receipt of and respond to class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |
| 10/17/12 | receipt of and respond to class member inquiries as to status of U.S. appeals and impact upon CDN ZAI settlement and timing | DT | $525.00 | 0.25 | $131.25 |
| 10/18/12 | receipt Lauren Campbell email re: monthly time statement, discuss with Cindy Yates, review pre-bill with respect to monthly fee account | DT | $525.00 | 0.25 | $131.25 |
| 10/25/12 | receipt of and respond to various class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 10/26/12 | receipt Lauren Campbell email, review monthly fee application, review certification, execute certification with Cindy Yates, letter to Lauren Campbell enclosing executed | DT | $525.00 | 0.35 | $183.75 |

2

| | certification | | | | |
|---|---|---|---|---|---|
| 10 /29/12 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 10 /31/12 | review dockets for period October 1, 2012 to October 31, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of October 1, 2012 to  October 31, 2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **4.55** | **$1,578.75** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years – years -1988 | DT | 2.55 | $525.00 | $1,338.75 | $174.04 |
| LAW CLERK Cindy Yates 30 years – years - 1982 | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| **SUB-TOTAL:** | | **4.55** | | **$1,578.75** | **$205.24** |
| **TOTAL FEES AND TAXES:** | | | | | **$1,783.99** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$1,783.99** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


***Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**