# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

November 28, 2012

RE : W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file: 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(October 1st 2012 to October 31st 2012)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-10-04 | CH | Review of 30th Monthly Fee Application | 0.25 | 285.00 | 71.25 |
| 2012-10-04 | CH | Email to Lauren Campbell re: inquiry on disbursements in the 30 Monthly Fee Application | 0.17 | 285.00 | 48.45 |
| 2012-10-05 | CH | Email to Lauren Campbell re: signed certification | 0.17 | 285.00 | 48.45 |
| 2012-10-10 | CH | Letter to justice Picard re: extension of stay CCAA | 0.42 | 285.00 | 119.70 |
| 2012-10-17 | CH | Letter to David Thompson re: portion of the Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| 2012-10-18 | CH | Review of monthly statement for September 2012 | 0.33 | 285.00 | 94.05 |
| 2012-10-18 | CH | Email to Lauren Campbell re: monthly statement September 2012 | 0.17 | 285.00 | 48.45 |
| 2012-10-24 | CH | Email to Karen Harvey re: confirmation of wire transfer from WR Grace for the purposes of preparing LBL's fee applications | 0.17 | 285.00 | 48.45 |
| 2012-10-26 | CH | Review of September monthly Application | 0.25 | 285.00 | 71.25 |
| 2012-10-26 | CH | Email to Lauren Campbell re: signed certification September monthly application | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES:** | **2.35** | | **$ 669.75** |

TIME SUMMARY BY LAWYER

CH     285.00     2.35     669.75

**TOTAL FEES** $ 669.75

| | |
|---|---:|
| G.S.T. 5% | 33.49 |
| Q.S.T. 9.5% | 66.81 |
| **TOTAL** | **$770.05** |

# G.S.T.   814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001