**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/19/12; 4:00 pm ET |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 29939**

(3rd QUARTERLY FEE APPLICATION OF LOCAL COUNSEL
TO THE PD FCR FOR 42nd THROUGH 46th PERIODS)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the "Third Quarterly Application of R. Karl Hill, Seitz, Van Ogtrop & Green, P.A., Local Counsel to the Hon. Alexander M. Sanders, Jr., the Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands for Compensation for Services and Reimbursement of Expenses for the 42nd Through 46th Quarterly Periods from July 1, 2011 Through September 30, 2012" (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, December 19, 2012.

//

//

//

//

//

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Tel:  (214) 744-5100
Fax: (214) 744-5101
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 19th day of December, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____