**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


December 18, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11202


Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/1/2012 | AL | Update database with Scholer's September electronic detail (.2); Foley's September electronic detail (.1); Norton's August electronic detail (.1); Rich's October fee application (.2) and electronic detail (.1); Woodcock's September electronic detail (.2); | 0.90 | 40.50 |
| | BSR | Continue drafting omnibus final report for the 45th interim period | 2.00 | 570.00 |
| 11/2/2012 | JAW | detailed review of PWC Amended July 2012 fee application (0.10) | 0.10 | 15.50 |
| | JAW | detailed review of Bilzin's August 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Pachulski's August 2012 fee application (0.80); draft summary of same (0.10) | 0.90 | 139.50 |
| | JAW | detailed review of PWC August 2012 fee application (0.40); draft summary of same (0.1) | 0.50 | 77.50 |
| | JAW | detailed review of PWC 2011 Darex Puerto Rico Audit (June 1, 2012 - August 31, 2012) fee application (0.10); draft summary of same (0.1) | 0.20 | 31.00 |
| | AL | Update database with Bizlin's September electronic detail (.1); Sanders' October fee application (.2) and electronic detail (.1); Casner's September electronic detail (.1); BMC's July electronic detail (.2); BMC's August electronic detail (.2); BMC's September electronic detail (.1) | 1.00 | 45.00 |
| 11/5/2012 | AL | Update database with Ewing's September electronic detail (.1); Grant's September fee application (.2); Lauzon's April through June fee application (.1); BMC's August fee application (.2); Scarfone's April through June fee application (.1); BMC's July fee application (.2); Casner's September fee application (.2); BMC's September fee application (.2); Foley's September fee application (.2); Woodcock's September fee application (.2); K&E's September fee application (.2); Hogan's April through June fee application (.1); Woodcock's July fee application (.2); Scholer's September fee | 3.80 | 171.00 |

W.R. Grace & Co.                                                                                                                   Page     2

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | application (.2); Norton's July fee application (.2); Lauzon's August fee application (.2); Scarfone's August fee application (.2); Hogan's August fee application (.2); Scarfone's July fee application (.1); Lauzon's July fee application (.1); Hogan's July fee application (.2); Ewing's September fee application (.2) |       |          |
| 11/5/2012  | BSR | Continue drafting omnibus final report for the 45th interim period                                                                                                                                                                                                                                                              | 1.60  | 456.00   |
| 11/6/2012  | AL  | Update database with Stroock's September electronic detail (.1); Casner's September electronic detail (.1)                                                                                                                                                                                                                      | 0.20  | 9.00     |
|            | JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.10)                                                                                                                                                                                                                                                                   | 0.10  | 15.50    |
|            | BSR | Draft final report re Pachulski for the 45th interim period                                                                                                                                                                                                                                                                     | 0.50  | 142.50   |
|            | AL  | Receive and review email from J. Wehrmann re fee summaries (.1); Beveridge's July (.1) Beveridge's August (.1) Bizlin's August (.2) Capstone's August (.1) Pachulski's August (.1) and PWC's August summary (.2); update database with Beveridge's September fee and expense detail (.2)                                         | 1.10  | 49.50    |
| 11/7/2012  | BSR | Continue drafting omnibus final report for the 45th interim period                                                                                                                                                                                                                                                              | 4.20  | 1,197.00 |
|            | JAW | detailed review of Casner's September 2012 fee application (0.20)                                                                                                                                                                                                                                                               | 0.20  | 31.00    |
|            | JAW | detailed review of Foley's September 2012 fee application (0.30)                                                                                                                                                                                                                                                                | 0.30  | 46.50    |
|            | JAW | detailed review of Woodcock's September 2012 fee application (0.30)                                                                                                                                                                                                                                                             | 0.30  | 46.50    |
|            | JAW | detailed review of BMC Group's July 2012 fee application (1.00)                                                                                                                                                                                                                                                                 | 1.00  | 155.00   |
|            | JAW | detailed review of BMC Group's September 2012 fee application (1.00)                                                                                                                                                                                                                                                            | 1.00  | 155.00   |
|            | JAW | detailed review of BMC Group's August 2012 fee application (1.10)                                                                                                                                                                                                                                                               | 1.10  | 170.50   |
|            | JAW | detailed review of Grant Thornton's September 2012 fee application (4.20)                                                                                                                                                                                                                                                       | 4.20  | 651.00   |
|            | BSR | Continue drafting final report re Pachulski's 45th interim fee application                                                                                                                                                                                                                                                      | 0.40  | 114.00   |
|            | BSR | E-mail to Pachulski re final report for the 45th interim period                                                                                                                                                                                                                                                                 | 0.10  | 28.50    |
|            | BSR | E-mail to Campbell & Levine requesting response to initial report (45Q)                                                                                                                                                                                                                                                         | 0.20  | 57.00    |
|            | AL  | Update database with Stroock's September fee application (.2); draft email to W. Smith re approval of WHSA's September fee application (.1) Phillips' July through September fee application (.1); Steptoe's September fee application (.2); Reed's September fee application (.2); Bilzin's September fee application (.2); Charter's September electronic detail (.1); Caplin's September electronic detail (.1); AKO's September electronic detail (.1); Campbell's September electronic detail (.1); Higgins' September electronic detail (.1); | 1.40  | 63.00    |

