IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | | Objection Deadline: January 9, 2013 |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO.,
ET AL.,
THROUGH THE MONTHLY PERIOD OF November 30, 2012**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: **and** | **W. R. Grace & Co., et al., Debtors** **Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **November 1, 2012 - November 30, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,034.79** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of November 2012. This is the eleventh application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2012 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2012-01/31/2012 | February 9, 2012 | $14,727.83 | $0.00 |
| 02/01/2012-02/29/2012 | March 22, 2012 | $13,260.33 | $0.00 |
| 03/01/2012-03/31/2012 | April 12, 2012 | $3,956.38 | $0.00 |
| 04/01/2012-04/03/2012 | June 4, 2012 | $3,181.54 | $0.00 |
| 05/01/2012-05/31/2012 | June 19, 2012 | $2,835.21 | $0.00 |
| 06/01/2012-06/30/2012 | August 3, 2012 | $1,220.96 | $0.50 |
| 07/01/2012-07/31/2012 | August 13, 2012 | $1,661.21 | $0.00 |
| 08/01/2012-08/31/2012 | September 25, 2012 | $1,954.71 | $0.00 |
| 09/01/2012-09/30/2012 | October 19, 2012 | $4,737.09 | $0.00 |
| 10/01/2012-10/31/2012 | November 16, 2012 | $1,320.75 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 5.17 | $3,034.79 |

Total Fees: $3,034.79

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $3,034.79 for reasonable and necessary professional

services Applicant has rendered to the Debtors during the Fee period (November 1, 2012-November 30, 2012), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Dated: November 16, 2012

Respectfully submitted

*/s/ John P. Rynkiewicz*
John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

December 10, 2012

RE: Davison FCC
Our File Number: 63812/3002
Client Reference: 100075

Invoice#: 722784

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|  |  | Hours |
|---|---|---|
| 11/07/2012 | Rynkiewicz, John P | 1.00 |
|  | Review Grace email and inquiry; advise re HYAMPP and intent to use law and practice re use in commerce; advise re legislative history and acceptability of proposed specimens. |  |
|  | Total Hours.................. | 1.00 |
|  | Fees through 11/30/2012........................................... $587.00 |  |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 1.00 | $587.00 |
| Fees through 11/30/2012................ | | 1.00 | $587.00 |

Fees this Invoice............................................................... $587.00
**Total Due this Invoice**.................................................... $587.00

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 722784
Total Amount Due: $587.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                       December 10, 2012
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

RE: General                                                       Invoice#: 722803
Our File Number: 63812/0001
Client Reference: 100062                                          PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                                                                                           | Hours |
|------------|-------------------------------------------------------------------------------------------|-------|
| 11/13/2012 | Rynkiewicz, John P                                                                        | 1.75  |
|            | Review prior GRACE actions, settlements and demand letters/oppositions; check status.     |       |
| 11/19/2012 | Rynkiewicz, John P                                                                        | 1.42  |
|            | Review files, USPTO records and GRACE mark third party uses; search Class 1.              |       |

Total Hours.................. 3.17

Fees through 11/30/2012...................................... $1,860.79

\*-------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate    | Hours | Fees       |
|--------------------|---------|-------|------------|
| Rynkiewicz, John P | $587.00 | 3.17  | $1,860.79  |
| Fees through 11/30/2012 |     | 3.17  | $1,860.79  |

\*--------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 628636   | 03/31/2010 | $440.43   |
| 628637   | 03/31/2010 | 1,690.79  |
| 637193   | 06/30/2010 | 3,978.07  |
| 639770   | 07/28/2010 | 813.08    |
| 641101   | 08/10/2010 | 3,477.98  |
| 643967   | 09/09/2010 | 1,171.42  |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                            December 10, 2012

RE: General                                                            Invoice#: 722803
Our File Number: 63812/0001
Client Reference: 100062                                               PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 1,414.67 |
| 720485 | 11/13/2012 | 880.50 |

Prior Balance Due.................................................................... $29,963.79

Fees this Invoice...................................................................... $1,860.79

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                         December 10, 2012

**RE:** General                                                      **Invoice#:** 722803
**Our File Number:** 63812/0001
**Client Reference:** 100062                                         PAGE:   3

---

| | |
|---|---:|
| Total Due this Invoice................................................................. | $1,860.79 |
| Prior Balance Due (from above).................................................. | 29,963.79 |
| **TOTAL DUE**............................................................................... | **$31,824.58** |

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
   153 East 53rd Street
   New York, New York 10022
   Attention: Marsha Burnett
   Telephone: 212.559.3787

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: W.R. Grace Trademarks
   Our File Number: 63812/0001
   Invoice Number: 722803
   Total Amount Due: $31,824.58

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

December 10, 2012

RE: Special Counsel
Our File Number: 63812/0108
Client Reference: 100071

Invoice#: 722819

PAGE: 1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012**

| | | Hours |
|---|---|---|
| 11/01/2012 | Rynkiewicz, John P | 0.58 |
| | Review and revise draft quarterly fee applic. | |
| 11/30/2012 | Rynkiewicz, John P | 0.42 |
| | Review bills, assemble and send to Grace; send fee applic to Pachulsky firm for court filing. | |
| | Total Hours.................. | 1.00 |
| | Fees through 11/30/2012................................. | $587.00 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 1.00 | $587.00 |
| Fees through 11/30/2012............... | | 1.00 | $587.00 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |

**KAYE SCHOLER LLP**

| | | |
|---|---|---|
| TO: W.R. Grace & Co.-Conn | | December 10, 2012 |
| RE: Special Counsel | | Invoice#: 722819 |
| Our File Number: 63812/0108 | | |
| Client Reference: 100071 | | PAGE: 2 |

| Invoice# | Date | Amount |
|---|---|---|
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 1,027.25 |
| 720486 | 11/13/2012 | 440.25 |
| Prior Balance Due............................................................ | | $6,298.02 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                    December 10, 2012

RE: Special Counsel                                             Invoice#: 722819
Our File Number: 63812/0108
Client Reference: 100071                                        PAGE:   3

| | |
|---|---:|
| Fees this Invoice.................................................................... | $587.00 |
| Total Due this Invoice............................................................. | $587.00 |
| Prior Balance Due (from above)............................................. | 6,298.02 |
| **TOTAL DUE**....................................................................... | **$6,885.02** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 722819
Total Amount Due: $6,885.02

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.