EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
NOVEMBER 1, 2012 THROUGH
NOVEMBER 30, 2012

```
                  Phillips, Goldman & Spence, P.A.
                         1200 N. Broom Street
                        Wilmington, DE  19806
                           (302) 655-4200
                         EI #: 51-0328786
```

December 12, 2012

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135

```
                                      File   WRG-AUS/JCP
                                      Invoice number   104966
```

   Re:  W. R. Grace & Co.
        David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only:  11/30/12     $1,323.50
        Subtotal for COSTS only: 11/30/12       $664.17
                                              ---------
   CURRENT PERIOD FEES AND COSTS: 11/30/12    $1,987.67
                                              ---------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please send remittance copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

December 12, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   104966

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 4.8 | 1,016.00 |
| LITIGATION | 0.5 | 242.50 |
| CASE ADMINISTRATION | 0.1 | 16.50 |
| PLAN AND DISCLOSURE STATEMENT | 0.1 | 48.50 |
| Subtotal for FEES only: 11/30/12 | 5.5 | $1,323.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 1.30 | 1.30 | 630.50 | 0.00 | 0.00 |
| 165.00 | CAH | 4.20 | 4.20 | 693.00 | 0.00 | 0.00 |
| Totals | | 5.50 | 5.50 | 1,323.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code          (Paginate)
        Client code
        Actual employee code   (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 104966 to 104966

                                         Act  Trans                                        Billable    Billable  Gr
Cl code  Grouping code description       Emp  Date    Transaction description                 Hours     Dollars  Cd

WRG      CASE ADMINISTRATION             CAH  11/13/12 Update docket to system.                 0.10      16.50  Ca
                                                                                              ------    -------
                                                                                                0.10      16.50
                                                                                              ------    -------
                                                                                                0.10      16.50
                                                                                              ------    -------
```

Total records this group:    1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/12/12 | Review of Debtors' Motion to Approve Qualified Settlement Fund with Exhibit and Order; review of Post-Confirmation Quarterly Summary Report to U.S. Trustee. | 0.30 | 145.50 | Li |
| WRG | LITIGATION | JCP | 11/13/12 | Review of Order approving settlement with Dairyland Insurance Company. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 11/19/12 | Review of Agenda for 11/26/12 Hearing. | 0.10 | 48.50 | |
|  |  |  |  |  | ------ | -------- | |
|  |  |  |  |  | 0.50 | 242.50 | |
|  |  |  |  |  | ------ | -------- | |
|  |  |  |  |  | 0.50 | 242.50 | |
|  |  |  |  |  | ------ | -------- | |

Total records this group:   3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/12/12 | Review of pre-bill for local rule compliance. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/13/12 | Draft 101st Monthly Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/19/12 | Review of e-mail from D. Fullem and download and file Certificate of No Objection for Orrick's September Fee Application and e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/19/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence September Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/20/12 | Scan, file and serve Phillips, Goldman & Spence Certificate of No Objection for September Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/21/12 | Download and file Orrick's 27th Quarterly Fee Application and e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/21/12 | Download and file Tower's 27th Quarterly Fee Application and e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/21/12 | Download and separate July, August and September Fee Applications for Lincoln to prepare for filing. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/21/12 | File July, August and September Fee Applications for Lincoln and e-mail docket numbers to D. Fullem. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/26/12 | Scan, OCR, file and serve Phillips, Goldman & Spence October Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/26/12 | Review of e-mail from D. Fullem and download October Fee Application for Orrick; file same and e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/26/12 | Review of e-mail from D. Fullem and download Quarterly Fee Application for Lincoln Partners; file same and e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/29/12 | Review of e-mail from D. Fullem and download and file October Fee Application for Towers, Watson and e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| | | | | | ------ | -------- | |
| | | | | | 4.10 | 676.50 | |
| | | | | | ------ | -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/04/12 | Review of and revise Phillips, Goldman & Spence October 2012 pre-bill. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/13/12 | Review of Order Amending OCP Orders to increase cap. | 0.10 | 48.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/20/12 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence September 2012 Fee application; conference with Celeste A. Hartman re: same. | 0.20 | 97.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/21/12 | Review of, revise and execute 101st Phillips, Goldman & Spence Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 145.50 | |
| | | | | | 0.70 | 339.50 | |
| | | | | | 4.80 | 1,016.00 | |

Total records this group:   17

```
                                        Act  Trans                                                    Billable        Billable  Gr
Cl code  Grouping code description      Emp  Date     Transaction description                            Hours         Dollars  Cd

WRG      PLAN AND DISCLOSURE            JCP  11/28/12 Review of Anderson Memorial's Motion for Extension of Time    0.10           48.50  ps
         STATEMENT                                    to File Opening Brief.
                                                                                                        -------        --------
                                                                                                           0.10           48.50
                                                                                                        -------        --------
                                                                                                           0.10           48.50
                                                                                                        -------      ----------
Total records this group:  1

                                                                                                        -------      ----------
                                                                                                           5.50        1,323.50
                                                                                                        =======      ==========
22 records printed.
```