EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
NOVEMBER 1, 2012 THROUGH
NOVEMBER 30, 2012

Phillips, Goldman & Spence, P.A.

Page   2

December 12, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   104966

Re:  W. R. Grace & Co.
     David T. Austern

    COSTS ADVANCED

```
10/31/12  Photocopies                                                  4.30
11/28/12  Check No.: 50351 - Parcels, Inc. - document
          retrieval/service/copy/mail, etc.                           629.87
11/30/12  Check No.: 50376 - John C. Phillips, Jr. -
          reimbursement for Court Call.                                30.00
                                                                 -------------
              Subtotal for COSTS only: 11/30/12                      $664.17
                                                                 -------------
```