# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP INVOICES FOR THE TIME PERIOD NOVEMBER 1-30, 2012



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

**David Austern, Futures Claims Representative for**
**W.R. Grace & Co.**
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

December 13, 2012
Client No. 17367
Invoice No. 1396806

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through November 30, 2012 in connection with the matters described on the attached pages: | $ | 56,173.00 |
| DISBURSEMENTS as per attached pages: | | 1,812.36 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 57,985.36 |

Matter(s):  17367/11, 13, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$403,346.17
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP
Lockbox #774619
4619 Solutions Center
Chicago, IL 60677-4006
Reference: 17367/ Invoice: 1396806 | *ACH & Wire Transfers:*
*ABA Number 121000248*
**SWIFT CODE:  WFBIUS6S**
**Account Number: 4123701088**
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1396806*
*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP
c/o Wells Fargo
Attn: Lockbox #774619
350 East Devon Avenue
Itasca, IL 60143
(213) 614-3248
Reference: 17367/ Invoice: 1396806 |


**ORRICK**

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042

December 13, 2012  
Client No. 17367  
Invoice No. 1396806

Orrick Contact: Roger Frankel

For Legal Services Rendered Through November 30, 2012 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/20/12 | P. Mahaley | Telephone conference with insurer counsel and counsel for ACC re proposed settlement with insurer. | 0.70 |
| 11/28/12 | P. Mahaley | Analyze insurer settlement demand in light of expanded scope of release requested. | 0.40 |

|  | Total Hours | 1.10 |  |
|---|---|---|---|
|  | Total For Services |  | $731.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri N. Mahaley | 1.10 | 665.00 | 731.50 |
| Total All Timekeepers | 1.10 | $665.00 | $731.50 |

**Total For This Matter**          $731.50


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

December 13, 2012  
Invoice No. 1396806

For Legal Services Rendered Through November 30, 2012 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/01/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 11/01/12 | D. Felder | Review Debtors' motion to approve cash settled collar agreement and exhibits thereto. | 0.70 |
| 11/01/12 | R. Wyron | Review e-mails re Canada and respond. | 0.40 |
| 11/01/12 | R. Frankel | Review equitable mootness and effective date issues. | 1.20 |
| 11/01/12 | R. Frankel | Review e-mails re Canada settlement issues (.2); review Canada's objections filed with the District Court (.7). | 0.90 |
| 11/02/12 | D. Felder | Review status of Third Circuit appeal, briefing deadlines and local rules. | 1.00 |
| 11/02/12 | R. Wyron | Telephone conference with J. Radecki re warrant issue and follow-up re same. | 0.20 |
| 11/02/12 | R. Frankel | Review statements of issues and concise summaries still pending before the Third Circuit. | 1.60 |
| 11/05/12 | R. Wyron | Conference with R. Frankel re financial review and open issues, and follow-up re same. | 0.30 |
| 11/05/12 | R. Frankel | Confer with R. Wyron re status (.2); review files (.5). | 0.70 |
| 11/06/12 | R. Wyron | Prepare for call with ACC and Grace (.2); telephone conference with ACC and Grace counsel, and follow-up re same (.8); review QSF issues (.3); telephone conference with J. Radecki re QSF motion (.2). | 1.50 |
| 11/06/12 | R. Frankel | Review draft motion and order approving qualified settlement fund (.7); telephone conference with R. Wyron re same (.1). | 0.80 |
| 11/06/12 | R. Frankel | Telephone conference with R. Wyron re bi-weekly status call with Grace team. | 0.30 |
| 11/07/12 | D. Fullem | Review recently filed pleadings. | 0.10 |
| 11/07/12 | R. Wyron | Follow-up on QSF motion issue (.1); review agenda for hearing (.1); conference with R. Frankel re issues and follow-up re same (.3). | 0.50 |
| 11/07/12 | R. Frankel | Telephone conference with E. Inselbuch re effective date status (.2); notes re same (.1). | 0.30 |
| 11/07/12 | R. Frankel | Review appeal issues. | 0.60 |
| 11/08/12 | D. Felder | Review draft motion to approve QSF. | 0.30 |
| 11/09/12 | D. Fullem | Review docket for 2013 omnibus fee hearings dates; update R. Wyron and D. Felder re same. | 0.20 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 3

