# EXHIBIT A

**WR Grace**
**October 2012 Time - Joe Radecki, Director**

| **Day/Date** | **Action** | **Time** |
|---|---|---|
| Mon 1 | Review docket and analysis | 0.2 |
| | Research, analysis of warrant pricing issues | 4.1 |
| Tue 2 | Review docket and analysis | 0.2 |
| Wed 3 | Review docket and analysis | 0.2 |
| Thu 4 | Comms w/OHS (RF, RW) re warrant term sheet issues | 0.9 |
| | Review docket and analysis | 0.2 |
| Fri 5 | Comm w/OHS (RF) re Grace warrants | 2.0 |
| | Review docket and analysis | 0.2 |
| Mon 8 | Comms w/OHS (RW) re Grace implementation letter | 0.6 |
| | Review docket and analysis | 0.3 |
| Tue 9 | Conf call w/OHS (all hands) re Grace term sheet and prep | 1.5 |
| | Review docket and analysis | 1.0 |
| Wed 10 | Review docket and analysis | 0.2 |
| Thu 11 | Comm w/OHS (RW) re Sealed Air proposal | 0.5 |
| Fri 12 | Comm w/OHS (RW) re Sealed Air proposal | 1.4 |
| | Review docket and analysis | 0.2 |
| Mon 15 | Comm w/OHS (RW) re Grace warrant, early effective date | 1.2 |
| | Review docket and analysis | 0.2 |
| Wed 17 | Review docket and analysis | 0.4 |
| Thu 18 | Comm w/OHS (RW) re implementation proposal, QSF motion research of same | 5.1 |
| | Review docket and analysis | 0.2 |
| Fri 19 | Review docket and analysis | 0.3 |
| Mon 22 | Comm w/OHS (RW) re Grace implementation letter | 0.4 |
| | Review docket and analysis | 0.3 |
| Tue 23 | Comm w/OHS (RW) re Grace implementation letter | 0.6 |
| | Review docket and analysis | 0.2 |
| Wed 24 | Comm w/OHS (RW) re Grace implementation letter, Grace earnings, stk px | 1.1 |
| | Grace earnings call | 0.8 |
| | Analysis of Grace earnings, press releases | 2.0 |
| | Review docket and analysis | 0.2 |
| Thu 25 | Comm w/OHS (RW) re Grace implementation letter, Grace earnings, stk px | 1.0 |
| | Review docket and analysis | 0.2 |
| Fri 26 | Comm w/OHS (RW, Rf, DF) re schedule financial review | 0.4 |
| | Review docket and analysis | 0.3 |
| | TOTAL HOURS | 27.2 |

**WR Grace**
**October 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Fee application preparation | 1.2 |
| | Analysis re: exit financing issues | 2.7 |
| Tue 2 | Review docket and analysis | 0.4 |
| Fri 5 | Review docket and analysis | 0.5 |
| Mon 8 | Review exit financing issue information | 0.6 |
| | Review fee auditor questions | 0.6 |
| Tue 9 | Call w/ Orrick re: exit financing issues and prep | 1.2 |
| | Internal discussions re: exit financing issues | 0.2 |
| | Response to fee auditor | 0.4 |
| | Review docket and analysis | 0.3 |
| | Review exit financing issue information | 0.6 |
| Wed 10 | Internal discussions re: exit financing issues | 0.4 |
| | Call w/ Charter Oak re: exit financing issues | 0.2 |
| | Calls w/ Orrick re: exit financing issues and prep | 0.8 |
| Fri 12 | Call w/ Orrick re: case status | 0.8 |
| | Review docket and analysis | 0.4 |
| Mon 15 | Review trust funding information and analysis | 0.7 |
| | Call w/ Orrick re: trust funding | 0.6 |
| Tue 16 | Review docket and analysis | 0.5 |
| Thu 18 | Call w/ Orrick re: exit financing issues w/ prep | 1.6 |
| | Review exit financing issue information | 0.4 |
| | Review draft QSF motion and analysis | 1.2 |
| Fri 19 | Internal discussions re: exit financing issues | 0.3 |
| | Review docket and analysis | 0.3 |
| | Review exit financing issue information | 0.6 |
| Tue 23 | Review docket and analysis | 0.3 |
| | Review exit financing issue information | 0.7 |
| Wed 24 | Review exit financing issue information | 0.6 |
| Fri 26 | Review docket and analysis | 0.6 |
| Wed 31 | Review docket and analysis | 0.4 |
| | TOTAL TIME (hrs) | 20.1 |

**WR Grace**
**October 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 2 | Fee application preparation | 1.1 |
| Wed 3 | Review/analysis docket items | 0.5 |
| Thu 4 | Review/analysis docket items | 0.6 |
| Tue 9 | Internal discussions re: exit financing issues | 1.2 |
| Wed 10 | Review/analysis docket items | 1.0 |
| | Internal discussions re: exit financing issues | 0.4 |
| Fri 12 | Review/analysis docket items | 1.0 |
| Mon 15 | Review/analysis docket items | 0.5 |
| Tue 16 | Review/analysis docket items | 0.4 |
| Fri 19 | Internal discussions re: exit financing issues | 0.3 |
| | Review/analysis docket items | 1.0 |
| Tue 23 | Review/analysis docket items | 0.8 |
| Fri 26 | Review/analysis docket items | 1.0 |
| | Review transcript of earnings call and analysis | 3.1 |
| Wed 31 | Fee application preparation | 0.5 |
| | **TOTAL TIME (hrs)** | **13.4** |

**WR Grace**
**October 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 2 | Fee application preparation | 1.0 |
| Wed 3 | Review/analysis docket items | 0.5 |
| Thu 4 | Review/analysis docket items | 0.5 |
| Fri 12 | Review/analysis docket items | 0.8 |
| Mon 15 | Review/analysis docket items | 0.5 |
| Tue 16 | Review/analysis docket items | 0.5 |
| Tue 23 | Review/analysis docket items | 0.8 |
| Fri 26 | Review/analysis docket items | 1.0 |
| | Review transcript of earnings call and analysis | 2.0 |
| Wed 31 | Fee application preparation | 1.0 |
| | **TOTAL TIME (hrs)** | **8.6** |