# EXHIBIT B

<u>**W.R. Grace**</u>
<u>**Detail of expenses (October 1, 2012 – October 31, 2012)**</u>

<u>Communication</u>
Telephone, facsimile, wireless service                     $173.77

     **Total Communication:**                     <u>**$173.77**</u>

**TOTAL EXPENSES:**                                  **$173.77**