# EXHIBIT A

**WR Grace**
**Novemberber 2012 Time - Joe Radecki, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review docket and analysis | 0.3 |
| Fri 2 | Review docket and analysis | 0.2 |
| Mon 5 | I/C re fee apps July, Aug, Sept | 0.6 |
| | Comm w/OHS (RW, RF) re semi-annual financial review | 0.5 |
| | Review docket and analysis | 0.3 |
| Tue 6 | Comm w/OHS (RW, RF) re semi-annual financial review | 0.7 |
| | Draft/review Grace time records | 2.0 |
| | Review docket and analysis | 0.3 |
| Wed 7 | Review docket and analysis | 0.2 |
| Thu 8 | Draft/review Grace time records - July, Oct | 1.3 |
| | Review docket and analysis | 0.3 |
| Fri 9 | Review press regarding warrant transaction | 0.9 |
| | Review docket and analysis | 0.2 |
| Mon 12 | Review docket and analysis | 0.8 |
| Tue 13 | I/C re fee applications, time records | 0.8 |
| | Review 8-K filing | 0.7 |
| | Review docket and analysis | 0.9 |
| Wed 14 | Review filed financials | 1.2 |
| | Review docket and analysis | 0.3 |
| Thu 15 | Comm w/OHS (RW) re court dates, filings, schedule | 0.5 |
| | Review filed financials | 2.0 |
| | Review docket and analysis | 0.3 |
| Fri 16 | Review docket and analysis | 0.2 |
| Mon 19 | Comm w/OHS (Dfel) re hearing cancellation | 0.1 |
| | Comm w/OHS (Dful) re fee apps questions | 0.5 |
| | Review docket and analysis | 0.2 |
| Tue 20 | Financial review- format, elements, new material | 1.2 |
| | Review docket and analysis | 0.2 |
| Wed 21 | Comm w/OHS (RW) re financial review | 0.4 |
| | Review docket and analysis | 0.3 |
| Mon 26 | Work on Grace presentation | 1.0 |
| | Review docket and analysis | 0.3 |
| Tue 27 | Work on Grace presentation | 1.0 |
| | Review docket and analysis | 0.7 |
| Wed 28 | Work on Grace presentation | 0.7 |
| | Review equity research reports | 2.4 |
| | Review docket and analysis | 0.3 |
| Thu 29 | Work on Grace presentation | 1.0 |
| | Review press on Noblestar Catalysts acquisition | 0.7 |
| | Review docket and analysis | 0.3 |
| Fri 30 | Work on Grace presentation | 2.3 |
| | Review docket and analysis | 0.3 |
| | TOTAL HOURS | 29.4 |

**WR Grace**
**November 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 5 | Review transcript of earnings call and analysis | 1.8 |
| Tue 6 | Review QSF motion | 0.2 |
| | Review docket and analysis | 0.3 |
| Thu 8 | Fee application preparation | 0.4 |
| Fri 9 | Review docket and analysis | 0.3 |
| Mon 12 | Review Grace 10-Q filing and analysis | 2.7 |
| | Review Grace presentation on Chapter 11 matters | 0.5 |
| Wed 14 | Review docket and analysis | 0.4 |
| Thu 15 | Fee application preparation | 1.9 |
| Mon 19 | Review docket and analysis | 0.4 |
| Mon 26 | Review docket and analysis | 0.5 |
| | Preparation of FCR update presentation | 3.0 |
| Wed 28 | Preparation of FCR update presentation | 2.5 |
| Thu 29 | Preparation of FCR update presentation | 3.2 |
| Fri 30 | Preparation of FCR update presentation | 2.7 |
| | Review docket and analysis | 0.5 |
| | Review press release re: Noblestar acquisition | 0.2 |
| | TOTAL TIME (hrs) | 21.5 |

**WR Grace**
**November 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 5 | Review transcript of earnings call and analysis | 1.5 |
| Mon 12 | Review Grace 10-Q filing and analysis | 4.3 |
| | Review Grace presentation on Chapter 11 matters | 1.0 |
| | Fee application preparation | 1.2 |
| Wed 14 | Review/analysis docket items | 0.2 |
| | Fee application preparation | 3.3 |
| | Preparation of FCR update presentation | 2.2 |
| Thu 15 | Fee application preparation | 2.3 |
| Fri 16 | Preparation of FCR update presentation | 4.0 |
| Sun 18 | Preparation of FCR update presentation | 3.0 |
| Mon 19 | Preparation of FCR update presentation | 4.8 |
| | Fee application preparation | 2.2 |
| Tue 27 | Review/analysis docket items | 0.6 |
| | TOTAL TIME (hrs) | 30.6 |

**WR Grace**
**November 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 5 | Review transcript of earnings call and analysis | 1.5 |
| Mon 12 | Review Grace 10-Q filing and analysis | 3.0 |
|  | Fee application preparation | 1.0 |
| Wed 14 | Fee application preparation | 2.0 |
|  | Preparation of FCR update presentation | 3.0 |
| Thu 15 | Fee application preparation | 2.0 |
| Fri 16 | Preparation of FCR update presentation | 10.0 |
| Sun 18 | Preparation of FCR update presentation | 4.0 |
| Mon 19 | Fee application preparation | 2.0 |
| Tue 20 | Preparation of FCR update presentation | 6.0 |
|  | TOTAL TIME (hrs) | 34.5 |