# EXHIBIT B

**W.R. Grace**
**Detail of expenses (November 1, 2012 – November 30, 2012)**

Communication
Telephone, facsimile, wireless service                                  $145.64

                  **Total Communication:**                                  **$145.64**

**TOTAL EXPENSES:**                                                     **$145.64**