IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

**Specialty Products Holdings Corp.**      **Chapter 11**
    Debtor(s)     **Case No.: 10-11780**

**W.R. Grace & Co., Et Al.**     **Chapter 11**
    Debtor(s)     **Case No.: 01-1139**

**Federal-Mogul Global**     **Chapter 11**
    Debtor(s)     **Case No.: 01-10578**

**The Flintkote Company**     **Chapter 11**
    Debtor(s)     **Case No.: 04-11300**

### ORDER RESCHEDULING JANUARY HEARING DATE

    **AND NOW,** this **27th** day of **December, 2012**, it is **ORDERED** that the hearings scheduled for January 28th, 2012 have been **rescheduled to February 4, 2013,** at **9:00 a.m.** in the Bankruptcy Court for the District of Delaware.

    It is **FURTHER ORDERED** that counsel for the Movants shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
_____
Judith K. Fitzgeral    **sjs**
United States Bankruptcy Judge