# **<u>Exhibit A</u>**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

December 27, 2012

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 610180
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---|
| FEES | $339.50 |
| DISBURSEMENTS | 71.72 |
| MATTER TOTAL | $411.22 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---|
| FEES | $1,656.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,656.00 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---|
| FEES | $1,397.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,397.00 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---|
| FEES | $823.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $823.00 |
| CLIENT GRAND TOTAL | $4,287.22 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 610180 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2353603.1

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/29/12 | HALVERSON, DARREN C | Circulate Grace filings to Team. | 0.10 | 48.50 |
| 11/30/12 | HALVERSON, DARREN C | Review Third Circuit appeals for new pleadings; coordinate creation of binder re same. | 0.60 | 291.00 |
| **TOTAL HOURS AND FEES** | | | **0.70** | **$339.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 71.72 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$71.72** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$411.22** |

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/07/12 | BLABEY, DAVID E | Review notes in preparation for Committee call (.9); email to client re quarterly call (.1) and call with client in prep for call (.1). | 1.10 | 792.00 |
| 11/08/12 | BLABEY, DAVID E | Prep for Committee call (.2); attend quarterly committee call (1). | 1.20 | 864.00 |
| **TOTAL HOURS AND FEES** | | | **2.30** | **$1,656.00** |

**TOTAL FOR THIS MATTER**                                                    **$1,656.00**

KL4 2353603.1

Kramer Levin Naftalis & Frankel LLP                                              Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                      December 27, 2012
056772-00007                                                           Invoice No. 610180

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/06/12 | BLABEY, DAVID E | Review qualified settlement fund motion draft and email to client re same. | 0.20 | 144.00 |
| 11/10/12 | BENTLEY, PHILIP | Trade emails re: pending issues. | 0.10 | 86.50 |
| 11/30/12 | BLABEY, DAVID E | Review bank lender appellate brief. | 1.50 | 1,080.00 |
| 11/30/12 | BENTLEY, PHILIP | Trade emails re: appeal issues. | 0.10 | 86.50 |
| **TOTAL HOURS AND FEES** | | | **1.90** | **$1,397.00** |

**TOTAL FOR THIS MATTER**                                                       **$1,397.00**

KL4 2353603.1

Kramer Levin Naftalis & Frankel LLP                                            Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                              December 27, 2012
056772-00008                                                                   Invoice No. 610180

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/12/12 | HALVERSON, DARREN C | Edits to fee app and communications with F. Arias re: same. | 0.20 | 97.00 |
| 11/27/12 | HALVERSON, DARREN C | Complete fee application and revise invoice. | 1.20 | 582.00 |
| 11/29/12 | BLABEY, DAVID E | Review and edit draft fee app. | 0.20 | 144.00 |
| **TOTAL HOURS AND FEES** | | | **1.60** | **$823.00** |

**TOTAL FOR THIS MATTER**                                                      **$823.00**

KL4 2353603.1