**Exhibit B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/27/2012 11:19:44

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:       4011859
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
---------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                           TO:
              UNBILLED DISB FROM:   11/01/2012                              TO:    11/30/2012
---------------------------------------------------------------------------------------------------------------------------------
                                          FEES                                   COSTS
                                          ----                                   -----
            GROSS BILLABLE AMOUNT:        0.00                                   71.72
             AMOUNT WRITTEN DOWN:    _____                            _____
                          PREMIUM:   _____                            _____
                 ON ACCOUNT BILLED:  _____                            _____
         DEDUCTED FROM PAID RETAINER:_____                            _____
                    AMOUNT BILLED:   _____                            _____
                        THRU DATE:                                               11/30/2012
      CLOSE MATTER/FINAL BILLING?     YES   OR   NO
       EXPECTED DATE OF COLLECTION:            _____

          BILLING PARTNER APPROVAL:    _____                  _____
                                       BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:    _____
                                      _____

---------------------------------------------------------------------------------------------------------------------------------
                                      ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                                      --------------------------                 --------------
                         FEES:              0.00
                 DISBURSEMENTS:            71.72     UNIDENTIFIED RECEIPTS:       0.00
                  FEE RETAINER:             0.00     PAID FEE RETAINER:           0.00
                 DISB RETAINER:             0.00     PAID DISB RETAINER:          0.00
              TOTAL OUTSTANDING:           71.72     TOTAL AVAILABLE FUNDS:       0.00
                                                     TRUST BALANCE:
                                           BILLING HISTORY
                                           ---------------
            DATE OF LAST BILL:             11/27/12       LAST PAYMENT DATE:       12/20/12
            LAST BILL NUMBER:              608519         ACTUAL FEES BILLED TO DATE:  368,947.00
                                                          ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                          TOTAL FEES BILLED TO DATE:   368,947.00
            LAST BILL THRU DATE:           10/31/12      FEES WRITTEN OFF TO DATE:     85,932.00
                                                        COSTS WRITTEN OFF TO DATE:     23,993.08
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:
                                          --------------------------
            (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
            (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
            (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding         (10) Client Arrangement

    BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____          CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/27/2012 11:19:45

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:     4011859
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status        : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y --------------- Total Unbilled ----------------
Code  Description                             Oldest       Latest         Total
                                              Entry        Entry          Amount
----  -------------------------------         ------       ------         -----------
0917  WESTLAW ON-LINE RESEARCH                11/01/12     11/30/12            71.72

           Total                                                               71.72


U N B I L L E D    C O S T S    D E T A I L
Description/Code                                  Employee            Date        Amount         Index#   Batch No   Batch Date
------------------------------------------------  --------            ------      -----------    -------  ---------  ----------

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/01/12         3.26      9776889  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/02/12         3.26      9776890  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/05/12         3.26      9776891  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/06/12         3.26      9776892  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/07/12         3.26      9776893  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/08/12         3.26      9776894  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/09/12         3.26      9776895  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/12/12         3.26      9776896  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/13/12         3.26      9776897  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/14/12         3.26      9776898  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/15/12         3.26      9776899  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/16/12         3.26      9776900  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/19/12         3.26      9776901  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/20/12         3.26      9776902  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/21/12         3.26      9776903  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/22/12         3.26      9776904  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/23/12         3.26      9776905  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/26/12         3.26      9776906  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/27/12         3.26      9776907  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/28/12         3.26      9776908  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/29/12         3.26      9776909  1329742    12/03/12
    WESTLAW ON-LINE RESE                          BLABEY, D E         11/30/12         3.26      9776910  1329742    12/03/12
                                                  0917 WESTLAW ON-LINE RESE Total :      71.72


         Costs Total :                                                              71.72
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/27/2012 11:19:45

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    4011859
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount              Bill          W/o / W/u         Transfer  To   Clnt/Mtr      Carry Forward
----------------------    ------------------    ----------    ---------------   ------------------------------  ----------------

0917 WESTLAW ON-LINE RESEARCH      71.72        _____    _____   _____  _____


         Costs Total :            71.72         _____    _____   _____  _____
```