IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 17, 2013 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE ONE HUNDRED AND THIRTY-FOURTH
MONTHLY APPLICATION OF CASNER & EDWARDS, LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2012 through November 30, 2012 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $9,312.00 (80% = $7,449.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $12,560.28

This is a:    X monthly    __ interim    __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |

| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |

| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |
| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | No objections served on counsel | No objections served on counsel |
| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | No objections served on counsel | No objections served on counsel |
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | No objections served on counsel | No objections served on counsel |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | No objections served on counsel | No objections served on counsel |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | No objections served on counsel | No objections served on counsel |
| 3/19/08 | 01/01/08 through 01/31/08 | $16,372.50 | $11,960.75 | No objections served on counsel | No objections served on counsel |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | No objections served on counsel | No objections served on counsel |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | No objections served on counsel | No objections served on counsel |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | No objections served on counsel | No objections served on counsel |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | No objections served on counsel | No objections served on counsel |
| 7/25/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 8/29/08 | 07/01/08 through 07/31/08 | $50,486.50 | $12,335.32 | No objections served on counsel | No objections served on counsel |
| 10/1/08 | 08/01/08 through 08/31/08 | $22,687.00 | $16,557.87 | No objections served on counsel | No objections served on counsel |
| 10/31/08 | 09/01/08 through 09/30/08 | $121,855.50 | $13,735.66 | No objections served on counsel | No objections served on counsel |
| 12/18/08 | 10/01/08 through 10/31/08 | $206,090.00 | $17,150.06 | No objections served on counsel | No objections served on counsel |
| 1/14/09 | 11/01/08 through 11/30/08 | $31,818.50 | $17,853.27 | No objections served on counsel | No objections served on counsel |
| 2/6/09 | 12/01/08 through 12/31/08 | $18,652.00 | $13,260.97 | No objections served on counsel | No objections served on counsel |
| 3/17/09 | 01/01/09 through 01/31/09 | $25,997.00 | $18,035.63 | No objections served on counsel | No objections served on counsel |
| 4/8/09 | 02/01/09 through 02/28/09 | $22,962.00 | $13,961.27 | No objections served on counsel | No objections served on counsel |
| 5/14/09 | 03/01/09 through 03/31/09 | $16,519.50 | $14,927.74 | No objections served on counsel | No objections served on counsel |
| 6/3/09 | 04/01/09 through 04/30/09 | $15,114.50 | $15,185.20 | No objections served on counsel | No objections served on counsel |
| 6/30/09 | 05/01/09 through 05/31/09 | $8,974.50 | $13,339.22 | No objections served on counsel | No objections served on counsel |
| 7/30/09 | 06/01/09 through 06/30/09 | $11,874.50 | $12,779.37 | No objections served on counsel | No objections served on counsel |
| 8/28/09 | 07/01/09 through 07/31/09 | $11,944.00 | $12,671.07 | No objections served on counsel | No objections served on counsel |
| 9/29/09 | 08/01/09 through 08/31/09 | $11,169.50 | $12,749.78 | No objections served on counsel | No objections served on counsel |
| 11/4/09 | 09/01/09 through 09/30/09 | $16,586.00 | $12,944.08 | No objections served on counsel | No objections served on counsel |
| 12/10/09 | 10/01/09 through 10/31/09 | $16,543.50 | $12,892.44 | No objections served on counsel | No objections served on counsel |
| 1/4/10 | 11/01/09 through 11/30/09 | $13,184.00 | $12,947.27 | No objections served on counsel | No objections served on counsel |
| 2/5/10 | 12/01/09 through 12/31/09 | $13,124.50 | $15,831.38 | No objections served on counsel | No objections served on counsel |
| 3/16/10 | 01/01/10 through 01/31/10 | $11,612.00 | $13,583.10 | No objections served on counsel | No objections served on counsel |
| 4/16/10 | 02/01/10 through 02/28/10 | $9,911.50 | $13,450.97 | No objections served on counsel | No objections served on counsel |
| 5/17/10 | 03/01/10 through 03/31/10 | $12,668.00 | $13,548.11 | No objections served on counsel | No objections served on counsel |
| 6/17/10 | 04/01/10 through 04/30/10 | $8,183.50 | $11,946.56 | No objections served on counsel | No objections served on counsel |
| 7/14/10 | 05/01/10 through 05/31/10 | $9,423.25 | $13,087.91 | No objections served on counsel | No objections served on counsel |
| 8/10/10 | 06/01/10 through 06/30/10 | $11,422.50 | $11,744.47 | No objections served on counsel | No objections served on counsel |
| 9/14/10 | 07/01/10 through 07/31/10 | $10,940.00 | $12,714.54 | No objections served on counsel | No objections served on counsel |
| 10/5/10 | 08/01/10 through 08/31/10 | $9,925.50 | $12,472.55 | No objections served on counsel | No objections served on counsel |
| 11/23/10 | 09/01/10 through 09/30/10 | $11,696.50 | $12,436.40 | No objections served on counsel | No objections served on counsel |
| 12/28/10 | 10/01/10 through 10/31/10 | $11,552.00 | $11,310.62 | No objections served on counsel | No objections served on counsel |
| 1/12/11 | 11/1/10 through 11/30/10 | $11,495.50 | $11,706.61 | No objections served on counsel | No objections served on counsel |
| 2/18/11 | 12/01/10 through 12/31/10 | $13,865.50 | $11,894.68 | No objections served on counsel | No objections served on counsel |
| 3/16/11 | 01/01/11 through 01/31/11 | $11,441.00 | $12,251.11 | No objections served | No objections served |

