REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2356137
7500 Grace Drive                          Invoice Date      12/19/12
Columbia, Maryland 21044                  Client Number       172573
USA

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                            38.00
        Expenses                         0.00

                TOTAL BALANCE DUE UPON RECEIPT          $38.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2356137 |
| 7500 Grace Drive | Invoice Date | 12/19/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2012

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 11/20/12 | Ament | E-mail to P. Cuniff requesting schedule of omnibus hearings and filing deadlines. | .10 |
| 11/21/12 | Ament | Review schedule of omnibus hearings and filing deadlines for 2013. | .10 |
| | | | ------ |
| | | TOTAL HOURS | .20 |

| TIME SUMMARY | Hours | Rate | Value |
| ------------------------ | ---------------------- | ---------------------- | ------- |
| Sharon A. Ament | 0.20 at | $ 190.00 = | 38.00 |

CURRENT FEES                                                    38.00

                                                        ------------
TOTAL BALANCE DUE UPON RECEIPT                               $38.00
                                                        =============

```
                          REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number      2356138
7500 Grace Drive                      Invoice Date       12/19/12
Columbia, Maryland 21044              Client Number       172573
USA



===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                          2,972.00
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $2,972.00
                                                      =============
```

```
                              REED SMITH LLP
                               PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2356138
7500 Grace Drive                        Invoice Date       12/19/12
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        60029


===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2012


      Date   Name                                            Hours
    -------- ----------                                      -----

    11/05/12 Cameron       Attention to fee application issues    .50

    11/06/12 Ament         E-mails with J. Lord re: 46th          .30
                           quarterly fee application (.10);
                           begin drafting narrative and
                           summary re: same (.20).

    11/06/12 Lord          Communicate with S. Ament re:          .10
                           upcoming quarterly

    11/07/12 Ament         Review invoices relating to 46th       .90
                           quarterly fee application (.10);
                           calculate fees and expenses re:
                           same (.50); prepare spreadsheets
                           re: same (.20); provide quarterly
                           fee application to A. Muha for
                           review (.10).

    11/09/12 Ament         Review e-mail re: Oct. monthly fee     .10
                           application.

    11/09/12 Muha          Review and revise quarterly fee        .30
                           application.

    11/12/12 Ament         Review A. Muha comments relating       .40
                           to summary and narrative to
                           quarterly fee application (.10);
                           finalize same (.10); e-mail same
                           to J. Lord for DE filing (.10);
                           review e-mail from J. Lord re:
                           same (.10).
```

172573 W. R. Grace & Co.                        Invoice Number   2356138
60029   Fee Applications-Applicant              Page    2
December 19, 2012

| Date | Name | | Hours |
|------|------|------|-------|
| 11/12/12 | Muha | Additional revisions to July-Sept. 2012 quarterly fee application. | .40 |
| 11/13/12 | Lord | Review, revise and prepare Reed Smith 46th monthly fee application for e-filing and service on 11/14. | 1.40 |
| 11/13/12 | Muha | Review and comments on fee and expense detail for Oct. 2012 monthly application. | .20 |
| 11/14/12 | Lord | Revise, e-file and coordinate service of Reed Smith's 46th quarterly fee application. | .60 |
| 11/18/12 | Cameron | Review fee application materials. | .50 |
| 11/21/12 | Ament | Review Oct. invoices (.10); calculate fees and expenses for Oct. monthly fee application (.20); prepare spreadsheet re: same (.20); draft Oct. monthly fee application (.30). | .80 |
| 11/26/12 | Muha | Review and final revisions to October monthly fee application. | .30 |
| 11/27/12 | Ament | Review A. Muha comments relating to Oct. monthly fee application (.10); finalize fee application (.20); e-mail same to J. Lord for DE filing on 11/28/12 (.10); attention to billing matters (.10); follow-up e-mails with J. Lord re: Oct. monthly fee application (.10). | .60 |
| 11/27/12 | Lord | Communicate with S. Ament re: monthly fee application. | .10 |
| 11/29/12 | Ament | Call from A. Muha re: Oct. monthly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10); e-mails with J. Lord re: 44th and 45th quarterly fee applications (.20). | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2356138
60029  Fee Applications-Applicant           Page   3
December 19, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/29/12 | Lord | Draft and e-file CNO to Reed Smith September monthly fee application (.4); communicate with S. Ament on quarterly fee question (.1); revise, e-file and serve Reed Smith's October monthly fee application (1.2); review and update master chart of quarterly fee/expense information (.2). | 1.90 |

```
                                             ------
                                 TOTAL HOURS   9.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 1.00 | at $ | 670.00 | = | 670.00 |
| Andrew J. Muha | 1.20 | at $ | 460.00 | = | 552.00 |
| John B. Lord | 4.10 | at $ | 260.00 | = | 1,066.00 |
| Sharon A. Ament | 3.60 | at $ | 190.00 | = | 684.00 |

```
              CURRENT FEES                        2,972.00


                                             ------------
              TOTAL BALANCE DUE UPON RECEIPT     $2,972.00
                                             ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2356139
7500 Grace Drive                          Invoice Date       12/19/12
Columbia, Maryland 21044                  Client Number       172573
USA


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                           1,809.00
         Expenses                           0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $1,809.00
                                                 =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                       Invoice Number      2356139
7500 Grace Drive                       Invoice Date       12/19/12
Columbia, Maryland 21044               Client Number       172573
USA                                    Matter Number         60033


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2012

      Date   Name                                          Hours
   -------- -----------                                    -----

   11/01/12 Cameron        Review materials relating to      .90
                           Anderson Memorial claims.

   11/02/12 Cameron        Analyze Anderson Memorial         .70
                           materials.

   11/12/12 Cameron        Review and analyze Anderson       .60
                           Memorial materials.

   11/18/12 Cameron        Review materials re: Anderson     .50
                           Memorial.

                                                           ------
                                           TOTAL HOURS      2.70


   TIME SUMMARY            Hours         Rate        Value
   ------------------------ ---------------------- -------
   Douglas E. Cameron       2.70  at  $  670.00  =   1,809.00

                           CURRENT FEES                     1,809.00


                                                      ------------
                           TOTAL BALANCE DUE UPON RECEIPT   $1,809.00
                                                      =============
```