```
                            REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number        2356140
7500 Grace Drive                          Invoice Date         12/19/12
Columbia, Maryland 21044                  Client Number         172573
USA
```

===============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
        Fees                                        0.00
        Expenses                                  758.10

                  TOTAL BALANCE DUE UPON RECEIPT            $758.10
                                                       =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



W.R. Grace & Co.                         Invoice Number      2356140
7500 Grace Drive                         Invoice Date        12/19/12
Columbia, Maryland 21044                 Client Number        172573
USA                                      Matter Number         60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                                         32.30
        Duplicating/Printing/Scanning                 51.60
        Outside Duplicating                          674.20

                   CURRENT EXPENSES                                758.10
                                                              -------------
                   TOTAL BALANCE DUE UPON RECEIPT                 $758.10
                                                              =============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



W.R. Grace & Co.                          Invoice Number       2356140
7500 Grace Drive                          Invoice Date        12/19/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026



==============================================================================

Re: (60026)  Litigation and Litigation Consulting



FOR COSTS ADVANCED AND EXPENSES INCURRED:

     10/31/12   Duplicating/Printing/Scanning                    2.00
                ATTY # 000559: 20 COPIES

     10/31/12   Duplicating/Printing/Scanning                    2.00
                ATTY # 000559: 20 COPIES

     10/31/12   PACER                                           32.30

     11/06/12   Duplicating/Printing/Scanning                     .70
                ATTY # 000559: 7 COPIES

     11/06/12   Duplicating/Printing/Scanning                    1.00
                ATTY # 000559: 10 COPIES

     11/07/12   Duplicating/Printing/Scanning                     .70
                ATTY # 000559: 7 COPIES

     11/07/12   Duplicating/Printing/Scanning                     .80
                ATTY # 000559: 8 COPIES

     11/07/12   Duplicating/Printing/Scanning                     .80
                ATTY # 000559: 8 COPIES

     11/09/12   Duplicating/Printing/Scanning                     .80
                ATTY # 000559: 8 COPIES

     11/09/12   Duplicating/Printing/Scanning                     .70
                ATTY # 000559: 7 COPIES

     11/12/12   Duplicating/Printing/Scanning                     .80
                ATTY # 000559: 8 COPIES

     11/12/12   Duplicating/Printing/Scanning                     .70
                ATTY # 000559: 7 COPIES
```

```
172573 W. R. Grace & Co.                         Invoice Number   2356140
60026  Litigation and Litigation Consulting      Page    2
December 19, 2012
```

| Date | Description | Amount |
|---|---|---:|
| 11/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 11/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 11/16/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 11/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/27/12 | Outside Duplicating -- VENDOR: DIGITAL LEGAL SERVICES, LLC: Copies, envelopes & postage for service of quarterly fee application materials. | 450.20 |
| 11/27/12 | Outside Duplicating -- VENDOR: DIGITAL LEGAL SERVICES, LLC: Copies, envelopes & postage for service of quarterly fee application materials. | 224.00 |
| 11/27/12 | Duplicating/Printing/Scanning<br>ATTY # 0718; 90 COPIES | 9.00 |
| 11/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 0718; 200 COPIES | 20.00 |

```
172573 W. R. Grace & Co.                      Invoice Number   2356140
60026  Litigation and Litigation Consulting   Page    3
December 19, 2012




    11/29/12   Duplicating/Printing/Scanning                       .70
               ATTY # 000559: 7 COPIES


                       CURRENT EXPENSES                         758.10
                                                            ------------

                       TOTAL BALANCE DUE UPON RECEIPT          $758.10
                                                            ============
```