## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## For the month of November 2012

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of November 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 2.0 | $ 2,148.84 |
| Matthew E Sabatini | Audit Partner | 20+ | Integrated Audit | $ 1,042.67 | 11.0 | $ 11,469.37 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | $ 1,005.84 | 1.0 | $ 1,005.84 |
| James Douglas Summa | Audit Partner | 20+ | Integrated Audit | $ 825.50 | 0.5 | $ 412.75 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 32.5 | $ 26,416.00 |
| Jesse Reed Tracey | Audit Director | 20+ | Integrated Audit | $ 755.66 | 1.0 | $ 755.66 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 1.5 | $ 1,053.47 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 3.1 | $ 2,177.16 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 503.20 | 2.6 | $ 1,308.32 |
| James C Horvath | Audit Manager | 9 | Integrated Audit | $ 571.50 | 0.5 | $ 285.75 |
| Adam D Houston | Audit Senior Manager | 11 | Integrated Audit | $ 490.22 | 10.0 | $ 4,902.20 |
| Amy Andrews | Audit Manager | 8 | Integrated Audit | $ 473.71 | 2.0 | $ 947.42 |
| David C Sands | Audit Director | 11 | Integrated Audit | $ 445.77 | 7.5 | $ 3,343.28 |
| Jody B Underhill | Tax Director | 11 | Integrated Audit | $ 426.40 | 4.2 | $ 1,790.88 |
| Kaitlin M Redding | Audit Manager | 7 | Integrated Audit | $ 403.86 | 16.0 | $ 6,461.76 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | $ 358.14 | 98.0 | $ 35,097.72 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 322.58 | 19.0 | $ 6,129.02 |
| Brendan Witt | Audit Senior Associate | 6 | Integrated Audit | $ 292.10 | 1.0 | $ 292.10 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | $ 249.60 | 1.0 | $ 249.60 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | $ 246.38 | 106.0 | $ 26,116.28 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 114.0 | $ 27,652.98 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | $ 240.03 | 25.5 | $ 6,120.77 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | $ 228.60 | 141.7 | $ 32,392.62 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | $ 190.50 | 46.5 | $ 8,858.25 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | $ 184.15 | 133.5 | $ 24,584.03 |
| Thomas Robert Dickson | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 8.5 | $ 1,446.53 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 153.0 | $ 26,037.54 |

{02411:PLDG:10155541.DOC}

| Name | Title | Level | Category | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| Bryan David Love | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 9.3 | $ 1,582.67 |
| John Ehrhardt | Audit Associate | 1 | Integrated Audit | $ 149.86 | 1.0 | $ 149.86 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | $ 139.70 | 116.5 | $ 16,275.05 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.0 | $ 246.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.0 | $ 123.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.5 | $ 61.50 |
| Gabriel Garcia Diaz | Project Specialist | 1 | Integrated Audit | $ 123.00 | 3.5 | $ 430.50 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | $ 123.00 | 3.0 | $ 369.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 123.00 | 9.0 | $ 1,107.00 |
| Dipanwita Bhattacharya | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Brittany M Kuntz | Project Specialist | 1 | Integrated Audit | $ 93.60 | 0.1 | $ 9.36 |
| | | | | Total | 1,089.3 | $ 279,844.36 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 9.0 | $ 1,641.07 |
|---|---|---|

## Summary of PwC's Fees By Project Category:
### For the month of November 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---|---|
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | 9.0 | $ 1,641.07 |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | 1,089.3 | $ 279,844.36 |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | 1,098.3 | $ 281,485.43 |

{02411:PLDG:10155541.DOC}

**Expense Summary**
**For the month of November 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 3,293.46 |
| Lodging | N/A | $1,969.98 |
| Sundry | N/A | $184.32 |
| Business Meals | N/A | $680.10 |
| TOTAL: | | $ 6,127.86 |

{02411:PLDG:10155541.DOC}