# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 2.0 | $ 2,148.84 |
| Matthew E Sabatini | Audit Partner | 20+ | Integrated Audit | $ 1,042.67 | 11.0 | $ 11,469.37 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | $ 1,005.84 | 1.0 | $ 1,005.84 |
| James Douglas Summa | Audit Partner | 20+ | Integrated Audit | $ 825.50 | 0.5 | $ 412.75 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 32.5 | $ 26,416.00 |
| Jesse Reed Tracey | Audit Director | 20+ | Integrated Audit | $ 755.66 | 1.0 | $ 755.66 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 1.5 | $ 1,053.47 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 3.1 | $ 2,177.16 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 503.20 | 2.6 | $ 1,308.32 |
| James C Horvath | Audit Manager | 9 | Integrated Audit | $ 571.50 | 0.5 | $ 285.75 |
| Adam D Houston | Audit Senior Manager | 11 | Integrated Audit | $ 490.22 | 10.0 | $ 4,902.20 |
| Amy Andrews | Audit Manager | 8 | Integrated Audit | $ 473.71 | 2.0 | $ 947.42 |
| David C Sands | Audit Director | 11 | Integrated Audit | $ 445.77 | 7.5 | $ 3,343.28 |
| Jody B Underhill | Tax Director | 11 | Integrated Audit | $ 426.40 | 4.2 | $ 1,790.88 |
| Kaitlin M Redding | Audit Manager | 7 | Integrated Audit | $ 403.86 | 16.0 | $ 6,461.76 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | $ 358.14 | 98.0 | $ 35,097.72 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 322.58 | 19.0 | $ 6,129.02 |
| Brendan Witt | Audit Senior Associate | 6 | Integrated Audit | $ 292.10 | 1.0 | $ 292.10 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | $ 249.60 | 1.0 | $ 249.60 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | $ 246.38 | 106.0 | $ 26,116.28 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 114.0 | $ 27,652.98 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | $ 240.03 | 25.5 | $ 6,120.77 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | $ 228.60 | 141.7 | $ 32,392.62 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | $ 190.50 | 46.5 | $ 8,858.25 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | $ 184.15 | 133.5 | $ 24,584.03 |
| Thomas Robert Dickson | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 8.5 | $ 1,446.53 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 153.0 | $ 26,037.54 |
| Bryan David Love | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 9.3 | $ 1,582.67 |
| John Ehrhardt | Audit Associate | 1 | Integrated Audit | $ 149.86 | 1.0 | $ 149.86 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | $ 139.70 | 116.5 | $ 16,275.05 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 123.00 | 2.0 | $ 246.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.0 | $ 123.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.5 | $ 61.50 |
| Gabriel Garcia Diaz | Project Specialist | 1 | Integrated Audit | $ 123.00 | 3.5 | $ 430.50 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | $ 123.00 | 3.0 | $ 369.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 123.00 | 9.0 | $ 1,107.00 |
| Dipanwita Bhattacharya | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Brittany M Kuntz | Project Specialist | 1 | Integrated Audit | $ 93.60 | 0.1 | $ 9.36 |

| | | | Total | 1,089.3 | $ | 279,844.36 |
|---|---|---|---|---|---|---|

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of November 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Maximiliano Benitez** | | | | |
| 12-Nov | 0.5 | Editing fee application services description October 2012 | $ 123.00 | $ 61.50 |
| 13-Nov | 4.0 | Editing fee application services description October 2012 | $ 123.00 | $ 492.00 |
| | **4.5** | | | |
| **Name: Vanina Straniero** | | | | |
| 14-Nov | 1.0 | Reviewing and editing fee application services description October 2012 | $ 123.00 | $ 123.00 |
| | **1.0** | | | |
| **Name: Kathleen Bradley** | | | | |
| 19-Nov | 2.5 | Reviewing October 2012 fee application | $ 242.57 | $ 606.43 |
| | **2.5** | | | |
| **Name: Pavel Katsiak** | | | | |
| 20-Nov | 1.0 | Reviewing October 2012 fee application | $ 358.14 | $ 358.14 |
| | **1.0** | | | |
| | **9.0** | **Total Grace Fee Application Charged Hours** | | **$ 1,641.07** |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of November 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Maximiliano Benitez** | | | | |
| 12-Nov | 0.5 | Editing fee application services description October 2012 | $ 123.00 | $ 61.50 |
| 13-Nov | 4.0 | Editing fee application services description October 2012 | $ 123.00 | $ 492.00 |
|  | **4.5** | | | |
| **Name: Vanina Straniero** | | | | |
| 14-Nov | 1.0 | Reviewing and editing fee application services description October 2012 | $ 123.00 | $ 123.00 |
|  | **1.0** | | | |
| **Name: Kathleen Bradley** | | | | |
| 19-Nov | 2.5 | Reviewing October 2012 fee application | $ 242.57 | $ 606.43 |
|  | **2.5** | | | |
| **Name: Pavel Katsiak** | | | | |
| 20-Nov | 1.0 | Reviewing October 2012 fee application | $ 358.14 | $ 358.14 |
|  | **1.0** | | | |
|  | **9.0** | **Total Grace Fee Application Charged Hours** | | **$ 1,641.07** |