# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended November 2012**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Tom E. Smith | 15-Nov | | $ 148.30 | | | Hotel in Worms Germany for 1 night at rate of EUR 138 per night. |
| | 1-Nov | | | $ 38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 6-Nov | | | $ 38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 8-Nov | | | $ 38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| Alfiya Galieva | 19-Nov | $ 21.09 | | | | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09) |
| | 20-Nov | $ 21.09 | | | | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09) |
| | 21-Nov | $ 21.09 | | | | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09) |
| | 26-Nov | $ 21.09 | | | | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09) |
| Adam Wilkinson | 8-Nov | $ 139.60 | | | | Coach airfare for flight from Baltimore, MD to Baton Rouge, LA for Baton Rouge/Lake Charles inventory counts. |
| | 8-Nov | $ 165.76 | | | | Return coach airfare for flight from Lake Charles, LA to Baltimore, MD for Baton Rouge/Lake Charles inventory counts. |
| | 28-Nov | | | | $ 19.89 | Travel meal for Adam Wilkinson (PwC) |
| | 28-Nov | | | | $ 41.90 | Travel meal for Adam Wilkinson (PwC) |
| | 29-Nov | | | | $ 38.10 | Group travel meal for Drew Levy (PwC) and Adam Wilkinson (PwC) |
| | 28-Nov | | | | $ 34.05 | Travel meal for Adam Wilkinson (PwC) |
| | 28-Nov | $ 32.00 | | | | Hotel parking (1 night) for Adam Wilkinson (PwC) while in Baton Rouge, LA |
| | 29-Nov | | $ 129.00 | | | Hotel rate @ $129 (1 night) for Adam Wilkinson (PwC) in Baton Rouge , LA |
| | 29-Nov | | $ 18.21 | | | Hotel taxes(1 night) for Adam Wilkinson (PwC) in Baton Rouge, LA |
| | 30-Nov | | | | $ 92.82 | Group travel meal for Drew Levy (PwC) and Adam Wilkinson (PwC) |
| | 30-Nov | $ 22.45 | | | | Rental car fuel while in Louisiana |
| | 30-Nov | $ 360.47 | | | | Hertz rental car (5 days) for Adam Wilkinson (PwC) - Baton Rouge/ Lake Charles inventory counts. |
| | 30-Nov | $ 48.00 | | | | Airport parking for Adam Wilkinson (PwC) for 5 days - Baton Rouge/Lake Charles inventory counts. |
| | 30-Nov | | $ 238.00 | | | Hotel @ $119.00 (2 days - Wednesday, Thursday) for Adam Wilkinson (PwC) - Lake Charles inventory count |
| | 30-Nov | | $ 299.00 | | | Hotal @ $299 (1 day - Friday) for Adam Wilkinson (PwC) - Lake Charles Inventory count |
| | 30-Nov | | $ 78.35 | | | Hotel Taxes (3 days) for Adam Wilkinson (PwC) - Lake Charles inventory count. |
| | 30-Nov | | | $ 10.99 | | Hotel internet for Adam Wilkinson (PwC) - Baton Rouge/Lake Charles inventory counts. |
| | 30-Nov | | | | $ 2.18 | Travel meal for Adam Wilkinson (PwC) - Baton Rouge/Lake Charles inventory counts. |
| Ryan Boyle | 5-Nov | $ 33.30 | | | | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 6-Nov | $ 33.30 | | | | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 7-Nov | $ 33.30 | | | | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 8-Nov | $ 33.30 | | | | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| Bryan Love | 30-Nov | $ 7.78 | | | | Mileage from client site in my house in Baltimore to Curtis Bay Plant location (14 miles - 0 miles normal commute * .555 = 9.44) due to inventory count. |
| | 30-Nov | | | $ 45.55 | | Steel Toed Boots purchased for inventory count performed at Curtis Bay Plant location. |
| Drew Levy | 1-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 2-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 5-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 6-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 7-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 8-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 8-Nov | | | | $ 54.51 | Lunch during year end planning meeting for D. Levy, T. Smith, P. Katsiak, K. Bradley, A. Schmidt, I. Thomas, A. Wilkinson, and S. Balthazor (all PwC |
| | 9-Nov | $ 16.66 | | | | Mileage in excess of daily commute (32 miles roundtrip to client warehouse - 2 miles roundtrip normal commute to the office = 30 miles excess * .555 = 16.66) |
