IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| W. R. GRACE & CO., et al., | § § | Case No. 01-01139 (JKF) |
| *Debtors.* | § § | Jointly Administered |
| | § § | Objection Deadline: 1/22/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FIFTY-SECOND MONTHLY INTERIM
<u>PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2012 through December 31, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $17,696.00   [80% of $22,120.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $339.28 |

This is a(n):  ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 28 years, and his billing rate is $700 per hour. In this Application

period Mr. Rich billed 31.6 hours,[2] for a total amount billed of $22,120.00 of which 80% is currently sought, in the amount of $17,696.00. Payment of 100% of expenses incurred are also sought, in the amount of $339.28. The total fees and expenses sought by this application is $18,035.28

As stated above, this is the Fifty-Second application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 28.9 | $20,230.00 |
| Fee Application Matters | 2.7 | $1,890.00 |
| TOTAL | 31.6 | $22,120.00 |

EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Westlaw<br>Copies | $317.78<br>$21.50 |
| TOTAL | $339.28 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

/s/ Alan B. Rich

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of January, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

/s/ Alan B. Rich

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2012)

**Client**

Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 12/3/2012 | Prepare, file and serve 51st monthly fee application and notice of filing thereof | 1.5 |
| 12/3/2012 | Review notice from Third Circuit re joint appendix | 0.1 |
| 12/3/2012 | Review notice from Third Circuit re Montana's brief | 0.1 |
| 12/3/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/3/2012 | Review CNO re Debtors' Motion for Entry of an Order Approving Plan Proponents' Entry into Cash-Settled Collar Agreement | 0.1 |
| 12/3/2012 | Review CNO re Debtors' Motion to establish a QSF | 0.1 |
| 12/4/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 12/4/2012 | Review Fee Auditors' Amended Report for the 45th Quarter | 0.2 |
| 12/4/2012 | Review Third Circuit Order granting AMH second extension motion | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 12/4/2012 | Review Certificate of No Objection re monthly fee application of counsel to the Property Damage Committee | 0.1 |
| 12/5/2012 | Review Quarterly Application for Compensation of Local Counsel to the Official Committee of Asbestos Property Damage Claimants, for the 46th Quarterly Period | 0.3 |
| 12/5/2012 | Review Quarterly Application for Compensation of Bilzin Sumberg Baena Price & Axelrod LLP, Inc., Counsel to the Official Committee of Asbestos Property Damage Claimants, for the 46th Quarterly Period | 0.3 |
| 12/5/2012 | Review Monthly Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 12/5/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 12/6/2012 | Review Certificates of No Objection re monthly fee applications of counsels to the Canadian ZAI Claimants | 0.1 |
| 12/6/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/6/2012 | Review Third Circuit appearance form of Danielle Spinelli on behalf of Amicus Curiae Loan Syndications and Trading Association; Managed Funds Association | 0.1 |
| 12/6/2012 | Review Third Circuit appearance form of Shivaprasad Nagaraj on behalf of Amicus Curiae Loan Syndications and Trading Association; Managed Funds Association | 0.1 |
| 12/6/2012 | Review Debtors 45th Quarterly Report of Settlements | 0.1 |
| 12/6/2012 | Review Debtors 45th Quarterly Report of De Minimus Asset Sales | 0.1 |
| 12/6/2012 | Review Notice from Third Circuit re receipt of Garlock brief | 0.1 |
| 12/6/2012 | Review Third Circuit brief filed by Amicus Curiae | 1.0 |
| 12/7/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/7/2012 | Review Notice from Third Circuit re receipt of Amicus brief | 0.1 |
| 12/7/2012 | Email to client re amicus brief | 0.1 |

