# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2012 - NOVEMBER 30, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 3.8 | $ 2,815.00 |
| 0014 | Case Administration | 5.9 | 1,354.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 34.4 | 25,354.00 |
| 0018 | Fee Application, Applicant | 14.7 | 7,669.00 |
| 0020 | Fee Application, Others | 4.9 | 1,235.00 |
| 0036 | Plan and Disclosure Statement | 17.2 | 12,470.00 |
|  |  |  |  |
|  | **Total** | **80.9** | **$ 50,897.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | December 6, 2012 |
| INVOICE NO. | 579834 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2012, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/06/2012 | E-mail with Debtor's counsel re: QSF motion (.1); memoranda with Capstone re: QSF motion (.1); review QSF motion (.9). | Krieger, A. | 1.1 |
| 11/07/2012 | Review ACC Collar Agreement. | Kruger, L. | 0.2 |
| 11/08/2012 | Memoranda with Debtors' counsel re: QSF motion discussion (.1); memoranda with Capstone re: same (.1). | Krieger, A. | 0.2 |
| 11/09/2012 | Memoranda with Capstone re: 11/12/12 conference call on QSF motion (.1); memorandum to Debtors' representatives re: 11/12/12 conference call (.1). | Krieger, A. | 0.2 |
| 11/12/2012 | Attend replay of Grace's conference call re: financial and other results of proposed cash settled Collar Agreement. | Krieger, A. | 1.3 |
| 11/13/2012 | Telephone conferences Capstone re: Investor Call information, NOL position (.4); attend to Grace materials re: annual report 2011 (.4). | Krieger, A. | 0.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.6 | $ 725 | $ 2,610.00 |
| Kruger, Lewis | 0.2 | 1,025 | 205.00 |

| | | | |
|---|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,815.00 | |

| | | | |
|---|---|---|---|
| TOTAL FOR THIS MATTER | | $ 2,815.00 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2012 | Obtain and circulate WR Grace filings docket and calendar updates. | Siegel, S. | 0.3 |
| 11/02/2012 | Obtain and circulate WR Grace filings docket and calendar updates. | Siegel, S. | 0.2 |
| 11/05/2012 | Obtain and circulate WR Grace pleadings and docket updates. | Siegel, S. | 0.3 |
| 11/06/2012 | Obtain and circulate WR Grace filings docket and calendar updates. | Siegel, S. | 0.3 |
| 11/12/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 11/13/2012 | Obtain and circulate recently docketed pleadings in main case (.8); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.9 |
| 11/14/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 11/15/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 11/16/2012 | Review appeals case docket nos. 11-199 and 12-1402 (.2); obtain pleadings for attorney review (.3). | Mohamed, D. | 0.5 |
| 11/19/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 11/20/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 11/21/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 11/26/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/27/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 11/28/2012 | Review appeals case docket nos. 11-199 and 12-1402 (.2); update internal case docket (.1). | Mohamed, D. | 0.3 |
| 11/29/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 11/30/2012 | Monitor appeals case docket no. 11-199 (.1); obtain recent pleadings re case no. 12-1402 for attorney review (.4). | Mohamed, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 4.8 | $ 210 | $ 1,008.00 |
| Siegel, Scott D. | 1.1 | 315 | 346.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,354.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,354.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2012 | Attention to memoranda for the Committee re: Third Circuit Appeals. | Krieger, A. | 1.3 |
| 11/01/2012 | Review memo to Committee re: Third Circuit Appeals. | Kruger, L. | 0.3 |
| 11/06/2012 | Review memo to Committee re: cash settled collar agreement. | Kruger, L. | 0.3 |
| 11/07/2012 | Attend to QSF motion and with Capstone prepare request to Debtors' counsel for additional information re: QSF motion (1.4); memoranda with Capstone re: same (.6); memoranda with Debtors' counsel re: same (.2). | Krieger, A. | 2.2 |
| 11/07/2012 | Confer w/AK re: ACC collar agreement (.2); review Debtors' QSF motion (.3). | Pasquale, K. | 0.5 |
| 11/08/2012 | Attend to draft memoranda for the Committee re: Collar Agreement and selected Plan provisions re: Collar Agreement. | Krieger, A. | 3.4 |
| 11/09/2012 | Attend to information for Collar Agreement analysis and preparation of Committee memorandum re: Collar Agreement. | Krieger, A. | 2.6 |
| 11/11/2012 | Memoranda with Capstone re: revised Committee memorandum. | Krieger, A. | 0.1 |
| 11/12/2012 | Attend to memorandum for the Committee re: QSF motion (2.1); attend to Capstone's draft re: cash settled Collar Agreement (1.3). | Krieger, A. | 3.4 |
| 11/13/2012 | Attend to Capstone's draft of Committee memorandum re: Collar Agreement motion. | Krieger, A. | 2.3 |
| 11/14/2012 | Attend to Capstone's draft memorandum for the Committee re: Collar Agreement and Capstone's draft memorandum for the Committee re: impact on financial matters from the Collar Agreement, and memoranda with | Krieger, A. | 7.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | Capstone re: same. | | |
| 11/15/2012 | Attention to revisions to QSF memorandum for the Committee and forward same and attend to Capstone's memorandum re: CSCA's financial impact on exit financing, accounting, tax matters. | Krieger, A. | 6.6 |
| 11/16/2012 | Attend to Committee memoranda re: CSCA and financial update. | Krieger, A. | 3.3 |
| 11/16/2012 | Review draft Capstone memos to Committee. | Pasquale, K. | 0.7 |
| 11/18/2012 | Memoranda with Capstone re: Committee memoranda re: updated financial information and cash settlement collar motion. | Krieger, A. | 0.2 |
| 11/19/2012 | Memoranda with Capstone re: Committee memoranda. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 32.6 | $ 725 | $ 23,635.00 |
| Kruger, Lewis | 0.6 | 1,025 | 615.00 |
| Pasquale, Kenneth | 1.2 | 920 | 1,104.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 25,354.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 25,354.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843 0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/04/2012 | Exchanged e-mail with M. Magzamen re: September 2012 fee statement. | Krieger, A. | 0.1 |
| 11/05/2012 | Attn to finalizing SSL 138th monthly fee statement (.1); various communications w/ Duane Morris re: same (.1). | Magzamen, M. | 0.2 |
| 11/06/2012 | Communications w/ Duane Morris re: filing of SSL September Grace bill. | Magzamen, M. | 0.1 |
| 11/14/2012 | Update SSL's 138th monthly fee application and forward to local counsel for filing (.6); prepare and effectuate service re: same (.6). | Mohamed, D. | 1.2 |
| 11/15/2012 | Attend to preparation of 46th quarterly fee application. | Krieger, A. | 1.3 |
| 11/16/2012 | Attend to 46th quarterly fee application. | Krieger, A. | 3.0 |
| 11/19/2012 | Attend to 46th quarterly fee application. | Krieger, A. | 4.0 |
| 11/19/2012 | Review/revise October fee detail. | Magzamen, M. | 0.2 |
| 11/21/2012 | Office conference re: 46th quarterly fee application. | Krieger, A. | 0.1 |
| 11/21/2012 | Review and revise draft of SSL's 46th quarterly fee application for attorney review. | Mohamed, D. | 1.3 |
| 11/27/2012 | Review quarterly fee statement. | Pasquale, K. | 0.2 |
| 11/28/2012 | Finalize SSL's 46th quarterly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.6). | Mohamed, D. | 1.2 |
| 11/29/2012 | Prepare and effectuate service re: SSL's 46th quarterly fee application (.6); prepare draft of SSL's 139th monthly fee application for attorney review (1.2). | Mohamed, D. | 1.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.5 | $ 725 | $ 6,162.50 |
| Magzamen, Michael | 0.5 | 335 | 167.50 |
| Mohamed, David | 5.5 | 210 | 1,155.00 |
| Pasquale, Kenneth | 0.2 | 920 | 184.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,669.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,669.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/13/2012 | Review and finalize Capstone's 104th monthly fee application (.6); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 1.8 |
| 11/15/2012 | Review and revise Capstone's 35th quarterly fee application (1.1); prepare notice and CoS re: same (.5). | Mohamed, D. | 1.6 |
| 11/19/2012 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 11/26/2012 | Finalize Capstone's 35th quarterly fee application and forward to local counsel for filing (.5); prepare and effectuate service re: same (.6). | Mohamed, D. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 725 | $ 290.00 |
| Mohamed, David | 4.5 | 210 | 945.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,235.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,235.00 |
|---|---|

