# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**NOVEMBER 1, 2012 - NOVEMBER 30, 2012**

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 0.8 | $1,025 | $ 820.00 |
| Pasquale, Kenneth | 1.4 | 920 | 1,288.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 62.3 | 725 | 45,167.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.5 | 335 | 167.50 |
| Mohamed, David | 14.8 | 210 | 3,108.00 |
| Siegel, Scott D. | 1.1 | 315 | 346.50 |
| | | | |
| **Total** | **80.9** | | **$ 50,897.50** |