# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2012 – NOVEMBER 30, 2012**

| Outside Messenger Service | $ 115.94 |
|---|---|
| Long Distance Telephone | 4.17 |
|  |  |
| **TOTAL** | **$ 120.11** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | December 6, 2012 |
|---|---|
| INVOICE NO. | 579834 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through November 30, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13/2012 | Vendor: Federal Express Corporation Invoice #: 208610033 11.19.12 Tracking #: 794068815493 Shipment Date: 11/13/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Dave Klauder, Esq, Office of the United States Trustee, 844 N King St, WILMINGTON, DE 19801 | 9.62 |
| 11/13/2012 | Vendor: Federal Express Corporation Invoice #: 208610033 11.19.12 Tracking #: 794068818470 Shipment Date: 11/13/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: David B Siegal, W R Grace & Co, 7500 Grace Dr, COLUMBIA, MD 21044 | 9.62 |
| 11/13/2012 | Vendor: Federal Express Corporation Invoice #: 208610033 11.19.12 Tracking #: 794068819812 Shipment Date: 11/13/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H Smith & Associates, 2235 Ridge Rd Ste 105, ROCKWALL, TX 75087 | 14.51 |
| 11/13/2012 | Vendor: Federal Express Corporation Invoice #: 208610033 11.19.12 Tracking #: 794068821455 Shipment Date: 11/13/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Dawn S Marra, Duane Morris LLP, 222 Delaware Ave Ste 1600, WILMINGTON, DE 19801 | 9.62 |
| 11/14/2012 | Vendor: Federal Express Corporation Invoice #: 208610033 11.19.12 Tracking #: 794075113221 Shipment Date: 11/14/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW | 8.46 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | YORK CITY, NY 10038 Ship to: David B Siegal, W R Grace & Co, 7500 Grace Dr, COLUMBIA, MD 21044 | |
| 11/14/2012 | Vendor: Federal Express Corporation Invoice #: 208610033 11.19.12 Tracking #: 794075197761 Shipment Date: 11/14/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Bobbi Ruhlander, Warren H Smith and Associates, 2235 Ridge Rd Ste 105, ROCKWALL, TX 75087 | 8.79 |
| 11/14/2012 | Vendor: Federal Express Corporation Invoice #: 208610033 11.19.12 Tracking #: 794075285988 Shipment Date: 11/14/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St Ste 2311, WILMINGTON, DE 19801 | 8.46 |
| 11/26/2012 | Vendor: United Parcel Service Invoice #: 00000010X827482 12.01.12 Tracking #: 1Z10X8270193572540 Shipment Date: 11/26/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.02 |
| 11/26/2012 | Vendor: United Parcel Service Invoice #: 00000010X827482 12.01.12 Tracking #: 1Z10X8270194534160 Shipment Date: 11/26/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.02 |
| 11/26/2012 | Vendor: United Parcel Service Invoice #: 00000010X827482 12.01.12 Tracking #: 1Z10X8270794376955 Shipment Date: 11/26/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.39 |
| 11/29/2012 | Vendor: United Parcel Service Invoice #: 00000010X827482 12.01.12 Tracking #: 1Z10X8270192430221 Shipment Date: 11/29/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.02 |
| 11/29/2012 | Vendor: United Parcel Service Invoice #: 00000010X827482 12.01.12 Tracking #: 1Z10X8270197729598 Shipment Date: 11/29/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. | 8.02 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | Grace & Co., 7500 Grace Dr, Columbia, MD 21044 |  |
| 11/29/2012 | Vendor: United Parcel Service Invoice #: 00000010X827492 12.08.12 Tracking #: 1Z10X8270792252216 Shipment Date: 11/29/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.39 |
|  | **Outside Messenger Service Total** | **115.94** |
| **Long Distance Telephone** |  |  |
| 11/20/2012 | EXTN.795562, TEL.2015877123, S.T.15:36, DUR.00:14:51 | 4.17 |
|  | **Long Distance Telephone Total** | **4.17** |

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 115.94 |
|---|---|
| Long Distance Telephone | 4.17 |

| TOTAL DISBURSEMENTS/CHARGES | $ 120.11 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.