IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | : | |
| | : | |
| Debtors. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned law firm of Connolly Bove Lodge & Hutz LLP hereby withdraws its appearance as counsel to Maryland Casualty Company in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, effective as of January 1, 2013, the undersigned law firm of Connolly Gallagher LLP hereby enters its appearance as counsel to Maryland Casualty Company in the above-captioned case.

Dated: December 31, 2012

CONNOLLY BOVE LODGE & HUTZ LLP

Francis DiGiovanni (DE Bar No. 3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

Dated: January 2, 2013

CONNOLLY GALLAGHER LLP

Jeffrey C. Wisler (DE Bar No. 2795)
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 757-7300
Attorneys for Maryland Casualty Company

#5096023