<u>**Exhibit A**</u>

**November 2013 Fee Detail**

**Matter 3**                              Business Operations

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/28/2012 | Telephone conference with C. Finke re proposed business transaction (.50). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

| | Matter 4 | | Case Administration | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 11/7/2012 | Respond to creditor inquiries (.30). | | .30 | $475 | $142.50 |
| RJH | 11/30/2012 | Respond to creditor inquiries (.70). | | .70 | $475 | $332.50 |
| Total | | | | 1.00 | | $ 475.00 |

| Matter 5 | | Claim Analysis Objection & Resolution (Asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/21/2012 | Telephone conference with potential claims buyer re asbestos property damage claim purchase issues (.40); draft correspondence to R. Finke re same (.20). | .60 | $475 | $285.00 |
| RJH | 11/26/2012 | Legal analysis re proposed asbestos property damage claim transfer (.80); exchange correspondence with various parties re same (.60); revise draft transfer and agreement and form of consent (1.80). | 3.20 | $475 | $1,520.00 |
| Total | | | 3.80 | | $1,805.00 |

| Matter 6 | | Claim Analysis Objection & Resolution (Non-asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/1/2012 | Draft and revise claims report (2.50); legal research re same (1.20); exchange correspondence with M. Araki and others re same (.70). | 4.40 | $475 | $2,090.00 |
| RJH | 11/5/2012 | Prepare for telephone conference with R. Finke and S. Scarlis re remaining claims (.20); participate in same (.90); analyze issues re same (1.00); telephone conference with M. Araki re same (.50). | 2.60 | $475 | $1,235.00 |
| RJH | 11/6/2012 | Prepare for telephone conference with V. Finkelstein and J. Yoder re Hanmar Hankin (.30); participate in same (.30); revise claims task list and reconcile same with BMC records (5.00); telephone conferences with M. Araki re same (2.50). | 8.10 | $475 | $3,847.50 |
| RJH | 11/7/2012 | Telephone conference with R. Finke re claims report (.60); telephone conference with M. Araki re same (.40); legal analysis re same (.90); legal analysis re Wolter and Owens claims (.70); draft and exchange correspondence with various parties re same (.90). | 3.50 | $475 | $1,662.50 |
| RJH | 11/8/2012 | Prepare claims reconciliation report (2.00). | 2.00 | $475 | $950.00 |
| RJH | 11/9/2012 | Legal research re claims reconciliation report (2.50); telephone conferences with J. Gettleman and others re same (.80); telephone conferences with M. Araki re same (.50); prepare and revise same (3.50). | 7.30 | $475 | $3,467.50 |
| RJH | 11/12/2012 | Revise claims summary (2.00); legal research re same (1.80). | 3.80 | $475 | $1,805.00 |
| RJH | 11/13/2012 | Telephone conference with J. Carignan re Hanmar/Hankin (.50); legal research re same (.50); further revise claims summary (1.80). | 2.80 | $475 | $1,330.00 |
| RJH | 11/14/2012 | Telephone conference with C. Finke re outstanding tax claims matters (.40); research same (.30); analyze claim transfer issue (.80); telephone conference with M. Araki re same (.30).. | 1.80 | $475 | $855.00 |
| RJH | 11/15/2012 | Analyze issues re Lincoln County tax claim (.20); exchange correspondence with R. Finke re same (.10); Review and revise draft settlement agreement re environmental claim (2.00); exchange correspondence with H. Feichko re same (.20). | 2.50 | $475 | $1,187.50 |
| RJH | 11/16/2012 | Legal research re environmental claim issues (.30); telephone conference with H. Feichko re same (.70). | 1.00 | $475 | $475.00 |
| RJH | 11/19/2012 | Legal research re Lincoln Montana lease issue (.80); telephone conference with R. Finke re same (.30). | 1.10 | $475 | $522.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/20/2012 | Legal research re claim objection (1.00); draft factual summary re same (1.50); telephone conference with C. Finke re tax claim issues (.40); analyze same (.80). | 3.70 | $475 | $1,757.50 |
| RJH | 11/20/2012 | Legal research re claim objection (1.20); draft factual summary re same (1.10). | 2.30 | $475 | $1,092.50 |
| RJH | 11/26/2012 | Analyze documents re claims objection (2.80); legal analysis re same (.70). | 3.50 | $475 | $1,662.50 |
| RJH | 11/27/2012 | Legal research re Lincoln County claim issue (3.00); telephone conference with R. Finke re same and other matters (.50); Telephone conference with A. Paul re Owens and Wolter claims (.40); legal analysis re same (.30); draft correspondence re same (.40). | 4.60 | $475 | $2,185.00 |
| RJH | 11/30/2012 | Develop factual predicate for claim objection (3.50); analyze client and claimant documents re same (1.00). | 4.50 | $475 | $2,137.50 |
| Total | | | 59.50 | | $28,262.50 |

