## EXHIBIT B

### November 2013 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Online research | $503.28 |
| Pacer Court Charges | $668.00 |
| Total: | $1,188.23 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|:---:|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 11/7/2012 | $16.95 | Fax and other charges |
| 11/16/2012 | $503.28 | Lexis Nexis - Grace charges for November |
| 10/31/2012 | $668.00 | Pacer Court charges for Grace  (7/1/12 - 9/30/12) |
| Total | $1,188.23 | |

Total November 2012 Expenses:  $1,188.23