Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
### LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2180015 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 12/06/12 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA  22902 | | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 27.60 |
| Docket Entries | 136.20 |
| Federal Express | 101.07 |
| CURRENT EXPENSES | 264.87 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 264.87 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 264.87 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | **Invoice Number** 2180011 |
| c/o R. Ted. Wechsler, Chairman | **Invoice Date** 12/06/12 |
| Peninsula Capital Advisors LLC | **Client Number** 359022 |
| 404B East Main Street | **Matter Number** 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/12/12 | TKD | Review Motion to Approve Qualified Settlement Fund | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

CURRENT FEES                                    260.00

**TOTAL AMOUNT OF THIS INVOICE**                260.00

**NET AMOUNT OF THIS INVOICE**                  260.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2180013 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 12/06/12 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00004 |
| Charlottesville, VA 22902 | | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/02/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/05/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/06/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/07/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/08/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/09/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/12/12 | TKD | Review all case filings | 0.4 | 260.00 |
| 11/13/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/14/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/14/12 | TKD | Review Debtors' Motion for Authorization to Modify and Expand the Scope of Services Provided by Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. and Request for Entry of Order Nunc Pro Tunc | 0.2 | 130.00 |
| 11/14/12 | TKD | Review ORDER AMENDING THE OCP ORDERS TO INCREASE THE TOTAL EXPENDITURE CAP FOR SC&H CONSULTING | 0.1 | 65.00 |
| 11/14/12 | TKD | Review Order Approving the Settlement Agreement Between W.R. Grace & Co. and Dairyland Insurance Company | 0.1 | 65.00 |
| 11/15/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022                  WR Grace - Official Committee of Equity Security        Invoice Number 2180013
00004                   Holders                                                 Page 2
12/06/12                Case Administration

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/16/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/19/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/20/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/21/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/26/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/27/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/28/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/29/12 | TKD | Review all case filings and share with team. | 0.5 | 325.00 |

TOTAL HOURS        9.0

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 9.0 | at | $650.00 | = | 5,850.00 |

CURRENT FEES                                                                    5,850.00

**TOTAL AMOUNT OF THIS INVOICE**                                                5,850.00

**NET AMOUNT OF THIS INVOICE**                                                  5,850.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2180014 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 12/06/12 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00008 |
| Charlottesville, VA 22902 | | |

Re:   Committee:  Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/08/12 | TKD | WRGrace Equity Committee quarterly meeting-call | 1.1 | 715.00 |
| | | TOTAL HOURS | 1.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.1 | at | $650.00 | = | 715.00 |

| | |
|---|---|
| CURRENT FEES | 715.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 715.00 |
| **NET AMOUNT OF THIS INVOICE** | 715.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2180017 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    12/06/12 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00015 |
| Charlottesville, VA  22902 | |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/02/12 | TBB | Draft Saul Ewing's Thirty Ninth Monthly Fee Application. | 0.8 | 156.00 |
| 11/05/12 | TBB | File and serve Saul Ewing's Thirty Ninth Monthly Fee Application. | 0.9 | 175.50 |
| 11/27/12 | TBB | Draft Saul Ewing's Fortieth Monthly Fee Application. | 0.8 | 156.00 |
| 11/28/12 | TKD | Review our CNO and approve for filing | 0.2 | 130.00 |
| 11/28/12 | TKD | Review our fee application and approve for filing | 0.4 | 260.00 |
| 11/28/12 | TBB | Draft CNO to Saul Ewing's Thirty Ninth Monthly Fee Application. | 0.5 | 97.50 |
| 11/28/12 | TBB | File and serve Saul Ewing's Fortieth Monthly Fee Application. | 0.8 | 156.00 |
| 11/28/12 | TBB | File and serve CNO to Saul Ewing's Thirty Ninth Monthly Fee Application. | 0.8 | 156.00 |
| 11/28/12 | TBB | Calendar dates. | 0.1 | 19.50 |
| 11/30/12 | TBB | Draft Saul Ewing's Fourteenth Quarterly Fee Application. | 0.8 | 156.00 |

TOTAL HOURS    6.1

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022          WR Grace - Official Committee of Equity Security          Invoice Number  2180017
00015           Holders                                                   Page 2
12/06/12        Fee Applications/Applicant

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 5.5 | at | $195.00 | = | 1,072.50 |
| Teresa K.D. Currier | 0.6 | at | $650.00 | = | 390.00 |

CURRENT FEES                                                           1,462.50


**TOTAL AMOUNT OF THIS  INVOICE**                                      1,462.50


**NET AMOUNT OF THIS INVOICE**                                         1,462.50

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2180018 |
| Invoice Date | 12/06/12 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/15/12 | TBB | Draft CNO to Kramer Levin's one hundred and thirty third monthly fee application. | 0.3 | 58.50 |
| 11/15/12 | TBB | File and serve CNO to Kramer Levin's one hundred and thirty third monthly fee application. | 0.8 | 156.00 |
| 11/29/12 | TBB | Draft Notice to Kramer Levin's One Hundred and Thirty Fourth Monthly Fee Application. | 0.2 | 39.00 |
| 11/29/12 | TBB | File and serve Kramer Levin's One Hundred and Thirty Fourth Monthly Fee Application | 0.8 | 156.00 |
| 11/29/12 | TBB | Calendar dates. | 0.1 | 19.50 |
| | | TOTAL HOURS | 2.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.2 | at | $195.00 | = | 429.00 |

| | |
|---|---|
| CURRENT FEES | 429.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 429.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022                 WR Grace - Official Committee of Equity Security              Invoice Number  2180018
00016                  Holders                                                       Page 2
12/06/12               Fee Applications/Others

## NET AMOUNT OF THIS INVOICE                                                   429.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2180019 |
| Invoice Date | 12/06/12 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/12/12 | TKD | Review Post Confirmation Report | 0.2 | 130.00 |
| 11/27/12 | TKD | Review Anderson Memorial motions filed in Third Circuit for extensions | 0.2 | 130.00 |
| 11/30/12 | TKD | Review Brief of Her Majesty the Queen | 0.4 | 260.00 |
| 11/30/12 | TKD | Review Brief of State of Montana | 0.4 | 260.00 |
| 11/30/12 | TKD | Review Brief of Appellant BanK Lender Group | 0.5 | 325.00 |
| 11/30/12 | TKD | Review Brief of Appellant Garlock Sealing Group | 0.5 | 325.00 |
| | | TOTAL HOURS | 2.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.2 | at | $650.00 | = | 1,430.00 |

| | |
|---|---|
| CURRENT FEES | 1,430.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 1,430.00 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 1,430.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP