# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

November 30, 2012

Invoice Number **101039**       **91100  00001**       **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Balance forward as of last invoice, dated:  October 31, 2012 | $141,625.89 |
| Payments received since last invoice, last payment received -- December 27, 2012 | $121,717.61 |
| A/R Adjustments | -$1,401.00 |
| | |
| Net balance forward | $18,507.28 |

Re:   W.R. Grace and Co.

### Statement of Professional Services Rendered Through       11/30/2012

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Appeals [B430]** | | | | | |
| 11/27/12 | JEO | Review status of appeals - Anderson Motion for Extension and email co-counsel regarding same. | 0.40 | 675.00 | $270.00 |
| 11/30/12 | KPM | Review Lenders 3rd circuit brief | 0.80 | 495.00 | $396.00 |
| 11/30/12 | KPM | Review Garloch 3rd circuit brief | 0.90 | 495.00 | $445.50 |
| | **Task Code Total** | | **2.10** | | **$1,111.50** |
| | | | | | |
| **Case Administration [B110]** | | | | | |
| 11/01/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 11/01/12 | PEC | Update critical dates | 0.30 | 265.00 | $79.50 |
| 11/01/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 11/01/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |
| 11/01/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.40 | 185.00 | $74.00 |
| 11/02/12 | CAK | Review documents and organize to file. | 0.10 | 265.00 | $26.50 |
| 11/02/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/02/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 11/02/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |

**Invoice number 101039**      91100   00001                                    **Page  2**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 11/05/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/05/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 11/05/12 | SLP | Maintian docket control. | 0.80 | 185.00 | $148.00 |
| 11/05/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 11/06/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/06/12 | PEC | Update critical dates | 1.20 | 265.00 | $318.00 |
| 11/06/12 | SLP | Maintain docket control. | 0.80 | 185.00 | $148.00 |
| 11/06/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |
| 11/06/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 11/07/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/07/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 11/07/12 | KSN | Prepare hearing binders for 11/26/12 hearing. | 0.40 | 185.00 | $74.00 |
| 11/08/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/08/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 11/08/12 | SLP | Maintain docket control. | 0.80 | 185.00 | $148.00 |
| 11/09/12 | CAK | Review documents and organize to file. | 0.10 | 265.00 | $26.50 |
| 11/09/12 | PEC | Prepare September 2012 Post-Confirmation Report for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 11/09/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/09/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 11/09/12 | JEO | Review post confirmation report. | 0.40 | 675.00 | $270.00 |
| 11/09/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 11/12/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 11/12/12 | PEC | Update critical dates | 0.20 | 265.00 | $53.00 |
| 11/12/12 | KSN | Prepare hearing binders for 11/26/12 hearing. | 0.20 | 185.00 | $37.00 |
| 11/13/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/13/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 11/13/12 | JEO | Respond to Creditors inquiry. | 0.20 | 675.00 | $135.00 |
| 11/13/12 | SLP | Maintain docket control. | 1.60 | 185.00 | $296.00 |
| 11/13/12 | KSN | Document request as per Patti Cuniff. | 0.20 | 185.00 | $37.00 |
| 11/14/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 265.00 | $53.00 |
| 11/14/12 | PEC | Update critical dates | 0.30 | 265.00 | $79.50 |
| 11/14/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 11/14/12 | KSN | Maintain document control. | 0.20 | 185.00 | $37.00 |

**Invoice number 101039**      91100   00001                                    **Page 3**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 265.00 | $53.00 |
| 11/15/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 11/15/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 11/15/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 11/16/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/16/12 | PEC | Update critical dates | 0.60 | 265.00 | $159.00 |
| 11/16/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 11/16/12 | KSN | Document request as per Patti Cuniff. | 0.20 | 185.00 | $37.00 |
| 11/19/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/19/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 11/19/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 11/20/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/20/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 11/20/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 11/21/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/21/12 | PEC | Update critical dates | 0.60 | 265.00 | $159.00 |
| 11/21/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 11/21/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 11/26/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 11/26/12 | PEC | Update critical dates | 0.30 | 265.00 | $79.50 |
| 11/26/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 11/26/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 11/27/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 11/27/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 11/27/12 | SLP | Maintain docket control. | 0.40 | 185.00 | $74.00 |
| 11/27/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 11/28/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 11/28/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 11/28/12 | SLP | Maintain docket control. | 1.30 | 185.00 | $240.50 |
| 11/28/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |
| 11/28/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 11/29/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 11/29/12 | KSN | Prepare hearing binders for 12/17/12 hearing. | 1.20 | 185.00 | $222.00 |
| 11/29/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |

**Invoice number 101039**     91100   00001                                          **Page  4**

| | | | | | |
|---|---|---|---|---|---|
| 11/29/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 11/30/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 11/30/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 11/30/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 185.00 | $55.50 |

|  |  |
|---|---|
| **Task Code Total** | 35.20        $8,278.00 |

**WRG-Employ. App., Others**

| | | | | | |
|---|---|---|---|---|---|
| 11/12/12 | PEC | Draft Certificate of No Objection Regarding Motion to Amended the OCP Orders to Increase the Total Expenditure Cap and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/12/12 | KPM | Review and execute Cert of No Obj. for motion to amend OCP cap | 0.10 | 495.00 | $49.50 |
| 11/14/12 | PEC | Draft Notice of Debtors' Motion for Authorization to Expand the Scope of Services Provided By Baker Donelson Bearman Caldwell & Berkowitz P.C. and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/14/12 | KPM | Review and respond to emails from James E. O'Neill and R. Higgins regarding motion to expend retention of Baker Donelson | 0.30 | 495.00 | $148.50 |
| 11/14/12 | KPM | Review and respond to email from R. Higgins regarding approval to file motion to amend Baker Donelson retention (.1); Draft email to F. Childress (Baker Donelson) regarding same (.1) | 0.20 | 495.00 | $99.00 |
| 11/14/12 | KPM | Review and execute motion to expend retention of Baker Donelson | 0.20 | 495.00 | $99.00 |

