## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** Dec. 26, 2012 at 4:00 p.m. |
| | ) | **Hearing Date:** March 25, 2013 at 9:00 a.m. |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 29995

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Sixth Quarterly Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from July 1, 2012 through September 30, 2012 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 26, 2012 at 4:00 p.m.

Dated: January 8, 2013

                                        Scott L. Baena, Esquire
                                        Jay M. Sakalo, Esquire
                                        BILZIN SUMBERG BAENA PRICE
                                        & AXELROD LLP
                                        1450 Brickell Avenue, Suite 2300
                                        Miami, FL 33131
                                        Tel:    (305) 374-7580
                                        Fax:   (305) 374-7593

                                                    -and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*