

December 26, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   226249

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 31, 2012

**CLIENT SUMMARY**

**BALANCE AS OF- 10/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $506.00 | $186.20 | $692.20 |
| **.15543 -** 07 - Applicant's Fee Application | $444.50 | $0.00 | $444.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $0.00 | $0.00 | $0.00 |
| *Client Total* | *$950.50* | *$186.20* | *$1,136.70* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Donaire, Gloria | 2.30 | $220.00 | $506.00 |
| Flores, Luisa M | 0.90 | $235.00 | $211.50 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$950.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Long Distance Telephone-Outside Services | $60.00 |
| Pacer - Online Services | $123.90 |
| Copies | $2.30 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$186.20*** |

| | |
|---|---:|
| **TOTAL BALANCE DUE THIS PERIOD** | **$1,136.70** |

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| 10/31/12 | GD | 2.30 | 506.00 | Review docket activity in bankruptcy court, district court, and email to Jay Sakalo thereon. |

**PROFESSIONAL SERVICES** $506.00

### COSTS ADVANCED

| 09/30/12 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q32012; DATE: 9/30/2012 - Account#BILSUM | 123.90 |
| 10/16/12 | Long Distance Telephone-Outside Services COUTCALL #5210162 - VENDOR: DINERS CLUB; INVOICE#: 10/28/12; DATE: 10/28/2012 - Acct. 5306220025395504 | 30.00 |
| 10/16/12 | Long Distance Telephone-Outside Services COUTCALL #5212032 - VENDOR: DINERS CLUB; INVOICE#: 10/28/12; DATE: 10/28/2012 - Acct. 5306220025395504 | 30.00 |
| 10/08/12 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 10/08/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/12 | Copies 9 pgs @ 0.10/pg | 0.90 |

**TOTAL COSTS ADVANCED** $186.20

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.30 | $220.00 | $506.00 |
| *TOTAL* | *2.30* | | *$506.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Long Distance Telephone-Outside Services | $60.00 |
| Pacer - Online Services | $123.90 |
| Copies | $2.30 |
| *TOTAL* | *$186.20* |

**CURRENT BALANCE DUE THIS MATTER** $692.20

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 10/02/12 | JMS | 0.20 | 110.00 | Email to B. Ruhlander regarding response to initial report. |
| 10/11/12 | LMF | 0.60 | 141.00 | Attend to finalizing statement, preparing and submitting notice and summary for same to local counsel for filing and service. |
| 10/17/12 | JIS | 0.30 | 123.00 | Review and revise September prebill and confer with L. Flores thereon. |
| 10/23/12 | LMF | 0.30 | 70.50 | Prepare notice and Summary for september fees and send to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $444.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 0.90 | $235.00 | $211.50 |
| **TOTAL** | **1.40** | | **$444.50** |

**CURRENT BALANCE DUE THIS MATTER** $444.50

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| **PROFESSIONAL SERVICES** | | | **$0.00** |

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

| **CURRENT BALANCE DUE THIS MATTER** | **$0.00** |