**EXHIBIT A**

## DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

December 06, 2012


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001          Invoice# 1817049               IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.80 hrs. at | $780.00 | /hr. = | $1,404.00 | |
| WS KATCHEN | OF COUNSEL | 1.10 hrs. at | $875.00 | /hr. = | $962.50 | |
| S LENKIEWICZ | PARALEGAL | 10.30 hrs. at | $185.00 | /hr. = | $1,905.50 | |
| | | | | | | $4,272.00 |



DISBURSEMENTS
OVERNIGHT MAIL                                            $21.55
TOTAL DISBURSEMENTS                                                      $21.55

BALANCE DUE THIS INVOICE                                                 $4,293.55

Duane Morris
December 06, 2012
Page 2

File # K0248-00001                                                      INVOICE# 1817049
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/2012 004 | MR LASTOWSKI | REVIEW REVISED AGENDA | 0.10 | $78.00 |
| | | Code Total | 0.10 | $78.00 |

Duane Morris
December 06, 2012
Page 3

File # K0248-00001                                                      INVOICE# 1817049
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/2012 012 | S LENKIEWICZ | RECEIPT OF DUANE MORRIS INVOICE FOR OCTOBER 2012 AND REVIEW SAME | 0.20 | $37.00 |
| 11/15/2012 012 | S LENKIEWICZ | PREPARE CNO REGARDING DUANE MORRIS 1072TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD | 0.50 | $92.50 |
| 11/20/2012 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S REPORT | 0.10 | $78.00 |
| 11/26/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 128TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE 128TH MONTHLY FEE APPLICATION OF DUANE MORRIS (.2); EFILE SAME (.2) | 0.50 | $92.50 |
| 11/27/2012 012 | MR LASTOWSKI | REVIEW 46TH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP | 0.60 | $468.00 |
| 11/27/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 46TH QUARTERLY FEE APPLICATION AND FEE CHARTS (1.2); PREPARE EXHIBITS TO SAME (.3) | 1.50 | $277.50 |
| 11/28/2012 012 | S LENKIEWICZ | REVISE AND FINALIZE DUANE MORRIS 46TH QUARTERLY FEE APPLICATION FOR EFILINGN (.7); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); PREPARE SERVICE LABELS RE SAME (.1) | 1.00 | $185.00 |
| 11/28/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 129TH MONTHLY FEE APPLICATION AND EXHIBIT | 0.60 | $111.00 |
| 11/29/2012 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS 129TH MONTHLY FEE APPLICATION AND EFILE SAME (.3) | 0.30 | $55.50 |
| 11/29/2012 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS 46TH QUARTERLY FEE APPLICATION AND EXHIBITS (.2); EFILE SAME (.3); COORDINATE SERVICE OF SAME AND PREPARE OVERNIGHT PACKAGES (.2) | 0.70 | $129.50 |
| | | Code Total | 6.00 | $1,526.50 |

Duane Morris
December 06, 2012
Page 4

File # K0248-00001                                                    INVOICE# 1817049
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/6/2012 013 | S LENKIEWICZ | REVISE NOTICE OF SSL'S 138TH MONTHLY FEE APPLICATION AND PREPARE SAME FOR EFILING (.2); REVISE SSL'S 138TH MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); EFILING SSL'S 138TH MONTHLY FEE APPLICATION (.3); PREPARE AND COORDINATE OVERNIGHT AND HAND DELIVERY SERVICE (.2); EMAIL TO COUNSEL FORWARD SAME (.1): EMAIL TO WARREN SMITH'S OFFICE ATTACHING WORD COPY OF SAME (.1) | 1.30 | $240.50 |
| 11/13/2012 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE 104TH MONTHLY FEE APPLICATION (.2); FINALIZE MOTION AND EXHIBITS FOR EFILING (.1); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 11/14/2012 013 | S LENKIEWICZ | FINALIZE NOTICE OF STROOCK'S RE-FILED 138TH MONTHLY FEE APPLICATION (.1); FINALIZE PLEADING AND EXHIBITS FOR EFILING (.1); EFILE SAME (.2); FORWARD EFILING G CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $92.50 |
| 11/15/2012 013 | S LENKIEWICZ | PREPARE CNO REGARDING CAPSTONE 103RD MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD | 0.50 | $92.50 |
| 11/26/2012 013 | S LENKIEWICZ | REVISE AND FINALIZE EXHIBITS TO CAPSTONE'S 35TH QUARTERLY FEE APPLICATION (.2); FINALIZE APPLICATION, COS AND NOTICE FOR FILING (.1); EFILE CAPSTONE 35TH QUARTERLY FEE APPLICATION (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| 11/27/2012 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE CAPSTONE'S 35TH QUARTERLY FEE APPLICATION FILED ON 11/26 (.2); FINALIZE AND EFILE SAME (.3) | 0.50 | $92.50 |
| 11/28/2012 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE SSL 46TH QUARTERLY FEE | 0.20 | $37.00 |

Duane Morris
December 06, 2012
Page 5

File # K0248-00001                                                    INVOICE# 1817049
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/2012 013 | S LENKIEWICZ | APPLICATION FINALIZE SSL 46TH QUARTERLY FEE APPLICATION AND EXHIBITS (.2); EFILE SAME (.3); COORDINATE SERVICE OF NOTICE (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| | | Code Total | 5.00 | $925.00 |

Duane Morris
December 06, 2012
Page 6

File # K0248-00001                                                INVOICE# 1817049
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/2012 017 | MR LASTOWSKI | REVIEW DEBTORS' NOTICE OF QUALIFIED SETTLEMENT RELIEF FUND | 0.30 | $234.00 |
| 11/26/2012 017 | MR LASTOWSKI | REVIEW APPEAL STATUS | 0.40 | $312.00 |
| 11/27/2012 017 | MR LASTOWSKI | REVIEW APPEALS STATUS | 0.30 | $234.00 |
| | | Code Total | 1.00 | $780.00 |

Duane Morris
December 06, 2012
Page 7

File # K0248-00001                                                                INVOICE# 1817049
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/16/2012 025 | WS KATCHEN | REVIEW STROOK MEMO. | 0.20 | $175.00 |
| 11/20/2012 025 | WS KATCHEN | REVIEW CAPSTONE CONFIDENTIAL REPORT TO COMMITTEE. | 0.40 | $350.00 |
| 11/20/2012 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION OF TRANSFER MAXIMUM $100 MILLION TO QUALIFIED SETTLEMENT FUND AND SEGREGATED ACCOUNT FOR BENEFIT OF PI CLAIMANTS. | 0.30 | $262.50 |
| 11/29/2012 025 | WS KATCHEN | DOCKET/INTERNAL E-MAILS. | 0.20 | $175.00 |
| | | Code Total | 1.10 | $962.50 |
| | | TOTAL SERVICES | 13.20 | $4,272.00 |

Duane Morris
December 06, 2012
Page 8

File # K0248-00001                                                          INVOICE# 1817049
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 11/06/2012 | OVERNIGHT MAIL PACKAGE SENT TO BOBBI RUHL ER AT WARREN H. SMITHASSOCIATES - ROCKWALL, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794009697227) | 12.23 |
| 11/06/2012 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794009729925) | 9.32 |
| | Total: | $21.55 |
| | TOTAL DISBURSEMENTS | $21.55 |

Duane Morris
December 06, 2012
Page 9

File # K0248-00001                                        INVOICE# 1817049
       W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 1.80 | 780.00 | $1,404.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.10 | 875.00 | $962.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 10.30 | 185.00 | $1,905.50 |
|  |  |  | 13.20 |  | $4,272.00 |