**ONE HUNDRED AND SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 11-1-2012 through 11-30-2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 6.50 | $5,167.50 |
| R. Frezza | Member | $725 | 78.90 | $57,202.50 |
| M. DeSalvio | Director | $185 | 0.30 | $55.50 |
| M. Viola | Paraprofessional | $120 | 0.70 | $84.00 |
| **For the Period 11-1-2012 through 11-30-2012** | | | **86.40** | **$62,509.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 11-1-2012 through 11-30-2012

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 02. Case Administration | During the Fee Application period, the Applicant reviewed the docket for new postings. | 2.80 | $2,030.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared detailed observations on Cash Settled Collar motion for Counsel and participated in discussion re: revised interest scenarios with Counsel. | 8.20 | $5,973.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant reviewed and analyzed Counsels memo re: Third Circuit hearing delay and discussed relevant issues therein. | 0.90 | $652.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the October 2012 and 35th Quarterly fee applications. | 0.70 | $84.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant reviewed and analyzed data regarding September and October 2012 monthly reports and the 2012 Annual Report which was discussed with Counsel. | 8.90 | $6,564.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant reviewed and analyzed 3Q12 results, began drafting a summary, requested recent analyst reports, began reviewing quarterly financial report, prepared notes and discussed presentation with Counsel, participated in Grace's Chapter 11 Financial Matters Update presentation investor call and prepared a memo to the Committee. | 39.70 | $28,964.50 |
| 21. Research | During the Fee Application period, the Applicant prepared retrieved recent analysts' reports on WR Grace and Specialty Chemical industry. | 0.30 | $55.50 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in call with Counsel the QSF motion. | 2.20 | $1,595.00 |
| 27. Plan of Reorganization/Disclosure Statement | During the Fee Application period, the Applicant reviewed and analyzed the Warrant agreement, the CSCA document and the QSF motion, prepared a report to the Committee and participated in discussions with Counsel re: concerns and impact to the UCC of cash usage due to CSCA implementation. | 22.70 | $16,590.50 |
| **For the Period 11-1-2012 through 11-30-2012** | | **86.40** | **$62,509.50** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 11-1-2012 through 11-30-2012**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 02. Case Administration | | | |
| 11/5/2012 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 11/12/2012 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 11/19/2012 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 11/26/2012 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| Subtotal | | 2.80 | |
| 03. Claims Analysis & Valuation | | | |
| 11/9/2012 | R. Frezza | 2.90 | Prepared detailed observations and conclusions analysis re: Cash Settled Collar motion for Counsel. |
| 11/12/2012 | R. Frezza | 2.70 | Finalized preparation of detailed observations and conclusions analysis re: Cash Settled Collar motion for Counsel and issued to Counsel for review. |
| 11/16/2012 | E. Ordway | 0.40 | Reviewed revised interest calculations. |
| 11/16/2012 | R. Frezza | 2.20 | Participated in discussion with Counsel re: revised interest scenarios and then updated for additional information. |
| Subtotal | | 8.20 | |
| 05. Employee Matters/KERP/Other | | | |
| 11/1/2012 | R. Frezza | 0.90 | Reviewed and analyzed Counsels memo re: Third Circuit hearing delay and discussed relevant issues therein. |
| Subtotal | | 0.90 | |
| 07. Fee Applications & Invoices | | | |
| 11/13/2012 | M. Viola | 0.50 | Prepared the October 2012 fee application. |
| 11/19/2012 | M. Viola | 0.10 | Updated the 35th Quarterly fee statement. |
| 11/28/2012 | M. Viola | 0.10 | Prepared the October 2012 fee application. |
| Subtotal | | 0.70 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **08. Financial Analysis - Schedules & Statements** | | | |
| 11/8/2012 | R. Frezza | 2.40 | Read and analyzed September 2012 monthly financial report. |
| 11/8/2012 | R. Frezza | 2.70 | Read and analyzed 2012 Annual Report and discussed with Counsel. |
| 11/9/2012 | E. Ordway | 0.70 | Read and analyzed September 2012 monthly financial report. |
| 11/29/2012 | R. Frezza | 2.20 | Read and analyzed October 2012 monthly financial report. |
| 11/29/2012 | E. Ordway | 0.90 | Read and analyzed October 2012 monthly financial report. |
| Subtotal | | 8.90 | |
| **09. Financial Analysis - Business Plan** | | | |
| 11/7/2012 | R. Frezza | 2.50 | Started reading and analyzing 3Q12 earnings release and annual report in preparation for Q3 financial report to Committee. |
| 11/7/2012 | R. Frezza | 0.50 | Requested recent analyst reports from Research and began reading and analyzing for quarterly financial performance report to Committee. |
| 11/8/2012 | R. Frezza | 2.60 | Reviewed and analyzed 3Q12 quarterly financial report. |
| 11/9/2012 | R. Frezza | 1.80 | Participated in Grace's Chapter 11 Financial Matters Update presentation investor call. |
| 11/9/2012 | R. Frezza | 0.20 | Prepared notes and discussed the presentation with Counsel who instructed Capstone to prepare a memo. |
| 11/12/2012 | R. Frezza | 2.30 | Listened to replay of earnings call and used information from the call to commence 3Q12 report on Grace performance for Committee. |
| 11/12/2012 | E. Ordway | 0.50 | Read and analyzed 3Q12 financial report. |
| 11/13/2012 | R. Frezza | 2.20 | Prepared detailed report to the Committee on Grace's Chapter 11 Financial Matters Update presentation and sent draft to Counsel. |
| 11/13/2012 | R. Frezza | 2.90 | Prepared overview analysis in preparation for Committee report on Grace's Chapter 11 Financial Matters Update presentation. |
| 11/13/2012 | R. Frezza | 1.40 | Replayed Grace's Chapter 11 Financial Matters Update presentation investor call.  Prepared memo to the Committee. |
| 11/13/2012 | R. Frezza | 1.10 | Replayed Grace's Chapter 11 Financial Matters Update presentation investor call.  Prepared memo to the Committee. |
| 11/14/2012 | E. Ordway | 2.10 | Prepared and edited report to the Committee re: 3Q12. |

