B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re W.R. Grace & Co., Debtor.                Case No. 01-01139

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Southpaw Credit Opportunity Master Fund LP | Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P. (collectively, "Longacre") |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Southpaw Credit Opportunity Master Fund LP
2 West Greenwich Office Park, 1st Floor
Greenwich, CT 06831
Tel: (203) 862-6208
Fax: (203) 862-6201
Attn: Jeff Cohen

Court Claim # (if known): 9553
Amount of Claim as Allowed: $8,825,416.00
Amount of Claim Transferred: $4,412,708.00
(or 50% of the Amount of Allowed Claim)
Date Claim Originally Filed: 3/28/03

Name and Address where transferee payments should be sent (if different from above):
N/A

759834v.3 2052/00060                -12-

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ Kevin Wyman_____      Date: January 4, 2013
    Name of Transferee/Transferee's Agent

By: _____      Date: _____
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: _____
    Name of Transferee/Transferee's Agent

By: /s/ VLADIMIR JELISAVCIC   Date: JAN. 3, 2013
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

759834v.3 2052/00060                -13-

## EVIDENCE OF TRANSFER OF CLAIM

TO:       THE DEBTORS AND THE BANKRUPTCY COURT

Claim #:    9553

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Longacre Master Fund, Ltd. (owner of an 81.75% interest) ("Longacre Master") and Longacre Capital Partners (QP), L.P. (owner of an 18.25% interest) ("Longacre Capital" and collectively with Longacre Master, "Seller"), its successors and assigns, hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Credit Opportunity Master Fund LP, its successors and assigns ("Buyer"), all of Seller's rights, title, interest, claims and causes of action in and to, or arising under or in connection with Claim No. 9553, to the extent of $4,412,708.00 (the "Transferred Claim"), which represents a 50% interest in Claim No. 9553 in the aggregate amount of $8,825,416.00, against W.R. Grace & Co. and W.R. Grace & Co.-Conn. (the "Debtors"), debtors-in-possession in the chapter 11 case, In re W.R. Grace & Co., et al., Case No. 01-1139 (JFK) (jointly administered) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 3, 2013.

LONGACRE MASTER FUND, LTD.
(81.75%)

By: /s/
Name: V. JELISAVCIC
Title: DIRECTOR

LONGACRE CAPITAL PARTNERS (QP), L.P.
(18.25%)

By: Longacre Capital Management, LLC, its General Partner

By: /s/
Name: V. JELISAVCIC
Title: MANAGER

SOUTHPAW CREDIT OPPORTUNITY MASTER FUND LP

By: /s/
Name:
Title: Kevin Wyman, Managing Member of General Partner - Southpaw GP LLC