IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: Dec. 26, 2012 at 4:00 p.m.** |
| | ) | **Hearing Date: March 25, 2013 at 9:00 a.m.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 29996**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Sixth Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from July 1, 2012 through September 30, 2012 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than December 26, 2012 at 4:00 p.m.

Dated:   January 9, 2013                    FERRY, JOSEPH & PEARCE, P.A.

                                            /s/ Lisa L. Coggins
                                            Michael B. Joseph (No. 392)
                                            Theodore J. Tacconelli (No. 2678)
                                            Lisa L. Coggins (No. 4234)
                                            824 Market Street, Suite 1000
                                            P.O. Box 1351
                                            Wilmington, DE 19899
                                            Tel:   (302) 575-1555
                                            Fax:   (302) 575-1714

                                            *Counsel to the Official Committee of
                                            Asbestos Property Damage Claimants*