**EXHIBIT "A"**

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax:   (302) 575-1714

WR Grace PD Committee                                    Nov. 1, 2012 to Nov. 30, 2012

Invoice #:     45771

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------------------------------------------------|-------|----------|
| B14  | Case Administration -                          | 6.90  | 2,320.50 |
| B17  | Committee, Creditors', Noteholders' or Equity -| 0.50  | 180.00   |
| B18  | Fee Applications, Others -                      | 2.30  | 390.00   |
| B25  | Fee Applications, Applicant -                   | 3.30  | 603.00   |
| B36  | Plan and Disclosure Statement -                | 2.80  | 994.50   |
| B37  | Hearings -                                     | 0.10  | 36.00    |
| B45  | Professional Retention Issues -                | 0.30  | 108.00   |
|      | **Total**                                      | **16.20** | **$4,632.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|--------|-------|----------|
| Lisa L. Coggins | 300.00 | 0.80 | 240.00 |
| Regina Matozzo | 225.00 | 0.60 | 135.00 |
| Theodore J. Tacconelli | 360.00 | 9.70 | 3,492.00 |
| Legal Assistant - KC | 150.00 | 5.10 | 765.00 |
| **Total** | | **16.20** | **$4,632.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                              **$107.05**

Invoice #:      45771                                   Page   2                        Nov. 1–Nov. 30, 2012

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Nov-01-12 | *Committee, Creditors', Noteholders' or* - Prepare correspondence to committee member re: 10/15/12 hearing transcript | 0.20 | TJT |
| | *Fee Applications, Others* - Download Bilzin Sept. 2012 fee app documents | 0.10 | KC |
| | *Fee Applications, Others* - Revisions to Bilzin Sept. 2012 fee app Notice; prepare cos to same; to LLC for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection to August 2012 fee app for efilng; efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to Sept. invoice; to TJT for review | 0.10 | KC |
| Nov-02-12 | *Fee Applications, Others* - Review Bilzin Sept. 2012 fee app for filing and confer with KC re: same | 0.20 | LLC |
| | *Case Administration* - Review Debtor's Motion to Approve Cash Settled Collar Agreement with attachments | 1.30 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Sept. 2012 monthly fee app for filing; efile and service of same | 0.30 | KC |
| Nov-03-12 | *Case Administration* - Review Revised Notice of Motion re: Debtor's Motion to Approve Cash Settled Collar Agreement | 0.20 | TJT |
| Nov-05-12 | *Case Administration* - Review Notice of Filing executed signature page for Declaration in support re: Debtor's Motion to Authorize Cash Settled Collar Agreement | 0.10 | TJT |
| | *Fee Applications, Applicant* - Memo from T. Tacconelli, additional revision to Sept. 2012 invoice; finalize same as exhibit A to Sept. 2012 monthly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Sept. 2012 monthly fee application and related documents; to LLC for review | 0.30 | KC |
| Nov-06-12 | *Case Administration* - Review memo from T. Tacconelli re: case status and response to TJT re: same | 0.20 | KC |
| Nov-07-12 | *Case Administration* - Review Fee Auditor's Final report re: PSZY&J 45th Interim Period Quarterly fee app | 0.10 | TJT |
| Nov-09-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin August 2012 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection to Bilzin August 2012 fee app; to LLC for review | 0.20 | KC |
| Nov-10-12 | *Case Administration* - Review Debtor's Post Confirmation Quarterly Report | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Qualified Settlement Fund with attachments | 0.90 | TJT |
| Nov-12-12 | *Case Administration* - Complete review of Debtor's Motion to Approve Qualified Settlement Fund | 0.80 | TJT |
| | *Fee Applications, Applicant* - Begin preparation of 46th Quarterly fee app for July, Aug, Sept 2012 | 0.40 | KC |
| Nov-13-12 | *Case Administration* - Confer with TJT re: status of matter | 0.10 | LLC |
| | *Case Administration* - Review Certificates of No Objection filed by Debtors re: Motion to Approve Settlement with Dairyland Insurance Co. | 0.10 | TJT |
| | *Case Administration* - Confer with LLC re: possible effective date for plan in 2013 | 0.10 | TJT |
| | *Case Administration* - Review order Dismissing Pleading at docket no. 29858 and review docket to confirm pleading | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Correspondence with J. Sakalo and committee member re: documents related to confirmation, review file and | 0.60 | TJT |

