

December 26, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   226250

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH November 30, 2012

**CLIENT SUMMARY**

**BALANCE AS OF- 11/30/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $440.00 | $10.00 | $450.00 |
| **.15543 -** 07 - Applicant's Fee Application | $698.50 | $0.00 | $698.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $220.00 | $0.00 | $220.00 |
| *Client Total* | *$1,358.50* | *$10.00* | *$1,368.50* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 0.40 | $550.00 | $220.00 |
| Snyder, Jeffrey I | 0.50 | $410.00 | $205.00 |
| Donaire, Gloria | 3.90 | $112.82 | $440.00 |
| Flores, Luisa M | 2.10 | $235.00 | $493.50 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*     **$1,358.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Copies | $10.00 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$10.00** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$1,368.50** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/01/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/02/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/05/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/06/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/07/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/08/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/09/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/12/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/13/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/14/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/15/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/16/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/19/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199. |
| 11/20/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/21/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/26/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/27/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: |

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 11/28/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/29/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/30/12 | GD | 2.00 | 440.00 | Review docket activity in bankruptcy court, district court, and email to Jay Sakalo thereon. |

**PROFESSIONAL SERVICES** $440.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/01/12 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/01/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/01/12 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/08/12 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 11/15/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/15/12 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/15/12 | Copies 14 pgs @ 0.10/pg | 1.40 |

**TOTAL COSTS ADVANCED** $10.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 3.90 | $112.82 | $440.00 |
| *TOTAL* | *3.90* | | *$440.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Copies | $10.00 |
| *TOTAL* | *$10.00* |

**CURRENT BALANCE DUE THIS MATTER** $450.00

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 11/01/12 | LMF | 0.40 | 94.00 | Compile all required fee statements for preparation of quarterly fee application and begin drafting quarterly fee application. |
| 11/15/12 | LMF | 1.30 | 305.50 | Finalize quarterly fee application. |
| 11/15/12 | JIS | 0.10 | 41.00 | Emails from/to L. Flores re: quarterly fee application. |
| 11/16/12 | LMF | 0.40 | 94.00 | Finalize 46th quarterly fee application and submit to local counsel for filing. |
| 11/16/12 | JIS | 0.40 | 164.00 | Review and revise forty-sixth interim quarterly fee application. |

**PROFESSIONAL SERVICES** $698.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $410.00 | $205.00 |
| Flores, Luisa M | 2.10 | $235.00 | $493.50 |
| **TOTAL** | **2.60** | | **$698.50** |

**CURRENT BALANCE DUE THIS MATTER** $698.50

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 11/19/12 | JMS | 0.40 | 220.00 | Telephone conference with D. Speights regarding questions about bar date. | |

**PROFESSIONAL SERVICES** $220.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $550.00 | $220.00 |
| **TOTAL** | **0.40** | | **$220.00** |

**CURRENT BALANCE DUE THIS MATTER** $220.00