# Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 16, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #11187

Professional Services

| | Hours | Amount |
|---|---|---|
| 7/2/2012 AL  Update database with Ferry's May electronic detail (.1); Kramer's April electronic detail (.1); Sanders' June electronic detail (.1) and fee application (.2); Rich's June electronic detail (.1) and fee application (.2); Stroock's May electronic detail (.1); | 0.90 | 40.50 |
| 7/3/2012 JAW  Draft e-mail to A Lopez forwarding summaries prepared various applicants and months (0.10) | 0.10 | 15.50 |
| AL  Update database with Sanders' June fee application (.2) and electronic detail (.1); Rich's June fee application (.2) and electronic detail (.1); Stroock's May fee application (.2); receive and review email from J. Wehrmann re summaries (.1); update database with Bilzin's April (.1) Woodcock's April (.1) and Norton's May (.1) fee and expense summaries | 1.20 | 54.00 |
| AL  Update database with AKO's May electronic detail (.1); Caplin's May electronic detail (.1); Campbell's May electronic detail (.2); Charter's May electronic detail (.2); Capstone's May electronic detail (.1); Scholer's May electronic detail (.2); Higgins' May electronic detail (.1) | 1.00 | 45.00 |
| 7/5/2012 JAW  detailed review of Foley's May 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| JAW  detailed review of Casner's April 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| JAW  detailed review of Rich's June 2012 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |
| JAW  detailed review of Stroock's May 2012 fee application (0.80); draft summary of same (0.30) | 1.10 | 170.50 |
| JAW  detailed review of Sander's June 2012 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |

W.R. Grace & Co.                                                                                           Page      2

|  |  | Hours | Amount |
|---|---|---|---|
| 7/5/2012 AL | Research Pacer re objections to fee auditor's fee application (.6); draft of WHSA's CNO (.4); update database with same (.1); electronic filing with the court of WHSA's CNO (.3) | 1.40 | 63.00 |
| AL | Update database with Scarfone's May electronic detail (.1); PWC's May electronic detail (.1); PWC (Darex) May electronic detail (.1); PWC (Global) May electronic detail (.1) | 0.40 | 18.00 |
| 7/6/2012 JAW | detailed review of Saul Ewing's May 2012 fee application (0.10) | 0.10 | 15.50 |
| JAW | detailed review of Kaye Scholer's April 2012 fee application (0.10) | 0.10 | 15.50 |
| JAW | detailed review of Kaye Scholer's May 2012 fee application (0.20) | 0.20 | 31.00 |
| JAW | detailed review of Lauzon's May 2012 fee application (0.20) | 0.20 | 31.00 |
| JAW | Draft e-mail to A Lopez forwarding summaries prepared various applicants and months (0.10) | 0.10 | 15.50 |
| AL | Receive and review email from J. Wehrmann re summaries (.1); update database with Casner's April (.1) Stroock's May (.1) Foley's May (.2) Rich's June (.1) and Sanders' June (.2) fee and expense summaries | 0.80 | 36.00 |
| AL | Update database with Hogan's May fee application (.2); Kramer's May fee application (.2); Lauzon's May fee application (.1); Ewing's May fee application (.2);Higgins' May fee application (.2); Scholer's April fee application (.1); Scholer's May fee application (.1); Capstone's May fee application (.2); Ferry's May fee application (.2); Bilzin's May fee application (.1); Reed's May fee application (.2); Woodcock's May electronic detail (.1) | 1.90 | 85.50 |
| JAW | detailed review of Ferry's May 2012 fee application (0.30) | 0.30 | 46.50 |
| 7/9/2012 JAW | detailed review of Capstone's May 2012 fee application (2.20) | 2.20 | 341.00 |
| JAW | detailed review of Higgin's May 2012 fee application (1.30) | 1.30 | 201.50 |
| JAW | detailed review of Sidley's May 2012 fee application (2.80) | 2.80 | 434.00 |
| JAW | detailed review of Kramer's May 2012 fee application (0.40) | 0.40 | 62.00 |
| JAW | detailed review of Reed's May 2012 fee application (0.80) | 0.80 | 124.00 |
| JAW | detailed review of Hogan's May 2012 fee application (0.30) | 0.30 | 46.50 |
| JAW | detailed review of Bilzin's May 2012 fee application (0.30) | 0.30 | 46.50 |
| 7/10/2012 AL | Update database with Pachulski's April electronic detail (.1); Hogan's May CNO (.1); Lauzon's May CNO (.1); Scarfone's May CNO (.1); | 0.40 | 18.00 |
| AL | Update database with K&E's May electronic detail | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                                    Page        3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/10/2012 | BSR | Review of Beveridge & Diamond's quarterly fee application for the 43rd interim period, as well as fee summary for Dec. 2011 monthly application | 0.20 | 57.00 |
|  | BSR | Research docket for applications for the 44th interim period not yet received | 0.20 | 57.00 |
|  | BSR | receive, review, email from Karen Harvey re overpayment and respond to same with phone call | 0.10 | 28.50 |
|  | BSR | Draft initial report re Beveridge & Diamond (43Q) | 0.70 | 199.50 |
| 7/11/2012 | JAW | Draft summary of Hogan's May 2012 fee application (0.10) | 0.10 | 15.50 |
|  | BSR | Draft initial report re Beveridge & Diamond (44Q) | 3.30 | 940.50 |
|  | JAW | Draft summary of Lauzon's May 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | Draft summary of Kaye Scholer's April 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | Draft summary of Saul Ewing's May 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | Draft summary of Ferry's May 2012 fee application (0.20) | 0.20 | 31.00 |
|  | JAW | Draft summary of Kramer's May 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | Draft summary of Bilzin's May 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | Draft summary of Reed's May 2012 fee application (0.30) | 0.30 | 46.50 |
|  | JAW | Draft summary of Higgin's May 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | Draft summary of Capstone's May 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | detailed review of Pachulski's April 2012 fee application (0.90); draft summary of same (0.20) | 1.10 | 170.50 |
|  | AL | Draft of WHSA's Monthly fee application (1.8); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.10 | 94.50 |
|  | AL | Receive, review and finalize Beveridge's 43Q IR (.3); update database with same (.1); draft email to D. William's re service of same (.1) | 0.50 | 22.50 |
|  | DTW | Review and revise 43rd interim initial report for Beveridge & Diamond (.1). | 0.10 | 16.50 |
| 7/12/2012 | AL | Receive, review and finalize Beveridge's 44Q IR (.3); update database with same (.1); draft email to D. Williams re service of same (.1) | 0.50 | 22.50 |
|  | AL | Update database with PWC's May fee application (.2); PWC's (Darex) May fee application (.2); PWC's (Global) May fee application (.2); Beveridge's October through December Interim fee application (.1); Beveridge's January through March Interim fee application (.1); Steptoe's January through March | 1.30 | 58.50 |

