**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 11/30/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-01D |
|  | STATEMENT NO: | 98 |

Asset Analysis and Recovery

PREVIOUS BALANCE                                                                              $195.00

BALANCE DUE                                                                                        $195.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2012
ACCOUNT NO:    3000-02D
STATEMENT NO:    138

Asset Disposition

PREVIOUS BALANCE                                          $37.30

BALANCE DUE                                          $37.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2012
ACCOUNT NO:        3000-03D
STATEMENT NO:              124

Business Operations

PREVIOUS BALANCE                                                                          $39.00

BALANCE DUE                                                                               $39.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                   |                |          |
|-------------------|----------------|----------|
|                   | Page: 1        |          |
| W.R. Grace        | 11/30/2012     |          |
| Wilmington  DE    | ACCOUNT NO:    | 3000-04D |
|                   | STATEMENT NO:  | 138      |

Case Administration

| | |
|---|---|
| PREVIOUS BALANCE | $513.27 |
| BALANCE DUE | $513.27 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2012
ACCOUNT NO:      3000-05D
STATEMENT NO:          138

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                        $2,391.80

BALANCE DUE                                             $2,391.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
11/30/2012
ACCOUNT NO:        3000-06D
STATEMENT NO:                138


Claims Analysis Objection & Resol. (Non-Asbestos)


PREVIOUS BALANCE                                                                -$249.30

CREDIT BALANCE                                                                  -$249.30


Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 11/30/2012 |
|  | ACCOUNT NO:        3000-07D |
|  | STATEMENT NO:              138 |

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $12,746.84 |
|---|---|---|---|
| | | **HOURS** | |
| **11/01/2012** | | | |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memorandum re: pleadings filed. | 0.10 | 47.00 |
| **11/02/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters | 0.10 | 47.00 |
| PEM | Review memorandum re: warrant collar transaction. | 0.10 | 47.00 |
| DAC | Review counsel's weekly memo | 0.10 | 52.00 |
| **11/05/2012** | | | |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review correspondence from EI to Committee re Warrant Collar transaction | 0.20 | 78.00 |
| MTH | Prepare weekly recommendation memos | 0.40 | 156.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **11/06/2012** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

W.R. Grace

Page: 2
11/30/2012
ACCOUNT NO:      3000-07D
STATEMENT NO:           138

Committee, Creditors, Noteholders, Equity Holders


                                                                              HOURS

**11/07/2012**

| | | | |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**11/08/2012**

| | | | |
|---|---|---|---|
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**11/09/2012**

| | | | |
|---|---|---|---|
| MTH | Prepare weekly recommendation memos | 0.40 | 156.00 |
| PEM | Review weekly recommendation memorandum. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**11/11/2012**

| | | | |
|---|---|---|---|
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |

**11/12/2012**

| | | | |
|---|---|---|---|
| MK | Review committee events calendar.  Update attorney case calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**11/13/2012**

| | | | |
|---|---|---|---|
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**11/14/2012**

| | | | |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**11/15/2012**

| | | | |
|---|---|---|---|
| PEM | Review memorandum re: pleadings filed. | 0.10 | 47.00 |
| MTH | Prepare weekly recommendation memos | 0.70 | 273.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review daily memo | | 0.10 | 39.00 |
| **11/16/2012** | | | | |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 15.50 |
| PEM | Review memorandum re: pending motions and matters | | 0.10 | 47.00 |
| KCD | E-mails re: Medicare reporting status | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| DAC | Review counsel's weekly memo | | 0.20 | 104.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | | 0.10 | 39.00 |
| **11/19/2012** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **11/20/2012** | | | | |
| SMB | Review recently filed pleading and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **11/21/2012** | | | | |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 15.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | | 0.10 | 47.00 |
| MTH | Prepare weekly recommendation memo | | 0.30 | 117.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 39.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| DAC | Review counsel's weekly memo | | 0.20 | 104.00 |
| **11/26/2012** | | | | |
| SMB | Review recently filed pleadings and electronic notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **11/27/2012** | | | | |
| MK | Review e-mail from paralegal at YCST re: exhibits from 2008 estimation hearing.  Confer with MTH.  Reply to e-mail from paralegal. | | 0.20 | 31.00 |
| PEM | Review memo re: daily pleadings filed. | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | | | |

