# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

December 10, 2012                                         INVOICE:              251742

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 11/30/12

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/01/12 | Work on allocation and analysis for claim for insurance company with revised trigger and additional factors. | W001 | MG | 5.60 |
| 11/02/12 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.40 |
| 11/02/12 | Continue to work on allocation and analysis for claim for insurance company with revised trigger and additional factors. | W001 | MG | 5.80 |
| 11/04/12 | Review and revise time and expense entries. | W011 | AHP | 1.60 |
| 11/05/12 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.90). | W001 | GFF | 2.80 |
| 11/05/12 | Continue to work on allocation and analysis for claim for insurance company with revised trigger and additional factors. | W001 | MG | 6.20 |
| 11/05/12 | Attention to issues relating to potential communication of existing settlements. | W001 | RYC | 1.60 |
| 11/06/12 | Prepare draft of monthly fee application. | W011 | AHP | 1.20 |
| 11/06/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues. | W001 | GFF | 2.10 |
| 11/06/12 | Analyzed and reviewed umbrella and excess insurance policies, settlement and cost sharing agreements re: indemnifications, insolvents, payment issues, following form and policy language. | W001 | IF | 2.20 |

{D0254659.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                               EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

December 10, 2012                              INVOICE:          251742

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 11/06/12 | Continue to work on allocation and analysis for claim for insurance company with revised trigger and additional factors. | W001 | MG | 5.60 |
| 11/06/12 | Review and analysis in connection with estimating commutation of existing settlements and claims settlement related issues. | W001 | RYC | 3.20 |
| 11/07/12 | Begin proofing revisions. | W011 | AHP | 1.20 |
| 11/07/12 | Attention to email from M. Garbowski re: revised settlement demand. | W001 | DJN | 0.10 |
| 11/07/12 | Draft and revise insurance policy data spreadsheets (.80); continue review of selected settlement and reimbursement agreements re: "subject policies" issues (1.80). | W001 | GFF | 2.60 |
| 11/07/12 | Reviewed excess insurance policies and settlement and coverage in place agreements re: insolvent insurance companies, indemnifications, payment issues, follow form and policy language. | W001 | IF | 1.70 |
| 11/07/12 | Reviewed updated information for new methodology for settlement demands. | W001 | IF | 1.20 |
| 11/07/12 | Work on allocation and analysis for claim for insurance company with revised trigger and additional factors (4.50); draft email re: same explaining effect of trigger factor and possible revision to new model suggested (2.40). | W001 | MG | 6.90 |
| 11/08/12 | Finish proofing revisions to time and expense entries and monthly fee application, forward for attorney review. | W011 | AHP | 1.70 |
| 11/08/12 | Continue review of selected settlement agreements re: "Subject Policies" issues (1.20); continue analysis of selected insurance policies (umbrella and excess) re: "follow form" and voluntary payments issues (1.40). | W001 | GFF | 2.60 |
| 11/08/12 | Analyzed and reviewed excess and umbrella insurance policies and settlement and coverage in place agreements re:  insolvent insurance companies, indemnifications, payment issues, follow form and policy language. | W001 | IF | 2.80 |

{D0254659.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                       EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| December 10, 2012 | INVOICE:              251742 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/08/12 | Work on allocations and models needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 5.60 |
| 11/08/12 | Attention to issues relating to potential commutation of existing settlements. | W001 | RYC | 1.40 |
| 11/09/12 | Attention to communications between R. Horkovich and M. Garbowski re: revised demand. | W001 | DJN | 0.20 |
| 11/09/12 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.10); continue analysis of selected settlement agreements re: "subject policies" issues (1.20). | W001 | GFF | 3.20 |
| 11/09/12 | Reviewed and updated information on umbrella and excess insurance policies, settlements and reimbursement agreements re:  insolvent insurance companies, indemnification language, following form, payment issues and policy language. | W001 | IF | 2.90 |
| 11/09/12 | Continue to work on allocations and calculations needed for new settlement demands with historical data including trigger time shift. | W001 | MG | 6.30 |
| 11/09/12 | Attention to settlement with insurance companies. | W001 | RMH | 0.70 |
| 11/09/12 | Follow-up review of issues relating to settlement analysis. | W001 | RYC | 0.70 |
| 11/09/12 | Review and comment upon fee application. | W011 | RYC | 0.70 |
| 11/12/12 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected settlement agreements re: "subject policies" issues (1.70). | W001 | GFF | 2.40 |
| 11/12/12 | Analyzed excess insurance policies, settlements and cost sharing agreements re:  insolvents, indemnification language, follow form, payment issues and policy language. | W001 | IF | 2.30 |
| 11/12/12 | Work on allocation and analysis for revised claims against insurance companies. | W001 | MG | 5.70 |

