# EXHIBIT A

## Case Administration (1.20 Hours; $ 810.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $935 | 374.00 |
| Rita C. Tobin | .80 | $545 | 436.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/02/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (0.2) |
| 11/05/12 | PVL | 935.00 | 0.10 | Rv 8 misc. filings |
| 11/16/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re EI update (0.2) |
| 11/26/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re EI update (0.2) |
| 11/29/12 | PVL | 935.00 | 0.30 | Teleconf. Brickley |
| 11/30/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re EI update (0.2) |

**Total Task Code .04        1.20**


## Fee Applications, Applicant (7.90 Hours; $ 2,833.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.30 | $545 | 1,798.50 |
| Eugenia Benetos | 4.60 | $225 | 1,035.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/02/12 | RCT | 545.00 | 0.20 | Review fee app schedule for October (0.2) |
| 11/05/12 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |
| 11/08/12 | RCT | 545.00 | 1.30 | Review interim fee app (1.3) |
| 11/08/12 | EB | 225.00 | 1.40 | Work on interim. |

| | | | | |
|---|---|---|---|---|
| 11/12/12 | RCT | 545.00 | 0.40 | Review prebills (0.4) |
| 11/14/12 | RCT | 545.00 | 0.40 | Review exhibits in fee app (0.4) |
| 11/19/12 | EB | 225.00 | 0.60 | Work on payment allocation. |
| 11/21/12 | EB | 225.00 | 1.40 | Work on the monthly fee application. |
| 11/21/12 | EB | 225.00 | 0.60 | Perform review of the fee application schedule and update all monthly and quarterly figures for the firm. |
| 11/27/12 | EB | 225.00 | 0.60 | Perform review of the fee application schedule and update all monthly and quarterly figures for the firm. |

**Total Task Code .12    7.90**


**Fee Applications, Others (.10 Hours; $ 83.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/20/12 | PVL | 935.00 | 0.10 | Rv 12 fee apps. |

**Total Task Code .13    .10**


**Plan & Disclosure Statement (10.90 Hours; $ 9,799.00**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $1,000 | 1,300.00 |
| Peter Van N. Lockwood | 8.30 | $935 | 7,760.50 |
| Ann C. McMillan | .20 | $645 | 129.00 |
| Kevin C. Maclay | .90 | $555 | 499.50 |
| Neal M. Kochman | .20 | $550 | 110.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/12 | PVL | 935.00 | 0.30 | Rv email & reply (.1); rv 3d qtr earnings release (.2) |
| 11/02/12 | EI | 1,000.00 | 0.30 | Memo to Committee (.3). |

| Date | Timekeeper | Rate | Hours | Description |
|---|---|---|---|---|
| 11/05/12 | PVL | 935.00 | 0.20 | Rv draft QSF motion |
| 11/05/12 | ACM | 645.00 | 0.10 | Teleconference claimant re status of case. |
| 11/06/12 | PVL | 935.00 | 0.70 | Tcn Shelnitz, Finke, Donley, Paul & Wyron (.6); teleconf. EI (.1) |
| 11/07/12 | EI | 1,000.00 | 0.20 | Telephone conference R. Frankel re: status (.1); memo to R. Horkovich re: status (.1). |
| 11/08/12 | ACM | 645.00 | 0.10 | Teleconference claimant re status of case. |
| 11/09/12 | PVL | 935.00 | 0.10 | Rv email re status. |
| 11/12/12 | PVL | 935.00 | 0.10 | Rv email re status. |
| 11/13/12 | EI | 1,000.00 | 0.20 | Conference Melville re: tax issue (.2). |
| 11/15/12 | PVL | 935.00 | 0.30 | Teleconf. EI (.1); teleconf. NMK (.2) |
| 11/15/12 | NMK | 550.00 | 0.20 | Telecon with PVNL re tax treatment of warrant transaction |
| 11/15/12 | EI | 1,000.00 | 0.30 | Claims inquiry (.1); telephone conference PVNL re: tax question (.2). |
| 11/16/12 | PVL | 935.00 | 0.30 | Teleconf. Melville |
| 11/20/12 | PVL | 935.00 | 0.50 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |
| 11/26/12 | EI | 1,000.00 | 0.30 | Telephone conferences with R. Frankel re: Sealed Air (.3). |
| 11/27/12 | PVL | 935.00 | 0.10 | Rv emails and AMH motion |
| 11/29/12 | PVL | 935.00 | 1.90 | Rv Montana and Canada briefs |
| 11/30/12 | PVL | 935.00 | 3.80 | Rv Garlock brief (1.9); rv emails & reply (.2); cn KCM (.4); rv Jt. App. (.2); rv Bank Lender brief (1.1) |
| 11/30/12 | KCM | 555.00 | 0.90 | Skin Garlock brief (.5); meet with PVNL re Garlock brief (.4) |

**Total Task Code   .17         10.90**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 18.22 |
| Long Distance-Equitrac In-House | 0.28 |
| Pacer - Database Charges | 3.00 |
| **Total:** | **$21.50** |