**EXHIBIT B**

**Case Administration (1.20 Hours; $ 810.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   1.20

**Fee Applications, Applicant (7.90 Hours; $ 2,833.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**   7.90

**Fee Applications, Others (.10 Hours; $ 93.50)**

   Services rendered in this category pertain to the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**   .10

**Plan & Disclosure Statement (10.90 Hours; $ 9,799.00)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**   10.90