## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 18.22 |
| Long Distance-Equitrac In-House | 0.28 |
| Pacer - Database Charges | 3.00 |
| **Total:** | **$21.50** |

**Client Number:   4642**              **Grace Asbestos Personal Injury Claimants**                                                Page: 1
**Matter     000**                      **Disbursements**                                                                           12/13/2012

Attn:                                                                                         Print Date/Time: 12/13/2012  3:51:13PM

                                                                                              Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 11/30/2012

**Matter     000**
**Disbursements**

| | | | | |
|---|---|---|---|---|
| Bill Cycle: Monthly | Style: i1 | Start: 4/16/2001 | Last Billed : 11/21/2012 | 13,655 |

                               $4,806.34
Client Retainers Available                Committed to Invoices:        $0.00       Remaining:           $4,806.34

                                       $3,939,534.58
                        Total Expenses Billed To Date      Billing Empl:        0120    Elihu  Inselbuch
                                                           Responsible Empl:    0120    Elihu  Inselbuch
                                                           Alternate Empl:      0120    Elihu  Inselbuch
                                                           Originating Empl:    0120    Elihu  Inselbuch

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 18.22 | 0.00 | 18.22 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3.28 | 0.00 | 3.28 |
| **Total Fees** | | | **0.00** | **21.50** | **0.00** | **21.50** |

**Detail Time / Expense by Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2913081 | Pacer Service Center -Qtrly. invoiced database research svc., 7/1/12 - 9/30/12 | E | 11/05/2012 | 0999 C&D | | 0.00 | $3.00 | | 0.00 | $3.00 | 3.00 |
| 2915872 | Equitrac - Long Distance to 18136261334 | E | 11/08/2012 | 0999 C&D | | 0.00 | $0.16 | | 0.00 | $0.16 | 3.16 |
| 2917116 | Equitrac - Long Distance to 16129045613 | E | 11/15/2012 | 0999 C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 3.24 |
| 2920556 | Equitrac - Long Distance to 13025212266 | E | 11/29/2012 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 3.28 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | 12/13/2012 |

Print Date/Time: 12/13/2012  3:51:13PM

Attn:

Invoice #

| | | | | | EI | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2923896 | Federal Express -Delivery to T.Simpson, 11/9/12 | E | 11/30/2012 | 0120 | | 0.00 | $18.22 | 0.00 | $18.22 | 21.50 |
| | (EI) | | | | | | | | |

**Total Expenses**                                                                                   $21.50
                                                                                                     $21.50
                                                            0.00                          0.00

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 21.50 | | 21.50 |
| Matter Total | 0.00 | 21.50 | 0.00 | 21.50 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $21.50 | | $21.50 |
| Prebill Total | 0.00 | $21.50 | 0.00 | $21.50 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 37,193.75 | 7,438.76 |
| 88,835 | 07/25/2012 | 41,566.50 | 8,313.31 |
| 89,295 | 08/20/2012 | 50,812.00 | 10,162.40 |
| 89,820 | 09/18/2012 | 28,956.50 | 5,791.30 |
| 90,312 | 10/15/2012 | 23,367.50 | 4,673.50 |
| 90,875 | 11/21/2012 | 32,764.85 | 32,764.85 |
| | | 359,937.60 | 87,221.45 |