# EXHIBIT A

## (Horton Iron & Metal)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                    December 18, 2012
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015355
7500 Grace Drive                                     Invoice # 151459
Columbia, MD  21044                                  Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**Horton Iron & Metal**

| | | | | |
|---|---|---|---|---|
| 11/02/12 | R. Brager | L120 | 0.20 | Exchange emails re strategy issues. |
| 11/02/12 | P. Marks | L120 | 2.90 | Prepare for transmittal of information to Department of Justice (DOJ), including review of comments, preparation of documents and coordinate with H. Feichko, S. Albert and R. Brager re same. |
| 11/02/12 | S. Albert | L120 | 1.30 | Revise, prepare and final proof reading of materials to provide to DOJ, and conference with P. Marks re same. |
| 11/14/12 | R. Brager | L120 | 0.50 | Review DOJ letter and exchange emails re same. |
| 11/14/12 | P. Marks | L120 | 0.90 | Evaluate letter from J. Freeman (DOJ). |
| 11/15/12 | R. Brager | L120 | 0.50 | Letter review, conference with P. Marks and S. Albert re same, and telephone conference with H. Feichko and P. Marks re same. |
| 11/15/12 | P. Marks | L120 | 1.10 | Prepare for and conduct conference with R. Brager (for a portion of meeting) and S. Albert re DOJ letter, and brief telephone conference with H. Feichko re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151459
December 18, 2012
PAGE  2

| 11/15/12 | S. Albert | L120 | 0.80 | Meeting with R. Brager and P. Marks re response to DOJ letter, and review DOJ letter. |
| 11/19/12 | R. Brager | L120 | 0.50 | Exchange emails about response, and review S. Albert chart. |
| 11/19/12 | P. Marks | L120 | 1.20 | Assess DOJ letter and prepare responses. |
| 11/19/12 | S. Albert | L120 | 3.00 | Preparation of Grace's response to DOJ letter. |
| 11/20/12 | R. Brager | L120 | 1.00 | Review table, and conference with P. Marks and S. Albert re settlement issues. |
| 11/20/12 | P. Marks | L120 | 2.80 | Prepare for and conduct conference with R. Brager and S. Albert, and follow-up tasks to prepare for client conference call including preparation of chart and text for DOJ. |
| 11/20/12 | S. Albert | L120 | 0.50 | Conference with P. Marks and R. Brager re response to DOJ letter. |
| 11/21/12 | R. Brager | L120 | 1.00 | Review materials and conference with Grace re same. |
| 11/21/12 | P. Marks | L120 | 2.30 | Email to client re chart and meeting preparation, and conduct telephone conference with team to prepare for meeting with DOJ. |
| 11/21/12 | S. Albert | L120 | 0.80 | Telephone conference re response to DOJ letter. |
| 11/26/12 | R. Brager | L120 | 7.00 | Exchange emails re meeting, travel to Denver and prepare for meeting, and outline presentation and review with Grace. |
| 11/26/12 | P. Marks | L120 | 2.10 | Email correspondence from L. Duff and review chart re same, and conduct telephone conference with L. Duff, H. Feichko, B. Medler and R. Brager re DOJ meeting preparation. |
| 11/26/12 | P. Marks | L120 | 0.40 | Prepare correspondence with H. Feichko. |
| 11/27/12 | R. Brager | L120 | 8.00 | Review materials to prepare for meeting with EPA, EPA meeting, autopsy same, and telephone conference with P. Marks re same. |
| 11/27/12 | P. Marks | L120 | 2.90 | Prepare for and participate in telephone conference with client and EPA, and post-call discussions with client team, S. Albert and R. Brager. |
| 11/27/12 | S. Albert | L120 | 2.00 | Communications and conferences re negotiations with DOJ re settlement agreement. |

BEVERIDGE & DIAMOND, P.C.

| 11/29/12 | R. Brager | L120 | 0.50 | Conference with P. Marks and S. Albert re letter. |
| 11/29/12 | P. Marks | L120 | 0.50 | Internal strategy meeting with R. Brager and S. Albert and direct S. Albert re tasks. |
| 11/29/12 | S. Albert | L120 | 0.30 | Meeting with R. Brager and P. Marks re drafting guidance document. |

Total Hours :                45.00

Total Fees :           $23,694.60

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151459
December 18, 2012
PAGE   4

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 19.20 | $657.80 | $12,629.76 |
| P. Marks | 17.10 | $469.20 | $8,023.32 |
| S. Albert | 8.70 | $349.60 | $3,041.52 |
| **Total Fees :** |  |  | **$23,694.60** |
| **Total Fees:** |  |  | **$23,694.60** |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L120 | 45.00 | $23,694.60 |
| Total L100 | 45.00 | $23,694.60 |
| **Total Fees :** | **45.00** | **$23,694.60** |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E110 | Out-of-town Travel | $124.00 |
| **Total Disbursements :** |  | **$124.00** |
| **TOTAL DUE :** |  | **$23,818.60** |