# EXHIBIT B

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                                      December 18, 2012
Attn: Lydia B. Duff, Esq.                              Client/Matter #   01246-015172
7500 Grace Drive                                       Invoice # 151458
Columbia, MD  21044                                    Federal ID# 52-1247549


For Legal Services Rendered Through 11/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**IRIS**


| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 11/01/12 | K. Bourdeau | C300 | 0.50 | Review and comment on draft cover letter and e-mail communications re same. |
| 11/01/12 | P. Marks | C300 | 0.30 | Revisions to draft cover letter re consultant report. |
| 11/01/12 | P. Marks | C300 | 0.30 | Team conference call. |
| 11/02/12 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko re consultant and research tasks. |
| 11/02/12 | P. Marks | C300 | 0.20 | Address transcript corrections and direct D. Paul re same. |
| 11/02/12 | D. Paul | C300 | 0.30 | Prepare pdf version of transcript revisions and forward to court reporter for correction; and reprinting. |
| 11/02/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 11/04/12 | P. Marks | C300 | 1.10 | Review consultant report and correspondence with consultant and client re same and transmittal letter preparation. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  151458
                                                             December 18, 2012
                                                             PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 11/05/12 | P. Marks | C300 | 0.70 | Prepare for and conduct telephone conference with consultant and client. |
| 11/05/12 | P. Marks | C300 | 1.40 | Provide consultant and client with comments re consultant report. |
| 11/05/12 | P. Marks | C300 | 0.20 | Telephone conference with H. Feichko re consultant report. |
| 11/06/12 | P. Marks | C300 | 0.90 | Review consultant report and coordinate with client team re same. |
| 11/07/12 | K. Bourdeau | C300 | 1.30 | E-mail communications, conference with H. Feichko and P. Marks, and internal e-mail communications re same. |
| 11/07/12 | P. Marks | C300 | 0.70 | Address FOIA issues and coordinate with client, J. Lanham, K. Bourdeau re same. |
| 11/07/12 | P. Marks | C300 | 0.60 | Coordinate with consultant re report completion and review same. |
| 11/07/12 | P. Marks | C300 | 0.60 | Telephone conference with H. Feichko re tasks and prepare summary of same and consultant coordination issues for K. Bourdeau. |
| 11/07/12 | P. Marks | C300 | 0.60 | Telephone conference with H. Feichko and K. Bourdeau re research and direct paralegal re information gathering. |
| 11/07/12 | J. Lanham | C300 | 1.00 | Communications re documents. |
| 11/07/12 | E. Wolk | C300 | 0.80 | Monitoring and conference with K. Bourdeau re research, prepare printed materials of same; per P. Marks provide meeting notes. |
| 11/08/12 | K. Bourdeau | C300 | 1.80 | E-mail communications, participate in Grace team status/strategy conference call and follow-up conference with P. Marks re path forward, and follow-up e-mail communications re same. |
| 11/08/12 | P. Marks | C300 | 0.70 | Address FOIA follow-up and coordinate with client and J. Lanham re same. |
| 11/08/12 | P. Marks | C300 | 2.00 | Evaluate new information, prepare for team conference call and participate in same. |
| 11/08/12 | J. Lanham | C300 | 1.00 | Communications re documents. |
| 11/08/12 | E. Wolk | C300 | 1.50 | Monitoring and per P. Marks conduct research. |

BEVERIDGE & DIAMOND, P.C.                                INVOICE # 151458
                                                         December 18, 2012
                                                         PAGE   3


| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 11/09/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 11/11/12 | K. Bourdeau | C300 | 0.80 | Review recent developments, prepare detailed e-mail to P. Marks re same and path forward in light of same. |
| 11/12/12 | K. Bourdeau | C300 | 1.80 | Further review of developments, e-mail to P. Marks re same and path forward, and prepare and transmit article to client re same. |
| 11/12/12 | P. Marks | C300 | 0.70 | Review K. Bourdeau and H. Feichko emails and respond to client inquiry re study. |
| 11/12/12 | J. Lanham | C300 | 0.50 | Telephone conference re documents. |
| 11/13/12 | P. Marks | C300 | 0.40 | Gather materials re studies for client. |
| 11/13/12 | P. Marks | C300 | 3.50 | Listen to EPA teleconference and evaluate and prepare notes re same. |
| 11/15/12 | K. Bourdeau | C300 | 1.00 | Participate in Grace conference call and follow-up with P. Marks re same, path forward. |
| 11/15/12 | P. Marks | C300 | 0.40 | Gather more materials re studies for client. |
| 11/15/12 | P. Marks | C300 | 1.30 | Coordinate with J. Lanham re FOIA issues, and prepare for and conduct weekly team conference call. |
| 11/16/12 | K. Bourdeau | C300 | 0.50 | Communications re issues, new developments. |
| 11/16/12 | P. Marks | C300 | 0.50 | Evaluate and send information re studies to client. |
| 11/16/12 | P. Marks | C300 | 2.70 | Evaluate issues and documents per H. Feichko request. |
| 11/16/12 | J. Lanham | C300 | 2.00 | Review documents. |
| 11/16/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 11/17/12 | K. Bourdeau | C300 | 0.50 | Review new developments, communications with Grace re same. |
| 11/19/12 | K. Bourdeau | C300 | 0.50 | Review new and forthcoming developments, and conference with E. Wolk re same. |
| 11/19/12 | P. Marks | C300 | 1.00 | Assess FOIA documents and EPA developments and emails with client team re same. |
| 11/19/12 | J. Lanham | C300 | 2.30 | Review documents and prepare email correspondence re same. |

