# EXHIBIT C

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

December 18, 2012
Client/Matter #  01246-012100
Invoice # 151455
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/12 in Connection With:

### General Regulatory/Compliance Issues
### 100042

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 11/02/12 | L. McAfee | C300 | 4.50 | Review project materials from Zephyr and prepare for and meet with client. |
| 11/16/12 | L. McAfee | C300 | 1.50 | Team call. |
| 11/19/12 | L. McAfee | C300 | 2.50 | Site visit and follow-up emails re projects. |
| 11/20/12 | L. McAfee | C300 | 0.90 | Review and revise project summaries and emails and telephone conferences re same. |
| 11/21/12 | L. McAfee | C300 | 2.10 | Review project material, draft memorandum re same, and follow-up emails with team. |
| 11/26/12 | L. McAfee | C300 | 2.50 | Team call re project, follow up with Zephyr re same, and review and revise memorandum and telephone conference with L. Duff re same. |
| 11/30/12 | L. McAfee | C300 | 5.00 | Telephone conferences and emails with Zephyr re legal requirements, research re same, and site meeting to discuss projects. |

**Total Hours :**  19.00

**Total Fees :**  $8,914.80