# EXHIBIT D

**(Trivalent Chromium)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

December 18, 2012
Client/Matter #  01246-014988
Invoice # 151457
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Trivalent Chromium</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 11/16/12 | P. Marks | C300 | 0.40 | Assess status and gather some materials re management across states with differing rules/interpretations. |

Total Hours :    0.40

Total Fees :    $187.68

BEVERIDGE & DIAMOND, P.C.                                   INVOICE #  151457
                                                            December 18, 2012
                                                            PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.40 | $469.20 | $187.68 |
|  | Total Fees : |  | $187.68 |
|  | Total Fees: |  | $187.68 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.40 | $187.68 |
| Total | 0.40 | $187.68 |
| Total Fees : | 0.40 | $187.68 |

**Summary by Disbursement Codes :**

|  |  |  |
|---|---|---|
| **TOTAL DUE :** |  | **$187.68** |