# EXHIBIT E

(Petition)