# EXHIBIT F

**(Bankruptcy Fee Application)**

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151456
December 18, 2012
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.30 | $469.20 | $140.76 |
|  | **Total Fees :** |  | **$140.76** |
|  | **Total Fees:** |  | **$140.76** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L190 | 0.30 | $140.76 |
| Total L100 | 0.30 | $140.76 |
| **Total Fees :** | **0.30** | **$140.76** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $15.40 |
| E108 | Postage | $14.52 |
|  | **Total Disbursements :** | **$29.92** |
|  | **TOTAL DUE :** | **$170.68** |