**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR TERMINATION OF ECF NOTICES**

The undersigned hereby withdraws her appearance as counsel for the Louisiana Department of Environmental Quality and requests that her name be removed from the list of parties scheduled to receive ECF notice of filings.

Respectfully submitted,

LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY

/s/ Ann B. Hill
Ann B. Hill (#29905)
Legal Division
Post Office Box 4302
Baton Rouge, Louisiana 70821-4302
Telephone: (225) 219-3985
Fax: (225) 219-4068
Email: Ann.Hill@la.gov

Dated: January 16, 2013

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2013, the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

/s/ Ann B. Hill
Ann B. Hill