**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF MORRIS JAMES LLP
SOLELY AS IT RELATES TO BRYAN CAVE HRO**

**PLEASE TAKE NOTICE** that Morris James LLP[1] hereby withdraws their appearance as counsel for Bryan Cave HRO (formerly Holme Roberts & Owen LLP) (the "Company") in the above-referenced cases (the "Cases"), and request that Morris James LLP be removed from any applicable service lists in the Cases on behalf of the Company.

**PLEASE TAKE FURTHER NOTICE** that the Company currently has no controversy pending before the Court, and the undersigned certifies that the Company consents to this withdrawal of appearance.

Dated: January 17, 2013  **MORRIS JAMES LLP**

Carl N. Kunz, III
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2360
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: emonzo@morrisjames.com

*Withdrawing Attorneys for Bryan Cave HRO*

---

[1] Morris James LLP represents other parties in the above-captioned cases, and this withdrawal of appearance is only applicable to Bryan Cave HRO.

6068738/1