**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
In re:                                           )          Chapter 11
                                                 )
W.R. Grace & Co., et al.,                        )          Case No. 01-1139 (JKF)
                                                 )
                                                 )          (Jointly Administered)
                              Debtors.           )
------------------------------------------------------- x

## REQUEST FOR REMOVAL FROM MAILING LIST

Please remove Carl N. Kunz, III from receiving ECF notifications in the above

referenced bankruptcy case.

Dated: January 17, 2013                    **MORRIS JAMES LLP**


                                           Carl N. Kunz, III
                                           Carl N. Kunz, III (DE Bar 3201)
                                           500 Delaware Avenue, Suite 1500
                                           P.O. Box 2306
                                           Wilmington, DE 19899-2306
                                           Telephone:  (302) 888-6800
                                           Facsimile:  (302) 571-1750
                                           E-mail: ckunz@morrisjames.com

6068726/1