**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


January 17, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11226


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/1/2012 | AL | Research re 45th interim project category spreadsheets for all applicants in the case | 3.00 | 240.00 |
| 12/3/2012 | AL | Update database with Casner's October electronic detail (.1); Scholer's October electronic detail (.1); Alan Rich's November electronic detail (.2); receive and review email from B. Ruhlander re Baker's 44Q FR (.1); update database with same (.2); receive and review email from B. Ruhlander re Omnibus' 45Q FR (.1); update database with same (.2); K&E's October electronic detail (.1) | 1.10 | 88.00 |
|  | AL | Begin draft of 46th interim project category spreadsheet for all applicants in the case | 3.20 | 256.00 |
|  | BSR | E-mail to James Wehrmann re fee and expense chart for the 45th interim period | 0.20 | 62.00 |
|  | BSR | Revise fee and expense chart for the 45th interim period (.5); telephone conference with Anthony Lopez re project category spreadsheet for the 45th interim period (.1); email to Jamie O'Neill re status of same (.1) | 0.70 | 217.00 |
|  | BSR | Receive and review additional information from Baker Donelson in response to questions concerning 43rd and 44th interim periods (.3); telephone conference with Frank Childress re same (.1); revise final report for 43rd and 44th interim periods accordingly (1.5); email to Warren Smith re same (.2) | 2.10 | 651.00 |
| 12/4/2012 | WHS | detailed review of, and revisions to, omnibus final report 45Q 4-6.12 AMENDED | 0.30 | 88.50 |
|  | JAW | detailed review of Foley Hoag's September 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |

---

214 698-3868

W.R. Grace & Co.	Page	2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/4/2012 JAW | detailed review of Pachulski's September 2012 fee application (0.60); draft summary of same (0.10) | | 0.70 | 122.50 |
| JAW | detailed review of Pachulski's October 2012 fee application (0.80); draft summary of same (0.10) | | 0.90 | 157.50 |
| JAW | detailed review of Roger Higgin's October 2012 fee application (0.60); draft summary of same (0.10) | | 0.70 | 122.50 |
| BSR | telephone conference with Anthony Lopez re corrections to project category spreadsheet (45th) (.1); convert memo re same to Word format and email to Anthony (.1) | | 0.20 | 62.00 |
| JAW | detailed review of PwC's September 2012 fee application (0.40); draft summary of same (0.10) | | 0.50 | 87.50 |
| JAW | detailed review of Saul Ewing's October 2012 fee application (0.30); draft summary of same (0.10) | | 0.40 | 70.00 |
| AL | Receive and review email from W. Smith re approval of Omnibus' 45Q FR (.1); prepare same for service (.2); update database with same (.1); electronic filing with the court of Omnibus' 45Q FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | | 0.90 | 72.00 |
| AL | Update database with Charter's October electronic detail (.1); LAS's October electronic detail (.1); AKO's October electronic detail (.2); Caplin's October electronic detail (.1); Campbell's October electronic detail (.2); Casner's October electronic detail (.1); Bilzin's September CNO (.1) | | 0.90 | 72.00 |
| AL | Continue draft of Project category spreadsheet for the 45th interim period (4.1); receive and review email from B. Ruhlander re changes to Lauzon, Hogan and Scarfone (.1); draft revisions re same (1.2) | | 5.40 | 432.00 |
| 12/5/2012 BSR | E-mails to and from Anthony Lopez re project category spreadsheet for the 45th interim period | | 0.20 | 62.00 |
| BSR | Receive and review draft project category spreadsheet (1.9); email to Anthony Lopez re revisions to same (.3) | | 2.20 | 682.00 |
| BSR | telephone conferences (3) with Warren Smith re final report for Baker Donelson's 43rd and 44th interim fee applications | | 0.20 | 62.00 |
| BSR | Compile list of Baker Donelson's effective hourly rates over the course of the case and prepare list of same | | 1.90 | 589.00 |
| AL | Update database with Bilzin's July through September Interim electronic detail (.1); Ferry's July through September Interim electronic detail (.2); Stroock's October electronic detail (.1); Hogan's October CNO (.1); Lauzon's October CNO (.1); Scarfone's October CNO (.1); Capstone's October electronic detail (.2) | | 0.90 | 72.00 |

