# EXHIBIT A

Case 01-01139-AMC    Doc 30167-1    Filed 01/18/13    Page 2 of 6



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 12/4/2012  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 20868

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2012 | KEH | E-mail correspondence with 'accounts.payable-na@grace.com' re: holdback payment for the period January – March 2012 for Scarfone Hawkins LP. According to SH holdback has not been received and this information is needed for preparation of Scarfone Hawkins' fee application. (THF received payment for this period on October 17, 2012). | 0.20 | 195.00 | 39.00 |
| 11/01/2012 | DKH | E-mail correspondence with Cindy Yates concerning the hold back for Scarfone Hawkins for the 44th Interim period. Reviewed our spreadsheet for information about the holdback. | 0.40 | 400.00 | 160.00 |
| 11/01/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service of Executed Signature Page Regarding Declaration of John James O'Connell III in Support of Debtors' Motion for Entry of an Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement (related document(s)[29822]) Filed by W.R. Grace & Co., et al.. | 0.30 | 400.00 | 120.00 |
| 11/02/2012 | KEH | E-mail correspondence to/from Cindy Yates, re: holdback payment and amount of same; post to WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 11/09/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to Approve /Motion for Entry of an Order Approving a Qualified Settlement Fund and Related Relief. Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 11/09/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Post-Confirmation Report /Post-Confirmation Quarterly Summary Report Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 11/12/2012 | DKH | E-mail correspondence with Bridget Scott asking about the status of the appeal and where things are at. | 0.20 | 400.00 | 80.00 |
| 11/12/2012 | LNC | Preparation of the 11th Quarterly Fee Application of The Hogan Firm | 2.30 | 195.00 | 448.50 |

| 12/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 11/13/2012 | DKH | | Conducted research on the status of the 3rd Circuit appeals pending in the W.R. Grace case. Reviewed dockets and read pleadings associated with the appeals to ascertain the likely time of emergence from bankruptcy. | 2.50 | 400.00 | 1,000.00 |
| 11/13/2012 | DKH | | E-mail correspondence with David Thompson concerning the update provided to him. | 0.10 | 400.00 | 40.00 |
| 11/13/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Dismissing Pleading (related document(s) [29858] , [29872]). Signed on 11/13/2012. | 0.20 | 400.00 | 80.00 |
| 11/13/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W.R. Grace & Co. and Dairyland Insurance Company (Related Doc # [29767], [29881]) Order Signed on 11/13/2012. | 0.30 | 400.00 | 120.00 |
| 11/13/2012 | DKH | | E-mail correspondence with Representative Counsel outlining the status of the bankruptcy appeals as well as filings made by W.R. Grace in the bankruptcy case as it positions itself to emerge from bankruptcy in 2013. | 0.50 | 400.00 | 200.00 |
| 11/13/2012 | LNC | | Prepare the Certificate of No Objection to Lauzon Belanger Lesperance 30th Monthly Fee Application. | 1.00 | 195.00 | 195.00 |
| 11/13/2012 | LNC | | Prepare the Certificate of No Objection to Scarfone Hawkins LLPs 30th Monthly Fee Application. | 1.00 | 195.00 | 195.00 |
| 11/13/2012 | LNC | | Prepare the Certificate of No Objection to the Hogan Firm's 30th Monthly Fee Application. | 1.00 | 195.00 | 195.00 |
| 11/14/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirtieth Monthly Applicarion of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants (related document(s)[29741]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) regarding the Thirtieth Monthly Application of Scarfone Hawkins LLP as Counsel to The Canadian ZAI Claimants (related document(s)[29740]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) regarding the Thirtieth Monthly Application of The Hogan Firm as Counsel to The Canadian ZAI Claimants (related document(s)[29739]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | LNC | | Prepare for and electronically file the Certificate of No Objection for Lauzon Belanger Lesperance's 30th Monthly Application. | 0.30 | 195.00 | 58.50 |
| 11/14/2012 | LNC | | Prepare for and electronically file the Certificate of No Objection for Scarfone Hawkins LLP 30th Monthly Application. | 0.30 | 195.00 | 58.50 |
| 11/14/2012 | LNC | | Prepare for and electronically file the Certificate of No Objection for The Hogan Firm's 30th Monthly Application. | 0.30 | 195.00 | 58.50 |
| 11/14/2012 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirtieth Monthly Applicarion of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) regarding the Thirtieth Monthly Application of Scarfone Hawkins LLP as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 12/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 11/14/2012 | DKH | | Reviewed and revised draft of Certificate of No Objection (No Order Required) regarding the Thirtieth Monthly Application of The Hogan Firm as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | Reviewed docket for objections to the Thirtieth Monthly Application of Lauzon Belanger Lezperance as Counsel to The Canadian ZAI.Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | Reviewed docket for objections to the Thirtieth Monthly Application of Scarfone Hawkins as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | Reviewed docket for objections to the Thirtieth Monthly Application of The Hogan Firm as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/15/2012 | LNC | | Preparation of the 11th Quarterly Fee Application of Lauzon Belanger Lesperance. | 2.30 | 195.00 | 448.50 |
| 11/16/2012 | LNC | | Preparation of the 11th Quarterly Fee Application of Scarfone Hawkins LLP. | 2.30 | 195.00 | 448.50 |
| 11/19/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty - Fifth Interim Fee Application Filed by Warren H. Smith & Associates, P.C. | 0.50 | 400.00 | 200.00 |
| 11/19/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 11/26/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 11/20/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the 11th quarterly application for LBL to review. | 0.10 | 195.00 | 19.50 |
| 11/20/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the 11th quarterly application for review by Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 11/20/2012 | DKH | | Reviewed and revised LBL's 11th  Quarterly Fee Application together with exhibits and certification. | 1.20 | 400.00 | 480.00 |
| 11/20/2012 | DKH | | Reviewed and revised Scarfone Hawkins' 11th  Quarterly Fee Application together with exhibits and certification. | 1.00 | 400.00 | 400.00 |
| 11/20/2012 | DKH | | Reviewed and revised the Hogan Firm's 11th  Quarterly Fee Application together with exhibits and certification. | 1.20 | 400.00 | 480.00 |
| 11/21/2012 | LNC | | E-mail correspondence with Cindy Yates regarding revisions to the 11th quarterly application for Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 11/21/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the certification of David Thompson for the 11th quarterly Fee Application. | 0.10 | 195.00 | 19.50 |
| 11/21/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the revised 11th quarterly fee application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 11/21/2012 | LNC | | E-mail correspondence with Info-LBLavocats transmitting the certification of Careen Hannouche for the 11th Quarterly Fee Application; saved as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 11/26/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander concerning the discrepancies regarding the 44th Quarter Project Category Summary. | 0.20 | 400.00 | 80.00 |
| 11/26/2012 | KEH | | Meeting with Dan Hogan, re: discrepancies regarding the 44th Quarter Project Category Summary; email to Bobbi Ruhlander, re: same, i.e., issues with the 44th quarter cumulative totals for The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.40 | 195.00 | 78.00 |
| 11/26/2012 | DKH | | Meeting with Karen Harvey to discuss the discrepancies regarding the 44th Quarter Project Category Summary. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | LNC | | E-mail correspondence with  the service parties transmitting the 11th quarterly fee application of Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with  the service parties transmitting the 11th quarterly fee application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with Blue Marble Logistics, LLC transmitting the 11th quarterly fee application to be sent to the services parties. | 0.20 | 195.00 | 39.00 |

