# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
November 30, 2012  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
B A R R I S T E R S   A N D   S O L I C I T O R S

| | |
|---|---|
| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

### CANADIAN ZAI MONTHLY FEE APPLICATION
### (November 1, 2012 – November 30, 2012)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11 /02/12 | receipt of and respond to class member inquiries, etc., re status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 11 /08/12 | discuss and review status with Matt Moloci, letter to Dan Hogan | DT | $525.00 | 0.25 | $131.25 |
| 11 /09/12 | receipt of and respond to class member inquiries, re status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 11 /13/12 | receipt Dan Hogan email, letter to Dan Hogan, email to Careen Hannouche and Michel Belanger regarding update received from Dan Hogan, discuss with Matt Moloci | DT | $525.00 | 0.35 | $183.75 |
| 11 /19/12 | receipt of and respond to class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |
| 11 /21/12 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 11 /21/12 | receipt Lauren Campbell email, review 11th Quarterly Fee Application, revise and amend same, discuss with Cindy Yates, email to Lauren Campbell enclosing amended application, review and execute Certification and return to Lauren Campbell | DT | $525.00 | 1.00 | $525.00 |
| 11 /23/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 11 /27/12 | receipt Lauren Campbell emails re: 11th Quarterly Application | DT | $525.00 | 0.25 | $131.25 |
| 11 /30/12 | receipt of and respond to class member inquiry, review Rust Consulting database, | DT | $525.00 | 0.50 | $262.50 |

| | | | | | |
|---|---|---|---|---|---|
| | prepare response to class member, etc., discuss with Matt Moloci re: claim to Asbestos PI Trust | | | | |
| 11 /30/12 | review dockets for period November 1, 2012 to November 30, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of November 1, 2012 to  November 30, 2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **5.60** | **$2,130.00** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years – years -1988 | DT | 3.60 | $525.00 | $1,890.00 | $245.70 |
| LAW CLERK Cindy Yates 30 years – years - 1982 | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| **SUB-TOTAL:** | | 5.6 | | $2,130.00 | $276.90 |
| **TOTAL FEES AND TAXES:** | | | | | $2,406.90 |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**