# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

November 28, 2012

RE :  W.R. GRACE & CO., and al.
 U.S. FEE APPLICATION
 CDN ZAI CLASS ACTION
 Our file: 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(October 1st 2012 to October 31st 2012)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-11-12 | CH | Letter to David Thompson re: portion of the Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| 2012-11-13 | CH | Review of email from Mr. Hogan re: update on appeals pending in US Court Appeals and timeline for reorganization | 0.42 | 285.00 | 119.70 |
| 2012-11-20 | CH | Review of notices of motions and orders (US Bankruptcy Court) | 0.50 | 285.00 | 142.50 |
| 2012-11-20 | CH | Email to Lauren Campbell re: execution of certification Quarterly application | 0.17 | 285.00 | 48.45 |
| 2012-11-21 | CH | Review of Quarterly Application prepared by The Hogan Firm | 0.50 | 285.00 | 142.50 |
| 2012-11-21 | CH | Email to Lauren Campbell re: inquiry calculations in Quarterly Application | 0.25 | 285.00 | 71.25 |
| 2012-11-28 | CH | Review of time statement for October application | 0.25 | 285.00 | 71.25 |
| 2012-11-28 | CH | Email to Lauren Campbell re: October time statement | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES:** | **2.51** | | **$ 715.35** |

TIME SUMMARY BY LAWYER

CH     285.00     2.51     $ 715.35

**DISBURSEMENTS**

| | |
|---|---|
| Fax | 3.75 |
| Photocopies | 1.70 |
| **TOTAL DISBURSEMENTS** | **5.45** |
| **TOTAL FEES AND DISBURSEMENTS** | **720.80** |


LAUZON BÉLANGER LESPÉRANCE INC. | WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST | BUREAU 100 | MONTRÉAL | QUÉBEC | H2Y 2A3 | TÉLÉPHONE : 514.844.4646 | TÉLÉCOPIEUR : 514.844.7009

| | |
|---|---:|
| G.S.T. 5% | 36.04 |
| Q.S.T. 9.5% | 71.90 |
| **TOTAL** | **$828.74** |

# G.S.T.   814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001