# EXHIBIT A

## W. R. Grace & Co., et al.,
## District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### October 1, 2012 through December 31, 2012

### Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|---|---|---|
|  |  | None |

### Settlements Less Than $50,000

| Date | Claim | Settlement |
|---|---|---|
| NA | NA | W. R. Grace & Co.-Conn. settled a claim with the US Department of Transportation, Federal Railroad Administration, 1200 New Jersey Avenue SE, Washington DC, 20590 for $1500 on December 24, 2012 |