## EXHIBIT A

### W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on De Minimis Asset Sales
### October 1, 2012, through December 31, 2012

*Part I – Sales in excess of $25,000, but less than $250,000*

| Purchaser | Seller | Description of Assets Sold |
|---|---|---|
| City of Duenweg<br>106 Webb Street<br>Duenweg, MO 64841 | W. R. Grace & Co.-Conn. | Excess piece of land located in Jasper County, Missouri to the City of Duenweg, Missouri, for the sum of $100,000. Closing was consummated on December 7, 2012. |

*Part II – Sales equal to or less than $25,000*

    NONE