# EXHIBIT A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ  
C/O ERNST & YOUNG  
2323 VICTORY AVENUE  
SUITE 2000  
DALLAS TEXAS 75219  
UNITED STATES OF AMERICA

30-September-2012

FOR PROFESSIONAL SERVICES RENDERED

    Employee: LEONID LEZNIK

    Fragomen Invoice Number: IN-US00263444

    Fragomen Manager: GRAHAM LEES

    Fragomen Case Number: 547625

    Client: W.R. GRACE & CO.

    Total Legal Fees:     1,525.00

    Total Disbursements: 722.25

    Invoice Total: (USD)    2,247.25

| | Fee/Disbursement |
|---|---:|
| **LEGAL FEES** | |
| For professional services rendered with respect to the coordination of prourement, certification and legalization of assignee's US diploma for use in connection with China immigration application. | 700.00 |
| For professional services rendered with respect to the coordination of prourement, certification and legalization of assignee's police clearance certificate for use in connection with China immigration application. | 825.00 |
| **DISBURSEMENTS** | |
| Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 76.25 |
| Legalization charges paid on behalf | 298.00 |
| FedEx/DHL/Other Charges | 348.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: LEONID LEZNIK

---

Comments:
Application Approval Date: 29 Aug 2012
Application File Date: 13 Aug 2012
Authorizing Manager:
Case Initiation Date: 23 Jul 2012
Cost Center:
Employee ID:
Number of Dependents: 0
PO #:
Receiving Country: CHINA, THE PEOPLE'S REPUBLIC OF
Sending Country: UNITED STATES OF AMERICA

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

September 30, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Zhengyi QIN**                                                                                         Invoice #: 12.40109406

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---:|
| **Total Legal Fees** | $4,200.00 |

**Disbursements**

| | |
|---|---:|
| Miscellaneous expenses | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | $4,368.00 |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

September 30, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Zhijie DU**   Invoice #: 12.40109407

Preparation of response to inquiry notice from the USCIS to provide additional documentation as requested. Transmittal of draft letter prepared to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

|  |  |
|---|---:|
| **Total Legal Fees** | $250.00 |
| **Disbursements** |  |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $10.00 |
| **Total Disbursements** | $39.00 |
| **Please Remit** | **$289.00** |

---

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
|  | Swift Code: CNORUS44 |

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

September 30, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Shankhamala KUNDU**                                     Invoice #: 12.40109408

Correspondence with client explaining the O-1 visa category; preparation of Form I-129, Petition for Nonimmigrant Worker, and Form O Supplement; preparation of letter of support; correspondence to client; preparation of draft correspondence to secure an advisory opinion regarding client's O-1 Petition, where necessary; review materials and prepare Petition and supporting documents for submission to the U.S. Citizenship and Immigration Service (USCIS).

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

|  | Total Legal Fees | $2,875.00 |
|---|---|---|

**Disbursements**

| Fedex (domestic) |  | $58.00 |
|---|---|---|
| Miscellaneous expenses |  | $115.00 |
|  | Total Disbursements | $173.00 |
|  | **Please Remit** | **$3,048.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
|  | Swift Code: CNORUS44 |

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***