# EXHIBIT A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                                                              October 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

   **RE: Enzo ORELLANA**                                                Invoice #: 12.40120863

Preparation and submission of Diversity Immigrant green card lottery entry.

                                                              **Total Legal Fees**          $350.00

**Disbursements**

                                                         **Total Disbursements**             $0.00

                                                              **Please Remit**          **$350.00**

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES

## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                                October 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

    **RE: Daniel PREGO**                                    Invoice #: 12.40120864

Preparation and submission of Diversity Immigrant green card lottery entry.

|  |  |
|---|---|
| **Total Legal Fees** | $350.00 |

**Disbursements**

|  |  |
|---|---|
| **Total Disbursements** | $0.00 |
| **Please Remit** | $350.00 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                                              October 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

   **RE: Diego GRANELL NEBOT**                                      Invoice #: 12.40120865

Preparation and submission of Diversity Immigrant green card lottery entry.

|  |  |
|---|---|
| **Total Legal Fees** | $350.00 |

**Disbursements**

|  |  |
|---|---|
| **Total Disbursements** | $0.00 |
| **Please Remit** | **$350.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

3-October-2012

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Employee: YOUCEF BOUDEFFA

Fragomen Invoice Number: IN-US00263818

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 562502

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 525.00

Invoice Total: (USD)   525.00

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS) | |
| For our professional service rendered to Youcef Boudeffa in assistance with obtaining renewal of work and residence permit for Belgium - case cancelled - 25 % of total legal fee applies. | 500.00 |
| Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 25.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: YOUCEF BOUDEFFA

Comments:
Application Approval Date:
Application File Date:
Authorizing Manager:
Case Initiation Date: 30 Aug 2012
Cost Center:
Employee ID:
Number of Dependents: 0
PO #:
Receiving Country: BELGIUM
Sending Country: BELGIUM