# EXHIBIT A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                                                                      November 30, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

**RE: Diego GRANELL NEBOT**                                                       Invoice #: 12.40143501

Preparation of application to extend nonimmigrant status of accompanying B-2 non-spousal partner.
Preparation of Form I-539 and letter of support. Transmittal of prepared forms and documents to client for
final review and signature. Final preparation and submission to the appropriate Regional Service Center of the
USCIS.

|  |  |
|---|---:|
| **Total Legal Fees** | $800.00 |

**Disbursements**

| | |
|---|---:|
| Dependent USCIS Filing Fee for Form I-539 | $290.00 |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $40.00 |
| **Total Disbursements** | $359.00 |
| **Please Remit** | **$1,159.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

# FILE COPY

*** **Please return invoice with check or include invoice number on wire transfer instructions** ***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                                                November 30, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

**RE: Ying CHEN**                                                     Invoice #: 12.40143502

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel for family member(s) during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for dependents of an Outstanding Professor or Researcher including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

Application for Adjustment of Status to Lawful Permanent Resident of the United States for family member, including preparation of Forms I-485, G-325A and supporting documentation.

Preparation of Form I-765 on behalf of family member(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service.

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

| | |
|---|---|
| **Total Legal Fees** | $2,625.00 |

**Disbursements**

| | |
|---|---|
| Dependent USCIS Filing Fee for I-485 (14 years and older) | $985.00 |
| Dependent USCIS Biometric Fee | $85.00 |
| USCIS Biometric Fee | $85.00 |
| Fedex (domestic) | $29.00 |
| USCIS Filing Fee for I-485 (14 years and older) | $985.00 |
| Miscellaneous expenses | $131.25 |
| **Total Disbursements** | $2,300.25 |
| **Please Remit** | **$4,925.25** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**

For billing inquiries, please call 305-774-5800.