# EXHIBIT A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                                                                              December 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Elio HERNANDEZ FERRER**                                                            Invoice #: 13.40158661

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the USCIS.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | **$3,725.00** |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $186.25 |
| **Total Disbursements** | **$215.25** |
| **Please Remit** | **$3,940.25** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**

For billing inquiries, please call 305-774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                           December 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

  **RE: Xiaohong WANG**                                  Invoice #: 13.40158662

Preparation of L-1B visa petition for temporary nonimmigrant classification as a specialized knowledge intracompany transferee, including review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129 with supplement and detailed letter in support of petition which sets forth employment history, duties to be performed by beneficiary in the United States including a detailed description of the specialized knowledge possessed by the beneficiary based on employment abroad. Forwarding of forms and letter for signature. Final preparation and submission of petition to the Regional Service Center of the United States Citizenship and Immigration Services.

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

|                                       |              |
|---------------------------------------|--------------|
| **Total Legal Fees**                  | $1,850.00    |

**Disbursements**

| Fedex (domestic)           | $29.00   |
|----------------------------|----------|
| Miscellaneous expenses     | $92.50   |
| **Total Disbursements**    | $121.50  |
| **Please Remit**           | **$1,971.50** |

---

**Checks**                                              **Wire Transfers**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP                 FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive                                     The Northern Trust Company
Suite # 6072                                            Account # 30147775
Chicago, Illinois 60675-6072                            ABA Transit # 071000152
                                                        Swift Code: CNORUS44

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries please call 305-774-5400.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                                  December 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

   **RE: Xiaohong WANG**                          Invoice #: 13.40161775

Preparation of response to Request for Evidence: contact client and foreign national to discuss needed documentation, collection of documentation, preparation of response, and submission of response to U.S. Citizenship and Immigration Service (USCIS) (via fax). 2 hours of associate time.

|  |  |
|---|---:|
| **Total Legal Fees** | $500.00 |

**Disbursements**

|  |  |
|---|---:|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $25.00 |
| **Total Disbursements** | $54.00 |
| **Please Remit** | **$554.00** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries please call 305-774-5800.

Case 01-01139-AMC    Doc 30179-1    Filed 01/18/13    Page 6 of 10

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                                      31-December-2012

C/O ERNST & YOUNG

2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: MICHAEL RAGAN

Fragomen Invoice Number: IN-US00278843

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 591107

Client: W.R. GRACE & CO.

Total Legal Fees:      0.00

Total Disbursements: 167.33

Invoice Total: (USD)    167.33

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS) | |
| For our professional services in respect of advice regarding departure requirements when leaving Belgium on behalf of the employee | 150.00 |
| Courier charges paid | 9.83 |
| Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 7.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: MICHAEL RAGAN

Comments:

Application Approval Date:

Application File Date:

Authorizing Manager:

Case Initiation Date: 15 Nov 2012

Cost Center:

Employee ID:

Expiry Date: 11 Mar 2013

Number of Dependents: 0

PO #:

Receiving Country: BELGIUM

Sending Country: BELGIUM

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ

C/O ERNST & YOUNG

2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

31-December-2012

FOR PROFESSIONAL SERVICES RENDERED

Employee: LEONID LEZNIK

Fragomen Invoice Number: IN-US00278845

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 588028

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 1,547.45

Invoice Total: (USD )   1,547.45

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - HONG KONG) |  |
| For our professional services rendered with respect to obtaining a China Z visa in Hong Kong on behalf of the employee. Fee US$400 approved by Kshama Sindgikar on 8 Nov 2012. Out of scope | 357.42 |
| For our professional services for accompanying the assignee to the China Visa Office in Hong Kong. Fee US$150 approved by Kshama Sindgikar on 11 Dec 2012. - Out of Scope | 150.00 |
| Our assistance in notarization process (US$350) and apostille process of 2 Power of Attorney (US$350) in Hong Kong on behalf of the employee and his spouse. Fee US$700 approved by Kshama Sindgikar on 13 Dec 2012. Out of scope | 700.00 |
| Apostillation fees paid | 32.26 |
| Third party vendor professional fees - China Z visa for assignee. Out of scope | 42.58 |
| Government fees paid by third party vendor | 180.65 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Employee: LEONID LEZNIK

Fragomen Reference Number: IN-US00278845

| | Fee/Disbursement |
|---|---|
| FedEx Charges | 8.04 |
| Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 62.50 |
| Messenger service | 14.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: LEONID LEZNIK

Comments:

Application Approval Date: 14 Dec 2012

Application File Date: 10 Dec 2012

Authorizing Manager: Kshama Sindgikar

Case Initiation Date: 07 Nov 2012

Cost Center:

Employee ID:

Number of Dependents: 1

PO #:

Receiving Country: CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country: UNITED STATES OF AMERICA