IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE QUARTERLY FEE
APPLICATION OF THE HOGAN FIRM FOR THE INTERIM FEE PERIOD
FROM JULY 1, 2012, THROUGH SEPTEMBER 30, 2012**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Application of The Hogan Firm for the Interim Period from July 1, 2012, through September 30, 2012 (the "Application").

BACKGROUND

1.    The Hogan Firm was retained as Delaware counsel to the Canadian Zonolite Attic Insulation ("ZAI") Claimants. In the Application, The Hogan Firm seeks approval of fees totaling $26,396.50 and expenses totaling $1,401.60 for its services during the Application Period.

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2012, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on The Hogan Firm based upon our review, and we received a response from The Hogan Firm, portions of which response are quoted herein.

## DISCUSSION

3.   We note several time entries pertaining to the review of receipts for e-filing documents with the Court. See Exhibit A. We asked The Hogan Firm to explain why it was necessary to review these receipts, as well as why this time should be billed at the attorney's full hourly rate. The Hogan Firm provided the following response:

> The Hogan Firm has been asked to explain why the bankruptcy estate should pay for time entries, listed on Exhibit A of the fee auditor's initial report, in regards to why the estate is being charged 0.3, at the attorney's full hourly rate, for the time entries pertaining to the review of receipts for e-filing documents with the Court and why it was necessary for the attorney to review these receipts.
>
> The review process involves the receipt of the email from the Court, as well as the characterization and content of the documents attached to the referenced filing. Each of the filings relate to the fee application process for The Hogan Firm, Scarfone Hawkins, as well as Lauzon Bélanger Lespérance. Because I am the attorney solely responsible for multiple monthly fee applications, multiple quarterly fee applications, and numerous certificates of no objection, the risk of error is elevated. In fact, the Clerk of Court has recently flagged ECF documents that were incorrectly attached to certain e-filings. In each instance, the Court filed Corrective Entries to withdraw the pleadings; The Hogan Firm is seeking to avoid this type of action. Hence, the time spent on the "review" of the e-filing receipts is actual and necessary to complete the e-filing process and verify that all documents were correctly filed and attached. Therefore, The Hogan Firm should be compensated for such services. To require counsel to devote considerable time to the preparation of fee applications, but to deny compensation regarding the verification of the e-filing of the mandatory document, would be to ignore the direct mandate of section *11 U.S.C. § 330*, that reasonable compensation be provided for all "actual, necessary services rendered" by bankruptcy counsel.

We appreciate The Hogan Firm's response and understand the necessity for reviewing the receipts.

However, it does not appear to us that The Hogan Firm has satisfied its burden of proof with respect to the hourly rate charged for this work. There is authority in the Third Circuit for adjusting hourly rates downward for certain tasks.[1] It appears to us that the task of reviewing the receipts for electronically filed documents is more appropriately billed at a paralegal rate. Accordingly, we recommend that compensation for the time entries on Exhibit A be reduced to $195.00 per hour, the rate which The Hogan Firm charges for its paralegal time, for a reduction of $1,353.00 in fees.

4. We noted several sets of similar time entries. See Exhibit B. We asked The Hogan Firm whether any of these time entries were duplicates, and The Hogan Firm's response is attached as Response Exhibit 1. We appreciate The Hogan Firm's response and recommend a reduction of $39.00 in fees.

## CONCLUSION

5. Thus, we recommend approval of $25,004.50 in fees ($26,396.50 minus $1,392.00) and $1,401.60 in expenses for The Hogan Firm's services for the Application Period.

---

[1] "Routine tasks, if performed by senior partners in large firms, should not be billed at their usual rates. A Michelangelo should not charge Sistine Chapel rates for painting a farmer's barn." *Ursic v. Bethlehem Mines*, 719 F.2d 670, 677 (3d Cir. 1983). Similarly, "[w]hen an experienced attorney does clerk's work, he or she should be paid clerk's wages." *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 855 n.34 (3rd Cir. 1994).

