# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :    Chapter 11
In re:                                :
                                      :    Case No. 01-01139 (JKF)
W.R. GRACE & CO., et al., :
                                      :    Jointly Administered
              Debtors.                :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that attorney Laurie A. Krepto of Montgomery, McCracken, Walker & Rhoads, LLP, hereby withdraws her appearance as counsel for Grace Certain Cancer Claimants in the above captioned matter, and requests that she be removed from the CM/ECF service email notification list.

Respectfully submitted,

Wilmington, Delaware
Dated: January 24, 2013

        MONTGOMERY, McCRACKEN,
         WALKER & RHOADS, LLP

By:   */s/ Laurie Krepto*
      Laurie A. Krepto (DE Bar No. 4109)
      1105 N. Market Street, Suite 1500
      Wilmington DE
      (302) 504-7800
      (302) 504-7820 (facsimile)
      lkrepto@mmwr.com

      *Attorneys for Grace Certain Cancer Claimants*

3373941v1