# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MONTHLY APPLICATION OF FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS IMMIGRATION COUNSEL TO THE DEBTORS FOR THE PERIOD
FROM SEPTEMBER 1, 2012 TO SEPTEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | Fragomen, Del Rey, Bernsen & Loewy, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 2, 2007 |
| Period of which Compensation and Reimbursement is Sought: | September 1, 2012 to September 30, 2012 |
| Amount of compensation Sought as Actual, Reasonable and Necessary: | $8,850.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,102.25 |

This is a _X_ monthly          __interim          __final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Following is a listing of the legal fees and disbursements rendered by the Fragomen law firm in connection with services rendered for immigration law related matters. Attached as **Exhibit A**, are the invoices associated with these services. Attached as **Exhibit B**, is a legend listing all appropriate matter codes. Finally attached as **Exhibit C**, is the most current fee schedule between W. R. Grace & Co., et al., and Fragomen Del Rey, Bernsen & Loewy, LLP.

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|------|------------------|--------|---------------|---------------|-------|
| 30-Sep-12 | LEZNIK, Leonid | G-CHN | $1,525.00 | $722.25 | $2,247.25 |
| 30-Sep-12 | QIN, Zhengyi | PERM | $4,200.00 | $168.00 | $4,368.00 |
| 30-Sep-12 | DU, Zhijie | RFE | $250.00 | $39.00 | $289.00 |
| 30-Sep-12 | KUNDU, Shankhamala | O-1/PP | $2,875.00 | $173.00 | $3,048.00 |
| | USD Totals for W.R. Grace & Co. | | $8,850.00 | $1,102.25 | $9,952.25 |

WHEREFORE, Fragomen, Del Rey, Bernsen & Loewy, LLP respectfully requests that, for the period September 1, 2012 through September 30, 2012, an interim allowance be made for compensation in the amount of $8,850.00, and actual and necessary expenses in the amount of $1,102.25, for a total allowance of $9,952.25, and payment of $7,080.00 (80% of the allowed fees), and reimbursement of $1,102.25 (100% of the allowed expenses) be authorized for a total payment of **$8,182.25**, and for such other and future relief as this Court may deem just and proper.

Dated: _01/17/2013_ .

FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Scott E. Bettridge, Esq. (GA Bar No. 055854)
Partner
One Alhambra Plaza, Suite 600
Coral Gables, Florida 33134
(305) 774-5800

-2-

## VERIFICATION

STATE OF FLORIDA      :
                            :
COUNTY OF MIAMI-DADE : 

Scott E. Bettridge, after being duly sworn according to law, deposes and says:

a)       I am a partner with the applicant law firm Fragomen, Del Rey, Bernsen & Loewy, LLP (FDBL).

b)       I am familiar with many of the legal services rendered by FDBL, as counsel to the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of FDBL.

c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members", signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                       _____
                                       Scott E. Bettridge, Esq.

SWORN AND SUBSCRIBED
before me this 17 day of January, 2013.

_____
Notary Public
My Commission Expires:



- 3 -

# EXHIBIT A

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

30-September-2012

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: LEONID LEZNIK

Fragomen Invoice Number: IN-US00263444

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 547625

Client: W.R. GRACE & CO.

Total Legal Fees:      1,525.00

Total Disbursements: 722.25

Invoice Total: (USD) 2,247.25

| | Fee/Disbursement |
|---|---|
| LEGAL FEES | |
| For professional services rendered with respect to the coordination of prourement, certification and legalization of assignee's US diploma for use in connection with China immigration application. | 700.00 |
| For professional services rendered with respect to the coordination of prourement, certification and legalization of assignee's police clearance certificate for use in connection with China immigration application. | 825.00 |
| DISBURSEMENTS | |
| Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 76.25 |
| Legalization charges paid on behalf | 298.00 |
| FedEx/DHL/Other Charges | 348.00 |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

**Client:** W.R. GRACE & CO.

**Employee:** LEONID LEZNIK

Comments:

| | |
|---|---|
| Application Approval Date: | 29 Aug 2012 |
| Application File Date: | 13 Aug 2012 |
| Authorizing Manager: | |
| Case Initiation Date: | 23 Jul 2012 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | CHINA, THE PEOPLE'S REPUBLIC OF |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

September 30, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Zhengyi QIN**

Invoice #: 12.40109406

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

| | |
|---|---|
| **Total Legal Fees** | $4,200.00 |

**Disbursements**

| | |
|---|---|
| Miscellaneous expenses | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | $4,368.00 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to:<br>**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | **FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

# FILE COPY

*** **Please return invoice with check or include invoice number on wire transfer instructions** ***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

September 30, 2012

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Zhijie DU

Invoice #: 12.40109407

Preparation of response to inquiry notice from the USCIS to provide additional documentation as requested. Transmittal of draft letter prepared to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

| | |
|---|---:|
| **Total Legal Fees** | $250.00 |
| **Disbursements** | |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $10.00 |
| **Total Disbursements** | $39.00 |
| **Please Remit** | $289.00 |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

September 30, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Shankhamala KUNDU

Invoice #: 12.40109408

Correspondence with client explaining the O-1 visa category; preparation of Form I-129, Petition for Nonimmigrant Worker, and Form O Supplement; preparation of letter of support; correspondence to client; preparation of draft correspondence to secure an advisory opinion regarding client's O-1 Petition, where necessary; review materials and prepare Petition and supporting documents for submission to the U.S. Citizenship and Immigration Service (USCIS).

