EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
DECEMBER 1, 2012 THROUGH
DECEMBER 31, 2012

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

January 14, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   105148

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 12/31/12     $3,889.00
        Subtotal for COSTS only: 12/31/12        $5.00
                                              -------------
CURRENT PERIOD FEES AND COSTS: 12/31/12      $3,894.00
                                              -------------

                     PAY THIS AMOUNT         $3,894.00
                                              =============
```

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

January 14, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   105148

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 6.0 | 2,910.00 |
| LITIGATION | 0.5 | 242.50 |
| FEE/EMPLOYMENT APPLICATIONS | 3.2 | 720.00 |
| CASE ADMINISTRATION | 0.1 | 16.50 |
| Subtotal for FEES only: 12/31/12 | 9.8 | $3,889.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 7.10 | 7.10 | 3,443.50 | 0.00 | 0.00 |
| 165.00 | CAH | 2.70 | 2.70 | 445.50 | 0.00 | 0.00 |
| Totals | | 9.80 | 9.80 | 3,889.00 | 0.00 | 0.00 |

```
Sorts:   Grouping code           (Paginate)
         Client code
         Actual employee code    (Subtotal)
         Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 105148 to 105148

                                           Act  Trans                                                 Billable         Billable   Gr
Cl code Grouping code description           Emp  Date     Transaction description                       Hours           Dollars   Cd

WRG     CASE ADMINISTRATION                 CAH  12/19/12 Update docket to system.                        0.10            16.50  Ca
                                                                                                        ------          -------
                                                                                                          0.10            16.50
                                                                                                        ------          -------
                                                                                                          0.10            16.50
                                                                                                        ------          -------
```

Total records this group:   1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 12/05/12 | Review of miscellaneous pleadings. | 0.10 | 48.50 | Li |
| WRG | LITIGATION | JCP | 12/07/12 | Review of miscellaneous pleadings. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 12/11/12 | E-mail from U.S. Trustee re: claim payment; e-mail from counsel for Debtors re: same; e-mail from counsel for ZAI claimants re: same; e-mail from counsel for Canadian ZAI claimants re: same; e-mail from Washington State University re: same; review of Agenda for 12/17/12 Hearing. | 0.20 | 97.00 | |
| WRG | LITIGATION | JCP | 12/12/12 | Review of Amended Agenda canceling 12/17/12 Hearing; e-mail from Court Call re: same. | 0.10 | 48.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.50 | 242.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.50 | 242.50 | |
| | | | | | ------ | -------- | |

Total records this group:  4

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/11/12 | Review of pre-bill to assure compliance with local rules. | 0.10 | 16.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/14/12 | Review of e-mail from D. Fullem, download three Certificates of No Objection for Lincoln Partner's July, August and September Fee Applications and file same, then e-mail docket numbers to D. Fullem. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/14/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence Fee Application for October. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/14/12 | Draft November Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/19/12 | Scan, file and serve Phillips, Goldman & Spence Certificate of No Objection for October Fee Application. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/21/12 | Scan and OCR Phillips, Goldman & Spence November Fee Application. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/21/12 | Download Towers Certificate of No Objection for October Fee Application. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/27/12 | Download and file Orrick's November Fee Application and e-mail D. Fullem the docket number. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/27/12 | Download and file Lincoln's October and November Fee Applications and e-mail D. Fullem the docket numbers. | 0.60 | 99.00 | |
| | | | | | 2.60 | 429.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/08/12 | Review of and revise Phillips, Goldman & Spence November 2012 pre-bill. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/14/12 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 101st Monthly Fee Application. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/19/12 | Review of, revise and execute Phillips, Goldman & Spence 102nd Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 145.50 | |
| | | | | | 0.60 | 291.00 | |
| | | | | | 3.20 | 720.00 | |

Total records this group:   12

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/03/12 | Review of Canada's Opening Appeal Brief (41 pages). | 1.30 | 630.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/05/12 | Review of Order granting Appellant's Motion for Extension of Time to File Brief. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/07/12 | Review of Entry of Appearance for Loan Syndications and trading Association. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/08/12 | Review of Montana's 11/29/12 Opening Appeal Brief (60 pages). | 2.00 | 970.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/12/12 | E-mail from Debbie Felder re: Motion to Extend Time for Answering Briefs with enclosure; review of same; e-mail to D. Felder approving same. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/13/12 | E-mail from local counsel for Debtors (2x) re: Motion to Extend Time for Answering Brief; e-mail from local counsel for Creditors' Committee re: same. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/15/12 | Review of ECF Notification re: Debtors granted verbal extension of time for Answering Brief. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/16/12 | Review of Anderson Memorial's Initial Appellate Brief (55 pages). | 2.00 | 970.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/31/12 | Review of miscellaneous pleadings. | 0.10 | 48.50 | |
| | | | | | 6.00 | 2,910.00 | |
| | | | | | 6.00 | 2,910.00 | |

Total records this group:  9

| | | | | | 9.80 | 3,889.00 | |

26 records printed.