# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## DECEMBER 1, 2012 THROUGH
## DECEMBER 31, 2012

Phillips, Goldman & Spence, P.A.

Page   2

January 14, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   105148

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---|
| 12/12/12 | Facsimile | 2.00 |
| 12/14/12 | Photocopies | 3.00 |
| | Subtotal for COSTS only: 12/31/12 | $5.00 |