# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# DECEMBER 1-31, 2012



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

January 14, 2013
Client No. 17367
Invoice No. 1400192

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through December 31, 2012 in connection with the matters described on the attached pages: | $ | 115,850.50 |
| DISBURSEMENTS as per attached pages: | | 870.19 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **116,720.69** |

Matter(s): 17367/11, 13, 7, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$207,355.36
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 17367/ Invoice: 1400192 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE: WFBIUS6S*<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1400192*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 17367/ Invoice: 1400192 |


ORRICK

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042

January 14, 2013  
Client No. 17367  
Invoice No. 1400192

Orrick Contact: Roger Frankel

For Legal Services Rendered Through December 31, 2012 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/04/12 | P. Mahaley | Analyze insurer settlement proposal and communicate with R. Horkovich re same. | 0.20 |
| 12/05/12 | P. Mahaley | Evaluate insurer settlement proposal (.7); draft recommendation to D. Austern re insurer settlement proposal (.3). | 1.00 |
| 12/20/12 | P. Mahaley | Review and revise draft insurer settlement agreement. | 0.80 |
| 12/31/12 | P. Mahaley | Analyze language of orders approving insurance settlements re standard for approval. | 0.40 |

Total Hours 2.40  
Total For Services $1,596.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri N. Mahaley | 2.40 | 665.00 | 1,596.00 |
| Total All Timekeepers | 2.40 | $665.00 | $1,596.00 |

**Total For This Matter** $1,596.00

Case 01-01139-AMC    Doc 30193-3    Filed 01/25/13    Page 4 of 12



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

January 14, 2013
Invoice No. 1400192

For Legal Services Rendered Through December 31, 2012 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/02/12 | R. Frankel | Review Third Circuit Brief of Canada (1.9); prepare notes regarding same (.4). | 2.30 |
| 12/03/12 | D. Felder | Review Third Circuit briefs filed by Garlock, Canada, Montana and Bank Lenders. | 4.00 |
| 12/03/12 | R. Wyron | Review appellate briefs and organize notes. | 2.70 |
| 12/03/12 | R. Frankel | Read, prepare notes regarding Bank Lender Third Circuit Brief. | 2.60 |
| 12/03/12 | R. Frankel | Read, prepare notes on Garlock Third Circuit Brief. | 2.80 |
| 12/04/12 | D. Fullem | Review briefs filed in appeal case.. | 1.00 |
| 12/04/12 | D. Felder | Continue review of Third Circuit briefs (2.0); telephone conference with Plan Proponents' regarding same (2.5). | 4.50 |
| 12/04/12 | R. Wyron | Continue review of appeal briefs (1.3); telephone conference with Grace team re issues (2.5); follow-up re briefing issues (.4). | 4.20 |
| 12/04/12 | R. Frankel | Review briefs in preparation for conference call with Plan Proponents. | 1.10 |
| 12/04/12 | R. Frankel | Telephone conference with counsel for Plan Proponents, Grace regarding briefing of appellants. | 2.50 |
| 12/05/12 | D. Felder | Continue review of Bank Lenders' Third Circuit brief. | 1.00 |
| 12/05/12 | R. Wyron | Work on appellate briefing issues (.3); organize notes on lender brief (.8). | 1.10 |
| 12/05/12 | R. Frankel | Review P. Mahaley e-mail regarding settlement with Terra Nova (.3); review client response (.1). | 0.40 |
| 12/05/12 | R. Frankel | Review issues on briefs filed at Third Circuit (.8); prepare notes regarding issues (.6). | 1.40 |
| 12/06/12 | R. Frankel | Review Montana, Canada Third Circuit briefs. | 1.20 |
| 12/07/12 | D. Fullem | Review e-mail from D. Felder re amicus brief filed in bank lender appeal. | 0.20 |
| 12/07/12 | D. Felder | Begin review of amicus brief filed by Loan Syndications and Trading Association and continue review of other Third Circuit briefs. | 2.80 |
| 12/07/12 | R. Wyron | Review appellate record issues (.4); continue review of briefs (1.3). | 1.70 |
| 12/07/12 | R. Frankel | Review Amicus Brief of LSTA (2.6); telephone conference with R. Wyron re same (.2). | 2.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

