# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2012 - DECEMBER 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 0.3 | $ 217.50 |
| 0014 | Case Administration | 7.5 | 1,781.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.6 | 1,963.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 0.8 | 580.00 |
| 0018 | Fee Application, Applicant | 5.5 | 1,784.00 |
| 0020 | Fee Application, Others | 2.0 | 471.50 |
| 0036 | Plan and Disclosure Statement | 19.6 | 15,657.50 |
| 0037 | Hearings | 0.1 | 72.50 |
| | | | |
| | **Total** | **38.4** | **$ 22,527.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | January 7, 2013 |
| INVOICE NO. | 582256 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2012, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/27/2012 | Attend to Debtors' motion re: 3rd amendment to post-petition letter of credit facility and underlying documentation (.2); memorandum to Capstone re: LOC amendment motion and preparation of a memorandum for the Committee regarding the same (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |
| | | | |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 217.50 |
| | | | |
| TOTAL FOR THIS MATTER | | | $ 217.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Case Administration<br>699843 0014 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 12/04/2012 | Attend to Fee Auditor's report re: 45th quarterly. | Krieger, A. | 0.1 |
| 12/04/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 12/05/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 12/06/2012 | Obtain and circulate recently docketed pleadings in main case (.6); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |
| 12/07/2012 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleading re: appeals case no. 12-1402 for attorney review (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 12/10/2012 | Memoranda with David Mohamed re: Debtors' counsel's proposed 45th quarterly fee and expense chart. | Krieger, A. | 0.1 |
| 12/10/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 12/11/2012 | Obtain and circulate recently docketed pleadings in main case (.7); review appeals case docket no. 11-199 (.1); obtain documents for attorney review (.3); update internal case docket (.1); obtain recent pleading re: appeals case no. 12-3143 for attorney review (.2). | Mohamed, D. | 1.4 |
| 12/12/2012 | Memorandum to R. Higgins re: improper docket entry (.1); attend to Order cancelling 12/17/12 hearing and Modified Order re: cash settled Collar Agreement (.1). | Krieger, A. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 12/12/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 12/13/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 12/14/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 12/17/2012 | Review appeals case docket nos. 11-199 and 12-1402 (.2); update internal case docket (.1). | Mohamed, D. | 0.3 |
| 12/18/2012 | Review appeals case docket no. 11-199 (.1); obtain documents for attorney review (.2). | Mohamed, D. | 0.3 |
| 12/19/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 12/20/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 12/21/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 12/26/2012 | Monitor appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 12/27/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 12/28/2012 | Review appeals case docket no. 11-199 and 12-1402 (.2); update internal case docket (.1). | Mohamed, D. | 0.3 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 725 | $ 290.00 |
| Mohamed, David | 7.1 | 210 | 1,491.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,781.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,781.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Claims Analysis/Objections/Administration (Non-Asbestos) | |
| | 699843  0015 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2012 | T/c Debtors' counsel re: treatment of creditor's claim. | Krieger, A. | 0.2 |
| 12/04/2012 | Attend to claimant's proof of claim and additional materials. | Krieger, A. | 1.3 |
| 12/05/2012 | O/c KP re: claim discussion with Debtors' counsel. | Krieger, A. | 0.5 |
| 12/05/2012 | Confer AK re: claimant issue. | Pasquale, K. | 0.4 |
| 12/14/2012 | T/c Debtor's counsel re: potential treatment of claim. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.2 | $ 725 | $ 1,595.00 |
| Pasquale, Kenneth | 0.4 | 920 | 368.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,963.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,963.00 |

# STROOCK

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders' | |
| | 699843  0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/17/2012 | Attend to Committee memorandum re: update on Third Circuit appeal. | Krieger, A. | 0.6 |
| 12/19/2012 | Memoranda with DM and then with Committee member re: appellate briefs. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 725 | $ 580.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 580.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 580.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2012 | Attend to October 2012 fee statement. | Krieger, A. | 0.3 |
| 12/04/2012 | Review and revise SSL's 139th monthly fee application for attorney review. | Mohamed, D. | 0.5 |
| 12/05/2012 | Attend to October 2012 fee statement. | Krieger, A. | 0.2 |
| 12/05/2012 | Review/revise November fee detail | Magzamen, M. | 0.5 |
| 12/05/2012 | Finalize SSL's 139th monthly fee application for filing (.5); prepare notice and CoS re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.6 |
| 12/11/2012 | Review revised fee detail and Prepare draft of SSL's 140th monthly fee application for attorney review. | Mohamed, D. | 1.2 |
| 12/12/2012 | Attend to November 2012 Fee Statement. | Krieger, A. | 0.6 |
| 12/13/2012 | Revise draft of SSL's 140th monthly fee application for attorney review. | Mohamed, D. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 725 | $ 797.50 |
| Magzamen, Michael | 0.5 | 335 | 167.50 |
| Mohamed, David | 3.9 | 210 | 819.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 1,784.00 | |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 1,784.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/06/2012 | Review and finalize Capstone's 105th monthly fee application for filing (.8); prepare notice and CoS re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |
| 12/10/2012 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |
| Mohamed, David | 1.9 | 210 | 399.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 471.50 | |

| TOTAL FOR THIS MATTER | $ 471.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses<br>699843 0024 | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 0.00 |

**MATTER DISBURSEMENT SUMMARY**

| Outside Messenger Service | $ 39.28 |
|---|---|
| O/S Information Services | 312.60 |
| TOTAL DISBURSEMENTS/CHARGES | $ 351.88 |

| TOTAL FOR THIS MATTER | $ 351.88 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/07/2012 | Attend to appellants' briefs. | Krieger, A. | 0.4 |
| 12/07/2012 | Review "key" portions of appellants' briefs to Third Circuit. | Pasquale, K. | 2.7 |
| 12/09/2012 | Attend to appellants' brief re: confirmation objections. | Krieger, A. | 1.4 |
| 12/10/2012 | Attend to appellants' briefs re: objections to confirmation. | Krieger, A. | 6.5 |
| 12/10/2012 | Review appellate bank lender brief in opposing confirmation. | Kruger, L. | 0.8 |
| 12/10/2012 | Continued review of appellate briefs, including bank lenders' brief to third circuit. | Pasquale, K. | 1.8 |
| 12/11/2012 | Memoranda with D. Mohamed re: Anderson Memorial's appellate brief and L. Kruger, K. Pasquale re: same (.4); attend to appellate briefs (1.3). | Krieger, A. | 1.7 |
| 12/11/2012 | Review A. Krieger memo re: Anderson appellate brief (.2); review appellate briefs (.3). | Kruger, L. | 0.5 |
| 12/12/2012 | Attend to appellate briefs. | Krieger, A. | 2.6 |
| 12/12/2012 | Review appellate briefs. | Kruger, L. | 0.4 |
| 12/13/2012 | Attend to appellate briefs. | Krieger, A. | 0.6 |
| 12/17/2012 | Review memo to Committee re: appeal. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 13.2 | $ 725 | $ 9,570.00 |
| Kruger, Lewis | 1.9 | 1,025 | 1,947.50 |
| Pasquale, Kenneth | 4.5 | 920 | 4,140.00 |

# STROOCK

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,657.50 |

| | |
|---|---:|
| TOTAL FOR THIS MATTER | $ 15,657.50 |

# STROOCK

| RE | Hearings<br>699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/10/2012 | Attend to 12/17/12 hearing notice. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 72.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 72.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,527.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 351.88 |
| TOTAL BILL | $ 22,878.88 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.