# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**DECEMBER 1, 2012 - DECEMBER 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 1.9 | $1,025 | $ 1,947.50 |
| Pasquale, Kenneth | 4.9 | 920 | 4,508.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 18.2 | 725 | 13,195.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.5 | 335 | 167.50 |
| Mohamed, David | 12.9 | 210 | 2,709.00 |
| | | | |
| **Total** | **38.4** | | **$ 22,527.00** |