# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2012 – DECEMBER 31, 2012**

| | |
|---|---:|
| Outside Messenger Service | $ 39.28 |
| O/S Information Services | 312.60 |
| | |
| **TOTAL** | **$ 351.88** |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | January 7, 2013 |
| INVOICE NO. | 582256 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through December 31, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 12/05/2012 | Vendor: United Parcel Service Invoice #: 00000010X827492 12.08.12 Tracking #: 1Z10X8270191585058 Shipment Date: 12/05/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.98 |
| 12/05/2012 | Vendor: United Parcel Service Invoice #: 00000010X827492 12.08.12 Tracking #: 1Z10X8270195365672 Shipment Date: 12/05/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.98 |
| 12/05/2012 | Vendor: United Parcel Service Invoice #: 00000010X827492 12.08.12 Tracking #: 1Z10X8270797306882 Shipment Date: 12/05/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.36 |
| 12/06/2012 | Vendor: United Parcel Service Invoice #: 00000010X827492 12.08.12 Tracking #: 1Z10X8270196750119 Shipment Date: 12/06/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.98 |
| 12/06/2012 | Vendor: United Parcel Service Invoice #: 00000010X827492 12.08.12 Tracking #: 1Z10X8270195720699 Shipment Date: 12/06/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 | 7.98 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 |  |
| **Outside Messenger Service Total** | | **39.28** |
| **O/S Information Services** | | |
| 12/05/2012 | Pacer Search Service on 7/2/2012 | 312.60 |
| **O/S Information Services Total** | | **312.60** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 39.28 |
| O/S Information Services | 312.60 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 351.88 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM