**EXHIBIT A**

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
PALO ALTO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

January 10, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1825199            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.10 hrs. at | $780.00 /hr. = | $3,978.00 | |
| WS KATCHEN | OF COUNSEL | 8.00 hrs. at | $875.00 /hr. = | $7,000.00 | |
| S LENKIEWICZ | PARALEGAL | 4.50 hrs. at | $185.00 /hr. = | $832.50 | |
| | | | | | $11,810.50 |

DISBURSEMENTS
OVERNIGHT MAIL                                    $21.55
PRINTING & DUPLICATING - EXTERNAL                 $771.22
TOTAL DISBURSEMENTS                                              $792.77

BALANCE DUE THIS INVOICE                                         $12,603.27

Duane Morris
January 10, 2013
Page 2

File # K0248-00001 INVOICE# 1825199
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2012 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET (.1); DOWNLOAD BRIEFS (.2); FORWARD SAME TO M. LASTOWSKI (.1) | 0.40 | $74.00 |
| 12/11/2012 | 004 | MR LASTOWSKI | REVIEW DOCKET RE: STATUS OF AGENDA ITEMS | 0.30 | $234.00 |
| 12/12/2012 | 004 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE | 0.10 | $78.00 |
| | | | Code Total | 0.80 | $386.00 |

File # K0248-00001                                                                                                    INVOICE# 1825199
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/7/2012 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE RE NOVEMBER 2012 | 0.20 | $37.00 |
| 12/10/2012 | 012 | MR LASTOWSKI | REVIEW 45TH QUARTER FEE CHART | 0.20 | $156.00 |
| 12/10/2012 | 012 | S LENKIEWICZ | REVIEW 44TH AND 45TH QUARTERLY FEE APPLICATION TO CONFIRM AMOUNTS IN PROPOSED OMNIBUS ORDER (.2); EMAIL M. LASTOWSKI RE SAME (.1) | 0.30 | $55.50 |
| 12/17/2012 | 012 | S LENKIEWICZ | REVIEW OMNIBUS ORDER ENTERED REGARDING QUARTERLY FEE APPLICATIONS AND DOWNLOAD SAME (.2); REVIEW AGENDA OF MATTERS SCHEDULED FOR 12/17 (.1); EMAIL TO M. LASTOWSKI RE SAME (.1) | 0.40 | $74.00 |
| | | | Code Total | 1.10 | $322.50 |

Duane Morris
January 10, 2013
Page 4

File # K0248-00001                                                                INVOICE# 1825199
         W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/4/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE AND SSL FEE APPLICATION (.1); PREPARE CNO RE SSL 45TH QUARTERLY AND FINALIZE FOR EFILING (.2); PREPARE CNO RE CAPSTONE 104TH MONTHLY FEE APPLICATION (.2); PREPARE CNO RE SSL 138TH MONTHLY FEE APPLICATION (.2); PREPARE CNO RE CAPSTONE 34TH QUARTERLY (.2) | 0.90 | $166.50 |
| 12/5/2012 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 139TH MONTHLY FEE APPLICATION (.2); FINALIZE EFILE SSL 139TH MONTHLY FEE APPLICATION, COS AND EXHIBITS (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 12/5/2012 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING 34TH QUARTERLY FEE APPLICATION OF CAPSTONE ADVISORY GROUP | 0.20 | $37.00 |
| 12/5/2012 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING 45TH QUARTERLY FEE APPLICATION OF SSL | 0.20 | $37.00 |
| 12/6/2012 | 013 | S LENKIEWICZ | FINALIZE AND EFILE CNO RE 104TH CAPSTONE MONTHLY (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $74.00 |
| 12/6/2012 | 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 105TH MONTHLY FEE APPLICATION AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $92.50 |
| 12/7/2012 | 013 | S LENKIEWICZ | FINALIZE AND EFILE CERTIFICATE OF NO OBJECTION REGARDING 138TH MONTHLY FEE APPLICATION OF SSL (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $74.00 |
| | | | Code Total | 3.20 | $592.00 |

DUANE MORRIS LLP

Duane Morris
January 10, 2013
Page 5

File # K0248-00001                                                                                         INVOICE# 1825199
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER |  | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2012 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPEALS | 0.30 | $234.00 |
| 12/6/2012 | 017 | MR LASTOWSKI | CHECK APPELLATE STATUS | 0.30 | $234.00 |
| 12/12/2012 | 017 | MR LASTOWSKI | REVIEW OPENING APPELLATE BRIEFS | 1.20 | $936.00 |
| 12/13/2012 | 017 | MR LASTOWSKI | REVIEW BANK LENDER BRIEF AND AMICUS BRIEF | 1.20 | $936.00 |
| 12/17/2012 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL BRIEF | 1.20 | $936.00 |
| 12/31/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.30 | $234.00 |
|  |  |  | Code Total | 4.50 | $3,510.00 |

File # K0248-00001 INVOICE# 1825199
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2012 | 025 | WS KATCHEN | ARRANGE DELIVERY OF BRIEFS - APPEAL FROM COMPENSATION ORDER (.2); REVIEW BANK LENDERS' APPEAL BRIEF (1.3); REVIEW BRIEF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA (ZAI CLAIMS) (.9); REVIEW BRIEF - GARLOCK SEALING CONTRIBUTION AND INDEMNITY CLAIMS (.8). | 3.20 | $2,800.00 |
| 12/6/2012 | 025 | WS KATCHEN | J24 (G) ISSUE (NYC ASBESTOS LITIGATION) | 0.30 | $262.50 |
| 12/17/2012 | 025 | WS KATCHEN | DOCKET REVIEW - APPEAL (.2); APPEAL BRIEFS - AMICI LOAN SYNDICATIONS AND TRADING ET AL. (.70); STATE OF MONTANA (.9); ANDERSON MEMORIAL HOSPITAL (.9): E-MAIL MEMBER OF OCC (.1). | 2.80 | $2,450.00 |
| 12/17/2012 | 025 | WS KATCHEN | PLAN COMPENSATION ISSUE - DFAULT - 2012 WL 4107443 FORWARD TO STROOK. | 0.40 | $350.00 |
| 12/17/2012 | 025 | WS KATCHEN | SUPPLEMENTAL E-MAIL TO STROOK ON PLAN COMPENSATION ISSUE. | 0.20 | $175.00 |
| 12/18/2012 | 025 | WS KATCHEN | ADDITIONAL REVIEW APPEAL ISSUES RAISED BY ANDERSON MEMORIAL HOSP. AND STATE OF MONTANA (.5); REVIEW CITED 3RD CIRCUIT AUTHORITIES (.6). | 1.10 | $962.50 |
| | | | Code Total | 8.00 | $7,000.00 |
| | | | TOTAL SERVICES | 17.60 | $11,810.50 |

Duane Morris
January 10, 2013
Page 7

File # K0248-00001  INVOICE# 1825199
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 12/31/2012 | PRINTING & DUPLICATING - EXTERNAL | 771.22 |
| | Total: | $771.22 |
| | | |
| 11/29/2012 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794178217747) | 9.32 |
| 11/29/2012 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITHASSOCIATES - ROCKWALL, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794178231648) | 12.23 |
| | Total: | $21.55 |
| | TOTAL DISBURSEMENTS | $792.77 |

File # K0248-00001                                                                                          INVOICE# 1825199
      W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 5.10 | 780.00 | $3,978.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 8.00 | 875.00 | $7,000.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.50 | 185.00 | $832.50 |
|  |  |  | 17.60 |  | $11,810.50 |