Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Saul Ewing LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2182784 |
| Invoice Date | 01/09/13 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/06/12 | TKD | Review Forty-Fifth Quarterly Report of Settlements From July 1, 2012 Through September 30, 2012 | 0.2 | 130.00 |
| 12/06/12 | TKD | Review Forty-Fifth Quarterly Report of Asset Sales From July 1, 2012 Through September 30, 2012 | 0.2 | 130.00 |
| 12/26/12 | TKD | Review Motion for an Order Authorizing Third Amendment to Post-Petition Letter of Credit Facility Agreement | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.8 | at | $650.00 | = | 520.00 |

CURRENT FEES 520.00

**TOTAL AMOUNT OF THIS INVOICE** 520.00

**NET AMOUNT OF THIS INVOICE** 520.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Saul Ewing LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2182785 |
| Invoice Date | 01/09/13 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/04/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/05/12 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 12/06/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/07/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/10/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/11/12 | TKD | Review all filings and share with team | 0.5 | 325.00 |
| 12/11/12 | TKD | Communication with the UST office regarding a claims inquiry | 0.2 | 130.00 |
| 12/12/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/13/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/14/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/17/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/18/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/20/12 | TKD | Review all filings and share with team | 0.4 | 260.00 |
| 12/21/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/26/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/27/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/28/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022 WR Grace - Official Committee of Equity Security Holders Invoice Number 2182785
00004 Case Administration Page 2
01/09/13

TOTAL HOURS 7.8

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 7.8 | at | $650.00 | = | 5,070.00 |

CURRENT FEES 5,070.00

**TOTAL AMOUNT OF THIS INVOICE** 5,070.00

**NET AMOUNT OF THIS INVOICE** 5,070.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Saul Ewing LLP

| | | | |
|---|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | | Invoice Number | 2182787 |
| c/o R. Ted. Wechsler, Chairman | | Invoice Date | 01/09/13 |
| Peninsula Capital Advisors LLC | | Client Number | 359022 |
| 404B East Main Street | | Matter Number | 00015 |
| Charlottesville, VA 22902 | | | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/11/12 | TBB | File and serve Saul Ewing's fourteenth quarterly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 0.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.8 | at | $195.00 | = | 156.00 |

CURRENT FEES 156.00

**TOTAL AMOUNT OF THIS INVOICE** 156.00

**NET AMOUNT OF THIS INVOICE** 156.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Saul Ewing LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2182788 |
| Invoice Date | 01/09/13 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/10/12 | TKD | Review fee chart to be submitted to court today | 0.2 | 130.00 |
| 12/11/12 | TKD | Review Kramers and Saul's Quarterly Fee Applications and approve for filing | 0.4 | 260.00 |
| 12/11/12 | TBB | Draft Notice to Kramer Levin's forty second quarterly fee application. | 0.2 | 39.00 |
| 12/11/12 | TBB | File and serve Kramer Levin's forty second quarterly fee application. | 0.8 | 156.00 |
| 12/21/12 | TKD | Review Kramer Levin CNO and our CNO and approve same for filing | 0.4 | 260.00 |
| 12/21/12 | TBB | Draft CNO to Kramer Levin's One Hundred and Thirty Fourth MOnthly Fee Application | 0.4 | 78.00 |
| 12/21/12 | TBB | File and serve CNO to Kramer Levin's One Hundred and Thirty Fourth Monthly Fee Application | 0.8 | 156.00 |
| 12/28/12 | TKD | Supervised filing of Kramer Levin fee app | 0.5 | 325.00 |
| 12/28/12 | TBB | Draft Notice to Kramer Levin's One Hundred and thirty Fifth Monthly Fee Application. | 0.2 | 39.00 |
| 12/28/12 | TBB | File and serve Kramer Levin's One Hundred and thirty Fifth Monthly Fee Application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 4.7 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022 WR Grace - Official Committee of Equity Security Holders Invoice Number 2182788
00016 Page 2
01/09/13 Fee Applications/Others

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.2 | at | $195.00 | = | 624.00 |
| Teresa K.D. Currier | 1.5 | at | $650.00 | = | 975.00 |

CURRENT FEES 1,599.00

**TOTAL AMOUNT OF THIS INVOICE** 1,599.00

**NET AMOUNT OF THIS INVOICE** 1,599.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Saul Ewing LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2182789 |
| Invoice Date | 01/09/13 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/04/12 | TKD | Review Third Circuit Order extending time | 0.1 | 65.00 |
| 12/07/12 | TKD | Review Amicus Brief from trade organization | 0.4 | 260.00 |
| 12/10/12 | TKD | Review Appellant's Opening Brief filed by Appellant Anderson Memorial Hospital. | 0.5 | 325.00 |
| 12/11/12 | TKD | Reviewed Order on the Collar Agreement as modified by Court | 0.2 | 130.00 |
| 12/12/12 | TKD | Review Extension Motion | 0.4 | 260.00 |
| 12/13/12 | TKD | Report to David Blabey about extension motion | 0.1 | 65.00 |
| | | TOTAL HOURS | 1.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.7 | at | $650.00 | = | 1,105.00 |

| | |
|---|---|
| CURRENT FEES | 1,105.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,105.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022 WR Grace - Official Committee of Equity Security Holders Invoice Number 2182789
00020 Page 2
01/09/13 Plan and Disclosure Statement

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 1,105.00 |

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Saul Ewing LLP

| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA 22902 | Invoice Number<br>Invoice Date<br>Client Number<br>Matter Number | 2182786<br>01/09/13<br>359022<br>00014 |
|---|---|---|

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 11.10 |
| CURRENT EXPENSES | 11.10 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 11.10 |
| **NET AMOUNT OF THIS INVOICE** | 11.10 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP