# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

December 31, 2012

Invoice Number **101554**          **91100  00001**          **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---|
| Balance forward as of last invoice, dated:  November 30, 2012 | $63,744.14 |
| A/R Adjustments | -$3,474.99 |
| Net balance forward | $60,269.15 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**          **12/31/2012**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Asset Disposition [B130]** | | | |
| 12/06/12 | PEC | Prepare Debtors' Forty-Fifth Quarterly Report of Asset Sales From July 1, 2012 Through September 30, 2012 in Accordance With that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 12/06/12 | KPM | Review and execute notice of third quarter asset sale report | 0.10 | 495.00 | $49.50 |
| | **Task Code Total** | | **0.60** | | **$182.00** |
| | | **Appeals [B430]** | | | |
| 12/03/12 | KPM | Review Canada's opening brief on appeal | 0.40 | 495.00 | $198.00 |
| 12/03/12 | KPM | Review Montana's opening brief | 0.40 | 495.00 | $198.00 |
| 12/07/12 | JEO | Review status of Appeals. | 1.00 | 675.00 | $675.00 |
| 12/12/12 | JEO | Review status of appeals. | 2.00 | 675.00 | $1,350.00 |
| 12/13/12 | JEO | Emails and telephone calls regarding possible extension briefing schedule for appeals. | 1.60 | 675.00 | $1,080.00 |
| 12/13/12 | KPM | Conference with James E. O'Neill regarding filing motion to extend briefing deadlines | 0.10 | 495.00 | $49.50 |
| 12/14/12 | JEO | Email exchange regarding briefing deadline. | 0.40 | 675.00 | $270.00 |
| | **Task Code Total** | | **5.90** | | **$3,820.50** |

**Invoice number 101554**   91100  00001   **Page  2**

### Case Administration [B110]

| 12/03/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
|---|---|---|---|---|---|
| 12/03/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 12/03/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 12/04/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 12/04/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 12/04/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 12/05/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 12/05/12 | PEC | Update critical dates | 1.00 | 265.00 | $265.00 |
| 12/05/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |
| 12/05/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 12/06/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 12/06/12 | PEC | Update critical dates | 0.30 | 265.00 | $79.50 |
| 12/06/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 12/07/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 12/07/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 12/07/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 12/10/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 12/10/12 | SLP | Maintain docket control. | 1.30 | 185.00 | $240.50 |
| 12/10/12 | KSN | Prepare hearing binders for 12/17/12 hearing. | 0.30 | 185.00 | $55.50 |
| 12/11/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 12/11/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 12/11/12 | SLP | Maintain docket control. | 2.00 | 185.00 | $370.00 |
| 12/11/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.50 | 185.00 | $92.50 |
| 12/12/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 12/12/12 | PEC | Update critical dates | 0.30 | 265.00 | $79.50 |
| 12/12/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 12/12/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 185.00 | $55.50 |
| 12/13/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 12/13/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |

| 12/14/12 | CAK | Review documents and organize to file | 0.10 | 265.00 | $26.50 |
| 12/14/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 12/14/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 12/14/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 12/17/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 12/17/12 | PEC | Update critical dates | 0.60 | 265.00 | $159.00 |
| 12/17/12 | KSN | Document request as per Patti Cuniff. | 0.20 | 185.00 | $37.00 |
| 12/18/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 12/18/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 12/18/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 185.00 | $55.50 |
| 12/19/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |
| 12/19/12 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 275.00 | $27.50 |
| 12/19/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 12/20/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 12/20/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 12/20/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 12/21/12 | CAK | Review documents and organize to file. | 0.10 | 265.00 | $26.50 |
| 12/21/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 12/21/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 12/21/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 12/26/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |
| 12/26/12 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 275.00 | $55.00 |
| 12/27/12 | KFF | Review docket to determine document withdrawn per request of Kitty Makowski, Esquire | 0.20 | 275.00 | $55.00 |
| 12/27/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 12/28/12 | KSN | Maintain document control. | 0.50 | 185.00 | $92.50 |
| 12/28/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |

|  | **Task Code Total** |  | **21.10** |  | **$4,884.50** |

**WRG-Claim Analysis (Asbestos)**

| 12/14/12 | KPM | Review and respond to email from R. Higgins regarding information request from claims trader | 0.10 | 495.00 | $49.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/17/12 | JEO | Review correspondence from creditor and respond | 0.20 | 675.00 | $135.00 |
| | **Task Code Total** | | **0.30** | | **$184.50** |

