```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number     2367061
   7500 Grace Drive                          Invoice Date       01/28/13
   Columbia, Maryland 21044                  Client Number       172573
   USA



===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                       76.00
      Expenses                                    0.00

                    TOTAL BALANCE DUE UPON RECEIPT              $76.00
                                                           =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630




   W.R. Grace & Co.                        Invoice Number     2367061
   7500 Grace Drive                        Invoice Date      01/28/13
   Columbia, Maryland 21044                Client Number      172573
   USA                                     Matter Number       60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

   Date    Name                                                Hours
   ------- -----------                                          -----

 12/03/12 Ament         Review agenda and hearing binder         .40
                        for 12/17/12 hearing (.10);
                        e-mails with P. Cuniff re: same
                        (.10); update hearing binder for
                        Pachulski (.10); coordinate hand
                        delivery of same to Judge
                        Fitzgerald per J. O'Neill request
                        (.10).

                                                              ------
                                       TOTAL HOURS              .40


 TIME SUMMARY              Hours         Rate         Value
 -----------------------  ----------------------    -------
 Sharon A. Ament           0.40 at  $  190.00   =     76.00

                        CURRENT FEES                                 76.00


                                                             ------------
                        TOTAL BALANCE DUE UPON RECEIPT             $76.00
                                                             ============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


    W.R. Grace & Co.                          Invoice Number     2367062
    7500 Grace Drive                          Invoice Date       01/28/13
    Columbia, Maryland 21044                  Client Number       172573
    USA


==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                                    1,518.00
      Expenses                                    0.00

                      TOTAL BALANCE DUE UPON RECEIPT          $1,518.00
                                                              =============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630



  W.R. Grace & Co.                             Invoice Number     2367062
  7500 Grace Drive                             Invoice Date      01/28/13
  Columbia, Maryland 21044                     Client Number      172573
  USA                                          Matter Number       60029



==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

   Date   Name                                                         Hours
 -------- -----------                                                   -----

 12/03/12 Ament          E-mail to A. Muha re: Nov. monthly              .20
                         fee application (.10); attention
                         to billing matters (.10).

 12/05/12 Muha           Review and revise invoice for                   .20
                         November monthly application.

 12/07/12 Cameron        Review fee application materials.               .50

 12/12/12 Ament          Attention to billing matters                    .20
                         (.10); e-mails re: same (.10).

 12/17/12 Ament          Begin drafting spreadsheet and                  .50
                         Nov. monthly fee application
                         (.20); review fee auditor's final
                         report re: 45th quarterly fee
                         application (.10); meet with A.
                         Muha re: Nov. monthly fee
                         application (.10); various e-mails
                         re: same (.10).

 12/17/12 Muha           Review and revise fee and expense               .30
                         entries for Nov. 2012 monthly
                         application, and emails re: same.

 12/18/12 Ament          Begin calculating fees and                      .40
                         expenses for Nov. monthly fee
                         application (.20); draft fee
                         application (.10); meet with A.
                         Muha re: CNO for 45th quarterly
                         fee application and fee auditor's
                         report re: same (.10).
```

```
172573 W. R. Grace & Co.                         Invoice Number   2367062
60029  Fee Applications-Applicant                Page    2
       January 28, 2013


  Date    Name                                                      Hours
--------  -----------                                                -----

12/19/12 Ament           Attention to billing matters                .30
                         (.10); e-mail to D. Cameron and A.
                         Muha re: same (.10); e-mails re:
                         Nov. monthly fee application (.10).

12/20/12 Ament           Complete calculating fees and               .50
                         expenses for Nov. monthly fee
                         application (.10); complete
                         preparation of spreadsheet re:
                         same (.10); provide Nov. monthly
                         fee application to A. Muha for
                         review (.10); finalize same (.10);
                         e-mail same to J. Lord for DE
                         filing on 12/28/12 (.10).

12/20/12 Muha            Revise and finalize Nov. 2012               .30
                         monthly application.

12/21/12 Lord            Revise and prepare Reed Smith               .70
                         137th monthly fee application for
                         e-filing and service.

12/31/12 Lord            Revise, e-file and serve CNO to             .90
                         Reed Smith October monthly fee
                         application (.4); revise, e-file
                         and serve Reed Smith LLP November
                         monthly fee application (.5).
                                                                    ------
                                                    TOTAL HOURS       5.00


TIME SUMMARY               Hours         Rate            Value
-------------------------  ---------------------         -------
Douglas E. Cameron         0.50  at  $  670.00  =         335.00
Andrew J. Muha             0.80  at  $  460.00  =         368.00
John B. Lord               1.60  at  $  260.00  =         416.00
Sharon A. Ament            2.10  at  $  190.00  =         399.00

         CURRENT FEES                                              1,518.00

                                                                ------------
                     TOTAL BALANCE DUE UPON RECEIPT                $1,518.00
                                                                ============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                           Invoice Number     2367063
   7500 Grace Drive                           Invoice Date      01/28/13
   Columbia, Maryland 21044                   Client Number      172573
   USA
```

==============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
      Fees                                        1,407.00
      Expenses                                        0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $1,407.00
                                                           =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                          Invoice Number     2367063
  7500 Grace Drive                          Invoice Date      01/28/13
  Columbia, Maryland 21044                  Client Number      172573
  USA                                       Matter Number       60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

   Date    Name                                                    Hours
  -------- -----------                                              -----

  12/01/12 Cameron         Review Anderson Memorial materials.       .40

  12/11/12 Cameron         Emails re: asbestos claims inquiry.       .40

  12/17/12 Cameron         Review materials re: asbestos             .70
                           claims.

  12/31/12 Cameron         Review materials relating to              .60
                           asbestos property damage claims.

                                                                  ------
                                                    TOTAL HOURS     2.10


  TIME SUMMARY                    Hours          Rate         Value
  -------------------------    ----------------------       -------
  Douglas E. Cameron             2.10  at  $  670.00   =    1,407.00

                        CURRENT FEES                                1,407.00


                                                                ------------
                        TOTAL BALANCE DUE UPON RECEIPT              $1,407.00
                                                                ============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number     2367064
   62 Whittemore Avenue                    Invoice Date      01/28/13
   Cambridge, MA  02140                    Client Number      172573



==============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

     Fees                             1,170.00
     Expenses                             0.00

                       TOTAL BALANCE DUE UPON RECEIPT        $1,170.00
                                                           =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                     Invoice Number     2367064
  62 Whittemore Avenue                  Invoice Date      01/28/13
  Cambridge, MA   02140                 Client Number      172573
                                        Matter Number       60041


==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

   Date    Name                                                Hours
  -------- -----------                                          -----

  12/05/12 Luchini     Correspondence with J. Hughes re:         .60
                       results of study, and review
                       results.

  12/28/12 Luchini     Review Hughes report and previous        1.40
                       correspondence relating to report
                       issues.

                                                              ------
                                              TOTAL HOURS       2.00


  TIME SUMMARY               Hours        Rate        Value
  ------------------------   ----------------------   -------
  Joseph S. Luchini          2.00  at  $  585.00  =   1,170.00

                          CURRENT FEES                         1,170.00


                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT       $1,170.00
                                                            ============
```