```
                        REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                        Invoice Number      2367087
   7500 Grace Drive                        Invoice Date        01/28/13
   Columbia, Maryland 21044                Client Number        172573
   USA
```

==============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

```
      Fees                                     0.00
      Expenses                                42.70

                  TOTAL BALANCE DUE UPON RECEIPT           $42.70
                                                          ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                         Invoice Number     2367087
    7500 Grace Drive                         Invoice Date      01/28/13
    Columbia, Maryland 21044                 Client Number      172573
    USA                                      Matter Number        60026



==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                         12.90
    Duplicating/Printing/Scanning                 24.80
    Courier Service - Outside                      5.00

                 CURRENT EXPENSES                                   42.70
                                                              -------------

                 TOTAL BALANCE DUE UPON RECEIPT                    $42.70
                                                              =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                              Invoice Number     2367087
7500 Grace Drive                              Invoice Date       01/28/13
Columbia, Maryland 21044                      Client Number       172573
USA                                           Matter Number        60026
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 11/30/12 | PACER | 12.40 |
| 11/30/12 | PACER | .50 |
| 12/11/12 | Courier Service - Outside -- VENDOR: AL STILES:<br>Messenger Trip - U.S. Bankruptcy Court - Ramona<br>Baker - 12/3/12 | 5.00 |
| 12/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |

```
172573 W. R. Grace & Co.                          Invoice Number   2367087
60026  Litigation and Litigation Consulting       Page     2
       January 28, 2013


  12/12/12   Duplicating/Printing/Scanning                           2.00
             ATTY # 000559: 20 COPIES

  12/17/12   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  12/17/12   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  12/17/12   Duplicating/Printing/Scanning                            .90
             ATTY # 000559: 9 COPIES

  12/17/12   Duplicating/Printing/Scanning                            .90
             ATTY # 000559: 9 COPIES

  12/18/12   Duplicating/Printing/Scanning                            .90
             ATTY # 000559: 9 COPIES

  12/18/12   Duplicating/Printing/Scanning                            .90
             ATTY # 000559: 9 COPIES

  12/18/12   Duplicating/Printing/Scanning                            .30
             ATTY # 000559: 3 COPIES

  12/19/12   Duplicating/Printing/Scanning                           2.00
             ATTY # 000559: 20 COPIES

  12/19/12   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  12/19/12   Duplicating/Printing/Scanning                           2.10
             ATTY # 000559: 21 COPIES

  12/19/12   Duplicating/Printing/Scanning                           2.20
             ATTY # 000559: 22 COPIES

  12/19/12   Duplicating/Printing/Scanning                           2.20
             ATTY # 000559: 22 COPIES

  12/19/12   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  12/20/12   Duplicating/Printing/Scanning                            .90
             ATTY # 000559: 9 COPIES

  12/20/12   Duplicating/Printing/Scanning                            .90
             ATTY # 000559: 9 COPIES

  12/20/12   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES
```

```
172573 W. R. Grace & Co.                         Invoice Number   2367087
 60026  Litigation and Litigation Consulting     Page     3
        January 28, 2013


  12/20/12   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  12/20/12   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  12/21/12   Duplicating/Printing/Scanning                            .90
             ATTY # 000559: 9 COPIES

                           CURRENT EXPENSES                         42.70
                                                                ------------
                           TOTAL BALANCE DUE UPON RECEIPT          $42.70
                                                                ============
```