## EXHIBIT A

**December 2012 Fee Detail**

**Matter 4**                                          **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/3/2012 | Respond to multiple creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 12/6/2012 | Prepare quarterly settlement report for filing (.50); prepare quarterly asset report for filing (.50); respond to creditor inquiry (.20). | 1.20 | $475 | $570.00 |
| RJH | 12/7/2012 | Review and analyze documents re information request (1.00); exchange correspondence with various individuals re same (.70). | 1.70 | $475 | $807.50 |
| RJH | 12/10/2012 | Review and revise draft report re information request (1.00); telephone conference with M. Araki re various claims trading and other issues (.50); exchange correspondence with V. Knox re claims issues (.30); telephone conference with J. Cohen re same (.30); analyze and resolve issues re same (.70). | 2.80 | $475 | $1,330.00 |
| RJH | 12/11/2012 | Respond to multiple creditor inquiries (.50); respond to R. Schepacarter request re PD claimant request (.70); telephone conference with R. Finke re same (.30). | 1.50 | $475 | $712.50 |
| RJH | 12/17/2012 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 12/18/2012 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| Total | | | 8.50 | | $4,037.50 |

**Matter 5**                                   **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/3/2012 | Telephone conference with J. Cohen re Canadian asbestos property damage claim transfer issues (.50). | .50 | $475 | $237.50 |
| RJH | 12/5/2012 | Telephone conference with J. Gettleman re asbestos property damage claims issue (.30). | .30 | $475 | $142.50 |
| RJH | 12/6/2012 | Telephone conference with R. Finke re asbestos property damage claim transfer (.30); exchange correspondence with various parties re same (.30); analyze issues re same (.20). | .80 | $475 | $380.00 |
| RJH | 12/13/2012 | Telephone conference with R. Finke re publication notice issue (.30); analysis re same (5.00); telephone conferences with M. Araki re same (.40); telephone conference with K. Kinsella re same (.50). | 6.20 | $475 | $2,945.00 |
| RJH | 12/19/2012 | Review draft Hyatt asbestos PD claim documents (.20); exchange correspondence with R. Finke re same (.20). | .40 | $475 | $190.00 |
| RJH | 12/20/2012 | Analyze and comment on draft Hyatt asbestos PD claim transfer documents (1.40); draft and exchange correspondence with R. Finke re same (.60); telephone conference with R. Finke re same (.20). | 2.20 | $475 | $1,045.00 |
| RJH | 12/21/2013 | Review documents re Hyatt claim transfer (.20). | .20 | $475 | $95.00 |
| Total | | | 10.60 | | $5,035.00 |

2

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/4/2012 | Analyze issues re claim objection (.30). | .30 | $475 | $142.50 |
| RJH | 12/6/2012 | Analyze issues re claim objection (.30); exchange correspondence with C. Finke and others re same (.20). | .50 | $475 | $237.50 |
| RJH | 12/10/2012 | Telephone conference with C. Finke et al re IRS claim (.50); legal analysis re same (.50). | 1.00 | $475 | $475.00 |
| RJH | 12/11/2012 | Review and analyze tax claims reports (1.20); telephone conference with C. Finke re same (.50); telephone conference with M. Araki re same (.30). | 2.00 | $475 | $950.00 |
| RJH | 12/12/2012 | Exchange correspondence with various parties re claim objection (.20); legal research re same (.70); analyze issues re tax claims report (.20). | 1.10 | $475 | $522.50 |
| RJH | 12/13/2012 | Analyze and update open claims report (.70); analysis re various tax claims (.20); analysis re M. Araki query re Shaffer (1.00) telephone conferences with M. Araki re Shaffer and other issues (.60). | 2.50 | $475 | $1,187.50 |
| RJH | 12/14/2012 | Telephone conference with R. Finke re open claims issues and other matters (.50); legal research re open claims issues (1.00). | 1.50 | $475 | $712.50 |
| RJH | 12/17/2012 | Legal research re lease rejection claim (.70); prepare for telephone conference with J. Yoder and V. Finkelstein re same (.30); participate in same (.50); follow up re same (.20). | 1.70 | $475 | $807.50 |
| RJH | 12/18/2012 | Review and analyze tax claims report (.50); revise same (.50). | 1.00 | $475 | $475.00 |
| RJH | 12/20/2012 | Review and analyze tax claims report (1.00). | 1.00 | $475 | $475.00 |
| RJH | 12/21/2012 | Revise tax claims report (.50); review revised IRS claim (.50); exchange correspondence with C. Finke re same (.10). | 1.10 | $475 | $522.50 |
| Total | | | 13.70 | | $6,507.50 |

3

**Matter 11**                                    **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/4/2012 | Review fee auditor report (.20). | .20 | $475 | $95.00 |
| RJH | 12/19/2012 | Prepare November fee application (.50). | .50 | $475 | $237.50 |
| Total | | | 0.70 | | $ 332.50 |

