## Exhibit B

**December 2012 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Online research | $503.28 |
| Total: | $ 520.23 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|:---:|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 12/31/2012 | $503.28 | Lexis Nexis - Grace charges for November |
| 12/31/2012 | $16.95 | Fax and other charges |
| Total | $ 520.23 | |

Total December 2012 Expenses: $ 520.23