**CONSOLIDATED AUDIT EXPENSE DETAIL**
For the period ended December 2012

| Personnel | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Adam Wilkinson | Audit | 4-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 5-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 6-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 7-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 10-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 11-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 12-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 13-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 14-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 17-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 18-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 19-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 20-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | Audit | 21-Dec | $ 35.52 | | | | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| Adam Houston | Audit | 18-Dec | $ 165.31 | | | | AVIS Rental car for 3 days |
| Lexie Bond | Audit | 20-Dec | | | | $ 30.34 | Lunch meeting for 2 (L.Bond (PwC) & Don Teichen, Senior Tax Director) |
| Alexandra Schmidt | Audit | 9-Nov | | | | $ 24.97 | Overtime meal with Alexandra Schmidt, Kathleen Bradley, Sara Balthazor, and Drew Levy (all PwC) |
| Cesar Viana Rosa | Audit | 26-Dec | | | $ 42.79 | | Safety Boots for the Inventory Count at DAREX ( W.R. Grace & Co), Puerto Rico, Toa Baja |
| Drew Levy | Audit | 3-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 4-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 5-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 6-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 7-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 10-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 13-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 17-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 18-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 19-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Audit | 20-Dec | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| Ian Thomas | Audit | 4-Dec | $ 528.10 | | | | Roundtrip coach flight to Chicago, IL from Baltimore, MD for travel to client site in Chicago, IL. |
| | Audit | 13-Dec | | $ 350.24 | | | Hilton Garden Inn hotel for 2 nights in Chicago, IL (rate of $175.12 per night) |
| | Audit | 13-Dec | | $ 57.80 | | | Taxes on Hilton Garden Inn hotel for 2 nights in Chicago, IL. |
| | Audit | 12-Dec | | | | $ 9.35 | Breakfast for 1 (I. Thomas - PwC) during travel from client site in Chicago, IL to Baltimore, MD. |
| | Audit | 12-Dec | $ 24.00 | | | | Parking at Baltimore Washington International Airport for 2 days during travel to Chicago, IL |
| | Audit | 17-Dec | $ 21.10 | | | | 82 miles roundtrip to client - 44 miles roundtrip normal commute to the office =  19 miles every day excess * .555 = 21.10 |
| | Audit | 18-Dec | $ 21.10 | | | | 82 miles roundtrip to client - 44 miles roundtrip normal commute to the office =  19 miles every day excess * .555 = 21.10 |
| Kathleen Bradley | Audit | 6-Dec | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 6-Dec | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Audit | 7-Dec | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 7-Dec | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Audit | 10-Dec | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 10-Dec | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Audit | 11-Dec | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 11-Dec | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Audit | 13-Dec | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 13-Dec | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Audit | 14-Dec | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 14-Dec | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |

