# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of December 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Ezequiel Pennimpede** | | | | |
| 12/10/2012 | 6.5 | Working on November 2012 fee application | $ 123.00 | $ 799.50 |
| | **6.5** | | | |
| **Name: Maximiliano Benitez** | | | | |
| 12/11/2012 | 2.5 | Working on November 2012 fee application | $ 123.00 | $ 307.50 |
| | **2.5** | | | |
| **Name: Kathleen Bradley** | | | | |
| 12/13/2012 | 3.0 | Reviewing the November 2012 fee application | $ 242.57 | $ 727.71 |
| | **3.0** | | | |
| **Name: Pavel Katsiak** | | | | |
| 12/14/2012 | 1.0 | Reviewing the November 2012 fee application | $ 358.14 | $ 358.14 |
| | **1.0** | | | |
| | **13.0** | Total Grace Fee Application Charged Hours | | **$ 2,192.85** |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 812.80 | 30.5 | 24,790.40 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | 702.31 | 1.9 | 1,334.39 |
| Damien Hughes | Audit Director | 11 | Integrated Audit | 688.34 | 2.0 | 1,376.68 |
| James C Horvath | Audit Director | 11 | Integrated Audit | 571.50 | 12.9 | 7,372.35 |
| Adam D Houston | Audit Senior Manager | 11 | Integrated Audit | 490.22 | 17.0 | 8,333.74 |
| Amy Andrews | Audit Manager | 8 | Integrated Audit | 470.98 | 2.0 | 941.96 |
| David C Sands | Audit Director | 11 | Integrated Audit | 445.77 | 5.0 | 2,228.85 |
| Jody B Underhill | Tax Director | 11 | Integrated Audit | 426.40 | 14.9 | 6,353.36 |
| Lilai Gebreselassie | Audit Manager | 8 | Integrated Audit | 403.85 | 0.4 | 161.54 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | 358.14 | 71.0 | 25,427.94 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 322.58 | 25.0 | 8,064.50 |
| Brendan Witt | Audit Senior Associate | 6 | Integrated Audit | 282.90 | 0.2 | 56.58 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 246.38 | 115.5 | 28,456.89 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 242.57 | 92.2 | 22,364.95 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 240.03 | 12.0 | 2,880.36 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 228.60 | 73.1 | 16,710.66 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | 190.50 | 1.5 | 285.75 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 184.15 | 96.5 | 17,770.48 |
| Michael Zachary Landerfelt | Audit Experienced Associate | 2 | Integrated Audit | 181.61 | 3.0 | 544.83 |
| Valeka Wilson | Audit Experienced Associate | 2 | Integrated Audit | 171.46 | 0.5 | 85.73 |
| Pamela Felder | Audit Experienced Associate | 2 | Integrated Audit | 171.45 | 1.5 | 257.18 |
| Bryan David Love | Audit Experienced Associate | 2 | Integrated Audit | 170.18 | 2.5 | 425.45 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 170.18 | 86.5 | 14,720.57 |
| Eric Seth Meyer | Tax Associate | 2 | Integrated Audit | 166.40 | 1.5 | 249.60 |
| Patrice Elizabeth Boucher | Audit Associate | 1 | Integrated Audit | 139.70 | 8.5 | 1,187.45 |
| Ashley Ford | Audit Associate | 1 | Integrated Audit | 139.70 | 1.5 | 209.55 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 139.70 | 40.8 | 5,699.76 |
| Cesar Viana Rosa | Audit Associate | 1 | Integrated Audit | 124.46 | 18.0 | 2,240.28 |
| Lauren S Clark | Project Specialist | 1 | Integrated Audit | 123.00 | 7.5 | 922.50 |
| Romina Sandrino | Project Specialist | 1 | Integrated Audit | 123.00 | 1.0 | 123.00 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | 123.00 | 9.5 | 1,168.50 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | 123.00 | 4.0 | 492.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 123.00 | 1.2 | 147.60 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 123.00 | 3.5 | 430.50 |
| Carina Centeno | Project Specialist | 1 | Integrated Audit | 123.00 | 5.0 | 615.00 |
| Gabriel Garcia Diaz | Project Specialist | 1 | Integrated Audit | 123.00 | 0.5 | 61.50 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 123.00 | 4.0 | 492.00 |
| Franco Petracca | Project Specialist | 1 | Integrated Audit | 123.00 | 4.0 | 492.00 |
| Manuel Moreno | Project Specialist | 1 | Integrated Audit | 123.00 | 11.5 | 1,414.50 |
| Andrew Machota | Project Specialist | 1 | Integrated Audit | 123.00 | 0.1 | 12.30 |
| Brian Cox | Project Specialist | 1 | Integrated Audit | 123.00 | 1.0 | 123.00 |
| Julian Stagnaro | Project Specialist | 1 | Integrated Audit | 123.00 | 5.0 | 615.00 |
| Patricia Spychala | Project Specialist | 1 | Integrated Audit | 123.00 | 2.7 | 332.10 |
| Juan Carlos Amarilla | Project Specialist | 1 | Integrated Audit | 123.00 | 1.0 | 123.00 |
| Hanyue Zhao | Project Specialist | 1 | Integrated Audit | 114.30 | 5.5 | 628.65 |
| Allison S Keen | Project Specialist | 1 | Integrated Audit | 105.78 | 18.7 | 1,978.09 |
| | | | | Total | 823.6 | $ 210,703.01 |