**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: February 20, 2013 at 4:00 p.m.** |

**ONE HUNDRED AND THIRTY-SIXTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Security Holders* |
| Date of Retention: | *As of July 18, 2001 nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December *1, 2012 through and including* December *31, 2012* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$49,674.00* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$3,436.56* |

This is a(n): _x_ monthly __ interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $20,099.00 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – December 31, 2001 | $32,467.50 / $2,338.23 | $25,974.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $19,046.00 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $29,106.00 / $2,894.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $26,060.00 / $2,107.64 |
| May 15, 2002 (1st Quarterly) | January 1, 2002 – March 31, 2002 | $92,765.00 / $6,963.66 | $92,765.00 / $6,963.66 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $23,035.20 / $2,669.24 |
| August 5, 2002 10th Monthly | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $19,385.60 / $2,299.11 |
| September 4, 2002 11th Monthly | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $16,314.00 / $388.61 |
| September 18, 2002 (2nd Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 / $5,356.96 | $69,340.00 / $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $22,466.80 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $26,878.80 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $20,467.60 / $1,761.46 |
| November 21, 2002 (3rd Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 / $10,070.69 | $87,266.50 / $10,070.69 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $31,910.00 / $2,124.93 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $9,482.80 / $816.82 |
| February 25, 2003 | January 1, 2003 – January 31, 2003 | $11,100.00 / $927.47 | $8,880.00 / $927.47 |
| March 11, 2003 (4th Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 / $3,575.61 | $70,445.00 / $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $10,734.40 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $21,575.20 / $452.38 |
| May 15, 2003 (5th Quarterly) | January 1, 2003 – March 31, 2002 | $51, 487.00 / $1,619.93 | $51, 487.00 / $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $6,087.20 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $7,528.77 / $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $8,341.60 / $137.09 |
| August 21, 2003 (6th Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 / $1,839.08 | $27,447.00 / $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $7,418.00 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $489.69 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $12,003.20 / $334.63 |
| December 19, 2003 (7th Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $10,507.20 / $174.04 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $11,629.60 / $273.00 |
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $14,076.00 / $1,599.14 |
| February 27, 2004 (8th Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $7,183.20 / $436.47 |
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $472.11 | $11,643.00 / $472.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $2,874.70 / $0.00 |
| July 13, 2004 (9th Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 / $1,451.43 | $31,674.50 / $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $8,672.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $18,561.60 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $10,818.40 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $7,634.80 / $125.25 |
| November 1, 2004 (10th Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 / $1,840.66 | $48,415.50 / $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $19,586.40 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $103,167.20 / $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $122,980.00 / $4,236.79 |
| January 27, 2005 (11th Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 / $995.20 | $47,550.00 / $995.20 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $102,312.89 / $3,246.49 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $132,776.50 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $24,706.50 / $2,444.84 |
