# Exhibit A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

January 28, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 612169
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION
| | |
|---|---:|
| FEES | $941.00 |
| DISBURSEMENTS | 3,130.37 |
| MATTER TOTAL | $4,428.62 |

### 056772-00005/BANKR. MOTIONS
| | |
|---|---:|
| FEES | $288.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $288.00 |

### 056772-00007/REORGANIZATION PLAN
| | |
|---|---:|
| FEES | $45,870.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $45,870.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT
| | |
|---|---:|
| FEES | $2,574.50 |
| DISBURSEMENTS | 306.19 |
| MATTER TOTAL | $2,880.69 |

CLIENT GRAND TOTAL ............................................................................ $53,110.56

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 612169 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2354559.1

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/03/12 | HALVERSON, DARREN C | E-mails with D. Blabey and A. Shain re: binders for 3d cir appellate briefs. | 0.20 | 97.00 |
| 12/10/12 | HALVERSON, DARREN C | Find additional briefs and coordinate binders. | 0.30 | 145.50 |
| 12/10/12 | SHAIN, ALIYA | Compile binders of briefs for D. Halverson (.6); draft index re: same (.7). | 1.30 | 370.50 |
| 12/11/12 | HALVERSON, DARREN C | Find AMH brief and circulate; coordinate final binders. | 0.20 | 97.00 |
| 12/11/12 | SHAIN, ALIYA | Email coordination with D. Blabey re: courtcall (.1); set-up court call (.2). | 0.30 | 85.50 |
| 12/14/12 | HALVERSON, DARREN C | Obtain asbestos article for D. Blabey and review same. | 0.30 | 145.50 |

**TOTAL HOURS AND FEES**                                    **2.60**    **$941.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 125.00 |
| RESEARCH SERVICES | 14.00 |
| WESTLAW ON-LINE RESEARCH | 2,881.68 |
| MEALS/IN-HOUSE | 46.99 |
| DOCUMENT RETRIEVAL FEES | 62.70 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        **$3,130.37**

**TOTAL FOR THIS MATTER**                        **$4,428.62**

Kramer Levin Naftalis & Frankel LLP                                    Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                            January 28, 2013
056772-00005                                                 Invoice No. 612169

**BANKR. MOTIONS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/26/12 | BLABEY, DAVID E | Review post-petition financing motion (.3) and email to client re same (.1). | 0.40 | 288.00 |

**TOTAL HOURS AND FEES**                                     0.40     $288.00

**TOTAL FOR THIS MATTER**                          $288.00

KL4 2354559.1

Kramer Levin Naftalis & Frankel LLP                                                                    Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                             January 28, 2013
056772-00007                                                                          Invoice No. 612169

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/02/12 | BLABEY, DAVID E | Review Garlock appellate brief. | 1.40 | 1,008.00 |
| 12/03/12 | BLABEY, DAVID E | Call with equity holder re appeals (.2); review Montana and Crown briefs (2.3); review pleadings in Garlock bankruptcy proceeding (3). | 5.50 | 3,960.00 |
| 12/04/12 | HALVERSON, DARREN C | Review D. Blabey summary of opening briefs in third circuit appeal. | 0.20 | 97.00 |
| 12/04/12 | BLABEY, DAVID E | Review of bank lender brief (1); further review of Garlock (.1); memo to client re same (1.9). | 3.00 | 2,160.00 |
| 12/05/12 | HALVERSON, DARREN C | Review D. Blabey summary of opening briefs. | 0.20 | 97.00 |
| 12/05/12 | BLABEY, DAVID E | Exchange emails with D. Halverson and M. Ziegler re estoppel issues (.2); further review of Bank Lender appellate brief (2) and of relevant legislative history and case law (3). | 5.20 | 3,744.00 |
| 12/06/12 | HALVERSON, DARREN C | Review D. Blabey notes on acceleration and auto stay and review pleadings for additional cases. | 0.60 | 291.00 |
| 12/06/12 | BENTLEY, PHILIP | Discs w/ D. Blabey re appeal issues. | 0.10 | 86.50 |
| 12/09/12 | BLABEY, DAVID E | Review amicus brief on bank lender issues. | 1.00 | 720.00 |
| 12/11/12 | BLABEY, DAVID E | Email update to client re recent docket filings (.3); discuss Third Circuit briefing with P. Bentley and email to Debtors counsel re same (.1); review Anderson Memorial Hospital appellate brief (2.2); research on impairment issues for Third Circuit briefs (2.2). | 4.80 | 3,456.00 |
| 12/11/12 | BENTLEY, PHILIP | Review current appeal issues. | 0.10 | 86.50 |
| 12/12/12 | BLABEY, DAVID E | Review plan proponents' draft motion for extension of time (.1) and emails with P. Bentley and Debtors counsel re same (.1). | 0.20 | 144.00 |
| 12/12/12 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.10 | 86.50 |
| 12/13/12 | BLABEY, DAVID E | Review lower court briefing on bank lender issues (1.5); research on defaults (.5). | 2.00 | 1,440.00 |
| 12/14/12 | BLABEY, DAVID E | Review lower court briefing on bank lender issues (.5); review of cases cited by bank lenders (3.1). | 3.60 | 2,592.00 |
| 12/16/12 | BLABEY, DAVID E | Review cases cited in lenders' brief and shep same. | 2.50 | 1,800.00 |

