## Exhibit B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2013 15:12:25

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    4127848
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------------
                                                    PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                   TO:
              UNBILLED DISB FROM:   12/02/2012                      TO:      12/31/2012
-------------------------------------------------------------------------------------------------------------------------------------
                                            FEES                                COSTS
                                            ----                                -----
          GROSS BILLABLE AMOUNT:            0.00                               3,130.37
            AMOUNT WRITTEN DOWN: _____                _____
                        PREMIUM: _____                _____
               ON ACCOUNT BILLED: _____               _____
        DEDUCTED FROM PAID RETAINER: _____            _____
                   AMOUNT BILLED: _____               _____
                      THRU DATE:                                             12/31/2012
       CLOSE MATTER/FINAL BILLING?  YES   OR   NO
        EXPECTED DATE OF COLLECTION: _____

        BILLING PARTNER APPROVAL:                                      _____
                                    BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:
```

```
                                    ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                                    --------------------------                          --------------
                            FEES:            0.00
                   DISBURSEMENTS:        3,130.37      UNIDENTIFIED RECEIPTS:            0.00
                     FEE RETAINER:           0.00           PAID FEE RETAINER:           0.00
                    DISB RETAINER:           0.00          PAID DISB RETAINER:           0.00
                 TOTAL OUTSTANDING:       3,130.37        TOTAL AVAILABLE FUNDS:          0.00
                                                              TRUST BALANCE:
                                          BILLING HISTORY
                                          ---------------
              DATE OF LAST BILL:       12/27/12        LAST PAYMENT DATE:         01/11/13
               LAST BILL NUMBER:       610180    ACTUAL FEES BILLED TO DATE:     369,286.50
                                                      ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                      TOTAL FEES BILLED TO DATE:   369,286.50
           LAST BILL THRU DATE:      11/30/12   FEES WRITTEN OFF TO DATE:       85,932.00
                                                COSTS WRITTEN OFF TO DATE:      24,521.28
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:
                                          --------------------------
           (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
           (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
           (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding         (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2013 15:12:25

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    4127848
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                          Oldest     Latest       Total
                                           Entry      Entry        Amount
----  ----------------------------------   -------    -------      -----------
0820  PHOTOCOPYING                         12/03/12   12/30/12          125.00
0841  RESEARCH SERVICES                    12/14/12   12/14/12           14.00
0917  WESTLAW ON-LINE RESEARCH             12/02/12   12/31/12        2,881.68
0942  MEALS/IN-HOUSE                       12/17/12   12/19/12           46.99
0972  DOCUMENT RETRIEVAL FEES              12/31/12   12/31/12           62.70

         Total                                                        3,130.37


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                 Employee            Date         Amount       Index#   Batch No  Batch Date
----------------------------------------         --------            ------       ----------   ------   --------  ----------

PHOTOCOPYING 0820
     PHOTOCOPYING                                SHAIN, A S          12/03/12        61.30     9781821  1332285   12/06/12
     SHAIN, ALIYA
     PHOTOCOPYING                                SHAIN, A S          12/11/12        61.80     9786270  1334398   12/13/12
     SHAIN, ALIYA
     PHOTOCOPYING                                SHAIN, A S          12/14/12         0.20     9788751  1336866   12/19/12
     SHAIN, ALIYA
     PHOTOCOPYING                                BLABEY, D E         12/18/12         1.20     9788752  1336866   12/19/12
     BLABEY, DAVID E
     PHOTOCOPYING                                BLABEY, D E         12/30/12         0.50     9799459  1344660   01/03/13
     BLABEY, DAVID E
                                                 0820 PHOTOCOPYING Total :          125.00

RESEARCH SERVICES 0841
     RESEARCH SERVICES                           BOYLE, B B          12/14/12        14.00     9787658  1335099   12/17/12
     ALM article and case for D Halverson
                                                 0841 RESEARCH SERVICES Total :      14.00

WESTLAW ON-LINE RESEARCH 0917
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/02/12       101.24     9797778  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/03/12        10.92     9797779  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/03/12         4.47     9797780  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/04/12         4.47     9797781  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/05/12        23.82     9797782  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/05/12         4.47     9797783  1342553   01/02/13
     WESTLAW ON-LINE RESE                        HALVERSON, D C      12/06/12        14.64     9797784  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/06/12         4.47     9797785  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/07/12         4.47     9797786  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/10/12         4.47     9797787  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/11/12         4.47     9797788  1342553   01/02/13
     WESTLAW ON-LINE RESE                        BLABEY, D E         12/11/12       206.95     9797789  1342553   01/02/13
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                            *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2013 15:12:25

Matter No: 056772-00001                                Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    4127848
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status         : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                  Employee            Date         Amount      Index#   Batch No   Batch Date
--------                                          --------            ----         ------      ------   --------   ----------

