IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Chama, Inc.** | **Chapter 7** |
| Debtor(s) | Case No.: 98-2252 |
| | |
| **Federal-Mogul Global, Inc.** | **Chapter 11** |
| Debtor(s) | Case No.: 01-10578 |
| | |
| **The Flintkote Company** | **Chapter 11** |
| Debtor(s) | Case No.: 04-11300 |
| | |
| **W.R. Grace & Co.** | **Chapter 11** |
| Debtor(s) | Case No.: 01-1139 |
| | |
| **Specialty Products Holdings Corp.** | **Chapter 11** |
| Debtor(s) | Case No.: 10-11780 |

## NOTICE OF DATE CHANGE

All hearings that were scheduled for Monday March 25, 2013 in Wilmington, Delaware have been cancelled and moved to Tuesday April 2, 2013. These hearings will be held in Wilmington, Delaware starting at your normal scheduled time. Counsel may participate by phone. Please contact CourtCall and sign up by noon two business days before the hearing.

2/1/13
Date

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald