## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 2/21/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-THIRD MONTHLY INTERIM PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2013 through January 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $28,168.00   [80% of $35,210.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $393.21 |

This is a(n):  ☒Monthly    ☐Interim    ☐Final Application

-1-

PRIOR APPLICATIONS

| Date  Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 28 years, and his billing rate is $700 per hour.  In this Application

period Mr. Rich billed 50.3 hours,[2] for a total amount billed of $35,210.00 of which 80% is

currently sought, in the amount of $28,168.00.  Payment of 100% of expenses incurred are also

sought, in the amount of $393.21.  The total fees and expenses sought by this application is

$28,561.21.

As stated above, this is the Fifty-Third application for monthly fees and expenses.  The

time for preparation of this Application is approximately 1.8 hours, for which $1,260.00 will be

requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 47.8 | $33,460.00 |
| Fee Application Matters | 2.5 | $1,750.00 |
| TOTAL | 50.3 | $35,210.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Westlaw | $302.11 |
| Copies and Binding | $77.05 |
| Postage | $14.05 |
| TOTAL | $393.21 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of February, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (January, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 1/2/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/2/2013 | Prepare, file and serve 52nd Monthly Fee Application and notice of filing thereof | 1.5 |
| 1/2/2013 | Review Bankruptcy Court notice of Maryland Casualty Substitution of Counsel | 0.1 |
| 1/2/2013 | Conference with D. Hilton re USM Property Damage trust issues | 0.2 |
| 1/2/2013 | Review USDC Maryland Casualty Notice of Substitution of Counsel | 0.1 |
| 1/2/2002 | Review Anderson Memorial Hospital motion in USM to reopen PD Trust and other relief | 0.5 |
| 1/3/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/4/2013 | Review Third Circuit Notice of substitution of counsel re Maryland Casualty | 0.1 |

Page 1 of 7

| | | |
|---|---|---|
| 1/4/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/7/2013 | Emails to and from debtors' counsel re Third Circuit briefs | 0.1 |
| 1/7/2013 | Emails to and from client re Anderson Memorial issues | 0.1 |
| 1/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/7/2013 | Prepare, file and serve CNO for PD FCR's 16th Quarterly Fee Application | 0.2 |
| 1/8/2013 | Review 136th monthly fee application of counsel to the Property Damage Committee | 0.2 |
| 1/8/2013 | Review CNO re Property Damage Committee counsel re quarterly fee application | 0.1 |
| 1/8/2013 | Email from client re Anderson Memorial issue | 0.1 |
| 1/8/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/9/2013 | Review Withdrawal of Application to Amend Retention Order re Baker Donelson | 0.1 |
| 1/9/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/9/2013 | Emails to and from fee auditor re PD FCR's 16th Quarterly fee application | 0.1 |
| 1/9/2013 | Certificate of No Objection to the 46th Quarterly Fee Application of local counsel to the Property Damage committee | 0.1 |
| 1/9/2013 | Review 139th Fee Application of Local Counsel to the Official Committee of Asbestos Property Damage Claimants | 0.2 |
| 1/9/2013 | Review 137th Fee Application of Bilzin Sumberg, Counsel to the Official Committee of Asbestos Property Damage Claimants | 0.2 |
| 1/10/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/11/2013 | Review US Trustee Limited Objection to Anderson Memorial Hospital Motion to Reopen PD Trust in USM | 0.2 |
| 1/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 1/11/2013 | Review Draft of Plan Proponents' Third Circuit Brief re Anderson Memorial | 1.5 |
| 1/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/14/2013 | Drafting of Third Circuit Brief | 6.0 |
| 1/14/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/14/2013 | Emails to and from client re Anderson Memorial issues | 0.1 |
| 1/14/2013 | Review Plan Proponents' motion to consolidate briefs re Garlock, Montana and Canada | 0.2 |
| 1/14/2013 | Email from ZAI special counsel re appeal | 0.1 |
| 1/15/2013 | Continue drafting Judge Sanders' Brief on Appeal in Third Circuit; additional research re brief | 6.0 |
| 1/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/15/2013 | Review 4Q12 Notice of Ordinary Course Professional's compensation | 0.2 |
| 1/15/2013 | Prepare, file and serve Judge Sanders' 39th Monthly Fee Application and Notice of Filing | 0.5 |
| 1/15/2013 | Review Plan Proponents' revised draft brief re Anderson Memorial issues | 1.2 |
| 1/15/2013 | Review Certificate of No Objection re third amendment to post petition LOC facility | 0.1 |
| 1/15/2013 | Emails to and from debtors' counsel re Third Circuit briefs | 0.1 |
| 1/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/16/2013 | Revisions to Third Circuit brief of PD FCR | 6.0 |
| 1/16/2013 | Emails to and from debtors' counsel re Third Circuit briefs | 0.1 |
| 1/16/2013 | Review Order granting Debtors' motion to amend post-petition letter of credit facility | 0.1 |
| 1/16/2013 | Review Opposition by PD Committee of Anderson Memorial Hosp. motion to reopen re PD Trust in USM case | 0.3 |

