

January 28, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   227862

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH December 31, 2012

## CLIENT SUMMARY

**BALANCE AS OF- 12/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $1,166.00 | $37.00 | $1,203.00 |
| **.15543 -** 07 - Applicant's Fee Application | $708.50 | $0.00 | $708.50 |
| **.15544 -** 08 - Hearings | $2,261.00 | $0.00 | $2,261.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $110.00 | $0.00 | $110.00 |
| *Client Total* | *$4,245.50* | *$37.00* | *$4,282.50* |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Sakalo, Jay M | 4.80 | $550.00 | $2,640.00 |
| Snyder, Jeffrey I | 0.60 | $410.00 | $246.00 |
| Donaire, Gloria | 1.80 | $220.00 | $396.00 |
| Flores, Luisa M | 4.10 | $235.00 | $963.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**  *$4,245.50*

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Copies | $37.00 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$37.00*** |

| | |
|---|---:|
| **TOTAL BALANCE DUE THIS PERIOD** | **$4,282.50** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/03/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/04/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/05/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/06/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/07/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/10/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/11/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/12/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/13/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/14/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/17/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/18/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/19/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/20/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/21/12 | JMS | 1.40 | 770.00 | Continue review of opening appellate briefs. |
| 12/21/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/26/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/27/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/28/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** $1,166.00

## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 12/04/12 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 12/04/12 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 12/04/12 | Copies 93 pgs @ 0.10/pg | 9.30 |
| 12/12/12 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/13/12 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 12/13/12 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 12/13/12 | Copies 37 pgs @ 0.10/pg | 3.70 |

**TOTAL COSTS ADVANCED** — $37.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.40 | $550.00 | $770.00 |
| Donaire, Gloria | 1.80 | $220.00 | $396.00 |
| *TOTAL* | *3.20* | | *$1,166.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Copies | $37.00 |
| *TOTAL* | *$37.00* |

**CURRENT BALANCE DUE THIS MATTER** — $1,203.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/10/12 | JMS | 0.10 | 55.00 | Email from fee auditor regarding 46th quarterly application. |
| 12/10/12 | JIS | 0.10 | 41.00 | Emails from fee examiner and from/to J. Sakalo and L. Flores re: filing of 46th quarterly interim fee application. |
| 12/11/12 | LMF | 0.30 | 70.50 | Research regarding filing of 46th interim quarterly fee application and submit copy of same to attorneys for fee auditor's review. |
| 12/11/12 | JMS | 0.10 | 55.00 | Email to B. Ruhlander regarding 46th quarterly fee application. |
| 12/12/12 | JIS | 0.20 | 82.00 | Email from L. Flores re: quarterly interim fee application; begin review of October and November prebills. |
| 12/12/12 | JIS | 0.30 | 123.00 | Finish reviewing and revising October and November prebills. |
| 12/13/12 | LMF | 0.30 | 70.50 | Attend to edits to time entries for months of October and November |
| 12/26/12 | LMF | 0.90 | 211.50 | Follow up for finalizing statement of fees and prepare summaries and notices for months of October and November and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $708.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| Snyder, Jeffrey I | 0.60 | $410.00 | $246.00 |
| Flores, Luisa M | 1.50 | $235.00 | $352.50 |
| *TOTAL* | *2.30* | | *$708.50* |

**CURRENT BALANCE DUE THIS MATTER** $708.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15544

**RE:  08 - Hearings**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 10/08/12 | LMF | 0.30 | 70.50 | Attend to emails, agenda and possible appearances for upcoming hearing. |
| 10/08/12 | JMS | 0.90 | 495.00 | Review 10/15 agenda and email to committee regarding same (.3); review pleadings for hearing (.6). |
| 10/09/12 | LMF | 0.30 | 70.50 | Make arrangements with courtcall to have J. Sakalo; appear at omnibus hearing on October 15 2012. |
| 10/09/12 | JMS | 0.20 | 110.00 | Emails with Prudential's counsel regarding hearing. |
| 10/10/12 | LMF | 0.50 | 117.50 | Make arrangements for M. Dies and D. Speights to attend omnibus hearing via telephone. |
| 10/11/12 | LMF | 0.30 | 70.50 | Verify and confirm no further attorneys are attending hearing and send out confirmation to attorneys. |
| 10/11/12 | JMS | 0.20 | 110.00 | Emails with committee regarding telephonic appearance at hearing. |
| 10/12/12 | LMF | 0.60 | 141.00 | Compile documents and prepare hearing notebook for J. Sakalo. |
| 10/15/12 | JMS | 1.50 | 825.00 | Prepare for and participate in omnibus hearing and email summary to committee (.8); post-hearing email exchange with committee members regarding same (.7). |
| 12/11/12 | JMS | 0.20 | 110.00 | Review agenda for 12/17 hearing and email to Committee regarding same. |
| 12/12/12 | LMF | 0.40 | 94.00 | Attend to emails regarding omnibus hearing, review agenda and arrange for telephone appearance at hearing for J. Sakalo. |
| 12/13/12 | LMF | 0.20 | 47.00 | Confirm cancelation of hearing and advise attorney. |

**PROFESSIONAL SERVICES** $2,261.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.00 | $550.00 | $1,650.00 |
| Flores, Luisa M | 2.60 | $235.00 | $611.00 |
| *TOTAL* | *5.60* | | *$2,261.00* |

**CURRENT BALANCE DUE THIS MATTER** $2,261.00

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 12/11/12 | JMS | 0.20 | 110.00 | Emails with R. Higgins regarding PD claim filed by State of Washington. | |

**PROFESSIONAL SERVICES** $110.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| *TOTAL* | *0.20* | | *$110.00* |

**CURRENT BALANCE DUE THIS MATTER** $110.00