# EXHIBIT A

**(Horton Iron & Metal)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                    January 18, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015355
7500 Grace Drive                                     Invoice # 151992
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

**Horton Iron & Metal**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/04/12 | S. Albert | L120 | 2.30 | Draft guidance letter. |
| 12/10/12 | P. Marks | L120 | 1.30 | Prepare letter draft. |
| 12/11/12 | R. Brager | L120 | 0.30 | Review letter and email to P. Marks and S. Albert re same. |
| 12/11/12 | S. Albert | L120 | 0.50 | Integrate P. Marks comments and revise letter. |
| 12/12/12 | R. Brager | L120 | 1.00 | Revise and edit letter and email P. Marks and S. Albert re same. |
| 12/12/12 | P. Marks | L120 | 0.30 | Review R. Brager comments re guidance letter. |
| 12/13/12 | R. Brager | L120 | 0.30 | Meeting with P. Marks and S. Albert re letter. |
| 12/13/12 | P. Marks | L120 | 0.40 | Conference with R. Brager and S. Albert re possible guidance letter approach. |
| 12/13/12 | S. Albert | L120 | 0.20 | Meeting with P. Marks and R. Brager re revisions to draft guidance letter. |
| 12/14/12 | R. Brager | L120 | 0.20 | Review and edit letter and send same to P. Marks and S. Albert. |

BEVERIDGE & DIAMOND, P.C.                                     INVOICE #  151992
                                                              January 18, 2013
                                                              PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/14/12 | S. Albert | L120 | 0.20 | Revisions to draft guidance letter and send to P. Marks and R. Brager. |
| 12/17/12 | P. Marks | L120 | 0.20 | Coordinate with client. |
| 12/20/12 | R. Brager | L120 | 0.70 | Telephone conference with Grace, and follow-up meeting with P. Marks and S. Albert re issues. |
| 12/20/12 | P. Marks | L120 | 1.40 | Evaluate and revise letter, telephone conference with J. Freeman re same and telephone conference with client and internal team re same and next steps. |
| 12/20/12 | S. Albert | L120 | 0.50 | Meeting with P. Marks and R. Brager and Grace re letter; revision of letter. |
| 12/21/12 | R. Brager | L120 | 0.20 | Review letter and email re same. |

**Total Hours :**      10.00

**Total Fees :**       $4,758.70

BEVERIDGE & DIAMOND, P.C.                                   INVOICE #  151992
                                                            January 18, 2013
                                                            PAGE   3

**Time Summary :**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager  | 2.70 | $657.80 | $1,776.06 |
| P. Marks   | 3.60 | $469.20 | $1,689.12 |
| S. Albert  | 3.70 | $349.60 | $1,293.52 |
|            | **Total Fees :** | | **$4,758.70** |
|            | **Total Fees:**  | | **$4,758.70** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 10.00 | $4,758.70 |
| Total L100 | 10.00 | $4,758.70 |
| **Total Fees :** | **10.00** | **$4,758.70** |

**Summary by Disbursement Codes :**

                                          **TOTAL DUE :**          **$4,758.70**