# EXHIBIT B

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

January 18, 2013  
Client/Matter # 01246-015172  
Invoice # 151991  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/03/12 | K. Bourdeau | C300 | 6.00 | Prepare for strategy meeting and attend strategy meeting in Baltimore and post-meeting caucus re path forward. |
| 12/03/12 | P. Marks | C300 | 4.20 | Conference with client team re strategy, tasks and detailed technical review by new consultant. |
| 12/04/12 | K. Bourdeau | C300 | 3.30 | Prepare proposed approach to other entities, e-mail communications with P. Marks re same, and review and revision of draft letter. |
| 12/04/12 | P. Marks | C300 | 0.50 | Issue and task evaluation telephone conference with L. Duff and follow-up information provided to K. Bourdeau re same. |
| 12/05/12 | K. Bourdeau | C300 | 1.80 | Finalize comments on draft letter. |
| 12/05/12 | P. Marks | C300 | 1.00 | Evaluate letter, telephone conference with K. Bourdeau re same and edit same. |
| 12/05/12 | P. Marks | C300 | 1.10 | Evaluate status and review information received. |

BEVERIDGE & DIAMOND, P.C.                             INVOICE #  151991
                                                      January 18, 2013
                                                      PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 12/06/12 | K. Bourdeau | C300 | 0.50 | Participate in Grace team call and communications with P. Marks re same. |
| 12/06/12 | P. Marks | C300 | 0.80 | Evaluate letter, send edits to client, and follow-up telephone conference re same. |
| 12/06/12 | P. Marks | C300 | 1.30 | Gather information, respond re agenda, telephone conference with K. Bourdeau re scoping and participate in weekly project call. |
| 12/07/12 | K. Bourdeau | C300 | 1.50 | Prepare e-mail to Grace team and conference with P. Marks. |
| 12/07/12 | P. Marks | C300 | 1.70 | Telephone conferences with L. Duff and H. Feichko re correspondence, technical issues and planning for next team meeting agenda. |
| 12/07/12 | P. Marks | C300 | 0.90 | Tasks to prepare for Monday's team meeting, including evaluate issues, telephone conference with K. Bourdeau and email to client. |
| 12/07/12 | J. Lanham | C300 | 0.80 | Document related activities. |
| 12/07/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 12/08/12 | K. Bourdeau | C300 | 0.30 | Review background material for 12/10/12 call. |
| 12/09/12 | P. Marks | C300 | 0.50 | Review consultant's technical email and provide feedback to H. Feichko re same. |
| 12/10/12 | K. Bourdeau | C300 | 1.00 | Participate in status/strategy conference call. |
| 12/10/12 | P. Marks | C300 | 1.40 | Telephone conference with client and team re tasks. |
| 12/10/12 | P. Marks | C300 | 1.10 | Telephone conference with H. Feichko and consultant re technical/scientific issues to ensure validity of positions. |
| 12/10/12 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko and consultant re correspondence content. |
| 12/10/12 | P. Marks | C300 | 0.80 | Prepare suggested edits to shorten correspondence. |
| 12/11/12 | K. Bourdeau | C300 | 0.80 | Review and revise draft of letter, and prepare comments on same. |
| 12/11/12 | P. Marks | C300 | 0.80 | Provide update to K. Bourdeau re status, schedule meeting, and evaluate tasks. |

BEVERIDGE & DIAMOND, P.C.                              INVOICE # 151991
                                                       January 18, 2013
                                                       PAGE   3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/11/12 | P. Marks | C300 | 1.40 | Prepare for and participate in telephone conference with consultant and H. Feichko, follow-up telephone conference with H. Feichko re same, and revise letter re same. |
| 12/12/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re recent developments. |
| 12/12/12 | P. Marks | C300 | 3.50 | Conference with L. Duff and H. Feichko for in depth review of tasks and strategy. |
| 12/12/12 | J. Lanham | C300 | 0.50 | Conferences with client, in firm and external parties. |
| 12/13/12 | K. Bourdeau | C300 | 1.00 | Attend teleconference and communications re same. |
| 12/13/12 | P. Marks | C300 | 2.40 | Assess and telephone conference with H. Feichko and consultants re presentation preparation, and follow-up telephone conference with H. Feichko re evaluation of same. |
| 12/14/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 12/17/12 | K. Bourdeau | C300 | 0.30 | Conference with P. Marks re recent developments, action items. |
| 12/17/12 | P. Marks | C300 | 0.30 | Telephone conference with K. Bourdeau re update. |
| 12/19/12 | K. Bourdeau | C300 | 1.50 | Conference with H. Feichko and P. Marks and prepare notes re same. |
| 12/19/12 | P. Marks | C300 | 1.00 | Telephone conference with H. Feichko and K. Bourdeau re policy reform information and developments. |
| 12/20/12 | K. Bourdeau | C300 | 0.50 | Review and provide comment on H. Feichko notes. |
| 12/21/12 | K. Bourdeau | C300 | 0.30 | E-mail communications. |
| 12/21/12 | P. Marks | C300 | 0.60 | Review policy presentation and email exchanges re same. |
| 12/21/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 12/28/12 | E. Wolk | C300 | 0.30 | Monitoring. |

                                       Total Hours :        48.30

                                       Total Fees :     $25,739.30

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151991
January 18, 2013
PAGE   4

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 19.30 | $657.80 | $12,695.54 |
| P. Marks | 26.50 | $469.20 | $12,433.80 |
| J. Lanham | 1.30 | $303.60 | $394.68 |
| E. Wolk | 1.20 | $179.40 | $215.28 |
| **Total Fees :** | | | **$25,739.30** |
| **Total Fees:** | | | **$25,739.30** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 48.30 | $25,739.30 |
| Total | 48.30 | $25,739.30 |
| **Total Fees :** | **48.30** | **$25,739.30** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $42.24 |
| E110 | Out-of-town Travel | $27.75 |
| | **Total Disbursements :** | **$69.99** |
| | **TOTAL DUE :** | **$25,809.29** |