# EXHIBIT C

**(Petition)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044  

January 18, 2013  
Client/Matter #  01246-015504  
Invoice # 151993  
Federal ID# 52-1247549  

For Legal Services Rendered Through 12/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Petition**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/02/12 | K. Bourdeau | C300 | 2.80 | Work on petition. |
| 12/06/12 | K. Bourdeau | C300 | 0.50 | Work on petition. |
| 12/08/12 | K. Bourdeau | C300 | 0.00 | Work on petition. |
| 12/09/12 | K. Bourdeau | C300 | 4.00 | Work on petition. |
| 12/10/12 | K. Bourdeau | C300 | 0.80 | Work on petition. |
| 12/15/12 | K. Bourdeau | C300 | 1.50 | Work on petition. |
| 12/17/12 | K. Bourdeau | C300 | 2.00 | Work on petition. |
| 12/17/12 | P. Marks | C300 | 0.20 | Telephone conference with K. Bourdeau re research. |
| 12/18/12 | K. Bourdeau | C300 | 1.00 | Work on petition. |
| 12/19/12 | K. Bourdeau | C300 | 0.50 | Work on petition. |
| 12/23/12 | P. Marks | C300 | 2.10 | Evaluate draft petition. |
| 12/24/12 | K. Bourdeau | C300 | 1.50 | Work on petition. |

```
BEVERIDGE & DIAMOND, P.C.                          INVOICE #  151993
                                                   January 18, 2013
                                                   PAGE   2
```

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 12/25/12 | K. Bourdeau | C300 | 3.00 | Work on petition. |
| 12/26/12 | K. Bourdeau | C300 | 2.00 | Work on petition; communication with P. Marks re same. |
| 12/26/12 | P. Marks | C300 | 0.30 | Coordinate with K. Bourdeau re draft petition. |
| 12/27/12 | K. Bourdeau | C300 | 2.50 | Work on petition; communications with P. Marks re same. |
| 12/28/12 | K. Bourdeau | C300 | 3.00 | Work on petition. |

**Total Hours :**   27.70

**Total Fees :**   $17,730.70

BEVERIDGE & DIAMOND, P.C.                                INVOICE #  151993
                                                         January 18, 2013
                                                         PAGE   3

## Time Summary :

|              | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau  | 25.10 | $657.80 | $16,510.78 |
| P. Marks     | 2.60  | $469.20 | $1,219.92  |
| Total Fees : |       |         | $17,730.70 |
| Total Fees:  |       |         | $17,730.70 |

## Summary by Task Codes :

| CODE  | Hours | Bill Amount |
|---|---|---|
| C300  | 27.70 | $17,730.70 |
| Total | 27.70 | $17,730.70 |
| Total Fees : | 27.70 | $17,730.70 |

## Summary by Disbursement Codes :

|  | TOTAL DUE : | $17,730.70 |
|---|---|---|