# EXHIBIT D

(Curtis Bay Air)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

January 18, 2013  
Client/Matter #  01246-015577  
Invoice # 151994  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay Air**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/05/12 | L. McAfee | C300 | 0.50 | Telephone conference with H. Feichko re legal questions. |
| 12/06/12 | L. McAfee | C300 | 0.50 | Review and revise legal analyses; emails and telephone conference with Zephyr re same. |
| 12/07/12 | L. McAfee | C300 | 0.50 | Review project letters to and from MDE, and telephone conference with L. Duff, H. Feichko re legal question. |
| 12/10/12 | L. McAfee | C300 | 0.50 | Emails and plan Friday meeting, and emails re revised analysis. |
| 12/11/12 | L. McAfee | C300 | 1.00 | Emails with R. Brower, J. Seinfeld, and review new project documents. |
| 12/12/12 | L. McAfee | C300 | 2.00 | Telephone conferences with Zephyr, M. Galloway re two new projects. |
| 12/14/12 | L. McAfee | C300 | 2.50 | Site visit to discuss projects. |

Total Hours :  7.50

BEVERIDGE & DIAMOND, P.C.  INVOICE #  151994
January 18, 2013
PAGE  2

Total Fees :  $3,519.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  151994
                                                             January 18, 2013
                                                             PAGE   3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 7.50 | $469.20 | $3,519.00 |
|  | Total Fees : |  | $3,519.00 |
|  | Total Fees: |  | $3,519.00 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 7.50 | $3,519.00 |
| Total | 7.50 | $3,519.00 |
| Total Fees : | 7.50 | $3,519.00 |

**Summary by Disbursement Codes :**

|  |  |  |
|---|---|---|
|  | **TOTAL DUE :** | **$3,519.00** |