# EXHIBIT E

(Bankruptcy Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 18, 2013
Client/Matter #   01246-012629
Invoice # 151990
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

**Disbursements:**

| | |
|---|---|
| Copying | 9.90 |
| Postage | 4.90 |

Total Disbursements :   $14.80

TOTAL DUE :   $14.80