### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) **Objection Deadline:** February 25, 2013, at |
| | ) 4:00 p.m. (prevailing eastern time) |

### SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2012, THROUGH DECEMBER 31, 2012

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP ("K&E")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **December 1, 2012, through December 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$913,592.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$10,942.36** |

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

This is a **X** monthly ___ interim __ final application.

The total time expended for the preparation of this application is approximately **15 hours,**

and the corresponding estimated compensation *that will be requested in a future application* is

approximately **$7,000.00.**

This is K&E's monthly application for interim compensation of services for the interim

fee period December 1, 2012 through December 31, 2012.

The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 - 4/30/01 | $626,079.00 | $32,439.84 | Interim approval | Interim approval |
| June 29, 2001 | 5/1 - 5/31/01 | $567,151.00 | $77,487.86 | Interim approval | Interim approval |
| July 31, 2001 | 6/1 - 6/30/01 | $560,569.50 | $45,466.13 | Interim approval | Interim approval |
| July 31, 2001 | April - June 2001 | $1,753,799.50 | $155,393.83 | $1,753,799.50[2] | $155,393.83 |
| August 28, 2001 | 7/1 - 7/31/01 | $476,582.50 | $25,312.13 | Interim approval | Interim approval |
| September 28, 2001 | 8/1 - 8/31/01 | $472,334.50 | $29,022.59 | Interim approval | Interim approval |
| October 30, 2001 | 9/1 - 9/30/01 | $443,617.50 | $27,147.47 | Interim approval | Interim approval |
| November 7, 2001 | July - September 2001 | $1,392,534.50 | $81,482.19 | $1,392,534.50[2] | $81,482.19 |
| December 11, 2001 | 10/1 - 10/31/01 | $493,074.00 | $27,724.54 | Interim approval | Interim approval |
| December 29, 2001 | 11/1 - 11/30/01 | $524,980.00 | $29,678.21 | Interim approval | Interim approval |
| January 31, 2002 | 12/1 - 12/31/01 | $405,278.50 | $27,276.95 | Interim approval | Interim approval |
| February 7, 2002 | October – December 2001 | $1,423,332.50 | $84,679.70 | $1,419,127.00[2] | $84,679.70 |
| March 4, 2002 | 1/1 - 1/31/02 | $439,056.00 | $32,279.54 | Interim approval | Interim approval |
| March 27, 2002 | 2/1 - 2/28/02 | $412,304.00 | $18,475.64 | Interim approval | Interim approval |
| May 2, 2002 | 3/1 - 3/31/02 | $430,342.50 | $51,759.20 | Interim approval | Interim approval |
| June 10, 2002 | January - March 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50[3] | $101,656.38 |
| June 10, 2002 | 4/1 - 4/30/02 | $410,702.50 | $25,286.05 | Interim approval | Interim approval |
| July 2, 2002 | 5/1 - 5/31/02 | $335,280.50 | $25,556.83 | Interim approval | Interim approval |
| August 8, 2002 | 6/1 - 6/30/02 | $243,127.00 | $16,326.36 | Interim approval | Interim approval |
| September 3, 2002 | April - June 2002 | $989,110.00 | $67,169.24 | $981,666.50[4] | $67,169.24 |
| September 11, 2002 | 7/1 - 7/31/02 | $335,129.00 | $28,504.48 | Interim approval | Interim approval |
| October 2, 2002 | 8/1 - 8/31/02 | $344,619.00 | $86,047.20 | Interim approval | Interim approval |
| October 30, 2002 | 9/1 - 9/30-02 | $238,876.50 | $20,882.49 | Interim approval | Interim approval |

---

[2]      The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[3]      The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002.

