# EXHIBIT A

A-1

### Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/2012 | Lisa G Esayian | .50 | Analyze potential insurance buy-outs. |
| 12/19/2012 | Lisa G Esayian | .40 | Correspond with R. Horkovich re potential insurance buy-out. |
| | Total: | .90 | |

A-2

## <u>Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees</u>

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/18/2012 | Lisa G Esayian | 1.00 | Telephone conference with R. Finke re bar date for environmental claims (.3); review and analyze key portions of previous bankruptcy and district court decisions re same (.5); correspond with R. Finke re same (.2). |
| | Total: | 1.00 | |

A-3

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/2012 | Maureen McCarthy | 1.10 | Revise and finalize October fee application (.8); prepare same for filing and service (.2); follow-up with local counsel re filing of same (.1). |
| 12/10/2012 | Mike Jones | 2.30 | Review and revise November fee statement (2.1); correspond with working group re same (.2). |
| 12/10/2012 | Adam C Paul | .70 | Analyze and revise quarterly fee application. |
| 12/10/2012 | Maureen McCarthy | 1.80 | Review and revise forty-sixth quarterly fee application. |
| 12/11/2012 | Maureen McCarthy | 2.30 | Review and revise forty-sixth quarterly fee application (1.8); prepare same for filing and service (.3); follow-up with local counsel re filing of same (.2). |
| 12/14/2012 | Adam C Paul | 1.70 | Analyze and revise November fee application. |
| 12/19/2012 | Maureen McCarthy | 1.80 | Revise November fee application. |
| 12/20/2012 | Adam C Paul | .80 | Analyze and revise November fee application. |
| 12/27/2012 | Adam C Paul | .80 | Review and revise November fee application. |
| 12/27/2012 | Maureen McCarthy | 1.60 | Review and revise November fee application. |
| 12/28/2012 | Maureen McCarthy | 1.00 | Review and revise November fee application (.6); prepare application and exhibits for filing and service (.3); correspond with local counsel re filing of same (.1). |
| | Total: | 15.90 | |

A-4

### Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/2012 | Jeffrey Gettleman | 1.60 | Review and analyze Garlock Third Circuit brief (1.2); draft Third Circuit argument chart re Garlock brief (.4). |
| 12/01/2012 | Adam C Paul | .30 | Correspond with J. Donley re appeals. |
| 12/01/2012 | Rana Barakat | 5.80 | Review and analyze Garlock's opening brief on appeal (1.2); outline Garlock's "absolute priority" argument and appellees' proposed response to that argument (2.1); review and analyze prior research re canons of statutory interpretation (.6); review and analyze prior briefings re Garlock's "absolute priority" argument (1.1); review and analyze Garlock's argument that TDP confidentiality provisions prevent finding that injunction is fair and equitable (.8). |
| 12/01/2012 | John Donley, P.C. | 2.70 | Review and analyze issues re four appellants' opening briefs. |
| 12/02/2012 | Nate Kritzer | 1.40 | Review and analyze briefs filed by Montana and Crown (.5); outline arguments in same (.9). |
| 12/02/2012 | Mike Jones | 3.30 | Review and analyze appellants' opening briefs (2.9); correspond with J. Gettleman and B. Rhode re same (.4). |
| 12/02/2012 | Jeffrey Gettleman | .30 | Correspond with J. Gott re lenders' brief (.2); correspond with M. Jones re review of Canada and Montana briefs (.1). |
| 12/02/2012 | Rana Barakat | 2.90 | Review and analyze documents cited in Garlock's opening brief on appeal (2.2); outline responses to Garlock's arguments on appeal (.7). |
| 12/02/2012 | John Donley, P.C. | 7.80 | Review and analyze issues re four appellants' opening briefs (4.5); draft and outline issues and responses to Garlock issues (3.3). |
| 12/03/2012 | Nate Kritzer | 1.10 | Review and analyze district court decision confirming plan (.2); review and analyze Debtors' district court brief (.4); telephone conference with K&E working group re Third Circuit brief (.5). |
| 12/03/2012 | Mike Jones | .80 | Review briefs and telephone conference with working group re appellate briefs. |
| 12/03/2012 | Benjamin Rhode | 4.40 | Review and analyze Third Circuit opening briefs re plan confirmation. |

