**EXHIBIT B**

K&E 24859637.3

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $4,592.30 |
| Color Copies or Prints | $295.90 |
| Library Document Retrieval | $300.00 |
| Computer Database Research | $4,261.89 |
| Overtime Transportation | $232.39 |
| Secretarial Overtime | $1,259.88 |
| **Total:** | **$10,942.36** |

B-2

**Matter 52 – Expenses – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 11/20/2012 | 153.48 | West, Computer Database Research, Barakat, Rana, November, 2012 |
| 11/20/2012 | 15.35 | West, Computer Database Research, Esayian, Lisa G., November, 2012 |
| 11/25/2012 | 8.85 | Flash Cab Company, Overtime Transportation, M. McCarthy, 11/25/2012 |
| 11/26/2012 | 3.66 | West, Computer Database Research, Mosquera, Clara C., November, 2012 |
| 11/26/2012 | 22.25 | Flash Cab Company, Overtime Transportation, M. Blake, 11/26/2012 |
| 11/27/2012 | 25.95 | West, Computer Database Research, Waldron, Anne M., November, 2012 |
| 11/27/2012 | 43.04 | LexisNexis, Computer Database Research, Hensler, Michael, 11/27/2012 |
| 11/27/2012 | 12.28 | LexisNexis, Computer Database Research, Love, Kimberly, 11/27/2012 |
| 11/27/2012 | 22.05 | Flash Cab Company, Overtime Transportation, M. Blake, 11/27/2012 |
| 11/28/2012 | 10.54 | West, Computer Database Research, Eggert, Mary B., November, 2012 |
| 11/28/2012 | 58.31 | West, Computer Database Research, Grouzard, Melissa, November, 2012 |
| 11/28/2012 | 26.86 | LexisNexis, Computer Database Research, Des Jardins, Ken, 11/28/2012 |
| 11/28/2012 | 25.50 | Secretarial Overtime, Christine Hraban - Revisions to brief inserts. |
| 11/29/2012 | 205.21 | West, Computer Database Research, Jones, Mike, November, 2012 |
| 11/29/2012 | 132.05 | West, Computer Database Research, Rhode, Benjamin, November, 2012 |
| 11/29/2012 | 22.45 | Flash Cab Company, Overtime Transportation, M. Blake, 11/29/2012 |
| 11/29/2012 | 63.75 | Secretarial Overtime, Christine Hraban - Revisions to brief outlines. |
| 11/30/2012 | 787.19 | West, Computer Database Research, Einspanier, Kathryn, November, 2012 |
| 11/30/2012 | 157.94 | West, Computer Database Research, Engel, Susan, November, 2012 |
| 11/30/2012 | 13.72 | West, Computer Database Research, Donley, John W., November, 2012 |
| 11/30/2012 | 74.57 | West, Computer Database Research, Dukov, Nia, November, 2012 |
| 11/30/2012 | 14.30 | West, Computer Database Research, Hensler, Michael, November, 2012 |
| 11/30/2012 | 2,527.44 | West, Computer Database Research, Love, Kimberly, November, 2012 |
| 11/30/2012 | 63.75 | Secretarial Overtime, Christine Hraban - Work on brief excerpts |
| 12/02/2012 | 8.00 | Christine Hraban, Parking, Chicago, IL (Overtime Transportation) |
| 12/02/2012 | 41.07 | Christine Hraban, Mileage, Chicago, IL (Overtime Transportation) |
| 12/02/2012 | 191.25 | Secretarial Overtime, Christine Hraban - Work on excerpts for Third Circuit briefs. |
| 12/03/2012 | 299.70 | Standard Copies or Prints |

B-3

| **Date** | **Amount** | **Description** |
|---|---|---|
| 12/03/2012 | 84.70 | Standard Copies or Prints |
| 12/03/2012 | 65.30 | Standard Prints |
| 12/03/2012 | 35.40 | Standard Prints |
| 12/03/2012 | 158.20 | Standard Prints |
| 12/03/2012 | 527.50 | Standard Prints |
| 12/03/2012 | 8.10 | Standard Prints |
| 12/03/2012 | 29.90 | Standard Prints |
| 12/03/2012 | 135.60 | Standard Prints |
| 12/03/2012 | 27.00 | Standard Prints |
| 12/03/2012 | 6.40 | Standard Prints |
| 12/03/2012 | 119.40 | Standard Prints |
| 12/03/2012 | 25.00 | Library Document Retrieval |
| 12/03/2012 | 25.00 | Library Document Retrieval |
| 12/03/2012 | 25.00 | Library Document Retrieval |
| 12/03/2012 | 25.00 | Library Document Retrieval |
| 12/04/2012 | 14.40 | Standard Copies or Prints |
| 12/04/2012 | 51.10 | Standard Prints |
| 12/04/2012 | 9.40 | Standard Prints |
| 12/04/2012 | 100.00 | Library Document Retrieval |
| 12/04/2012 | 25.00 | Library Document Retrieval |
| 12/04/2012 | 25.00 | Library Document Retrieval |
| 12/05/2012 | 36.80 | Standard Prints |
| 12/05/2012 | 37.60 | Standard Prints |
| 12/05/2012 | 6.80 | Standard Prints |
| 12/05/2012 | 13.90 | Standard Prints |
| 12/05/2012 | 5.70 | Standard Prints |
| 12/06/2012 | 2.60 | Standard Prints |
| 12/06/2012 | 12.00 | Standard Prints |
| 12/06/2012 | 14.70 | Standard Prints |
| 12/06/2012 | 6.90 | Standard Prints |
| 12/06/2012 | 17.00 | Standard Prints |
| 12/06/2012 | 25.50 | Secretarial Overtime, Christine Hraban - Revisions to brief outlines. |
| 12/07/2012 | 39.30 | Standard Copies or Prints |
| 12/07/2012 | 7.60 | Standard Prints |
| 12/07/2012 | 183.40 | Standard Prints |
| 12/07/2012 | 11.00 | Standard Prints |
| 12/07/2012 | 27.50 | Standard Prints |

