# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

EIGHTY-SECOND MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM AUGUST 1, 2012 THROUGH AUGUST 31, 2012

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2012 through August 31, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $86,536.12 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $279.07 |

This is a:     ___XX___  monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $2,778.00 | $ 36.85 | $2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/17/10 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | Pending | Pending |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | Pending | Pending |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | Pending | Pending |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | Pending | Pending |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | Pending | Pending |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | Pending | Pending |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | Pending | Pending |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | Pending | Pending |
| | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | Pending | Pending |
| | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $469.20 | 66.50 | $31,201.80 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 14.80 | $9,735.44 |
| Robert Brager | Principal; Joined Firm 1981; Member NY bar since 1980 | $657.80 | 23.50 | $15,458.30 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 2.40 | $430.56 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $303.60 | 10.20 | $3,096.72 |
| Sarah E. Albert | Associate; Joined Firm 2006; Member MD Bar since 2005 | $349.60 | 49.10 | $17,165.36 |
| Thomas P. Kolkin | Summer Associate | $202.40 | 8.80 | $1,781.12 |
| Denise Paul | Paralegal | $179.40 | 15.50 | $2,780.70 |
| Lindsey Selba | Associate; Joined Firm 2010; Member MD Bar since 2010 | $257.60 | 5.80 | $1,494.08 |
| Toren Elsen | Paralegal | $142.60 | 4.90 | $698.74 |
| Richard S. Davis | Principal; Joined Firm 1981; Member MD Bar since 1980 | $547.40 | 1.50 | $821.10 |
| Mark N. Duvall | Principal; Joined Firm 2008; Member DC Bar since 1978 | $506.00 | 3.70 | $1,872.20 |

Fees:            $ 86,536.12
Total Hours:        206.70
Blended Rate:       $ 419.00

---

[6] These amounts are the sum total from all of the invoices attached hereto.

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 206.70 | $86,536.12 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $28.00 |
| Postage | | $6.91 |
| Long Distance Telephone | | $49.49 |
| Meals | Meals during client meetings (on multiple days) | $160.04 |
| Travel | Amtrak tickets and parking, travel to DC for client meeting (July) | $23.00 |
| Messenger Service | | $8.53 |
| Express Delivery | UPS | $3.10 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

August 1, 2012 through August 31, 2012, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $86,536.12 and actual and necessary expenses

in the amount of $279.07 for a total allowance of $86,815.19 and payment of $69,228.90 (80%

of the allowed fees) and reimbursement of $279.07 (100% of the allowed expenses) be

authorized for a total payment of $69,507.97 and for such other and further relief as this Court

may deem just and proper.

Dated: October ___/ ᒿ___, 2012          BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 12 day of October, 2012.


_____
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

**FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JULY 1, 2012 THROUGH JULY 31,  2012**

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Horton Iron & Metal)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                          September 25, 2012
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015355
7500 Grace Drive                           Invoice # 150069
Columbia, MD  21044                        Federal ID# 52-1247549


For Legal Services Rendered Through 08/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311


<u>Horton Iron & Metal</u>


| | | | | |
|---|---|---|---|---|
| 08/01/12 | R. Brager | L120 | 1.50 | Conference with S. Albert re brief; review next round. |
| 08/01/12 | P. Marks | L120 | 0.70 | Address document research follow-up, coordinate with S. Albert re same and email client update re same. |
| 08/01/12 | P. Marks | L120 | 0.40 | Telephone conference with client re factual research and email to S. Albert re same. |
| 08/01/12 | S. Albert | L120 | 5.10 | Revision of legal analysis and additional research in support of legal analysis and direction from R. Brager re same. |
| 08/01/12 | T. Kolkin | L120 | 0.50 | Prepare memorandum re legal analysis. |
| 08/01/12 | T. Elsen | L120 | 0.30 | Review documents. |
| 08/02/12 | R. Brager | L120 | 0.50 | Review and edit next version of brief and e-mails re same. |
| 08/02/12 | P. Marks | L120 | 2.40 | Review and evaluate legal analysis and telephone conferences with S. Albert re same and re document evaluation. |

BEVERIDGE & DIAMOND, P.C.

