**Campbell & Levine, LLC**
1700 Grant Building
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                    12/31/2012
Wilmington  DE                              ACCOUNT NO:        3000-01D
                                            STATEMENT NO:              99

Asset Analysis and Recovery

PREVIOUS BALANCE                                                    $195.00

BALANCE DUE                                                         $195.00

**Campbell & Levine, LLC**
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington  DE

12/31/2012

ACCOUNT NO:        3000-02D
STATEMENT NO:             139

Asset Disposition

PREVIOUS BALANCE                                                                                    $37.30

BALANCE DUE                                                                                             $37.30

Any payments received after the statement date will be applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
1700 Grant Building
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2012

ACCOUNT NO:        3000-03D
STATEMENT NO:                125

Business Operations

PREVIOUS BALANCE                                                                                      $39.00

12/13/2012        Payment - Thank you. (September, 2012 - 80% Fees)                     -31.20

BALANCE DUE                                                                                           $7.80

Any payments received after the statement date will be applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    12/31/2012
Wilmington  DE                                                      ACCOUNT NO:        3000-04D
                                                                   STATEMENT NO:             139

Case Administration


PREVIOUS BALANCE                                                                        $513.27


BALANCE DUE                                                                             $513.27


Any payments received after the statement date will be applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
12/31/2012
ACCOUNT NO:      3000-05D
STATEMENT NO:           139

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                                $2,391.80

BALANCE DUE                                                                      $2,391.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington  DE

12/31/2012

ACCOUNT NO:      3000-06D
STATEMENT NO:            139

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                    -$249.30

| | | | HOURS | |
|---|---|---|---|---|
| 12/11/2012 | | | | |
| MTH | Reviewing various correspondence re claims status | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

TOTAL CURRENT WORK                                                                    39.00

12/18/2012      Payment - Thank you. (April, 2012 - 20% Fees)                         -78.00

CREDIT BALANCE                                                                      -$288.30

Any payments received after the statement date will be applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
1700 Grant Building
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                                        12/31/2012
Wilmington  DE                                                                      ACCOUNT NO:        3000-07D
                                                                                     STATEMENT NO:              139

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | | PREVIOUS BALANCE | | $12,469.74 |
| **12/03/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/04/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/05/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **12/06/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **12/07/2012** | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memos | 0.10 | 39.00 |
| **12/08/2012** | | | | |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **12/10/2012** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **12/11/2012** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Reviewing various Orders entered | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **12/12/2012** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **12/13/2012** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/14/2012** |  |  |  |  |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Review correspondence from SMC to Committee re weekly recommendation memos | 0.10 | 39.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/17/2012** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **12/18/2012** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Revise fee application service list with recently updated addresses | 0.10 | 11.00 |
| **12/19/2012** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Review re weekly recommendation memo | 0.20 | 78.00 |
| **12/20/2012** |  |  |  |  |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| | MTH | Review correspondence from SMC to Committee re weekly recommendation |  |  |

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | memos | 0.10 | 39.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **12/21/2012** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **12/26/2012** | | | |
| PEM | Review memorandum re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Correspondence to Committee re Plan Confirmation | 0.20 | 78.00 |
| **12/27/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/28/2012** | | | |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/31/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| KCD | E-mails re: Medicare meeting; review proposals and smart act; consider implications | 0.70 | 273.00 |
| | FOR CURRENT SERVICES RENDERED | 9.40 | 2,584.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $520.00 | $312.00 |
| Philip E. Milch | 0.80 | 470.00 | 376.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 3.90 | 110.00 | 429.00 |
| Mark T. Hurford | 2.90 | 390.00 | 1,131.00 |
| Kathleen Campbell Davis | 0.70 | 390.00 | 273.00 |
| Freddie Koenig-Leuck | 0.20 | 85.00 | 17.00 |

