**EXHIBIT B**

**Case Administration (13.70 Hours; $ 3,296.50)**

　　　　Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        13.70**

**Fee Applications, Applicant (9.20 Hours; $ 4,029.00)**

　　　　Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12        9.20**

**Litigation and Litigation Consulting (264.20 Hours; $ 141,564.50)**

　　　　Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        264.20**

**Plan & Disclosure Statement (20.80 Hours; $ 18,897.50)**

　　　　Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17        20.80**

**Fee Auditor Matters (1.10 Hours; $ 599.50)**

　　　　Services rendered in this category pertain to the revoew of and response to reports by the fee auditor.

**Total Task Code .32        1.10**