## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 22.25 |
| Database Research | 7,165.90 |
| Long Distance-Equitrac In-House | 0.16 |
| Xeroxing | 191.20 |
| **Total:** | **$ 7,379.51** |

| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter      000** | **Disbursements** | 1/22/2013 |

Print Date/Time: 01/22/2013  3:28:45PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 12/31/2012

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 12/13/2012 | 13,655 |

$4,806.34
Client Retainers Available          Committed to Invoices:          $0.00          Remaining:          $4,806.34

$3,939,556.08
Total Expenses Billed To Date       Billing Empl:        0120     Elihu  Inselbuch
                                    Responsible Empl:    0120     Elihu  Inselbuch
                                    Alternate Empl:      0120     Elihu  Inselbuch
                                    Originating Empl:    0120     Elihu  Inselbuch

**Summary by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 22.25 | 0.00 | 22.25 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 0.80 | 0.00 | 0.80 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 7,357.94 | 0.00 | 7,356.46 |
| **Total Fees** | | | **0.00** | **7,380.99** | **0.00** | **7,379.51** |

**Detail Time / Expense by Date**

| | | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2931127 | Federal Express -Delivery to T.Simpson, 11/21/12 (EI) | E | 12/21/2012 | EI 0120 | | 0.00 | $14.85 | | 0.00 | $14.85 | 14.85 |
| 2931566 | Federal Express -Delivery to T.Simpson, 12/18/12 (EI; Split b/w clients 4642 & 5334) | E | 12/27/2012 | EI 0120 | | 0.00 | $7.40 | | 0.00 | $7.40 | 22.25 |
| 2931909 | Equitrac - Long Distance to 14097814078 | E | 12/28/2012 | C&D 0999 | | 0.00 | $0.16 | | 0.00 | $0.16 | 22.41 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 1/22/2013 |
| | | | | | | | | | Print Date/Time: 01/22/2013 | 3:28:45PM |
| Attn: | | | | | | | | | | Invoice # |
| 2932895 | Photocopy | | E | 12/31/2012 | 0999 | C&D | 0.00 | $65.20 | 0.00 | $65.20 | 87.61 |
| 2932934 | Photocopy | | E | 12/31/2012 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 88.21 |
| 2932935 | Photocopy | | E | 12/31/2012 | 0999 | C&D | 0.00 | $122.10 | 0.00 | $122.10 | 210.31 |
| 2932936 | Photocopy | | E | 12/31/2012 | 0999 | C&D | 0.00 | $2.50 | 0.00 | $2.50 | 212.81 |
| 2933474 | Photocopy | | E | 12/31/2012 | 0363 | AJS | 0.00 | $0.80 | 0.00 | $0.80 | 213.61 |
| 2936448 | Database Research - Lexis by AJS on Dec 13 | | E | 12/31/2012 | 0999 | C&D | 0.00 | $326.14 | 0.00 | $326.14 | 539.75 |
| 2936469 | Database Research - Westlaw by SJD on Dec 20 | | E | 12/31/2012 | 0999 | C&D | 0.00 | $99.00 | 0.00 | $99.00 | 638.75 |
| 2936470 | Database Research - Westlaw by AMH on Dec 19, 21 | | E | 12/31/2012 | 0999 | C&D | 0.00 | $890.00 | 0.00 | $890.00 | 1,528.75 |
| 2936471 | Database Research - Westlaw by LMK on Dec 13 | | E | 12/31/2012 | 0999 | C&D | 0.00 | $30.18 | 0.00 | $30.18 | 1,558.93 |
| 2936472 | Database Research - Westlaw by AT on Dec 19 | | E | 12/31/2012 | 0999 | C&D | 0.00 | $1,274.00 | 0.00 | $1,274.00 | 2,832.93 |
| 2936473 | Database Research - Westlaw by AJS on Dec 13-20 | | E | 12/31/2012 | 0999 | C&D | 0.00 | $2,509.98 | 0.00 | $2,509.98 | 5,342.91 |
| 2936474 | Database Research - Westlaw by LMK/NR on Dec 18 | | E | 12/31/2012 | 0999 | C&D | 0.00 | $760.50 | 0.00 | $760.50 | 6,103.41 |
| 2937618 | Database Research - Lexis by AJS on Dec 13 | | E | 12/31/2012 | 0999 | C&D | 0.00 | $455.63 | 0.00 | $455.63 | 6,559.04 |
| 2937619 | Database Research - Westlaw by AJS on Dec 2-13 | | E | 12/31/2012 | 0999 | C&D | 0.00 | $821.95 | 0.00 | $820.47 | 7,379.51 |
| **Total Expenses** | | | | | | | | $7,380.99 | | $7,379.51 | |
| | | | | | | | 0.00 | | 0.00 | | |
| | Matter Total Fees | | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | | 7,380.99 | | 7,379.51 | |
| | Matter Total | | | | | | 0.00 | 7,380.99 | 0.00 | 7,379.51 | |
| | Prebill Total Fees | | | | | | | | | | |
| | Prebill Total Expenses | | | | | | | $7,380.99 | | $7,379.51 | |
| | Prebill Total | | | | | | 0.00 | $7,380.99 | 0.00 | $7,379.51 | |

**Previous Billings**

| | | | |
|---|---|---|---|
| **Client Number:** 4642 | | Grace Asbestos Personal Injury Claimants | Page: 1 |
| **Matter** 000 | | **Disbursements** | 1/22/2013 |

Print Date/Time: 01/22/2013 3:28:45PM

Attn:

Invoice #

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 89,295 | 08/20/2012 | 50,812.00 | 10,162.40 |
| 89,820 | 09/18/2012 | 28,956.50 | 5,791.30 |
| 90,312 | 10/15/2012 | 23,367.50 | 4,673.50 |
| 90,875 | 11/21/2012 | 32,764.85 | 32,764.85 |
| 91,409 | 12/13/2012 | 13,557.50 | 13,557.50 |
| | | 278,632.35 | 81,806.38 |