# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| January 14, 2013 | | INVOICE: | 252093 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 12/31/12**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/03/12 | Begin, review and revise time and expense entries. | W011 | AHP | 1.30 |
| 12/03/12 | Continue review of selected settlement and reimbursement agreements re: "subject policies" issues (1.10); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 1.90 |
| 12/03/12 | Analyzed and updated information on excess insurance policies, settlement agreements and reimbursement agreements re: insolvents, indemnifications, follow form, payments and insurance policy language. | W001 | IF | 2.40 |
| 12/03/12 | Work on new allocation for revised claims against insurance companies. | W001 | MG | 2.70 |
| 12/03/12 | Negotiations with insurance company: Exchanges between insurance counsel, debtor counsel (Esayian) and client. | W001 | RMH | 0.60 |
| 12/03/12 | Review and analysis regarding application of revised allocation models in connection with remaining insurance assets. | W001 | RYC | 2.30 |
| 12/04/12 | Finish reviewing and revising time and expense entries. | W011 | AHP | 0.70 |
| 12/04/12 | Continue review of selected settlement and reimbursement agreements re: "subject policies" issues. | W001 | GFF | 1.70 |
| 12/04/12 | Reviewed excess insurance policies, settlement agreements and reimbursement agreements re: insolvents, indemnifications, follow form, payments and insurance policy language. | W001 | IF | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

January 14, 2013                                                            INVOICE:             252093

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/04/12 | Continue work on new allocation for revised claims against insurance companies. | W001 | MG | 2.30 |
| 12/04/12 | Attention to potential settlement. | W001 | RMH | 0.90 |
| 12/04/12 | Continue analysis regarding application of revised allocation models in connection with remaining insurance assets. | W001 | RYC | 2.30 |
| 12/05/12 | Proof additions to bill (.60); continue preparing monthly fee application and exhibits (1.10). | W011 | AHP | 1.70 |
| 12/05/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.40); continue analysis of settlement agreements re: "subject policies" issues (1.30). | W001 | GFF | 2.70 |
| 12/05/12 | Analyzed excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, indemnifications, following form, payments and insurance policy language. | W001 | IF | 2.40 |
| 12/05/12 | Work on new allocation for revised claims against insurance companies. | W001 | MG | 2.30 |
| 12/05/12 | Work on potential settlement with insurance company. | W001 | RMH | 0.80 |
| 12/05/12 | Review and analysis in connection with support for revised allocation models and settlement impediments. | W001 | RYC | 2.40 |
| 12/06/12 | Finalize draft monthly fee application and exhibits for attorney review. | W011 | AHP | 1.20 |
| 12/06/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues. | W001 | GFF | 2.20 |
| 12/06/12 | Reviewed and updated information on excess insurance policies, coverage in place agreements and settlement agreements re: insolvent insurance companies, indemnification language, follow form, payments and insurance policy language. | W001 | IF | 2.30 |
| 12/06/12 | Review and comment upon fee application. | W011 | RYC | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| January 14, 2013 | | INVOICE: | 252093 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/07/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.40 |
| 12/07/12 | Analyzed excess and umbrella insurance policies, settlement agreements and reimbursement agreements re: insolvents, indemnification language, following form language, payments and insurance policy language. | W001 | IF | 2.40 |
| 12/07/12 | Attention to potential settlement with insurance company. | W001 | RMH | 0.70 |
| 12/10/12 | Finalize and release monthly fee application and exhibits. | W011 | AHP | 1.20 |
| 12/10/12 | Continue review of settlement and reimbursement agreements re: "subject policies" issues (1.30); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 2.20 |
| 12/10/12 | Analysis of excess and umbrella policies, coverage-in-place and settlement agreements re: insolvent insurance companies, indemnification language, follow form language, payments and insurance policy language. | W001 | IF | 2.30 |
| 12/10/12 | Continue work on new allocation for revised claims against insurance companies. | W001 | MG | 4.40 |
| 12/10/12 | Continue research and analysis in connection with support for revised allocation models and settlement impediments. | W001 | RYC | 2.70 |
| 12/11/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues. | W001 | GFF | 2.10 |
| 12/11/12 | Analyzed excess insurance policies and settlement agreements re: insolvent insurance companies, indemnification language, follow form language, payments and insurance policy language. | W001 | IF | 2.10 |
| 12/11/12 | Work on new allocation for revised claims against insurance companies. | W001 | MG | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:       100055.WRG01

January 14, 2013                                          INVOICE:           252093

