Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2012 through December 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 03-Dec-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 04-Dec-12 | BR | Review and analysis of monthly financial report for Grace for October 2012. | 1.60 | $650.00 | $ 1,040.00 |
| 11-Dec-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 11-Dec-12 | BR | Review of e-mail correspondence relating to asserted claims. | 0.10 | $650.00 | $ 65.00 |
| | | Total Bradley Rapp | 1.90 | | $ 1,235.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 10-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 1.10 | $650.00 | $ 715.00 |
| 20-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 27-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| | | Total James Sinclair | 2.20 | | $ 1,430.00 |
| Peter Cramp - Associate | | | | | |
| 03-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 10-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 10-Dec-12 | PC | Revise and modify weekly share price and settlement package format. | 1.90 | $360.00 | $ 684.00 |
| 17-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $360.00 | $ 684.00 |
| 26-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $360.00 | $ 504.00 |
| | | Total Peter Cramp | 8.60 | | $ 3,096.00 |
| Gibbons Sinclair - Associate | | | | | |
| 10-Dec-12 | GS | Review weekly share and news spreadsheet and develop pricing formula in connection with ongoing settlement negotiations. | 0.70 | $360.00 | $ 252.00 |
| 24-Dec-12 | GS | Draft Novemeber 2012 Fee Statement. | 0.80 | $360.00 | $ 288.00 |
| | | Total Gibbons Sinclair | 1.50 | | $ 540.00 |
| | | **TOTAL** | 14.20 | | $ 6,301.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2012 through December 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Case Administration | | | | | |
| 03-Dec-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 03-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 04-Dec-12 | BR | Review and analysis of monthly financial report for Grace for October 2012. | 1.60 | $650.00 | $ 1,040.00 |
| 10-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 1.10 | $650.00 | $ 715.00 |
| 10-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 10-Dec-12 | PC | Revise and modify weekly share price and settlement package format. | 1.90 | $360.00 | $ 684.00 |
| 10-Dec-12 | GS | Review weekly share and news spreadsheet and develop pricing formula in connection with ongoing settlement negotiations. | 0.70 | $360.00 | $ 252.00 |
| 11-Dec-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 11-Dec-12 | BR | Review of e-mail correspondence relating to asserted claims. | 0.10 | $650.00 | $ 65.00 |
| 17-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $360.00 | $ 684.00 |
| 20-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 26-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $360.00 | $ 504.00 |
| 27-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| | | Total Case Administration | 13.40 | | $ 6,013.00 |
| Fee Applications (Applicant) | | | | | |
| 24-Dec-12 | GS | Draft November 2012 Fee Statement | 0.80 | $360.00 | $ 288.00 |
| | | Total Fee Applications (Applicant) | 0.80 | | $ 288.00 |
| | | **TOTAL** | 14.20 | | $ 6,301.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2012 through December 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 1.90 | $ 650.00 | $ 1,235.00 |
| James Sinclair - Senior Managing Director | 2.20 | $ 650.00 | $ 1,430.00 |
| Peter Cramp - Associate | 8.60 | $ 360.00 | $ 3,096.00 |
| Gibbons Sinclair - Associate | 1.50 | $ 360.00 | $ 540.00 |
| Total Professional Hours and Fees | 14.20 | | $ 6,301.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2012 through December 31, 2012

| Date | Description of Item | Amount |
|---|---|---|
| | No Expenses during this Period | |
| | Total Expenses December 1, 2012 through December 31, 2012 | $0.00 |