<u>**NO ORDER REQUIRED**</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 2/4/13; 4:00 p.m. ET |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 30148
### (39th MONTHLY FEE APPLICATION OF THE PD FCR)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirty-Ninth Monthly Interim Application of Judge Alexander M. Sanders, Jr. For Compensation for and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants and Holders of Demands for the Period of December 1, 2012 through December 31, 2012 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections thereto were to be filed and served no later than 4:00 p.m., ET, February 4, 2013.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application, the Debtors are authorized to pay the Applicant **$360.00** (which is 80% of the total incurred of $450.00).

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 6th day of February, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____