# EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Asbestos Claims** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/9/2012 | 0.1 | $11.00 | Forward email to S. Krochek of Argo Partners re: undeliverable transferor address listed on notice of transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/26/2012 | 0.1 | $11.00 | Prepare one transfer notice, forward to notice group for service. |
| | | | Total: | 0.2 | $22.00 | |
| **WRG Case Administration** | | | | | | |
| BRIANNA TATE - CAS | | $45.00 | 10/1/2012 | 0.3 | $13.50 | Review Court docket Nos. 29669, 29676, 29681-29693, 29698-29701, 29703-29708 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/1/2012 | 0.2 | $9.00 | Forwarded docket discrepancy issues (29682, 29686, 29690, 29698, 29700, 29703, 29705-29707, 29709, 29710) to DevTeam for further review and resolution. |
| BRIANNA TATE - CAS | | $45.00 | 10/1/2012 | 0.2 | $9.00 | Forwarded docket discrepancy issues (29682, 29686, 29690, 29698, 29700, 29703, 29705-29707, 29709 & 29710) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/1/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2012 | 2.5 | $525.00 | Analyze S Cohen email re 3rd Qtr info for SEC prep (.5); begin review of files re 3rd Qtr SEC prep (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2012 | 2.8 | $588.00 | DRTT analysis and b-Linx review (1.8); revise b-Linx per audit (1.0) |
| BRIANNA TATE - CAS | | $45.00 | 10/2/2012 | 0.1 | $4.50 | Review Court docket Nos. 29711-29716 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/2/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29711 & 29716) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/2/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2012 | 2.6 | $546.00 | Analyze R Higgins email re 3rd Qtr SEC narrative draft (.1); analyze S Cohen email re bi-monthly status (.1); continue DRTT analysis and b-Linx audit (1.6); revise b-Linx per audit (.8) |
| MIREYA CARRANZA - CAS | | $45.00 | 10/2/2012 | 0.2 | $9.00 | Review COA's Postage for previous month (.1), prepare production billing (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2012 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| BRIANNA TATE - CAS | | $45.00 | 10/3/2012 | 0.2 | $9.00 | Review Court docket Nos. 29717-29730 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/3/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29717, 29720, 29721, 29725 & 29729) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/3/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 10/3/2012 | 0.2 | $13.00 | Libby Med Letter (suppl) - emails to/from PM re service |
| JAMES MYERS - CAS | | $65.00 | 10/3/2012 | 0.3 | $19.50 | Libby Med Letter (suppl) - coordinate service (.1); review document as filed (.1); prep Ntc folder (.1) |
| JESSICA BANG - CAS | | $55.00 | 10/3/2012 | 0.1 | $5.50 | Process 14 pieces of returned mail and record to Notice System. |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2012 | 0.5 | $105.00 | Analyze P Anderson email re add'l service of LMP letter to R Brown (.1); email to/from M Jones re approval to transmit add'l LMP letter (.1); prep NRC and coordinate service with Ntc Grp (.2); prep email to M Jones/P Anderson confirming service completion (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2012 | 0.4 | $84.00 | Prep email to Webpages re updates to Caplin & Drysdal address (.1); analyze email and completed revisions from Webpages (.1); analyze K Becker email re schedule registers (.1); analyze M John email re Tannor Partners issue (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/3/2012 | 0.2 | $39.00 | Review and analysis of email from M Araki re appropriate processing of claims transfers (.1); review transfers and respond as appropriate (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/4/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 10/4/2012 | 0.1 | $6.50 | Review & audit monthly production invoices for preparation of a combined invoice for delivery to client — Libby Med Letter (suppl) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/4/2012 | 1.2 | $252.00 | Analyze R Higgins email re 3rd Qtr SEC insert (.1); analyze 2nd Qtr SEC insert and 3rd Qtr data (.6); prep 3rd Qtr SEC insert (.3); prep comparison to draft 3rd Qtr insert (.1); prep email to R Higgins re 3rd Qtr SEC insert and compare (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/4/2012 | 0.7 | $147.00 | Prep email to J Osborne re status of transfer audit project (.1); analyze J Osborne response (.2); analyze S Fritz email re draft Sept invoice (.1); analyze draft (.2); prep email to S Fritz re revisions to draft Sept invoice (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 10/4/2012 | 0.1 | $4.50 | Preparation of production reporting re: Dkt No. - Libby Med Letter (suppl), served on 10/3/12 |
| BARBARA COLBY - CAS | | $55.00 | 10/5/2012 | 0.1 | $5.50 | Prepare 3 pieces of COA returned mail for re-service |
| BARBARA COLBY - CAS | | $55.00 | 10/5/2012 | 0.1 | $5.50 | Prepare 3 pieces of COA returned mail for re-service |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/5/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 10/5/2012 | 0.2 | $11.00 | Prepare 3 pieces of mail returned by USPS with change of address. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2012 | 0.3 | $63.00 | Analyze R Higgins email re 3rd Qtr SEC narrative and number clarification (.1); revise 3rd Qtr SEC narrative re number (.1); prep email to R Higgins re revised 3rd Qtr SEC narrative (.1) |
| TERESA THOMAS - CAS | | $65.00 | 10/5/2012 | 0.2 | $13.00 | Review incoming correspondence (.1); prepare for processing to case claims team (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/8/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2012 | 0.3 | $33.00 | Review transfer tracking spreadsheet to identify notices of transfer filed pursuant to rule 3001(e)(1) for same claim and by same transferee as notice filed pursuant to 3001(e)(2). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2012 | 0.3 | $33.00 | Exchange emails with M. Araki and M. John re: notices of transfer filed pursuant to rule 3001(e)(1) for same claim and by same transferee as notice filed pursuant to 3001(e)(2). |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/8/2012 | 0.2 | $39.00 | Review (.1) and respond (.1) to email inquiry from L Shipper re appropriate processing of claims transfer and defective notices of transfer |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/9/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MABEL SOTO - CAS | | $45.00 | 10/9/2012 | 0.3 | $13.50 | Prep for service:  Defective Notice GIW Inds re: Dkt 18820; Defective Notice Sierra Liquidity re: Dkt 18820; Defective Notice Glas-Col re: Dkt 28641; Defective Notice Enron Energy re: Dkt 28648; Defective Notice Worth Chemical re: Dkt 29490; Defective Notice Regent Security re: Dkt 29656; and Defective Notices Tannor Partners Credit |
| MABEL SOTO - CAS | | $45.00 | 10/9/2012 | 0.3 | $13.50 | ECF Filing Proofs of Service Defective Notices re Dkt Nos. 18820, 28640, 28648, 29490 and 29656 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2012 | 0.4 | $84.00 | Analyze S Cohen email re M McMahon/Bryan Cave request to Cassman for copy of claim 9915 (.1); prep email to R Higgins re M McMahon request (.1); analyze R Higgins email re M McMahon request (.1); prep email to S Cohen re request from R Higgins (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2012 | 0.2 | $42.00 | Analyze BMC website re Caplin & Drysdale updated info (.1); prep email to Webpages re add'l correction to website (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/9/2012 | 3.9 | $760.50 | Review and analysis of claims affected by stipulation and orders in connection with post-Effective Date distributions (2.6); update b-Linx per review (1.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2012 | 0.1 | $11.00 | Email correspondence with M.John re: claim database updates required per creditor change of address request recently filed with Court |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: inquiry received by Call Center on 10/9/12 regarding request for copy of proof of claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2012 | 0.1 | $11.00 | Additional email correspondence with M.Araki re: inquiry received by Call Center on 10/9/12 regarding request for copy of proof of claim and follow-up call to party required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2012 | 0.2 | $22.00 | Audit change of address updates performed in creditor matrix and on client webpage per M.John request (.1); additional email correspondence with M.John (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/10/2012 | 0.3 | $28.50 | Audit categorization updates related to Court Docket nos 29712-29730 |
| BRIANNA TATE - CAS | | $45.00 | 10/10/2012 | 0.4 | $18.00 | Review Court docket Nos. 29731, 29732, 29734, 29736-29739, 29741-29746, 29748-29751, 29753-29755 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/10/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29733, 29735, 29740, 29747, 29752, 29756) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/10/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 10/10/2012 | 0.2 | $11.00 | Process 3 pieces of returned mail (.1) and record to Notice System. (.1) |

