**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_121031
Expense Summary

**Period Ending 10/31/2012**

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $89.90 |
| Noticing Production | $6.98 |
| Website Hosting | $250.00 |
| **Total** | **$1,546.88** |

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

### Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20121003-1 | 10/3/2012 | $0.68 |
| Reference #  021-20121031-1 | 10/31/2012 | $6.30 |
| | **Total Due** | **$6.98** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 10/3/2012
**Reference #:**  021-20121003-1

| Job Type | Job Item | | Pages / Parties | | |
| --- | --- | --- | --- | --- | --- |
| | | Step | Task | Details | Total |
| Noticing Document | Libby Med Letter (suppl) | | Page Ct 1 / Party Ct 1 | | |
| | | Production | Printed Impressions | 1 Piece @ $.10 each | $0.10 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $.45 each | $0.45 |
| | | Production | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | **Total:** | **$0.68** |

*Invoice Due Upon Receipt*     Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 10/31/2012
**Reference #:** 021-20121031-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for October | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 3 Pieces | $1.35 |
| Other | Transfers | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 11 Pieces | $4.95 |
| | | | | **Total Due:** | **$6.30** |

*Invoice Due Upon Receipt*                                             *Page 1 of 1*

EXHIBIT 2