**EXHIBIT 1**

**bmcgroup**
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/26/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: request for claim status information and related documentation regarding Hyatt asbestos claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/27/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: additional analysis of Notices of Transfers of asbestos claims required |
| | | | Total: | 0.2 | $22.00 | |
| **WRG Case Administration** | | | | | | |
| BRIANNA TATE - CAS | | $45.00 | 11/1/2012 | 0.2 | $9.00 | Review Court docket Nos. 29824-29832 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/1/2012 | 0.1 | $4.50 | Forward docket discrepancy issues (29825, 29827-29829 & 29832) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/1/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2012 | 0.3 | $63.00 | Prep email to R Higgins re Potter Anderson inquiry, info (.2); analyze R Higgins response (.1); prep email to Potter Anderson re add'l info request (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2012 | 1.2 | $252.00 | Analyze Court docket re case status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2012 | 2.2 | $462.00 | DRTT analysis and b-Linx audit (1.3); revise b-Linx per audit (.9) |
| MIREYA CARRANZA - CAS | | $45.00 | 11/1/2012 | 0.2 | $9.00 | Review COA's Postage for previous month (.1), prepare production billing (.1) |
| BRIANNA TATE - CAS | | $45.00 | 11/2/2012 | 0.2 | $9.00 | Review Court docket Nos. 29833-29841 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/2/2012 | 0.1 | $4.50 | Forward docket discrepancy issues (29827, 29834, 29837 & 29840) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/2/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 11/2/2012 | 0.5 | $47.50 | Audit categorization updates related to Court Docket Nos. 29773- 29810 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2012 | 0.4 | $84.00 | Analyze W Cavers/Potter Anderson email re representation (.1); prep email to R Higgins re representation info (.1); analyze R Higgins email re contact for Potter Anderson (.1); email to/from W Cavers re contact for R Higgins (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2012 | 0.3 | $63.00 | Email to/from C Greco re info on claims registers (.1); analyze email from M Scott re post-conf agmt (.1); analyze M Booth email re Cebu review of sub-dockets (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2012 | 1.0 | $210.00 | Analyze webpage re updates, testing links |
| BRIANNA TATE - CAS | | $45.00 | 11/5/2012 | 0.2 | $9.00 | Review Court docket Nos. 29842-29849 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/5/2012 | 0.2 | $9.00 | Forwarded docket discrepancy issues (29842, 29847-29849) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/5/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ERIN KRAMER - CAS | | $65.00 | 11/5/2012 | 0.1 | $6.50 | Prepare 1 Piece of Correspondence for Processing to Claims Database. |

# bmcgroup
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2012 | 1.2 | $252.00 | Analyze S Fritz email re draft Oct invoice (.1); analyze Oct draft invoice (.6); revise Oct invoice with S Fritz (.3); emails to J Osborne and W Downing re time entries (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/5/2012 | 0.2 | $39.00 | Email exchanges with M Araki and J Conklin re appropriate docket review and analysis |
| TERESA THOMAS - CAS | | $65.00 | 11/5/2012 | 0.2 | $13.00 | Review incoming correspondence (.1) and prepare for processing to case claims database. (.1) |
| BRIANNA TATE - CAS | | $45.00 | 11/6/2012 | 0.1 | $4.50 | Review Court docket Nos. 29850, 29853-29856 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/6/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29850, 29853, 29854 & 29856) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/6/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 11/6/2012 | 0.4 | $26.00 | Emails w/ L Shippers re docs for service & filing (.2); prepare docs for service and ECF filing (.2) |
| JESSICA BANG - CAS | | $55.00 | 11/6/2012 | 0.2 | $11.00 | Process 1 piece of returned mail (.1) and record to Notice System. (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/6/2012 | 0.1 | $11.00 | Prepare two Proofs of Service related to transfer notices, email to notice group for filing. |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/6/2012 | 0.2 | $39.00 | Review notices of transfer re claims of Richards Kibbe & Orbe and Midtown Acquisition to Longacre forward to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/6/2012 | 0.3 | $58.50 | Communication with Renee Burris, USBC Clerk re updating transfers and advising claimant to withdraw partial transfers and refile in appropriate case (.2); review email with M Araki and case clerk re same (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/7/2012 | 0.6 | $57.00 | Audit categorization updates related to Court Docket nos 29802, 29808-29809, 29811, 29814-29816, 29818-29833-29850, 29853 |
| BRIANNA TATE - CAS | | $45.00 | 11/7/2012 | 0.1 | $4.50 | Review Court docket Nos. 29857-29861 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/7/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29857-29859 & 29861) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/7/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 11/7/2012 | 0.3 | $19.50 | Email w/ L Shippers re docs for service & filing (.1); prepare docs for service and ECF filing (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2012 | 0.1 | $11.00 | Prepare one Proof of Service related to transfer notice, email to notice group for filing. |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/7/2012 | 0.1 | $19.50 | Review notice of transfer re Kerr-McGee Pigments claims to Tannor Partners forwarded to NoticeGroup for production and service |
| BRIANNA TATE - CAS | | $45.00 | 11/8/2012 | 0.2 | $9.00 | Review Court docket Nos. 29863-29871 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/8/2012 | 0.1 | $4.50 | Forward docket discrepancy issues (29863, 29867 & 29871) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/8/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/8/2012 | 0.1 | $11.00 | Prepare one Proof of Service related to defective transfer notice, email to notice group for filing. |

