**EXHIBIT 1**

# bmcgroup
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2012 | 1.5 | $315.00 | Telephone from M Jones/K&E re Anderson, Great West, Canadian Imperial claims research (.1); research b-Linx re claims (.4); research docket re claim appeals (.8); prep email to M Jones re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2012 | 0.4 | $84.00 | Analyze M Jones email re appeal of claims objections for Great West and Canadian Imperial (.1); telephone from M Jones re unresolved asbestos PD claims on Exh to Plan vs Class 7A case mgmt order (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2012 | 0.4 | $84.00 | Analyze J Gettleman email re Anderson class claims status on claims register (.1); research claims register re info on status for J Gettleman (.2); prep email to J Gettleman re info requested (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/7/2012 | 0.2 | $39.00 | Review email exchanges with M Araki re appropriate analysis and processing of transfer requests re asbestos property injury claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2012 | 0.6 | $126.00 | Analyze K Love/K&E email re Garlock and voting on Plan (.1); analyze solicitation and balloting data re Garlock (.4); prep email to K Love re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2012 | 0.5 | $105.00 | Analyze R Barakat email re Garlock proof of service re bar date notice, notice of commencement and schedules (.1); analyze files re service (.3); prep email to R Barakat re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2012 | 1.4 | $294.00 | Analyze K Love email re research project re appellants claims (.1); analyze b-Linx re appellant research (1.0); work with G Kruse re zip file of results (.2);; prep email to K Love re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2012 | 1.0 | $210.00 | Analyze R Higgins email re WSU inquiry (.1); research b-Linx and pleadings re WSU claims (.6); prep email to R Higgins re research results (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/11/2012 | 0.2 | $39.00 | Review and analysis of email exchanges with case team re claim payment inquiry from Kara Kimball re Washington State University |
| | | | Total: | 6.2 | $1,296.00 | |
| **WRG Asbestos PI Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2012 | 1.7 | $357.00 | Analyze R Higgins email re research on indirect asbestos PI claims (.1); analyze b-Linx and files re indirect asbestos PI claims (.8); prep report for R Higgins (.6); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2012 | 0.8 | $168.00 | Telephone to R Higgins re review of Class 6-C asbestos PI indirect trust report (.2); research b-Linx and docket re BNSF/Libby Medical settlement (.4); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2012 | 0.8 | $168.00 | Analyze R Higgins emails re revisions to Class 6-C asbestos PI indirect trust report (.2); prep email to G Kruse re revisions to distribution classes per R Higgins request (.1); analyze report for add'l revisions (.3); prep email to R Higgins re possible add'l revisions (.1); analyze R Higgins email re approval of revisions (.1) |

