**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_121231**
**Expense Summary**

| Period Ending 12/31/2012 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | |
| | | $350.00 |
| | B-Linx/Data Storage | |
| | | $850.00 |
| | Document Storage | |
| | | $89.90 |
| | Noticing Production | |
| | | $6.75 |
| | Website Hosting | |
| | | $250.00 |
| | **Total** | **$1,546.65** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20121231-1 | 12/31/2012 | $6.75 |
| | **Total Due** | $6.75 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 12/31/2012
**Reference #:** 021-20121231-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 15 Pieces | $6.75 |
| | | | | **Total Due:** | **$6.75** |

*Invoice Due Upon Receipt*                    *Page 1 of 1*

EXHIBIT 2