**EXHIBIT B**

**W. R. Grace & Co.**
Summary
June 1 through June 30, 2012

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GORDON, JARED H | 0.10 | $680.00 | $68.00 |
| TROTMAN, SEAN P | 1.70 | $680.00 | $1,156.00 |
| SHURIN, ALEXANDER SANDY | 5.45 | $400.00 | $2,180.00 |
| TIAN, XIAO WU | 6.70 | $290.00 | $1,943.00 |
| **China Stock Plan Registration** | **13.95** | | **$5,347.00** |
| GORDON, JARED H | 1.20 | $680.00 | $816.00 |
| NGUYEN, HOANG OANH THI | 1.70 | $290.00 | $493.00 |
| BROOKS, THOMAS J | 1.10 | $570.00 | $627.00 |
| **Administration** | **4.00** | | **$1,936.00** |
| **Subtotal** | **17.95** | | **$7,283.00** |
| **Expenses** | | | **$3.52** |
| **Total Deloitte Tax LLP Fees** June 1 through June 30, 2012 | | | **$7,286.52** |