W. R. Grace & Co.
Hourly Detail
June 1 through June 30, 2012

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/4/2012 | GORDON, JARED H | China Stock Plan Registration | Carol Finke | Conference call with Sandy Shurin regarding China FX and Bankruptcy court restrictioins | 0.1 | $680.00 | $68.00 |
| 6/4/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Conference call regarding CHINA SAFE and SOW review | 0.1 | $680.00 | $68.00 |
| 6/12/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Reviewed contracting arrangements and advice for executive in China | 0.6 | $680.00 | $408.00 |
| 6/14/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Advice regarding option proceeds remittance for executive in China | 0.6 | $680.00 | $408.00 |
| 6/18/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Conference call with Sandy Shurin regarding executive in China | 0.7 | $680.00 | $476.00 |
| 6/1/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Paula Stuard and Brian Epstein regarding China SAFE And Circ. 35 registration and proposed services/fees | 0.3 | $680.00 | $204.00 |
| 6/4/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call regarding China SAFE and Tax registrations | 0.5 | $400.00 | $200.00 |
| 6/6/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | China plan registration discussions | 0.3 | $400.00 | $120.00 |
| 6/7/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Brian Epstein regarding China registratins and global compensation issues | 0.9 | $400.00 | $360.00 |
| 6/11/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Discussion with Deloitte China regarding tax/foreign exchange registrations; response to Brian Epstein questions | 0.3 | $400.00 | $120.00 |
| 6/13/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Paula Stuard regarding executive in China; follow up email to Deloitte China; internal call regarding SOW | 0.8 | $400.00 | $320.00 |
| 6/15/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call and email correspondence with Deloitte China and Paula Stuard | 0.7 | $400.00 | $280.00 |
| 6/19/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Email correspondences to Deloitte China per Paula Stuard request to connect local Deloitte and W.R. Grace teams | 0.7 | $400.00 | $280.00 |
| 6/20/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call and email correspondence with China team and Paula Stuard | 0.5 | $400.00 | $200.00 |
| 6/6/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Conference call regarding WR Grace engagement letter and billing structures and risks. Prepared billing structure and provided summary and flow chart. Email correspondence to China team to update the engagement details. | 0.8 | $400.00 | $300.00 |
| 6/15/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Draft a note to WR Grace regarding registration tracking list and outstanding items | 0.9 | $290.00 | $261.00 |
| 6/19/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Drafted a note to send out to team in China regarding having China team contact directly with W.R. Grace China | 0.7 | $290.00 | $203.00 |
| 6/22/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Set up conference call with Deloitte China to discuss about WR Grace registration progress | 0.5 | $290.00 | $145.00 |
| 6/26/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Conference call with China office regarding the Circular 35 and SAFE registration; discussion with Li Yong | 0.2 | $290.00 | $58.00 |
| 6/26/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Drafted IWRF for the Circular 35 and SAFE registration | 1.1 | $290.00 | $319.00 |
| 6/27/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Email correspondence to Brian Epstein to provide sample deliverables and explained what we propose to review and what contents are included in these samples | 1.3 | $290.00 | $377.00 |
| 6/27/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Put together a couple of sample deliverables for WR Grace grant readiness project | 0.8 | $290.00 | $232.00 |
| 6/27/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Compiled notes from call with Deloitte China on WR Grace registration and the senior executive stock exercise | 0.6 | $290.00 | $174.00 |
| 6/29/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Drafted a follow up note to Deloitte China regarding the tax registration outstanding documents | 0.3 | $290.00 | $87.00 |
| 6/18/2012 | GORDON, JARED H | Administration | Carol Finke | Reviewed bankruptcy fee applications | 0.3 | $290.00 | $87.00 |
| 6/22/2012 | GORDON, JARED H | Administration | Carol Finke | Reviewed bankruptcy fee applications | 0.3 | $680.00 | $204.00 |
| 6/28/2012 | GORDON, JARED H | Administration | Carol Finke | Reviewed bankruptcy fee applications | 0.4 | $680.00 | $272.00 |
| 6/21/2012 | NGUYEN, HOANG OANH THI | Administration | Carol Finke | Updated bankruptcy fee applications and follow up with PR and R&D teams for comments input | 0.5 | $680.00 | $340.00 |
| 6/25/2012 | NGUYEN, HOANG OANH THI | Administration | Carol Finke | Prepared monthly fee applications for December 2011 to March 2012 | 0.2 | $290.00 | $58.00 |
| 6/27/2012 | NGUYEN, HOANG OANH THI | Administration | Carol Finke | Updated bank court filings for December 2011 to May 2012 per Jared | 0.5 | $290.00 | $145.00 |
| 6/20/2012 | BROOKS, THOMAS J | Administration | Carol Finke | Reviewed bankruptcy fee applications | 1.0 | $290.00 | $290.00 |
| 6/28/2012 | BROOKS, THOMAS J | Administration | Carol Finke | Correspondence with Puerto Rico regarding bankruptcy fee applications from Nov 2011 through May 2012 | 0.9 | $570.00 | $513.00 |
| | | | | | 0.2 | $570.00 | $114.00 |
| | | | | | 17.95 | | $7,283.00 |