EXHIBIT D

**W. R. Grace & Co.**
**Expenses Detail**
**June 1 through June 30, 2012**

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 6/13/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call | $2.09 |
| 6/7/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call | $0.76 |
| 6/11/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call | $0.67 |
| | | | | | $3.52 |