**EXHIBIT B**

W. R. Grace & Co.
Summary
July 1 through July 31, 2012

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| TROTMAN, SEAN P | 0.70 | $680.00 | $476.00 |
| SHURIN, ALEXANDER SANDY | 8.90 | $400.00 | $3,560.00 |
| TIAN, XIAO WU | 7.80 | $290.00 | $2,262.00 |
| KUPIN, RHONDA | 0.60 | $400.00 | $240.00 |
| **China Stock Plan Registration** | **18.00** | | **$6,538.00** |
| GORDON, JARED H | 0.50 | $680.00 | $340.00 |
| REED, VALERIE R | 0.50 | $70.00 | $35.00 |
| **Administration** | **0.50** | | **$35.00** |
| **Subtotal** | **19.00** | | **$6,913.00** |
| **Expenses** | | | **$59.06** |
| **Total Deloitte Tax LLP Fees** July 1 through July 31, 2012 | | | **$6,972.06** |