EXHIBIT C

**W. R. Grace & Co.**
**Hourly Detail**
**July 1 through July 31, 2012**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/6/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Reviewed issues regarding China executive and SAFE | 0.5 | $680.00 | $340.00 |
| 7/23/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Reviewed issues regarding China executive and SAFE | 0.2 | $680.00 | $136.00 |
| 7/2/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Reviewed China debate in email correspondence | 0.5 | $400.00 | $200.00 |
| 7/3/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Emailed summary to Brian Epstein regarding Li Yong exercise and tax/SAFE plan registrations | 0.8 | $400.00 | $320.00 |
| 7/6/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Reviewed comments from Brian Epstein; internal discussion regarding next steps | 0.8 | $400.00 | $320.00 |
| 7/9/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Prepared plans for China registration and coordination | 0.5 | $400.00 | $200.00 |
| 7/13/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Brian Epstein and John Forgach regarding China registrations; internal discussions | 0.5 | $400.00 | $200.00 |
| 7/14/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Preparation for call requested by John Forgach | 0.7 | $400.00 | $280.00 |
| 7/15/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Correspondence with colleagues in China, and summary of time for John Forgach; call with John Forgach, Paual Stuard, Brian Epstein | 0.3 | $400.00 | $100.00 |
| 7/19/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Responded to email from Brian Epstein; internal discussion regarding open issues | 1.2 | $400.00 | $480.00 |
| 7/20/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Responded to W-BECI and China questions from Brian Epstein | 0.8 | $400.00 | $300.00 |
| 7/23/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference calls with John Forgach and Brian Epstein | 0.5 | $400.00 | $200.00 |
| 7/24/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with John Forgach, Paual Stuard, Brian Epstein regarding China registration and Li Yong regarding stock option exercise issues | 0.8 | $400.00 | $320.00 |
| 7/25/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Deloitte China regarding questions from John Forgach and Brian Epstein; responded to John Forgach's email | 0.7 | $400.00 | $260.00 |
| 7/26/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Email follow up with Brian Epstein re W-ECI questions; email follow up with John Forgach re China stock option settlement process | 0.8 | $400.00 | $320.00 |
| 7/2/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Drafted an email to summarize the outstanding issues with respect to both the China registrations and executive stock exercise issue | 0.6 | $400.00 | $240.00 |
| 7/15/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Drafted an email to summarize the outstanding issues with respect to both the China registrations and executive stock exercise issue | 1.3 | $290.00 | $377.00 |
| | | | | Received documents and responses for the Safe and tax registrations; Relayed the information to China and also requested confirmation on | 0.4 | $290.00 | $116.00 |
| 7/5/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | outstanding items | 0.8 | $290.00 | $232.00 |
| 7/6/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Discussion regarding documents requested for SAFE registration | 0.2 | $290.00 | $58.00 |
| 7/9/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Responded to China team's email and open items accordingly; discussion with team | 0.8 | $290.00 | $232.00 |
| | | | | Received and reviewed the grant and exercise details received from W.R. Grace and email follow up with China team and also provided the | | | |
| 7/13/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | documents | 0.5 | $290.00 | $145.00 |
| 7/19/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Email correspondence to request comments and confirmation on additional questions raised by WR Grace US on Li Yong's case | 0.8 | $290.00 | $232.00 |
| 7/20/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Respond to client's question on W-BECI, consulted within team on tax. Researched on "effectively connected income" and emailed to confirm with | 0.6 | $290.00 | $174.00 |
| | | | | Received china response and drafted email on Li Yong's actual tax saving and SAFE account fund flow and account set up; email | | | |
| 7/23/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | correspondence with team in China to confirm on options for fund flows from US broker to SAFE accounts | 0.9 | $290.00 | $261.00 |
| | | | | Discussion regarding W-BECI and W-8BEN issues for Li Yong and Li Yong's actual tax saving in China; discussion with team on Li Yong's case | | | |
| 7/24/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | and fund transfer process, set up a call with Deloitte China | 0.8 | $290.00 | $232.00 |
| 7/25/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Conference call with Deloitte China on Li Yong's case and fund flow process | 0.7 | $290.00 | $203.00 |
| 7/11/2012 | RUPIN, RHONDA | China Stock Plan Registration | Carol Finke | Performed research regarding effectively connected income | 0.6 | $400.00 | $240.00 |
| 7/11/2012 | GORDON, JARED H | Administration | Carol Finke | Reviewed Bankruptcy fee application | 0.8 | $680.00 | $340.00 |
| 7/11/2012 | REED, VALERIE R | Administration | Carol Finke | Reprinted WR Grace Applications and coordinated with notary personnel | 0.5 | $70.00 | $35.00 |
| | | | | | 19.00 | | $8,913.00 |

1 of 1