EXHIBIT D

**W. R. Grace & Co.**
**Expenses Detail**
**July 1 through July 31, 2012**

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 7/17/2012 | GORDON, JARED H | China Stock Plan Registration | Carol Finke | Conference call | $0.44 |
| 7/21/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call | $1.44 |
| 7/28/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Conference call | $57.18 |
| | | | | | $59.06 |