W. R. Grace & Co.
Summary
August 1 through August 31, 2012

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| MESTER, JUDITH | 2.20 | $680.00 | $1,496.00 |
| GORDON, JARED H | 0.20 | $680.00 | $136.00 |
| TROTMAN, SEAN P | 0.90 | $680.00 | $612.00 |
| STUHR, LISA ADELAIDE | 0.40 | $70.00 | $28.00 |
| SHURIN, ALEXANDER SANDY | 7.25 | $400.00 | $2,900.00 |
| **China Stock Plan Registration** | **10.95** | | **$5,172.00** |
| Agreed upon discount per fixed fee ($14,000 cap) | | | -$3,057.00 |
| DIAZ, LAURA M | 2.60 | $125.00 | $325.00 |
| HERNANDEZ, ALVARO JOSE | 0.70 | $150.00 | $105.00 |
| TRAVERSO, NELSON ORWIL | 2.00 | $188.00 | $376.00 |
| MORALES, SONIA IRIS | 0.20 | $150.00 | $30.00 |
| OTERO, MARIA D | 3.00 | $350.00 | $1,050.00 |
| MILAN, EDUARDO O | 0.20 | $40.00 | $8.00 |
| HUYKE, FRANCES ANN | 0.20 | $40.00 | $8.00 |
| **Puerto Rico Prop Tax Return** | **8.90** | | **$1,902.00** |
| Subtotal | 19.85 | | $4,017.00 |
| Expenses | | | $2.40 |
| **Total Deloitte Tax LLP Fees** | **August 1 through August 31, 2012** | | **$4,019.40** |