**W. R. Grace & Co.**
**Hourly Detail**
**August 1 through August 31, 2012**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/9/2012 | MESTER, JUDITH | China Stock Plan Registration | Carol Finke | Reviewed memos on timing of contributions; phone consultation with C. Fink on splitting dates for timing of contributions; updated notes; researched any additional IRS guidance on same topic. | 1.2 | $680.00 | $816.00 |
| 8/14/2012 | MESTER, JUDITH | China Stock Plan Registration | Carol Finke | Reviewed memos on timing of contributions; phone consultation with C. Fink on splitting dates for timing of contributions; updated notes; researched any additional IRS guidance on same topic. | 1.0 | $680.00 | $680.00 |
| 8/10/2012 | GORDON, JARED H | China Stock Plan Registration | Carol Finke | Responded to 404(a)(6) inquiry from Carol Finke | | | |
| 8/2/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Reviewed SAFE filing for new entities | 0.2 | $680.00 | $136.00 |
| 8/27/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Discussed with Sandy regarding project status, exposure analysis in China, and expats | 0.5 | $680.00 | $340.00 |
| 8/1/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Reviewed draft tax registration application package, correspondence with Deloitte China, and send application package to Brian Epstein, Paula Stuard, and John Forgach | 0.4 | $680.00 | $272.00 |
| 8/2/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Drafted tax registration application letters to Brian Epstein and Paula Stuard; correspondence with Deloitte China | 1.5 | $400.00 | $600.00 |
| 8/3/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Coordinated internally regarding getting draft China tax registration documents to Brian Epstein and Paula Stuard | 1.0 | $400.00 | $400.00 |
| 8/9/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Brian Epstein re China and Belgium issues | 0.3 | $400.00 | $100.00 |
| 8/14/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Responded to emails from Brian Epstein regarding China mobility details | 0.5 | $400.00 | $200.00 |
| 8/16/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Brian Epstein regarding China plan registrations; internal emails regarding China plan registrations | 0.3 | $400.00 | $100.00 |
| 8/20/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Internal emails and correspondence, emails with Brain Epstein regarding China registrations | 0.8 | $400.00 | $300.00 |
| 8/27/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Internal discussion and emails regarding equity plan tax and foreign exchange registrations in China | 0.5 | $400.00 | $200.00 |
| 8/29/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Brian Epstein, emails regarding China registrations | 1.0 | $400.00 | $400.00 |
| 8/30/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Brain Epstein, emails regarding China registrations | 0.5 | $400.00 | $200.00 |
| 8/6/2012 | OTERO, MARIA D | Puerto Rico Prop Tax Return | Joe Bahorich | Gather information and determined approach to prepare return | 1.0 | $400.00 | $400.00 |
| 8/8/2012 | OTERO, MARIA D | Puerto Rico Prop Tax Return | Joe Bahorich | Gather information and determined approach to prepare return | 1.0 | $350.00 | $350.00 |
| 8/10/2012 | OTERO, MARIA D | Puerto Rico Prop Tax Return | Joe Bahorich | Gather information and determined approach to prepare return | 1.0 | $350.00 | $350.00 |
| 8/10/2012 | HERNANDEZ, ALVARO JOSE | Puerto Rico Prop Tax Return | Joe Bahorich | Prepared transmittal letter and mailed the 2011 PR Property Tax return | 1.0 | $350.00 | $350.00 |
| 8/14/2012 | HERNANDEZ, ALVARO JOSE | Puerto Rico Prop Tax Return | Joe Bahorich | Scanned the 2011 PR Property Tax Return and archived | 0.5 | $150.00 | $75.00 |
| 8/10/2012 | TRAVERSO, NELSON ORWIL | Puerto Rico Prop Tax Return | Joe Bahorich | Prepared PR Property Tax Return | 0.2 | $150.00 | $30.00 |
| 8/20/2012 | MORALES, SONIA IRIS | Puerto Rico Prop Tax Return | Joe Bahorich | Archived 2011 PR property tax return and transmittal letter | 2.0 | $188.00 | $376.00 |
| 8/9/2012 | DIAZ, LAURA M | Puerto Rico Prop Tax Return | Joe Bahorich | Prepared sales and use tax for review, sent draft to client for approval, then finalizing the return, then sending email with the final return | 0.2 | $150.00 | $30.00 |
| 8/10/2012 | DIAZ, LAURA M | Puerto Rico Prop Tax Return | Joe Bahorich | Prepared sales and use tax for review, sent draft to client for approval, then finalizing the return, then sending email with the final return | 2.0 | $125.00 | $250.00 |
| 8/17/2012 | DIAZ, LAURA M | Puerto Rico Prop Tax Return | Joe Bahorich | Prepared sales and use tax for review, sent draft to client for approval, then finalizing the return, then sending email with the final return | 0.4 | $125.00 | $50.00 |
| 8/10/2012 | HUYKE, FRANCES ANN | Puerto Rico Prop Tax Return | Joe Bahorich | Copied and assembled 2011 property tax return | 0.2 | $125.00 | $25.00 |
| 8/7/2012 | MILAN, EDUARDO O | Puerto Rico Prop Tax Return | Carol Finke | Puerto Rico tax compliance filing coordination | 0.2 | $40.00 | $8.00 |
| 8/3/2012 | STUHR, LISA ADELAIDE | China Stock Plan Registration | Carol Finke | Reviewed correspondence emails, scan and email WR Grace Stock Plans - Tax Registrations letters to B. Epstein, and P. Stuard. | 0.2 | $40.00 | $8.00 |
| | | | | | 0.4 | $70.00 | $28.00 |
| | | | | | 19.85 | | $7,074.00 |