EXHIBIT D

**W. R. Grace & Co.**
**Expenses Detail**
**August 1 through August 31, 2012**

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 8/5/2012 | Shurin, Alexander Sandy | China Stock Plan Registration | Carol Finke | Conference call | $2.40 |
| | | | | | $2.40 |