**EXHIBIT B**

**W. R. Grace & Co.**
Summary
September 1 through September 30, 2012

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| WALKER, DEBORAH | 1.00 | $680.00 | $680.00 |
| TROTMAN, SEAN P | 0.50 | $680.00 | $340.00 |
| SHURIN, ALEXANDER SANDY | 4.25 | $480.00 | $2,040.00 |
| TIAN, XIAO WU | 1.20 | $400.00 | $480.00 |
| **China Stock Plan Registration** | 6.95 | | $3,540.00 |
| Agreed upon discount per fixed fee ($14,000 cap) | | | -$3,540.00 |
| | | | |
| GONZALEZ, CLAUDIA SORAYDA | 0.60 | $125.00 | $75.00 |
| **Puerto Rico Tax Compliance** | 6.05 | | $75.00 |
| | | | |
| Subtotal | 7.55 | | $75.00 |
| Expenses | | | $30.93 |
| **Total Deloitte Tax LLP Fees    September 1 through September 30, 2012** | | | $105.93 |