W.R. Grace & Co.
Hourly Detail
September 1 through September 30, 2012

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees | Level |
|---|---|---|---|---|---|---|---|---|
| 9/4/2012 | WALKER, DEBORAH | China Stock Plan Registration | Carol Finke | Responded to Carol Finke's questions regarding stock plan registration | 0.5 | $680.00 | $340.00 | Partner/Principal |
| 9/12/2012 | WALKER, DEBORAH | China Stock Plan Registration | Carol Finke | Responded to Carol Finke's questions regarding stock plan registration | 0.5 | $680.00 | $340.00 | Partner/Principal |
| 9/14/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Internal calls/correspondence in connection w/ Carol Finke's questions regarding stock plan registration | 0.5 | $680.00 | $340.00 | Partner/Principal |
| 9/4/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Internal calls and emails regarding China registrations | 0.8 | $480.00 | $360.00 | Manager |
| 9/5/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Internal discussions and emails with brian Epstein regarding China plan registrations | 1.5 | $480.00 | $720.00 | Manager |
| 9/17/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Internal discussions with team in Shanghai regarding status of tax and foreign exchange registrations | 0.5 | $480.00 | $240.00 | Manager |
| 9/17/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | review correspondence from colleagues in China to W.R. Grace regarding China plan registrations | 0.5 | $480.00 | $240.00 | Manager |
| 9/20/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | call with Brian Epstein and internal discussion regarding W.R. Grace plan registrations in China | 1.0 | $480.00 | $480.00 | Manager |
| 9/11/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Registration progress and catch up meeting. | 0.6 | $400.00 | $240.00 | Senior/Senior Consul |
| 9/20/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Reviewed and went through calculations on Agree Fee presented to WR Grace before and after the | 0.6 | $400.00 | $240.00 | Senior/Senior Consul |
| 9/14/2012 | GONZALEZ, CLAUDIA SORAYDA | Puerto Rico Tax Compliance | Joe Bahorich | Puerto Rico tax compliance coordination | 0.6 | $125.00 | $75.00 | Senior/Senior Consul |
| | | | | | 7.6 | | $3,615.00 | |

EXHIBIT C

1 of 1