**EXHIBIT D**

W. R. Grace & Co.
Expenses Detail
September 1 through September 30, 2012

| Posted Date | Employee Name | Project Category | Grace Contact | Description | | Related Expenses |
|---|---|---|---|---|---|---|
| 9/8/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference Call | | $1.13 |
| 9/8/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Conference Call | | $21.41 |
| 9/22/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Conference Call | | $8.39 |
| | | | | | Conference call | $30.93 |