EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**October 1 through October 31, 2012**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| SHURIN, ALEXANDER SANDY | 1.00 | $480.00 | $480.00 |
| China Stock Plan Registration | 1.00 | | $480.00 |
| Agreed upon discount per fixed fee ($14,000 cap) | | | -$480.00 |
| GORDON, JARED H | 0.70 | $680.00 | $476.00 |
| BROOKS, THOMAS J | 1.90 | $570.00 | $1,083.00 |
| Administration | 2.60 | | $1,559.00 |
| Subtotal | 3.60 | | $1,559.00 |
| Expenses | | | $0.00 |
| Total Deloitte Tax LLP Fees   October 1 through October 31, 2012 | | | $1,559.00 |