**W. R. Grace & Co.**
**Hourly Detail**
**October 1 through October 31, 2012**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/10/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Brian Epstein regarding China plan registrations | 0.5 | $480.00 | $240.00 |
| 10/17/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Brian Epstein regarding China issues, upcoming meeting and general equity | 0.5 | $480.00 | $240.00 |
| 10/17/2012 | GORDON, JARED H | Administration | Carol Finke | Reviewed bank fee applications | 0.7 | $680.00 | $476.00 |
| 10/4/2012 | BROOKS, THOMAS J | Administration | Carol Finke | Prepared time reconciliation regarding bank fee applications | 1.9 | $570.00 | $1,083.00 |
| | | | | | 3.6 | | $2,039.00 |