EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**November 1 through November 30, 2012**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| SHURIN, ALEXANDER SANDY | 7.4 | $480.00 | $3,528.00 |
| TIAN, XIAO WU | 10.1 | $400.00 | $4,040.00 |
| **China Stock Plan Registration** | **17.5** | | **$7,568.00** |
| Agreed upon discount per fixed fee ($14,000 cap) | | | -$7,568.00 |
| | | | |
| DIAZ, LAURA M | 0.3 | $125.00 | $31.25 |
| MORALES, SONIA IRIS | 1.2 | $150.00 | $180.00 |
| OTERO, MARIA D | 0.6 | $350.00 | $210.00 |
| **Puerto Rico Tax Compliance** | **1.5** | | **$211.25** |
| | | | |
| GORDON, JARED H | 1.1 | $680.00 | $748.00 |
| NGUYEN, HOANG OANH THI | 1.5 | $400.00 | $600.00 |
| PARKS, KIERSTEN ANNE | 1.6 | $290.00 | $458.20 |
| **Administration** | **4.2** | | **$1,806.20** |
| | | | |
| **Subtotal** | **23.7** | | **$2,017.45** |
| **Expenses** | | | **$10.00** |
| **Total Deloitte Tax LLP Fees** | November 1 through November 30, 2012 | | **$2,027.45** |