**W. R. Grace & Co.**
**Hourly Detail**
**November 1 through November 30, 2012**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/12/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Internal Meeting preparations for November 20 meeting with Brian Epstein and Bob Keller | 0.5 | $480.00 | $240.00 |
| 11/13/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Conference call with Brian Epstein regarding China tax issues and November 20 meeting | 1.3 | $480.00 | $600.00 |
| 11/15/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Internal meeting preparations and discussions with Deloitte China regarding SAFE and tax registrations in China | 1.9 | $480.00 | $888.00 |
| 11/16/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Emailed Brian Epstein regarding China SAFE quota application; November 20 meeting preparation | 1.8 | $480.00 | $840.00 |
| 11/20/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Meeting in Colombia, Maryland with Bob Keller, Carol Finke, and Brian Epstein | 2.0 | $480.00 | $960.00 |
| 11/13/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Worked on November 20 client meeting slide deck | 2.5 | $400.00 | $1,000.00 |
| 11/14/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Worked on November 20 client meeting slide deck | 4.0 | $400.00 | $1,600.00 |
| 11/15/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | status and catch up on outstanding issues | 2.1 | $400.00 | $840.00 |
| 11/16/2012 | TIAN, XIAO WU | China Stock Plan Registration | Carol Finke | Made revisions to November 20 client meeting slide deck; prepared printouts and finalized meeting materials | 1.5 | $400.00 | $600.00 |
| 11/8/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | 2011 Crim Tax Debt Notice | 0.6 | $350.00 | $210.00 |
| 11/8/2012 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | CRIM - trying to obtain debt certificate via the internet | 0.3 | $125.00 | $31.25 |
| 11/7/2012 | MORALES, SONIA IRIS | Puerto Rico Tax Compliance | Joe Bahorich | Prepared 2012 compliance files; search Client & Project for Lead Client Service Partner and Ruleset; uploaded to "T" and printed copies for billing file | 1.0 | $150.00 | $150.00 |
| 11/14/2012 | MORALES, SONIA IRIS | Puerto Rico Tax Compliance | Joe Bahorich | Updated 2012 compliance checklist | 0.2 | $150.00 | $30.00 |
| 10/22/2012 | GORDON, JARED H | Administration | Carol Finke | Reviewed bank fee applications | 1.1 | $680.00 | $748.00 |
| 11/7/2012 | NGUYEN, HOANG OANH THI | Administration | Carol Finke | Prepared and updated June to October accruals per Jim Brooks | 1.5 | $400.00 | $600.00 |
| 11/10/2012 | PARKS, KIERSTEN ANNE | Administration | Carol Finke | Worked on bankruptcy fee app per Hoang Nguyen | 1.6 | $290.00 | $458.20 |
| | | | | | 23.7 | | $9,795.45 |