EXHIBIT D

**W. R. Grace & Co.**
**Expenses Detail**
**November 1 through November 30, 2012**

| Posted Date | Employee Name | Project Category | Grace Contact | Description | | Related Expenses |
|---|---|---|---|---|---|---|
| 11/24/2012 | Firm Expense | Puerto Rico Tax Compliance | Joe Bahorich | USPS/DHL/Airborne/Ot -624010 | | $10.00 |
| | | | | | Postage | $10.00 |