# EXHIBIT 2




**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace**
**Invoice #: 21_121031**
**Expense Summary**

| Period Ending | 10/31/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $6.98 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,546.88** |

EXHIBIT 2




BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20121003-1 | 10/3/2012 | $0.68 |
| Reference # 021-20121031-1 | 10/31/2012 | $6.30 |
| | **Total Due** | $6.98 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 10/3/2012
**Reference #:** 021-20121003-1

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | Libby Med Letter (suppl) | Page Ct 1 / Party Ct 1 | | |
| | Production | Printed Impressions | 1 Piece @ $.10 each | $0.10 |
| | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $.45 each | $0.45 |
| | Production | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | **Total:** | **$0.68** |

*Invoice Due Upon Receipt*



EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 10/31/2012
**Reference #:** 021-20121031-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for October | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 3 Pieces | $1.35 |
| Other | Transfers | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 11 Pieces | $4.95 |
| | | | | **Total Due:** | **$6.30** |

*Invoice Due Upon Receipt*



EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_121130**
**Expense Summary**

| Period Ending | 11/30/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $4.95 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,544.85** |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20121130-1 | 11/30/2012 | $4.95 |
| | **Total Due** | $4.95 |




BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 11/30/2012
**Reference #:** 021-20121130-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for November | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 11 Pieces | $4.95 |
| | | | | **Total Due:** | **$4.95** |

*Invoice Due Upon Receipt*



EXHIBIT 2




BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_121231**
**Expense Summary**

| Period Ending | 12/31/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $6.75 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,546.65** |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20121231-1 | 12/31/2012 | $6.75 |
| | **Total Due** | $6.75 |



**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

**Production Date:** 12/31/2012
**Reference #:** 021-20121231-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 15 Pieces | $6.75 |
| | | | | **Total Due:** | **$6.75** |

*Invoice Due Upon Receipt*



EXHIBIT 2