**ONE HUNDRED AND SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 12-1-2012 through 12-31-2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 5.10 | $4,054.50 |
| R. Frezza | Member | $725 | 46.10 | $33,422.50 |
| L. Ahearn | Director | $400 | 46.60 | $18,640.00 |
| M. Viola | Paraprofessional | $120 | 1.50 | $180.00 |
| **For the Period 12-1-2012 through 12-31-2012** | | | **99.30** | **$56,297.00** |

**Capstone Advisory Group, LLC**                                                                                         Page 1 of 1
   **Invoice for the 12-1-2012 - 12-31-2012 Fee**

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 12-1-2012 through 12-31-2012**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 02. Case Administration | During the Fee Application period, the Applicant read and analyzed docket submissions. | 3.50 | $2,537.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant updated interest scenarios and distributable values and discussed with Counsel. | 17.10 | $12,537.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the October 2012, November 2012, the 35th Quarterly fee applications and updated Capstone's receivable form. | 9.00 | $5,638.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Grace's monthly results, 3Q12 results and 10-Q, listened to Grace's Chapter 11 Update and prepared various analyses and report's to the Committee thereon. | 69.40 | $35,345.00 |
| 12. Preparation for /Participation in Meetings with Banks | During the Fee Application period, the Applicant participated in a call with a bank debit creditor re: case status. | 0.30 | $238.50 |
| **For the Period 12-1-2012 through 12-31-2012** | | **99.30** | **$56,297.00** |

**Capstone Advisory Group, LLC**                                                                                                Page 1 of 1
**Invoice for the 12-1-2012 - 12-31-2012 Fee**

