IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: February 27, 2013 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND THIRTY-FIFTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/548376v1

# EXHIBIT A
**(Fee Detail)**


## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $7,113.00 |
| **FEE APPLICATION – APPLICANT** | $455.00 |
| **TOTAL FEES** | $7,568.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 1, 2013
Bill Number 159704
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

LEGAL SERVICES

THROUGH DECEMBER 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/03/12 | MTM | Telephone call from in-house counsel re: sales outside U.S. (.2); telephone call to ARA re: same (.3); receipt and review of ore shipment records for foreign sales (.2); receipt and review of email and prior correspondence re: research into sales outside U.S. issue (.3); review storage files re: source materials re: same (.5). | 1.50 Hrs | 450.00 |
| 12/03/12 | ARA | Receipt of email from MTM; telephone call to MTM re: in-house counsel's request for ore shipment binders (.4); search for, locate and review binders (2.4) and produce them to MTM (.4). Per phone calls from MTM, search for and locate SOUS boxes; review and tag responsive documents (.4). | 3.60 Hrs | 504.00 |
| 12/03/12 | ARA | Document control. | 1.00 Hrs | 90.00 |
| 12/04/12 | MTM | Continue search for 1999 sales outside U.S. resource materials and email in-house Grace counsel re: same. | 0.20 Hrs | 60.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/04/12 | ARA | Per MTM's request, search for and locate sales outside U.S. boxes; review boxes of documents and tag responsive documents. | 5.90 Hrs | 826.00 |
| 12/05/12 | RAM | Conference with MTM re resource materials to review to answer question re sales outside US. | 0.20 Hrs | 70.00 |
| 12/05/12 | MTM | Review storage boxes for source materials re: 1999 memo about sales outside U.S. (.3); telephone call to ARA re: particular product binder (.2); telephone call to ARA re: 1999 memo and foreign non-CPD entity binders (.1); email to in house counsel re: same (.2). | 0.80 Hrs | 240.00 |
| 12/05/12 | ARA | Search for particular memo and CPD binders, per MTM (1.0). Per telephone call with MTM, locate, review, discuss with MTM and have product binder copied (1.0). Review sales outside U.S. boxes and tag responsive documents (4.5). | 6.50 Hrs | 910.00 |
| 12/06/12 | MTM | Telephone call from ARA re: status of SOUS review. | 0.10 Hrs | 30.00 |
| 12/06/12 | ARA | Receipt of product binder from copy service (.2). Review sales outside U.S. boxes and tag responsive documents (5.0). | 5.20 Hrs | 728.00 |
| 12/07/12 | MTM | Telephone call to ARA and in-house counsel re: sales outside U.S. | 0.20 Hrs | 60.00 |
| 12/07/12 | ARA | Review sales outside U.S. boxes and tag responsive documents (6.0); prepare documents for pick up and copying (.5). | 6.50 Hrs | 910.00 |
| 12/10/12 | MTM | Receipt and review of copies of product binder (.2); telephone call and letter to in-house counsel re: same (.1). | 0.30 Hrs | 90.00 |
| 12/10/12 | ARA | Receipt of sales outside U.S. boxes from copy service (.2). Quality control documents re: California site review (5.6). | 5.80 Hrs | 812.00 |
| 12/11/12 | ARA | Quality control sales outside U.S. documents. | 3.00 Hrs | 420.00 |
| 12/11/12 | ARA | Document control. | 0.50 Hrs | 45.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/12/12 | MTM | Telephone call from in-house counsel re: 1983 telex and product binder (.1); telephone call to ARA re: same (.2); review 1983 telex and telephone call to in-house counsel re: same (.2). | 0.50 Hrs | 150.00 |
| 12/12/12 | ARA | Per telephone call from MTM, locate and review product binder (1.0); produce documents to MTM per in-house counsel's request (.2). Review sales outside U.S. boxes and tag responsive documents (.5). | 1.70 Hrs | 238.00 |
| 12/17/12 | MTM | Receipt and review of two Libby personnel files and email to in-house counsels re: same. | 0.20 Hrs | 60.00 |
| 12/17/12 | ARA | Per MTM's request, locate Libby personnel files (.3); review and prepare to have files copied (.9); oversee pick-up of files by copy service (.3). | 1.50 Hrs | 210.00 |
| 12/19/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 70.00 |
| 12/27/12 | RAM | Read selected documents filed in Bankruptcy Court. | 0.40 Hrs | 140.00 |

                                                        TOTAL LEGAL SERVICES     $7,113.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.80 | 350.00 | 280.00 |
| Matthew T. Murphy | 3.80 | 300.00 | 1,140.00 |
| Angela R. Anderson | 39.70 | 140.00 | 5,558.00 |
| Angela R. Anderson | 1.50 | 90.00 | 135.00 |
|  | 45.80 |  | $7,113.00 |

                                                        TOTAL THIS BILL          $7,113.00

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 1, 2013
Bill Number 159705
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH DECEMBER 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/04/12 | RAM | Send "as filed" October fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 12/13/12 | RAM | Work on November fee application. | 0.20 Hrs | 70.00 |
| 12/14/12 | RAM | Work on November fee application. | 0.40 Hrs | 140.00 |
| 12/16/12 | RAM | Work on November fee application. | 0.20 Hrs | 70.00 |
| 12/17/12 | RAM | Finalize November fee application and send it to in-house counsels to review. | 0.10 Hrs | 35.00 |
| 12/18/12 | RAM | Emails from in house counsels that fee application may be filed. Send November fee application to Del. counsel to file. | 0.30 Hrs | 105.00 |

TOTAL LEGAL SERVICES        $455.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 350.00 | 455.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

                1.30                $455.00

      TOTAL THIS BILL      $455.00