**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,753.01 |
| **FEE APPLICATION – APPLICANT** | $42.46 |
| **TOTAL EXPENSES** | $12,795.47 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 1, 2013
Bill Number 159706
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH DECEMBER 31, 2012

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 12/31/12 | EXCESS POSTAGE | 6.74 | |
| | | | $6.74 |

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 12/27/12 | FEDERAL EXPRESS CORPORATION: To 62 Whittemore Avenue W R Grace & Co., from Casner and Edwards on December 10, 2012 by M T Murphy. | 54.93 | |
| | | | $54.93 |

OUTSIDE PHOTOCOPYING
| | | | |
|---|---|---|---|
| 12/10/12 | BOSTON LITIGATION SOLUTIONS: 11/16/12 Copy of personnel file for in-house counsel. | 53.87 | |
| 12/10/12 | BOSTON LITIGATION SOLUTIONS: 10/31/12 Copy of Libby Personnel file for in-house counsel. | 25.02 | |
| | | | $78.89 |

PHOTOCOPYING
| | | | |
|---|---|---|---|
| 12/03/12 | 14 copies at $.10 per copy | 1.40 | |
| | | | $1.40 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH DECEMBER 31, 2012

RENT REIMBURSEMENT
| | | | |
|---|---|---:|---:|
| 12/03/12 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - December 2012. | 12,183.39 | |
| | | | $12,183.39 |

MISCELLANEOUS
| | | | |
|---|---|---:|---:|
| 12/27/12 | RECORDKEEPER ARCHIVE CENTERS,: Storage 11/01/12 to 11/30/12. | 427.66 | |
| | | | $427.66 |
| | TOTAL COSTS | | $12,753.01 |
| | TOTAL THIS BILL | | $12,753.01 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 1, 2013
Bill Number 159707
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:  Fee Applications, Applicant

LEGAL SERVICES

COSTS

THROUGH DECEMBER 31, 2012

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 12/31/12 | EXCESS POSTAGE | 1.70 | |
| | | | $1.70 |

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 12/03/12 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on November 12, 2012 by R A Murphy. | 20.38 | |
| 12/18/12 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziel from Casner and Edwards on November 29, 2012 by R A Murphy. | 20.38 | |
| | | | $40.76 |

| | | |
|---|---|---|
| | TOTAL COSTS | $42.46 |
| | TOTAL THIS BILL | $42.46 |