# EXHIBIT B

30194

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Objection Deadline: January 22, 2013, at 4:00 p.m.** |
|  |  | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED THIRTY-SEVENTH MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

Name of Applicant:                          Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and
                                            Debtors-in-Possession

Date of Retention:                          July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                    November 1 Through November 30, 2012

Amount of fees sought as actual,
reasonable and necessary:                   $4,819.00

Amount of expenses sought as actual,
reasonable and necessary                    $758.10

This is a(n): __X__ monthly     ___ interim     ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: 30101
DT FILED: 12/31/12
US_ACTIVE-111426742.1-SAAMENT

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through | $22,165.50 | $281.04 | No objections | No objections |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 3/31/05 | | | served on counsel | served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through | $612,334.00 | $21,618.02 | No objections | No objections |

4

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 3/31/07 | | | served on counsel | served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through | $170,090.00 | $71,440.61 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 2/28/09 | | | served on counsel | served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through | $29,967.50 | $1,110.22 | No objections | No objections |

6

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/11 | | | served on counsel | served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred thirty-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately four hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 3.70 | $2,479.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | 1.20 | $552.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 4.10 | $1,066.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 3.80 | $722.00 |

**Total Fees: $4,819.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Consulting | .20 | $    38.00 |
| Fee Applications | 9.90 | $2,972.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) | 2.70 | $1,809.00 |
| **Total** | **12.80** | **$4,819.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $51.60 | $0.00 |
| PACER | $32.30 | $0.00 |
| Outside Duplicating | $674.20 | $0.00 |
| SUBTOTAL | $758.10 | $0.00 |
| **TOTAL** | **$758.10** | **$0.00** |

Dated:  December 31, 2012          REED SMITH LLP
        Wilmington, Delaware

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail: kgwynne@reedsmith.com

        and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    Reed Smith Centre
    225 Fifth Avenue
    Pittsburgh, PA 15222
    Telephone:  (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2356137
7500 Grace Drive                          Invoice Date      12/19/12
Columbia, Maryland 21044                  Client Number      172573
USA


========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                              38.00
         Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT           $38.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2356137
7500 Grace Drive                          Invoice Date       12/19/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2012

| Date | Name | | Hours |
|------|------|------|------|
| 11/20/12 | Ament | E-mail to P. Cuniff requesting schedule of omnibus hearings and filing deadlines. | .10 |
| 11/21/12 | Ament | Review schedule of omnibus hearings and filing deadlines for 2013. | .10 |
| | | TOTAL HOURS | .20 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 0.20 at $ 190.00 = | | 38.00 |
| | CURRENT FEES | | 38.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $38.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2356138
7500 Grace Drive                         Invoice Date      12/19/12
Columbia, Maryland 21044                 Client Number       172573
USA


=================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                          2,972.00
         Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT      $2,972.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2356138
7500 Grace Drive                          Invoice Date       12/19/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60029


=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2012

        Date    Name                                                Hours
        ------- -----------                                         -----

        11/05/12 Cameron        Attention to fee application issues   .50

        11/06/12 Ament          E-mails with J. Lord re: 46th         .30
                                quarterly fee application (.10);
                                begin drafting narrative and
                                summary re: same (.20).

        11/06/12 Lord           Communicate with S. Ament re:         .10
                                upcoming quarterly

        11/07/12 Ament          Review invoices relating to 46th      .90
                                quarterly fee application (.10);
                                calculate fees and expenses re:
                                same (.50); prepare spreadsheets
                                re: same (.20); provide quarterly
                                fee application to A. Muha for
                                review (.10).

        11/09/12 Ament          Review e-mail re: Oct. monthly fee    .10
                                application.

        11/09/12 Muha           Review and revise quarterly fee       .30
                                application.

