# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: February 21, 2013, at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED THIRTY-EIGHTH MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | December 1 Through December 31, 2012 |
| Amount of fees sought as actual, reasonable and necessary: | $4,171.00 |
| Amount of expenses sought as actual, reasonable and necessary | $42.70 |

This is a(n): X monthly    __ interim    __ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through | $22,165.50 | $281.04 | No objections | No objections |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 3/31/05 | | | served on counsel | served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through | $612,334.00 | $21,618.02 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 3/31/07 | | | served on counsel | served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through | $170,090.00 | $71,440.61 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 2/28/09 | | | served on counsel | served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through | $29,967.50 | $1,110.22 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/11 | | | served on counsel | served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred thirty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately four hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 2.60 | $1,742.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $585.00 | 2.00 | $1,170.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | .80 | $368.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 1.60 | $416.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 2.50 | $475.00 |

**Total Fees: $4,171.00**

8

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Consulting | .40 | $76.00 |
| Fee Applications | 5.00 | $1,518.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) | 2.10 | $1,407.00 |
| Specifications Inquiry | 2.00 | $1,170.00 |
| **Total** | **9.50** | **$4,171.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $12.90 | $0.00 |
| Duplicating/Printing/Scanning | $24.80 | $0.00 |
| Courier Service – Outside | $5.00 | $0.00 |
| SUBTOTAL | $42.70 | $0.00 |
| **TOTAL** | **$42.70** | **$0.00** |

Dated:  January 29, 2013            REED SMITH LLP
        Wilmington, Delaware

                                    By: /s/ Kurt F. Gwynne
                                        Kurt F. Gwynne (No. 3951)
                                        1201 Market Street, Suite 1500
                                        Wilmington, DE  19801
                                        Telephone:  (302) 778-7500
                                        Facsimile:  (302) 778-7575
                                        E-mail: kgwynne@reedsmith.com

                                            and

                                        James J. Restivo, Jr., Esquire
                                        Lawrence E. Flatley, Esquire
                                        Douglas E. Cameron, Esquire
                                        Reed Smith Centre
                                        225 Fifth Avenue
                                        Pittsburgh, PA 15222
                                        Telephone:  (412) 288-3131
                                        Facsimile:  (412) 288-3063

                                        Special Asbestos Products Liability Defense
                                        Counsel

```
                          REED SMITH LLP
                          PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


  W.R. Grace & Co.                     Invoice Number    2367061
  7500 Grace Drive                     Invoice Date      01/28/13
  Columbia, Maryland 21044             Client Number      172573
  USA
```

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
       Fees                           76.00
       Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $76.00
                                              ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2367061
7500 Grace Drive                        Invoice Date      01/28/13
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

| Date | Name | | Hours |
|------|------|--|-------|
| 12/03/12 | Ament | Review agenda and hearing binder for 12/17/12 hearing (.10); e-mails with P. Cuniff re: same (.10); update hearing binder for Pachulski (.10); coordinate hand delivery of same to Judge Fitzgerald per J. O'Neill request (.10). | .40 |

                                              ------
                                  TOTAL HOURS    .40

| TIME SUMMARY | Hours | Rate | Value |
|-------------|-------|------|-------|
| Sharon A. Ament | 0.40 at $ 190.00 = | | 76.00 |

                    CURRENT FEES                          76.00

                                              ------------
            TOTAL BALANCE DUE UPON RECEIPT        $76.00
                                              ============

```
                    REED SMITH LLP
                    PO Box 360074M
               Pittsburgh, PA  15251-6074
                  Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number    2367062
   7500 Grace Drive                    Invoice Date     01/28/13
   Columbia, Maryland 21044            Client Number     172573
   USA
```

==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
       Fees                       1,518.00
       Expenses                       0.00

              TOTAL BALANCE DUE UPON RECEIPT        $1,518.00
                                                  ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2367062
7500 Grace Drive                          Invoice Date      01/28/13
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

| Date | Name | | Hours |
|------|------|--|-------|
| 12/03/12 | Ament | E-mail to A. Muha re: Nov. monthly fee application (.10); attention to billing matters (.10). | .20 |
| 12/05/12 | Muha | Review and revise invoice for November monthly application. | .20 |
| 12/07/12 | Cameron | Review fee application materials. | .50 |
| 12/12/12 | Ament | Attention to billing matters (.10); e-mails re: same (.10). | .20 |
| 12/17/12 | Ament | Begin drafting spreadsheet and Nov. monthly fee application (.20); review fee auditor's final report re: 45th quarterly fee application (.10); meet with A. Muha re: Nov. monthly fee application (.10); various e-mails re: same (.10). | .50 |
| 12/17/12 | Muha | Review and revise fee and expense entries for Nov. 2012 monthly application, and emails re: same. | .30 |
| 12/18/12 | Ament | Begin calculating fees and expenses for Nov. monthly fee application (.20); draft fee application (.10); meet with A. Muha re: CNO for 45th quarterly fee application and fee auditor's report re: same (.10). | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number  2367062
60029  Fee Applications-Applicant           Page   2
       January 28, 2013
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/19/12 | Ament | Attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10); e-mails re: Nov. monthly fee application (.10). | .30 |
| 12/20/12 | Ament | Complete calculating fees and expenses for Nov. monthly fee application (.10); complete preparation of spreadsheet re: same (.10); provide Nov. monthly fee application to A. Muha for review (.10); finalize same (.10); e-mail same to J. Lord for DE filing on 12/28/12 (.10). | .50 |
| 12/20/12 | Muha | Revise and finalize Nov. 2012 monthly application. | .30 |
| 12/21/12 | Lord | Revise and prepare Reed Smith 137th monthly fee application for e-filing and service. | .70 |
| 12/31/12 | Lord | Revise, e-file and serve CNO to Reed Smith October monthly fee application (.4); revise, e-file and serve Reed Smith LLP November monthly fee application (.5). | .90 |

```
                                                            ------
                                         TOTAL HOURS          5.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.50 | at $ | 670.00 | = | 335.00 |
| Andrew J. Muha | 0.80 | at $ | 460.00 | = | 368.00 |
| John B. Lord | 1.60 | at $ | 260.00 | = | 416.00 |
| Sharon A. Ament | 2.10 | at $ | 190.00 | = | 399.00 |

