Eugene Mosley #781303
Michael Unit
2664 FM 2054
Tenn. Colony, TX 75886
January 7, 2013

To: Honorable Judith K. Fitzgerald
United States Bankruptcy Court
Western District of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA. 15219

Docket #28526
2-14-12

Re: Request for Mandate, pursuant to Notice of Entry of Order Confirming the First Amended Joint Plan of Reorganization in Cause No. 01-1139 (JKF)

Dear Sir/Madam,
   Please except this correspondence as my request for a copy of the Mandate of the final disposition in the above style cause and numbered action.
   Thanking you in advance for all assistance given this most important matter.

Respectfully Requested
Eugene Mosley