UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

**JUDITH KLASWICK FITZGERALD**
Judge

Suite 5490 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

February 11, 2013

Eugene Mosley #781303
Michael Unit
2664 FM 2054
Tenn. Colony, TX  75886

        RE: W.R. Grace & Co., *et al.*
           Bankr. No. 01-1139

Dear Mr. Mosley:

I received your letter dated January 7, 2013, requesting a copy of the final disposition in the above case. This office does not provide copies of court documents or information concerning cases. All requests for information or for copies of court documents must be directed to the Clerk's Office for the Bankruptcy Court for the District of Delaware. Please be aware that by statute fees are charged for copies of court documents. The address for the Clerk's Office is

    824 N. Market Street, 3rd Floor
    Wilmington, DE  19801

No further requests directed to my office will receive a response.

        Very truly yours,

        Judith K. Fitzgerald
        United States Bankruptcy Judge