**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                         December 1, 2013 to December 31, 2013

Inv #:         46047

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 3.90 | 1,314.00 |
| B18 | Fee Applications, Others - | 2.70 | 435.00 |
| B25 | Fee Applications, Applicant - | 3.40 | 618.00 |
| B36 | Plan and Disclosure Statement - | 9.90 | 3,564.00 |
| B37 | Hearings - | 0.20 | 72.00 |
| | **Total** | **20.10** | **$6,003.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 0.60 | 180.00 |
| Theodore J. Tacconelli | 360.00 | 13.80 | 4,968.00 |
| Paralegal - MAG | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 5.50 | 825.00 |
| **Total** | | **20.10** | **$6,003.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                               **$320.15**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-12 | *Plan and Disclosure Statement* - Finish review of State of Montana's Opening Brief | 0.50 | TJT |
| Dec-02-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-03-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re: case status; update; reply to T. Tacconelli re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Further formatting of invoice for Oct. 2012 monthly fee app as Exhibit A | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft notice, monthly fee app for Oct. 2012 | 0.30 | KC |
| Dec-04-12 | *Case Administration* - Review fee auditor report re: fee apps with no issues and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Sept. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin 46th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 46th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Oct. 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Approve Qualified Settlement Fund | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Certificate of No Objection to Sept. 2012 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Oct. 2012 monthly fee application for efiling, efile and service of same | 0.30 | KC |
| Dec-05-12 | *Case Administration* - Review Fee Auditor's Amended Final Report for 45th Interim Period re: no objections | 0.10 | TJT |
| | *Fee Applications, Others* - Revisions to Bilzin 46th Quarterly fee app for July, Aug and Sept. 2012; prepare same for efiling | 0.30 | KC |
| | *Fee Applications, Others* - Efile of Bilzin 46th Quarterly fee app for July, Aug. and Sept. 2012 | 0.30 | KC |
| | *Fee Applications, Others* - Coordinate service of notice of Bilzin 46th Quarterly fee app to parties on the 2002 service list | 0.20 | KC |
| | *Fee Applications, Others* - Serve Bilzin 46th Quarterly fee app to core list members | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to 46th Quarterly fee app for July through Sept. 2012; prepare same for efiling | 0.30 | KC |
| | *Fee Applications, Applicant* - Efile of 46th Quarterly fee app for July through Sept. 2012 | 0.30 | KC |
| | *Fee Applications, Applicant* - Coordinate service of notice of 46th Quarterly fee app to parties on the 2002 service list | 0.20 | KC |
| | *Fee Applications, Applicant* - Service of 46th Quarterly fee app to core list members | 0.20 | KC |
| Dec-06-12 | *Plan and Disclosure Statement* - Start review of Bank Lender Group's Opening Brief | 2.30 | TJT |
| Dec-07-12 | *Plan and Disclosure Statement* - Complete review of Bank Lender Group's Opening Brief | 1.20 | TJT |
| Dec-08-12 | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Approve Cash-Settled Collar Agreement | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Fee Auditor's Combined Final Report re: Baker Donelson for 30th and 31st Interim Periods | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start review of Garlock's Opening Brief | 1.30 | TJT |
| Dec-10-12 | *Case Administration* - Review correspondence from P. Cuniff re: 45th Interim Period Quarterly Fee and Expense Chart | 0.10 | TJT |
| | *Case Administration* - Review 45th Interim Period Quarterly Fee and Expense Chart | 0.10 | TJT |
| | *Case Administration* - Confer with K. Callahan re: 45th Interim Period Quarterly Fee and Expense Chart | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of Garlock's Opening Brief | 1.20 | TJT |
| Dec-11-12 | *Fee Applications, Applicant* - Review CNO re: Sept. 2012 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review correspondence from UST re: request for information by PD Claimant | 0.10 | TJT |
| | *Case Administration* - Review correspondence from E. Westbrook re: request for information by P D Claimant | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel filed by Debtors re: proposed order for 45th Interim Period Quarterly fees | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Notice of Transfer of Claim by Fair Harbor Capital re: claim no. 30018 | 0.10 | TJT |
| | *Case Administration* - Review modified Order approving Debtor's Motion to Approve Cash Settled Collar Agreement | 0.10 | TJT |
| | *Hearings* - Review agenda for 12/17 hearing | 0.10 | TJT |
