# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 4.0 | $ 2,496.00 |
| Jonathan E. Book | Counsel | Real Estate | $565.00 | 1.7 | $ 960.50 |
| | | | | | |
| TOTAL | | | | 5.7 | $ 3,456.50 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 2.47 |
| | |
| TOTAL | $ 2.47 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 28, 2012
Invoice No.: 509545
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through October 31, 2012

| | |
|---|---|
| Fees | $3,456.50 |
| Disbursements | 2.47 |
| **Total Fees and Disbursements** | **$3,458.97** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 509545
November 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/08/12 | Jaffe | P230 | Attention to issues with Shaffers, including telephone conference with team and emails with team regarding mill building and access (.9). | 0.9 |
| 10/10/12 | Jaffe | P230 | Attention to Shaffer issues, including reviewing deed property descriptions and related documents, emails and office conferences with Mr. Book regarding same, and emails with team regarding same (1.4). | 1.4 |
| 10/10/12 | Book | P240 | Confer with S. Jaffe regarding legal descriptions for assessor parcels and title research regarding same (1.7). | 1.7 |
| 10/15/12 | Jaffe | P230 | Attention to status of negotiations with EPA and new EPA project manager, including telephone conference with team and preparing for same (.8); attention to access, including emails with team (.4). | 1.2 |
| 10/31/12 | Jaffe | P230 | Emails with team regarding treatment system issues (.5). | 0.5 |
| | | | **Total Hours** | **5.7** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 509545
November 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jonathan E. Book | 1.7 | at | 565.00 | = | 960.50 |
| Seth D. Jaffe | 4.0 | at | 624.00 | = | 2,496.00 |
| **Total Fees** | | | | | **$3,456.50** |

## Disbursement Summary

| Date | | | Amount |
|---|---|---|---|
| 10/15/12 | Telephone | | 2.47 |
| | **Total Disbursements** | | **$2.47** |

| | |
|---|---|
| **Total Fees** | **$3,456.50** |
| **Total Disbursements** | **2.47** |
| **Total Fees and Disbursements** | **$3,458.97** |

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# <u>REMITTANCE PAGE</u>

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

November 28, 2012
Invoice No.: 509545
Matter No.: 08743.00102

Re:  Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**          **$3,458.97**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

Client/Matter #: 08743.00102, Invoice #: 509545
Billing Attorney: Seth D. Jaffe
Wire Originator: W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 4.1 | $ 2,558.40 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 3.4 | $ 1,462.00 |
| | | | | | |
| TOTAL | | | | 7.5 | $ 4,020.40 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 28, 2012
Invoice No.: 509546
Matter No.: 08743.00103

**Re:**  **Wells G&H Superfund Site**

For Professional Services rendered through October 31, 2012

|  |  |
|---|---|
| Fees | $4,020.40 |
| **Total Fees and Disbursements** | **$4,020.40** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 509546
November 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 10/01/12 | Jaffe | P230 | Attention to on-site soil cleanup issues, including emails with team, reviewing proposed sampling approach, and telephone conference with team regarding same (1.3). | 1.3 |
| 10/10/12 | Jaffe | P230 | Attention to Grace on-site groundwater issues, including reviewing EPA comments on Grace groundwater submittal and emails with team regarding same (1.3). | 1.3 |
| 10/26/12 | Jaffe | P230 | Attention to planning for EPA meeting, including reviewing draft agenda and email with team regarding research tasks for same (.8). | 0.8 |
| 10/30/12 | Boyd | P230 | Discussion with S. Jaffe regarding research needed for changes in ROD for Grace property (.1); review of EPA response and recent documents (.3); conduct legal research on regulatory requirements for revisions to ROD (1.4) | 1.8 |
| 10/31/12 | Boyd | P230 | Review ROD (.3); conduct legal research on regulatory requirements for EPA changes to ROD (1.3) | 1.6 |
| 10/31/12 | Jaffe | P230 | Attention to ROD cleanup changes, including office conference with Ms. Boyd regarding same (.7). | 0.7 |
| | | | **Total Hours** | **7.5** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 509546
November 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 3.4 | at | 430.00 | = | 1,462.00 |
| Seth D. Jaffe | 4.1 | at | 624.00 | = | 2,558.40 |
| **Total Fees** | | | | | **$4,020.40** |

| | |
|---|---|
| **Total Fees** | **$4,020.40** |
| **Total Fees and Disbursements** | **$4,020.40** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

November 28, 2012
Invoice No.: 509546
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

**Total Fees and Disbursements**                               **$4,020.40**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00103, Invoice #: 509546**
**Billing Attorney: Seth D. Jaffe**
**Wire Originator:** W.R. Grace & Company

## Matter 108 - Discovery Sciences FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 4.5 | $  2,182.50 |
| | | | | | |
| **TOTAL** | | | | 4.5 | $  2,182.50 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 28, 2012
Invoice No.: 509547
Matter No.: 08743.00108

**Re: Discovery Sciences FDA Matters**

For Professional Services rendered through October 31, 2012

| | |
|---|---|
| Fees | $2,182.50 |
| **Total Fees and Disbursements** | **$2,182.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 509547
November 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/02/12 | Flaherty | C300 | Research and analyze Alltech 3300 ELSD FDA requirements (2.0); teleconference with S. Perdue, L. Duff, S. Wood, J. Anderson, M. Buono, and B. Jurd regarding same (0.7); follow up and summary email to group regarding same (0.8). | 3.5 |
| 10/15/12 | Flaherty | C300 | Voicemail and e-mail correspondence with S. Perdue regarding registration and listing questions (0.2); review registration and listing requirements in connection with same (0.1). | 0.3 |
| 10/16/12 | Flaherty | C300 | E-mail correspondence with B. Jurd regarding FDA requirements for lasers (0.1). | 0.1 |
| 10/19/12 | Flaherty | C300 | Prepare for conference call with B. Jurd and S. Wood regarding FDA requirements for lasers (0.1); telephone conference with B. Jurd and S. Wood regarding same (0.4); follow-up regarding same, including e-mail to B. Jurd and S. Wood (0.1). | 0.6 |
| | | | **Total Hours** | **4.5** |

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 509547
November 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 4.5 | at | 485.00 | = | 2,182.50 |
| **Total Fees** | | | | | **$2,182.50** |

| | |
|---|---|
| **Total Fees** | **$2,182.50** |
| **Total Fees and Disbursements** | **$2,182.50** |

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

November 28, 2012
Invoice No.: 509547
Matter No.: 08743.00108

**Re:** **Discovery Sciences FDA Matters**

**Total Fees and Disbursements**        **$2,182.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00108, Invoice #: 509547**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON      WASHINGTON      EMERGING ENTERPRISE CENTER      FOLEYHOAG.COM