# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF) |
|  | (Jointly Administered) |
| Debtors. | Objection Deadline: |
|  | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 0.7 | $ 436.80 |
| TOTAL | | | | 0.7 | $ 436.80 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 24.10 |
| TOTAL | $ 24.10 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510834
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

For Professional Services rendered through November 30, 2012

| | |
|---|---:|
| Fees | $436.80 |
| Disbursements | 24.10 |
| **Total Fees and Disbursements** | **$460.90** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 510834
December 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/08/12 | Jaffe | P230 | Preparing quarterly fee application (.7). | 0.7 |
| | | | **Total Hours** | **0.7** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 510834
December 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.7 | at | 624.00 | = | 436.80 |
| **Total Fees** | | | | | **$436.80** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/08/12 | In-House Photocopying | 2.70 |
| 11/09/12 | In-House Photocopying | 4.80 |
| 11/14/12 | In-House Photocopying | 16.60 |
| | **Total Disbursements** | **$24.10** |

| | |
|---|---|
| **Total Fees** | **$436.80** |
| **Total Disbursements** | **24.10** |
| **Total Fees and Disbursements** | **$460.90** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510834
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

**Total Fees and Disbursements**      **$460.90**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 510834
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 1.9 | $  1,185.60 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 1.9 | $  1,185.60 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510835
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through November 30, 2012

|  |  |
|---|---|
| Fees | $1,185.60 |
| **Total Fees and Disbursements** | **$1,185.60** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 510835
December 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/01/12 | Jaffe | P230 | Reviewing EPA comments on work scope and emails with team regarding same (.5). | 0.5 |
| 11/04/12 | Jaffe | P230 | Emails with Mr. Bucens regarding meeting with EPA (.2). | 0.2 |
| 11/08/12 | Jaffe | P230 | Attention to issues regarding area downstream of West Street Dam, including telephone call with Mr. Bucens, emails with Mr. Bucens and Ms. Duff, and reviewing consent decree and statement of work regarding same (1.2). | 1.2 |
| | | | **Total Hours** | **1.9** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 510835
December 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.9 | at | 624.00 | = | 1,185.60 |
| **Total Fees** | | | | | **$1,185.60** |

| | |
|---|---|
| **Total Fees** | **$1,185.60** |
| **Total Fees and Disbursements** | **$1,185.60** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510835
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**        **$1,185.60**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 510835
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 8.2 | $ 5,116.80 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 18.3 | $ 7,869.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **26.5** | **$ 12,985.80** |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510836
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

For Professional Services rendered through November 30, 2012

| | |
|---|---|
| Fees | $12,985.80 |
| **Total Fees and Disbursements** | **$12,985.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON     WASHINGTON     EMERGING ENTERPRISE CENTER     FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 510836
December 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/01/12 | Boyd | P230 | Prepared for and attended discussion with S. Jaffe about preliminary results of research (1.1); conducted research on changes to RODs approved within Region 1 of EPA (2.7). | 3.8 |
| 11/01/12 | Jaffe | P230 | Attention to response to EPA, including reviewing issues related to changes in remedy and office conference with Ms. Boyd regarding same (.7). | 0.7 |
| 11/02/12 | Jaffe | P230 | Attention to Grace property issues, including office conference with Ms. Boyd and telephone conference with team (2.2). | 2.2 |
| 11/02/12 | Boyd | P230 | Prepared for and attended conference call with Grace Team to discuss response to EPA letter on soil and groundwater issues on source property (2.0); conducted legal research on ROD amendments within Region 1 (1.8). | 3.8 |
| 11/05/12 | Boyd | P230 | Reviewed amended RODs and explanations of substantial differences to determine Region 1 analysis on when amended ROD is required (2.9); draft memorandum outlining conclusions (.6). | 3.5 |
| 11/07/12 | Jaffe | P230 | Attention to Grace property issues, including emails with team regarding meeting with EPA (.4). | 0.4 |
| 11/08/12 | Boyd | P230 | Review of ROD for Wells G&H (.3); draft memorandum (.4). | 0.7 |
| 11/08/12 | Jaffe | P230 | Reviewing, revising, draft annual report and emails with team regarding same (2.2). | 2.2 |
| 11/09/12 | Boyd | P230 | Draft memorandum regarding EPA regulations on changes to remedy in ROD for Grace Source Area (3.9). | 3.9 |
| 11/12/12 | Jaffe | P230 | Attention to Grace property issues, including emails with Ms. Boyd regarding change in remedy, reviewing, revising, draft annual report and emails with team regarding same (1.2). | 1.2 |
| 11/13/12 | Jaffe | P230 | Emails with team regarding planning for EPA meeting (.4). | 0.4 |
| 11/15/12 | Jaffe | P230 | Emails with team regarding meeting with EPA | 0.3 |

