# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 1.7 | $ 1,060.80 |
| | | | | | |
| TOTAL | | | | 1.7 | $ 1,060.80 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 28, 2013
Invoice No.: 512525
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through December 31, 2012

| | |
|---|---|
| Fees | $1,060.80 |
| **Total Fees and Disbursements** | **$1,060.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 512525
January 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/12/12 | Jaffe | P230 | Reviewing, revising, draft annual monitoring report and email to team regarding same (1.7). | 1.7 |
| | | | **Total Hours** | **1.7** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 512525
January 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.7 | at | 624.00 | = | 1,060.80 |
| | | | **Total Fees** | | **$1,060.80** |

| | | |
|---|---|---|
| **Total Fees** | | **$1,060.80** |
| **Total Fees and Disbursements** | | **$1,060.80** |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 28, 2013
Invoice No.: 512525
Matter No.: 08743.00088

**Re:**   **Acton Site OU3**

**Total Fees and Disbursements**          **$1,060.80**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 512525
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

### Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 3.7 | $ 2,308.80 |
| Jacob N. Polatin | Partner | Real Estate | $601.00 | 2.9 | $ 1,742.90 |
| | | | | | |
| **TOTAL** | | | | 6.6 | $ 4,051.70 |

#### Expenses

| Description | Total |
|---|---|
| Document Production | $ .72 |
| | |
| **TOTAL** | $ .72 |


## FOLEY
## HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 28, 2013
Invoice No.: 512526
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through December 31, 2012

| | |
|---|---|
| Fees | $4,051.70 |
| Disbursements | 0.72 |
| **Total Fees and Disbursements** | **$4,052.42** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 512526
January 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/12/12 | Jaffe | P230 | Attention to institutional controls issue, including reviewing EPA comments, reviewing, revising draft response, reviewing prior restrictions, and emails with Mr. Polatin regarding same (2.2). | 2.2 |
| 12/13/12 | Polatin | B110 | Research regarding enforceability of easement in gross (1.1). | 1.1 |
| 12/17/12 | Jaffe | P230 | Attention to institutional controls issue, reviewing issues related to current restrictions, and emails with team regarding same (1.2). | 1.2 |
| 12/19/12 | Jaffe | P230 | Emails with Mr. Bucens regarding institutional controls issues (.3). | 0.3 |
| 12/20/12 | Polatin | B110 | Review recorded restrictions; email to client regarding survival provisions (.9). | 0.9 |
| 12/21/12 | Polatin | B110 | Prepare legal descriptions (.9). | 0.9 |
| | | | **Total Hours** | **6.6** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 512526
January 28, 2013
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 2.9 | at | 601.00 | = | 1,742.90 |
| Seth D. Jaffe | 3.7 | at | 624.00 | = | 2,308.80 |
| | **Total Fees** | | | | **$4,051.70** |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 12/12/12 | Document Preparation | 0.72 |
| | **Total Disbursements** | **$0.72** |

| | |
|---|---|
| **Total Fees** | **$4,051.70** |
| **Total Disbursements** | **0.72** |
| **Total Fees and Disbursements** | **$4,052.42** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 28, 2013
Invoice No.: 512526
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**      **$4,052.42**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 512526
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 22.8 | $ 14,227.20 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 26.0 | $ 11,180.00 |
| | | | | | |
| TOTAL | | | | 48.8 | $ 25,407.20 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 1,003.35 |
| Document Production | $ .24 |
| Taxi Fare | $ 19.00 |
| Meals* | $ 139.05 |
| | |
| TOTAL | $ 1,161.64 |

*This was for lunch for 9 people at our Boston office on 12/13/12. This was a strategy meeting in preparation for a 12/14/12 meeting at the EPA involving Grace property issues.

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 28, 2013
Invoice No.: 512527
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

For Professional Services rendered through December 31, 2012

| | |
|---|---|
| Fees | $25,407.20 |
| Disbursements | 1,161.64 |
| **Total Fees and Disbursements** | **$26,568.84** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 512527
January 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/04/12 | Boyd | P230 | Draft memorandum on changes to ROD (2.6). | 2.6 |
| 12/05/12 | Boyd | P230 | Prepare for and attend team conference call to discuss agenda for meeting with EPA on Grace Source Area (2.6); review memoranda from C. Smith on soils data (.4); review and revise draft memorandum on changes to ROD (1.1). | 4.1 |
| 12/05/12 | Jaffe | P230 | Preparation for EPA meeting on Grace property issues, including team telephone conference and reviewing documents from Mr. Guswa and Mr. Smith for same (3.4). | 3.4 |
| 12/06/12 | Boyd | P230 | Conduct legal research on modification of soil standards in ROD (1.9); draft memorandum on changes to ROD (1.6). | 3.5 |
| 12/07/12 | Jaffe | P230 | Attention to Grace property issues, including reviewing, revising, draft memorandum to Ms. Duff regarding mechanisms for changing remedy selection, and emails with team regarding EPA meeting (1.7). | 1.7 |
| 12/07/12 | Boyd | P230 | Review and revise draft memorandum evaluating regulatory requirements for proposed changes to ROD (3.3); send to L. Duff (.1). | 3.4 |
| 12/10/12 | Jaffe | P230 | Preparation for meeting with EPA regarding Grace property, including emails with team, reviewing, draft Guswa presentation, and team telephone conference (2.4). | 2.4 |
| 12/10/12 | Boyd | P230 | Attend conference call to discuss presentation to EPA on source area soils and groundwater issues (.9). | 0.9 |
| 12/13/12 | Boyd | P230 | Attended meeting to discuss presentation to EPA on source area soil and groundwater issues (3.1); attention to draft presentations (.3). | 3.4 |
| 12/13/12 | Jaffe | P230 | Attention to Grace property issues, including team meeting to prepare for meeting with EPA, emails with team and reviewing documents in preparation for same (4.1). | 4.1 |
| 12/14/12 | Jaffe | P230 | Meeting at EPA regarding Grace property issues and pre- and post-meeting discussions with team (8.1). | 8.1 |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 512527
January 28, 2013
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/14/12 | Boyd | P230 | Prepare for and attend meeting with EPA and DEP to discuss source area soil and groundwater (7.2). | 7.2 |
| 12/17/12 | Jaffe | P230 | Follow-up to EPA meeting, including reviewing soil risk information and emails with team regarding same (.6). | 0.6 |
| 12/20/12 | Boyd | P230 | Review e-mails and draft minutes of meeting with EPA regarding Source Area remedy (.2). | 0.2 |
| 12/20/12 | Jaffe | P230 | Attention to Grace property issues, including reviewing, revising, draft meeting minutes and emails with team regarding same, and reviewing soil contamination data and emails with team regarding same (1.2). | 1.2 |
| 12/21/12 | Jaffe | P230 | Attention to Grace property issues, including team conference call and preparation for same and reviewing revised draft minutes of meeting with EPA (1.3). | 1.3 |
| 12/21/12 | Boyd | P230 | Attended conference call with Grace Team to discuss meeting minutes and follow-up on soil and groundwater data (.7). | 0.7 |

