## EXHIBIT A

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| AIG<br><br>American International Group, Inc.<br>National Union Fire Insurance Company | International Lease Finance Corporation | Current |
| Amoco Chemicals Co.<br>Amoco Corporation<br>Amoco Oil Co.<br>Amoco Shipping Company<br>Arco Petroleum Products Co.<br>Atlantic Richfield<br>BP<br>BP - Carson, CA<br>BP Amoco Chemical - Chicago, IL<br>BP Amoco PLC<br>BP Chemicals<br>BP Energy Ltd.<br>BP International Ltd.<br>BP of America<br>BP Oil Corporation<br>Remet (Ny) Mrl Inds | BP America - Tank Fund | Current |
| Angus Chemical Company<br>Dow Chemical Company<br>Dow Chemical USA<br>Dow Corning<br>Dupont Dow Elastics Co. [Joint Venture]<br>DuPont Dow Elastomers [Joint Venture]<br>General Latex & Chemical Group<br>Hampshire Chemical Corp.<br>Rohm & Haas<br>Texize Chemicals, Inc.<br>Union Carbide Corporation | Rohm and Haas Company | Current |
| AON Risk Services | Hewitt Associates LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| ASA (Actuarial Sciences Associates Inc) | | |
| Barclays Bank PLC<br>Barclays Global Investors (UK) Ltd.<br>Barclays Global Investors NA | Barclays Capital, LLC | Current |
| The Blackstone Group | David Johnson | Current |
| First National Bank<br>Kelts LLC<br>Royal Bank of Scotland | RBS Americas | Current |
| GoldenTree 2004 Trust<br>GoldenTree Credit Opportunities | GoldenTree Asset Management, LP | Current |
| Goldman Sachs Credit Partners LP<br>Goldman Sachs Lending | Goldman Sachs (Asia) LLC | Current |
| Macquarie Bank Ltd. | Macquarie Capital Hong Kong Limited<br>Macquarie Infrastructure & Real Assets (Europe) Limited<br>Macquarie Infrastructure and Real Assets, Inc. | Current<br>Current<br>Current |
| Reilly Industries, Inc.<br>Reilly Tar & Chemical Corporation | Konrad Salaber | Current |
| Wal-Mart Stores, Inc. | Wal-Mart Stores, Inc. | Current |
| World Auxiliary Ins. Corp. Ltd. | River Road Asset Management LLC | Current |