**Attachment A-1**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of October 1, 2012 through December 31, 2012**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the months of October through
December 2012.

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Brett E Cohen | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 1.0 | $ 1,074.42 |
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 3.0 | $ 3,223.26 |
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 0.5 | $ 537.21 |
| Michael S Coleman | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 1.0 | $ 1,074.42 |
| Matthew E Sabatini | Audit Partner | 20+ | Integrated Audit | $ 1,042.67 | 11.0 | $ 11,469.37 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | $ 1,005.84 | 6.5 | $ 6,537.96 |
| Brian C Wiegmann | Audit Director | 12 | Integrated Audit | $ 861.06 | 3.0 | $ 2,583.18 |
| Paul W Francis | Audit Director | 12 | Integrated Audit | $ 861.06 | 1.0 | $ 861.06 |
| James Douglas Summa | Audit Partner | 20+ | Integrated Audit | $ 825.50 | 0.5 | $ 412.75 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 110.5 | $ 89,814.40 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | $ 778.52 | 0.5 | $ 389.26 |
| Kristin Nicole Derington-Ruiz | Audit Senior Manager | 11 | Integrated Audit | $ 778.51 | 3.5 | $ 2,724.79 |
| Patrick D Young | Audit Senior Manager | 11 | Integrated Audit | $ 778.51 | 2.0 | $ 1,557.02 |
| Jesse Reed Tracey | Audit Director | 20+ | Integrated Audit | $ 755.66 | 1.0 | $ 755.66 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 10.0 | $ 7,023.10 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 10.5 | $ 7,374.26 |
| Damien Hughes | Audit Director | 11 | Integrated Audit | $ 688.34 | 2.0 | $ 1,376.68 |
| Dwight Grant | Audit Managing Director | 12 | Integrated Audit | $ 648.66 | 1.0 | $ 648.66 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 603.20 | 8.6 | $ 5,187.52 |
| James C Horvath | Audit Manager | 8 | Integrated Audit | $ 571.50 | 14.9 | $ 8,515.35 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 503.20 | 2.6 | $ 1,308.32 |
| Adam D Houston | Audit Senior Manager | 11 | Integrated Audit | $ 490.22 | 73.0 | $ 35,786.06 |
| Maxime Charlebois | Audit Director | 12 | Integrated Audit | $ 474.24 | 3.0 | $ 1,422.72 |
| Amy Andrews | Audit Manager | 8 | Integrated Audit | $ 473.71 | 11.0 | $ 5,210.81 |
| Amy Andrews | Audit Manager | 8 | Integrated Audit | $ 470.98 | 2.0 | $ 941.96 |
| David C Sands | Audit Director | 11 | Integrated Audit | $ 445.77 | 20.5 | $ 9,138.29 |
| Ilanit Shtein | Audit Senior manager | 11 | Integrated Audit | $ 440.69 | 4.5 | $ 1,983.11 |
| Jody B Underhill | Tax Director | 11 | Integrated Audit | $ 426.40 | 83.4 | $ 35,561.76 |
| Kaitlin M Redding | Audit Manager | 7 | Integrated Audit | $ 403.86 | 58.5 | $ 23,625.81 |
| Lilai Gebreselassie | Audit Manager | 8 | Integrated Audit | $ 403.85 | 0.4 | $ 161.54 |

{02411:PLDG:10197164.DOC}

| Name | Title | | | | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|---|---|
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | $ | 358.14 | 289.0 | $ | 103,502.46 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ | 322.58 | 59.0 | $ | 19,032.22 |
| Heather Elizabeth Vonk | Tax Manager | 7 | Integrated Audit | $ | 322.40 | 7.0 | $ | 2,256.80 |
| Brendan Witt | Audit Senior Associate | 6 | Integrated Audit | $ | 292.10 | 1.0 | $ | 292.10 |
| Brendan Witt | Audit Senior Associate | 6 | Integrated Audit | $ | 282.90 | 0.2 | $ | 56.58 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | $ | 249.60 | 64.0 | $ | 15,974.40 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | $ | 246.38 | 401.5 | $ | 98,921.57 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ | 242.57 | 425.2 | $ | 103,140.76 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | $ | 240.03 | 44.5 | $ | 10,681.34 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | $ | 228.60 | 381.3 | $ | 87,165.18 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | $ | 190.50 | 48.0 | $ | 9,144.00 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | $ | 184.15 | 345.0 | $ | 63,531.75 |
| Colin Patrick Haffey | Audit Experienced Associate | 2 | Integrated Audit | $ | 181.61 | 31.5 | $ | 5,720.72 |
| Michael Zachary Landerfelt | Audit Experienced Associate | 2 | Integrated Audit | $ | 181.61 | 3.0 | $ | 544.83 |
| Valeka Wilson | Audit Experienced Associate | 2 | Integrated Audit | $ | 171.46 | 0.5 | $ | 85.73 |
| Pamela Felder | Audit Experienced Associate | 2 | Integrated Audit | $ | 171.45 | 1.5 | $ | 257.18 |
| Bryan David Love | Audit Experienced Associate | 2 | Integrated Audit | $ | 170.18 | 11.8 | $ | 2,008.12 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ | 170.18 | 443.5 | $ | 75,474.83 |
| Thomas Robert Dickson | Audit Experienced Associate | 2 | Integrated Audit | $ | 170.18 | 8.5 | $ | 1,446.53 |
| William D Struthers | Audit Experienced Associate | 2 | Integrated Audit | $ | 170.18 | 3.0 | $ | 510.54 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | $ | 166.40 | 31.0 | $ | 5,158.40 |
| John Ehrhardt | Audit Associate | 1 | Integrated Audit | $ | 149.86 | 1.0 | $ | 149.86 |
| Ashley Ford | Audit Associate | 1 | Integrated Audit | $ | 139.70 | 1.5 | $ | 209.55 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | $ | 139.70 | 351.8 | $ | 49,146.46 |
| Patrice Elizabeth Boucher | Audit Associate | 1 | Integrated Audit | $ | 139.70 | 8.5 | $ | 1,187.45 |
| Anne McDonnell Rose | Audit Associate | 1 | Integrated Audit | $ | 139.70 | 1.0 | $ | 139.70 |
| Jesse Ryan Lawrence | Audit Associate | 1 | Integrated Audit | $ | 139.70 | 16.0 | $ | 2,235.20 |
| Melissa Ann Mascelli | Audit Associate | 1 | Integrated Audit | $ | 139.70 | 4.0 | $ | 558.80 |
| Cesar Viana Rosa | Project Specialist | 1 | Integrated Audit | $ | 124.46 | 18.0 | $ | 2,240.28 |
| Adriano Carisimo | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 2.0 | $ | 246.00 |
| Agustin Hernandez | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 4.0 | $ | 492.00 |
| Andrew Machota | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 0.1 | $ | 12.30 |
| Brian Cox | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 1.0 | $ | 123.00 |
| Carina Centeno | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 5.0 | $ | 615.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 23.8 | $ | 2,927.40 |
| Daiana Bustamante | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 0.5 | $ | 61.50 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 4.0 | $ | 492.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 3.8 | $ | 467.40 |
| Emiliano Orlando | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 4.0 | $ | 492.00 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 1.0 | $ | 123.00 |

| Franco Petracca | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 4.0 | $ | 492.00 |
|---|---|---|---|---|---|---|---|---|
| Gabriel Garcia Diaz | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 6.3 | $ | 774.90 |
| Juan Carlos Amarilla | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 1.0 | $ | 123.00 |
| Julian Stagnaro | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 5.0 | $ | 615.00 |
| Karina Lizarraga | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 11.0 | $ | 1,353.00 |
| Lauren S Clark | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 7.5 | $ | 922.50 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 4.0 | $ | 492.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 3.0 | $ | 369.00 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 18.0 | $ | 2,214.00 |
| Manuel Moreno | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 11.5 | $ | 1,414.50 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 4.0 | $ | 492.00 |
| Mariana Panelo | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 2.0 | $ | 246.00 |
| Patricia Spychala | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 2.7 | $ | 332.10 |
| Romina Sandrino | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 1.0 | $ | 123.00 |
| Santiago Telmo | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 2.3 | $ | 282.90 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 4.5 | $ | 553.50 |
| Johanna Alvarez | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 8.8 | $ | 1,082.40 |
| Rajtilak Bhattacharjee | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.3 | $ | 34.29 |
| Arnab Das | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.7 | $ | 80.01 |
| Dipanwita Bhattacharya | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.6 | $ | 68.58 |
| Hanyue Zhao | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 5.5 | $ | 628.65 |
| Salome Toppo | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.7 | $ | 80.01 |
| Sanjit Das | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.5 | $ | 57.15 |
| Sanjukta Sasmal | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.5 | $ | 57.15 |
| Shahzeb Ahmed | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.7 | $ | 80.01 |
| Mainak Ghosh | Project Specialist | 1 | Integrated Audit | $ | 114.29 | 0.2 | $ | 22.86 |
| Niladri S Patra | Project Specialist | 1 | Integrated Audit | $ | 114.29 | 0.2 | $ | 22.86 |
| Nilay Sasmal | Project Specialist | 1 | Integrated Audit | $ | 114.29 | 0.2 | $ | 22.86 |
| Rajni Sharma | Project Specialist | 1 | Integrated Audit | $ | 114.29 | 0.2 | $ | 22.86 |
| Satyajit Das | Project Specialist | 1 | Integrated Audit | $ | 114.29 | 0.2 | $ | 22.86 |
| Basab Nanda | Project Specialist | 1 | Integrated Audit | $ | 114.28 | 0.3 | $ | 34.28 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Allison S Keen | Project Specialist | 1 | Integrated Audit | $ | 105.78 | 18.7 | $ 1,978.09 |
| Brittany M Kuntz | Project Specialist | 1 | Integrated Audit | $ | 93.60 | 0.1 | $ 9.36 |
| | | | | **Total** | | **3,628.1** | **$ 950,209.29** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 29.5 | | $ 4,756.42 |
|---|---|---|---|

## Summary of PwC's Fees By Project Category:
## For the months of October 2012 through December 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | **29.5** | **$4,756.42** |
| 13-Financing | | |

| | | |
|---|---|---|
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **3,628.1** | **$950,209.29** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **3,657.6** | **$ 954,965.71** |

**Expense Summary**
**October 2012 through December 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$11,511.59** |
| **Lodging** | **N/A** | **$4,553.15** |
| **Sundry** | **N/A** | **$785.24** |
| **Business Meals** | **N/A** | **$1,687.65** |
| **TOTAL:** | | **$ 18,537.63** |