# Exhibit – A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

## ORDER APPROVING FORTY-SEVENTH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD OF OCTOBER 1, 2012 THROUGH DECEMBER 31, 2012

Upon consideration of the Forty-Seventh Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period October 1, 2012 through December 31, 2012, dated February 14, 2013 (the "Application"); and upon the Certification of Thomas E. Smith in support of the Application; and upon a hearing having been held before this Court to consider the Forty-Seventh Quarterly Fee Application; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Forty-Seventh Quarterly Fee Application is approved, and it is further

ORDERED that the compensation for services rendered in the amount of $950,209.29 (plus $4,756.42 for preparing the related fee applications) and reimbursement of expenses in the aggregate amount of $18,537.63 with respect to the October 1, 2012 through December 31, 2012 monthly applications are hereby granted to PwC.

Dated: _____, 2012

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

{02411:PLDG:10195143.DOC}