IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF ADDRESS CHANGE**

**PLEASE TAKE NOTICE** that Marla R. Eskin, Esquire, Mark T. Hurford, Esquire, and Kathleen Campbell Davis, Esquire, Delaware and Associated Counsel for the Official Committee of Asbestos Claimants, have a new address.

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in these proceedings shall be served upon Marla R. Eskin, Esquire, Mark T. Hurford, Esquire, and Kathleen Campbell Davis, Esquire, at the following address:

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Kathleen Campbell Davis, Esquire
Campbell & Levine, LLC
222 Delaware Avenue
Suite 1620
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

Dated: February 14, 2013                    CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Marla R. Eskin, Esquire (I.D. #2989
Mark T. Hurford (I.D. #3299)
Kathleen Campbell Davis (I.D. #4229)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900

*Delaware and Associated Counsel for the Official Committee of Asbestos Claimants*

{D0254987.1 }