IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on February 14, 2013, I caused a copy of the Notice of Change of Address to be served upon all parties that have requested such documents pursuant to Bankruptcy Rule 2002.

                                                                             */s/Mark T. Hurford*
                                                           Mark T. Hurford (No. 3299)

Dated: February 14, 2013

{D0239267.1 }