```
Date: 11/28/12              Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE     AMOUNT
---------------------------------------------------------------------------
10/17/12   Peterson  / (01) Meetings_with_committee/counsel    1.3   1040.00
#9005      Draft memo to Inselbuch on expected annual payments 800.00

10/18/12   Peterson  / (01) Meetings_with_committee/counsel    0.7    560.00
#9009      Revise draft memo to Inselbuch on expected annual   800.00
           payments
```

```
Date: 11/28/12            Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 2

                   W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
10/09/12   Relles    / (12) Data_analysis/estimation/reports    1.2    648.00
#9202      Model arrival of filings at a new trust            540.00

10/10/12   Relles    / (12) Data_analysis/estimation/reports    0.9    486.00
#9204      Revise model for arrivals of filings at a new trust 540.00

10/18/12   Peterson  / (12) Data_analysis/estimation/reports    0.3    240.00
#9007      Review impacts of sequencing adjustments on annual  800.00
           payments

10/18/12   Peterson  / (12) Data_analysis/estimation/reports    0.2    160.00
#9008      Review payments under alternative payment          800.00
           percentages
```

```
Date: 11/28/12              Legal Analysis Systems, Inc.
Time: 3:00pm                                                        Page 3

                    W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
10/07/12    Relles     / (23) Claims_resolution_procedures/faciliti  1.8    972.00
#9201       Estimate early arrivals at the Trust                   540.00

10/09/12    Peterson   / (23) Claims_resolution_procedures/faciliti  0.6    480.00
#9001       Telephone Inselbuch (.3) and Relles (.3) re: timing    800.00
            of Trust payments

10/09/12    Relles     / (23) Claims_resolution_procedures/faciliti  0.3    162.00
#9203       Telephone Peterson re: timing of Trust payments        540.00

10/10/12    Peterson   / (23) Claims_resolution_procedures/faciliti  1.0    800.00
#9002       Telephone Relles (.4) and review forecasted timing     800.00
            of Trust payments to claimants (.6)

10/10/12    Peterson   / (23) Claims_resolution_procedures/faciliti  0.8    640.00
#9003       Telephone Relles (.3) review further analyses of       800.00
            timing of Trust payments to claimants (.5)

10/10/12    Relles     / (23) Claims_resolution_procedures/faciliti  0.4    216.00
#9205       Telephone Peterson and review forecasted timing of     540.00
            Trust payments to claimants

10/10/12    Relles     / (23) Claims_resolution_procedures/faciliti  0.3    162.00
#9206       Telephone Peterson review further analyses of timing   540.00
            of Trust payments to claimants

10/16/12    Peterson   / (23) Claims_resolution_procedures/faciliti  0.8    640.00
#9004       Telephone Relles (.3) re: forecasted Trust payments;   800.00
            review analysis (.5)

10/16/12    Relles     / (23) Claims_resolution_procedures/faciliti  1.6    864.00
#9207       Develop additional models for the timing of Trust      540.00
            payments

10/16/12    Relles     / (23) Claims_resolution_procedures/faciliti  0.3    162.00
#9208       Telephone Peterson re: forecasted Trust payments       540.00

10/18/12    Peterson   / (23) Claims_resolution_procedures/faciliti  0.3    240.00
#9006       Participate in telephone conversation with Relles      800.00
            and Inselbuch re: Trust payments

10/18/12    Relles     / (23) Claims_resolution_procedures/faciliti  0.3    162.00
#9209       Participate in telephone conversation with Peterson    540.00
```

and Inselbuch re: Trust payments

```
Date: 11/28/12            Legal Analysis Systems, Inc.
Time: 3:00pm                                                        Page 4

                  W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-------------------------------------------------------------------------
 10/18/12  Relles    / (23) Claims_resolution_procedures/faciliti  0.8    432.00
 #9210       Develop forecasts of payments by the Trust          540.00
-------------------------------------------------------------------------
```

```
Date: 11/28/12            Legal Analysis Systems, Inc.
Time: 3:00pm                                                       Page 5

             W. R. Grace

          Summary Of Time Charges, By Month and Activity
               October 2012 - October 2012

   MONTH      ACTIVITY                                    HOURS     AMOUNT
   ---------------------------------------------------------------------
   October  - (01) Meetings_with_committee/counsel          2.0    1600.00
   October  - (12) Data_analysis/estimation/reports         2.6    1534.00
   October  - (23) Claims_resolution_procedures/facilitie   9.3    5932.00
   October  - (99) Total                                   13.9    9066.00

   Total    - (01) Meetings_with_committee/counsel          2.0    1600.00
   Total    - (12) Data_analysis/estimation/reports         2.6    1534.00
   Total    - (23) Claims_resolution_procedures/facilitie   9.3    5932.00
   Total    - (99) Total                                   13.9    9066.00
```

--------------------------------------------------------------------------------

```
Date: 11/28/12            Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 6

              W. R. Grace

         Summary Of Time Charges, By Month and Person
              October 2012 - October 2012

    MONTH      PERSON                              HOURS      AMOUNT
    ----------------------------------------------------------------
    October    - Relles                              7.9     4266.00
    October    - Peterson                            6.0     4800.00
    October    - Total                              13.9     9066.00

    Total      - Relles                              7.9     4266.00
    Total      - Peterson                            6.0     4800.00
    Total      - Total                              13.9     9066.00


--------------------------------------------------------------------------
```

```
Date: 11/28/12            Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 7

                  W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                      October 2012 - October 2012

 MONTH      PERSON                                  HOURS    RATE    AMOUNT
 ----------------------------------------------------------------------

 (01) Meetings_with_committee/counsel

 October   - Peterson                                2.0     800.    1600.00

 (12) Data_analysis/estimation/reports

 October   - Relles                                  2.1     540.    1134.00
 October   - Peterson                                0.5     800.     400.00

 (23) Claims_resolution_procedures/facilities

 October   - Relles                                  5.8     540.    3132.00
 October   - Peterson                                3.5     800.    2800.00


 ----------------------------------------------------------------------------
```