Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2012 through October 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 05-Oct-12 | BR | Review of memorandum from counsel to the ACC. | 0.20 | $650.00 | $ 130.00 |
| 08-Oct-12 | BR | Review of confidential document at request of counsel to the ACC. | 0.40 | $650.00 | $ 260.00 |
| 09-Oct-12 | BR | Review of monthly financial report for August 2012. | 1.40 | $650.00 | $ 910.00 |
| 10-Oct-12 | BR | Review of memorandum from counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 15-Oct-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| | | Total Bradley Rapp | 2.20 | | $ 1,430.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 05-Oct-12 | JS | Review memorandum from ACC counsel (Inselbuch) regarding terms of the financial agreement between Debtor and ACC/FCR for purposes of advising ACC counsel. | 0.30 | $650.00 | $ 195.00 |
| 09-Oct-12 | JS | Review draft from counsel of financial agreement for comment. | 2.40 | $650.00 | $ 1,560.00 |
| 09-Oct-12 | JS | Review for comment revised draft from counsel of financial agreement. | 1.30 | $650.00 | $ 845.00 |
| 09-Oct-12 | JS | Review comments from ACC counsel (Inselbuch and Lockwood), write response to FCR financial adviser (Radecki). | 0.80 | $650.00 | $ 520.00 |
| 15-Oct-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 23-Oct-12 | JS | Review Piper Jaffray equity research report on Grace, new analyst coverage, for monitoring and valuation. | 2.20 | $650.00 | $ 1,430.00 |
| 24-Oct-12 | JS | Review 3rd Quarter 2012 Earnings Release and 3rd Quarter 2012 Business | 2.30 | $650.00 | $ 1,495.00 |
| | | Total James Sinclair | 10.00 | | $ 6,500.00 |
| Peter Cramp - Associate | | | | | |
| 01-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 09-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $360.00 | $ 468.00 |
| 15-Oct-12 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.30 | $360.00 | $ 828.00 |
| 17-Oct-12 | PC | Review equity research reports, email to J. Sinclair. | 1.80 | $360.00 | $ 648.00 |
| 22-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 24-Oct-12 | PC | Telephonic participation in third quarter earnings webcast for due diligence and monitoring. | 0.70 | $360.00 | $ 252.00 |
| 24-Oct-12 | PC | Review third quarter earnings release. | 1.30 | $360.00 | $ 468.00 |
| 24-Oct-12 | PC | Review third quarter Business Outlook for due diligence. | 0.80 | $360.00 | $ 288.00 |
| 29-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| 31-Oct-12 | PC | Review transcript of third quarter earnings call and email to J. Sinclair. | 1.10 | $360.00 | $ 396.00 |
| 31-Oct-12 | PC | Email E. Inselbuch and P. Lockwood regarding third quarter earnings and 2012 full-year outlook. | 1.30 | $360.00 | $ 468.00 |
| | | Total Peter Cramp | 15.70 | | $ 5,652.00 |
| Gibbons Sinclair - Associate | | | | | |
| 31-Oct-12 | GS | Draft September 2012 Fee Statement. | 1.00 | $ 360.00 | $ 360.00 |
| | | Total Gibbons Sinclair | 1.00 | | $ 360.00 |
| | | **TOTAL** | 28.90 | | $ 13,942.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2012 through October 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 01-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 09-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $360.00 | $ 468.00 |
| 15-Oct-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 15-Oct-12 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.30 | $360.00 | $ 828.00 |
| 22-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 24-Oct-12 | PC | Telephonic participation in third quarter earnings webcast for due diligence and monitoring. | 0.70 | $360.00 | $ 252.00 |
| 29-Oct-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| | | Total Asset Analysis and Recovery | 10.10 | | $ 3,839.00 |
| Case Administration | | | | | |
| 05-Oct-12 | BR | Review of memorandum from counsel to the ACC. | 0.20 | $650.00 | $ 130.00 |
| 08-Oct-12 | BR | Review of confidential document at request of counsel to the ACC. | 0.40 | $650.00 | $ 260.00 |
| 09-Oct-12 | JS | Review comments from ACC counsel (Inselbuch and Lockwood), write response to FCR financial adviser (Radecki). | 0.80 | $650.00 | $ 520.00 |
| 10-Oct-12 | BR | Review of memorandum from counsel to the ACC. | 0.10 | $650.00 | $ 65.00 |
| 15-Oct-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 24-Oct-12 | JS | Review 3rd Quarter 2012 Earnings Release and 3rd Quarter 2012 Business Update for monitoring and valuation. | 2.30 | $650.00 | $ 1,495.00 |
| 24-Oct-12 | PC | Review third quarter earnings release. | 1.30 | $360.00 | $ 468.00 |
| 24-Oct-12 | PC | Review third quarter Business Outlook for due diligence. | 0.80 | $360.00 | $ 288.00 |
| 31-Oct-12 | PC | Review transcript of third quarter earnings call and email to J. Sinclair. | 1.10 | $360.00 | $ 396.00 |
| 31-Oct-12 | PC | Email E. Inselbuch and P. Lockwood regarding third quarter earnings and 2012 full-year outlook. | 1.30 | $360.00 | $ 468.00 |
| | | Total Case Administration | 8.40 | | $ 4,155.00 |
| Fee Applications (Applicant) | | | | | |
| 31-Oct-12 | GS | Draft September 2012 Fee Statement. | 1.00 | $ 360.00 | $ 360.00 |
| | | Total Fee Applications (Applicant) | 1.00 | | $ 360.00 |
| Plan and Disclosure Statement | | | | | |
| 05-Oct-12 | JS | Review memorandum from ACC counsel (Inselbuch) regarding terms of the financial agreement between Debtor and ACC/FCR for purposes of advising ACC counsel. | 0.30 | $650.00 | $ 195.00 |
| 09-Oct-12 | JS | Review draft from counsel of financial agreement for comment. | 2.40 | $650.00 | $ 1,560.00 |
| 09-Oct-12 | JS | Review for comment revised draft from counsel of financial agreement. | 1.30 | $650.00 | $ 845.00 |
| | | Total Plan and Disclosure Agreement | 4.00 | | $ 2,600.00 |
| Valuation | | | | | |
| 09-Oct-12 | BR | Review of monthly financial report for August 2012. | 1.40 | $650.00 | $ 910.00 |
| 17-Oct-12 | PC | Review equity research reports, email to J. Sinclair. | 1.80 | $360.00 | $ 648.00 |
| 23-Oct-12 | JS | Review Piper Jaffray equity research report on Grace, new analyst coverage, for monitoring and valuation. | 2.20 | $650.00 | $ 1,430.00 |
| | | Total Valuation | 5.40 | | $ 2,988.00 |
| | | **TOTAL** | 28.90 | | $ 13,942.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2012 through October 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.20 | $ 650.00 | $ 1,430.00 |
| James Sinclair - Senior Managing Director | 10.00 | $ 650.00 | $ 6,500.00 |
| Peter Cramp - Associate | 15.70 | $ 360.00 | $ 5,652.00 |
| Gibbons Sinclair - Associate | 1.00 | $ 360.00 | $ 360.00 |
| Total Professional Hours and Fees | 28.90 | | $ 13,942.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - October 1, 2012 through October 31, 2012

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period. |        |

| | Total Expenses October 1, 2012 through October 31, 2012 | $0.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2012 through November 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 01-Nov-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 01-Nov-12 | BR | Review of Grace fee application for Sept 2012. | 0.30 | $650.00 | $ 195.00 |
| 03-Nov-12 | BR | Review and analysis of press release regarding Grace operating performance for the quarter ended 9/30/12. | 2.20 | $650.00 | $ 1,430.00 |
| 07-Nov-12 | BR | Review of Grace docket report and selected document set forth therein. | 0.50 | $650.00 | $ 325.00 |
| 07-Nov-12 | BR | Review of Grace motion requesting authority to implement the collar agreement. | 0.60 | $650.00 | $ 390.00 |
| 12-Nov-12 | BR | Review of weekly update reports on Grace. | 0.20 | $650.00 | $ 130.00 |
| 12-Nov-12 | BR | Review of Grace disclosure of warrant cash deal to investor community. | 0.30 | $650.00 | $ 195.00 |
| 14-Nov-12 | BR | Review of WR Grace monthly financial report for September 2012. | 1.90 | $650.00 | $ 1,235.00 |
| 14-Nov-12 | BR | Review of Post-Confirmation Quarterly Summary Report for quarter ended Sept 2012. | 0.80 | $650.00 | $ 520.00 |
| 26-Nov-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 27-Nov-12 | BR | Review of WR Grace's 10-Q for the third quarter of 2012. | 3.80 | $650.00 | $ 2,470.00 |
| 29-Nov-12 | BR | Review of docket report. | 1.40 | $650.00 | $ 910.00 |
| 29-Nov-12 | BR | Review of post-confirmation quarterly summary report for the 3Q12. | 0.80 | $650.00 | $ 520.00 |
| | | Total Bradley Rapp | 13.00 | | $ 8,450.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 12-Nov-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 26-Nov-12 | JS | Review, analyze transcript of analyst call of 11/9/12 addressing the accounting treatment of the warrant settlement for purposes of advising ACC counsel. | 1.80 | $650.00 | $ 1,170.00 |
| 26-Nov-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| | | Total James Sinclair | 3.10 | | $ 2,015.00 |
| Peter Cramp - Associate | | | | | |
| 05-Nov-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $360.00 | $ 540.00 |
| 19-Nov-12 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.20 | $360.00 | $ 792.00 |
| 26-Nov-12 | PC | Review and analyze Company warrant settlement slides and conference call transcript. | 1.80 | $360.00 | $ 648.00 |
| 26-Nov-12 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $360.00 | $ 756.00 |
| | | Total Peter Cramp | 7.60 | | $ 2,736.00 |
| Gibbons Sinclair - Associate | | | | | |
| 14-Nov-12 | GS | Review and revise Grace Interim Fee Application. | 0.80 | $ 360.00 | $ 288.00 |
| 30-Nov-12 | GS | Draft Grace Fee Statement. | 0.70 | $ 360.00 | $ 252.00 |
| | | Total Gibbons Sinclair | 1.50 | | $ 540.00 |
| | | **TOTAL** | 25.20 | | $ 13,741.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2012 through November 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Nov-12 | BR | Review and analysis of press release regarding Grace operating performance for the quarter ended 9/30/12. | 2.20 | $650.00 | $ 1,430.00 |
| 05-Nov-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $360.00 | $ 540.00 |
| 12-Nov-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 14-Nov-12 | BR | Review of WR Grace monthly financial report for September 2012. | 1.90 | $650.00 | $ 1,235.00 |
| 19-Nov-12 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.20 | $360.00 | $ 792.00 |
| 26-Nov-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 26-Nov-12 | PC | Review and analyze Company warrant settlement slides and conference call transcript. | 1.80 | $360.00 | $ 648.00 |
| 26-Nov-12 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $360.00 | $ 756.00 |
| 27-Nov-12 | BR | Review of WR Grace's 10-Q for the third quarter of 2012. | 3.80 | $650.00 | $ 2,470.00 |
| | | Total Asset Analysis and Recovery | 16.80 | | $ 8,716.00 |
| Case Administration | | | | | |
| 01-Nov-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 07-Nov-12 | BR | Review of Grace docket report and selected document set forth therein. | 0.50 | $650.00 | $ 325.00 |
| 12-Nov-12 | BR | Review of weekly update reports on Grace. | 0.20 | $650.00 | $ 130.00 |
| 14-Nov-12 | BR | Review of Post-Confirmation Quarterly Summary Report for quarter ended Sept 2012. | 0.80 | $650.00 | $ 520.00 |
| 26-Nov-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 29-Nov-12 | BR | Review of docket report. | 1.40 | $650.00 | $ 910.00 |
| 29-Nov-12 | BR | Review of post-confirmation quarterly summary report for the 3Q12. | 0.80 | $650.00 | $ 520.00 |
| | | Total Case Administration | 3.90 | | $ 2,535.00 |
| Fee Applications (Applicant) | | | | | |
| 01-Nov-12 | BR | Review of Grace fee application for Sept 2012. | 0.30 | $650.00 | $ 195.00 |
| 14-Nov-12 | GS | Review and revise Grace Interim Fee Application. | 0.80 | $ 360.00 | $ 288.00 |
| 30-Nov-12 | GS | Draft Grace Fee Statement. | 0.70 | $ 360.00 | $ 252.00 |
| | | Total Fee Applications (Applicant) | 1.80 | | $ 735.00 |
| Plan and Disclosure Statement | | | | | |
| 07-Nov-12 | BR | Review of Grace motion requesting authority to implement the collar agreement. | 0.60 | $650.00 | $ 390.00 |
| 12-Nov-12 | BR | Review of Grace disclosure of warrant cash deal to investor community. | 0.30 | $650.00 | $ 195.00 |
| 26-Nov-12 | JS | Review, analyze transcript of analyst call of 11/9/12 addressing the accounting treatment of the warrant settlement for purposes of advising ACC counsel. | 1.80 | $650.00 | $ 1,170.00 |
| | | Total Plan and Disclosure Agreement | 2.70 | | $ 1,755.00 |
| | | TOTAL | 25.20 | | $ 13,741.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2012 through November 30, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 13.00 | $ 650.00 | $ 8,450.00 |
| James Sinclair - Senior Managing Director | 3.10 | $ 650.00 | $ 2,015.00 |
| Peter Cramp - Associate | 7.60 | $ 360.00 | $ 2,736.00 |
| Gibbons Sinclair - Associate | 1.50 | $ 360.00 | $ 540.00 |
| Total Professional Hours and Fees | 25.20 | | $ 13,741.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - November 1, 2012 through November 30, 2012

| Date | Description of Item | Amount |
|---|---|---|
| 30-Nov-12 | Online Research - Pacer | $25.00 |
| | Total Expenses November 1, 2012 through November 30, 2012 | $25.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2012 through December 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 03-Dec-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 04-Dec-12 | BR | Review and analysis of monthly financial report for Grace for October 2012. | 1.60 | $650.00 | $ 1,040.00 |
| 11-Dec-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 11-Dec-12 | BR | Review of e-mail correspondence relating to asserted claims. | 0.10 | $650.00 | $ 65.00 |
| | | Total Bradley Rapp | 1.90 | | $ 1,235.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 10-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 1.10 | $650.00 | $ 715.00 |
| 20-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 27-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| | | Total James Sinclair | 2.20 | | $ 1,430.00 |
| Peter Cramp - Associate | | | | | |
| 03-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 10-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 10-Dec-12 | PC | Revise and modify weekly share price and settlement package format. | 1.90 | $360.00 | $ 684.00 |
| 17-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $360.00 | $ 684.00 |
| 26-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $360.00 | $ 504.00 |
| | | Total Peter Cramp | 8.60 | | $ 3,096.00 |
| Gibbons Sinclair - Associate | | | | | |
| 10-Dec-12 | GS | Review weekly share and news spreadsheet and develop pricing formula in connection with ongoing settlement negotiations. | 0.70 | $360.00 | $ 252.00 |
| 24-Dec-12 | GS | Draft Novemeber 2012 Fee Statement. | 0.80 | $360.00 | $ 288.00 |
| | | Total Gibbons Sinclair | 1.50 | | $ 540.00 |
| | | **TOTAL** | 14.20 | | $ 6,301.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2012 through December 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Case Administration | | | | | |
| 03-Dec-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 03-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 04-Dec-12 | BR | Review and analysis of monthly financial report for Grace for October 2012. | 1.60 | $650.00 | $ 1,040.00 |
| 10-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 1.10 | $650.00 | $ 715.00 |
| 10-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 10-Dec-12 | PC | Revise and modify weekly share price and settlement package format. | 1.90 | $360.00 | $ 684.00 |
| 10-Dec-12 | GS | Review weekly share and news spreadsheet and develop pricing formula in connection with ongoing settlement negotiations. | 0.70 | $360.00 | $ 252.00 |
| 11-Dec-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 11-Dec-12 | BR | Review of e-mail correspondence relating to asserted claims. | 0.10 | $650.00 | $ 65.00 |
| 17-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $360.00 | $ 684.00 |
| 20-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 26-Dec-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $360.00 | $ 504.00 |
| 27-Dec-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| | | Total Case Administration | 13.40 | | $ 6,013.00 |
| Fee Applications (Applicant) | | | | | |
| 24-Dec-12 | GS | Draft November 2012 Fee Statement | 0.80 | $360.00 | $ 288.00 |
| | | Total Fee Applications (Applicant) | 0.80 | | $ 288.00 |
| | | **TOTAL** | 14.20 | | $ 6,301.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2012 through December 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 1.90 | $ 650.00 | $ 1,235.00 |
| James Sinclair - Senior Managing Director | 2.20 | $ 650.00 | $ 1,430.00 |
| Peter Cramp - Associate | 8.60 | $ 360.00 | $ 3,096.00 |
| Gibbons Sinclair - Associate | 1.50 | $ 360.00 | $ 540.00 |
| Total Professional Hours and Fees | 14.20 | | $ 6,301.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2012 through December 31, 2012

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period | |
|      | Total Expenses December 1, 2012 through December 31, 2012 | $0.00 |