# EXHIBIT A

## Case Administration (16.50 Hours; $ 4,864.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $1,000 | 100.00 |
| Peter Van N. Lockwood | .70 | $935 | 654.50 |
| Rita C. Tobin | 2.40 | $545 | 1,308.00 |
| Eugenia Benetos | .60 | $225 | 135.00 |
| Ashley M. Hutton | 12.70 | $210 | 2,667.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/4/2012 | PVL | 935.00 | 0.10 | Rv docs for filing |
| 10/5/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 10/9/2012 | EB | 225.00 | 0.60 | T/C re: address update. |
| 10/12/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 10/19/2012 | RCT | 545.00 | 0.20 | Rev. docket and local counsel rec re EI update (0.2). |
| 10/26/2012 | RCT | 545.00 | 0.20 | Rev. docket and local counsel rec re EI update (0.2). |
| 10/26/2012 | PVL | 935.00 | 0.10 | Teleconf. Hurford |
| 11/2/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re EI update (0.2) |
| 11/5/2012 | PVL | 935.00 | 0.10 | Rv 8 misc. filings |
| 11/16/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re EI update (0.2) |
| 11/26/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re EI update (0.2) |
| 11/29/2012 | PVL | 935.00 | 0.30 | Teleconf. Brickley |
| 11/30/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re EI update (0.2) |
| 12/3/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/4/2012 | PVL | 935.00 | 0.10 | Rv 9 misc. filings |
| 12/5/2012 | AMH | 210.00 | 1.20 | Researched documents and assembled binder |
| 12/6/2012 | AMH | 210.00 | 1.40 | Created binder for appellate cases |
| 12/6/2012 | AMH | 210.00 | 0.70 | Collected copies of documents for attorney litigation review |
| 12/6/2012 | AMH | 210.00 | 1.30 | Updated Grace binder |
| 12/7/2012 | AMH | 210.00 | 0.40 | Updated Grace Index |
| 12/7/2012 | AMH | 210.00 | 1.20 | Updated Grace Binder with JA documents |
| 12/10/2012 | AMH | 210.00 | 3.20 | Created additional Grace JA Binder set |
| 12/11/2012 | AMH | 210.00 | 1.60 | Updated W.R. Grace Binder set |
| 12/11/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 12/12/2012 | AMH | 210.00 | 0.90 | Collected JA indices and created binder thereof |
| 12/13/2012 | AMH | 210.00 | 0.80 | Additional update to Grace Binders |
| 12/17/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 12/18/2012 | EI | 1,000.00 | 0.10 | Telephone call to claimant (.1). |
| 12/21/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |

**Total Task Code .04        16.50**


**Claim Analysis Objection & Resolution (Asbestos) (.30 Hours; $ 280.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $935 | 287.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/2/2012 | PVL | 935.00 | 0.10 | Rv Grace obj. re Main Plaza transfer |
| 10/9/2012 | PVL | 935.00 | 0.20 | Rv CIM reply brief |

**Total Task Code .05        .30**

**Fee Applications, Applicant (23.80 Hours; $ 9,714.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |
| Rita C. Tobin | 13.40 | $545 | 7,303.00 |
| Eugenia Benetos | 10.30 | $225 | 2,317.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2012 | RCT | 545.00 | 0.20 | Review fee application schedule for October (.2). |
| 10/3/2012 | RCT | 545.00 | 0.30 | Address fee auditor issue (.3). |
| 10/5/2012 | RCT | 545.00 | 0.90 | Review pre-bill (.9). |
| 10/9/2012 | RCT | 545.00 | 0.40 | Address fee issues (.4). |
| 10/9/2012 | EB | 225.00 | 0.60 | Create check breakdown for EI,JR, and myself. |
| 10/10/2012 | RCT | 545.00 | 0.90 | Review exhibits (.9). |
| 10/16/2012 | EB | 225.00 | 0.80 | Work on check breakdown of received payment and create breakdown for JR, EI and myself (.6); update fee application schedule (.2). |
| 10/17/2012 | EB | 225.00 | 1.10 | Work on monthly fee application. |
| 10/17/2012 | RCT | 545.00 | 1.00 | Rev. monthly fee app (1.0). |
| 10/18/2012 | RCT | 545.00 | 0.50 | Address fee issues (0.5). |
| 11/2/2012 | RCT | 545.00 | 0.20 | Review fee app schedule for October (0.2) |
| 11/5/2012 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |
| 11/8/2012 | RCT | 545.00 | 1.30 | Review interim fee app (1.3) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/8/2012 | EB | 225.00 | 1.40 | Work on interim. |
| 11/12/2012 | RCT | 545.00 | 0.40 | Review pre-bills (0.4) |
| 11/14/2012 | RCT | 545.00 | 0.40 | Review exhibits in fee app (0.4) |
| 11/19/2012 | EB | 225.00 | 0.60 | Work on payment allocation. |
| 11/21/2012 | EB | 225.00 | 1.40 | Work on the monthly fee application. |
| 11/21/2012 | EB | 225.00 | 0.60 | Perform review of the fee application schedule and update all monthly and quarterly figures for the firm. |
| 11/27/2012 | EB | 225.00 | 0.60 | Perform review of the fee application schedule and update all monthly and quarterly figures for the firm. |
| 12/3/2012 | PVL | 935.00 | 0.10 | Rv 10 fee apps |
| 12/4/2012 | RCT | 545.00 | 0.20 | Review fee application schedule for December (.2). |
| 12/4/2012 | RCT | 545.00 | 0.60 | Review local counsel email re: CNOs and reply (.2); review schedules re: amounts due (.4). |
| 12/5/2012 | RCT | 545.00 | 0.80 | Address fee and expense issues (.8). |
| 12/7/2012 | RCT | 545.00 | 1.10 | Review and edit pre-bills (1.1). |
| 12/10/2012 | RCT | 545.00 | 0.70 | Review time runs (Exh. A) (.7). |
| 12/11/2012 | RCT | 545.00 | 0.80 | Email AB re: PVNL time entry (.3); begin drafting final fee application (.5). |
| 12/13/2012 | RCT | 545.00 | 0.60 | Review additional exhibits and expense runs per AB (.6). |
| 12/17/2012 | EB | 225.00 | 0.60 | Work on check breakdown for EI, JR and myself. |
| 12/17/2012 | EB | 225.00 | 1.40 | Work on monthly fee application. |
| 12/18/2012 | EB | 225.00 | 0.60 | Work on check breakdown for EI, JR, and myself. |
| 12/18/2012 | RCT | 545.00 | 0.80 | Review monthly fee application (.8). |
| 12/19/2012 | RCT | 545.00 | 0.30 | Address fee issues (.3). |
| 12/27/2012 | EB | 225.00 | 0.60 | Review and update fee application schedule. |

**Total Task Code .12**          **23.80**


**Fee Applications, Others (.10 Hours; $ 93.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/20/2012 | PVL | 935.00 | 0.10 | Rv 12 fee apps. |


**Total Task Code .13**          **.10**


**Litigation and Litigation Consulting (264.20 Hours; $ 141,564.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.30 | $1,000 | 3,300.00 |
| Peter Van N. Lockwood | 13.60 | $935 | 12,716.00 |
| Trevor W. Swett | 2.00 | $735 | 1,470.00 |
| Leslie M. Kelleher | 89.00 | $615 | 54,735.00 |
| James P. Wehner | 2.10 | $555 | 1,165.50 |
| Kevin C. Maclay | 89.20 | $555 | 49,506.00 |
| Jeanna Rickards Koski | 8.60 | $420 | 3,612.00 |
| Andrew J. Sackett | 14.40 | $380 | 5,472.00 |
| Ann M. Weber | 9.20 | $270 | 2,484.00 |
| Sara Joy Del Savio | 14.40 | $210 | 3,240.00 |
| Ashley M. Hutton | 18.40 | $210 | 3,864.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/3/2012 | KCM | 555.00 | 1.90 | Plan/prepare for and meet with PVNL re appellate issues (1.0); review/analyze materials re appellate issues (.9) |
| 12/3/2012 | JPW | 555.00 | 2.10 | Read Garlock brief |
| 12/4/2012 | EI | 1,000.00 | 1.00 | Read Garlock brief per PVNL request (1.0). |
| 12/4/2012 | LMK | 615.00 | 2.50 | Review Garlock 3rd Circuit Appeal Brief. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/4/2012 | PVL | 935.00 | 0.30 | Work on Garlock resp. brief (.3) |
| 12/5/2012 | KCM | 555.00 | 2.90 | Plan/prepare for and attend telephone conference with PVNL, EI, ACM and LMK re appellate briefing (1.1); plan/prepare for a meeting with LMK re appellate briefing (.5); review/analyze briefs and materials re appellate issues (1.3) |
| 12/5/2012 | LMK | 615.00 | 7.40 | Review Garlock brief/prep for call re: response (1.7); call with PVNL / KCM / EI/ ACM re: response to brief (1.1); conversation. w/ KCM re same (.5); research / review record for response (4.1). |
| 12/5/2012 | SJD | 225.00 | 2.80 | Identify docketed papers and prepare materials for upcoming brief per KCM |
| 12/5/2012 | AJS | 380.00 | 1.30 | Phone call w/ EI, PVNL, ACM, KCM, LMK re appeal (0.9); review of Garlock appellate brief (0.3); phone call w/ ACM re phone call re Garlock appeal (0.1). |
| 12/5/2012 | EI | 1,000.00 | 1.20 | Telephone conference with PVNL, ACM, LMK, KCM and AJS re: Garlock brief issues (1.2). |
| 12/5/2012 | AMW | 270.00 | 3.50 | Review appeal brief materials. |
| 12/5/2012 | PVL | 935.00 | 4.10 | Work on Garlock response brief (3.0); tcn EI, ACM, KCM, LMK & AJS re same (1.1) |
| 12/5/2012 | JMR | 420.00 | 1.80 | Confer with LMK re specific asbestos cases at issue in Garlock appeal and gather and review research re same |
| 12/6/2012 | JMR | 420.00 | 1.90 | Gather research regarding tort system liability issues for responding to Garlock's appeal |
| 12/6/2012 | AMH | 210.00 | 0.80 | Updated Garlock database with 3rd Circuit JA documents |
| 12/6/2012 | SJD | 225.00 | 3.70 | Review and update materials re upcoming brief per KCM (2.4); perform research re upcoming brief per AJS (1.3) |
| 12/6/2012 | LMK | 615.00 | 5.10 | Review materials for response to Garlock third circuit appeal brief (3.2); conversations w/KCM re: response (1.6); conversation w/JRK re same (.3). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/6/2012 | KCM | 555.00 | 4.30 | Plan/prepare for and meet with LMK re appellate briefing (1.1); review/analyze briefs, memos, cases and materials re appellate issues (3.2) |
| 12/7/2012 | KCM | 555.00 | 6.60 | Plan/prepare for and meet with PVNL and LMK re appellate briefing (1.6); review/analyze briefs, memos, cases and materials re appellate briefing (4.6); meet with AMW re appeal issues (.4) |
| 12/7/2012 | PVL | 935.00 | 2.00 | Work on Garlock response brief (.4); cn LMK & KCM re same (1.6) |
| 12/7/2012 | LMK | 615.00 | 5.40 | Meeting w/PVNL / KCM re: response to Garlock brief (1.6); review record / research for same (3.8). |
| 12/7/2012 | AJS | 380.00 | 0.30 | Prep and review of emails to and from LMK re background materials for appellate briefing and review of background materials. |
| 12/7/2012 | AMW | 270.00 | 4.90 | Review cases and documents included in appellate brief (4.5); conference with KCM re appellate brief (0.4). |
| 12/10/2012 | JMR | 420.00 | 1.80 | Research regarding specific asbestos cases for preparing response to Garlock's brief on appeal |
| 12/10/2012 | LMK | 615.00 | 3.80 | Conversation w/ JRK re: response to Garlock third circuit brief (.6); draft response (3.2) |
| 12/10/2012 | KCM | 555.00 | 5.10 | Plan/prepare for appellate briefing and review/analyze related briefs, memos, cases and materials |
| 12/11/2012 | KCM | 555.00 | 6.70 | Draft/revise section of appellate brief and review/analyze related briefs, memos, cases and materials |
| 12/11/2012 | AMH | 210.00 | 2.30 | Began Translation between District and 3rd Cir. JA references in Main brief |
| 12/11/2012 | AMH | 210.00 | 1.20 | Updated Grace appeal binders with garlock exhibits (GAR) |
| 12/11/2012 | LMK | 615.00 | 4.10 | Draft response to Garlock brief 3rd Circuit. |
| 12/12/2012 | LMK | 615.00 | 6.70 | Conversation w/KCM re: brief -- response to Garlock (1.2); research/draft brief (5.5). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/12/2012 | AMH | 210.00 | 1.80 | Additional Grace appeal translation between District and 3rd Cir. JA references |
| 12/12/2012 | KCM | 555.00 | 7.60 | Plan/prepare for and attend telephone conferences with LMK re appellate briefing (1.2); draft/revise brief sections and review/analyze related cases and materials (6.4) |
| 12/12/2012 | KCM | 555.00 | 0.10 | Review letter to Garlock and communicate with TWS re same (.40 split among 4 clients) |
| 12/13/2012 | KCM | 555.00 | 5.90 | Review/analyze briefs, memos, cases and materials re appellate issues |
| 12/13/2012 | PVL | 935.00 | 1.60 | Work on response to Garlock brief (1.6). |
| 12/13/2012 | LMK | 615.00 | 6.50 | Draft response to Garlock third circuit brief. |
| 12/13/2012 | AJS | 380.00 | 4.10 | Phone call w/ LMK re legal research re objections (0.1); meetings w/ KCM re legal research re objections (0.2); prep of email to LMK re legal research re objections (0.1); legal research re objections (3.6); prep of email to LMK re legal research re objections (0.1). |
| 12/14/2012 | AJS | 380.00 | 1.60 | Review of email from LMK re (0.1); legal research re discovery procedures (appellate brief) (0.4); prep of email to LMK re research re discovery procedures (appellate brief) (0.1); prep and review of emails to library re research re discovery procedures (appellate brief) (0.1); meeting w/ KCM re legal research re appellate brief (0.7); prep and review of emails to and from KCM and ACM re TDP provisions (appellate briefing) (0.2). |
| 12/14/2012 | SJD | 225.00 | 1.10 | Assist with preparation of materials re upcoming brief per KCM |
| 12/14/2012 | LMK | 615.00 | 5.60 | Conversation w/PVNL/KCM re: response to Garlock brief (1.3); draft same (4.3). |
| 12/14/2012 | AMH | 210.00 | 1.20 | Created a binder for all JA translations and 3rd Cir. JA references |
| 12/14/2012 | KCM | 555.00 | 7.40 | Plan/prepare for and attend conference call with PVNL and LMK re appeal issues (1.3); draft/revise brief sections and review related briefs, cases and materials (6.1) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/15/2012 | AJS | 380.00 | 0.20 | Review of emails from KCM and ACM re TDP provisions (appellate briefing). |
| 12/16/2012 | LMK | 615.00 | 3.20 | Draft response to Garlock 3d circuit brief. |
| 12/17/2012 | LMK | 615.00 | 8.40 | Conf. w. JRK re research for brief (.2); conf. w. AJS re same (.1); emails re same (.3); conf w. KCM re: brief (.2); research for and draft insert to brief (7.6). |
| 12/17/2012 | KCM | 555.00 | 8.30 | Draft/revise appellate brief sections and review/analyze related briefs, cases and materials |
| 12/17/2012 | JMR | 420.00 | 2.60 | Research for appeal brief per LMK |
| 12/17/2012 | AJS | 380.00 | 4.20 | Legal research re appellate brief (2.8); meetings and phone call w/ JMR re legal research re appellate brief (0.2); meetings w/ SJD re legal research re appellate brief (0.1); meeting w/ KCM re legal research re appellate brief (0.4); prep of email to LMK re fact research for appellate brief (0.1); prep and review of emails to and from LMK and JMR re legal research re appellate brief (0.1); prep of email memo to KCM re legal research re appellate brief (0.5). |
| 12/18/2012 | PVL | 935.00 | 0.30 | Rv emails & reply re briefing (.1); work on Garlock brief (.2) |
| 12/18/2012 | AJS | 380.00 | 0.10 | Meeting w/ LMK re appellate briefing. |
| 12/18/2012 | KCM | 555.00 | 7.40 | Draft/revise and circulate appellate brief and review/analyze related briefs, cases and materials |
| 12/18/2012 | LMK | 615.00 | 8.30 | Review/revise draft brief (4.8); convs. w. KCM re same (.8); review record for same (2.3); emails to library/ AJS re: research for same (.4). |
| 12/18/2012 | AMH | 210.00 | 0.50 | Article research for brief |
| 12/19/2012 | AMH | 210.00 | 1.60 | Created binder of Grace Appellant Briefs |
| 12/19/2012 | AMH | 210.00 | 0.70 | Research for Grace Appeal brief insert |
| 12/19/2012 | AMH | 210.00 | 1.90 | Cite checked Grace Appeal brief insert |
| 12/19/2012 | PVL | 935.00 | 0.10 | Rv Horkovich email (.1). |
| 12/19/2012 | SJD | 225.00 | 1.40 | Cite check and edit brief per KCM |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/19/2012 | LMK | 615.00 | 4.10 | Conf. w. PVNL / KCM re response to Garlock brief (1.6); revise draft brief (2.5). |
| 12/19/2012 | KCM | 555.00 | 2.50 | Review/analyze briefs, cases and materials re appellate issues (1.1); meet with PVNL and LMK re Garlock brief (1.4) |
| 12/20/2012 | KCM | 555.00 | 5.70 | Review/edit Garlock brief and review/analyze related briefs, cases and materials (3.4); review non-Garlock briefs (1.9); communicate with paralegals re Garlock cites (.2); communicate with LMK re Garlock brief (.2 ) |
| 12/20/2012 | LMK | 615.00 | 6.60 | Conv. w. AJS re: research for response to Garlock 3d Circuit brief (.1); emails to paralegals re same (.3); review research / Draft / revise insert for same (6.2). |
| 12/20/2012 | AJS | 380.00 | 2.40 | Phone call w/ LMK re legal research re settlement procedures (appellate brief) (0.1); legal research re settlement procedures (appellate brief) (1.7); meetings w/ TEP and JPW re legal research re settlement procedures (appellate brief) (0.2); prep and review of emails to and from LMK re settlement procedures (appellate brief) (0.2); phone call w/ LMK re legal research re settlement procedures (appellate brief) (0.1); phone call w/ LMK re legal research re settlement procedures (appellate brief) (0.1). |
| 12/20/2012 | SJD | 225.00 | 5.40 | Cite check, edit, review and finalize Brief insert per KCM |
| 12/20/2012 | AMH | 210.00 | 2.30 | Cite checked Grace appeal brief insert |
| 12/20/2012 | PVL | 935.00 | 0.20 | Rv motion re 3rd amend. to LCF agmt. |
| 12/21/2012 | TWS | 735.00 | 2.00 | Review draft brief on appeal and prepare comments |
| 12/21/2012 | AMH | 210.00 | 0.80 | Input corrections for cite check |
| 12/21/2012 | PVL | 935.00 | 1.40 | Rv draft Garlock brief (1.0); cns LMK & KCM re same (.2); rv emails & reply (.2) |
| 12/21/2012 | AMH | 210.00 | 2.60 | Additional cite check of Grace insert |
| 12/21/2012 | AMH | 210.00 | 0.70 | Redlined Grace insert and reviewed for new content |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/21/2012 | LMK | 615.00 | 4.10 | Conv. w. PVNL re Grace brief (1.0); draft same (3.0); review Email from debtors counsel re briefs (.1). |
| 12/21/2012 | KCM | 555.00 | 6.50 | Draft/revise Garlock brief and review/analyze related materials (4.7); communicate with PVNL and LMK re brief (.2); review materials re appellate briefing and related internal and external correspondence (1.2); review TWS suggested edits (.4) |
| 12/23/2012 | LMK | 615.00 | 2.20 | Emails re insert to response to Garlock brief (.4); review TWS comments to brief / Prep for and Conf w/ PVNL re same (1.8). |
| 12/23/2012 | EI | 1,000.00 | 0.60 | Read brief insert draft and note to PVNL (.6). |
| 12/23/2012 | PVL | 935.00 | 1.20 | Rv TWS mark-up of draft response (.2); teleconf. LMK re draft Garlock response (.9); rv emails & reply (.1) |
| 12/24/2012 | PVL | 935.00 | 1.80 | Rv emails (.1); rv draft K&E app. brief section (1.7) |
| 12/24/2012 | EI | 1,000.00 | 0.50 | Telephone conference LMK re: draft brief (.5). |
| 12/24/2012 | LMK | 615.00 | 0.40 | Grace (.4); conf. w. EI re response to Garlock brief (.3); email to PVNL / KCM re same (.1). |
| 12/26/2012 | LMK | 615.00 | 0.30 | Emails to paralegals re citations for brief. |
| 12/26/2012 | JMR | 420.00 | 0.50 | Gather documents for LMK |
| 12/26/2012 | AJS | 380.00 | 0.20 | Review of emails from LMK, AMH, and JMR re appellate brief citations. |
| 12/27/2012 | LMK | 615.00 | 3.50 | Review draft briefs. |
| 12/27/2012 | KCM | 555.00 | 4.60 | Review/edit appellate briefs and review/analyze related briefs and materials |
| 12/27/2012 | PVL | 935.00 | 0.60 | Rv draft brief re Garlock (.6) |
| 12/28/2012 | KCM | 555.00 | 1.90 | Communicate with LMK and review correspondence re briefs (.2); review/edit briefs and review/analyze related briefs and materials (1.7) |
| 12/28/2012 | KCM | 555.00 | 0.10 | Review/analyze stay materials and communicate with AMW re same |

| 12/28/2012 | LMK | 615.00 | 0.80 | Emails to paralegals/debtors counsel re citations for brief. |
| 12/28/2012 | AMW | 270.00 | 0.20 | Confer with KCM re motion to stay (0.7) review motion to stay outline (0.1). [Time totaling 0.8 hr. split among 4 clients.] |
| 12/31/2012 | AMW | 270.00 | 0.60 | Review key filings re appeal. [Time totaling 2.5 hrs. split among 4 clients.] |
| 12/31/2012 | KCM | 555.00 | 3.70 | Review/edit briefs and review/analyze related briefs and materials |

**Total Task Code .16        264.20**


**Plan & Disclosure Statement (62.00 Hours; $ 57,320.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 15.10 | $1,000 | 15,100.00 |
| Peter Van N. Lockwood | 41.90 | $935 | 39,176.50 |
| Ann C. McMillan | 3.00 | $645 | 1,935.00 |
| Jeffrey A. Liesemer | .20 | $555 | 111.00 |
| Kevin C. Maclay | 1.60 | $555 | 888.00 |
| Neal M. Kochman | .20 | $550 | 110.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2012 | PVL | 935.00 | 0.10 | Rv emails & reply |
| 10/2/2012 | PVL | 935.00 | 0.90 | Tcn Shelnitz, Finke, Donley, Paul & Frankel |
| 10/3/2012 | PVL | 935.00 | 0.10 | Teleconf. Frankel |
| 10/3/2012 | KCM | 555.00 | 0.40 | Review/analyze materials re potential appellate issues and stay |
| 10/4/2012 | PVL | 935.00 | 0.80 | Rv emails (.1); teleconf. EI (.7) |
| 10/4/2012 | EI | 1,000.00 | 0.70 | Review status (.2); telephone conference PVNL re: status (.5). |
| 10/5/2012 | EI | 1,000.00 | 2.10 | Telephone conference with R. Frankel, R. Wyron and PVNL re: Sealed Air (.7); telephone conference |

| | | | | |
|---|---|---|---|---|
| | | | | with M. Shelnitz, J. Donley, A. Paul, R. Frankel, R. Wyron and PVNL re: same (.8); memo to Committee (.3); telephone conference M. Peterson re: same (.2); telephone conference AJS re: same (.1). |
| 10/5/2012 | PVL | 935.00 | 1.70 | Tcn Frankel, Wyron & EI (.7); tcn Shelnitz, Donley, Paul, Frankel, Wyron & EI (.8); rv email (.2) |
| 10/5/2012 | JAL | 555.00 | 0.20 | Reviewed memo from EI re: plan and confirmation-related issues. |
| 10/8/2012 | PVL | 935.00 | 0.50 | Rv emails (.1); rv draft warrant purchase agmt and email comments re same (.4) |
| 10/9/2012 | PVL | 935.00 | 1.40 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.0); telecons. EI (.3); rv revised draft warrant agmt. (.1) |
| 10/9/2012 | EI | 1,000.00 | 2.20 | Sealed Air and warrants matters with J. Sinclair, PVNL and R. Wyron (2.0); telephone conference with M. Peterson re: projection (.2). |
| 10/10/2012 | EI | 1,000.00 | 2.00 | Telephone conference A. Paul and memo to Committee re: Sealed Air (.5); telephone conference J. Sinclair, telephone conference R. Frankel re: warrants (.5); telephone conference with M. Peterson and R. Frankel re: effective date (1.0). |
| 10/11/2012 | EI | 1,000.00 | 1.50 | Work on emergence issues, including telephone conference with PVNL (.8); telephone conference M. Shelnitz (.3); telephone conference M. Peterson (.4). |
| 10/11/2012 | PVL | 935.00 | 0.40 | Teleconfs. EI (.3); rv email (.1) |
| 10/12/2012 | PVL | 935.00 | 0.20 | Rv emails & reply |
| 10/15/2012 | EI | 1,000.00 | 1.30 | Read warrant memos (.2); telephone conference R. Wyron, R. Frankel and PVNL re: warrants and Sealed Air issues (.7); telephone conference M. Shelnitz, A. Paul, R. Frankel, R. Wyron and PVNL re: warrants (.4). |
| 10/15/2012 | PVL | 935.00 | 1.40 | Tcn omni hearing (.4); rv emails (.1); tcn Frankel, Wyron & EI (.5); tcn Shelnitz, Paul, Frankel, Wyron et al (.3); teleconf. Paul (.1) |
| 10/16/2012 | PVL | 935.00 | 1.40 | Rv Orrick issues memo (.1); teleconfs. EI (.5); rv motion re Dairyland agmt (.1); teleconf. Paul (.5); rv draft QSF (.2) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/16/2012 | ACM | 645.00 | 0.30 | Teleconference EI re TDP (.2); send e-mail to EI re revised MAP language (.1). |
| 10/16/2012 | EI | 1,000.00 | 1.40 | Review of R. Frankel emergence points and telephone conference PVNL re: same (.5); telephone conference M. Peterson re: data (.1); telephone conference A. Paul re: emergence issues (.5); telephone conference PVNL re: same (.3). |
| 10/17/2012 | EI | 1,000.00 | 0.50 | Telephone conference PVNL re: QSF motion and effective date subject (.5). |
| 10/17/2012 | PVL | 935.00 | 0.30 | Teleconf. EI |
| 10/18/2012 | PVL | 935.00 | 1.40 | Rv revised warrant agmt (.1); rv emails & reply (.2); teleconf. Wyron (1.0); rv Peterson memo (.1) |
| 10/18/2012 | ACM | 645.00 | 0.10 | Teleconference M. Peterson re sequencing adjustment. |
| 10/18/2012 | EI | 1,000.00 | 0.70 | Telephone conference M. Peterson and D. Relles re: numbers for emergence (.5); telephone conference R. Frankel re: same (.2). |
| 10/19/2012 | EI | 1,000.00 | 0.50 | Telephone conference M. Peterson; telephone conference PVNL re: status (.5). |
| 10/19/2012 | KCM | 555.00 | 0.30 | Review materials re stay and appellate issues |
| 10/19/2012 | PVL | 935.00 | 0.90 | Teleconf. EI (.4); rv draft motion re warrants and email Frankel et al re same (.5) |
| 10/22/2012 | PVL | 935.00 | 0.10 | Rv emails |
| 10/22/2012 | ACM | 645.00 | 0.20 | Teleconference Grace claimant re status of case. |
| 10/23/2012 | PVL | 935.00 | 1.90 | Tcn Donley, Frankel, Wyron, Felder et al (.4); tcn Shelnitz, Finke, Donley, Paul, Frankel, Wyron et al (1.0); rv emails re Jt. App. (.3); rv emails (.1); rv AMH motion (.1) |
| 10/24/2012 | PVL | 935.00 | 0.20 | Rv email & reply |
| 10/25/2012 | PVL | 935.00 | 0.60 | Rv draft warrant motion and emails re same (.2); rv emails & reply (.3); teleconf. Gettleman (.1) |
| 10/26/2012 | PVL | 935.00 | 0.40 | Rv revised draft motion re warrant agmt and email comments (.3); rv emails & reply (.1) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/29/2012 | PVL | 935.00 | 0.10 | Rv emails |
| 10/30/2012 | PVL | 935.00 | 0.70 | Teleconf. Jones (.1); rv drafts of revised warrant motion and emails re same & reply (.5); rv emails (.1) |
| 10/31/2012 | PVL | 935.00 | 0.30 | Rv emails (.1); teleconf. Horkovich (.1); rv 8-K (.1) |
| 10/31/2012 | ACM | 645.00 | 0.10 | Send e-mail to P. Kraus re TDP. |
| 11/1/2012 | PVL | 935.00 | 0.30 | Rv email & reply (.1); rv 3d qtr earnings release (.2) |
| 11/2/2012 | EI | 1,000.00 | 0.30 | Memo to Committee (.3). |
| 11/5/2012 | ACM | 645.00 | 0.10 | Teleconference claimant re status of case. |
| 11/5/2012 | PVL | 935.00 | 0.20 | Rv draft QSF motion |
| 11/6/2012 | PVL | 935.00 | 0.70 | Tcn Shelnitz, Finke, Donley, Paul & Wyron (.6); teleconf. EI (.1) |
| 11/7/2012 | EI | 1,000.00 | 0.20 | Telephone conference R. Frankel re: status (.1); memo to R. Horkovich re: status (.1). |
| 11/8/2012 | ACM | 645.00 | 0.10 | Teleconference claimant re status of case. |
| 11/9/2012 | PVL | 935.00 | 0.10 | Rv email re status. |
| 11/12/2012 | PVL | 935.00 | 0.10 | Rv email re status. |
| 11/13/2012 | EI | 1,000.00 | 0.20 | Conference Melville re: tax issue (.2). |
| 11/15/2012 | EI | 1,000.00 | 0.30 | Claims inquiry (.1); telephone conference PVNL re: tax question (.2). |
| 11/15/2012 | PVL | 935.00 | 0.30 | Teleconf. EI (.1); teleconf. NMK (.2) |
| 11/15/2012 | NMK | 550.00 | 0.20 | Telecon with PVNL re tax treatment of warrant transaction |
| 11/16/2012 | PVL | 935.00 | 0.30 | Teleconf. Melville |
| 11/20/2012 | PVL | 935.00 | 0.50 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |
| 11/26/2012 | EI | 1,000.00 | 0.30 | Telephone conferences with R. Frankel re: Sealed Air (.3). |
| 11/27/2012 | PVL | 935.00 | 0.10 | Rv emails and AMH motion |

| Date | Tkpr | Rate | Hours | Description |
|---|---|---|---|---|
| 11/29/2012 | PVL | 935.00 | 1.90 | Rv Montana and Canada briefs |
| 11/30/2012 | PVL | 935.00 | 3.80 | Rv Garlock brief (1.9); rv emails & reply (.2); cn KCM (.4); rv Jt. App. (.2); rv Bank Lender brief (1.1) |
| 11/30/2012 | KCM | 555.00 | 0.90 | Skin Garlock brief (.5); meet with PVNL re Garlock brief (.4) |
| 12/3/2012 | PVL | 935.00 | 2.70 | Work on appellees' briefs (1.7); cn KCM re Garlock response (1.0) |
| 12/3/2012 | EI | 1,000.00 | 0.10 | Status inquiry re: insurance (.1). |
| 12/4/2012 | PVL | 935.00 | 2.50 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (2.5). |
| 12/5/2012 | ACM | 645.00 | 1.50 | Teleconference EI, PVNL, KCM, LMK, AJS re Garlock filing (1.0); review same (.5). |
| 12/6/2012 | ACM | 645.00 | 0.10 | Exchange e-mails with L. Busch, PVNL re state of Montana. |
| 12/6/2012 | PVL | 935.00 | 0.80 | Rv JMR memo (.4); rv J. Heitler 11/15/12 opinion re NYCAL disclosure requirements (.4) |
| 12/7/2012 | PVL | 935.00 | 0.50 | Teleconf. Busch (.1); rv LSTA/MFA amicus brief (.4). |
| 12/7/2012 | EI | 1,000.00 | 0.10 | Insurance issue with R. Horkovich (.1). |
| 12/10/2012 | PVL | 935.00 | 0.50 | Rv emails from Donley et al re briefing & reply |
| 12/11/2012 | PVL | 935.00 | 1.20 | Rv AMH brief (1.1); rv email & orders (.1) |
| 12/12/2012 | PVL | 935.00 | 1.70 | Tcn Shelnitz, Donley, Esayian, Paul, Wyron & Felder (1.6); rv draft motion to extend time (.1) |
| 12/13/2012 | PVL | 935.00 | 0.10 | Rv emails w/Donley et al & reply (.1) |
| 12/14/2012 | PVL | 935.00 | 2.80 | Rv Montana brief (.2); tcn Donley & Engel re same (1.2); rv LMK email (.1); cn KCM (.1); tcn LMK & KCM (1.2) |
| 12/15/2012 | ACM | 645.00 | 0.30 | Exchange e-mails with KCM re TDP payment percentages. |
| 12/17/2012 | EI | 1,000.00 | 0.10 | Memo to R. Frankel re: Sealed Air (.1). |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/19/2012 | EI | 1,000.00 | 0.50 | Read Canada brief (.3); read R. Horkovich issues memo (.2). |
| 12/19/2012 | PVL | 935.00 | 2.70 | Work on draft Garlock resp. brief (1.3); cn LMK & KCM re same (1.4) |
| 12/21/2012 | EI | 1,000.00 | 0.10 | Sealed Air issue (.1). |
| 12/27/2012 | PVL | 935.00 | 0.80 | Rv draft brief re Montana & Canada (.8). |
| 12/28/2012 | ACM | 645.00 | 0.20 | Teleconferences two claimants re case status. |
| 12/31/2012 | PVL | 935.00 | 1.50 | Rv draft brief re AMH |

**Total Task Code .17        62.00**

**Fee Auditor Matters (1.10 Hours; $ 599.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.10 | $545 | 599.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/11/2012 | RCT | 545.00 | 0.90 | Review fee auditor request and respond (.6); email AB re: expense charge (.3). |
| 12/12/2012 | RCT | 545.00 | 0.20 | Review AB response re: expense charge (.1); email fee auditor re: same (.1). |

**Total Task Code .32        1.10**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $69.79 |
| Pacer - Database Charges | $4.90 |
| Database Research | $7,383.01 |
| Xeroxing | $191.20 |
| Long Distance-Equitrac In-House | $2.96 |
| **Total** | **$7,651.86** |