**EXHIBIT B**

**Case Administration (16.50 Hours; $ 4,864.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**            16.50

**Claim Analysis Objection & Resolution (Asbestos) (.30 Hours; $ 280.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**            .30

**Fee Applications, Applicant (23.80 Hours; $ 9,714.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**            23.80

**Fee Applications, Others (.10 Hours; $ 93.50)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**            .10

**Litigation and Litigation Consulting (264.20 Hours; $ 141,564.50)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from automatic stay.

**Total Task Code .16**            264.20

**Plan & Disclosure Statement (62.00 Hours; $ 57,320.50)**

      Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17        62.00**


**Fee Auditor Matters (1.10 Hours; $ 599.50)**

      Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        1.10**