## EXHIBIT C

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $69.79 |
| Pacer - Database Charges | $4.90 |
| Database Research | $7,383.01 |
| Xeroxing | $191.20 |
| Long Distance-Equitrac In-House | $2.96 |
| **Total** | **$7,651.86** |

```
Client Number: 4642              Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter      000                  Disbursements                                                               11/21/2012

Attn:                                                                                       Print Date/Time: 11/21/2012 10:16:37AM

                                           PREBILL/CONTROL REPORT
                                                                                            Invoice #

                                                                     Trans Date Range: 1/1/1950 to: 10/31/2012

Matter         000
Disbursements

Bill Cycle:   Monthly          Style:  11       Start: 4/16/2001    Last Billed:  10/15/2012            13,655
Client Retainers Available    $4,806.34         Committed to Invoices:    $0.00    Remaining:

                                                 Total Expenses Billed To Date    $3,939,283.73

                                                                         Billing Empl:      0120   Elihu Inselbuch   $4,806.34
                                                                         Responsible Empl:  0120   Elihu Inselbuch
                                                                         Alternate Empl:    0120   Elihu Inselbuch
                                                                         Originating Empl:  0120   Elihu Inselbuch

Summary by Employee
                                                ------ A C T U A L ------     ------ B I L L I N G ------
Empl    Initials   Name                         Hours        Amount           Hours    Rate    Amount
0120    EI         Elihu Inselbuch              0.00         29.32            0.00             29.32
0999    C&D        Caplin & Drysdale            0.00         221.53           0.00             221.53
Total Fees                                      0.00         250.85           0.00             250.85

Detail Time / Expense by Date
                                                                  ------ A C T U A L ------     ------ B I L L I N G ------
TransNo.   Description                       TransType Trans Date  Work Empl    Rate    Hours   Amount    Rate   Hours   Amount    Cumulative

2901104    Equitrac - Long Distance to 1713510563     E   10/04/2012  0999   C&D                0.00      $0.04                    0.00    $0.04   0.04
2903857    Equitrac - Long Distance to 1312862312     E   10/16/2012  0999   C&D                0.00      $2.32                    0.00    $2.32   2.36
2906386    Federal Express -Delivery to T.Simpson, 9/27/12  E   10/25/2012  0120   EI            0.00      $14.53                   0.00    $14.53  16.89
           (EI)
2906439    Federal Express -Delivery to T.Simpson, 10/17/12  E   10/26/2012  0120   EI           0.00      $14.79                   0.00    $14.79  31.68
```

Client Number: 4642
Matter 000

Attn:
(EI)

Grace Asbestos Personal Injury Claimants
Disbursements

Page: 1
11/21/2012
Print Date/Time: 11/21/2012 10:16:37AM
Invoice #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2906464 | Pacer Service Center -DC Office Database Research | E | 10/26/2012 | 0999 | C&D | 0.00 | $1.90 | 0.00 | $1.90 |
| 2912456 | Equitrac - Long Distance to 14098124072 | E | 10/31/2012 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 |
| 2914187 | Database Research - Westlaw by TEP October 3 | E | 10/31/2012 | 0999 | C&D | 0.00 | $217.11 | 0.00 | $217.11 |
| Total Expenses | | | | | | | $250.85 | | $250.85 |

| | | |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 250.85 | 250.85 |
| Matter Total | 0.00 250.85 | 0.00 250.85 |

| | | |
|---|---|---|
| Prebill Total Fees | 0.00 | 0.00 |
| Prebill Total Expenses | $250.85 | $250.85 |
| Prebill Total | 0.00 $250.85 | 0.00 $250.85 |

Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 37,193.75 | 7,435.76 |
| 88,835 | 07/25/2012 | 41,566.50 | 8,313.31 |
| 89,295 | 08/20/2012 | 50,812.00 | 10,162.40 |
| 89,820 | 09/18/2012 | 28,956.50 | 5,791.30 |
| 90,312 | 10/15/2012 | 23,738.17 | 23,738.17 |
| | | 327,543.42 | 73,521.27 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|
| Matter     000 | Disbursements | | 12/13/2012 |

Attn:

Print Date/Time: 12/13/2012  3:51:13PM

Invoice #

## PREBILL/CONTROL REPORT

Trans Date Range: 1/1/1950 to: 11/30/2012

| Matter     000 | | | | | | |
|---|---|---|---|---|---|---|
| Disbursements | | | | | | |
| Bill Cycle: | Monthly | Style: | 11 | Start: 4/16/2001 | Last Billed : 11/21/2012 | |
| Client Retainers Available | | $4,806.34 | | Committed to Invoices: | $0.00 | Remaining: $4,806.34 |

Total Expenses Billed To Date     $3,939,534.58

13,655

| | | Billing Empl: | 0120 | Elihu Inselbuch |
|---|---|---|---|---|
| | | Responsible Empl: | 0120 | Elihu Inselbuch |
| | | Alternate Empl: | 0120 | Elihu Inselbuch |
| | | Originating Empl: | 0120 | Elihu Inselbuch |

### Summary by Employee

| | | | --------- A C T U A L --------- | | --------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu Inselbuch | 0.00 | 18.22 | 0.00 | 18.22 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3.28 | 0.00 | 3.28 |
| Total Fees | | | 0.00 | 21.50 | 0.00 | 21.50 |

### Detail Time / Expense by Date

| | | | | | | | --------- A C T U A L --------- | | --------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | | | TransType | Trans Date | Work Empl | Rate | Hours | Rate | Hours | Amount Cumulative |
| 29-3001 | Pacer Service Center -Qtrly. invoiced database research svc., 7/1/12 - 9/30/12 | | | E | 11/05/2012 | 0999 | C&D | 0.00 | 0.00 | $3.00 | $3.00 |
| 2915872 | Equitrac - Long Distance to 1013261334 | | | E | 11/08/2012 | 0999 | C&D | 0.00 | 0.00 | $0.16 | 3.16 |
| 2917116 | Equitrac - Long Distance to 1612904561 | | | E | 11/15/2012 | 0999 | C&D | 0.00 | 0.00 | $0.08 | 3.24 |
| 2920556 | Equitrac - Long Distance to 1302521226 | | | E | 11/29/2012 | 0999 | C&D | 0.00 | 0.00 | $0.04 | 3.28 |

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                    Page: 1
Matter          000                               Disbursements                                     12/13/2012

Attn:                                                                              Print Date/Time: 12/13/2012  3:51:13PM
                                                                                                    Invoice #

2923896    Federal Express -Delivery to T.Simpson, 11/9/12    E   11/30/2012    0120         0.00   $18.22   21.50
                                                                                                            (EI)
Total Expenses                                                                                      $18.22

                                                                                             0.00   $18.22

                Matter Total Fees                                          0.00       0.00   0.00    0.00
                Matter Total Expenses                                     21.50      21.50           21.50
                Matter Total                                              21.50      21.50           21.50
                                                                  0.00

                Prebill Total Fees                                                    0.00   0.00    0.00
                Prebill Total Expenses                                               21.50           21.50
                Prebill Total                                                        $21.50          $21.50
                                                        0.00                         $21.50          $21.50

Previous Billings

InvoiceNo    InvoiceDate    InvoiceTotal    OpenTotal
74,007       04/22/2010        55,577.50       137.53
86,825       03/26/2012        73,596.50    14,719.30
07,625       05/16/2012        16,102.50     3,220.50
88,199       06/19/2012        37,193.75     7,438.76
68,835       07/25/2012        41,566.50     8,313.31
89,295       08/23/2012        50,812.00    10,162.40
89,820       09/18/2012        28,956.50     5,791.30
90,312       10/15/2012        23,367.50     4,673.50
90,875       11/21/2012        32,764.85    32,764.85
                              359,937.60    87,221.45
```

```
Client Number: 5155                                                                              Page: 1
Matter       000                                                                                 1/18/2013
              NARCO Committee of Asbestos Creditors
Matter       Disbursements
              000
Attn:                                                                          Print Date/Time: 01/18/2013  3:39:00PM
                                                                                                Invoice #
```

# PREBILL/CONTROL REPORT

```
Bill Cycle:  Monthly         Style:  il       Start:  2/4/2002   Last Billed :  11/20/2012    Trans Date Range:  1/1/1950  to:  12/31/2012

                                                                 Billing Empl:     0120   Elihu Inselbuch
                                                                 Responsible Empl: 0120   Elihu Inselbuch
                                                                 Alternate Empl:   0120   Elihu Inselbuch
                                                                 Originating Empl: 0120   Elihu Inselbuch
```

## Summary by Employee

|       |         |                   | ----- ACTUAL ----- |         | ----- BILLING ----- |         |
|-------|---------|-------------------|-------|---------|-------|---------|
| Empl  | Initials| Name              | Hours | Amount  | Hours | Amount  |
| 0120  | EI      | Elihu Inselbuch   | 0.00  | 50.01   | 0.00  | 50.01   |
| 0191  | ACM     | Ann C McMillan    | 0.00  | 761.50  | 0.00  | 537.50  |
| 0999  | C&D     | Caplin & Drysdale | 0.00  | 9.96    | 0.00  | 9.96    |
| Total Fees |    |                   | 0.00  | 821.47  | 0.00  | 597.47  |

Total Expenses Billed To Date          $82,252.29                                           14,222

## Detail Time / Expense by Date

|         |                                                          |           |            |           |       |        | --- ACTUAL --- |        | --- BILLING --- |            |
|---------|----------------------------------------------------------|-----------|------------|-----------|-------|--------|-------|--------|-------|--------|------------|
| TransNo.| Description                                              | TransType | Trans Date | Work Empl | Rate  | Hours  | Amount | Rate | Hours | Amount | Cumulative |
| 2917140 | Equitrac - Long Distance to 15123667302                  | E         | 11/18/2012 | 0999      | C&D   | 0.00   | 0.16  | 0.00  | 0.16  | 0.16   |
| 2925088 | Equitrac - Long Distance to 13128783080                  | E         | 12/04/2012 | 0999      | C&D   | 0.00   | 9.80  | 0.00  | 9.80  | 9.96   |
| 2931128 | Federal Express -Delivery to H.Penn, 11/21/12 (EI)       | E         | 12/21/2012 | 0120      | EI    | 0.00   | 37.55 | 0.00  | 37.55 | 47.51  |

ACM

Client Number: 5155
Matter       000

NARCO Committee of Asbestos Creditors
Disbursements

Page: 1
Print Date/Time: 01/18/2013  3:39:0.0M  1/18/2013
Invoice #

Attn:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2931130 | Ann C. McMillan -Amtrak Train Fare for Travel to/from NY, 12/19/12 (Coach fare $473.50) | E | 12/21/2012 | 0191 | ACM | 0.00 | $697.00 | 0.00 | $473.00 | $523.51 |
| 2931131 | Ann C. McMillan -Cab Fares & Parking at DC Union Station while on Travel to/from NY, 12/19/12 | E | 12/21/2012 | 0191 | ACM | 0.00 | $42.00 | 0.00 | $42.00 | $62.51 |
| 2931147 | Petty Cash -Cab Fares to/from client mtg., 12/10/12 (ACM) | E | 12/26/2012 | 0191 | ACM | 0.00 | $22.50 | 0.00 | $22.50 | $85.01 |
| 2931569 | Federal Express -Delivery to E.Penn, 12/18/12 (EI; Split b/w clients 2705, 6008, & 5155) | E | 12/27/2012 | 0120 | EI | 0.00 | $12.46 | 0.00 | $12.46 | $97.47 |

Total Expenses       $821.47

Matter Total Fees        0.00          0.00
Matter Total Expenses  821.47       $597.47
Matter Total           821.47          0.00   $597.47

Prebill Total Fees        0.00          0.00
Prebill Total Expenses  $821.47      $597.47
Prebill Total         $821.47    0.00  $597.47

Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 90,965 | 11/20/2012 | 21,675.50 | 4,335.10 |
| 91,397 | 12/12/2012 | 16,774.00 | 16,774.00 |
| | | 38,449.50 | 21,109.10 |