IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Adversary No. 01-771 (JKF) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARGARET CHAKARIAN, et al., AND JOHN DOES 1-1000, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| The Scotts Company | ) | Adversary No. 04-55083 (JKF) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| American Employers Insurance Company; Boston Old Colony Insurance Company; Continental Casualty Company, Employers Commercial Union N/K/A/ Onebeacon America Insurance Company; Maryland Casualty Company Unigard Insurance Company, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| W. R. Grace & Co., et al., | ) | |
| | ) | |
| Defendants. | ) | |

|  |  |
|---|---|
| W. R. GRACE & CO., et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>Bradley M. Campbell,<br>Commissioner of New Jersey Department of<br>Environmental Protection, in his official capacity,<br>Peter C. Harvey, Attorney General of New Jersey,<br>in his official capacity,<br><br>               Defendants. | Adversary No. 05-52724 (JKF) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 25, 2013, AT 8:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE

### PLEASE NOTE THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.

### MATTERS TO BE HEARD BY THE COURT AT 8:30 AM.:

1. [Signed] Order on Rule to Show Cause [Filed: 12/19/12] (Adv. Pro. No. 01-771, Docket No. 563)

    Related Documents:

    a. Statement of the Debtors Regarding Order on Rule to Show Cause [Filed: 2/8/13] (Adv. Pro. No. 01-771, Docket No. 564)

    b. **[Signed] Order Requiring Filing of Status Report [Filed: 2/13/13] (Adv. Pro. No. 01-771, Docket No. 565)**

    **Status:** This matter is continued until May 20, 2013 at 9:00 a.m., pursuant to the Order Requiring Filing of Status Report issued by the Court.

2.   [Signed] Order on Rule to Show Cause [Filed: 12/19/12] (Adv. Pro. No. 04-55083, Docket No. 21)

Related Documents:

a.   Joint Statement of the Scotts Company, Plaintiff, and the Debtors, Defendants, Regarding Order on Rule to Show Cause in the Above-Captioned Proceeding [Filed: 2/7/13] (Adv. Pro. No. 04-55083, Docket No. 22)

b.   **[Signed] Order Requiring Filing of Status Report [Filed: 2/13/13] (Adv. Pro. No. 04-55083, Docket No. 23)**

**Status:** **This matter is continued until May 20, 2013 at 9:00 a.m., pursuant to the Order Requiring Filing of Status Report issued by the Court.**

3.   [Signed] Order on Rule to Show Cause [Filed: 12/19/12] (Adv. Pro. No. 05-52724, Docket No. 42)

Related Documents:

a.   Notice of Dismissal Without Prejudice [Filed: 1/30/1] (Adv. Pro. No. 05-52724, Docket No. 43)

Status: This matter has been dismissed.

## MATTERS TO BE HEARD BY THE COURT AT 9:00 A.M.:

## CONTINUED MATTERS:

4.   Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Response Deadline: September 12, 2008 at 4:00 p.m.

Responses Received:

a.   Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

b.   Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c.   Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

3

Status: This matter is continued to April 2, 2013, at 9:00 a.m.

**UNCONTESTED MATTERS:**

5.  Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 1/18/13] (Docket No. 30170)

    Response Deadline: February 8, 2013, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.  [Proposed] Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 1/18/13] (Docket No. 30170, Exhibit A)

    b.  Certification of No Objection Regarding Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 2/11/13] (Docket No. 30260)

    c.  **[Signed] Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 2/13/13] (Docket No. 30275)**

    **Status: The Court has entered an order on this matter.**

Dated: February 15, 2013

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

5

DOCS_DE:185721.3 91100/001

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession