**EXHIBIT A**

# Blackstone Advisory Partners L.P.

February 5, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly Fee for the period of October 1, 2012 through October 31, 2012: | | $ | 50,000.00 |

Out-of-pocket expenses processed for the period through October 31, 2012: [1]

| | | |
|---|---|---|
| Research | 142.80 | |
| Publishing Services | 178.50 | 321.30 |
| Subtotal | | 50,321.30 |
| Less: Payment Received | | (40,321.30) |
| **Total Amount Due** | | $   **10,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 75999**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through October 31, 2012**
**Invoice Number: 75999**

|                     | GL Detail Oct-12 |        | Total Expenses |        |
| ------------------- | ---------------- | ------ | -------------- | ------ |
| Internal Research   | $                | 142.80 | $              | 142.80 |
| Publishing Services |                  | 178.50 |                | 178.50 |
| **Total Expenses**  | **$**            | **321.30** | **$**      | **321.30** |
|                     |                  |        |                |        |
| **Research**        |                  |        | $              | 142.80 |
| **Publishing Services** |              |        |                | 178.50 |
|                     |                  |        |                |        |
| **Total Expenses**  |                  |        | **$**          | **321.30** |

W. R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2012
Invoice Number: 75999

**Internal Research**
| | | | | |
|---|---|---|---|---|
| Jaffe (online data research) | 09/21/12 | 93.80 | | |
| Jaffe (online data research) | 09/24/12 | 49.00 | | |
| Subtotal - Internal Research | | | $ | 142.80 |

**Publishing Services**
| | | | | |
|---|---|---|---|---|
| Jaffe (preparation of presentation materials) | 09/24/12 | 178.50 | | |
| Subtotal - Publishing Services | | | | 178.50 |
| | | | | |
| Total Expenses | | | $ | 321.30 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 8.4 |
| Adam Schlesinger | Associate | 17.1 |
| Benjamin Jaffe | Analyst | 32.5 |
| | **Total** | **58.0** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/10/12 | 1.0 | Case Administration | Review draft motion |
| Adam Schlesinger | 10/19/12 | 1.0 | Case Administration | Call with management and counsel regarding draft motion |
| Adam Schlesinger | 10/19/12 | 1.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 10/19/12 | 0.5 | Case Administration | Calls with counsel regarding draft motion |
| Adam Schlesinger | 10/22/12 | 0.6 | Case Administration | Review draft motion |
| Benjamin Jaffe | 10/22/12 | 0.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 10/23/12 | 0.5 | Case Administration | Review draft motion |
| Benjamin Jaffe | 10/23/12 | 0.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 10/25/12 | 2.5 | Case Administration | Review draft motion and declaration |
| Adam Schlesinger | 10/25/12 | 0.5 | Case Administration | Conference call with counsel regarding draft declaration |
| Adam Schlesinger | 10/25/12 | 1.0 | Case Administration | Review of declaration and related calls |
| Benjamin Jaffe | 10/25/12 | 1.5 | Case Administration | Review draft motion and declaration |
| Adam Schlesinger | 10/26/12 | 0.3 | Case Administration | Review draft motion |
| Adam Schlesinger | 10/29/12 | 0.2 | Case Administration | Review and comment on draft motion |
| | | 12.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 10/18/12 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent regarding claims analysis |
| | | 0.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/01/12 | 0.5 | Committee | Communication with counsel regarding committee information request |
| Adam Schlesinger | 10/05/12 | 0.4 | Committee | Committee information request |
| Adam Schlesinger | 10/18/12 | 0.3 | Committee | Review committee information request |
| Adam Schlesinger | 10/26/12 | 0.5 | Committee | Conference call with management and committee regarding information request |
| | | 1.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/01/12 | 2.0 | Corporate Finance | Review corporate finance presentation |
| Benjamin Jaffe | 10/01/12 | 5.0 | Corporate Finance | Corporate finance presentation preparation |
| Adam Schlesinger | 10/02/12 | 0.3 | Corporate Finance | Review corporate finance presentation |
| Benjamin Jaffe | 10/02/12 | 1.0 | Corporate Finance | Corporate finance presentation preparation |
| Benjamin Jaffe | 10/03/12 | 4.0 | Corporate Finance | Model update |
| Adam Schlesinger | 10/05/12 | 0.3 | Corporate Finance | Corporate finance analysis |
| Benjamin Jaffe | 10/05/12 | 2.0 | Corporate Finance | Corporate finance analysis |
| Benjamin Jaffe | 10/08/12 | 1.0 | Corporate Finance | Corporate finance analysis |
| Jamie O'Connell | 10/10/12 | 0.5 | Corporate Finance | Correspondence regarding corporate finance matter |
| Adam Schlesinger | 10/12/12 | 1.0 | Corporate Finance | Review corporate finance matter |
| Jamie O'Connell | 10/12/12 | 0.5 | Corporate Finance | Review documents and related call with management |
| Jamie O'Connell | 10/13/12 | 0.3 | Corporate Finance | Correspondence regarding corporate finance matter |
| Benjamin Jaffe | 10/14/12 | 4.0 | Corporate Finance | Corporate finance analysis |
| Adam Schlesinger | 10/15/12 | 1.0 | Corporate Finance | Corporate finance analysis |
| Benjamin Jaffe | 10/15/12 | 2.0 | Corporate Finance | Corporate finance analysis |
| Adam Schlesinger | 10/16/12 | 0.4 | Corporate Finance | Meeting with J. O'Connell regarding analysis and other matters |
| Benjamin Jaffe | 10/16/12 | 4.0 | Corporate Finance | Corporate finance analysis |
| Jamie O'Connell | 10/16/12 | 0.4 | Corporate Finance | Meeting with A. Schlesinger regarding analysis and other matters |
| Benjamin Jaffe | 10/17/12 | 1.0 | Corporate Finance | Corporate finance analysis |
| Adam Schlesinger | 10/18/12 | 0.3 | Corporate Finance | Review corporate finance analysis |
| Benjamin Jaffe | 10/18/12 | 3.0 | Corporate Finance | Corporate finance analysis |
| Jamie O'Connell | 10/18/12 | 0.5 | Corporate Finance | Draft declaration |
| Jamie O'Connell | 10/18/12 | 0.2 | Corporate Finance | Correspondence regarding corporate finance matter |
| Benjamin Jaffe | 10/19/12 | 1.0 | Corporate Finance | Review draft motion |
| Jamie O'Connell | 10/24/12 | 1.0 | Corporate Finance | Draft declaration |
| Jamie O'Connell | 10/25/12 | 0.5 | Corporate Finance | Conference call with counsel regarding draft declaration |
| Jamie O'Connell | 10/25/12 | 1.5 | Corporate Finance | Draft declaration and related calls |
| Benjamin Jaffe | 10/29/12 | 0.5 | Corporate Finance | Security trading analysis |
| Jamie O'Connell | 10/29/12 | 2.0 | Corporate Finance | Draft declaration and related calls |
| Jamie O'Connell | 10/30/12 | 0.7 | Corporate Finance | Draft declaration and related calls |
| | | **41.9** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/04/12 | 0.2 | Fee Applications | Review draft fee application |
| Benjamin Jaffe | 10/04/12 | 0.5 | Fee Applications | Draft fee application |
| Jamie O'Connell | 10/18/12 | 0.3 | Fee Applications | Review August fee statement |
| Adam Schlesinger | 10/19/12 | 0.3 | Fee Applications | Review draft fee application |
| Benjamin Jaffe | 10/19/12 | 0.5 | Fee Applications | Draft fee application |
| | | 1.8 | | |

# Blackstone Advisory Partners L.P.

February 5, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of November 1, 2012 through November 30, 2012: | $ | 50,000.00 |

Out-of-pocket expenses processed for the period through November 30, 2012: [1]

| | | | |
|---|---|---|---|
| Research | $ | 20.10 | 20.10 |
| **Total Amount Due** | $ | | **50,020.10** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 76602**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through November 30, 2012**
**Invoice Number: 76602**

| | GL Detail Nov-12 | Total Expenses |
|---|---|---|
| External Research - Online Database | $        20.10 | $        20.10 |
| **Total Expenses** | $        20.10 | $        20.10 |
| | | |
| **Research** | | $        20.10 |
| | | |
| **Total Expenses** | | $        20.10 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through November 30, 2012**
**Invoice Number: 76602**

**External Research - Online Database**
de Almeida (retrieved documents from Court docket via PACER)

| | | |
|---|---|---|
| 07/06/12 - 09/17/12 | 20.10 | |
| **Subtotal - External Research - Online Database** | **$** | **20.10** |
| **Total Expenses** | **$** | **20.10** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 5.8 |
| Adam Schlesinger | Associate | 12.9 |
| Benjamin Jaffe | Analyst | 40.3 |
| | **Total** | **59.0** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/13/12 | 0.5 | Business Analysis | Call with J. O'Connell regarding corporate finance analysis |
| Jamie O'Connell | 11/13/12 | 0.5 | Business Analysis | Call with A. Schlesinger regarding corporate finance analysis |
| Adam Schlesinger | 11/14/12 | 1.5 | Business Analysis | Corporate finance analysis |
| Adam Schlesinger | 11/29/12 | 0.3 | Business Analysis | Meeting with B. Jaffe to discuss business analysis |
| Benjamin Jaffe | 11/29/12 | 0.3 | Business Analysis | Meeting with A. Schlesinger to discuss business analysis |
| Adam Schlesinger | 11/30/12 | 1.0 | Business Analysis | Meeting with B. Jaffe to discuss business analysis |
| Benjamin Jaffe | 11/30/12 | 1.0 | Business Analysis | Meeting with A. Schlesinger to discuss business analysis |
| Benjamin Jaffe | 11/30/12 | 1.5 | Business Analysis | Year-end business analysis |
| | | 6.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/01/12 | 0.5 | Case Administration | Review draft declaration |
| Adam Schlesinger | 11/02/12 | 1.0 | Case Administration | Review draft motion |
| Jamie O'Connell | 11/08/12 | 0.2 | Case Administration | Call with management regarding various matters |
| Adam Schlesinger | 11/20/12 | 0.5 | Case Administration | Call with counsel regarding appeals |
| | | 2.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 11/08/12 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 11/09/12 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 3.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/09/12 | 0.5 | Committee | Conference call with advisor regarding information request |
| Adam Schlesinger | 11/09/12 | 0.8 | Committee | Respond to committee information requests |
| Benjamin Jaffe | 11/09/12 | 0.5 | Committee | Conference call with advisor regarding information request |
| Jamie O'Connell | 11/09/12 | 0.5 | Committee | Conference call with advisor regarding information request |
| Adam Schlesinger | 11/11/12 | 0.4 | Committee | Respond to committee information requests |
| Benjamin Jaffe | 11/12/12 | 0.5 | Committee | Conference call with advisor regarding information request and related follow-up call |
| Jamie O'Connell | 11/12/12 | 0.5 | Committee | Conference call with advisor regarding information request and related follow-up call |
| Adam Schlesinger | 11/13/12 | 0.4 | Committee | Response to committee information request |
| Adam Schlesinger | 11/20/12 | 0.4 | Committee | Response to committee information request |
| | | 4.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/12 | 1.0 | Corporate Finance | Review filings and provide commentary to counsel |
| Jamie O'Connell | 11/01/12 | 0.5 | Corporate Finance | Conference calls with counsel and management regarding pleadings |
| Benjamin Jaffe | 11/02/12 | 4.0 | Corporate Finance | Corporate finance analysis |
| Benjamin Jaffe | 11/03/12 | 5.5 | Corporate Finance | Corporate finance analysis |
| Benjamin Jaffe | 11/04/12 | 7.0 | Corporate Finance | Corporate finance analysis |
| Adam Schlesinger | 11/05/12 | 4.5 | Corporate Finance | Updated financial analysis for management |
| Benjamin Jaffe | 11/05/12 | 9.0 | Corporate Finance | Corporate finance presentation preparation |
| Jamie O'Connell | 11/05/12 | 1.5 | Corporate Finance | Review and comment on financial analysis |
| Jamie O'Connell | 11/05/12 | 0.4 | Corporate Finance | Correspondence regarding draft motion |
| Jamie O'Connell | 11/06/12 | 0.2 | Corporate Finance | Correspondence regarding draft motion |
| Benjamin Jaffe | 11/14/12 | 2.5 | Corporate Finance | Peer company analysis |
| Benjamin Jaffe | 11/14/12 | 2.0 | Corporate Finance | Corporate finance analysis |
| Benjamin Jaffe | 11/20/12 | 0.5 | Corporate Finance | Corporate finance presentation preparation |
| Benjamin Jaffe | 11/29/12 | 1.5 | Corporate Finance | Peer company analysis |
|  |  | 40.1 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/12/12 | 0.6 | Fee Applications | Draft fee application review |
| Jamie O'Connell | 11/12/12 | 0.5 | Fee Applications | Draft fee application review |
| Benjamin Jaffe | 11/13/12 | 0.5 | Fee Applications | Draft fee application review |
| Benjamin Jaffe | 11/29/12 | 0.5 | Fee Applications | Draft fee application review |
| | | 2.1 | | |

# Blackstone Advisory Partners L.P.

February 5, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly Fee for the period of December 1, 2012 through December 31, 2012: [1]          $          75,000.00

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 76829**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 6.1 |
| Adam Schlesinger | Associate | 29.1 |
| Benjamin Jaffe | Analyst | 53.6 |
| | Total | 88.8 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/07/12 | 1.0 | Case Administration | Review court filings |
| Benjamin Jaffe | 12/09/12 | 1.0 | Case Administration | Review pleading filed with Third Circuit |
| Adam Schlesinger | 12/10/12 | 0.5 | Case Administration | Conference calls with counsel and management regarding pleading |
| Adam Schlesinger | 12/10/12 | 1.0 | Case Administration | Internal meetings and calls with counsel regarding pleading filed with Third Circuit |
| Adam Schlesinger | 12/10/12 | 0.3 | Case Administration | Meeting with J. O'Connell and B. Jaffe regarding pleading filed with Third Circuit |
| Adam Schlesinger | 12/10/12 | 0.3 | Case Administration | Meeting with B. Jaffe regarding pleading filed with Third Circuit |
| Benjamin Jaffe | 12/10/12 | 1.0 | Case Administration | Internal meetings and calls with counsel regarding pleading filed with Third Circuit |
| Benjamin Jaffe | 12/10/12 | 0.3 | Case Administration | Meeting with J. O'Connell and A. Schlesinger regarding pleading filed with Third Circuit |
| Benjamin Jaffe | 12/10/12 | 0.3 | Case Administration | Meeting with A. Schlesinger regarding pleading filed with Third Circuit |
| Jamie O'Connell | 12/10/12 | 1.0 | Case Administration | Review pleading filed with Third Circuit |
| Jamie O'Connell | 12/10/12 | 0.5 | Case Administration | Conference calls with counsel and management regarding pleading |
| Jamie O'Connell | 12/10/12 | 0.3 | Case Administration | Meeting with A. Schlesinger and B. Jaffe regarding pleading filed with Third Circuit |
| Adam Schlesinger | 12/11/12 | 0.5 | Case Administration | Review draft filing |
| Adam Schlesinger | 12/26/12 | 3.5 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 12/26/12 | 2.0 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 12/27/12 | 3.0 | Case Administration | Analysis for brief preparation |
| Adam Schlesinger | 12/28/12 | 0.7 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 12/28/12 | 6.0 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 12/29/12 | 2.0 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 12/29/12 | 2.0 | Case Administration | Analysis for brief preparation |
| Adam Schlesinger | 12/30/12 | 1.5 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 12/30/12 | 2.0 | Case Administration | Analysis for brief preparation |
| Adam Schlesinger | 12/31/12 | 2.3 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 12/31/12 | 3.0 | Case Administration | Analysis for brief preparation |
| | | **36.0** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 12/21/12 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 1.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/26/12 | 0.5 | Committee | Committee information request |
| Adam Schlesinger | 12/27/12 | 1.2 | Committee | Committee information request |
| Adam Schlesinger | 12/28/12 | 1.0 | Committee | Committee information request |
| Adam Schlesinger | 12/29/12 | 1.5 | Committee | Committee information request |
| | | 4.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/07/12 | 1.0 | Corporate Finance | Post-petition interest analysis |
| Benjamin Jaffe | 12/10/12 | 3.0 | Corporate Finance | Security analysis |
| Adam Schlesinger | 12/11/12 | 2.5 | Corporate Finance | Security analysis |
| Adam Schlesinger | 12/11/12 | 3.0 | Corporate Finance | Preparation of materials regarding security analysis |
| Benjamin Jaffe | 12/11/12 | 1.0 | Corporate Finance | Security analysis |
| Jamie O'Connell | 12/11/12 | 0.5 | Corporate Finance | Financial analysis at the request of counsel |
| Adam Schlesinger | 12/12/12 | 1.0 | Corporate Finance | Post-petition interest analysis |
| Benjamin Jaffe | 12/12/12 | 5.0 | Corporate Finance | Security analysis |
| Jamie O'Connell | 12/12/12 | 1.0 | Corporate Finance | Financial analysis at the request of counsel |
| Adam Schlesinger | 12/13/12 | 0.8 | Corporate Finance | Review security trading price analysis |
| Benjamin Jaffe | 12/13/12 | 4.0 | Corporate Finance | Security analysis |
| Jamie O'Connell | 12/13/12 | 0.4 | Corporate Finance | Financial analysis at the request of counsel |
| Adam Schlesinger | 12/14/12 | 0.3 | Corporate Finance | Review security trading price analysis |
| Benjamin Jaffe | 12/14/12 | 2.0 | Corporate Finance | Security analysis |
| Jamie O'Connell | 12/14/12 | 0.5 | Corporate Finance | Financial analysis at the request of counsel |
| Jamie O'Connell | 12/14/12 | 0.2 | Corporate Finance | Call with counsel regarding financial analysis |
| Adam Schlesinger | 12/17/12 | 0.5 | Corporate Finance | Review security trading price analysis |
| Benjamin Jaffe | 12/17/12 | 1.0 | Corporate Finance | Security analysis |
| Adam Schlesinger | 12/19/12 | 0.5 | Corporate Finance | Post-petition interest analysis |
| Adam Schlesinger | 12/20/12 | 1.0 | Corporate Finance | Post-petition interest analysis |
| Benjamin Jaffe | 12/20/12 | 3.0 | Corporate Finance | Security analysis |
| Adam Schlesinger | 12/21/12 | 2.0 | Corporate Finance | Post-petition interest analysis |
| Benjamin Jaffe | 12/21/12 | 7.0 | Corporate Finance | Security analysis |
| Jamie O'Connell | 12/27/12 | 1.0 | Corporate Finance | Review and comment on financial analysis |
| Benjamin Jaffe | 12/31/12 | 2.0 | Corporate Finance | Security analysis |
| Jamie O'Connell | 12/31/12 | 0.4 | Corporate Finance | Review and comment on financial analysis |
| | | 44.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 12/03/12 | 1.0 | Fee Applications | Prepare draft fee application |
| Adam Schlesinger | 12/04/12 | 0.5 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 12/11/12 | 0.2 | Fee Applications | Review draft fee application |
| Benjamin Jaffe | 12/11/12 | 1.0 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 12/11/12 | 0.3 | Fee Applications | Review draft fee application |
| | | 3.0 | | |