IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING QUARTERLY INTERIM
FEE APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP FOR
<u>FOR THE PERIOD OF JULY 1, 2012, THROUGH SEPTEMBER 30, 2012</u>**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Quarterly Interim Fee Application of Orrick, Herrington & Sutcliffe LLP for the Period of July 1, 2012, through September 30, 2012</u> (the "Application").

### BACKGROUND

1.  Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, Future Claimants' Representative. In the Application, Orrick seeks approval of fees totaling $553,578.25 and expenses totaling $6,165.47 for its services from July 1, 2012, through September 30, 2012 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2013, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Orrick based upon our review, and we received a response from Orrick, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3. We noted that the expense detail was missing from Orrick's Application. Orrick supplied its expense detail in response to our request. See Response Exhibit A. Our questions concerning Orrick's expenses are addressed in the following paragraphs.

### Specific Expense Entries

4. We noted the following expense entry on Orrick's July 2012 monthly fee application which is almost identical to an expense listed on Orrick's June 2012 monthly fee application:

5/2/2012    AIR  Travel Expense, Air Fare    Wyron, Richard $384.51
VENDOR: American Express; INVOICE#: 052512A; DATE: 5/25/2012 - FIRM-
FIRM/#153029/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX-X708-11008

In our initial report for April through June 2012, we inquired concerning the following air fare charge:

| 5/2/2012 | Wyron, Richard | AIR | $384.51 | Vendor: American Express; Invoice#: 0522512A; Date: 5/25/2012 - Firm/#153029/MYP - Lawyers Travel Charge Acct 3XXX-X708-11008- |

We asked Orrick whether one of these expense entries was a duplicate, and Orrick responded:

Orrick has reviewed the two expenses dated May 2, 2012 each in the amount of

wrg FR Orrick 46Q 7-9.12.wpd

$384.51, representing air travel charges, which appear on Orrick's June and July monthly fee applications. Although identical in amount, these charges are not for the same trip. Orrick had originally responded to the fee auditor's report for the April-June 2012 time period that the charge on the June monthly fee application represented round-trip travel. That was incorrect; that charge was for one-way travel only. The charge billed on the June monthly represents travel from Washington National Airport, DC to LaGuardia Airport, NY, and the charge in an equal amount billed on the July monthly represents the return air travel from NY to DC. The total air fare for this coach class, round-trip travel, is $768.02. I apologize for the confusion.

We accept Orrick's response and have no objection to this expense.

5. We noted the following meal charges for which more information was needed:

6/14/2012   BUSML Other Business Meals Wyron, Richard          $ 1 1 6 . 2 0
VENDOR: Flik Compass Group USA; INVOICE#: X199940912; DATE: 6/1/2012 - DC-DC\id#155167\mkm-June 2012 meals; period 09'12 ended June 30, 2012 cust. # F199940000

7/17/2012   TRVML Out of Town Business Meals Wyron, Richard    $164.75
VENDOR: Wyron, Richard H.; INVOICE#: 072012; DATE: 7/25/2012 - dc/dd/#155149/myp - meeting w/ Montana Counsel in Ny 7/17- 18/12

9/5/2012    BUSML Other Business Meals Frankel, Roger          $209.89
VENDOR: Sabereh Pizza & Deli, Inc. dba Tuscany; INVOICE#: 12585; DATE: 9/5/2012 - NY-NY\id#157329\mkm-meal

8/14/2012   BUSML Other Business Meals Wyron, Richard          $ 1 1 1 . 1 5
VENDOR: Flik Compass Group USA; INVOICE#: X199941112; DATE: 8/1/2012 - DC-DC\id#157872\mkm-cust. # F19990000 period ended 11'12 ended Aug. 31, 2012

In response to our request, Orrick provided the following information:

    a. 6/14/12 – $116.20--Lunch Meeting for 8 people in Orrick's Washington, DC office

    b. 7/17/12 – Total Expense of $164.75 – below is a breakdown of the total expense:

        1. Breakfast for 1 person in NY - $8.25
        2. Dinner (7/17) for 1 person in NY - $47.50
        3. Dinner (7/18) for 1 person on train from NY to DC - $109.00
          (Note: this amount will be reduced by $29 to comply with the fee

        guidelines setting NY dinner meals at $70 per person)

    c. 8/14/12 – $111.15 – Lunch Meeting for 9 people in Orrick's Washington, DC office

    d. 9/5/12 – $209.89 – Lunch Meeting for 5 people in Orrick's New York office

We appreciate Orrick's response and its proffered reduction of $29.00 for the $109.00 New York dinner expense. However, a reduction of $39.00 is necessary to bring the expense down to our $70.00 per person guideline for New York City. Thus, we recommend a reduction of $39.00 in expenses.

    6.    We noted the following travel expenses for which more information was needed:

7/17/2012   LTRV   Travel Expense, Local   Wyron, Richard   $242.00
VENDOR: Wyron, Richard H.; INVOICE#: 072012; DATE: 7/25/2012 - dc/dd/#155149/myp - meeting w/ Montana Counsel in Ny 7/17- 18/12

7/17/2012   TRV   Travel Expense, Out of Town Wyron, Richard   $378.05
VENDOR: Wyron, Richard H.; INVOICE#: 072012; DATE: 7/25/2012 - dc/dd/#155149/myp - meeting w/ Montana Counsel in Ny 7/17- 18/12

8/5/2012   LTRV Travel Expense, Local Wyron, Richard   $337.50
VENDOR: Wyron, Richard H.; Invoice#: 090612; Date: 9/14/2012 - dc/dd/#157366/myp-sealed air mtg in Ny 9/5/12

In response to our request, Orrick provided the following information concerning these charges:

    a. 7/17/12 – $242.00 – Travel charge for business class, one-way train fare from Union Station, Washington, DC to New York, NY;

    b. 7/17/12 – $378.05 – Travel charge for one-night hotel stay at the Omni Hotel in New York, NY (base room rate was $319.00); and

    c. 9/05/12 – $337.50 – Travel charge for business class, round-trip, train fare from Union Station, Washington, DC to New York, NY. Upon further review of accounting records, we determined that this charge was entered into our system incorrectly; the total fare was $325.00 ($139.00 for the trip to NY and $186 for the return trip to DC). Therefore a reduction of $12.50 is appropriate.

We appreciate Orrick's response and, consistent with same, recommend a reduction of $12.50 in

expenses.[1]

    7.    We noted the following air fare charges for which more information was needed:

7/18/2012   AIR  Travel Expense, Air Fare  Wyron, Richard      $ 4 9 3 . 8 0
VENDOR: American Express; INVOICE#: 072512; DATE: 7/14/2012 - FIRM - FIRM/S#156222/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX  x708-11008

8/13/2012   AIR  Travel Expense, Air Fare  Frankel, Roger
            $835.60
VENDOR: Frankel, Roger; INVOICE#: 081312A; DATE: 8/13/2012    - DD/ID#156530/HR

In response to our request, Orrick provided the following information concerning these charges:

    a. 7/18/12 – $493.80 – Travel charge for coach class, one-way air fare from Washington National Airport, DC to LaGuardia Airport, NY; and

    b. 8/13/12 – $835.60 – Roger Frankel's travel charge for two coach class, one-way air fares from Washington National Airport, DC to LaGuardia Airport, NY on 7/11/12 and 7/22/12, in the amount of $417.80 each.

We accept Orrick's response and have no objection to these expenses.

## CONCLUSION

    8.    Thus, we recommend approval of $553,578.25 in fees and $6,113.97 in expenses ($6,165.47 minus $51.50) for Orrick's services for the Application Period.

---

[1] We subsequently confirmed that these train trips were taken on the Acela Express. Since only business and first class seats are available on the Acela Express, we have no objection to these business class train fares.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
     Warren H. Smith
     Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 19th day of February, 2013.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

rwyron@orrick.com
dfullem@orrick.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801