| Date | Cost Code | Description | Qty | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 7/11/2012 | DUPLI | Document Reproduction | 66 | Wyron, Richard | $6.60 | 66 Copies |
| 7/1/2012 | WESTN | Westlaw Research | 0 | Felder, Debra | $58.25 | |
| 5/2/2012 | AIR | Travel Expense, Air Fare | 0 | Wyron, Richard | $384.51 | VENDOR: American Express; INVOICE#: 052512A; DATE: 5/25/2012  -  FIRM-FIRM/#153029/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX-X708-11008 - |
| 7/19/2012 | DUPLI | Document Reproduction | 2 | Wyron, Richard | $0.20 | 2 Copies |
| 6/14/2012 | BUSML | Other Business Meals | 0 | Wyron, Richard | $17.00 | VENDOR: Flik Compass Group USA; INVOICE#: X199940912; DATE: 6/1/2012  -  DC-DC\id#155167\mkm-June 2012 meals; period 09'12 ended June 30, 2012 cust. # F199940000 |
| 6/14/2012 | BUSML | Other Business Meals | 0 | Wyron, Richard | $116.20 | VENDOR: Flik Compass Group USA; INVOICE#: X199940912; DATE: 6/1/2012  -  DC-DC\id#155167\mkm-June 2012 meals; period 09'12 ended June 30, 2012 cust. # F199940000 |
| 7/17/2012 | LTRV | Travel Expense, Local | 0 | Wyron, Richard | $242.00 | VENDOR: Wyron, Richard H.; INVOICE#: 072012; DATE: 7/25/2012  -  dc/dd/#155149/myp - meeting w/ Montana Counsel in Ny 7/17- 18/12 |
| 7/17/2012 | TAXI | Local Taxi Expense | 0 | Wyron, Richard | $65.00 | VENDOR: Wyron, Richard H.; INVOICE#: 072012; DATE: 7/25/2012  -  dc/dd/#155149/myp - meeting w/ Montana Counsel in Ny 7/17- 18/12 |
| 7/17/2012 | TRV | Travel Expense, Out of Town | 0 | Wyron, Richard | $378.05 | VENDOR: Wyron, Richard H.; INVOICE#: 072012; DATE: 7/25/2012  -  dc/dd/#155149/myp - meeting w/ Montana Counsel in Ny 7/17- 18/12 |
| 7/17/2012 | TRVML | Out of Town Business Meals | 0 | Wyron, Richard | $164.75 | VENDOR: Wyron, Richard H.; INVOICE#: 072012; DATE: 7/25/2012  -  dc/dd/#155149/myp - meeting w/ Montana Counsel in Ny 7/17- 18/12 |
| 7/17/2012 | NYCAF | Other Business Meals | 0 | Frankel, Roger | $13.07 | |
| 7/16/2012 | WESTN | Westlaw Research | 0 | Felder, Debra | $12.24 | |
| 7/24/2012 | LEXN | Lexis Research | 0 | Acharya, Ragini | $227.14 | |
| 7/13/2012 | EXPDEL | Express Delivery | | Frankel, Roger | $12.46 | VENDOR: Federal Express Corp INVOICE#: 795847618 DATE: 7/19/2012 |
| | | | | | | |
| TOTAL | | | | | $ 1,697.47 | |

| Date | Cost Code | Description | Qty | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 8/1/2012 | DUPLI | Document Reproduction | 10 | Felder, Debra | $1.00 | 10 Copies |
| 8/6/2012 | DUPLI | Document Reproduction | 27 | Felder, Debra | $2.70 | 27 Copies |
| 8/1/2012 | LEXN | Lexis Research | 0 | FIRM | $155.68 | |
| 7/6/2012 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $176.80 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22012; DATE: 7/6/2012 - DC-DC\id#156000\mkm-public access to court electronic records 4/01-6/30/2012 acct. # OH0272 |
| 7/6/2012 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $6.60 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22012; DATE: 7/6/2012 - DC-DC\id#156000\mkm-public access to court electronic records 4/01-6/30/2012 acct. # OH0272 |
| 7/6/2012 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $9.90 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22012; DATE: 7/6/2012 - DC-DC\id#156000\mkm-public access to court electronic records 4/01-6/30/2012 acct. # OH0272 |
| 7/6/2012 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $36.20 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22012; DATE: 7/6/2012 - DC-DC\id#156000\mkm-public access to court electronic records 4/01-6/30/2012 acct. # OH0272 |
| 7/6/2012 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $269.10 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22012; DATE: 7/6/2012 - DC-DC\id#156000\mkm-public access to court electronic records 4/01-6/30/2012 acct. # OH0272 |
| 7/22/2012 | TAXI | Local Taxi Expense | 0 | Frankel, Roger | $44.57 | VENDOR: XYZ INVOICE#: 1462148 DATE: 8/1/2012 |
| 7/18/2012 | AIR | Travel Expense, Air Fare | 0 | Wyron, Richard | $493.80 | VENDOR: American Express; INVOICE#: 072512; DATE: 7/14/2012 - FIRM - FIRM/S#156222/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX  x708-11008 |
| 7/25/2012 | ONLINE | Online Database | | FIRM | $5.34 | FIRM/ID#243560/HR |
| 7/23/2012 | BUSML | Other Business Meals | 0 | Frankel, Roger | $11.40 | VENDOR: Flik Compass Group USA; INVOICE#: X199941012; DATE: 7/1/2012 - DC-DC\id#156507\mkm-period 10'12 ended 7/31/2012 cust. # F199940000 |
| 8/15/2012 | EXPDEL | Express Delivery | | Frankel, Roger | $12.30 | VENDOR: Federal Express Corp INVOICE#: 799574211 DATE: 8/23/2012 |
| 8/13/2012 | AIR | Travel Expense, Air Fare | 0 | Frankel, Roger | $835.60 | VENDOR: Frankel, Roger; INVOICE#: 081312A; DATE: 8/13/2012 - DD/ID#156530/HR |
| 7/11/2012 | TAXI | Local Taxi Expense | 0 | Frankel, Roger | $39.28 | VENDOR: Red Top Executive Sedan; INVOICE#: 1087793; DATE: 7/31/2012 - DC-DC\id#156637\mkm-acct. # 6284701 car service |
| 7/17/2012 | TAXI | Local Taxi Expense | 0 | Wyron, Richard | $75.56 | VENDOR: Red Top Executive Sedan; INVOICE#: 1087793; DATE: 7/31/2012 - DC-DC\id#156637\mkm-acct. # 6284701 car service |
| | | | | | | |
| TOTAL | | | | | $ 2,175.83 | |

| Date | Cost Code | Description | Qty | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 8/10/2012 | TAXI | Local Taxi Expense | 0 | Frankel, Roger | $51.77 | VENDOR: XYZ; INVOICE#: 1463958; DATE: 8/22/2012  -  NY-NY\id#156693\mkm-VENDOR: XYZ INVOICE#: 1463958 DATE: 8/22/2012  taxi service acct. # 37000 |
| 9/5/2012 | BUSML | Other Business Meals | 0 | Frankel, Roger | $209.89 | VENDOR: Sabereh Pizza & Deli, Inc. dba Tuscany; INVOICE#: 12585; DATE: 9/5/2012  -  NY-NY\id#157329\mkm-meal |
| 9/5/2012 | LTRV | Travel Expense, Local | 0 | Wyron, Richard | $337.50 | VENDOR: Wyron, Richard H.; INVOICE#: 090612; DATE: 9/14/2012  -  dc/dd/#157366/myp - sealed air mtg in Ny 9/5/12 |
| 9/5/2012 | PARK | Parking Expense | 0 | Wyron, Richard | $9.00 | VENDOR: Wyron, Richard H.; INVOICE#: 090612; DATE: 9/14/2012  -  dc/dd/#157366/myp - sealed air mtg in Ny 9/5/12 |
| 9/5/2012 | TOLLS | Local Tolls | 0 | Wyron, Richard | $3.35 | VENDOR: Wyron, Richard H.; INVOICE#: 090612; DATE: 9/14/2012  -  dc/dd/#157366/myp - sealed air mtg in Ny 9/5/12 |
| 5/15/2012 | DEPO | Deposition/Transcript Expenses | 0 | Wyron, Richard | $101.20 | VENDOR: Veritext Company; INVOICE#: PA1501890; DATE: 5/15/2012  -  DC-DC\id#157582\mkm-copy of transcript from District Court Case 11-199 |
| 9/20/2012 | POST | Postage | 0 | Fullem, Debra O'Denise | $419.90 | POSTAGE |
| 9/20/2012 | POST | Postage | 0 | Fullem, Debra O'Denise | $2.50 | POSTAGE |
| 9/20/2012 | DUPLI | Document Reproduction | 2063 | Fullem, Debra O'Denise | $206.30 | 2063 Copies |
| 9/20/2012 | DUPLI | Document Reproduction | 8502 | Fullem, Debra O'Denise | $850.20 | 8502 Copies |
| 9/20/2012 | PRINT | Document Reproduction | 1 | Williams Lea, DC office | $0.10 | 1 Pages Printed |
| 9/20/2012 | PRINT | Document Reproduction | 62 | Williams Lea, DC office | $6.20 | 62 Pages Printed |
| 8/2/2012 | BUSML | Other Business Meals | 0 | Wyron, Richard | $11.40 | VENDOR: Flik Compass Group USA; INVOICE#: X199941112; DATE: 8/1/2012  -  DC-DC\id#157872\mkm-cust. # F19990000 period ended 11'12 ended Aug. 31, 2012 |
| 8/14/2012 | BUSML | Other Business Meals | 0 | Wyron, Richard | $111.15 | VENDOR: Flik Compass Group USA; INVOICE#: X199941112; DATE: 8/1/2012  -  DC-DC\id#157872\mkm-cust. # F19990000 period ended 11'12 ended Aug. 31, 2012 |
| 9/14/2012 | EXPDEL | Express Delivery | 0 | Frankel, Roger | $10.71 | VENDOR: Federal Express Corp INVOICE#: 202470097 DATE: 9/20/2012 |
| | | | | | | |
| TOTAL | | | | | $ 2,331.17 | |