**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


February 14, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11245


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/1/2013 | AL | Update database with Hogan's 11th interim electronic detail (.1); Scarfone's 11th interim electronic detail (.1); Lauzon's 11th interim electronic detail (.2); Casner's November electronic detail (.1) | 0.50 | 40.00 |
|  | AL | Receive and review email from J. Wehrmann re project category spreadsheet (.1); update database with same (.1); Review category spreadsheet (2.4); office conference with J. Wehrmann re draft of category spreadsheet (.4) | 3.00 | 240.00 |
|  | AL | Update database with Casner's November fee application (.2); Foley's November fee application (.2); K&E's November fee application (.2) | 0.60 | 48.00 |
| 1/2/2013 | BSR | Review of Karl Hill's monthly application for July 1, 2011 through June 30, 2012 (.1); check docket for Mr. Hill's quarterly (.1) | 0.20 | 62.00 |
|  | BSR | Review of Legal Analysis Systems' Sept. 2012 monthly fee application and quarterly fee applications for July-Sept. 2012 | 0.20 | 62.00 |
|  | BSR | Review of Karl Hill's Third Quarterly fee application | 0.10 | 31.00 |
|  | BSR | Review of Kramer Levin's July 2012 monthly fee application and fee and expense summary re same (.1); review of Kramer Levin's August and Sept. 2012 monthly fee applications and quarterly fee application (.4) | 0.50 | 155.00 |
|  | BSR | Review of Kaye Scholer's July, August, and September 2012 monthly fee applications | 0.30 | 93.00 |
|  | BSR | Review of Kaye Scholer's June 2012 monthly fee application | 0.10 | 31.00 |
|  | BSR | Draft initial report re The Hogan Firm's quarterly fee application for the 46th interim period | 1.50 | 465.00 |

---

W.R. Grace & Co.                    Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/2/2013 | BSR | Detailed review of Lauzon Belanger's monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012) | 0.40 | 124.00 |
| | BSR | Detailed review of Scarfone Hawkins' monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012) | 0.70 | 217.00 |
| | BSR | Detailed review of The Hogan Firm's monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012) | 1.60 | 496.00 |
| | JAW | Contiue reviewing, revising, updating, and making corrections to excel project category database for Duane Morris' 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (6.9) | 6.90 | 1,207.50 |
| | BSR | Review of Foley Hoag's monthly and quarterly fee applications for the 46th interim period (July-Sept 2012), as well as fee and expense summaries re same | 0.40 | 124.00 |
| | AL | Receive, review and finalize Hogan's 46th interim IR (.4); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.60 | 48.00 |
| | AL | Update database with PWC's November electronic detail (.1); Stroock's November electronic detail (.1); Alan Rich's December fee application (.2) and electronic detail (.1) | 0.50 | 40.00 |
| 1/3/2013 | BSR | Research status of review of Pachulski's Sept. 2012 monthly fee application | 0.10 | 31.00 |
| | BSR | Review of Nelson Mullins' April-May 2012 monthly fee application and check server for missing detail | 0.10 | 31.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Ferry Joseph's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (8.7) | 8.70 | 1,522.50 |
| | JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | BSR | Research status of review of Orrick's fee applications for July through Sept. 2012 | 0.20 | 62.00 |
| | BSR | Review and revise spreadsheet reflecting Baker Donelson's fee history | 0.70 | 217.00 |
| | BSR | E-mail to The Hogan Firm re initial report (46Q) | 0.10 | 31.00 |
| | BSR | telephone conference with Roger Higgins and Warren Smith regarding Grace's desire to revise terms of Baker Donelson's retention for legislative affairs to a section 328(a) standard (.2); telephone conference with Warren Smith re same (.2) and preparation for same | 0.40 | 124.00 |

W.R. Grace & Co.            Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/3/2013 | BSR | Review Baker Donelson's retention orders and our final report for 43rd and 44th periods in preparation for conference call with Roger Higgins | 0.30 | 93.00 |
|  | BSR | Review of Pachulski's July and August 2012 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
|  | WHS | receive, review, and respond to emails with Roger Higgins | 0.30 | 100.50 |
|  | WHS | telephone conference with Bobbi Ruhlander re Baker Donaldson | 0.20 | 67.00 |
|  | WHS | telephone conference with Roger Higgins and Bobbi Ruhlander re Baker Donaldson | 0.20 | 67.00 |
|  | BSR | Review of Norton Rose's July-August 2012 monthly fee application | 0.20 | 62.00 |
| 1/4/2013 | JAW | research Pacer for entered fee application order for the 45th interim and Baker Donaldson orders for the 43th and 44th interims (0.40); download orders (0.20) | 0.60 | 105.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for FTI Policano's 1st-13th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.9) | 2.90 | 507.50 |
|  | BSR | Review of Pachulski's Sept. 2012 monthly fee application and fee and expense summary re same (.4); review of Pachulski's quarterly fee application for the period of July-Sept. 2012 (.2) | 0.60 | 186.00 |
|  | BSR | Legal research regarding conditions under which court may recommend retroactively switching from reviewing under a section 330 reasonableness standard to a section 328(a) improvidence standard | 1.70 | 527.00 |
|  | BSR | Draft initial report re Pachulski's 46th quarterly fee application | 0.60 | 186.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Kirkland & Ellis' 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.4) | 4.40 | 770.00 |
| 1/6/2013 | JAW | Contiue reviewing, revising, updating, and making corrections to excel project category database for Kirkland & Ellis' 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (5.1) | 5.10 | 892.50 |
| 1/7/2013 | BSR | Research server and docket for monthly fee applications for the 45th and 46th interim periods, hard copies of which have not yet been received | 0.80 | 248.00 |

W.R. Grace & Co.                                                              Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/7/2013 | JAW | Review, revise, update, and make corrections to excel project category database for LAS' 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (8.3) | 8.30 | 1,452.50 |
| | BSR | E-mail to Pachulski re initial report (46Q) | 0.10 | 31.00 |
| | BSR | Detailed review of Phillips Goldman & Spence's monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012) | 0.70 | 217.00 |
| | BSR | Legal research re circumstances under which court can/should alter a retention arrangement after the fact (2.6); draft email memorandum to Warren Smith re same (.8) | 3.40 | 1,054.00 |
| | BSR | Legal research re retroactive change of standard of review of fee applications (.6); telephone conferences (2) with Warren Smith re same (.3) and preparation for same; email to Roger Higgins re fee and effective hourly rate chart for Baker Donelson (.2) | 1.10 | 341.00 |
| | BSR | Receive and review response of Grant Thornton to initial report (.2) | 0.20 | 62.00 |
| | WHS | telephone conference with Bobbi Ruhlander re Baker Donelson | 0.30 | 100.50 |
| | AL | Update database with Higgins' November electronic detail (.1); Stroock's November fee application (.2); Sanders' December fee application (.2) and electronic detail (.1); Lauzon's September fee application (.2); Scarfone's September fee application (.2); Hogan's September fee application (.2) | 1.20 | 96.00 |
| | AL | Receive, review and finalize Pachulski's 46th Interim IR (.3); update database with same (.1); prepare same for service (.1) | 0.50 | 40.00 |
| | AL | Update database with Baker's September electronic detail (.1); Ewing's November electronic detail (.1); Baker's October electronic detail (.1); Baker's November electronic detail (.1); Higgins' November electronic detail (.1); receive and review email from J. Wehrmann re September through October summaries (.1); update database with Beveridge's October (.1) Casner October (.2) Ferry's October (.1) Foley's October (.1) Higgins' October (.1) K&E's October (.1) PWC's October (.1) Rich's October (.1) Ewing's October (.1) AKO's September (.1) Beveridge's September (.1) Blackstone's September (.1) BMC's September (.1) Campbell's September (.2) Caplin's September (.1) Capstone's September (.1) Casner's September (.2) Charter's September (.1) Foley's September (.1) Grant's September (.2) Higgins' September (.1) K&E's September (.1) Pachulski's September (.1) PWC's September (.1) Stroock's September (.1) and Woodcock's September (.1) fee and expense summaries | 3.60 | 288.00 |
| 1/8/2013 | JAW | Review, revise, update, and make corrections to excel project category database for Pachulski's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with | 9.10 | 1,592.50 |

W.R. Grace & Co.                                                                                                    Page     5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | amounts requested in the interim fee applications making formula corrections as needed (9.1) |  |  |
| 1/8/2013 | BSR | Detailed review of Ferry Joseph & Pearce's monthly applications and quarterly application for the 46th interim period (July-Sept. 2012) | 0.70 | 217.00 |
|  | AL | Update database with Capstone's November electronic detail (.1); Bilzin's September CNO (.1); Bilzin's November electronic detail (.1); Ferry's September CNO (.1); Baker's September fee application (.2); Baker's October fee application (.2); Baker's November fee application (.2); Higgins' November fee application (.2); Ewings' November fee application (.2) | 1.40 | 112.00 |
|  | BSR | Conference with James Wehrmann re Orrick monthly applications to be reviewed | 0.10 | 31.00 |
|  | BSR | Review of Beveridge & Diamond's July, August, and Sept. 2012 monthly fee applications and fee and expense summaries re same (.7); check docket for quarterly application (not yet filed) (.1) | 0.80 | 248.00 |
|  | BSR | Detailed review of July, August, and Sept. 2012 monthly fee applications of Baker Donelson (.4); research docket for Baker Donelson's September and quarterly fee application (.2) | 0.60 | 186.00 |
|  | BSR | Review of Casner & Edwards' monthly and quarterly fee applications for the 46th interim period (July-Sept 2012), as well as fee and expense summaries re same | 0.40 | 124.00 |
|  | BSR | Review of Charter Oak's monthly applications and quarterly fee application for the 46th interim period (July-Sept. 2012), as well as fee and expense summaries re same | 0.30 | 93.00 |
|  | BSR | Check server for fee applications of Day Pitney (none received since Feb. 2012 monthly) | 0.10 | 31.00 |
|  | BSR | Detailed review of Duane Morris' quarterly fee application (including monthly fee applications) for the 46th interim period | 0.40 | 124.00 |
| 1/9/2013 | BSR | E-mail to Ted Taconelli with question concerning Ferry Joseph's August 2012 monthly fee application (.1); review and respond to email from Ted Taconelli re same (.1) | 0.20 | 62.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Day Pitney's 1st-42nd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (8.4) | 8.40 | 1,470.00 |
|  | BSR | Detailed review of Lincoln Partners' monthly applications and quarterly application for the 46th interim period (.6); email to Joe Radecki with question concerning expense entries (.1) | 0.70 | 217.00 |

W.R. Grace & Co.         Page 6

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/9/2013 | BSR | Review of Woodcock's July 2012 monthly fee application, Sept. 2012 monthly fee application (and fee and expense summary re same), and quarterly fee application for the 46th interim period | 0.30 | 93.00 |
| | BSR | Review of PwC's monthly fee applications for July, August, and Sept. 2012 and monthly fee application for Darex Puerto Rico Audit (June-August 2012), as well as fee and expense summaries re same, and quarterly fee application for the 46th interim period | 1.80 | 558.00 |
| | BSR | Review of Reed Smith's August 2012 monthly fee application and fee and expense summary re same (.1), as well as Sept. 2012 monthly application (.1), and quarterly application for the 46th interim period (.1); email to Andrew Muha and Douglas Cameron with question re same (.1) | 0.40 | 124.00 |
| | BSR | Review of Alan Rich's August 2012 monthly fee application (and fee and expense summary re same), September 2012 monthly fee application, and quarterly fee application for the 46th interim period | 0.50 | 155.00 |
| | BSR | Review of the quarterly fee application of the Hon. Alexander M. Sanders, Jr., for the period of July-Sept. 2012 (.2); email to Alan Rich re same (.1) | 0.30 | 93.00 |
| | BSR | Detailed review of Saul Ewing's monthly applications and quarterly application for the 46th interim period (July-Sept 2012) | 0.60 | 186.00 |
| | BSR | Compile information in preparation for drafting fee and expense exhibit to proposed fee order for the 46th interim period | 0.20 | 62.00 |
| | BSR | Review of Stroock's monthly applications for July through Sept. 2012 (and fee and expense summaries re same) and quarterly application for the 46th interim period | 0.40 | 124.00 |
| | BSR | Detailed review of Towers Watson's July and August 2012 monthly fee applications and quarterly fee application for the 46th interim period | 0.60 | 186.00 |
| 1/10/2013 | AL | Receive, review and finalize Tower's 46th Interim IR (.3); update database with same (.1); prepare same for service (.1) | 0.50 | 40.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Reed Smith's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (8.9) | 8.90 | 1,557.50 |
| | BSR | E-mail to Gary Levin with questions concerning fee and expense issues on Woodcock Washburn's 46th interim fee application | 0.20 | 62.00 |
| | BSR | telephone conference with Gary Levin re issue in 46th quarterly fee application | 0.10 | 31.00 |
| | BSR | receive, review, and respond to email from Andrew Muha regarding time entry to be deducted from Reed Smith application (46Q) | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                                                                Page      7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/10/2013 | BSR | E-mail to Towers Watson re initial report (46Q) | 0.10 | 31.00 |
|  | BSR | Draft initial report re Towers Watson's 46th interim fee application | 0.70 | 217.00 |
|  | BSR | E-mail to Gary Levin inquiring as to quarterly fee application of Woodcock Washburn for the 45th interim period (April-June 2012) | 0.10 | 31.00 |
| 1/11/2013 | BSR | Receive and review email response of Lincoln Partners to our earlier email questioning certain expenses | 0.10 | 31.00 |
|  | AL | Update database with Woodock's November fee application | 0.20 | 16.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Stroock's 1st-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (8.7) | 8.70 | 1,522.50 |
| 1/12/2013 | BSR | Review of Schiff Hardin's August and Sept. 2012 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
| 1/14/2013 | JAW | Review, revise, update, and make corrections to excel project category database for Tersigni's 1st-22nd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.2) | 4.20 | 735.00 |
|  | JAW | detailed review of Beveridge & Diamond's May 2012 fee application (1.10); draft summary of same (0.50) | 1.60 | 280.00 |
|  | JAW | detailed review of Orrick Herrington's July 2012 fee application (1.90); draft summary of same (0.40) | 2.30 | 402.50 |
| 1/15/2013 | JAW | Review revisons made to Warren H. Smith & Associates December 2012 fee statement 0.10); e-mail to A. Lopez regarding same (0.10) | 0.20 | 35.00 |
|  | JAW | detailed review of Stroock's October 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | detailed review of Charter Oak's October 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | detailed review of LAS' October 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | detailed review of Orrick Herrington's August 2012 fee application (1.50); draft summary of same (0.50) | 2.00 | 350.00 |
|  | JAW | Proofread Warren H. Smith & Associates December 2012 fee statement and Notice of Filing (0.50); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.60 | 105.00 |

W.R. Grace & Co.     Page 8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/15/2013 | JAW | detailed review of Reed Smith's October 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | detailed review of Orrick Herrington's September 2012 fee application (1.40); draft summary of same (0.30) | 1.70 | 297.50 |
|  | AL | Draft WHSA's December fee application (1.7); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.00 | 160.00 |
|  | BSR | Review of ARPC's monthly and quarterly fee applications for the 34th interim period | 0.20 | 62.00 |
|  | BSR | Review of Campbell & Levine's monthly fee applications for August through October 2012 (and fee and expense summaries re same) and quarterly fee application for the 34th interim period | 0.60 | 186.00 |
| 1/16/2013 | JAW | detailed review of Reed's November 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | detailed review of Casner's November 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | detailed review of Ferry's November 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | detailed review of Saul's November 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | detailed review of Rich's November 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | detailed review of Foley's November 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | detailed review of Hogan Firm's September 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | detailed review of Anderson's October 2012 fee application (1.10); draft summary of same (0.10) | 1.20 | 210.00 |
|  | JAW | detailed review of Capstone's October 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | detailed review of Caplin's October 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | AL | Update database with Beveridge's November electronic detail | 0.20 | 16.00 |
|  | BSR | telephone conference with Warren Smith and Roger Higgins re debtor's motion to modify Baker Donelson's retention arrangement; telephone conference with Warren Smith re same | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                                Page    9

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/16/2013 AL | Update database with Pachulski's November fee application (.2); AKO's November electronic detail (.1); Campbell's November electronic detail (.1); Capstone's November fee application (.2); PWC's November fee application (.2); Reed's November fee application (.2); Caplin's November electronic detail (.1); Charter's November electronic detail (.1); Casner's November fee application (.2); Woodcock's November fee application (.2); Bilzin's November fee application (.2); Bilzin's October fee application (.2) | | 2.00 | 160.00 |
| 1/17/2013 JAW | detailed review of Pachulski's November 2012 fee application (0.60); draft summary of same (0.10) | | 0.70 | 122.50 |
| | JAW | detailed review of Stroock's November 2012 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
| | JAW | detailed review of Capstone's November 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | detailed review of Higgin's November 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | AL | Receive and review email from W. Smith re approval of WHSA's December fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's December fee application (.4); prepare same for service (.1) | 0.90 | 72.00 |
| | AL | Update database with Pachulski's November CNO | 0.10 | 8.00 |
| 1/18/2013 JAW | detailed review of PwC's November 2012 fee application (0.50); draft summary of same (0.10) | | 0.60 | 105.00 |
| | JAW | detailed review of K&E's November 2012 fee application (2.20); draft summary of same (0.50) | 2.70 | 472.50 |
| | JAW | detailed review of Rich's December 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Wallace's 1st-16th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.5) | 2.50 | 437.50 |
| | AL | Update database Blackstone's December electronic detail (.1); Orrick's November CNO (.1); Lincoln's November CNO (.1); Hogan's November electronic detail (.2); Scarfone's November electronic detail (.2); Lauzon's November electronic detail (.1); receive and review email from B. Ruhlander re Lauzon's November hard copy (.1); Ewing's December fee application (.2); Foley's December fee application (.2); Pachulski's December fee application (.2); Blackstone's November fee application (.2); Beveridge's November fee application (.2) | 1.90 | 152.00 |

W.R. Grace & Co.     Page 10

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/18/2013 | BSR | Draft initial report re Beveridge & Diamond's 45th interim fee application | 0.50 | 155.00 |
| | BSR | Review of Beveridge & Diamond's May 2012 monthly fee application and fee and expense summary re same, continued review of April and June 2012 monthlies, and review of 45th quarterly fee application | 1.20 | 372.00 |
| | BSR | Research docket for Beveridge & Diamond quarterly fee application for the 46th interim period | 0.10 | 31.00 |
| 1/19/2013 | WHS | Receive and review agenda | 0.10 | 33.50 |
| | BSR | E-mail to Pamela Marks inquiring as to Beveridge & Diamond's 46th quarterly fee application | 0.10 | 31.00 |
| | BSR | Review response of The Hogan Firm to initial report for the 46th interim period | 0.30 | 93.00 |
| | BSR | Draft final report re The Hogan Firm for the 46th interim peiod | 1.90 | 589.00 |
| | BSR | Review of Grant Thornton's response to initial report (46Q) | 0.10 | 31.00 |
| | BSR | Draft final report re Pachulski's 46th interim fee application | 0.40 | 124.00 |
| | BSR | Review of Orrick's monthly and quarterly fee applications for the 46th interim period, as well as fee and expense summaries re same | 0.80 | 248.00 |
| 1/21/2013 | BSR | E-mail to Beveridge & Diamond re initial report (45Q) | 0.10 | 31.00 |
| | BSR | E-mail to Orrick re initial report (46Q) | 0.10 | 31.00 |
| | BSR | E-mail to The Hogan Firm re final report (46Q) | 0.10 | 31.00 |
| | JAW | Continue to review, revise, update, and make corrections to excel project category database for Wallace's 1st-16th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.4) | 3.40 | 595.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Casner's 2nd-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (5.1) | 5.10 | 892.50 |
| | WHS | detailed review of FR Pachulski 46Q 7-9.12 | 0.20 | 67.00 |
| | WHS | detailed review of FR Hogan Firm 46Q 7-9.12 | 0.20 | 67.00 |
| | BSR | E-mail to Pachulski re final report (46Q) | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                                                           Page    11

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/21/2013 BSR | Draft supplemental questions to Grant Thornton based on expense detail which they supplied in response to initial report (46Q) | | 1.40 | 434.00 |
| BSR | Review of Grant Thornton's response to initial report for the 46th interim period, including itemized expense detail | | 2.10 | 651.00 |
| BSR | Draft initial report re Orrick's 46th quarterly fee application | | 1.40 | 434.00 |
| AL | Receive and review email from W. Smith re approval of Pachulski's 46th Interim FR (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of Pachulski's 46th Interim FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1); Receive and review email from W. Smith re approval of Hogan's 46th Interim FR (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of Hogan's 46th Interim FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | | 1.80 | 144.00 |
| AL | Receive and review email from B. Ruhlander re exhibit for Orrick's IR (.1); draft of same (.3); update database with same (.1); draft email to B. Ruhlander re Orrick's IR exhibit (.1) | | 0.60 | 48.00 |
| AL | Receive, review and finalize Beveridge's 45th Interim IR (.4); update database with same (.1); draft email to B. Ruhlander re service of same (.1); Receive, review and finalize Orrick's 46th Interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | | 1.10 | 88.00 |
| AL | Update database with Ferrry's July electronic detail (.1); Ferry's August electronic detail (.1); Ferry's September electronic detail (.1); Ferry's October electronic detail (.2); Ferry's November electronic detail (.2); Ferry's December electronic detail (.1); receive and review email from B. Ruhlander re Hogan's 46th Interim IR response (.1); update database with same (.1); receive and review email from B. Ruhlander re Grant Thornton's 45th Interim IR response (.1); update database with same (.1); receive and review email from B. Ruhlander re Pachulski's 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); receive and review email from B. Ruhlander re Hogan's 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | | 2.00 | 160.00 |
| 1/22/2013 JAW | Review, revise, update, and make corrections to excel project category database for Kramer's 2nd-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.5) | | 4.50 | 787.50 |
| JAW | Continue to review, revise, update, and make corrections to excel project category database for Casner's 2nd-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.7) | | 3.70 | 647.50 |

W.R. Grace & Co.     Page 12

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/22/2013 | BSR | Continued review of expense detail provided by Grant Thornton | 2.50 | 775.00 |
| | BSR | Continue drafting supplemental initial report to Grant Thornton with questions concerning Grant Thornton's expense detail | 2.90 | 899.00 |
| | BSR | Review of response of Lincoln Partners to initial report (46Q) | 0.30 | 93.00 |
| 1/23/2013 | JAW | Continue to review, revise, update, and make corrections to excel project category database for Kramer's 2nd-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.8) | 4.80 | 840.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Nelson's 2nd-36th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.5) | 3.50 | 612.50 |
| | AL | Research PACER re objections to WHSA's November fee application (.5); draft of WHSA's November CNO (.6); update database with same (.1); electronic filing with the court of WHSA's November CNO (.4) | 1.60 | 128.00 |
| | AL | Receive, review and finalize Grant's 46th Interim IR (.4); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.60 | 48.00 |
| | BSR | E-mail to Joe Radecki re inclusion of Lincoln Partners in 46th combined final report | 0.10 | 31.00 |
| | BSR | Review of response of Towers Watson to initial report (46Q) | 0.20 | 62.00 |
| | BSR | Research docket for recently filed pleadings and orders | 0.10 | 31.00 |
| | BSR | E-mail to Grant Thornton re supplemental initial report (46Q) | 0.10 | 31.00 |
| 1/24/2013 | JAW | Continue to review, revise, update, and make corrections to excel project category database for Nelson's 2nd-36th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.8) | 3.80 | 665.00 |
| | JAW | Draft e-mail to A. Lopez forwarding summaries prepared for October - December 2012 (0.10) | 0.10 | 17.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Steptoe's 2nd-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.5) | 4.50 | 787.50 |

W.R. Grace & Co.                                                    Page 13

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/24/2013 | BSR | telephone conference with Warren Smith re status of final report on Baker Donelson's 45th interim fee application | 0.10 | 31.00 |
| | BSR | Draft fee and expense recommendation exhibit for the 46th interim fee order | 0.60 | 186.00 |
| | AL | Receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Capstone's November (.1) Casner's November (.1) Ferry's November (.1) Foley's November (.1) Higgins' November (.1) K&E's November (.1) Pachulski's November (.2) PWC's November (.1) Reed's November (.2) Rich's November (.1) Saul's November (.1) Stroock's November (.1) AKO's October (.2) Beveridge's October (.1) Caplin's October (.1) Capstone's October (.1) Casner's October (.2) Charter's October (.2) Ferry's October (.1) Foley's October (.1) Higgins' October (.1) K&E's October (.1) Lasi's October (.1) Pachulski's October (.1) PWC's October (.2) Rich's October (.1) Ewing's October (.1) and Stroock's October (.2) fee and expense summaries | 3.60 | 288.00 |
| | BSR | Draft final report re Towers Watson's 46th interim fee application | 0.70 | 217.00 |
| | BSR | Draft omnibus final report for the 46th interim period | 0.90 | 279.00 |
| 1/25/2013 | BSR | telephone conference with Roger Higgins re debtor's intention to file motion to modify standard of review for Baker Donelson's legislative affairs work prior to Feb. 15 deadline for March fee hearing (.2); telephone conference with Warren Smith re same (.1) | 0.30 | 93.00 |
| | AL | Update database with Phillips' December electronic detail (.1); Orrick's December electronic detail (.1); Ewing's December electronic detail (.1) | 0.30 | 24.00 |
| | BSR | Draft fee and expense recommendation chart for the 46th interim fee order | 1.80 | 558.00 |
| | BSR | Draft omnibus final report for the 46th interim period | 3.00 | 930.00 |
| | JAW | Continue to review, revise, update, and make corrections to excel project category database for Steptoe's 2nd-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.9) | 3.90 | 682.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Klatt's 1st-20th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.0) | 4.00 | 700.00 |
| | WHS | telephone conference with Bobbi Ruhlander re Baker Donalson | 0.20 | 67.00 |
| 1/28/2013 | BSR | Research docket for applications for the 45th and 46th interim periods not yet received | 0.20 | 62.00 |

W.R. Grace & Co. Page 14

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/28/2013 | BSR | Incorporate portions of Towers Watson final report into omnibus final report for the 46th interim period | 0.40 | 124.00 |
| | BSR | Respond to email from James Wehrmann re project category spreadsheet for the 46th interim period (.1); telephone conference with Anthony Lopez re same (.1) | 0.20 | 62.00 |
| | BSR | Continue drafting omnibus final report for the 46th interim period | 0.50 | 155.00 |
| | JAW | Review 46th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Anderson (0.8), Bilzin (0.8), Blackstone (0.7), BMC (0.9) Campbell (0.7), Caplin (0.8), Capstone (0.9), Casner (0.6), Charter Oak (0.5), Duane Morris (0.7), and Ferry (0.7) | 8.10 | 1,417.50 |
| | AL | Update database with Woodcock's April through June Interim fee application (.2); Orrick's December fee application (.2); receive and review email from B. Ruhlander re Tower's 46th Interim FR (.1); update database with same (.2); draft email to W. Smith re review (.1); update database with Fragomen's July through September fee application (.1); Fragomen's October through December fee application (.1); Fragomen's December fee application (.2); Fragomen's November fee application (.2); Fragomen's October fee application (.2); Fragomen's September fee application (.2); Fragomen's August fee application (.2); Fragomen's July fee application (.2); Stroock's December electronic detail (.1); Ewing's December electronic detail (.1); Campbell's November fee application (.2); Charter's November fee application (.2); Caplin's November fee application (.2); AKO's November fee application (.2) | 3.20 | 256.00 |
| 1/29/2013 | BSR | Continue drafting the omnibus final report (46Q) and the fee and expense recommendation chart (46Q) | 0.80 | 248.00 |
| | BSR | Review of Woodcock Washburn's 45th interim fee application (monthlies previously reviewed) | 0.10 | 31.00 |
| | AL | Update database with Pahculski's December electronic detail (.1); Foley's December electronic detail (.2); Reed's November electronic detail (.1); Reed's December electronic detail (.1); PWC's November CNO (.1); PWC's December electronic detail (.2) | 0.80 | 64.00 |
| | JAW | Review 46th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Foley (0.6), Grant Thornton (0.7), Higgins (0.6), Karl Hill (0.6) Hogan Firm (0.5), Kirkland (0.5), Kramer (0.4), Lauzon (0.4), LAS (0.4), Lincoln (0.3), Pachulski (0.8), Phillips (0.4), PwC (0.9), PwC Puerto Rico (0.3), and Reed (0.8) | 8.20 | 1,435.00 |
| 1/30/2013 | BSR | Research server for fee summaries needed for the 47th interim period (.3); email to James Wehrmann re same (.2) | 0.50 | 155.00 |

W.R. Grace & Co.                                                                                                                       Page    15

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/30/2013 | BSR | respond to email from Mark Margulies re conference call concerning information to complete Grant Thornton final report (46Q) | 0.10 | 31.00 |
|  | BSR | Receive and review first draft of project category spreadsheet for the 46th interim period (.5); telephone conference with James Wehrmann re same (.5) | 1.00 | 310.00 |
|  | BSR | Exchange emails with Mark Margulies re conference call concerning Grant Thornton's fee application for the 46th interim period (.1); email to Mark Margulies re fee hearing schedule for 2013 (.2) | 0.30 | 93.00 |
|  | BSR | Review of Polsinelli Shughart's October 2012 monthly fee application (.6) and fee and expense summary re same (.1) | 0.70 | 217.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Carella's 4th-17th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.5) | 4.50 | 787.50 |
|  | JAW | Revise, correct and update 46th interim category spreadsheet for the following applicants: Higgins (0.1), Baker Donelson (0.8), BMC (0.2), Austern (0.2), Grant Thornton (0.1), PwC (0.2), PwC Global Restructuring (0.1), Sanders (0.1), and Seitz (0.1) per conversation with B. Ruhlander. | 1.90 | 332.50 |
|  | JAW | telephone conference with B. Ruhlander regarding 46th project category spreadsheet (0.5) | 0.50 | 87.50 |
|  | JAW | Draft e-mail to B. Ruhlander forwarding 46th interim project category spreadsheet for her review (0.1) | 0.10 | 17.50 |
|  | JAW | Review 46th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Rich (0.3), Sanders (0.2), Ewing (0.3), Scarfone (0.5) Stroockk (0.8), and Towers (0.3) | 2.40 | 420.00 |
|  | AL | Receive and review email from J. Wehrmann re 46th Interim Spreadsheet (.1); update database with same (.2); review of Interim Spreadsheet (2.1) | 2.40 | 192.00 |
| 1/31/2013 | AL | Update database with Stroock's December fee application (.2); Higgins' December fee application (.2); Ewing's December electronic detail (.1); Kramer's November electronic detail (.1) | 0.60 | 48.00 |
|  | BSR | receive, review, and respond to email from James Wehrmann re revisions to project category spreadsheet (46Q) | 0.10 | 31.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Hamilton's 4th-42nd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (5.9) | 5.90 | 1,032.50 |

W.R. Grace & Co. Page 16

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 1/31/2013 JAW | Review, revise, update, and make corrections to excel project category database for PI Comm's 5th-33rd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.5) | | 2.50 | 437.50 |
| JAW | Review 46th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Warren H. Smith (0.3) | | 0.30 | 52.50 |
| JAW | Review, revise, update, and make corrections to excel project category database for Prof Warren's 4th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed. (0.3) | | 0.30 | 52.50 |
| JAW | Draft e-mail to B. Ruhlander regarding corrections made to 46th interim project category spreadsheet and clarifying issues raised in t/c of the prior date (0.5) | | 0.50 | 87.50 |
| **For professional services rendered** | | | **273.70** | **$52,482.50** |

Additional Charges :

| | | |
|---|---|---:|
| 1/31/2013 | Third party copies & document prep/setup. | 230.14 |
| | Third party copies & document prep/setup. | 73.30 |
| | Copying cost | 14.20 |
| **Total additional charges** | | **$317.64** |
| **Total amount of this bill** | | **$52,800.14** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 38.30 | 80.00 | $3,064.00 |
| Bobbi S. Ruhlander | 58.90 | 310.00 | $18,259.00 |
| James A. Wehrmann | 174.80 | 175.00 | $30,590.00 |
| Warren H Smith | 1.70 | 335.00 | $569.50 |