# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue
Wilmington, DE 19806
(302) 656 7540

EIN 51-0352711

**Canadian ZAI Claimants**
**c/o Lauzon Belanger Lesperance**
Attention: Careen Hannouche
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 1/9/2013
**File Number:** ZAI/WRG 060124-01
**Invoice Number:** 20946

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

***** Redline edits are in compliance with the revisions by the Fee Auditor in the Final Report, filed on 01/21/2013; a reduction of $490.00.**

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/2012 | LNC | Calculation of project codes on The Hogan Firm's October Time Statement. | 1.00 | 195.00 | 195.00 |
| 12/04/2012 | LNC | Calculation of project codes onScarfone Hawkins October Time Statement. | 0.30 | 195.00 | 58.50 |
| 12/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Amended Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Forty - Fifth Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.50 | 400.00 | 200.00 |
| 12/05/2012 | LNC | Calculation of project codes on Lauzon Belanger Lesperance's October Time Statement. | 0.30 | 195.00 | 58.50 |
| 12/05/2012 | KEH | E-mail correspondence from Cindy Yates at Scarfone Hawkins - they received payment of $2,113.43 for August, 2012, monthly fee account from Grace - posted to WRGrace payment spreadsheet for use in preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 12/05/2012 | KEH | E-mail correspondence to 'Careen Hannouche' inquiring about payment from WRGrace for revision of fee applications. | 0.10 | 195.00 | 19.50 |
| 12/06/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Sale /Forty-Fifth Quarterly Report of Asset Sales From July 1, 2012 Through September 30, 2012 in Accordance With that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets. (related document(s) [833]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/06/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement /Forty-Fifth Quarterly Report of Settlements From July 1, 2012 Through September 30, 2012 in Accordance With that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding. Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 12/06/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-First Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period September 1, 2012, through September 30, 2012 (related document(s)[29820]) Filed by Canadian ZAI Claimants. | 0.20 | ~~400.00~~ 195.00 | ~~80.00~~ 39.00 |
| 12/06/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-First Monthly Application of Scarfone Jawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period September 1, 2012, Through September 30, 2012 (related document(s)[29819]) Filed by Canadian ZAI Claimants. | 0.30 | ~~400.00~~ 195.00 | ~~120.00~~ 58.50 |
| 12/06/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-First Monthly Application of The Hogan Firm as Counsel to the Representative Counsel for the Candian ZAI Claimants for the Period of September 1, 2012, Through September 30, 2012 (related document(s)[29818]) Filed by Canadian ZAI Claimants. | 0.20 | ~~400.00~~ 195.00 | ~~80.00~~ 39.00 |
| 12/06/2012 | LNC | Prepare for and file the Certificate of No Objection to the 31st Monthly Fee Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 12/06/2012 | LNC | Prepare for and file the Certificate of No Objection to the 31st Monthly Fee Application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 12/06/2012 | LNC | Prepare for and file the Certificate of No Objection to the 31st Monthly Fee Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 12/06/2012 | LNC | Prepared the 32nd Monthly Compensation Application for The Hogan Firm. | 1.30 | 195.00 | 253.50 |
| 12/06/2012 | LNC | Prepared the Certificate of No Objection to the 31st Monthly Fee Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 12/06/2012 | LNC | Prepared the Certificate of No Objection to the 31st Monthly Fee Application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 12/06/2012 | LNC | Prepared the Certificate of No Objection to the 31st Monthly Fee Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 12/06/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-First Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period September 1, 2012, through September 30, 2012. | 0.30 | 400.00 | 120.00 |
| 12/06/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-First Monthly Application of Scarfone Jawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period September 1, 2012, Through September 30, 2012. | 0.20 | 400.00 | 80.00 |
| 12/06/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-First Monthly Application of The Hogan Firm as Counsel to the Representative Counsel for the Candian ZAI Claimants for the Period of September 1, 2012, Through September 30, 2012. | 0.30 | 400.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/06/2012 | DKH | Reviewed docket for objections to Thirty-First Monthly Application of Scarfone Hawkins and LBL, the Representative Counsel for the Candian ZAI Claimants for the Period of September 1, 2012, Through September 30, 2012. | 0.30 | 400.00 | 120.00 |
| 12/06/2012 | DKH | Reviewed docket for objections to Thirty-First Monthly Application of The Hogan Firm as Counsel to the Representative Counsel for the Candian ZAI Claimants for the Period of September 1, 2012, Through September 30, 2012. | 0.30 | 400.00 | 120.00 |
| 12/07/2012 | KEH | E-mail correspondence from Bobbi Ruhlander transmitting draft of the project category spreadsheet for the 45th period that was submitted to debtor's counsel. Print for future review. | 0.20 | 195.00 | 39.00 |
| 12/07/2012 | KEH | E-mail correspondence from Careen Hannouche re: received payment from WRGrace on December 5th in the amount of $1,065.09; update to WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 12/07/2012 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the latest draft of the project category spreadsheet for the 45th period that the Fee Examiner has submitted to Debtor's counsel. Reviewed the totals and tried to reconcile them against our numbers. | 1.30 | 400.00 | 520.00 |
| 12/07/2012 | DKH | E-mail correspondence with Bobbie Ruhlander asking for the charts to demonstrate how she calculated the totals. | 0.10 | 400.00 | 40.00 |
| 12/07/2012 | LNC | Prepared the 32nd Monthly Compensation Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 12/07/2012 | LNC | Prepared the 32nd Monthly Compensation Application for Scarfone Hawkins LLP. | 1.30 | 195.00 | 253.50 |
| 12/10/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting the LBL time statement for the month of November; reviewed same. | 0.40 | 400.00 | 160.00 |
| 12/10/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the November time statement for Lauzon Belanger Lesperance, save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 12/10/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Forty-Fifth Quarter Project Category Summary. Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 12/10/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Fifth Period. Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 12/10/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/17/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 12/11/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving a Qualified Settlement Fund and Related Relief (Related Doc # [29878], [29985]) Order Signed on 12/11/2012. | 0.30 | 400.00 | 120.00 |
| 12/11/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving Quarterly Fee Applications for the Forty-Fifth Period (related document(s)[30020]). Signed on 12/11/2012. | 0.30 | 400.00 | 120.00 |
| 12/11/2012 | DKH | E-mail correspondence with Edward Westbrook that the claim from Washington appears to be a regular pd claim, not a ZAI claimant. | 0.10 | 400.00 | 40.00 |
| 12/11/2012 | DKH | E-mail correspondence with Roger Higgins that he will handle the inquiry from Kara Kimball, collections manager for Washington State University. | 0.10 | 400.00 | 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2012 | DKH | E-mail correspondence with Schepacarter, Richard (USTP) regarding a telephone inquiry he received from Kara Kimball, collections manager for Washington State University. | 0.10 | 400.00 | 40.00 |
| 12/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Amended HEARING CANCELLED RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s)[30023]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/17/2012 at 09:00 AM. | 0.20 | 400.00 | 80.00 |
| 12/13/2012 | DKH | E-mail correspondence with Cindy Yates transmitting the Scarfone Hawkins LLP Monthly Fee Statement for November 1, 2012 – November 30, 2012. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 12/14/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting her certification for the 32nd Monthly fee application of Lauzon Belanger Lesperance, save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 12/14/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification for the fee application of LBL. Reviewed same. | 0.20 | 400.00 | 80.00 |
| 12/14/2012 | KEH | Received wire from WRG from THF's September fee application - revise WRGrace payment spreadsheet accordingly; E-mail correspondence to 'Careen Hannouche' & 'Cindy Yates' inquiry regarding wire for September fee application for use in revision of fee applications. | 0.50 | 195.00 | 97.50 |
| 12/14/2012 | DKH | Reviewed and revised LBL's 32nd Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 12/14/2012 | DKH | Reviewed and revised Scarfone Hawkins' 32nd Fee Application. | 0.80 | 400.00 | 320.00 |
| 12/14/2012 | DKH | Reviewed and revised the Hogan Firm's 32nd Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 12/17/2012 | KEH | E-mail correspondence from Careen Hannouche re: received $520.51 from WRGrace on December 13, 2012, for payment of Lauzon Belanger Lesperance's September fee application; posted to WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 12/17/2012 | KEH | E-mail correspondence from Cindy Yates, re: received $1,736.76 CAD, via wire transfer from WR Grace for Scarfone Hawkins' September fee application; post payment to WRGrace payment spreadsheet for use in revision of fee applications. | 0.30 | 195.00 | 58.50 |
| 12/17/2012 | KEH | E-mail correspondence with 'Cindy Yates' to confirm that payment is in the amount of 1736.76 instead of 1736.78 (the amount it should be); email from Cindy to confirm amount of payment (for use in preparation of fee applications). | 0.20 | 195.00 | 39.00 |
| 12/17/2012 | DKH | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by David Thompson; reviewed same. | 0.20 | 400.00 | 80.00 |
| 12/18/2012 | LNC | E-mail correspondence with Blue Marble Logistics, LLC transmitting the 32nd Monthly Fee Applications for hand delivery to the trustee. | 0.20 | 195.00 | 39.00 |
| 12/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Withdrawal of Thirty-Second Monthly Application for Compensation of Scarfone Hawkins LLP as Special COunsel for the Candian ZAI Claimants (related document(s)[30061]) Filed by Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 12/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-Second) of Lauzon Belanger Lepserance as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2012 to October 31, 2012 Filed by Canadian ZAI Claimants. | 0.20 | ~~400.00~~ 195.00 | ~~80.00~~ 39.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-Second) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2012 to October 31, 2012 Filed by Canadian ZAI Claimants. | 0.20 | ~~400.00~~ 195.00 | ~~80.00~~ 39.00 |
| ~~12/18/2012~~ | ~~DKH~~ | ~~E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-Second) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2012 to October 31, 2012 Filed by Canadian ZAI Claimants.~~ | ~~0.20~~ | ~~400.00~~ | ~~80.00~~ |
| 12/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-Second) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2012 to October 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | ~~400.00~~ 195.00 | ~~120.00~~ 58.50 |
| 12/18/2012 | LNC | E-mail correspondence with Fee Auditor transmitting the 32nd Monthly Fee Application of Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |
| 12/18/2012 | LNC | E-mail correspondence with Fee Auditor transmitting the 32nd Monthly Fee Application of Scarfone Hawkins LLP. | 0.20 | 195.00 | 39.00 |
| 12/18/2012 | LNC | E-mail correspondence with Fee Auditor transmitting the 32nd Monthly Fee Application of The Hogan Firm. | 0.20 | 195.00 | 39.00 |
| 12/18/2012 | LNC | E-mail correspondence with the service parties transmitting the 32nd Monthly Fee Application of Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |
| 12/18/2012 | LNC | E-mail correspondence with the service parties transmitting the 32nd Monthly Fee Application of Scarfone Hawkins LLP. | 0.20 | 195.00 | 39.00 |
| 12/18/2012 | LNC | E-mail correspondence with the service parties transmitting the 32nd Monthly Fee Application of The Hogan Firm. | 0.20 | 195.00 | 39.00 |
| 12/18/2012 | LNC | Prepared for and filed the 32nd Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 12/18/2012 | LNC | Prepared for and filed the 32nd Monthly Fee Application for Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 12/18/2012 | LNC | Prepared for and filed the 32nd Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 12/19/2012 | KEH | E-mail correspondence to Careen Hannouche and Cindy Yates with inquiry re: holdback payment for SH's & LBL's April – June 2012 fee applications. | 0.10 | 195.00 | 19.50 |
| 12/19/2012 | KEH | Received holdback payment THF's April – June 2012 fee applications - confirmed receipt and posted to WRGrace payment spreadsheet for use with preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 12/20/2012 | KEH | E-mail correspondence from Cindy Yates - received $562.50, which is holdback for April, 2012; posted to WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 12/20/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize /Motion for an Order Authorizing Third Amenment to Post-Petition Letter of Credit Facility Agreement. Filed by W.R. Grace & Co., et al.. | 0.30 | 400.00 | 120.00 |
| 12/21/2012 | KEH | E-mail correspondence from Cindy Yates re: receipt of holdback payment for Scarfone Hawkin's May & June, 2012 accounts in the amount of $960.75; post to WRGrace payment spreadsheet for use in preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 12/27/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Rescheduling January Hearing Date to February 4, 2013. Signed on 12/27/2012. | 0.30 | 400.00 | 120.00 |
| 12/27/2012 | LNC | Prepared the Certificate of No Objection to the 11th Quarterly Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/2012 | LNC | Prepared the Certificate of No Objection to the 11th Quarterly Application for Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 12/27/2012 | LNC | Prepared the Certificate of No Objection to the 11th Quarterly Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 12/31/2012 | LNC | E-mail correspondence with Blue Marble Logistics, LLC transmitting the Certificate of No Objections for the 11th quarterly applications for hand delivery to the US Trustee. | 0.20 | 195.00 | 39.00 |
| 12/31/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiliing of Certificate of No Objection Regarding the Eleventh Quarterly Application of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Candian ZAI Claimants (related document(s)[29947]) Filed by Canadian ZAI Claimants. | 0.20 | ~~400.00~~ 195.00 | ~~80.00~~ 39.00 |
| 12/31/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Eleventh Quarterly Application of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants (related document(s)[29948]) Filed by Canadian ZAI Claimants. | 0.20 | ~~400.00~~ 195.00 | ~~80.00~~ 39.00 |
| 12/31/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Eleventh Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Canadian ZAI Claimants (related document(s) [29946]) Filed by Canadian ZAI Claimants. | 0.20 | ~~400.00~~ 195.00 | ~~80.00~~ 39.00 |
| 12/31/2012 | LNC | E-mail correspondence with the service parties transmitting the Certificate of No Objection to the 11th quarterly fee applications. | 0.20 | 195.00 | 39.00 |
| 12/31/2012 | LNC | Prepared for and filed the CNO for the 11th Quarterly Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 12/31/2012 | LNC | Prepared for and filed the CNO for the 11th Quarterly Application of Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 12/31/2012 | LNC | Prepared for and filed the CNO for the 11th Quarterly Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 12/31/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Eleventh Quarterly Application of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants | 0.30 | 400.00 | 120.00 |
| 12/31/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Eleventh Quarterly Application of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Candian ZAI Claimants | 0.30 | 400.00 | 120.00 |
| 12/31/2012 | DKH | Reviewed and revised Certificate of No Objection Regarding the Eleventh Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/31/2012 | DKH | Reviewed docket for objections to Eleventh Quarterly Applications of the Hogan Firm, Scarfone Hawkins and LBL. | 0.50 | 400.00 | 200.00 |
| | | **Total Fees** | **~~30.00~~ 29.80** | | **~~$8,740.50~~ $8,250.50** |

**Expenses**

| | | |
|---|---|---|
| 12/14/2012 | Blue Marble Logistics, LLC-Hand Delivery of the 11th Quarterly Applications, Certificate of No Objection to the 30th Monthly Applications,Certificate of No Objection to the 31st Monthly Applications | 284.44 |
| 12/31/2012 | Blue Marble - 29th & 30th Fee Application - Hand Delivery to US Trustee. | 17.50 |

**Total Expenses** **$301.94**

**TOTAL NEW CHARGES** ~~**$9,042.44**~~ **$8,552.44**

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 9,443.75 |
| Payments | -9,443.75 |
| Current Fees | ~~8,740.50~~ $8,250.50 |
| Current Expenses | 301.94 |
| **AMOUNT DUE AND OWING TO DATE** | ~~**$9,042.44**~~ **$8,552.44** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 12/19/2012 | 005 3183 | Payment on Account | 9,443.75 |