# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
December 31, 2012
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
### B A R R I S T E R S   A N D   S O L I C I T O R S

| | |
|---|---|
| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
## (December 1, 2012 – December 31, 2012)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|----------------------|--------|---------|-------|--------|
| 12 /03/12 | receipt of and respond to class member inquiries, re status of US appeals and CDN ZAI settlement and program | DT | $525.00 | 0.25 | $131.25 |
| 12 /04/12 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 12 /07/12 | receipt of and respond to class member inquiries, re status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 12 /10/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 12 /11/12 | receipt Careen Hannouche letter, memo to Cindy Yates | DT | $525.00 | 0.10 | $52.50 |
| 12 /12/12 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 12 /12/12 | memos to and from Cindy Yates re: preparation of November monthly fee application, letter to Careen Hannouche re: payment from Grace & Co. | DT | $525.00 | 0.10 | $52.50 |
| 12 /13/12 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 12 /14/12 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.35 | $183.75 |
| 12 /19/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.10 | $52.50 |

| 12 /28/12 | receipt of and respond to class member inquiries as to status of US Appeals and CDN ZAI settlement and timing | DT | $525.00 | 0.25 | $131.25 |
|---|---|---|---|---|---|
| 12 /31/12 | receipt of and respond to class member inquiries re status of CDN ZAI settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 12 /31/12 | review dockets for period December 1, 2012 to December 31, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of December 1, 2012 to December 31, 2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | SUB-TOTAL | 4.65 | $1,631.25 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T. |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years – years -1988 | DT | 2.65 | $525.00 | $1,391.25 | $180.86 |
| LAW CLERK Cindy Yates 30 years – years - 1982 | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| SUB-TOTAL: | | 4.65 | | $1,631.25 | $212.06 |
| TOTAL FEES AND TAXES: | | | | | $1,843.31 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 12/01/12 12/31/12 | Long Distance Calls – Various calls from December 1, 2012 – December 31, 2012 | | $2.60 | $0.34 | $2.94 |
| TOTAL DISBURSEMENTS: | | | | | $2.94 |

| TOTAL FEES AND APPLICABLE TAXES: | $1,846.25 |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.

\*Del. Bankr. LR 2016-2(e)(iii) allows for
\$.10 per page for photocopies.