# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

January 8, 2013

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file: 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(December 1st 2012 to December 31st 2012)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-12-07 | CH | Email to Karen Harvey re: confirmation of receipt of payment for use in the preparation of LBL's monthly applications | 0.17 | 285.00 | 48.45 |
| 2012-12-07 | CH | Review of certification of counsel and notices of application in US Bankruptcy file | 1.00 | 285.00 | 285.00 |
| 2012-12-10 | CH | Review of November time statement | 0.33 | 285.00 | 94.05 |
| 2012-12-10 | CH | Email to Lauren Campbell re: November time statement | 0.17 | 285.00 | 48.45 |
| 2012-12-10 | CH | Letter to David Thompson re: portion of The Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| 2012-12-13 | CH | Telephone conversation with a class member re: update on the proceedings | 0.25 | 285.00 | 71.25 |
| 2012-12-14 | CH | Review of LBL's 32nd monthly application | 0.33 | 285.00 | 94.05 |
| 2012-12-14 | CH | Email to Lauren Campbell re: executed certification 32nd Monthly Application | 0.17 | 285.00 | 48.45 |
| 2012-12-14 | CH | Email to Cindy Yates re: confirmation of receipt of portion of The Hogan Firm fees | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES:** | **2.84** | | **$ 809.40** |

**TIME SUMMARY BY LAWYER**

CH     285.00     2.84     $ 809.41

**DISBURSEMENTS**

| Photocopies | 1.70 |
|---|---|
| **TOTAL DISBURSEMENTS** | **1.70** |
| **TOTAL FEES AND DISBURSEMENTS** | **811.10** |



LAUZON BÉLANGER LESPÉRANCE INC. | WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST | BUREAU 100 | MONTRÉAL | QUÉBEC | H2Y 2A3 | TÉLÉPHONE : 514.844.4646 | TÉLÉCOPIEUR : 514.844.7009

| | |
|---|---:|
| G.S.T. 5% | 40.56 |
| Q.S.T. 9.5% | 80.91 |
| **TOTAL** | **$932.57** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001