IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | | Objection Deadline: March 13, 2013 |

## SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF January 31, 2013

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: **and** | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **December 1, 2012 - January 31, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$7,149.66** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of January 2013. This is the first application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2013 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 12/01/2012-01/31/2013 | February 14, 2013 | $7,149.66 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 12.18 | $7,149.66 |

Total Fees: $7,149.66

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $7,149.66 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (December 1, 2012-January 31, 2013), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Dated: Febuary 14, 2013

Respectfully submitted

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.
     7500 Grace Drive
     Columbia, Maryland 21004
     Attn: Robert A. Maggio, Chief Patent Counsel

February 13, 2013

RE: General
Our File Number: 63812/0001
Client Reference: 100062

Invoice#: 728711

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 12/03/2012 | Rynkiewicz, John P | 1.42 |
| | Overview and review of GRACE marks, USPTO records and third party filings, esp in pertinent core business areas. | |
| 12/28/2012 | Rynkiewicz, John P | 1.75 |
| | Year-end review of Grace IP matters, review files, issues and status; close files in prior matters. | |
| 01/04/2013 | Rynkiewicz, John P | 1.25 |
| | GRACE mark overview. | |
| 01/25/2013 | Rynkiewicz, John P | 1.42 |
| | Review GRACE regs in USPTO; review same in Canada and assess GRACE mark needed protections. | |

Total Hours.................. 5.84

Fees through 01/31/2013.................................... $3,428.08

*------------------------TIME AND FEE SUMMARY------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 5.84 | $3,428.08 |
| Fees through 01/31/2013............... | | 5.84 | $3,428.08 |

**KAYE SCHOLER LLP**

TO:  W.R. Grace & Co-Conn.                                February 13, 2013

RE: General                                               Invoice#: 728711
Our File Number: 63812/0001
Client Reference: 100062                                  PAGE:  2

---

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co-Conn.                                    February 13, 2013

**RE:** General                                                 **Invoice#:** 728711
**Our File Number:** 63812/0001
**Client Reference:** 100062                                    **PAGE:**   3

| Invoice# | Date | Amount |
|---|---|---|
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 282.93 |
| 720485 | 11/13/2012 | 176.10 |
| 722803 | 12/10/2012 | 372.16 |

Prior Balance Due............................................................................ $28,499.81

Fees this Invoice.............................................................................. $3,428.08
Total Due this Invoice...................................................................... $3,428.08
Prior Balance Due (from above)...................................................... 28,499.81
**TOTAL DUE**................................................................................ **$31,927.89**

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 728711
Total Amount Due: $31,927.89

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

February 13, 2013

RE: Special Counsel
Our File Number: 63812/0108
Client Reference: 100071

Invoice#: 728712

PAGE: 1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/17/2012 | Rynkiewicz, John P | Review bills and fee applic/letter. | 0.58 |
| 12/20/2012 | Rynkiewicz, John P | Monthly bills, review and prepare fee applic for Pachulsky firm; year-end review and revise and work on quarterly fee request for 20% payment outstanding. | 0.92 |
| 12/27/2012 | Rynkiewicz, John P | Draft, revise and work-on detailed quarterly fee application; research and assemble break-down of matters and charges. | 1.42 |
| 12/28/2012 | Rynkiewicz, John P | Work on quarterly fee application. | 1.83 |
| 01/25/2013 | Rynkiewicz, John P | Draft, revise fee application; review held-back 20% amounts and work on Quarterly fee Applic. | 0.75 |
| 01/29/2013 | Rynkiewicz, John P | Review invoices, fee applications, revise Quarterly Applic draft. | 0.42 |

Total Hours.................. 5.92

Fees through 01/31/2013.................................... $3,475.04

KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                February 13, 2013

RE: Special Counsel                                        Invoice#: 728712
Our File Number: 63812/0108
Client Reference: 100071                                   PAGE:   2

---

\*------------------------------TIME AND FEE SUMMARY------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 5.92 | $3,475.04 |
| Fees through 01/31/2013............... |  | 5.92 | $3,475.04 |

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |

**KAYE SCHOLER LLP**

TO:  W.R. Grace & Co.-Conn

February 13, 2013

RE: Special Counsel
Our File Number: 63812/0108
Client Reference: 100071

Invoice#: 728712

PAGE: 3

| Invoice# | Date | Amount |
|---|---|---|
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 205.45 |
| 720486 | 11/13/2012 | 88.05 |
| 722819 | 12/10/2012 | 117.40 |

Prior Balance Due.................................................................. $5,241.42

Fees this Invoice.................................................................. $3,475.04
Total Due this Invoice........................................................... $3,475.04
Prior Balance Due (from above)............................................. 5,241.42
**TOTAL DUE**..................................................................... **$8,716.46**

Please remit payment within thirty (30) days.

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 728712
Total Amount Due: $8,716.46

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

February 13, 2013

RE: Davison FCC
Our File Number: 63812/3002
Client Reference: 100075

Invoice#: 728714

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/07/2012 | Rynkiewicz, John P | Review PHOENIX reg and deadline to maintain; emails to/from T. Hunter re same; confirm mark/reg allowed to lapse. | 0.42 |

Total Hours.................. 0.42

Fees through 12/31/2012.................................... $246.54

*----------------------------TIME AND FEE SUMMARY----------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 0.42 | $246.54 |
| Fees through 12/31/2012 | | 0.42 | $246.54 |

Fees this Invoice.................................................................. $246.54
**Total Due this Invoice**.................................................... $246.54

Please remit payment within thirty (30) days.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 728714
Total Amount Due: $246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.