OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  W.R. Grace & Co.                    Bank:  See attached

Bankruptcy Number:  01-01139                          Account Number:  See attached

Date of Confirmation:  January 31, 2011           Account Type:  See attached

Reporting Period (month/year):  December 2012

| | |
|---|---|
| Beginning Cash Balance: | $904,355,329 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $1,324,363,953 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $1,324,363,953 |
| Total of cash available: | $2,228,719,282 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $563,532 |
| All other disbursements made in the ordinary course: | $1,163,923,576 |
| Total Disbursements | $1,164,487,108 |
| Ending Cash Balance | $1,064,232,174 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/15/13
Date

Hudson La Force III / Chief Financial Officer
Name/Title

Debtor: _____

Case Number:  01-01139

Chart 1

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 902,692,914 | $ (17,338) | $ - | $ 1,634,612 | $ 44,641 | $ 500 | $ 904,355,329 |
| Total of cash received | $ 1,320,267,233 | $ 1,374,004 | $ 1,365,308 | $ 1,357,409 | $ - | $ - | $ 1,324,363,953 |
| Total Disbursements | $ 1,160,470,135 | $ 1,553,639 | $ 1,365,308 | $ 1,064,810 | $ 33,216 | $ - | $ 1,164,487,108 |
| Ending Cash Balance | $ 1,062,490,012 | $ (196,973) | $ - | $ 1,927,211 | $ 11,425 | $ 500 | $ 1,064,232,174 |

# Quarterly Summary Report

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | JP Morgan Chase Disbursement 9101013572 | Bank of America Lockbox 8188703107 | JP Morgan Chase Holding 323223141 | JP Morgan Chase Concentration 16001257 | Bank of America Lockbox 8188203114 | Banc of America Securities LLC 22330134 | First Union Concentration 2000000282172 | First Union Payroll 2079900018741 | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 60,958 | $ 87,178 | $ 870,668 | $ 1,012,720 | $ 131,084,550 | $ 746,532,895 | $ 101,618 | $ - | $ - |
| RECEIPTS | | | | | | | | | |
| | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | (42,701) | | | | 348,526,520 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 21 | 1,522,042 | | 211,233 | | | 58,199 |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 650,000 | | | 2,907,894 | 256,935,063 | 120,000,000 | 100,000 | 57,127,851 | 201,618 |
| MISCELLANEOUS | | | | | | | | | |
| TOTAL RECEIPTS | 650,000 | (42,701) | 21 | 4,429,935 | 605,461,584 | 120,211,233 | 100,000 | 57,127,851 | 259,816 |
| DISBURSEMENTS | | | | | | | | | |
| PAYROLL | | | | | | | | 56,001,413 | |
| PAYROLL TAXES | | | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | | 190,780 |
| TRANSFERS OUT - THIRD PARTIES | 610,440 | | | 676,410 | 115,294,723 | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 4,328,765 | 373,204,804 | 65,000,000 | 201,618 | | |
| MISCELLANEOUS | | | | | | | | | |
| TOTAL DISBURSEMENTS | 610,440 | - | - | 5,005,175 | 488,499,528 | 65,000,000 | 201,618 | 56,001,413 | 190,780 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 39,560 | (42,701) | 21 | (575,240) | 116,962,056 | 55,211,233 | (101,618) | 1,126,437 | 69,037 |
| CASH - END OF QUARTER | $ 100,517 | $ 44,477 | $ 870,689 | $ 437,480 | $ 248,046,606 | $ 801,744,128 | $ (0) | $ 1,126,437 | $ 69,037 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn
on behalf of certain other debtor entities, generally and
primarily those that are inactive and/or have no direct
employees. Such expenditures are generally de minimis
and could include professional fees, state registration fees,
business license fees and certain taxes.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | First Union Accts Payable 2079920005761 | First Union Accts payable 2079900005260 | First Union Accts Payable 2079900005231 | SunTrust Payroll 00000141309 | JP Morgan Chase Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $          - | $          - | $          - | $          - | $          - | $     500 | $    233,911 | $    514,198 |
| RECEIPTS | | | | | | | | |
| | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 253,694,291 | | - | 1,280,442 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | | - |
| TRANSFERS IN - THIRD PARTIES | | | | | | | 2,852,127 | |
| TRANSFERS IN - NONFILING ENTITIES | 5,631,430 | 7,287,227 | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 105,759,087 | 151,386,644 | | | | | | |
| MISCELLANEOUS | | | | | | | | |
| TOTAL RECEIPTS | 111,390,517 | 158,673,871 | - | - | 253,694,291 | - | 2,852,127 | 1,280,442 |
| DISBURSEMENTS | | | | | | | | |
| | | | | | | | | |
| PAYROLL | | | | | | | - | |
| PAYROLL TAXES | | | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | 110,615,310 | 156,440,915 | | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | 2,955,072 | 1,233,816 |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | 775,207 | 2,232,956 | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | 253,694,291 | | - | |
| MISCELLANEOUS | | | | | | | - | |
| TOTAL DISBURSEMENTS | 111,390,517 | 158,673,871 | - | - | 253,694,291 | - | 2,955,072 | 1,233,816 |
| | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - | - | (102,945) | 46,626 |
| | | | | | | | | |
| CASH - END OF QUARTER | $          - | $          - | $          - | $          - | $          - | $     500 | $    130,965 | $    560,824 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | Bank Boston Operating Acct 154519 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ (586,493) | $ - | $ 1,046,277 | $ 446,139 | $ 21,287,797 | $ 902,692,914 | $ - |
| RECEIPTS | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | 4,149,961 | | | | | 607,608,514 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | - | | | | | | |
| TRANSFERS IN - THIRD PARTIES | - | - | | 28,284 | | | 4,671,906 | |
| TRANSFERS IN - NONFILING ENTITIES | - | - | | | | | 12,918,658 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 695,068,156 | |
| MISCELLANEOUS | - | - | | | | | | |
| TOTAL RECEIPTS | - | 4,149,961 | | 28,284 | - | - | 1,320,267,233 | - |
| DISBURSEMENTS | | | | | | | | |
| PAYROLL | | - | | | | | 56,001,413 | |
| PAYROLL TAXES | | - | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | 3,954,753 | | | | | 271,010,978 | |
| TRADE PAYABLES - INTERCOMPANY | | - | | | | | 121,944,433 | |
| TRANSFERS OUT - THIRD PARTIES | | - | | 983,192 | | | 3,008,163 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | | | | | 695,429,478 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | | | | | 12,075,669 | |
| MISCELLANEOUS | | - | | | | 12,075,669 | 12,075,669 | |
| TOTAL DISBURSEMENTS | | 3,954,753 | | 983,192 | - | 12,075,669 | 1,160,470,135 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 195,209 | | (954,908) | - | (12,075,669) | 159,797,098 | - |
| CASH - END OF QUARTER | $ - | $ (391,285) | $ - | $ 91,369 | $ 446,139 | $ 9,212,128 | $ 1,062,490,012 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | JP Morgan Chase Depository/Wire 323863842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH | |
|---|---|---|---|---|---|
| | | | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF QUARTER** | $        - | $    (17,338) | $        - | $    (17,338) | $        - |
| **RECEIPTS** | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 6,341 | | | 6,341 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 1,367,663 | | 1,367,663 | |
| **TOTAL RECEIPTS** | 6,341 | 1,367,663 | - | 1,374,004 | - |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 1,547,299 | | 1,547,299 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 6,341 | | | 6,341 | |
| MISCELLANEOUS | | | | - | |
| **TOTAL DISBURSEMENTS** | 6,341 | 1,547,299 | - | 1,553,639 | |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | (179,635) | - | (179,635) | |
| **CASH - END OF QUARTER** | $        - | $   (196,973) | $        - | $   (196,973) | $        - |

*Chart 1*

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 1,365,308 | 1,365,308 | |
| TOTAL RECEIPTS | 1,365,308 | 1,365,308 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 1,365,308 | 1,365,308 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 1,365,308 | 1,365,308 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

Chart 1

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | Citibank Operating Acct 300153011 | Petty Cash | Other | Cash-in-Transit | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 1,634,612 | $ - | $ - | $ - | $ 1,634,612 | $ |
| RECEIPTS | | No Activity | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 877,713 | | | | 877,713 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 479,695 | | | | 479,695 | |
| TOTAL RECEIPTS | 1,357,409 | - | | - | 1,357,409 | - |
| DISBURSEMENTS | | | | | | |
| PAYROLL | 35,208 | | | | 35,208 | |
| PAYROLL TAXES | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | 549,906 | | | | 549,906 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 479,695 | | | | 479,695 | |
| MISCELLANEOUS | | | | | - | |
| TOTAL DISBURSEMENTS | 1,064,810 | - | | - | 1,064,810 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 292,599 | - | | - | 292,599 | - |
| CASH - END OF QUARTER | $ 1,927,211 | $ - | $ - | $ - | $ 1,927,211 | $ - |

Chart 1

**Grace International Holdings**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | Grace International Holdings 323136524 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**CC Partners**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | First Union Deposit Acct 2199500031802 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $            - | - | $            - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF QUARTER | $            - | $          - | $          - |

**Kootenai Development Company**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | First National Bank of Montana 1049097 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $          44,641 | 44,641 | $          - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 33,216 | 33,216 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 33,216 | 33,216 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (33,216) | (33,216) | - |
| CASH - END OF QUARTER | $          11,425 | $          11,425 | $          - |

*Chart 1*

**Grace Europe, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | Barclays Bank PLC | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
|     TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION    PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
|     TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW  (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
|     CASH - END OF QUARTER | $ - | $ - | $ - |

Chart 1

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | Cash On Hand | CURRENT QUARTER | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $        500 | 500 | $              - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $        500 | $       500 | $              - |

*Chart 1*

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2012**

| | Miscellaneous | CURRENT QUARTER | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | | $ - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION | | | |
| PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW | | | |
| (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |