**EXHIBIT 3**

| | | | | |
|---|---|---|---|---|
| 7/27/2012 | Lynes, Daniel A. | PER DIEM | $53.00 | per diem- Ft. Lauderdale ,FL. Trip purpose was to work with GT and at client site on 199 project. |
| 7/31/2012 | Lynes, Daniel A. | PER DIEM | $53.00 | Per Diem (Ft. Lauderdale, FL).  For trip to South Florida to work on IRC Section 199 study and attend meetings. |
| 8/16/2012 | Lynes, Daniel A. | PER DIEM | $53.00 | Per Diem. Ft. Lauderdale, FL. Trip to Ft. Lauderdale, FL to work on 199 w/ client and GT team. |
| 8/22/2012 | Lynes, Daniel A. | PER DIEM | $53.00 | Per Diem. Miami, FL. Trip to Miami, FL to work with GT team on finalizing the 199 project. |
| 8/24/2012 | Lynes, Daniel A. | PER DIEM | $53.00 | Per Diem (Miami, FL). Trip to Miami, FL to work with GT team on finalizing the 199 project. |
| 7/12/2012 | Lynes, Daniel A. | PER DIEM | $53.00 | Per Diem. Ft. Lauderdale, FL. Purpose of Trip was to meet with IRS on R&D project as well as work with client. |
| 9/14/2012 | Lynes, Daniel A. | PER DIEM | $53.00 | Per diem - Chicago, IL. Purpose of trip was to meet with the Discovery Sciences Group in IL to conduct R&D tax credit interviews. |
| 9/22/2012 | Lynes, Daniel A. | PER DIEM | $71.00 | Per Diem - Baltimore, MD. Purpose of trip was to go to the Curtis Bay, MD production plant to meet with Dan O'Connell of WR Grace on the R&D tax credit. |
| 11/21/2012 | Lynes, Daniel A. | PER DIEM | $53.00 | Per Diem - Boca Raton, FL. Purpose was to attend IRS meeting to settle on R&D tax credit. |

$495.00

**EXHIBIT 4**

| | | | | |
|---|---|---|---|---|
| 8/22/2012 | Stargel, Andrew L | MEALS | $40.00 | Andrew Stargel, per diem dinner night of 8/19/12, one person, travel related |
| 8/22/2012 | Stargel, Andrew L | PER DIEM | $40.00 | Andrew Stargel, three people at Bartley's Burgers, Boston, Lunch |
| 8/22/2012 | Stargel, Andrew L | PER DIEM | $30.00 | Andrew Stargel, per diem dinner night of 8/21/12, one person, travel related |
| 9/17/2012 | Stargel, Andrew L | PER DIEM | $16.00 | Andrew Stargel, breakfast on morning of 9/10, one person, travel related |
| 9/10/2012 | Wagner, Catherine E | PER DIEM | $59.00 | Catie Wagner; 1 dining; Per Diem meal rate in Baltimore, MD for breakfast and dinner; meals while traveling for R&D site interviews |
| 9/19/2012 | Wagner, Catherine E | PER DIEM | $53.00 | Catie Wagner; 1 dining; Per Diem meal rate in Cambridge, MA for breakfast and dinner; meals while traveling for R&D site interviews |
| 9/20/2012 | Wagner, Catherine E | PER DIEM | $53.00 | Catie Wagner; 1 dining; Per Diem meal rate in Cambridge, MA for breakfast and dinner; meals while traveling for R&D site interviews |
| 8/14/2012 | Watson, Sara B | PER DIEM | $26.00 | Sara Beth Watson; R&D interview site visit; Dinner portion of per diem at Baltimore Airport. |
| 8/19/2012 | Watson, Sara B | PER DIEM | $40.00 | Sara Beth Watson; R&D interview site visit; Dinner per diem in Cambridge, MA for Grace Construction. |
| 8/21/2012 | Watson, Sara B | PER DIEM | $30.00 | Sara Beth Watson; R&D interview site visit; Dinner per diem in Cambridge, MA for Grace Construction. |
| | | | $387.00 | |

**EXHIBIT 5**

| 7/30/2012 | Abraham, Mathew | MEALS | $186.22 | Incurred by Mathew Abraham for three people; City: Boca Raton, FL; dinner to discuss Section 199 project |
|---|---|---|---|---|
| 7/8/2012 | Lynes, Daniel A. | MEALS | $101.80 | Dinner. w/ 2 people while traveling. Ft. Lauderdale, FL. Trip purpose was to attend IRS meeting at client site. |
| 7/11/2012 | Lynes, Daniel A. | MEALS | $108.16 | Dinner while traveling with 2 people, Ft. Lauderdale, FL. Trip purpose was to attend IRS meeting and work at client site on IRC section 199 project |
| 7/11/2012 | Lynes, Daniel A. | MEALS | $61.27 | Dinner while out of town traveling. Ft. Lauderdale, FL. Trip purpose was to attend IRS meeting and work at client site on IRC section 199 project |
| 7/23/2012 | Lynes, Daniel A. | MEALS | $61.03 | Self Dinner while traveling. Ft. Lauderdale, FL. Trip purpose was to work with GT and at client site on 199 project. |
| 8/14/2012 | Lynes, Daniel A. | MEALS | $64.05 | Self Dinner while traveling. Boca Raton, FL. Trip to Ft. Lauderdale, FL to work on 199 w/ client and GT team. |
| 8/23/2012 | Lynes, Daniel A. | MEALS | $58.17 | Self Dinner while traveling. Miami, FL. Trip to Miami, FL to work with GT team on finalizing the 199 project. |
| 8/23/2012 | Lynes, Daniel A. | MEALS | $216.44 | Dinner with 4 people while traveling and working late. Miami, FL. Trip to Miami, FL to work with GT team on finalizing the 199 project. |
| 7/9/2012 | Lynes, Daniel A. | MEALS | $260.78 | Dinner with 4 people while traveling out of town. Ft. Lauderdale, FL. Purpose of Trip was to meet with IRS on R&D project as well as work with client. |
| 7/10/2012 | Lynes, Daniel A. | MEALS | $63.53 | Self Dinner while traveling out of town. Boca Raton, FL. Purpose of Trip was to meet with IRS on R&D project as well as work with client. |
| 8/2/2012 | Lynes, Daniel A. | MEALS | $67.81 | Self dinner while traveling out of town, Boca Raton, FL. Purpose of Trip was to meet with client and work on R&D project. |
| 8/27/2012 | Lynes, Daniel A. | MEALS | $249.53 | Dinner w/ 4 people while out of town traveling for business. Baltimore, MD.  Purpose of trip was to go to Baltimore, MD to meet with Davison R&D personnel and work on the R&D tax credit project. |
| 9/9/2012 | Lynes, Daniel A. | MEALS | $67.75 | Dinner- Self while traveling out of town in Baltimore, MD. Purpose of trip was to conduct R&D interviews in Columbia, MD for the Refining Technologies, Materials Technology, and Specialty Catalysts divisions. |

## EXHIBIT 5

| | | | | |
|---|---|---|---|---|
| 9/10/2012 | Lynes, Daniel A. | MEALS | $220.71 | Dinner while out of town traveling with 4 people. Baltimore, MD. Purpose of trip was to conduct R&D interviews in Columbia, MD for the Refining Technologies, Materials Technology, and Specialty Catalysts divisions. |
| 9/13/2012 | Lynes, Daniel A. | MEALS | $67.85 | Self Dinner while traveling. Chicago, IL. Purpose of trip was to meet with the Discovery Sciences Group in IL to conduct R&D tax credit interviews. |
| 9/20/2012 | Lynes, Daniel A. | MEALS | $113.23 | Dinner out of town with 2 people. Baltimore, MD. Purpose of trip was to go to the Curtis Bay, MD production plant to meet with Dan O'Connell of WR Grace on the R&D tax credit. |
| 11/19/2012 | Lynes, Daniel A. | MEALS | $170.00 | Dinner w/ 3 people while traveling out of town. Boca Raton, FL.  Purpose was to attend IRS meeting to settle on R&D tax credit. |
| 8/2/2012 | Levin, Rob | MEALS | $67.00 | Rob Levin incurred - dinner self in Boca Raton Florida for WR Grace Section 199 meetings w/ IRS - Shawn Deutchman. |
| 8/2/2012 | Levin, Rob | MEALS | $186.22 | Rob Levin incurred - Dinner (3 people) in Boca Raton Florida for business/WR Grace Section 199 meetings w/ IRS - Shawn Deutchman. |
| 8/28/2012 | Levin, Rob | MEALS | $60.34 | Rob Levin dinner in Boca Raton, FL.  Meal was work related for the 2011 WR Grace Section 199 meetings model and discussions with Giselle Huriwitz, WR Grace tax manager. |
| 9/4/2012 | Levin, Rob | MEALS | $82.00 | Rob Levin self dinner in Boca Raton, FL for 2007, 2009, 2011 WR Grace Section 199 meetings at client site. |
| 9/13/2012 | Levin, Rob | MEALS | $88.68 | Rob Levin dinner in Boca Raton, FL. Meal was travel related for the 2007, 2009, and 2011 WR Grace Section 199 meetings. IRC Section 199 review of the 2007, 2009 & 2011 costing models w/ new informatoin provided by Giselle Huriwitz, Grace Tax. Updated reports relating to the GM by product were provided and updated in the models. Review of the pension adjustment relating to active vs. retired individuals and the corresponding increase to the Section 199 deduction were reviewed and traced to the actual account. Review of final 2007, 2009, and 2011 computations and review of referencing and adding notes to provide a finalized Section 199 deduction to the IRS. |

**EXHIBIT 5**

| 9/13/2012 | Levin, Rob | MEALS | $54.32 | Rob Levin dinner in Boca Raton, FL. Meal was travel related for the 2007, 2009, and 2011 WR Grace Section 199 meetings. IRC Section 199 review of the 2007, 2009 & 2011 costing models w/ new informatoin provided by Giselle Huriwitz, Grace Tax. Updated reports relating to the GM by product were provided and updated in the models. Review of the pension adjustment relating to active vs. retired individuals and the corresponding increase to the Section 199 deduction were reviewed and traced to the actual account. Review of final 2007, 2009, and 2011 computations and review of referencing and adding notes to provide a finalized Section 199 deduction to the IRS. |
| --- | --- | --- | --- | --- |
| 7/8/2012 | Levin, Rob | MEALS | $115.35 | Dinner in Fort Lauderdale, FL (2 people, flew in late) travel related to time spent with Lisa Paider and Giselle Hurwitz discussing the meeting with the IRS. Discussions included meeting goals, project expectations, Grant Thornton's review of available information, and overall project expectations.  Initial IRC Section 41 IRS Meeting with IRS agents Shawn Deutschman, Mark Kaeppel, and Richard Otier. WR Grace employees included Lisa Paider and Giselle Hurwitz. Grant Thornton employees included Rob Levin, Dan Lynes, and Joseph Brown. Meeting agenda included discussions related to the expectations of the IRS, timing of the project, scope of the project, and IRS involvement. |
| 8/16/2012 | Levin, Rob | MEALS | $182.64 | Dinner 2 people in Baltimore, MD, travel related for 2005-2011 R&D tax credit interviews w/ Robert Harding, SVP of development, for the Catalyst groups. Discussions related to specific project information including time allocation of each of his people, and costs incurred by project, specifically prototypes, supply, and contractor costs. Mr. Harding provided an overview of the group and presentations on the R&D budget for the Company. Time was also spent reviewing the SAP download to understand the R&D cost centers for Engineered Materials, Packaging, and Discovery Science. Time spent with Material Technology finance to determine the accounting for project costs and the mapping into the R&D cost centers. Additional time spent touring the facility to understand the lab work vs. technical services vs. analytical time. |

**EXHIBIT 5**

| 8/20/2012 | Levin, Rob | MEALS | $227.00 | Dinner in Boston, MA with 3 people, travel related for Construction Products 2008-2011 R&D tax credit interviews. |
| 9/14/2012 | Levin, Rob | MEALS | $200.00 | Dinner in Baltimore, MD (2 people) for WR Grace Baltimore Pilot Plant tour.  Work related dinner. |
| 10/16/2012 | Levin, Rob | MEALS | $120.00 | Dinner (2 people) in Atlanta, GA for 2008, 2009 costing model review, as well as, project methodology memorandum/deliverables. Late night work. |
| 11/27/2012 | Levin, Rob | MEALS | $412.00 | Dinner in Boca Raton, FL with 5 people including Don Teichen, WR Grace Tax director, to discuss the 2008 and 2009 R&D tax credit results, as well as, the 2011 tax credit findings. |

**EXHIBIT 5A**

| Date | Professional | Expense Type | Amount | Description | Capped Amount | Recom- mended Reduction |
|---|---|---|---|---|---|---|
| 7/30/2012 | Abraham, Mathew | MEALS | $186.22 | Incurred by Mathew Abraham for three people; City: Boca Raton, FL; dinner to discuss Section 199 project | $150.00 | $36.22 |
| 7/8/2012 | Lynes, Daniel A. | MEALS | $101.80 | Dinner. w/ 2 people while traveling. Ft. Lauderdale, FL. Trip purpose was to attend IRS meeting at client site. | $100.00 | $1.80 |
| 7/11/2012 | Lynes, Daniel A. | MEALS | $108.16 | Dinner while traveling with 2 people, Ft. Lauderdale, FL. Trip purpose was to attend IRS meeting and work at client site on IRC section 199 project | $100.00 | $8.16 |
| 7/11/2012 | Lynes, Daniel A. | MEALS | $61.27 | Dinner while out of town traveling. Ft. Lauderdale, FL. Trip purpose was to attend IRS meeting and work at client site on IRC section 199 project | $50.00 | $11.27 |
| 7/23/2012 | Lynes, Daniel A. | MEALS | $61.03 | Self Dinner while traveling. Ft. Lauderdale, FL. Trip purpose was to work with GT and at client site on 199 project. | $50.00 | $11.03 |
| 8/14/2012 | Lynes, Daniel A. | MEALS | $64.05 | Self Dinner while traveling. Boca Raton, FL. Trip to Ft. Lauderdale, FL to work on 199 w/ client and GT team. | $50.00 | $14.05 |
| 8/23/2012 | Lynes, Daniel A. | MEALS | $58.17 | Self Dinner while traveling. Miami, FL. Trip to Miami, FL to work with GT team on finalizing the 199 project. | $50.00 | $8.17 |
| 8/23/2012 | Lynes, Daniel A. | MEALS | $216.44 | Dinner with 4 people while traveling and working late. Miami, FL. Trip to Miami, FL to work with GT team on finalizing the 199 project. | $200.00 | $16.44 |
| 7/9/2012 | Lynes, Daniel A. | MEALS | $260.78 | Dinner with 4 people while traveling out of town. Ft. Lauderdale, FL. Purpose of Trip was to meet with IRS on R&D project as well as work with client. | $200.00 | $60.78 |

**EXHIBIT 5A**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/10/2012 | Lynes, Daniel A. | MEALS | $63.53 | Self Dinner while traveling out of town. Boca Raton, FL. Purpose of Trip was to meet with IRS on R&D project as well as work with client. | $50.00 | $13.53 |
| 8/2/2012 | Lynes, Daniel A. | MEALS | $67.81 | Self dinner while traveling out of town, Boca Raton, FL. Purpose of Trip was to meet with client and work on R&D project. | $50.00 | $17.81 |
| 8/27/2012 | Lynes, Daniel A. | MEALS | $249.53 | Dinner w/ 4 people while out of town traveling for business. Baltimore, MD. Purpose of trip was to go to Baltimore, MD to meet with Davison R&D personnel and work on the R&D tax credit project. | $200.00 | $49.53 |
| 9/9/2012 | Lynes, Daniel A. | MEALS | $67.75 | Dinner- Self while traveling out of town in Baltimore, MD. Purpose of trip was to conduct R&D interviews in Columbia, MD for the Refining Technologies, Materials Technology, and Specialty Catalysts divisions. | $50.00 | $17.75 |
| 9/10/2012 | Lynes, Daniel A. | MEALS | $220.71 | Dinner while out of town traveling with 4 people. Baltimore, MD. Purpose of trip was to conduct R&D interviews in Columbia, MD for the Refining Technologies, Materials Technology, and Specialty Catalysts divisions. | $200.00 | $20.71 |
| 9/13/2012 | Lynes, Daniel A. | MEALS | $67.85 | Self Dinner while traveling. Chicago, IL. Purpose of trip was to meet with the Discovery Sciences Group in IL to conduct R&D tax credit interviews. | $50.00 | $17.85 |
| 9/20/2012 | Lynes, Daniel A. | MEALS | $113.23 | Dinner out of town with 2 people. Baltimore, MD. Purpose of trip was to go to the Curtis Bay, MD production plant to meet with Dan O'Connell of WR Grace on the R&D tax credit. | $100.00 | $13.23 |

**EXHIBIT 5A**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/19/2012 | Lynes, Daniel A. | MEALS | $170.00 | Dinner w/ 3 people while traveling out of town. Boca Raton, FL.  Purpose was to attend IRS meeting to settle on R&D tax credit. | $150.00 | $20.00 |
| 8/2/2012 | Levin, Rob | MEALS | $67.00 | Rob Levin incurred - dinner self in Boca Raton Florida for WR Grace Section 199 meetings w/ IRS - Shawn Deutchman. | $50.00 | $17.00 |
| 8/2/2012 | Levin, Rob | MEALS | $186.22 | Rob Levin incurred - Dinner (3 people) in Boca Raton Florida for business/WR Grace Section 199 meetings w/ IRS - Shawn Deutchman. | $150.00 | $36.22 |
| 8/28/2012 | Levin, Rob | MEALS | $60.34 | Rob Levin dinner in Boca Raton, FL.  Meal was work related for the 2011 WR Grace Section 199 meetings model and discussions with Giselle Huriwitz, WR Grace tax manager. | $50.00 | $10.34 |
| 9/4/2012 | Levin, Rob | MEALS | $82.00 | Rob Levin self dinner in Boca Raton, FL for 2007, 2009, 2011 WR Grace Section 199 meetings at client site. | $50.00 | $32.00 |
| 9/13/2012 | Levin, Rob | MEALS | $88.68 | Rob Levin dinner in Boca Raton, FL. Meal was travel related for the 2007, 2009, and 2011 WR Grace Section 199 meetings. IRC Section 199 review of the 2007, 2009 & 2011 costing models w/ new information provided by Giselle Huriwitz, Grace Tax. Updated reports relating to the GM by product were provided and updated in the models. Review of the pension adjustment relating to active vs. retired individuals and the corresponding increase to the Section 199 deduction were reviewed and traced to the actual account. Review of final 2007, 2009, and 2011 computations and review of referencing and adding notes to provide a finalized Section 199 deduction to the IRS. | $50.00 | $38.68 |

**EXHIBIT 5A**

| 9/13/2012 | Levin, Rob | MEALS | $54.32 | Rob Levin dinner in Boca Raton, FL. Meal was travel related for the 2007, 2009, and 2011 WR Grace Section 199 meetings. IRC Section 199 review of the 2007, 2009 & 2011 costing models w/ new informatoin provided by Giselle Huriwitz, Grace Tax. Updated reports relating to the GM by product were provided and updated in the models. Review of the pension adjustment relating to active vs. retired individuals and the corresponding increase to the Section 199 deduction were reviewed and traced to the actual account. Review of final 2007, 2009, and 2011 computations and review of referencing and adding notes to provide a finalized Section 199 deduction to the IRS. | $50.00 | $4.32 |
| 7/8/2012 | Levin, Rob | MEALS | $115.35 | Dinner in Fort Lauderdale, FL (2 people, flew in late) travel related to time spent with Lisa Paider and Giselle Hurwitz discussing the meeting with the IRS. Discussions included meeting goals, project expectations, Grant Thornton's review of available information, and overall project expectations.  Initial IRC Section 41 IRS Meeting with IRS agents Shawn Deutschman, Mark Kaeppel, and Richard Otier. WR Grace employees included Lisa Paider and Giselle Hurwitz. Grant Thornton employees included Rob Levin, Dan Lynes, and Joseph Brown. Meeting agenda included discussions related to the expectations of the IRS, timing of the project, scope of the project, and IRS involvement. | $100.00 | $15.35 |

**EXHIBIT 5A**

| 8/16/2012 | Levin, Rob | MEALS | $182.64 | Dinner 2 people in Baltimore, MD, travel related for 2005-2011 R&D tax credit interviews w/ Robert Harding, SVP of development, for the Catalyst groups. Discussions related to specific project information including time allocation of each of his people, and costs incurred by project, specifically prototypes, supply, and contractor costs. Mr. Harding provided an overview of the group and presentations on the R&D budget for the Company. Time was also spent reviewing the SAP download to understand the R&D cost centers for Engineered Materials, Packaging, and Discovery Science. Time spent with Material Technology finance to determine the accounting for project costs and the mapping into the R&D cost centers. Additional time spent touring the facility to understand the lab work vs. technical services vs. analytical time. | $100.00 | $82.64 |
| 8/20/2012 | Levin, Rob | MEALS | $227.00 | Dinner in Boston, MA with 3 people, travel related for Construction Products 2008-2011 R&D tax credit interviews. | $150.00 | $77.00 |
| 9/14/2012 | Levin, Rob | MEALS | $200.00 | Dinner in Baltimore, MD (2 people) for WR Grace Baltimore Pilot Plant tour.  Work related dinner. | $100.00 | $100.00 |
| 10/16/2012 | Levin, Rob | MEALS | $120.00 | Dinner (2 people) in Atlanta, GA for 2008, 2009 costing model review, as well as, project methodology memorandum/deliverables. Late night work. | $100.00 | $20.00 |

**EXHIBIT 5A**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/27/2012 | Levin, Rob | MEALS | $412.00 | Dinner in Boca Raton, FL with 5 people including Don Teichen, WR Grace Tax director, to discuss the 2008 and 2009 R&D tax credit results, as well as, the 2011 tax credit findings. | $250.00 | $162.00 |
| | | | $3,933.88 | | $3,000.00 | $933.88 |