# Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

February 21, 2013

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11247

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 10/1/2012 AL | Update database with Stroock's August electronic detail (.1);  Scholer's August electronic detail (.1); Foley's August electronic detail (.2); Rogers' July electronic detail (.1); Levin's August electronic detail (.1); Alan Rich's September electronic detail (.1) and fee application (hard copy) (.2); K&E's August electronic detail (.1); Update database with Foley's August fee application (.2); Stroock's August fee application (.2) | 1.40 | 63.00 |
| 10/2/2012 JAW | detailed review of Alan Rich's August 2012 fee application (0.3); draft summary of same (0.1) | 0.40 | 62.00 |
| AL | Update database with Reed's August electronic detail (.2);Scarfone's July CNO (.1); Lauzon's July CNO (.1); Hogan's July CNO (.1); PWC's July CNO (.1) | 0.60 | 27.00 |
| JAW | detailed review of Foley Hoag's August 2012 fee application (0.3); draft summary of same (0.1) | 0.40 | 62.00 |
| JAW | detailed review of Stroock's August 2012 fee application (0.3); draft summary of same (0.1) | 0.40 | 62.00 |
| 10/3/2012 AL | Update database with Casner's August electronic detail | 0.20 | 9.00 |
| 10/4/2012 AL | Update database with Ferry's August electronic detail | 0.10 | 4.50 |
| 10/5/2012 AL | Receive and review email from W. Smith re Charter's IR response (.1); update database with same (.1); Hogan's August electronic detail (.2); Scarfone's August electronic detail (.1); Lauzon's August electronic detail (.2);  Baker's July electronic detail (.1); Baker's August electronic detail (.1) | 0.90 | 40.50 |
| WHS | Receive and review agenda | 0.10 | 29.50 |
| 10/6/2012 BSR | Review response of Kathleen Miller to email questions re PwC's interim fee application (45Q) | 0.10 | 28.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/6/2012 | BSR | Review email response of Alan Rich to inquiries concerning his expenses for the 45th interim period | 0.20 | 57.00 |
| | BSR | Continued review of response to questions directed to Lauzon Belanger regarding its interim fee application for the 45th interim period | 0.20 | 57.00 |
| | BSR | Detailed review of David Austern's monthly and quarterly fee applications for the 44th and 45th interim periods (.5); email to Debra Felder and Rick Wyron re same (.1) | 0.60 | 171.00 |
| | BSR | Review response of Alan Rich to email inquiry concerning Judge Sanders' interim fee application for the 45th interim period | 0.10 | 28.50 |
| | BSR | Research docket for applications for the 45th interim period, hard copies of which have not yet been received | 0.90 | 256.50 |
| | BSR | Review of BMC Group's 45th interim fee application and May and June 2012 monthly fee applications and fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | Detailed review of Lincoln  Partners' 44th interim fee application and monthly fee applications (flat fee professional) | 0.30 | 85.50 |
| | BSR | Detailed review of Lincoln Partners 45th interim fee application and monthly fee applications (flat fee professional) (.3); email to Jason Solganick re same (.1) | 0.40 | 114.00 |
| | BSR | Review of Orrick's April and May 2012 monthly fee applications and fee summaries re same and detailed review of Orrick's expenses for April through June 2012 | 0.50 | 142.50 |
| | BSR | Review response of Scarfone Hawkins to initial report (45Q) | 0.20 | 57.00 |
| | BSR | Review email from Richard Finke regarding Baker Donelson's current fee agreement | 0.10 | 28.50 |
| | BSR | Review response of Bilzin to initial report (45Q) | 0.10 | 28.50 |
| | BSR | Review response of Charter Oak to initial report (32Q) | 0.20 | 57.00 |
| | BSR | Draft initial report re Orrick's quarterly fee application for the 45th interim period | 0.80 | 228.00 |
| 10/8/2012 | BSR | Receive and review response of Debra Fullem at Orrick re email inquiry concerning David Austern's 45th interim fee application | 0.10 | 28.50 |
| | BSR | Review of Pachulski's June 2012 monthly fee application and fee and expense summary re same (.5); review of Pachulski's quarterly fee application for the 45th interim period (.2) | 0.70 | 199.50 |
| | BSR | Draft initial report re Pachulski for the 45th interim period | 0.40 | 114.00 |

W.R. Grace & Co.                                                                                           Page      3

|  |  | Hours | Amount |
|---|---|---|---|
| 10/8/2012 BSR | Review of Towers' Feb. 2012 monthly fee application and quarterly fee application for 45th interim period (no January or March monthlies filed) | 0.10 | 28.50 |
| BSR | Review Towers' May 2012 monthly fee application and quarterly fee application for the 45th interim period | 0.20 | 57.00 |
| BSR | E-mail to Orrick re initial report (45Q) | 0.10 | 28.50 |
| BSR | E-mail to Pachulski re initial report (45Q) | 0.10 | 28.50 |
| AL | Receive, review and finalize Pachulski's 45thInterim IR (.4); update database with same (.1); draft email to B. Ruhlander re service (.1) | 0.60 | 27.00 |
| AL | Receive, review and finalize Orrick's 45th Interim IR (.4); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | 0.70 | 31.50 |
| 10/10/2012 BSR | E-mail to Caplin & Drysdale re initial report (33Q) | 0.10 | 28.50 |
| BSR | telephone conference with Warren Smith re Baker Donelson's fee increase (.1); review Baker Donelson's retention applications and orders filed in case (.5); draft email memorandum to Warren Smith re same (1.1) | 1.70 | 484.50 |
| JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 15.50 |
| WHS | telephone conference with Bobbi Ruhlander re Baker Donaldson | 0.10 | 29.50 |
| AL | Receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with BMC's June (.1) Charter's July (.1) Higgins' July (.1) Foley's August (.2) Rich's August (.1) and Stroock's August (.2) fee and expense summaries | 0.90 | 40.50 |
| 10/11/2012 BSR | Finalize e-mail memorandum to Warren Smith regarding Baker Donelson rate increase (.1); review and respond to email from Warren Smith re same (.1); email to Frank Childress and Richard Finke regarding the fee auditor's position (.3); exchange emails with Frank Childress and Richard Finke regarding best course of action to address issue (.1) | 0.60 | 171.00 |
| WHS | receive, review, and respond to emails from Bobbi Ruhlander re Baker Donaldson | 0.30 | 88.50 |
| AL | Update database with Grant's August fee application (.2); Charter's August fee application (.2); Caplin's August fee application (.2); Update database with Grant's August electronic detail (.1); AKO's August fee application (.2); Campbell's August fee application (.2); Reed's August fee application (.1); K&E's August fee application (.1); Higgins' August fee application (.2); Casner's August fee application (.2); Baker's August fee application (.2); Baker's July fee application (.1);  Ferry's August fee application (.2) | 2.20 | 99.00 |
| 10/15/2012 BSR | Research docket for fee applications for the 45th interim period not yet received | 0.20 | 57.00 |

W.R. Grace & Co.                                                                                        Page      4

|            |     |                                                                                                                                                                                                                                                             | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/15/2012 | BSR | Review of Duane Morris' quarterly and monthly fee applications for the 44th interim period (Jan.-March 2012)                                                                                                                                                        | 0.40  | 114.00 |
|            | BSR | Review of Duane Morris' quarterly and monthly fee applications for the 45th interim period (April-June 2012)                                                                                                                                                        | 0.40  | 114.00 |
|            | AL  | Research Pacer for objections to WHSA's August fee application (.6); draft WHSA's CNO (.4); prepare same for electronic  filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's August CNO (.3)                       | 1.60  | 72.00  |
|            | AL  | Update database with Pachulski's July electronic detail                                                                                                                                                                                                            | 0.20  | 9.00   |
|            | BSR | Review and respond to email from Frank Childress re filing an application for revised retention                                                                                                                                                                     | 0.10  | 28.50  |
| 10/16/2012 | AL  | Update database with Pachulski's July fee application (.2); receive and review email from B. Ruhlander re Orrick's April through June IR response (.1); update database with same (.1); PWC's July electronic detail (.2); PWC's August electronic detail (.2); PWC (Darex) April through June electronic detail (.1) | 0.90  | 40.50  |
| 10/18/2012 | JAW | detailed review of Pachulski's September 2012 fee application (1.10); draft summary of same (0.20)                                                                                                                                                                  | 1.30  | 201.50 |
|            | JAW | detailed review of Charter Oak's August 2012 fee application (0.20); draft summary of same (0.10)                                                                                                                                                                   | 0.30  | 46.50  |
|            | JAW | detailed review of Campbell's August 2012 fee application (0.40); draft summary of same (0.10)                                                                                                                                                                      | 0.50  | 77.50  |
|            | JAW | detailed review of Caplin's August 2012 fee application (0.40); draft summary of same (0.30)                                                                                                                                                                        | 0.70  | 108.50 |
|            | JAW | detailed review of Reed Smith's August 2012 fee application (0.40); draft summary of same (0.10)                                                                                                                                                                    | 0.50  | 77.50  |
|            | AL  | Update database with Saul Ewing's August CNO (.1); Bilzin's August electronic detail (.1)                                                                                                                                                                          | 0.20  | 9.00   |
| 10/19/2012 | JAW | detailed review of Roger Higgin's August 2012 fee application (0.70); draft summary of same (0.10)                                                                                                                                                                  | 0.80  | 124.00 |
|            | JAW | detailed review of Anderson Kill's August 2012 fee application (2.20); draft summary of same (0.10)                                                                                                                                                                 | 2.30  | 356.50 |
|            | JAW | Download, read and review Grant Thornton's retention application and order (1.9)                                                                                                                                                                                    | 1.90  | 294.50 |
|            | JAW | detailed review of Grant Thornton's August 2012 fee application (2.00)                                                                                                                                                                                             | 2.00  | 310.00 |

W.R. Grace & Co.                                                                                          Page    5

| | | Hours | Amount |
|---|---|---|---|
| 10/19/2012 AL | Update database with Orrick's August CNO (.1); Towers' August CNO (.1); Blackstone's August electronic detail (.1); Beveridge's June electronic detail (.2); Beveridge's July electronic detail (.2); Beveridge's August electronic detail (.1) | 0.80 | 36.00 |
| 10/22/2012 JAW | Continued detailed review of Grant Thornton's August 2012 fee application (3.10); draft summary of same (1.90) | 5.00 | 775.00 |
| JAW | detailed review of Grant Thornton's July 2012 fee application (1.90); draft summary of same (0.80) | 2.70 | 418.50 |
| 10/23/2012 JAW | detailed review of Kirkland Ellis' August 2012 fee application (8.00) | 8.00 | 1,240.00 |
| AL | Update database with PWC's (Darex) April through June fee application (.2); Capstone's August electronic detail (.1); PWC's August fee application (.2); PWC's Amended July fee application (.2); Pachulski's August electronic detail (.1); Beveridge's June electronic detail (.1); Kramer's August electronic detail (.1); Beveridge's July fee application (.2); Beveridge's August fee application (.2); Blackstone's August fee application (.2) | 1.70 | 76.50 |
| 10/24/2012 JAW | Continued detailed review of Kirkland Ellis' August 2012 fee application (1.80); draft summary of same (0.80) | 2.60 | 403.00 |
| 10/25/2012 JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Bilzin's 44th interim (0.20); draft final fee chart for 44th interim for Bilzin reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Beveridge's 43rd and 44th interims (0.40); draft final fee chart for 43th and 44th interims for Beveridge reflecting same (0.30). | 0.70 | 108.50 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Blackstone's 44th interim (0.20); draft final fee chart for 44th interim for Blackstone reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Baer's 44th interim (0.20); draft final fee chart for 44th interim for Baer reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Campbell's 44th interim (0.20); draft final fee chart for 44th interim for Campbell reflecting same (0.20). | 0.40 | 62.00 |

W.R. Grace & Co.                                                                                                    Page      6

| | | Hours | Amount |
|---|---|---|---|
| 10/25/2012 JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Caplin's 44th interim (0.20); draft final fee chart for 44th interim for Caplin reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Capstone's 44th interim (0.20); draft final fee chart for 44th interim for Capstone reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Casner's 44th interim (0.20); draft final fee chart for 44th interim for Casner reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Charter Oak's 44th interim (0.20); draft final fee chart for 44th interim for Charter Oakreflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: BMC's 44th interim (0.20); draft final fee chart for 44th interim for BMC reflecting same (0.20). | 0.40 | 62.00 |
| JAW | proofread Warren H. Smith & Associates September 2012 fee statement and Notice of Filing (0.50); e-mail to A. Lopez re: any revisions needed to same (0.10). | 0.60 | 93.00 |
| JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.20) | 0.20 | 31.00 |
| AL | Update database with Orrick's September electronic detail (.1); receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Grant's July (.2) AKO's August (.1) Campbell's August (.2) Caplin's August (.1) Foley's August (.2) Grant's August (.2) Higgins' August (.1) K&E's August (.2) Reed's August (.1) Pachulski's August (.1) and Charter's August (.1) fee and expense summaries | 1.80 | 81.00 |
| AL | Draft WHSA's September fee application (1.7); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.00 | 90.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Anderson's 44th interim (0.20); draft final fee chart for 44th interim for Anderson reflecting same (0.20). | 0.40 | 62.00 |
| 10/26/2012 JAW | research PACER for docket number of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: LAS' 43rd and 44th combined interims (0.20); draft final fee chart for 43th and 44th combined interims for LAS reflecting same (0.20). | 0.40 | 62.00 |

W.R. Grace & Co.                                                                                          Page        7

| | | Hours | Amount |
|---|---|---|---|
| 10/26/2012 BSR | Research docket for fee applications for the 45th interim period not yet received | 0.30 | 85.50 |
| JAW | Proofread revisions to Warren H. Smith & Associates September 2012 fee statement and Notice of Filing (0.10); e-mail to A. Lopez re: any revisions to same (0.10) | 0.20 | 31.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Rich's 44th interim (0.20); draft final fee chart for 44th interim for Rich reflecting same (0.20). | 0.40 | 62.00 |
| AL | Receive and review email from J. Wehrmann re revisions to WHSA's September fee application (.1); draft revisions (.5); update database with same (.2); draft email to J. Wehrmann re revisions (.1) | 0.90 | 40.50 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PWC GRP's 44th interim (0.20); draft final fee chart for 44th interim for PWC GRP reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PWC's 44th interim (0.20); draft final fee chart for 44th interim for PWC reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Phillips' 44th interim (0.20); draft final fee chart for 44th interim for Phillip reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Pachulski's 44th interim (0.30); draft final fee chart for 44th interim for Pachulski reflecting same (0.20). | 0.50 | 77.50 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Orrick's 44th interim (0.20); draft final fee chart for 44th interim for Orrick reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Norton's 44th interim (0.20); draft final fee chart for 44th interim for Norton reflecting same (0.20). | 0.40 | 62.00 |
| JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Reed's 44th interim (0.20); draft final fee chart for 44th interim for Reed reflecting same (0.20). | 0.40 | 62.00 |

W.R. Grace & Co.                                                                                          Page      8

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/26/2012 | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kirkland's 44th interim (0.20); draft final fee chart for 44th interim for Kirkland reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Hogan's 44th interim (0.20); draft final fee chart for 44th interim for Hogan reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Fragomen's 44th interim (0.20); draft final fee chart for 44th interim for Fragomen reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Foley's 44th interim (0.20); draft final fee chart for 44th interim for Foley reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Ferry's 44th interim (0.20); draft final fee chart for 44th interim for Ferry reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Deloitte Tax's 42nd interim (0.20); draft final fee chart for 42nd interim for Deloitte Tax reflecting same (0.20). | 0.40 | 62.00 |
| | AL | Update database with Kramer's September fee application (.2); Hogan's August electronic detail (.1); Scarfone's August electronic detail (.1); Lauzon's August electronic detail (.1); Capstone's August fee application (.2); Pachulski's August fee application (.2) | 0.90 | 40.50 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kramer's 44th interim (0.20); draft final fee chart for 44th interim for Kramer reflecting same (0.20). | 0.40 | 62.00 |
| 10/29/2012 | JAW | Draft prior period paragraph in preparation for drafting final final reports for Ferry's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Campbell's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Caplin's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Casner's 44th interim fee application (0.30) | 0.30 | 46.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/29/2012 | JAW | Draft prior period paragraph in preparation for drafting final final reports for Charter Oak's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Deloitte Tax' 42nd interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for BMC's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Foley's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Fragomen's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Hogan Firm's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Kramer's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Capstone's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Kirkland's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Woodcock's 44th interim (0.20); draft final fee chart for 44th interim for Woodcock reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Judge Sanders' 44th interim (0.20); draft final fee chart for 44th interim for Judge Sanders reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Saul Ewing's 44th interim (0.20); draft final fee chart for 44th interim for Saul Ewing reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Scarfone's 44th interim (0.20); draft final fee chart for 44th interim for Scarfone reflecting same (0.20). | 0.40 | 62.00 |
| | JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Steptoe's 44th interim (0.20); draft final fee chart for 44th interim for Steptoe reflecting same (0.20). | 0.40 | 62.00 |

W.R. Grace & Co.                                                                                                                Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/29/2012 JAW | research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Stroock's 44th interim (0.20); draft final fee chart for 44th interim for Stroock reflecting same (0.20). | | 0.40 | 62.00 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Blackstone's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for AKO's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Beveridge's 43rd - 44th interim fee applications (0.50) | 0.50 | 77.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Bear's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Bilzin's 44th interim fee application (0.30) | 0.30 | 46.50 |
| 10/30/2012 AL | Update database with AKO;s 45Q IR response (.2); receive and review email from B. Ruhlander re Orrick's response to IR (.1); update database with Orrick's 45Q IR response (.1) | | 0.40 | 18.00 |
| | BSR | Draft omnibus final report for the 45th interim period | 4.80 | 1,368.00 |
| | BSR | E-mail to Campbell & Levine inquiring as to status of response to initial report (45Q) | 0.10 | 28.50 |
| | JAW | detailed review of Beveridge's July 2012 fee application (1.70) | 1.70 | 263.50 |
| | JAW | detailed review of Beveridge's June 2012 fee application (1.50) | 1.50 | 232.50 |
| | JAW | detailed review of Capstone's August 2012 fee application (0.40) | 0.40 | 62.00 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Woodcock's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Stroock's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Steptoe's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Scarfone's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Saul's 44th interim fee application (0.30) | 0.30 | 46.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/30/2012 | JAW | Draft prior period paragraph in preparation for drafting final final reports for Rich's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Reed Smith's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for PWC GRP's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for PWC's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Phillips' 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Pachulski's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Orrick's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Norton's 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Judge Sanders' 44th interim fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for LAS' 43rd and 44th combined interim fee applications (0.30) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Lauzon's 44th interim fee application (0.30) | 0.30 | 46.50 |
| 10/31/2012 | BSR | Continue drafting omnibus final report for the 45th interim period | 1.50 | 427.50 |
| | AL | Update database with Bilzin's August fee application | 0.20 | 9.00 |
| | AL | Update database with K&E's September electronic detail | 0.10 | 4.50 |
| | AL | Update database with Reed's September electronic detail (.1); Austern's July through September interim electronic detail (.1) | 0.20 | 9.00 |
| | BSR | Review of Kirkland & Ellis' response to initial report (45Q) | 0.20 | 57.00 |
| | JAW | Draft summary of Beveridge's June 2012 fee application (1.00) | 1.00 | 155.00 |
| | AL | receive and review email from B. Ruhlander re Caplin's 45th Interim IR response (.1); update database with same (.1) | 0.20 | 9.00 |
| | JAW | detailed review of Beveridge's August 2012 fee application (1.40); draft summary of same (0.60) | 2.00 | 310.00 |

W.R. Grace & Co.                                                                                                    Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/31/2012 JAW | Draft summary of Beveridge's July 2012 fee application (1.80) | | 1.80 | 279.00 |
| JAW | Draft summary of Capstone's August 2012 fee application (0.10) | | 0.10 | 15.50 |
| 11/1/2012 BSR | Continue drafting omnibus final report for the 45th interim period | | 2.00 | 570.00 |
| AL | Update database with Scholer's September electronic detail (.2); Foley's September electronic detail (.1); Norton's August electronic detail (.1); Rich's October fee application (.2) and electronic detail (.1); Woodcock's September electronic detail (.2); | | 0.90 | 40.50 |
| 11/2/2012 AL | Update database with Bizlin's September electronic detail (.1); Sanders' October fee application (.2) and electronic detail (.1); Casner's September electronic detail (.1); BMC's July electronic detail (.2); BMC's August electronic detail (.2); BMC's September electronic detail (.1) | | 1.00 | 45.00 |
| JAW | detailed review of PWC August 2012 fee application (0.40); draft summary of same (0.1) | | 0.50 | 77.50 |
| JAW | detailed review of PWC 2011 Darex Puerto Rico Audit (June 1, 2012 - August 31, 2012) fee application (0.10); draft summary of same (0.1) | | 0.20 | 31.00 |
| JAW | detailed review of PWC Amended July 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | detailed review of Bilzin's August 2012 fee application (0.20); draft summary of same (0.10) | | 0.30 | 46.50 |
| JAW | detailed review of Pachulski's August 2012 fee application (0.80); draft summary of same (0.10) | | 0.90 | 139.50 |
| 11/5/2012 AL | Update database with Ewing's September electronic detail (.1); Grant's September fee application (.2); Lauzon's April through June fee application (.1); BMC's August fee application (.2); Scarfone's April through June fee application (.1); BMC's July fee application (.2); Casner's September fee application (.2); BMC's September fee application (.2); Foley's September fee application (.2); Woodcock's September fee application (.2); K&E's September fee application (.2); Hogan's April through June fee application (.1); Woodcock's July fee application (.2); Scholer's September fee application (.2); Norton's July fee application (.2); Lauzon's August fee application (.2); Scarfone's August fee application (.2); Hogan's August fee application (.2); Scarfone's July fee application (.1); Lauzon's July fee application (.1); Hogan's July fee application (.2); Ewing's September fee application (.2) | | 3.80 | 171.00 |
| BSR | Continue drafting omnibus final report for the 45th interim period | | 1.60 | 456.00 |
| 11/6/2012 BSR | Draft final report re Pachulski for the 45th interim period | | 0.50 | 142.50 |
| JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.10) | | 0.10 | 15.50 |

W.R. Grace & Co.                                                                                          Page    13

|             |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | Hours | Amount   |
|-------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/6/2012   | AL  | Update database with Stroock's September electronic detail (.1); Casner's September electronic detail (.1)                                                                                                                                                                                                                                                                                                                                                              | 0.20  | 9.00     |
|             | AL  | Receive and review email from J. Wehrmann re fee summaries (.1); Beveridge's July (.1) Beveridge's August (.1) Bizlin's August (.2) Capstone's August (.1) Pachulski's August (.1) and PWC's August summary (.2); update database with Beveridge's September fee and expense detail (.2)                                                                                                                                                                                  | 1.10  | 49.50    |
| 11/7/2012   | BSR | Continue drafting omnibus final report for the 45th interim period                                                                                                                                                                                                                                                                                                                                                                                                     | 4.20  | 1,197.00 |
|             | JAW | detailed review of BMC Group's July 2012 fee application (1.00)                                                                                                                                                                                                                                                                                                                                                                                                        | 1.00  | 155.00   |
|             | JAW | detailed review of BMC Group's September 2012 fee application (1.00)                                                                                                                                                                                                                                                                                                                                                                                                   | 1.00  | 155.00   |
|             | JAW | detailed review of BMC Group's August 2012 fee application (1.10)                                                                                                                                                                                                                                                                                                                                                                                                      | 1.10  | 170.50   |
|             | JAW | detailed review of Grant Thornton's September 2012 fee application (4.20)                                                                                                                                                                                                                                                                                                                                                                                              | 4.20  | 651.00   |
|             | JAW | detailed review of Foley's September 2012 fee application (0.30)                                                                                                                                                                                                                                                                                                                                                                                                       | 0.30  | 46.50    |
|             | JAW | detailed review of Casner's September 2012 fee application (0.20)                                                                                                                                                                                                                                                                                                                                                                                                      | 0.20  | 31.00    |
|             | JAW | detailed review of Woodcock's September 2012 fee application (0.30)                                                                                                                                                                                                                                                                                                                                                                                                    | 0.30  | 46.50    |
|             | BSR | E-mail to Pachulski re final report for the 45th interim period                                                                                                                                                                                                                                                                                                                                                                                                        | 0.10  | 28.50    |
|             | BSR | E-mail to Campbell & Levine requesting response to initial report (45Q)                                                                                                                                                                                                                                                                                                                                                                                                | 0.20  | 57.00    |
|             | BSR | Continue drafting final report re Pachulski's 45th interim fee application                                                                                                                                                                                                                                                                                                                                                                                             | 0.40  | 114.00   |
|             | WHS | detailed review of FR Pachulski 45Q 4-6.12                                                                                                                                                                                                                                                                                                                                                                                                                             | 0.10  | 29.50    |
|             | AL  | Receive and review email from W. Smith re approval of WHSA's September fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's September fee application (.3); prepare same for service (.1); Receive and review email from W. Smith re approval of Pachulski's 45Q FR (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of Pachulski's 45Q FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.50  | 67.50    |
|             | AL  | Update database with Stroock's September fee application (.2); draft email to W. Smith re approval of WHSA's September fee application (.1) Phillips' July through September fee application (.1); Steptoe's September fee application (.2); Reed's September fee application (.2); Bilzin's September fee application (.2); Charter's September electronic detail (.1); Caplin's September electronic detail (.1); AKO's September electronic detail (.1); Campbell's September electronic detail (.1); Higgins' September electronic detail (.1);                                                            | 1.40  | 63.00    |

W.R. Grace & Co.                                                                                                      Page    14

|  |  | Hours | Amount |
|---|---|---|---|
| 11/8/2012 BSR | E-mail to Warren Smith re status of Baker Donelson's efforts to modify terms of its retention and our position re same (.3); respond to email from Warren Smith re same (.2); telephone conference with Warren Smith re same (.1) | 0.60 | 171.00 |
| BSR | Draft e-mail to Anne Moran re issues in Steptoe & Johnson's quarterly fee application for the 45th interim period (.3); respond to email from Anne Moran re same (.1) | 0.40 | 114.00 |
| AL | Update database with PWC's July CNO (.1); PWC's August CNO (.2); PWC's June through August (DAREX) CNO (.1) | 0.40 | 18.00 |
| JAW | detailed review of Kirkland's September 2012 fee application (6.60) | 6.60 | 1,023.00 |
| 11/9/2012 JAW | Draft summary of BMC Group's September 2012 fee application (0.10) | 0.10 | 15.50 |
| JAW | Draft summary of Foley Hoag's September 2012 fee application (0.20) | 0.20 | 31.00 |
| JAW | Draft summary of Casner's September 2012 fee application (0.10) | 0.10 | 15.50 |
| AL | Update database with Higgins' September fee application | 0.20 | 9.00 |
| JAW | Draft summary of Kirkland's September 2012 fee application (0.80) | 0.80 | 124.00 |
| JAW | Draft summary of Grant Thornton's September 2012 fee application (4.20) | 4.20 | 651.00 |
| JAW | Draft summary of Woodcock's September 2012 fee application (0.20) | 0.20 | 31.00 |
| JAW | Draft summary of BMC Group's July 2012 fee application (0.10) | 0.10 | 15.50 |
| JAW | Draft summary of BMC Group's August 2012 fee application (0.10) | 0.10 | 15.50 |
| 11/12/2012 BSR | E-mail to Mark Hurford re response to initial report for the 45th interim period; telephone conference with Mark Hurford re same | 0.20 | 57.00 |
| AL | Update database with Blackstone's September electronic detail (.1); Campbell's 45th Q IR response (.1) | 0.20 | 9.00 |
| BSR | Detailed review of May and June 2012 monthly fee applications and quarterly fee application for the 33rd interim period (July 2012 monthly fee application previously reviewed) (1.6); email to Jamie O'Neill re same (.3) | 1.90 | 541.50 |
| BSR | Continue drafting omnibus final report for the 45th interim period | 0.70 | 199.50 |
| BSR | Receive and review Campbell & Levine's response to initial report (45Q) | 0.10 | 28.50 |
| BSR | Research docket for motion by Baker Donelson to increase monthly fees (.2); email to Frank Childress re same (.3) | 0.50 | 142.50 |
| 11/13/2012 JAW | detailed review of Higgin's September 2012 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |

W.R. Grace & Co.

|  |  | Hours | Amount |
|---|---|---|---|
| 11/13/2012 JAW | detailed review of Strook's September 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| AL | Update database with PWC's September electronic detail (.1); PWC's July through September interim electronic detail (.2); Capstone's September electronic detail (.1) | 0.40 | 18.00 |
| 11/14/2012 AL | Draft of WHSA's Monthly fee application (1.7); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.00 | 90.00 |
| AL | Update database with Foley's July through September interim electronic detail (.2); Hogan's September electronic detail (.1); Scarfone's September electronic detail (.1); Lauzon's September electronic detail (.2); Steptoe's 45Q IR response (.2); Stroock's September electronic detail (.1); Ferry's September electronic detail (.1); Receive and review email from B. Ruhlander re Omnibus' 45th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1) | 1.40 | 63.00 |
| BSR | receive, review, and respond to email from Franklin Childress re motion to modify Baker Donelson's retention | 0.30 | 85.50 |
| BSR | Draft omnibus final report for the 45th interim period (2.0); email to Warren Smith re same (.1) | 2.10 | 598.50 |
| 11/15/2012 AL | Update database with Kramer's September CNO | 0.10 | 4.50 |
| AL | Update database with LAS's September fee application (.2); Sanders' October fee application (.1); BMC's July through September fee application (.1);  AKO's September fee application (.2); Caplin's September fee application (.1); Campbell's September fee application (.1); Charter's September fee application (.2); Capstone's September fee application (.2); Blackstone's September fee application (.2); Higgins' September fee application (.2) | 1.60 | 72.00 |
| BSR | Receive and review email from Warren Smith regarding draft omnibus final report (45Q) | 0.10 | 28.50 |
| BSR | Revise omnibus final report for the 45th interim period (.5); email to Warren Smith re same (.1) | 0.60 | 171.00 |
| JAW | Proofread Warren H. Smith & Associate's October 2012 fee application and notice of filing (0.40); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.50 | 77.50 |
| AL | Receive and review email from W. Smith re approval of WHSA's October fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's October fee application (.4); prepare same for service (.1) | 0.90 | 40.50 |
| BSR | E-mail memorandum to Warren Smith re Baker Donelson's 43rd, 44th and 45th interim fee applications | 1.10 | 313.50 |

W.R. Grace & Co.                                                                                          Page    16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/16/2012 | BSR | Continued review of Motion to Modify Baker Donelson's retention | 0.20 | 57.00 |
| 11/19/2012 | JAW | detailed review of Anderson Kill's September 2012 fee application (1.30); draft summary of same (0.20) | 1.50 | 232.50 |
|  | JAW | Revise Roger Higgins' September 2012 fee application summary (0.30) | 0.30 | 46.50 |
|  | JAW | detailed review of Caplin & Drysdale's September 2012 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|  | JAW | detailed review of Charter Oak's September 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | BSR | telephone conference with Warren Smith re Baker Donelson's fees for the 43rd and 44th interim periods (.1); email to Frank Childress at Baker Donelson with questions re same (.4) | 0.50 | 142.50 |
|  | JAW | detailed review of Blackstone's September 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|  | JAW | detailed review of Capstone's September 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|  | JAW | detailed review of Alan Rich's October 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | WHS | detailed review of, and revisions to,  omnibus final report 45Q 4-6.12 | 0.40 | 118.00 |
|  | WHS | Receive and review agenda | 0.10 | 29.50 |
|  | JAW | detailed review of Campbell & Levine's September 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | AL | Receive and review email from W. Smith re approval of Omnibus' 45Q FR (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of Omnibus' 45Q FR (.4); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.20 | 54.00 |
| 11/20/2012 | BSR | telephone conference with paralegal for Casner & Edwards regarding acceptable hourly rates for performance of clerical tasks | 0.10 | 28.50 |
|  | AL | Update database with Pachulski's October CNO | 0.10 | 4.50 |
| 11/26/2012 | BSR | receive, review, and respond to email from Karen Harvey re project category spreadsheet | 0.10 | 28.50 |
|  | AL | Update database with Orrick's October CNO (.1); Lincoln's July (.1) August (.2) and September (.1) electronic detail; Phillips' October electronic detail (.1); Lincoln's July through September interim electronic detail (.1); Towers' July through September interim electronic detail (.2); Orrick's July through September interim electronic detail (.1); Alan Rich's July through September interim electronic detail (.1) and fee application (.2); Sanders' July through | 1.80 | 81.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| | | September interim electronic detail (.1) and fee application (.2); Beveridge's September electronic detail (.2) | | |
| 11/27/2012 | AL | Research re WHSA's July through September fees and expenses (.8); draft of WHSA's July through September Interim Fee Application (1.5); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.60 | 117.00 |
| | AL | Research Pacer for any objections to WHSA's September fee application (.5); draft of WHSA's September CNO (.2); update database with same (.1) | 0.80 | 36.00 |
| | BSR | Detailed review of project category spreadsheet in order to advise Anthony Lopez of revisions to be made | 4.00 | 1,140.00 |
| | AL | Update database with PWC's September fee application (.2); PWC's July through September fee application (.2); PWC's October electronic detail (.1); Ferry's July through September fee application (.2); Hogan's July through September interim electronic detail (.1); Scarfone's July through September interim electronic detail (.1); Beveridge's September fee application (.2); Woodcock's September fee application (.2); Lauzon's July through September interim electronic detail (.2); Pachulski's September electronic detail (.1) | 1.60 | 72.00 |
| 11/28/2012 | JAW | review revisions to Warren H. Smith & Associate's 46th Interim Fee Application (7-1-12 to 9-30-12) (0.10); email to A. Lopez regarding same (0.10) | 0.20 | 31.00 |
| | JAW | proofread Warren H. Smith & Associate's 46th Interim Fee Application (7-1-12 to 9-30-12) (0.50); email to A. Lopez regarding any revisions to same (0.10) | 0.60 | 93.00 |
| | JAW | telephone conference with B. Ruhlander regarding project summary spreadsheet (0.20) | 0.20 | 31.00 |
| | BSR | telephone conference with Frank Childress at Baker Donelson re firm's response to inquiries concerning 43rd and 44th interim fee applications (.1); review email from Frank Childress re same (.1) | 0.20 | 57.00 |
| | AL | Receive and review email from J. Wehrmann re revisions to WHSA's interim fee application (.2); revise WHSA's interim fee application (.8); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.30 | 58.50 |
| | AL | Receive and review email from W. Smith re approval of WHSA's Interim Fee Application (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of WHSA's Interim Fee Application (.4); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.20 | 54.00 |
| | BSR | Draft final report re Baker Donelson's fee applications for the 43rd and 44th interim periods | 0.30 | 85.50 |

W.R. Grace & Co.                                                                                                    Page      18

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/28/2012 | BSR | Continued review of project category spreadsheet in order to advise Anthony Lopez of revisions to be made (5.0); telephone conference with Anthony Lopez re same (.1); telephone conference with Warren Smith re integrating James Wehrmann into the process of reviewing the category spreadsheet for accuracy (.1); telephone conference and emails with James Wehrmann re same (.2) | 5.40 | 1,539.00 |
| | BSR | Additional review of the terms of Baker Donelson's retention for legislative affairs | 0.50 | 142.50 |
| | AL | Update database with Ewing's October electronic detail (.1); Ewing's September CNO (.1) | 0.20 | 9.00 |
| | AL | Electronic filing with the court of WHSA's September CNO | 0.40 | 18.00 |
| 11/29/2012 | BSR | Follow-up email to Frank Childress re information to go in Baker Donelson final report (43rd and 44th) | 0.10 | 28.50 |
| | BSR | Continue drafting final report re Baker Donelson's quarterly fee applications for the 43rd and 44th interim periods | 2.30 | 655.50 |
| | BSR | Draft fee and expense recommendation exhibit for the 45th interim fee applications | 3.10 | 883.50 |
| | BSR | Conference with James Wehrmann re work to be done on project category spreadsheet | 0.70 | 199.50 |
| | AL | Update database with Reed's October electronic detail (.1); Towers' October electronic detail (.1); Stroock's July through September interim electronic detail (.2); Kramer's October electronic detail (.1) | 0.50 | 22.50 |
| | AL | Receive and review email from B. Ruhlander re WHSA's 45th interim fees and expenses (.1); research re same (.2); draft email to B. Ruhlander re findings of same (.1) | 0.40 | 18.00 |
| | AL | Receive and review email from B. Ruhlander re project category spreadsheet for the 45th interim period (.1); Begin draft of project category spreadsheet for the 45th interim period (2.1); update database with same (.2) | 2.40 | 108.00 |
| | JAW | Meeting with B. Ruhlander regarding project category spreadsheet (0.70) | 0.70 | 108.50 |
| 11/30/2012 | AL | Update database with K&E's September (.1) Stroock's September (.1) and Woodcock's September (.2) fee and expense summaries | 0.40 | 18.00 |
| | JAW | detailed review of Beveridge & Diamond's September 2012 fee application (1.70); draft summary of same (0.90) | 2.60 | 403.00 |
| | AL | Update database with Pachulski's September fee application (.2); Morris' July through September Interim fee application (.1); Pachulski's October fee application (.2); Higgins' October fee application (.2); Foley's October fee application (.2); Ewing's October fee application (.2); Capstone's July | 6.70 | 301.50 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|

through September Interim fee application (.1); Woodcock's July through September Interim fee application (.1); Foley's July through September Interim fee application (.1); Casner's July through September Interim fee application (.1); Blackstone's July through September Interim fee application (.1); Charter's July through September Interim fee application (.1); LAS's July through September Interim fee application (.1); AKO's July through September Interim fee application (.1); Caplin's July through September Interim fee application (.1); Campbell's July through September Interim fee application (.1); Reed's July through September Interim fee application (.1); Higgins' July through September Interim fee application (.1); Beveridge's April through June fee application (.2); Foley's October electronic detail (.1); Higgins' October electronic detail (.1); Pachulski's October electronic detail (.2); Holme's final fee application electronic detail (.1); Receive and review email from J. Wehrmann re summaries (.1); update database with AKO's August (.1) Beveridge's August (.1) Bilzin's August (.1) BMC's August (.2) Campbell's August (.1) Caplin's August (.1) Capstone's August (.2) Charter's August (.1) Foley's August (.1) Thorton's August (.1) Higgins' August (.2) K&E's August (.1) Pachulski's August (.1) PWC's August (.1) Reed's August (.1) Rich's August (.1) Stroock's August (.2) Rich's October (.1) AKO's September (.1) Blackstone's September (.1) BMC's September (.1) Campbell's September (.1) Caplin's September (.2) Capstone's September (.1) Casner's September (.1) Charter's September (.2) Foley's September (.1) Grant's September (.2) Higgins' September (.1) summaries

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/30/2012 | AL | Continue draft of Project category spreadsheet for the 45th interim period | 1.30 | 58.50 |
| | BSR | Continue drafting final report re Baker Donelson's quarterly applications for the 43rd and 44th interim periods | 2.30 | 655.50 |
| | BSR | Legal research re applicability of § 328(a) to Baker Donelson's quarterly fee applications for the 43rd and 44th interim periods | 1.20 | 342.00 |
| | JAW | Draft e-mail to A. Lopez forwarding summary prepared (0.20) | 0.20 | 31.00 |
| 12/1/2012 | AL | Research re 45th interim project category spreadsheets for all applicants in the case | 3.00 | 240.00 |
| 12/3/2012 | AL | Update database with Casner's October electronic detail (.1); Scholer's October electronic detail (.1); Alan Rich's November electronic detail (.2); receive and review email from B. Ruhlander re Baker's 44Q FR (.1); update database with same (.2); receive and review email from B. Ruhlander re Omnibus' 45Q FR (.1); update database with same (.2); K&E's October electronic detail (.1) | 1.10 | 88.00 |
| | AL | Begin draft of 46th interim project category spreadsheet for all applicants in the case | 3.20 | 256.00 |
| | BSR | Receive and review additional information from Baker Donelson in response to questions concerning 43rd and 44th interim periods (.3); telephone conference with Frank Childress re same (.1); revise final report for 43rd | 2.10 | 651.00 |

W.R. Grace & Co.                                                                                          Page     20

| | | Hours | Amount |
|---|---|---|---|
| | and 44th interim periods accordingly (1.5); email to Warren Smith re same (.2) | | |
| 12/3/2012 BSR | Revise fee and expense chart for the 45th interim period (.5); telephone conference with Anthony Lopez re project category spreadsheet for the 45th interim period (.1); email to Jamie O'Neill re status of same (.1) | 0.70 | 217.00 |
| BSR | E-mail to James Wehrmann re fee and expense chart for the 45th interim period | 0.20 | 62.00 |
| 12/4/2012 BSR | telephone conference with Anthony Lopez re corrections to project category spreadsheet (45th) (.1); convert memo re same to Word format and email to Anthony (.1) | 0.20 | 62.00 |
| WHS | detailed review of, and revisions to, omnibus final report 45Q 4-6.12 AMENDED | 0.30 | 100.50 |
| JAW | detailed review of Saul Ewing's October 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| JAW | detailed review of Roger Higgin's October 2012 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
| JAW | detailed review of Pachulski's October 2012 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
| JAW | detailed review of Pachulski's September 2012 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
| JAW | detailed review of Foley Hoag's September 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| JAW | detailed review of PwC's September 2012 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| AL | Update database with Charter's October electronic detail (.1);  LAS's October electronic detail (.1); AKO's October electronic detail (.2); Caplin's October electronic detail (.1); Campbell's October electronic detail (.2); Casner's October electronic detail (.1); Bilzin's September CNO (.1) | 0.90 | 72.00 |
| AL | Continue draft of Project category spreadsheet for the 45th interim period (4.1); receive and review email from B. Ruhlander re changes to Lauzon, Hogan and Scarfone (.1); draft revisions re same (1.2) | 5.40 | 432.00 |
| AL | Receive and review email from W. Smith re approval of Omnibus' 45Q FR (.1); prepare same for service (.2); update database with same (.1); electronic filing with the court of Omnibus' 45Q FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.90 | 72.00 |
| 12/5/2012 BSR | Compile list of Baker Donelson's effective hourly rates over the course of the case and prepare list of same | 1.90 | 589.00 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 12/5/2012 AL | Continue draft of 45th interim project category spreadsheet (1.8); update database with same (.1); draft email to B. Ruhlander re review of spreadsheet (.1) | 2.00 | 160.00 |
| AL | Update database with Bilzin's July through September Interim electronic detail (.1); Ferry's July through September Interim electronic detail (.2); Stroock's October electronic detail (.1); Hogan's October CNO (.1); Lauzon's October CNO (.1); Scarfone's October CNO (.1); Capstone's October electronic detail (.2) | 0.90 | 72.00 |
| BSR | Receive and review draft project category spreadsheet (1.9); email to Anthony Lopez re revisions to same (.3) | 2.20 | 682.00 |
| BSR | E-mails to and from Anthony Lopez re project category spreadsheet for the 45th interim period | 0.20 | 62.00 |
| BSR | telephone conferences (3) with Warren Smith re final report for Baker Donelson's 43rd and 44th interim fee applications | 0.20 | 62.00 |
| 12/6/2012 BSR | Prepare spreadsheet with Baker Donelson's fees and hours recorded for each interim period (1.5); check spreadsheet information against fee applications filed and supplement with additional information (4.0); revise draft final report re Baker Donelson's 43rd and 44th interim fee applications accordingly (.2); email to Warren Smith re spreadsheet (.1) and revised draft final report (.1) | 5.90 | 1,829.00 |
| BSR | Review and revise draft project category spreadsheet (45th)(1.6); emails (2) to Anthony Lopez re same (.2); final review of spreadsheet (.1) | 1.90 | 589.00 |
| BSR | telephone conferences (2) with Warren Smith re issues with Baker Donelson's fee applications (43rd and 44th) (.2); telephone conference with Frank Childress re whether or not Baker Donelson wants to continue the hearing on their fee applications in light of our final report to be filed (.2); exchange emails with Frank Childress re same (.2) | 0.60 | 186.00 |
| AL | Receive and review email from B. Ruhlander re revisions to 45th interim project category spreadsheet (.1); draft revisions to project category spreadsheet for AKO (.4) Baer Higgins (.3) David Austern (.3) Beveridge (.5) Baker Donelson (.3) Capstone (.4) Fragomen (.5) HRO (.4) LAS (.3) Lincoln (.4) Norton (.6) PWC (.8) Steptoe (.6) Stroock (.7) and Woodcock (.5); update database with same (.1); draft email to B. Ruhlander re revised project category spreadsheet (.1); receive and review email from B. Ruhlander re further revisions (.1); revise Scarfone's project category spreadsheet (.5); update database with same (.1); draft email to B. Ruhlander re revised spreadsheet (.1) | 8.10 | 648.00 |
| 12/7/2012 BSR | telephone conference with Warren Smith re Baker Donelson final report (43rd and 44th) (.1); review email from Warren Smith re same (.1); verify calculations in spreadsheet of Baker Donelson's fees, expenses and effective hourly rate (.3) and email to Warren Smith re same (.1) | 0.60 | 186.00 |

W.R. Grace & Co.                                                                                     Page    22

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/7/2012 | BSR | Receive and review final pdf versions of project category spreadsheet (.3); telephone conference with Anthony Lopez re same (.1); email to Jamie O'Neill re same (.2) | 0.60 | 186.00 |
|  | BSR | E-mail to Jamie O'Neill re fee and expense recommendation chart (.1); finalize same (.2) | 0.30 | 93.00 |
|  | BSR | E-mail to Dan Hogan at the Hogan Law Firm re project category spreadsheet for the 45th interim period (.4); prepare chart of notes on Hogan Law Firm, Scarfone Hawkins, and Lauzon Belanger calculations (1.1) | 1.50 | 465.00 |
|  | AL | Receive and review email from W. Smith re approval of Baker's 44Q FR (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of Baker's 44Q FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.90 | 72.00 |
|  | AL | Update database with Beveridge's October fee application (.2); PWC's October fee application (.2); K&E's October fee application (.2) | 0.60 | 48.00 |
|  | JAW | detailed review of W.R. Grace project spreadsheet for formula issues (2.10); e-mail to B. Ruhlander regarding same (0.2) | 2.30 | 402.50 |
|  | BSR | telephone conference with Warren Smith re draft final report re Baker Donelson's 43rd and 44th interim fee applications (.2); additional telephone conference with Warren Smith re same (.1) | 0.30 | 93.00 |
|  | BSR | telephone conference with Warren Smith re final report for Baker Donelson's 43rd and 44th interim fee applications (.1); review same (.2) | 0.30 | 93.00 |
|  | BSR | E-mail to Baker Donelson re filing of final report for the 43rd and 44th quarterly periods | 0.20 | 62.00 |
|  | BSR | E-mail to Jamie O'Neill re continuance of Baker Donelson fee applications (.1); review emails with Jamie O'Neill and Frank Childress re same (.1) | 0.20 | 62.00 |
| 12/10/2012 | BSR | Review of Blackstone's Aug. and Sept. 2012 monthly fee applications and quarterly fee application for the 46th interim period | 0.30 | 93.00 |
|  | BSR | Review of Bilzlin Sumberg's monthly fee applications for July, August, and Sept. 2012 and fee and expense summary for August 2012 monthly fee application (.3); check for filing of quarterly fee application (.1); email to Bilzin Sumberg inquiring as to status of same (.1) | 0.50 | 155.00 |
|  | JAW | detailed review of Beveridge & Diamond's October 2012 fee application (0.70); draft summary of same (0.40) | 1.10 | 192.50 |
|  | BSR | telephone conference with James Wehrmann re review of K&E fee applications | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                                    Page    23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/10/2012 | BSR | Review of Caplin & Drysdale's monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012), as well as fee and expense summaries re same (.4); email to Rita Tobin at C&D with question re same (.2) | 0.60 | 186.00 |
|  | BSR | Review of Kirkland & Ellis' July, Aug., and Sept. 2012 monthly fee applications, along with fee and expense summaries re same (1.7); email to Adam Paul with questions re same (.3) | 2.00 | 620.00 |
|  | BSR | telephone conferences (2) with Anthony Lopez re questions from Jason Day at WR Grace (.2); review pertinent files (.1); telephone conference with Jason Day (.1); email to Jason Day re amended omnibus final report and fee and expense chart for the 45th period (.1) | 0.50 | 155.00 |
| 12/11/2012 | BSR | Review of Bilzin Sumberg's quarterly application for the 46th interim period | 0.20 | 62.00 |
|  | BSR | Review of Grant Thornton's monthly and quarterly fee applications for the period of July-Sept. 2012 (46th interim), along with fee and expense summaries re same and retention application and order | 2.10 | 651.00 |
|  | JAW | detailed review of PwC's October 2012 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
|  | AL | Research Pacer for objections to WHSA's October fee application (.7); draft WHSA's October CNO (.3); update database with same (.1); electronic filing with the court of WHSA's October CNO (.4) | 1.50 | 120.00 |
|  | JAW | detailed review of Kirkland & Ellis' October 2012 fee application (7.60) | 7.60 | 1,330.00 |
|  | AL | Update database with Kramer's July through September interim electronic detail (.1); Ewing's July through September interim electronic detail (.2); PWC's September CNO (.1); Ferry's September CNO (.1) | 0.50 | 40.00 |
| 12/12/2012 | JAW | Draft summary of Kirkland & Ellis' October 2012 fee application (0.60) | 0.60 | 105.00 |
|  | JAW | Detailed review of Casner & Edward's October 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Ferry Joseph's October 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | WHS | Receive and review amended agenda | 0.10 | 33.50 |
|  | BSR | Receive and review amended agenda cancelling Dec. 17 hearing | 0.10 | 31.00 |
|  | AL | Update database with Alan Rich's July through September interim electronic detail | 0.10 | 8.00 |
|  | AL | Draft of WHSA's November fee application (1.4); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.70 | 136.00 |

W.R. Grace & Co.                                                                                                    Page    24

| | | Hours | Amount |
|---|---|---|---|
| 12/12/2012 BSR | Draft initial report re Grant Thornton's 1st Quarterly fee application | 3.10 | 961.00 |
| 12/13/2012 BSR | Review of Capstone's monthly and quarterly fee applications for the 46th interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
| JAW | Proofread Warren H. Smith & Associate's November fee statement and Notice of Filing (0.70); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.80 | 140.00 |
| AL | Receive and review email from J. Wehrmann re revisions to be made to WHSA's November fee application (.1); draft revisions to same (.8); draft email to W. Smith re revisions (.1) | 1.00 | 80.00 |
| AL | Receive, review and finalize Grant's 45th Interim IR (.3); update database with same (.2); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.70 | 56.00 |
| BSR | E-mail to Mark Margulies re initial report for Grant Thornton's 1st quarterly fee application | 0.20 | 62.00 |
| BSR | Review of Roger Higgins' monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012), as well as fee and expense summaries re same | 0.60 | 186.00 |
| BSR | Review of Beveridge & Diamond's June 2012 monthly fee application and fee and expense summary re same (.3); check server for status of receipt/review of May 2012 monthly fee application (hard copy not received) and download and print same for James Wehrmann's review (.2) | 0.50 | 155.00 |
| BSR | Review of BMC's monthly and quarterly fee applications for the 46th interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
| BSR | Review of Anderson Kill & Olick's monthly and quarterly fee applications for the 46th interim period (July-Sept. 2012), as well as fee and expense summaries re same | 0.50 | 155.00 |
| BSR | Review of Campbell & Levine's monthly and quarterly fee applications for the 46th interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
| 12/17/2012 AL | Update database with Sanders' interim fee application (.2) and electronic detail (.1) | 0.30 | 24.00 |
| 12/18/2012 AL | Update database with Hogan's October electronic detail (.1); Scarfone's October electronic detail (.1); Lauzon's October electronic detail (.2) | 0.40 | 32.00 |
| JAW | Review, revise, update, and make corrections to excel project category database for BMC's 1st-44th interim periods.  Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (8.6) | 8.60 | 1,505.00 |

W.R. Grace & Co.                                                                                             Page    25

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 12/18/2012 | BSR | telephone conference with Roger Higgins re Baker Donelson retention orders (.2); compile information requested (.8); email to Warren Smith re same (.3); respond to email from Warren Smith re same (.4); email to Roger Higgins re same (.1) | 1.80 | 558.00 |
|  | AL | Receive and review email from W. Smith re revisions to WHSA's November fee application (.1); Draft revisions (.8); update database with revised version (.2); draft email to W. Smith re approval (.1) | 1.20 | 96.00 |
| 12/19/2012 | JAW | Review, revise, update, and make corrections to excel project category database for Bilzin's 1st-44th interim periods.  Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (9.1) | 9.10 | 1,592.50 |
|  | AL |  Update database with Pachulski's October CNO (.1); receive and review email from J. Wehrmann re 1st through 8th interim project summary spreadsheets for all applicants (.1); Research re same (.5); draft email to J. Wehrmann with findings of same (.1); Ewing's October CNO (.1) | 0.90 | 72.00 |
|  | AL | Receive and review email from W. Smith re approval of WHSA's November fee application (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's November fee application (.4); prepare same for service (.1) | 1.00 | 80.00 |
| 12/20/2012 | AL | Update database with Scholer's November electronic detail | 0.20 | 16.00 |
|  | JAW | telephone conference with B. Ruhlander re: issues with Blackstone project category spreadsheet (0.10) | 0.10 | 17.50 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Campbell's 1st-44th interim periods.  Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (7.8) | 7.80 | 1,365.00 |
|  | JAW | Draft e-mail to B. Ruhlander re: issues with Blackstone project category spreadsheet (0.20). | 0.20 | 35.00 |
| 12/21/2012 | AL | Update database with PWC's October CNO (.1); Norton's October electronic detail (.2); Ewing's October electronic detail (.1) | 0.40 | 32.00 |
|  | BSR | telephone conference with James Wehrmann re project category spreadsheet | 0.10 | 31.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Blackstone's 1st-44th interim periods.  Calculating individual project category fee totals. Confirming expense totals previously entered in database with amounts requested in the interim fee applications. Make formula corrections as needed (8.2) | 8.20 | 1,435.00 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 12/21/2012 JAW | telephone conference with B. Ruhlander re: issues with Blackstone project category spreadsheet (0.10) | 0.10 | 17.50 |
| 12/24/2012 JAW | Continue reviewing, revising, updating, and making corrections to excel project category database for Blackstone's 1st-44th interim periods. Calculating individual project category fee totals. Confirming expense totals previously entered in database with amounts requested in the interim fee applications. Make formula corrections as needed (2.5) | 2.50 | 437.50 |
| 12/26/2012 AL | Update database with Phillips' November electronic detail | 0.20 | 16.00 |
| AL | Update database with Grant's July through September fee application (.1); Campbell's October fee application (.2); Blackstone's October fee application (.2); Ferry's July through September fee application (.1); Bilzin's July through September fee application (.1); Casner's October fee application (.2); Scholer's October fee application (.2); Stroock's July through September fee application (.1); Kramer's October fee application (.2); Beveridge's April through June fee application (.1); Caplin's October fee application (.2); AKO's October fee application (.2); LAS's October fee application (.2); Charter's October fee application (.2); Capstone's October fee application (.2); Reed's October fee application (.2); Stroock's October fee application (.2); Alan Rich's November fee application (.2) and electronic detail (.1); Blackstone's October electronic detail (.1) | 3.30 | 264.00 |
| JAW | Continue reviewing, revising, updating, and making corrections to excel project category database for Blackstone's 1st-44th interim periods. Calculating individual project category fee totals. Confirming expense totals previously entered in database with amounts requested in the interim fee applications. Make formula corrections as needed (4.6) | 4.60 | 805.00 |
| 12/27/2012 AL | Update database with Orrick's November electronic detail (.2); Lincoln's October electronic detail (.1); Lincoln's November electronic detail (.2); Tower's October CNO (.1); Kramer's November electronic detail (.2); Foley's November electronic detail (.1); K&E's November electronic detail (.1); Casner's November electronic detail (.2) | 1.20 | 96.00 |
| AL | Update database with Norton's October fee application (.2); Scholer's November fee application (.2);  K&E's July through September interim fee application (.1) | 0.50 | 40.00 |
| JAW | Continue reviewing, revising, updating, and making corrections to excel project category database for Blackstone's 1st-44th interim periods. Calculating individual project category fee totals. Confirming expense totals previously entered in database with amounts requested in the interim fee applications. Make formula corrections as needed (5.2) | 5.20 | 910.00 |
| JAW | Review, revise, update, and make corrections to excel project category database for Caplin's 1st-44th interim periods.  Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.7) | 3.70 | 647.50 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 12/27/2012 AL | Update database with Ferry's October fee application (.2); Casner's October fee application (.2) | 0.40 | 32.00 |
| AL | Update database with Gecker's August through October fee application (.1); Caplin's August through October fee application (.1); Campbell's August through October fee application (.2); SMO's November fee application (.2); Irell's November fee application (.2);  Frantz's August through October fee appliction (.1); Sidley's August through October fee application (.1); Franntz's November fee application (.2);  Caplin's November fee application (.2);  Gecker's November fee application (.2);  Campbell's November fee application (.2);  Pedlar's November fee application (.2);  SMO's August through October fee application (.1); Wooster's August through October fee application (.1); Pedlar's August through October fee application (.2) | 2.40 | 192.00 |
| 12/28/2012 JAW | Continue reviewing, revising, updating, and making corrections to excel project category database for Caplin's 1st-44th interim periods.  Confirming individual project category fee totals and expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (6.9) | 6.90 | 1,207.50 |
| 12/29/2012 JAW | Review, revise, update, and make corrections to excel project category database for PD Comm's 1st-44th interim periods.  Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.2) | 2.20 | 385.00 |
| JAW | Review, revise, update, and make corrections to excel project category database for Conway's 1st-44th interim periods.  Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (5.4) | 5.40 | 945.00 |
| 12/30/2012 JAW | Review, revise, update, and make corrections to excel project category database for Duane Morris' 1st-44th interim periods.  Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (5.1) | 5.10 | 892.50 |
| | **For professional services rendered** | **378.80** | **$63,332.00** |

Additional Charges :

| | | |
|---|---|---|
| 10/31/2012 | Third party copies & document prep/setup. | 67.56 |
| | FedEx | 43.30 |
| | PACER Charges | 39.70 |
| | Copying cost | 12.70 |

W.R. Grace & Co.                                                                                    Page    28

|  | __Amount__ |
|---|---|
| 11/30/2012 Third party copies & document prep/setup. | 560.90 |
| FedEx | 84.52 |
| 12/31/2012 Third party copies & document prep/setup. | 413.36 |
| PACER Charges | 148.00 |
| FedEx | 47.35 |
| **Total additional charges** | **$1,417.39** |
| **Total amount of this bill** | **$64,749.39** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 44.90 | 80.00 | $3,592.00 |
| Anthony Lopez | 59.70 | 45.00 | $2,686.50 |
| Bobbi S. Ruhlander | 34.50 | 310.00 | $10,695.00 |
| Bobbi S. Ruhlander | 55.70 | 285.00 | $15,874.50 |
| James A. Wehrmann | 86.90 | 175.00 | $15,207.50 |
| James A. Wehrmann | 95.60 | 155.00 | $14,818.00 |
| Warren H Smith | 0.40 | 335.00 | $134.00 |
| Warren H Smith | 1.10 | 295.00 | $324.50 |