# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JANUARY 1, 2013 THROUGH
# JANUARY 31, 2013

```
              Phillips, Goldman & Spence, P.A.
                     1200 N. Broom Street
                     Wilmington, DE  19806
                        (302) 655-4200
                      EI #: 51-0328786
```

February 13, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                        File   WRG-AUS/JCP
                                   Invoice number   105509
```

Re: W. R. Grace & Co.
    David T. Austern
Case No.: 01-01139 (RLB)

```
            Subtotal for FEES only:  01/31/13    $5,845.50
            Subtotal for COSTS only: 01/31/13       $19.50
                                                 ----------
       CURRENT PERIOD FEES AND COSTS: 01/31/13    $5,865.00
                                                 ----------

                           PAY THIS AMOUNT       $5,865.00
                                                 ==========
```

************************************************************

       Please send remittance copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

February 13, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   105509

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 2.6 | 660.00 |
| CASE ADMINISTRATION | 0.1 | 16.50 |
| PLAN AND DISCLOSURE STATEMENT | 11.6 | 5,070.00 |
| LITIGATION | 0.2 | 99.00 |
| Subtotal for FEES only: 01/31/13 | 14.5 | $5,845.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 6.90 | 6.90 | 3,415.50 | 0.00 | 0.00 |
| 375.00 | MCH | 5.60 | 5.60 | 2,100.00 | 0.00 | 0.00 |
| 165.00 | CAH | 2.00 | 2.00 | 330.00 | 0.00 | 0.00 |
| Totals | | 14.50 | 14.50 | 5,845.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code          (Paginate)
        Client code
        Actual employee code   (Subtotal)
        Transaction date

Ranges:
     Include "Client code" from WRG to WRG
     Exclude "Billable $" from 0.00 to 0.00
     Include "Invoice Number" from 105509 to 105509
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 01/16/13 | Update docket to system. | 0.10 | 16.50 | Ca |
| | | | | | ------ | ------- | |
| | | | | | 0.10 | 16.50 | |
| | | | | | ------ | ------- | |
| | | | | | 0.10 | 16.50 | |
| | | | | | ------ | ------- | |

Total records this group:  1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 01/02/13 | Review of Order scheduling February 4, 2013 Hearing; calendar same. | 0.10 | 49.50 | Li |
| WRG | LITIGATION | JCP | 01/21/13 | Review of Agenda for 2/4/13 Hearing. | 0.10 | 49.50 | |
| | | | | | 0.20 | 99.00 | |
| | | | | | 0.20 | 99.00 | |

Total records this group:  2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/15/13 | Prepare for Fee Application. | 0.10 | 16.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/16/13 | Draft Certificate of No Objection for Phillips, Goldman & Spence November Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/16/13 | Draft Phillips, Goldman & Spence December Fee Application. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/18/13 | Review of e-mail from D. Fullem; download and file Certificate of No Objection for Orrick's November Fee Application' e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/18/13 | Review of e-mail from D. Fullem; download and file Certificate of No Objection for each of October and November Lincoln Fee Applications and e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/24/13 | Scan, OCR and file and serve Phillips, Goldman & Spence December Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/24/13 | File and serve Orrick's December Fee Application; e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| | | | | | ------ | -------- | |
| | | | | | 1.90 | 313.50 | |
| | | | | | ------ | -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/05/13 | Review of and revise Phillips, Goldman & Spence December 2012 Pre-Bill. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/16/13 | Review of, revise and execute Certification of Counsel re: Phillips, Goldman & Spence 102nd Monthly Fee Application. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/17/13 | Review of, revise and execute Phillips, Goldman & Spence 103rd Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 148.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.70 | 346.50 | |
| | | | | | ------ | -------- | |
| | | | | | 2.60 | 660.00 | |
| | | | | | ------ | -------- | |

Total records this group:   10

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/02/13 | Review of Notice of Substitution of Counsel for Maryland Casualty. | 0.10 | 49.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/05/13 | Review of Maryland Casualty's Motion to Substitute Counsel. | 0.10 | 49.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/14/13 | E-mail from and e-mail to Debbie Felder re: Motion to File Consolidated response Brief to Garlock's, Montana's and Canada's Opening Briefs with enclosure; review of same; e-mail from counsel for Debtors' requesting sign-off on same with enclosure; review of same; e-mail from Debbie Felder authorizing sign off; e-mail from Rick Wyron approving same; e-mail to local counsel for Debtors approving same. | 0.40 | 198.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/16/13 | E-mail from local counsel for Debtors requesting sign off on Motion to File Supplemental Appendix with enclosure; review of same (.1); e-mail to Orrick re: approving same (.1); e-mail from Debbie Felder re: still reviewing same (.1); e-mail from and e-mail to Debbie Felder re: draft Garlock Brief, draft Anderson Memorial Brief and draft Consolidated Brief re: Montana, Canada and Garlock with enclosure; conference with Megan C. Haney re: reviewing and revising same (.1), e-mail to Megan C. Haney forwarding same; e-mail from local counsel for Debtor requesting sign off on Motion to exceed Page Limit with enclosure, review of same (.1) and e-mail to Orrick requesting authorization (.1). | 0.60 | 297.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/17/13 | E-mail from Rick Wyron approving Motion to Exceed Page Limit (.1); e-mail from Rick Wyron to counsel for Debtors approving same (.1); e-mail from and e-mail to local counsel for Debtors approving same (.1); e-mail from local counsel for Debtors (2x) forwarding draft briefs (.2); e-mail to Megan C. Haney (2x) forwarding same and requesting review and revision of same (.1); review of Megan C. Haney's revisions to Garlock brief and further revise same (.4); e-mail to and e-mail from Debbie Felder re: revisions to same (.2); review of Megan C. Haney's revisions to Anderson Memorial brief and further revise same (.3); e-mail to and e-mail from Debbie Felder re: revisions to Anderson Memorial brief (.1); e-mail from Megan C. Haney re: no revisions to draft introduction section (.1); review of same (.3); review of Megan C. Haney's comparison of previously revised Garlock brief to longer version of same (.4). | 2.50 | 1,237.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/19/13 | Review of Appellees' Response Brief in Opposition to Bank Lender's Opening Brief. | 2.00 | 990.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/22/13 | E-mail from counsel for Garlock re: extension to file Reply Brief. | 0.10 | 49.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/25/13 | Review of multiple entries of appearances on behalf of Imperial Tobacco Canada, Ltd. | 0.10 | 49.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/28/13 | Review of ECF Notification re: re: Anderson Memorial granted verbal extension of time to file Reply Brief; review of Order granting Appellees leave to File Supplemental Appendix. | 0.10 | 49.50 | |
| | | | | | 6.00 | 2,970.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | MCH | 01/17/13 | E-mail from John C. Phillips, Jr. (3x) re: drafts of briefs to be reviewed and revised (.1); review of and revise Appellee's Brief in Opposition to Opening Brief of Appellant Anderson Memorial Hospital (1.3); e-mail to John C. Phillips, Jr. re: suggested revisions to same (.2); review of and revise Appellee's Consolidated Brief in response to Opening Briefs of Appellants Montana, the Crown and Garlock Introduction section (1.4); e-mail to and e-mail from John C. Phillips, Jr. re: suggested revisions to same (.2); review of and revise Plan Proponents Response to Garlock's Opening Brief (1.4); e-mail to John C. Phillips, Jr. re: suggested revisions to same (.2); run red-line version of reviewed Response to Garlock's Opening Brief with later version (.2); e-mail to John C. Phillips, Jr. re: revisions to same (.6). | 5.60 | 2,100.00 | |
| | | | | | 5.60 | 2,100.00 | |
| | | | | | 11.60 | 5,070.00 | |

Total records this group:  10

| | | | | | 14.50 | 5,845.50 | |

23 records printed.