# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## JANUARY 1, 2013 THROUGH
## JANUARY 31, 2013

Phillips, Goldman & Spence, P.A.


                                                        Page   2


                                              February 13, 2013

Orrick, Herrington & Sutcliffe, LLP


                                         File   WRG-AUS/JCP
                                    Invoice number   105509


Re:  W. R. Grace & Co.
     David T. Austern


          COSTS ADVANCED

12/27/12 Photocopies                                      2.30
01/01/13 On-line docket research                         17.20
                                                  --------------
          Subtotal for COSTS only: 01/31/13           $19.50
                                                  --------------