# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2185503 |
| Invoice Date | 02/07/13 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/18/13 | TKD | Review Debtors' Forty-Sixth Quarterly Report of Settlements from October 1, 2012 through December 31, 2012 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding | 0.2 | 130.00 |
| 01/18/13 | TKD | Review Debtors' Forty-Sixth Quarterly Report of Asset Sales from October 1, 2012 through December 31, 2012, in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimus Assets | 0.2 | 130.00 |

TOTAL HOURS   0.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 at | $650.00 | = | 260.00 |

CURRENT FEES   260.00

**TOTAL AMOUNT OF THIS INVOICE**   260.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  WR Grace - Official Committee of Equity Security    Invoice Number 2185503
00001   Holders    Page 2
02/07/13  Asset Disposition

**NET AMOUNT OF THIS INVOICE**                           260.00

Case 01-01139-AMC    Doc 30328-2    Filed 02/27/13    Page 2 of 13

359022  WR Grace - Official Committee of Equity Security    Invoice Number 2185503
00001   Holders    Page 2
02/07/13  Asset Disposition

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2185504 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/07/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00003 |
| Charlottesville, VA 22902 | |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/18/13 | TKD | Review Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

CURRENT FEES                                          260.00

**TOTAL AMOUNT OF THIS INVOICE**                      260.00

**NET AMOUNT OF THIS INVOICE**                        260.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number 2185505
Invoice Date 02/07/13
Client Number 359022
Matter Number 00004

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/02/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/03/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/04/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/07/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/08/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/09/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/10/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/11/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/14/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 01/15/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/16/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/17/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/18/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/22/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 01/23/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/24/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/25/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/28/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/29/13 | TKD | Review all case filings and share with team. | 0.5 | 325.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2185505 |
| 00004 | | Page 2 |
| 02/07/13 | Case Administration | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/30/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/31/13 | TKD | Review all case filings and share with team. | 0.5 | 325.00 |
| | | TOTAL HOURS | 9.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 9.4 | at | $650.00 | = | 6,110.00 |

CURRENT FEES                                                                 6,110.00

**TOTAL AMOUNT OF THIS INVOICE**                                             6,110.00

**NET AMOUNT OF THIS INVOICE**                                               6,110.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2185506 |
| Invoice Date | 02/07/13 |
| Client Number | 359022 |
| Matter Number | 00008 |

Re:  Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/25/13 | TKD | Review materials for Committee meeting call | 0.7 | 455.00 |
| | | TOTAL HOURS | 0.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.7 | at | $650.00 | = | 455.00 |

CURRENT FEES ............................................................................................................. 455.00

**TOTAL AMOUNT OF THIS INVOICE** ........................................................................ 455.00

**NET AMOUNT OF THIS INVOICE** ............................................................................ 455.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number 2185509
Invoice Date 02/07/13
Client Number 359022
Matter Number 00015

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/03/13 | TKD | Review, approve fee app in WR Grace | 0.4 | 260.00 |
| 01/03/13 | TBB | Draft Saul Ewing's Forty first Monthly Fee Application. | 0.7 | 136.50 |
| 01/03/13 | TBB | File and serve Saul Ewing's Forty first Monthly Fee Application. | 0.8 | 156.00 |
| 01/04/13 | TBB | Draft CNO to Saul Ewing's Fourteenth Quarterly Fee Application. | 0.5 | 97.50 |
| 01/04/13 | TBB | File and serve CNO to Saul Ewing's Fourteenth Quarterly Fee Application. | 0.8 | 156.00 |
| 01/24/13 | TBB | Draft CNO to Saul Ewing's Forty First Monthly Fee Application. | 0.5 | 97.50 |
| 01/25/13 | TKD | Review and approve our CNO for filing | 0.2 | 130.00 |
| 01/25/13 | TBB | File and serve CNO to Saul Ewing's Forty First Monthly Fee Application. | 0.8 | 156.00 |
| 01/25/13 | TBB | Check docket for any objections filed. | 0.1 | 19.50 |
| 01/28/13 | TKD | Review and approve Saul Ewing Fee Application | 0.3 | 195.00 |
| 01/28/13 | TBB | Draft Saul Ewing's Forty Second Monthly Fee Application. | 0.7 | 136.50 |
| 01/28/13 | TBB | File and serve Saul Ewing's Forty Second Monthly Fee Application. | 0.8 | 156.00 |

TOTAL HOURS    6.6

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | |
|---|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number | 2185509 |
| 00015 | Holders | Page 2 | |
| 02/07/13 | Fee Applications/Applicant | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 5.7 | at | $195.00 | = | 1,111.50 |
| Teresa K.D. Currier | 0.9 | at | $650.00 | = | 585.00 |

|  |  |
|---|---|
| CURRENT FEES | 1,696.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,696.50 |
| **NET AMOUNT OF THIS INVOICE** | 1,696.50 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2185510 |
| Invoice Date | 02/07/13 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:  Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/04/13 | TKD | Review all CNOs for our fee applications and file same | 0.3 | 195.00 |
| 01/04/13 | TBB | Draft CNO to Kramer Levin's Forty Second Quarterly Fee Application. | 0.5 | 97.50 |
| 01/04/13 | TBB | File and serve CNO to Kramer Levin's Forty Second Quarterly Fee Application. | 0.8 | 156.00 |
| 01/18/13 | TKD | Review CNOs and approve same for filing | 0.4 | 260.00 |
| 01/18/13 | TBB | Draft CNO to Kramer Levin's One Hundred and Thirty Fifth Monthly Fee Application. | 0.5 | 97.50 |
| 01/22/13 | TKD | Review Kramer Levin CNO and approve filing | 0.3 | 195.00 |
| 01/22/13 | TBB | File and serve CNO to Kramer Levin's One Hundred and Thirty Fifth Monthly Fee Application. | 0.8 | 156.00 |
| 01/22/13 | TBB | E-mails to D. Blabley re: CNO. | 0.1 | 19.50 |
| 01/31/13 | TBB | Draft Notice to Kramer Levin's One Hundred and Thirty Sixth Monthly fee Application. | 0.2 | 39.00 |
| 01/31/13 | TBB | File and serve Kramer Levin's One Hundred and Thirty Sixth Monthly fee Application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 4.7 | |

359022  WR Grace - Official Committee of Equity Security  Invoice Number 2185510
00016   Holders                                            Page 2
02/07/13 Fee Applications/Others

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.7 | at | $195.00 | = | 721.50 |
| Teresa K.D. Currier | 1.0 | at | $650.00 | = | 650.00 |

CURRENT FEES                                    1,371.50

**TOTAL AMOUNT OF THIS INVOICE**                1,371.50

**NET AMOUNT OF THIS INVOICE**                  1,371.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2185511 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/07/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/13/13 | TKD | Review Consolidation Motion and communicate with Jamie ONeill and David Blabey re same | 0.4 | 260.00 |
| 01/15/13 | TKD | Reviewed Draft Garlock brief | 0.8 | 520.00 |
| 01/15/13 | TKD | Reviewed Draft Andersen Memorial Brief | 0.7 | 455.00 |
| 01/15/13 | TKD | REview Main Brief by Plan Proponents (draft) | 0.6 | 390.00 |
| 01/16/13 | TKD | Review final AMH Brief | 0.5 | 325.00 |
| 01/16/13 | TKD | Review Motion to file Supplemental Appendix | 0.2 | 130.00 |
| 01/16/13 | TKD | Emails with David Blabey and with Jamie ONeill regarding Motion to file Supplemental Appendix | 0.4 | 260.00 |
| 01/16/13 | TKD | Review order on Third Amendment to Credit Facility | 0.2 | 130.00 |
| 01/16/13 | TKD | Review draft of Lender Brief | 1.3 | 845.00 |
| 01/16/13 | TKD | Review Motion to Exceed Word Limit to be filed by Plan Proponents | 0.4 | 260.00 |
| 01/16/13 | TKD | Emails with David Blabey and with Jamie ONeill re word limit motion and approval | 0.3 | 195.00 |
| 01/17/13 | TKD | Review email from Jamie ONeill regarding briefs to be filed by Plan Proponents today | 0.2 | 130.00 |
| 01/17/13 | TKD | Emails with David Blabey on approval of all the briefs | 0.2 | 130.00 |
| 01/17/13 | TKD | Worked on brief filing, review and approval | 0.6 | 390.00 |
| 01/22/13 | TKD | Revealed communication about Garlock extension | 0.2 | 130.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | | |
|---|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security | Invoice Number | 2185511 |
| 00020 | | Holders | Page 2 | |
| 02/07/13 | | Plan and Disclosure Statement | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/28/13 | TKD | Review Amicus brief. | 0.8 | 520.00 |
| | | TOTAL HOURS | 7.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 7.8 | at | $650.00 | = | 5,070.00 |

CURRENT FEES     5,070.00

**TOTAL AMOUNT OF THIS INVOICE**     5,070.00

**NET AMOUNT OF THIS INVOICE**     5,070.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2185507 |
| Invoice Date | 02/07/13 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 32.30 |
| Federal Express | 102.16 |
| CURRENT EXPENSES | 134.46 |

**TOTAL AMOUNT OF THIS INVOICE**          134.46

**NET AMOUNT OF THIS INVOICE**            134.46

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP