# EXHIBIT C

**Summary Chart of Time Spent and Fees Incurred by Stroock Attorneys and Paraprofessionals During the Compensation Period**

**WR GRACE & CO**
**SUMMARY OF FEES**
**OCTOBER 1, 2012 - DECEMBER 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 3.1 | $1,025 | $ 3,177.50 |
| Pasquale, Kenneth | 10.9 | 920 | 10,028.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 99.6 | 725 | 72,210.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 1.4 | 335 | 469.00 |
| Mohamed, David | 38.6 | 210 | 8,106.00 |
| Siegel, Scott D. | 1.4 | 315 | 441.00 |
| | | | |
| **Total** | **155.0** | | **$ 94,431.50** |