# EXHIBIT D

## Summary of Fees by Project Category
## October 1, 2012 – December 31, 2012

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2012 - DECEMBER 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 1.7 | $ 1,232.50 |
| 0013 | Business Operations | 8.2 | 6,005.00 |
| 0014 | Case Administration | 20.3 | 4,666.00 |
| 0015 | Claims Analysis/Objections/Adminstration (Non-Asbestos) | 2.6 | 1,963.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 37.4 | 27,649.00 |
| 0018 | Fee Application, Applicant | 23.3 | 10,258.50 |
| 0019 | Creditor Inquiries | 0.4 | 368.00 |
| 0020 | Fee Application, Others | 8.8 | 2,105.50 |
| 0036 | Plan and Disclosure Statement | 50.6 | 38,951.50 |
| 0037 | Hearings | 1.7 | 1,232.50 |
| | **Total** | **155.0** | **$ 94,431.50** |