# EXHIBIT E

# Expense Summary

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2012 - DECEMBER 31, 2012**

| | |
|---|---:|
| Outside Messenger Service | $ 225.29 |
| Long Distance Telephone | 9.87 |
| O/S Information Services | 312.60 |
| | |
| **TOTAL** | **$ 547.76** |