# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2013 - JANUARY 31, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 3.4 | $ 2,499.00 |
| 0014 | Case Administration | 9.3 | 2,046.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 3.9 | 3,087.00 |
| 0018 | Fee Application, Applicant | 6.0 | 1,602.50 |
| 0019 | Creditor Inquiries | 0.9 | 855.00 |
| 0020 | Fee Application, Others | 1.9 | 418.00 |
| 0036 | Plan and Disclosure Statement | 8.8 | 8,213.50 |
|  |  |  |  |
|  | **Total** | **34.2** | **$ 18,721.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | February 12, 2013 |
| INVOICE NO. | 585365 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2013, including:

| | |
|---|---|
| RE | Business Operations<br>699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/04/2013 | Memoranda with Capstone re: Debtors' proposed amendment to their letter of credit facility and memorandum for the Committee thereon. | Krieger, A. | 0.2 |
| 01/07/2013 | Memoranda with Capstone re: Committee memorandum on LOC amendment and third quarter 2012 report. | Krieger, A. | 0.1 |
| 01/08/2013 | Attend to Capstone's report re: Grace's third quarter 2012 operations and memorandum to Capstone re: same (2.0); t/c Capstone re: same (.3). | Krieger, A. | 2.3 |
| 01/09/2013 | T/c Capstone re: Report on third quarter operations for the Committee. | Krieger, A. | 0.2 |
| 01/23/2013 | Attend to Grace's motion extending Term of ART Credit Agreement and memorandum to Capstone re: same. | Krieger, A. | 0.2 |
| 01/23/2013 | Conf. Krieger re: status of case and motion to extend ART Agreement (.1); review Debtor's ART motion (.1) and review corresp. to | Wildes, D. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | Capstone re: same (.1) and re: preparing memo for Committee (.1). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.0 | $ 735 | $ 2,205.00 |
| Wildes, Denise K. | 0.4 | 735 | 294.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,499.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,499.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2013 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 01/03/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 01/04/2013 | Review appeals case docket nos. 11-199 and 12-1402 (.2); obtain pleading for attorney review (.1). | Mohamed, D. | 0.3 |
| 01/07/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 01/08/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 01/09/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 01/10/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 01/11/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 01/14/2013 | Review appeals case docket no. 11-199 (.1); obtain recent pleading re: appeals case no. 12-1402 for attorney review (.2). | Mohamed, D. | 0.3 |
| 01/15/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 01/16/2013 | Obtain and circulate recently docketed pleading in main case (.2); review case file documents (.9); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 1.3 |
| 01/17/2013 | Review appeals case docket no. 11-199 (.1); update internal case docket (.1). | Mohamed, D. | 0.2 |
| 01/18/2013 | Obtain and circulate recently docketed | Mohamed, D. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | | |
| 01/22/2013 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleadings re: appeals case docket no. 12-1402 for attorney review (.9); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.3 |
| 01/23/2013 | Obtain recent pleading re: appeals case no. 12-1402 for attorney review (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 01/24/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 01/25/2013 | Obtain recent pleadings re: appeals case no. 12-1402 for attorney review (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 01/28/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 01/29/2013 | Review appeals case docket no. 11-199 (.1); review case file documents (1.0). | Mohamed, D. | 1.1 |
| 01/30/2013 | Obtain recent pleadings re: appeals case no. 12-1402 for attorney review (.4); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 01/31/2013 | Review appeals case docket No. 11-199 (.1); update internal case docket (.1). | Mohamed, D. | 0.2 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 9.3 | $ 220 | $ 2,046.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,046.00 |
| TOTAL FOR THIS MATTER | | | $ 2,046.00 |

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|---|---|
|    | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/08/2013 | Attend to Capstone memorandum for the Committee re: motion approving third amendment to LOC facility and memorandum to Capstone re: same. | Krieger, A. | 0.6 |
| 01/09/2013 | Review Capstone report on Grace financials. | Kruger, L. | 0.2 |
| 01/09/2013 | Review Capstone reports re: Grace financials. | Pasquale, K. | 0.5 |
| 01/10/2013 | Attend to Committee member inquiry regarding treatment of claim and back-up information regarding same (.6); o/cs and emails Capstone re: same (.6); conference call Capstone, Creditor re: claim treatment (.3); attend to further emails with Capstone, Committee member (.2). | Krieger, A. | 1.7 |
| 01/28/2013 | Memorandum for the Committee re: Responsive briefs filed to Appellees' brief challenging confirmation and follow-up memorandum with Committee member. | Krieger, A. | 0.7 |
| 01/28/2013 | Review draft memo to Committee & emails re: same. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.0 | $ 735 | $ 2,205.00 |
| Kruger, Lewis | 0.2 | 1,085 | 217.00 |
| Pasquale, Kenneth | 0.7 | 950 | 665.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 3,087.00 | |
| TOTAL FOR THIS MATTER | | $ 3,087.00 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2013 | Finalize SSL's 140th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |
| 01/04/2013 | Review/revise December fee detail. | Magzamen, M. | 0.2 |
| 01/17/2013 | Review revised fee detail and prepare draft of SSL's 141st monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 01/18/2013 | Attend to SSL's December 2012 fee statement. | Krieger, A. | 0.4 |
| 01/23/2013 | Review revised draft of SSL's 141st monthly fee application for attorney review. | Mohamed, D. | 0.6 |
| 01/24/2013 | Attend to December 2012 fee statement. | Krieger, A. | 0.1 |
| 01/28/2013 | Finalize SSL's 141st monthly fee application for filing (.7); prepare notice and CoS re same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 735 | $ 367.50 |
| Magzamen, Michael | 0.2 | 345 | 69.00 |
| Mohamed, David | 5.3 | 220 | 1,166.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 1,602.50 |

| TOTAL FOR THIS MATTER | $ 1,602.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/16/2013 | T/c creditor re: plan distribution issues. | Pasquale, K. | 0.3 |
| 01/23/2013 | Emails w/lender re: appeal status. | Pasquale, K. | 0.3 |
| 01/31/2013 | T/c creditor re: appeal status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.9 | $ 950 | $ 855.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 855.00 | |

| TOTAL FOR THIS MATTER | $ 855.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
|    | 699843 0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/08/2013 | Review and finalize Capstone's 106th monthly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 1.9 | $ 220 | $ 418.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 418.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 418.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses<br>699843 0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 79.15 |
|---|---|
| Long Distance Telephone | 9.55 |
| O/S Information Services | 277.10 |

| TOTAL DISBURSEMENTS/CHARGES | $ 365.80 |
|---|---|

| TOTAL FOR THIS MATTER | $ 365.80 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement<br>699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/22/2013 | Review brief to 3rd circuit by plan proponents. | Kruger, L. | 1.0 |
| 01/22/2013 | Review plan proponents' brief to 3d Cir. re: lenders' claims, other appeals. | Pasquale, K. | 2.2 |
| 01/23/2013 | Attend to Appellants' brief in response to Bank Lenders' Third Circuit brief (1.4); memorandum to DM re: Appellees' responsive brief to Anderson Memorial (.1). | Krieger, A. | 1.5 |
| 01/23/2013 | Review of briefs to 3rd circuit. | Kruger, L. | 0.9 |
| 01/23/2013 | Continued review of appellees' briefs to 3d Cir. | Pasquale, K. | 2.5 |
| 01/28/2013 | Attend to Plan Proponents' Consolidated brief and amicus brief filed in opposition to Montana, The Crown. | Krieger, A. | 0.3 |
| 01/28/2013 | Review corresp. from Krieger re appellate briefs filed. | Wildes, D. | 0.1 |
| 01/30/2013 | Attend to recently docketed Third Circuit briefs. | Krieger, A. | 0.1 |
| 01/31/2013 | Lender call with questions re: appeal. | Kruger, L. | 0.2 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.9 | $ 735 | $ 1,396.50 |
| Kruger, Lewis | 2.1 | 1,085 | 2,278.50 |
| Pasquale, Kenneth | 4.7 | 950 | 4,465.00 |
| Wildes, Denise K. | 0.1 | 735 | 73.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,213.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 8,213.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 18,721.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 365.80 |
| TOTAL BILL | $ 19,086.80 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM