# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2013 - JANUARY 31, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 2.3 | $ 1,085 | $ 2,495.50 |
| Pasquale, Kenneth | 6.3 | 950 | 5,985.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 8.4 | 735 | 6,174.00 |
| Wildes, Denise | 0.5 | 735 | 367.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.2 | 345 | 69.00 |
| Mohamed, David | 16.5 | 220 | 3,630.00 |
|  |  |  |  |
| **Total** | **34.2** |  | **$ 18,721.00** |