# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2013 - JANUARY 31, 2013**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 79.15 |
| Long Distance Telephone | | 9.55 |
| O/S Information Services | | 277.10 |
| | | |
| **TOTAL** | | **$365.80** |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | February 12, 2013 |
| INVOICE NO. | 585365 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through January 31, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/06/2012 | Vendor: United Parcel Service Invoice #: 00000010X827502 12.15.12 Tracking #: 1Z10X8270798963107 Shipment Date: 12/06/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.36 |
| 01/02/2013 | Vendor: United Parcel Service Invoice #: 00000010X827013 01.05.13 Tracking #: 1Z10X8270195699651 Shipment Date: 01/02/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 01/02/2013 | Vendor: United Parcel Service Invoice #: 00000010X827013 01.05.13 Tracking #: 1Z10X8270198044245 Shipment Date: 01/02/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 01/02/2013 | Vendor: United Parcel Service Invoice #: 00000010X827013 01.05.13 Tracking #: 1Z10X8270797679668 Shipment Date: 01/02/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 01/08/2013 | Vendor: United Parcel Service Invoice #: 00000010X827023 01.12.13 Tracking #: 1Z10X8270191523294 Shipment Date: 01/08/2013 | 8.19 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | |
| 01/08/2013 | Vendor: United Parcel Service Invoice #: 00000010X827023 01.12.13 Tracking #: 1Z10X8270193387705 Shipment Date: 01/08/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 01/08/2013 | Vendor: United Parcel Service Invoice #: 00000010X827023 01.12.13 Tracking #: 1Z10X8270795611813 Shipment Date: 01/08/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 01/28/2013 | Vendor: United Parcel Service Invoice #: 00000010X827053 02.02.13 Tracking #: 1Z10X8270795178542 Shipment Date: 01/28/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 01/28/2013 | Vendor: United Parcel Service Invoice #: 00000010X827053 02.02.13 Tracking #: 1Z10X8270192822012 Shipment Date: 01/28/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 01/28/2013 | Vendor: United Parcel Service Invoice #: 00000010X827053 02.02.13 Tracking #: 1Z10X8270193584028 Shipment Date: 01/28/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| | **Outside Messenger Service Total** | **79.15** |

**Long Distance Telephone**

| 11/18/2012 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-111812; DATE: 11/18/2012 - Teleconference  11-12-2012 | 5.88 |
|---|---|---|
| 01/10/2013 | EXTN.795544, TEL.2015877123, S.T.16:43, DUR.00:01:20 | 0.56 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13/2013 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-011313; DATE: 1/13/2013 - Teleconference   01-10-2013 | 2.55 |
| 01/15/2013 | EXTN.795430, TEL.9734242000, S.T.15:29, DUR.00:00:33 | 0.28 |
| 01/29/2013 | EXTN.795562, TEL.9734242031, S.T.13:12, DUR.00:00:22 | 0.28 |
| | **Long Distance Telephone Total** | **9.55** |

**O/S Information Services**

| 01/31/2013 | Pacer Search Service on 10/1/2012 | 277.10 |
|---|---|---|
| | **O/S Information Services Total** | **277.10** |

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 79.15 |
|---|---|
| Long Distance Telephone | 9.55 |
| O/S Information Services | 277.10 |

| TOTAL DISBURSEMENTS/CHARGES | $ 365.80 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.