**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
OCTOBER 1, 2012 THROUGH DECEMBER 31, 2012**

1.  **Case Administration – 15537 – 9.4 hours ($2,112.00)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

    The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

    During the Application Period, the Applicant spent time tracking and researching developments that implicate property damage claims specifically and asbestos issues generally.

2.  **Applicant's Fee Applications – 15543 – 6.3 hours ($1,851.50)**

    This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application and addressing questions from the fee auditor.

3.  **Hearings – 15544 – 5.6 hours ($2,261.00)**

    This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant reviewed the hearing agendas and documents for same, and participated in an omnibus hearing via telephone.

4. **Claims Analysis, Objection/Resolution – 15545 –.6 hours ($330.00)**

During the Application Period, the Applicant attended to inquiries and issues regarding the claim from the State of Washington and regarding a Bar Date.