# **EXHIBIT C**



December 26, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 226249

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 31, 2012

**CLIENT SUMMARY**

**BALANCE AS OF- 10/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537** - 01- Case Administration | $506.00 | $186.20 | $692.20 |
| **.15543** - 07 - Applicant's Fee Application | $444.50 | $0.00 | $444.50 |
| **.15545** - 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $0.00 | $0.00 | $0.00 |
| ***Client Total*** | ***$950.50*** | ***$186.20*** | ***$1,136.70*** |

**CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Donaire, Gloria | 2.30 | $220.00 | $506.00 |
| Flores, Luisa M | 0.90 | $235.00 | $211.50 |
| | | ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | ***$950.50*** |

**CLIENT SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Long Distance Telephone-Outside Services | $60.00 |
| Pacer - Online Services | $123.90 |
| Copies | $2.30 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$186.20*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$1,136.70** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 10/31/12 | GD | 2.30 | 506.00 | Review docket activity in bankruptcy court, district court, and email to Jay Sakalo thereon. |

**PROFESSIONAL SERVICES** **$506.00**

**COSTS ADVANCED**

| | | |
|---|---|---|
| 09/30/12 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q32012; DATE: 9/30/2012 - Account#BILSUM | 123.90 |
| 10/16/12 | Long Distance Telephone-Outside Services COUTCALL #5210162 - VENDOR: DINERS CLUB; INVOICE#: 10/28/12; DATE: 10/28/2012 - Acct. 5306220025395504 | 30.00 |
| 10/16/12 | Long Distance Telephone-Outside Services COUTCALL #5212032 - VENDOR: DINERS CLUB; INVOICE#: 10/28/12; DATE: 10/28/2012 - Acct. 5306220025395504 | 30.00 |
| 10/08/12 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 10/08/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/12 | Copies 9 pgs @ 0.10/pg | 0.90 |

**TOTAL COSTS ADVANCED** **$186.20**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.30 | $220.00 | $506.00 |
| ***TOTAL*** | ***2.30*** | | ***$506.00*** |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Long Distance Telephone-Outside Services | $60.00 |
| Pacer - Online Services | $123.90 |
| Copies | $2.30 |
| ***TOTAL*** | ***$186.20*** |

**CURRENT BALANCE DUE THIS MATTER** **$692.20**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 10/02/12 | JMS | 0.20 | 110.00 | Email to B. Ruhlander regarding response to initial report. |
| 10/11/12 | LMF | 0.60 | 141.00 | Attend to finalizing statement, preparing and submitting notice and summary for same to local counsel for filing and service. |
| 10/17/12 | JIS | 0.30 | 123.00 | Review and revise September prebill and confer with L. Flores thereon. |
| 10/23/12 | LMF | 0.30 | 70.50 | Prepare notice and Summary for september fees and send to local counsel for filing and service. |

**PROFESSIONAL SERVICES** **$444.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 0.90 | $235.00 | $211.50 |
| ***TOTAL*** | ***1.40*** | | ***$444.50*** |

**CURRENT BALANCE DUE THIS MATTER** **$444.50**





**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

**PROFESSIONAL SERVICES** **$0.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** **$0.00**




December 26, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 226250

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH November 30, 2012

**CLIENT SUMMARY**

**BALANCE AS OF- 11/30/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $440.00 | $10.00 | $450.00 |
| **.15543 -** 07 - Applicant's Fee Application | $698.50 | $0.00 | $698.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $220.00 | $0.00 | $220.00 |
| ***Client Total*** | ***$1,358.50*** | ***$10.00*** | ***$1,368.50*** |

**CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $550.00 | $220.00 |
| Snyder, Jeffrey I | 0.50 | $410.00 | $205.00 |
| Donaire, Gloria | 3.90 | $112.82 | $440.00 |
| Flores, Luisa M | 2.10 | $235.00 | $493.50 |

***TOTAL PROFESSIONAL FEES THIS PERIOD*** ***$1,358.50***

**CLIENT SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Copies | $10.00 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$10.00*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$1,368.50** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 11/01/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/02/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/05/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/06/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/07/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/08/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/09/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/12/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/13/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/14/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/15/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/16/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/19/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199. |
| 11/20/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/21/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/26/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/27/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: |

| | | | | |
|---|---|---|---|---|
| | | | | 1:11-cv-00199-RLB. |
| 11/28/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/29/12 | GD | 0.10 | 0.00 | Obtain daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 11/30/12 | GD | 2.00 | 440.00 | Review docket activity in bankruptcy court, district court, and email to Jay Sakalo thereon. |

**PROFESSIONAL SERVICES** **$440.00**

**COSTS ADVANCED**

| | | |
|---|---|---|
| 11/01/12 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/01/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/01/12 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/08/12 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 11/15/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/15/12 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/15/12 | Copies 14 pgs @ 0.10/pg | 1.40 |

**TOTAL COSTS ADVANCED** **$10.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 3.90 | $112.82 | $440.00 |
| ***TOTAL*** | ***3.90*** | | ***$440.00*** |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Copies | $10.00 |
| ***TOTAL*** | ***$10.00*** |

**CURRENT BALANCE DUE THIS MATTER** **$450.00**





**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 11/01/12 | LMF | 0.40 | 94.00 | Compile all required fee statements for preparation of quarterly fee application and begin drafting quarterly fee application. |
| 11/15/12 | LMF | 1.30 | 305.50 | Finalize quarterly fee application. |
| 11/15/12 | JIS | 0.10 | 41.00 | Emails from/to L. Flores re: quarterly fee application. |
| 11/16/12 | LMF | 0.40 | 94.00 | Finalize 46th quarterly fee application and submit to local counsel for filing. |
| 11/16/12 | JIS | 0.40 | 164.00 | Review and revise forty-sixth interim quarterly fee application. |

**PROFESSIONAL SERVICES** **$698.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $410.00 | $205.00 |
| Flores, Luisa M | 2.10 | $235.00 | $493.50 |
| ***TOTAL*** | ***2.60*** | | ***$698.50*** |

**CURRENT BALANCE DUE THIS MATTER** **$698.50**





**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

11/19/12 JMS 0.40 220.00 Telephone conference with D. Speights regarding questions about bar date.

**PROFESSIONAL SERVICES** **$220.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $550.00 | $220.00 |
| ***TOTAL*** | ***0.40*** | | ***$220.00*** |

**CURRENT BALANCE DUE THIS MATTER** **$220.00**



January 28, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 227862

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH December 31, 2012

**CLIENT SUMMARY**

**BALANCE AS OF- 12/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537** - 01- Case Administration | $1,166.00 | $37.00 | $1,203.00 |
| **.15543** - 07 - Applicant's Fee Application | $708.50 | $0.00 | $708.50 |
| **.15544** - 08 - Hearings | $2,261.00 | $0.00 | $2,261.00 |
| **.15545** - 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $110.00 | $0.00 | $110.00 |
| ***Client Total*** | ***$4,245.50*** | ***$37.00*** | ***$4,282.50*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 Tel 305.374.7580 Fax 305.374.7593 www.bilzin.com

**CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 4.80 | $550.00 | $2,640.00 |
| Snyder, Jeffrey I | 0.60 | $410.00 | $246.00 |
| Donaire, Gloria | 1.80 | $220.00 | $396.00 |
| Flores, Luisa M | 4.10 | $235.00 | $963.50 |
| | | ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | ***$4,245.50*** |

**CLIENT SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Copies | $37.00 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$37.00*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$4,282.50** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 12/03/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/04/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/05/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/06/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/07/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/10/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/11/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/12/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/13/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/14/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/17/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/18/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/19/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/20/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/21/12 | JMS | 1.40 | 770.00 | Continue review of opening appellate briefs. |
| 12/21/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/26/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/27/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/28/12 | GD | 0.10 | 22.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** **$1,166.00**

## COSTS ADVANCED

| | | |
|---|---|---|
| 12/04/12 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 12/04/12 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 12/04/12 | Copies 93 pgs @ 0.10/pg | 9.30 |
| 12/12/12 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/13/12 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 12/13/12 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 12/13/12 | Copies 37 pgs @ 0.10/pg | 3.70 |

**TOTAL COSTS ADVANCED** **$37.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.40 | $550.00 | $770.00 |
| Donaire, Gloria | 1.80 | $220.00 | $396.00 |
| ***TOTAL*** | ***3.20*** | | ***$1,166.00*** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Copies | $37.00 |
| ***TOTAL*** | ***$37.00*** |

**CURRENT BALANCE DUE THIS MATTER** **$1,203.00**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 12/10/12 | JMS | 0.10 | 55.00 | Email from fee auditor regarding 46th quarterly application. |
| 12/10/12 | JIS | 0.10 | 41.00 | Emails from fee examiner and from/to J. Sakalo and L. Flores re: filing of 46th quarterly interim fee application. |
| 12/11/12 | LMF | 0.30 | 70.50 | Research regarding filing of 46th interim quarterly fee application and submit copy of same to attorneys for fee auditor's review. |
| 12/11/12 | JMS | 0.10 | 55.00 | Email to B. Ruhlander regarding 46th quarterly fee application. |
| 12/12/12 | JIS | 0.20 | 82.00 | Email from L. Flores re: quarterly interim fee application; begin review of October and November prebills. |
| 12/12/12 | JIS | 0.30 | 123.00 | Finish reviewing and revising October and November prebills. |
| 12/13/12 | LMF | 0.30 | 70.50 | Attend to edits to time entries for months of October and November |
| 12/26/12 | LMF | 0.90 | 211.50 | Follow up for finalizing statement of fees and prepare summaries and notices for months of October and November and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES** **$708.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| Snyder, Jeffrey I | 0.60 | $410.00 | $246.00 |
| Flores, Luisa M | 1.50 | $235.00 | $352.50 |
| ***TOTAL*** | ***2.30*** | | ***$708.50*** |

**CURRENT BALANCE DUE THIS MATTER** **$708.50**

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 10/08/12 | LMF | 0.30 | 70.50 | Attend to emails, agenda and possible appearances for upcoming hearing. |
| 10/08/12 | JMS | 0.90 | 495.00 | Review 10/15 agenda and email to committee regarding same (.3); review pleadings for hearing (.6). |
| 10/09/12 | LMF | 0.30 | 70.50 | Make arrangements with courtcall to have J. Sakalo; appear at omnibus hearing on October 15 2012. |
| 10/09/12 | JMS | 0.20 | 110.00 | Emails with Prudential's counsel regarding hearing. |
| 10/10/12 | LMF | 0.50 | 117.50 | Make arrangements for M. Dies and D. Speights to attend omnibus hearing via telephone. |
| 10/11/12 | LMF | 0.30 | 70.50 | Verify and confirm no further attorneys are attending hearing and send out confirmation to attorneys. |
| 10/11/12 | JMS | 0.20 | 110.00 | Emails with committee regarding telephonic appearance at hearing. |
| 10/12/12 | LMF | 0.60 | 141.00 | Compile documents and prepare hearing notebook for J. Sakalo. |
| 10/15/12 | JMS | 1.50 | 825.00 | Prepare for and participate in omnibus hearing and email summary to committee (.8); post-hearing email exchange with committee members regarding same (.7). |
| 12/11/12 | JMS | 0.20 | 110.00 | Review agenda for 12/17 hearing and email to Committee regarding same. |
| 12/12/12 | LMF | 0.40 | 94.00 | Attend to emails regarding omnibus hearing, review agenda and arrange for telephone appearance at hearing for J. Sakalo. |
| 12/13/12 | LMF | 0.20 | 47.00 | Confirm cancelation of hearing and advise attorney. |

**PROFESSIONAL SERVICES** **$2,261.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.00 | $550.00 | $1,650.00 |
| Flores, Luisa M | 2.60 | $235.00 | $611.00 |
| ***TOTAL*** | ***5.60*** | | ***$2,261.00*** |

**CURRENT BALANCE DUE THIS MATTER** **$2,261.00**

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 12/11/12 | JMS | 0.20 | 110.00 | Emails with R. Higgins regarding PD claim filed by State of Washington. |

**PROFESSIONAL SERVICES** **$110.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| ***TOTAL*** | ***0.20*** | | ***$110.00*** |

**CURRENT BALANCE DUE THIS MATTER** **$110.00**