**Exhibit A**

## K R A M E R   L E V I N   N A F T A L I S   &   F R A N K E L LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

February 28, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number:  614078
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $495.00 |
| DISBURSEMENTS | 2,229.51 |
| MATTER TOTAL | $2,724.51 |

**056772-00005/BANKR. MOTIONS**

| | |
|---|---:|
| FEES | $74.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $74.50 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---:|
| FEES | $110,507.50 |
| DISBURSEMENTS | 1,614.96 |
| MATTER TOTAL | $112,122.46 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES | $1,139.00 |
| DISBURSEMENTS | 1,470.25 |
| MATTER TOTAL | $2,609.25 |

| | |
|---|---:|
| CLIENT GRAND TOTAL | $117,530.72 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 614078 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT.  THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

W.R. GRACE & CO. EQUITY COMMITTEE                          February 28, 2013
056772-00001                                                          Invoice No. 614078

## CASE ADMINISTRATION

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/24/13 | HALVERSON, DARREN C | E-mails w/ D. Blabey and A. Shain re: updating brief binders. | 0.20 | 99.00 |
| 01/25/13 | HALVERSON, DARREN C | Review and circulate debtwire article re: asbestos liability (.3). | 0.30 | 148.50 |
| 01/28/13 | HALVERSON, DARREN C | Cf. P. Bentley re: binders of third cir. briefs (.1). | 0.10 | 49.50 |
| 01/31/13 | HALVERSON, DARREN C | Cf. D. Blabey re: changes to invoice (.1); make changes and finalize fee app (.3). | 0.40 | 198.00 |

**TOTAL HOURS AND FEES**                                          **1.00**   **$495.00**

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| PHOTOCOPYING | 131.00 |
| RESEARCH SERVICES | 70.00 |
| WESTLAW ON-LINE RESEARCH | 1,826.06 |
| CAB FARES | 25.60 |
| MEALS/IN-HOUSE | 176.85 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$2,229.51**

**TOTAL FOR THIS MATTER**                                         **$2,724.51**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00005

February 28, 2013
Invoice No. 614078

## BANKR. MOTIONS

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/24/13 | BLABEY, DAVID E | Update to client re recent pleadings. | 0.10 | 74.50 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$74.50** |

**TOTAL FOR THIS MATTER**                 $74.50

Kramer Levin Naftalis & Frankel LLP                                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                 February 28, 2013
056772-00007                                                       Invoice No. 614078

**REORGANIZATION PLAN**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/02/13 | HALVERSON, DARREN C | Continue research re: postpetition default. | 3.00 | 1,485.00 |
| 01/02/13 | BLABEY, DAVID E | Discuss research for appellate brief with D. Halverson (.1); exchange emails with Halverson re same (.1). | 0.20 | 149.00 |
| 01/03/13 | BENTLEY, PHILIP | Review emails re appeal issues. | 0.10 | 89.50 |
| 01/04/13 | HALVERSON, DARREN C | Continue research re: post-petition default. | 2.80 | 1,386.00 |
| 01/05/13 | HALVERSON, DARREN C | Research re: legislative history issues. | 2.10 | 1,039.50 |
| 01/06/13 | BLABEY, DAVID E | Research for Garlock appellate brief (.8) and exchange emails with D. Halverson (.1) and Debtors counsel (.1) re same. | 1.00 | 745.00 |
| 01/06/13 | HALVERSON, DARREN C | E-mails w/ D. Blabey re: ongoing research (.2); begin research re: terms in bankruptcy code (1.5). | 1.70 | 841.50 |
| 01/07/13 | HALVERSON, DARREN C | Research re: terms used in the Code (5.9); research re: canon of construction (2.4). | 8.30 | 4,108.50 |
| 01/07/13 | BENTLEY, PHILIP | Trade e/ms re appeal issues. | 0.20 | 179.00 |
| 01/08/13 | HALVERSON, DARREN C | Research re: use of "fair and equitable" pre Code. | 1.70 | 841.50 |
| 01/08/13 | BENTLEY, PHILIP | Review appeal issues and trade e/ms re same. | 0.90 | 805.50 |
| 01/09/13 | HALVERSON, DARREN C | Cf. D. Blabey re: fair and equitable arguments (.2) and review case law re: same (.9). | 1.10 | 544.50 |
| 01/09/13 | BENTLEY, PHILIP | Review Lenders' appeal brief and our draft brief in response, and discs. D. Blabey re same. | 2.90 | 2,595.50 |
| 01/09/13 | BLABEY, DAVID E | Review draft response to lender brief (1.8) and discuss with P. Bentley (.2); edit draft lender brief (8.4) and discuss with P. Bentley (.8); research on legislatlive history for brief (.2). | 11.40 | 8,493.00 |
| 01/10/13 | CHOUPROUTA, ANDREA | Research Garlock case and forward selected transcripts and information brief to D. Blabey. | 0.30 | 96.00 |

Kramer Levin Naftalis & Frankel LLP                                            Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                    February 28, 2013
056772-00007                                                          Invoice No. 614078

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/10/13 | HALVERSON, DARREN C | Cf. D. Blabey re: opinions in other cases (.1); in depth review of briefings in other cases (4.7); compile relevant statutes and legislative history for P. Bentley (.9.). | 5.70 | 2,821.50 |
| 01/10/13 | BENTLEY, PHILIP | Work on appellee brief on Lenders' appeal (3.5) and discs D. Blabey and conf call w/K&E re same (1.1). | 4.60 | 4,117.00 |
| 01/10/13 | BLABEY, DAVID E | Exch emails with P. Bentley re section 1129 issues for brief (.5); edits to Lender brief (1.5) and further discussion with P. Bentley (.2); call with Debtors re same (.7) and follow up with P. Bentley (.2); exch emails with P. Bentley and client re brief (.4) and email to Debtors re same (.4); further research for Lender brief (4.1) and edits to same (1). | 9.00 | 6,705.00 |
| 01/11/13 | HALVERSON, DARREN C | Review briefs from other cases for arguments regarding absolute priority rule and unsecured creditors (4); arrange for delivery of remaining briefs (.5); review of case "fair and equitable" interpretation arguments (.5); e-mail to D. Blabey re same (.1). | 5.10 | 2,524.50 |
| 01/11/13 | BENTLEY, PHILIP | Conf call with co-proponents re appeal briefs (1.3), and t/cs D. Blabey and VM and trade e/ms re same (.6). | 1.90 | 1,700.50 |
| 01/11/13 | BLABEY, DAVID E | Email to P. Bentley re appellate briefs (.1); edits to draft responsive brief re Bank Lender appeal (4.8) and call with P. Bentley re same (.2); call with Plan Proponents' counsel re all appellate briefs (1.2). | 6.30 | 4,693.50 |
| 01/12/13 | BENTLEY, PHILIP | Trade e/ms re appeal briefs. | 0.20 | 179.00 |
| 01/13/13 | BENTLEY, PHILIP | Trade e/ms re appeal briefs. | 0.40 | 358.00 |
| 01/13/13 | BLABEY, DAVID E | Research for response brief re Lender appeal (2); review draft response brief to Amici (1); edits to response brief re Lender appeal (5); review response brief re Montana/Crown appeals (.6) and email to Debtors' counsel re same (.1). | 8.70 | 6,481.50 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

February 28, 2013
Invoice No. 614078

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/14/13 | HALVERSON, DARREN C | Review legislative history and correct citations (1.5); e-mails re: delivery of briefs (.2); review Joint Appendix and send D. Blabey relevant portions (.8); create Begier footnote/citation (.4); review 3d Cir. rules on page counts and other formatting rules (.7); conduct various page counts (.4); review and summarize arguments for using federal judgment interest rate under section 726(a)(5) (2.1); research re: further cases that use federal judgment rate and cases that use state interest rate (1.5); review arguments in other case re judgment rates and further research re case (.8); summarize findings in e-mail to D. Blabey (.3). | 8.70 | 4,306.50 |
| 01/14/13 | BENTLEY, PHILIP | Extensive work on Lender brief (10), and t/c D. Blabey (1) and review key cases and other materials re same (.8). | 11.80 | 10,561.00 |
| 01/14/13 | BLABEY, DAVID E | Research on legal standards for Garlock brief (1.1); research on interest rate issues for Lender brief (2.5); call with P. Bentley re Lender brief (1) and follow up call with P. Bentley re Lender brief (.2); extensive edits to Lender brief (8.2). | 13.00 | 9,685.00 |
| 01/15/13 | BLABEY, DAVID E | Review and edit appellate response brief re Anderson Memorial Hospital (1); edits to appellate response briefs re Lenders and Amici (3); discuss same with P. Bentley (.4); further discussions with P. Bentley re Lender brief (.5) and exchange emails with Debtors' counsel re same (.5). | 5.40 | 4,023.00 |
| 01/15/13 | HALVERSON, DARREN C | Review brief and circulate word counts (.2); review rules on citation of legislative history and edit cite re same (.4). | 0.60 | 297.00 |
| 01/15/13 | BENTLEY, PHILIP | Additional work on Lender brief and trade multiple emails re same (8.1); 2 conf calls with Shelnitz and K&E (1.2), and discs D. Blabey (1.0) re same. | 10.30 | 9,218.50 |
| 01/15/13 | BLABEY, DAVID E | Review and edits to brief on Garlock, Crown and Montana issues (4.8). | 4.80 | 3,576.00 |
| 01/16/13 | BENTLEY, PHILIP | Additional work on Lender brief, and discs D. Blabey re same (5.1); conf call with Plan Proponents re same (0.4). | 5.50 | 4,922.50 |

Kramer Levin Naftalis & Frankel LLP

Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

February 28, 2013
Invoice No. 614078

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 01/16/13 | BLABEY, DAVID E | Review revised draft of response to Anderson Memorial appellate brief (.5); discuss response to Lender brief with P. Bentley (.1) and review and edit brief (2); multiple additional discussions with P. Bentley re Lender brief (.6); call with plan proponents re appellate briefs (.4); further edits to Lender brief (3.8) and other appellate briefs (1). | 8.40 | 6,258.00 |
| 01/17/13 | BENTLEY, PHILIP | Final work on Lender brief, and trade emails re same. | 2.00 | 1,790.00 |
| 01/17/13 | BLABEY, DAVID E | Review and edit Lender brief (.9) and exchange emails with P. Bentley re same (.1); review new case relevant to appeals (.5). | 1.50 | 1,117.50 |
| 01/18/13 | HALVERSON, DARREN C | Cf. D. Blabey re: circulating appellate briefs to client (.1); review docket and circulate briefs(.4). | 0.50 | 247.50 |
| 01/18/13 | BENTLEY, PHILIP | Review final version of Lender brief. | 0.20 | 179.00 |
| 01/18/13 | BLABEY, DAVID E | Review appellate docket for filed appellee briefs. | 0.10 | 74.50 |
| 01/21/13 | BENTLEY, PHILIP | Follow up re last week's appeal brief, and trade emails re same | 0.40 | 358.00 |
| 01/22/13 | HALVERSON, DARREN C | E-mail update from Thomson Reuters re briefs. | 0.10 | 49.50 |
| 01/22/13 | BLABEY, DAVID E | Call with plan proponents counsel re appellate briefs and status (.5) and email to client re same (.1). | 0.60 | 447.00 |
| 01/22/13 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.10 | 89.50 |
| 01/25/13 | BENTLEY, PHILIP | Trade emails re appeal developments. | 0.10 | 89.50 |
| 01/25/13 | BLABEY, DAVID E | Review Imperial amicus brief (.2). | 0.20 | 149.00 |
| 01/31/13 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.10 | 89.50 |

**TOTAL HOURS AND FEES**                                        **154.00**   **$110,507.50**

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RESEARCH SERVICES | 56.00 |
| DOCUMENT PREP. | 12.50 |
| WESTLAW ON-LINE RESEARCH | 1,161.50 |

W.R. GRACE & CO. EQUITY COMMITTEE                          February 28, 2013
056772-00007                                                             Invoice No. 614078

| DESCRIPTION | AMOUNT |
|---|---|
| LEXIS/NEXIS ON-LINE RESEARCH | 202.14 |
| CAB FARES | 157.08 |
| MEALS/IN-HOUSE | 25.74 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$1,614.96** |
| **TOTAL FOR THIS MATTER** | **$112,122.46** |

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/15/13 | HALVERSON, DARREN C | Cf. F. Arias re: latest invoice (.1); edit invoice and send edits to F. Arias (.4). | 0.50 | 247.50 |
| 01/28/13 | HALVERSON, DARREN C | Cf. F. Arias re: write off of calls (.1); review invoice edits (.3); prepare 136th monthly fee applications (1) and send to D. Blabey (.1). | 1.50 | 742.50 |
| 01/31/13 | BLABEY, DAVID E | Review and edit fee app for filing. | 0.20 | 149.00 |

**TOTAL HOURS AND FEES**                                              **2.20**   **$1,139.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| WESTLAW ON-LINE RESEARCH | 1,470.25 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**           **$1,470.25**

**TOTAL FOR THIS MATTER**                           **$2,609.25**