# Exhibit B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:39

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------------
                                                     PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                      TO:
              UNBILLED DISB FROM:      01/01/2013                      TO:    01/31/2013
-------------------------------------------------------------------------------------------------------------------------------------
                                           FEES                            COSTS
                                           ----                            -----
        GROSS BILLABLE AMOUNT:                          0.00                           2,229.51
          AMOUNT WRITTEN DOWN:             _____                 _____
                      PREMIUM:             _____                 _____
            ON ACCOUNT BILLED:             _____                 _____
    DEDUCTED FROM PAID RETAINER:           _____                 _____
                AMOUNT BILLED:             _____                 _____
                    THRU DATE:                                                        01/31/2013
    CLOSE MATTER/FINAL BILLING?      YES   OR   NO
    EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:       _____                   _____
                                         BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                BILLING COMMENTS:


                                        ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                        --------------------------                      --------------

                         FEES:                        0.00
                 DISBURSEMENTS:                   2,229.51       UNIDENTIFIED RECEIPTS:          0.00
                   FEE RETAINER:                      0.00          PAID FEE RETAINER:           0.00
                  DISB RETAINER:                      0.00         PAID DISB RETAINER:           0.00
               TOTAL OUTSTANDING:                 2,229.51       TOTAL AVAILABLE FUNDS:          0.00
                                                                         TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ---------------
            DATE OF LAST BILL:                   01/28/13         LAST PAYMENT DATE:      01/29/13
             LAST BILL NUMBER:                     612169 ACTUAL FEES BILLED TO DATE:   370,227.50
                                                         ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                              TOTAL FEES BILLED TO DATE: 370,227.50
           LAST BILL THRU DATE:                  12/31/12       FEES WRITTEN OFF TO DATE: 85,932.00
                                                                COSTS WRITTEN OFF TO DATE: 24,521.28
  FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                              ---------------------------
           (1) Exceeded Fixed Fee             (4) Excessive Legal Time     (7) Fixed Fee
           (2) Late Time & Costs Posted       (5) Business Development     (8) Premium
           (3) Pre-arranged Discount          (6) Summer Associate         (9) Rounding            (10) Client Arrangement

 BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    2
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:39

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:     4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status        : ACTIVE

  UNBILLED   COSTS   SUMMARY ------------- Total Unbilled ----------------
  Code  Description                      Oldest       Latest         Total
                                         Entry        Entry          Amount
  ----  ------------------------------   ------       ------         ------
  0820  PHOTOCOPYING                     01/10/13     01/25/13         131.00
  0841  RESEARCH SERVICES                01/14/13     01/14/13          70.00
  0917  WESTLAW ON-LINE RESEARCH         01/01/13     01/31/13       1,826.06
  0940  CAB FARES                        01/10/13     01/13/13          25.60
  0942  MEALS/IN-HOUSE                   01/02/13     01/16/13         176.85

             Total                                                   2,229.51


  UNBILLED   COSTS   DETAIL
  Description/Code                                  Employee              Date         Amount       Index#   Batch No  Batch Date
  --------------------------------------------      --------              ------       ------       ------   --------  ----------

PHOTOCOPYING 0820
      PHOTOCOPYING                                  BLABEY, D E          01/10/13         0.20     9806446   1349950    01/18/13
      BLABEY, DAVID E
      PHOTOCOPYING                                  BLABEY, D E          01/13/13         0.40     9807048   1350008    01/18/13
      BLABEY, DAVID E
      PHOTOCOPYING                                  SHAIN, A S           01/25/13        85.30     9812066   1353389    01/28/13
      SHAIN, ALIYA
      PHOTOCOPYING                                  SHAIN, A S           01/25/13        45.10     9812067   1353389    01/28/13
      SHAIN, ALIYA
                                                    0820 PHOTOCOPYING Total :           131.00

RESEARCH SERVICES 0841
      RESEARCH SERVICES                             NG, E N              01/14/13        70.00     9805671   1349570    01/18/13
      Search for congressional record statems for
      Bankruptcy Reform act of 1978 for D HALVERSON
                                                    0841 RESEARCH SERVICES Total :       70.00

WESTLAW ON-LINE RESEARCH 0917
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/01/13         3.29     9816762   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/02/13         3.29     9816763   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/03/13         3.29     9816764   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/04/13         3.29     9816765   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/06/13       150.13     9816766   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/07/13         3.29     9816767   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/08/13         3.29     9816768   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/09/13         3.29     9816769   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/09/13        48.58     9816770   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/10/13        13.15     9816771   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/10/13       162.91     9816772   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/10/13         3.29     9816773   1357182    02/01/13
      WESTLAW ON-LINE RESE                          BLABEY, D E          01/11/13         3.29     9816774   1357182    02/01/13
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:41

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:     4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

UNBILLED COSTS DETAIL
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/11/13 | 343.72 | 9816775 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/13/13 | 306.10 | 9816776 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/14/13 | 3.29 | 9816777 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/14/13 | 529.28 | 9816778 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/15/13 | 170.22 | 9816779 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/15/13 | 3.29 | 9816780 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/15/13 | 26.30 | 9816781 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/16/13 | 3.29 | 9816782 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/17/13 | 3.29 | 9816783 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/18/13 | 3.29 | 9816784 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/21/13 | 3.29 | 9816785 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/22/13 | 3.29 | 9816786 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/23/13 | 3.29 | 9816787 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/24/13 | 3.29 | 9816788 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/25/13 | 3.29 | 9816789 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/28/13 | 3.29 | 9816790 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/29/13 | 3.29 | 9816791 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/30/13 | 3.29 | 9816792 | 1357182 | 02/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 01/31/13 | 3.29 | 9816793 | 1357182 | 02/01/13 |
| 0917 WESTLAW ON-LINE RESE Total : | | | 1,826.06 | | | |
| **CAB FARES 0940** | | | | | | |
| JULIET RAMDIN, CASHIER | BLABEY, D E | 01/10/13 | 8.90 | 9813911 | 1354401 | 01/29/13 |
| JULIET RAMDIN, CASHIER | | | | | | |
| JULIET RAMDIN, CASHIER | BLABEY, D E | 01/13/13 | 8.40 | 9813912 | 1354401 | 01/29/13 |
| JULIET RAMDIN, CASHIER | | | | | | |
| JULIET RAMDIN, CASHIER | BLABEY, D E | 01/13/13 | 8.30 | 9809451 | 1351878 | 01/23/13 |
| JULIET RAMDIN, CASHIER | | | | | | |
| 0940 CAB FARES Total : | | | 25.60 | | | |
| **MEALS/IN-HOUSE 0942** | | | | | | |
| MEALS/IN-HOUSE IN-HOUSE/MEALS | HALVERSON, D C | 01/02/13 | 30.61 | 9814207 | 1354754 | 01/30/13 |
| MEALS/IN-HOUSE IN-HOUSE/MEALS | HALVERSON, D C | 01/07/13 | 30.33 | 9825474 | 1362411 | 02/14/13 |
| MEALS/IN-HOUSE IN-HOUSE/MEALS | BLABEY, D E | 01/09/13 | 27.11 | 9825475 | 1362411 | 02/14/13 |
| MEALS/IN-HOUSE IN-HOUSE/MEALS | BLABEY, D E | 01/10/13 | 25.74 | 9825476 | 1362411 | 02/14/13 |
| MEALS/IN-HOUSE IN-HOUSE/MEALS | BLABEY, D E | 01/14/13 | 29.96 | 9825738 | 1362431 | 02/14/13 |
| MEALS/IN-HOUSE IN-HOUSE/MEALS | BLABEY, D E | 01/16/13 | 33.10 | 9825739 | 1362431 | 02/14/13 |

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:43

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status    : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code                                    Employee          Date            Amount       Index# Batch No  Batch Date
--------------------------------------------        ---------         ------          ----------   ------ ---------  ----------

                                                    0942 MEALS/IN-HOUSE Total :        176.85


         Costs Total :                                                                2,229.51
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:43

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount           Bill         W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
------------------------   ------------      -------      -----------      -----------------------   -------------

0820 PHOTOCOPYING                131.00

0841 RESEARCH SERVICES            70.00

0917 WESTLAW ON-LINE RESEARCH  1,826.06

0940 CAB FARES                    25.60

0942 MEALS/IN-HOUSE              176.85


        Costs Total :          2,229.51
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    6
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:43

Matter No: 056772-00007                                         Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:   4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                                       PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
                  UNBILLED TIME FROM:                                    TO:
                  UNBILLED DISB FROM:     01/07/2013                     TO:      01/15/2013
-----------------------------------------------------------------------------------------------------------------------------------
                                               FEES                                    COSTS
                                               ----                                    -----
              GROSS BILLABLE AMOUNT:                       0.00                                 1,614.96
                AMOUNT WRITTEN DOWN:
                            PREMIUM:
                  ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                          THRU DATE:                                                            01/15/2013
         CLOSE MATTER/FINAL BILLING?    YES   OR    NO
        EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:
                                          BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                   BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                     --------------------------                         --------------
                          FEES:                           0.00
                 DISBURSEMENTS:                       1,614.96      UNIDENTIFIED RECEIPTS:          0.00
                   FEE RETAINER:                          0.00         PAID FEE RETAINER:          0.00
                  DISB RETAINER:                          0.00        PAID DISB RETAINER:          0.00
              TOTAL OUTSTANDING:                      1,614.96       TOTAL AVAILABLE FUNDS:        0.00
                                                                            TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
             DATE OF LAST BILL:             01/28/13            LAST PAYMENT DATE:    01/29/13
             LAST BILL NUMBER:              612169  ACTUAL FEES BILLED TO DATE:    1,168,904.50
                                                    ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                       TOTAL FEES BILLED TO DATE:  1,168,904.50
             LAST BILL THRU DATE:           12/31/12   FEES WRITTEN OFF TO DATE:        391.00
                                                       COSTS WRITTEN OFF TO DATE:      2,162.00
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                            --------------------------
             (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
             (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
             (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding            (10) Client Arrangement

    BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    7
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:43

Matter No: 056772-00007                                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

    U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
    Code Description                          Oldest       Latest          Total
                                              Entry        Entry           Amount
    ---- ------------------------------       ------       ------          -----------
    0841 RESEARCH SERVICES                    01/07/13     01/15/13              56.00
    0842 DOCUMENT PREP.                       01/15/13     01/15/13              12.50
    0917 WESTLAW ON-LINE RESEARCH             01/07/13     01/15/13           1,161.50
    0921 LEXIS/NEXIS ON-LINE RESEARCH         01/07/13     01/07/13             202.14
    0940 CAB FARES                            01/10/13     01/14/13             157.08
    0942 MEALS/IN-HOUSE                       01/10/13     01/10/13              25.74

                Total                                                         1,614.96


    U N B I L L E D   C O S T S   D E T A I L
    Description/Code                                    Employee               Date           Amount        Index#   Batch No  Batch Date
    ------------------------------------------          --------               ------         -----------   ------   --------  ----------

    RESEARCH SERVICES 0841
        RESEARCH SERVICES                               GOMEZ, E G             01/07/13          14.00      9815916  1356012   02/01/13
        D.Halverson - Law review articles from
        1040's. HeinOnline
        RESEARCH SERVICES                               GOMEZ, E G             01/14/13          14.00      9816062  1356112   02/01/13
        P.Bentley - case pull. WL
        RESEARCH SERVICES                               BOYLE, B B             01/14/13          14.00      9805158  1348799   01/16/13
        Westlaw case for P Bentley
        RESEARCH SERVICES                               GOMEZ, E G             01/15/13          14.00      9816072  1356113   02/01/13
        P.Bentley - case pull. WL
                                                 0841 RESEARCH SERVICES Total :                  56.00

    DOCUMENT PREP. 0842
        DOCUMENT PREP.                                  HARRIS, D R            01/15/13          12.50      9805507  1349403   01/17/13
        Revise document
                                                 0842 DOCUMENT PREP. Total :                     12.50

    WESTLAW ON-LINE RESEARCH 0917
        WESTLAW ON-LINE RESE                            HALVERSON, D C         01/07/13          22.28      9816794  1357182   02/01/13
        WESTLAW ON-LINE RESE                            HALVERSON, D C         01/10/13         716.02      9816795  1357182   02/01/13
        WESTLAW ON-LINE RESE                            HALVERSON, D C         01/11/13          41.82      9816796  1357182   02/01/13
        WESTLAW ON-LINE RESE                            HALVERSON, D C         01/14/13         333.67      9816797  1357182   02/01/13
        WESTLAW ON-LINE RESE                            GOMEZ, E G             01/14/13          13.15      9816798  1357182   02/01/13
        WESTLAW ON-LINE RESE                            BOYLE, B B             01/14/13          13.15      9816799  1357182   02/01/13
        WESTLAW ON-LINE RESE                            GOMEZ, E G             01/15/13          21.41      9816800  1357182   02/01/13
                                                 0917 WESTLAW ON-LINE RESE Total :             1,161.50

    LEXIS/NEXIS ON-LINE RESEARCH 0921
        LEXIS/NEXIS ON-LINE                             HALVERSON, D C         01/07/13         202.14      9818702  1358474   02/04/13
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    8
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:44

Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status        : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code                                  Employee              Date             Amount        Index#  Batch No   Batch Date
--------------------------------------------      --------              ------      ------------       ------  ---------  ----------

                                                  0921 LEXIS/NEXIS ON-LINE Total :     202.14

CAB FARES 0940
    CAB FARES                                     HALVERSON, D C        01/10/13         64.26         9821203  1360125    02/07/13
    CAB FARES - ODYSSEY
    EXECUTIVE CHARGE, INC.                        HALVERSON, D C        01/14/13         92.82         9827919  1363900    02/20/13
    EXECUTIVE CHARGE, INC.
                                                  0940 CAB FARES Total :                157.08

MEALS/IN-HOUSE 0942
    MEALS/IN-HOUSE                                HALVERSON, D C        01/10/13         25.74         9825477  1362411    02/14/13
    IN-HOUSE/MEALS
                                                  0942 MEALS/IN-HOUSE Total :            25.74


         Costs Total :                                                                 1,614.96
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE    9
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:44

Matter No: 056772-00007                                      Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:      4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount           Bill         W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
------------------------    ----------       ---------    ------------    ------------------------   --------------

0841 RESEARCH SERVICES             56.00     _____   _____    _____     _____

0842 DOCUMENT PREP.                12.50     _____   _____    _____     _____

0917 WESTLAW ON-LINE RESEARCH   1,161.50     _____   _____    _____     _____

0921 LEXIS/NEXIS ON-LINE RESEA    202.14     _____   _____    _____     _____

0940 CAB FARES                    157.08     _____   _____    _____     _____

0942 MEALS/IN-HOUSE                25.74     _____   _____    _____     _____


         Costs Total :          1,614.96     _____   _____    _____     _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   10
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:44

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------
                                                PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                    TO:
            UNBILLED DISB FROM:    01/02/2013                      TO:     01/10/2013
-------------------------------------------------------------------------------------------------------------------------------------
                                           FEES                         COSTS

         GROSS BILLABLE AMOUNT:             0.00                         1,470.25
          AMOUNT WRITTEN DOWN:
                     PREMIUM:
             ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                   THRU DATE:                                            01/10/2013
      CLOSE MATTER/FINAL BILLING?  YES   OR   NO
      EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:
```

```
                                 ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

                        FEES:              0.00
               DISBURSEMENTS:          1,470.25     UNIDENTIFIED RECEIPTS:        0.00
                 FEE RETAINER:             0.00          PAID FEE RETAINER:       0.00
                DISB RETAINER:             0.00         PAID DISB RETAINER:       0.00
             TOTAL OUTSTANDING:        1,470.25        TOTAL AVAILABLE FUNDS:     0.00
                                                              TRUST BALANCE:
                                                BILLING HISTORY

         DATE OF LAST BILL:          01/28/13       LAST PAYMENT DATE:    01/29/13
         LAST BILL NUMBER:           612169 ACTUAL FEES BILLED TO DATE: 246,403.00
                                          ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                TOTAL FEES BILLED TO DATE: 246,403.00
         LAST BILL THRU DATE:         12/31/12   FEES WRITTEN OFF TO DATE:  20,054.00
                                               COSTS WRITTEN OFF TO DATE:     944.50
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
         (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
         (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding         (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   11
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:44

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                           Oldest       Latest          Total
                                            Entry        Entry           Amount
----  ------------------------------        ------       ------          ------------
0917  WESTLAW ON-LINE RESEARCH              01/02/13     01/10/13        1,470.25

        Total                                                            1,470.25


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                Employee            Date          Amount        Index#    Batch No   Batch Date
--------------------------------------          --------            ------        ------------  -------   ---------  ----------

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                        HALVERSON, D C      01/02/13        226.10      9816801   1357182    02/01/13
    WESTLAW ON-LINE RESE                        HALVERSON, D C      01/04/13        270.30      9816802   1357182    02/01/13
    WESTLAW ON-LINE RESE                        HALVERSON, D C      01/05/13        119.81      9816803   1357182    02/01/13
    WESTLAW ON-LINE RESE                        HALVERSON, D C      01/06/13         89.49      9816804   1357182    02/01/13
    WESTLAW ON-LINE RESE                        HALVERSON, D C      01/07/13        558.68      9816805   1357182    02/01/13
    WESTLAW ON-LINE RESE                        HALVERSON, D C      01/08/13         12.05      9816806   1357182    02/01/13
    WESTLAW ON-LINE RESE                        HALVERSON, D C      01/09/13        146.75      9816807   1357182    02/01/13
    WESTLAW ON-LINE RESE                        HALVERSON, D C      01/09/13         35.38      9816808   1357182    02/01/13
    WESTLAW ON-LINE RESE                        HALVERSON, D C      01/10/13         11.69      9816809   1357182    02/01/13
                                                0917 WESTLAW ON-LINE RESE Total :  1,470.25


        Costs Total :                                                              1,470.25
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   12
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/26/2013 17:27:45

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    4243358
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS   SUMMARY
Code Description              Amount         Bill        W/o / W/u         Transfer  To   Clnt/Mtr   Carry Forward
-----------------------   -----------------  ---------  --------------   ------------------------------  ------------------

0917 WESTLAW ON-LINE RESEARCH     1,470.25   _____  _____   _____  _____


           Costs Total :          1,470.25   _____  _____   _____  _____
```