## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 3/21/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-FOURTH MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

Name of Applicant:                                       Alan B. Rich, Esq.

Authorized to Provide Services To:               Judge Alexander M. Sanders, Jr.,
                                                                      Legal Representative for Future Asbestos-
                                                                      Related Property Damage Claimants
                                                                      and Holders of Demands

Date of Retention:                                         September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                       February 1, 2013 through February 28, 2013

Amount of Fees Sought as Actual
Reasonable and Necessary:                            $10,640.00   [80% of $13,300.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:                $344.94


This is a(n):  ☒Monthly        ☐Interim        ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 28 years, and his billing rate is $700 per hour.  In this Application period Mr. Rich billed 19.0 hours,[2] for a total amount billed of $13,300.00 of which 80% is currently sought, in the amount of $10,640.00.  Payment of 100% of expenses incurred are also sought, in the amount of $344.94.  The total fees and expenses sought by this application is $10,984.94.

As stated above, this is the Fifty-Fourth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 14.2 | $9,940.00 |
| Fee Application Matters | 4.8 | $3,360.00 |
| TOTAL | 19.0 | $13,300.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Westlaw | $344.94 |
| TOTAL | $344.94 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

     I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

                        Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

     I certify that on the 1st day of March, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (February, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace***, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 2/1/2013 | Prepare, file and serve of the 53rd Monthly Fee Application and Notice of Filing thereof | 1.8 |
| 2/1/2013 | Review Notice of Recheduling of March hearings | 0.1 |
| 2/1/2013 | Email to client re March hearings | 0.1 |
| 2/1/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/2/2013 | Review Corrected Certificate of Service re Plan Proponents' Response Brief to Bank Lenders Opening Brief | 0.1 |
| 2/2/2013 | Review Corrected Supplemental Certificate of Service re Plan Proponents' Briefs and Appendix | 0.1 |
| 2/2/2013 | Review Corrected Certificate of Service re Plan Proponents' Response Brief to Opening Briefs of Montana, Garlock and Canada | 0.1 |
| 2/4/2013 | Review Miscellaneous pleadings received today | 0.1 |

| | | |
|---|---|---|
| 2/4/2013 | Review monthly fee application of counsel to the PD Committee | 0.1 |
| 2/4/2013 | Review Notice from Third Circuit re certificate of service | 0.1 |
| 2/4/2013 | Review Certificate of No Objection to monthly fee application of local counsel of the PD Committee | 0.1 |
| 2/4/2013 | Review Certificate of No Objection to monthly fee application of counsel of the PD Committee | 0.1 |
| 2/4/2013 | Review Notice of Dismissal of Adversary Proceeding against New Jersey Dep't of Environmental Quality | 0.1 |
| 2/5/2013 | Review Miscellaneous pleadings received today | 0.3 |
| 2/5/2013 | Review Certifications of No Objection re Canadian ZAI claimants' counsels' monthly fee applications | 0.1 |
| 2/6/2013 | Review Miscellaneous pleadings received today | 0.3 |
| 2/6/2013 | Review Draft of 2013 pension plan contribution motion | 0.2 |
| 2/6/2013 | Telephone call with client re pending motion hearing date | 0.1 |
| 2/6/2013 | Emails to and from debtors' counsel re hearings | 0.1 |
| 2/6/2013 | Prepare, file and serve Certificate of No Objection to 39th Monthly Fee Application of the PD FCR | 0.2 |
| 2/7/2013 | Review Miscellaneous pleadings received today | 0.2 |
| 2/8/2013 | Review Bank Lender Group's Reply Brief in Third Circuit | 1.0 |
| 2/8/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/8/2013 | Prepare, file and serve 40th Monthly Fee Application of the PD FCR | 0.5 |
| 2/11/2013 | Review Notice from Third Circuit re receipt of Bank Lender's Reply brief | 0.1 |
| 2/11/2013 | Review Certificate of No Objection Regarding Motion for an Order Extending the Term of the Credit Agreement With Advanced Refining Technologies LLC | 0.1 |

| | | |
|---|---|---|
| 2/11/2013 | Review Letter to Court from Pro Se requesting documents | 0.1 |
| 2/11/2013 | Review Letter to from Court to Pro Se party re document request | 0.1 |
| 2/11/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/12/2013 | Review Monthly fee application of Local Counsel to the Property Damage Committee | 0.1 |
| 2/13/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/13/2013 | Review Order Extending the Term of the Credit Agreement With Advanced Refining Technologies LLC | 0.1 |
| 2/13/2013 | Review Notice of Settlement of Claim Asserted Pursuant to the EPA Settlement Agreement Regarding the Nashville, Tennessee Site | 1.0 |
| 2/13/2013 | Review Response to Show Cause Order in Chakarian Adversary Proceeding | 0.1 |
| 2/13/2013 | Review Response to Show Cause Order in Scotts Adversary Proceeding | 0.2 |
| 2/14/2013 | Review Miscellaneous pleadings received today | 0.3 |
| 2/14/2013 | Review Notice of Address Change for Campbell & Levine | 0.1 |
| 2/14/2013 | Review Notice of Appearance of R. Higgins in Scotts Adversary proceeding | 0.1 |
| 2/15/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/15/2013 | Review 2013 pension plan contribution motion | 0.2 |
| 2/15/2013 | Review Agenda for February Omnibus hearing | 0.1 |
| 2/15/2013 | Email to client re February Omnibus hearing | 0.1 |
| 2/15/2013 | Review Anderson Memorial Hospital's Motion for Extension in Third Circuit | 0.2 |
| 2/16/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/19/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/19/2013 | Review Plan Proponents' Objection to Anderson Memorial's extension motion re reply brief | 0.2 |

| | | |
|---|---|---|
| 2/19/2013 | Prepare, file and serve Quarterly Fee Application for the 47th Quarter and notice of filing thereof | 1.5 |
| 2/19/2013 | Prepare, file and serve Quarterly Fee Application of the PD FCR for the 47th Quarter and notice of filing thereof | 0.5 |
| 2/19/2013 | Review Reply Brief of Montana in Third Circuit | 1.0 |
| 2/19/2013 | Review Reply Brief of Canada in Third Circuit | 0.2 |
| 2/20/2013 | Review Notice from Third Circuit re Garlock Brief | 0.1 |
| 2/20/2013 | Review Fee Auditor's Report re Grant Thornton Quarterly Fee Application | 0.3 |
| 2/20/2013 | Review Fee Auditor's Report re Orrick Quarterly Fee Application | 0.2 |
| 2/20/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/20/2013 | Review Garlock Reply Brief in Third Circuit | 1.0 |
| 2/20/2013 | Email to client re Reply briefs | 0.1 |
| 2/21/2013 | Review Notice from Third Circuit re Canada's brief | 0.1 |
| 2/21/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/21/2013 | Review Notice from Third Circuit re Montana's brief | 0.1 |
| 2/21/2013 | Review Monthly fee applications of the Canadian ZAI claimants | 0.3 |
| 2/21/2013 | Prepare, file and serve Certificate of No Objection to monthly Fee Application | 0.2 |
| 2/22/2013 | Review Miscellaneous pleadings received today | 0.2 |
| 2/23/2013 | Review Fee Auditor's Amended Report re Grant Thornton Quarterly Fee Application | 0.2 |
| 2/23/2013 | Review Debtors' Quarterly Operating Report | 0.3 |
| 2/24/2013 | Review Notice from Third Circuit re docket entry changes to Canada's reply brief | 0.1 |

| Date | Description | Hours |
|------|-------------|-------|
| 2/24/2013 | Review Notice from Third Circuit re docket entry changes to Montana's reply brief | 0.1 |
| 2/25/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/26/2013 | Email from client re November time | 0.1 |
| 2/26/2013 | Review Certificates of No Objection to Monthly Fee Applications of counsels for the Canadian ZAI claimants | 0.1 |
| 2/26/2013 | Review Supplemental Letter filed pursuant to Rule 28(j) from Bank Lender Group | 0.3 |
| 2/26/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/27/2013 | Review Anderson Memorial's Reply Brief | 1.0 |
| 2/27/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/27/2013 | Email to client re Anderson Memorial's Reply Brief | 0.1 |
| 2/27/2013 | Review Certificate of No Objection to Property Damage committee monthly fee application | 0.1 |
| 2/28/2013 | Conferences with Third Circuit clerk re PD FCR electronic brief | 0.3 |
| 2/28/2013 | Review Notice from Third Circuit re Anderson Memorial Reply Brief | 0.1 |
| 2/28/2013 | Review Miscellaneous pleadings received today | 0.1 |

Total:   19.0 hours @ $700/hour = $13,300.00

Expenses:   Westlaw – $344.94

Total Expenses:  $344.94

Total Fees and Expenses Due:  $13,644.94