# **<u>EXHIBIT A</u>**

# **To Quarterly Application**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: January 9, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**THIRTY-SECOND MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | October 1, 2012, through October 31, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | $     9,367.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $        54.90 |

This is Applicant's Thirty-Second Monthly Application.

[Remainder of Page Intentionally Left Blank]

```
                                                    Filed 12/18/2012
                                                    Dkt. No. 30060
```

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 | $ 450.95 | $ 5,644.80 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 | $ 116.60 | $ 9,476.00 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 | $ 834.05 | $ 5,996.40 | $ 834.05 |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

**Fee Detail by Professional for the Period of October 1, 2012, through October 31, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 14.40 | $ 5,760.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 2.40 | $ 468.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 16.10 | $ 3,139.50 |
| **Grand Total** | | | **32.90** | **$ 9,367.50** |
| Blended Rate | | | | $ 284.73 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of October 1, 2012, through October 31, 2012**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 2.90 | $ 1,160.00 |
| 11 - Fee Applications, Applicant | 10.20 | $ 2,768.00 |
| 12 - Fee Applications, Others | 18.80 | $ 5,162.50 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 1.00 | $ 277.00 |
| **TOTAL** | **32.90** | **$ 9,367.50** |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

**Monthly Expense Summary for the Period October 1, 2012, through October 31, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 15.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (357 x .10) | 35.70 |
| Postage | First Class Mail | 4.20 |
| Outside Copy & Serve | Blue Marble Logistics, LLC | 0.00 |
| **TOTAL** | | **$ 54.90** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for October 1, 2012, through October 31, 2012, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before January 9, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[4] Applicant's Invoice for October 1, 2012, through October 31, 2012, is attached hereto as **Exhibit A.**

Page | 5

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period October 1, 2012, through October 31, 2012, an allowance be made to The Hogan Firm for compensation in the amount of $9,367.50 and actual and necessary expenses in the amount of $54.90 for a total allowance of $9,422.40; Actual Interim Payment of $7,494.00 (80% of the allowed fees) and reimbursement of $54.90 (100% of the allowed expenses) be authorized for a total payment of $7,548.90; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: December 18, 2012           Respectfully submitted,

                         By:     */s/ Daniel K. Hogan*
                                    Daniel K. Hogan (DE Bar No. 2814)
                                    THE HOGAN FIRM
                                    1311 Delaware Avenue
                                    Wilmington, Delaware 19806
                                    Telephone: 302.656.7540
                                    Facsimile: 302.656.7599
                                    Email: dkhogan@dkhogan.com

                                    **Counsel to Representative Counsel**
                                    **for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  **Date:** 11/5/2012
**c/o Lauzon Belanger Lesperance**  **File Number:** ZAI/WRG 060124-01
Attention: Careen Hannouche  **Invoice Number:** 20763
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2012 | LNC | Calculation of the project codes on The Hogan Firm's August time statement in preparation for the Monthly Fee Application. | 1.00 | 195.00 | 195.00 |
| 10/01/2012 | LNC | Preparation of the Certificate of No Objection Lauzon Belanger Lesperance's 29th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/01/2012 | LNC | Preparation of the Certificate of No Objection to Scarfone Hawkins' 29th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/01/2012 | LNC | Preparation of the Certificate of No Objection to the Hogan Firm's 29th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/02/2012 | LNC | Calculation of project codes on Lauzon Belanger Lesperance's August time statement in preparation for the Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/02/2012 | LNC | E-mail correspondence with Anthony Giobbe at Blue Marble Logistics, LLC regarding the delivery of the 29th Monthly Fee Application. | 0.20 | 195.00 | 39.00 |
| 10/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (related document(s) [29540]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of Scarfone Hawkins as Special Counsel to the Canadian ZAI Claimants (related document(s)[29578]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
| 10/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of The Hogan Firm as Special Counsel for the Canadian ZAI Claimants (related document(s)[29539]) Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | LNC | Preparation of the 30th Monthly Fee Application for The Hogan Firm | | 1.30 | 195.00 | 253.50 |
| 10/02/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monhtly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of Scarfone Hawkins as Special Counsel to the Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of The Hogan Firm as Special Counsel for the Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | DKH | Reviewed docket for objections to the Twenty-Ninth Monthly Application for Compensation of The Hogan Firm, Scarfone Hawkins and LBL, Counsel for the Canadian ZAI Claimants. | | 0.40 | 400.00 | 160.00 |
| 10/03/2012 | LNC | Preparation of the 30th Monthly Fee Application for Lauzon Belanger Lesperance. | | 1.30 | 195.00 | 253.50 |
| 10/03/2012 | LNC | Preparation of the 30th Monthly Fee Application for Scarfone Hawkins. | | 1.30 | 195.00 | 253.50 |
| 10/04/2012 | LNC | E-mail correspondence with Careen Hannouche regarding a discrepancy in the total of the fee application. | | 0.10 | 195.00 | 19.50 |
| 10/04/2012 | DKH | E-mail correspondence with Careen Hannouche that she has reviewed the Monthly Fee Application and believes the disbursements should be 171,33 $ instead of 167.83; reviewed application. | | 0.30 | 400.00 | 120.00 |
| 10/04/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting LBL's 30th Monthly Fee Application for review | | 0.10 | 195.00 | 19.50 |
| 10/04/2012 | LNC | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins 30th Monthly Fee Application for review. | | 0.10 | 195.00 | 19.50 |
| 10/04/2012 | DKH | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by Dave Thompson. Reviewed same. | | 0.30 | 400.00 | 120.00 |
| 10/04/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the certification executed by David Thompson; save as exhibit to file. | | 0.20 | 195.00 | 39.00 |
| 10/04/2012 | DKH | Reviewed and revised LBL's 30th Monthly Fee Application and certification. | | 0.80 | 400.00 | 320.00 |
| 10/04/2012 | DKH | Reviewed and revised Scarfone Hawkins 30th Monthly Fee Application and certification. | | 0.70 | 400.00 | 280.00 |
| 10/04/2012 | DKH | Reviewed and revised The Hogan Firm's 30th Monthly Fee Application and certification. | | 0.90 | 400.00 | 360.00 |
| 10/05/2012 | LNC | Calculation of project codes on Scarfone Hawkins' August time statement in preparation for the Monthly Fee Application. | | 0.40 | 195.00 | 78.00 |
| 10/05/2012 | LNC | E-mail correspondence with Blue Marble Logistics, LLC transmitting the 30th monthly fee application for hand delivery to the US Trustee. | | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting her executed certification; reviewed same. | | 0.20 | 400.00 | 80.00 |
| 10/05/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the executed certification; save as exhibit to file. | | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 10/15/2012 at 09:00 AM. | | 0.30 | 400.00 | 120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
| 10/05/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirtieth) Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2012 to August 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/05/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirtieth) Monthly Application of The Hogan Firm as COunsel to Representative Counsel for the Candian ZAI Claimants for the period August 1, 2012 to August 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/05/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirtieth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2012 to August 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/05/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 30th Monthly fee application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/05/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 30th monthly fee application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 30th monthly fee application of The Hogan Firm for review. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | LNC | | E-mail correspondence with the service parties transmitting the 30th Monthly fee application of Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | LNC | | E-mail correspondence with the service parties transmitting the 30th Monthly fee application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 10/05/2012 | LNC | | E-mail correspondence with the service parties transmitting the 30th Monthly Fee Application. | 0.20 | 195.00 | 39.00 |
| 10/06/2012 | KEH | | E-mail correspondence from Bobbi Ruhlander regarding fee reduction of $183.75 (as agreed to by Scarfone Hawkins) to be included on combined final report for the 45th interim period - revise WRG spreadsheet to reflect same. | 0.30 | 195.00 | 58.50 |
| 10/06/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander that the fee examiner recommends a fee reduction of $183.75 (as agreed to by Scarfone Hawkins) and will include them on the combined final report for the 45th interim period. | 0.10 | 400.00 | 40.00 |
| 10/09/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving Quarterly Fee Applications for the Forty-Fourth Period (related document(s)[29630]). Signed on 10/9/2012. | 0.30 | 400.00 | 120.00 |
| 10/11/2012 | KEH | | E-mail correspondence from Cindy Yates, re: Scarfone Hawkins' receipt of funds via wire transfer from WR Grace in the amount of $3,351.49 CAD for payment of July, 2012, monthly fee application; revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 10/11/2012 | KEH | | E-mail correspondence to/from Careen Hannouche re: payment for LBL's July 2012 fee application; update WRGrace payment spreadsheet for use with fee applications. | 0.30 | 195.00 | 58.50 |
| 10/15/2012 | DKH | | Attended Omnibus hearing. | 1.40 | 400.00 | 560.00 |
| 10/15/2012 | LNC | | Calculation of project codes on The Hogan Firm's September time statement. | 1.00 | 195.00 | 195.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 |
| 10/15/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to Approve Compromise under Rule 9019 //Debtors Motion Pursuant To Sections 105, 363, 1107 And 1108 Of The Bankruptcy Code And Rules 2002, 6004, 9014 And 9019 Of The Federal Rules Of Bankruptcy Procedure For An Order Approving The Settlement Agreement Between W. R. Grace & Co. And Dairyland Insurance Company Filed by W.R. Grace & Co. | 0.40 | 400.00 | 160.00 |
| 10/15/2012 | KEH | Telephone call from Leonardo Hoyos, Team Accounts Payable Analysis W.R. Grace, requesting account information for our open file in the WRGrace matter - asked him to email the information requested; email from Leonardo Hoyos re: same. | 0.20 | 195.00 | 39.00 |
| 10/16/2012 | KEH | E-mail correspondence to 'Bobbi Ruhlander' regarding request from Leonardo Hoyos, W.R. Grace, for account information. | 0.10 | 195.00 | 19.50 |
| 10/16/2012 | KEH | E-mail correspondence with 'accounts.payable_psc@grace.com' re: call from Leonardo Hoyos who said he is from WRGrace and is requesting an account statement - included email request for same. "Statement.doc" attached to email and need confirmation that request is legitimate. | 0.20 | 195.00 | 39.00 |
| 10/16/2012 | DKH | E-mail correspondence with Finke, Richard concerning a call from Leonardo Hoyos yesterday who said he is from WRGrace and is requesting an account statement. | 0.10 | 400.00 | 40.00 |
| 10/16/2012 | DKH | E-mail correspondence with Finke, Richard regarding the call from from Leonardo Hoyos. | 0.20 | 400.00 | 80.00 |
| 10/16/2012 | LNC | E-mail correspondence with Karen Harvey regarding the holdback payment for preparation of the fee applications. | 0.10 | 195.00 | 19.50 |
| 10/16/2012 | KEH | E-mail correspondence with 'richard.finke@grace.com' regarding correspondence from Leonardo Hoyos, WRGrace. | 0.10 | 195.00 | 19.50 |
| 10/16/2012 | DKH | Meeting with Karen Harvey to discuss a call from Leonardo Hoyos yesterday who said he is from WRGrace and is requesting an account statement. | 0.10 | 400.00 | 40.00 |
| 10/16/2012 | KEH | Received payment advice from WRGrace for payment of THF's January, February & March holdback - update payment spreadsheet for use with upcoming fee applications. | 0.30 | 195.00 | 58.50 |
| 10/18/2012 | LNC | E-mail correspondence with Careen Hannouche regarding the arrival of the September Time Statement from Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/18/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting LBL's time and expense statement for the month of September 2012. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 10/18/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the September time statement; save as exhibit A to file. | 0.20 | 195.00 | 39.00 |
| 10/18/2012 | LNC | E-mail correspondence with Cindy Yates regarding the September time statement from Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 10/18/2012 | LNC | Preparation of The Hogan Firm's 31st Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 10/19/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee and Expense Statement for September 1, 2012 – September 30, 2012. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 10/19/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the September time statement from Scarfone Hawkins; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 10/22/2012 | LNC | Calculation of project codes on Scarfone Hawkins' September time statement. | 0.30 | 195.00 | 58.50 |
| 10/23/2012 | LNC | Calculation of project codes on Lauzon Belanger Lesperance's September time statement. | 0.30 | 195.00 | 58.50 |
| 10/23/2012 | LNC | Preparation of the 31st Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 10/23/2012 | LNC | Preparation of the 31st Monthly Fee Application of Scarfone Hawkins LLP. | 1.30 | 195.00 | 253.50 |

| 11/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:5 | |
|---|---|---|---|---|---|---|
| 10/24/2012 | KEH | | E-mail correspondence from Careen Hannouche at LBL, re: wire transfer received in the amount of $1,206,66 on October 17th for January through March holdback; revised WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 10/24/2012 | KEH | | E-mail correspondence with Careen Hannouche at Lauzon Belanger Lesperance and Cindy Yates at Scarfone Hawkins, re: status of payment from WRGrace for holdback on January - March 2012 applications - information needed for preparation of fee applications. | 0.10 | 195.00 | 19.50 |
| 10/26/2012 | KEH | | E-mail correspondence from 'Cindy Yates' confirming that holdback for January-March has not been received; information needed to finalize fee application for filing. | 0.10 | 195.00 | 19.50 |
| 10/26/2012 | KEH | | E-mail correspondence to Bridget Scott and Cindy Yates at Scarfone Hawkins regarding the holdback for Scarfone Hawkins' fee applications for January through March 2012 - information needed for preparation of fee applications. | 0.10 | 195.00 | 19.50 |
| 10/26/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the executed certification from David Thompson; save as exhibit to file. | 0.10 | 195.00 | 19.50 |
| 10/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-First) of Lauzon Belanger Lesperance as Special COunsel for the Canadian ZAI Claimants for the period September 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-First) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI CLaimants for the period September 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-First) of The Hogan Firm as Counsel to representative Counsel for the Canadian ZAI Claimants for the period September 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/26/2012 | LNC | | E-mail correspondence with Info-LBLavocats transmitting the executed certification for the 31st monthly fee application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 10/26/2012 | LNC | | Prepare for and electronically file the 31st Monthly Fee Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 10/26/2012 | LNC | | Prepare for and electronically file the 31st Monthly Fee Application of Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 10/26/2012 | LNC | | Prepare for and electronically file the 31st Monthly Fee Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 10/26/2012 | DKH | | Reviewed and revised  SH's 31st Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 10/26/2012 | DKH | | Reviewed and revised LBL's 31st Monthly Fee Application. | 0.90 | 400.00 | 360.00 |
| 10/26/2012 | DKH | | Reviewed and revised The Hogan Firm's 31st Monthly Fee Application. | 1.00 | 400.00 | 400.00 |
| 10/30/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to Approve -- Debtors' Motion For Entry Of An Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement Filed by W.R. Grace & Co., et al. | 0.80 | 400.00 | 320.00 |
| | | | **Total Fees** | **32.90** | | **$9,367.50** |

| | | | |
|---|---|---|---|
| 11/5/2012 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:6 |

**Expenses**

| | | |
|---|---|---:|
| 10/05/2012 | Photocopies of he 30th Monthly Fee Applications for review by Daniel Hogan. | 10.60 |
| 10/05/2012 | Photocopies of the 30h Monthly Fee Applications sent to the Fee Auditor for review. | 8.80 |
| 10/05/2012 | Postage-Copies of the 30th Monthly Fee Applications sent to the Fee Auditor for review. | 4.60 |
| 10/26/2012 | Photocopies of the 31st Monthly Fee Applications printed for review | 11.70 |
| 10/26/2012 | Postage-First Class Mail copies of the 31st Monthly Applications sent to the Fee Auditor for review | 4.20 |
| 10/31/2012 | CM/ECF-Quarterly fee. | 15.00 |

**Total Expenses**     **$54.90**

**TOTAL NEW CHARGES**     **$9,422.40**

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 8,329.55 |
| Payments | -8,329.55 |
| Current Fees | 9,367.50 |
| Current Expenses | 54.90 |
| **AMOUNT DUE AND OWING TO DATE** | **$9,422.40** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---:|
| 10/22/2012 | 005 3160 | Payment on Account | 8,329.55 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE     :
                      : ss
COUNTY OF NEW CASTLE  :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this _18th_ day of December, 2012.

_____
Notary Public
My Commission Expires:

[Notary Seal: GABRIELLE E. PALAGRUTO, COMMISSION EXPIRES MARCH 14, 2013, NOTARY PUBLIC, STATE OF DELAWARE]