W.R. Grace & Co.                                                   Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/7/2012 | AL | Receive and review email from W. Smith re approval of WHSA's September fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's September fee application (.3); prepare same for service (.1); Receive and review email from W. Smith re approval of Pachulski's 45Q FR (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of Pachulski's 45Q FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.50 | 67.50 |
| | WHS | detailed review of FR Pachulski 45Q 4-6.12 | 0.10 | 29.50 |
| 11/8/2012 | BSR | E-mail to Warren Smith re status of Baker Donelson's efforts to modify terms of its retention and our position re same (.3); respond to email from Warren Smith re same (.2); telephone conference with Warren Smith re same (.1) | 0.60 | 171.00 |
| | BSR | Draft e-mail to Anne Moran re issues in Steptoe & Johnson's quarterly fee application for the 45th interim period (.3); respond to email from Anne Moran re same (.1) | 0.40 | 114.00 |
| | JAW | detailed review of Kirkland's September 2012 fee application (6.60) | 6.60 | 1,023.00 |
| | AL | Update database with PWC's July CNO (.1); PWC's August CNO (.2); PWC's June through August (DAREX) CNO (.1) | 0.40 | 18.00 |
| 11/9/2012 | JAW | Draft summary of Casner's September 2012 fee application (0.10) | 0.10 | 15.50 |
| | JAW | Draft summary of Foley Hoag's September 2012 fee application (0.20) | 0.20 | 31.00 |
| | JAW | Draft summary of Woodcock's September 2012 fee application (0.20) | 0.20 | 31.00 |
| | JAW | Draft summary of BMC Group's July 2012 fee application (0.10) | 0.10 | 15.50 |
| | JAW | Draft summary of BMC Group's September 2012 fee application (0.10) | 0.10 | 15.50 |
| | JAW | Draft summary of Grant Thornton's September 2012 fee application (4.20) | 4.20 | 651.00 |
| | JAW | Draft summary of Kirkland's September 2012 fee application (0.80) | 0.80 | 124.00 |
| | JAW | Draft summary of BMC Group's August 2012 fee application (0.10) | 0.10 | 15.50 |
| | AL | Update database with Higgins' September fee application | 0.20 | 9.00 |
| 11/12/2012 | BSR | Detailed review of May and June 2012 monthly fee applications and quarterly fee application for the 33rd interim period (July 2012 monthly fee application previously reviewed) (1.6); email to Jamie O'Neill re same (.3) | 1.90 | 541.50 |
| | BSR | Continue drafting omnibus final report for the 45th interim period | 0.70 | 199.50 |
| | BSR | Receive and review Campbell & Levine's response to initial report (45Q) | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                                                   Page    4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/12/2012 | BSR | Research docket for motion by Baker Donelson to increase monthly fees (.2); email to Frank Childress re same (.3) | 0.50 | 142.50 |
|  | BSR | E-mail to Mark Hurford re response to initial report for the 45th interim period; telephone conference with Mark Hurford re same | 0.20 | 57.00 |
|  | AL | Update database with Blackstone's September electronic detail (.1); Campbell's 45th Q IR response (.1) | 0.20 | 9.00 |
| 11/13/2012 | AL | Update database with PWC's September electronic detail (.1); PWC's July through September interim electronic detail (.2); Capstone's September electronic detail (.1) | 0.40 | 18.00 |
|  | JAW | detailed review of Higgin's September 2012 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
|  | JAW | detailed review of Strook's September 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| 11/14/2012 | BSR | Draft omnibus final report for the 45th interim period (2.0); email to Warren Smith re same (.1) | 2.10 | 598.50 |
|  | BSR | receive, review, and respond to email from Franklin Childress re motion to modify Baker Donelson's retention | 0.30 | 85.50 |
|  | AL | Draft of WHSA's Monthly fee application (1.7); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.00 | 90.00 |
|  | AL | Update database with Foley's July through September interim electronic detail (.2); Hogan's September electronic detail (.1); Scarfone's September electronic detail (.1); Lauzon's September electronic detail (.2); Steptoe's 45Q IR response (.2); Stroock's September electronic detail (.1); Ferry's September electronic detail (.1); Receive and review email from B. Ruhlander re Omnibus' 45th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1) | 1.40 | 63.00 |
| 11/15/2012 | JAW | Proofread Warren H. Smith & Associate's October 2012 fee application and notice of filing (0.40); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.50 | 77.50 |
|  | BSR | E-mail memorandum to Warren Smith re Baker Donelson's 43rd, 44th and 45th interim fee applications | 1.10 | 313.50 |
|  | AL | Update database with Kramer's September CNO | 0.10 | 4.50 |
|  | AL | Receive and review email from W. Smith re approval of WHSA's October fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's October fee application (.4); prepare same for service (.1) | 0.90 | 40.50 |

W.R. Grace & Co.                                                                                                  Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/15/2012 | AL | Update database with LAS's September fee application (.2); Sanders' October fee application (.1); BMC's July through September fee application (.1); AKO's September fee application (.2); Caplin's September fee application (.1); Campbell's September fee application (.1); Charter's September fee application (.2); Capstone's September fee application (.2); Blackstone's September fee application (.2); Higgins' September fee application (.2) | 1.60 | 72.00 |
|  | BSR | Receive and review email from Warren Smith regarding draft omnibus final report (45Q) | 0.10 | 28.50 |
|  | BSR | Revise omnibus final report for the 45th interim period (.5); email to Warren Smith re same (.1) | 0.60 | 171.00 |
| 11/16/2012 | BSR | Continued review of Motion to Modify Baker Donelson's retention | 0.20 | 57.00 |
| 11/19/2012 | WHS | detailed review of, and revisions to, omnibus final report 45Q 4-6.12 | 0.40 | 118.00 |
|  | JAW | detailed review of Anderson Kill's September 2012 fee application (1.30); draft summary of same (0.20) | 1.50 | 232.50 |
|  | JAW | Revise Roger Higgins' September 2012 fee application summary (0.30) | 0.30 | 46.50 |
|  | JAW | detailed review of Caplin & Drysdale's September 2012 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|  | JAW | detailed review of Blackstone's September 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|  | JAW | detailed review of Capstone's September 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|  | JAW | detailed review of Charter Oak's September 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Alan Rich's October 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Campbell & Levine's September 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | BSR | telephone conference with Warren Smith re Baker Donelson's fees for the 43rd and 44th interim periods (.1); email to Frank Childress at Baker Donelson with questions re same (.4) | 0.50 | 142.50 |
|  | WHS | Receive and review agenda | 0.10 | 29.50 |
|  | AL | Receive and review email from W. Smith re approval of Omnibus' 45Q FR (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of Omnibus' 45Q FR (.4); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.20 | 54.00 |

W.R. Grace & Co.     Page 6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/20/2012 | AL | Update database with Pachulski's October CNO | 0.10 | 4.50 |
| | BSR | telephone conference with paralegal for Casner & Edwards regarding acceptable hourly rates for performance of clerical tasks | 0.10 | 28.50 |
| 11/26/2012 | AL | Update database with Orrick's October CNO (.1); Lincoln's July (.1) August (.2) and September (.1) electronic detail; Phillips' October electronic detail (.1); Lincoln's July through September interim electronic detail (.1); Towers' July through September interim electronic detail (.2); Orrick's July through September interim electronic detail (.1); Alan Rich's July through September interim electronic detail (.1) and fee application (.2); Sanders' July through September interim electronic detail (.1) and fee application (.2); Beveridge's September electronic detail (.2) | 1.80 | 81.00 |
| | BSR | receive, review, and respond to email from Karen Harvey re project category spreadsheet | 0.10 | 28.50 |
| 11/27/2012 | BSR | Detailed review of project category spreadsheet in order to advise Anthony Lopez of revisions to be made | 4.00 | 1,140.00 |
| | AL | Research re WHSA's July through September fees and expenses (.8); draft of WHSA's July through September Interim Fee Application (1.5); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.60 | 117.00 |
| | AL | Research Pacer for any objections to WHSA's September fee application (.5); draft of WHSA's September CNO (.2); update database with same (.1) | 0.80 | 36.00 |
| | AL | Update database with PWC's September fee application (.2); PWC's July through September fee application (.2); PWC's October electronic detail (.1); Ferry's July through September fee application (.2); Hogan's July through September interim electronic detail (.1); Scarfone's July through September interim electronic detail (.1); Beveridge's September fee application (.2); Woodcock's September fee application (.2); Lauzon's July through September interim electronic detail (.2); Pachulski's September electronic detail (.1) | 1.60 | 72.00 |
| 11/28/2012 | AL | Receive and review email from J. Wehrmann re revisions to WHSA's interim fee application (.2); revise WHSA's interim fee application (.8); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.30 | 58.50 |
| | AL | Receive and review email from W. Smith re approval of WHSA's Interim Fee Application (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of WHSA's Interim Fee Application (.4); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.20 | 54.00 |
| | AL | Update database with Ewing's October electronic detail (.1); Ewing's September CNO (.1) | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                               Page    7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/28/2012 | AL | Electronic filing with the court of WHSA's September CNO | 0.40 | 18.00 |
|  | BSR | Draft final report re Baker Donelson's fee applications for the 43rd and 44th interim periods | 0.30 | 85.50 |
|  | JAW | proofread Warren H. Smith & Associate's 46th Interim Fee Application (7-1-12 to 9-30-12) (0.50); email to A. Lopez regarding any revisions to same (0.10) | 0.60 | 93.00 |
|  | JAW | review revisions to Warren H. Smith & Associate's 46th Interim Fee Application (7-1-12 to 9-30-12) (0.10); email to A. Lopez regarding same (0.10) | 0.20 | 31.00 |
|  | JAW | telephone conference with B. Ruhlander regarding project summary spreadsheet (0.20) | 0.20 | 31.00 |
|  | BSR | Continued review of project category spreadsheet in order to advise Anthony Lopez of revisions to be made (5.0); telephone conference with Anthony Lopez re same (.1); telephone conference with Warren Smith re integrating James Wehrmann into the process of reviewing the category spreadsheet for accuracy (.1); telephone conference and emails with James Wehrmann re same (.2) | 5.40 | 1,539.00 |
|  | BSR | telephone conference with Frank Childress at Baker Donelson re firm's response to inquiries concerning 43rd and 44th interim fee applications (.1); review email from Frank Childress re same (.1) | 0.20 | 57.00 |
|  | BSR | Additional review of the terms of Baker Donelson's retention for legislative affairs | 0.50 | 142.50 |
| 11/29/2012 | JAW | Meeting with B. Ruhlander regarding project category spreadsheet (0.70) | 0.70 | 108.50 |
|  | AL | Update database with Reed's October electronic detail (.1); Towers' October electronic detail (.1); Stroock's July through September interim electronic detail (.2); Kramer's October electronic detail (.1) | 0.50 | 22.50 |
|  | BSR | Continue drafting final report re Baker Donelson's quarterly fee applications for the 43rd and 44th interim periods | 2.30 | 655.50 |
|  | BSR | Follow-up email to Frank Childress re information to go in Baker Donelson final report (43rd and 44th) | 0.10 | 28.50 |
|  | BSR | Draft fee and expense recommendation exhibit for the 45th interim fee applications | 3.10 | 883.50 |
|  | BSR | Conference with James Wehrmann re work to be done on project category spreadsheet | 0.70 | 199.50 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/29/2012 AL | Receive and review email from B. Ruhlander re project category spreadsheet for the 45th interim period (.1); Begin draft of project category spreadsheet for the 45th interim period (2.1); update database with same (.2) | | 2.40 | 108.00 |
| AL | Receive and review email from B. Ruhlander re WHSA's 45th interim fees and expenses (.1); research re same (.2); draft email to B. Ruhlander re findings of same (.1) | | 0.40 | 18.00 |
| 11/30/2012 BSR | Continue drafting final report re Baker Donelson's quarterly applications for the 43rd and 44th interim periods | | 2.30 | 655.50 |
| BSR | Legal research re applicability of § 328(a) to Baker Donelson's quarterly fee applications for the 43rd and 44th interim periods | | 1.20 | 342.00 |
| JAW | Draft e-mail to A. Lopez forwarding summary prepared (0.20) | | 0.20 | 31.00 |
| JAW | detailed review of Beveridge & Diamond's September 2012 fee application (1.70); draft summary of same (0.90) | | 2.60 | 403.00 |
| AL | Update database with K&E's September (.1) Stroock's September (.1) and Woodcock's September (.2) fee and expense summaries | | 0.40 | 18.00 |
| AL | Continue draft of Project category spreadsheet for the 45th interim period | | 1.30 | 58.50 |
| AL | Update database with Pachulski's September fee application (.2); Morris' July through September Interim fee application (.1); Pachulski's October fee application (.2); Higgins' October fee application (.2); Foley's October fee application (.2); Ewing's October fee application (.2); Capstone's July through September Interim fee application (.1); Woodcock's July through September Interim fee application (.1); Foley's July through September Interim fee application (.1); Casner's July through September Interim fee application (.1); Blackstone's July through September Interim fee application (.1); Charter's July through September Interim fee application (.1); LAS's July through September Interim fee application (.1); AKO's July through September Interim fee application (.1); Caplin's July through September Interim fee application (.1); Campbell's July through September Interim fee application (.1); Reed's July through September Interim fee application (.1); Higgins' July through September Interim fee application (.1); Beveridge's April through June fee application (.2); Foley's October electronic detail (.1); Higgins' October electronic detail (.1); Pachulski's October electronic detail (.2); Holme's final fee application electronic detail (.1); Receive and review email from J. Wehrmann re summaries (.1); update database with AKO's August (.1) Beveridge's August (.1) Bilzin's August (.1) BMC's August (.2) Campbell's August (.1) Caplin's August (.1) Capstone's August (.2) Charter's August (.1) Foley's August (.1) Thorton's August (.1) Higgins' August (.2) K&E's August (.1) Pachulski's August (.1) PWC's August (.1) Reed's August (.1) Rich's August (.1) Stroock's August (.2) Rich's October (.1) AKO's September (.1) Blackstone's September (.1) BMC's September (.1) Campbell's September (.1) Caplin's September (.2) Capstone's | | 6.70 | 301.50 |

W.R. Grace & Co. Page 9

|  | Hours | Amount |
|---|---|---|

September (.1) Casner's September (.1) Charter's September (.2) Foley's
September (.1) Grant's September (.2) Higgins' September (.1) summaries

**For professional services rendered**     **111.40**    **$17,969.00**

Additional Charges :

| | |
|---|---|
| 11/30/2012 Third party copies & document prep/setup. | 560.90 |
| FedEx | 84.52 |

**Total additional charges**     **$645.42**

**Total amount of this bill**     **$18,614.42**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 40.00 | 45.00 | $1,800.00 |
| Bobbi S. Ruhlander | 38.60 | 285.00 | $11,001.00 |
| James A. Wehrmann | 32.20 | 155.00 | $4,991.00 |
| Warren H Smith | 0.60 | 295.00 | $177.00 |