December 13, 2012  
Invoice No. 1396806

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/09/12 | D. Fullem | Confer with R. Wyron and D. Felder regarding omnibus hearings in 2013; research same; update R. Wyron and D. Felder. | 0.40 |
| 11/09/12 | R. Wyron | Respond to inquiry from PD FCR re QSF motion and follow-up re same (.2); review agenda (.1); review QSF motion as filed and follow-up re same (.9). | 1.20 |
| 11/09/12 | R. Frankel | Review preliminary agenda for November omnibus hearing, e-mails re same. | 0.30 |
| 11/09/12 | R. Frankel | Review motion to approve establishment of QSF fund, IRS regs re same. | 0.60 |
| 11/12/12 | D. Fullem | Review and respond to e-mails regarding omnibus hearing dates in 2013. | 0.20 |
| 11/12/12 | R. Wyron | Review issue on QSF motion (.3); prepare for financial review with Lincoln (.5); confer with R. Frankel (.7). | 1.50 |
| 11/12/12 | R. Frankel | Review 10-Q for 9/30 and presentation re chapter 11 related financial matters (1.5); confer with R. Wyron re same (.3). | 1.80 |
| 11/12/12 | R. Frankel | Confer with R. Wyron re confirmation appeal, pending motions, earlier securities filings. | 0.40 |
| 11/13/12 | D. Felder | Review order approving ordinary course professionals motion and Dairyland settlement motion (.3); e-mail correspondence to R. Frankel, R. Wyron and P. Mahaley regarding same (.1); review order dismissing pleading and e-mail correspondence to R. Frankel, R. Wyron and D. Fullem regarding same (.1). | 0.50 |
| 11/13/12 | R. Frankel | Review series of e-mails re Terra Nova insurance settlement (.3); telephone conference with D. Austern re same (.2). | 0.50 |
| 11/13/12 | R. Frankel | Telephone conference with client re meeting in NY. | 0.30 |
| 11/13/12 | R. Frankel | Review various orders (Dairyland, etc.) from D. Felder. | 0.30 |
| 11/13/12 | R. Frankel | Review order re ordinary course professionals and SC&H (.2); notes re same (.1). | 0.30 |
| 11/13/12 | R. Frankel | Review R. Wyron e-mail memo re Grace disclosure language (.3); review latest 10-Q (.4). | 0.70 |
| 11/14/12 | R. Wyron | Review motions and TDP re FCR, and follow-up re same. | 0.90 |
| 11/14/12 | R. Frankel | Review, consider issues re administration of chapter 11 case. | 0.60 |
| 11/15/12 | D. Felder | Review Debtors' motion to expand scope of Baker, Donelson's employment. | 0.20 |
| 11/15/12 | R. Frankel | Review appellate issues (.6); follow-up re same (.6). | 1.20 |
| 11/16/12 | R. Wyron | Review agenda and e-mails re status. | 0.20 |
| 11/19/12 | R. Wyron | Review issues with J. Solganick re financials (.2); review agenda for hearing and notes for call with Grace (.2). | 0.40 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 4

December 13, 2012  
Invoice No. 1396806

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/20/12 | R. Wyron | Review agenda (.2); call with Grace and ACC counsel re status (.6); confer with D. Felder re briefing and follow-up (.2). | 1.00 |
| 11/20/12 | R. Frankel | Review Grace presentation and 10-Q regarding year-end accounting changes, exit financing. | 0.70 |
| 11/20/12 | R. Frankel | Telephone call with Grace and ACC counsel regarding status. | 0.50 |
| 11/20/12 | R. Frankel | Review oral argument transcript before J. Buckwalter (1.6); prepare notes regarding issues (.8). | 2.40 |
| 11/21/12 | R. Frankel | Telephone conference with D. Austern re meeting with Lincoln, case issues (.3); series of e-mails with R. Wyron, J. Radecki re meeting (.3). | 0.60 |
| 11/21/12 | R. Frankel | Review, consider appeal issues. | 1.80 |
| 11/26/12 | R. Frankel | Confer with R. Wyron re pending issues, administrative issues. | 0.30 |
| 11/26/12 | R. Frankel | Telephone conferences with E. Inselbuch and D. Turetsky re effective date issues. | 0.60 |
| 11/27/12 | R. Wyron | Review briefing schedule motion (.2); conference with R. Frankel re effective date issues and follow-up re same (.4); review plan provisions and Sealed Air settlement (.6). | 1.20 |
| 11/27/12 | R. Frankel | Telephone conference with D. Austern re meeting with Lincoln, case status. | 0.30 |
| 11/27/12 | R. Frankel | Review, consider AMH motion to extend time filed at 3rd Circuit (.2); e-mails re same (.2). | 0.40 |
| 11/27/12 | R. Frankel | Review with R. Wyron status of briefing and discussions re effective date issues (.3); consider early effective date (.4). | 0.70 |
| 11/28/12 | D. Felder | Review issues regarding Speights' motion for extension to file brief (.3); conference with R. Frankel regarding same (.1). | 0.40 |
| 11/28/12 | R. Wyron | Review extension pleadings (.2); follow-up with R. Frankel re issues (.5). | 0.70 |
| 11/28/12 | R. Frankel | Review papers re appeal extension (.3); confer with D. Felder re same (.2); and confer with R. Wyron re same, effective date issues (.3). | 0.80 |
| 11/28/12 | R. Frankel | Telephone conference with J. Donley re appeal, FCR issues (.5); confer with R. Wyron re same (.2). | 0.70 |
| 11/29/12 | D. Fullem | Review appeal docket updates and briefs filed by Bank Lender Group, Canada and Montana; review/respond to e-mails from D. Felder and R. Wyron re same. | 1.00 |
| 11/29/12 | D. Fullem | Review appeal docket update re Garlock brief; e-mail same to R. Frankel, R. Wyron and D. Felder. | 0.30 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

December 13, 2012  
Invoice No. 1396806

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/29/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 11/29/12 | R. Wyron | Begin review of appeal briefs. | 1.30 |
| 11/29/12 | R. Frankel | Confer with R. Wyron re briefing schedules, status (.3); confer with D. Felder re same (.1). | 0.40 |
| 11/30/12 | D. Fullem | Review and respond to e-mail from D. Felder regarding AMH brief to be filed in appeal cases. | 0.20 |
| 11/30/12 | D. Fullem | Review recently filed pleadings in Third Circuit appeals. | 0.20 |
| 11/30/12 | D. Felder | Review Garlock's Third Circuit appeal brief. | 1.50 |
| 11/30/12 | R. Wyron | Review of appellate briefs. | 4.70 |
| 11/30/12 | R. Frankel | Preliminary review of all briefs filed. | 1.90 |
| 11/30/12 | R. Frankel | Review Third Circuit brief of State of Montana. | 2.40 |
| 11/30/12 | R. Frankel | E-mails, consider Garlock standing issue. | 0.40 |

Total Hours 51.90  
Total For Services $45,958.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 4.60 | 650.00 | 2,990.00 |
| Roger Frankel | 28.30 | 995.00 | 28,158.50 |
| Debra O. Fullem | 3.00 | 270.00 | 810.00 |
| Richard H. Wyron | 16.00 | 875.00 | 14,000.00 |
| Total All Timekeepers | 51.90 | $885.52 | $45,958.50 |

Disbursements  
    Document Reproduction    40.30  
    Express Delivery    12.79  
    Outside Services    519.40  
    Telephone    0.00  
    Travel Expense, Air Fare    759.02  
    Total Disbursements    $1,331.51

**Total For This Matter**    **$47,290.01**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

December 13, 2012
Invoice No. 1396806

For Legal Services Rendered Through November 30, 2012 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/01/12 | D. Fullem | Review status of fee application filings; prepare updates to charts re same. | 0.50 |
| 11/05/12 | D. Fullem | Review docket for latest fee application filings. | 0.30 |
| 11/13/12 | D. Fullem | Review status of fee application filings. | 0.20 |
| 11/14/12 | D. Fullem | Review and respond to e-mail from K. Boeger regarding status of Towers July-September quarterly fee application. | 0.20 |
| 11/15/12 | D. Fullem | Review Towers quarterly fee application for the period July-September 2012. | 0.50 |
| 11/15/12 | D. Fullem | Review e-mails to/from A. Choi at Lincoln regarding Lincoln invoices for the July-September quarterly and September monthly time periods. | 0.50 |
| 11/19/12 | D. Fullem | Confer with D. Felder re July-Sept. quarterly and Sept. monthly fee applications; e-mail to J. Radecki and J. Solganick re same. | 0.50 |
| 11/19/12 | D. Felder | Review July, August and September fee applications for Lincoln and conference with D. Fullem regarding same (.6); review follow-up e-mail from D. Fullem and J. Radecki regarding same (.1). | 0.70 |
| 11/20/12 | D. Felder | Review Towers Watson's interim fee application and conference with D. Fullem regarding same. | 0.50 |
| 11/21/12 | D. Fullem | Coordinate filing/serving of Towers Watson's quarterly fee application for the time period July-September 2012. | 0.70 |
| 11/21/12 | D. Fullem | Coordinate filing/serving of Lincoln's monthly fee applications for July-September 2012. | 1.00 |
| 11/21/12 | D. Fullem | Review and respond to K. Boeger e-mail with Towers Watson October invoice. | 0.20 |
| 11/21/12 | D. Felder | E-mail correspondence with C. Hartman and D. Fullem regarding filing of fee applications and review docket regarding same. | 0.30 |
| 11/26/12 | D. Fullem | Coordinate filing/serving of Lincoln's quarterly fee application for the period July-September 2012. | 0.50 |
| 11/26/12 | D. Felder | Review quarterly fee application for Lincoln and e-mail correspondence with D. Fullem regarding same. | 0.30 |
| 11/29/12 | D. Fullem | Coordinate filing/serving of Towers Watson's October fee application. | 0.50 |



**ORRICK**

| | | |
|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 7 | | December 13, 2012<br>Invoice No. 1396806 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/29/12 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 11/29/12 | D. Felder | Review Towers Watson's October fee application. | 0.20 |

                        Total Hours     7.80
                        Total For Services     $2,866.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.00 | 650.00 | 1,300.00 |
| Debra O. Fullem | 5.80 | 270.00 | 1,566.00 |
| Total All Timekeepers | 7.80 | $367.44 | $2,866.00 |

Disbursements
    Outside Services                      9.30
                      Total Disbursements     $9.30

                      **Total For This Matter**     **$2,875.30**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

December 13, 2012
Invoice No. 1396806

For Legal Services Rendered Through November 30, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/05/12 | D. Fullem | Review e-mail from B. Ruhlander regarding quarterly fee app expenses; e-mail to R. Wyron re same. | 0.40 |
| 11/05/12 | D. Fullem | Follow-up on status of October prebill. | 0.20 |
| 11/06/12 | D. Fullem | Prepare response to e-mail from B. Ruhlander re quarterly fee application. | 0.30 |
| 11/06/12 | R. Wyron | Review inquiry from fee auditor and respond. | 0.20 |
| 11/08/12 | D. Fullem | Review October prebill. | 1.00 |
| 11/08/12 | D. Felder | Review October prebill and follow-up e-mail to R. Wyron and D. Fullem regarding same. | 1.50 |
| 11/08/12 | R. Wyron | Review October prebill and follow-up re same. | 0.40 |
| 11/09/12 | D. Fullem | Prepare Orrick's 27th quarterly fee application for the time period July 1-September 30, 2012. | 1.20 |
| 11/09/12 | D. Felder | Review Orrick's twenty-seventh interim fee application. | 1.00 |
| 11/12/12 | D. Fullem | Review and revise Orrick's quarterly fee application for the time period July-September 2012. | 1.00 |
| 11/13/12 | D. Fullem | Review status of fee application filings. | 0.20 |
| 11/14/12 | D. Fullem | Review e-mail with notice of recent payment from Grace. | 0.20 |
| 11/15/12 | D. Fullem | Review latest payment information in Grace account; e-mail to R. Wyron re same. | 0.20 |
| 11/15/12 | D. Fullem | Review objection deadline for Orrick September fee application; e-mail to D. Felder and R. Wyron re same. | 0.20 |
| 11/15/12 | D. Fullem | Begin draft of October monthly fee application. | 1.00 |
| 11/16/12 | D. Fullem | Research, review, respond to R. Wyron regarding expenses in quarterly fee application for the period July-September 2012. | 0.30 |
| 11/16/12 | D. Fullem | Draft CNO for Orrick's September monthly fee application; send to D. Felder for review/comment. | 0.30 |
| 11/16/12 | R. Wyron | Review summary of expenses and follow-up with D. Fullem. | 0.20 |
| 11/19/12 | D. Fullem | Coordinate filing/serving of Orrick's CNO for September fee application. | 0.30 |
| 11/19/12 | D. Fullem | Update fee/expense charts and circulate to R. Frankel and R. Wyron. | 0.50 |
| 11/19/12 | D. Fullem | Prepare revisions to July-September quarterly fee application; provide to R. Wyron for final review/signature. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 9

December 13, 2012  
Invoice No. 1396806

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/19/12 | D. Felder | Review CNO for Orrick's fee application and e-mail correspondence with D. Fullem regarding same. | 0.30 |
| 11/19/12 | R. Wyron | Review expense entries for quarterly fee application and follow-up. | 0.30 |
| 11/20/12 | D. Felder | Review Orrick's October fee application and e-mail correspondence with D. Fullem regarding same. | 0.70 |
| 11/20/12 | R. Wyron | Review quarterly fee application (.4); review October monthly fee application (.3). | 0.70 |
| 11/21/12 | D. Fullem | Coordinate filing/serving of Orrick's quarterly fee application for the July-September time period. | 0.70 |
| 11/26/12 | D. Fullem | Review and respond to e-mail from R. Wyron re objection deadline and filing CNO in Grace for Orrick's October fee application. | 0.20 |
| 11/26/12 | D. Fullem | Coordinate finalizing/filing/serving of Orrick's October monthly fee application. | 0.60 |
| 11/26/12 | R. Wyron | Review fee application issue and follow-up re same. | 0.20 |

Total Hours 15.10  
Total For Services $6,617.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.50 | 650.00 | 2,275.00 |
| Debra O. Fullem | 9.60 | 270.00 | 2,592.00 |
| Richard H. Wyron | 2.00 | 875.00 | 1,750.00 |
| Total All Timekeepers | 15.10 | $438.21 | $6,617.00 |

Disbursements  
    Document Reproduction    299.80  
    Outside Services    17.70  
    Postage    154.05  
    Total Disbursements    $471.55

**Total For This Matter**    **$7,088.55**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 10

December 13, 2012  
Invoice No. 1396806

### * * * COMBINED TOTALS * * *

| | | |
|---|---|---|
| Total Hours | 75.90 | |
| Total Fees, all Matters | | $56,173.00 |
| Total Disbursements, all Matters | | $1,812.36 |
| Total Amount Due | | $57,985.36 |