| | | | | on counsel | on counsel |
|---|---|---|---|---|---|
| 4/25/11 | 02/01/11 through 02/28/11 | $14,334.50 | $15,092.82 | No objections served on counsel | No objections served on counsel |
| 5/18/11 | 03/01/11 through 03/31/11 | $15,386.50 | $12,908.54 | No objections served on counsel | No objections served on counsel |
| 6/21/11 | 04/01/11 through 04/30/11 | $11,716.50 | $12,870.00 | No objections served on counsel | No objections served on counsel |
| 6/28/11 | 05/01/11 through 05/31/11 | $14,373.00 | $12,781.51 | No objections served on counsel | No objections served on counsel |
| 7/29/11 | 06/01/11 through 06/30/11 | $14,240.00 | $12,606.63 | No objections served on counsel | No objections served on counsel |
| 8/30/11 | 07/01/11 through 07/31/11 | $10,404.00 | $12,602.34 | No objections served on counsel | No objections served on counsel |
| 10/17/11 | 08/01/11 through 08/31/11 | $12,560.50 | $5,831.17 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 09/01/11 through 09/30/11 | $13,372.00 | $12,271.71 | No objections served on counsel | No objections served on counsel |
| 12/8/11 | 10/01/11 through 10/31/11 | $17,454.50 | $12,474.91 | No objections served on counsel | No objections served on counsel |
| 12/28/11 | 11/01/11 through 11/30/11 | $11,168.00 | $12,402.90 | No objections served on counsel | No objections served on counsel |
| 2/7/12 | 12/01/11 through 12/31/11 | $11,559.00 | $12,168.62 | No objections served on counsel | No objections served on counsel |
| 3/22/12 | 01/01/12 through 01/31/12 | $12,441.00 | $12,880.97 | No objections served on counsel | No objections served on counsel |
| 4/19/12 | 02/01/12 through 02/29/12 | $12,372.50 | $12,532.86 | No objections served on counsel | No objections served on counsel |
| 5/14/12 | 03/01/12 through 03/31/12 | $15,444.00 | $13,102.71 | No objections served on counsel | No objections served on counsel |
| 6/27/12 | 04/01/12 through 04/30/12 | $13,442.50 | $12,591.92 | No objections served on counsel | No objections served on counsel |
| 7/17/12 | 05/01/12 through 05/31/12 | $14,496.00 | $12,624.03 | No objections served on counsel | No objections served on counsel |
| 8/2/12 | 06/01/12 through 06/30/12 | $5,238.00 | $12,890.74 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 07/01/12 through 07/31/12 | $1,285.00 | $12,288.08 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 08/01/12 through 08/31/12 | $1,657.50 | $12,508.60 | No objections served on counsel | No objections served on counsel |
| 11/2/12 | 09/01/12 through 09/30/12 | $10,553.50 | $12,545.75 | No objections served on counsel | No objections served on counsel |
| 11/30/12 | 10/01/12 through 10/31/12 | $13,554.00 | $12,553.21 | No objections served on counsel | No objections served on counsel |
| 12/28/12 | 11/01/12 through 11/30/12 | $9,312.00 | $12,560.28 | Pending | Pending |

As indicated above, this is the one hundred and thirty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is 1.1 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $385.00.

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

6

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 46 | Litigation | $350.00 | 2.70 | $945.00 |
| Robert A. Murphy | Senior Counsel | 46 | Litigation | No charge | 0.20 | $0.00 |
| Matthew T. Murphy | Partner | 25 | Litigation | $300.00 | 0.40 | $120.00 |
| Angela R. Anderson | Paralegal | 28 | Litigation | $140.00 | 42.90 | $6,006.00 |
| Angela R. Anderson | Clerical | 28 | Litigation | $90.00 | 24.90 | $2,241.00 |
| TOTALS | | | | | 71.10 | $9,312.00 |

**Total Fees:     $9,312.00**

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $1.70 |
| Federal Express | $20.29 |
| Rent Reimbursement | $12,129.99 |
| Miscellaneous | $408.30 |
| TOTAL | $12,560.28 |

**Total Expenses:     $12,560.28**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 68.70 | $8,507.00 |
| Fee Applications, Applicant | 2.40 | $805.00 |
| Expenses | N/A | $12,560.28 |
| TOTALS | 71.10 | $21,872.28 |

Dated:  December 28, 2012            CASNER & EDWARDS, LLP

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Robert A. Murphy (BBO #363700)
　　　　　　　　　　　　　　　　　　　303 Congress Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　　(617) 426-5900

　　　　　　　　　　　　　　　　　　　Special Litigation Counsel

52000.57/545474.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 17, 2013 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
ONE HUNDRED AND THIRTY-FOURTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/545477.1

# EXHIBIT A
(Fee Detail)

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $8,507.00 |
| **FEE APPLICATION – APPLICANT** | $805.00 |
| **TOTAL FEES** | $9,312.00 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 18, 2012
Bill Number 159037
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH NOVEMBER 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/01/12 | ARA | Quality control property damage ledgers. | 2.80 Hrs | 392.00 |
| 11/02/12 | MTM | Review California jobsite binder re: request from in-house counsel; email to in-house counsel re: same. | 0.10 Hrs | 30.00 |
| 11/02/12 | ARA | Quality control property damage ledgers. | 5.90 Hrs | 826.00 |
| 11/05/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 840.00 |
| 11/06/12 | ARA | Quality control property damage ledgers. | 5.80 Hrs | 812.00 |
| 11/07/12 | ARA | Quality control property damage ledgers. | 6.70 Hrs | 938.00 |
| 11/08/12 | ARA | Quality control property damage ledgers. | 5.50 Hrs | 770.00 |
| 11/09/12 | ARA | Quality control property damage ledgers. | 3.30 Hrs | 462.00 |
| 11/12/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | No Charge |
| 11/13/12 | ARA | Document control. | 4.60 Hrs | 414.00 |
| 11/14/12 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 70.00 |
| 11/14/12 | ARA | Document control. | 1.90 Hrs | 171.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH NOVEMBER 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/15/12 | ARA | Document control. | 5.00 Hrs | 450.00 |
| 11/16/12 | MTM | Telephone call to in-house counsel re: Libby personnel file and litigation file for same individual; telephone call to ARA re: same. | 0.20 Hrs | 60.00 |
| 11/16/12 | ARA | Document control. | 4.20 Hrs | 378.00 |
| 11/16/12 | ARA | Per MTM's telephone call, search for and locate Libby personnel file and case file (1.0). Review case file and discuss with MTM (.5). Arrange to have files copied and oversee pick up of files for copying (.5). | 2.00 Hrs | 280.00 |
| 11/19/12 | ARA | Receipt of Libby personnel file and case file from copy service (.4); quality control originals (.6). | 1.00 Hrs | 140.00 |
| 11/19/12 | ARA | Document control. | 5.00 Hrs | 450.00 |
| 11/20/12 | ARA | Document control. | 4.20 Hrs | 378.00 |
| 11/21/12 | ARA | Quality control documents re: California site review. | 3.90 Hrs | 546.00 |
| 11/27/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read selected documents filed in bankruptcy court. | 0.20 Hrs | 70.00 |
| 11/30/12 | MTM | Telephone call and email from in-house counsel re: ore shipment binder; email to ARA re: same. | 0.10 Hrs | 30.00 |

TOTAL LEGAL SERVICES $8,507.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.40 | 350.00 | 140.00 |
| Matthew T. Murphy | 0.40 | 300.00 | 120.00 |
| Angela R. Anderson | 42.90 | 140.00 | 6,006.00 |
| Angela R. Anderson | 24.90 | 90.00 | 2,241.00 |
| Robert A. Murphy | 0.10 | 350.00 | No Charge |
| | 68.70 | | $8,507.00 |

Page 2

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:     Litigation and Litigation Consulting

                                                                TOTAL THIS BILL                    $8,507.00

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 18, 2012
Bill Number 159038
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH NOVEMBER 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/06/12 | RAM | Send "as-filed" September fee application to fee auditor. | 0.10 Hrs | No Charge |
| 11/12/12 | RAM | Work on quarterly fee application and send it to Delaware counsel to file. | 0.50 Hrs | 175.00 |
| 11/19/12 | RAM | Work on October fee application. | 1.00 Hrs | 350.00 |
| 11/23/12 | RAM | Work on October fee application. | 0.20 Hrs | 70.00 |
| 11/27/12 | RAM | Finalize October fee application and send it to in-house counsels to review. | 0.10 Hrs | 35.00 |
| 11/28/12 | RAM | Emails from in-house counsel with edits he wants in October fee application; make changes; finalize fee application and send it to Delaware counsel to file. | 0.40 Hrs | 140.00 |
| 11/29/12 | RAM | Read Fee Auditor's Final Report re: fee applications for 4/1/12 - 6/30/12. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES          $805.00

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:  Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.30 | 350.00 | 805.00 |
| Robert A. Murphy | 0.10 | 350.00 | No Charge |
|  | 2.40 |  | $805.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $805.00 |

Page 2

**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,539.99 |
| **FEE APPLICATION – APPLICANT** | $20.29 |
| **TOTAL EXPENSES** | $12,560.28 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 18, 2012
Bill Number 159039
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2012

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 11/30/12 | EXCESS POSTAGE | 1.70 | |
| | | | $1.70 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 11/02/12 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - NOVEMBER 2012. | 12,129.99 | |
| | | | $12,129.99 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 11/09/12 | RECORDKEEPER ARCHIVE CENTERS,: Storage 11/01/12 through 11/30/12. | 408.30 | |
| | | | $408.30 |

|  |  |
|---|---|
| TOTAL COSTS | $12,539.99 |
| TOTAL THIS BILL | $12,539.99 |

Page 1



# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 18, 2012
Bill Number 159040
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

COSTS

THROUGH NOVEMBER 30, 2012

FEDERAL EXPRESS

| | | |
|---|---|---|
| 11/12/12 | FEDERAL EXPRESS CORPORATION: To 515 North Market, Pachulski Stang Ziehl & Jones, Lynzy McGee from Casner and Edwards on October 31, 2012 by R A Murphy. | 20.29 |
| | | $20.29 |
| | TOTAL COSTS | $20.29 |
| | TOTAL THIS BILL | $20.29 |