| | 12-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 13-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 14-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 15-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 16-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 19-Nov | | | $ 0.65 | | Postage expense for mailing accounts receivable confirmations. |
| | 19-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 20-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 26-Nov | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20) |
| | 27-Nov | $ 211.93 | | | | One way coach airfare expense for travel from Baltimore, MD to Boca Raton, FL for client site visit. |
| | 27-Nov | $ 161.51 | | | | 3 days of Avis rental car expense during travel to Grace site in Boca Raton, FL. |
| | 29-Nov | | | | $ 5.09 | Travel breakfast for 1 (D.Levy, PwC) during travel to Grace site in Boca Raton, FL. |
| | 29-Nov | | $ 340.56 | | | Nightly rate @113.52 per night for 3 nights at Hilton Boca Raton during travel to Grace in Boca Raton, FL |
| | 29-Nov | | $ 37.47 | | | Hotel Taxes @12.49 per night for 3 nights at Hilton Boca Raton during travel to Grace in Boca Raton, FL |
| | 29-Nov | $ 245.46 | | | | Roundtrip coach airfare for travel to Grace site in Lake Charles, LA for inventory count. |

| | Date | Amount | | | | | Description |
|---|---|---|---|---|---|---|---|
| | 29-Nov | | | | | $ 54.89 | Travel dinner for D. Levy and A. Wilkinson (PwC) during travel to Grace site in Lake Charles, LA. |
| | 29-Nov | $ 251.57 | | | | | Avis rental car expense for 3 days during travel to Grace site in Lake Charles, LA. |
| | 29-Nov | | | $ 268.20 | | | Nightly rate @134.10 per night for 2 nights at L'Auberge hotel during travel to Grace site in Lake Charles, LA |
| | 29-Nov | | | $ 34.86 | | | Hotel Taxes @ 17.43 per night for 2 nights at L'Auberge hotel during travel to Grace site in Lake Charles, LA |
| | 30-Nov | $ 60.00 | | | | | Parking expense at BWI Airport during travel to Grace sites in Lake Charles, LA and Boca Raton, FL (5 days) |
| | 30-Nov | | | | | $ 6.38 | Travel breakfast for 1 (D.Levy, PwC) during travel from Grace site in Lake Charles, LA. |
| **Kaitlin Redding** | 13-Sep | $ 130.98 | | | | | Mileage in excess of daily commute (238 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 236 miles excess * .555 = $130.98) |
| | 13-Sep | $ 20.00 | | | | | I-95 roundtrip tolls from Philadelphia, PA to Columbia, MD |
| | 1-Oct | $ 130.98 | | | | | Mileage in excess of daily commute (238 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 236 miles excess * .555 = $130.98) |
| | 1-Oct | $ 20.00 | | | | | I-95 roundtrip tolls from Philadelphia, PA to Columbia, MD |
| **Kathleen Bradley** | 1-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 1-Nov | $ 6.05 | | | | | Roundtrip tolls during daily commute to client site |
| | 2-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 2-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 5-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 5-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 6-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 6-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 7-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 7-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 8-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 8-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 9-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 9-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 12-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 12-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 13-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 13-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 14-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 14-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 15-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 15-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 16-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 16-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 19-Nov | $ 8.88 | | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0.555 per mile). |
| | 19-Nov | $ 6.70 | | | | | Roundtrip tolls during daily commute to client site |
| | 26-Nov | $ 4.44 | | | | | Mileage in excess of daily commute one way (22 miles - 14 normal commute miles * rate 0.555 per mile). |
| | 26-Nov | $ 3.35 | | | | | One way tolls during daily commute to client site |
| | 26-Nov | $ 350.88 | | | | | Rountrip coach airfare from Baltimore, MD to West Palm Beach, FL for client site visit to tax office in Boca Raton FL |
| | 26-Nov | | | | | $ 75.87 | Dinner for two (D.Levy & K.Bradley, both PwC) while traveling in Boca Raton, FL |
| | 27-Nov | | | | | $ 150.51 | Dinner for four (D.Levy & K.Bradley, both PwC, D.Richardson & L.Sykes, both Grace) while traveling in Boca Raton, FL |
| | 28-Nov | | | | | $ 87.06 | Dinner for two (D.Levy & K.Bradley, both PwC) while traveling in Boca Raton, FL |
| | 29-Nov | $ 81.16 | | | | | Taxi from Grace office in Boca Raton, FL to West Palm Beach Airport for flight back to Baltimore, MD |
| | 29-Nov | | | 340.56 | | | Hilton Hotel for 3 nights (rate of 113.52 per night) |
| | 29-Nov | | | 37.47 | | | Taxes on Hilton Hotel for 3 nights (5.68 per night) |
| | 29-Nov | | | | $ 10.55 | | Internet Access at Hilton Hotel during stay |
| | 29-Nov | $ 86.00 | | | | | Parking at BWI Airport for 4 days while traveling to client site in Boca Raton, FL |
| | 29-Nov | $ 3.35 | | | | | One way tolls during daily commute to client site |
| | 29-Nov | $ 8.88 | | | | | Mileage in excess of daily commute one way (22 miles - 14 normal commute miles * rate 0.555 per mile). |
| **Sara L Balthazor** | 1-Nov | | | | | $ 16.85 | Dinner for 1 (S.Balthazor - PwC) overtime meal |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
| | $ 6,127.86 | $ 3,293.46 | $ 1,969.98 | $ 184.32 | $ 680.10 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended November 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Tom E. Smith | 15-Nov | Audit Partner | $ 148.30 | Hotel in Worms Germany for 1 night at rate of EUR 138 per night. |
| | 1-Nov | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 6-Nov | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 8-Nov | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| Alfiya Galieva | 19-Nov | Audit Experienced Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| | 20-Nov | Audit Experienced Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| | 21-Nov | Audit Experienced Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| | 26-Nov | Audit Experienced Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =21.09). |
| Adam Wilkinson | 8-Nov | Audit Experienced Associate | $ 139.60 | Coach airfare for flight from Baltimore, MD to Baton Rouge, LA for Baton Rouge/Lake Charles inventory counts. |
| | 8-Nov | Audit Experienced Associate | $ 165.76 | Return coach airfare for flight from Lake Charles, LA to Baltimore, MD for Baton Rouge/Lake Charles inventory counts. |
| | 28-Nov | Audit Experienced Associate | $ 19.89 | Travel meal for Adam Wilkinson (PwC) |
| | 28-Nov | Audit Experienced Associate | $ 41.90 | Travel meal for Adam Wilkinson (PwC) |
| | 29-Nov | Audit Experienced Associate | $ 38.10 | Group travel meal for Drew Levy (PwC) and Adam Wilkinson (PwC) |
| | 28-Nov | Audit Experienced Associate | $ 34.05 | Travel meal for Adam Wilkinson (PwC) |
| | 28-Nov | Audit Experienced Associate | $ 32.00 | Hotel parking (1 night) for Adam Wilkinson (PwC) while in Baton Rouge, LA |
| | 29-Nov | Audit Experienced Associate | $ 129.00 | Hotel rate @ $129 (1 night) for Adam Wilkinson (PwC) in Baton Rouge , LA |
| | 29-Nov | Audit Experienced Associate | $ 18.21 | Hotel taxes(1 night) for Adam Wilkinson (PwC) in Baton Rouge, LA |
| | 30-Nov | Audit Experienced Associate | $ 92.82 | Group travel meal for Drew Levy (PwC) and Adam Wilkinson (PwC) |
| | 30-Nov | Audit Experienced Associate | $ 22.45 | Rental car fuel while in Louisiana |
| | 30-Nov | Audit Experienced Associate | $ 360.47 | Hertz rental car (5 days) for Adam Wilkinson (PwC) - Baton Rouge/ Lake Charles inventory counts. |
| | 30-Nov | Audit Experienced Associate | $ 48.00 | Airport parking for Adam Wilkinson (PwC) for 5 days - Baton Rouge/Lake Charles inventory counts. |
| | 30-Nov | Audit Experienced Associate | $ 238.00 | Hotel @ $119.00 (2 days - Wednesday, Thursday) for Adam Wilkinson (PwC) - Lake Charles inventory count |
| | 30-Nov | Audit Experienced Associate | $ 299.00 | Hotel @ $299 (1 day - Friday) for Adam Wilkinson (PwC) - Lake Charles Inventory count |
| | 30-Nov | Audit Experienced Associate | $ 78.35 | Hotel Taxes (3 days) for Adam Wilkinson (PwC) - Lake Charles inventory count. |
| | 30-Nov | Audit Experienced Associate | $ 10.99 | Hotel internet for Adam Wilkinson (PwC) - Baton Rouge/Lake Charles inventory counts. |
| | 30-Nov | Audit Experienced Associate | $ 2.18 | Travel meal for Adam Wilkinson (PwC) - Baton Rouge/Lake Charles inventory counts. |
| Ryan Boyle | 5-Nov | Audit Senior Associate | $ 33.30 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 6-Nov | Audit Senior Associate | $ 33.30 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 7-Nov | Audit Senior Associate | $ 33.30 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| | 8-Nov | Audit Senior Associate | $ 33.30 | Mileage in excess of daily commute (80 miles - 20 normal commute miles * rate 0 .555 per mile). |
| Bryan Love | 30-Nov | Audit Experienced Associate | $ 7.78 | Mileage from client site in my house in Baltimore to Curtis Bay Plant location (14 miles - 0 miles normal commute  * .555 = 9.44) due to inventory count. |
| | 30-Nov | Audit Experienced Associate | $ 45.55 | Steel Toed Boots purchased for inventory count performed at Curtis Bay Plant location. |
| Drew Levy | 1-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 2-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 5-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 6-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 7-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 8-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 8-Nov | Audit Experienced Associate | $ 54.51 | Lunch during year end planning meeting for D. Levy, T. Smith, P. Katsiak, K. Bradley, A. Schmidt, I. Thomas, A. Wilkinson, and S. Balthazor (all PwC) |
| | 9-Nov | Audit Experienced Associate | $ 16.66 | Mileage in excess of daily commute (32 miles roundtrip to client warehouse - 2 miles roundtrip normal commute to the office =  30 miles excess * .555 = 16.66). |
| | 12-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 13-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 14-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 15-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 16-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 19-Nov | Audit Experienced Associate | $ 0.65 | Postage expense for mailing accounts receivable confirmations. |
| | 19-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 20-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 26-Nov | Audit Experienced Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 27-Nov | Audit Experienced Associate | $ 211.93 | One way coach airfare expense for travel from Baltimore, MD to Boca Raton, FL for client site visit. |
| | 27-Nov | Audit Experienced Associate | $ 161.51 | 3 days of Avis rental car expense during travel to Grace site in Boca Raton, FL. |

| Name | Date | Role | | Amount | Description |
|---|---|---|---|---:|---|
| | 29-Nov | Audit Experienced Associate | $ | 5.09 | Travel breakfast for 1 (D.Levy, PwC) during travel to Grace site in Boca Raton, FL. |
| | 29-Nov | Audit Experienced Associate | $ | 340.56 | Nightly rate @113.52 per night for 3 nights at Hilton Boca Raton during travel to Grace in Boca Raton, FL. |
| | 29-Nov | Audit Experienced Associate | $ | 37.47 | Hotel Taxes @12.49 per night for 3 nights at Hilton Boca Raton during travel to Grace in Boca Raton, FL. |
| | 29-Nov | Audit Experienced Associate | $ | 245.46 | Roundtrip coach airfare for travel to Grace site in Lake Charles, LA for inventory count. |
| | 29-Nov | Audit Experienced Associate | $ | 54.89 | Travel dinner for D. Levy and A. Wilkinson (PwC) during travel to Grace site in Lake Charles, LA. |
| | 29-Nov | Audit Experienced Associate | $ | 251.57 | Avis rental car expense for 3 days during travel to Grace site in Lake Charles, LA. |
| | 29-Nov | Audit Experienced Associate | $ | 268.20 | Nightly rate @134.10 per night for 2 nights at L'Auberge hotel during travel to Grace in Lake Charles, LA. |
| | 29-Nov | Audit Experienced Associate | $ | 34.86 | Hotel Taxes @ 17.43 per night for 2 nights at L'Auberge hotel during travel to Grace in Lake Charles, LA. |
| | 30-Nov | Audit Experienced Associate | $ | 60.00 | Parking expense at BWI Airport during travel to Grace sites in Lake Charles, LA and Boca Raton, FL (5 days) |
| | 30-Nov | Audit Experienced Associate | $ | 6.38 | Travel breakfast for 1 (D.Levy, PwC) during travel from Grace site in Lake Charles, LA. |
| Kaitlin Redding | 13-Sep | Audit Manager | $ | 130.98 | Mileage in excess of daily commute (238 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 236 miles excess * .555 = $130.98) |
| | 13-Sep | Audit Manager | $ | 20.00 | I-95 roundtrip tolls from Philadelphia, PA to Columbia, MD |
| | 1-Oct | Audit Manager | $ | 130.98 | Mileage in excess of daily commute (238 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 236 miles excess * .555 = $130.98) |
| | 1-Oct | Audit Manager | $ | 20.00 | I-95 roundtrip tolls from Philadelphia, PA to Columbia, MD |
| Kathleen Bradley | 1-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 1-Nov | Audit Senior Associate | $ | 6.05 | Roundtrip tolls during daily commute to client site |
| | 2-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 2-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 5-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 5-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 6-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 6-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 7-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 7-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 8-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 8-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 9-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 9-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 12-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 12-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 13-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 13-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 14-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 14-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 15-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 15-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 16-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 16-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 19-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 19-Nov | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 26-Nov | Audit Senior Associate | $ | 4.44 | Mileage in excess of daily commute one way (22 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 26-Nov | Audit Senior Associate | $ | 3.35 | One way tolls during daily commute to client site |
| | 26-Nov | Audit Senior Associate | $ | 350.88 | Rountrip coach airfare from Baltimore, MD to West Palm Beach, FL for client site visit to tax office in Boca Raton FL |
| | 26-Nov | Audit Senior Associate | $ | 75.87 | Dinner for two (D.Levy & K.Bradley, both PwC) while traveling in Boca Raton, FL |
| | 27-Nov | Audit Senior Associate | $ | 150.51 | Dinner for four (D.Levy & K.Bradley, both PwC, D.Richardson & L.Sykes, both Grace) while traveling in Boca Raton, FL |
| | 28-Nov | Audit Senior Associate | $ | 87.06 | Dinner for two (D.Levy & K.Bradley, both PwC) while traveling in Boca Raton, FL |
| | 29-Nov | Audit Senior Associate | $ | 81.16 | Taxi from Grace office in Boca Raton, FL to West Palm Beach Airport for flight back to Baltimore, MD |
| | 29-Nov | Audit Senior Associate | $ | 340.56 | Hilton Hotel for 3 nights (rate of 113.52 per night) |
| | 29-Nov | Audit Senior Associate | $ | 37.47 | Taxes on Hilton Hotel for 3 nights (5.68 per night) |
| | 29-Nov | Audit Senior Associate | $ | 10.55 | Internet Access at Hilton Hotel during stay |
| | 29-Nov | Audit Senior Associate | $ | 86.00 | Parking at BWI Airport for 4 days while traveling to client site in Boca Raton, FL |
| | 29-Nov | Audit Senior Associate | $ | 3.35 | One way tolls during daily commute to client site |
| | 29-Nov | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute one way (22 miles - 14 normal commute miles * rate 0 .555 per mile). |
| Sara L Balthazor | 1-Nov | Audit Senior Associate | $ | 16.85 | Dinner for 1 (S.Balthazor - PwC) overtime meal |

**Total**
$ 6,127.86