| | | |
|---|---|---|
| 12/7/2012 | Review Fee Auditors' Report re Baker Donelson for the 44th and 45th Quarters | 0.2 |
| 12/10/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/10/2012 | Review proposed Fee chart from Debtor re 45th Quarter | 0.2 |
| 12/10/2012 | Review Certification of Counsel re proposed order on the fee applications for the 45th Quarter | 0.2 |
| 12/10/2012 | Review Certification of Counsel re 45th Quarter project categories | 0.3 |
| 12/10/2012 | Review Anderson Memorial Hospital's supplemental Certificates of Service re briefs in 12-2923 and 12-3143 | 0.1 |
| 12/11/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/11/2012 | Emails re Washington State University PD claim | 0.1 |
| 12/11/2012 | Review Agenda for December Omnibus hearing and email to client re same | 0.2 |
| 12/11/2012 | Review Order approving motion to enter cash-settled collar agreement with PI Trust | 0.2 |
| 12/11/2012 | Review Order approving motion to authorized a Qualified Settlement Fund | 0.2 |
| 12/11/2012 | Review Order approving the 45th Quarterly Fee Applications | 0.2 |
| 12/11/2012 | Review Opening Brief of Anderson Memorial Hospital in Third Circuit | 2.0 |
| 12/12/2012 | Email from clerk re corrections to filings, and preparation and filing of notice of withdrawal and corrected notice | 0.4 |
| 12/12/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/12/2012 | Research for Appellee's brief in Third Circuit | 1.0 |
| 12/12/2012 | Email to counsel for PI FCR re Third Circuit brief | 0.1 |
| 12/12/2012 | Review Amend Agenda for December Omnibus hearing | 0.1 |
| 12/12/2012 | Email to J. Donley re briefing extension | 0.1 |
| 12/12/2012 | Email to client re cancellation of December Omnibus hearing | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 12/12/2012 | Email from J. Donley re briefing extension | 0.1 |
| 12/13/2012 | Review Notice from Third Circuit re AMH brief | 0.1 |
| 12/13/2012 | Review and revise draft motion for brief extension in Third Circuit and email to J. Donley re same | 0.4 |
| 12/13/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/13/2012 | Research for Appellee's brief in Third Circuit | 1.2 |
| 12/13/2012 | Telephone conference with J. Donley re appeal issues | 0.1 |
| 12/14/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/14/2012 | Review notice of briefing extension from Third Circuit | 0.1 |
| 12/14/2012 | Research for Appellee's brief in Third Circuit | 2.5 |
| 12/14/2012 | Review Notice of Deficiency re AMH brief received from Third Circuit | 0.1 |
| 12/15/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/17/2012 | Review Order from Third Circuit re deficiencies in AMH hard-copy briefs | 0.1 |
| 12/17/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/17/2012 | Review supplemental certificates of AMH filed in Third Circuit | 0.1 |
| 12/17/2012 | Review Clerk's notices re AMH re-filings | 0.1 |
| 12/17/2012 | Research for Appellee's brief in Third Circuit | 2.0 |
| 12/17/2012 | Attention to filing corrected version of Judge Sanders' 16th Quarterly Fee Application and Notice | 0.2 |
| 12/17/2012 | Attention to drafting and filing CNO for monthly fee application | 0.2 |
| 12/18/2012 | Review Notice from Third Circuit re receipt of Anderson Memorial brief addendum | 0.1 |
| 12/18/2012 | Review Monthly Fee Application of Special counsel to the Canadian ZAI claimants | 0.3 |

| | | |
|---|---|---|
| 12/19/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/19/2012 | Review Notice from Third Circuit re receipt of Anderson Memorial appendix and brief | 0.1 |
| 12/19/2012 | Review Addendum to opening brief of Anderson Memorial Hospital | 0.2 |
| 12/19/2012 | Continue research for Appellee's brief in Third Circuit | 2.7 |
| 12/19/2012 | Review PD Trustee's withdrawal of motion to dissolve the USM PD Trust | 0.1 |
| 12/19/2012 | Draft, file and serve CNO for PD FCR Local Counsel quarterly fee application | 0.2 |
| 12/20/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 12/20/2012 | Review Debtors' Motion for an Order Authorizing Third Amendment to Post-Petition Letter of Credit Facility Agreement | 0.3 |
| 12/21/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/24/2012 | Prepare, file and serve CNO for monthly fee application | 0.2 |
| 12/26/2012 | Emails to and from PI FCR counsel re appeal briefs | 0.1 |
| 12/26/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/27/2012 | Review Notice from Third Circuit re compliance of Anderson Memorial Hospital addendum | 0.1 |
| 12/27/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 12/27/2012 | Review Notice from Third Circuit re compliance of Anderson Memorial Hospital briefs | 0.1 |
| 12/27/2012 | Review Order resetting January 2013 Omnibus hearing | 0.1 |
| 12/28/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 12/28/2012 | Continue research for Appellee's brief in Third Circuit | 2.0 |
| 12/29/2012 | Continue research for Appellee's brief in Third Circuit | 1.5 |

| | | |
|---|---|---:|
| 12/31/2012 | Review Certificates of No Objection re quarterly fee applications of counsels to the Canadian ZAI Claimants | 0.1 |
| 12/31/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 12/31/2012 | Continue research for Appellee's brief in Third Circuit; Begin drafting appeal brief to Third Circuit | 3.0 |
| 12/31/2012 | Review Deposition notice in USM re Termination of PD Trust and emails with Dee Hilton re same | 0.2 |

Total:   31.6 hours @ $700/hour = $22,120.00

Expenses:   Westlaw – $317.78
Copies – $21.50   [215 copies @ 10¢ per copy]

Total Expenses:  $339.28

Total Fees and Expenses Due:  $22,459.28