# STROOCK

| RE | Expenses |
|---|---|
| | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 115.94 |
|---|---|
| Long Distance Telephone | 4.17 |

| TOTAL DISBURSEMENTS/CHARGES | $ 120.11 |
|---|---|

| TOTAL FOR THIS MATTER | $ 120.11 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843 0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2012 | Attention to motion re: Plan Proponents' authority to enter into Collar Agreement (.5); memoranda with Capstone re: same (.1). | Krieger, A. | 0.6 |
| 11/03/2012 | Attention to Grace's motion for approval of a Collar Agreement. | Krieger, A. | 1.3 |
| 11/04/2012 | Attention to Grace's motion for approval of a Collar Agreement (1.0); memoranda with Capstone re: motion (.1); review Warrant Agreement (3.1). | Krieger, A. | 4.2 |
| 11/05/2012 | Extended t/c Capstone re: Debtors' cash settled Collar Agreement and exchanged subsequent memoranda thereon (1.2); review Plan documents re: Collar Agreement motion (.3). | Krieger, A. | 1.5 |
| 11/06/2012 | Attend to Committee memoranda re: cash settled Collar Agreement (2.6); o/c K. Pasquale re: Collar Agreement motion (.1). | Krieger, A. | 2.7 |
| 11/07/2012 | Attend to draft memorandum re: Debtors' Collar Agreement motion. | Krieger, A. | 2.9 |
| 11/08/2012 | Attend to request to Grace for additional information re: Collar Agreement and memorandum to Capstone re: same. | Krieger, A. | 0.4 |
| 11/09/2012 | Memoranda with Capstone re: conference call on Collar Agreement motion and investor call. | Krieger, A. | 0.2 |
| 11/12/2012 | Preparation for conference call re: QSF motion and conference call with Debtors' representatives (1.0); multiple telephone conferences Capstone re: QSF conversation with Debtors' representatives and separate discussion on the Collar Agreement motion (.6); memoranda with Capstone re: QSF motion and discussion (.5). | Krieger, A. | 2.1 |
| 11/20/2012 | Communications with lenders' counsel re: appellate arguments (.3); attend to Capstone's | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | analyses of lenders' claims (.8). | | |
| 11/21/2012 | Memoranda with Capstone re: Collar Agreement, financial information inquiries and review information. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 17.2 | $ 725 | $ 12,470.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,470.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 12,470.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 50,897.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 120.11 |
| TOTAL BILL | $ 51,017.61 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.