Matter 11                                    Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/1/2012 | Prepare September fee application (.70). | .70 | $475 | $332.50 |
| RJH | 11/5/2012 | Prepare September fee application (1.50). | 1.50 | $475 | $712.50 |
| RJH | 11/7/2012 | Prepare September fee application for filing (.20). | .20 | $475 | $95.00 |
| RJH | 11/13/2012 | Prepare quarterly fee application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 11/14/2012 | Finalize and prepare quarterly fee application for filing (.80). | .80 | $475 | $380.00 |
| RJH | 11/26/2012 | Prepare October fee application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 11/27/2012 | Prepare October fee application (1.00). | 1.00 | $475 | $475.00 |
| Total | | | 6.20 | | $2,945.00 |

| Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/5/2012 | Review and comment on Grant Thornton September fee application (.40); correspond with various parties re same (.30). | .70 | $475 | $332.50 |
| Total | | | 0.70 | | $ 332.50 |

Matter 14                                                            Hearings

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/8/2012 | Review agenda and correspond with various parties re same (.30); review and analyze correspondence re docket matters (.20). | .50 | $475 | $237.50 |
| RJH | 11/29/2012 | Review and comment on December hearing agenda (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| Total | | | 1.00 | | $ 475.00 |

| | Matter 15 | | Litigation and Litigation Consulting | | |
|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/1/2012 | Draft and revise stipulation of facts re claims litigation (2.00); draft summary judgment motion re same (1.20); legal research re same (1.00). | 4.20 | $475 | $1,995.00 |
| RJH | 11/5/2012 | Draft and revise summary judgment motion re claims litigation (3.00); legal research re same (2.00). | 5.00 | $475 | $2,375.00 |
| RJH | 11/7/2012 | Draft and revise summary judgment motion re claims litigation (3.00); legal research re same (1.00). | 4.00 | $475 | $1,900.00 |
| RJH | 11/8/2012 | Legal research re claims litigation matter (2.70); draft summary judgment motion re same (4.50). | 7.20 | $475 | $3,420.00 |
| RJH | 11/9/2012 | Draft and revise proposed stipulation of facts re claims litigation (1.20); draft and revise summary judgment motion re same (.70); review and analyze constituent documents re same (1.00). | 2.90 | $475 | $1,377.50 |
| DDB | 11/9/2012 | Review and analyze constituent documents for claims litigation summary judgment motion (2.20). | 2.20 | $395 | $869.00 |
| RJH | 11/12/2012 | Legal research re claims litigation matter (1.00); draft and revise summary judgment motion (1.50); review and revise draft stipulation of facts (1.50); confer with D. Boll re foregoing matters (1.00). | 5.00 | $475 | $2,375.00 |
| DDB | 11/12/2012 | Edit summary judgment motion and stipulation of facts re Norfolk Southern (3.50); confer with R. Higgins re same (1.00). | 3.50 | $395 | $1,382.50 |
| RJH | 11/13/2012 | Draft and revise claims litigation summary judgment motion (2.50); draft and revise proposed stipulation of facts re same (2.50). | 5.00 | $475 | $2,375.00 |
| DDB | 11/13/2012 | Edit Norfolk Southern summary judgment motion and stipulation of facts (.80). | .80 | $395 | $316.00 |
| DDB | 11/14/2012 | Confer with R. Higgins re summary judgment motion (.30); review motion and stipulation of facts (.50); review exhibits related to same (1.50). | 2.30 | $395 | $908.50 |
| RJH | 11/14/2012 | Revise summary judgment motion re claims litigation (2.20); revise stipulation of facts re same (2.50); prepare exhibits re same (1.00); confer with D. Boll re same (.30). | 6.00 | $475 | $2,850.00 |
| RJH | 11/19/2012 | Telephone conference with J. Hughes re summary judgment motion (.40); revise stipulation of facts re same (.70). | 1.10 | $475 | $522.50 |
| RJH | 11/20/2012 | Revise stipulation of facts re claims litigation (1.00); revise draft summary judgment motion (2.00). | 3.00 | $475 | $1,425.00 |

9

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/28/2012 | Review and revised proposed stipulation of facts re claims litigation (2.00). | 2.00 | $475 | $950.00 |
| Total | | | 54.20 | | $25,041.00 |

| Matter 16 | | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/27/2012 | Review papers re Anderson Memorial request for extension (.30); exchange correspondence with parties re same (.10). | .40 | $475 | $190.00 |
| RJH | 11/29/2012 | Review and analyze Montana opening brief (2.00); legal research re same (.70). | 2.70 | $475 | $1,282.50 |
| RJH | 11/30/2012 | Review and analyze Montana opening brief (1.00); review and analyze Garlock opening brief (2.50); legal research re same (.60). | 4.10 | $475 | $1,947.50 |
| Total | | | 7.20 | | $3,420.00 |