|  |  |
|---|---|
| **Task Code Total** | 2.00        $714.00 |

**WRG-Fee Apps., Applicant**

| | | | | | |
|---|---|---|---|---|---|
| 11/08/12 | CAK | Review and update September Fee Application | 0.30 | 265.00 | $79.50 |
| 11/08/12 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/08/12 | KPM | Review and execute Cert of No Obj. for July 2012 fee application | 0.10 | 495.00 | $49.50 |
| 11/16/12 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's August 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/26/12 | LDJ | Review and finalize interim fee application (September 2012) | 0.30 | 955.00 | $286.50 |
| 11/27/12 | PEC | Prepare PSZ&J LLP's September 2012 Monthly Fee | 0.40 | 265.00 | $106.00 |

**Invoice number 101039**    91100   00001                                      **Page 5**

|          |     | Application for filing and service (.2); Draft Certificate of Service (.2) |      |        |           |
|----------|-----|----------------------------------------------------------------|------|--------|-----------|
| 11/27/12 | WLR | Prepare Oct. 2012 fee application                              | 0.80 | 575.00 | $460.00   |
| 11/29/12 | LDJ | Review and revise interim fee application (October 2012)       | 0.30 | 955.00 | $286.50   |
| 11/29/12 | CAK | Review and update October Fee Application.                     | 0.30 | 265.00 | $79.50    |
| 11/29/12 | PEC | Prepare PSZ&J LLP's October Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 11/29/12 | WLR | Review and revise Oct. 2012 fee application                    | 0.50 | 575.00 | $287.50   |
| 11/29/12 | WLR | Draft Oct. 2012 fee application                                | 0.90 | 575.00 | $517.50   |

|   | **Task Code Total** | **5.50** | | **$2,576.50** |
|---|---------------------|----------|--|---------------|

**WRG-Fee Applications, Others**

| 11/01/12 | PEC | Prepare Woodcock Washburn LLP's August 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------|------|--------|---------|
| 11/02/12 | PEC | Prepare Casner & Edward LLP's September 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.40 | 265.00 | $106.00 |
| 11/02/12 | PEC | Prepare The BMC Group's July 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 11/02/12 | PEC | Prepare The BMC Group's August 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 11/02/12 | PEC | Prepare The BMC Group's September 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 11/02/12 | PEC | Draft Notice of The BMC Group's 46th Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 11/02/12 | JEO | Review Quarterly Fee App for BMC.                                                                                               | 0.20 | 675.00 | $135.00 |
| 11/05/12 | PEC | Draft Certificate of No Objection Regarding Grant Thornton LLP's August 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/05/12 | PEC | Draft Certificate of No Objection Regarding Baker Donelson LLP's July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/05/12 | PEC | Prepare Grant Thornton LLP's September 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 11/05/12 | KPM | Address filing and service of Grant Thornton September fee application | 0.30 | 495.00 | $148.50 |
| 11/05/12 | KPM | Review and execute Cert of No Obj. for Baker Donelson's July and August fee applications | 0.20 | 495.00 | $99.00 |
| 11/05/12 | KPM | Review and execute Cert of No Obj. for Grant Thornton August fee application | 0.10 | 495.00 | $49.50 |

**Invoice number 101039**      91100   00001                                      **Page  6**

| | | | | | |
|---|---|---|---|---|---|
| 11/07/12 | PEC | Prepare The Law Offices of Roger J. Higgins LLP's September 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 11/09/12 | PEC | Prepare the Blackstone Advisory Partners L.P.'s September 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 11/13/12 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond LLP's August 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/13/12 | PEC | Draft Notice of the Blackstone Advisory Group's 42nd Quarterly Interim Fee Application and Certificate of Services (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/13/12 | JEO | Review Casner & Edwards quarterly fee app. | 0.20 | 675.00 | $135.00 |
| 11/13/12 | JEO | Review Blackstone Quarterly fee app. | 0.20 | 675.00 | $135.00 |
| 11/14/12 | PEC | Draft Notice of Filing Twenty-Ninth Quarterly Fee Application of Foley Hoag LLP and Certificates of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/14/12 | PEC | Draft Notice of Filing Twenty-Sixth Quarterly Fee Application of Woodcock Washburn LLP and Certificates of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/14/12 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond P.C.'s June 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/14/12 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond P.C.'s July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/14/12 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond P.C.'s August 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/14/12 | PEC | Draft Certificate of No Objection Regarding the Blackstone Advisory Services L.P.'s August 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/14/12 | JEO | Review issues regarding Donelson fee app and retention issues. | 0.50 | 675.00 | $337.50 |
| 11/14/12 | KPM | Review and execute certificates of no objection for Beveridge & Diamond's June, July and August 2012 fee applications | 0.30 | 495.00 | $148.50 |
| 11/14/12 | KPM | Review and execute Cert of No Obj. for Blackstone's August 2012 fee application | 0.10 | 495.00 | $49.50 |
| 11/14/12 | KPM | Review and execute notice for Foley Hoag 29th quarterly fee application | 0.10 | 495.00 | $49.50 |
| 11/14/12 | KPM | Review and execute notice of Woodcock Washburn 43rd quarterly fee application | 0.10 | 495.00 | $49.50 |
| 11/16/12 | PEC | Draft Notice of Filing Seventh Quarterly Fee Application of the Law Offices of Roger J. Higgins, LLC and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |

**Invoice number 101039**      91100   00001                                        **Page  7**

| | | | | | |
|---|---|---|---|---|---|
| 11/16/12 | KPM | Address filing R. Higgin 3rd quarterly fee application | 0.20 | 495.00 | $99.00 |
| 11/26/12 | PEC | Prepare Beveridge & Diamond P.C.'s September Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 11/26/12 | PEC | Draft Notice of Beveridge & Diamond PC's Twenty-Ninth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 11/26/12 | PEC | Prepare Woodcock & Washburn LLP's October 2012 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 11/26/12 | KPM | Review and execute notice for Beveridge and Diamond 29th quarterly fee application | 0.10 | 495.00 | $49.50 |
| 11/27/12 | PEC | Draft Certificate of No Objection Regarding Kirkland & Ellis LLP's September 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.2) | 0.50 | 265.00 | $132.50 |
| 11/27/12 | JEO | Review status of K&E September 2012 fee app. | 0.20 | 675.00 | $135.00 |
| 11/28/12 | KPM | Review and execute Cert of No Obj. for Kaye Scholer September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 11/28/12 | KPM | Review and execute Cert of No Obj. for Norton Rose 67th interim fee application | 0.10 | 495.00 | $49.50 |
| 11/28/12 | KPM | Review and execute Cert of No Obj. for Foley Hoag September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 11/28/12 | KPM | Review and execute Cert of No Obj. for Woodcock Washburn September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 11/28/12 | KPM | Review and execute Cert of No Obj. for Casner & Edwards September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 11/29/12 | PEC | Draft Certificate of No Objection and Certificate of Service Regarding Grant Thornton LLP's September 2012 Monthly Fee Application (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/29/12 | PEC | Prepare The Offices of Roger Higgins LLC's October 2012 Monthly Fee Application for filing and Service (.3); Draft Affidavit of Service (.1) | 0.40 | 265.00 | $106.00 |
| 11/29/12 | PEC | Prepare Foley Hoag LLP's October 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 11/29/12 | PEC | Draft Certificate of No Objection Regarding the Law Offices of Roger Higgins LLC's September Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.2) | 0.50 | 265.00 | $132.50 |
| 11/29/12 | PEC | Draft Certificate of No Objection Regarding the BMC Groups's September 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.2) | 0.50 | 265.00 | $132.50 |
| 11/29/12 | PEC | Draft Certificate of No Objection Regarding the BMC Group's August 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.2) | 0.50 | 265.00 | $132.50 |
| 11/29/12 | PEC | Draft Certificate of No Objection Regarding the BMC Group's July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.2) | 0.50 | 265.00 | $132.50 |

**Invoice number 101039**      91100   00001                                    **Page  8**

| | | | | | |
|---|---|---|---|---|---|
| 11/29/12 | KPM | Review and execute Cert of No Obj. for R. Higgins' September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 11/29/12 | KPM | Review and execute Cert of No Obj. for Grant Thornton September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 11/29/12 | KPM | Review and execute Cert of No Obj. for BMC's July, August and September 2012 fee applications | 0.30 | 495.00 | $148.50 |
| 11/30/12 | PEC | Prepare Casner & Edwards LLP's October 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 11/30/12 | PEC | Prepare KayeScholer LLP's October 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| | **Task Code Total** | | **21.90** | | **$6,911.50** |

**Litigation (Non-Bankruptcy)**

| | | | | | |
|---|---|---|---|---|---|
| 11/01/12 | PEC | Draft Notice of Executed Signature Page Regarding Declaration of John James O'Connell In Support of Debtors Motion for Cash-Settled Collar Agreement and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 11/01/12 | KPM | Review and respond to emails from M. Jones (Kirkland) regarding signature page for declaration in support of Warrant motion | 0.20 | 495.00 | $99.00 |
| 11/06/12 | KPM | Draft email to R. Higgins regarding upcoming deadlines | 0.10 | 495.00 | $49.50 |
| 11/06/12 | KPM | Draft emails to A. Paul and L. Esayian (Kirkland) regarding status of Dairyland Insurance settlement motion | 0.20 | 495.00 | $99.00 |
| 11/07/12 | PEC | Draft Notice of Agenda for 11/26/12 Hearing | 0.80 | 265.00 | $212.00 |
| 11/07/12 | PEC | Research billing issues with regarding to service of various pleadings handled by Parcels (.5); Discuss issues with James O'Neill (.2); Correspond with Parcels to resolve issues  (.3) | 1.00 | 265.00 | $265.00 |
| 11/08/12 | PEC | Revise and review Notice of Agenda for 11/26/12 Hearing | 0.40 | 265.00 | $106.00 |
| 11/08/12 | KPM | Address submission of preliminary agenda for 11/26/12 hearing | 0.30 | 495.00 | $148.50 |
| 11/09/12 | PEC | Draft Notice of Debtors' Motion for Entry of an Order Approving a Qualified Settlement Fund and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/09/12 | PEC | Revise and review Notice of Agenda for 11/26/12 Hearing | 0.30 | 265.00 | $79.50 |
| 11/09/12 | KPM | Review and respond to emails from J. Gettleman (Kirkland) regarding filing Qualified Settlement Fund motion | 0.20 | 495.00 | $99.00 |
| 11/12/12 | PEC | Draft Certificate of No Objection Regarding Debtors' Motion to Approve Dairyland Settlement and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 11/12/12 | PEC | Revise and review Preliminary Agenda for 12/17/12 Hearing (.2); Coordinate binder update with Reed Smith (.2) | 0.40 | 265.00 | $106.00 |
| 11/12/12 | JEO | Review status of Matters Scheduled for 11/26 hearing. | 0.40 | 675.00 | $270.00 |

**Invoice number 101039**     91100   00001                                          **Page  9**

| | | | | | |
|---|---|---|---|---|---|
| 11/12/12 | KPM | Review and execute Cert of No Obj. for motion to approve Dairyland settlement | 0.10 | 495.00 | $49.50 |
| 11/13/12 | JEO | Review entered orders for 11/26 hearing. | 0.40 | 675.00 | $270.00 |
| 11/13/12 | JEO | Review Matters scheduled for 11/26 hearing. | 0.50 | 675.00 | $337.50 |
| 11/13/12 | KPM | Review and respond to email from Chambers regarding request for email of preliminary agenda for 12/17/12 hearing (.1). Draft email to Patricia E. Cuniff regarding same (.1) | 0.20 | 495.00 | $99.00 |
| 11/14/12 | JEO | Email with court regarding 11/26 hearing status. | 0.30 | 675.00 | $202.50 |
| 11/14/12 | KPM | Review and respond to email from James E. O'Neill regarding canceling 11/26/12 hearing | 0.10 | 495.00 | $49.50 |
| 11/14/12 | KPM | Review draft motion for summary judgment regarding Norfolk Southern claim (.3); Draft email to R. Higgins regarding same (.1) | 0.40 | 495.00 | $198.00 |
| 11/19/12 | PEC | Revise and review Final Notice of Agenda for 11/26/12 Hearing | 0.40 | 265.00 | $106.00 |
| 11/19/12 | PEC | Prepare service List for 11/26/12 Hearing | 0.20 | 265.00 | $53.00 |
| 11/19/12 | PEC | File and serve Notice of Agenda for 11/26/12 Hearing (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 11/19/12 | JEO | Review status of 11/26 hearing and email team regarding same. | 0.30 | 675.00 | $202.50 |
| 11/19/12 | JEO | Work on Agenda Canceling 11/26 hearing. | 0.40 | 675.00 | $270.00 |
| 11/28/12 | PEC | Draft Notice of Agenda for 12/17/12 Hearing | 0.60 | 265.00 | $159.00 |
| 11/29/12 | KPM | Conference with James E. O'Neill regarding preliminary agenda for 12/17/12 hearing (.1); Draft email to A. Paul (Kirkland) and R. Higgins regarding same (.1) | 0.20 | 495.00 | $99.00 |
| 11/30/12 | PEC | Review and review Notice of Agenda for 12/17/12 Hearing (.4); Review Hearing Binders regarding same (.4) | 0.80 | 265.00 | $212.00 |
| 11/30/12 | KPM | Review revised preliminary agenda for 12/17/12 hearing | 0.20 | 495.00 | $99.00 |

|  | | |
|---|---|---|
| **Task Code Total** | **11.80** | **$4,576.00** |

|  | | |
|---|---|---|
| **Total professional services:** | 78.50 | **$24,167.50** |

### Costs Advanced:

| | | | |
|---|---|---|---|
| 09/28/2012 | FE | Federal Express [E108] 203993818 | $15.50 |
| 10/01/2012 | FE | Federal Express [E108]  203993818 | $8.08 |
| 10/01/2012 | FE | Federal Express [E108] 203993818 | $12.20 |
| 10/01/2012 | FE | Federal Express [E108] 203993818 | $8.08 |
| 10/01/2012 | FE | Federal Express [E108] 203993818 | $12.20 |
| 10/15/2012 | OS | Digital Legal Services, 13260 copies | $1,591.20 |
| 10/15/2012 | OS | Digital Legal Services, postage | $517.50 |
| 10/31/2012 | AS | Attorney Service [E107] Parcels Inc, Inv. 413931, Bankruptcy Service Deliveries, JEO | $206.00 |
| 10/31/2012 | AS | Attorney Service [E107] Parcels Inc, Inv. 413930, Bankruptcy Service Deliveries, JEO | $211.00 |

**Invoice number 101039**      91100  00001                          **Page  10**

| | | | |
|---|---|---|---|
| 10/31/2012 | AS | Attorney Service [E107] (Double service) Parcels Servce Inc, Inv. 413891, Bankruptcy Service Copies, JEO | $3,268.99 |
| 10/31/2012 | AS | Attorney Service [E107] Parcels Inc., Inv. 413941, Bankruptcy Service Deliveries, JEO | $30.00 |
| 10/31/2012 | AS | Attorney Service [E107] Parcels Inc, Inv. 413889, Bankruptcy Service Copies, JEO | $90.01 |
| 10/31/2012 | FE | Federal Express [E108] 207669229 | $8.08 |
| 10/31/2012 | FE | Federal Express [E108] 207669229 | $12.20 |
| 10/31/2012 | FF | Filing Fee [E112] Parcels Inc., Inv. 414242, Bankruptcy Court E-Filings, JEO | $50.06 |
| 10/31/2012 | FF | Filing Fee [E112] Parcels Inc, Inv. 414235, Bankruptcy Court E- Filings, JEO | $52.46 |
| 10/31/2012 | FF | Filing Fee [E112] Parcels Inc., Inv. 414237, Bankruptcy Court E-Flings, JEO | $37.58 |
| 11/01/2012 | DC | 91100.00001 Digital Legal Charges for 11-01-12 | $16.20 |
| 11/01/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-01-12 | $19.18 |
| 11/01/2012 | PO | 91100.00001 :Postage Charges for 11-01-12 | $225.50 |
| 11/01/2012 | PO | 91100.00001 :Postage Charges for 11-01-12 | $6.60 |
| 11/01/2012 | RE | ( 207 @0.10 PER PG) | $20.70 |
| 11/01/2012 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 11/01/2012 | RE | ( 81 @0.10 PER PG) | $8.10 |
| 11/01/2012 | RE | ( 106 @0.10 PER PG) | $10.60 |
| 11/01/2012 | RE | ( 1058 @0.10 PER PG) | $105.80 |
| 11/01/2012 | RE | ( 41 @0.10 PER PG) | $4.10 |
| 11/01/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 11/01/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 11/01/2012 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/02/2012 | DC | 91100.00001 Digital Legal Charges for 11-02-12 | $378.00 |
| 11/02/2012 | DC | 91100.00001 Digital Legal Charges for 11-02-12 | $24.30 |
| 11/02/2012 | DC | 91100.00001 Digital Legal Charges for 11-02-12 | $16.20 |
| 11/02/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-02-12 | $19.18 |
| 11/02/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-02-12 | $10.19 |
| 11/02/2012 | PO | 91100.00001 :Postage Charges for 11-02-12 | $61.80 |
| 11/02/2012 | PO | 91100.00001 :Postage Charges for 11-02-12 | $0.90 |
| 11/02/2012 | PO | 91100.00001 :Postage Charges for 11-02-12 | $1.70 |
| 11/02/2012 | PO | 91100.00001 :Postage Charges for 11-02-12 | $5.15 |
| 11/02/2012 | PO | 91100.00001 :Postage Charges for 11-02-12 | $170.50 |
| 11/02/2012 | PO | 91100.00001 :Postage Charges for 11-02-12 | $52.80 |
| 11/02/2012 | PO | 91100.00001 :Postage Charges for 11-02-12 | $6.60 |
| 11/02/2012 | RE | ( 239 @0.10 PER PG) | $23.90 |
| 11/02/2012 | RE | ( 46 @0.10 PER PG) | $4.60 |
| 11/02/2012 | RE | ( 84 @0.10 PER PG) | $8.40 |
| 11/02/2012 | RE | ( 156 @0.10 PER PG) | $15.60 |
| 11/02/2012 | RE | ( 1233 @0.10 PER PG) | $123.30 |

**Invoice number 101039**     91100  00001                                    **Page  11**

| 11/02/2012 | RE  | ( 1695 @0.10 PER PG)                                        | $169.50 |
| 11/02/2012 | RE  | ( 59 @0.10 PER PG)                                          | $5.90   |
| 11/02/2012 | RE  | ( 371 @0.10 PER PG)                                         | $37.10  |
| 11/02/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG)                                | $2.20   |
| 11/02/2012 | RE2 | SCAN/COPY ( 34 @0.10 PER PG)                                | $3.40   |
| 11/02/2012 | RE2 | SCAN/COPY ( 34 @0.10 PER PG)                                | $3.40   |
| 11/02/2012 | RE2 | SCAN/COPY ( 37 @0.10 PER PG)                                | $3.70   |
| 11/02/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG)                                | $6.90   |
| 11/02/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG)                                | $5.10   |
| 11/05/2012 | DC  | 91100.00001 Digital Legal Charges for 11-05-12             | $450.00 |
| 11/05/2012 | DC  | 91100.00001 Digital Legal Charges for 11-05-12             | $24.30  |
| 11/05/2012 | DC  | 91100.00001 Digital Legal Charges for 11-05-12             | $16.20  |
| 11/05/2012 | DC  | 91100.00001 Digital Legal Charges for 11-05-12             | $9.38   |
| 11/05/2012 | DC  | 91100.00001 Digital Legal Charges for 11-05-12             | $7.78   |
| 11/05/2012 | FE  | Federal Express [E108] 207669229                           | $8.12   |
| 11/05/2012 | FE  | Federal Express [E108] 207669229                           | $12.26  |
| 11/05/2012 | PO  | 91100.00001 :Postage Charges for 11-05-12                  | $13.20  |
| 11/05/2012 | RE  | ( 21 @0.10 PER PG)                                          | $2.10   |
| 11/05/2012 | RE  | ( 30 @0.10 PER PG)                                          | $3.00   |
| 11/05/2012 | RE  | ( 33 @0.10 PER PG)                                          | $3.30   |
| 11/05/2012 | RE  | ( 68 @0.10 PER PG)                                          | $6.80   |
| 11/05/2012 | RE  | ( 89 @0.10 PER PG)                                          | $8.90   |
| 11/05/2012 | RE  | ( 129 @0.10 PER PG)                                         | $12.90  |
| 11/05/2012 | RE  | ( 147 @0.10 PER PG)                                         | $14.70  |
| 11/06/2012 | DC  | 91100.00001 Digital Legal Charges for 11-06-12             | $72.00  |
| 11/06/2012 | DC  | 91100.00001 Digital Legal Charges for 11-06-12             | $24.30  |
| 11/06/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 11-06-12     | $19.26  |
| 11/06/2012 | DH  | 91100.00001 DHL Worldwide Express Charges for 11-06-12     | $19.26  |
| 11/06/2012 | PO  | 91100.00001 :Postage Charges for 11-06-12                  | $1.30   |
| 11/06/2012 | RE  | ( 7 @0.10 PER PG)                                           | $0.70   |
| 11/06/2012 | RE  | ( 13 @0.10 PER PG)                                          | $1.30   |
| 11/06/2012 | RE  | ( 35 @0.10 PER PG)                                          | $3.50   |
| 11/06/2012 | RE  | ( 84 @0.10 PER PG)                                          | $8.40   |
| 11/06/2012 | RE  | ( 171 @0.10 PER PG)                                         | $17.10  |
| 11/06/2012 | RE  | ( 180 @0.10 PER PG)                                         | $18.00  |
| 11/07/2012 | DC  | 91100.00001 Digital Legal Charges for 11-07-12             | $8.46   |
| 11/07/2012 | FE  | 91100.00001 FedEx Charges for 11-07-12                     | $12.26  |
| 11/07/2012 | FE  | 91100.00001 FedEx Charges for 11-07-12                     | $8.12   |
| 11/07/2012 | RE  | ( 11 @0.10 PER PG)                                          | $1.10   |
| 11/07/2012 | RE  | ( 46 @0.10 PER PG)                                          | $4.60   |
| 11/07/2012 | RE  | ( 50 @0.10 PER PG)                                          | $5.00   |
| 11/07/2012 | RE  | ( 59 @0.10 PER PG)                                          | $5.90   |
| 11/07/2012 | RE  | ( 168 @0.10 PER PG)                                         | $16.80  |

**Invoice number 101039**   91100  00001                                      **Page  12**

| 11/08/2012 | DC | 91100.00001 Digital Legal Charges for 11-08-12 | $9.00 |
| 11/08/2012 | FF | Filing Fee [E112] Parcels Inc., Inv. 415559, Bankruptcy Service Copies, JEO | $1,634.49 |
| 11/08/2012 | PO | 91100.00001 :Postage Charges for 11-08-12 | $13.20 |
| 11/08/2012 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 11/08/2012 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 11/08/2012 | RE | ( 49 @0.10 PER PG) | $4.90 |
| 11/08/2012 | RE | ( 191 @0.10 PER PG) | $19.10 |
| 11/09/2012 | DC | 91100.00001 Digital Legal Charges for 11-09-12 | $63.00 |
| 11/09/2012 | DC | 91100.00001 Digital Legal Charges for 11-09-12 | $24.30 |
| 11/09/2012 | DC | 91100.00001 Digital Legal Charges for 11-09-12 | $10.65 |
| 11/09/2012 | DC | 91100.00001 Digital Legal Charges for 11-09-12 | $7.25 |
| 11/09/2012 | FE | 91100.00001 FedEx Charges for 11-09-12 | $23.18 |
| 11/09/2012 | PO | 91100.00001 :Postage Charges for 11-09-12 | $19.50 |
| 11/09/2012 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 11/09/2012 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 11/09/2012 | RE | ( 95 @0.10 PER PG) | $9.50 |
| 11/09/2012 | RE | ( 142 @0.10 PER PG) | $14.20 |
| 11/09/2012 | RE | ( 146 @0.10 PER PG) | $14.60 |
| 11/10/2012 | FE | 91100.00001 FedEx Charges for 11-10-12 | $21.32 |
| 11/10/2012 | FE | 91100.00001 FedEx Charges for 11-10-12 | $10.21 |
| 11/12/2012 | DC | 91100.00001 Digital Legal Charges for 11-12-12 | $81.00 |
| 11/12/2012 | DC | 91100.00001 Digital Legal Charges for 11-12-12 | $24.30 |
| 11/12/2012 | DC | 91100.00001 Digital Legal Charges for 11-12-12 | $16.20 |
| 11/12/2012 | DC | 91100.00001 Digital Legal Charges for 11-12-12 | $396.00 |
| 11/12/2012 | DC | 91100.00001 Digital Legal Charges for 11-12-12 | $8.46 |
| 11/12/2012 | FE | 91100.00001 FedEx Charges for 11-12-12 | $14.80 |
| 11/12/2012 | PO | 91100.00001 :Postage Charges for 11-12-12 | $14.30 |
| 11/12/2012 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 11/12/2012 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 11/12/2012 | RE | ( 98 @0.10 PER PG) | $9.80 |
| 11/13/2012 | DC | 91100.00001 Digital Legal Charges for 11-13-12 | $72.00 |
| 11/13/2012 | DC | 91100.00001 Digital Legal Charges for 11-13-12 | $24.30 |
| 11/13/2012 | DC | 91100.00001 Digital Legal Charges for 11-13-12 | $10.65 |
| 11/13/2012 | PO | 91100.00001 :Postage Charges for 11-13-12 | $1.10 |
| 11/13/2012 | PO | 91100.00001 :Postage Charges for 11-13-12 | $61.80 |
| 11/13/2012 | PO | 91100.00001 :Postage Charges for 11-13-12 | $225.50 |
| 11/13/2012 | PO | 91100.00001 :Postage Charges for 11-13-12 | $6.60 |
| 11/13/2012 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 11/13/2012 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 11/13/2012 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 11/13/2012 | RE | ( 429 @0.10 PER PG) | $42.90 |
| 11/13/2012 | RE | ( 455 @0.10 PER PG) | $45.50 |

**Invoice number 101039**       91100   00001                                    **Page  13**

| | | | |
|---|---|---|---|
| 11/13/2012 | RE | ( 504 @0.10 PER PG) | $50.40 |
| 11/13/2012 | RE | ( 1012 @0.10 PER PG) | $101.20 |
| 11/13/2012 | RE | ( 1055 @0.10 PER PG) | $105.50 |
| 11/13/2012 | RE | ( 2310 @0.10 PER PG) | $231.00 |
| 11/14/2012 | DC | 91100.00001 Digital Legal Charges for 11-14-12 | $450.00 |
| 11/14/2012 | DC | 91100.00001 Digital Legal Charges for 11-14-12 | $24.30 |
| 11/14/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-14-12 | $34.42 |
| 11/14/2012 | PO | 91100.00001 :Postage Charges for 11-14-12 | $13.20 |
| 11/14/2012 | PO | 91100.00001 :Postage Charges for 11-14-12 | $2.20 |
| 11/14/2012 | PO | 91100.00001 :Postage Charges for 11-14-12 | $1.10 |
| 11/14/2012 | PO | 91100.00001 :Postage Charges for 11-14-12 | $61.80 |
| 11/14/2012 | PO | 91100.00001 :Postage Charges for 11-14-12 | $389.50 |
| 11/14/2012 | PO | 91100.00001 :Postage Charges for 11-14-12 | $9.00 |
| 11/14/2012 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 11/14/2012 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 11/14/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 11/14/2012 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 11/14/2012 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 11/14/2012 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 11/14/2012 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 11/14/2012 | RE | ( 99 @0.10 PER PG) | $9.90 |
| 11/14/2012 | RE | ( 107 @0.10 PER PG) | $10.70 |
| 11/14/2012 | RE | ( 181 @0.10 PER PG) | $18.10 |
| 11/14/2012 | RE | ( 430 @0.10 PER PG) | $43.00 |
| 11/14/2012 | RE | ( 560 @0.10 PER PG) | $56.00 |
| 11/14/2012 | RE | ( 1740 @0.10 PER PG) | $174.00 |
| 11/14/2012 | RE | ( 1816 @0.10 PER PG) | $181.60 |
| 11/14/2012 | RE | ( 2026 @0.10 PER PG) | $202.60 |
| 11/15/2012 | DC | 91100.00001 Digital Legal Charges for 11-15-12 | $504.00 |
| 11/15/2012 | DC | 91100.00001 Digital Legal Charges for 11-15-12 | $24.30 |
| 11/15/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-15-12 | $38.13 |
| 11/15/2012 | RE | ( 916 @0.10 PER PG) | $91.60 |
| 11/16/2012 | PO | 91100.00001 :Postage Charges for 11-16-12 | $6.60 |
| 11/16/2012 | PO | 91100.00001 :Postage Charges for 11-16-12 | $171.60 |
| 11/16/2012 | PO | 91100.00001 :Postage Charges for 11-16-12 | $55.00 |
| 11/16/2012 | PO | 91100.00001 :Postage Charges for 11-16-12 | $61.80 |
| 11/16/2012 | PO | 91100.00001 :Postage Charges for 11-16-12 | $5.15 |
| 11/16/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 11/16/2012 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 11/16/2012 | RE | ( 97 @0.10 PER PG) | $9.70 |
| 11/16/2012 | RE | ( 1104 @0.10 PER PG) | $110.40 |
| 11/16/2012 | RE | ( 1942 @0.10 PER PG) | $194.20 |
| 11/19/2012 | DC | 91100.00001 Digital Legal Charges for 11-19-12 | $468.00 |

**Invoice number 101039**        91100   00001                                    **Page  14**

| | | | |
|---|---|---|---|
| 11/19/2012 | DC | 91100.00001 Digital Legal Charges for 11-19-12 | $16.20 |
| 11/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-19-12 | $30.60 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |

**Invoice number  101039**      91100   00001                                    **Page   15**

| | | | |
|---|---|---|---|
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/19/2012 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 11/19/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 11/19/2012 | RE | ( 33 @0.10 PER PG) | $3.30 |
| 11/19/2012 | RE | ( 175 @0.10 PER PG) | $17.50 |
| 11/20/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/20/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/20/2012 | FX | ( 18 @1.00 PER PG) | $18.00 |
| 11/20/2012 | PO | 91100.00001 :Postage Charges for 11-20-12 | $61.80 |
| 11/20/2012 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 11/20/2012 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 11/20/2012 | RE | ( 112 @0.10 PER PG) | $11.20 |
| 11/21/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-21-12 | $266.85 |

**Invoice number 101039**        91100    00001        **Page 16**

| 11/21/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-21-12 | $19.99 |
| 11/21/2012 | PO | 91100.00001 :Postage Charges for 11-21-12 | $61.80 |
| 11/21/2012 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 11/21/2012 | RE | ( 216 @0.10 PER PG) | $21.60 |
| 11/26/2012 | DC | 91100.00001 Digital Legal Charges for 11-26-12 | $9.38 |
| 11/26/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-26-12 | $20.15 |
| 11/26/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-26-12 | $19.99 |
| 11/26/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-26-12 | $13.32 |
| 11/26/2012 | PO | 91100.00001 :Postage Charges for 11-26-12 | $61.80 |
| 11/26/2012 | PO | 91100.00001 :Postage Charges for 11-26-12 | $226.60 |
| 11/26/2012 | PO | 91100.00001 :Postage Charges for 11-26-12 | $6.60 |
| 11/26/2012 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 11/26/2012 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 11/26/2012 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 11/26/2012 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 11/26/2012 | RE | ( 101 @0.10 PER PG) | $10.10 |
| 11/26/2012 | RE | ( 1057 @0.10 PER PG) | $105.70 |
| 11/26/2012 | RE | ( 2069 @0.10 PER PG) | $206.90 |
| 11/27/2012 | DC | 91100.00001 Digital Legal Charges for 11-27-12 | $441.00 |
| 11/27/2012 | DC | 91100.00001 Digital Legal Charges for 11-27-12 | $24.30 |
| 11/27/2012 | DC | 91100.00001 Digital Legal Charges for 11-27-12 | $16.20 |
| 11/27/2012 | DC | 91100.00001 Digital Legal Charges for 11-27-12 | $5.74 |
| 11/27/2012 | DC | 91100.00001 Digital Legal Charges for 11-27-12 | $10.65 |
| 11/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-27-12 | $20.15 |
| 11/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-27-12 | $13.32 |
| 11/27/2012 | PO | 91100.00001 :Postage Charges for 11-27-12 | $14.30 |
| 11/27/2012 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 11/27/2012 | RE | ( 45 @0.10 PER PG) | $4.50 |
| 11/27/2012 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 11/27/2012 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 11/27/2012 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 11/27/2012 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 11/27/2012 | RE | ( 178 @0.10 PER PG) | $17.80 |
| 11/28/2012 | DC | 91100.00001 Digital Legal Charges for 11-28-12 | $81.00 |
| 11/28/2012 | DC | 91100.00001 Digital Legal Charges for 11-28-12 | $24.30 |
| 11/28/2012 | DC | 91100.00001 Digital Legal Charges for 11-28-12 | $15.98 |
| 11/28/2012 | DC | 91100.00001 Digital Legal Charges for 11-28-12 | $5.00 |
| 11/28/2012 | PO | 91100.00001 :Postage Charges for 11-28-12 | $18.00 |
| 11/28/2012 | PO | 91100.00001 :Postage Charges for 11-28-12 | $16.90 |
| 11/28/2012 | RE | ( 217 @0.10 PER PG) | $21.70 |
| 11/28/2012 | RE | ( 230 @0.10 PER PG) | $23.00 |
| 11/28/2012 | RE | ( 634 @0.10 PER PG) | $63.40 |
| 11/29/2012 | DC | 91100.00001 Digital Legal Charges for 11-29-12 | $72.00 |

**Invoice number 101039**     91100  00001                     **Page  17**

| 11/29/2012 | DC | 91100.00001 Digital Legal Charges for 11-29-12 | $24.30 |
| 11/29/2012 | DC | 91100.00001 Digital Legal Charges for 11-29-12 | $8.46 |
| 11/29/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-29-12 | $30.60 |
| 11/29/2012 | FE | 91100.00001 FedEx Charges for 11-29-12 | $8.12 |
| 11/29/2012 | FE | 91100.00001 FedEx Charges for 11-29-12 | $12.26 |
| 11/29/2012 | FE | 91100.00001 FedEx Charges for 11-29-12 | $8.12 |
| 11/29/2012 | FE | 91100.00001 FedEx Charges for 11-29-12 | $12.26 |
| 11/29/2012 | PO | 91100.00001 :Postage Charges for 11-29-12 | $16.90 |
| 11/29/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 11/29/2012 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 11/29/2012 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 11/29/2012 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 11/29/2012 | RE | ( 70 @0.10 PER PG) | $7.00 |
| 11/29/2012 | RE | ( 120 @0.10 PER PG) | $12.00 |
| 11/29/2012 | RE | ( 152 @0.10 PER PG) | $15.20 |
| 11/29/2012 | RE | ( 220 @0.10 PER PG) | $22.00 |
| 11/29/2012 | RE | ( 270 @0.10 PER PG) | $27.00 |
| 11/29/2012 | RE | ( 279 @0.10 PER PG) | $27.90 |
| 11/29/2012 | RE | Reproduction Expense. [E101] 29 pgs, WLR | $2.90 |
| 11/30/2012 | DC | 91100.00001 Digital Legal Charges for 11-30-12 | $81.00 |
| 11/30/2012 | DC | 91100.00001 Digital Legal Charges for 11-30-12 | $24.30 |
| 11/30/2012 | DC | 91100.00001 Digital Legal Charges for 11-30-12 | $7.78 |
| 11/30/2012 | DC | 91100.00001 Digital Legal Charges for 11-30-12 | $7.25 |
| 11/30/2012 | DC | 91100.00001 Digital Legal Charges for 11-30-12 | $7.78 |
| 11/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-30-12 | $13.32 |
| 11/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 11-30-12 | $20.15 |
| 11/30/2012 | FE | 91100.00001 FedEx Charges for 11-30-12 | $17.31 |
| 11/30/2012 | FE | 91100.00001 FedEx Charges for 11-30-12 | $33.38 |
| 11/30/2012 | PAC | Pacer - Court Research | $1,569.80 |
| 11/30/2012 | PO | 91100.00001 :Postage Charges for 11-30-12 | $10.30 |
| 11/30/2012 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 11/30/2012 | RE | ( 92 @0.10 PER PG) | $9.20 |
| 11/30/2012 | RE | ( 96 @0.10 PER PG) | $9.60 |
| 11/30/2012 | RE | ( 131 @0.10 PER PG) | $13.10 |
| 11/30/2012 | RE | ( 159 @0.10 PER PG) | $15.90 |
| 11/30/2012 | RE | ( 250 @0.10 PER PG) | $25.00 |

Total Expenses:                     **$21,069.36**

## Summary:

Total professional services          $24,167.50
Total expenses                        $21,069.36

**Invoice number 101039**    91100   00001                                **Page  18**

|  | **Net current charges** |  |  | $45,236.86 |
|  | Net balance forward |  |  | $18,507.28 |
|  | **Total balance now due** |  |  | $63,744.14 |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 2.00 | 185.00 | $370.00 |
| CAK | Knotts, Cheryl A. | 0.80 | 265.00 | $212.00 |
| JEO | O'Neill, James E. | 4.60 | 675.00 | $3,105.00 |
| KPM | Makowski, Kathleen P. | 7.30 | 495.00 | $3,613.50 |
| KSN | Neil, Karen S. | 3.60 | 185.00 | $666.00 |
| LDJ | Jones, Laura Davis | 0.60 | 955.00 | $573.00 |
| PEC | Cuniff, Patricia E. | 46.80 | 265.00 | $12,402.00 |
| SLP | Pitman, L. Sheryle | 10.60 | 185.00 | $1,961.00 |
| WLR | Ramseyer, William L. | 2.20 | 575.00 | $1,265.00 |
|  |  | 78.50 |  | $24,167.50 |

## Task Code Summary

|  |  | **Hours** | **Amount** |
|---|---|---|---|
| AP | Appeals [B430] | 2.10 | $1,111.50 |
| CA | Case Administration [B110] | 35.20 | $8,278.00 |
| EA01 | WRG-Employ. App., Others | 2.00 | $714.00 |
| FA | WRG-Fee Apps., Applicant | 5.50 | $2,576.50 |
| FA01 | WRG-Fee Applications, Others | 21.90 | $6,911.50 |
| LN | Litigation (Non-Bankruptcy) | 11.80 | $4,576.00 |
|  |  | 78.50 | $24,167.50 |

## Expense Code Summary

| | |
|---|---|
| Attorney Service [E107] | $3,806.00 |
| Delivery/Courier Service | $4,147.45 |
| DHL- Worldwide Express | $628.06 |
| Federal Express [E108] | $278.06 |
| Filing Fee [E112] | $1,774.59 |
| Fax Transmittal [E104] | $1,350.00 |
| Outside Services | $2,108.70 |
| Pacer - Court Research | $1,569.80 |
| Postage [E108] | $2,160.00 |
| Reproduction Expense [E101] | $3,219.70 |
| Reproduction/ Scan Copy | $27.00 |
|  | $21,069.36 |