**Capstone Advisory Group, LLC**
**Invoice for the 11-1-2012 - 11-30-2012 Fee**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/14/2012 | R. Frezza | 2.90 | Reviewed and analyzed most recent industry analyst reports in connection with 3Q12 Committee report. |
| 11/14/2012 | R. Frezza | 2.70 | Continued drafting Overview section of 3Q12 Grace performance report to Committee. |
| 11/16/2012 | R. Frezza | 2.80 | Continued analysis of divisional results for 3Q12 report. |
| 11/26/2012 | R. Frezza | 2.80 | Continued analysis of divisional results for 3Q12 report. |
| 11/27/2012 | R. Frezza | 2.80 | Prepared new report charts based on divisional analysis. |
| 11/29/2012 | R. Frezza | 2.90 | Reviewed and analyzed updated analyst reports and summarized for Q12 Grace financial performance report to Committee. |
| 11/30/2012 | R. Frezza | 2.70 | Began drafting summary of analyst views for 3Q12 report. |
| Subtotal | | 39.70 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/7/2012 | M. DeSalvio | 0.30 | Retrieved recent analysts' reports on WR Grace and Specialty Chemical industry for R. Frezza. |
| Subtotal | | 0.30 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/9/2012 | R. Frezza | 0.90 | Participated in discussion with Counsel re: QSF motion in preparation for call on 11-12-12 with debtor's Counsel. |
| 11/12/2012 | R. Frezza | 1.30 | Prepared for and participated in call with debtor's Counsel re: QSF motion. |
| Subtotal | | 2.20 | |

27. Plan of Reorganization/Disclaimer Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/2/2012 | R. Frezza | 0.70 | Began preparation of the CSCA report to the Committee. |
| 11/2/2012 | R. Frezza | 2.50 | Reviewed and analyzed both the Warrant agreement and CSCA document. |
| 11/5/2012 | R. Frezza | 0.40 | Prepared financial analysis of cash impact of CSCA on Company's liquidity. |
| 11/5/2012 | R. Frezza | 2.80 | Continued preparation of CSCA report to the Committee. |
| 11/6/2012 | R. Frezza | 2.80 | Participated in detailed discussions with Counsel re: concerns and impact to the UCC of cash usage due to CSCA implementation. |
| 11/7/2012 | R. Frezza | 1.20 | Reviewed and analyzed proposed QSF motion and discussed with Counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/7/2012 | R. Frezza | 1.80 | Prepared question list along with Counsel comments re: CSCA motion. |
| 11/7/2012 | R. Frezza | 1.10 | Continued analysis of financial impact of CSCA on exit financing. |
| 11/7/2012 | E. Ordway | 1.10 | Read and analyzed proposed QSF motion. |
| 11/12/2012 | R. Frezza | 2.20 | Reviewed and analyzed QSF motion and discussed with Counsel. |
| 11/12/2012 | E. Ordway | 0.80 | Read and analyzed data pertaining to CSCA. |
| 11/13/2012 | R. Frezza | 2.70 | Prepared analysis of Net Operating Loss carry forwards and tax implications of Cash Settlement agreement and impact on exit financing. |
| 11/14/2012 | R. Frezza | 2.60 | Addressed Counsel comments on both QSF and Cash Settled Collar memos. |
| Subtotal | | 22.70 | |
| **Total Hours** | | **86.40** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 11-1-2012 through 11-30-2012

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| Research | | | |
| 11/15/2012 | Capstone Expense | Pacer | $7.20 |
| Subtotal - Research | | | $7.20 |
| Telecom | | | |
| 11/13/2012 | Capstone Expense | November telecom | $106.75 |
| Subtotal - Telecom | | | $106.75 |
| **For the Period 11-1-2012 through 11-30-2012** | | | $113.95 |