|  | | | |
|---|---|---|---|
| | docket re: same | | |
| | *Plan and Disclosure Statement* - Review article re: possible effective date for plan in 2013 | 0.10 | TJT |
| Nov-14-12 | *Case Administration* - Review case management memo re: week ending 11-13-2012 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with KC and efile Sept. 2012 monthly fee app | 0.30 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to   T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 11/13/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement*   - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Motion to Amend OCP Cap to Increase CAP | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 11/9 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare Sept;. 2012 fee app for service, effectuate service of same | 0.20 | KC |
| Nov-15-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Nov-16-12 | *Case Administration* - Review order re: debtor's Motion to Approve Settlement with Diaryland Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review correspondence from D. Klauder re: no longer UST Trial attorney assigned to case | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review order re: Debtor's Motion to Amend OCP Cap | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Quarterly fee app for July, Aug. Sept. 2012 and response to same | 0.10 | KC |
| Nov-17-12 | *Professional Retention Issues* - Review Debtor's Motion to Modify and Expand Scope of Retention of Baker Donelson | 0.30 | TJT |
| Nov-19-12 | *Case Administration* - Confer with K. Callahan re: D. Klauder no longer UST Trial attorney assigned to case | 0.10 | TJT |
| | *Hearings* - Review Agenda for 11/26 hearing | 0.10 | TJT |
| Nov-20-12 | *Fee Applications, Others* - Review certificate of no objection re: Bilzin August 2012 fee app for filing and confer with KC re: same | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re: Quarterly Fee Apps with no objections for 45th Interim Period with attachments | 0.60 | TJT |
| Nov-21-12 | *Case Administration* - confer with K. Callahan re: Fee Auditor's Final Report for 45th Interim Period | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re: amounts for 45th Quarterly fee app, review same | 0.20 | KC |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's August 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| Nov-23-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-24-12 | *Committee, Creditors', Noteholders' or*- Correspondence   with Committee member re: status of various appeals in 3rd Circuit | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review dockets in various appeals in 3rd Circuit re: status | 0.40 | TJT |
| Nov-26-12 | *Fee Applications, Others* - Download Bilzin 46th Quarterly fee app for July, Aug, Sept. 2012; review and format for filing, preparation of notice for same; to LLC for review | 0.30 | KC |

| | | | |
|---|---|---:|---|
| | *Fee Applications, Others* - Prepare COS to Bilzin 46th Quarterly fee app, formatting of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Continued preparation of 46th Quarterly fee app and related documents, prepare COS; to LLC for review of same | 1.00 | KC |
| Nov-27-12 | *Fee Applications, Others* - Review docket for objections to Bilzin Sept. 2012 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection to Bilzin Sept. 2012 monthly fee app; to LLC for review | 0.20 | KC |
| Nov-28-12 | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce's October Pre bill | 0.30 | TJT |
| | *Plan and Disclosure Statement*   - Review AMH's Motion for Extension to File opening Brief | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare draft invoice for October 2012 monthly fee app; to TJT for review of same | 0.20 | KC |
| Nov-29-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-30-12 | *Plan and Disclosure Statement*   - Start reviewing State of Montana's Opening Brief | 1.50 | TJT |
| | *Fee Applications, Applicant* - Revisions to Oct. 2012 invoice | 0.10 | KC |
| | *Fee Applications, Applicant*- Begin draft October 2012 monthly fee application; to LLC for review | 0.10 | KC |
| | Totals | 16.20 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Nov-01-12 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.50 |
| | Cost Advance - J&J Court Transcribers | 18.00 |
| Nov-02-12 | Photocopy Cost | 3.40 |
| | Cost Advance - postage - 1@$.45 | 0.45 |
| Nov-05-12 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.70 |
| Nov-12-12 | Cost Advance - First State Deliveries - hand delivery 11/1/12 | 7.50 |
| Nov-14-12 | Photocopy Cost | 3.00 |
| Nov-20-12 | Cost Advance - First State Deliveries - hand delivery 11/2/12 | 7.50 |
| Nov-21-12 | Photocopy Cost | 3.90 |
| Nov-27-12 | Cost Advance - First State Deliveries - hand delivery 11/14/12 | 7.50 |
| Nov-29-12 | Cost Advance - First State Deliveries - hand deliveries 11/21/12 | 45.00 |
| Nov-30-12 | Photocopy Cost | 7.00 |
| | Totals | $107.05 |

**Total Fees & Disbursements**                                                      **$4,739.05**