W.R. Grace & Co.                                                                                            Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Interim fee application (.1); Woodcock's May fee application (.2); AKO's May fee application (.2) |  |  |
| 7/12/2012 | BSR | E-mail to Beveridge & Diamond re initial reports for 43rd and 44th interim fee applications | 0.10 | 28.50 |
|  | BSR | Review of Steptoe & Johnson's quarterly fee application (44Q) (monthlies previously reviewed) | 0.10 | 28.50 |
|  | BSR | E-mail to Beveridge & Diamond re initial reports for 43rd and 44th interim fee applications | 0.10 | 28.50 |
|  | JAW | Proofread Warren H. Smith & Associates, June 2012 fee statement and Notice of Filing (0.70); e-mail to A. Lopez regarding any revisions to same (0.10) | 0.80 | 124.00 |
|  | JAW | detailed review of Kirkland's May 2012 fee application (6.0); draft summary of same (1.2) | 7.20 | 1,116.00 |
|  | DTW | Review and revise 44th interim initial report for Beveridge & Diamond. | 0.10 | 16.50 |
|  | BSR | Review of Steptoe & Johnson's quarterly fee application (44Q) (monthlies previously reviewed) | 0.10 | 28.50 |
| 7/13/2012 | AL | Receive and review email from W. Smith re summaries (.1); update database with Scholer's April (.1) Bilzin's May (.2) Capstone's May (.1) Ferry's May (.1) Higgins' May (.2) Hogan's May (.2) Scholer's May (.1) K&E's May (.2) Lauzon's May (.1) Reed's May (.1) Saul's May (.1) and Pachulski's April (.2) fee and expense summaries | 1.80 | 81.00 |
|  | JAW | Draft e-mail to A. Lopez forwarding summaries prepared various applicants and months (0.20) | 0.20 | 31.00 |
| 7/14/2012 | BSR | Review of Casner & Edwards' April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Kaye Scholer's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Pachulski's April 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
|  | BSR | Review of Capstone's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| 7/15/2012 | BSR | Review of Protiviti's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Reed Smith's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                              Page        5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/15/2012 | BSR | Review of May 2012 monthly fee application of Law Offices of Roger Higgins, as well as fee and expense summary re same | 0.30 | 85.50 |
|  | BSR | Review of Protiviti's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Foley Hoag's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Ferry Joseph's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Kaye Scholer's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Kirkland & Ellis' May 2012 monthly fee application and fee and expense summary re same | 0.30 | 85.50 |
|  | BSR | Review of Hon. Alexander Sanders' June 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Alan Rich's June 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
|  | BSR | Review of Stroock's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
|  | BSR | Review of Saul Ewing's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of The Hogan Firm's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Kramer Levin's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Lauzon Belanger's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of AKO's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Beveridge & Diamond's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Blackstone's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of BMC's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                      Page        6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/15/2012 | BSR | Review of Campbell & Levine's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Caplin & Drysdale's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Capstone's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Hon. Alexander Sanders' April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| 7/16/2012 | BSR | Review of Kramer Levin's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of The Hogan Firm's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Lauzon Belanger's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Reed Smith's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of April 2012 monthly fee application of Law Offices of Roger Higgins, as well as fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Foley Hoag's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Ferry Joseph's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Charter Oak's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Saul Ewing's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Scarfone Hawkins' April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Stroock's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Alan Rich's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
|  | BSR | Review of Hon. Alexander Sanders' May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                    Page    7

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 7/16/2012 | BSR | Review of PwC's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Kirkland & Ellis' April 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
|  | BSR | Detailed review of Orrick's expense detail for January through March 2012, as well as Orrick's quarterly fee application for this period (monthlies previously reviewed) | 0.40 | 114.00 |
|  | BSR | Draft initial report re Orrick's 44th quarterly fee application and edit exhibits to same | 0.50 | 142.50 |
|  | AL | Update database with Pachulski's April (.1) May (.2) and June (.1) electronic detail; Beveridge's May electronic detail (.1) | 0.50 | 22.50 |
| 7/17/2012 | BSR | E-mail to Orrick re initial report (44Q) | 0.10 | 28.50 |
|  | BSR | Draft initial report re Orrick's quarterly fee application for the 44th interim period | 0.70 | 199.50 |
|  | BSR | Review of Woodcock Washburn's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | AL | Receive, review and finalize Orrick's 44Q IR (.4); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.60 | 27.00 |
|  | BSR | Review of Norton Rose's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Bilzin Sumberg's April and May 2012 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
|  | AL | Receive and review email from B. Ruhlander re Orrick's 44Q IR exhibit (.1); draft of same (.4); update database with same (.1); draft email to B. Ruhlander re same (.1) | 0.70 | 31.50 |
|  | AL | Update database with Orrick's May CNO (.1); Watson's May electronic detail (.2); Casner's May electronic detail (.1); | 0.40 | 18.00 |
|  | ALP | Drafted final revisions to Orrick Herrington's initial report concerning the 44th interim period (1-3.12) (.3). | 0.30 | 52.50 |
|  | AL | Receive and review email from W. Smith re revisions to WHSA's June fee application (.1); telephone conference with J. Wehrmann re same (.1); draft revisions to WHSA's fee application (.4); draft email to W. Smith re same (.1) | 0.70 | 31.50 |
|  | AL | Receive and review email from J. Wehrmann re 44th interim (.1); update database with Bilzin's April (.2) and May (.1); Norton's May (.1) and Woodcock's April (.1) fee and expense summaries; update database with Pachulski's May CNO (.1) | 0.70 | 31.50 |

W.R. Grace & Co.                                                                                                    Page     8

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/18/2012 | BSR | Draft final report re Holme Roberts & Owen (Bryan Cave HRO) final fee application (.5); email to Eric Johnson re discrepancy in firm's expense award for the 5th interim period (.4) | 0.90 | 256.50 |
| | BSR | telephone conference with Mark Hurford re Campbell & Levine's response to initial report (44Q) (.1); review and respond to email from Mark Hurford re duplicate time entries (.2) | 0.30 | 85.50 |
| | BSR | Draft omnibus final report for the 44th interim period | 2.20 | 627.00 |
| | AL | Receive and review email from W. Smith re approval of WHSA's June fee application (.1); prepare for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's June fee application (.4); prepare same for service (.1) | 1.00 | 45.00 |
| | AL | Update database with Deloitte (Tax) July through September fee application (.2); receive and review email from B. Ruhlander re Baer's 44Q IR exhibit (.1); draft revisions to same (.3); update database with same (.1); draft email to B. Ruhlander re same (.1) | 0.80 | 36.00 |
| | AL | Update database with Fragomen's June fee application (.2); Casner's May electronic detail (.1); Fragomen's May fee application (.2); Fragomen's April fee application (.2); Casner's May fee application (.2); | 0.90 | 40.50 |
| 7/19/2012 | AL | Update database with Fragomen's April through June fee application (.2); Blackstone's May electronic detail (.1); | 0.30 | 13.50 |
| | AL | Receive and review email from B. Ruhlander re Pachulski's 44Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 18.00 |
| | BSR | Continued drafting of omnibus final report for the 44th interim period | 0.60 | 171.00 |
| 7/20/2012 | BSR | Draft final report re Pachulski's 44th quarterly fee application | 0.30 | 85.50 |
| | BSR | Continued drafting of omnibus final report for the 44th interim period | 1.90 | 541.50 |
| | BSR | telephone conference with James Wehrmann re PwC expense issues | 0.10 | 28.50 |
| | BSR | E-mail to Pachulski re final report (44Q) | 0.10 | 28.50 |
| | BSR | Draft exhibit for fee order for the 44th interim fee applications | 1.60 | 456.00 |
| | BSR | Review of Deloitte Tax's quarterly fee application for the 42nd interim period (July through Sept. 2011) (monthly applications previously reviewed) | 0.10 | 28.50 |
| | WHS | receive, review, and respond to email from Bobbi Ruhlander re 44th Pachulski | 0.20 | 59.00 |

W.R. Grace & Co.

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/20/2012 | AL | Receive and review email from W. Smith re approval of Pachulski's 44Q FR (.1); prepare for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of Pachulski's 44Q FR (.4); prepare same for service (.1) | 1.00 | 45.00 |
| | WHS | detailed review of FR Pachulski 44Q 1-3.12 | 0.20 | 59.00 |
| 7/22/2012 | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Ferry Joseph's 1st - 15th  interims and update chart accordingly | 4.00 | 180.00 |
| 7/23/2012 | JAW | detailed review of PwC-GRP's April 1, 2012 to May 31, 2012 fee application (0.30) | 0.30 | 46.50 |
| | JAW | detailed review of Anderson's May 2012 fee application (2.50) | 2.50 | 387.50 |
| | JAW | detailed review of Casner's May 2012 fee application (0.40) | 0.40 | 62.00 |
| | JAW | detailed review of Fragomen's April 2012 fee application (0.30) | 0.30 | 46.50 |
| | JAW | detailed review of Woodcock's May 2012 fee application (0.40) | 0.40 | 62.00 |
| | JAW | detailed review of Fragomen's June 2012 fee application (0.30) | 0.30 | 46.50 |
| | JAW | detailed review of Fragomen's May 2012 fee application (0.30) | 0.30 | 46.50 |
| | JAW | detailed review of PwC-Darex Puerto Rico Audit's 2011 December 1, 2011 to May 31, 2012 fee application (0.40) | 0.40 | 62.00 |
| | JAW | detailed review of PwC's May 2012 fee application (0.60) | 0.60 | 93.00 |
| 7/24/2012 | BSR | Review of Morris James' invoices provided by Holme Roberts & Owens in response to our initial report | 2.70 | 769.50 |
| 7/25/2012 | AL | Update database with Phillip's June electronic detail (.1); Orrick's June electronic detail (.2); Towers' June electronic detail (.1); receive and review email from B. Ruhlander re hard copies of same (.1); | 0.50 | 22.50 |
| | BSR | Continued review of Morris James' invoices | 3.40 | 969.00 |
| 7/26/2012 | AL | Update database with Ferry's May CNO (.1); ARPC's May CNO (.1) | 0.20 | 9.00 |
| 7/27/2012 | BSR | Draft email to Eric Johnson of Holme Roberts & Owen re Morris James invoices, along with exhibit to be attached to final report | 1.90 | 541.50 |
| | AL | Update database with Casner's May fee application (.2); Pachulski's May electronic detail (.2); Reed's June electronic detail (.1) | 0.50 | 22.50 |
| 7/30/2012 | BSR | E-mail to Beveridge & Diamond re response to initial reports (43rd and 44th) | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                          Page    10

|              |       |                                                                                                                                                                                                                                                                                                                          | Hours | Amount |
|--------------|-------|------|-------|--------|
| 7/30/2012 | BSR   | Research docket for case status and applications (44Q) not yet received | 0.10  | 28.50  |
|              | AL    | Update database with Pachulski's May fee application (.2); Stroock's June electronic detail (.1) | 0.30  | 13.50  |
| 7/31/2012 | JAW   | Draft summary of PWC-GRP's April 1, 2012 to May 31, 2012 fee application (0.20) | 0.20  | 31.00  |
|              | JAW   | Draft summary of PWC-Darex Puerto Rico Audit's December 1, 2011 to May 31, 2012 fee application (0.20) | 0.20  | 31.00  |
|              | JAW   | Draft summary of PWC's May 2012 fee application (0.30) | 0.30  | 46.50  |
|              | JAW   | Draft summary of Fragomen's May 2012 fee application (0.30) | 0.30  | 46.50  |
|              | JAW   | Draft e-mail to A. Lopez forwarding summaries prepared various applicants and months (0.20) | 0.20  | 31.00  |
|              | AL    | Update database with Orrick's June fee application (.2);  Pachulski's May CNO (.1)Austern's June fee application (.2);  PWC's May CNO (.1); Stroock's June fee application (.2); K&E's April CNO (.1); Foley's June fee application (.2);  Higgins' June fee application (.2); Higgins' June electronic detail (.1); Towers'June fee application (.2); | 1.60  | 72.00  |
|              | AL    | Receive and review email from J. Wehrmann re 44th interim (.1); update database with Blackstone's May (.1) Pachulski's May (.2) Casner's May (.1) Fragomen's April (.2) Woodcock's May (.1) Fragomen's June (.2) Fragomen's May (.1) and PWC's May (.2) fee and expense summaries ; PWC's May CNO (.1); Kramer's June electronic detail (.2); | 1.80  | 81.00  |
|              | JAW   | Draft summary of Fragomen's June 2012 fee application (0.30) | 0.30  | 46.50  |
|              | JAW   | Draft summary of Woodcock's May 2012 fee application (0.10) | 0.10  | 15.50  |
|              | JAW   | Draft summary of Fragomen's April 2012 fee application (0.20) | 0.20  | 31.00  |
|              | JAW   | Draft summary of Casner's May 2012 fee application (0.10) | 0.10  | 15.50  |
|              | JAW   | Draft summary of Anderson's May 2012 fee application (0.20) | 0.20  | 31.00  |
|              | JAW   | detailed review of Pachulski's May 2012 fee application (1.50); draft summary of same (0.30) | 1.80  | 279.00 |
|              | JAW   | detailed review of Blackstone's May 2012 fee application (0.30); draft summary of same (0.10) | 0.40  | 62.00  |
| 8/1/2012  | AL    | Update database with Ferry's June electronic detail (.2); Campbell's June (.1) AKO's June (.2) Charter's June (.1) and Caplin's June (.2) electronic fee and expense detail; Rich's July electronic detail (.1) and fee application (.2); | 1.10  | 49.50  |

W.R. Grace & Co.                                                                                                    Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/2/2012 | JAW | detailed review of Stroock's June 2012 fee application (0.80) | 0.80 | 124.00 |
|  | JAW | detailed review of Higgins' June 2012 fee application (0.90) | 0.90 | 139.50 |
|  | JAW | detailed review of Foley Hoag's June 2012 fee application (0.60); draft summary of same (0.60) | 1.20 | 186.00 |
|  | BSR | Receive and review response of Orrick to initial report (44Q) (.2); email to Debra Fullem re same (.1) | 0.30 | 85.50 |
|  | BSR | Continued drafting of omnibus final report for the 44th interim period | 0.60 | 171.00 |
|  | JAW | detailed review of Orrick Herrington's June 2012 fee application (2.40) | 2.40 | 372.00 |
|  | AL | Update database with K&E's January (.1) February (.2) March (.1) and interim (.2) electronic detail; Lauzon's May CNO (.1); Hogan's May CNO (.1); Scarfone's May CNO; receive and review email from B. Ruhlander re Orrick's IR response (.1); update database with same (.2); Casner's June electronic detail (.1); Phillips' April through June electronic detail (.2) | 1.40 | 63.00 |
| 8/3/2012 | JAW | Draft summary of Stroock's June 2012 fee application (0.10) | 0.10 | 15.50 |
|  | JAW | Draft summary of Higgins' June 2012 fee application (0.10) | 0.10 | 15.50 |
|  | BSR | Receive and review response of Beveridge & Diamond to initial reports (43rd and 44th) | 0.40 | 114.00 |
|  | JAW | Draft summary of Orrick Herrington's June 2012 fee application (0.30) | 0.30 | 46.50 |
|  | BSR | Continued drafting of omnibus final report for the 44th interim period | 1.80 | 513.00 |
|  | AL | Update database with Norton's June electronic detail (.1); receive and review email from B. Ruhlander re Beveridge's 44Q IR response (.1); update database with same (.2) | 0.40 | 18.00 |
| 8/5/2012 | BSR | Draft e-mail to Pamela Marks with follow-up questions regarding Beveridge & Diamond's response to initial report (44th) | 0.30 | 85.50 |
| 8/6/2012 | BSR | Review of AKO's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
|  | BSR | Review of Fragomen's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Woodcock Washburn's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of expenses on Blackstone's May 2012 monthly fee application; review of fee and expense summary re same | 0.20 | 57.00 |

W.R. Grace & Co.                                                                                    Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/6/2012 | BSR | Review of Fragomen's Global Immigration Fee Structure; review of Fragomen's June 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of Casner & Edwards' May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | AL | Update database with PWC's June (.1) and April through June interim (.2) electronic detail; Sanders' July electronic detail (.2); Ferry's June electronic detail (.1); Casner's June electronic detail (.1) | 0.70 | 31.50 |
| 8/7/2012 | BSR | Review status of HRO final report and response; email to Eric Johnson of HRO inquiring as to response to follow-up questions; email to Alicia Berry (Eric Johnson's assistant) re same | 0.20 | 57.00 |
| | BSR | Continued drafting final report re Beveridge & Diamond's 43rd interim fee application | 0.10 | 28.50 |
| | BSR | Detailed review of Towers Watson's June 2012 monthly fee application | 0.10 | 28.50 |
| | BSR | Detailed review of Phillips Goldman & Spence's May 2012 monthly fee application | 0.20 | 57.00 |
| | BSR | Review of PwC's Darex Puerto Rico Audit application for December 2011 through May 2012 and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of PwC's Global Restructuring application for April-May 2012 and fee and expense summary re same; check cumulative fees for this project against budget in engagement letter | 0.20 | 57.00 |
| | BSR | Review of PwC's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of Pachulski's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of Fragomen's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | AL | Update database with Reed's June fee application (.2); Casner's June fee application (.2); Kramer's June fee application (.2); Rich's July (.1); Sanders' July (.1) Norton's June fee application (.2); Campbell's June fee application (.2); Caplin's June fee application (.2); AKO's June fee application (.2); Charter's June fee application (.2); K&E's June fee application (.2); receive and review email from B. Ruhlander re Beveridge's 43Q FR (.1); update database with same (.1); draft email to W. Smith re approval (.1) | 2.30 | 103.50 |
| 8/8/2012 | BSR | E-mail to Debbie Melnyck regarding additional information needed from Beveridge & Diamond in order to complete final report (44Q) | 0.30 | 85.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/8/2012 AL | | Update database with Lauzon's June electronic detail (.1); Hogan's June electronic detail (.2); Scarfone's June electronic detail (.1); Blackstone's June electronic detail (.1); K&E's June electronic detail (.2); | 0.70 | 31.50 |
| 8/9/2012 AL | | update database with Deloitte Tax November (.1) December (.2) January (.2) February (.1) March (.1) April (.2) and May (.1) electronic detail; Saul's June electronic detail (.1) | 1.10 | 49.50 |
| | JAW | detailed review of Norton Rose's June 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Caplin Drysdale's June 2012 fee application (0.70); draft summary of same (1.00) | 1.70 | 263.50 |
| | JAW | detailed review of Casner & Edward's June 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Campbell & Levine's June 2012 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
| | JAW | detailed review of Kramer Levin's June 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Reed Smith's June 2012 fee application (0.30); draft summary of same (0.30) | 0.60 | 93.00 |
| | AL | Update database with Phillips'April through June interim fee application (.2); Deloitte (Tax) November fee application (.2); Stroock's April through June electronic detail (.1); Deloitte  December fee application (.2); Deloitte Tax January fee application (.1); Deloitte Tax February fee application (.1); Deloitte Tax March fee application (.2); Deloitte Tax April fee application (.2); Deloitte Tax May fee application (.1); Woodcock's June fee application (.1);Reed's April through June fee application (.2); Higgins' fee application (.2); Casner's June fee application (.1); PWC's April through June fee application (.2); Bilzin's June fee application (.2); Ferry's fee application (.2); | 2.60 | 117.00 |
| | JAW | detailed review of Charter Oak's June 2012 fee application (0.30); draft summary of same (0.40) | 0.70 | 108.50 |
| | JAW | detailed review of Alan Rich's July 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Anderson Kill's June 2012 fee application (1.40); draft summary of same (0.10) | 1.50 | 232.50 |
| 8/10/2012 BSR | | Check docket for pertinent orders and other filings | 0.10 | 28.50 |
| | BSR | Continue drafting final report re Beveridge & Diamond's 44th interim fee application | 2.80 | 798.00 |

W.R. Grace & Co.                                                                                        Page    14

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 8/10/2012 | BSR | Continue drafting omnibus final report for the 44th interim period | 2.00 | 570.00 |
| | AL | Receive and review email from B. Ruhlander re Beveridge's 44Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Receive and review email from B. Ruhlander re Revised Beveridge's 44Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Receive and review email from B. Ruhlander re Omnibus 44Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); | 1.20 | 54.00 |
| 8/11/2012 | BSR | receive, review, and respond to email from Warren Smith regarding omnibus final report (44Q); revise omnibus final report per request of Warren Smith | 0.30 | 85.50 |
| | WHS | detailed review of 44th - Final Report re Beveridge & Diamond | 0.30 | 88.50 |
| 8/13/2012 | BSR | Continue drafting exhibit to proposed fee order for 44th interim fee applications | 0.20 | 57.00 |
| | BSR | E-mail to Beveridge & Diamond re final report for the 44th interim period | 0.10 | 28.50 |
| | WHS | detailed review of, and revisions to, 44th - Omnibus Final Report | 0.40 | 118.00 |
| | AL | Update database with AKO's April through June interim (.1); Caplin's April through June interim (.1); Campbell's April through June interim (.2); Charter's April through June interim (.1) | 0.50 | 22.50 |
| | JAW | Draft e-mail to A. Lopez forwarding summaries prepared of various applicants and months (0.10) | 0.10 | 15.50 |
| | AL | Receive and review email from W. Smith re approval of Beveridge's 44Q FR (.1); prepare same for electronic filing (.3); update database with same (.1); electronic filing with the court of Beveridge's 44Q FR (.4); prepare same for service (.1); draft email to B. Ruhlander re same (.1); Receive and review email from W. Smith re approval of Omnibus' 44Q FR (.1); prepare same for electronic filing (.3); update database with same (.1); electronic filing with the court of Omnibus' 44Q FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1); | 2.10 | 94.50 |
| 8/14/2012 | AL | Research re WHSA's interim fees and expenses (.8); Begin draft of WHSA's interim fee application (1.6); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.70 | 121.50 |
| | BSR | Draft final report re Holme Roberts & Owen's 41st and Final Fee application | 2.40 | 684.00 |
| | AL | Receive and review email from J. Wehrmann re 45th and 46th interims (.1); update database with AKO's June (.2) Campbell's June (.1) Caplin's June (.2) Casner's June (.2) Charter's June (.1) Foley's June (.1) Higgins' June (.2) Kramer's June (.2) Norton's June (.1) Orrick's June (.1) Reed's June (.1) Stroock's June (.2) and Rich's July (.1) fee and expense summaries; Woodock's June electronic detail (.1) | 2.10 | 94.50 |

W.R. Grace & Co.                                                                                       Page    15

|  |  | Hours | Amount |
|---|---|---|---|
| 8/15/2012 JAW | Proofread W.H. Smith's 45th interim (April 1, 2012 to June 30, 2012) fee application and statement (0.50); draft e-mail to A. Lopez regarding any revisions needed to same (0,10) | 0.60 | 93.00 |
| AL | receive and review email from J. Wehrmann re revisions to be made (.1); Revise WHSA's interim fee application (.5); update database with same (.2); draft email to J. Wehrmann re changes made (.1); receive and review email from J. Wehrmann re final changes to WHSA's interim fee application (.1); Revised WHSA's interim (.3); update database with same (.1); draft email to J. Wehrmann re review of revisions (.1); | 1.50 | 67.50 |
| BSR | E-mail to HRO re additional information still needed | 0.10 | 28.50 |
| 8/16/2012 AL | Receive and review email from B. Ruhlander re 44th interim project category spreadsheet | 0.10 | 4.50 |
| 8/17/2012 AL | update database with Foley's April through June interim fee application (.2); Casner's April through June interim fee application (.2); Foley's April through June interim fee application (.2); Capstone's June fee application (.2) | 0.80 | 36.00 |
| AL | Update database with Capstone's June electronic detail (.1); Kramer's April through June electronic detail (.2); Hogan's April through June electronic detail (.1); Scarfone's April through June electronic detail (.1); Lauzon's April through June electronic detail (.2); Sanders' April through June electronic detail (.2); Rich's April through June electronic detail (.1); Towers' June CNO (.1); Orrick's June CNO (.1) | 1.20 | 54.00 |
| 8/20/2012 AL | receive and review email from W. Smith re approval of WHSA's interim application (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's interim fee application (.4); prepare same for service (.1) | 1.00 | 45.00 |
| AL | Update database with Capstone's April through June electronic detail (.2); Ewing's April through June electronic detail (.1) | 0.30 | 13.50 |
| BSR | Review of email from Eric Johnson with additional expense information re Holme Roberts & Owen's Morris James invoices | 0.20 | 57.00 |
| 8/21/2012 AL | research fees and expenses of WHSA for the month of July 2012 (.4); draft of WHSA's July fee application (1.3); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.00 | 90.00 |
| 8/22/2012 JAW | Proofread the revised WH Smith's July 2012 fee statement and Notice of Filing (0.20); e-mail to A. Lopez re: any revisions to same (0.10) | 0.30 | 46.50 |
| JAW | Proofread WH Smith's July 2012 fee statement and Notice of Filing (0.60); e-mail to A. Lopez re: any revisions to same (0.20) | 0.80 | 124.00 |
| AL | update database with Hogan's June fee application | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                                    Page     16

| | | Hours | Amount |
|---|---|---|---|
| 8/22/2012 AL | receive and review email from J. Wehrmann re changes to WHSA's July fee application (.2); draft revisions to WHSA's July fee application (.6); update database with same (.2); draft email to J. Wehrmann re revised application (.1) | 1.10 | 49.50 |
| AL | Update database with Phillips' June CNO (.1); Kramer's June CNO (.1) | 0.20 | 9.00 |
| 8/23/2012 AL | Update database with Blackstone's June fee application (.1); Capstone's April through June fee application (.2); Lauzon's June fee application (.2); Scarfone's June fee application (.2); Charter's April through June fee application (.1); Campbell's April through June fee application (.1); Caplin's April through June fee application (.1); AKO's April through June fee application (.2); Kramer's April through June fee application (.2); Ewing's April through June fee application (.2); | 1.60 | 72.00 |
| JAW | detailed review of Saul Ewing's June 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| JAW | detailed review of Kirkland's June 2012 fee application (3.90) | 3.90 | 604.50 |
| JAW | detailed review of PwC's June 2012 fee application (0.60); draft summary of same (0.40) | 1.00 | 155.00 |
| 8/24/2012 BSR | Detailed review of Deloitte Tax's monthly fee applications for Nov. 2011 through May 2012 | 0.20 | 57.00 |
| BSR | Review of Woodcock Washburn's June 2012 monthly fee application | 0.10 | 28.50 |
| AL | Update database with Phillips' July electronic detail (.1); Protiviti's May through July electronic detail (.2); | 0.30 | 13.50 |
| JAW | continued detailed review of Kirkland's June 2012 fee application (2.40); draft summary of same (1.10) | 3.50 | 542.50 |
| AL | receive and review email from W. Smith re WHSA's July fee application (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's July fee application (.4); prepare same for service (.1) | 1.00 | 45.00 |
| 8/25/2012 AL | Research re Project Category Spreadsheet for all applicants in the case period (1.9); begin draft of Project Category Spreadsheet (2.1) | 4.00 | 180.00 |
| 8/27/2012 BSR | Draft final report re Holme Roberts & Owen's 41st and final fee applications | 3.00 | 855.00 |
| AL | receive and review email from B. Ruhlander re HRO's final fee application (.1); update database with same (.2); PWC's July electronic detail (.1); Protiviti's July electronic detail (.1); receive and review email from B. Ruhlander re HRO's Final Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.90 | 40.50 |

W.R. Grace & Co.                                                                                            Page    17

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/28/2012 | AL | receive and review email from W. Smith re approval of HRO's Final Q FR (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of Sidley's 31Q FR (.4); prepare same for service (.1) | 1.00 | 45.00 |
| | BSR | Draft fee and expense exhibit for 44th interim applications | 0.50 | 142.50 |
| | BSR | E-mail to Holme Roberts & Owen re final report | 0.10 | 28.50 |
| | BSR | Review of July 2012 monthly fee applications of Alan Rich and Hon. Alexander Saunders | 0.30 | 85.50 |
| | AL | Update database with Reed's July electronic detail (.1); Stroock's July electronic detail (.1); Capstone's July electronic detail (.2); Foley's July electronic detail (.2); Rich's April through June fee application (.2); Steptoe's May (.1) and June (.1) electronic detail; receive and review email from J. Wehrmann re June fee and expense summaries (.1); update database with K&E's June (.2) PWC's June (.1) and Saul's June (.1) fee and expense summaries; | 1.50 | 67.50 |
| | WHS | detailed review of FR Holme 41-44Q and Final. | 0.30 | 88.50 |
| | BSR | E-mail to Anthony Lopez re addition to project category spreadsheet for the 44th interim period | 0.20 | 57.00 |
| 8/29/2012 | JAW | Draft e-mail to A. Lopez forwarding summaries prepared various applicants (0.10) | 0.10 | 15.50 |
| | AL | Update database with Kramer's July electronic detail (.1); Kramer's July fee application (.2); Saul's July electronic detail (.1); Casner's July electronic detail (.1); Sanders' April through June interim fee application (.2); Rich's April through June interim fee application (.2); Ewing's July fee application (.2); Steptoe's May fee application (.1); Capstone's July fee application (.2); K&E's April through June fee application (.1); Blackstone's April through June fee application (.1); Stroock's July fee application (.2); Foley's July fee application (.2); Steptoe's April fee application (.2); Protiviti's April through July fee application (.2); Casner's July fee application (.2) | 2.60 | 117.00 |
| | BSR | Review of Roger Higgins' June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application and email to Roger Higgins re same | 0.30 | 85.50 |
| | BSR | Review of Kramer Levin's June 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Detailed review of Casner & Edwards' June 2012 monthly fee application | 0.20 | 57.00 |
| 8/30/2012 | BSR | telephone conference with Anthony Lopez re project category spreadsheet | 0.10 | 28.50 |
| | AL | Update database with Casner's July electronic detail | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                         Page    18

|  |  | Hours | Amount |
|---|---|---|---|
| 8/31/2012 AL | Draft 44Q category spreadsheet for the for all applicants (4.6); research Pacer for additional interim category spreadsheet (.9); continue drafting interim category spreadsheet (2.1) | 7.60 | 342.00 |
| 9/1/2012 AL | Continue draft of project category spreadsheet for the 44th interim period for all applicants in the case period (3.0) | 3.00 | 135.00 |
| 9/4/2012 AL | Update database with Charter's July electronic detail (.1); Lincoln's January (.1) February (.1) March (.1) April (.1) May (.1) June (.2) and July (.2) electronic detail; Update database with Lazard's June electronic detail (.1); update database with 44th interim project category spreadsheet (.2); draft email to B. Ruhlander re same (.1) Hogan's June electronic detail (.1); Ferry's July electronic detail (.2); Bilzin's June CNO (.1); Ferry's June CNO (.1); Baker's December (.1) January (.2) February (.1) March (.1) April (.1) and May (.2) electronic detail; BMC's May electronic detail (.1); BMC's June electronic detail (.1); Bilzin April through June electronic detail (.2); Alan Rich's August electronic detail (.1); Ferry's 45th interim electronic detail (.2); | 3.40 | 153.00 |
| JAW | detailed review of Capstone's June 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| JAW | detailed review of Stroock's July 2012 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
| JAW | detailed review of Capstone's July 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| JAW | detailed review of Steptoe's April 2012 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |
| JAW | detailed review of Foley's July 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| JAW | detailed review of Hogan Firm's June 2012 fee application (0.50); draft summary of same (0.20) | 0.70 | 108.50 |
| JAW | detailed review of Kramer's July 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| JAW | detailed review of Casner's July 2012 fee application (0.30); draft summary of same (0.1) | 0.40 | 62.00 |
| JAW | detailed review of Protiviti's April 1, 2012 - July 31, 2012 fee application (0.30); draft summary of same (0.30) | 0.60 | 93.00 |
| BSR | Receive and review draft of project category spreadsheet for the 44th interim period and email Anthony Lopez with revisions to same | 0.70 | 199.50 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 9/5/2012 BSR | Review of Holme Roberts & Owen's fees and expenses as listed on the project category spreadsheet (3.4); email memo to Anthony Lopez re necessary revisions to Holme Roberts & Owen's fees and expenses on the project category spreadsheet (.7) | 4.10 | 1,168.50 |
| AL | Update database with Scarfone's July electronic detail (.1); PWC's June CNO (.1); Ewing's July CNO (.1); K&E' s July electronic detail (.1) | 0.40 | 18.00 |
| AL | Receive and review email from B. Ruhlander re revisions to be made re project category spreadsheet (.2); draft revisions to the project category spreadsheet re HRO's 9th through 44th interim periods (3.2); draft email to B. Ruhlander re revised spreadsheet (.1); update database with same (.1) | 3.60 | 162.00 |
| 9/6/2012 AL | Update database with Austern's January (.1) February (.1) March (.1) April (.1) and May (.1) electronic detail | 0.50 | 22.50 |
| BSR | telephone conference with Anthony Lopez re changes to project category spreadsheet (44Q) | 0.10 | 28.50 |
| BSR | Research docket for any late-filed applications and other pertinent documents | 0.20 | 57.00 |
| AL | Receive and review email from B. Ruhlander re revisions to be made re project category spreadsheet (.2); draft revisions to the project category spreadsheet re further revisions HRO's 9th through 44th interim periods (1.8); draft email to B. Ruhlander re revised spreadsheet (.1); update database with same (.1) | 2.20 | 99.00 |
| BSR | E-mail to Pachulski re fee and expense chart for the 44th interim period | 0.10 | 28.50 |
| 9/7/2012 AL | Update database with Hogan's July electronic detail (.1); Lauzon's July electronic detail (.1); Scarfone's July electronic detail (.1); | 0.30 | 13.50 |
| AL | Receive and review email from B. Ruhlander re revisions to made re project category spreadsheet (.2); draft revisions to the project category spreadsheet re further revisions HRO's 30th, 36th, 39th and 41st interim periods (3.4); draft email to B. Ruhlander re revised spreadsheet (.1); update database with same (.1) | 3.80 | 171.00 |
| ALP | Drafted e-mail to Bobbi Ruhlander regarding e-mail from Tanya Thompson (Pachulski) (.1) | 0.10 | 17.50 |
| BSR | Detailed review of Blackstone's June 2012 monthly fee application, as well as quarterly fee application for April - June 2012 | 0.20 | 57.00 |
| BSR | Detailed review of Bilzin Sumberg's June 2012 monthly fee application | 0.40 | 114.00 |
| BSR | Continued review of project category spreadsheet for the 44th interim period (2.0); email to Anthony Lopez re revisions to same (.3) | 2.30 | 655.50 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 9/7/2012 BSR | Review of AKO's June 2012 monthly fee application and fee and expense summary re same; review of AKO's quarterly fee application for April - June 2012 (monthlies previously reviewed) | 0.20 | 57.00 |
| AL | Update database with PWC's July fee application (.2); K&E's July fee application (.2); Campbell's July fee application (.2); Caplin's July fee application (.2); AKO's July fee application (.2); Ferry's July fee application (.2); Bilzin's July fee application (.2); Baker's October through December fee application (.1); Baker's January through March fee application (.1); Baker's April through June fee application (.1); BMC's April through June fee application (.2); Ferry's April through June fee application (.1); Bilzin's April through June fee application (.1); Casner's July fee application (.2); Reed's July fee application (.2); | 2.50 | 112.50 |
| 9/10/2012 AL | Update database with Grant Thornton's July electronic detail (.1); Kramer's July CNO (.1); Pachulski's July electronic detail (.1); Blackstone's July electronic detail (.1); | 0.40 | 18.00 |
| AL | Continue draft of project category spreadsheet for the 44th interim period for all applicants in the case period | 3.90 | 175.50 |
| AL | Receive, review and finalize Campbell's 45Q IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 22.50 |
| AL | Update database with Pachulski's July CNO (.1); Sanders' August electronic detail (.1); receive and review email from B. Ruhlander re Charter's May fee application (.1); research Pacer re same (.2); update database with Charter's May fee application (.2); BMC's 45th interim electronic detail (.1) | 0.80 | 36.00 |
| BSR | Draft initial report re Campbell & Levine for the 45th interim period (.8); email to James Wehrmann re C&L's April 2012 fee summary (.1) | 0.90 | 256.50 |
| BSR | Detailed review of Campbell & Levine's May 2012 monthly fee application (.4) and quarterly fee application for April through June 2012 (.1) | 0.50 | 142.50 |
| BSR | Review of Campbell & Levine's June 2012 monthly fee application and fee and expense summary re same | 0.30 | 85.50 |
| 9/11/2012 JAW | detailed review of Anderson's July 2012 fee application (1.30) | 1.30 | 201.50 |
| JAW | detailed review of Caplin's July 2012 fee application (0.60) | 0.60 | 93.00 |
| JAW | detailed review of BMC's April - May 2012 fee applications (1.60) | 1.60 | 248.00 |
| AL | Receive and review email from B. Ruhlander re revisions to be made re project category spreadsheet (.2); draft further revisions to the project category spreadsheet (6.3); draft email to B. Ruhlander re revised spreadsheet (.1); update database with same (.1) | 6.70 | 301.50 |
| JAW | detailed review of PwC's July 2012 fee application (0.60) | 0.60 | 93.00 |

W.R. Grace & Co.                                                                                    Page    21

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/11/2012 | BSR | receive, review, and respond to email from Martha Araki re BMC's quarterly fee application; email to Anthony Lopez re same | 0.10 | 28.50 |
|  | BSR | telephone conference with Anthony Lopez re project category spreadsheet (44th) | 0.10 | 28.50 |
|  | BSR | telephone conference with James Wehrmann re duplication issue in Campbell & Levine fee summary for April 2012 | 0.10 | 28.50 |
|  | BSR | Finalize initial report re Campbell & Levine (45th) and email same to Anthony Lopez for service | 0.10 | 28.50 |
|  | BSR | Review of Caplin & Drysdale's June 2012 monthly fee application and fee and expense summary re same (.2); review of Caplin & Drysdale's quarterly fee application for April through June 2012, including review of May 2012 monthly fee application not previously received (.5); email to Rita Tobin with question re same (.1) | 0.80 | 228.00 |
|  | BSR | Review of Casner & Edwards' June 2012 monthly fee application and fee and expense summary re same, as well as quarterly application for April through June 2012 (April and May monthlies previously reviewed) | 0.20 | 57.00 |
|  | BSR | Review of Charter Oak's June 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | E-mail to Campbell & Levine re initial report (45Q) | 0.10 | 28.50 |
|  | JAW | detailed review of Campbell's July 2012 fee application (0.50) | 0.50 | 77.50 |
|  | BSR | Research server re: fee application review | 0.20 | 57.00 |
| 9/12/2012 | BSR | Receive and review draft project category spreadsheet (44th interim) (3.4); emails to Anthony Lopez re same (.3); telephone conferences with Anthony Lopez re same (.3) | 4.00 | 1,140.00 |
|  | BSR | Additional review of AKO's April 2012 expenses; email to Robert Chung at AKO re same | 0.20 | 57.00 |
|  | BSR | Review of Foley Hoag June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for the 45th interim period (.3); email to Foley Hoag re same (.1) | 0.40 | 114.00 |
|  | BSR | Review of Fragomen's quarterly fee application for April through June 2012 (monthly applications previously reviewed) | 0.10 | 28.50 |
|  | BSR | Review files for summaries not yet received; email to James Wehrmann re same | 0.10 | 28.50 |
|  | BSR | Review of Kirkland & Ellis June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for April through June 2012 (April and May monthlies previously reviewed) | 0.50 | 142.50 |

W.R. Grace & Co.                                                                                                    Page     22

|  |  | Hours | Amount |
|---|---|---|---|
| 9/12/2012 AL | Receive, review and finalize 45th interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 22.50 |
| BSR | Draft initial report re Kirkland & Ellis' 45th interim fee application | 1.00 | 285.00 |
| AL | update database with Higgin's July fee application (.2); BMC's May fee application (.2); BMC's June fee application (.2); Pachulski's June fee application (.2); Charter's July fee application (.2); Grant's July fee application (.2); Baker's November (.2) December (.1) January (.1) February (.2) March (.1) April (.1) May (.2) and June (.1) fee applications; Blackstone's July fee application (.2) | 2.50 | 112.50 |
| 9/13/2012 AL | Research Pacer to determine if any objections to WHSA's July fee application (.8); draft WHSA's July CNO (.6); update database with same (.1); electronic filing with the court of same (.3) | 1.80 | 81.00 |
| AL | Update database with Ewing's July CNO | 0.10 | 4.50 |
| JAW | Draft e-mail to A. Lopez forwarding summaries prepared various applicants (0.10) | 0.10 | 15.50 |
| JAW | detailed review of Kirkland's July 2012 fee application (5.60) | 5.60 | 868.00 |
| 9/14/2012 BSR | Review of PwC's quarterly fee application for the period of April through June 2012, as well as June 2012 monthly fee application and fee and expense summary re same | 0.80 | 228.00 |
| JAW | Draft summary of Campbell's July 2012 fee application (0.20) | 0.20 | 31.00 |
| BSR | Review of Protiviti's monthly fee application covering April through July 2012, as well as fee and expense summary re same | 0.10 | 28.50 |
| JAW | Draft summary of Caplin's July 2012 fee application (0.20) | 0.20 | 31.00 |
| JAW | Draft summary of Anderson's July 2012 fee application (0.10) | 0.10 | 15.50 |
| JAW | Draft summary of BMC Group's May 1, 2012 to June 30, 2012 fee application (0.10) | 0.10 | 15.50 |
| JAW | Draft summary of Kirkland's July 2012 fee application (0.60) | 0.60 | 93.00 |
| JAW | Draft summary of PwC's July 2012 fee application (0.20) | 0.20 | 31.00 |
| BSR | E-mail to Kirkland & Ellis re initial report (45Q) | 0.10 | 28.50 |
| BSR | Review of Phillips Goldman & Spence's April and May 2012 monthly fee applications and quarterly fee application for the 45th interim period | 0.20 | 57.00 |
| BSR | Review of Orrick's June 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                            Page    23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/14/2012 | BSR | Research server and docket for monthly applications for the 45th interim period not yet received | 1.00 | 285.00 |
|  | BSR | Review of Norton Rose's June 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Lauzon Belanger's June 2012 monthly fee application | 0.10 | 28.50 |
|  | BSR | Review of Kramer Levin's April through June 2012 quarterly fee application (monthly fee applications previously reviewed) | 0.10 | 28.50 |
|  | AL | Update database with Orrick's April through June electronic detail (.1); Lincoln's April through June electronic detail (.1); Lincoln's January through March interim electronic detail (.2) | 0.40 | 18.00 |
|  | AL | Draft of WHSA's August fee application (1.5); update database with same (.1); draft email to J. Wehrmann re review of same (.1) | 1.70 | 76.50 |
| 9/15/2012 | BSR | E-mail to Kathleen Miller re PwC's fee applications for April through June 2012 | 0.20 | 57.00 |
| 9/17/2012 | BSR | Receive and review email from Patty Cuniff re error in project category spreadsheet (44Q) and conference with Anthony Lopez re correction of same | 0.10 | 28.50 |
|  | BSR | Review of Blackstone's July 2012 monthly fee application | 0.20 | 57.00 |
|  | BSR | Review of Baker Donelson's monthly fee applications from Dec. 2011 through May 2012 | 0.30 | 85.50 |
|  | AL | Receive and review email from B. Ruhlander re changes to 44th interim category spreadsheet (.1); make revisions to same (1.8); update database with same (.1) | 2.00 | 90.00 |
| 9/18/2012 | AL | Receive and review email from B. Ruhlander re changes to 44th interim category spreadsheet (.1); make revisions to same (1.6); update database with same (.1) | 1.80 | 81.00 |
|  | AL | Update database with Lauzon's July CNO (.1); Scarfone's July CNO (.1); Hogan's July CNO (.2); Pachulski's July CNO (.1); Towers' May CNO (.2); Watson's February electronic detail (.1); Watson's July electronic detail (.2); Towers' April through June electronic detail (.1); Towers' January through March electronic detail (.2) | 1.30 | 58.50 |
|  | BSR | receive, review, and respond to email from Foley Hoag with expense information | 0.20 | 57.00 |
| 9/19/2012 | BSR | Review of Ferry & Joseph's June 2012 monthly fee application and quarterly fee application for the 45th interim period | 0.30 | 85.50 |

W.R. Grace & Co.                                                                                                    Page    24

|  |  | Hours | Amount |
|---|---|---|---|
| 9/19/2012 BSR | Review of email from Dan Hogan re cumulative totals for The Hogan Firm, Lauzon Belanger, and Scarfone Hawkins on the project category spreadsheet (44Q) and review of spreadsheet for discrepancies for these three firms (3.0); email to Anthony Lopez re revisions to spreadsheet (.2) | 3.20 | 912.00 |
| AL | Update database with Woodcock's July electronic detail (.1); Orrick's July CNO (.1); Austern's January through March electronic detail (.2); Austern's April through June electronic detail (.1) | 0.50 | 22.50 |
| AL | Receive and review email from B. Ruhlander re changes to 44th interim category spreadsheet (.1); make revisions to Hogan (.7) Lauzon (.5) and Scarfone (.8); update database with same (.1) | 2.20 | 99.00 |
| 9/20/2012 BSR | Review of Reed Smith's June 2012 monthly fee application and fee and expense summary re same, as well as review of quarterly fee application for April through June 2012 | 0.20 | 57.00 |
| JAW | Proofread Warren H. Smith & Associates' August 2012 fee statement and notice of filing (0.40); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.50 | 77.50 |
| JAW | research and revise final fee chart for 36th interim for Lauzon's (0.20); research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered regarding Lauzon's 36th interim (0.20) | 0.40 | 62.00 |
| BSR | Review of Alan Rich's quarterly fee application for the 45th interim period (.1); email to Alan Rich with question re same (.1) | 0.20 | 57.00 |
| AL | Receive and review email from J. Wehrmann re prior period paragraph spreadsheet (.1); update database with same (.2); update database with Ewing's July CNO (.1); Kramer's July CNO (.1) | 0.50 | 22.50 |
| AL | Receive, review and finalize Charter's 45th Interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1); Receive, review and finalize Bilzin's 45th Interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 1.00 | 45.00 |
| AL | Draft WHSA's August fee application (1.9); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.20 | 99.00 |
| AL | Receive, review and finalize Scarfone's 45th Interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 22.50 |
| JAW | research and revise final fee chart for 24th interim for Perkin's (0.20); research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered regarding Perkin's 24th interim (0.20) | 0.40 | 62.00 |
| JAW | Update and revisions to W.R. Grace final final excell spreadsheet (0.7) | 0.70 | 108.50 |

W.R. Grace & Co.                                                                                                                Page    25

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/20/2012 | BSR | Review of Hon. Alexander Sanders' quarterly fee application for April through June 2012 (monthly applications previously reviewed) (.1); draft email to Alan Rich with question re same (.1) | 0.20 | 57.00 |
|  | BSR | Review of Saul Ewing's June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for April through June 2012 | 0.20 | 57.00 |
|  | BSR | Review of Stroock's June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for April through June 2012 (.3); email to Arlene Krieger re same (.2) | 0.50 | 142.50 |
|  | BSR | Draft initial report re Scarfone Hawkins' interim fee application for the 45th interim period | 0.50 | 142.50 |
|  | BSR | Review of Scarfone Hawkins' May and June 2012 monthly fee applications and quarterly fee application for the 45th interim period | 0.30 | 85.50 |
|  | BSR | E-mail to Bilzin Sumberg re initial report (45Q) | 0.10 | 28.50 |
|  | BSR | E-mail to Charter Oak re initial report (45Q) | 0.10 | 28.50 |
|  | BSR | Draft e-mail to Dan Hogan with questions concerning Lauzon Belanger's 45th interim fee application | 0.30 | 85.50 |
|  | BSR | Review of Lauzon Belanger's quarterly fee application for April through June 2012 (monthly applications previously reviewed) | 0.20 | 57.00 |
|  | BSR | Draft initial report re Bilzin Sumberg's 45th interim fee application | 0.20 | 57.00 |
|  | BSR | Review of Bilzin Sumberg's quarterly application for April through June 2012 (45Q) (monthly applications previously reviewed) | 0.10 | 28.50 |
|  | BSR | Review of The Hogan Firm's June 2012 monthly fee application and fee and expense summary re same, as well as review of quarterly fee application for April through June 2012 (45Q) (.4); email to Dan Hogan re same (.1) | 0.50 | 142.50 |
|  | BSR | Draft initial report re Charter Oak's quarterly application for April through June 2012 (45Q) | 0.40 | 114.00 |
|  | BSR | Review of May 2012 monthly fee application and 45th quarterly fee application of Charter Oak | 0.30 | 85.50 |
|  | BSR | Review of Baker Donelson's quarterly fee applications for the 43rd, 44th, and 45th interim periods (monthlies previously reviewed) (.4); emails to Frank Childress re issues in same (.2) | 0.60 | 171.00 |
| 9/21/2012 | JAW | Review revisions to Warren H. Smith & Associates' August 2012 fee statement and notice of filing (0.10); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.20 | 31.00 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 9/21/2012 BSR | E-mail to Dan Hogan re initial report for Scarfone Hawkins (45Q) | 0.10 | 28.50 |
| AL | Receive and review email from J. Wehrmann re WHSA's August invoice | 0.10 | 4.50 |
| BSR | receive, review, and respond to email from Dan Hogan re status of review of Scarfone Hawkins' interim application for the 45th period | 0.10 | 28.50 |
| AL | Update database with Ferry's July CNO (.1); update database with review status of Orrick's April (.1) and May (.1) fee applications | 0.30 | 13.50 |
| 9/24/2012 JAW | detailed review of Orrick's May 2012 fee application (1.40) | 1.40 | 217.00 |
| JAW | detailed review of BMC Group's May 2012 fee application (1.10) | 1.10 | 170.50 |
| JAW | detailed review of Orrick's April 2012 fee application (1.90) | 1.90 | 294.50 |
| AL | Update database with Ewing's August electronic detail | 0.20 | 9.00 |
| AL | Receive and review email from W. Smith re revisions to WHSA's August fee application (.1); revise WHSA's August fee application (.7); update database with same (.2); draft email to W. Smith re revisions made (.1) | 1.10 | 49.50 |
| 9/25/2012 AL | Update database with Orrick's August electronic detail (.2); Phillips' August electronic detail (.1); receive and review email from B. Ruhlander re summaries (.1); update database with Orrick's April (.1) BMC's May (.2) Orrick's May (.2) AKO's July (.1) Campbell's July (.1) Caplin's July (.2) K&E's July (.1) and PWC's July (.2) fee and expense summaries | 1.60 | 72.00 |
| AL | Prepare WHSA's August fee application for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's August fee application (.3); prepare same for service (.1) | 0.70 | 31.50 |
| JAW | Draft summary of Orrick's April 2012 fee application (0.30) | 0.30 | 46.50 |
| JAW | Draft summary of BMC Group's May 2012 fee application (0.10) | 0.10 | 15.50 |
| JAW | Draft summary of Orrick's May 2012 fee application (1.30) | 1.30 | 201.50 |
| JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.20) | 0.20 | 31.00 |
| JAW | detailed review of Pachulski's June 2012 (0.80); draft summary of same (0.20) | 1.00 | 155.00 |
| JAW | detailed review of BMC Group's June 2012 (0.80); draft summary of same (0.10) | 0.90 | 139.50 |
| 9/26/2012 BSR | receive, review, and respond to email from Celeste Hartman of PG&S re acceptable mileage reimbursement rate | 0.10 | 28.50 |
| AL | Update database with Nelson's April through June fee application (.2); Tower's August electronic detail (.1); Pachulski's April through June fee application (.2); Austern's April through June fee application (.2); Ferry's | 1.70 | 76.50 |

W.R. Grace & Co.                                                                                    Page    27

|  | | Hours | Amount |
|---|---|---|---|
| | August CNO (.1); Ewing's August electronic detail (.1);Austern's January through March fee application (.2); Lincoln's April through June fee application (.2); Towers' January through March fee application (.2); Ewing's August fee application (.2) | | |
| 9/27/2012 AL | Update database with Scholer's June (.1) and July (.1) electronic detail | 0.20 | 9.00 |
| BSR | telephone conference with Richard Finke re Baker Donelson's retention agreement (.1); review of email from Richard Finke re same (.1) | 0.20 | 57.00 |
| 9/28/2012 JAW | detailed review of Charter Oak's July 2012 fee application (0.30); draft summary of same (0.10). | 0.40 | 62.00 |
| JAW | detailed review of Roger Higgin's July 2012 fee application (0.50); draft summary of same (0.10). | 0.60 | 93.00 |
| **For professional services rendered** | | **298.70** | **$41,727.50** |

Additional Charges :

| | | Amount |
|---|---|---|
| 7/12/2012 | FedEx | 16.18 |
| 7/31/2012 | Copying cost | 25.70 |
| | PACER Charges | 60.50 |
| | Third party copies & document prep/setup. | 179.57 |
| 8/6/2012 | FedEx | 25.56 |
| 8/14/2012 | Third party copies & document prep/setup. | 136.00 |
| 8/23/2012 | Third party copies & document prep/setup. | 165.97 |
| 8/30/2012 | Third party copies & document prep/setup. | 193.26 |
| | Copying cost | 23.50 |
| | PACER Charges | 63.00 |
| 9/30/2012 | PACER Charges | 24.40 |
| | Copying cost | 7.50 |
| | Third party copies & document prep/setup. | 94.62 |
| **Total additional charges** | | **$1,015.76** |
| **Total amount of this bill** | | **$42,743.26** |

W.R. Grace & Co.

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Alexa L. Parnell | 0.40 | 175.00 | $70.00 |
| Anthony Lopez | 136.20 | 45.00 | $6,129.00 |
| Bobbi S. Ruhlander | 78.50 | 285.00 | $22,372.50 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 82.00 | 155.00 | $12,710.00 |
| Warren H Smith | 1.40 | 295.00 | $413.00 |