Page: 4

W.R. Grace

11/30/2012

ACCOUNT NO:          3000-07D
STATEMENT NO:              138

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
|  | distribute daily memo |  | 0.20 | 22.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| **11/28/2012** |  |  |  |  |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and |  |  |  |
|  | distribute daily memo |  | 0.20 | 22.00 |
| **11/29/2012** |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 47.00 |
| **11/30/2012** |  |  |  |  |
| MK | Review committee events calendar. |  | 0.10 | 15.50 |
| PEM | Review recommendation memorandum re: pending matters and |  |  |  |
|  | motions. |  | 0.10 | 47.00 |
| MTH | Prepare weekly recommendation memos |  | 0.30 | 117.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| DAC | Review counsel's weekly memo |  | 0.20 | 104.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 12.40 | 3,472.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Douglas A. Campbell | 0.90 | $520.00 | $468.00 |
| Philip E. Milch | 1.40 | 470.00 | 658.00 |
| Michele Kennedy | 0.70 | 155.00 | 108.50 |
| Santae M. Boyd | 5.10 | 110.00 | 561.00 |
| Mark T. Hurford | 4.20 | 390.00 | 1,638.00 |
| Kathleen Campbell Davis | 0.10 | 390.00 | 39.00 |

| | | |
|---|---|---:|
| TOTAL CURRENT WORK | | 3,472.50 |

| | | | |
|---|---|---|---:|
| 11/19/2012 | Payment - Thank you. (August, 2012 - 80% Fees) | | -3,749.60 |
|  | BALANCE DUE | | $12,469.74 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2012
ACCOUNT NO:        3000-08D
STATEMENT NO:             137

Employee Benefits/Pension

PREVIOUS BALANCE                                                              -$882.70

CREDIT BALANCE                                                               -$882.70

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                    11/30/2012
Wilmington  DE                                          ACCOUNT NO:        3000-10D
                                                        STATEMENT NO:           138

Employment Applications, Others

PREVIOUS BALANCE                                                            $717.90

BALANCE DUE                                                                 $717.90

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          11/30/2012
Wilmington  DE                               ACCOUNT NO:        3000-11D
                                             STATEMENT NO:            136

Expenses

PREVIOUS BALANCE                                                  $6,031.83

| | | |
|---|---|---|
| 11/01/2012 | Pacer charges for the month of October | 35.50 |
| 11/01/2012 | Parcels - copy/service - (4) Certificates of No Objections to August Fee Applications | 65.00 |
| 11/07/2012 | Parcels - copy/service - (5) September Fee Applications | 435.80 |
| 11/14/2012 | Parcels - copy/service - Notice of Interim Fee Application | 774.81 |
| 11/14/2012 | Parcels - hand delivery - Notice of Interim Fee Application | 53.00 |
| 11/14/2012 | Parcels - copy/service -  Interim Fee Application | 1,271.75 |
| 11/14/2012 | Parcels - hand delivery -  Interim Fee Application | 5.00 |
| 11/26/2012 | Court Call - Peter Lockwood - Hearing appearance 10/15/2012 | 30.00 |
| 11/30/2012 | Photocopying for November, 2012 | 21.80 |
| 11/30/2012 | Printing - November 2012 | 130.50 |
| 11/30/2012 | Scanning - November 2012 | 2.90 |
| | TOTAL EXPENSES | 2,826.06 |
| | TOTAL CURRENT WORK | 2,826.06 |
| 11/19/2012 | Payment - Thank you. (August, 2012 - 100% Expenses) | -2,756.10 |
| | BALANCE DUE | $6,101.79 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2012
ACCOUNT NO:        3000-12D
STATEMENT NO:             136

Fee Applications, Applicant

|  | PREVIOUS BALANCE |  | $2,958.40 |
|---|---|---|---|
|  |  | HOURS |  |
| **11/01/2012** |  |  |  |
| MTH | Reviewing correspondence re CNO for C&L fee application; reviewing docket re same; reviewing and signing draft CNO for filing and service | 0.10 | 39.00 |
| TS | Review case docket for objections to C&L August fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| **11/02/2012** |  |  |  |
| TS | Review e-mail from DS re: September bill (.1); Prepare C&L September fee application (.3) | 0.40 | 44.00 |
| **11/05/2012** |  |  |  |
| MTH | Review correspondence from TBB and Saul Ewing's  39th Monthly | 0.10 | 39.00 |
| **11/07/2012** |  |  |  |
| TS | Finalize and e-file C&L September fee application | 0.30 | 33.00 |
| MTH | Reviewing C&L September 2012 fee application for service and filing and related correspondence | 0.20 | 78.00 |
| **11/09/2012** |  |  |  |
| TS | Review C&L October prebill | 0.20 | 22.00 |
| MTH | Reviewing pre bill | 0.40 | 156.00 |
| **11/12/2012** |  |  |  |
| MTH | Reviewing Fee Auditor's Report; discussion with MRE re same; drafting Response to same; telephone discussion with Fee Auditor; correspondence to Fee Auditor re Response | 1.60 | 624.00 |
| **11/13/2012** |  |  |  |
| TS | Draft interim fee application of C&L | 0.30 | 33.00 |

Page: 2
11/30/2012

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:           136

Fee Applications, Applicant

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/14/2012 |  |  |  |  |
| TS | Finalize and e-file interim fee application of C&L |  | 0.30 | 33.00 |
| 11/15/2012 |  |  |  |  |
| MTH | Reviewing for filing and service the Interim Fee Application of C&L for July through September 2012 |  | 0.30 | 117.00 |
| 11/26/2012 |  |  |  |  |
| TS | Review e-mail from DS re: October bill (.1); Prepare C&L October fee application (.3) |  | 0.40 | 44.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 5.10 | 1,317.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.70 | $390.00 | $1,053.00 |
| Timothy Simpson | 2.40 | 110.00 | 264.00 |

TOTAL CURRENT WORK                                                    1,317.00

11/19/2012      Payment - Thank you. (August, 2012 - 80% Fees)                    -595.20

BALANCE DUE                                                           $3,680.20

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-13D |
|  | STATEMENT NO:    123 |

Fee Applications, Others

|  |  | |
|---|---|---|
| PREVIOUS BALANCE | | $12,361.90 |

| Date | Init. | Description | HOURS | Amount |
|---|---|---|---|---|
| 11/01/2012 | | | | |
| | TS | E-mail professionals re: CNO to August fee application | 0.10 | 11.00 |
| | MTH | Reviewing correspondence re CNO for C&D fee application; reviewing docket re same; reviewing and signing draft CNO for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing correspondence re CNO for AKO fee application; reviewing docket re same; reviewing and signing draft CNO for filing and service | 0.10 | 39.00 |
| | MTH | Reviewing correspondence re CNO for Charter Oak fee application; reviewing docket re same; reviewing and signing draft CNO for filing and service | 0.10 | 39.00 |
| | TS | Review e-mail from G. Sinclair re: Charter Oak September bill (.1); Prepare Charter Oak September fee application (.3) | 0.40 | 44.00 |
| | TS | Review e-mail from D. Relles re: LAS September bill (.1); Prepare LAS September fee application (.3) | 0.40 | 44.00 |
| | TS | Review case docket for objections to C&D August fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | TS | Review case docket for objections to Charter Oak August fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | TS | Review case docket for objections to AKO August fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | MTH | Review correspondence from TT re Woodcock fee application | 0.10 | 39.00 |
| 11/02/2012 | | | | |
| | SMB | Review September 2012 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2012 application of Beveridge & Diamond, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2012 application of Beveridge & Diamond, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Review August 2012 application of Beveridge & Diamond LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2012 application of Capstone Advisory Group, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2012 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2012 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Kayescholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through August 2012 application of Norton Rose Canada LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2012 application of Alan B. Rich (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review e-mail from E. Benetos re: C&D September fee application (.1); Update C&D September fee application (.2) | 0.30 | 33.00 |
| TS | Review e-mail from A. Pelton re: AKO September fee application (.1); Update AKO September fee application (.2) | 0.30 | 33.00 |
| MTH | Review correspondence from MS re three fee applications for BMC (July, August and September) and Casner fee application for September | 0.20 | 78.00 |

11/06/2012

| MTH | Review correspondence from SL re Stroock fee application for September 2012 | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **11/07/2012** | | | | |
| | TS | Finalize and e-file C&D September fee application | 0.30 | 33.00 |
| | TS | Finalize and e-file AKO September fee application | 0.30 | 33.00 |
| | TS | Finalize and e-file LAS September fee application | 0.30 | 33.00 |
| | TS | Finalize and e-file Charter Oak September fee application | 0.30 | 33.00 |
| | MTH | Review correspondence from DO re draft fee application for F/G | 0.10 | 39.00 |
| | MTH | Reviewing LAS fee application for September 2012 and related correspondence | 0.20 | 78.00 |
| | MTH | Reviewing Charter Oak September 2012 fee application for service and filing and related correspondence | 0.20 | 78.00 |
| | MTH | Reviewing AKO September 2012 fee application for service and filing and related correspondence | 0.20 | 78.00 |
| | MTH | Reviewing C&D September 2012 fee application for service and filing and related correspondence | 0.20 | 78.00 |
| **11/08/2012** | | | | |
| | SMB | Review September 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2012 application of Hon. Alexander M. Sanders Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Law Offices of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Warren H. Smith & Associates P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from DP re Higgins fee application for September | 0.10 | 39.00 |
| | MTH | Review correspondence from YS re three CNO's filed | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **11/09/2012** | | | | |
| | TS | Draft Charter Oak interim fee application | 0.20 | 22.00 |
| | MTH | Review correspondence from DP re fee application of Blackstone for September 2012 | 0.10 | 39.00 |
| **11/12/2012** | | | | |
| | TS | Draft LAS interim fee application | 0.40 | 44.00 |
| | TS | Draft Charter Oak interim fee application | 0.40 | 44.00 |
| | MTH | Reviewing Fee Auditor's Initial Report re 45th Interim; drafting response to same and correspondence to Fee Auditor re same | 1.00 | 390.00 |
| **11/13/2012** | | | | |
| | TS | Revise interim fee application of C&D | 0.40 | 44.00 |
| | TS | Revise interim fee application of AKO | 0.40 | 44.00 |
| | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from YS re PWC September Monthly and Quarterly Fee Applications | 0.10 | 39.00 |
| | MTH | Review correspondence from AP re draft AKO fee application | 0.10 | 39.00 |
| **11/14/2012** | | | | |
| | TS | E-mails with GS re: Charter Oak fee application | 0.10 | 11.00 |
| | TS | Finalize and e-file interim fee application of C&D | 0.30 | 33.00 |
| | TS | Finalize and e-file interim fee application of LAS | 0.30 | 33.00 |
| | TS | Finalize and e-file interim fee application of AKO | 0.30 | 33.00 |
| | TS | Finalize and e-file interim fee application of Charter Oak | 0.30 | 33.00 |
| | MTH | Review correspondence from LC re CNO's for three fee applications | 0.10 | 39.00 |
| **11/15/2012** | | | | |
| | TS | E-mail to A. Pelton re: AKO interim fee application | 0.10 | 11.00 |
| | SMB | Review July through September 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2012 application of Woodcock Washburn Frantz Ward LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Capstone Advisory Group, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from TBB re CNO re Kramer Levin fee application | 0.10 | 39.00 |
| | MTH | Reviewing for filing and service the Interim Fee Application of LAS for | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | July through September | 0.30 | 117.00 |
| MTH | Reviewing for filing and service the Interim Fee Application of Charter Oak for July through September 2012 | 0.30 | 117.00 |
| MTH | Reviewing for filing and service the Interim Fee Application of AKO for July through September 2012; including correspondence re revisions to same | 0.30 | 117.00 |
| MTH | Reviewing for filing and service the Interim Fee Application of C&D for July through September 2012 | 0.20 | 78.00 |
| MTH | Review correspondence from D.M. re September fee application for Stroock | 0.10 | 39.00 |
| **11/20/2012** |  |  |  |
| MTH | Review correspondence from CH re CNO for PG&S fee application | 0.10 | 39.00 |
| **11/21/2012** |  |  |  |
| SMB | Review October 2012 fee application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2012 fee application of The Law Offices of Roger Higgins, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from EB re C&D fee application for October 2012 | 0.10 | 39.00 |
| **11/26/2012** |  |  |  |
| MTH | Review correspondence from DP re Beveridge fee application for September 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from D.M. re Capstone fee application for July through October 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Lincoln Partners fee applications for July, August and September 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from CH re PG&S fee application for October 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Lincoln quarterly fee application for July through October 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from DF re CNO for Orrick fee application | 0.10 | 39.00 |
| MTH | Review correspondence from TS re LAS fees and expenses for October | 0.10 | 39.00 |
| MTH | Review correspondence from TS re Charter Oak fees and expenses for October | 0.10 | 39.00 |
| **11/27/2012** |  |  |  |
| MTH | Review correspondence from LC Lauzon Belanger fee application - 11th Quarterly | 0.10 | 39.00 |
| MTH | Review correspondence from LC re Scarfone fee application - 11th Quarterly | 0.10 | 39.00 |
| MTH | Review correspondence from LC re Hogan Firm fee application for 11th Quarterly | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MTH | Review correspondence from YS re PWC fee application for October 2012 | 0.10 | 39.00 |
| **11/28/2012** | | | |
| MTH | Review correspondence from TBB re CNO for Saul Ewing fee application | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re Saul Ewing fee application for October 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from DP re Pachulski fee application for September 2012 | 0.10 | 39.00 |
| **11/29/2012** | | | |
| MTH | Review correspondence from DP re PSZJ fee application for October 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from DP re Higgins fee application for November 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from DP re Foley Hoag fee application for October 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re Kramer Levin fee application for October 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from D.M. re Stroock fee application for July through September | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Towers Watson fee application for October 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from JBL re Reed Smith fee application for October 2012 | 0.10 | 39.00 |
| **11/30/2012** | | | |
| MTH | Review correspondence from DP re KayeScholer and Casner fee applications | 0.10 | 39.00 |
| SMB | Review July through September 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2012 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2012 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2012 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2012 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2012 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2012 application of Capstone Advisory | | |

|      |                                                                                                                       | HOURS |          |
|------|-----------------------------------------------------------------------------------------------------------------------|-------|----------|
|      | Group LLC (.1); update weekly recommendation memorandum (.1)                                                          | 0.20  | 22.00    |
| SMB  | Review July through September 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1)  | 0.20  | 22.00    |
| SMB  | Review July through September 2012 application of  Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review July through September 2012 application of  Alan B. Rich (.1); update weekly recommendation memorandum (.1)   | 0.20  | 22.00    |
| SMB  | Review July through September 2012 application of  R. Karl Hill (.1); update weekly recommendation memorandum (.1)   | 0.20  | 22.00    |
| SMB  | Review July through September 2012 application of Scarfone Hawkins (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review July through September 2012 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review July through September 2012 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review September 2012 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1)     | 0.20  | 22.00    |
| SMB  | Review April through June 2012 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review September 2012 application of Woodcock & Washburn LLP (.1); update weekly recommendation memorandum (.1)      | 0.20  | 22.00    |
| SMB  | Review September 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review October 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1)     | 0.20  | 22.00    |
| SMB  | Review October 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review October 2012 application of The Law Offices of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review October 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1)c                | 0.20  | 22.00    |
| SMB  | Review October 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review October 2012 application of Towers Watson (.1); update weekly recommendation memorandum (.1)                  | 0.20  | 22.00    |
| SMB  | Review October 2012 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1)               | 0.20  | 22.00    |
| SMB  | Review October 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1)                 | 0.20  | 22.00    |
| SMB  | Review October 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1)                 | 0.20  | 22.00    |
| TS   | Review e-mail from GC re: Charter Oak October bill (.1); Prepare Charter Oak October fee application (.3)            | 0.40  | 44.00    |
| TS   | Review e-mail from DR re: LAS October bill (.1); Prepare LAS October fee application (.3)                            | 0.40  | 44.00    |
|      | FOR CURRENT SERVICES RENDERED                                                                                         | 29.80 | 5,294.00 |

Page: 8

W.R. Grace

11/30/2012
ACCOUNT NO:          3000-13D
STATEMENT NO:                123

Fee Applications, Others

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 14.40 | $110.00 | $1,584.00 |
| Mark T. Hurford | 7.20 | 390.00 | 2,808.00 |
| Timothy Simpson | 8.20 | 110.00 | 902.00 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 5,294.00 |

| 11/19/2012 | Payment - Thank you. (August, 2012 - 80% Fees) | -3,248.80 |
|---|---|---|

| | | | |
|---|---|---|---|
| BALANCE DUE | | | $14,407.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2012
ACCOUNT NO:       3000-15D
STATEMENT NO:              138

Hearings

PREVIOUS BALANCE                                                                $4,577.05

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/09/2012 |  |  |  |  |
|  | MTH | Various correspondence re draft agenda for hearing; reviewing same | 0.20 | 78.00 |
|  | MTH | Correspondence re hearing transcript availability on docket | 0.30 | 117.00 |
| 11/19/2012 |  |  |  |  |
|  | MTH | Reviewing Notice of Agenda re hearing canceled and correspondence to and from SC re same | 0.20 | 78.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 0.70 | 273.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |

TOTAL CURRENT WORK                                                                  273.00

11/19/2012        Payment - Thank you. (August, 2012 - 80% Fees)                      -124.80

BALANCE DUE                                                                       $4,725.25

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-16D |
|  | STATEMENT NO:          123 |

Litigation and Litigation Consulting

|  |  |
|---|---|
| PREVIOUS BALANCE | -$2,461.00 |

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 11/28/2012 |  |  |  |  |  |
|  | MTH | Correspondence to and from PEM re status of Garlock 2019 Appeals in DE District Court (split with Flintkote) |  | 0.10 | 39.00 |
|  |  | FOR CURRENT SERVICES RENDERED |  | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 39.00 |
| CREDIT BALANCE | -$2,422.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    11/30/2012
Wilmington  DE                                                    ACCOUNT NO:        3000-17D
                                                                  STATEMENT NO:             123

Plan and Disclosure Statement

PREVIOUS BALANCE                                                                    $7,157.40

|  |  | HOURS |  |
|---|---|---|---|
| 11/01/2012 | | | |
| MTH | Reviewing Debtors' Motion re the Cash-Settled Collar Agreement | 0.40 | 156.00 |
| MTH | Reviewing Debtors' Motion re Cash Settled Collar Agreement and correspondence to and from PVNL re same | 0.50 | 195.00 |
| 11/15/2012 | | | |
| MTH | Correspondence to and from PVNL re Debtors' Motion re QSF | 0.40 | 156.00 |
| MTH | Reviewing Debtors' Motion re Qualified Settlement Fund | 0.30 | 117.00 |
| 11/20/2012 | | | |
| MTH | Correspondence to and from PEM re status of CA3 appeals | 0.20 | 78.00 |
| 11/27/2012 | | | |
| MTH | Reviewing Anderson Memorial's Motion for Extension of Time and related correspondence | 0.30 | 117.00 |
| 11/29/2012 | | | |
| PEM | Review Bank Lending Group appellate brief to Third Circuit; briefs of Canada and Montana. | 2.50 | 1,175.00 |
| MTH | Reviewing various notices of filing re CA3 briefs; correspondence re same; begin reviewing same | 1.80 | 702.00 |
| DAC | Begin review of briefs filed at Circuit | 2.00 | 1,040.00 |
| 11/30/2012 | | | |
| PEM | Review Garlock Appellate brief to Third Circuit. | 1.50 | 705.00 |
| MTH | Correspondence re CA3 briefs (Plan Proponents) | 0.10 | 39.00 |
| MTH | Correspondence to PVNL re CA3 briefings | 0.10 | 39.00 |
| MTH | Correspondence with MRE and DAC re CA3 briefing | 0.20 | 78.00 |
| DAC | Review of appellate briefs of Montana, Banks and Canada | 3.00 | 1,560.00 |
| | FOR CURRENT SERVICES RENDERED | 13.30 | 6,157.00 |

W.R. Grace

11/30/2012

ACCOUNT NO:     3000-17D

STATEMENT NO:          123

Plan and Disclosure Statement

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 5.00 | $520.00 | $2,600.00 |
| Philip E. Milch | 4.00 | 470.00 | 1,880.00 |
| Mark T. Hurford | 4.30 | 390.00 | 1,677.00 |

TOTAL CURRENT WORK                                                                          6,157.00

11/19/2012        Payment - Thank you. (August, 2012 - 80% Fees)                          -2,778.40

BALANCE DUE                                                                              $10,536.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                      |                |          |
|----------------------|----------------|----------|
|                      | Page: 1        |          |
| W.R. Grace           | 11/30/2012     |          |
| Wilmington  DE       | ACCOUNT NO:    | 3000-18D |
|                      | STATEMENT NO:  | 123      |

Relief from Stay Proceedings

PREVIOUS BALANCE                                          -$257.70

CREDIT BALANCE                                           -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2012
ACCOUNT NO:      3000-20D
STATEMENT NO:              122

Tax Litigation

PREVIOUS BALANCE                                                                $468.80

BALANCE DUE                                                                      $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 11/30/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-21D |
|  | STATEMENT NO: | 114 |

Travel-Non-Working

| | |
|---|---|
| PREVIOUS BALANCE | $74.00 |
| BALANCE DUE | $74.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2012
ACCOUNT NO:        3000-22D
STATEMENT NO:              127

Valuation

PREVIOUS BALANCE                                                                    $1,185.00

BALANCE DUE                                                                         $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                          11/30/2012
Wilmington  DE                                          ACCOUNT NO:      3000-23D
                                                        STATEMENT NO:           127

ZAI Science Trial

PREVIOUS BALANCE                                                     $1,203.30

BALANCE DUE                                                         $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                           11/30/2012
Wilmington  DE                                                   ACCOUNT NO:           3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 195.00 | 0.00 | 0.00 | 0.00 | 0.00 | $195.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | $39.00 |
| 3000-04 Case Administration | | | | | |
| 513.27 | 0.00 | 0.00 | 0.00 | 0.00 | $513.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,391.80 | 0.00 | 0.00 | 0.00 | 0.00 | $2,391.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -249.30 | 0.00 | 0.00 | 0.00 | 0.00 | -$249.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,746.84 | 3,472.50 | 0.00 | 0.00 | -3,749.60 | $12,469.74 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -882.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$882.70 |
| 3000-10 Employment Applications, Others | | | | | |
| 717.90 | 0.00 | 0.00 | 0.00 | 0.00 | $717.90 |
| 3000-11 Expenses | | | | | |
| 6,031.83 | 0.00 | 2,826.06 | 0.00 | -2,756.10 | $6,101.79 |

W.R. Grace

ACCOUNT NO:         3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 2,958.40 | 1,317.00 | 0.00 | 0.00 | -595.20 | $3,680.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 12,361.90 | 5,294.00 | 0.00 | 0.00 | -3,248.80 | $14,407.10 |
| 3000-15 Hearings | | | | | |
| 4,577.05 | 273.00 | 0.00 | 0.00 | -124.80 | $4,725.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,461.00 | 39.00 | 0.00 | 0.00 | 0.00 | -$2,422.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 7,157.40 | 6,157.00 | 0.00 | 0.00 | -2,778.40 | $10,536.00 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 74.00 | 0.00 | 0.00 | 0.00 | 0.00 | $74.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 48,808.09 | 16,552.50 | 2,826.06 | 0.00 | -13,252.90 | $54,933.75 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.