{D0254659.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

December 10, 2012                                   INVOICE:            251742

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 11/12/12 | Calculate, draft demand upon insurance company and obtain approvals for FCR and Debtor (1.00). Attention to motion to approve Qualified Settlement Fund (.80). | W001 | RMH | 1.80 |
| 11/12/12 | Review and prepare documents and summaries in connection with evaluation of insurance and settlement post-confirmation asset portfolio. | W001 | RYC | 3.40 |
| 11/13/12 | Proof changes (.40); finalize monthly fee application and exhibits, forward to local counsel (.80). | W011 | AHP | 1.20 |
| 11/13/12 | Continue analysis of selected settlement agreements re: "subject policies" issues. | W001 | GFF | 2.60 |
| 11/13/12 | Searched files and in-house resources re: insurance company participation. | W001 | IF | 0.90 |
| 11/13/12 | Reviewed umbrella and excess insurance policies, settlements and reimbursement agreements re: insolvents, indemnification language, follow form, payment issues and policy language. | W001 | IF | 1.90 |
| 11/13/12 | Work on new methods for allocation and analysis for revised claims against insurance companies. | W001 | MG | 5.30 |
| 11/13/12 | Respond to demand for offer from insurance company. | W001 | RMH | 0.90 |
| 11/13/12 | Research and analysis in connection with issues raised during settlement buy-out discussions. | W001 | RYC | 2.60 |
| 11/14/12 | Review communication from local counsel and brief email to R. Chung re: same (.40); telephone conversation with local counsel re: modification to interim language (.30); draft email regarding same (.50). | W011 | AHP | 1.20 |
| 11/14/12 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.10); continue analysis of selected settlement agreements re: "subject policies" issues (.70). | W001 | GFF | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

December 10, 2012                                INVOICE:              251742

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 11/14/12 | Analyzed excess policies, settlement agreements re:  insolvent insurance companies, indemnification language, following form, payment and policy language. | W001 | IF | 2.40 |
| 11/14/12 | Updated information re:  draft of settlement for insurance company. | W001 | IF | 1.10 |
| 11/14/12 | Continue to work on new methods for allocation and analysis for revised claims against insurance companies. | W001 | MG | 5.30 |
| 11/14/12 | Attention to approval of settlement (.30). Respond to communication from insurance company (.30). | W001 | RMH | 0.60 |
| 11/15/12 | Telephone conversation with J. Day regarding error in application (.30); email to B. Ruhlander re: resolution of same (.30). | W011 | AHP | 0.60 |
| 11/15/12 | Reviewed and updated information on umbrella and excess policies, settlement agreements and reimbursement agreements re:  insolvent insurance companies, indemnification language, follow form, payment and insurance policy language. | W001 | IF | 1.90 |
| 11/15/12 | Work on new methods for allocation and analysis for revised claim against insurance company. | W001 | MG | 2.90 |
| 11/15/12 | Follow-up research and analysis in connection with issues raised during settlement buy-out discussions. | W001 | RYC | 3.10 |
| 11/16/12 | Continued to analyze and update information on umbrella and excess policies, settlement agreements and reimbursement agreements re: insolvent insurance companies, indemnification language, follow form, payment and insurance policy language. | W001 | IF | 2.10 |
| 11/16/12 | Work on new methods for allocation and analysis for revised claims against insurance companies. | W001 | MG | 3.80 |
| 11/19/12 | Continue analysis of selected settlement agreements re: "subject policies" issues (1.60); Draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.30 |

{D0254659.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

December 10, 2012                                           INVOICE:            251742

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/19/12 | Reviewed and updated policy information on excess policies, settlement agreements & coverage in place agreements re:  insolvent insurance companies, indemnification language, following form, payment and insurance policy language. | W001 | IF | 2.10 |
| 11/19/12 | Continue to work on new allocation for revised claims against insurance companies. | W001 | MG | 4.30 |
| 11/19/12 | Communicate with counsel regarding settlement offer. | W001 | RMH | 0.70 |
| 11/19/12 | Research and analysis in connection with additional issues raised by potential insurance settlement buyout. | W001 | RYC | 3.20 |
| 11/20/12 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies (umbrella and excess) re follow form and voluntary payments issues (1.10). | W001 | GFF | 1.80 |
| 11/20/12 | Reviewed and updated information re:  status of settlement discussion request. | W001 | IF | 0.40 |
| 11/20/12 | Analyzed excess insurance policies, settlement agreements and coverage in place agreements re: insolvent insurance companies, indemnification language, following form, payment and insurance policy language. | W001 | IF | 2.10 |
| 11/20/12 | Began to search files and in-house resources re: non-products erosion. | W001 | IF | 0.70 |
| 11/20/12 | Work on new allocation for revised claims against insurance companies. | W001 | MG | 3.70 |
| 11/20/12 | Conference with counsel regarding potential settlement. | W001 | RMH | 0.80 |
| 11/20/12 | Research and analysis in connection with impact of settlement buyout on Trust obligations (3.80). Attention to revised summaries in connection with evaluation of trust insurance assets (1.10). | W001 | RYC | 4.90 |

{D0254659.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| December 10, 2012 | INVOICE:                251742 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/21/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.80); continue analysis of settlement agreements re "subject policies" issues (1.10). | W001 | GFF | 2.90 |
| 11/21/12 | Searched files and in-house resources re: "premises coverage" exhaustion. | W001 | IF | 0.90 |
| 11/21/12 | Reviewed excess and umbrella insurance policies, settlement agreements and reimbursement agreements re: insolvents, indemnification language, following form, payment and insurance policy language. | W001 | IF | 1.30 |
| 11/21/12 | Research and analysis in connection with claims settlement discussion issues. | W001 | RYC | 2.60 |
| 11/26/12 | Review monitoring chart and prepare data per R. Horkovich request. | W011 | AHP | 0.60 |
| 11/26/12 | Continue analysis of selected settlement agreements re: "subject policies" issues (1.10); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.20). | W001 | GFF | 2.30 |
| 11/26/12 | Analyzed umbrella and excess and umbrella insurance policies, settlement agreements and reimbursement agreements re: insolvent insurance companies, indemnification language, follow form, payment and insurance policy language. | W001 | IF | 1.90 |
| 11/26/12 | Reviewed allocation methodology for "premises coverage." | W001 | IF | 0.70 |
| 11/26/12 | Review non-products allocation models to answer questions about possible insurance company settlement. | W001 | MG | 3.40 |
| 11/26/12 | Confer with counsel re: settlement negotiation issues | W001 | RMH | 0.40 |
| 11/26/12 | Continue review and analysis in connection with evaluation of trust reimbursement settlement assets. | W001 | RYC | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

December 10, 2012                                              INVOICE:              251742

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 11/27/12 | Continue analysis of selected settlement agreements re: "subject policies" issues (.90); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 1.60 |
| 11/27/12 | Reviewed and updated information on excess and umbrella insurance policies, settlement agreements and reimbursement agreements re: insolvents, indemnification language, following form language, payments and insurance policy language. | W001 | IF | 2.30 |
| 11/27/12 | Continue to work on new allocation for revised claims against insurance companies. | W001 | MG | 3.80 |
| 11/27/12 | Attention to settlement with insurance company. | W001 | RMH | 0.60 |
| 11/28/12 | Continue analysis of selected settlement agreements re: "subject policies" issues. | W001 | GFF | 1.40 |
| 11/28/12 | Analyzed excess and umbrella insurance policies, settlement agreements and reimbursement agreements re:  insolvent insurance companies, indemnification language, following form language, payments and insurance policy language. | W001 | IF | 2.40 |
| 11/28/12 | Continue to work on new allocation for revised claims against insurance companies. | W001 | MG | 1.90 |
| 11/28/12 | Attention to potential settlement with insurance company. | W001 | RMH | 0.80 |
| 11/28/12 | Continue review and analysis in connection with evaluation of trust insolvent insurance assets. | W001 | RYC | 1.60 |
| 11/29/12 | Continue analysis of selected settlement agreements re: "subject policies" issues (1.10); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.40 |
| 11/29/12 | Review of excess policies, settlement agreements and reimbursement agreements information re: insolvent insurance companies, indemnification language, follow form provisions, payments and insurance policy language. | W001 | IF | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| December 10, 2012 | INVOICE: | 251742 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/29/12 | Continue to work on new allocation for revised claims against insurance companies. | W001 | MG | 1.80 |
| 11/29/12 | Continue review and analysis in connection with evaluation of solvent insurance assets. | W001 | RYC | 1.70 |
| 11/30/12 | Continue analysis of selected settlement and disbursement agreements re: "subject policies" issues (.80); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 1.60 |
| 11/30/12 | Reviewed and updated information on excess insurance policies, settlement agreements and reimbursement agreements re: insolvent insurance companies, indemnification language, following form language, payments and insurance policy language. | W001 | IF | 2.10 |
| 11/30/12 | Work on new allocation for revised claims against insurance companies. | W001 | MG | 2.20 |
| 11/30/12 | Attention to potential settlement with insurance company and communicate with Debtors counsel. | W001 | RMH | 0.70 |
| 11/30/12 | Continue review and analysis in connection with evaluation of potential settlement of remaining insurance assets. | W001 | RYC | 1.30 |

**TOTAL FEES:**                                                        **$112,880.50**

{D0254659.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

December 10, 2012                                                      INVOICE:            251742

MATTER:  CLAIMANTS COMMITTEE                                    ROBERT M. HORKOVICH

## FEE SUMMARY

|                    | RATE   | HOURS | TOTALS       |
|--------------------|--------|-------|--------------|
| Arline H Pelton    | 260.00 | 9.30  | 2,418.00     |
| Dennis J. Nolan    | 480.00 | 0.30  | 144.00       |
| Glenn F Fields     | 355.00 | 39.60 | 14,058.00    |
| Izak Feldgreber    | 305.00 | 42.60 | 12,993.00    |
| Mark Garbowski     | 625.00 | 86.10 | 53,812.50    |
| Robert M Horkovich | 895.00 | 8.00  | 7,160.00     |
| Robert Y Chung     | 650.00 | 34.30 | 22,295.00    |
| **TOTAL FEES:**    |        |       | **$112,880.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| December 10, 2012 | INVOICE:         251742 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Dennis J. Nolan | 0.30 | 144.00 |
| Glenn F Fields | 39.60 | 14,058.00 |
| Izak Feldgreber | 42.60 | 12,993.00 |
| Mark Garbowski | 86.10 | 53,812.50 |
| Robert M Horkovich | 8.00 | 7,160.00 |
| Robert Y Chung | 33.60 | 21,840.00 |
| **TOTAL:** | **210.20** | **$110,007.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 9.30 | 2,418.00 |
| Robert Y Chung | 0.70 | 455.00 |
| **TOTAL:** | **10.00** | **$2,873.00** |

{D0254659.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE            MATTER:    100055.WRG01

December 10, 2012                          INVOICE:        251742

MATTER:  CLAIMANTS COMMITTEE               ROBERT M. HORKOVICH

| COSTS through 11/30/12 |
|:---:|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 11/01/12 | LIBRARY & LEGAL RESEARCH WESTLAW | E106 | 9.17 |
| 11/01/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/13/12 | DI - PHOTOCOPYING - | E101 | 5.30 |
| 11/13/12 | DI - PHOTOCOPYING - | E101 | 14.30 |
| 11/15/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/16/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/16/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 11/19/12 | DI - PHOTOCOPYING - | E101 | 32.70 |
| 11/21/12 | DI - PHOTOCOPYING - | E101 | 1.10 |
| 11/26/12 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 11/26/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 11/27/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/27/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 11/27/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/28/12 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 11/28/12 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 11/30/12 | DI - PHOTOCOPYING - | E101 | 1.60 |
| 11/30/12 | DI - PHOTOCOPYING - | E101 | 0.10 |

**TOTAL COSTS:**                                      **$68.27**

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| WEST LB | LIBRARY & LEGAL RESEARCH WESTLAW | 9.17 |
| XE | DI - PHOTOCOPYING - | 59.10 |
| | **TOTAL COSTS:** | **$68.27** |

**TOTAL DUE:**                          **$112,948.77**