BEVERIDGE & DIAMOND, P.C.                                        INVOICE #  151458
                                                                 December 18, 2012
                                                                 PAGE   4

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 11/20/12 | K. Bourdeau | C300 | 1.00 | Review e-mail, follow-up e-mail communications re path forward re same, and review developments. |
| 11/20/12 | P. Marks | C300 | 0.70 | Assessment of next steps in connection with FOIA documents and coordinate with team re same. |
| 11/20/12 | J. Lanham | C300 | 0.50 | Review documents and communications re same. |
| 11/21/12 | P. Marks | C300 | 1.40 | Assess documents. |
| 11/26/12 | K. Bourdeau | C300 | 0.30 | Internal communications. |
| 11/27/12 | P. Marks | C300 | 0.70 | Prepare for client meetings. |
| 11/27/12 | P. Marks | C300 | 0.60 | FOIA request and response review and follow-up tasks. |
| 11/27/12 | J. Lanham | C300 | 1.20 | Communications re documents. |
| 11/28/12 | K. Bourdeau | C300 | 0.50 | E-mail communications and telephone calls. |
| 11/28/12 | P. Marks | C300 | 1.30 | Assess document research, direct J. Lanham re same, telephone conference with K. Bourdeau re same, and schedule conference call with client re same. |
| 11/28/12 | P. Marks | C300 | 0.90 | Prepare for client meeting. |
| 11/28/12 | J. Lanham | C300 | 5.30 | Review of documents and follow up activities re same. |
| 11/29/12 | P. Marks | C300 | 2.10 | Evaluate initiatives and correspondence from trade group, and prepare for client calls and prepare status summary. |
| 11/29/12 | P. Marks | C300 | 0.90 | Telephone conference with L. Duff, H. Feichko, R. Finke and K. Bourdeau re issues, and tracking federal developments. |
| 11/29/12 | P. Marks | C300 | 1.10 | Weekly status call and direct J. Lanham re follow-up tasks. |
| 11/29/12 | J. Lanham | C300 | 0.70 | Telephone conference re documents. |
| 11/30/12 | K. Bourdeau | C300 | 1.30 | Participate in conference call and follow-up conference with P. Marks re same. |
| 11/30/12 | P. Marks | C300 | 1.20 | Prepare meeting agenda with team and review and revise same. |

```
BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  151458
                                                             December 18, 2012
                                                             PAGE   5


11/30/12    P. Marks        C300        1.60    Telephone conference with K. Bourdeau re
                                                information, and prepare for discussions, and
                                                revise summary.

11/30/12    J. Lanham       C300        3.30    Review documents.

11/30/12    E. Wolk         C300        0.30    Monitoring.



                                     Total Hours :              67.20

                                     Total Fees  :          $29,706.80
```

BEVERIDGE & DIAMOND, P.C.
INVOICE # 151458
December 18, 2012
PAGE 6

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 11.80 | $657.80 | $7,762.04 |
| P. Marks | 33.80 | $469.20 | $15,858.96 |
| J. Lanham | 17.80 | $303.60 | $5,404.08 |
| D. Paul | 0.30 | $179.40 | $53.82 |
| E. Wolk | 3.50 | $179.40 | $627.90 |
|  |  | Total Fees : | $29,706.80 |
|  |  | Total Fees: | $29,706.80 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 67.20 | $29,706.80 |
| Total | 67.20 | $29,706.80 |
| Total Fees : | 67.20 | $29,706.80 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $5.00 |
| E105 | Telephone | $68.10 |
| E107 | Delivery Services/Messengers | $34.29 |
| E110 | Out-of-town Travel | $17.00 |
| E112 | Court Fees | $3,055.00 |
|  | Total Disbursements : | $3,179.39 |

BEVERIDGE & DIAMOND, P.C.                                INVOICE #  151458
                                                         December 18, 2012
                                                         PAGE   7


                                        **TOTAL DUE :**        **$32,886.19**