W.R. Grace & Co.     Page 3

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/5/2012 | AL | Continue draft of 45th interim project category spreadsheet (1.8); update database with same (.1); draft email to B. Ruhlander re review of spreadsheet (.1) | 2.00 | 160.00 |
| 12/6/2012 | AL | Receive and review email from B. Ruhlander re revisions to 45th interim project category spreadsheet (.1); draft revisions to project category spreadsheet for AKO (.4) Baer Higgins (.3) David Austern (.3) Beveridge (.5) Baker Donelson (.3) Capstone (.4) Fragomen (.5) HRO (.4) LAS (.3) Lincoln (.4) Norton (.6) PWC (.8) Steptoe (.6) Stroock (.7) and Woodcock (.5); update database with same (.1); draft email to B. Ruhlander re revised project category spreadsheet (.1); receive and review email from B. Ruhlander re further revisions (.1); revise Scarfone's project category spreadsheet (.5); update database with same (.1); draft email to B. Ruhlander re revised spreadsheet (.1) | 8.10 | 648.00 |
| | BSR | Prepare spreadsheet with Baker Donelson's fees and hours recorded for each interim period (1.5); check spreadsheet information against fee applications filed and supplement with additional information (4.0); revise draft final report re Baker Donelson's 43rd and 44th interim fee applications accordingly (.2); email to Warren Smith re spreadsheet (.1) and revised draft final report (.1) | 5.90 | 1,829.00 |
| | BSR | Review and revise draft project category spreadsheet (45th)(1.6); emails (2) to Anthony Lopez re same (.2); final review of spreadsheet (.1) | 1.90 | 589.00 |
| | BSR | telephone conferences (2) with Warren Smith re issues with Baker Donelson's fee applications (43rd and 44th) (.2); telephone conference with Frank Childress re whether or not Baker Donelson wants to continue the hearing on their fee applications in light of our final report to be filed (.2); exchange emails with Frank Childress re same (.2) | 0.60 | 186.00 |
| 12/7/2012 | BSR | E-mail to Baker Donelson re filing of final report for the 43rd and 44th quarterly periods | 0.20 | 62.00 |
| | JAW | detailed review of W.R. Grace project spreadsheet for formula issues (2.10); e-mail to B. Ruhlander regarding same (0.2) | 2.30 | 402.50 |
| | BSR | telephone conference with Warren Smith re final report for Baker Donelson's 43rd and 44th interim fee applications (.1); review same (.2) | 0.30 | 93.00 |
| | BSR | telephone conference with Warren Smith re draft final report re Baker Donelson's 43rd and 44th interim fee applications (.2); additional telephone conference with Warren Smith re same (.1) | 0.30 | 93.00 |
| | BSR | E-mail to Jamie O'Neill re fee and expense recommendation chart (.1); finalize same (.2) | 0.30 | 93.00 |
| | AL | Receive and review email from W. Smith re approval of Baker's 44Q FR (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of Baker's 44Q FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.90 | 72.00 |

W.R. Grace & Co.                                                                                          Page    4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/7/2012 | BSR | Receive and review final pdf versions of project category spreadsheet (.3); telephone conference with Anthony Lopez re same (.1); email to Jamie O'Neill re same (.2) | 0.60 | 186.00 |
|  | BSR | telephone conference with Warren Smith re Baker Donelson final report (43rd and 44th) (.1); review email from Warren Smith re same (.1); verify calculations in spreadsheet of Baker Donelson's fees, expenses and effective hourly rate (.3) and email to Warren Smith re same (.1) | 0.60 | 186.00 |
|  | BSR | E-mail to Jamie O'Neill re continuance of Baker Donelson fee applications (.1); review emails with Jamie O'Neill and Frank Childress re same (.1) | 0.20 | 62.00 |
|  | AL | Update database with Beveridge's October fee application (.2); PWC's October fee application (.2); K&E's October fee application (.2) | 0.60 | 48.00 |
|  | BSR | E-mail to Dan Hogan at the Hogan Law Firm re project category spreadsheet for the 45th interim period (.4); prepare chart of notes on Hogan Law Firm, Scarfone Hawkins, and Lauzon Belanger calculations (1.1) | 1.50 | 465.00 |
| 12/10/2012 | BSR | Review of Caplin & Drysdale's monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012), as well as fee and expense summaries re same (.4); email to Rita Tobin at C&D with question re same (.2) | 0.60 | 186.00 |
|  | JAW | detailed review of Beveridge & Diamond's October 2012 fee application (0.70); draft summary of same (0.40) | 1.10 | 192.50 |
|  | BSR | Review of Blackstone's Aug. and Sept. 2012 monthly fee applications and quarterly fee application for the 46th interim period | 0.30 | 93.00 |
|  | BSR | Review of Bilzlin Sumberg's monthly fee applications for July, August, and Sept. 2012 and fee and expense summary for August 2012 monthly fee application (.3); check for filing of quarterly fee application (.1); email to Bilzin Sumberg inquiring as to status of same (.1) | 0.50 | 155.00 |
|  | BSR | Review of Kirkland & Ellis' July, Aug., and Sept. 2012 monthly fee applications, along with fee and expense summaries re same (1.7); email to Adam Paul with questions re same (.3) | 2.00 | 620.00 |
|  | BSR | telephone conferences (2) with Anthony Lopez re questions from Jason Day at WR Grace (.2); review pertinent files (.1); telephone conference with Jason Day (.1); email to Jason Day re amended omnibus final report and fee and expense chart for the 45th period (.1) | 0.50 | 155.00 |
|  | BSR | telephone conference with James Wehrmann re review of K&E fee applications | 0.10 | 31.00 |
| 12/11/2012 | BSR | Review of Bilzlin Sumberg's quarterly application for the 46th interim period | 0.20 | 62.00 |

W.R. Grace & Co.  Page   5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/11/2012 | BSR | Review of Grant Thornton's monthly and quarterly fee applications for the period of July-Sept. 2012 (46th interim), along with fee and expense summaries re same and retention application and order | 2.10 | 651.00 |
|  | AL | Research Pacer for objections to WHSA's October fee application (.7); draft WHSA's October CNO (.3); update database with same (.1); electronic filing with the court of WHSA's October CNO (.4) | 1.50 | 120.00 |
|  | AL | Update database with Kramer's July through September interim electronic detail (.1); Ewing's July through September interim electronic detail (.2); PWC's September CNO (.1); Ferry's September CNO (.1) | 0.50 | 40.00 |
|  | JAW | detailed review of PwC's October 2012 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
|  | JAW | detailed review of Kirkland & Ellis' October 2012 fee application (7.60) | 7.60 | 1,330.00 |
| 12/12/2012 | JAW | Draft summary of Kirkland & Ellis' October 2012 fee application (0.60) | 0.60 | 105.00 |
|  | JAW | Detailed review of Casner & Edward's October 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Ferry Joseph's October 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | WHS | Receive and review amended agenda | 0.10 | 29.50 |
|  | AL | Update database with Alan Rich's July through September interim electronic detail | 0.10 | 8.00 |
|  | AL | Draft of WHSA's November fee application (1.4); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.70 | 136.00 |
|  | BSR | Receive and review amended agenda cancelling Dec. 17 hearing | 0.10 | 31.00 |
|  | BSR | Draft initial report re Grant Thornton's 1st Quarterly fee application | 3.10 | 961.00 |
| 12/13/2012 | AL | Receive and review email from J. Wehrmann re revisions to be made to WHSA's November fee application (.1); draft revisions to same (.8); draft email to W. Smith re revisions (.1) | 1.00 | 80.00 |
|  | BSR | Review of Capstone's monthly and quarterly fee applications for the 46th interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
|  | JAW | Proofread Warren H. Smith & Associate's November fee statement and Notice of Filing (0.70); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.80 | 140.00 |
|  | AL | Receive, review and finalize Grant's 45th Interim IR (.3); update database with same (.2); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.70 | 56.00 |

W.R. Grace & Co.                                                                                                                    Page    6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/13/2012 | BSR | E-mail to Mark Margulies re initial report for Grant Thornton's 1st quarterly fee application | 0.20 | 62.00 |
|  | BSR | Review of Anderson Kill & Olick's monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012), as well as fee and expense summaries re same | 0.50 | 155.00 |
|  | BSR | Review of Roger Higgins' monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012), as well as fee and expense summaries re same | 0.60 | 186.00 |
|  | BSR | Review of Beveridge & Diamond's June 2012 monthly fee application and fee and expense summary re same (.3); check server for status of receipt/review of May 2012 monthly fee application (hard copy not received) and download and print same for James Wehrmann's review (.2) | 0.50 | 155.00 |
|  | BSR | Review of BMC's monthly and quarterly fee applications for the 46th interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
|  | BSR | Review of Campbell & Levine's monthly and quarterly fee applications for the 46th interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
| 12/17/2012 | AL | Update database with Sanders' interim fee application (.2) and electronic detail (.1) | 0.30 | 24.00 |
| 12/18/2012 | AL | Update database with Hogan's October electronic detail (.1); Scarfone's October electronic detail (.1); Lauzon's October electronic detail (.2) | 0.40 | 32.00 |
|  | BSR | telephone conference with Roger Higgins re Baker Donelson retention orders (.2); compile information requested (.8); email to Warren Smith re same (.3); respond to email from Warren Smith re same (.4); email to Roger Higgins re same (.1) | 1.80 | 558.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for BMC's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (8.6) | 8.60 | 1,505.00 |
|  | AL | Receive and review email from W. Smith re revisions to WHSA's November fee application (.1); Draft revisions (.8); update database with revised version (.2); draft email to W. Smith re approval (.1) | 1.20 | 96.00 |
| 12/19/2012 | AL | Update database with Pachulski's October CNO (.1); receive and review email from J. Wehrmann re 1st through 8th interim project summary spreadsheets for all applicants (.1); Research re same (.5); draft email to J. Wehrmann with findings of same (.1); Ewing's October CNO (.1) | 0.90 | 72.00 |

W.R. Grace & Co.       Page 7

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/19/2012 | AL | Receive and review email from W. Smith re approval of WHSA's November fee application (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's November fee application (.4); prepare same for service (.1) | 1.00 | 80.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Bilzin's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (9.1) | 9.10 | 1,592.50 |
| 12/20/2012 | JAW | telephone conference with B. Ruhlander re: issues with Blackstone project category spreadsheet (0.10) | 0.10 | 17.50 |
| | JAW | Draft e-mail to B. Ruhlander re: issues with Blackstone project category spreadsheet (0.20). | 0.20 | 35.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Campbell's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (7.8) | 7.80 | 1,365.00 |
| | AL | Update database with Scholer's November electronic detail | 0.20 | 16.00 |
| 12/21/2012 | JAW | telephone conference with B. Ruhlander re: issues with Blackstone project category spreadsheet (0.10) | 0.10 | 17.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Blackstone's 1st-44th interim periods. Calculating individual project category fee totals. Confirming expense totals previously entered in database with amounts requested in the interim fee applications. Make formula corrections as needed (8.2) | 8.20 | 1,435.00 |
| | BSR | telephone conference with James Wehrmann re project category spreadsheet | 0.10 | 31.00 |
| | AL | Update database with PWC's October CNO (.1); Norton's October electronic detail (.2); Ewing's October electronic detail (.1) | 0.40 | 32.00 |
| 12/24/2012 | JAW | Continue reviewing, revising, updating, and making corrections to excel project category database for Blackstone's 1st-44th interim periods. Calculating individual project category fee totals. Confirming expense totals previously entered in database with amounts requested in the interim fee applications. Make formula corrections as needed (2.5) | 2.50 | 437.50 |
| 12/26/2012 | AL | Update database with Phillips' November electronic detail | 0.20 | 16.00 |
| | JAW | Continue reviewing, revising, updating, and making corrections to excel project category database for Blackstone's 1st-44th interim periods. Calculating individual project category fee totals. Confirming expense totals | 4.60 | 805.00 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---|---|
| | | previously entered in database with amounts requested in the interim fee applications. Make formula corrections as needed (4.6) | | |
| 12/26/2012 | AL | Update database with Grant's July through September fee application (.1); Campbell's October fee application (.2); Blackstone's October fee application (.2); Ferry's July through September fee application (.1); Bilzin's July through September fee application (.1); Casner's October fee application (.2); Scholer's October fee application (.2); Stroock's July through September fee application (.1); Kramer's October fee application (.2); Beveridge's April through June fee application (.1); Caplin's October fee application (.2); AKO's October fee application (.2); LAS's October fee application (.2); Charter's October fee application (.2); Capstone's October fee application (.2); Reed's October fee application (.2); Stroock's October fee application (.2); Alan Rich's November fee application (.2) and electronic detail (.1); Blackstone's October electronic detail (.1) | 3.30 | 264.00 |
| 12/27/2012 | AL | Update database with Orrick's November electronic detail (.2); Lincoln's October electronic detail (.1); Lincoln's November electronic detail (.2); Tower's October CNO (.1); Kramer's November electronic detail (.2); Foley's November electronic detail (.1); K&E's November electronic detail (.1); Casner's November electronic detail (.2) | 1.20 | 96.00 |
| | AL | Update database with Gecker's August through October fee application (.1); Caplin's August through October fee application (.1); Campbell's August through October fee application (.2); SMO's November fee application (.2); Irell's November fee application (.2); Frantz's August through October fee appliction (.1); Sidley's August through October fee application (.1); Franntz's November fee application (.2); Caplin's November fee application (.2); Gecker's November fee application (.2); Campbell's November fee application (.2); Pedlar's November fee application (.2); SMO's August through October fee application (.1); Wooster's August through October fee application (.1); Pedlar's August through October fee application (.2) | 2.40 | 192.00 |
| | AL | Update database with Norton's October fee application (.2); Scholer's November fee application (.2); K&E's July through September interim fee application (.1) | 0.50 | 40.00 |
| | JAW | Continue reviewing, revising, updating, and making corrections to excel project category database for Blackstone's 1st-44th interim periods. Calculating individual project category fee totals. Confirming expense totals previously entered in database with amounts requested in the interim fee applications. Make formula corrections as needed (5.2) | 5.20 | 910.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Caplin's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.7) | 3.70 | 647.50 |
| | AL | Update database with Ferry's October fee application (.2); Casner's October fee application (.2) | 0.40 | 32.00 |

W.R. Grace & Co.                                                                                                        Page     9

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/28/2012 | JAW | Continue reviewing, revising, updating, and making corrections to excel project category database for Caplin's 1st-44th interim periods. Confirming individual project category fee totals and expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (6.9) | 6.90 | 1,207.50 |
| 12/29/2012 | JAW | Review, revise, update, and make corrections to excel project category database for PD Comm's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.2) | 2.20 | 385.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Conway's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (5.4) | 5.40 | 945.00 |
| 12/30/2012 | JAW | Review, revise, update, and make corrections to excel project category database for Duane Morris' 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (5.1) | 5.10 | 892.50 |

**For professional services rendered**                                                                      **166.70   $29,612.50**

Additional Charges :

| 12/31/2012 | Third party copies & document prep/setup. | 413.36 |
|---|---|---:|
|  | PACER Charges | 148.00 |
|  | FedEx | 47.35 |

**Total additional charges**                                                                                                 **$608.71**

**Total amount of this bill**                                                                                              **$30,221.21**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 44.90 | 80.00 | $3,592.00 |
| Bobbi S. Ruhlander | 34.50 | 310.00 | $10,695.00 |
| James A. Wehrmann | 86.90 | 175.00 | $15,207.50 |
| Warren H Smith | 0.40 | 295.00 | $118.00 |