| 12/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 11/27/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eleventh) of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of Expenses as Special Counsel for The Canadian ZAI Claimants for the period Juy 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eleventh) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eleventh) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 11th Quarterly Fee Application of Lauzon Belanger Lesperance for review. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 11th Quarterly Fee Application of Scarfone Hawkins for review. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 11th Quarterly Fee Application of The Hogan Firm for review. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with the service parties transmitting the 11th quarterly fee application of The Hogan Firm. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | Prepare for and file the 11th Quarterly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 11/27/2012 | LNC | | Prepare for and file the 11th Quarterly Fee Application for Scarfone Hawkins LLP | 0.30 | 195.00 | 58.50 |
| 11/27/2012 | LNC | | Prepare for and file the 11th Quarterly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 11/27/2012 | DKH | | Reviewed for filing and service the Quarterly Application for Compensation (Eleventh) of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of Expenses as Special Counsel for The Canadian ZAI Claimants for the period Juy 1, 2012 to September 30, 2012. | 0.40 | 400.00 | 160.00 |
| 11/27/2012 | DKH | | Reviewed for filing and service the Quarterly Application for Compensation (Eleventh) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to September 30, 2012. | 0.40 | 400.00 | 160.00 |
| 11/27/2012 | DKH | | Reviewed for filing and service the Quarterly Application for Compensation (Eleventh) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2012 to September 30, 2012. | 0.40 | 400.00 | 160.00 |
| 11/28/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting LBL's October time statement. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 11/28/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the October time statement from LBL; save as exhibit to file for the 32nd monthly fee application. | 0.20 | 195.00 | 39.00 |
| 11/28/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Corrective Entry: Please Withdraw Entry and Refile with the Correct Image (related document(s)[29937]). | 0.20 | 400.00 | 80.00 |
| 11/29/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly time statement for October 1, 2012 – October 31, 2012. Reviewed same. | 0.50 | 400.00 | 200.00 |

| 12/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 11/29/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the October time statement from SH; save as exhibit to file for the 32nd monthly fee application. | 0.20 | 195.00 | 39.00 |
| | | | **Total Fees** | **31.20** | | **$9,384.50** |

**Expenses**

| 11/15/2012 | Blue Marble Logistics, LLC- Hand delivery of the 31st Monthly Fee Applications to the US Trustee. | 10.15 | |
|---|---|---|---|
| 11/16/2012 | Photocopies of the 11th Quarterly Applications for review by Daniel Hogan | 21.00 | |
| 11/27/2012 | Photocopies-11th Quarterly Applications sent to the fee auditor for review | 18.00 | |
| 11/27/2012 | Postage-First Class Mail-Copies of the 11th Quarterly Fee Applications sent to the Fee Auditor for review | 10.10 | |
| | **Total Expenses** | | **$59.25** |

**TOTAL NEW CHARGES** $9,443.75

**STATEMENT OF ACCOUNT**

| Prior Balance | 9,422.40 |
|---|---|
| Payments | -9,422.40 |
| Current Fees | 9,384.50 |
| Current Expenses | 59.25 |
| **AMOUNT DUE AND OWING TO DATE** | **$9,443.75** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 11/26/2012 | 005 3168 | Payment on Account | 9,422.40 |