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

2235 N. Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 21st day of January, 2013.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**Counsel for the Applicants**
Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

dan@dkhogan.com
karen@dkhogan.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

# EXHIBIT A

| 07/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Seventh) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2012 to May 31, 2012 Filed by Canadian ZAI Claimants | 0.30 | 400.00 | 120.00 |
|---|---|---|---|---|---|
| 07/10/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Lauzon Bélanger Lespérance as Special Counsel for The Canadian ZAI Claimants (related document(s) [29012]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (related document(s) [29011]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 07/10/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling Certificate of No Objection (No Order Required) regarding the Twenty-Sixth Monthly Compensation Application of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants (related document(s) [29010]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
|---|---|---|---|---|---|
| 08/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed the receipt for efiling of Certificate of No Objection (No Order Required) Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of The Hogan Firm. | 0.30 | 400.00 | 120.00 |
| 08/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants (related document(s)[29160] Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (related document(s)[29195] Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Eighth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
|---|---|---|---|---|---|
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Eighth) of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Eighth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Tenth) of Lauzon Bélanger Lespérance for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Tenth) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Tenth) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/31/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Ninth) of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/31/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 09/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Ninth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| --- | --- | --- | --- | --- | --- |
| 09/07/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 (related document(s)[29418]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/07/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 (related document(s)[29419]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 09/07/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period June 1, 2012, through June 30, 2012 (related document(s)[29417]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
|---|---|---|---|---|---|
| 09/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Tenth Quarterly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[29469]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 09/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants (related document(s)[29471]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 09/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Tenth Quarterly Compensation Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants (related document(s)[29470]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| --- | --- | --- | --- | --- | --- |
| | | | 6.60 | | 2,640.00 |

## EXHIBIT B

| 07/10/2012 | LNC | Prepare for and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for Lauzon Bélanger Lespérance. | 0.30 | 195.00 | 58.50 |
|---|---|---|---|---|---|
| 07/10/2012 | LNC | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of Lauzon Bélanger Lespérance | 0.30 | 195.00 | 58.50 |
|  |  |  |  |  |  |
| 07/10/2012 | LNC | Prepare for and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
|  |  |  |  |  |  |
| 07/10/2012 | LNC | Prepare for and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
|  |  |  |  |  |  |
| 08/17/2012 | LNC | E-mail correspondence with service parties transmitting the 10th Quarterly Fee Application of The Hogan Firm | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the service parties transmitting the 10th Quarterly Application of The Hogan Firm | 0.20 | 195.00 | 39.00 |

## RESPONSE EXHIBIT 1

| 07/10/2012 | LNC | Prepare for **e-filing** and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for Lauzon Bélanger Lespérance.  **(This entry is regarding the e-filing process).** | 0.30 | 195.00 | 58.50 |
|---|---|---|---|---|---|
| 07/10/2012 | LNC | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of Lauzon Bélanger Lespérance **(This entry is for preparation of the document and review of docket)** | 0.30 | 195.00 | 58.50 |
| | | | | | |
| 07/10/2012 | LNC | Prepare for **e-filing** and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for Scarfone Hawkins LLP.  **(This entry is regarding the e-filing process).** | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of Scarfone Hawkins LLP.  **(This entry is for preparation of the document and review of docket)** | 0.30 | 195.00 | 58.50 |
| | | | | | |
| 07/10/2012 | LNC | Prepare for **e-filing** and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for The Hogan Firm.  **(This entry is regarding the e-filing process).** | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of The Hogan Firm.  **(This entry is for preparation of the document and review of docket)** | 0.30 | 195.00 | 58.50 |
| | | | | | |

| 08/17/2012 | LNC | E-mail correspondence with service parties transmitting the 10th Quarterly Fee Application of The Hogan Firm | 0.20 | 195.00 | 39.00 |
| --- | --- | --- | --- | --- | --- |
| ~~08/17/2012~~ | ~~LNC~~ | ~~E-mail correspondence with the service parties transmitting the 10th Quarterly Application of The Hogan Firm~~ **(This is a duplicate entry).** | ~~0.20~~ | ~~195.00~~ | ~~39.00~~ |

The Hogan Firm agrees to a reduction of $39.00 for the above duplicate entry on August 17, 2012.

  The Hogan Firm has an obligation to certify the accuracy of the applications for The Hogan Firm, Scarfone Hawkins and Lauzon Bélanger Lespérance, as well as the authenticity of the documents which relate to them. Accordingly, the time entries in question are directly related to the fee application process and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,* dated April 17, 2002, and, therefore, should be paid by the bankruptcy estate.