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

| | |
|---|---:|
| **Total Legal Fees** | $2,875.00 |
| **Disbursements** | |
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $115.00 |
| **Total Disbursements** | $173.00 |
| **Please Remit** | $3,048.00 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

# EXHIBIT B

| Codes | Description |
|---|---|
| 140 | preference petition |
| 539 | family member |
| AOS | adjustment of status |
| AOS/140 | adjustment of status & preference petition |
| AOS/FAM | adjustment of status for family member |
| AP | advanced parole |
| APP | appeal |
| AUD | audit |
| B-2 | B-2 Visa |
| BF | Biometric fee |
| DV | Diversity Visa Lottery |
| EAD/AP | employment card and advanced parole |
| EVAL | education evaluation |
| FF | Filing fee |
| G-AUS-US | Local US Consular Services |
| G-BEL | entry visa Belgium |
| G-BEL-C | Belgian residence card |
| G-BEL-D | Belgian Long Stay D Visa |
| G-BEL-E | Belgian Employment Authorization |
| G-BEL-L | Belgian Limosa declaration |
| G-BEL-P | Belgian residence permit |
| G-BEL-CAN | Belgian work/residence cancellation |
| G-BRZ-CAN | Brazilian Visa Cancellation |
| G-CAN | entry visa Canada |
| G-CHN | entry visa China |
| G-CHN/NAM | entry visa China/Vietnam |
| G-CHN-CAN | Chinese work/residence cancellation |
| G-CHN-P | Chinese residence permit |
| G-GEN-FBI | General US FBI Report |
| G-GEN-REC | General records processing |
| G-GER-P | German residence permit |
| G-HK | Entry Visa Hong Kong |
| G-MEX-CAN | Mexican FM3 cancellation |
| G-MEX-DEP | Mexican Permanent Departure |
| G-MEX-FM3 | Mexican FM3 visa |
| G-MEX-FMX | Mexican FM3 extension |
| G-MEX-P | Mexico residence permit |
| G-SGP-EM | Singapore employment authorization |
| G-SGP-PP | Singapore Ministry Update |
| G-UK-RP | UK residence permit |
| H1-B | H1-B Visa |
| H1-B/539 | H1-B Visa With Family Member |
| H1-B/EXT | H1-B Visa extension |
| L-1A | L-1A Visa |
| L-1A/EXT | L-1A Visa Extension |
| L-1B | L-1B Visa |
| L1-BA | L-1B to L-1A Upgrade |
| L1-BL | L-1 Blanket |
| O-1 | O-1 Visa |
| PAPP | personal appearance |
| PERM | PERM filing with DOL |
| PP | premium processing |
| REP | Re-entry Permit |
| RFE | request for evidence |
| TD EXT | TD Visa extension |
| TN | TN Visa |
| TN EXT | TN Visa extension |
| TRL | Translation Services |
| WID | Withdrawal of filing |

# EXHIBIT C



# W.R. GRACE & CO.
### Proposed Fee Schedule for 2007

| NONIMMIGRANT VISAS | Fees* |
|---|---|
| **B-1 Initial** | |
| - Straightforward | $775.00 |
| - Complex | $2,000.00 |
| **B-1 Extension** | |
| - Straightforward | $775.00 |
| **E-3 Initial** | |
| - Straightforward | $1,500.00 |
| - Complex | $1,750.00 |
| **E-3 Extension** | |
| - Straightforward | $1,000.00 |
| **H-1B Initial** | |
| - Straightforward | $1,850.00 |
| - Complex | $2,100.00 |
| **H-1B Extension** | |
| - Straightforward | $1,100.00 |
| - Complex or where firm did not prepare initial H-1B | $1,600.00 |
| **J-1 Initial** | |
| - Straightforward | $1,100.00 |
| - Complex | $1,600.00 |
| **J-1 Extension** | |
| - Straightforward | N/A |
| - Complex | N/A |
| **Blanket L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Blanket L-1 Extension** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Extension** | |
| - Straightforward | $1,300.00 |
| - Complex | $1,600.00 |
| **O-1 Initial** | |
| - Straightforward | $2,625.00 |
| - Complex | $3,675.00 |
| **O-1 Extension** | |
| - Straightforward | $1,575.00 |
| **TN Initial** | |
| - Straightforward | $900.00 |
| **TN Extension** | |
| - Straightforward | $900.00 |



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Replacement of Departure Record (I-94) (I-102)** | |
| - Filed with extension or change of status | $375.00 |
| - Filed separately | $525.00 |
| **Renewal of Nonimmigrant Visa Stamps at U.S. Consulate** | |
| - Each applicant | $275.00 |
| - Coordination of visa issuance including discussions with Consulate, scheduling appointment and briefing applicant | $525.00 plus $275.00 per location |
| **Extension/Change of NIV status for Dependent (I-539)** | |
| - Filed with principal | $375.00 |
| - Filed separately | $800.00 |
| - Complex | $1,300.00 |
| **Employment Authorization (EAD) (I-765)** | |
| - Each applicant | $250.00 |
| **Premium Processing (I-907)** | |
| - Filed simultaneously with NIV petition | $250.00 |
| - Filed separately | $500.00 |
| **Request for Evidence (RFE)**   "REMDOC" | |
| - Straightforward | $750.00 |
| - Complex | $1,500.00 |

| IMMIGRANT VISAS | Fees* |
|---|---|
| **Permanent Residence based upon PERM** | |
| - PERM | $4,200.00 |
| - Petition for alien worker (I-140) | $1,100.00 |
| - Application for permanent residence (I-485) | |
|    - Principal applicant and spouse | $1,575.00 |
|    - Each additional family member | $375.00 |
| **Permanent Residence exempt from PERM** | |
| - Petition for alien worker (I-140) Based on L-1 Multinational Transferee | $2,650.00 |
|   - If firm prepared original L-1A | $2,100.00 |
| - I-140 Petition Based on Outstanding Researcher / Extraordinary Ability | $3,675.00 - $4,725.00 |
| - Application for permanent residence (I-485) | |
|    - Principal applicant and spouse | $1,575.00 |
|    - Each additional family member | $375.00 |
| **Employment Authorization** | |
| - Principal applicant and spouse | $525.00 |
| - Each additional family member | $275.00 |
| **Advance Parole (Travel Document)** | |
| - Principal Applicant and Spouse | $525.00 |
| - Each additional family member | $275.00 |
| **Visa Processing** | |
| - Packet III and IV | |
|   - Principal Applicant and Spouse | $1,575.00 |
| **Each Additional Family Member** | $375.00 |



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Request for Evidence (RFEs) -- (I-140) or (I-485)** | |
| - Straightforward | $250.00 |
| - Complex | $750.00 |
| | |
| **Attorney Appearances at I-485 Interview** | |
| - Local | $800.00 |
| - Out-of-town | Hourly |

| ADDITIONAL SERVICES | Fees* |
|---|---|
| **Application to renew Permanent Resident Card (I-90)** | |
| - Each applicant | $750.00 |
| **Naturalization Application** | |
| - Each Applicant | $1,000.00 |
| - Attorney appearance | $750.00 |
| **Reentry Permits: (I-131)** | |
| - Each applicant | $750.00 |
| **Visa Application for Corporations** | |
| - L-1 Blanket | $2,500.00 |
| **Special Projects** | |
| - Counseling i.e. I-9 Audit | Fee to be quoted prior |
| - Training | to project. |

Matters not covered by the fees set forth would be billed on an hourly basis at the following rates:

| | |
|---|---|
| Partner | $350 |
| Associate | $250 |

\* - Disbursements -

| | |
|---|---|
| Domestic Federal Express | $18.00 |
| Miscellaneous [Telephone calls, faxes, photocopies, regular mail services] | 4% |

**Important Notes:**

o   The above fees are predicated upon the amount of effort and staffing normally required to obtain approval of such application. To the extent that a matter is complicated by extenuating circumstances requiring extensive telephone consultations, expeditious processing, difficulty conforming to eligibility requirements, or other special circumstances, a higher fee would be billed only after consultation with your organization. Out-of-pocket expenses including educational evaluations, translations, courier and messenger services will be itemized on each invoice.

o   All filing fees payable by client to U.S.D.H.S.

3

**IMPORTANT NOTE:** the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains

# FRAGOMEN

**Global Immigration Fees
Relocation Services**

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---------|------------------------------|-----------|-----------|------------|-----------|
| | | *Initial* | *Renewal* | *Initial* | *Renewal* |
| Argentina | Temporary Residence Permit category under either local Argentine employment agreement or under a foreign secondment agreement.  Includes local working papers, DNI (Residence) card and CUIL (Tax ID) card & derivative dependent visa(s) and DNI card(s). | $2,200 | $900 | $650 for spouse; $375 per child | $500 for spouse; $375 per child |
| Australia | Nomination application and 457 work visa category & derivative dependent visa(s). Renewals:  457 work visa & derivative dependent visa(s). | $1,375 | $1,300 | Included with Principal | Included with Principal |
| Austria | Certificate of Guarantee, residence permit, work permit and registration & derivative dependent residence permit(s) and registration. Renewals: Work permit and residence permit & derivative dependent residence permit(s) | $2,300 | $1,950 | $275 | $250 |
| Bahrain | Visa, work permit (Labour Card), No Objection Certificate, collection of medical report and residence permit & derivative dependent visa(s) and permit(s). | $2,400 | $2,400 | $400 | $400 |
| Belgium | Work permit, provide instructions on visa, residence permit & derivative family visa(s) & dependent residence permit(s). (Services are restricted to general assistance and guidance with consular visa application process and do not include filing of the applications, nor follow up with or collection of the visa from the authorities.)  Renewals: Work permit, provide instructions on residence permit & dependent residence permit(s). Services for EU Nationals limited to general assistance/ guidance on residence permit process: (For Employee = $850 - Includes family members. If personal appearance of professional staff required, an additional fee applies). | $1,950 | $1,850 | $350 | $250 |
| Bolivia | Work permit, residence permit and labor agreement. | $1,900 | $1,500 | $750 | $650 |
| Brazil | Temporary V Work Visa category under local Brazilian employment agreement, and includes CTPS working papers, RNE card and CPF card & derivative dependent visa(s) and RNE card(s). Renewal: Temporary V Work Visa status and includes RNE card & derivative dependent visa(s) and RNE card(s). | $2,200 | $1,800 | $550 | $375 |

**IMPORTANT NOTE:  the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains**

# FRAGOMEN

Global Immigration Fees
Relocation Services

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---|---|---|---|---|---|
| | | *Initial* | *Renewal* | *Initial* | *Renewal* |
| **Canada (1) – Border Applications** | Preparation of work permit application, assistance with collection of documents, and instructions and guidance on port of entry procedures, including dependent application processes.  Renewals:  Work permit and visitor record for dependents. | $1,300 | $1,200 | Included | Included |
| **Canada (2) – Consular Applications** | Preparation of work permit application, dependent visitor record or student authorization, assistance with collection of documents, and filing of entry visa application at Consulate, where applicable. Renewals:  Work permit and visitor record for dependents. | $1,400 | $1,200 | Spouse is included; school-age children: $350 each | Included |
| **Chile (1) – Consular Process** | Labor contract, provide instructions on work visa and registration card & derivative dependent visa(s) and registration ID card(s).  Renewals: Work visa and ID card & derivative dependent status and registration ID card(s).  Note that the fee for principle is indicative only; certain Chilean Consulates impose documentary and procedural requirements that will result in a higher fee. | $1,650 | $1,650 | $750 | $650 |
| **Chile (2) – In-Country Process** | Labor contract, provide instructions on work visa and registration card & derivative dependent visa(s) and registration ID card(s).  Renewals: Work visa and ID card & derivative dependent status and registration ID card(s). | $1,850 | $1,600 | $950 | $650 |
| **China** | Work permit and residence permit- fee assumes that applicant and family members will arrive in China with F/L Type entry visas. Additional fee of $200 ($100 per dependant) will apply if Employment License and Invitation Letter for single entry Type Z visa applications are necessary. Fees quoted apply only to services rendered in Beijing, Shanghai, Guangzhou and Shenzhen; fees for other destinations may be higher and will be provided upon request. Renewals: Obtain renewal of work permit and residence license for employee and | $1,100 | $950 | $525 | $275 |
| **Colombia** | Employment Visa and ID Registration only | $1,400 | $1,200 | $400 | $300 |
| **Costa·Rica** | Temporary residence/work permit & derivative dependent residence permit(s). Renewals:  Temporary residence/work permit & derivative dependent residence permit(s). | $1,500 | $750 | $450 | $450 |

**IMPORTANT NOTE:** the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains

# FRAGOMEN

## Global Immigration Fees
## Relocation Services

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---|---|---|---|---|---|
| | | *Initial* | *Renewal* | *Initial* | *Renewal* |
| **Czech Republic** | Work permit, proof of accommodation, and long stay residency visa & derivative dependent long stay residency visa(s). Renewals: Work permit and long stay residency status & derivative dependent long stay residency status. Dependent fees include all family members. | $2,850 | $2,950 | $1,200 | $850 |
| **Denmark** | Work and residence permit, registration & derivative dependent residence permit(s) and provide instructions on registration. Renewals: Work and residence permit, residence card & derivative dependent residence permit(s). | $2,450 | $2,250 | $750 | $750 |
| **Dominican Republic** | Business visa for labor purposes; provisional and definitive residence. Derivative dependant visas and residence permits. | $2,450 | $1,000 | $1,000 | $500 |
| **Ecuador** | Work permit based on labor contract, ID card, and instructions on entry visas for employee & dependents. | $2,050 | $1,300 | $700 | $550 |
| **Egypt** | Initial & renewal: Work permit, visa, and residence permit/registration. | $3,250 | $3,250 | $1,500 | $1,500 |
| **El Salvador** | Temporal Residence Visa and Work Permit for principal and Temporal Residence Visa for dependents. | $2,250 | $1,250 | $750 | $750 |
| **Finland** | Work and residence permit, and advice on registration post-entry & derivative dependent resident status. | $2,250 | $2,250 | $900 | $900 |
| **France** | Work permit, provide instructions on long stay visa and carte de sejour & derivative visa(s) and carte de sejour(s). Renewals: Work permit, and carte de sejour & derivative carte de sejour(s). Notes: Assumes Paris area. Process for obtaining Carte de Sejour varies by the Prefecture at which application is made. Fees thus may vary by location of assignment. Prefecture with jurisdiction over an individual applicant's case is dictated by the residential location of the foreign national in France. Dependent fees include all family members. | $2,800 | $1,500 | $650 | $650 |
| **Germany (Non-Visa Nationals)** | Work permit, and advice and instructions on residence permit application & derivative dependent residence permit(s). | $2,000 | $1,600 | $390 | $200 |
| **Germany (Visa Nationals)** | Work permit, advice and instructions on visa application, advice and instructions on residence permit & derivative dependent residence permit(s). | $2,400 | $1,600 | $390 | $200 |
| **Greece** | Work permit and residence permit & derivative dependent residence permit(s). | $3,400 | $2,900 | $600 | $600 |

**IMPORTANT NOTE:  the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains**

# FRAGOMEN

Global Immigration Fees
Relocation Services

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---|---|---|---|---|---|
| | | *Initial* | *Renewal* | *Initial* | *Renewal* |
| Guatemala | Work permit and residence permit & derivative dependent residence permit(s). | $3,200 | $750 | $750 | $500 |
| Honduras | Work permit and residence permit & derivative dependent residence permit(s). | $2,250 | $1,500 | $1250 per family | $1250 per family |
| Hong Kong | Work visa (or Training visa) and ID card & derivative dependent visa(s) and ID card(s). Renewals: Work visa & derivative dependent visa(s). | $1,100 | $650 | $250 | $150 |
| Hungary | Work permit, residence permit and registration card/ID, and provide instructions on long stay visa, as well as derivative dependent visa(s) and registration(s). Renewals: Work permit, residence permit, and registration ID, and derivative dependent registration ID. | $1,650 | $1,600 | $600 per Family | $550 per Family |
| India | Employment and Dependent visa instructions for the preparation and filing of consular applications; assistance with filing where Fragomen office exists. Provide general instructions for in-country FRO registration. Renewals: Employment visa and derivative dependent visa(s). | Fragomen office location in country: $1300 / Non Fragomen office location: $1100 including dependants filing simultanesouly. | $1750 (In-country process) | $400 each / Included | Included |
| | Additional services:  In-country assistance with FRRO registration processes. | FRRO Registration: $500 | FRRO Registration: $500 | FRRO Registration: $300 per family | FRRO Registration: $300 for single dependent, $500 per family |
| Indonesia | Assistance in preparation of Manpower Utilization Report; applications filed in-country for Work Recommendation (TA.01), temporary stay visa (VITAS), long term stay visa (KITAS), multiple exit and re-entry permit (MERP), local registration for police and municipal government agencies and work permit (IKTA) for employee and family members. Instructions on obtaining VITAS in applicant's home country.  Renewals: Obtain renewal of work permit and KITAS (1 year cycle) for employee and family members. | $1,750 | $800 | $500 | $300 |
| Ireland | Work permit, provide instructions on entry visa, and provide instructions on registration with the Garda. | $1,650 | $1,650 | $500 per family group for advice only on registration at the Garda | $500 per family group for advice only on registration at the Garda |

**IMPORTANT NOTE:  the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains**

# FRAGOMEN

## Global Immigration Fees
### Relocation Services

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---|---|---|---|---|---|
| | | *Initial* | *Renewal* | *Initial* | *Renewal* |
| Israel | Work permit; residence permit and registration card/ID, and provide instructions on long stay visa, as well as derivative dependent visa(s) and registration(s). Renewals: Work permit, residence permit, and registration ID, and derivative dependent registration ID. | $3,300 | $3,300 | $400 | $400 |
| Italy | Employment authorization, police clearance, residence permit, provide instructions on entry visa application process and derivative dependent residence permits.  Process for obtaining residence permit at the local police authority varies by city and region in which the application is made.  Police authority with jurisdiction over an individual applicant's case is dictated by the residential location of the foreign national in Italy.  Assistance with obtaining Housing Feasibility Certificate provided for additional fee. | $4,100 | $4,100 | $1900 (Spouse) $500 (Child) | $1900 (Spouse) $500 (Child) |
| Ivory Coast | Work permit, residence permit and advice on entry visa, if required & derivative dependent residence permit(s), and advice on entry visa(s), if required. | $3,000 | $3,000 | $250 | $250 |
| Japan (1) – Certificate of Eligibility – TPV: TGA Inc | Assistance with procurement of Certificate of Eligibility, employment visa, Alien Registration Card (ARC) and reentry permit/travel document (REP), & derivative dependent visa, ARC and reentry document (REP). Fees presume applications filed in Tokyo and environs; other destinations may be subject to additional fees. | $1500 (incl REP & ARC) | Employee: $750 (incl REP ext) | $500 (includes REP and ARC) | $250 (includes REP) |
| Japan (1) – Certificate of Eligibility – TPV: ILS Shimoda | Assistance with procurement of Certificate of Eligibility, employment visa, instructions for Alien Registration Card (ARC) and assistance with reentry permit/travel document, & derivative dependent visa, and reentry document. | $1750 (incl REP) | $750 (incl REP ext) | $750 (incl REP) | $500 (incl REP) |
| Japan (2) – No Certificate of Eligibility | Assistance with procurement of employment visa and derivative dependant visas; Alien Registration Card (ARC) and reentry permit/travel document additional. | $1,600 | $1100 (incl REP ext) | $400 | $250 (incl REP ext) |

**IMPORTANT NOTE:** the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains

# FRAGOMEN

## Global Immigration Fees
## Relocation Services

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---|---|---|---|---|---|
| | | *Initial* | *Renewal* | *Initial* | *Renewal* |
| Korea (South) | Principal: work permit (i.e. D-7, D-8 intra-company visa); dependents: derivative dependent visas (i.e. F-3 visa). The following items are not included: Consular visa assistance (prior to entry into Korea); Alien Registration Card (post entry) and re-entry permit. Additional services available: 1) Consular Visa assistance (fee varies based upon country of application); 2) Alien Registration Card (Post Entry: $550 for the employee and $150 per dependent. 3) Re-Entry Permit for South Korea: $450 each and $200 per dependent. | $1,550 | $1,200 | $250 | $100 |
| Kuwait | Procurement of employment authorization by the Government Liaison Officer of the sponsoring corporate entity in UAE. (Services are restricted to general assistance and guidance with consular visa application process and do not include filing of the applications, nor follow up with or collection of the visa from the authorities.) | $3,400 | $3,400 | $1,500 | $1,500 |
| Luxembourg | Work permit, provide instructions on visa, residence permit & derivative family visa(s) & dependent residence permit(s). | $4,000 | $3,300 | $725 | $725 |
| Malaysia | Application for position to be filled by foreigner, employment pass application, visa with reference letter, if required, and collection of passport endorsement for employee. Application for dependent pass application, visa with reference letter, if required, and collection of passport endorsement for dependents. In addition, student pass application also required for dependents attending school in Malaysia, but fees would be additional. Instructions on obtaining single entry visa (Visa with Reference Letter) in applicant's home country, if required. Certain nationalities may require additional processing, Visa with Reference Letter. Renewals: Obtain renewal of employment pass and dependent pass on behalf of employee and family members. | $1,750 | $1,750 | $450 | $450 |

**IMPORTANT NOTE:  the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains**

# FRAGOMEN

## Global Immigration Fees
## Relocation Services

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---|---|---|---|---|---|
| | | *Initial* | *Renewal* | *Initial* | *Renewal* |
| | Short Term Assignments: Application filed for Professional Visit Pass, visa with reference letter, if required, and collection of passport endorsement on behalf of employee and family members. | | | | |
| Mexico | FM-3 Employment visa and registration (RNE) & derivative dependent resident status and registration. Renewals:  Extension of FM-3 Employment Visa and derivative dependant visas. | $1,700 | $800 | $600 | $350 |
| Morocco | Work permit, residence permit, derivative dependant residence permit(s), foreign labor contract, residence card and instructions on entry visa application process. (Note: Process for obtaining residence permits varies by region and city in which the application is made) Renewals: Same as initial, but no entry visa. | $3,450 | $3,450 | $500 | $500 |
| Netherlands (1) – Non-Visa Nationals | Work permit, residence permit and registration, and derivative dependent residence permit(s) and registration. | $2,750 | $2,000 | $750 | $600 |
| Netherlands (2) – Visa Nationals | Work permit, MVV (Entry Clearance), residence permit and registration, and derivative MVV Entry Clearance) & dependent residence permit(s) and registration. | $3,750 | $2,300 | $1,200 | $1,150 |
| Netherlands (3) –   Knowledge Migrant Program | Knowledge Migrant Permit, Visa and registration and derivative dependent residence permit(s) and registration. | $1,650 | $1,100 | Spouse: $1500 $1000 per child | $600 per dependant |
| New Zealand | Preparation and submission of Work Permit/Visa application. | $1,100 | $1,100 | Spouse & 2 children included; $375 each add'l child | Spouse & 2 children included; $375 each add'l child |
| Norway | Work permit and guidance/instruction on visa application. | $3,000 | $2,200 | $900 | $900 |
| Panama | Work permit, appropriate visa and registration and Temporary Residence for family members | $2,150 | $1,050 | $350 | $350 |
| Peru | Employment contract, resident visa and ID card, and resident visa/ID card for dependents. Renewals:  letter of guarantee and resident visa renewal(s). | $2,450 | $950 | Spouse: $1200 Child: $800 | $600 |

IMPORTANT NOTE:  the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains

# FRAGOMEN

**Global Immigration Fees**
**Relocation Services**

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---|---|---|---|---|---|
| | | *Initial* | *Renewal* | *Initial* | *Renewal* |
| Philippines | Work visa, Alien Employment Permit, Special Return Certificate and ACR I-Card, if applicable; Dependent visa, Special Return Certificate, if applicable.  (Please note, Alien Employment Permit may be on a different renewal schedule than the work visa.  Reduced fee would be used if separate renewal application filed.)  Short Term Assignments: Special Work Permit and Alien Employment Permit; Extension of Temporary Visitor/Business Visa 9(a), as required. Note - Fees are for a 12-month work visa.  Request for extended approval at initial application will incur additional fees. | $1,650 | $1,350 | $750 | $650 |
| Poland | Corporate work permit, individual work permit, advice and instructions on work visa, residence permit and registration. Renewals: work permit and residence permit. | $2,400 | $2,400 | Spouse: $1000 Child: $800 | Spouse:  1000 Child: $800 |
| Portugal | Work permit application in the assignee's country of residence. Advice and assistance in finalizing work permit formalities following entry into Portugal. Provide advice on the application for residence permit for filing at local authorities. | $2,250 | $1,750 | $1,500 | $1,500 |
| Romania | Secondment Category/Favored Nationals: Long term stay visa, work permit and temporary residence permit for secondment. | $4,350 | Not currently available | $1,350 | Not currently available |
| Romania | Secondment Category/Non-Favored Nationals: Long term stay visa, work permit and temporary residence permit for secondment. | $5,500 | Not currently available | $2,200 | Not currently available |

**IMPORTANT NOTE:  the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains**

# FRAGOMEN

## Global Immigration Fees
## Relocation Services

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---|---|---|---|---|---|
| | | *Initial* Typical Fees: | *Renewal* Typical Fees: | *Initial* Typical Fees: | *Renewal* Typical Fees: |
| Russia | Services to be delivered will vary according individual and corporate circumstances.<br>1. Accreditation Card<br>2. Employment Permit<br>3. Single Entry Work Visa Invitation Letter<br><br>4. Personal Work Permit<br>5. Multi Entry/Exit Work Visa and Registration<br>6. Dependant Visa Invitation Letter<br>7. Dependant Multi Entry/Exit Visa and Registration | <br><br><br>$400<br>$800<br>$400<br><br>$500<br>$800<br> | <br><br><br>$400<br>$800<br>$400<br><br>$500<br>$800<br> | <br><br><br><br><br><br><br><br><br>$400<br>$800 | <br><br><br><br><br><br><br><br><br>$400<br>$800 |
| Singapore | Employment pass & derivative dependent pass(es). | $900 | $500 | $100, if filed simultaneously with principal applicant; $300 per application filed separately | $100 |
| Slovakia | Preparation and submission of work permit application to Slovakian Ministry of Labour and assistance with preparation of residence permit application to be submitted to Slovakian consulate. | $3,100 | $2,150 | $1,200 | $1,100 |
| South Africa | Preparation of work visa application and advice and guidance on filing. | $2,300 | $2,000 | $800 | $800 |
| Spain | Work permit and provide instructions on registration, residence visas & derivative dependent residence permit(s) and registration. | $3,000 | $1,400 | $700 | $700 |
| Sweden | Work and residence permit & derivative dependent resident status. | $2,400 | $2,400 | $750 | $750 |
| Switzerland (Single Applications) | Work and residence permit, derivative dependent residence permit(s) and provide instructions on entry visa application process. | $3,150 | $1,950 | $650 per family | $650 per family |
| Switzerland (Multiple Applications) | Work and residence permit, derivative dependent residence permit(s) and provide instructions on entry visa application process. | $1,800 (German Cantons) $2,050 (French Cantons) | $1,950 | $650 per family | $650 per family |
| Switzerland (EU Nationals) | Work and residence permit, derivative dependent residence permit(s) and provide instructions on entry visa application process. | $1,900 | $1,100 | $650 per family | $650 per family |
| Taiwan | Work permit, residence visa and alien registration certificate, multiple re-entry permit and instruction/guidance on obtaining entry visa. (PRC Nationals and residents of Hong Kong additional.) | $1,550 | $1,200 | $2000 per Family Unit | $1350 per Family Unit |
| Thailand | Includes the work permit and long term stay visa.  Re-entry permit is additional $150/per person fee. | $1,600 | $1,500 | $500 | $450 |

**IMPORTANT NOTE:  the fees on this schedule are Confidential and must be treated according. The "Notes" tab contains**

# FRAGOMEN

## Global Immigration Fees
## Relocation Services

| COUNTRY | ELEMENTS OF SERVICE INCLUDED | Principal | | Dependants | |
|---|---|---|---|---|---|
| | | *Initial* | *Renewal* | *Initial* | *Renewal* |
| Turkey | Work permit, residence permit, derivative dependent residence permit(s) and instructions on entry visa application process. (Note:  Process for obtaining residence permit varies by region and city in which application is made.  If destination location involves a security risk area, e.g. close to Iraqi border, fees may be higher.)  Renewals: same, but no entry visa. | $2,250 | $2,250 | $750 | $750 |
| United Arab Emirates | Initial application, including visa, work permit (labor card), collection of medical documents and residence permit (Mainland only). | $3,150 | $2,300 | $700 | $700 |
| United Kingdom | Fee for obtaining Intracompany Transfer work permits only.  Advice on obtaining Entry Clearance for principal and dependents included.  Renewal fees provided for in-country applications; additional fees will apply for fast track premium processing. If requested, full assistance with UK Entry Clearance, where available: 1) In the US:  $550 for principal, $175 per family member. Fees for other countries available upon request. | $1,500 | $1,750 | Included | Included |
| Uruguay | Preparation of Temporary Residence application; filing of the residence application with the National Immigration Office; assistance with obtaining the Uruguayan identity card; and follow up of the residence proceedings until their conclusion | $1,750 | $1,500 | $1,600 | $750 |
| Venezuela | TR-L work visa (TR-F for dependents) and ID card(s).  Renewals: same | $1,950 | $1,250 | First dependent: $1500, $1000 each add'l | $1,250 |
| Vietnam | Work Permit and multiple entry business visa on behalf of employee; multiple entry business visa on behalf of dependents. Multiple entry business visa renewals required every 6 months, work permit renewed on separate schedule.  Residence Permit, applicable only for long term stays, not included in standard fees. | $1,700 | $1250 (WP: $750; MEBV: $500) | $500 | $300 |
| Other Countries | Call Fragomen | | | | |

**Please see important notes on Worksheet 2 entitled**



**Notes:**

1. All fees are in US dollars. Fees exclude disbursements including government filing fees and VAT (unless specifically included), courier fees, messenger service fees, translation expense, miscellaneous expense fee of 5% of the base fee (to cover phone calls, faxes, photocopies, etc.), and similar out-of-pocket expenses applicable to each case.

2. Fees are quoted on the basis of the most common temporary work and residence authorization categories utilized, which enable foreign nationals legally to reside and engage in work-related activities in each destination country. Fragomen and its local service partners, where applicable, retain sole discretion to determine the eligibility of each applicant for such categories based upon the facts and circumstances of the individual case. Where issues arise, which require deviation from the standard visa and immigration application process, immigration requirements and corresponding fees may vary. Factors of variance and/or complexity include, but are not limited to, medical, de-facto spouse, character clearance, criminal record, security clearance, same sex partner, custody order, non-simultaneous filing of accompanying family members by reference either to date or location, non-favored nationality, subcontractor relationship of applicant to sponsoring entity, and absence of registered employing entity or employing entity whose corporate structure fails to support requisite immigration application sponsorship.

3. The fees quoted above do not include coordination or preparation of personal documents, which services are charged as out-of-scope service items. In some countries, there are significant requirements with respect to obtaining personal/family documentation (e.g., birth/marriage certificates, apostilles, consular legalizations, certified translations). These ancillary services are charged at the following rates:

    a)    Obtaining family certificates, police certificates or other documents issued in the USA, and/or authentication (apostille/legalization) for such documents issued in the USA. One or more of the following steps may be involved in the process depending on the type of document: 1) obtain original document from issuing government authority; 2) arrange for the County Clerk's certification of the issuer's/Notary's signature; 3) arrange for an Apostille or arrange for legalization by the Consulate. Fee per step: $150 (per document).

    b-1)    Obtaining family certificates, police certificates or other documents and/or authentication (apostille/legalization) thereof, for documents issued outside the USA, in those countries where Fragomen has its own office. One or more of the following steps may be involved in the process depending on the type of document: 1) obtain original document from issuing government authority; 2) arrange for the local certification of the issuer's/Notary's signature; 3) arrange for an Apostille or arrange for legalization by the Consulate. Fee per step: $150 to $300 (per document).

    b -2)    Obtaining family certificates, police certificates or other documents issued outside the USA, and/or authentication (apostille/legalization) thereof, in those countries where Fragomen does not maintain its own office: $250 to $500 per document, plus disbursements and third-party fees (if any).

    c)    Fee for obtaining a US FBI good conduct certificate: $250.

4. The fees quoted above do not include preparation/assembly of visa application materials, in-person filing of work permit/visa applications, or accompaniment of employee or family members to consular post offices for filing of visa/work permit applications. When desired and appropriate for the jurisdiction, Fragomen will prepare complete application materials and arrange for direct filing of the application as an out-of-scope service, at the following rates:

    a)    Filing of visa application/appearance at a consular post on behalf of an employee: $500 to $1000, depending upon case complexity, plus disbursements and third-party fees (if any).

    b)    When a personal appearance by the applicant(s) is required by the consular post, or the applicant elects to submit his/her application without accompaniment by Fragomen, one-half of the above fees will apply.

5. Advice and Consultation: Fees for assessment of complex fact scenarios, and provision of written or telephonic advice and consultation with regard to technical rules and regulations, immigration compliance and business risk containment strategies will be charged at a rate pre-agreed with the client, starting at $350.

6. Fees may vary from those quoted in the above where:

    a)    A change occurs in the identity of third-party vendor with which Fragomen cooperates, leading to an underlying change in subcontractor costs.

    b)    A change occurs in the law, regulations or applicable procedure of the jurisdiction in question.

7. Cases initiated and subsequently cancelled will be invoiced based upon the amount of work completed at the time of cancellation.