January 14, 2013
Invoice No. 1400192

| 12/09/12 | R. Frankel | Review series of e-mails re Garlock second FCR issue (.4); review Garlock brief (.8). | 1.20 |
| --- | --- | --- | --- |
| 12/10/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 12/10/12 | D. Felder | Review e-mail correspondence from J. Donley and P. Lockwood regarding Garlock issues (.4); review transcripts and orders regarding FCR issue (2.6). | 3.00 |
| 12/10/12 | R. Wyron | Review and respond to e-mails re appellate issues and follow-up re same. | 0.80 |
| 12/10/12 | R. Frankel | Review Lincoln presentation for meeting (.4); e-mails with J. Radecki, D. Austern re same (.2). | 0.60 |
| 12/10/12 | R. Frankel | Review, consider series of e-mails with J. Donley, P. Lockwood re Garlock appeal issues (.3); review order re same (.1). | 0.40 |
| 12/11/12 | D. Fullem | Review AMH appeal brief. | 0.20 |
| 12/11/12 | D. Fullem | Review/respond/follow-up with D. Felder regarding omnibus hearing on December 17. | 0.30 |
| 12/11/12 | D. Felder | Review agenda for December 17 omnibus hearing and e-mail correspondence regarding same (.2); review orders approving QSF motion and collar agreement motion and e-mail with R. Frankel and R. Wyron regarding same (.2); review Anderson Memorial Hospital's Third Circuit brief and follow-up regarding same (2.0); conference with D. Austern and Lincoln regarding semi-annual financial review and follow-up regarding same (1.5). | 3.90 |
| 12/11/12 | R. Wyron | Review Lincoln analysis (.6); participate in meeting with Lincoln and follow-up re same (1.6); review AMH brief (1.3); organize notes for call (.7). | 4.20 |
| 12/11/12 | R. Frankel | Read, prepare notes re Third Circuit Brief of Anderson Memorial Hospital. | 2.80 |
| 12/11/12 | R. Frankel | Review presentation of Lincoln in preparation for meeting. | 0.70 |
| 12/11/12 | R. Frankel | Confer with D. Austern, J. Radecki, Lincoln team, R. Wyron, D. Felder re financial update review and follow-up re same (1.8); prepare notes re same (.3). | 2.10 |
| 12/11/12 | R. Frankel | Review orders approving Warrant Transaction, QSF payment. | 0.40 |
| 12/12/12 | D. Fullem | Review/respond to D. Felder regarding omnibus hearing on December 17. | 0.20 |


ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | January 14, 2013 |
| --- | --- | --- | --- |
| page 4 | | | Invoice No. 1400192 |

| Date | Attorney | Description | Hours |
| --- | --- | --- | --- |
| 12/12/12 | D. Felder | Telephone conference with Debtors and ACC regarding Anderson Memorial Hospital's Third Circuit brief and related Third Circuit procedural issues (1.5); telephone conferences with R. Frankel and R. Wyron regarding same (.2); review draft motion for extension of time and e-mail correspondence with Plan Proponents regarding same (.8). | 2.50 |
| 12/12/12 | R. Wyron | Review AMH brief and notes re same (1.8); organize notes on 9019 issue and follow-up re same (.3). | 2.10 |
| 12/12/12 | R. Frankel | Telephone conference with D. Felder re Grace call (.2); review AMH brief (.6). | 0.80 |
| 12/14/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 12/14/12 | D. Felder | Review Third Circuit docket regarding status of filing deadline (.3); telephone conference with R. Wyron regarding same (.1); review non-compliance order on Anderson Memorial Hospital's brief (.1). | 0.50 |
| 12/14/12 | R. Wyron | Review orders (.2); continue work on appellate brief issues (.9). | 1.10 |
| 12/17/12 | R. Frankel | Review Montana and Canada briefs re key issues (1.5); prepare notes re same (.4). | 1.90 |
| 12/17/12 | R. Frankel | Review Addendum filed by AMH, e-mails re same. | 0.30 |
| 12/18/12 | D. Felder | Review hearing transcripts regarding response to Appellants' Third Circuit briefs. | 3.00 |
| 12/18/12 | R. Wyron | Review e-mails re argument issues (.2); continue review of appellate briefs (.9). | 1.10 |
| 12/18/12 | R. Frankel | Review briefing timetable with R. Wyron. | 0.30 |
| 12/18/12 | R. Frankel | Review Garlock brief (.8); identify key issues for reply (.6). | 1.40 |
| 12/19/12 | D. Felder | Review hearing transcripts regarding solvency issues for response to Third Circuit appeal briefs (6.2); e-mail correspondence to Debtors regarding same (.2). | 6.40 |
| 12/20/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 12/20/12 | D. Felder | Review various hearing transcripts regarding solvency issue for response to Third Circuit appeal briefs. | 2.50 |
| 12/21/12 | R. Wyron | Review and respond to e-mails re briefs; review appellants' briefs. | 1.80 |
| 12/21/12 | R. Frankel | Review, consider series of e-mails with J. Donley, D. Felder re briefing (.4); consider fair and equitable issues (.8). | 1.20 |
| 12/21/12 | R. Frankel | Review, consider insert for brief from P. Lockwood re TDP issues. | 1.30 |
| 12/21/12 | R. Frankel | Consider key FCR issues for briefing review (.5); notes re same (.4). | 0.90 |


ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | January 14, 2013 |
|---|---|---|---|
| page 5 | | | Invoice No. 1400192 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/21/12 | R. Frankel | Review e-mails re Flintkote opinion (.3); preliminary review of opinion (.4). | 0.70 |
| 12/23/12 | D. Felder | Review draft Third Circuit brief sections from Kirkland and joint appendix and transcripts regarding same (1.5); e-mail correspondence with J. Donley, R. Barakat and K. Love regarding same (.2); follow-up regarding same (.5). | 2.20 |
| 12/24/12 | R. Wyron | Begin review of brief section (.8); review and respond to e-mails re settlement language (.3); review insurance settlements and follow-up (.8). | 1.90 |
| 12/26/12 | D. Fullem | Review e-mail from R. Wyron regarding confirmation issue and follow-up re same. | 0.50 |
| 12/26/12 | D. Felder | Begin review of drafts of Third Circuit brief from Kirkland. | 4.50 |
| 12/26/12 | R. Wyron | Review recent decision for appellate briefs (1.1); review draft briefs (1.7); review draft Terra Nova settlement agreement and follow-up e-mails re same (.9); respond to e-mails re PD FCR's position on briefs (.2). | 3.90 |
| 12/26/12 | R. Frankel | Review, edit first section of Third Circuit Brief from Kirkland. | 1.60 |
| 12/26/12 | R. Frankel | Review, edit draft response to Montana/Canada Brief from Kirkland. | 1.80 |
| 12/26/12 | R. Frankel | Review, edit draft response to Garlock Brief from Kirkland. | 2.20 |
| 12/27/12 | D. Fullem | Review/respond to e-mails re confirmation issue and follow-up with R. Wyron re same. | 0.50 |
| 12/27/12 | D. Felder | Review drafts of Third Circuit briefs from Kirkland. | 3.00 |
| 12/27/12 | R. Wyron | Review settlement orders re fair and equitable (1.4); continue review of draft briefs (1.9). | 3.30 |
| 12/28/12 | D. Fullem | Review D. Felder e-mail regarding omnibus hearing. | 0.20 |
| 12/28/12 | D. Felder | Review various pleadings in connection with responses to Third Circuit appeal arguments (1.5); e-mail correspondence with Kirkland regarding same (.2); review order rescheduling January omnibus hearing and e-mail to R. Frankel and R. Wyron regarding same (.2); e-mail correspondence with R. Barakat regarding Third Circuit appeal brief and follow-up regarding same (.5); continue review of draft Third Circuit response brief from Kirkland and note comments regarding same (2.5). | 4.90 |
| 12/28/12 | R. Wyron | Continue review of appeal brief inserts and sections. | 1.40 |
| 12/28/12 | R. Frankel | Review AMH draft section of brief from Kirkland (2.5); notes re same (.4). | 2.90 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

January 14, 2013
Invoice No. 1400192

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/31/12 | D. Felder | Continue review of draft appellate briefs in response to Garlock, Anderson Memorial Hospital and introduction and note issues regarding same (4.5); telephone conference with P. Mahaley regarding review of insurance settlement orders and follow-up e-mail correspondence regarding same (.2). | 4.70 |
| 12/31/12 | R. Wyron | Continue review of draft appellate briefs. | 1.20 |

Total Hours 132.20
Total For Services $106,533.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 53.40 | 650.00 | 34,710.00 |
| Roger Frankel | 42.60 | 995.00 | 42,387.00 |
| Debra O. Fullem | 3.70 | 270.00 | 999.00 |
| Richard H. Wyron | 32.50 | 875.00 | 28,437.50 |
| Total All Timekeepers | 132.20 | $805.85 | $106,533.50 |

Disbursements
    Document Reproduction    30.00
    Express Delivery    21.17
    Outside Services    60.00
    Travel Expense, Air Fare    759.02
    Total Disbursements    $870.19

**Total For This Matter**    **$107,403.69**



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 7

January 14, 2013  
Invoice No. 1400192

For Legal Services Rendered Through December 31, 2012 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/06/12 | D. Fullem | Review status of fee applications. | 0.30 |
| 12/10/12 | D. Fullem | Review e-mail from D. Felder; review e-mail from P. Cuniff at Pachulski along with chart of proposed requested/approved fee/expense amounts of professionals; prepare e-mail in response to P. Cuniff as to the FCR and his professionals. | 0.70 |
| 12/11/12 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNOs due for Lincoln July-September fee applications. | 0.20 |
| 12/13/12 | D. Fullem | Prepare CNOs for Lincoln's July-September fee applications; provide drafts to D. Felder of same. | 0.90 |
| 12/13/12 | D. Felder | Review CNOs for Lincoln's July, August and September fee apps and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 12/14/12 | D. Fullem | Coordinate filing/serving of Lincoln's CNOs for the July, August and September fee application periods. | 0.60 |
| 12/20/12 | D. Fullem | Prepare CNO for Towers October fee application. | 0.20 |
| 12/20/12 | D. Fullem | E-mail copy of February 2012 fee application to K. Boeger at Towers as requested. | 0.20 |
| 12/20/12 | D. Felder | Review CNO for Towers' October fee application. | 0.20 |
| 12/21/12 | D. Fullem | Review/respond to A. Choi at Lincoln regarding timing/filing of fee applications. | 0.30 |
| 12/21/12 | D. Fullem | Coordinate filing/serving of Towers' CNO for October fee application. | 0.20 |
| 12/26/12 | D. Fullem | Review, revise, finalize Notices for Lincoln's monthly fee applications for October and November; update D. Felder and R. Wyron re same; e-mail to A. Choi regarding same. | 1.00 |
| 12/26/12 | D. Felder | Review October and November fee applications for Lincoln and e-mail correspondence with D. Fullem regarding same. | 0.50 |
| 12/28/12 | D. Fullem | Coordinate filing/serving of Lincoln's October and November fee applications. | 0.50 |
| 12/28/12 | D. Fullem | Review/respond to e-mail from D. Felder regarding Lincoln October and November fee applications. | 0.20 |
| 12/28/12 | D. Fullem | Review/respond to e-mail from A. Choi regarding Lincoln's October and November fee applications. | 0.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

January 14, 2013
Invoice No. 1400192

|  | Total Hours | 6.40 |  |
|---|---|---|---|
|  | Total For Services |  | $2,070.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 0.90 | 650.00 | 585.00 |
| Debra O. Fullem | 5.50 | 270.00 | 1,485.00 |
| Total All Timekeepers | 6.40 | $323.44 | $2,070.00 |

**Total For This Matter**                $2,070.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

January 14, 2013
Invoice No. 1400192

For Legal Services Rendered Through December 31, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/04/12 | D. Fullem | Review e-mail from R. Frankel regarding status of payments; review charts and prepare summary of same for R. Frankel and R. Wyron. | 1.00 |
| 12/05/12 | D. Felder | Review November prebill. | 1.00 |
| 12/06/12 | D. Fullem | Review status of applications. | 0.30 |
| 12/07/12 | D. Felder | Continue review of November prebill. | 0.80 |
| 12/10/12 | D. Fullem | Review November prebill. | 1.20 |
| 12/10/12 | D. Fullem | Follow-up with R. Wyron regarding November prebill. | 0.20 |
| 12/10/12 | D. Fullem | Follow-up with P. Reyes re finalizing of November invoice. | 0.10 |
| 12/10/12 | R. Wyron | Review November billing statement and follow-up re same. | 0.40 |
| 12/13/12 | D. Fullem | Prepare draft of November fee application. | 1.00 |
| 12/13/12 | D. Fullem | Update fee/expense analysis. | 0.30 |
| 12/13/12 | D. Fullem | Respond to requests re payments. | 0.20 |
| 12/14/12 | D. Fullem | Review recent payment; update fee/expense charts; circulate to R. Frankel, R. Wyron. | 0.50 |
| 12/18/12 | D. Fullem | Prepare draft of CNO for Orrick October fee application. | 0.30 |
| 12/18/12 | D. Fullem | Prepare draft of November fee application. | 1.20 |
| 12/18/12 | D. Felder | Review CNO for Orrick's October fee application. | 0.10 |
| 12/20/12 | D. Fullem | Prepare CNO for Orrick's October fee application; coordinate filing/serving. | 0.40 |
| 12/20/12 | D. Fullem | Confer with C. Hartman re status of filing of November fee applications. | 0.20 |
| 12/20/12 | D. Fullem | Follow-up with D. Felder re status of review of Orrick's November fee application; review comments; prepare revisions to same; send final to R. Wyron for review/approval. | 0.70 |
| 12/20/12 | D. Felder | Review Orrick's November fee application and e-mail with D. Fullem regarding same. | 0.30 |
| 12/20/12 | R. Wyron | Review draft fee application and e-mails re same. | 0.40 |
| 12/21/12 | D. Fullem | Review/reply to R. Wyron regarding comments to November fee application. | 0.50 |
| 12/21/12 | D. Fullem | Finalize November fee application. | 0.50 |
| 12/21/12 | D. Fullem | Update C. Hartman with status of November fee application. | 0.20 |
| 12/21/12 | R. Wyron | Review draft November fee application and e-mails re same. | 0.40 |
| 12/24/12 | R. Wyron | Review November monthly fee application and follow-up. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

January 14, 2013
Invoice No. 1400192

| | | | |
|---|---|---|---|
| 12/26/12 | D. Fullem | Review/respond to various e-mails from R. Wyron and A. Choi on status of fee applications; update C. Hartman re status of filings. | 0.50 |
| 12/27/12 | D. Fullem | Revise, finalize, file and serve Orrick's November fee application. | 0.50 |
| 12/27/12 | R. Wyron | Review and finalize November fee application and follow up. | 0.30 |

Total Hours 13.80
Total For Services $5,651.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.20 | 650.00 | 1,430.00 |
| Debra O. Fullem | 9.80 | 270.00 | 2,646.00 |
| Richard H. Wyron | 1.80 | 875.00 | 1,575.00 |
| Total All Timekeepers | 13.80 | $409.49 | $5,651.00 |

**Total For This Matter** **$5,651.00**

* * * COMBINED TOTALS * * *

Total Hours 154.80
Total Fees, all Matters $115,850.50
Total Disbursements, all Matters $870.19
Total Amount Due $116,720.69