### WRG-Fee Apps., Applicant

| | | | | | |
|---|---|---|---|---|---|
| 12/02/12 | WLR | Review and revise 47th quarterly fee application | 0.60 | 575.00 | $345.00 |
| 12/10/12 | LDJ | Review and finalize 46th quarterly fee application | 0.30 | 955.00 | $286.50 |
| 12/10/12 | CAK | Update spreadsheet in preparation of 46th Quarterly Fee Application; prepare exhibits to same. | 0.40 | 265.00 | $106.00 |
| 12/10/12 | CAK | Review and update 46th Quarterly Fee Application | 0.40 | 265.00 | $106.00 |
| 12/10/12 | PEC | Draft Notice of PSZ&J LLP's Forty-Sixth Quarterly Fee Application and Certificates of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/10/12 | KPM | Review and execute notice and certificate of service for PSZ&J's 46th quarter fee application | 0.10 | 495.00 | $49.50 |
| 12/12/12 | WLR | Prepare Nov. 2012 fee application | 0.70 | 575.00 | $402.50 |
| 12/15/12 | WLR | Draft Nov. 2012 monthly fee application | 0.70 | 575.00 | $402.50 |
| 12/16/12 | WLR | Review and revise Nov. 2012 fee application | 0.70 | 575.00 | $402.50 |
| 12/19/12 | CAK | Review and update November Fee Application. | 0.30 | 265.00 | $79.50 |
| 12/20/12 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's September 2012 Monthly Fee Application and Affidavit of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/20/12 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's October 2012 Monthly Fee Application and Affidavit of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/20/12 | KPM | Review and execute Cert of No Obj. for PSZ&J October 2012 fee application | 0.10 | 495.00 | $49.50 |
| 12/20/12 | KPM | Review and execute Cert of No Obj. for PSZ&J September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 12/31/12 | WLR | Draft 48th quarterly fee application | 0.50 | 575.00 | $287.50 |
| | **Task Code Total** | | **6.70** | | **$3,043.50** |

### WRG-Fee Applications, Others

| | | | | | |
|---|---|---|---|---|---|
| 12/03/12 | PEC | Prepare Kirkland & Ellis LLP's October 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 12/06/12 | PEC | Prepare Beveridge & Diamond P.C.'s October 2012 Monthly Fee Application for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 265.00 | $106.00 |
| 12/07/12 | PEC | Draft Notice of Grant Thornton First Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 12/07/12 | KPM | Review and execute notice for interim fee application for Grant Thornton | 0.10 | 495.00 | $49.50 |
| 12/10/12 | PEC | Draft Certification of Counsel Regarding Order Approving | 0.60 | 265.00 | $159.00 |

**Invoice number 101554**      91100  00001                                          **Page  5**

| | | Quarterly Fee Applications for the Forty-Fifth Period and Proposed Order (.3); Prepare for filing and service (.3) | | | |
|---|---|---|---|---|---|
| 12/10/12 | PEC | Draft Certification of Counsel Regarding Forty-Fifth Quarter Project Category Summary and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/10/12 | JEO | Review issues regarding fee hearing. | 0.80 | 675.00 | $540.00 |
| 12/10/12 | KPM | Review and execute certification of counsel regarding 45th quarter project category summary | 0.10 | 495.00 | $49.50 |
| 12/10/12 | KPM | Review and execute certification of counsel regarding order approving 45th quarter fee application | 0.10 | 495.00 | $49.50 |
| 12/11/12 | PEC | Draft Notice of Kirkland & Ellis LLP's Forty-Sixth Quarterly Fee Application and Certificates of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/11/12 | JEO | Review Kirkland & Ellis quarterly fee application | 0.20 | 675.00 | $135.00 |
| 12/12/12 | PEC | Prepare Blackstone Advisory Partners L.P.'s October 2012 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 12/20/12 | PEC | Prepare Kaye Scholer LLP's November 2012 Monthly Fee Application for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 265.00 | $106.00 |
| 12/20/12 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond, P.C.'s September 2012 Monthly Fee Application and Affidavit of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/20/12 | PEC | Draft Certificate of No Objection Regarding Woodcock Washburn LLP's October 2012 Monthly Fee Application and Affidavit of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/20/12 | PEC | Draft Certificate of No Objection Regarding Blackstone Advisory Services LP's September 2012 Monthly Fee Application and Affidavit of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/20/12 | KPM | Review and execute Cert of No Obj. for Woodcock Washburn October-December 2012 fee application | 0.10 | 495.00 | $49.50 |
| 12/20/12 | KPM | Review and execute Cert of No Obj. for Blackstones September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 12/20/12 | KPM | Review and execute Cert of No Obj. for Beveridge & Diamond September 2012 fee application | 0.10 | 495.00 | $49.50 |
| 12/21/12 | PEC | Prepare Norton Rose October 2012 Monthly Fee Application for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 265.00 | $106.00 |
| 12/21/12 | KPM | Review and execute Cert of No Obj. for R. Higgins' October 2012 fee application | 0.10 | 495.00 | $49.50 |
| 12/21/12 | KPM | Review and execute Cert of No Obj. for Foley Hoag October 2012 fee application | 0.10 | 495.00 | $49.50 |
| 12/26/12 | KFF | E-file and serve certification of no objection for Kay Scholer's October fees | 0.50 | 275.00 | $137.50 |
| 12/26/12 | KFF | E-file and serve certification of no objection for Casner & Edwards' October fees | 0.50 | 275.00 | $137.50 |
| 12/28/12 | KFF | E-file and serve certification of no objection for Kirkland & Ellis' October fees | 0.70 | 275.00 | $192.50 |
| 12/28/12 | KFF | E-file and serve certification of no objection for Beveridge | 0.70 | 275.00 | $192.50 |

**Invoice number 101554**      91100   00001                                **Page  6**

| | | | | | |
|---|---|---|---|---|---|
| | | & Daimond's October fees | | | |
| 12/28/12 | KFF | E-file and serve Foley Hoag's November fee application, including drafting affidavit of service | 0.90 | 275.00 | $247.50 |
| 12/28/12 | KFF | E-file and serve November fee application for Kirkland & Ellis, including drafting affidavit of service and service documents | 0.90 | 275.00 | $247.50 |
| 12/28/12 | KFF | E-file and serve November fee application for Casner & Edwards, including drafting affidavit of service and service documents | 0.90 | 275.00 | $247.50 |
| 12/28/12 | KPM | Review and execute Cert of No Obj. for Kirkland and Ellis' October 2012 fee application | 0.10 | 495.00 | $49.50 |
| 12/28/12 | KPM | Review and execute Cert of No Obj. for Beveridge & Deamond's October 2012 fee application | 0.10 | 495.00 | $49.50 |
| | **Task Code Total** | | **13.60** | | **$4,295.00** |

**Litigation (Non-Bankruptcy)**

| | | | | | |
|---|---|---|---|---|---|
| 12/03/12 | PEC | Draft Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Approving Plan Proponents' Entry into Cash-Settled Collar Agreement and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/03/12 | PEC | Draft Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Approving a Qualified Settlement Fund and Related Relief and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/03/12 | PEC | Revise and review Notice of Agenda for 12/17/12 Hearing | 0.40 | 265.00 | $106.00 |
| 12/03/12 | PEC | Correspond with Sharon Ament regarding updates to the 12/17/12 Hearing and coordinate binder update | 0.20 | 265.00 | $53.00 |
| 12/03/12 | KPM | Review and execute Cert of No Obj. for motion approving cash settled collar agreement | 0.10 | 495.00 | $49.50 |
| 12/03/12 | KPM | Review and execute Cert of No Obj. for motion approving qualified settlement fund | 0.10 | 495.00 | $49.50 |
| 12/06/12 | PEC | Prepare Debtors' Forty-Fifth Quarterly Report of Settlements From July 1, 2012 Through September 30, 2012 in Accordance With that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding for filing and service (.4); Draft Certificate of SErvice (.1) | 0.50 | 265.00 | $132.50 |
| 12/06/12 | KPM | Review and respond to email from R. Higgins regarding filing and service of third quarterly reports | 0.10 | 495.00 | $49.50 |
| 12/06/12 | KPM | Review and execute notice of third quarter settlement report | 0.10 | 495.00 | $49.50 |
| 12/10/12 | PEC | Draft Final Notice of Agenda for 12/17/12 Hearing and Certificate of Service (.4); Prepare for filing and service (.4); Review hearing binders regarding same (.3) | 1.10 | 265.00 | $291.50 |
| 12/10/12 | PEC | Prepare service List for 12/17/12 Agenda | 0.20 | 265.00 | $53.00 |
| 12/10/12 | JEO | Review Agenda Scheduling 12/17 hearing. | 0.80 | 675.00 | $540.00 |
| 12/10/12 | KPM | Conference with Patricia E. Cuniff regarding filing agenda | 0.10 | 495.00 | $49.50 |

|  |  | for 12/17/12 hearing |  |  |  |
|---|---|---|---|---|---|
| 12/10/12 | KPM | Draft emails to A. Paul (Kirkland) and R. Higgins regarding 12/17/12 hearing agenda | 0.20 | 495.00 | $99.00 |
| 12/11/12 | JEO | Review status of matters scheduled for 12/17 hearing | 0.50 | 675.00 | $337.50 |
| 12/11/12 | JEO | Email to co-counsel re: orders | 0.30 | 675.00 | $202.50 |
| 12/12/12 | PEC | Draft Amended Notice of Agenda Canceling the 12/17/12 Hearing and Certificate of Service (.4); Prepare for filing and service (.1) | 0.50 | 265.00 | $132.50 |
| 12/12/12 | JEO | Review Agenda canceling hearing. | 0.40 | 675.00 | $270.00 |
| 12/12/12 | KPM | Review and execute amended agenda for 12/17/12 hearing | 0.10 | 495.00 | $49.50 |
| 12/12/12 | KPM | Review and respond to email from R. Higgins regarding citations for revised motion for LC facility | 0.10 | 495.00 | $49.50 |
| 12/17/12 | KPM | Research citations for L/C amendment motion (.3); Draft email to R. Higgins regarding same (.1) | 0.40 | 495.00 | $198.00 |
| 12/19/12 | JEO | Review order to show cause. | 0.30 | 675.00 | $202.50 |
| 12/20/12 | PEC | Draft Notice of Motion for an Order Authorizing Third Amendment to Post-Petition Letter of Credit Facility Agreement and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 12/20/12 | KPM | Address filing and service of 3rd L/C amendment motion | 0.30 | 495.00 | $148.50 |
| 12/27/12 | KPM | Review calendar order changing omnibus hearing date (.1); Draft email to R. Higgins regarding same (.1) | 0.20 | 495.00 | $99.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| **Task Code Total** |  | **8.80** |  | **$3,689.00** |

|  |  |  |  |
|---|---|---|---|
| **Total professional services:** | 57.00 |  | **$20,099.00** |

### Costs Advanced:

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/31/2012 | BM | Business Meal [E111] SugarFoot, working meal, (1) | $9.00 |
| 10/16/2012 | TR | Transcript [E116] J&J Transcribers, Inc., Inv. 2012-02307 | $67.00 |
| 11/09/2012 | OS | Digital Legal Services, 12397 copies | $1,487.64 |
| 11/09/2012 | OS | Digital Legal Services, postage | $512.50 |
| 11/30/2012 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 11/30/2012 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 11/30/2012 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | $7.50 |
| 11/30/2012 | RE2 | SCAN/COPY ( 394 @0.10 PER PG) | $39.40 |
| 11/30/2012 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | $7.50 |
| 11/30/2012 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | $7.00 |
| 11/30/2012 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/30/2012 | RE2 | SCAN/COPY ( 93 @0.10 PER PG) | $9.30 |
| 11/30/2012 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | $7.00 |
| 11/30/2012 | RE2 | SCAN/COPY ( 93 @0.10 PER PG) | $9.30 |
| 12/02/2012 | RE | Reproduction Expense. [E101] 17 pgs, WLR | $1.70 |
| 12/03/2012 | DC | 91100.00001 Digital Legal Charges for 12-03-12 | $9.00 |
| 12/03/2012 | DC | 91100.00001 Digital Legal Charges for 12-03-12 | $6.19 |

**Invoice number 101554**      91100   00001                                    **Page 8**

| | | | |
|---|---|---|---|
| 12/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-03-12 | $15.85 |
| 12/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-03-12 | $33.11 |
| 12/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-03-12 | $19.90 |
| 12/03/2012 | PO | 91100.00001 :Postage Charges for 12-03-12 | $12.10 |
| 12/03/2012 | PO | 91100.00001 :Postage Charges for 12-03-12 | $12.10 |
| 12/03/2012 | RE | ( 141 @0.10 PER PG) | $14.10 |
| 12/03/2012 | RE | ( 313 @0.10 PER PG) | $31.30 |
| 12/03/2012 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 12/03/2012 | RE | ( 137 @0.10 PER PG) | $13.70 |
| 12/03/2012 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 12/03/2012 | RE | ( 27 @0.10 PER PG) | $2.70 |
| 12/03/2012 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 12/03/2012 | RE | ( 110 @0.10 PER PG) | $11.00 |
| 12/04/2012 | DC | 91100.00001 Digital Legal Charges for 12-04-12 | $81.00 |
| 12/04/2012 | DC | 91100.00001 Digital Legal Charges for 12-04-12 | $24.30 |
| 12/04/2012 | PO | 91100.00001 :Postage Charges for 12-04-12 | $1.10 |
| 12/04/2012 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 12/04/2012 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 12/04/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 12/04/2012 | RE | ( 91 @0.10 PER PG) | $9.10 |
| 12/04/2012 | RE | ( 138 @0.10 PER PG) | $13.80 |
| 12/05/2012 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 12/05/2012 | RE | ( 394 @0.10 PER PG) | $39.40 |
| 12/06/2012 | DC | 91100.00001 Digital Legal Charges for 12-06-12 | $7.78 |
| 12/06/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-06-12 | $20.06 |
| 12/06/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-06-12 | $13.26 |
| 12/06/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-06-12 | $19.90 |
| 12/06/2012 | PO | 91100.00001 :Postage Charges for 12-06-12 | $228.80 |
| 12/06/2012 | PO | 91100.00001 :Postage Charges for 12-06-12 | $6.60 |
| 12/06/2012 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 12/06/2012 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 12/06/2012 | RE | ( 92 @0.10 PER PG) | $9.20 |
| 12/06/2012 | RE | ( 93 @0.10 PER PG) | $9.30 |
| 12/06/2012 | RE | ( 99 @0.10 PER PG) | $9.90 |
| 12/06/2012 | RE | ( 140 @0.10 PER PG) | $14.00 |
| 12/06/2012 | RE | ( 146 @0.10 PER PG) | $14.60 |
| 12/06/2012 | RE | ( 2024 @0.10 PER PG) | $202.40 |
| 12/06/2012 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/06/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 12/06/2012 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | $7.40 |
| 12/07/2012 | DC | 91100.00001 Digital Legal Charges for 12-07-12 | $387.00 |
| 12/07/2012 | DC | 91100.00001 Digital Legal Charges for 12-07-12 | $24.30 |
| 12/07/2012 | DC | 91100.00001 Digital Legal Charges for 12-07-12 | $16.20 |

**Invoice number 101554**     91100   00001                                     **Page  9**

| | | | |
|---|---|---|---|
| 12/07/2012 | DC | 91100.00001 Digital Legal Charges for 12-07-12 | $9.38 |
| 12/07/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-07-12 | $30.47 |
| 12/07/2012 | PO | 91100.00001 :Postage Charges for 12-07-12 | $18.00 |
| 12/07/2012 | PO | 91100.00001 :Postage Charges for 12-07-12 | $226.60 |
| 12/07/2012 | PO | 91100.00001 :Postage Charges for 12-07-12 | $6.60 |
| 12/07/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 12/07/2012 | RE | ( 37 @0.10 PER PG) | $3.70 |
| 12/07/2012 | RE | ( 141 @0.10 PER PG) | $14.10 |
| 12/07/2012 | RE | ( 299 @0.10 PER PG) | $29.90 |
| 12/07/2012 | RE | ( 389 @0.10 PER PG) | $38.90 |
| 12/07/2012 | RE | ( 1055 @0.10 PER PG) | $105.50 |
| 12/07/2012 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 12/07/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 12/07/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 12/07/2012 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 12/07/2012 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 12/07/2012 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 12/09/2012 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | $3.90 |
| 12/09/2012 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | $4.50 |
| 12/09/2012 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 12/09/2012 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | $3.70 |
| 12/09/2012 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 12/09/2012 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 12/10/2012 | DC | 91100.00001 Digital Legal Charges for 12-10-12 | $16.20 |
| 12/10/2012 | DC | 91100.00001 Digital Legal Charges for 12-10-12 | $432.00 |
| 12/10/2012 | DC | 91100.00001 Digital Legal Charges for 12-10-12 | $24.30 |
| 12/10/2012 | DC | 91100.00001 Digital Legal Charges for 12-10-12 | $8.46 |
| 12/10/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-10-12 | $15.85 |
| 12/10/2012 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 12/10/2012 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 12/10/2012 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 12/10/2012 | FX | (CORR 8 @1.00 PER PG) | $8.00 |
| 12/10/2012 | FX | (CORR 9 @1.00 PER PG) | $9.00 |
| 12/10/2012 | FX | (CORR 10 @1.00 PER PG) | $10.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |

**Invoice number  101554**      91100  00001                              **Page  10**

| | | | |
|---|---|---|---|
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/10/2012 | PO | 91100.00001 :Postage Charges for 12-10-12 | $61.80 |
| 12/10/2012 | PO | 91100.00001 :Postage Charges for 12-10-12 | $430.50 |
| 12/10/2012 | PO | 91100.00001 :Postage Charges for 12-10-12 | $9.60 |
| 12/10/2012 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 12/10/2012 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 12/10/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 12/10/2012 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 12/10/2012 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 12/10/2012 | RE | ( 50 @0.10 PER PG) | $5.00 |
| 12/10/2012 | RE | ( 60 @0.10 PER PG) | $6.00 |

**Invoice number 101554**       91100  00001                                    **Page  11**

| | | | |
|---|---|---|---|
| 12/10/2012 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 12/10/2012 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 12/10/2012 | RE | ( 89 @0.10 PER PG) | $8.90 |
| 12/10/2012 | RE | ( 402 @0.10 PER PG) | $40.20 |
| 12/10/2012 | RE | ( 521 @0.10 PER PG) | $52.10 |
| 12/10/2012 | RE | ( 585 @0.10 PER PG) | $58.50 |
| 12/10/2012 | RE | ( 1318 @0.10 PER PG) | $131.80 |
| 12/10/2012 | RE | ( 2189 @0.10 PER PG) | $218.90 |
| 12/10/2012 | RE | ( 6072 @0.10 PER PG) | $607.20 |
| 12/10/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 12/10/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 12/10/2012 | RE2 | SCAN/COPY ( 148 @0.10 PER PG) | $14.80 |
| 12/10/2012 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 12/11/2012 | DC | 91100.00001 Digital Legal Charges for 12-11-12 | $16.20 |
| 12/11/2012 | DC | 91100.00001 Digital Legal Charges for 12-11-12 | $441.00 |
| 12/11/2012 | DC | 91100.00001 Digital Legal Charges for 12-11-12 | $24.30 |
| 12/11/2012 | DC | 91100.00001 Digital Legal Charges for 12-11-12 | $5.00 |
| 12/11/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-11-12 | $43.16 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 12/11/2012 | FX | (CORR 13 @1.00 PER PG) | $13.00 |
| 12/11/2012 | PO | 91100.00001 :Postage Charges for 12-11-12 | $1.50 |

**Invoice number 101554**       91100   00001                                    **Page  12**

| 12/11/2012 | PO | 91100.00001 :Postage Charges for 12-11-12 | $27.60 |
| 12/11/2012 | PO | 91100.00001 :Postage Charges for 12-11-12 | $226.60 |
| 12/11/2012 | PO | 91100.00001 :Postage Charges for 12-11-12 | $6.60 |
| 12/11/2012 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 12/11/2012 | RE | ( 39 @0.10 PER PG) | $3.90 |
| 12/11/2012 | RE | ( 150 @0.10 PER PG) | $15.00 |
| 12/11/2012 | RE | ( 825 @0.10 PER PG) | $82.50 |
| 12/11/2012 | RE | ( 1064 @0.10 PER PG) | $106.40 |
| 12/11/2012 | RE2 | SCAN/COPY ( 119 @0.10 PER PG) | $11.90 |
| 12/11/2012 | RE2 | SCAN/COPY ( 118 @0.10 PER PG) | $11.80 |
| 12/11/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 12/11/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 12/11/2012 | RE2 | SCAN/COPY ( 233 @0.10 PER PG) | $23.30 |
| 12/11/2012 | RE2 | SCAN/COPY ( 164 @0.10 PER PG) | $16.40 |
| 12/11/2012 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | $3.70 |
| 12/11/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 12/11/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 12/12/2012 | DC | 91100.00001 Digital Legal Charges for 12-12-12 | $16.20 |
| 12/12/2012 | DC | 91100.00001 Digital Legal Charges for 12-12-12 | $441.00 |
| 12/12/2012 | DC | 91100.00001 Digital Legal Charges for 12-12-12 | $24.30 |
| 12/12/2012 | DC | 91100.00001 Digital Legal Charges for 12-12-12 | $6.48 |
| 12/12/2012 | DC | 91100.00001 Digital Legal Charges for 12-12-12 | $8.46 |
| 12/12/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-12-12 | $13.26 |
| 12/12/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-12-12 | $20.06 |
| 12/12/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-12-12 | $39.40 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |

| | | | |
|---|---|---|---|
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |

| | | | |
|---|---|---|---|
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 12/12/2012 | PO | 91100.00001 :Postage Charges for 12-12-12 | $61.80 |
| 12/12/2012 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 12/12/2012 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 12/12/2012 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 12/12/2012 | RE | ( 34 @0.10 PER PG) | $3.40 |
| 12/12/2012 | RE | ( 164 @0.10 PER PG) | $16.40 |
| 12/12/2012 | RE | ( 268 @0.10 PER PG) | $26.80 |
| 12/13/2012 | DC | 91100.00001 Digital Legal Charges for 12-13-12 | $18.00 |
| 12/13/2012 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 12/14/2012 | DC | 91100.00001 Digital Legal Charges for 12-14-12 | $7.25 |
| 12/14/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-14-12 | $30.47 |
| 12/14/2012 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 12/14/2012 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 12/14/2012 | RE | ( 55 @0.10 PER PG) | $5.50 |
| 12/14/2012 | RE | ( 152 @0.10 PER PG) | $15.20 |
| 12/16/2012 | RE | Reproduction Expense. [E101] 8 pgs, WLR | $0.80 |
| 12/17/2012 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 12/17/2012 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 12/17/2012 | RE | ( 85 @0.10 PER PG) | $8.50 |
| 12/17/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 12/18/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-18-12 | $39.40 |
| 12/18/2012 | PO | 91100.00001 :Postage Charges for 12-18-12 | $27.60 |
| 12/18/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 12/18/2012 | RE | ( 33 @0.10 PER PG) | $3.30 |
| 12/18/2012 | RE | ( 38 @0.10 PER PG) | $3.80 |
| 12/18/2012 | RE | ( 46 @0.10 PER PG) | $4.60 |
| 12/18/2012 | RE | ( 138 @0.10 PER PG) | $13.80 |
| 12/18/2012 | RE | ( 657 @0.10 PER PG) | $65.70 |
| 12/18/2012 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | $5.50 |
| 12/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-19-12 | $30.47 |

**Invoice number 101554**      91100  00001                **Page  15**

| | | | |
|---|---|---|---|
| 12/19/2012 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 12/19/2012 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 12/19/2012 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 12/19/2012 | RE | ( 68 @0.10 PER PG) | $6.80 |
| 12/19/2012 | RE | ( 129 @0.10 PER PG) | $12.90 |
| 12/20/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-20-12 | $10.57 |
| 12/20/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-20-12 | $19.90 |
| 12/20/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-20-12 | $13.26 |
| 12/20/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-20-12 | $20.06 |
| 12/20/2012 | PO | 91100.00001 :Postage Charges for 12-20-12 | $1.30 |
| 12/20/2012 | PO | 91100.00001 :Postage Charges for 12-20-12 | $15.60 |
| 12/20/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 12/20/2012 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 12/20/2012 | RE | ( 76 @0.10 PER PG) | $7.60 |
| 12/20/2012 | RE | ( 192 @0.10 PER PG) | $19.20 |
| 12/20/2012 | RE | ( 209 @0.10 PER PG) | $20.90 |
| 12/20/2012 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | $7.40 |
| 12/20/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 12/21/2012 | DC | 91100.00001 Digital Legal Charges for 12-21-12 | $18.00 |
| 12/21/2012 | DC | 91100.00001 Digital Legal Charges for 12-21-12 | $72.00 |
| 12/21/2012 | DC | 91100.00001 Digital Legal Charges for 12-21-12 | $27.00 |
| 12/21/2012 | DC | 91100.00001 Digital Legal Charges for 12-21-12 | $396.00 |
| 12/21/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-21-12 | $35.58 |
| 12/21/2012 | FE | 91100.00001 FedEx Charges for 12-21-12 | $8.08 |
| 12/21/2012 | FE | 91100.00001 FedEx Charges for 12-21-12 | $12.20 |
| 12/21/2012 | PO | 91100.00001 :Postage Charges for 12-21-12 | $61.80 |
| 12/21/2012 | PO | 91100.00001 :Postage Charges for 12-21-12 | $6.00 |
| 12/21/2012 | PO | 91100.00001 :Postage Charges for 12-21-12 | $13.20 |
| 12/21/2012 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 12/21/2012 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 12/21/2012 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 12/21/2012 | RE | ( 35 @0.10 PER PG) | $3.50 |
| 12/21/2012 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 12/21/2012 | RE | ( 58 @0.10 PER PG) | $5.80 |
| 12/21/2012 | RE | ( 102 @0.10 PER PG) | $10.20 |
| 12/21/2012 | RE | ( 182 @0.10 PER PG) | $18.20 |
| 12/21/2012 | RE | ( 429 @0.10 PER PG) | $42.90 |
| 12/21/2012 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | $4.20 |
| 12/21/2012 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 12/21/2012 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 12/26/2012 | DC | 91100.00001 Digital Legal Charges for 12-26-12 | $7.78 |
| 12/26/2012 | PO | 91100.00001 :Postage Charges for 12-26-12 | $61.80 |
| 12/26/2012 | PO | 91100.00001 :Postage Charges for 12-26-12 | $3.30 |

**Invoice number  101554**      91100   00001                                             **Page  16**

| | | | |
|---|---|---|---|
| 12/26/2012 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 12/26/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 12/26/2012 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 12/26/2012 | RE | ( 65 @0.10 PER PG) | $6.50 |
| 12/26/2012 | RE | ( 87 @0.10 PER PG) | $8.70 |
| 12/27/2012 | DC | 91100.00001 Digital Legal Charges for 12-27-12 | $6.48 |
| 12/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-27-12 | $19.90 |
| 12/27/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 12/27/2012 | RE | ( 61 @0.10 PER PG) | $6.10 |
| 12/27/2012 | RE | ( 61 @0.10 PER PG) | $6.10 |
| 12/28/2012 | DC | 91100.00001 Digital Legal Charges for 12-28-12 | $5.00 |
| 12/28/2012 | DC | 91100.00001 Digital Legal Charges for 12-28-12 | $35.00 |
| 12/28/2012 | DC | 91100.00001 Digital Legal Charges for 12-28-12 | $5.00 |
| 12/28/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-28-12 | $33.11 |
| 12/28/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 12-28-12 | $13.26 |
| 12/28/2012 | FE | 91100.00001 FedEx Charges for 12-28-12 | $8.08 |
| 12/28/2012 | FE | 91100.00001 FedEx Charges for 12-28-12 | $12.20 |
| 12/28/2012 | PO | 91100.00001 :Postage Charges for 12-28-12 | $13.20 |
| 12/28/2012 | PO | 91100.00001 :Postage Charges for 12-28-12 | $1.10 |
| 12/28/2012 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 12/28/2012 | RE | ( 35 @0.10 PER PG) | $3.50 |
| 12/28/2012 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 12/28/2012 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 12/28/2012 | RE | ( 58 @0.10 PER PG) | $5.80 |
| 12/28/2012 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 12/28/2012 | RE | ( 89 @0.10 PER PG) | $8.90 |
| 12/28/2012 | RE | ( 164 @0.10 PER PG) | $16.40 |
| 12/28/2012 | RE | ( 185 @0.10 PER PG) | $18.50 |
| 12/28/2012 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 12/28/2012 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | $3.50 |
| 12/31/2012 | PAC | Pacer - Court Research | $1,336.30 |

Total Expenses:                                   **$12,639.22**

## Summary:

| | |
|---|---|
| Total professional services | $20,099.00 |
| Total expenses | $12,639.22 |
| **Net current charges** | $32,738.22 |
| | |
| Net balance forward | $60,269.15 |
| **Total balance now due** | $93,007.37 |

**Invoice number  101554**     91100  00001                                    **Page  17**

| | | | | |
|---|---|--:|--:|--:|
| BMK | Koveleski, Beatrice M. | 2.70 | 185.00 | $499.50 |
| CAK | Knotts, Cheryl A. | 1.30 | 265.00 | $344.50 |
| JEO | O'Neill, James E. | 8.50 | 675.00 | $5,737.50 |
| KFF | Finalyson, Kathe F. | 5.30 | 275.00 | $1,457.50 |
| KPM | Makowski, Kathleen P. | 4.20 | 495.00 | $2,079.00 |
| KSN | Neil, Karen S. | 1.90 | 185.00 | $351.50 |
| LDJ | Jones, Laura Davis | 0.30 | 955.00 | $286.50 |
| MLM | McGee, Margaret L. | 0.30 | 275.00 | $82.50 |
| PEC | Cuniff, Patricia E. | 25.00 | 265.00 | $6,625.00 |
| SLP | Pitman, L. Sheryle | 4.30 | 185.00 | $795.50 |
| WLR | Ramseyer, William L. | 3.20 | 575.00 | $1,840.00 |
| | | 57.00 | | $20,099.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|--:|--:|
| AD | Asset Disposition [B130] | 0.60 | $182.00 |
| AP | Appeals [B430] | 5.90 | $3,820.50 |
| CA | Case Administration [B110] | 21.10 | $4,884.50 |
| CR01 | WRG-Claim Analysis (Asbestos) | 0.30 | $184.50 |
| FA | WRG-Fee Apps., Applicant | 6.70 | $3,043.50 |
| FA01 | WRG-Fee Applications, Others | 13.60 | $4,295.00 |
| LN | Litigation (Non-Bankruptcy) | 8.80 | $3,689.00 |
| | | 57.00 | $20,099.00 |

## Expense Code Summary

| | |
|---|--:|
| Working Meals [E1 | $9.00 |
| Delivery/Courier Service | $2,626.56 |
| DHL- Worldwide Express | $550.26 |
| Federal Express [E108] | $40.56 |
| Fax Transmittal [E104] | $1,711.00 |
| Outside Services | $2,000.14 |
| Pacer - Court Research | $1,336.30 |
| Postage [E108] | $1,542.80 |
| Reproduction Expense [E101] | $2,431.40 |
| Reproduction/ Scan Copy | $324.20 |
| Transcript [E116] | $67.00 |
| | $12,639.22 |