4

**Matter 12**                                **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/5/2012 | Telephone conference with M. Abraham and D. Vorrath re Grant Thornton billing matter (.80); draft correspondence re same (.10). | .90 | $475 | $427.50 |
| RJH | 12/6/2012 | Review and comment on Grant Thornton draft quarterly fee application (.60); exchange correspondence with M. Abraham re same (.20); telephone conference with M. Abraham re same (.30). | 1.10 | $475 | $522.50 |
| RJH | 12/17/2012 | Telephone conference with R. Finke re Baker & Donelson fee issues (.50); legal research re same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 12/18/2012 | Legal research re Baker & Donelson fee issues (.70); analyze documents re same (3.00); telephone conference with B. Ruhlander re same (.50); draft memorandum re same (1.50); telephone conference with R. Finke re same (.30); telephone conference with M. Araki re same (.40). | 6.40 | $475 | $3,040.00 |
| RJH | 12/19/2012 | Telephone conference with M. Araki re Baker Donelson fee applications (.30). | .30 | $475 | $142.50 |
| RJH | 12/20/2012 | Analyze Baker Donelson fee application materials (1.50); draft memorandum to R. Finke re same (2.00). | 3.50 | $475 | $1,662.50 |
| RJH | 12/21/2012 | Multiple telephone conferences with R. Finke re Baker Donelson fee application issues (.50); telephone conference with F. Childress re same (.50). | 1.00 | $475 | $475.00 |
| Total | | | 14.70 | | $6,982.50 |

Matter 13                                    Financing

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/7/2012 | Review and analyze issues re renewal of L/C facility (.50); review and revise draft motion re same (2.40). | 2.90 | $475 | $1,377.50 |
| RJH | 12/10/2012 | Exchange correspondence with J. McFarland re Third Amendment to L/C Facility (.30); revise motion re same (2.00). | 2.30 | $475 | $1,092.50 |
| RJH | 12/11/2012 | Revise L/C Facility Amendment Motion (1.50); distribute same for comment (.10). | 1.60 | $475 | $760.00 |
| RJH | 12/12/2012 | Telephone conference with A. Hutchinson re L/C Facility amendment (.30); legal research re same (.60); review and analyze draft L/C facility amendment (.30). | 1.20 | $475 | $570.00 |
| RJH | 12/13/2012 | Review and anlyze revised L/C amendment (.30); exchange correspondence with J. McFarland re same (.50); telephone conference with A. Hutchinson re same (.30). | 1.10 | $475 | $522.50 |
| RJH | 12/17/2012 | Revise L/C Facility Amendment Motion (1.00); legal research re same (.90); distribute same for comment (.10). | 2.00 | $475 | $950.00 |
| RJH | 12/20/2012 | Revise L/C amendment motion (1.30); prepare for filing (.30); exchange correspondence with various parties re same (.20). | 1.80 | $475 | $855.00 |
| Total | | | 12.90 | | $6,127.50 |

**Matter 14**                                        **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/12/2012 | Attend to matters re incorrect entry on docket (.30). | .30 | $475 | $142.50 |
| Total | | | 0.30 | | $ 142.50 |

Matter 15                                   **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/3/2012 | Revise stipulation of facts re claims litigation (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 12/11/2012 | Incorporate R. Finke and J. Hughes changes to proposed stipulation of facts (1.50); telephone conference with J. Hughes re same and related matters (.30). | 1.80 | $475 | $855.00 |
| RJH | 12/12/2012 | Revise exhibit list for proposed stipulation of facts (.50); review and revise same (2.00); circulate same to opposing counsel (.10). | 2.60 | $475 | $1,235.00 |
| Total | | | 7.40 | | $3,515.00 |

Matter 16                                    Plan and Disclosure Statement

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/3/2012 | Analyze Government of Canada appellate brief (1.50); analyze bank lenders' opening appellate brief (1.00). | 2.50 | $475 | $1,187.50 |
| RJH | 12/4/2012 | Prepare for telephone conference with counsel for plan sponsors re opening appellate briefs and other issues (.40); participate in same (2.60). | 3.00 | $475 | $1,425.00 |
| RJH | 12/5/2012 | Legal analysis re appellate issues (2.50); telephone conference with M. Araki re same (.50). | 3.00 | $475 | $1,425.00 |
| RJH | 12/7/2012 | Review and analyze LSTA amicus brief (1.30). | 1.30 | $475 | $617.50 |
| RJH | 12/11/2012 | Analyze Fair Harbor default interest issue (1.00); telephone conference with R. Finke re same (.30); telephone conference with V. Knox re same (.50); review and analyze Andersen Memorial Brief (1.00). | 2.80 | $475 | $1,330.00 |
| RJH | 12/17/2012 | Review and analyze various appeals issues (.50). | .50 | $475 | $237.50 |
| Total | | | 13.10 | | $6,222.50 |