| Name | Type | Date | Amount | Other | Description |
|---|---|---|---|---|---|
| | Audit | 17-Dec | $ 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 17-Dec | $ 6.70 | | Roundtrip tolls during daily commute to client site |
| | Audit | 18-Dec | $ 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 18-Dec | $ 6.70 | | Roundtrip tolls during daily commute to client site |
| | Audit | 19-Dec | $ 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 19-Dec | $ 6.70 | | Roundtrip tolls during daily commute to client site |
| | Audit | 20-Dec | $ 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Audit | 20-Dec | $ 6.70 | | Roundtrip tolls during daily commute to client site |
| **Pavel Katsiak** | Audit | 29-Nov | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 30-Nov | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 3-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 4-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 5-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 6-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 10-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 11-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 12-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 13-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 14-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 17-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 17-Dec | | $ 195.89 | Group meal. Present: Self, A. Schmidt, K. Bradley, D. Levy, I. Thomas, A. Wilkinson, S. Balthazor (all PwC). |
| | Audit | 18-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 19-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | Audit | 20-Dec | $ 29.98 | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| **Phillip Crosby** | Audit | 5-Dec | | $ 69.05 | Overtime dinner for two P.Crosby & R.Boyle (all PwC) |
| | Audit | 3-Dec | $ 38.85 | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| | Audit | 5-Dec | $ 38.85 | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| | Audit | 6-Dec | $ 38.85 | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| | Audit | 10-Dec | $ 38.85 | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| | Audit | 12-Dec | $ 38.85 | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| **Sahil Rai** | Audit | 10-Dec | | $ 49.79 | Steel Toe Boots for 11/30/2012 Inventory Observation |
| **Thomas R Dickson** | Audit | 30-Nov | | $ 45.55 | Steel Toe Boots for 11/30/2012 Inventory Observation |
| **Tom E. Smith** | | 14-Dec | $38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | | 10-Dec | $38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | | 4-Dec | $38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | | 3-Dec | $38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
| | $ 3,332.05 | $ 2,300.84 | $ 408.04 | $ 293.57 | $ 329.60 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended December 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Adam Wilkinson | 4-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 5-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 6-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 7-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 10-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 11-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 12-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 13-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 14-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 17-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 18-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 19-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 20-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| | 21-Dec | Audit Associate | $ 35.52 | Excess Mileage of daily commute (35 miles 1 way to client site - 3 miles 1 way to office = 32 miles of excess travel x 2 for round trip = 64 excess miles x .55 = 35.2) |
| Adam Houston | 18-Dec | Audit Senior Manager | $ 165.31 | AVIS Rental car for 3 days |
| Lexie Bond | 20-Dec | Tax Partner | $ 30.34 | Lunch meeting for 2 (L.Bond (PwC) & Don Teichen, Senior Tax Director) |
| Alexandra Schmidt | 9-Nov | Audit Senior Associate | $ 24.97 | Overtime meal with Alexandra Schmidt, Kathleen Bradley, Sara Balthazor, and Drew Levy (all PwC) |
| Cesar Viana Rosa | 26-Dec | Audit Associate | $ 42.79 | Safety Boots for the Inventory Count at DAREX ( W.R. Grace & Co), Puerto Rico, Toa Baja |
| Drew Levy | 3-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 4-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 5-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 6-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 7-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 10-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 13-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 17-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 18-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 19-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 20-Dec | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| Ian Thomas | 4-Dec | Audit Associate | $ 528.10 | Roundtrip coach flight to Chicago, IL from Baltimore, MD for travel to client site in Chicago, IL. |
| | 13-Dec | Audit Associate | $ 350.24 | Hilton Garden Inn hotel for 2 nights in Chicago, IL (rate of $175.12 per night) |
| | 13-Dec | Audit Associate | $ 57.80 | Taxes on Hilton Garden Inn hotel for 2 nights in Chicago, IL. |
| | 12-Dec | Audit Associate | $ 9.35 | Breakfast for 1 (I. Thomas - PwC) during travel from client site in Chicago, IL to Baltimore, MD. |
| | 12-Dec | Audit Associate | $ 24.00 | Parking at Baltimore Washington International Airport for 2 days during travel to Chicago, IL |
| | 17-Dec | Audit Associate | $ 21.10 | 82 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 19 miles every day excess * .555 = 21.10 |
| | 18-Dec | Audit Associate | $ 21.10 | 82 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 19 miles every day excess * .555 = 21.10 |
| Kathleen Bradley | 6-Dec | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |

| Name | Date | Role | | Amount | Description |
|---|---|---|---|---|---|
| | 6-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 7-Dec | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 7-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 10-Dec | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 10-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 11-Dec | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 11-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 13-Dec | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 13-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 14-Dec | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 14-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 17-Dec | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 17-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 18-Dec | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 18-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 19-Dec | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 19-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 20-Dec | Audit Senior Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 20-Dec | Audit Senior Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| Pavel Katsiak | 29-Nov | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 30-Nov | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 3-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 4-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 5-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 6-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 10-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 11-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 12-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 13-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 14-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 17-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 17-Dec | Audit Manager | $ | 195.89 | Group meal. Present: Self, A. Schmidt, K. Bradley, D. Levy, I. Thomas, A. Wilkinson, S. Balthazor (all PwC). |
| | 18-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 19-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 20-Dec | Audit Manager | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| Phillip Crosby | 5-Dec | Audit Manager | $ | 69.05 | Overtime dinner for two P.Crosby & R.Boyle (all PwC) |
| | 3-Dec | Audit Manager | $ | 38.85 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| | 5-Dec | Audit Manager | $ | 38.85 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| | 6-Dec | Audit Manager | $ | 38.85 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| | 10-Dec | Audit Manager | $ | 38.85 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| | 12-Dec | Audit Manager | $ | 38.85 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .555 per mile). |
| Sahil Rai | 10-Dec | Audit Associate | $ | 49.79 | Steel Toe Boots for 11/30/2012 Inventory Observation |
| Thomas R Dickson | 30-Nov | Audit Associate | $ | 45.55 | Steel Toe Boots for 11/30/2012 Inventory Observation |
| Tom E. Smith | 14-Dec | Audit Partner | $ | 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 10-Dec | Audit Partner | $ | 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 4-Dec | Audit Partner | $ | 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |

| Date | Role | Amount | Description |
|---|---|---|---|
| 3-Dec | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | **Total** | $ 3,332.05 | |