| April 7, 2005 (12th Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 / $14,406.04 | $406,517.00 / $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $26,414.00 / $2,827.24 |
| May 16, 2005 (13th Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 / $12,593.68 | $183,897.00/ $12,593.68 |
| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $29,522.00 / $1,323.60 |
| June 21, 2005 | May 1, 2005 – May 31, 2005 | $19,218.50 / $2,198.56 | $19,218.50 / $2,198.56 |
| July 28, 2005 (as Amended on August 10, 2005 | June 1, 2005 -- June 30, 2005 | 25,731.00 / $119.33 | $25,731.00 / $119.33 |
| August 29, 2005 | July 1, 2005 – July 31, 2005 | $31,738.00 / $2,829.07 | $31,738.00 / $2,829.07 |
| August 30, 2005 (14th Quarterly) | April 1, 2005 – June 30, 2005 | $74,471.50 / $3,641.49 | $74,471.50 / $3,641.49 |
| September 29, 2005 | August 1, 2005 – August 31, 2005 | $32,109.00 / $2,271.66 / | $32,109.00 / $2,271.66 |
| October 31, 2005 | September 1, 2005 - September 30, 2005 | $15,709.00 / $247.99 | $15,709.00 / $247.99 |
| November 29, 2005 | October 1, 2005 - October 31, 2005 | $19,318.50 / $646.56 | $19,318.50 / $646.56 |
| December 29, 2005 | November 1, 2005 - November 30, 2005 | $38,258.50 / $1,247.28 | $38,258.50 / $1,247.28 |
| January 30, 2006 | December 1, 2005 - December 31, 2005 | $17,967.50 / $1,059.46 | $17,967.50 / $1,059.46 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| March 1, 2006 | January 1, 2006 - January 31, 2006 | $8,287.00 / $1,176.17 | $8,287.00 / $1,176.17 |
| March 30, 2006 | February 1, 2006 - February 28, 2006 | $22,842.00 / $1,779.77 | $22,842.00 / $1,779.77 |
| May 1, 2006 | March 1, 2006 March 31, 2006 | $43,621.00 / $2,496.06 | $43,621.00 $2,496.06 |
| May 30, 2006 | April 1, 2006 April 30, 2006 | $18,841.00 / $752.39 | $18,841.00 $752.39 |
| July 5, 2006 | May 1, 2006 May 31, 2006 | $34,354.00 / $1,337.49 | $34,354.00 $1,337.49 |
| August 2, 2006 | June 1, 2006 June 30, 2006 | $21,401.00 / $725.30 | $21,401.00 $725.30 |
| August 18, 2006 | April 1, 2006 June 30, 2006 | $74,596.00 / $2,815.18 | $74,596.00 $2,815.18 |
| August 30, 2006 | July 1, 2006 July 31, 2006 | $29,474.50 / $1,604.51 | $29,474.50 $1,604.51 |
| October 2, 2006 | August 1, 2006 August 31, 2006 | $67,103.00 / $1,604.51 | $67,103.00 $1,604.51 |
| October 30, 2006 | September 1, 2006 September 30, 2006 | $50,691.50 / $2,050.23 | $50,691.50 $2,050.23 |
| December 6, 2006 | October 1, 2006 October 31, 2006 | $72,062.75 / $3,977.84 | $72,062.75 $3,977.84 |
| January 5, 2007 | November 1, 2006 November 30, 2006 | $66,045.00 / $5,215.60 | $66,045.00 $5,215.60 |
| February 23, 2007 | December 1, 2006 December 31, 2006 | $101,658.25 / $5,001.94 | $101,658.25 $5,001.94 |
| March 7, 2007 | January 1, 2007 January 31, 2007 | $45,555.00 / $6,097.61 | $45,555.00 $6,097.61 |
| March 29, 2007 | February 1, 2007 February 28, 2007 | $56,976.00 $4,529.94 | $56,976.00 $4,529.94 |
| April 30, 2007 | March 1, 2007 March 31, 2007 | $60,848.00 $4,859.66 | $60,848.00 $4,859.66 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| June 12, 2007 | April 1, 2007<br>April 30, 2007 | $56,370.00<br>$2,554.14 | $56,370.00<br>$2,554.14 |
| July 2, 2007 | May 1, 2007<br>May 31, 2007 | $61,684.23<br>$10,491.04 | $61,684.23<br>$10,491.04 |
| July 30, 2007 | June 1, 2007<br>June 30, 2007 | $68,538.00<br>$6,437.44 | $68,538.00<br>$6,437.44 |
| August 29, 2007 | July 1, 2007<br>July 31, 2007 | $40,505.50<br>$3,124.55 | $40,505.50 /<br>$3,124.55 |
| October 1, 2007 | August 1, 2007<br>August 31, 2007 | $61,201.50<br>$1,618.34 | $61,201.50 /<br>$1,618.34 |
| October 29, 2007 | September 1, 2007<br>September 30, 2007 | $106,912.50<br>$4,480.51 | $106,912.50 /<br>$4,480.51 |
| November 29, 2007 | October 1, 2007<br>October 31, 2007 | $165,731.50<br>$14,100.98 | $165,731.50 /<br>$14,100.98 |
| January 7, 2008 | November 1, 2007<br>November 30, 2007 | $154,817.00<br>$12,511.24 | $154,817.00 /<br>$12,511.24 |
| February 11, 2008 | December 1, 2007<br>December 31, 2007 | $77,688.00<br>$50,222.40 | $77,688.00 /<br>$50,222.40 |
| April 8, 2008 | February 1, 2008<br>February 29, 2008[1] | $ 186,440.25<br>$ 5,761.46 | $186,440.25 /<br>$5,761.46 |
| May 1, 2008 | March 1, 2008<br>March 31, 2008 | $ 61,062.50<br>$ 3,272.45 | $61,062.50 /<br>$3,272.45 |
| May 29, 2008 | April 1, 2008<br>April 30, 2008 | $ 115,451.50 /<br>$ 10,234.48 | $ 115,451.50 /<br>$ 10,234.48 |
| June 30, 2008 | May 1, 2008<br>May 31, 2008 | $ 35,113.50 /<br>$ 139.19 | $ 35,113.50 /<br>$ 139.19 |

[1] The Fee Application filed on April 8, 2008 inadvertently contained time billed and necessary expenses incurred for the time period January 1, 2008 through January 31, 2008 <u>in addition</u> to the time billed and necessary expenses incurred for the time period February 1, 2008 through February 29, 2008. Kramer Levin Naftalis & Frankel LLP filed a certification of counsel further explicating the error and clarifying the treatment of the Fee Application filed on April 8, 2008 [Docket No. 18659].

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| July 31, 2008 | June 1, 2008<br>June 30, 2008 | $ 90,179.75 /<br>$ 1,197.96 | $ 90,179.75 /<br>$ 1,197.96 |
| August 31, 2008 | July 1, 2008<br>July 31, 2008 | $ 46,403.75 /<br>$ 2,634.24 | $ 46,403.75 /<br>$ 2,634.24 |
| September 30, 2008 | August 1, 2008<br>August 31, 2008 | $ 130,393.00 /<br>$ 1,139.48 | $ 130,393.00 /<br>$ 1,139.48 |
| October 31, 2008 | September 1, 2008<br>September 30, 2008 | $ 94,751.25 /<br>$ 2,437.87 | $ 94,751.25 /<br>$ 2,437.87 |
| December 1, 2008 | October 1, 2008<br>October 31, 2008 | $ 96,512.00 /<br>$ 3,351.45 | $ 96,512.00 /<br>$ 3,351.45 |
| January 5, 2009 | November 1, 2008<br>November 30, 2008 | $ 72,736.50 /<br>$ 5,015.70 | $ 72,736.50 /<br>$ 5,015.70 |
| January 29, 2009 | December 1, 2008<br>December 31, 2008 | $ 38,727.50 /<br>$ 659.48 | $ 37,407.50 /<br>$ 659.48 |
| March 3, 2009 | January 1, 2009<br>January 31, 2009 | $ 57,246.00 /<br>$ 774.91 | $ 57,246.00 /<br>$ 774.91 |
| March 31, 2009 | February 1, 2009<br>February 28, 2009 | $ 58,153.50 /<br>$873.67 | $ 58,153.50 /<br>$ 873.67 |
| April 29, 2009 | March 1, 2009<br>March 31, 2009 | $ 82,150.50<br>$ 3,410.61 | $ 82,094.50 /<br>$ 3,410.61 |
| June 1, 2009 | April 1, 2009<br>April 30, 2009 | $ 59,641.00<br>$ 1,266.77 | $ 59,641.00 /<br>$ 1,266.77 |
| June 29, 2009 | May 1, 2009<br>May 31, 2009 | $ 81,616.00<br>$ 993.03 | $ 81,616.00 /<br>$ 993.03 |
| July 30, 2009 | June 1, 2009<br>June 30, 2009 | $ 74,739.50<br>$ 3,385.80 | $ 74,739.50 /<br>$ 3,385.80 |
| September 1, 2009 | July 1, 2009<br>July 31, 2009 | $ 28,694.50<br>$ 8,575.98 | $ 28,694.50 /<br>$ 8,575.98 |
| October 1, 2009 | August 1, 2009<br>August 31, 2009 | $ 62,840.50<br>$ 4,375.92 | $ 62,840.50 /<br>$ 4,375.92 |
| October 29, 2009 | September 1, 2009<br>September 30, 2009 | $ 78,706.50<br>$ 7,370.53 | $ 78,706.50 /<br>$ 7,370.53 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| November 30, 2009 | October 1, 2009<br>October 31, 2009 | $ 22,088.75<br>$ 2,199.84 | $ 22,088.75 /<br>$ 2,199.84 |
| December 29, 2009 | November 1, 2009<br>November 30, 2009 | $ 33,770.50<br>$ 510.91 | $ 33,770.50 /<br>$ 510.91 |
| February 1, 2010 | December 1, 2009<br>December 31, 2009 | $ 12,447.50<br>$ 655.77 | $ 12,447.50 /<br>$ 655.77 |
| March 1, 2010 | January 1, 2010<br>January 31, 2010 | $ 32,785.50<br>$ 1,669.76 | $ 32,785.50 /<br>$ 1,347.96 |
| March 29, 2010 | February 1, 2010<br>February 28, 2010 | $ 9,882.00<br>$ 107.90 | $ 9,882.00<br>$ 107.90 |
| April 28, 2010 | March 1, 2010<br>March 31, 2010 | $ 4,559.00<br>$ 361.53 | $ 4,559.00<br>$ 361.53 |
| June 1, 2010 | April 1, 2010<br>April 30, 2010 | $ 9,145.50<br>$ 271.51 | $ 9,145.50<br>$ 271.51 |
| July 1, 2010 | May 1, 2010<br>May 31, 2010 | $ 3,009.00<br>$ 270.08 | $ 3,009.00<br>$ 270.08 |
| August 5, 2010 | June 1, 2010<br>June 30, 2010 | $ 1,924.50<br>$ 108.77 | $ 1,924.50<br>$ 108.77 |
| August 30, 2010 | July 1, 2010<br>July 31, 2010 | $ 1,678.50<br>$ 0.00 | $ 1,678.50<br>$ 0.00 |
| October 1, 2010 | August 1, 2010<br>August 31, 2010 | $ 3,093.00<br>$ 73.96 | $ 3,093.00<br>$ 73.96 |
| October 28, 2010 | September 1, 2010<br>September 30, 2010 | $ 457.50<br>$ 58.00 | $ 457.50<br>$ 58.00 |
| December 1, 2010 | October 1, 2010<br>October 31, 2010 | $ 1,372.50<br>$ 84.66 | $ 1,372.50<br>$ 84.66 |
| December 30, 2010 | November 1, 2010<br>November 30, 2010 | $ 5,221.50<br>$ 19.59 | $ 5,221.50<br>$ 19.59 |
| February 1, 2011 | December 1, 2010<br>December 31, 2010 | $ 10,252.00<br>$143.61 | $ 10,252.00<br>$ 143.61 |
| March 1, 2011 | January 1, 2011<br>January 31, 2011 | $ 16,502.50<br>$ 83.40 | $ 16,502.50<br>$ 83.40 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| April 1, 2011 | February 1, 2011<br>February 28, 2011 | $ 27,809.50<br>$ 1,767.02 | $ 27,809.50<br>$ 1,767.02 |
| May 2, 2011 | March 1, 2011<br>March 31, 2011 | $ 9,782.50<br>$ 194.39 | $ 9,782.50<br>$ 194.39 |
| May 31, 2011 | April 1, 2011<br>April 30, 2011 | $ 7,061.50<br>$ 177.64 | $ 7,061.50<br>$ 177.64 |
| July 5, 2011 | May 1, 2011<br>May 31, 2011 | $ 63,376.00<br>$ 1,024.58 | $ 63,376.00<br>$ 1,024.58 |
| August 1, 2011 | June 1, 2011<br>June 30, 2011 | $ 21,448.76<br>$940.85 | $ 21,448.76<br>$ 940.85 |
| September 6, 2011 | July 1, 2011<br>July 31, 2011 | $27,311.00<br>$1,499.88 | $27,311.00<br>$ 1,499.88 |
| September 29, 2011 | August 1, 2011<br>August 31, 2011 | $14,729.00<br>$574.70 | $14,729.00<br>$ 574.70 |
| October 26, 2011 | September 1, 2011<br>September 30, 2011 | $7,854.00<br>$233.60 | $7,854.00<br>$ 233.60 |
| December 1, 2011 | October 1, 2011<br>October 31, 2011 | $2,208.00<br>$9.19 | $2,208.00<br>$9.19 |
| December 28, 2011 | November 1, 2011<br>November 30, 2011 | $9,481.00<br>$3.56 | $9,481.00<br>$3.56 |
| February 9, 2012 | December 1, 2011<br>December 31, 2011 | $2,300.00<br>$80.27 | $2,300.00<br>$80.27 |
| February 29, 2012 | January 1, 2012<br>January 31, 2012 | $6,836.00<br>$0.00 | $6,836.00<br>$0.00 |
| March 28, 2012 | February 1, 2012<br>February 29, 2012 | $22,397.00<br>$94.13 | $22,397.00<br>$94.13 |
| April 30, 2012 | March 1, 2012<br>March 31, 2012 | $5,885.50<br>$58.77 | $5,885.50<br>$58.77 |
| June 1, 2012 | April 1, 2012<br>April 30, 2012 | $5,205.50<br>$147.53 | $5,205.50<br>$147.53 |
| July 2, 2012 | May 1, 2012<br>May 31, 2012 | $25,164.50<br>$1,158.62 | $25,164.50<br>$1,158.62 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| July 31, 2012 | June 1, 2012<br>June 30, 2012 | $10,411.00<br>$98.06 | $10,411.00<br>$98.06 |
| August 29, 2012 | July 1, 2012<br>July 31, 2012 | $7,133.00<br>$273.86 | $5,706.40<br>$273.86 |
| October 1, 2012 | August 1, 2012<br>August 31, 2012 | $21,730.00<br>$438.33 | $17,384.00<br>$438.33 |
| October 24, 2012 | September 1, 2012<br>September 30, 2012 | $2,681.00<br>$104.50 | $2,144.81<br>$104.50 |
| November 29, 2012 | October 1, 2012<br>October 31, 2012 | $6,634.00<br>$109.43 | $5,307.20<br>$109.43 |
| December 28, 2012 | November 1, 2012<br>November 30, 2012 | $4,215.50<br>$71.72 | $0.00<br>$0.00 |

## SUMMARY OF TIME FOR BILLING PERIOD

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 3.60 | 865.00 | 3,114.00 |
| BLABEY, DAVID E | ASSOCIATE | 60.80 | 720.00 | 43,776.00 |
| HALVERSON, DARREN C | ASSOCIATE | 4.80 | 485.00 | 2,328.00 |
| SHAIN, ALIYA | PARALEGAL | 1.60 | 285.00 | 456.00 |
| | Total | 70.80 | | $49,674.00 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period | Total Fees for the Period |
|---|---|---|
| Case Administration | 2.60 | $ 941.00 |
| Bankr. Motions | 0.40 | $ 288.00 |
| Reorganization Plan | 63.80 | $ 45,870.50 |
| Fee Applications, Applicant | 4.00 | $ 2,574.50 |
| **Total** | **70.80** | **$ 49,674.00** |

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

***CASE ADMINISTRATION***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| HALVERSON, DARREN C | CRDR | 1.00 | 485.00 | 485.00 C |
| SHAIN, ALIYA | CRDR | 1.60 | 285.00 | 456.00 C |
| | Subtotal | 2.60 | $ | 941.00 |

***BANKR. MOTIONS***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| **BLABEY, DAVID E** | **CRDR** | **0.40** | **720.00** | **288.00 C** |
| | Subtotal | 0.40 | $ | 288.00 |

***REORGANIZATION PLAN***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRDR | 3.60 | 865.00 | 3,114.00 C |
| BLABEY, DAVID E | CRDR | 57.70 | 720.00 | 41,544.00 C |
| HALVERSON, DARREN C | CRDR | 2.50 | 485.00 | 1,212.50 C |
| | Subtotal | 63.80 | $ | 45,870.50 |

***FEE APPLICATIONS, APPLICANT***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BLABEY, DAVID E | CRDR | 2.70 | 720.00 | 1,944.00 C |
| HALVERSON, DARREN C | CRDR | 1.30 | 485.00 | 630.50 C |
| | Subtotal | 4.00 | $ | 2,574.50 |
| | Total | 70.80 | $ | 49,674.00 |

SCHEDULE OF DISBURSEMENTS
FOR THE PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

**EXPENSE SUMMARY**

| **Expense Category** | **Total Expenses** |
|---|---|
| PHOTOCOPYING | 125.00 |
| RESEARCH SERVICES | 14.00 |
| WESTLAW ON-LINE RESEARCH | 3,187.87 |
| MEALS/IN-HOUSE | 46.99 |
| DOCUMENT RETRIEVAL FEES | 62.70 |
| Subtotal | $3,436.56 |

Dated: January 31, 2013

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ David E. Blabey, Jr.

Philip Bentley, Esq.
David E. Blabey, Jr., Esq.
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Counsel to the Official Committee of Equity Security Holders