KL4 2354559.1

Kramer Levin Naftalis & Frankel LLP
Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00007  
January 28, 2013  
Invoice No. 612169

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/17/12 | BLABEY, DAVID E | In connection with appeal, review bank lender cases (3.3); research regarding legal rate of interest (2.7); review of credit agreements (1). | 7.00 | 5,040.00 |
| 12/18/12 | BLABEY, DAVID E | Review bankruptcy code and cases citing applicable provisions regarding interest in connection with appeal (2.5); further review of statutory provisions, legislative history and case law regarding same (5.8). | 8.30 | 5,976.00 |
| 12/19/12 | BLABEY, DAVID E | Research on legislative history and intent (4.5); memo to P. Bentley re potential lender arguments (1). | 5.50 | 3,960.00 |
| 12/20/12 | BLABEY, DAVID E | Continue drafting memo to P. Bentley regarding absolute priority rule issues in connection with appeal. | 2.50 | 1,800.00 |
| 12/21/12 | BENTLEY, PHILIP | TC w/ D. Blabey. | 0.10 | 86.50 |
| 12/23/12 | BLABEY, DAVID E | Email memo to P. Bentley regarding his questions to section 1129(b) analysis. | 1.50 | 1,080.00 |
| 12/23/12 | BENTLEY, PHILIP | Review appeal issues, and trade emails re same. | 1.00 | 865.00 |
| 12/24/12 | BLABEY, DAVID E | Call with P. Bentley to discuss section 1129(b) analysis for appellate brief (.7); revisions to email memo to Debtors' counsel re same (1.5). | 2.20 | 1,584.00 |
| 12/24/12 | BENTLEY, PHILIP | Review appeal issues (0.7), and TC DB re same (0.6). | 1.30 | 1,124.50 |
| 12/26/12 | BLABEY, DAVID E | Review pages from plan proponent brief on bank lender issues before district court. | 0.10 | 72.00 |
| 12/26/12 | BLABEY, DAVID E | Email to D. Halverson re research for brief. | 0.10 | 72.00 |
| 12/27/12 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.30 | 259.50 |
| 12/27/12 | HALVERSON, DARREN C | Begin research re: post-petition defaults. | 0.20 | 97.00 |
| 12/28/12 | HALVERSON, DARREN C | Continue research re: post-petition defaults. | 1.30 | 630.50 |
| 12/30/12 | BLABEY, DAVID E | Review draft of overview section of plan proponents appellate brief (.5); review notes for call with Debtors counsel re Lender brief (.2) and call with counsel (.5) and follow up email and voicemail with P. Bentley (.1). | 1.30 | 936.00 |
| 12/30/12 | BENTLEY, PHILIP | Conf call with K&E, and notes, re arguments for appeal brief. | 0.60 | 519.00 |
| **TOTAL HOURS AND FEES** | | | **63.80** | **$45,870.50** |
| **TOTAL FOR THIS MATTER** | | | | **$45,870.50** |

KL4 2354559.1

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/10/12 | BLABEY, DAVID E | Prepare quarterly fee application. | 2.60 | 1,872.00 |
| 12/27/12 | BLABEY, DAVID E | Review monthly fee app for filing. | 0.10 | 72.00 |
| 12/27/12 | HALVERSON, DARREN C | Review and edit invoice (.3); draft 135th fee application and send to D. Blabey (1.2). | 1.30 | 630.50 |
| **TOTAL HOURS AND FEES** | | | **4.00** | **$2,574.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 306.19 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$306.19** |

**TOTAL FOR THIS MATTER**                              **$2,880.69**

KL4 2354559.1