    WESTLAW ON-LINE RESE                          BLABEY, D E         12/12/12          4.47   9797790  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/13/12          4.47   9797791  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/13/12         66.50   9797792  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/14/12        408.93   9797793  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/14/12          4.47   9797794  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/16/12        181.63   9797795  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/17/12          4.47   9797796  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/17/12        166.25   9797797  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/17/12         23.82   9797798  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/18/12          4.47   9797799  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/18/12      1,197.01   9797800  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/19/12          4.47   9797801  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/19/12        386.10   9797802  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/20/12          4.47   9797803  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/21/12          4.47   9797804  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/24/12          4.47   9797805  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/25/12          4.47   9797806  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/26/12          4.47   9797807  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/27/12          4.47   9797808  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/28/12          4.47   9797809  1342553    01/02/13
    WESTLAW ON-LINE RESE                          BLABEY, D E         12/31/12          4.47   9797810  1342553    01/02/13
                                             0917 WESTLAW ON-LINE RESE Total :     2,881.68

MEALS/IN-HOUSE 0942
    MEALS/IN-HOUSE                                BLABEY, D E         12/17/12         21.24   9802763  1346902    01/09/13
    IN-HOUSE/MEALS
    MEALS/IN-HOUSE                                BLABEY, D E         12/19/12         25.75   9802764  1346902    01/09/13
    IN-HOUSE/MEALS
                                             0942 MEALS/IN-HOUSE Total :                46.99

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                          PIZZARELLO, C       12/31/12         50.40   9803174  1347111    01/10/13
    DOCUMENT RETRIEVAL F                          PIZZARELLO, C       12/31/12         12.30   9803175  1347111    01/10/13
                                             0972 DOCUMENT RETRIEVAL F Total :          62.70


        Costs Total :                                                              3,130.37
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2013 15:12:26

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:    4127848
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status        : ACTIVE

   B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
   Code Description          Amount          Bill         W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward
   ----------------------   ------------     --------    --------------    --------------------------  -------------

   0820 PHOTOCOPYING              125.00     _____    _____    _____  _____

   0841 RESEARCH SERVICES          14.00     _____    _____    _____  _____

   0917 WESTLAW ON-LINE RESEARCH 2,881.68    _____    _____    _____  _____

   0942 MEALS/IN-HOUSE             46.99     _____    _____    _____  _____

   0972 DOCUMENT RETRIEVAL FEES    62.70     _____    _____    _____  _____


         Costs Total :          3,130.37     _____    _____    _____  _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2013 15:12:26

Matter No: 056772-00008                         Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    4127848
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status          : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
               UNBILLED TIME FROM:                                     TO:
               UNBILLED DISB FROM:  12/27/2012                         TO:    12/28/2012
-------------------------------------------------------------------------------------------------------------------------------------
                                               FEES                       COSTS
                                               ----                       -----
            GROSS BILLABLE AMOUNT:              0.00                      306.19
              AMOUNT WRITTEN DOWN:
                          PREMIUM:
                  ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:                                        12/28/2012
        CLOSE MATTER/FINAL BILLING?    YES   OR   NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                       BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                   --------------------------              --------------
                      FEES:                0.00
              DISBURSEMENTS:              306.19    UNIDENTIFIED RECEIPTS:     0.00
                FEE RETAINER:              0.00       PAID FEE RETAINER:       0.00
               DISB RETAINER:              0.00      PAID DISB RETAINER:       0.00
            TOTAL OUTSTANDING:            306.19    TOTAL AVAILABLE FUNDS:     0.00
                                                        TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
            DATE OF LAST BILL:        12/27/12       LAST PAYMENT DATE:    01/11/13
            LAST BILL NUMBER:          610180 ACTUAL FEES BILLED TO DATE:  243,828.50
                                              ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                 TOTAL FEES BILLED TO DATE:  243,828.50
            LAST BILL THRU DATE:      11/30/12     FEES WRITTEN OFF TO DATE:  20,054.00
                                                   COSTS WRITTEN OFF TO DATE:    944.50
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                            ---------------------------
             (1) Exceeded Fixed Fee         (4) Excessive Legal Time   (7) Fixed Fee
             (2) Late Time & Costs Posted   (5) Business Development   (8) Premium
             (3) Pre-arranged Discount      (6) Summer Associate       (9) Rounding        (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    6
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2013 15:12:26

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:       4127848
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                           Oldest      Latest         Total
                                            Entry       Entry          Amount
----  ------------------------------------  -------     -------        -----------
0917  WESTLAW ON-LINE RESEARCH              12/27/12    12/28/12            306.19

         Total                                                              306.19


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                 Employee             Date         Amount       Index#   Batch No  Batch Date
------------------------------------------       ----------           ------       -----------  -------  --------- ----------

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                         HALVERSON, D C       12/27/12          16.37   9797811  1342553   01/02/13
    WESTLAW ON-LINE RESE                         HALVERSON, D C       12/28/12         289.82   9797812  1342553   01/02/13
                                                 0917 WESTLAW ON-LINE RESE Total :    306.19


         Costs Total :                                                                306.19
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE     7
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2013 15:12:26

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:     4127848
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount            Bill        W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward
----------------------        ---------------   ----------  -------------  ------------------------------ ----------------

0917 WESTLAW ON-LINE RESEARCH      306.19       _____  _____  _____ _____


              Costs Total :      306.19         _____  _____  _____ _____
```