| | | |
|---|---|---|
| 1/16/2013 | Review Withdrawal of Appearance of Louisiana DEQ | 0.1 |
| 1/16/2013 | Review draft excerpt of Plan Proponents' Consolidated Third Circuit Brief re Garlock, Montana and Canada | 1.0 |
| 1/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/17/2013 | Emails to and from debtors' counsel re Third Circuit briefs | 0.1 |
| 1/17/2013 | Review final draft of Plan Proponents brief re AMH issues | 1.0 |
| 1/17/2013 | Revisions to Third Circuit brief of PD FCR; attention to filing and service of Brief | 2.0 |
| 1/17/2013 | Email to client re brief | 0.1 |
| 1/17/2013 | Review Plan Proponents' supplemental certificate of service | 0.1 |
| 1/17/2013 | Review Withdrawal of Appearance of Bryan Cave | 0.1 |
| 1/17/2013 | Review Request for Removal from Mailing List of Bryan Cave | 0.1 |
| 1/18/2013 | Review Notices from Third Circuit re briefs | 0.1 |
| 1/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/18/2013 | Review Plan Proponents' Motion to Supplement the Appendix | 0.2 |
| 1/18/2013 | Review Plan Proponents' Motion to File Non-Compliant Brief re Bank Lenders appeal | 0.2 |
| 1/18/2013 | Review Supplemental Appendix | 3.5 |
| 1/18/2013 | Email to client re various pending matters | 0.1 |
| 1/18/2013 | Review Plan Proponents' Response Brief to Opening Brief of Anderson Memorial Hospital | 1.5 |
| 1/18/2013 | Review Plan Proponents' Response Brief to Opening Brief of the Bank Lenders | 2.0 |
| 1/18/2013 | Review Plan Proponents' Consolidated Response Brief to Opening Brief of Garlock, Canada and Montana | 2.5 |

| | | |
|---|---|---|
| 1/19/2013 | Review Order granting verbal extension to Bank Lenders to file Reply Brief | 0.1 |
| 1/19/2013 | Review Response of the PI Trust to Anderson Memorial Motion to reopen re PD Trust in USM | 0.3 |
| 1/19/2013 | Review Order granting verbal extension to Canada to file Reply Brief | 0.1 |
| 1/19/2013 | Review Order granting verbal extension to Montana and Bank Lenders to file Reply Brief | 0.1 |
| 1/19/2013 | Review Monthly Fee Applications of the Canadian ZAI Counsels | 0.3 |
| 1/19/2013 | Review Response of USM to Anderson Memorial Motion to reopen re PD Trust in USM | 0.2 |
| 1/19/2013 | Review Response of the City of New York to Anderson Memorial Hospital Motion to Reopen PD Trust in USM case | 0.2 |
| 1/19/2013 | Review Agenda for February, 2013 Omnibus hearing | 0.1 |
| 1/19/2013 | Motion to Extend Credit Agreement with Advanced Refining Technologies and email to client re same | 0.3 |
| 1/19/2013 | Review 46th Quarter Report of Settlements | 0.1 |
| 1/19/2013 | Review 46th Quarter Report of Asset Sales | 0.1 |
| 1/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/21/2013 | Review Fee Auditor's Report re 46th Quarterly fee application of the Hogan firm | 0.1 |
| 1/21/2013 | Review Fee Auditor's Report re 46th Quarterly fee application of the Puchulski firm | 0.1 |
| 1/22/2013 | Review Order granting verbal extension to Garlock to file Reply Brief | 0.1 |
| 1/22/2013 | Email from client re motion to extend credit agreement with ART | 0.1 |
| 1/22/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/22/2013 | Review Notice from Third Circuit re receipt of PD FCR's Brief | 0.1 |

| | | |
|---|---|---|
| 1/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/24/2013 | Review Withdrawal of Appearance re Certain Cancer Claimants | 0.1 |
| 1/24/2013 | Review Third Circuit Notice of Appearance of Ashley C. Parrish on behalf of Amicus Curiae Imperial Tobacco Canada | 0.1 |
| 1/24/2013 | Prepare and file Certification of No Objection to 52nd Monthly Fee Application | 0.2 |
| 1/24/2013 | Review Third Circuit Notice of Appearance of Matthew S. Owen on behalf of Amicus Curiae Imperial Tobacco Canada | 0.1 |
| 1/24/2013 | Review Third Circuit Notice of Appearance of Thaddeus D. Wilson on behalf of Amicus Curiae Imperial Tobacco Canada | 0.1 |
| 1/24/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/24/2013 | Review Corporate Disclosure Statement of Imperial Tobacco Canada Limited | 0.1 |
| 1/24/2013 | Review Proposed Amicus Brief of Imperial Tobacco Canada Limited and Motion for Leave to file same | 0.8 |
| 1/24/2013 | Review Third Circuit Notice of Appearance of Carolyn Sweeney on behalf of Amicus Curiae Imperial Tobacco Canada | 0.1 |
| 1/24/2013 | Emails to and from counsel opposing Imperial Tobacco in Flintkote case re amicus brief | 0.1 |
| 1/25/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/25/2013 | Revew Notice from Third Circuit re receipt of amicus brief | 0.1 |
| 1/26/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/28/2013 | Review Corrected Brief of Imperial Tobacco | 0.2 |
| 1/28/2013 | Review Corrected Motion for Leave to File Amicus Brief of Imperial Tobacco | 0.1 |
| 1/28/2013 | Review Garlock Motion for Leave to File Non-Compliant Brief | 0.3 |

| 1/28/2013 | Review Third Circuit Order granting Plan Proponents' Motion to File Supplemental Appendix | 0.1 |
| 1/28/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/28/2013 | Review Clerk's Order granting extension of time to file Anderson Memorial Hospital's Reply Brief | 0.1 |
| 1/28/2013 | Review Supplemental certificate of service of Plan Proponents' Brief and Supplemental Appendix | 0.1 |
| 1/28/2013 | Review Notice from Third Circuit re receipt of hard copies of Amicus Brief of Imperial Tobacco | 0.1 |
| 1/28/2013 | Review Notice from Third Circuit re corrected docket entry for Plan Proponents' brief re Anderson Memorial Hospital | 0.1 |
| 1/29/2013 | Review Notice from Third Circuit re receipt of corrected amicus brief | 0.1 |
| 1/29/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/30/2013 | Review Certificate of No Objection re PD committee monthly fee application | 0.1 |
| 1/30/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/31/2013 | Emails to and from debtors' counsel re appeal | 0.1 |
| 1/31/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/31/2013 | Review notice of closing adversary cases | 0.1 |

Total:   50.3 hours @ $700/hour = $35,210.00

Expenses:    Westlaw – $302.11
Copies and Binding – $77.05
Postage – $14.05

Total Expenses:  $393.21

Total Fees and Expenses Due:  $35,603.21