[4]      The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

K&E 24966109

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 27, 2002 | July - September 2002 | $918,624.50 | $135,434.17 | $918,624.50[5] | $134,478.90 |
| December 6, 2002 | 10/1 - 10/31/02 | $207,778.00 | $7,769.74 | Interim approval | Interim approval |
| January 13, 2003 | 11/1 - 11/30/02 | $122,419.00 | $4,732.30 | Interim approval | Interim approval |
| January 30, 2003 | 12/1 - 12/31/02 | $129,243.50 | $6,093.80 | Interim approval | Interim approval |
| March 4, 2003 | October - December 2002 | $459,440.50 | $18,595.84 | $459,440.50[6] | $18,467.74 |
| March 4, 2003 | 1/1 - 1/31/03 | $162,033.00 | $6,383.16 | Interim approval | Interim approval |
| April 2, 2003 | 2/1 - 2/28/03 | $215,511.50 | $3,784.70 | Interim approval | Interim approval |
| April 29, 2003 | 3/1 - 3/31/03 | $146,603.00 | $6,713.84 | Interim approval | Interim approval |
| May 15, 2003 | January - March 2003 | $524,147.50 | $16,881.70 | $524,045.50[7] | $16,881.70 |
| June 3, 2003 | 4/1 - 4/30/03 | $135,130.00 | $2,786.42 | Interim approval | Interim approval |
| July 11, 2003 | 5/1 - 5/31/03 | $109,408.00 | $6,546.04 | Interim approval | Interim approval |
| July 31, 2003 | 6/1 - 6/30/03 | $115,099.00 | $1,925.86 | Interim approval | Interim approval |
| August 27, 2003 | April - June, 2003 | $359,637.00 | $11,258.32 | $357,346.00[8] | $11,183.48 |
| September 5, 2003 | 7/1 - 7/31/03 | $197,495.50 | $9,235.33 | Interim approval | Interim approval |
| October 1, 2003 | 8/1 - 8/31/03 | $178,910.50 | $7,009.66 | Interim approval | Interim approval |
| November 6, 2003 | 9/1 - 9/30/03 | $157,200.00 | $3,817.57 | Interim approval | Interim approval |
| November 18, 2003 | July - September 2003 | $533,606.00 | $20,062.56 | $533,606.00[9] | $20,062.56 |
| November 26, 2003 | 10/1 - 10/31/03 | $251,093.50 | $7,115.96 | Interim approval | Interim approval |
| December 29, 2003 | 11/1 - 11/30/03 | $187,914.00 | $4,969.88 | Interim approval | Interim approval |
| February 2, 2004 | 12/1 - 12/31/03 | $317,880.00 | $8,631.60 | Interim approval | Interim approval |
| February 25, 2004 | October - December 2003 | $756,887.50 | $20,717.44 | $756,838.00[10] | $20,717.44 |
| March 5, 2004 | 1/1 - 1/31/04 | $524,446.00 | $32,428.07 | Interim approval | Interim approval |
| April 2, 2004 | 2/1 - 2/29/04 | $274,589.50 | $10,852.51 | Interim approval | Interim approval |
| May 3, 2004 | 3/1 - 3/31/04 | $337,945.00 | $13,159.10 | Interim approval | Interim approval |
| May 17, 2004 | January - March 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00[11] | $56,439.68 |
| June 1, 2004 | 4/1 - 4/30/04 | $280,547.50 | $10,895.93 | Interim approval | Interim approval |
| July 1, 2004 | 5/1 - 5/31/04 | $213,906.00 | $9,502.49 | Interim approval | Interim approval |
| September 2, 2004 | 6/1 - 6/30/04 | $430,246.50 | $15,235.72 | Interim approval | Interim approval |
| October 6, 2004 | April - June 2004 | $924,700.00 | $35,634.14 | $918,960.50[12] | $35,557.55 |
| September 17, 2004 | 7/1 - 7/31/04 | $599,563.50 | $27,869.76 | Interim approval | Interim approval |
| October 7, 2004 | 8/1 - 8/31/04 | $793,285.00 | $45,729.42 | Interim approval | Interim approval |

[5]    The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003.

[6]    The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003.

[7]    The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003.

[8]    The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003.

[9]    The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004.

[10]    The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004.

[11]    The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.

[12]    The fees and expenses requested in the April-June, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on January 25, 2005.

K&E 24966109

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 3, 2004 | 9/1 - 9/30/04 | $913,771.00 | $32,811.19 | Interim approval | Interim approval |
| November 17, 2004 | July – September 2004 | $2,306,619.50 | $106,410.37 | $2,298,879.00[13] | $105,176.56 |
| December 7, 2004 | 10/1 - 10/31/04 | $842,268.50 | $38,703.13 | Interim approval | Interim approval |
| January 7, 2004 | 11/1 - 11/30/04 | $581,027.00 | $35,469.12 | Interim approval | Interim approval |
| February 1, 2005 | 12/1 - 12/31/04 | $863,104.50 | $38,461.17 | Interim approval | Interim approval |
| February 14, 2005 | October – December 2004 | $2,286,400.00 | $112,633.42 | $2,279,008.50[14] | $110,200.64 |
| March 18, 2005 | 1/1 - 1/31/05 | $1,214,802.50 | $65,721.17 | Interim approval | Interim approval |
| April 15, 2005 | 2/1 - 2/28/05 | $717,562.00 | $46,304.21 | Interim approval | Interim approval |
| May 19, 2005 | 3/1 - 3/31/05 | $916,504.00 | $50,822.73 | Interim approval | Interim approval |
| June 15, 2005 | January - March 2005 | $2,848,868.50 | $162,848.11 | $2,833,566.00[15] | $162,482.21 |
| June 7, 2005 | 4/1 - 4/30/05 | $862,337.00 | $32,392.41 | Interim approval | Interim approval |
| June 29, 2005 | 5/1 - 5/31/05 | $852,424.50 | $52,685.55 | Interim approval | Interim approval |
| August 5, 2005 | 6/1 - 6/30/05 | $1,181,036.00 | $58,504.79 | Interim approval | Interim approval |
| August 8, 2005 | April - June 2005 | $2,895,797.50 | $143,582.75 | $2,894,660.00[16] | $143,530.87 |
| September 9, 2005 | 7/1 - 7/31/05 | $1,740,148.50 | $155,036.60 | Interim approval | Interim approval |
| September 28, 2005 | 8/1 - 8/31/05 | $1,451,595.50 | $95,151.93 | Interim approval | Interim approval |
| October 28, 2005 | 9/1 - 9/30/05 | $1,471,412.50 | $128,814.69 | Interim approval | Interim approval |
| October 28, 2005 | July - September 2005 | $4,663,156.50 | $379,003.22 | $4,655,239.50[17] | $378,588.48 |
| November 28, 2005 | 10/1 - 10/31/05 | $1,602,349.50 | $111,318.89 | Interim approval | Interim approval |
| December 28, 2005 | 11/1 - 11/30/05 | $1,743,406.00 | $182,798.39 | Interim approval | Interim approval |
| January 25,2006 | 12/1 - 12/31/05 | $1,638,659.50 | $161,888.24 | Interim approval | Interim approval |
| February 28, 2006 | October - December 2005 | $4,984,415.00 | $456,005.52 | $4,978,349.00[18] | $453,367.08 |
| February 28, 2006 | 1/1 - 1/31/06 | $1,667,688.00 | $176,100.89 | Interim approval | Interim approval |
| March 28, 2006 | 2/1 - 2/28/06 | $1,669,067.50 | $395,113.02 | Interim approval | Interim approval |
| April 28, 2006 | 3/1 - 3/31/06 | $1,615,330.00 | $685,462.58 | Interim approval | Interim approval |
| May 15, 2006 | January - March 2006 | $4,952,085.50 | $1,256,676.49 | $4,942,401.50[19] | $1,256,429.49 |
| May 30, 2006 | 4/1 - 4/30/06 | $1,628,876.50 | $814,117.99 | Interim approval | Interim approval |
| June 28, 2006 | 5/1 - 5/31/06 | $1,800,762.00 | $311,657.73 | Interim approval | Interim approval |
| July 28, 2006 | 6/1 - 6/30/06 | $1,666,537.00 | $207,374.07 | Interim approval | Interim approval |
| August 14, 2006 | April - June 2006 | $5,096,175.75 | $1,333,149.79 | $5,096,175.50[20] | $1,331,919.73 |
| August 28, 2006 | 7/1 - 7/31/06 | $2,026,266.00 | $155,509.57 | Interim approval | Interim approval |

[13]    The fees and expenses requested in the July-September, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 22, 2005.

[14]    The fees and expenses requested in the October-December, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 29, 2005.

[15]    The fees and expenses requested in the January-March, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 26, 2005.

[16]    The fees and expenses requested in the April-June, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 19, 2005.

[17]    The fees and expenses requested in the July-September, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 24, 2006.

[18]    The fees and expenses requested in the October-December, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2006.

[19]    The fees and expenses requested in the January-March, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2006.

[20]    The fees and expenses requested in the April-June, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 18, 2006.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 28, 2006 | 8/1 - 8/31/06 | $2,458,300.00 | $377,534.56 | Interim approval | Interim approval |
| October 30, 2006 | 9/1 - 9/30/06 | $1,508,315.00 | $454,899.58 | Interim approval | Interim approval |
| November 14, 2006 | July - September 2006 | $5,992,881.00 | $987,943.71 | $5,984,268.75[21] | $986,255.71 |
| November 28, 2006 | 10/1 - 10/31/06 | $1,732,139.00 | $698,068.49 | Interim approval | Interim approval |
| December 28, 2006 | 11/1 - 11/30/06 | $1,846,984.50 | $860,948.29 | Interim approval | Interim approval |
| January 29, 2007 | 12/1 - 12/31/06 | $1,577,574.50 | $1,171,910.97 | Interim approval | Interim approval |
| February 14, 2007 | October - December 2006 | $5,156,698.00 | $2,730,927.75 | $5,155,238.00[22] | $2,730,927.75 |
| February 28, 2007 | 1/1 - 1/31/07 | $1,653,083.50 | $505,470.24 | Interim approval | Interim approval |
| March 28, 2007 | 2/1 - 2/28/07 | $1,855,844.00 | $793,394.48 | Interim approval | Interim approval |
| April 30, 2007 | 3/1 - 3/31/07 | $2,043,431.50 | $614,588.91 | Interim approval | Interim approval |
| May 15, 2007 | January - March 2007 | $5,552,359.00 | $1,913,453.63 | $5,547,606.50[23] | $1,913,453.63 |
| May 29, 2007 | 4/1 - 4/30/07 | $1,617,793.00 | $1,471,980.14 | Interim approval | Interim approval |
| June 28, 2007 | 5/1 - 5/31/07 | $1,886,409.50 | $1,580,009.04 | Interim approval | Interim approval |
| July 30, 2007 | 6/1 - 6/30/07 | $2,301,815.00 | $2,237,072.31 | Interim approval | Interim approval |
| August 14, 2007 | April - June 2007 | $5,806,017.50 | $5,289,061.49 | $5,801,255.00[24] | $5,289,061.49 |
| August 28, 2007 | 7/1 - 7/31/07 | $2,031,978.00 | $3,054,735.85 | Interim approval | Interim approval |
| September 28, 2007 | 8/1 - 8/31/07 | $2,141,450.50 | $1,524,583.81 | Interim approval | Interim approval |
| October 29, 2007 | 9/1 - 9/30/07 | $1,851,837.50 | $2,068,988.69 | Interim approval | Interim approval |
| November 14, 2007 | July - September 2007 | $6,025,266.00 | $6,648,308.35 | $6,009,675.50[25] | $6,648,308.35 |
| November 28, 2007 | 10/1 - 10/31/07 | $2,819,249.00 | $1,902,419.07 | Interim approval | Interim approval |
| December 28, 2007 | 11/1 - 11/30/07 | $2,218,978.50 | $1,307,904.30 | Interim approval | Interim approval |
| January 28, 2008 | 12/1 - 12/31/07 | $2,145,512.00 | $861,447.64 | Interim approval | Interim approval |
| February 14, 2008 | October - December 2007 | $7,183,739.50 | $4,071,771.01 | $7,179,358.50[26] | $4,071,035.37 |
| February 28, 2008 | 1/1 - 1/31/08 | $2,982,614.00 | $1,437,331.45 | Interim approval | Interim approval |
| March 28, 2008 | 2/1 - 2/29/08 | $1,556,573.00 | $1,323,655.09 | Interim approval | Interim approval |
| April 28, 2008 | 3/1 - 3/31/08 | $2,723,985.00 | $1,981,870.63 | Interim approval | Interim approval |
| May 15, 2008 | January - March 2008 | $7,263,172.00 | $4,742,857.17 | $7,258,924.50[27] | $4,740,246.26 |
| May 28, 2008 | 4/1 - 4/30/08 | $1,926,854.00 | $776,768.04 | Interim approval | Interim approval |
| June 30, 2008 | 5/1 - 5/31/08 | $1,903,907.50 | $912,081.39 | Interim approval | Interim approval |
| July 28, 2008 | 6/1 - 6/30/08 | $2,007,344.00 | $1,048,779.70 | Interim approval | Interim approval |
| August 14, 2008 | April - June 2008 | $5,838,105.50 | $2,737,629.13 | $5,837,573.00[28] | $2,735,591.33 |

[21]    The fees and expenses requested in the July-September, 2006, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on May 3, 2007.

[22]    The fees and expenses requested in the October-December, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 20, 2007.

[23]    The fees and expenses requested in the January-March, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2007.

[24]    The fees and expenses requested in the April-June, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 13, 2007.

[25]    The fees and expenses requested in the July-September, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 12, 2008.

[26]    The fees and expenses requested in the October-December, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 23, 2008.

[27]    The fees and expenses requested in the January-March, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 1, 2008.

[28]    The fees and expenses requested in the April-June, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 17, 2008.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 28, 2008 | 7/1 - 7/31/08 | $2,028,629.50 | $282,406.92 | Interim approval | Interim approval |
| September 29, 2008 | 8/1 - 8/31/08 | $2,383,467.50 | $150,525.88 | Interim approval | Interim approval |
| October 28, 2008 | 9/1 - 9/30/08 | $2,336,428.00 | $203,984.33 | Interim approval | Interim approval |
| November 14, 2008 | July - September 2008 | $6,748,525.00 | $636,917.13 | $6,746,495.50[29] | $633,229.34 |
| December 1, 2008 | 10/1 - 10/31/08 | $2,671,560.00 | $372,472.73 | Interim approval | Interim approval |
| December 29, 2008 | 11/1 - 11/30/08 | $2,574,249.50 | $445,054.32 | Interim approval | Interim approval |
| January 29. 2009 | 12/1 - 12/31/08 | $2,495,551.00 | $472,978.64 | Interim approval | Interim approval |
| February 16, 2009 | October - December 2008 | $7,741,360.50 | $1,290,505.69 | $7,724,905.50[30] | $1,289,347.54 |
| March 12, 2009 | 1/1 -1/31/09 | $3,260,332.50 | $609,498.37 | Interim approval | Interim approval |
| April 2, 2009 | 2/1 - 2/28/09 | $4,249,447.50 | $1,252,380.41 | Interim approval | Interim approval |
| May 6, 2009 | 3/1 - 3/31/09 | $3,595,406.50 | $1,103,383.42 | Interim approval | Interim approval |
| May 15, 2009 | January - March 2009 | $11,105,186.50 | $2,965,262.20 | $10,198,760.20[31] | $2,964,767.50 |
| June 16, 2009 | 4/1 - 4/30/09 | $3,548,749.50 | $1,007,427.71 | Interim approval | Interim approval |
| July 10, 2009 | 5/1 - 5/31/09 | $1,770,780.50 | $837,016.14 | Interim approval | Interim approval |
| August 13, 2009 | 6/1 - 6/30/09 | $1,674,270.50 | $472,533.36 | Interim approval | Interim approval |
| August 28, 2009 | April - June 2009 | $6,993,800.50 | $2,316,977.21 | $6,594,833.00[32] | $2,315,190.63 |
| September 14, 2009 | 7/1 - 7/31/09 | $1,750,805.00 | $342,565.22 | Interim approval | Interim approval |
| October 9, 2009 | 8/1 - 8/31/09 | $2,348,663.50 | $252,684.42 | Interim approval | Interim approval |
| November 16, 2009 | 9/1 - 9/30/09 | $2,309,415.15 | $571,296.46 | Interim approval | Interim approval |
| December 9, 2009 | July - September 2009 | $6,408,883.65 | $1,166,546.10 | $6,407,674.15[33] | $1,166,546.10 |
| December 10, 2009 | 10/1 - 10/31/09 | $1,552,059.00 | $728,470.61 | Interim approval | Interim approval |
| December 30, 2009 | 11/1 - 11/30/09 | $1,035,613.50 | $105,842.85 | Interim approval | Interim approval |
| February 3, 2010 | 12/1 - 12/31/09 | $800,220.50 | $132,479.68 | Interim approval | Interim approval |
| February 19, 2010 | October - December 2009 | $3,387,893.00 | $966,793.14 | $3,387,163.00[34] | $959,355.64 |
| March 3, 2010 | 1/1 - 1/31/10 | $878,908.50 | $102,534.19 | Interim approval | Interim approval |
| April 2, 2010 | 2/1 - 2/28/10 | $253,214.00 | $119,943.08 | Interim approval | Interim approval |
| May 4, 2010[35] | 3/1 - 3/31/10 | $371,105.00 | $7,473.01 | Interim approval | Interim approval |
| June 2, 2010 | 4/1 - 4/30/10 | $415,367.50 | $357,591.89 | Interim approval | Interim approval |
| June 23, 2010 | January - March 2010 | $1,503,227.50 | $229,950.28 | $1,503,227.50[36] | $228,637.78 |

[29] The fees and expenses requested in the July-September, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 1, 2009.

[30] The fees and expenses requested in the October-December, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 7, 2009.

[31] The fees and expenses requested in the January-March, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 28, 2009.

[32] The fees and expenses requested in the April-June, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 11, 2009.

[33] The fees and expenses requested in the July-September, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 19, 2010.

[34] The fees and expenses requested in the October-December, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 7, 2010.

[35] On May 24, 2010, K&E filed an *Amendment to Kirkland & Ellis LLP's March 2010 Fee Application as Bankruptcy Counsel to W. R. Grace & Co., et al., to Take Voluntary Reduction of Fees for Certain Time and Expenses Billed* [Docket No. 24830] (the "March 2010 Amendment"). The fees and expenses listed reflect the reductions noted in the March 2010 Amendment.

[36] The fees and expenses requested in the January-March, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 13, 2010.

K&E 24966109

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| July 2, 2010 | 5/1 - 5/31/10 | $283,692.50 | $6,798.23 | Interim approval | Interim approval |
| August 2, 2010 | 6/1 - 6/30/10 | $280,979.50 | $36,890.87 | Interim approval | Interim approval |
| August 31, 2010 | 7/1 - 7/31/10 | $228,163.50 | $9,650.96 | Interim approval | Interim approval |
| September 29, 2010[37] | 8/1 - 8/31/10 | $171,565.00 | $8,993.38 | Interim approval | Interim approval |
| September 30, 2010 | April - June 2010 | $980,039.50 | $401,280.99 | $980,039.50[38] | $401,280.99 |
| November 4, 2010[39] | 9/1 - 9/30/10 | $163,032.00 | $4,638.39 | Interim approval | Interim approval |
| December 2, 2010 | 10/1 - 10/31/10 | $119,020.00 | $5,445.10 | Interim approval | Interim approval |
| December 2, 2010 | July - September 2010 | $562,760.50 | $23,282.73 | $562,760.50[40] | $17,430.32 |
| January 11, 2011 | 11/1 - 11/30/10 | $200,476.00 | $4,718.66 | Interim approval | Interim approval |
| February 11, 2011 | 12/1 - 12/31/10 | $448,838.50 | $11,444.53 | Interim approval | Interim approval |
| March 15, 2011 | 1/1 - 1/31/11 | $440,760.00 | $11,592.81 | Interim approval | Interim approval |
| March 21, 2011 | October - December 2010 | $768,334.50 | $21,608.29 | $768,334.50[41] | $16,425.12 |
| April 8, 2011 | 2/1 - 2/28/11 | $532,554.50 | $16,245.21 | Interim approval | Interim approval |
| April 28, 2011 | 3/1 - 3/31/11 | $446,419.50 | $12,312.37 | Interim approval | Interim approval |
| May 16, 2011 | January - March 2011 | $1,419,734.00 | $40,150.39 | $1,418,667.00[42] | $39,971.39 |
| June 7, 2011 | 4/1 - 4/30/11 | $559,396.50 | $19,819.98 | Interim approval | Interim approval |
| July 13, 2011 | 5/1 - 5/31/11 | $1,131,179.50 | $12,694.96 | Interim approval | Interim approval |
| August 2, 2011 | 6/1 - 6/30/11 | $475,029.50 | $46,273.74 | Interim approval | Interim approval |
| September 6, 2011 | 7/1 - 7/31/11 | $350,793.00 | $12,172.91 | Interim approval | Interim approval |
| September 13, 2011 | April - June 2011 | $2,165,605.50 | $78,788.68 | $2,162,103.00[43] | $78,639.68 |
| October 10, 2011 | 8/1 - 8/31/11 | $294,347.00 | $13,642.99 | Interim approval | Interim approval |
| November 9, 2011 | 9/1 - 9/31/11 | $202,386.50 | $6,527.15 | Interim approval | Interim approval |
| November 23, 2011 | July - September 2011 | $847,526.50 | $32,343.05 | $847,526.50[44] | $32,343.05 |
| November 29, 2011 | 10/1 - 10/31/11 | $68,483.00 | $5,689.77 | Interim approval | Interim approval |
| December 28, 2011 | 11/1 - 11/30/11 | $238,913.00 | $2,204.11 | Interim approval | Interim approval |
| January 30, 2012 | 12/1 - 12/31/11 | $176,211.50 | $3,601.87 | Interim approval | Interim approval |

---

[37]    On October 1, 2010, K&E filed an *Amendment to Kirkland & Ellis LLP's August 2010 Fee Application as Bankruptcy Counsel to W. R. Grace & Co.*, et al. [Docket No. 25545] (the "August 2010 Amendment"). The fees listed reflect the reduction noted in the August 2010 Amendment.

[38]    The fees and expenses requested in the April-June, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 10, 2010.

[39]    On November 19, 2010, K&E filed an *Amendment to Kirkland & Ellis LLP's September 2010 Fee Application as Bankruptcy Counsel to W. R. Grace & Co.*, et al. [Docket No. 25789] (the "September 2010 Amendment"). The fees listed reflect the reduction noted in the September 2010 Amendment.

[40]    The fees and expenses requested in the July-September, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 25, 2011.

[41]    The fees and expenses requested in the October-December, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 30, 2011.

[42]    The fees and expenses requested in the January-March, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 20, 2011.

[43]    The fees and expenses requested in the April-June, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 14, 2011.

[44]    The fees and expenses requested in the July-September, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 23, 2012.

7

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 15, 2012 | October – December 2011 | $483,607.50 | $11,495.65 | $483,607.50[45] | $11,495.65 |
| March 1, 2012 | 1/1 – 1/31/12 | $338,064.50 | $6,704.59 | Interim approval | Interim approval |
| April 4, 2012 | 2/1 – 2/29/12 | $442,703.50 | $3,875.06 | Interim approval | Interim approval |
| May 1, 2012 | 3/1 – 3/31/12 | $457,283.50 | $4,920.80 | Interim approval | Interim approval |
| May 24, 2012 | January – March 2012 | $1,238,051.50 | $15,500.45 | $1,238,051.50[46] | $15,500.45 |
| June 1, 2012 | 4/1 – 4/30/12 | $266,110.50 | $12,191.26 | Interim approval | Interim approval |
| July 10, 2012 | 5/1 – 5/31/12 | $283,616.00 | $9,699.18 | Interim approval | Interim approval |
| August 8, 2012 | 6/1 – 6/30/12 | $437,113.50 | $3,641.80 | Interim approval | Interim approval |
| August 23, 2012 | April – June 2012[47] | $986,840.00 | $25,532.24 | $986,840.00 | $25,532.24 |
| September 5. 2012 | 7/1 – 7/31/12 | $632,379.50 | $14,184.73 | $505,903.60 | $14,184.73 |
| October 1, 2012 | 8/1 – 8/31/12 | $482,552.00 | $7,429.91 | $386,041.60 | $7,429.91 |
| October 30, 2012 | 9/1 – 9/30/12 | $301,845.50 | $5,352.35 | $241,476.40 | $5,352.35 |
| December 3, 2012 | 10/1 – 10/31/12 | $428,100.50 | $14,983.20 | $328,480.40 | $14,983.20 |
| December 11, 2012 | July – September 2012[48] | $1,416,777.00 | $26,961.99 | Pending | Pending |
| December 28, 2012 | 11/1 – 11/30/12 | $316,037.50 | $5,500.43 | $252,830.00 | $5,500.43 |

The K&E attorneys who rendered professional services in these cases during the Fee

Period are:

| Attorney | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rana Barakat | Associate | 2008 | Litigation | $625.00 | 183.60 | $114,750.00 |
| Stephen H. Butler | Associate | 2009 | Taxation | $635.00 | 1.90 | $1,206.50 |
| John Donley, P.C. | Partner | 1985 | Litigation | $910.00 | 319.40 | $290,654.00 |
| Nia Dukov | Associate | 2008 | Litigation | $625.00 | 100.50 | $62,812.50 |
| Katie L. Einspanier | Associate | 2009 | Litigation | $625.00 | 60.20 | $37,625.00 |
| Susan Engel | Partner | 2003 | Litigation | $745.00 | 32.60 | $24,287.00 |
| Lisa G. Esayian | Partner | 1991 | Litigation | $855.00 | 127.30 | $108,841.50 |
| Jeffrey Gettleman | Partner | 1974 | Restructuring | $795.00 | 21.40 | $17,013.00 |
| Mike Jones | Associate | 2011 | Restructuring | $495.00 | 25.80 | $12,771.00 |
| Nate Kritzer | Associate | 2009 | Litigation | $610.00 | 54.90 | $33,489.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation | $1,045.00 | 2.80 | $2,926.00 |
| Eric F. Leon | Partner | 1994 | Litigation | $875.00 | 45.90 | $40,162.50 |
| Adam C. Paul | Partner | 1997 | Restructuring | $835.00 | 89.90 | $75,066.50 |
| Benjamin Rhode | Associate | 2012 | Restructuring | $430.00 | 22.00 | $9,460.00 |
| Douglas G. Smith, P.C. | Partner | 1996 | Litigation | $815.00 | 10.50 | $8,557.50 |

---

[45]    The fees and expenses requested in the October-December, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 14, 2012.

[46]    The fees and expenses requested in the January-March, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2012.

[47]    The fees and expenses requested in the April-June, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 11, 2012.

[48]    The hearing for the *Forty-Sixth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Interim Period from July 1, 2012 through September 30, 2012* is scheduled for March 25, 2013.

K&E 24966109

| Attorney | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Brian T. Stansbury | Partner | 2002 | Litigation | $725.00 | 0.70 | $507.50 |
| Totals for Attorneys | | | | | 1,099.40 | $840,129.50 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Paraprofessional | Position with the Applicant and Number of Years in the Position | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Marjolaine Blake | Project Assistant | 1 Year | Litigation | $175.00 | 99.00 | $17,325.00 |
| Andrew Brniak | Legal Assistant | 4 Years | Restructuring | $240.00 | 1.80 | $432.00 |
| Yolanda Herrera | Project Assistant | 1 Year | Litigation | $175.00 | 4.00 | $700.00 |
| Kimberly K. Love | Legal Assistant | 23 Years | Litigation | $295.00 | 157.80 | $46,551.00 |
| Maureen McCarthy | Legal Assistant | 10 Years | Restructuring | $300.00 | 9.60 | $2,880.00 |
| Library Research | Research Specialist | N/A | Research | $250.00 | 22.30 | $5,575.00 |
| Totals | | | | | 294.50 | $73,463.00 |

K&E 24966109

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 16 | Asset Analysis and Recovery | 0.90 | $769.50 |
| 19 | Claims (Non-Asbestos) | 1.00 | $855.00 |
| 32 | Fee Applications, Applicant | 15.90 | $7,358.50 |
| 37 | Plan and Disclosure Statement | 1,374.20 | $903,403.00 |
| 41 | Tax Issues | 1.90 | $1,206.50 |
| **Totals** | | **1,393.90** | **$913,592.50** |

**Grand Total for Fees:**  **$913,592.50**
**Blended Rate:**  **$655.42**

10

## Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $4,592.30 |
| Color Copies or Prints | $295.90 |
| Library Document Retrieval | $300.00 |
| Computer Database Research | $4,261.89 |
| Overtime Transportation | $232.39 |
| Secretarial Overtime | $1,259.88 |
| **Total** | **$10,942.36** |

**WHEREFORE**, K&E respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of **$913,592.50** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period **($730,874.00)** and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period **($10,942.36)**; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated: February 5, 2013                          Respectfully submitted,

                                                 /s/ Adam C. Paul
                                                 John Donley
                                                 Adam C. Paul
                                                 Kirkland & Ellis LLP
                                                 300 N. LaSalle Street
                                                 Chicago, Illinois 60654
                                                 Telephone: (312) 862-2000
                                                 Facsimile: (312) 862-2200

K&E 24966109