A-5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/2012 | Marjolaine Blake | 5.80 | Prepare documents from bank lender's joint appendix (1.4); add bates number to description to Third Circuit Court of Appeals joint appendix (.5); retrieve documents from District Court and Third Circuit Court of Appeals joint appendix (2.6); update set of cases cited in various district court briefs (1.3). |
| 12/03/2012 | Kimberly K Love | 10.50 | Prepare and organize joint appendix materials (.8); obtain information re market caps (.3); prepare and organize Garlock joint appendix materials (4.2); prepare and organize set of joint appendix materials (4.7); office conference with working group re upcoming events and deadlines (.5). |
| 12/03/2012 | Susan Engel | .60 | Telephone conference with J. Donley re strategy for Third Circuit briefing. |
| 12/03/2012 | Jeffrey Gettleman | 2.50 | Review briefs (.4); correspond with J. O'Neill and T. Schmeling re filing CNOs to QSF and warrant motions (.2); correspond with J. Gott re Third Circuit argument chart (.1); correspond with working group re QSF motion (.9); correspond with M. Jones re Sealed Air research (.2); telephone conference with working group re Third Circuit briefing strategy (.7). |
| 12/03/2012 | Adam C Paul | 6.50 | Analyze and revise appellate briefs (5.4); telephone conference with J. Donley re same (.7); conference with J. Donley re same (.4). |
| 12/03/2012 | Rana Barakat | 7.40 | Telephone conference with working group re strategy for responding to appellants' briefs (.7); office conference with J. Donley re response to Garlock's brief (.7); review and analyze Garlock's bankruptcy and district court briefings re propriety of TDP provisions (.7); draft memorandum re same (1.2); outline response to Garlock's absolute priority rule (1.9); review and analyze Garlock's appeal brief (2.2). |
| 12/03/2012 | Nia Dukov | 10.60 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/03/2012 | Katie L Einspanier | 6.30 | Telephone conference with J. Donley and S. Engel re motion to strike (.2); review and analyze motion to strike (.6); revise standard of review section for Third Circuit briefs (.6); draft and revise fact section of Third Circuit briefs (4.9). |
| 12/03/2012 | Factual Research | 2.40 | Library Research re calculating market capitalization for Grace from 2001 to present and from 2005 to present. |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/2012 | John Donley, P.C. | 8.50 | Analyze and draft outlines re appellate briefs (6.9); telephone conference with working group re briefs (.7); telephone conferences and correspond with N. Kritzer, C. Landau, A. Paul and L. Esayian re briefing issues (.9). |
| 12/03/2012 | Lisa G Esayian | 7.00 | Analyze Crown and Montana issues (6.3); telephone conference with working group re appellate briefs (.7). |
| 12/03/2012 | Eric F Leon | 2.80 | Review lenders' appeal brief (1.3); legal research (.8); telephone conference with working group re appellate briefs (.7). |
| 12/04/2012 | Nate Kritzer | .30 | Review and analyze complaints against State of Montana. |
| 12/04/2012 | Benjamin Rhode | 5.10 | Review and analyze Third Circuit briefs. |
| 12/04/2012 | Marjolaine Blake | 4.50 | Prepare documents from Garlock's joint appendix for attorney review (2.1); update set of cases cited in various district court briefs (2.4). |
| 12/04/2012 | Kimberly K Love | 8.30 | Prepare and organize materials re Puller and Snyder (2.3); prepare and organize materials re Montana and Crown (1.2); review and edit cites with joint appendix information from overview brief (4.8). |
| 12/04/2012 | Jeffrey Gettleman | 5.20 | Review and analyze chronology of AMH actions and claims (.7); correspond with B. Rhode re same (.7); review and analyze opinion denying AMH class certification (.6); correspond with working group re warrant and QSF motions (.6); telephone conferences with working group re Third Circuit briefing strategy (2.6). |
| 12/04/2012 | Adam C Paul | 5.20 | Analyze appellate briefs (2.1); telephone conference with ACC and FCR re same (2.3); prepare for same (.8). |
| 12/04/2012 | Rana Barakat | 9.30 | Telephone conference with counsel for appellees re strategy for responding to appellants' briefs (2.3); draft response to Garlock's absolute priority argument (4.2); draft response to Garlock's fair and equitable argument (2.4); draft memorandum re Garlock's previous arguments on the propriety of TDP provisions (.4). |
| 12/04/2012 | Katie L Einspanier | 7.90 | Draft and revise fact section of Third Circuit brief. |
| 12/04/2012 | John Donley, P.C. | 10.50 | Analyze and draft outlines re appellate briefs (8.2); telephone conference with ACC and FCR counsel re briefing strategy (2.3). |
| 12/04/2012 | Lisa G Esayian | 4.50 | Analyze State of Montana's Third Circuit brief. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/2012 | Nate Kritzer | 1.40 | Telephone conference with J. Donley, M. Shelnitz and R. Finke re briefing (.8); review and analyze complaints against State of Montana (.6). |
| 12/05/2012 | Mike Jones | 2.60 | Review and analyze open PD claims (1.1); telephone conferences with claims agent re same (.6); draft summary of same (.6); correspond with working group re same (.3). |
| 12/05/2012 | Benjamin Rhode | 7.90 | Office conferences with A. Paul and J. Gettleman re class action settlement of AMH claims (1.1); legal research re same (6.8). |
| 12/05/2012 | Kimberly K Love | 7.80 | Prepare and organize materials re Montana and Crown POCs (.7); review files and databases for information re various TDPs (3.3); review files and information re expunged claims (2.5); prepare and organize materials cited in Garlock brief (1.3). |
| 12/05/2012 | Andrew Brniak | 1.50 | Prepare and compile pleadings related to Anderson Memorial class certification (.2); correspond with B. Rhode re same (.1); prepare and compile precedent re confirmed plans of reorganization (.4); correspond with B. Rhode re same (.1); prepare and compile civil materials related to damage / Canadian / California claims (.6); correspond with J. Gettleman re same (.1). |
| 12/05/2012 | Jeffrey Gettleman | 5.30 | Office conferences and correspond with A. Paul and B. Rhode re AMH settlement issues (1.8); legal research and analysis re same (1.4); review and analyze AMH settlement motion and agreement (.4); telephone conference and correspond with M. Jones re plan's treatment of AMH claims (.2); legal research and analysis re same (1.5). |
| 12/05/2012 | Adam C Paul | 3.30 | Telephone conference with M. Shelnitz and J. Donley re briefs (2.3); analyze briefs (.6); office conference with J. Gettleman re AMH issues (.4). |
| 12/05/2012 | Rana Barakat | 10.30 | Review and analyze Garlock's previous briefings re the propriety of the TDP provisions (.9); draft memorandum re same (1.0); telephone conference with client re response to Garlock's Third Circuit appeal brief (.5); office conference with J. Donley re same (1.1); review testimony from confirmation hearing re Peterson's liability estimate and draft memorandum re same (1.3); legal research re right to public access of judicial materials (1.1); review and analyze case law re same (2.1); draft memorandum re same (2.3). |

A-8

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/05/2012 | Nia Dukov | 9.80 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/05/2012 | Katie L Einspanier | 7.90 | Draft and revise fact section of Third Circuit brief. |
| 12/05/2012 | John Donley, P.C. | 8.60 | Telephone conferences with M. Shelnitz, R. Finke and A. Paul re briefing (2.3); telephone conferences with E. Leon re lender briefing (.5); correspond and telephone conferences with N. Dukov re lender issues (.5); conference with R. Barakat re Garlock issues (.6); analyze and outline Garlock appeal (4.7). |
| 12/05/2012 | Lisa G Esayian | 6.50 | Analyze Montana and Crown issues (5.3); analyze Anderson Memorial settlement issues (1.2). |
| 12/05/2012 | Eric F Leon | 1.40 | Legal research and conferences with working group re lender issues. |
| 12/06/2012 | Kimberly K Love | 5.30 | Review files for case docket entries (1.3); prepare and organize materials requested by L. Esayian (.6); prepare and organize materials re various disclosure statements (3.4). |
| 12/06/2012 | Jeffrey Gettleman | .60 | Review and revise analysis of class action settlement issues (.5); correspond with J. Donley re bank lender amicus brief (.1). |
| 12/06/2012 | Adam C Paul | 1.40 | Analyze appellate briefs. |
| 12/06/2012 | Rana Barakat | 10.40 | Review and analyze cases re public right to inspect and copy judicial records (1.6); draft memorandum re same (2.1); review and analyze documents cited in Garlock's appeal brief (2.1); draft memorandum to J. Donley re same (2.3); research and draft memorandum re trust distribution procedures in other 524(g) cases (2.3). |
| 12/06/2012 | Nia Dukov | 8.20 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/06/2012 | Katie L Einspanier | 4.80 | Revise fact section to response brief (1.3); revise standard-of-review section to confront Garlock's arguments re mixed fact-and-law questions (3.5). |
| 12/06/2012 | John Donley, P.C. | 8.40 | Outline AMH briefing arguments and authorities (3.2); review and analyze cases and record re Garlock and draft summary re same (3.4); review Buckwalter opinion re Garlock and standing issues (.8); review and analyze amicus brief (1.0). |
| 12/06/2012 | Lisa G Esayian | 6.40 | Analyze issues re State of Montana and Crown Third Circuit briefs. |
| 12/06/2012 | Eric F Leon | 1.30 | Review and analyze amicus brief. |

K&E 24859637.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/07/2012 | Marjolaine Blake | 1.00 | Obtain cases cited in various district court briefs for use with upcoming appeal briefs. |
| 12/07/2012 | Kimberly K Love | 5.90 | Review materials cited within amicus brief and organize such documents (4.6); prepare materials requested by R. Barakat for use with briefs (1.3). |
| 12/07/2012 | Susan Engel | 3.50 | Review and revise introduction to Third Circuit brief. |
| 12/07/2012 | Jeffrey Gettleman | 1.60 | Analyze AMH settlement and claim issues (.9); office conference with A. Paul and B. Rhode re same (.5); correspond with M. Jones re Sealed Air research (.2). |
| 12/07/2012 | Adam C Paul | 1.10 | Analyze appellate issues. |
| 12/07/2012 | Rana Barakat | 8.00 | Office conference with J. Donley re response to Garlock's brief (.2); legal research and draft memorandum re "every man's evidence" principle cited in Garlock's brief (2.3); legal research and draft memorandum re section 524(g) fair and equitable analyses in other bankruptcy cases (2.7); legal research and draft memorandum re use of term "fair and equitable" in Rule 9019 context (2.8). |
| 12/07/2012 | Nia Dukov | 5.20 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/07/2012 | Katie L Einspanier | .90 | Telephone conference with S. Engel re fact section and standard of review section of brief. |
| 12/07/2012 | Factual Research | 1.30 | Library Research re economics articles (lenders) and Collier on Bankruptcy sections. |
| 12/07/2012 | John Donley, P.C. | 7.50 | Analyze issues re and draft appellate brief. |
| 12/07/2012 | Lisa G Esayian | 4.50 | Analyze Montana and Crown issues for Third Circuit briefs. |
| 12/08/2012 | Rana Barakat | 4.90 | Legal research re legislative history of section 1129(b) (3.4); draft response to Garlock's absolute priority argument (1.5). |
| 12/08/2012 | Nia Dukov | 8.80 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/08/2012 | John Donley, P.C. | 6.80 | Analyze issues re and draft Garlock response re F&E and FCR issues. |
| 12/09/2012 | Nate Kritzer | 3.30 | Review and analyze Montana brief and district court opinion (1.4); draft response to Montana brief (1.9). |
| 12/09/2012 | Nia Dukov | 9.70 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/09/2012 | John Donley, P.C. | 8.90 | Review and analyze "fair and equitable" cases (2.5); draft and revise FCR section of Garlock response brief (6.4). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/2012 | Nate Kritzer | 3.90 | Draft and revise response to Montana brief. |
| 12/10/2012 | Kimberly K Love | 9.80 | Prepare and organize transcript pages re Peterson and materials and exhibits cited within (1.4); prepare and organize various materials requested by R. Barakat (2.3); review files and information re Garlock vote in Class 6 (1.9); prepare and organize materials requested by L. Esayian (1.2); prepare and organize materials re confirmation hearing closing (.6); review files and databases for information re Owens Corning case (1.4); review PACER for AMH brief and forward to working group and client (1.0). |
| 12/10/2012 | Andrew Brniak | .30 | Review and compile recently filed docketed pleadings re warrant settlement pleadings (.2); correspond with M. Jones re same (.1). |
| 12/10/2012 | Susan Engel | 3.00 | Revise background section of Third Circuit brief. |
| 12/10/2012 | Jeffrey Gettleman | .40 | Correspond with M. Jones re talking points for warrant motion (.1); correspond with T. Schmeling re monitoring docket for orders approving QSF and warrant motions (.1); correspond with K. Love and J. Gott re AMH brief (.2). |
| 12/10/2012 | Adam C Paul | 4.20 | Analyze appellate briefs (3.5); analyze and revise December agenda (.4); telephone conference with J. Donley re Garlock appeal (.3). |
| 12/10/2012 | Rana Barakat | 10.40 | Office conference with S. McMillin re estimation trial proceeding and events leading to asbestos PI settlement (.5); correspond with J. Donley re Fitzgerald's "fair and equitable" finding (.2); draft memorandum to J. Donley re evidence submitted at estimation trial re validity of claims against Grace (1.1); telephone conference with K. Love and J. Donley re proofs of claim filed by co-defendants in Grace (.3); research re legislative history of section 1129(b) (1.8); review and analyze issues re same (2.2); draft memorandum re same (4.3). |
| 12/10/2012 | Nia Dukov | .80 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/10/2012 | Katie L Einspanier | .70 | Telephone conferences with S. Engel re background section of brief (.3); review S. Engel's changes and comments to brief (.4). |

A-11

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/10/2012 | John Donley, P.C. | 13.10 | Review Owens Corning FCR litigation relevant to Garlock appeal (.4); correspond with S. McMillin and R. Barakat re estimation chronology (.3); review rule 9019 and section 1123 cases (1.2); correspond with R. Wyron re same (.2); telephone conference with A. Paul re fair and equitable arguments (.2); correspond with P. Lockwood re Garlock TDP arguments (.2); draft and revise Garlock FCR brief section (6.9); research and analyze Garlock "fair and equitable" section (1.6); review cases re same (1.5); telephone conference with J. O'Connell and E. Leon re lender issues (.3); telephone conference with D. Smith re same (.3). |
| 12/10/2012 | Lisa G Esayian | 7.50 | Analyze factual issues for overview section of Grace Third Circuit brief (3.0); analyze response to Crown unequal treatment argument (3.0); review and analyze AMH Third Circuit brief (1.5). |
| 12/10/2012 | Eric F Leon | 2.60 | Review materials re appellate brief (1.1); outline same (.6); legal research re same (.9). |
| 12/11/2012 | Nate Kritzer | 4.30 | Draft arguments in response to Montana and Crown. |
| 12/11/2012 | Marjolaine Blake | 10.70 | Obtain documents cited in AMH Third Circuit brief for use with upcoming appeal briefs. |
| 12/11/2012 | Yolanda Herrera | 4.00 | Obtain documents cited in AMH Third Circuit brief for use with upcoming appeal briefs. |
| 12/11/2012 | Kimberly K Love | 9.70 | Prepare and organize case background materials and lender materials (2.4); prepare and organize materials cited in amicus brief for attorney review (2.6); review files and databases and obtain various POCs requested by R. Barakat (3.4); assist with review and identifying "new" documents from AMH brief (1.3). |
| 12/11/2012 | Susan Engel | .50 | Telephone conference with J. Donley and K. Einspanier re Third Circuit briefing (.4); review Third Circuit order and rules (.1). |
| 12/11/2012 | Jeffrey Gettleman | .70 | Review correspondence from T. Schmeling re orders entered re QSF and warrant motions (.1); correspond with E. Filon, M. Shelnitz and others re same (.1); review correspondence from J. O'Neill re same (.1); correspond with A. Paul re cancellation of December 17 hearing (.1); correspond with J. O'Neill re same (.1); correspond with S. Winters re order re warrant motion (.1); correspond with B. Rhode and M. Jones re December 17 hearing (.1). |

A-12

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/11/2012 | Adam C Paul | 6.70 | Analyze AMH and other appellate briefs (5.2); analyze recent bankruptcy orders (.5); telephone conferences with J. Donley re appellate briefs (.7); correspond with J. Donley re same (.3). |
| 12/11/2012 | Rana Barakat | 9.40 | Office conference with J. Donley re motion for extension of time to file briefs (.3); telephone conference with J. Donley re proofs of claim (.8); conduct research re legislative history of "fair and equitable" requirement under section 524(g) (1.2); edit response to Garlock argument re multiple FCR's (3.6); review and edit motion for extension to file response briefs (2.8); review transcript of May 2004 bankruptcy court hearing re Federal Insurance Company's FCR argument (.4); review briefings from Owens Corning bankruptcy case re motion of committee of unsecured creditors for structural relief in form of multiple FCR representatives (.3). |
| 12/11/2012 | Nia Dukov | 4.30 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/11/2012 | Katie L Einspanier | 1.70 | Review and revise fact section of brief (.8); telephone conference with J. Donley and S. Engel re brief and deadlines (.3); research re deadlines and index for consolidated briefs (.6). |
| 12/11/2012 | Legislative Research | 2.50 | Obtain legislative history of 11 USC 524(g). |
| 12/11/2012 | John Donley, P.C. | 12.40 | Analyze FCR section of Garlock brief (2.8); review legislative history, record cites, transcripts, cases and analyze same re fair and equitable section of Garlock brief (2.0); draft outline and notes re same (.9); correspond with R. Barakat re same (.3); correspond with A. Paul re same (.2); review AMH appeal briefs and draft/outline notes and responses re same (3.3); telephone conference with M. Shelnitz re same (.4); correspond with L. Esayian re same (.3); telephone conference with K. Einspanier and S. Engel re appellate briefing and standard of review and Third Circuit issues (.4); draft Third Circuit motion (1.5); correspond with R. Barakat re same (.2); correspond with D. Blabey re same (.1). |
| 12/11/2012 | Lisa G Esayian | 7.40 | Review AMH Third Circuit brief (1.2); analyze new factual issues raised by AMH (3.9); correspond with K. Love re documents cited in AMH brief (.3); analyze Grossman's issues raised by AMH (2.0). |

A-13

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/11/2012 | Christopher Landau, P.C. | 2.00 | Review Third Circuit briefs and district court opinion. |
| 12/12/2012 | Nate Kritzer | 8.80 | Draft response to Montana and Crown arguments in Third Circuit appeal. |
| 12/12/2012 | Marjolaine Blake | 10.00 | Obtain documents cited in AMH Third Circuit brief for use with upcoming appeal briefs (8.2); fact check documents cited in brief (1.8). |
| 12/12/2012 | Kimberly K Love | 11.50 | Prepare and organize materials requested by E. Leon re lender brief (.4); review, edit and cite check Garlock FCR brief (5.2); prepare and organize materials requested by L. Esayian re AMH materials (1.3); review files for POCs filed in Bankruptcy Court as requested by R. Barakat (2.6); review files and update page count of various filings as requested by J. Donley (2.0). |
| 12/12/2012 | Susan Engel | 2.90 | Review appellate briefing (1.7); analyze Canada's appellate arguments (1.2). |
| 12/12/2012 | Jeffrey Gettleman | .50 | Correspond with M. Shelnitz re QSF motion (.2); office conference with A. Paul re same (.1); telephone conference with A. Paul re update to argument chart re AMH brief (.1); correspond with J. Gott re same (.1). |
| 12/12/2012 | Adam C Paul | 5.70 | Telephone conference with P. Lockwood re AMH (1.6); prepare for same (.8); analyze appellate briefs (2.5); analyze and revise motion to extend (.8). |
| 12/12/2012 | Rana Barakat | 9.40 | Craft summary of Owens Corning briefs and transcript (1.6); office conference with J. Donley re retention of equity by stockholders in other 524(g) cases (.2); draft response to Garlock re Supreme Court cases cited by Garlock as supporting fair and equitable proposition (1.7); draft argument that statutory prerequisites of section 524(g) are inconsistent with absolute priority rule (2.3); edit response to Garlock's argument that court should have appointed multiple FCR's (3.6). |
| 12/12/2012 | Nia Dukov | 7.60 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/12/2012 | Katie L Einspanier | 5.10 | Review and revise fact section of brief (2.9); further research re standard of review (1.8); correspond with S. Engel re standard of review (.4). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/2012 | John Donley, P.C. | 12.40 | Telephone conference with P. Lockwood, FCR counsel, A. Paul and client re briefing issues and strategy (2.1); telephone conference with L. Esayian, M. Shelnitz and R. Finke re AMH issues and negotiation (2.0); telephone conferences with L. Esayian and A. Paul re same (.5); review documents and research re AMH strategy (.4); draft and revise appellate response briefs (7.4). |
| 12/12/2012 | Lisa G Esayian | 7.50 | Telephone conference with M. Shelnitz, J. Donley, A. Paul and ACC's and FCR's counsel re AMH Third Circuit brief (2.0); telephone conference with M. Shelnitz, R. Finke and J. Donley re AMH settlement issues (1.5); analyze issues re same (2.0); correspond with M. Shelnitz and R. Finke re same (.5); analyze fact issues for AMH brief (1.5). |
| 12/12/2012 | Eric F Leon | 1.80 | Review appellate record (1.3); telephone conference with working group re same (.5). |
| 12/13/2012 | Nate Kritzer | 1.90 | Revise brief sections re Montana and Crown (1.7); telephone conference with S. Engel re same (.2). |
| 12/13/2012 | Benjamin Rhode | 4.30 | Legal research re class certification. |
| 12/13/2012 | Marjolaine Blake | 7.00 | Obtain documents cited in AMH Third Circuit brief for use with upcoming appeal briefs (2.9); obtain documents to prepare binder for attorney use (3.0); obtain key pleadings for case library (1.1). |
| 12/13/2012 | Kimberly K Love | 9.00 | Review files for briefing re 5/24/2004 hearing as requested by R. Barakat (1.3); prepare and organize materials requested by L. Esayian (.6); prepare and organize materials and information requested by K. Einspanier for use with briefs (1.1); review files and materials for accurate case caption (.8); identify joint appendix numbers for documents from outline requested by J. Donley (2.2); cite check Garlock FCR brief (3.0). |
| 12/13/2012 | Susan Engel | 2.80 | Review draft Montana and Canada brief. |
| 12/13/2012 | Adam C Paul | 5.70 | Analyze appellate briefs. |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/2012 | Rana Barakat | 8.90 | Telephone conference with Third Circuit re filing procedures for motions to compel (.3); correspond with J. Donley re cases referencing terms "fair and equitable" in non-1129(b) and 524(g) contexts (.4); draft summary re legislative history of 524(g) provision requiring appointment of FCR (2.2); office conference with K. Love re motion for extension (.2); review and edit response to Garlock's argument that court erred in appointing only one FCR (5.8). |
| 12/13/2012 | Nia Dukov | 9.20 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/13/2012 | Katie L Einspanier | 2.30 | Review motion for extension (.9); revise fact section of brief (1.1); correspond with J. Donley re same (.3). |
| 12/13/2012 | Legislative Research | 1.50 | Library Research re history of 11 USC 1114(f)(1)(a) and 1114(g)(3). |
| 12/13/2012 | John Donley, P.C. | 11.60 | Draft and revise appellate response briefs. |
| 12/13/2012 | Lisa G Esayian | 4.00 | Analyze fact issues for AMH brief. |
| 12/13/2012 | Christopher Landau, P.C. | .50 | Telephone conferences with working group re Third Circuit appeal procedures. |
| 12/13/2012 | Eric F Leon | 4.70 | Review appellate record (2.9); outline Third Circuit brief (1.8). |
| 12/14/2012 | Marjolaine Blake | 1.80 | Acquire key pleadings for case library. |
| 12/14/2012 | Kimberly K Love | 5.50 | Prepare and organize materials requested by L. Esayian for use with briefs (.9); update files and case calendar with information re extension of time for filing briefs (.5); review, edit and cite check overview brief (4.1). |
| 12/14/2012 | Susan Engel | 3.50 | Edit draft Montana and Canada brief (2.0); correspond with K. Einspanier re standing argument (.1); telephone conference with J. Donley and P. Lockwood re Montana claims (1.4). |
| 12/14/2012 | Adam C Paul | 3.70 | Analyze appellate briefs. |
| 12/14/2012 | Rana Barakat | 7.40 | Review and analyze Supreme Court precedent re "fair and equitable" phrase and "absolute priority" doctrines (2.6); draft response to Garlock's argument re same (4.8). |
| 12/14/2012 | Nia Dukov | 4.30 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/14/2012 | Katie L Einspanier | 1.20 | Telephone conference with S. Engel re Montana and Crown briefs and Garlock standing section (.8); telephone conference with J. Donley re standing section (.4). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/14/2012 | Legislative Research | 4.10 | Library Research re legislative history of 11 USC 1114(f)(1)(a) and 1114(g)(3) and 11 USC 1113 and 1938 Chandler Act. |
| 12/14/2012 | John Donley, P.C. | 10.00 | Review and revise draft FCR brief (4.8); review authorities and outline various issues for appellate briefing (3.5); telephone conference with P. Lockwood and S. Engel re Montana arguments (1.2); telephone conference with E. Leon re solvency issue (.2); correspond with N. Dukov re lender brief (.1); telephone conference with J. O'Connell re same (.2). |
| 12/14/2012 | Lisa G Esayian | 3.90 | Telephone conference with R. Finke re AMH issues (.4); provide materials to R. Finke re same (.6); analyze AMH fact issues for appeal brief (2.9). |
| 12/14/2012 | Christopher Landau, P.C. | .30 | Telephone conferences re Third Circuit appeal procedures. |
| 12/14/2012 | Eric F Leon | 3.80 | Telephone conference with working group (.4); outline Third Circuit lender brief (3.4). |
| 12/15/2012 | Mike Jones | 2.80 | Review and analyze opening appellate briefs (2.6); correspond with working group re same (.2). |
| 12/15/2012 | Kimberly K Love | 6.30 | Prepare and organize materials including case law and documents requested by J. Donley for use with appeal brief (4.9); prepare and organize various materials re AMH and bank lenders (1.4). |
| 12/15/2012 | Rana Barakat | 1.40 | Review and analyze Supreme Court precedent re absolute priority rule (.8); draft summary of same (.6). |
| 12/15/2012 | John Donley, P.C. | 9.40 | Draft and revise appellate response briefs. |
| 12/16/2012 | Rana Barakat | 2.10 | Research re legislative history of Chandler Act (.9); draft memorandum re use of terms "fair and equitable" in 1938 Chandler Act (1.2). |
| 12/16/2012 | John Donley, P.C. | 6.80 | Analyze appellate brief case overview and counterstatement of the case (3.6); analyze Garlock FCR section (1.5); analyze various PD and 524(g) issues (1.7). |
| 12/17/2012 | Nate Kritzer | 1.20 | Review and revise brief section re Montana and Crown arguments. |
| 12/17/2012 | Marjolaine Blake | 2.90 | Cite check defendant's Third Circuit opening consolidated brief. |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/2012 | Kimberly K Love | 5.90 | Prepare and organize CNOs as requested by Norton Rose (.6); review and obtain information re various TDPs cited in Garlock brief as requested by R. Barakat (1.2); review, edit and cite check FCR Garlock section of brief (4.1). |
| 12/17/2012 | Susan Engel | 7.00 | Edit response to Montana and Canada's brief. |
| 12/17/2012 | Jeffrey Gettleman | .20 | Correspond with M. Jones re completion of Sealed Air research project. |
| 12/17/2012 | Adam C Paul | 4.50 | Analyze appellate briefs (3.8); telephone conference with J. Donley re same (.3); correspond with J. Donley and P. Lockwood re same (.4). |
| 12/17/2012 | Brian T Stansbury | .50 | Telephone conference with J. Hughes re A. Whitehouse (.2); review materials re same (.3). |
| 12/17/2012 | Rana Barakat | 9.40 | Draft introductory section of response to Garlock brief (2.1); review and analyze TDPs from other 524(g) cases in which equity retained value (2.1); draft summary of 524(g) cases in which equity retained value while asbestos PI claimants received only a fraction of the value of their claims (2.3); draft summary of legislative histories of "fair" and "equitable" standards set forth in sections 1113 and 1114 of Bankruptcy Code (2.9). |
| 12/17/2012 | Nia Dukov | 4.90 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/17/2012 | Katie L Einspanier | 4.40 | Telephone conference with J. Donley re standing section (.5); research, review and analyze standing cases (3.9). |
| 12/17/2012 | John Donley, P.C. | 12.80 | Draft and revise appellate response briefs. |
| 12/18/2012 | Nate Kritzer | 3.90 | Draft brief section re Montana and Crown arguments. |
| 12/18/2012 | Kimberly K Love | 6.00 | Prepare and organize chart of voting information as requested by J. Donley (1.6); review plans from various cases to determine if they were ever admitted in confirmation hearing as requested by R. Barakat (2.1); review and confirm various appeal case numbers for accuracy (.8); prepare and organize materials requested by L. Esayian (.5); review and obtain information requested by J. Donley for use in briefs (1.0). |
| 12/18/2012 | Jeffrey Gettleman | .50 | Correspond with J. Donley re appellate briefing (.1); correspond with R. Higgins re briefing (.1); telephone conference with R. Higgins re appellate briefing issues (.3). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/18/2012 | Adam C Paul | 5.20 | Analyze appellate briefs and prepare for appellate hearings (4.1); telephone conference with M. Shelnitz re Wolters claim (.4); analyze Blackstone fees (.7). |
| 12/18/2012 | Rana Barakat | 8.60 | Draft introductory section of response to Garlock brief (2.1); review and analyze TDPs from other 524(g) cases in which equity retained value (1.8); conduct research re publicly-available sources containing TDPs from other 524(g) cases (1.9); edit response to Garlock's argument that court should have appointed separate FCR for co-defendants (2.1); review plan documents for provisions establishing that initial payment percentage can be changed (.7). |
| 12/18/2012 | Nia Dukov | .90 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/18/2012 | Katie L Einspanier | 1.40 | Research, review and analyze standing cases. |
| 12/18/2012 | Factual Research | 2.70 | Library Research re TDPs and plans of reorganization. |
| 12/18/2012 | John Donley, P.C. | 12.60 | Draft and revise appellate response briefs. |
| 12/18/2012 | Lisa G Esayian | 6.50 | Analyze fact issues for overview section of Grace brief (2.0); draft portions of response to AMH brief (4.5). |
| 12/19/2012 | Nate Kritzer | 7.80 | Draft response to Montana/Crown arguments. |
| 12/19/2012 | Mike Jones | .50 | Telephone conference with working group re appellate briefs. |
| 12/19/2012 | Benjamin Rhode | .30 | Correspond with A. Paul re AMH settlement discussions. |
| 12/19/2012 | Marjolaine Blake | .40 | Create table re list of defendants cited in appellate briefs. |
| 12/19/2012 | Kimberly K Love | 8.30 | Prepare and organize various materials requested by R. Barakat for use with briefs (2.6); telephone conference with working group re upcoming events and deadlines (.4); supervise creation of chart identifying parties listed in various other case opinions (.5); prepare and organize various materials re AMH requested by L. Esayian (1.2); assist N. Dukov with document requests (1.3); review and edit various brief sections (2.3). |
| 12/19/2012 | Jeffrey Gettleman | .90 | Office conference with B. Rhode re AMH settlement issues (.2); correspond with A. Paul and B. Rhode re same (.2); telephone conference with J. Donley, A. Paul and appellate briefing team re briefing issues and status (.5); |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/19/2012 | Adam C Paul | 2.50 | Prepare for appellate arguments (1.3); telephone conference with J. Donley re same (.3); analyze and revise LC motion (.9). |
| 12/19/2012 | Rana Barakat | 6.80 | Review record evidence of plan's compliance with 524(g) "fair and equitable" standard (2.8); review and edit overview section of Grace's response brief (3.7); telephone conference with working group re status of briefs (.3). |
| 12/19/2012 | Nia Dukov | 2.00 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/19/2012 | Katie L Einspanier | .40 | Prepare for and attend telephone conference with working group re brief drafting. |
| 12/19/2012 | John Donley, P.C. | 14.60 | Telephone conference with K&E working group re briefing (.3); outline procedural issues (.4); research and review record and authorities relevant to Third Circuit briefs (2.2); draft and revise briefs (11.7). |
| 12/19/2012 | Lisa G Esayian | 4.60 | Draft AMH brief (4.0); telephone conference with working group re Third Circuit appeal briefs (.6). |
| 12/20/2012 | Nate Kritzer | 4.20 | Telephone conference with S. Engel re appellate brief Montana and Crown sections (1.0); revise same (2.9); telephone conference with K. Love re appellate record (.3). |
| 12/20/2012 | Marjolaine Blake | 10.70 | Prepare table representing all defendants listed in cases cited by appellant briefs for attorney review (4.2); cite check brief re support of plan confirmation (6.5). |
| 12/20/2012 | Kimberly K Love | 13.80 | Review files and obtain information requested by R. Barakat re various cases against W. R. Grace (2.3); review files and materials for P. Zilly graphic as requested by L. Esayian (1.4); prepare and organize various materials re settlement requested by L. Esayian (.9); review, edit and cite check overview section of brief (9.2). |
| 12/20/2012 | Susan Engel | 6.80 | Edit response to Montana and Canada's brief. |
| 12/20/2012 | Adam C Paul | 1.60 | Analyze Blackstone lender analysis (.4); prepare for appellate arguments (1.2). |
| 12/20/2012 | Rana Barakat | 6.70 | Review record evidence of plan's compliance with 524(g) "fair and equitable" standard (1.2); draft and edit overview section of Grace's response brief (3.1); draft statement of related cases (2.4). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/20/2012 | Katie L Einspanier | 11.30 | Research Third Circuit footnote rule (.2); review and analyze standing cases and draft section for Garlock brief on standing (5.2); revise and edit standing section of brief (5.9). |
| 12/20/2012 | Factual Research | .30 | Library Research re Sen. Heflin statements. |
| 12/20/2012 | John Donley, P.C. | 9.80 | Draft and revise Garlock and intro section response briefs for Third Circuit appeal. |
| 12/20/2012 | Lisa G Esayian | 5.00 | Draft AMH brief. |
| 12/21/2012 | Mike Jones | 6.40 | Review and analyze order to show cause to close case and related pleadings (1.3); draft summary re same (.8); review and analyze pleadings re PI Trust contributions (3.2); draft summary re same (1.1). |
| 12/21/2012 | Marjolaine Blake | 9.80 | Cite check brief re support of plan confirmation (5.8); obtain cases cited in various briefs for use with upcoming appeal briefs (4.0). |
| 12/21/2012 | Kimberly K Love | 10.50 | Review files and databases and obtain various materials requested by L. Esayian (1.7); review files and obtain materials re Libby settlement requested by R. Barakat (1.2); assist with obtaining materials cited in various sections of briefs (2.6); review, edit and cite check various sections of briefs (5.0). |
| 12/21/2012 | Susan Engel | 2.00 | Edit response to Montana and Canada's brief. |
| 12/21/2012 | Adam C Paul | 2.10 | Prepare for appellate briefing (1.9); correspond with J. Donley re same (.2). |
| 12/21/2012 | Rana Barakat | 8.00 | Draft memorandum re "fair and equitable" term re Chandler Act (1.8); office conference with J. Donley re revisions to overview section of brief (.2); review case law describing history of Manville Trust (1.3); draft and edit overview section of brief based on review of documents (2.9); draft and edit statement of related cases for appellees' response (1.8). |
| 12/21/2012 | Nia Dukov | .50 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/21/2012 | Katie L Einspanier | 1.50 | Revise Garlock standing section of brief. |
| 12/21/2012 | Legislative Research | 2.00 | Library Research re 1938 Chandler Act; locate references to "fair and equitable" in bankruptcy code prior to 1938. |

A-21

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/21/2012 | John Donley, P.C. | 11.10 | Draft and revise sections to the Garlock fair and equitable discussion and case overview and 524(g) discussion in Third Circuit appeal briefs (8.4); review TDP draft (.9); correspond with P. Lockwood re same (.3); draft correspondence re facts and record to Orrick and Caplin & Drysdale (.3); review Montana and Crown draft (1.2). |
| 12/21/2012 | Lisa G Esayian | 4.90 | Review and revise AMH brief. |
| 12/22/2012 | Nate Kritzer | .40 | Correspond with J. Donley re Third Circuit brief (.2); correspond with K. Love and S. Engel re same (.2). |
| 12/22/2012 | Mike Jones | 6.20 | Correspond with working group re order to show cause to close adversary (.3); review and revise PI Trust contribution analysis (3.6); research re same (1.6); correspond with J. Donley re same (.7). |
| 12/22/2012 | Jeffrey Gettleman | .50 | Correspond with A. Paul re order to show cause (.1); review M. Jones analysis re same (.1); correspond with A. Paul and M. Jones re same (.3). |
| 12/22/2012 | Adam C Paul | 2.10 | Analyze and revise appellate briefs. |
| 12/22/2012 | Rana Barakat | 5.50 | Review and revise memorandum re Chandler Act (1.8); revise overview section of response (3.7). |
| 12/22/2012 | John Donley, P.C. | 13.30 | Review and revise Garlock TDP section and authorities cited therein (4.2); draft and revise inserts to master response brief (6.3); revise FCR section (.4); review draft, review authorities and record and revise standing section of response brief (2.4). |
| 12/22/2012 | Lisa G Esayian | 4.80 | Review and revise Grace response to AMH appeal (3.9); analyze certain factual issues for overview section of main appeal brief (.9). |
| 12/23/2012 | Nate Kritzer | 3.20 | Research issues relating to 524(g) injunction (2.9); correspond with J. Donley re same (.3). |
| 12/23/2012 | Mike Jones | .30 | Correspond with working group re PI Trust contributions. |
| 12/23/2012 | Kimberly K Love | 6.90 | Review, edit and cite check various portions of W. R. Grace opening briefs. |
| 12/23/2012 | Adam C Paul | 3.20 | Analyze and revise appellate briefs. |
| 12/23/2012 | John Donley, P.C. | 14.50 | Review and revise standing section (1.5); review and revise FCR section (.3); review and revise master brief (3.3); review and revise Montana brief (4.2); review and revise TDP section (2.7); review and revise Garlock brief (2.5). |
| 12/23/2012 | Lisa G Esayian | 7.50 | Review and revise Grace response to AMH appeal. |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/24/2012 | Nate Kritzer | .60 | Review rulings in District Court and Bankruptcy Court re Garlock standing (.4); correspond with J. Donley re same (.2). |
| 12/24/2012 | Kimberly K Love | 8.30 | Review, edit and cite check briefs re Garlock TDP and Garlock standing (7.3); review, edit and cite check Garlock TDP brief (1.0). |
| 12/24/2012 | Adam C Paul | 2.20 | Analyze and revise appellate briefs (1.7); correspond with J. Donley re same (.4); correspond with M. Jones re channeling injunction (.1). |
| 12/24/2012 | Nia Dukov | 4.80 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/24/2012 | Legislative Research | 3.50 | Library Research re history of Chandler Act sections referencing "fair and equitable." |
| 12/24/2012 | John Donley, P.C. | 11.80 | Draft and revise inserts to Third Circuit briefs. |
| 12/24/2012 | Lisa G Esayian | 6.00 | Review and revise AMH brief. |
| 12/24/2012 | Eric F Leon | 6.30 | Legal research re absolute priority rule (2.1); telephone conference with N. Dukov re same (.4); outline Third Circuit brief (3.8). |
| 12/24/2012 | Douglas G Smith, P.C. | 8.50 | Review appellate briefs on pendency interest issues. |
| 12/25/2012 | Adam C Paul | 3.40 | Review and revise appellate briefs. |
| 12/25/2012 | Legislative Research | 1.00 | Library Research re history of Chandler Act sections referencing "fair and equitable." |
| 12/26/2012 | Nate Kritzer | 2.40 | Review and revise draft Third Circuit brief re Montana. |
| 12/26/2012 | Mike Jones | .30 | Correspond with working group re PI Trust funding. |
| 12/26/2012 | Marjolaine Blake | 11.80 | Cite check brief responding to opening brief of appellants Montana and Crown. |
| 12/26/2012 | Adam C Paul | 2.10 | Analyze and revise appellate briefs (1.9); correspond with J. Donley re same (.2). |
| 12/26/2012 | Rana Barakat | 7.90 | Review and edit overview section of response to Garlock brief (2.4); review and analyze legislative histories of code provisions that use terms "fair and equitable" (2.3); draft summary of same (2.8); office conference with J. Donley re response to Garlock brief (.4). |
| 12/26/2012 | Nia Dukov | 2.30 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/26/2012 | John Donley, P.C. | 13.90 | Draft and revise inserts to Third Circuit briefs and review and analyze numerous authorities. |

K&E 24859637.3

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/26/2012 | Lisa G Esayian | 8.00 | Review and revise AMH brief (7.7); correspond with J. Donley re same (.3). |
| 12/27/2012 | Nate Kritzer | 4.80 | Review and revise draft Third Circuit brief (4.6); correspond with J. Donley re same (.2). |
| 12/27/2012 | Marjolaine Blake | 3.00 | Cite check brief responding to opening brief of appellants Montana and Crown. |
| 12/27/2012 | Adam C Paul | 2.30 | Analyze and revise appellate briefs (1.8); telephone conference with J. Donley re AMH brief (.5). |
| 12/27/2012 | Brian T Stansbury | .20 | Telephone conference with J. Hughes re Dr. Whitehouse. |
| 12/27/2012 | Rana Barakat | 6.90 | Research re canons of statutory interpretation when language of statute is fair and equitable (2.7); review confirmation hearing transcripts for instances in which Garlock challenged the FCR's constituency and plan's compliance with section 524(g) (2.1); review Third Circuit local rules re content of appellees' brief, requirement for oral argument requests and motions for extension of time to file reply briefs (1.0); correspond with P. Lockwood re TDP section of response to Garlock brief (.8); review prior research re use of terms "fair and equitable" in Rule 9019 contexts (.3). |
| 12/27/2012 | Nia Dukov | 1.20 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/27/2012 | Legislative Research | 1.00 | Library Research re codification of 1934 Bankruptcy act. |
| 12/27/2012 | John Donley, P.C. | 13.50 | Telephone conference with A. Paul and L. Esayian re Flintkote and feasibility issues (.3); correspond with P. Bentley, E. Leon and N. Dukov re lender brief (.2); telephone conference with N. Kritzer re Montana issues (.2); correspond with R. Barakat re Garlock issues (.2); review draft AMH brief, review authorities and edit and draft inserts to AMH brief (7.5); revise Montana brief (1.1); edit Garlock brief (3.2); edit overview brief (.8). |
| 12/27/2012 | Lisa G Esayian | 8.00 | Review and revise AMH brief (7.5); telephone conferences with J. Donley re same (.5). |
| 12/27/2012 | Douglas G Smith, P.C. | 1.30 | Work on lender brief. |
| 12/28/2012 | Marjolaine Blake | 8.80 | Cite check updated response briefs opposing Garlock, Montana and Crown's appeal briefs (3.7); cite check appellees' brief in opposition to AMH appeal (5.1). |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/28/2012 | Kimberly K Love | 8.50 | Review, edit and cite check opening brief to AMH appeal brief. |
| 12/28/2012 | Adam C Paul | 1.20 | Correspond with J. Donley re appellate briefs (.3); prepare for appellate arguments (.9). |
| 12/28/2012 | Rana Barakat | 7.30 | Edit overview section of brief (4.0); review and analyze Federal Rules of Appellate Procedure and Third Circuit local rules re requests for oral arguments, certificates of compliance, statement of related cases and corporate disclosure statement (2.1); review research re history of 1898 Bankruptcy Act and 1978 Bankruptcy Code (1.2). |
| 12/28/2012 | Katie L Einspanier | 1.50 | Telephone conference with J. Donley and C. Hraban re Garlock brief (.4); review and analyze revised standing section of Garlock brief (1.1). |
| 12/28/2012 | John Donley, P.C. | 13.30 | Edit and draft inserts to four draft appellate briefs (12.4); telephone conferences with L. Esayian re AMH issues (.3); correspond with R. Barakat re briefing issues (.3); correspond with N. Kritzer and K. Einspanier re particular briefing issues (.3). |
| 12/28/2012 | Lisa G Esayian | 7.00 | Review and revise AMH brief (6.5); telephone conferences with J. Donley re same (.5). |
| 12/28/2012 | Eric F Leon | 5.70 | Legal research re Third Circuit lender brief (2.4); outline same (3.3). |
| 12/29/2012 | Marjolaine Blake | 10.80 | Cite check appellees' brief in opposition to AMH's appeal. |
| 12/29/2012 | Adam C Paul | 1.10 | Correspond with J. Donley and E. Leon re lender brief (.4); analyze appellate arguments (.7). |
| 12/29/2012 | Rana Barakat | 2.00 | Review and analyze Garlock's arguments in bankruptcy and district court re the "fixed meaning" of fair and equitable (1.4); draft summary of same (.6). |
| 12/29/2012 | John Donley, P.C. | 7.80 | Draft FCR fair and equitable brief (3.1); review and revise Garlock brief (2.7); review and revise briefs throughout (2.0). |
| 12/30/2012 | Jeffrey Gettleman | .60 | Research re case no. 09-115 re statement of related cases re appellate briefing (.3); draft, review and revise analysis re same (.1); correspond with R. Barakat re same (.2). |
| 12/30/2012 | Adam C Paul | 5.20 | Analyze and revise lender brief (3.6); correspond with E. Leon re same (.4); analyze Kramer Levin draft arguments (1.2). |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/30/2012 | Nia Dukov | .30 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/30/2012 | John Donley, P.C. | 14.70 | Review and revise AMH brief (1.0); edit overview brief (1.4); research cases, authorities and record re fair and equitable issues (4.5); draft and edit fair and equitable Garlock response (6.8); review bank lender drafts and telephone conference with Kramer Levin re same (1.0). |
| 12/30/2012 | Eric F Leon | 7.40 | Telephone conference with Equity Committee re Third Circuit brief (.9); research and draft same (6.5). |
| 12/31/2012 | Mike Jones | .30 | Correspond with working group re corporate disclosure statement. |
| 12/31/2012 | Adam C Paul | 3.40 | Telephone conference with J. Donley and E. Leon re lender brief (.8); prepare for same (.7); analyze various revisions to briefs (1.9). |
| 12/31/2012 | Rana Barakat | 6.50 | Draft certificate of compliance (.4); review response to Garlock's TDP argument drafted by Caplin (.5); office conference with J. Donley re edits to overview section of brief and Garlock draft (.6); review case law re use of "fair and equitable" standard in Rule 9019 contexts (2.0); review case law re application of absolute priority rule embodied in section 1129(b) (2.1); edit overview section of response to appellants' briefs (.9). |
| 12/31/2012 | Nia Dukov | 5.10 | Analyze issues re and draft response lender brief in Third Circuit appeal. |
| 12/31/2012 | Katie L Einspanier | .90 | Review and analyze revised Garlock draft and standing section. |
| 12/31/2012 | John Donley, P.C. | 10.30 | Telephone conference with A. Paul, E. Leon, N. Dukov and D. Smith re lender brief issues (.8); edit overview section (1.3); telephone conference with R. Barakat re same (.2); draft fair-and-equitable sections of Garlock brief (6.2); edit summary of argument for Garlock (.5); edit various other sections of Garlock brief (.7); telephone conference with R. Barakat re Garlock research, fact, analysis and follow-up points (.4); correspond with R. Barakat re same (.2). |
| 12/31/2012 | Lisa G Esayian | 3.90 | Revise AMH brief. |
| 12/31/2012 | Eric F Leon | 8.10 | Research and draft Third Circuit lender brief. |
| 12/31/2012 | Douglas G Smith, P.C. | .70 | Prepare for and attend telephone conference with working group re response to lender brief on pendency interest. |
| | Total: | 1,374.20 | |

A-26

### Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/2012 | Stephen H Butler | 1.00 | Correspond with J. Gettleman and C. Finke re QSF tax issues (.8); telephone conference with T. Maynes re same (.2). |
| 12/05/2012 | Stephen H Butler | .70 | Telephone conference with T. Maynes and C. Finke re QSF tax and administrative issues. |
| 12/11/2012 | Stephen H Butler | .20 | Correspond with client and T. Maynes re QSF tax issues. |
| | Total: | 1.90 | |

A-27