B-4

| Date | Amount | Description |
|------|-------:|-------------|
| 12/07/2012 | 5.30 | Standard Prints |
| 12/07/2012 | 20.20 | Standard Prints |
| 12/07/2012 | 22.80 | Standard Prints |
| 12/08/2012 | 242.25 | Secretarial Overtime, Christine Hraban - Work re Third Circuit appeals |
| 12/09/2012 | 8.00 | Susan Woods, Parking, Chicago, IL (Overtime Transportation) |
| 12/09/2012 | 7.77 | Susan Woods, Mileage, Chicago, IL (Overtime Transportation) |
| 12/09/2012 | 7.66 | Susan Woods, Mileage, Chicago, IL (Overtime Transportation) |
| 12/09/2012 | 306.00 | Secretarial Overtime, Susan L. Woods - Revise brief and case notes; create standalone insert documents; retrieve cases from Westlaw. |
| 12/10/2012 | .40 | Standard Prints |
| 12/10/2012 | 56.10 | Standard Prints |
| 12/10/2012 | 25.70 | Standard Prints |
| 12/10/2012 | 12.70 | Standard Prints |
| 12/10/2012 | 17.70 | Standard Prints |
| 12/10/2012 | 41.80 | Color Prints |
| 12/10/2012 | 71.50 | Color Prints |
| 12/10/2012 | 62.70 | Color Prints |
| 12/12/2012 | 775.00 | Standard Copies or Prints |
| 12/12/2012 | 43.20 | Standard Prints |
| 12/12/2012 | 251.70 | Standard Prints |
| 12/12/2012 | 132.80 | Standard Prints |
| 12/12/2012 | 19.00 | Standard Prints |
| 12/12/2012 | 14.20 | Standard Prints |
| 12/12/2012 | 13.90 | Standard Prints |
| 12/12/2012 | 30.40 | Standard Prints |
| 12/12/2012 | 20.00 | Standard Prints |
| 12/12/2012 | 18.50 | Standard Copies or Prints |
| 12/12/2012 | 8.80 | Color Copies or Prints |
| 12/12/2012 | 29.70 | Color Prints |
| 12/12/2012 | 36.85 | Color Prints |
| 12/13/2012 | 59.90 | Standard Copies or Prints |
| 12/13/2012 | 13.00 | Standard Prints |
| 12/13/2012 | 19.60 | Standard Prints |
| 12/13/2012 | 25.00 | Library Document Retrieval |
| 12/14/2012 | 1.70 | Standard Prints |
| 12/14/2012 | 266.70 | Standard Prints |
| 12/14/2012 | 18.40 | Standard Prints |

B-5

| Date | Amount | Description |
|---|---|---|
| 12/14/2012 | 29.70 | Color Prints |
| 12/15/2012 | 8.00 | Susan Woods, Parking, Chicago, IL (Overtime Transportation) |
| 12/15/2012 | 15.43 | Susan Woods, Mileage, Chicago, IL (Overtime Transportation) |
| 12/16/2012 | 8.00 | Susan Woods, Parking, Chicago, IL (Overtime Transportation) |
| 12/16/2012 | 15.43 | Susan Woods, Mileage, Chicago, IL (Overtime Transportation) |
| 12/19/2012 | 7.40 | Standard Prints |
| 12/19/2012 | 82.50 | Standard Prints |
| 12/19/2012 | 34.90 | Standard Prints |
| 12/19/2012 | 151.00 | Standard Prints |
| 12/20/2012 | 36.96 | Secretarial Overtime, Christine A. Slivka - Create MS Word, Revise/Update MS Word. |
| 12/22/2012 | 304.92 | Secretarial Overtime, Teresa Sandoval - Create MS Word TOA, Revise/Update MS Word, Revise/Update MS Word TOC. |
| 12/23/2012 | 8.00 | Susan Woods, Parking, Chicago, IL (Overtime Transportation) |
| 12/23/2012 | 15.43 | Susan Woods, Mileage, Chicago, IL (Overtime Transportation) |
| 12/24/2012 | 7.00 | Susan Woods, Taxi, (Overtime Transportation) |
| 12/24/2012 | 7.00 | Susan Woods, Taxi, (Overtime Transportation) |
| 12/25/2012 | 50.60 | Standard Copies or Prints |
| 12/25/2012 | 83.40 | Standard Prints |
| 12/25/2012 | 25.20 | Standard Prints |
| 12/25/2012 | 83.60 | Standard Prints |
| 12/25/2012 | 36.90 | Standard Prints |
| 12/25/2012 | 62.30 | Standard Prints |
| 12/25/2012 | 57.80 | Standard Prints |
| 12/25/2012 | 62.90 | Standard Prints |
| 12/25/2012 | 14.85 | Color Copies or Prints |
| 12/25/2012 | 25.00 | Library Document Retrieval |
| Total: | 10,942.36 | |

B-6