| 08/02/12 | P. Marks | L120 | 0.70 | Prepare memorandum re CERCLA issue. |
| 08/02/12 | S. Albert | L120 | 2.00 | Revision of legal analysis and conference with P. Marks re same. |
| 08/02/12 | S. Albert | L120 | 6.50 | Review of documents; draft email re same. |
| 08/02/12 | T. Kolkin | L120 | 5.00 | Legal research and prepare memorandum re CERCLA issue. |
| 08/03/12 | R. Brager | L120 | 0.60 | Review P. Marks edits; telephone conference with P. Marks and S. Albert re brief. |
| 08/03/12 | P. Marks | L120 | 0.80 | Complete memorandum to client re research (CERCLA passive disposal). |
| 08/03/12 | P. Marks | L120 | 0.80 | Evaluate legal issues and telephone conference with R. Brager and S. Albert re same and brief. |
| 08/03/12 | S. Albert | L120 | 0.60 | Preparation for and telephone conference with P. Marks and R. Brager re legal analysis. |
| 08/03/12 | T. Kolkin | L120 | 3.30 | Prepare legal memorandum re CERCLA liability issue. |
| 08/04/12 | R. Brager | L120 | 1.00 | Review and edit brief and e-mails to P. Marks and S. Albert re same. |
| 08/04/12 | P. Marks | L120 | 0.40 | Email exchanges with S. Albert and R. Brager re edits to memorandum. |
| 08/04/12 | P. Marks | L120 | 0.50 | Review section of brief and provide comments to S. Albert and R. Brager. |
| 08/04/12 | S. Albert | L120 | 0.40 | Revision of legal analysis per P. Marks and R. Brager comments. |
| 08/05/12 | R. Brager | L120 | 1.00 | Review and edit next versions of brief and exchange e-mails with P. Marks and S. Albert re same. |
| 08/05/12 | S. Albert | L120 | 0.40 | Revision of legal analysis per P. Marks and R. Brager comments; exchange emails re same. |
| 08/06/12 | R. Brager | L120 | 1.00 | Review and edit brief and conference with S. Albert re same. |
| 08/06/12 | S. Albert | L120 | 0.80 | Revision of legal analysis and strategy memorandum, and conference with R. Brager re same. |
| 08/06/12 | T. Elsen | L120 | 0.30 | Prepare exhibits. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  150069
September 25, 2012
PAGE  3

| | | | | |
|---|---|---|---|---|
| 08/07/12 | R. Brager | L120 | 0.30 | Review and edit strategy memorandum. |
| 08/08/12 | R. Brager | L120 | 1.00 | Review next draft of strategy memorandum; exchange e-mails with S. Albert re same; conference with S. Albert re same. |
| 08/08/12 | S. Albert | L120 | 1.30 | Revision of strategy memorandum per R. Brager edits and suggestions. |
| 08/09/12 | R. Brager | L120 | 4.00 | Review materials to prepare for client meeting; attend meeting; review, revise and edit strategy memorandum. |
| 08/09/12 | S. Albert | L120 | 5.50 | Meeting with R. Brager, H. Feichko, and L. Duff; revision of legal analysis and strategy memo; review of documents. |
| 08/09/12 | T. Elsen | L120 | 3.00 | Prepare exhibits, document review. |
| 08/10/12 | S. Albert | L120 | 1.50 | Exchange emails re revised strategy memorandum; preparation of legal analysis and exhibits and exchange emails re same. |
| 08/10/12 | T. Elsen | L120 | 1.30 | Prepare and distribute exhibits. |
| 08/13/12 | R. Brager | L120 | 0.50 | E-mails and telephone conference with S. Albert. |
| 08/13/12 | S. Albert | L120 | 6.50 | Review of motions and preparation of chart and conference with R. Brager re same. |
| 08/14/12 | R. Brager | L120 | 1.00 | Review spreadsheet from S. Albert; telephone conference with S. Albert re same and issues, telephone conference with L. Duff re same, and exchange e-mails re same. |
| 08/14/12 | S. Albert | L120 | 0.30 | Send email to H. Feichko re document; telephone conference with R. Brager re motions analysis. |
| 08/15/12 | R. Brager | L120 | 3.00 | Conference re additional steps issues. |
| 08/15/12 | S. Albert | L120 | 4.00 | Strategy meeting with R. Brager, L. Duff, and H. Feichko re legal analysis; follow-up work related to meeting. |
| 08/15/12 | D. Paul | L120 | 0.40 | Update index. |
| 08/16/12 | R. Brager | L120 | 0.30 | Review S. Albert edits and conference with S. Albert re same. |

BEVERIDGE & DIAMOND, P.C.

| 08/16/12 | S. Albert | L120 | 2.30 | Revision of legal analysis re legal issue; review documents re same and conference with R. Brager re same. |
| 08/16/12 | D. Paul | L120 | 0.30 | Update index and circulate to team. |
| 08/17/12 | R. Brager | L120 | 0.70 | Telephone conference re brief. |
| 08/17/12 | S. Albert | L120 | 0.90 | Telephone conference with R. Brager, L. Duff, re legal analysis and revisions, and send R. Brager email re same. |
| 08/21/12 | S. Albert | L120 | 0.30 | Exchange emails re FOIA issue. |
| 08/22/12 | R. Brager | L120 | 0.70 | Strategy conference with P. Marks and S. Albert, and conference with R. Finke. |
| 08/22/12 | P. Marks | L120 | 0.30 | Conference with R. Brager and S. Albert re FOIA follow-up and re follow-up to client meeting. |
| 08/22/12 | P. Marks | L120 | 0.10 | Conference with S. Albert re legal analysis and her email to client re same. |
| 08/22/12 | P. Marks | L120 | 0.30 | Review emails and correspondence. |
| 08/22/12 | P. Marks | L120 | 0.50 | Telephone conference with L. Duff re strategic issues and clarification of procedural issue, and telephone conference with R. Brager re same. |
| 08/22/12 | S. Albert | L120 | 1.20 | Draft email to Grace; conferences with R. Brager and P. Marks re public records request and other issues. |
| 08/23/12 | P. Marks | L120 | 0.20 | Review correspondence. |
| 08/24/12 | R. Brager | L120 | 1.00 | Review brief and conference with S. Albert and P. Marks re same. |
| 08/24/12 | P. Marks | L120 | 1.30 | Review and evaluate revised legal analysis and conference with R. Brager and S. Albert re same. |
| 08/24/12 | P. Marks | L120 | 0.70 | Telephone conference with L. Duff re legal analysis. |
| 08/24/12 | S. Albert | L120 | 1.00 | Review edits to legal analysis; telephone conference with R. Brager and P. Marks re same. |
| 08/27/12 | R. Brager | L120 | 1.80 | Team telephone conference re brief. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  150069
September 25, 2012
PAGE  5

| 08/27/12 | P. Marks | L120 | 0.30 | Telephone conference with H. Feichko re issues to discuss on team call. |
| 08/27/12 | P. Marks | L120 | 1.80 | Participate in call with Grace counsel team re Settlement Agreement legal evaluation and brief post-meeting distribution of tasks among R. Brager, S. Albert and me. |
| 08/27/12 | S. Albert | L120 | 1.80 | Telephone conference with client, R. Brager, P. Marks and others re legal analysis. |
| 08/28/12 | P. Marks | L120 | 0.20 | Coordination with team re revisions to analysis. |
| 08/28/12 | S. Albert | L120 | 1.20 | Revision of legal analysis, including responding to suggested edits by Grace. |
| 08/29/12 | R. Brager | L120 | 0.30 | Conference with S. Albert re brief. |
| 08/29/12 | P. Marks | L120 | 0.50 | Coordinate with S. Albert re revising analysis and telephone conference with L. Duff re same. |
| 08/29/12 | S. Albert | L120 | 3.30 | Revision of legal analysis, coordinate with R. Brager and P. Marks re same, and integration of edits to legal analysis. |
| 08/30/12 | R. Brager | L120 | 2.80 | Review and edit brief, e-mail to P. Marks and S. Albert re same and conference with P. Marks and S. Albert. |
| 08/30/12 | P. Marks | L120 | 1.60 | Review and evaluate legal analysis and conference with S. Albert and R. Brager re same and telephone conference with L. Duff re same. |
| 08/30/12 | S. Albert | L120 | 2.20 | Revise brief, and conferences with R. Brager and P. Marks re same. |
| 08/30/12 | D. Paul | L120 | 0.50 | Telephone conferences and follow-up email communications re FOIA requests. |
| 08/31/12 | R. Brager | L120 | 0.50 | Exchange e-mails re brief; get materials for Tuesday trip to Denver; exchange e-mails re Denver meeting. |
| 08/31/12 | P. Marks | L120 | 1.30 | Oversee document completion, review draft and prepare transmittal email re same; follow-up coordination with counsel re scheduling. |

Total Hours :                    103.30

BEVERIDGE & DIAMOND, P.C.

INVOICE #   150069
September 25, 2012
PAGE   6

Total Fees :                    $42,732.16

BEVERIDGE & DIAMOND, P.C.

INVOICE # 150069
September 25, 2012
PAGE  7

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 23.50 | $657.80 | $15,458.30 |
| P. Marks | 15.80 | $469.20 | $7,413.36 |
| S. Albert | 49.10 | $349.60 | $17,165.36 |
| T. Kolkin | 8.80 | $202.40 | $1,781.12 |
| D. Paul | 1.20 | $179.40 | $215.28 |
| T. Elsen | 4.90 | $142.60 | $698.74 |

|  | Total Fees : | $42,732.16 |
|---|---|---|
|  | Total Fees: | $42,732.16 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L120 | 103.30 | $42,732.16 |
| Total L100 | 103.30 | $42,732.16 |
| Total Fees : | 103.30 | $42,732.16 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $0.40 |
| E110 | Out-of-town Travel | $23.00 |

BEVERIDGE & DIAMOND, P.C.

E111     Meals                                                    $160.04

Total Disbursements :              $183.44

TOTAL DUE :          $42,915.60

# EXHIBIT B

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                          September 25, 2012
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015172
7500 Grace Drive                           Invoice # 150068
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>IRIS</u>

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 08/01/12 | K. Bourdeau | C300 | 0.80 | Conference with P. Marks re various action items, path forward; follow up communications re same. |
| 08/01/12 | P. Marks | C300 | 0.40 | Telephone conference with L. Duff re progress on tasks and planning for next steps. |
| 08/01/12 | P. Marks | C300 | 1.30 | Telephone conference with H. Feichko and R. Finke re research issue and follow-up evaluation and direct J. Lanham re same. (Research re endpoint guidance and other issues). |
| 08/01/12 | P. Marks | C300 | 0.40 | Telephone conference with K. Bourdeau re tasks. |
| 08/01/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/02/12 | K. Bourdeau | C300 | 0.80 | Research legal issue; communications with P. Marks; conference with P. Marks re action items. |
| 08/02/12 | P. Marks | C300 | 0.20 | Conference with J. Lanham re research tasks re federal guidance. |
| 08/02/12 | P. Marks | C300 | 0.20 | Direct staff re updating document notebook. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #   150068
September 25, 2012
PAGE  2

| 08/02/12 | P. Marks | C300 | 0.20 | Telephone conference with K. Bourdeau re tasks. |
|----------|----------|------|------|------------------------------------------------|
| 08/02/12 | J. Lanham | C300 | 3.00 | Document research and evaluation. |
| 08/03/12 | P. Marks | C300 | 3.90 | Review guidance documents and prepare summary re findings. |
| 08/03/12 | P. Marks | C300 | 2.00 | Evaluate consultant's slide presentation and telephone conference with L. Duff, H. Feichko and consultant re meeting preparation. |
| 08/03/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/04/12 | P. Marks | C300 | 0.80 | Prepare email summary of research results and provide to client with primary research sources. |
| 08/04/12 | P. Marks | C300 | 0.90 | Summarize review of EPA Guidance and emails re same. |
| 08/05/12 | K. Bourdeau | C300 | 0.80 | Review P. Marks e-mail; e-mail to P. Marks; e-mail to E. Wolk re schedule. |
| 08/09/12 | K. Bourdeau | C300 | 0.80 | Participate in Grace team conference call. |
| 08/10/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/11/12 | K. Bourdeau | C300 | 1.50 | Evaluate arguments to be made in IQA submission to EPA; work on outline of submission. |
| 08/12/12 | K. Bourdeau | C300 | 2.50 | Work on outline of IQA arguments; review background materials re same. |
| 08/13/12 | K. Bourdeau | C300 | 1.50 | Work on (IQA) outline. |
| 08/14/12 | K. Bourdeau | C300 | 1.00 | Finalize and transmit draft IQA submission outline. |
| 08/16/12 | J. Lanham | C300 | 0.50 | Document research. |
| 08/17/12 | K. Bourdeau | C300 | 0.80 | Participate in Grace strategy call re data. |
| 08/17/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/20/12 | P. Marks | C300 | 0.30 | Send email to consultant re clarification on data research. |
| 08/20/12 | P. Marks | C300 | 0.50 | Review argument development status and conference with L. Duff re same. |
| 08/20/12 | P. Marks | C300 | 0.50 | Telephone conference with L. Duff re data issue and tasks. |

BEVERIDGE & DIAMOND, P.C.

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 08/21/12 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re status, path forward. |
| 08/21/12 | P. Marks | C300 | 0.50 | Telephone conference with K. Bourdeau to coordinate on recent developments and tasks. |
| 08/22/12 | P. Marks | C300 | 0.20 | Prepare email to L. Duff. |
| 08/22/12 | P. Marks | C300 | 0.30 | Telephone conference with L. Duff re strategic question. |
| 08/22/12 | P. Marks | C300 | 0.80 | Follow-up telephone conference with S. Herman. |
| 08/23/12 | P. Marks | C300 | 1.40 | Coordinate with H. Feichko in preparation for and conduct weekly update call. |
| 08/23/12 | J. Lanham | C300 | 0.50 | Document research. |
| 08/24/12 | K. Bourdeau | C300 | 0.30 | Communications with P. Marks re recent developments, action items, path forward. |
| 08/24/12 | P. Marks | C300 | 0.30 | Telephone conference with K. Bourdeau re tasks and strategy. |
| 08/24/12 | P. Marks | C300 | 1.60 | Review status of process and prepare information for client re same and meeting preparation. |
| 08/24/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/27/12 | K. Bourdeau | C300 | 0.50 | Review and forward to Grace team notice of meeting; e-mail communications re same. |
| 08/27/12 | P. Marks | C300 | 3.20 | Prepare summary of statements and transcript excerpts for client. |
| 08/27/12 | J. Lanham | C300 | 0.50 | Document research. |
| 08/27/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/28/12 | P. Marks | C300 | 0.30 | Review materials and direct J. Lanham re document research tasks. |
| 08/28/12 | P. Marks | C300 | 4.10 | Evaluation of issues and memorandum preparation re same. |
| 08/28/12 | P. Marks | C300 | 0.50 | Direct D. Paul re transcript follow-up, review materials re same, and contact consultants to review transcripts portions. |
| 08/28/12 | J. Lanham | C300 | 1.70 | Document research and evaluation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  150068
September 25, 2012
PAGE   4

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 08/28/12 | D. Paul | C300 | 0.80 | Photocopy transcripts for P. Marks review; search for hard copies of revised transcripts. |
| 08/29/12 | K. Bourdeau | C300 | 1.50 | Review, analyze, and prepare notes re presentation planning; prepare detailed e-mail to P. Marks. |
| 08/29/12 | P. Marks | C300 | 3.40 | Prepare memorandum re evaluation of information and complete transcript assessment re same. |
| 08/29/12 | P. Marks | C300 | 0.30 | Telephone conference with J. Flynn re transcripts. |
| 08/29/12 | J. Lanham | C300 | 4.00 | Research and evaluate EPA policies. |
| 08/29/12 | D. Paul | C300 | 0.50 | Address court reporter invoice issues. |
| 08/29/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/30/12 | K. Bourdeau | C300 | 1.50 | Participate in Grace strategy call; e-mail communications with P. Marks re action items, path forward. |
| 08/30/12 | P. Marks | C300 | 1.80 | Telephone conference with L. Duff re tasks and conference call agenda, and prepare for and conduct telephone conference with team (weekly update call) and prepare follow-up notes for counsel re same. |
| 08/30/12 | P. Marks | C300 | 3.10 | Prepare detailed presentation outline. |
| 08/30/12 | P. Marks | C300 | 0.20 | Evaluate and direct D. Paul re transcript and memorandum review. |
| 08/30/12 | D. Paul | C300 | 0.40 | Address court reporter invoice issues. |
| 08/30/12 | D. Paul | C300 | 0.40 | Proofread citations for P. Marks. |
| 08/31/12 | P. Marks | C300 | 7.20 | Prepare detailed presentation overview. |
| 08/31/12 | D. Paul | C300 | 1.00 | Compile corrections to transcripts and corrected transcripts to quality check final transcripts. |
| 08/31/12 | E. Wolk | C300 | 0.30 | Monitoring. |

**Total Hours :**           71.30

**Total Fees :**      $32,962.22

BEVERIDGE & DIAMOND, P.C.

INVOICE #  150068
September 25, 2012
PAGE  5

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 14.80 | $657.80 | $9,735.44 |
| P. Marks | 40.80 | $469.20 | $19,143.36 |
| J. Lanham | 10.20 | $303.60 | $3,096.72 |
| D. Paul | 3.10 | $179.40 | $556.14 |
| E. Wolk | 2.40 | $179.40 | $430.56 |
| **Total Fees :** | | | **$32,962.22** |
| **Total Fees:** | | | **$32,962.22** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 71.30 | $32,962.22 |
| Total | 71.30 | $32,962.22 |
| **Total Fees :** | **71.30** | **$32,962.22** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $42.19 |
| **Total Disbursements :** | | **$42.19** |
| **TOTAL DUE :** | | **$33,004.41** |

# EXHIBIT C

## (Trivalent Chromium)

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 25, 2012
Client/Matter #  01246-014988
Invoice # 150067
Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>Trivalent Chromium</u>

| | | | | |
|---|---|---|---|---|
| 08/01/12 | P. Marks | C300 | 1.60 | Prepare petition and telephone conference with L. Duff re same. |
| 08/01/12 | P. Marks | C300 | 0.20 | Telephone conference with State re petition. |
| 08/01/12 | L. Selba | C300 | 3.00 | Prepare petition. |
| 08/02/12 | P. Marks | C300 | 1.00 | Manage paralegal and secretarial tasks re petition finalization and coordinate with L. Selba as necessary re same. |
| 08/02/12 | L. Selba | C300 | 1.00 | Prepare petition and communications with B&D team re same. |
| 08/02/12 | D. Paul | C300 | 4.30 | Prepare attachments; review and revise attachments and references; prepare hard copies and electronic versions of attachments to submit with petition; conference with attorney team re legal citations and quality check revisions; prepare labels for electronic media; prepare dvd copies of references and finalize petition for filing. |
| 08/03/12 | P. Marks | C300 | 1.00 | Direct D. Paul re references and attachments and complete petition. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  150067
September 25, 2012
PAGE  2

| 08/03/12 | L. Selba | C300 | 0.30 | Communications with B&D team re preparation of petition. |
|----------|----------|------|------|----------|
| 08/03/12 | D. Paul | C300 | 5.30 | Review and revise petition; conduct research to gather additional Federal Register notices; prepare additional exhibits; prepare electronic copies of submissions; finalize and send to vendor for printing and binding. |
| 08/04/12 | P. Marks | C300 | 0.40 | Address whether to include raw material specification sheet as attachment to petition, and direct L. Selba re finalization. |
| 08/06/12 | L. Selba | C300 | 1.50 | Finalize petition, and prepare cover letters re same. |
| 08/28/12 | P. Marks | C300 | 0.90 | Telephone conference with MDE re status and petition issues, coordination and follow-up email to client re same. |

Total Hours :          20.50

Total Fees :        $5,609.24

BEVERIDGE & DIAMOND, P.C.

INVOICE #  150067
September 25, 2012
PAGE  3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 5.10 | $469.20 | $2,392.92 |
| L. Selba | 5.80 | $257.60 | $1,494.08 |
| D. Paul | 9.60 | $179.40 | $1,722.24 |
| **Total Fees :** | | | **$5,609.24** |
| **Total Fees:** | | | **$5,609.24** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 20.50 | $5,609.24 |
| Total | 20.50 | $5,609.24 |
| **Total Fees :** | **20.50** | **$5,609.24** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| 002 | Postage | $6.91 |
| 004 | Duplicating | $27.60 |
| 005 | Messenger Service | $8.53 |
| 007 | Express Delivery | $3.10 |
| **Total Disbursements :** | | **$46.14** |
| **TOTAL DUE :** | | **$5,655.38** |

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 25, 2012
Client/Matter #  01246-012629
Invoice #  150065
Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

<u>Bankruptcy Fee Application</u>
<u>100035</u>

| | | | | |
|---|---|---|---|---|
| 08/01/12 | D. Paul | L190 | 1.10 | Prepare letter to auditor re report. |
| 08/02/12 | P. Marks | L190 | 1.20 | Prepare response to report. |
| 08/03/12 | P. Marks | L190 | 0.20 | Finalize correspondence. |
| 08/03/12 | D. Paul | L190 | 0.50 | Finalize response; create pdf versions of same and circulate for filing. |
| 08/23/12 | P. Marks | L190 | 0.60 | Address billing and fee application issues. |

Total Hours :              3.60

Total Fees :          $1,225.44

BEVERIDGE & DIAMOND, P.C.

INVOICE #  150065
September 25, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.00 | $469.20 | $938.40 |
| D. Paul | 1.60 | $179.40 | $287.04 |
| **Total Fees :** |  |  | **$1,225.44** |
| **Total Fees:** |  |  | **$1,225.44** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L190 | 3.60 | $1,225.44 |
| Total L100 | 3.60 | $1,225.44 |
| **Total Fees :** | **3.60** | **$1,225.44** |

**Summary by Disbursement Codes :**

| | | |
|---|---|---|
| **TOTAL DUE :** | | **$1,225.44** |

# EXHIBIT E

## (Curtis Bay Permitting)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 25, 2012
Client/Matter #  01246-014558
Invoice # 150066
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/12 in Connection With:

**Curtis Bay Permitting**
**100047**

| Date | Name | | Hours | Description |
|------|------|------|-------|-------------|
| 08/24/12 | P. Marks | C300 | 1.10 | Telephone conference with L. Duff and follow-up research re EPA enforcement policies. |
| 08/27/12 | R. Davis | C300 | 1.50 | Call with P. Marks; obtain and provide related EPA guidance materials. |
| 08/27/12 | P. Marks | C300 | 1.30 | Research and evaluate non-compliance policies and telephone conference with R. Davis re same. |
| 08/29/12 | P. Marks | C300 | 0.40 | Telephone conferences with L. Duff re evaluation of enforcement policies, and MDE meeting. |

Total Hours :                    4.30

Total Fees :              $2,134.86

BEVERIDGE & DIAMOND, P.C.

INVOICE # 150066
September 25, 2012
PAGE  2

**Time Summary :**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| R. Davis   | 1.50         | $547.40         | $821.10     |
| P. Marks   | 2.80         | $469.20         | $1,313.76   |
|            |              | **Total Fees :** | **$2,134.86** |

**Summary by Task Codes :**

| CODE   | Hours | Bill Amount |
|--------|-------|-------------|
| C300   | 4.30  | $2,134.86   |
| Total  | 4.30  | $2,134.86   |
|        | **Total Fees :**   4.30 | **$2,134.86** |

**Summary by Disbursement Codes :**

|  | **TOTAL DUE :** | **$2,134.86** |
|--|-----------------|---------------|

# EXHIBIT F

**(General Regulatory/Compliance Issues)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 25, 2012
Client/Matter #  01246-012100
Invoice # 150064
Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/12 in Connection With:

<u>General Regulatory/Compliance Issues</u>
<u>100042</u>

| | | | | |
|---|---|---|---|---|
| 08/15/12 | M. Duvall | C300 | 1.40 | Review treated article and related issues; telephone conference with H. Feichko, L. Duff, and D. Curreri re same; internal correspondence with K. Szmuszkovicz re same. |
| 08/22/12 | M. Duvall | C300 | 1.30 | Evaluate pre-blend issue and discuss with K. Szmuszkovicz.  (Note:  no charge for K. Szmuszkovicz time). |
| 08/24/12 | M. Duvall | C300 | 0.50 | Telephone conference with R. Perlis and C. Kaczmarek (EPA office of General Counsel) re treated article issue; send email to H. Feichko, L. Duff, and others re same. |
| 08/28/12 | M. Duvall | C300 | 0.20 | Respond to EPA attorney re treated article interpretation request. |
| 08/29/12 | M. Duvall | C300 | 0.30 | Provide additional information to EPA attorney regarding treated article inquiry. |

Total Hours :         3.70

Total Fees :       $1,872.20

BEVERIDGE & DIAMOND, P.C.

INVOICE # 150064
September 25, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Duvall | 3.70 | $506.00 | $1,872.20 |
| **Total Fees :** | | | **$1,872.20** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 3.70 | $1,872.20 |
| Total | 3.70 | $1,872.20 |
| **Total Fees :** | **3.70** | **$1,872.20** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 003 | Long Distance Telephone | $7.30 |
| **Total Disbursements :** | | **$7.30** |

| | |
|---|---|
| **TOTAL DUE :** | **$1,879.50** |