TOTAL CURRENT WORK                                                    2,584.50

| | | |
|---|---|---|
| 12/13/2012 | Payment - Thank you. (September, 2012 - 80% Fees) | -3,389.60 |
| 12/18/2012 | Payment - Thank you. (April, 2012 - 20% Fees) | -950.10 |
| 12/18/2012 | Payment - Thank you. (May, 2012 - 20% Fees) | -793.60 |
| 12/18/2012 | Payment - Thank you. (June, 2012 - 20% Fees) | -811.20 |
| | TOTAL PAYMENTS | -5,944.50 |
| | BALANCE DUE | $9,109.74 |

Committee, Creditors, Noteholders, Equity Holders

**Campbell & Levine, LLC**
**700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2012
ACCOUNT NO:        3000-08D
STATEMENT NO:              138

Employee Benefits/Pension

|  |  |
|---|---|
| PREVIOUS BALANCE | -$882.70 |

| | | |
|---|---|---|
| 12/18/2012 | Payment - Thank you. (May, 2012 - 20% Fees) | -31.20 |

|  |  |
|---|---|
| CREDIT BALANCE | -$913.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                        12/31/2012
Wilmington  DE                                              ACCOUNT NO:        3000-10D
                                                            STATEMENT NO:              139

Employment Applications, Others

PREVIOUS BALANCE                                                                        $717.90

BALANCE DUE                                                                             $717.90

Any payments received after the statement date will be applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
700 Grant Building
Pittsburgh, PA 15219
412-261-0310

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2012 |
| Wilmington DE | ACCOUNT NO:    3000-11D |
| | STATEMENT NO:    137 |

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $6,101.79 |
| 12/01/2012 | Pacer charges for the month of November | 97.70 |
| 12/04/2012 | Parcels - copy/service - Fee Applications (5) | 404.60 |
| 12/05/2012 | Parcels - copy/service - Certificates of No Objection (5) | 59.80 |
| 12/13/2012 | Parcels - copy/service - Fee Applications (5) | 59.80 |
| 12/31/2012 | Printing - December 2012 | 87.40 |
| 12/31/2012 | Scanning - December 2012 | 0.30 |
| | TOTAL EXPENSES | 709.60 |
| | TOTAL CURRENT WORK | 709.60 |
| 12/13/2012 | Payment - Thank you. (September, 2012 - 100% Expenses) | -908.30 |
| | BALANCE DUE | $5,903.09 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-12D |
|  | STATEMENT NO:              137 |

Fee Applications, Applicant

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $3,680.20 |
| | | | HOURS | |
| **12/04/2012** | | | | |
| | MTH | Reviewing and signing C&L Fee Application for October 2012 | 0.20 | 78.00 |
| | TS | Finalize and e-file C&L October fee application | 0.30 | 33.00 |
| | TS | Prepare Certificate of No Objection re: C&L September fee application | 0.20 | 22.00 |
| **12/05/2012** | | | | |
| | TS | Finalize and efile CNO to C&L September fee application | 0.20 | 22.00 |
| **12/07/2012** | | | | |
| | TS | Review November prebill | 0.20 | 22.00 |
| | MTH | Reviewing pre-bill | 0.40 | 156.00 |
| **12/11/2012** | | | | |
| | TS | Prepare Certificate of No Objection to C&L interim fee application | 0.20 | 22.00 |
| **12/13/2012** | | | | |
| | MTH | Reviewing docket re C&L Interim Fee Application responses or objections and reviewing CNO for filing and service | 0.10 | 39.00 |
| | TS | Finalize and e-file C&L CNO to interim fee  application | 0.20 | 22.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.00 | 416.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |
| Timothy Simpson | 1.30 | 110.00 | 143.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 416.00 |

| | | |
|---|---|---|
| 12/13/2012 | Payment - Thank you. (September, 2012 - 80% Fees) | -323.20 |
| 12/18/2012 | Payment - Thank you. (April, 2012 - 20% Fees) | -153.20 |
| 12/18/2012 | Payment - Thank you. (May, 2012 - 20% Fees) | -121.80 |
| 12/18/2012 | Payment - Thank you. (June, 2012 - 20% Fees) | -91.00 |
| | TOTAL PAYMENTS | -689.20 |

Fee Applications, Applicant

BALANCE DUE                                                    $3,407.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                               12/31/2012
Wilmington  DE                                                          ACCOUNT NO:        3000-13D
                                                                        STATEMENT NO:                 124

Fee Applications, Others

|  |  | | HOURS | |
|--|--|--|--|--|
| | PREVIOUS BALANCE | | | $14,407.10 |

**12/03/2012**

| | TS | Review fee auditor's report | 0.20 | 22.00 |
|--|--|--|--|--|
| | MTH | Correspondence to and from TS re Fee Auditor's Report and review re issues re same; correspondence to and from BR re same | 0.40 | 156.00 |
| | MTH | Review correspondence from DP re K&E fee application for October 2012 | 0.10 | 39.00 |

**12/04/2012**

| | MTH | Reviewing C&D October fee application for filing and service | 0.10 | 39.00 |
|--|--|--|--|--|
| | MTH | Reviewing AKO October 2012 fee application for filing and service | 0.10 | 39.00 |
| | MTH | Reviewing Charter Oak October 2012 fee application for filing and service | 0.10 | 39.00 |
| | TS | Review e-mail from EB re: C&D October fee application (.1); Update C&D October fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Review e-mail from AP re: AKO October fee application (.1); Update AKO October fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Finalize and e-file Charter Oak October fee application | 0.30 | 33.00 |
| | TS | Finalize and e-file LAS October fee application | 0.30 | 33.00 |
| | TS | Prepare Certificate of No Objection re: C&D September fee application | 0.20 | 22.00 |
| | TS | Prepare Certificate of No Objection re: AKO September fee application | 0.20 | 22.00 |
| | TS | Prepare Certificate of No Objection re: Charter Oak September fee application | 0.20 | 22.00 |
| | TS | Prepare Certificate of No Objection re: LAS September fee application | 0.20 | 22.00 |
| | MTH | Review correspondence from TS (x2) re e-mail service of fee applications | 0.10 | 39.00 |

**12/05/2012**

| | TS | Finalize and efile CNO to C&D September fee application | 0.20 | 22.00 |
|--|--|--|--|--|
| | TS | Finalize and efile CNO to LAS September fee application | 0.20 | 22.00 |
| | TS | Finalize and efile CNO to AKO September fee application | 0.20 | 22.00 |
| | TS | Finalize and efile CNO to Charter Oak September fee application | 0.20 | 22.00 |
| | MTH | Review correspondence from D.M. re SLL fee application for October 2012 | 0.10 | 39.00 |
| | MTH | Review correspondence from TS to R. Finke re 5 CNO's filed | 0.10 | 39.00 |

**12/06/2012**

| | TS | Update fee application tracking chart | 0.30 | 33.00 |
|--|--|--|--|--|
| | MTH | Review correspondence from D.M. re Capstone fee application for October 2012 | 0.10 | 39.00 |
| | MTH | Review correspondence from LC re three CNO's filed | 0.10 | 39.00 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **12/07/2012** |  |  |  |  |
|  | SMB | Review October 2012 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October 2012 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October 2012 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2012 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October 2012 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2012 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.30 | 33.00 |
|  | SMB | Review October 2012 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **12/10/2012** |  |  |  |  |
|  | TS | Review fee order | 0.20 | 22.00 |
|  | MTH | Review correspondence from PC re draft fee order; correspondence to and from TS re same; correspondence to PC re same | 0.20 | 78.00 |
|  | MTH | Review correspondence from PA re draft AKO fee application | 0.10 | 39.00 |
| **12/11/2012** |  |  |  |  |
|  | TS | Prepare Certificate of No Objection to C&D interim fee application | 0.20 | 22.00 |
|  | TS | Prepare Certificate of No Objection to Charter Oak interim fee application | 0.20 | 22.00 |
|  | TS | Prepare Certificate of No Objection to AKO interim fee application | 0.20 | 22.00 |
|  | TS | Prepare Certificate of No Objection to LAS interim fee application | 0.20 | 22.00 |
|  | MTH | Review correspondence from YS re CNO for PWC fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from YS re CNO for PWC fee application | 0.10 | 39.00 |
|  | MTH | Reviewing correspondence from TBB re CNO for Kramer Levin fee application | 0.10 | 39.00 |
|  | MTH | Reviewing correspondence from TBB re Saul Ewing fee application | 0.10 | 39.00 |
| **12/12/2012** |  |  |  |  |
|  | MTH | Review correspondence from DP re Blackstone fee application | 0.10 | 39.00 |
|  | MTH | Correspondence re CNO's to be filed | 0.10 | 39.00 |
| **12/13/2012** |  |  |  |  |
|  | MTH | Reviewing docket re LAS Interim Fee Application responses or objections and reviewing CNO for filing and service | 0.20 | 78.00 |
|  | MTH | Reviewing docket re Charter Oak Interim Fee Application responses or objections and reviewing CNO for filing and service | 0.10 | 39.00 |
|  | MTH | Reviewing docket re Anderson Kill Interim Fee Application responses or objections and reviewing CNO for filing and service | 0.10 | 39.00 |
|  | MTH | Reviewing docket re C&D Interim Fee Application responses or objections and reviewing CNO for filing and service | 0.10 | 39.00 |
|  | TS | Finalize and e-file C&D CNO to interim fee  application | 0.20 | 22.00 |
|  | TS | Finalize and e-file AKO CNO to interim fee  application | 0.20 | 22.00 |

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | TS | Finalize and e-file Charter Oak CNO to interim fee application | 0.20 | 22.00 |
| | TS | Finalize and e-file LAS CNO to interim fee application | 0.20 | 22.00 |
| | MTH | Review correspondence from TS re various CNO's filed | 0.10 | 39.00 |
| 12/14/2012 | | | | |
| | MTH | Review correspondence from DF re three CNO's filed for Lincoln (July, August and September) | 0.10 | 39.00 |
| | SMB | Review July through September 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2012 application of Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 12/17/2012 | | | | |
| | MTH | Discussion with TS re service of fee applications via e-mail; correspondence to and from JON re same | 0.20 | 78.00 |
| | MTH | Discussion with TS re service of fee applications on UST and correspondence with R.S. re same | 0.20 | 78.00 |
| 12/18/2012 | | | | |
| | MTH | Reviewing correspondence from LC re LBL fee monthly fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from LC re SH monthly fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from LC re monthly fee application for Hogan Firm | 0.10 | 39.00 |
| 12/19/2012 | | | | |
| | SMB | Review July through September 2012 application of Judge Alexander M. Sanders Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2012 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from CH re CNO for PG&S fee application | 0.10 | 39.00 |
| 12/20/2012 | | | | |
| | MTH | Review correspondence from DP re KayeScholer fee application for November | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re CNO to Saul Ewing's Fee Application | 0.10 | 39.00 |
| 12/21/2012 | | | | |
| | MTH | Review correspondence from TBB re Kramer Levin CNO | 0.10 | 39.00 |
| | MTH | Review correspondence from YS re CNO for PWC fee application | 0.10 | 39.00 |
| 12/22/2012 | | | | |
| | MTH | Review correspondence from DP re Norton Rose fee application | 0.10 | 39.00 |

Page: 4
W.R. Grace          Case 01-01139-AMC     Doc 30231-1     Filed 02/05/13     Page 19 of 31     12/31/2012
ACCOUNT NO:
3000-13D
STATEMENT NO:
124

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| **12/27/2012** |  |  |  |
| MTH | Review correspondence from DF re CNO for Towers Fee Application | 0.10 | 39.00 |
| MTH | Review correspondence from DF re three fee applications | 0.10 | 39.00 |
| **12/28/2012** |  |  |  |
| MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 39.00 |
| MTH | Review correspondence from KF re Foley Hoag fee application | 0.10 | 39.00 |
| MTH | Review correspondence from KF re K&E fee application | 0.10 | 39.00 |
| **12/31/2012** |  |  |  |
| MTH | Review correspondence from LC re three CNO's filed for Quarterly Fee Applications | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 14.60 | 2,950.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 4.10 | $110.00 | $451.00 |
| Mark T. Hurford | 4.80 | 390.00 | 1,872.00 |
| Timothy Simpson | 5.70 | 110.00 | 627.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 2,950.00 |

| 12/13/2012 | Payment - Thank you. (September, 2012 - 80% Fees) | -3,328.00 |
|---|---|---|
| 12/18/2012 | Payment - Thank you. (April, 2012 - 20% Fees) | -830.20 |
| 12/18/2012 | Payment - Thank you. (May, 2012 - 20% Fees) | -748.40 |
| 12/18/2012 | Payment - Thank you. (June, 2012 - 20% Fees) (Amount should have been $340.60 but was reduced by Fee Auditor for a duplicate fee entry in January and March) | -296.60 |
|  | TOTAL PAYMENTS | -5,203.20 |
|  | BALANCE DUE | $12,153.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace
Wilmington  DE                                                                    12/31/2012

ACCOUNT NO:          3000-14D
STATEMENT NO:              96

Financing

|  |  | HOURS |  |
|---|---|---|---|
| 12/20/2012 |  |  |  |
| MTH | Reviewing Debtors' Motion re Third Amendment to Post-Petition Letter of Credit Facility | 0.40 | 156.00 |
| MTH | Correspondence to PVNL and JS re Debtors' Motion re LOC and reviewing responses to same | 0.30 | 117.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.70 | 273.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |

TOTAL CURRENT WORK                                                                   273.00

BALANCE DUE                                                                        $273.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                      12/31/2012
Wilmington  DE                                                     ACCOUNT NO:          3000-15D
                                                                  STATEMENT NO:                 139

Hearings

PREVIOUS BALANCE                                                                        $4,725.25

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/11/2012 |  |  |  |  |
| MTH | Reviewing Agenda for hearing |  | 0.10 | 39.00 |
| MTH | Review correspondence from PVNL re hearing preparations |  | 0.10 | 39.00 |
| 12/27/2012 |  |  |  |  |
| MTH | Reviewing order re change in hearing date; correspondence to SMC re same; reviewing correspondence from SMC to PVNL re same |  | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.30 | 117.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $390.00 | $117.00 |

TOTAL CURRENT WORK                                                                       117.00

| 12/13/2012 | Payment - Thank you. (September, 2012 - 80% Fees) | -31.20 |
|---|---|---|
| 12/18/2012 | Payment - Thank you. (April, 2012 - 20% Fees) | -15.60 |
| 12/18/2012 | Payment - Thank you. (May, 2012 - 20% Fees) | -351.00 |
| 12/18/2012 | Payment - Thank you. (June, 2012 - 20% Fees) | -171.60 |
|  | TOTAL PAYMENTS | -569.40 |
|  | BALANCE DUE | $4,272.85 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
1700 Grant Building
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                                        12/31/2012
Wilmington  DE                                                           ACCOUNT NO:        3000-16D
                                                                         STATEMENT NO:              124

Litigation and Litigation Consulting

|  | PREVIOUS BALANCE | | -$2,422.00 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| 12/12/2012 | | | |
| MTH | Reviewing correspondence to Judge Stark from Garlock re 2019 Appeal and correspondence to various counsel re same (split with Flintkote) | 0.10 | 39.00 |
| 12/19/2012 | | | |
| MTH | Reviewing Rule to Show Cause Order and correspondence with SMC and PVNL re same | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 78.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $390.00 | $78.00 |

| | TOTAL CURRENT WORK | 78.00 |
|---|---|---|

| 12/18/2012 | Payment - Thank you. (May, 2012 - 20% Fees) | -148.20 |
|---|---|---|
| 12/18/2012 | Payment - Thank you. (June, 2012 - 20% Fees) | -27.80 |
| | TOTAL PAYMENTS | -176.00 |
| | CREDIT BALANCE | -$2,520.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                                                            12/31/2012
Wilmington  DE                                                          ACCOUNT NO:        3000-17D
                                                                       STATEMENT NO:              124

Plan and Disclosure Statement

PREVIOUS BALANCE                                                                        $10,536.00

|  |  | HOURS |  |
|---|---|---|---|
| **12/03/2012** |  |  |  |
| DAC | Review Garlock's brief to the circuit | 1.50 | 780.00 |
| **12/04/2012** |  |  |  |
| MTH | Reviewing Clerk's Order re extension of time to file briefs | 0.10 | 39.00 |
| **12/06/2012** |  |  |  |
| MTH | Brief review of Amicus Brief and correspondence to PVNL re same | 0.30 | 117.00 |
| **12/08/2012** |  |  |  |
| MTH | Various correspondence with DF and KCD re information for Garlock CA3 brief | 0.20 | 78.00 |
| DAC | Read Garlock's appeal brief; review Garlock's objection to motion to Third Circuit to withdraw appeals, filed in its own Chapter 11 | 4.00 | 2,080.00 |
| **12/09/2012** |  |  |  |
| MTH | Review correspondence from DF re research for CA3 brief and research re same; follow up correspondence re same | 1.40 | 546.00 |
| **12/10/2012** |  |  |  |
| DAC | Review memo re: pending appeals and issues; e-mail questions | 0.30 | 156.00 |
| TS | Research and review re: Garlock opening brief to CA3 | 0.60 | 66.00 |
| MTH | Reviewing materials re issues raised in Garlock CA3 appeal brief and multiple correspondence to Debtors' counsel re same | 2.60 | 1,014.00 |
| MTH | Reviewing correspondence from PEM and DAC re pending appeals; additional review re same; and follow up correspondence re same | 0.60 | 234.00 |
| MTH | Additional work re Garlock appeal | 1.30 | 507.00 |
| **12/11/2012** |  |  |  |
| MTH | Review correspondence from Debtors' counsel re information for Garlock CA3 arguments and review re same; correspondence to Debtors' counsel re same | 0.50 | 195.00 |
| **12/12/2012** |  |  |  |
| MTH | Correspondence from DF re December omnibus; correspondence from SC and PVNL re same | 0.20 | 78.00 |
| MTH | Reviewing Notice of Agenda re hearing canceled and correspondence to PVNL re same | 0.10 | 39.00 |

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **12/13/2012** | | | | |
| | MTH | Various correspondence with Debtors' counsel re motion to be filed; correspondence to and from PVNL re same; reviewing same for filing | 0.40 | 156.00 |
| | MTH | Reviewing Anderson Memorial CA3 Brief | 1.00 | 390.00 |
| **12/14/2012** | | | | |
| | MTH | Reviewing non-compliance order from CA3 re briefing | 0.10 | 39.00 |
| | MTH | Reviewing Order re extension of time to file briefs | 0.10 | 39.00 |
| **12/17/2012** | | | | |
| | MTH | Reviewing various notices re Anderson Memorial Brief; notices from Clerk; reviewing Addendum to Brief and correspondence to PVNL re same | 0.30 | 117.00 |
| | MTH | Reviewing Notice from CA3 and correspondence with DF re same | 0.20 | 78.00 |
| | MTH | Correspondence to PVNL re corrected brief from Anderson Memorial | 0.10 | 39.00 |
| **12/18/2012** | | | | |
| | MTH | Review correspondence from DF re research for CA3 briefs and reviewing information re same; follow up to same | 2.80 | 1,092.00 |
| | MTH | Reviewing documents for CA3 appeal brief and correspondence with DF re same | 1.80 | 702.00 |
| | | FOR CURRENT SERVICES RENDERED | 20.50 | 8,581.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 5.80 | $520.00 | $3,016.00 |
| Mark T. Hurford | 14.10 | 390.00 | 5,499.00 |
| Timothy Simpson | 0.60 | 110.00 | 66.00 |

TOTAL CURRENT WORK                                                     8,581.00

| 12/13/2012 | Payment - Thank you. (September, 2012 - 80% Fees) | -423.20 |
|---|---|---|
| 12/18/2012 | Payment - Thank you. (April, 2012 - 20% Fees) | -319.80 |
| 12/18/2012 | Payment - Thank you. (May, 2012 - 20% Fees) | -109.20 |
| 12/18/2012 | Payment - Thank you. (June, 2012 - 20% Fees) | -626.60 |
| | TOTAL PAYMENTS | -1,478.80 |
| | BALANCE DUE | $17,638.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          12/31/2012
Wilmington  DE                              ACCOUNT NO:        3000-18D
                                            STATEMENT NO:            124

Relief from Stay Proceedings

PREVIOUS BALANCE                                                -$257.70

CREDIT BALANCE                                                 -$257.70

**Campbell & Levine, LLC**
700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
12/31/2012

ACCOUNT NO:        3000-20D
STATEMENT NO:              123

Tax Litigation

PREVIOUS BALANCE                                                                  $468.80

BALANCE DUE                                                                        $468.80

**Campbell & Levine, LLC**
700 Grant Building
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2012
ACCOUNT NO:      3000-21D
STATEMENT NO:           115

Travel-Non-Working

| | |
|---|---|
| PREVIOUS BALANCE | $74.00 |
| 12/18/2012   Payment - Thank you. (May, 2012 - 20% Fees) | -78.00 |
| CREDIT BALANCE | -$4.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2012
ACCOUNT NO:        3000-22D
STATEMENT NO:            128

Valuation

PREVIOUS BALANCE                                                                    $1,185.00

BALANCE DUE                                                                          $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace                                                                                    12/31/2012
Wilmington  DE                                                      ACCOUNT NO:        3000-23D
                                                                    STATEMENT NO:              128

ZAI Science Trial

PREVIOUS BALANCE                                                                        $1,203.30

BALANCE DUE                                                                             $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

12/31/2012

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 195.00 | 0.00 | 0.00 | 0.00 | 0.00 | $195.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 39.00 | 0.00 | 0.00 | 0.00 | -31.20 | $7.80 |
| 3000-04 Case Administration | | | | | |
| 513.27 | 0.00 | 0.00 | 0.00 | 0.00 | $513.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,391.80 | 0.00 | 0.00 | 0.00 | 0.00 | $2,391.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -249.30 | 39.00 | 0.00 | 0.00 | -78.00 | -$288.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,469.74 | 2,584.50 | 0.00 | 0.00 | -5,944.50 | $9,109.74 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -882.70 | 0.00 | 0.00 | 0.00 | -31.20 | -$913.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 717.90 | 0.00 | 0.00 | 0.00 | 0.00 | $717.90 |
| 3000-11 Expenses | | | | | |
| 6,101.79 | 0.00 | 709.60 | 0.00 | -908.30 | $5,903.09 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,680.20 | 416.00 | 0.00 | 0.00 | -689.20 | $3,407.00 |
| 3000-13 Fee Applications, Others | | | | | |
| 14,407.10 | 2,950.00 | 0.00 | 0.00 | -5,203.20 | $12,153.90 |
| 3000-14 Financing | | | | | |
| 0.00 | 273.00 | 0.00 | 0.00 | 0.00 | $273.00 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-15 Hearings | | | | | |
| 4,725.25 | 117.00 | 0.00 | 0.00 | -569.40 | $4,272.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,422.00 | 78.00 | 0.00 | 0.00 | -176.00 | -$2,520.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 10,536.00 | 8,581.00 | 0.00 | 0.00 | -1,478.80 | $17,638.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 74.00 | 0.00 | 0.00 | 0.00 | -78.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 54,933.75 | 15,038.50 | 709.60 | 0.00 | -15,187.80 | $55,494.05 |