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/11/12 | Attention to claimant inquiries in connection with the planned Trust. | W001 | RYC | 0.30 |
| 12/12/12 | Continue analysis of settlement and reimbursement agreements re: "subject policies" issues. | W001 | GFF | 2.40 |
| 12/12/12 | Continued to review and update excess insurance policies and settlement agreement information re: insolvent insurance companies, indemnity language, following form provisions, payment and insurance policy language. | W001 | IF | 2.10 |
| 12/12/12 | Review and analysis of post-bankruptcy transfer of insurance coverage recovery strategy to the Trust. | W001 | RYC | 1.90 |
| 12/13/12 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected settlement and reimbursement agreements re: "subject policies" issues (1.40). | W001 | GFF | 2.20 |
| 12/13/12 | Analyzed and continued to update excess and umbrella insurance policies and settlement agreement information re:  insolvent insurance companies, indemnity language, following form provisions, payment and insurance policy language. | W001 | IF | 2.70 |
| 12/14/12 | Continue analysis of select settlement and reimbursement agreements re: "subject policies" issues (1.40); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.20). | W001 | GFF | 2.60 |
| 12/14/12 | Analyzed and updated umbrella and excess insurance policies and reimbursement/settlement agreement information re:  insolvent insurance companies, indemnity language, follow form clauses, payments issues and insurance policy language. | W001 | IF | 2.90 |
| 12/14/12 | Continue work on new allocation for revised claims against insurance companies. | W001 | MG | 5.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

January 14, 2013                                   INVOICE:        252093

MATTER: CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/17/12 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (.90); continue analysis of selected settlement and reimbursement agreements re: "subject policies" issues (.80). | W001 | GFF | 2.60 |
| 12/17/12 | Reviewed information and materials re: insurance company. | W001 | IF | 0.70 |
| 12/17/12 | Continued to review and update excess insurance policies and settlement and reimbursement agreement information re: insolvent insurance companies, indemnification language, following form language, payments issues and insurance policy language. | W001 | IF | 2.20 |
| 12/17/12 | Attention to settlement with insurance company. | W001 | RMH | 1.20 |
| 12/18/12 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payment issues (1.20); continue analysis of selected settlement and reimbursement agreements re: "subject policies" issues (1.20). | W001 | GFF | 2.40 |
| 12/18/12 | Settlement assistance. | W001 | HEG | 1.20 |
| 12/18/12 | Analyzed and updated excess insurance policies, settlement and reimbursement agreement information re: insolvents, indemnification language, following form language, payments issues and insurance policy language. | W001 | IF | 3.20 |
| 12/18/12 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 3.20 |
| 12/18/12 | Attention to settlement with insurance company. | W001 | RMH | 0.80 |
| 12/18/12 | Research and draft proposed settlement agreement buy-out with specific insurance company. | W001 | RYC | 3.80 |
| 12/19/12 | Attention to end-of-year matters per R. Horkovich request. | W011 | AHP | 0.90 |
| 12/19/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues. | W001 | GFF | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                       EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2013 | | INVOICE: | | 252093 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/19/12 | Additional settlement related research and communications. | W001 | HEG | 1.80 |
| 12/19/12 | Continued to update information about excess insurance policies, settlement and coverage in place agreements re: insolvents, indemnification language, following form language, payments issues and insurance policy language. | W001 | IF | 2.30 |
| 12/19/12 | Work on new allocation for revised claims against insurance companies. | W001 | MG | 2.30 |
| 12/19/12 | Attention to settlement with insurance company. | W001 | RMH | 0.80 |
| 12/19/12 | Research issues and prepare revised version of settlement agreement including incorporation of plan proponent comments. | W001 | RYC | 3.90 |
| 12/20/12 | Continue to follow-up on end-of-year matters per R. Horkovich request. | W011 | AHP | 0.40 |
| 12/20/12 | Draft and revise insurance policy data spreadsheets (1.20); analysis of selected settlement and reimbursement agreements re: indemnification issues (1.10). | W001 | GFF | 2.30 |
| 12/20/12 | Continue work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 4.70 |
| 12/20/12 | Attention to settlement with insurance company. | W001 | RMH | 1.10 |
| 12/20/12 | Research and analysis in connection with securing bankruptcy insurance settlements for the benefit of the Trust (2.60). Further revisions in connection with comments to settlement agreement (1.30). | W001 | RYC | 3.90 |
| 12/21/12 | Attention to settlement with insurance company. | W001 | RMH | 0.60 |
| 12/21/12 | Follow-up research and analysis in connection with recovery of bankruptcy insurance settlements prior to formation of the Trust (2.40). Follow-up in connection with settlement agreement status (0.40). | W001 | RYC | 2.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

| January 14, 2013 | INVOICE: | 252093 |
|---|---|---|

| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |
|---|---|

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/26/12 | Draft and revise insurance policy data spreadsheets (2.20); analysis of selected insurance policies (umbrella and excess) re: duty to cooperate, follow form, voluntary payments and other coverage issues (1.40). | W001 | GFF | 3.60 |
| 12/26/12 | Continue research and analysis re: securing bankruptcy insurance settlements prior to formation of the Trust. | W001 | RYC | 1.80 |
| 12/27/12 | Continue to follow-up on end-of-year matters per R. Horkovich request. | W011 | AHP | 0.60 |
| 12/27/12 | Draft and revise insurance policy data spreadsheets (1.80); analysis of selected insurance policies (umbrella and excess) re: duty to cooperate, follow form, voluntary payments and other coverage issues (1.30). | W001 | GFF | 3.10 |
| 12/27/12 | Review and analysis of documents and evidence for transfer to insurance coverage Trust. | W001 | RYC | 2.30 |
| 12/28/12 | Continue to follow-up on end-of-year matters per R. Horkovich request. | W011 | AHP | 1.20 |
| 12/28/12 | Draft and revise insurance policy data spreadsheets (2.10); analysis of selected insurance policies (umbrella and excess) re: duty to cooperate, follow form, voluntary payments and other coverage issues (1.20). | W001 | GFF | 3.30 |
| 12/30/12 | Attention to emails between R. Horkovich and M. Garbowski re: impact of shift of exposure. | W001 | DJN | 0.10 |
| 12/30/12 | Emails with R. Horkovich and D. Nolan re: allocation issues and theories. | W001 | MG | 0.60 |
| 12/31/12 | Draft and revise insurance policy data spreadsheets (1.10); analysis of selected insurance policies (umbrella and excess) re: duty to cooperate, follow form, voluntary payments and other coverage issues (1.20). | W001 | GFF | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | | |
|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| January 14, 2013 | INVOICE: | 252093 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/31/12 | Analysis of excess and umbrella insurance policies, settlement and coverage in place agreements re: insolvents, indemnification language, following form language, payments issues and insurance policy language. | W001 | IF | 2.30 |

**TOTAL FEES:**                                                                                              **$75,481.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                          MATTER:          100055.WRG01

January 14, 2013                                         INVOICE:               252093

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

**FEE SUMMARY**

|                     | RATE   | HOURS | TOTALS     |
|---------------------|-------:|------:|-----------:|
| Arline H Pelton     | 260.00 |  9.20 |   2,392.00 |
| Dennis J. Nolan     | 480.00 |  0.10 |      48.00 |
| Glenn F Fields      | 355.00 | 43.80 |  15,549.00 |
| Harris E Gershman   | 285.00 |  3.00 |     855.00 |
| Izak Feldgreber     | 305.00 | 34.90 |  10,644.50 |
| Mark Garbowski      | 625.00 | 30.40 |  19,000.00 |
| Robert M Horkovich  | 895.00 |  7.50 |   6,712.50 |
| Robert Y Chung      | 650.00 | 31.20 |  20,280.00 |
| **TOTAL FEES:**     |        |       | **$75,481.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

January 14, 2013                                   INVOICE:            252093

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001       Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Dennis J. Nolan | 0.10 | 48.00 |
| Glenn F Fields | 43.80 | 15,549.00 |
| Harris E Gershman | 3.00 | 855.00 |
| Izak Feldgreber | 34.90 | 10,644.50 |
| Mark Garbowski | 30.40 | 19,000.00 |
| Robert M Horkovich | 7.50 | 6,712.50 |
| Robert Y Chung | 30.40 | 19,760.00 |
| **TOTAL:** | **150.10** | **$72,569.00** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 9.20 | 2,392.00 |
| Robert Y Chung | 0.80 | 520.00 |
| **TOTAL:** | **10.00** | **$2,912.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| January 14, 2013 | INVOICE: 252093 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

**COSTS through 12/31/12**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 12/03/12 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 12/04/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/06/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/06/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/07/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/13/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/14/12 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 12/14/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 12/17/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 12/19/12 | DI - PHOTOCOPYING - | E101 | 22.80 |
| 12/19/12 | DI - PHOTOCOPYING - | E101 | 1.60 |
| 12/20/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/20/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 12/26/12 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 12/27/12 | AP - TELEPHONE -  VENDOR: COURT CALL LLC Refund | | (30.00) |
| 12/28/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| **TOTAL COSTS:** | | | **$1.50** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| TE | AP - TELEPHONE - | (30.00) |
| XE | DI - PHOTOCOPYING - | 31.50 |
| | **TOTAL COSTS:** | **$1.50** |

**TOTAL DUE:** $75,482.50