EXHIBIT 1



WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2012 | 0.3 | $63.00 | Analyze J Osborne email re transfer audit update project (.1); analyze S Cohen email re add'l recon note added to claim 9634 re Weedsport settlement pending split (.1); prep email to S Cohen re add'l recon note (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2012 | 1.3 | $273.00 | Analysis of Court docket re case status, planning |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/10/2012 | 0.1 | $11.00 | Email correspondence with party requesting copy of proof of claim |
| BRIANNA TATE - CAS | | $45.00 | 10/11/2012 | 0.1 | $4.50 | Review Court docket Nos. 29733, 29735, 29740, 29747, 29752, 29756, categorize each new docket entry and flag for further action and follow up as needed. |
| BRIANNA TATE - CAS | | $45.00 | 10/11/2012 | 0.1 | $4.50 | Review Court docket Nos. 29757-29759 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/11/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29757-29758) to DevTeam for further review and resolution. |
| BRIANNA TATE - CAS | | $45.00 | 10/11/2012 | 0.1 | $4.50 | Telephone with Carl Gray at (601) 582-1945 / RE: status of case and distribution |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/11/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| BRIANNA TATE - CAS | | $45.00 | 10/12/2012 | 0.1 | $4.50 | Review Court docket Nos. 29760-29761 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/12/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29760 & 29761) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/12/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2012 | 0.8 | $168.00 | Telephone from S Fritz re outstanding fee apps (.1); review outstanding fee apps/payments (.3); prep email to J Day/Grace re inquiry re status of April interim payment (.1); analyze J Day email re pending cert of no objection (.1); research docket re CNO for April (.1); prep email to J Day re CNO for April filed (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2012 | 2.2 | $462.00 | DRTT analysis and b-Linx audit (1.4); revise b-Linx per audit (.8) |
| TERESA THOMAS - CAS | | $65.00 | 10/12/2012 | 0.2 | $13.00 | Review incoming correspondence (.1); prepare for processing to case claims team (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/15/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 10/15/2012 | 0.2 | $11.00 | Process 1 piece of returned mail (.1) and record to Notice System. (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2012 | 1.2 | $252.00 | Analyze Court docket re case status, planning |
| BRIANNA TATE - CAS | | $45.00 | 10/16/2012 | 0.2 | $9.00 | Review Court docket Nos. 29762-29770 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/16/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29762, 29764, 29768 & 29770) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/16/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/16/2012 | 0.2 | $22.00 | Review DRTT for newly filed docket entries (.1). Prepare email to Dev Team re: issues with DRTT entries (.1) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 10/16/2012 | 0.2 | $27.00 | Communication w/ BMC case management team re: case status |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Case Administration** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.1 | $11.00 | Prepare two Proofs of Service related to transfer notices, email to notice group for filing. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.1 | $11.00 | Update impacted entries in the claims database pursuant to forwarding address provided on return mail item related to transfer notice. |
| MABEL SOTO - CAS | | $45.00 | 10/16/2012 | 0.1 | $4.50 | Prep for service:  Transfer Notices Cooperheat re: dkt 29702; and Notices of Transfer Argo Partners re: dtk 29702 |
| MABEL SOTO - CAS | | $45.00 | 10/16/2012 | 0.2 | $9.00 | ECF filing Proofs of Service Transfer Notice re: dkt 29702 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2012 | 1.1 | $231.00 | B-Worx site issues with Hanmar/Hankin claims: multiple emails to/from R Higgins and G Kruse re accessibility issues, resolution (.5); test b-Worx site and review images posted (.3); prep file for new images to post (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2012 | 0.3 | $63.00 | Analyze K Becker/Rust Consulting email request re updated claims registers (.1); prep email to K Becker re claims 18532 and 18533 updated images (.1); analyze K Becker email re updated images for BMC use (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2012 | 0.8 | $168.00 | Analyze S Cohen email re claims to be excluded from monthly claims report to Rust as no amts reflected (.1); prep email to S Cohen re approval to exclude (.1); analyze S Cohen emails to K Becker re updated claims and transfer reports (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2012 | 0.6 | $126.00 | Analyze bi-monthly updates from K Martin, S Cohen and M John (.1); analyze project status (.5) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/16/2012 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/16/2012 | 0.2 | $39.00 | Review Notice of transfer and service requests re Cooperheat-MQS, Inc. to Argo forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/16/2012 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/16/2012 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| BRIANNA TATE - CAS | | $45.00 | 10/17/2012 | 0.2 | $9.00 | Review Court docket Nos. 29771-29773, 29775-29780 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/17/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29773, 29774, 29776, 29777 & 29778) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/17/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 10/17/2012 | 0.2 | $11.00 | Process 1 piece of returned mail  (.1) and record to Notice System. (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2012 | 0.3 | $63.00 | Prep email to G Kruse re request for updated claims registers (.1); analyze R Higgins email re claim 9915 (.1); prep email to R Higgins re claim 9915 and status (.1) |

EXHIBIT 1

**bmcgroup**
information management

WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/18/2012 | 0.4 | $38.00 | Audit categorization updates related to Court Docket nos 29731-29733, 29735-29741, 29743-29746, 29755-29758, 29760-29763, 29765-29766, 29768-29770 |
| BRIANNA TATE - CAS | | $45.00 | 10/18/2012 | 0.1 | $4.50 | Review Court docket Nos. 29774 & 29781 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/18/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2012 | 0.2 | $42.00 | Analyze M Kiley/Grace email re IRS claims 809 and 828 and info rec'd (.1); analyze G Kruse email re status of claims registers (.1) |
| BRIANNA TATE - CAS | | $45.00 | 10/19/2012 | 0.1 | $4.50 | Review Court docket Nos. 29782-29785 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/19/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29783 & 29785) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/19/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 10/19/2012 | 0.1 | $6.50 | Email exchange w/ L Shippers transmitting service docs - Notices of Transfer of Claim |
| JAMES MYERS - CAS | | $65.00 | 10/19/2012 | 0.2 | $13.00 | Analysis of L Shippers email re POS for Ntc of Transfer of Claim (.1); ECF file Proof of Service re Ntc Transfer of Claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2012 | 1.2 | $252.00 | Analyze Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2012 | 1.8 | $378.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit (.8) |
| TERESA THOMAS - CAS | | $65.00 | 10/19/2012 | 0.2 | $13.00 | Review incoming correspondence (.1) and prepare for processing to case claims team (.1) |
| BRIANNA TATE - CAS | | $45.00 | 10/22/2012 | 0.1 | $4.50 | Review Court docket Nos. 29786-29794 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/22/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29787, 29792, 29793 & 29794) to DevTeam for further review and resolution. |
| BRIANNA TATE - CAS | | $45.00 | 10/22/2012 | 0.1 | $4.50 | Telephone with Barbara Rocker at (251) 456-5880 / RE: status of case and distribution, change of address |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/22/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/22/2012 | 0.1 | $11.00 | Prepare two Proofs of Service related to defective transfer notices, email to notice group for filing. |
| MABEL SOTO - CAS | | $45.00 | 10/22/2012 | 0.2 | $9.00 | Prep for service:  Defective Notice Sherwin Alumina Co re: dkts 29789 & 29790; and Defective Notices Tannor Partners Credit re: dkts 29789 & 29790 |
| MABEL SOTO - CAS | | $45.00 | 10/22/2012 | 0.2 | $9.00 | ECF filing Proofs of Service Defective Notices re: dkts 29789 and 29790 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2012 | 2.3 | $483.00 | Analyze G Kruse email re claims registers (.1); analyze draft alpha and numeric consolidated registers (2.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2012 | 1.8 | $378.00 | Analyze G Kruse email re revised consolidated numeric claims register (.1); analyze revised consolidated numeric claims registers re revisions requested (1.7) |

EXHIBIT 1



WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2012 | 1.7 | $357.00 | Analyze b-Linx re inter-transfer agent transfers of claims and appearance on claims registers (1.3); prep email to G Kruse re revisions to claims registers re inter-transfer agent transfers (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2012 | 1.0 | $210.00 | Analyze docket re order dates for claims register update (.7); prep email to G Kruse re order dates for claims register update (.3) |
| BRIANNA TATE - CAS | | $45.00 | 10/23/2012 | 0.2 | $9.00 | Review Court docket Nos. 29787, 29792-29798 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/23/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issue (29799)to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/23/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2012 | 0.6 | $126.00 | Work with K Becker/Rust re Texas tax claim withdrawals (.3); telephone to M Kiley/Grace re status of research (.1); prep email to M Kiley/Grace re research (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2012 | 0.5 | $105.00 | Emails from/to S Fritz re application of recent payment (.3); emails from/to A Quilquillong re credit memo, reconciling (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2012 | 1.3 | $273.00 | Work with G Kruse re claims registers, appearance of data on checks at distribution, distribution reflecting new transfers of inter-transfer agent transfers |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/23/2012 | 0.2 | $39.00 | Review and analysis of Notice of defective claims transfer re Sherwin Alumina Company to Tannor Partners forwarded to NoticeGroup for production and service; coordinate fulfillment |
| BRIANNA TATE - CAS | | $45.00 | 10/24/2012 | 0.2 | $9.00 | Review Court docket Nos. 29799-29800, 29802-29808 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/24/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issue (29801, 29802 & 29808) to DevTeam for further review and resolution. |
| BRIANNA TATE - CAS | | $45.00 | 10/24/2012 | 0.1 | $4.50 | Telephone with Ruby Armstrong at (713) 747-1756 / RE: returned call |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/24/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/24/2012 | 0.2 | $22.00 | Telephone with David Proulx at (704) 445-4843 / RE: status of case |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2012 | 1.9 | $399.00 | Work with M John and Cassman re Davidson Kempner transfer issue (1.0); analyze sub-case research results from L Shippers (.7); analyze M John response from USBC re sub-case transfers (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2012 | 0.7 | $147.00 | Additional work on Davidson Kempner issue with M John and Cassman, future tracking |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2012 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2012 | 1.0 | $210.00 | Analyze Court docket re case status |
| MIKE BOOTH - MANAGER | | $165.00 | 10/24/2012 | 0.8 | $132.00 | Review and investigate WR Grace related cases and transfers email from M Araki (.4); sample PACER related case dockets and discuss scope of review with L Shippers (.4). |

EXHIBIT 1



WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/24/2012 | 0.5 | $97.50 | Email exchanges with M Araki re claims transfers filed in affiliated cases (.2); email exchanges with Renee Burris, USBC Clerk re restricting ECF filings in affiliated cases (.2); email with M Araki and CASS_MAN re processing (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/24/2012 | 0.3 | $33.00 | Email correspondence with M.Araki, M.Booth re: review of related debtor Court dockets required to identify filings related to Notices of Transfer of Claims (.1); discussion with M.Booth (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/24/2012 | 0.1 | $11.00 | Additional email correspondence with M.Booth re: M.Araki request for review of related debtor Court dockets to identify filings related to Notices of Transfer of Claims |
| BRIANNA TATE - CAS | | $45.00 | 10/25/2012 | 0.1 | $4.50 | Prep email to Roxann Nathanail re case status, distributions |
| BRIANNA TATE - CAS | | $45.00 | 10/25/2012 | 0.1 | $4.50 | Review Court docket No. 29810 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/25/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issue (29809) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/25/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2012 | 1.0 | $210.00 | Work with Cassman on transfer review of sub-cases (.6); analysis of results of sub-case review (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2012 | 3.0 | $630.00 | Analyze G Kruse revised claims registers for sub-cases (.1); analyze claims registers for sub-cases (2.9) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/25/2012 | 0.3 | $58.50 | Email exchanges with Renee Burris, USBC Clerk re correcting CM/ECF filing access to affiliated debtors' dockets (.2); email to M Araki re same (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/25/2012 | 0.5 | $97.50 | Review and analysis of email exchanges with M Araki and M Booth re appropriate handling of claims transfers in affiliate debtor cases (.3); respond to M Araki's concerns re processing (.2) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/26/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/26/2012 | 0.4 | $44.00 | Review DRTT for newly filed docket entries (.2). Emails with Help Desk re: DRTT entry issues and resolution (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/26/2012 | 0.1 | $11.00 | Prepare four Proof of Service related to transfer notice, email to notice group for filing. |
| MABEL SOTO - CAS | | $45.00 | 10/26/2012 | 0.2 | $9.00 | Prep for service: Transfer Notice Advanced Filtration re: dkt 29801; and Transfer Notice Tannor Partners Credit re: dkt 29801 |
| MABEL SOTO - CAS | | $45.00 | 10/26/2012 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 29801 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2012 | 0.5 | $105.00 | Analyze K Becker/Rust email and info re Texas claim 309 withdrawal (.2); work with Cassman re revisions to b-Linx re withdrawal (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2012 | 2.0 | $420.00 | Review/revise b-Linx re claims register review |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/26/2012 | 0.1 | $19.50 | Review Notice of transfer of Advanced Filtration claim to Tannor Partners forwarded to NoticeGroup for production and service |
| BRIANNA TATE - CAS | | $45.00 | 10/29/2012 | 0.2 | $9.00 | Review Court docket Nos. 29808, 29809, 29811, 29814-29820 to categorize docket entries. |

EXHIBIT 1



WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| BRIANNA TATE - CAS | | $45.00 | 10/29/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29816, 29818-29820) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/29/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| BRIANNA TATE - CAS | | $45.00 | 10/30/2012 | 0.1 | $4.50 | Review Court docket No. 29802 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/30/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/30/2012 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| BRIANNA TATE - CAS | | $45.00 | 10/31/2012 | 0.1 | $4.50 | Review Court docket Nos. 29821-29823 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 10/31/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issue (29821 & 29822) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/31/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2012 | 0.6 | $126.00 | Emails from/to Walter Cavers re Water St Corp inquiry (.2); prep email to R Higgins re Walter Cavers inquiry (.1); work with Cassman on updates to claims 602 and 604 for add'l ntc parties (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2012 | 1.3 | $273.00 | Continue review of individual claims registers prepared by G Kruse |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/31/2012 | 0.2 | $22.00 | Update creditor matrix per M.Araki request re: additional noticing parties (.1); email correspondence with M.Araki re: undeliverable creditor records (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/31/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: creditor matrix updates required related to additional noticing parties for Archer claims |
| | | | Total: | 72.9 | $12,699.50 | |
| **WRG Data Analysis** | | | | | | |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/1/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| WILLIAM DOWNING - SR_ANALYST | | $95.00 | 10/2/2012 | 1.0 | $95.00 | Update docket entries per Cassman request (.6); verify updates in DRTT (.4) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/3/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| VINCENT NACORDA - CAS | | $75.00 | 10/3/2012 | 0.1 | $7.50 | Populate MF 49805 for service. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/4/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/4/2012 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/8/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/8/2012 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/9/2012 | 2.2 | $330.00 | Review/audit of Interest database (1.0). Update current claim amounts of distribution claims and verify counts of current claims eligible for distribution (1.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/9/2012 | 1.3 | $195.00 | Generate backup image of current Interest review database and archive to network folder. |

EXHIBIT 1



WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/10/2012 | 2.4 | $360.00 | Review attorney source data for claims currently eligible for distribution (1.2). Verify counts of claims represented by an attorney and update selected attorney address and contact info fields (1.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2012 | 2.7 | $405.00 | Review/audit of distribution database (1.3). Verify current counts of active claims eligible for distribution (.7). Add new field to interest rate tracking table to store distribution type (.7) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/11/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/11/2012 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2012 | 1.2 | $180.00 | Generate updated monthly Active and Inactive claims detail report (.8). Export to Excel (.3) and forward to S Cohen (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/16/2012 | 0.5 | $75.00 | Coordinate upload of Hankin claims to FTP site for counsel download. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/16/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| WILLIAM DOWNING - SR_ANALYST | | $95.00 | 10/16/2012 | 1.0 | $95.00 | Update docket entries per Cassman request (.6); verify updates in DRTT (.4) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/18/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/19/2012 | 1.2 | $180.00 | Prep (.6) and update (.6) of source data for claims register reports. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/19/2012 | 2.2 | $330.00 | Prepare claims register reports sorted by claim number for each individual case |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/19/2012 | 2.3 | $345.00 | Prepare claims register reports sorted by claimant name for each individual case |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/22/2012 | 1.6 | $240.00 | Review of report query that assigns Official Claims Status values in claims register report (.6). Update query to suppress reconciliation statuses for Asbestos PI Trust claims (1.0) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/22/2012 | 1.3 | $195.00 | Prepare updated consolidated claims register report sorted by claim number. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/25/2012 | 2.2 | $330.00 | Update report template as per M Araki review (.6). Prepare updated Claims registers per case sorted by claim number ( 1.6) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/25/2012 | 2.0 | $300.00 | Update report template as per M Araki review (.5). Prepare updated Claims registers per case sorted by claimant name (1.5) |
| WILLIAM DOWNING - SR_ANALYST | | $95.00 | 10/29/2012 | 1.0 | $95.00 | Acquire images of docket entries for use Update docket entries per Cassman request (.6); verify updates in DRTT (.4) |
| | | | Total: | 27.2 | $3,852.50 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2012 | 2.1 | $441.00 | Prep document map for distribution info |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2012 | 2.2 | $462.00 | Revise/update distribution detail tracker |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/8/2012 | 4.3 | $838.50 | Review and analysis of claims affected by stipulation and orders in connection with post-Effective Date distributions (2.5); update b-Linx per review (1.8) |

EXHIBIT 1



WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2012 | 3.5 | $735.00 | Continue analysis of pleadings - EPA/Tewksbury add'l site re claim 9634 split prep, distribution details, environmental tracker, interest rates, notice reqts (2.0); revise split worksheet, distribution detail tracker, and enviro tracker re Tewksbury (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2012 | 4.0 | $840.00 | Continue work on claim 9634 split prep, analysis of pleadings, distribution details, enviro tracker, interest rates, notice reqts (1.7); revise split worksheet, distribution detail tracker and enviro tracker re add'l splits (2.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2012 | 5.5 | $1,155.00 | Further analysis of pleadings for claim 9634 split prep, distribution details, enviro tracker, interest rates, notice reqts (2.8); revise split worksheet, distribution detail tracker and enviro tracker re add'l splits (2.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2012 | 0.2 | $42.00 | Prep email to G Kruse re tracking type of distribution payment to be sent per orders (.1); analyze G Kruse response re tracking payment type (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/11/2012 | 4.3 | $838.50 | Review and analysis of claims affected by stipulation and orders in connection with post-Effective Date distributions (3.0); update b-linx per review (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2012 | 3.0 | $630.00 | Prep ART report of active claims affected by Order (.5); analyze ART report (.6); analysis of distribution detail tracker re claims tracked, add'l claims to be reviewed (1.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2012 | 2.0 | $420.00 | Analyze b-linx and pleadings re add'l claims affected by order for inclusion in distribution detail tracker |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2012 | 1.1 | $231.00 | Telephone from B Jaffe re interest rates on Bank of America claim 17718 (.3); analyze Blackstone data re interest rates on BoA claims (.2); analyze b-linx re tracking interest (.3); analyze pleadings re interest on BoA claims (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/25/2012 | 3.9 | $760.50 | Review and analysis of claims affected by stipulation and orders in connection with post-Effective Date distributions (2.5); update b-linx per review (1.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/26/2012 | 4.1 | $799.50 | Review and analysis of claims affected by stipulation and orders in connection with post-Effective Date distributions (3.0); update b-linx per review (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2012 | 2.5 | $525.00 | Analyze Blackstone data re pending items, data islands, updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2012 | 1.8 | $378.00 | Revise data islands re Blackstone data review |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/29/2012 | 3.2 | $624.00 | Research and analysis of orders, motions and claims affected by stipulation for information for updating claims/distribution database for potential distribution post-Effective Date |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2012 | 2.0 | $420.00 | Analyze R Higgins email re client request for updated open claims task list (.2); analyze draft open task list from R Higgins (1.0); prep ART report of open claims (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2012 | 3.0 | $630.00 | Analyze ART report of open claims and b-Linx data vs R Higgins draft |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2012 | 2.5 | $525.00 | Revise R Higgins open task report per analysis of ART report, b-Linx and Court docket |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2012 | 1.0 | $210.00 | Finalize revisions to R Higgins open task list (.6); prep comparison report (.2); prep email to R Higgins re revised open task list, comparison and other open claims not included (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2012 | 2.5 | $525.00 | Research and respond to numerous inquries from R Higgins re open task list |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2012 | 3.0 | $630.00 | Analyze R Higgins email re review of updated open task summary (.2); analysis of updated open task summary (1.3); revise updated open task summary (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2012 | 1.3 | $273.00 | Continue to research and respond to R Higgins inquiries re Grace open task project |
| | | | Total: | 63.0 | $12,933.00 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2012 | 2.5 | $525.00 | Prep Jul, Aug, Sep 12 draft billing detail reports (1.2); analysis of Jul 12 billing report for prof reqts and Court imposed categories (.7); revise Jul 12 entries for fee app compliance (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2012 | 2.0 | $420.00 | Continue analysis of Jul 12 billing report for prof reqts and Court imposed categories (1.1); revise Jul 12 entries for fee app compliance (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2012 | 2.4 | $504.00 | Analyze Aug 12 billing report for prof reqts and Court imposed categories (1.6); revise Aug 12 entries for fee app compliance (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2012 | 1.7 | $357.00 | Continue analysis of Aug 12 billing report for prof reqts and Court imposed categories (1.0); revise Aug 12 entries for fee app compliance (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/22/2012 | 0.2 | $39.00 | Email exchange with M Araki re BMC fee applications (.1); review and sign applications and forward to M Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2012 | 1.8 | $378.00 | Analysis of Sep 12 billing report for prof reqts and Court imposed categories (1.0); revise Sep 12 entries for fee app compliance (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2012 | 1.8 | $378.00 | Continue analysis of Sep 12 billing report for prof reqts and Court imposed categories (.9); revise Sep 12 entries for fee app compliance (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2012 | 1.9 | $399.00 | Draft Jul 12 fee app (.6); draft Aug 12 fee app (.7); draft Sep 12 fee app (.6) |
| | | | Total: | 14.3 | $3,000.00 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 10/1/2012 | 2.8 | $588.00 | Analysis and audit of transferred claims (1.8); revise transfer audit worksheet re audit results (1.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/1/2012 | 2.8 | $308.00 | Prepare and analyze Q3 reports (2.6); email correspondence with M.Araki re: reporting requirements, analysis performed (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2012 | 3.6 | $756.00 | Analyze Weedsport AOC re distribution details, interest (1.6); analyze interest tool, L Gardner worksheet and pleadings re distribution details, interest (1.7); prep email to L Gardner re Weedsport AOC/Order interest issue (.3) |

EXHIBIT 1



WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2012 | 1.2 | $252.00 | Analyze L Gardner email re Weedsport interest issue (.3); prep email to L Gardner re revising interest commence date and attny notification (.2); analyze L Gardner email re info for attnys (.2); revise interest database re commencement date (.1); prep email to R Higgins/H Feichko re Weedsport interest issue, docs for review, revision of interest commence date (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2012 | 1.1 | $231.00 | Analyze docket re Tannor Partners multiple transfers of same-named scheds and claims (.4); analyze transfer tracking sheet re Tannor Partners transfers (.3); prep email to Cassman & M John re sched/transfer issues (.3); prep email to J Osborne re Tannor Partners issue for transfer audit (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2012 | 0.5 | $105.00 | Prep ART report of claims affected by Orders for transfers related to Grace objection to 211 Main transfer |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 10/4/2012 | 2.9 | $609.00 | Analysis and audit of transferred claims (1.8); revise transfer audit worksheet re audit results (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/4/2012 | 3.4 | $714.00 | Analyze schedule matching project status (.8); continue schedule matching review project (2.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2012 | 0.2 | $42.00 | Analyze R Higgins email re Weedsport AOC Effective Date issue, working with PSZJ to correct order (.1); analyze R Finke email re research request - Sherwin Alumina claim 587 and schedules (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2012 | 3.4 | $714.00 | Continue analysis of schedule matching review project from G Kruse and K Martin (2.5); revise report per analysis (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2012 | 2.6 | $546.00 | Analyze files re initial version of schedule matching review from K Martin/G Kruse (.4); analyze initial version vs current version re data issues (2.2) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 10/8/2012 | 3.8 | $798.00 | Analysis and audit of transferred claims (2.6); revise transfer audit worksheet re audit results (1.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2012 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2012 | 0.2 | $22.00 | Revise b-Linx to finalize two claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2012 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claim transfers finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2012 | 0.1 | $11.00 | Analyze Court docket nos. 29416, 29703 and 29704; verify no additional updates in the claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2012 | 0.3 | $33.00 | Analyze Court docket nos. 29701, 29717 and 29728; add recon note to impacted claim re: filings related to objection to transfer. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2012 | 1.6 | $336.00 | Research b-Linx and data re Sherwin Alumina claim and schedule history, original and amended schedules, invoice level detail, reconciliation notes per R Finke request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2012 | 0.2 | $42.00 | Analyze L Shippers email re review of Tannor transfers of schedules matched to claims and defective ntcs to be issued (.1); analyze M John email re serving defective ntcs on transfer agents who file both transfers for same creditor (.1) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2012 | 4.8 | $1,008.00 | Continue analysis of schedule matching review project (2.5); verification of missing data (1.0); revise report (1.3) |
| JULIA OSBORNE - SR_CONSULTANT | | $210.00 | 10/9/2012 | 2.7 | $567.00 | Analysis and audit of transferred claims (1.6); revise transfer audit worksheet re audit results (1.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/9/2012 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/9/2012 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/9/2012 | 2.2 | $242.00 | Analyze notices of transfer filed pursuant to rule 3001(e)(1) for same claim and by same transferee as notice filed pursuant to 3001(e)(2) (1.0); prepare defective notices per request of M. Araki (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2012 | 2.0 | $420.00 | Analyze ART report re claims affected by order for transfers (1.0); begin audit of transferred claims on ART report re settlement terms related to transfers (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2012 | 0.3 | $63.00 | Prep email to R Finke re research results of Sherwin Alumina claim and schedules, reports of invoice data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2012 | 0.4 | $84.00 | Telephone from M Kiley/Grace re IRS claim 830 (.1); research b-Linx re claim 830 and Mass tax claim 18507 (.2); prep email to M Kiley re IRS claim 830, status and claim 18507 for review (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/10/2012 | 0.1 | $11.00 | Email correspondence with L.Gardner at WR Grace re: request for documentation related to resolution of claim 13417 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/10/2012 | 0.2 | $22.00 | Research status of claim 13417 and prepare copies of related Court docket entry per L.Gardner request (.1); additional email correspondence with L.Gardner (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/10/2012 | 0.4 | $44.00 | Analyze Court docket numbers 29302 to 29713 (.2); update claim database (.1); email correspondence with M.Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2012 | 0.3 | $63.00 | Analyze M Kiley email re IRS claim 2235 (.1); research b-Linx re claim 2235 (.1); prep email to M Kiley re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2012 | 0.7 | $147.00 | Analyze R Higgins email re IRS claim 2235 and exclusion from April open report (.1); prep email to R Higgins re IRS claim 2235 expunged per merger order (.2); analyze R Higgins email re April open report and other IRS claims (.2); prep email to R Higgins re Aug open tax report (.1); telephone to R Higgins re IRS open claims, reporting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2012 | 3.8 | $798.00 | Continue analysis of schedule matching review from G Kruse and K Martin (2.0); revise report per analysis (1.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/15/2012 | 0.3 | $33.00 | Initialize analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.1 | $11.00 | Revise b-Linx to finalize two claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claim transfers finalized. |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.1 | $11.00 | Review transfer tracking spreadsheet to confirm all entries are current, per request from S. Cohen. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.2 | $22.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/16/2012 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2012 | 0.3 | $63.00 | Analyze email from H Feichko/Grace re Weedsport add'l docket reference on order (.1); analyze order and reference (.1); prep email to H Feichko re info on add'l reference on order (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/16/2012 | 0.4 | $44.00 | Finalize analysis and preparation of monthly reports (.3); email correspondence with M.Araki, K.Becker at Rust Consulting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2012 | 0.5 | $105.00 | Analyze K Becker/Rust Consulting email re Davidson Kempner request for verification of partial transfer of claims 13352-Zhagrus and 9553-Nat'l Union Fire (.1); analyze transfer tool re Davidson Kempner (.2); analyze b-Linx re claims 13352 and 9553 current owners (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2012 | 0.6 | $126.00 | Prep email to K Becker/Rust Consulting re info from Davidson Kempner re date of alleged transfers (.1); analyze docket re Davidson Kempner transfers (.4); analyze K Becker email re no info provided on date of transfers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2012 | 0.3 | $63.00 | Email from/to S Cohen re assistance in Davidson Kempner research (.1); prep email to K Becker re no record on docket or received re Davidson Kempner partial transfer of claims 13352 and 9553, request K Becker contact Davidson Kempner to follow-up with BK Court re transfer filings (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2012 | 0.3 | $63.00 | Prep email to R Higgins re Davidson Kempner transfer verification inquiry to Rust Consulting, status of research, info on claims 13352 and 9553 and related orders for review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2012 | 0.8 | $168.00 | Analysis of M Kiley/Grace email re IRS claims 828 and 809 (.1); analyze b-Linx re status (.2); analyze orders affecting claims (.3); prep email to M Kiley re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2012 | 0.9 | $189.00 | Analyze transfer tool re transfers in process (.4); analyze Court docket re latest transfers filed (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/17/2012 | 0.1 | $11.00 | Email correspondence with M.Araki, K.Becker at Rust Consulting re: request for research related to transferred claim |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2012 | 2.6 | $546.00 | Analyze status of split prep project for claim 9634 (.6); continue work on claim 9634 split prep, analysis of pleadings, distribution details, enviro tracker, interest rates, notice req'ts (1.0); revise split worksheet, distribution detail tracker and enviro tracker re add'l splits (1.0) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/19/2012 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/19/2012 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/19/2012 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |

EXHIBIT 1

**bmcgroup**
information management

WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/19/2012 | 0.1 | $11.00 | Prepare one transfer notice, forward to notice group for service. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/19/2012 | 0.1 | $11.00 | Prepare one Proof of Service related to transfer notice, email to notice group for filing. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/22/2012 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/22/2012 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/22/2012 | 0.2 | $22.00 | Revise b-Linx re: two defective claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/22/2012 | 0.2 | $22.00 | Prepare two defective transfer notices (.1), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/22/2012 | 0.2 | $33.00 | Discussion with S Cohen re: recent Court docket entries related to transferred claims and analysis, database updates performed. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/22/2012 | 0.6 | $66.00 | Analyze Court docket numbers 29767 to 29790 (.2); audit claim updates(.1); update claims database (.1); discussion with M.Booth re: Court docket entries related to transferred claims (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2012 | 1.2 | $252.00 | Telephone with M Kiley/Grace re Texas tax claims, withdrawals (.2); research for M Kiley re Texas tax claims (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2012 | 2.0 | $420.00 | Analyze open reports re working through details with R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2012 | 1.0 | $210.00 | Analyze J O'Neill/Pachulski email re rush research for R Finke re AMH service (.1); research AMH service (.7); prep email to J O'Neill re research results (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/24/2012 | 3.9 | $429.00 | Analyze Court dockets for related debtors for entries related to Notice of Transfers to identify transfers that are not re-filed in the primary case. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2012 | 1.1 | $231.00 | Work with K Becker/Rust re research of Texas tax claim withdrawals (.2); verification of Davison Kempner transfer of portion of Longacre claims (.3); analysis of Davison Kempner docs from K Becker (.6) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/24/2012 | 0.2 | $33.00 | Discussion with S Cohen re: M Araki request for review of related debtor Court dockets entries required to identify filings related to Notices of Transfer of Claims. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/25/2012 | 2.9 | $319.00 | Continue to analyze Court dockets for related debtors for entries related to Notice of Transfers to identify transfers that are not re-filed in the primary case. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/25/2012 | 0.3 | $33.00 | Exchange emails with M. Araki and M. John re: review of related debtor Court dockets and identification of Notices of Transfer not re-filed in primary case. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/26/2012 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/26/2012 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/26/2012 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/26/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: claims database updates required per information received from K.Becker at Rust Consulting on 10/26/12 |

EXHIBIT 1



WR Grace
Date Range 10/1/2012 - 10/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Non-Asbestos Claims** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/30/2012 | 0.2 | $22.00 | Update claims database per M.Araki request re: supporting documentation related to withdrawal of priority tax claim (.1); email correspondence with M.Araki (.1) |
| | | | Total: | 72.3 | $13,365.00 | |
| | | | Grand Total: | 249.9 | $45,872.00 | |

EXHIBIT 1

# bmcgroup
### information management
WR Grace
Professional Activity Summary
Date Range: 10/1/2012 - 10/31/2012

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 0.2 | $22.00 |
| Total: | | 0.2 | $22.00 |
| | | | |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.3 | $13.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 0.7 | $66.50 |
| Barbara Colby | $55.00 | 0.2 | $11.00 |
| Brianna Tate | $45.00 | 5.1 | $229.50 |
| James Myers | $65.00 | 0.9 | $58.50 |
| Jessica Bang | $55.00 | 0.9 | $49.50 |
| Mabel Soto | $45.00 | 1.6 | $72.00 |
| Teresa Thomas | $65.00 | 0.6 | $39.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.1 | $181.50 |
| Myrtle John | $195.00 | 6.1 | $1,189.50 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.2 | $27.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 5.2 | $572.00 |
| Lauri Shippers | $110.00 | 1.2 | $132.00 |
| Steffanie Cohen | $110.00 | 1.9 | $209.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 46.9 | $9,849.00 |
| Total: | | 72.9 | $12,699.50 |
| | | | |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Vincent Nacorda | $75.00 | 0.1 | $7.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 23.1 | $3,465.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 1.0 | $95.00 |
| William Downing | $95.00 | 3.0 | $285.00 |
| Total: | | 27.2 | $3,852.50 |
| | | | |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 19.8 | $3,861.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 43.2 | $9,072.00 |
| Total: | | 63.0 | $12,933.00 |

EXHIBIT 1



**WR Grace**
**Professional Activity Summary**
Date Range: 10/1/2012 - 10/31/2012

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 14.1 | $2,961.00 |
| Total: | | 14.3 | $3,000.00 |
| | | | |
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.4 | $66.00 |
| SR_CONSULTANT | | | |
| Julia Osborne | $210.00 | 12.2 | $2,562.00 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 12.8 | $1,408.00 |
| Steffanie Cohen | $110.00 | 5.2 | $572.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 41.7 | $8,757.00 |
| Total: | | 72.3 | $13,365.00 |
| | | | |
| Grand Total: | | 249.9 | $45,872.00 |

EXHIBIT 1