**bmcgroup**
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MABEL SOTO - CAS | | $45.00 | 11/8/2012 | 0.1 | $4.50 | Prep for service: Defective Notice Tannor Partners Credit re: dkt 29862; and Defective Notice Kerr-McGee Pigments re: dkt 29862 |
| MABEL SOTO - CAS | | $45.00 | 11/8/2012 | 0.1 | $4.50 | ECF filing Proof of Service Defective Notice re: Dkt No. 29862 |
| MIKE BOOTH - MANAGER | | $165.00 | 11/8/2012 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/8/2012 | 0.2 | $39.00 | Review Notice of Defective claim transfer re Keer-McGee's claim to Tannor Partners forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/8/2012 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| TERESA THOMAS - CAS | | $65.00 | 11/8/2012 | 0.2 | $13.00 | Review correspondence received from claimants (.1); Forward to Cassman for handling (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/9/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 29857-29858, 29863, 29865-29867, 29869-29871 |
| BRIANNA TATE - CAS | | $45.00 | 11/9/2012 | 0.2 | $9.00 | Review Court docket Nos. 29872-29877 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/9/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29872, 29873 & 29877) to DevTeam for further review and resolution. |
| BRIANNA TATE - CAS | | $45.00 | 11/9/2012 | 0.1 | $4.50 | Review non-claim correspondence received by BMC at claims PO Box; email correspondence with M Araki re: processing of same. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/9/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2012 | 0.4 | $84.00 | Analyze B Tate email re corresp rec'd from PI claimant (.1); review incoming correspondence file re correspondence (.3) |
| TERESA THOMAS - CAS | | $65.00 | 11/9/2012 | 0.2 | $13.00 | Review incoming correspondence (.1); forward to Cassman for handling (.1) |
| BRIANNA TATE - CAS | | $45.00 | 11/12/2012 | 0.1 | $4.50 | Review Court docket Nos. 29878-29880 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/12/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2012 | 0.6 | $126.00 | Analyze corresp and emails re pending items, status |
| BRIANNA TATE - CAS | | $45.00 | 11/13/2012 | 0.1 | $4.50 | Review Court docket Nos. 29881-29882 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/13/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2012 | 1.2 | $252.00 | Analyze Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2012 | 0.6 | $126.00 | Analyze S Cohen email re claim 12942 and update in DRTT (.2); analyze L Gardner email re info on claim and resolution (.2); reivew b-Linx re same (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/14/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 29872, 29874-29877, 29879-29880 |
| BRIANNA TATE - CAS | | $45.00 | 11/14/2012 | 0.2 | $9.00 | Review Court docket Nos. 29883-29890 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/14/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 11/14/2012 | 0.1 | $6.50 | Review corresp from Kuchler Polk, transmit to M John/M Araki for action |

**bmcgroup**
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| JESSICA BANG - CAS | | $55.00 | 11/14/2012 | 0.2 | $11.00 | Process 1 piece of returned mail (.1) and record to Notice System. (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2012 | 1.8 | $378.00 | Review/finalize claims register review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2012 | 0.7 | $147.00 | Work with G Kruse re links for claims registers for Rust (.3); prep email to Rust re claims register links (.1); work with Webpages to update claims registers on website (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/14/2012 | 0.2 | $39.00 | Review copies of letters and authorization received requesting for release of creditor information re asbestos claimants (.1); review email exchanges with M Araki re same (.1) |
| BRIANNA TATE - CAS | | $45.00 | 11/15/2012 | 0.4 | $18.00 | Review Court docket Nos. 29891-29911 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/15/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2012 | 0.9 | $189.00 | Emails to (.2)/from (.2) L Gardner re DAP Products and Rust as claims agent; work with Webpages to revise claims register posting (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2012 | 1.8 | $378.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit (.6) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/16/2012 | 0.4 | $38.00 | Audit categorization updates related to Court Docket nos 29886-29911 |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/16/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2012 | 0.6 | $126.00 | Analyze S Cohen emails to Rust re updates to claims and transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2012 | 1.2 | $252.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx per audit (.4) |
| TERESA THOMAS - CAS | | $65.00 | 11/16/2012 | 0.2 | $13.00 | Review incoming correspondence (.1); forward to Cassman for handling (.1) |
| BRIANNA TATE - CAS | | $45.00 | 11/19/2012 | 0.2 | $9.00 | Telephone with Lydia Hugh of Texas Comptroller of Public Accounts at (512) 463-3787 / RE: claim #18506 withdrawn but appearing on claims register; confirmed no withdrawal listed on Court docket; recommended she re-file via ECF |
| BRIANNA TATE - CAS | | $45.00 | 11/19/2012 | 0.1 | $4.50 | Review Court docket Nos. 29912-29917 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/19/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| BRIANNA TATE - CAS | | $45.00 | 11/20/2012 | 0.1 | $4.50 | Review Court docket Nos. 29918-29920 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/20/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ERIN KRAMER - CAS | | $65.00 | 11/20/2012 | 0.1 | $6.50 | Prepare 1 Piece of Correspondence for Processing to Claims Database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2012 | 1.3 | $273.00 | DRTT analysis and b-Linx audit (.9); revise b-Linx per audit (.4) |
| BRIANNA TATE - CAS | | $45.00 | 11/21/2012 | 0.1 | $4.50 | Review Court docket No. 29921 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/21/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 11/22/2012 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 29912-29920 |

**bmcgroup**
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2012 | 0.4 | $84.00 | Telephone from R Finke re research for acctg dept re uncashed check (.1); analyze payment history re check (.1); telephone to S Fritz re verification of deposit; analysis of info provided (.1); prep email to R Finke re deposit info from bank (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2012 | 0.7 | $147.00 | Analyze M Kiley/Grace email re Texas Comptroller of Accts withdrawal of claim 18506 (.1); prep email to Cassman re transfers of asbestos pd claims and process for handling (.1); review transfer master list re asbestos pd claims transferred (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2012 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.3); revise b-Linx per audit (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2012 | 1.5 | $315.00 | Analyze project status; case planning |
| MIKE BOOTH - MANAGER | | $165.00 | 11/26/2012 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/26/2012 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/27/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ERIN KRAMER - CAS | | $65.00 | 11/27/2012 | 0.1 | $6.50 | Prepare 1 Change of Address Request for Processing to Claims Database. |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 11/27/2012 | 0.1 | $13.50 | Communication w/ project team re: case status and update |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2012 | 0.4 | $84.00 | Analyze project status memos from K Martin, M John and S Cohen (.1); prep status memo to team (.2); email from/to T Feil re distribution estimated date (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/27/2012 | 0.1 | $19.50 | Status report to case team |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/27/2012 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/28/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MABEL SOTO - CAS | | $45.00 | 11/28/2012 | 0.2 | $9.00 | Prep for service: Amended Transfer Notices RICHARDS KIBBE & ORBE LLP re: dkts 29851 & 29852; Amended Transfer Notices MIDTOWN ACQUISITIONS LP re: dkts 29851 & 29852; and Amended transfer Notices LONGACRE MASTER FUND LTD re: dkts 29851 & 29852 |
| MABEL SOTO - CAS | | $45.00 | 11/28/2012 | 0.2 | $9.00 | ECF filing Proofs of Service Amended Transfer Notices re: dkts 29851 & 29852 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2012 | 0.4 | $84.00 | Analyze emails re misc correspondence received and handling |
| TERESA THOMAS - CAS | | $65.00 | 11/28/2012 | 0.3 | $19.50 | Review incoming correspondence (.1); forward to Cassman for handling (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/29/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/30/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| | | | Total: | 38.2 | $6,224.50 | |
| **WRG Data Analysis** | | | | | | |
| WILLIAM DOWNING - SR_ANALYST | | $95.00 | 11/2/2012 | 1.5 | $142.50 | Update docket entries per Cassman request (.8); verify updates in DRTT (.7) |

# bmcgroup
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/6/2012 | 0.2 | $19.00 | Review and respond to various correspondence with project team regarding a service list report for creditor LWD, Inc. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/6/2012 | 0.6 | $57.00 | Review and prepare a service list report for creditor LWD, Inc.'s claims s111759 and s104649. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/7/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/7/2012 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| WILLIAM DOWNING - SR_ANALYST | | $95.00 | 11/9/2012 | 1.5 | $142.50 | Update docket entries per Cassman request (.9); verify updates in DRTT (.6) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/14/2012 | 0.4 | $60.00 | Research PI database for claimant R Oddo (.3) and forward results to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/14/2012 | 0.7 | $105.00 | Generate zip archive of claims registers (.6) and upload to ftp folder for Rust access (.1) |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 11/14/2012 | 0.4 | $38.00 | Update WRGrace website to post latest claims registers |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/15/2012 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/15/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 11/15/2012 | 2.5 | $237.50 | Update claims registers (2.0) and repost on the WRGrace website (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/16/2012 | 1.2 | $180.00 | Prep active and inactive claims detail report (.8). Export to Excel (.3) and forward to S Cohen. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/16/2012 | 1.4 | $210.00 | Review of distribution database, interest database for linking data |
| WILLIAM DOWNING - SR_ANALYST | | $95.00 | 11/16/2012 | 1.5 | $142.50 | Update docket entries per Cassman request (.9); verify updates in DRTT (.6) |
| WILLIAM DOWNING - SR_ANALYST | | $95.00 | 11/30/2012 | 2.5 | $237.50 | Update docket entries per Cassman request (1.5); verify updates in DRTT (1.0) |
| | | | Total: | 14.8 | $1,609.50 | |
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/2/2012 | 1.9 | $370.50 | Review and analysis of claims affected by Stipulation/Orders in connection with updates for proposed distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2012 | 1.5 | $315.00 | Analyze R Higgins email re summary report for R Finke and S Scarlis (.1); telephone to R Higgins re summary report (.2); analyze R Higgins open claims report (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2012 | 2.5 | $525.00 | Prep Summary Report for R Higgins with info on groupings, relationships and sources |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2012 | 2.6 | $546.00 | Analyze b-Linx, Blackstone reports and open ART reports for info for Summary Report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2012 | 1.0 | $210.00 | Revise/finalize Summary Report for R Higgins re open claims, status, research results (.8); prep email to R Higgins re Summary Report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2012 | 1.6 | $336.00 | Telephone from R Higgins re review of summary of open claims, revisions to be made |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2012 | 2.2 | $462.00 | Analyze open report and summary to reconcile to 3rd Qtr SEC numbers (1.0); prep reconciliation info (1.0); prep email to R Higgins re reconciliation of reports (.2) |



WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2012 | 0.7 | $147.00 | Telephone with R Higgins re review of summary and new request from R Finke (.3); analyze L Gardner email re invoice info for LWD schedule F (.1); prep email to L Gardner re LWD invoice detail and EPA letter addressed to Dewey (.2); prep email to L Gardner re request for enviro reserve update (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2012 | 1.2 | $252.00 | Revise R Higgins task list re Sealed Air and OCP groups |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2012 | 3.5 | $735.00 | Analyze b-Linx and DRTT re info for new task list for Class 6-C/7-A open claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2012 | 4.0 | $840.00 | Prep task list for Class 6-C/7-A open claims per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2012 | 2.7 | $567.00 | Continue analysis of b-Linx and DRTT re info for new task list for Class 6-C/7-A open claims (1.5); revise Class 6-C/7-A open task list (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2012 | 1.5 | $315.00 | Analyze b-Linx and DRTT re asbestos PD open claims for task list report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2012 | 2.3 | $483.00 | Prepare asbestos PD open claim task list for R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2012 | 1.8 | $378.00 | Analyze b-Linx and DRTT re other indirect Class 6-C open claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2012 | 2.5 | $525.00 | Prepare other Class 6-C indirect claims open task list for R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2012 | 0.4 | $84.00 | Telephone to R Higgins re questions on open claims task lists (.1); email to/from R Higgins re claims 4719 and 13308 (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2012 | 2.5 | $525.00 | Work on L Gardner reconciliation and split 9634, distribution notes, notice notes, split chart for G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2012 | 2.7 | $567.00 | Continue work on L Gardner reconciliation and split 9634, distribution notes, notice notes, split chart for G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2012 | 2.8 | $588.00 | Work on analysis of open employee claims and update of R Higgins summary task list |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2012 | 3.0 | $630.00 | Continue work on R Higgins summary task list and revisions re open employee claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2012 | 0.3 | $63.00 | Prep compare of v2 and v3 R Higgins summary task list (.2); prep email to R Higgins re revised summary task list and comparison (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/12/2012 | 2.4 | $468.00 | Continued analysis of claims affected by stipulation/order, update claims (1.3) and distribution database accordingly (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2012 | 3.8 | $798.00 | Continue work on L Gardner reconciliation and split 9634, distribution notes, notice notes, split chart for G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2012 | 1.2 | $252.00 | Analyze R Higgins email with final version of open claims summary task list (.2); review final version (.8); prep email to R Higgins re add'l revisions (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/13/2012 | 1.7 | $331.50 | Review and analysis of claims affected by Stipulation/Orders in connection with proposed distribution: review orders (1.0) and update claims and distribution databases accordingly (.7) |

**bmcgroup**
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/14/2012 | 3.2 | $624.00 | Continued analysis of claims affected by Stipulation/Orders in connection with updating claims database for potential post-effective date distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2012 | 1.0 | $210.00 | Analyze interest tool re claims updated in b-Linx and interest rates |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/20/2012 | 3.5 | $682.50 | Update claims database per review and analysis of claims affected by Orders/Stips in connection with proposed distribution |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/21/2012 | 4.2 | $819.00 | Review and analysis of claims affected by Stipulation/Orders in connection with proposed distribution (2.2); update claims database as appropriate (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2012 | 0.4 | $84.00 | Analysis of files re last distribution data file to Blackstone, outstanding issues for next download |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/26/2012 | 3.5 | $682.50 | Update claims database per review and analysis of claims affected by Orders/Stips in connection with proposed distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2012 | 3.0 | $630.00 | Review prior Blackstone data report vs G Kruse data report re issues to verify/resolve for new download |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2012 | 1.6 | $336.00 | Revise interest tool re issues from prior Blackstone data report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2012 | 1.0 | $210.00 | Prep ART reports re active claims for review for Blackstone updated data prep |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2012 | 1.2 | $252.00 | Analyze ART reports re updated Blackstone data prep |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2012 | 2.3 | $483.00 | Continue review of prior Blackstone data report vs G Kruse data report re issues to verify/resolve for new download |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2012 | 3.0 | $630.00 | Analyze status of EPA split claim/distribution/noticing project (1.0); continue EPA split claim/distribution/noticing project (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2012 | 1.5 | $315.00 | Continue analysis of ART reports re Blackstone data update |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2012 | 2.8 | $588.00 | Continue work on Blackstone data, updates to distribution notes, interest tool, add'l splits |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2012 | 1.0 | $210.00 | Continue analysis of ART reports re Blackstone data updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2012 | 1.8 | $378.00 | Continue analysis of ART reports re Blackstone data update |
| | | | Total: | 89.3 | $18,447.00 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2012 | 1.2 | $252.00 | Prep exhibits to Jul-Sep 12 fee apps (.7); analyze exhibits (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2012 | 1.6 | $336.00 | Revise Jul-Sep 12 fee apps (.9); draft 46Q fee app (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2012 | 1.7 | $357.00 | Prep 46Q fee app exhibits (.4); revise 46Q fee app (.5); prep Ntc of Service re 46Q (.2); finalize Jul-Sep and 46Q fee apps (.4); prep emails to Pachulski for filing (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2012 | 0.4 | $84.00 | Prep 46Q excel reports for B Ruhlander (.3); prep email to B Ruhlander re reports (.1) |
| | | | Total: | 4.9 | $1,029.00 | |

# bmcgroup
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2012 | 0.4 | $84.00 | Analyze R Higgins email re I Shafer claim transfer, est amt and discrepancy (.1); prep email to R Higgins re difference (.1); prep email to L Gardner re I Shafer reserve amt (.1); analyze L Gardner response (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/1/2012 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for claim image and supporting documentation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/1/2012 | 0.3 | $33.00 | Research claim information per L.Gardner request (.2); additional email correspondence with L.Gardner (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2012 | 1.3 | $273.00 | Work on enviro claims review and distribution notes |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2012 | 0.1 | $11.00 | Email correspondence with L.Gardner re: research performed regarding claim information, status |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/6/2012 | 0.2 | $22.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/6/2012 | 0.2 | $22.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/6/2012 | 1.0 | $110.00 | Revise b-Linx re: two split claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/6/2012 | 0.3 | $33.00 | Prepare two partial transfer notices (.2), forward to notice group for service (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2012 | 2.4 | $504.00 | Analyze R Finke email re LWD Inc and May 2002 BMC environmental report (.3); analyze files re original report (.6); research b-Linx, schedules and bar date POS re LWD Inc (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2012 | 0.9 | $189.00 | Emails to (.1)/from (.2) J Conklin re noticing report on LWD Inc; emails to (.1)/from (.1) G Kruse re LWD Inc enviro report; emails to (.1)/from (.2) S Cohen re LWD research for L Gardner; prep email to L Gardner re original LWD spreadsheet (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2012 | 1.0 | $210.00 | Research EPA documents re LWD site (.3); analyze Consent Decree and related EPA correspondence (.4); prep email to R Finke re research results for LWD Inc (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/6/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: research performed per L.Gardner request re: claim status/information |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/6/2012 | 0.1 | $11.00 | Research claim data per M.Araki request re: claim type category assigned and claim database updates performed |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2012 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2012 | 0.1 | $11.00 | Revise b-Linx to finalize two claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2012 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claim transfers finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2012 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2012 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2012 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2012 | 0.1 | $11.00 | Prepare one transfer notice, forward to notice group for service. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2012 | 0.2 | $22.00 | Exchange emails with M. Billet of Tannor Partners Credit re: undeliverable address for transferor provided on notice of transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/8/2012 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |

# bmcgroup
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/8/2012 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/8/2012 | 0.1 | $11.00 | Revise b-Linx re: one claim defective transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/8/2012 | 0.1 | $11.00 | Prepare one defective transfer notice, forward to notice group for service. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/8/2012 | 0.2 | $22.00 | Analyze 14 Court docket entries related to transfer notice proofs of service; verify no further action is required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2012 | 1.8 | $378.00 | Analyze L Gardner email re updated enviro reserve report (.2); analyze enviro reserve updates (1.0); revise b-Linx re new est amts for enviro reserves (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2012 | 1.3 | $273.00 | Telephone from M Jones/K&E re Maryland Casualty claims (.1); research claims info (.3); prep email to M Jones re Maryland Casualty claims (.2); telephone and email from M Jones re add'l info request on Maryland Casualty (.2); research info requested (.3); prep email to M Jones re add'l research results (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/12/2012 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/12/2012 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/12/2012 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/12/2012 | 0.9 | $99.00 | Analyze Court docket numbers 29742 to 29864 (.5); update claim database (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/12/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending Court docket entry and additional analysis, possible claim database updates required |
| MIKE BOOTH - MANAGER | | $165.00 | 11/13/2012 | 0.1 | $16.50 | Discussion with S Cohen re: recent Court docket entries and analysis, claim database updates performed. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/13/2012 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for research, status information related to Burlington Northern property tax claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/13/2012 | 0.2 | $22.00 | Research claim status information per L.Gardner request (.1); additional email correspondence with L.Gardner (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/13/2012 | 0.1 | $11.00 | Discussion with M.Booth re: recent Court docket entries and analysis, claim database updates performed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2012 | 0.3 | $63.00 | Analyze L Gardner email re settlement of claim 12990 DAP and info (.1); prep email to S Cohen re include amending claim in response (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2012 | 3.4 | $714.00 | Revise b-Linx to incorporate R Higgins updated task list summary status to claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2012 | 0.2 | $42.00 | Telephone from R Higgins re Zhagrus/Longacre split transfers to new transfer party |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/14/2012 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for claim status information for DAP Products Inc environmental claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/14/2012 | 0.2 | $22.00 | Research claim status information for DAP Products Inc environmental claim per L.Gardner request (.1); additional email correspondence with M.Araki, L.Gardner (.1) |

**bmcgroup**
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2012 | 3.7 | $777.00 | Continue to revise b-Linx to incorporate R Higgins updated task list summary status to claims |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/15/2012 | 0.3 | $33.00 | Initialize analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/16/2012 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/16/2012 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/16/2012 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/16/2012 | 0.1 | $11.00 | Verified all entries in the transfer tracking spreadsheet is current, per request from S. Cohen. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2012 | 3.0 | $630.00 | Continue to revise b-Linx to incorporate R Higgins updated task list summary status to claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2012 | 1.0 | $210.00 | Revise b-Linx per R Higgins telecon re claim types for claims on task lists |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/16/2012 | 0.3 | $33.00 | Finalize analysis and preparation of monthly reports (.2); email correspondence with K.Becker at Rust, G.Kruse (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2012 | 1.8 | $378.00 | Telephone from M Kiley/Grace re request for approved tax claims reports (.1); prep ART reports in two versions (.4); analyze reports (.6); revise Excel version of report (.6); prep email to M Kiley re requested reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2012 | 3.2 | $672.00 | Work on revising b-Linx to incorporate R Higgins updated task list summary status to claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2012 | 0.7 | $147.00 | Analyze transfer master list re recent transfers and types of claims sold |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2012 | 3.4 | $714.00 | Continue work on revising b-Linx to incorporate R Higgins updated task list summary status to claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2012 | 0.5 | $105.00 | Analyze claim details re Shaffer claim/transfer (.2); prep email to L Gardner re Shaffer claim and status (.2); analyze L Gardner reply re Shaffer claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2012 | 0.3 | $63.00 | Analysis of R Higgins email re Hyatt Hotels claim (.1); research re claim (.1); prep email to R HIggins re prelim research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/26/2012 | 0.2 | $22.00 | Review incoming call center email from creditor re: status of claim (.1); respond with general information (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2012 | 0.7 | $147.00 | Analyze R Higgins email re John Muir Hospital transfer, Southpaw Koufax draft docs (.2); research b-Linx and DRTT re claim, settlement docs (.3); prep email to R Higgins re research results (.1); complete research on Hyatt Hotels and email to R Higgins (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2012 | 0.4 | $84.00 | Prep email to R Higgins re Shaffer claim 6078 and issues re resolution of claim due to claim transfer, docs for review (.3); analyze R Higgins response (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/26/2012 | 0.1 | $11.00 | Email correspondence with H.Hancock at Rust regarding monthly reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2012 | 0.2 | $42.00 | Analyze R Higgins email re M Owens claim (.1); research b-Linx and send claim to R Higgins/A Paul (.1) |

# bmcgroup
information management

WR Grace
Date Range 11/1/2012 - 11/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/28/2012 | 0.7 | $77.00 | Investigate return mail items related to transfer notices (.3); create amended notices to correct address of transferor (.3) and forward to notice group for service. (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/29/2012 | 0.3 | $33.00 | Review and respond to emails from L. Hartill of Argo Partners re: status of claim and undeliverable transferor addresses. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2012 | 2.9 | $609.00 | Continue work on b-Linx updates re R Higgins detail notes from open claims task detail report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2012 | 0.3 | $63.00 | Analyze M Kiley email re research on claim 440 Calif FTB (.1); research b-Linx (.1); prep email to M Kiley re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2012 | 0.3 | $63.00 | Prep worksheet of claims type revisions requested by R Higgins for SERP claims (.2); prep email to G Kruse re data update of claims (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2012 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2012 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2012 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2012 | 0.5 | $105.00 | Analyze A Brniak/K&E email re Anderson Memorial claims 9911 and 9914 (.1); research files re claims (.2); prep email to A Brniak re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2012 | 0.6 | $126.00 | Analyze R Higgins email re M Hankin claim 18546 and exhibit issue (.1); analyze claim 18546 re exhibits (.4); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2012 | 1.6 | $336.00 | Analyze R Higgins email re S August/Sierra Liquidity request for transfer verification (.1); begin analysis/verification of transfers from S August list (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2012 | 2.5 | $525.00 | Continue work on b-Linx updates re R Higgins detail notes from open claims task detail report |
| | | | Total: | 49.2 | $9,477.50 | |
| | | | Grand Total: | 196.6 | $36,809.50 | |

# bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 11/1/2012 - 11/30/2012

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.2 | $22.00 |
| Total: | | 0.2 | $22.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 1.2 | $114.00 |
| Brianna Tate | $45.00 | 3.4 | $153.00 |
| Erin Kramer | $65.00 | 0.3 | $19.50 |
| James Myers | $65.00 | 0.8 | $52.00 |
| Jessica Bang | $55.00 | 0.4 | $22.00 |
| Mabel Soto | $45.00 | 0.6 | $27.00 |
| Maristar Go | $95.00 | 0.7 | $66.50 |
| Teresa Thomas | $65.00 | 1.1 | $71.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.4 | $66.00 |
| Myrtle John | $195.00 | 1.3 | $253.50 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.1 | $13.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 3.8 | $418.00 |
| Lauri Shippers | $110.00 | 0.3 | $33.00 |
| Steffanie Cohen | $110.00 | 0.5 | $55.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 23.1 | $4,851.00 |
| Total: | | 38.2 | $6,224.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 2.9 | $275.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 3.7 | $555.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 1.2 | $114.00 |
| William Downing | $95.00 | 7.0 | $665.00 |
| Total: | | 14.8 | $1,609.50 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 20.4 | $3,978.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 68.9 | $14,469.00 |
| Total: | | 89.3 | $18,447.00 |

## bmcgroup
Information management

WR Grace
Professional Activity Summary
Date Range: 11/1/2012 - 11/30/2012

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Fee Applications-Applicant** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 4.9 | $1,029.00 |
| Total: | | 4.9 | $1,029.00 |
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.1 | $16.50 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 5.4 | $594.00 |
| Steffanie Cohen | $110.00 | 3.1 | $341.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 40.6 | $8,526.00 |
| Total: | | 49.2 | $9,477.50 |
| Grand Total: | | 196.6 | $36,809.50 |