# bmcgroup
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos PI Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2012 | 0.5 | $105.00 | Analyze R Higgins email re add'l revisions to Class 6-C report (.2); prep email to G Kruse re further revisions to distribution classes (.1); prep email to R Higgins re add'l info re St Paul and Nat'l Union Fire claims (.2) |
| | | | Total: | 3.8 | $798.00 | |
| **WRG Case Administration** | | | | | | |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/3/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2012 | 0.1 | $11.00 | Prepare two Proofs of Service related to transfer notices, email to notice group for filing. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2012 | 0.2 | $22.00 | Revise address of impacted entry in the claims database pursuant to current transferor info provided by Tannor Partners Credit. |
| MABEL SOTO - CAS | | $45.00 | 12/3/2012 | 0.2 | $9.00 | Prep for service: Transfer Notice AR Wilfley & Sons re: dkt 29968; Transfer Notice Southwest Forest Products re: dkt 29969; and Transfer Notices Tannor Partners Credit re: dkts 29968 & 29969 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2012 | 1.3 | $273.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2012 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.3); revise b-Linx per audit (.7) |
| MIREYA CARRANZA - CAS | | $45.00 | 12/3/2012 | 0.2 | $9.00 | Review COA's Postage for previous month (.1), prepare production billing (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/3/2012 | 0.2 | $39.00 | Review and analysis of Notices of Transfer of claims re AR Wilfley & Sons and Southwest Forest Products to Tannor Partners Credit Fund forwarded to NoticeGroup for production and service (.1); coordinate appropriate fulfillment (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/4/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2012 | 0.4 | $84.00 | Analyze S Fritz email and draft Nov invoice (.2); telephone to S Fritz re revisions (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2012 | 2.1 | $441.00 | DRTT analysis and b-Linx audit (1.4); revise b-Linx per audit (.7) |
| BRIANNA TATE - CAS | | $45.00 | 12/5/2012 | 0.1 | $4.50 | Telephone with Eugene Pona at (734) 525-7379 / RE: case status |
| BRIANNA TATE - CAS | | $45.00 | 12/5/2012 | 1.2 | $54.00 | Review Court docket Nos. 29922-29994, categorize each new docket entry and flag for further action and follow up as needed. |
| BRIANNA TATE - CAS | | $45.00 | 12/5/2012 | 0.2 | $9.00 | Forwarded docket discrepancy issues (29953, 29966, 29987, 29991-29993) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/5/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2012 | 0.3 | $63.00 | Prep email to G Kruse re zip file for M Jones for claims requested (.1); analysis of G Kruse email re zip files (.1); prep email to M Jones re zip files for claims requested (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2012 | 0.6 | $126.00 | Analyze draft Nov invoice from S Fritz (.2); telephone to M John re revisions (.1); analyze 2nd draft invoice (.1); prep email to S Fritz re inconsistencies (.1); analyze final draft Nov invoice (.1) |

# bmcgroup
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/6/2012 | 1.0 | $95.00 | Audit categorization updates related to Court Docket nos 29922-29950, 29953-29967, 29970-29983, 29986-29994 |
| BRIANNA TATE - CAS | | $45.00 | 12/6/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (29995-29997) to DevTeam for further review and resolution. |
| BRIANNA TATE - CAS | | $45.00 | 12/6/2012 | 0.2 | $9.00 | Review Court docket Nos. 29995-30004 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/6/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| BRIANNA TATE - CAS | | $45.00 | 12/7/2012 | 0.2 | $9.00 | Review Court docket Nos. 30005-30012 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 12/7/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (30005 & 30012) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/7/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/7/2012 | 0.1 | $19.50 | Review email exchanges and amended claims transfer notices re Richards Kibbe & Orbe claims forwarded to NoticeGroup for production and service |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/10/2012 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/10/2012 | 0.2 | $22.00 | Emails with Dev Team re DRTT entry issues, resolution |
| BRIANNA TATE - CAS | | $45.00 | 12/11/2012 | 0.1 | $4.50 | Review Court docket Nos. 30013, 30014, 30019-30023, to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 12/11/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issue (30021) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/11/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/11/2012 | 0.2 | $22.00 | Prepare four Proofs of Service related to transfer/defective notices, email to notice group for filing. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/11/2012 | 0.2 | $22.00 | Update address of impacted entries in the claims database pursuant to transferor current contact info provided in notice of transfer. |
| MABEL SOTO - CAS | | $45.00 | 12/11/2012 | 0.2 | $9.00 | Prep for service: Defective Notice Thomas Clemons re: dkt 30018; Notice of Transfer Glaucher Associates re: dkt 30015; Transfer Notice Hill Brothers Chemical re: dkt 30016; Transfer Notice Sidney Diamond re: dkt 30017; and Transfer/Defective Notices Fair Harbor Capital re: dkts 30015 - 30016 |
| MABEL SOTO - CAS | | $45.00 | 12/11/2012 | 0.2 | $9.00 | ECF filing Proof of Service Transfer/Defective Notices re: dkts 30015 - 30018 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2012 | 0.6 | $126.00 | Analyze team emails re case status (.2); prep status email to team (.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/11/2012 | 0.2 | $39.00 | Weekly case status report (.1); review reports from M Araki re tax and transfer claims (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/11/2012 | 0.3 | $58.50 | Review email and Notices of Claims Transfer re Gaucher Associates, Hill Bros Chemical, Sidney Diamond Assoc to Fair Harbor forwarded to NoticeGroup for production and service (.1); review POS re same (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/11/2012 | 0.1 | $19.50 | Review Notice of Defective Transfer re claim of Thomas S. Clemons forwarded to NoticeGroup for production and service |

**bmcgroup**
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/11/2012 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/12/2012 | 0.4 | $38.00 | Audit categorization updates related to Court Docket nos 29995-30010, 30012-30014, 30019-30021 |
| BRIANNA TATE - CAS | | $45.00 | 12/12/2012 | 0.2 | $9.00 | Review Court docket Nos. 30024-30038 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 12/12/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issues (30034, 30037 & 30038) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/12/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2012 | 0.4 | $84.00 | Work with S Cohen re update of Gaucher Associates address |
| MIKE BOOTH - MANAGER | | $165.00 | 12/12/2012 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/12/2012 | 0.1 | $19.50 | Email from M Araki re address update information for Gaucher & Assoc re Claim 1124, and transfer information re same |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/12/2012 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/12/2012 | 0.1 | $11.00 | Audit creditor/address data updates per M.Araki request re: creditor change of address forwarded by R.Higgins on 12/11/12 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/12/2012 | 0.2 | $22.00 | Update claim database per M.Araki request re: creditor change of address information forwarded by R.Higgins on 12/11/12 (.1); email correspondence with M.Araki re: updates (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/13/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30024, 30026, 30028-30029, 30035-30038 |
| BRIANNA TATE - CAS | | $45.00 | 12/13/2012 | 0.1 | $4.50 | Review Court docket Nos. 30039-30042 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/13/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2012 | 2.4 | $504.00 | Analyze R Higgins email re original publication program and cost info (.1); research files and docs re reqest (2.0); prep email to R Higgins re research results (.3) |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/14/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2012 | 3.0 | $630.00 | DRTT analysis and b-Linx audit (1.9); revise b-Linx per audit (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2012 | 1.3 | $273.00 | Analyze Court docket re case status |
| BRIANNA TATE - CAS | | $45.00 | 12/17/2012 | 0.2 | $9.00 | Review Court docket Nos. 30043-30052 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 12/17/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issue (30046) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/17/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 12/17/2012 | 0.1 | $6.50 | Email from L Shippers re Ntc Defective Trans for filing and service |
| JAMES MYERS - CAS | | $65.00 | 12/17/2012 | 0.2 | $13.00 | Prep Proof of Svc of Ntc Defective Transfer for service (.1); ECF file document (.1) |

**bmcgroup**
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/17/2012 | 0.1 | $11.00 | Prepare one Proofs of Service related to defective transfer notice, email to notice group for filing. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/17/2012 | 0.2 | $22.00 | Revise address of impacted entry in the claims database per current contact info provided by M. Billet of Tannor Partners Credit Fund re: undeliverable transferor address. |
| MARISTAR GO - CAS | | $95.00 | 12/17/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30040 - 30042 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2012 | 0.6 | $126.00 | Analyze S Cohen emails to Rust re updated claims and transfer info |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/17/2012 | 0.2 | $39.00 | Review and analysis of defective and courtesy Notices of Transfers of claims re GLI International and Cleveland Wood Prod. forwarded to NoticeGroup for production and service |
| BRIANNA TATE - CAS | | $45.00 | 12/18/2012 | 0.1 | $4.50 | Review Court docket Nos. 30055-30058 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/18/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/18/2012 | 0.2 | $22.00 | Discussions with M. Booth re: related debtor current docket review status. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2012 | 2.4 | $504.00 | Telephone from R Higgins re Baker Donelson fee app issue and research project (.1); begin research (2.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2012 | 3.2 | $672.00 | Continue research on Baker Donelson issue for R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2012 | 1.0 | $210.00 | Prep report on Baker Donelson research results |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/19/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30043-30052, 30056-30058 |
| BRIANNA TATE - CAS | | $45.00 | 12/19/2012 | 0.2 | $9.00 | Review Court docket Nos. 30060-30064, 30066 to categorize docket entries. |
| JAMES MYERS - CAS | | $65.00 | 12/19/2012 | 0.2 | $13.00 | Email w/ L Shippers re Proof of Service of Transfer of Claim for filing (.1); ECF file document (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/19/2012 | 0.1 | $11.00 | Prepare two Proofs of Service related to transfer notices, email to notice group for filing. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2012 | 1.5 | $315.00 | Continue Baker Donelson report prep |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2012 | 0.4 | $84.00 | Prep email to R Higgins re Baker Donelson report first draft and related pleadings for 45th Qtrly hearings (.2); telephone with R Higgins re review report, revisions and add'l pleadings request (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2012 | 2.0 | $420.00 | Revise Baker Donelson report per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2012 | 4.0 | $840.00 | Research Court docket and DRTT re Baker Donelson quarterly fee apps and Fee Auditor reports (3.0); revise report to reflect docket number corrections and add'l info (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2012 | 0.6 | $126.00 | Emails to/from Data Group re zip file for Baker Donelson document transmittal (.3); analyze S Fritz email re application of funds to invoices (.1); review and update payment worksheet (.1); prep email to S Fritz re application of funds to invoices (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/19/2012 | 0.1 | $16.50 | Discussion with S Cohen re: case management & activity. |
| MIREYA CARRANZA - CAS | | $45.00 | 12/19/2012 | 0.1 | $4.50 | Prepare Transfer Notice Solidus Corp re: dkt 30059 for service |



**bmcgroup**
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MIREYA CARRANZA - CAS | | $45.00 | 12/19/2012 | 0.1 | $4.50 | PrepareTransfer Notice Fair Harbor Capital re: dkt 30059 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 12/19/2012 | 0.1 | $4.50 | Prepare Transfer Courtesy Notice Hach Co re: dkt 30065 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 12/19/2012 | 0.1 | $4.50 | Prepare Transfer Courtesy Notice Tannor Partners Credit re: dkt 30065 for service |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/19/2012 | 0.1 | $19.50 | Review Notice of Transfer of claim re Solidus Integration to Fair Harbor Capital forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/19/2012 | 0.1 | $19.50 | Review courtesy Notice of Transfer of claim re Hach Company to Tannor Partners forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/19/2012 | 0.1 | $11.00 | Discussion with M.Booth re: case management & activity |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/20/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2012 | 0.3 | $63.00 | Work with G Kruse re revised zip file for Baker Donelson document transmission (.2); prep email to R Higgins re Baker Donelson document link (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2012 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.3); revise b-Linx per audit (.7) |
| TERESA THOMAS - CAS | | $65.00 | 12/20/2012 | 0.2 | $13.00 | Review incoming correspondence (.1); forward to Cassman for handling (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/21/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30060-30064, 30066 |
| BRIANNA TATE - CAS | | $45.00 | 12/21/2012 | 0.2 | $9.00 | Review Court docket Nos. 30067-30078 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/21/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/21/2012 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit (.5) |
| BRIANNA TATE - CAS | | $45.00 | 12/24/2012 | 0.1 | $4.50 | Review Court docket Nos. 30079-30083 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 12/24/2012 | 0.2 | $9.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/26/2012 | 0.3 | $28.50 | Audit categorization updates related to Court Docket nos 30068-30083 |
| BRIANNA TATE - CAS | | $45.00 | 12/26/2012 | 0.1 | $4.50 | Review Court docket No. 30084 to categorize docket entry. |
| BRIANNA TATE - CAS | | $45.00 | 12/26/2012 | 0.2 | $9.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/26/2012 | 1.4 | $294.00 | Analysis of Court docket re case status |
| BRIANNA TATE - CAS | | $45.00 | 12/27/2012 | 0.1 | $4.50 | Review Court docket Nos. 30085-30088 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 12/27/2012 | 0.2 | $9.00 | Post new docket entries to DRTT. |
| BRIANNA TATE - CAS | | $45.00 | 12/28/2012 | 0.1 | $4.50 | Review Court docket Nos. 30089-30093 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 12/28/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issue (30089) to DevTeam for further review and resolution. |
| BRIANNA TATE - CAS | | $45.00 | 12/28/2012 | 0.2 | $9.00 | Post new docket entries to DRTT. |

# bmcgroup
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/28/2012 | 0.3 | $63.00 | Emails to/from L McGee/Pachulski re availability for filings (.1); telephone to S Fritz re fee app reports (.1); emails to/from M John re availability for signing fee apps (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/28/2012 | 3.3 | $693.00 | Analysis of files and correspondence re project status, pending items (2.0); revise project tracking report (1.3) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/29/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30084-3088, 30090, 30091-30092 |
| | | | Total: | 54.5 | $9,566.00 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/5/2012 | 1.1 | $165.00 | Review of distribution database (.5). Update distribution class for selected claims as per M Araki review (.6). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/10/2012 | 0.5 | $75.00 | Generate zip archive of Love Appeal documents (.2). Upload to FTP folder (.2) and forward to M Araki for client download. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/12/2012 | 1.4 | $210.00 | Update claim statuses of Employee claims for Schulte and Kaiser claims as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/20/2012 | 0.2 | $30.00 | Upload Higgins Baker Donelson files to ftp site and create link for counsel to access. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/27/2012 | 2.1 | $315.00 | Update distribution report data (.7). Prepare new distribution detail report. (.8) Export to Excel (.5)and forward to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/27/2012 | 2.4 | $360.00 | Compare last two distribution detail reports and generate Change report. (1.0) Add tabs for claims new to report and claims removed from previous report (.8). Export to Excel (.5) and forward to M Araki (.1). |
| | | | Total: | 7.7 | $1,155.00 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2012 | 3.0 | $630.00 | Work on Blackstone data for new download, splits to reflect interest rates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2012 | 1.0 | $210.00 | Revise est amts per R Higgins open status report |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/7/2012 | 3.6 | $702.00 | Review and analysis of claims affected by stipulations and orders (2.0); review pleadings and update claims and distribution databases as appropriate (1.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/11/2012 | 3.9 | $760.50 | Continued research and analysis of claims affected by orders and stipulations for possible distribution (2.5); update claims database as appropriate (1.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/13/2012 | 4.2 | $819.00 | Research and analysis of claims affected by Orders and stipulations for effect on distribution (1.5); review related pleadings (1.5); update claims database as appropriate (1.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/14/2012 | 2.1 | $409.50 | Continued analysis of claims affected by stipulations and orders (.8); review and analysis of related pleadings (.8); update claims and distribution databases as appropriate (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2012 | 0.3 | $63.00 | Analyze M John email re claims review issue |

**bmcgroup**
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/17/2012 | 4.6 | $897.00 | Analysis of claims affected by stipulations/orders in connection with proposed distribution (2.0); review and update claims and distribution databases as appropriate (2.4); email to M Araki re objection issues re Dell claims (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/18/2012 | 2.9 | $565.50 | Continued research and analysis of claims affected by stipulations or orders (.9); review and analyze pleadings (1.5); update claims and distribution databases as appropriate (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/21/2012 | 2.8 | $588.00 | Analysis of documents and files re updates to data for new distribution extract for Blackstone |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/21/2012 | 1.4 | $294.00 | Revise interest tool re updated data for new Blackstone extract |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/26/2012 | 1.3 | $273.00 | Analyze open reports re updates to data islands for distribution report for Blackstone |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/26/2012 | 3.5 | $682.50 | Continued review and analysis of claims affected by stipulation or orders (1.0); review and analysis of related pleadings (1.7); update claims and distribution databases as appropriate (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2012 | 1.6 | $336.00 | Analyze G Kruse email re updated distribution data file and change report (.1); begin analysis of change report (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2012 | 2.0 | $420.00 | Analyze distribution data file for updated Blackstone report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2012 | 1.8 | $378.00 | Revise distribution report for Blackstone |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/27/2012 | 4.2 | $819.00 | Analysis of claims affected by stipulation/orders in contemplation of distribution (2.5); update claims and distribution database as appropriate (1.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/28/2012 | 1.5 | $315.00 | Continue analysis of distribution data change report |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/28/2012 | 4.7 | $916.50 | Review and analysis of orders and stipulations affecting claims (2.4); review and update claims and distribution data bases in connection with proposed distribution (2.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/28/2012 | 2.9 | $565.50 | Review and analysis of orders/stipulations affecting claims (1.9); review affected claims and update claims and distribution databases as appropriate (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/31/2012 | 1.8 | $378.00 | Continue analysis and revision of distribution report for Blackstone |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/31/2012 | 0.6 | $126.00 | Analysis of B Jaffe email re K&E request for Class 9 allowed amounts, comparison to Discl Stmt info and questions re analysis (.1); analysis of draft numbers and Discl Stmt numbers (.3); prep email to B Jaffe re initial responses to questions (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/31/2012 | 1.6 | $336.00 | Analysis of draft allowed report prepared for R Higgins vs B Jaffe numbers |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/31/2012 | 3.8 | $741.00 | Continued analysis of claims affected by stipulations or orders (1.0); review and analysis of related pleadings (2.0); update claims database as appropriate (.8) |
| | | | Total: | 61.1 | $12,225.00 | |

**WRG Fee Applications-Applicant**

# bmcgroup
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Fee Applications-Applicant** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/28/2012 | 0.2 | $39.00 | Email exchanges with M Araki re BMC fee applications (.1); review and sign as appropriate (.1) |
| | | Total: | | 0.2 | $39.00 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2012 | 0.2 | $22.00 | Exchange emails with M. Billet of Tannor Partners Credit re: transferor undeliverable address on notice of transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2012 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2012 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2012 | 0.3 | $33.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2012 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2012 | 1.8 | $378.00 | Continue Sierra Liquidity analysis/verification of transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2012 | 1.0 | $210.00 | Continue work on Sierra Liquidity analysis/verification of transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2012 | 2.0 | $420.00 | Analyze R Higgins email re Sierra Liquidity review status (.1); complete Sierra Liquidity review and analysis (1.0); revise Sierra Liquidity report to incorporate revisions (.7); prep email to R Higgins re Sierra Liquidity review results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2012 | 2.3 | $483.00 | Analyze J Osborne transfer audit results and notations (1.5); analyze b-Linx re transfers with add'l review notations (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2012 | 1.0 | $210.00 | Analyze master transfer worksheet re status of pending transfers |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/7/2012 | 0.1 | $11.00 | Analyze Court docket nos. 29950 and 29951, verify no further updates in the claims database are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2012 | 0.6 | $126.00 | Analyze R Higgins email re comparison of Sierra Liquidity research results (.1); prep comparison version of research results (.4); prep email to R Higgins re same (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2012 | 1.2 | $252.00 | Analyze R Higgins email re V Knox/Fair Harbor research (.1); analyze b-Linx re V Knox research (.3); analyze docket re V Knox research (.4); analyze transfer master sheet re V Knox claims (.2); prep email to R Higgins re V Knox research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2012 | 2.3 | $483.00 | Work on b-Linx updates of R Higgins open claim status, pending info |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2012 | 1.5 | $315.00 | Continue work on R Higgins open claim status and b-Linx updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2012 | 0.4 | $84.00 | Email to (.2)/from (.2) H Hancock/Rust re Texas withdrawal of tax claim |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2012 | 3.5 | $735.00 | Telephone call with R Higgins re tax claims report for C Finke (.2); work on tax claims report (3.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2012 | 2.6 | $546.00 | Continue work on R Higgins tax claims reports (1.6); finalize report (.8); prep email to R Higgins re tax claims report (.2) |

# bmcgroup
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2012 | 2.0 | $420.00 | Analyze M Kiley/Grace email re tax claim project re allowed tax claims (.1); analyze b-Linx and docs re research (1.5); work with G Kruse re zip file (.2); prep email to M Kiley re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2012 | 0.8 | $168.00 | R Higgins telephone call re Southpaw Koufax purchase of 1/2 of Nat'l Union Fire claim (.1); analyze R Higgins email re draft documents (.1); analyze docs (.3);, provide info re status of other 1/2 of transfer pending (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2012 | 0.4 | $84.00 | Review V Knox claims inquiry from R Higgins (.1); research b-Linx (.2); prep response to R Higgins re research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/11/2012 | 0.1 | $11.00 | Analysis of Court docket re: four new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/11/2012 | 0.2 | $22.00 | Analysis of b-Linx re: four claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/11/2012 | 0.4 | $44.00 | Revise b-Linx re: four claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/11/2012 | 0.3 | $33.00 | Prepare four transfer/defective notices (.2), forward to notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2012 | 2.0 | $420.00 | Telephone with R Higgins re revisions to tax claims report re merger claims (.1); work on revised report (1.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2012 | 0.5 | $105.00 | H Hancock emails re withdrawal of Texas tax claim received and processed (.2); work with S Cohen re b-Linx update (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2012 | 0.4 | $84.00 | Prep email to M Kiley re zip of allowed tax claims (.1); work with M Kiley/G Kruse re resolution of issues with link (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2012 | 0.3 | $63.00 | Telephone with V Jelisavcic re Longacre transfer of 1/2 interest to Southpaw Koufax |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2012 | 2.0 | $420.00 | Analyze merger order and exhibits re tax claims affected (.8); compare vs all tax claims report (1.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/11/2012 | 0.2 | $22.00 | Update claim database per M.Araki request re: withdrawn tax claim (.1); email correspondence with M.Araki re: updates (1.) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2012 | 3.0 | $630.00 | Continue work on C Finke/R Higgins tax claim report project |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2012 | 0.4 | $84.00 | Work with M Kiley and G Kruse re add'l issues with rar vs zip file and resolution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2012 | 0.4 | $84.00 | Analyze G Kruse email re update of employee SERP claims data, issues with 3 claims for review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2012 | 3.4 | $714.00 | Continue work on C Finke/R Higgins tax claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2012 | 1.0 | $210.00 | Analyze results of merger order exhibit review vs all tax claims report |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/13/2012 | 0.2 | $22.00 | Analyze Court docket no. 30030 (.1), update defective transfer spreadsheet re: withdrawal of notice of transfer filed in wrong case. (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/13/2012 | 0.1 | $11.00 | Analyze Court docket nos. 30031, 30032, 30033 and 30034, verify no further updates in the claims database are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2012 | 0.9 | $189.00 | Analyze R Higgins email re Shaffer enviro claim issue (.1); research b-Linx and files (.5); prep email to R Higgins re research (.2); follow-up call with R Higgins re same (.1) |

**bmcgroup**
information management

WR Grace
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2012 | 2.0 | $420.00 | Continue work on C Finke/R Higgins tax claim reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2012 | 1.5 | $315.00 | Revise reports to incorporate new info for R Higgins tax claims project |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/14/2012 | 0.1 | $11.00 | Verify data listed in transfer tracking spreadsheet is current, per request from S. Cohen. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/14/2012 | 0.3 | $33.00 | Initialize analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/17/2012 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/17/2012 | 0.2 | $22.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/17/2012 | 0.4 | $44.00 | Revise b-Linx re: two claim transfers and one defective claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/17/2012 | 0.3 | $33.00 | Prepare two transfer notices and one defective notice (.2), forward to notice group for service. (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2012 | 3.0 | $630.00 | Continue work on C Finke/R Higgins tax claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2012 | 1.4 | $294.00 | Prep ART reports for C Finke/R Higgins tax claims project (.4); analyze reports (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2012 | 1.2 | $252.00 | Analyze R Higgins tax claims status reports (.6); incorporate data into new C Finke reports (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2012 | 3.0 | $630.00 | Analyze tax claims re interest/penalty/tax breakdowns for C Finke/R Higgins tax claims reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/17/2012 | 0.3 | $33.00 | Analysis and preparation of monthly reports (.2); email correspondence with H.Hancock at Rust Consulting (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/18/2012 | 0.1 | $11.00 | Analyze Court docket no. 30055, verify no further updates in the claims database are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2012 | 0.3 | $63.00 | Analyze R Higgins email re V Knox add'l claims inquiry (.1); research V Knox inquiry (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2012 | 0.9 | $189.00 | Finalize tax claims reports (.7); prep email to R Higgins (.1); telephone with R Higgins re add'l revisions to reports (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/19/2012 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/19/2012 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/19/2012 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/19/2012 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2012 | 0.4 | $84.00 | Analysis of S Cohen email re N Kritzer request for Her Majesty the Queen claims (.1); review b-Linx re Canadian claims filed by the Queen (.2); prep email to S Cohen re Canada/Queen claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2012 | 0.3 | $63.00 | Analyze R Higgins email re Hyatt claim 9915 agreement and order (.1); research b-Linx (.1); prep email to R Higgins re Order and Settlement Agmt (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2012 | 1.0 | $210.00 | Revise tax claims reports per R Higgins request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/19/2012 | 0.2 | $22.00 | Research possible claims for Queen in Right of Canada per request from N.Kritzer at K&E (.1); email correspondence with M.Araki, N.Kritzer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2012 | 2.7 | $567.00 | Continue revision to tax claims reports per R Higgins request (2.5); prep email to R Higgins re revised tax claims reports (.2) |



**WR Grace**
Date Range 12/1/2012 - 12/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/21/2012 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/21/2012 | 0.1 | $11.00 | Revise b-Linx to finalize two claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/21/2012 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claim transfers finalized. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/26/2012 | 1.5 | $315.00 | Analysis of transfer master report re transfers processed and pending |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/31/2012 | 0.1 | $11.00 | Analyze Court docket no. 30067, verify no further updates in the claims database are required. |
| | | | Total: | 62.4 | $12,554.00 | |
| | | | Grand Total: | 195.9 | $37,633.00 | |

**bmcgroup**
information management
WR Grace
Professional Activity Summary
Date Range: 12/1/2012 - 12/31/2012

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.4 | $78.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 5.8 | $1,218.00 |
| Total: | | 6.2 | $1,296.00 |
| **WRG Asbestos PI Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 3.8 | $798.00 |
| Total: | | 3.8 | $798.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.6 | $27.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.1 | $199.50 |
| Brianna Tate | $45.00 | 4.8 | $216.00 |
| James Myers | $65.00 | 0.5 | $32.50 |
| Mabel Soto | $45.00 | 0.6 | $27.00 |
| Maristar Go | $95.00 | 0.1 | $9.50 |
| Teresa Thomas | $65.00 | 0.2 | $13.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.3 | $49.50 |
| Myrtle John | $195.00 | 1.4 | $273.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 3.0 | $330.00 |
| Lauri Shippers | $110.00 | 1.3 | $143.00 |
| Steffanie Cohen | $110.00 | 0.7 | $77.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 38.9 | $8,169.00 |
| Total: | | 54.5 | $9,566.00 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 7.7 | $1,155.00 |
| Total: | | 7.7 | $1,155.00 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 40.4 | $7,878.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 20.7 | $4,347.00 |
| Total: | | 61.1 | $12,225.00 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| Total: | | 0.2 | $39.00 |

Page 1 of 2                                                                                    EXHIBIT 1



**bmcgroup**
Information management

WR Grace
Professional Activity Summary
Date Range: 12/1/2012 - 12/31/2012

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Non-Asbestos Claims** | | | |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 4.5 | $495.00 |
| Steffanie Cohen | $110.00 | 1.0 | $110.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 56.9 | $11,949.00 |
| Total: | | 62.4 | $12,554.00 |
| Grand Total: | | 195.9 | $37,633.00 |