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 12-1-12 through 12-31-12**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 02. Case Administration | | | |
| 12/3/2012 | R. Frezza | 0.70 | Read and analyzed docket submissions. |
| 12/10/2012 | R. Frezza | 0.70 | Read and analyzed docket submissions. |
| 12/17/2012 | R. Frezza | 0.70 | Read and analyzed docket submissions. |
| 12/24/2012 | R. Frezza | 0.70 | Read and analyzed docket submissions. |
| 12/31/2012 | R. Frezza | 0.70 | Read and analyzed docket submissions. |
| Subtotal | | 3.50 | |
| 03. Claims Analysis & Valuation | | | |
| 12/11/2012 | R. Frezza | 2.90 | Performed new calculations to update interest scenarios at request of Counsel. |
| 12/12/2012 | R. Frezza | 2.70 | Updated distributable value analysis for the Committee. |
| 12/12/2012 | E. Ordway | 0.90 | Read and edited distributable value analysis as a QC step. |
| 12/14/2012 | R. Frezza | 2.70 | Discussed additional interest scenarios with Counsel and began further analysis. |
| 12/17/2012 | E. Ordway | 0.80 | Read and analyzed interest accrual analyses as a QC measure. |
| 12/17/2012 | R. Frezza | 2.40 | Updated interest scenarios based on Counsel's request. |
| 12/18/2012 | R. Frezza | 2.10 | Further analyzed and updated interest scenarios per Counsel's request. |
| 12/27/2012 | R. Frezza | 2.30 | Prepared update and revision of interest scenarios at request of Counsel. |
| 12/27/2012 | E. Ordway | 0.30 | Read final analysis re: interest accrual. |
| Subtotal | | 17.10 | |
| 07. Fee Applications & Invoices | | | |
| 12/3/2012 | R. Frezza | 1.30 | Began detailed review of October 2012 fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/4/2012 | R. Frezza | 2.20 | Prepared and reviewed draft of the October 2012 fee application. |
| 12/4/2012 | M. Viola | 0.30 | Prepared October 2012 fee application. |
| 12/5/2012 | R. Frezza | 0.60 | Further edited October 2012 fee application. |
| 12/5/2012 | R. Frezza | 0.90 | Began reviewing and editing the 35th Quarterly fee application. |
| 12/11/2012 | M. Viola | 0.50 | Prepared November 2012 fee application. |
| 12/12/2012 | R. Frezza | 0.60 | Reviewed and edited first draft of November 2012 fee application. |
| 12/13/2012 | R. Frezza | 0.50 | Updated Capstone's receivable form. |
| 12/27/2012 | R. Frezza | 1.10 | Reviewed data supporting November 2012 fee application. |
| 12/27/2012 | M. Viola | 0.70 | Updated and finalized November 2012 fee application. |
| 12/27/2012 | E. Ordway | 0.30 | Reviewed and edited November 2012 fee application. |
| Subtotal | | 9.00 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/5/2012 | R. Frezza | 2.90 | Continued analyses of divisional results for 3Q12 report to the Committee. |
| 12/5/2012 | E. Ordway | 0.80 | Read and analyzed 3Q12 data and noted items to be addressed in Committee report. |
| 12/6/2012 | R. Frezza | 2.80 | Continued analyses of divisional results for 3Q12 report to the Committee. |
| 12/7/2012 | R. Frezza | 2.60 | Continued analyses of divisional results for 3Q12 report to the Committee. |
| 12/10/2012 | R. Frezza | 2.90 | Began detail review of composite 3Q12 report to the Committee. |
| 12/11/2012 | R. Frezza | 2.50 | Continued detail review of composite 3Q12 report to the Committee. |
| 12/13/2012 | L. Ahearn | 0.60 | Continued preparation of charts and tables for inclusion in 3Q12 update report to the Committee. |
| 12/13/2012 | L. Ahearn | 2.50 | Reviewed and analyzed 3Q12 earnings press release and 10-Q. |
| 12/13/2012 | L. Ahearn | 2.90 | Prepared charts for inclusion in 3Q12 update report. |
| 12/14/2012 | L. Ahearn | 2.90 | Prepared 3Q12 update report to the Committee. |
| 12/14/2012 | L. Ahearn | 2.50 | Reviewed, analyzed and summarized Grace's 3Q12 earnings details based on playback of Grace's investor call. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/14/2012 | L. Ahearn | 2.90 | Continued to prepare 3Q12 update report to the Committee. |
| 12/17/2012 | L. Ahearn | 2.50 | Prepared question list for distribution to Blackstone. |
| 12/17/2012 | L. Ahearn | 1.50 | Updated gross margin and gross profit charts for 3Q12 report to the Committee. |
| 12/17/2012 | L. Ahearn | 1.10 | Continued to prepare 3Q12 report to the Committee. |
| 12/17/2012 | R. Frezza | 1.20 | Reviewed list of briefs filed and discussed with Counsel. |
| 12/17/2012 | L. Ahearn | 2.90 | Continued to prepare 3Q12 report to the Committee. |
| 12/18/2012 | L. Ahearn | 2.50 | Summarized management's updated 2012 outlook for inclusion in 3Q12 report to the Committee. |
| 12/18/2012 | L. Ahearn | 1.50 | Reconciled 3Q12 operating cash flow based on information included in 10-Q. |
| 12/19/2012 | L. Ahearn | 2.50 | Updated comparable company analysis for inclusion in the 3Q12 report. |
| 12/19/2012 | E. Ordway | 1.30 | Read analysts' reports on chemical industry re: recent transactions. |
| 12/19/2012 | L. Ahearn | 1.50 | Updated 3Q12 question list for distribution to Blackstone. |
| 12/19/2012 | L. Ahearn | 1.50 | Updated language in the 3Q12 report for comparable company and valuation section. |
| 12/19/2012 | L. Ahearn | 1.30 | Listened to Grace's Chapter 11 Update which included a discussion recent financial results, and summarized in 3Q12 report to the Committee. |
| 12/19/2012 | L. Ahearn | 1.50 | Updated 3Q12 report for new edits/information. |
| 12/20/2012 | L. Ahearn | 2.90 | Continued to update cash flow analysis in the 3Q12 report to the Committee. |
| 12/20/2012 | L. Ahearn | 2.20 | Continued to update gross margin analysis in the 3Q12 report to the Committee. |
| 12/20/2012 | L. Ahearn | 2.90 | Continued to update the EBITDA sensitivity analysis in the 3Q12 report to the Committee. |
| 12/20/2012 | R. Frezza | 2.80 | Further review and analysis of composite 3Q12 report to Committee. |
| 12/24/2012 | R. Frezza | 2.60 | Made final review and edits to 3Q12 report along with information request to Company advisors. |
| 12/24/2012 | E. Ordway | 0.40 | Read and edited report on 3Q12 to the Committee. |
| 12/26/2012 | L. Ahearn | 2.50 | Quality checked Capstone's 3Q12 report on Grace's financial performance. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/26/2012 | L. Ahearn | 1.50 | Continued to quality review and edit Capstone's 3Q12 report on Grace's financial performance and distributed for internal review. |
| Subtotal | | 69.40 | |

12. Preparation for /Participation in Meetings with Banks

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/17/2012 | E. Ordway | 0.30 | Participated in call with a bank debit creditor re: case status. |
| Subtotal | | 0.30 | |
| **Total Hours** | | **99.30** | |

**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 12-1-2012 through 12-31-2012**

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 12/7/2012 | Capstone Expense | Pacer | $5.80 |
| Subtotal - Research | | | $5.80 |
| Telecom | | | |
| 12/8/2012 | Capstone Expense | December telecom | $114.20 |
| Subtotal - Telecom | | | $114.20 |
| **For the Period 12-1-2012 through 12-31-2012** | | | **$120.00** |

**Capstone Advisory Group, LLC**  **Page 1 of 1**
 Invoice for the 12-1-2012 - 12-31-2012 Fee