        11/12/12 Ament          Review A. Muha comments relating      .40
                                to summary and narrative to
                                quarterly fee application (.10);
                                finalize same (.10); e-mail same
                                to J. Lord for DE filing (.10);
                                review e-mail from J. Lord re:
                                same (.10).

```
172573 W. R. Grace & Co.                    Invoice Number  2356138
60029  Fee Applications-Applicant           Page   2
December 19, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/12/12 | Muha | Additional revisions to July-Sept. 2012 quarterly fee application. | .40 |
| 11/13/12 | Lord | Review, revise and prepare Reed Smith 46th monthly fee application for e-filing and service on 11/14. | 1.40 |
| 11/13/12 | Muha | Review and comments on fee and expense detail for Oct. 2012 monthly application. | .20 |
| 11/14/12 | Lord | Revise, e-file and coordinate service of Reed Smith's 46th quarterly fee application. | .60 |
| 11/18/12 | Cameron | Review fee application materials. | .50 |
| 11/21/12 | Ament | Review Oct. invoices (.10); calculate fees and expenses for Oct. monthly fee application (.20); prepare spreadsheet re: same (.20); draft Oct. monthly fee application (.30). | .80 |
| 11/26/12 | Muha | Review and final revisions to October monthly fee application. | .30 |
| 11/27/12 | Ament | Review A. Muha comments relating to Oct. monthly fee application (.10); finalize fee application (.20); e-mail same to J. Lord for DE filing on 11/28/12 (.10); attention to billing matters (.10); follow-up e-mails with J. Lord re: Oct. monthly fee application (.10). | .60 |
| 11/27/12 | Lord | Communicate with S. Ament re: monthly fee application. | .10 |
| 11/29/12 | Ament | Call from A. Muha re: Oct. monthly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10); e-mails with J. Lord re: 44th and 45th quarterly fee applications (.20). | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2356138
60029  Fee Applications-Applicant           Page   3
December 19, 2012
```

```
      Date   Name                                            Hours
    -------- -----------                                      -----

    11/29/12 Lord           Draft and e-file CNO to Reed Smith    1.90
                            September monthly fee application
                            (.4); communicate with S. Ament on
                            quarterly fee question (.1);
                            revise, e-file and serve Reed
                            Smith's October monthly fee
                            application (1.2); review and
                            update master chart of quarterly
                            fee/expense information (.2).

                                                         ------
                                          TOTAL HOURS      9.90
```

```
    TIME SUMMARY              Hours          Rate          Value
    ------------------------  ----------------------       -------
    Douglas E. Cameron         1.00  at  $  670.00  =       670.00
    Andrew J. Muha             1.20  at  $  460.00  =       552.00
    John B. Lord               4.10  at  $  260.00  =     1,066.00
    Sharon A. Ament            3.60  at  $  190.00  =       684.00

                             CURRENT FEES                      2,972.00


                                                         ------------
                    TOTAL BALANCE DUE UPON RECEIPT            $2,972.00
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2356139
7500 Grace Drive                          Invoice Date      12/19/12
Columbia, Maryland 21044                  Client Number       172573
USA

=================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          1,809.00
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $1,809.00
                                                        =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2356139
7500 Grace Drive                    Invoice Date       12/19/12
Columbia, Maryland 21044            Client Number       172573
USA                                 Matter Number        60033
```

=========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/12 | Cameron | Review materials relating to Anderson Memorial claims. | .90 |
| 11/02/12 | Cameron | Analyze Anderson Memorial materials. | .70 |
| 11/12/12 | Cameron | Review and analyze Anderson Memorial materials. | .60 |
| 11/18/12 | Cameron | Review materials re: Anderson Memorial. | .50 |

```
                                               ------
                                   TOTAL HOURS   2.70
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.70 at $ 670.00 = | | 1,809.00 |

```
                 CURRENT FEES                      1,809.00

                                                ------------
          TOTAL BALANCE DUE UPON RECEIPT          $1,809.00
                                                ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2356140
7500 Grace Drive                        Invoice Date      12/19/12
Columbia, Maryland 21044                Client Number       172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                        758.10

              TOTAL BALANCE DUE UPON RECEIPT       $758.10
                                                ==============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      2356140
7500 Grace Drive                    Invoice Date        12/19/12
Columbia, Maryland 21044            Client Number         172573
USA                                 Matter Number          60026


================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                               32.30
        Duplicating/Printing/Scanning       51.60
        Outside Duplicating                674.20

              CURRENT EXPENSES                        758.10
                                               --------------
              TOTAL BALANCE DUE UPON RECEIPT        $758.10
                                               ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2356140
7500 Grace Drive                          Invoice Date       12/19/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60026


================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 10/31/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 10/31/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 10/31/12 | PACER | 32.30 |
| 11/06/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/06/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 11/07/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/07/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/07/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |

```
172573 W. R. Grace & Co.                          Invoice Number   2356140
60026  Litigation and Litigation Consulting       Page    2
December 19, 2012
```

| Date | Description | Amount |
|------|-------------|-------:|
| 11/14/12 | Duplicating/Printing/Scanning ATTY # 000559: 20 COPIES | 2.00 |
| 11/14/12 | Duplicating/Printing/Scanning ATTY # 000559: 20 COPIES | 2.00 |
| 11/16/12 | Duplicating/Printing/Scanning ATTY # 000559: 20 COPIES | 2.00 |
| 11/21/12 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/21/12 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/21/12 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/21/12 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 11/21/12 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 11/21/12 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 11/21/12 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 11/21/12 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/27/12 | Outside Duplicating -- VENDOR: DIGITAL LEGAL SERVICES, LLC: Copies, envelopes & postage for service of quarterly fee application materials. | 450.20 |
| 11/27/12 | Outside Duplicating -- VENDOR: DIGITAL LEGAL SERVICES, LLC: Copies, envelopes & postage for service of quarterly fee application materials. | 224.00 |
| 11/27/12 | Duplicating/Printing/Scanning ATTY # 0718; 90 COPIES | 9.00 |
| 11/27/12 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 11/29/12 | Duplicating/Printing/Scanning ATTY # 0718; 200 COPIES | 20.00 |

```
172573 W. R. Grace & Co.                      Invoice Number  2356140
60026  Litigation and Litigation Consulting   Page   3
December 19, 2012


     11/29/12   Duplicating/Printing/Scanning               .70
                ATTY # 000559: 7 COPIES


                        CURRENT EXPENSES                 758.10
                                                    ------------

                        TOTAL BALANCE DUE UPON RECEIPT    $758.10
                                                    =============
```