```
                     CURRENT FEES                         1,518.00


                                                       ------------
                     TOTAL BALANCE DUE UPON RECEIPT      $1,518.00
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2367063
7500 Grace Drive                          Invoice Date      01/28/13
Columbia, Maryland 21044                  Client Number       172573
USA


========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                         1,407.00
    Expenses                         0.00

               TOTAL BALANCE DUE UPON RECEIPT        $1,407.00
                                                 ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


    W.R. Grace & Co.                      Invoice Number     2367063
    7500 Grace Drive                      Invoice Date      01/28/13
    Columbia, Maryland 21044              Client Number       172573
    USA                                   Matter Number         60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

    Date   Name                                           Hours
 -------- -----------                                      -----

 12/01/12 Cameron        Review Anderson Memorial materials.    .40

 12/11/12 Cameron        Emails re: asbestos claims inquiry.    .40

 12/17/12 Cameron        Review materials re: asbestos          .70
                         claims.

 12/31/12 Cameron        Review materials relating to           .60
                         asbestos property damage claims.

                                                         ------
                                        TOTAL HOURS        2.10


 TIME SUMMARY              Hours       Rate         Value
 ------------------------  ----------------------  -------
 Douglas E. Cameron         2.10  at $  670.00  =   1,407.00

                         CURRENT FEES                     1,407.00


                                                     ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $1,407.00
                                                     ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number    2367064
   62 Whittemore Avenue                Invoice Date      01/28/13
   Cambridge, MA  02140                Client Number      172573



===========================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

      Fees                      1,170.00
      Expenses                      0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $1,170.00
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
62 Whittemore Avenue
Cambridge, MA  02140

| | |
|---|---|
| Invoice Number | 2367064 |
| Invoice Date | 01/28/13 |
| Client Number | 172573 |
| Matter Number | 60041 |

===========================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 12/05/12 | Luchini | Correspondence with J. Hughes re: results of study, and review results. | .60 |
| 12/28/12 | Luchini | Review Hughes report and previous correspondence relating to report issues. | 1.40 |
| | | TOTAL HOURS | 2.00 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Joseph S. Luchini | 2.00 at $ 585.00 = | | 1,170.00 |
| | CURRENT FEES | | 1,170.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $1,170.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2367087
7500 Grace Drive                             Invoice Date      01/28/13
Columbia, Maryland 21044                     Client Number       172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                         42.70

              TOTAL BALANCE DUE UPON RECEIPT          $42.70
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2367087
7500 Grace Drive                          Invoice Date     01/28/13
Columbia, Maryland 21044                  Client Number     172573
USA                                       Matter Number     60026


================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                    12.90
    Duplicating/Printing/Scanning            24.80
    Courier Service - Outside                 5.00

                    CURRENT EXPENSES                    42.70
                                                  -------------

                    TOTAL BALANCE DUE UPON RECEIPT     $42.70
                                                  =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2367087
7500 Grace Drive                        Invoice Date     01/28/13
Columbia, Maryland 21044                Client Number     172573
USA                                     Matter Number      60026
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 11/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 11/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 11/30/12 | PACER | 12.40 |
| 11/30/12 | PACER | .50 |
| 12/11/12 | Courier Service - Outside -- VENDOR: AL STILES:<br>Messenger Trip - U.S. Bankruptcy Court - Ramona<br>Baker - 12/3/12 | 5.00 |
| 12/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |

```
172573 W. R. Grace & Co.                        Invoice Number  2367087
60026  Litigation and Litigation Consulting     Page   2
       January 28, 2013
```

| Date | Description | Amount |
|---|---|---|
| 12/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 12/17/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/17/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/17/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/17/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/18/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/18/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/18/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 12/19/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 12/19/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/19/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 12/19/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 12/19/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 12/19/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/20/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/20/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/20/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  2367087
60026  Litigation and Litigation Consulting       Page    3
       January 28, 2013


12/20/12    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPIES

12/20/12    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPIES

12/21/12    Duplicating/Printing/Scanning                        .90
            ATTY # 000559: 9 COPIES

                          CURRENT EXPENSES                     42.70
                                                         ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $42.70
                                                         ============