| | *Fee Applications, Applicant* - File Certificate of No Objection to September 2012 monthly fee app | 0.20 | MAG |
| | *Fee Applications, Others* - Email to L. Flores re: status of Oct. monthly fee app of Bilzin Sumberg | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to Sept. 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to Sept. 2012 fee app; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Discussion with MAG re: filing and serving certificate of no objection to Sept. 2012 fee app | 0.10 | KC |
| Dec-12-12 | *Case Administration* - Review Certificate of Counsel filed by Debtors re: 45th Interim Period project category summary | 0.10 | TJT |
| | *Case Administration* - Review order granting Debtor's Motion re: Qualified Settlement Fund | 0.10 | TJT |
| | *Case Administration* - Confer with K. Callahan re: 45th Interin Period project category summary | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by PDFCR | 0.10 | TJT |
| | *Case Administration* - Review order approving 45th Interim Period Quarterly fees | 0.10 | TJT |
| Dec-13-12 | *Plan and Disclosure Statement* - Start review of AMH's Opening Brief | 1.00 | TJT |
| | *Hearings* - Review Amended Agenda for 12/17 hearing | 0.10 | TJT |
| Dec-14-12 | *Plan and Disclosure Statement* - Complete review of AMH's Opening Brief | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Extension granted to Appellants re: appeal 12/14/02 | 0.10 | TJT |
| Dec-15-12 | *Plan and Disclosure Statement* - Review Opening Amici Brief of Loan Syndications | 0.70 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Order re: Noncomplaint Brief re: AMH Opening Brief | 0.10 | TJT |
| Dec-16-12 | *Case Administration* - Review Debtor's 45th Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review Debtor's 45th Quarterly Report of Settlements | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review status of various appeals | 0.30 | TJT |
| Dec-18-12 | *Plan and Disclosure Statement* - Briefly review AMH's refiled Opening Brief | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Addendum to AMH's Opening Brief | 0.10 | TJT |
| Dec-20-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-21-12 | *Fee Applications, Applicant* - Prepare draft invoice for Nov. 2012 fee app; to TJT for review of same | 0.10 | KC |
| Dec-24-12 | *Case Administration* - Review three miscellaneous correspondence certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Authorize Third Amendment To Post Petition Credit Facility with attachment | 0.50 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce October Prebill | 0.30 | TJT |
| Dec-26-12 | *Case Administration* - Memo to K. Callahan re: 2013 hearing schedule | 0.10 | TJT |
| Dec-27-12 | *Case Administration* - Review Notice from clerk of court re: corrective entry for docket no. 30062 and review same | 0.10 | TJT |
| | *Case Administration* - Review order rescheduling 1/28/13 hearing | 0.10 | TJT |
| | *Case Administration* - Correspondence with J. Sakalo re: order rescheduling 1/28/13 hearing | 0.20 | TJT |
| Dec-29-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-31-12 | *Case Administration* - Case status update from T. Tacconelli, review and respond re: same | 0.20 | KC |
| | *Fee Applications, Others* - Review e-mail from L. Flores and download Bilzin October 2012 fee application | 0.20 | KC |
| | *Fee Applications, Others* - Revise notice of Bilzin Oct. 2012 fee app, draft cos to same, to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Review e-mail from L. Flores and download Bilzin Nov. 2012 fee application | 0.20 | KC |
| | *Fee Applications, Others* - Revision to notice of Bilzin Nov. 2012 fee app, draft cos to same; to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's 46th Quarterly fee app for July-Sept. 2012 | 0.10 | KC |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's 46th Quarterly fee app for July-Sept. 2012; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to 46th Quarterly fee app for July-Sept. 2012 | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to 46th Quarterly fee app for July-Sept. 2012, to LLC for review | 0.20 | KC |
| | Totals | 20.10 | |

Invoice #:   46047                              Page 5                       Dec.1-Dec.31, 2012

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Dec-04-12 | Photocopy Cost | 6.90 |
| Dec-05-12 | Photocopy Cost | 15.80 |
|  | Cost Advance - Postage 7@ $.45 | 3.15 |
| Dec-06-12 | Photocopy Cost | 9.30 |
| Dec-08-12 | Photocopy Cost | 7.50 |
| Dec-10-12 | Cost Advance - Lexis Nexis - legal research November (Inv #1211367662) | 207.00 |
| Dec-11-12 | Photocopy Cost | 6.90 |
|  | Cost Advance -  First State Deliveries -hand deliveries 12/4/12 | 45.00 |
| Dec-13-12 | Cost Advance -  First State Deliveries -hand delivery 12/5/12 | 7.50 |
| Dec-15-12 | Photocopy Cost | 3.70 |
| Dec-18-12 | Photocopy Cost | 6.90 |
|  | Photocopy Cost | 0.50 |
|  | Totals | $320.15 |

**Total Fees & Disbursements**                                        **$6,323.15**