Matter No.: 08743.00103                                    Invoice No.: 510836
Re: Wells G&H Superfund Site                              December 28, 2012
                                                                    Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | (.3). | |
| 11/19/12 | Boyd | P230 | Review and revise draft memorandum on change to remedy (.9). | 0.9 |
| 11/20/12 | Boyd | P230 | Reviewed and revised draft memorandum (.8); draft e-mail to Grace team requesting more information about soil concentration levels (.4) | 1.2 |
| 11/20/12 | Jaffe | P230 | Attention to Grace property soil issues, including emails with team and reviewing documents on cPAH remedies from Ms. Sheehan (.8) | 0.8 |
| 11/28/12 | Boyd | P230 | Review e-mails and backup information regarding soil contamination levels for use in memorandum on EPA changes to remedy. | 0.5 |
| | | | **Total Hours** | **26.5** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 510836
December 28, 2012
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|-----|--------|-----|----------|
| Amy E Boyd | 18.3 | at | 430.00 | = | 7,869.00 |
| Seth D. Jaffe | 8.2 | at | 624.00 | = | 5,116.80 |
| **Total Fees** | | | | | **$12,985.80** |

| | |
|---|---|
| **Total Fees** | **$12,985.80** |
| **Total Fees and Disbursements** | **$12,985.80** |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510836
Matter No.: 08743.00103

Re:  **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$12,985.80**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 510836
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 108 - Discovery Sciences FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 1.3 | $    630.50 |
| | | | | | |
| **TOTAL** | | | | **1.3** | **$    630.50** |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510837
Matter No.: 08743.00108

**Re:    Discovery Sciences FDA Matters**

For Professional Services rendered through November 30, 2012

|  |  |
|---|---|
| Fees | $630.50 |
| **Total Fees and Disbursements** | **$630.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 510837
December 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/05/12 | Flaherty | C300 | Voicemail to S. Perdue regarding FDA registration and listing requirements (0.1). | 0.1 |
| 11/09/12 | Flaherty | C300 | Prepare for call with S. Perdue regarding FDA registration and listing requirements (0.1); telephone conference with S. Perdue regarding same (0.4). | 0.5 |
| 11/27/12 | Flaherty | C300 | E-mail correspondence with E. Eller and L. Duff regarding final FDA medical device classification memos and medical device tax. | 0.1 |
| 11/29/12 | Flaherty | C300 | Research and analyze medical device tax issues (0.3); prepare for and participate in telephone conference with E. Eller regarding medical device tax issue (0.3). | 0.6 |
| | | | **Total Hours** | **1.3** |

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 510837
December 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 1.3 | at | 485.00 | = | 630.50 |
| | **Total Fees** | | | | $630.50 |

| | | |
|---|---|---|
| **Total Fees** | | $630.50 |
| **Total Fees and Disbursements** | | $630.50 |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510837
Matter No.: 08743.00108

Re:   **Discovery Sciences FDA Matters**

      **Total Fees and Disbursements**      <u>**$630.50**</u>

**Remittance Address:**
**Foley Hoag LLP**
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00108, **Invoice #:** 510837
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 113 - Silicas FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 2.1 | $ 1,018.50 |
| | | | | | |
| TOTAL | | | | 2.1 | $ 1,018.50 |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510838
Matter No.: 08743.00113

**Re:    Silicas FDA Matters**

For Professional Services rendered through November 30, 2012

| | |
|---|---|
| Fees | $1,018.50 |
| **Total Fees and Disbursements** | **$1,018.50** |

Matter No.: 08743.00113
Re: Silicas FDA Matters

Invoice No.: 510838
December 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/06/12 | Flaherty | C300 | Telephone conference with L. Duff and B. Jurd regarding various FDA registration requirements and related issues (0.2). | 0.2 |
| 11/28/12 | Flaherty | C300 | E-mail correspondence with B. Jurd, T. Jones, and L. Duff regarding FDA excipient registration issues (0.1). | 0.1 |
| 11/29/12 | Flaherty | C300 | Research and analyze FDA excipient registration issues (1.2); prepare for and participate in telephone conference with L. Duff, B. Jurd and T. Jones regarding same (0.6). | 1.8 |

**Total Hours**     2.1

Matter No.: 08743.00113                                      Invoice No.: 510838
Re: Silicas FDA Matters                                     December 28, 2012
                                                            Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 2.1 | at | 485.00 | = | 1,018.50 |
| | | | | | |
| **Total Fees** | | | | | $1,018.50 |

| | | |
|---|---|---|
| **Total Fees** | | $1,018.50 |
| **Total Fees and Disbursements** | | $1,018.50 |


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2012
Invoice No.: 510838
Matter No.: 08743.00113

**Re:**   **Silicas FDA Matters**

**Total Fees and Disbursements**        **$1,018.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00113, **Invoice #:** 510838
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company