**Total Hours**    **48.8**

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 512527
January 28, 2013
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 26.0 | at | 430.00 | = | 11,180.00 |
| Seth D. Jaffe | 22.8 | at | 624.00 | = | 14,227.20 |
| | | | | | |
| **Total Fees** | | | | | **$25,407.20** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 12/14/12 | In-House Photocopying | 3.60 |
| 12/13/12 | In-House Color Photocopying | 540.00 |
| 12/14/12 | In-House Color Photocopying | 459.75 |
| 12/13/12 | Document Production 1-999 | 0.24 |
| 12/19/12 | Taxi Fare Taxi - Seth D. Jaffe Cabs to and from P.O. Square for meeting at EPA 12/14/12 | 19.00 |
| 12/17/12 | Meals - SODEXHO & AFFILIATES - 12/13/12 - W.R. GRACE | 139.05 |
| | **Total Disbursements** | **$1,161.64** |

| | |
|---|---|
| **Total Fees** | **$25,407.20** |
| **Total Disbursements** | **1,161.64** |
| **Total Fees and Disbursements** | **$26,568.84** |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 28, 2013
Invoice No.: 512527
Matter No.: 08743.00103

**Re:**  **Wells G&H Superfund Site**

**Total Fees and Disbursements**  $\underline{\$26,568.84}$

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 512527
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 108 - Discovery Sciences FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 1.6 | $ 776.00 |
| Ross Margulies | Associate | Administrative | $320.00 | 1.8 | $ 576.00 |
| Thomas Barker | Partner | Administrative | $740.00 | 3.3 | $ 2,442.00 |
| | | | | | |
| TOTAL | | | | 6.7 | $ 3,794.00 |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 28, 2013
Invoice No.: 512528
Matter No.: 08743.00108

Re:    **Discovery Sciences FDA Matters**

For Professional Services rendered through December 31, 2012

| | |
|---|---|
| Fees | $3,794.00 |
| **Total Fees and Disbursements** | **$3,794.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 512528
January 28, 2013
Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Tsk</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|---|
| 12/06/12 | Flaherty | C300 | E-mail correspondence with E. Eller, L. Duff, and T. Barker regarding medical device tax and scheduling call to discuss same (0.1); confer with T. Barker regarding same (0.1). | 0.2 |
| 12/11/12 | Barker | C300 | Teleconference with client (0.1); background research on device tax question (0.1); review regulation in advance of call (0.1). | 0.3 |
| 12/11/12 | Flaherty | C300 | Review and analyze IRS medical device tax regulations and related materials in view of Sodasorb issues (0.5); telephone conference with E. Eller and T. Barker regarding same (0.2). | 0.7 |
| 12/21/12 | Flaherty | C300 | Email correspondence with E. Eller and T. Barker regarding medical device tax issues (0.1). | 0.1 |
| 12/24/12 | Barker | C300 | Additional research for client on applicability of device tax to Sodasorb product (1.5). | 1.5 |
| 12/27/12 | Margulies | C300 | Meeting preparation and call with client to discuss Sodasorb and device tax (1.8). | 1.8 |
| 12/27/12 | Barker | C300 | Prepare for call with client and teleconference with client (1.5). | 1.5 |
| 12/27/12 | Flaherty | C300 | Prepare for and participate in telephone conference with E. Eller, T. Barker, and R. Margulies regarding medical device tax issues (0.5); follow-up regarding same (0.1). | 0.6 |

**Total Hours**    **6.7**

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 512528
January 28, 2013
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|----|------|---|--------|
| James Flaherty | 1.6 | at | 485.00 | = | 776.00 |
| Ross Margulies | 1.8 | at | 320.00 | = | 576.00 |
| Thomas Barker | 3.3 | at | 740.00 | = | 2,442.00 |
| **Total Fees** | | | | | **$3,794.00** |

**Total Fees**      **$3,794.00**
**Total Fees and Disbursements**      **$3,794.00**


FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 28, 2013
Invoice No.: 512528
Matter No.: 08743.00108

**Re:**   **Discovery Sciences FDA Matters**

**Total Fees and Disbursements**                **$3,794.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00108, **Invoice #:** 512528
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM