# **EXHIBIT B**

# **To Quarterly Application**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: February 11, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

### THIRTY-THIRD MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2012, through November 30, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 9,384.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 59.25 |

This is Applicant's Thirty-Third Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed 1/18/2013
Dkt. No. 30167

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 | $ 450.95 | $ 5,644.80 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 | $ 116.60 | $ 9,476.00 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 | $ 834.05 | $ 5,996.40 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,384.50 | $ 59.25 | Pending | Pending |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

**Fee Detail by Professional for the Period of November 1, 2012, through November 30, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 16.10 | $ 6,440.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 0.90 | $ 175.50 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 14.20 | $ 2,769.00 |
| **Grand Total** | | | **31.20** | **$ 9,384.50** |
| Blended Rate | | | | $ 300.79 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of November 1, 2012, through November 30, 2012**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 5.60 | $ 2,240.00 |
| 11 - Fee Applications, Applicant | 8.70 | $ 2,455.00 |
| 12 - Fee Applications, Others | 16.00 | $ 4,411.50 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.90 | $ 278.00 |
| **TOTAL** | **31.20** | **$ 9,384.50** |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

**Monthly Expense Summary for the Period November 1, 2012, through November 30, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (390 x .10) | 39.00 |
| Postage | First Class Mail | 10.10 |
| Outside Copy & Serve | Blue Marble Logistics, LLC | 10.15 |
| **TOTAL** | | **$ 59.25** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for November 1, 2012, through November 30, 2012, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before February 11, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[4] Applicant's Invoice for November 1, 2012, through November 30, 2012, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period November 1, 2012, through November 30, 2012, an allowance be made to The Hogan Firm for compensation in the amount of $9,384.50 and actual and necessary expenses in the amount of $59.25 for a total allowance of $9,443.75; Actual Interim Payment of $7,507.60 (80% of the allowed fees) and reimbursement of $59.25 (100% of the allowed expenses) be authorized for a total payment of $7,566.85; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: January 18, 2013  Respectfully submitted,

By:  */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com

**Counsel to Representative Counsel
for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 12/4/2012  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 20868

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2012 | KEH | E-mail correspondence with 'accounts.payable-na@grace.com' re: holdback payment for the period January – March 2012 for Scarfone Hawkins LP. According to SH holdback has not been received and this information is needed for preparation of Scarfone Hawkins' fee application. (THF received payment for this period on October 17, 2012). | 0.20 | 195.00 | 39.00 |
| 11/01/2012 | DKH | E-mail correspondence with Cindy Yates concerning the hold back for Scarfone Hawkins for the 44th Interim period. Reviewed our spreadsheet for information about the holdback. | 0.40 | 400.00 | 160.00 |
| 11/01/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service of Executed Signature Page Regarding Declaration of John James O'Connell III in Support of Debtors' Motion for Entry of an Order Approving Plan Proponents' Entry Into Cash-Settled Collar Agreement (related document(s)[29822]) Filed by W.R. Grace & Co., et al.. | 0.30 | 400.00 | 120.00 |
| 11/02/2012 | KEH | E-mail correspondence to/from Cindy Yates, re: holdback payment and amount of same; post to WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 11/09/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to Approve /Motion for Entry of an Order Approving a Qualified Settlement Fund and Related Relief. Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 11/09/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Post-Confirmation Report /Post-Confirmation Quarterly Summary Report Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 11/12/2012 | DKH | E-mail correspondence with Bridget Scott asking about the status of the appeal and where things are at. | 0.20 | 400.00 | 80.00 |
| 11/12/2012 | LNC | Preparation of the 11th Quarterly Fee Application of The Hogan Firm | 2.30 | 195.00 | 448.50 |

| 12/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 11/13/2012 | DKH | | Conducted research on the status of the 3rd Circuit appeals pending in the W.R. Grace case. Reviewed dockets and read pleadings associated with the appeals to ascertain the likely time of emergence from bankruptcy. | 2.50 | 400.00 | 1,000.00 |
| 11/13/2012 | DKH | | E-mail correspondence with David Thompson concerning the update provided to him. | 0.10 | 400.00 | 40.00 |
| 11/13/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Dismissing Pleading (related document(s) [29858] , [29872]). Signed on 11/13/2012. | 0.20 | 400.00 | 80.00 |
| 11/13/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W.R. Grace & Co. and Dairyland Insurance Company (Related Doc # [29767], [29881]) Order Signed on 11/13/2012. | 0.30 | 400.00 | 120.00 |
| 11/13/2012 | DKH | | E-mail correspondence with Representative Counsel outlining the status of the bankruptcy appeals as well as filings made by W.R. Grace in the bankruptcy case as it positions itself to emerge from bankruptcy in 2013. | 0.50 | 400.00 | 200.00 |
| 11/13/2012 | LNC | | Prepare the Certificate of No Objection to Lauzon Belanger Lesperance 30th Monthly Fee Application. | 1.00 | 195.00 | 195.00 |
| 11/13/2012 | LNC | | Prepare the Certificate of No Objection to Scarfone Hawkins LLPs 30th Monthly Fee Application. | 1.00 | 195.00 | 195.00 |
| 11/13/2012 | LNC | | Prepare the Certificate of No Objection to the Hogan Firm's 30th Monthly Fee Application. | 1.00 | 195.00 | 195.00 |
| 11/14/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirtieth Monthly Applicarion of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants (related document(s)[29741]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) regarding the Thirtieth Monthly Application of Scarfone Hawkins LLP as Counsel to The Canadian ZAI Claimants (related document(s)[29740]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) regarding the Thirtieth Monthly Application of The Hogan Firm as Counsel to The Canadian ZAI Claimants (related document(s)[29739]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | LNC | | Prepare for and electronically file the Certificate of No Objection for Lauzon Belanger Lesperance's 30th Monthly Application. | 0.30 | 195.00 | 58.50 |
| 11/14/2012 | LNC | | Prepare for and electronically file the Certificate of No Objection for Scarfone Hawkins LLP 30th Monthly Application. | 0.30 | 195.00 | 58.50 |
| 11/14/2012 | LNC | | Prepare for and electronically file the Certificate of No Objection for The Hogan Firm's 30th Monthly Application. | 0.30 | 195.00 | 58.50 |
| 11/14/2012 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirtieth Monthly Applicarion of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) regarding the Thirtieth Monthly Application of Scarfone Hawkins LLP as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 12/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 11/14/2012 | DKH | | Reviewed and revised draft of Certificate of No Objection (No Order Required) regarding the Thirtieth Monthly Application of The Hogan Firm as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | Reviewed docket for objections to the Thirtieth Monthly Application of Lauzon Belanger Lezperance as Counsel to The Canadian ZAI.Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | Reviewed docket for objections to the Thirtieth Monthly Application of Scarfone Hawkins as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | | Reviewed docket for objections to the Thirtieth Monthly Application of The Hogan Firm as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/15/2012 | LNC | | Preparation of the 11th Quarterly Fee Application of Lauzon Belanger Lesperance. | 2.30 | 195.00 | 448.50 |
| 11/16/2012 | LNC | | Preparation of the 11th Quarterly Fee Application of Scarfone Hawkins LLP. | 2.30 | 195.00 | 448.50 |
| 11/19/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty - Fifth Interim Fee Application Filed by Warren H. Smith & Associates, P.C. | 0.50 | 400.00 | 200.00 |
| 11/19/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 11/26/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 11/20/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the 11th quarterly application for LBL to review. | 0.10 | 195.00 | 19.50 |
| 11/20/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the 11th quarterly application for review by Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 11/20/2012 | DKH | | Reviewed and revised LBL's 11th  Quarterly Fee Application together with exhibits and certification. | 1.20 | 400.00 | 480.00 |
| 11/20/2012 | DKH | | Reviewed and revised Scarfone Hawkins' 11th  Quarterly Fee Application together with exhibits and certification. | 1.00 | 400.00 | 400.00 |
| 11/20/2012 | DKH | | Reviewed and revised the Hogan Firm's 11th  Quarterly Fee Application together with exhibits and certification. | 1.20 | 400.00 | 480.00 |
| 11/21/2012 | LNC | | E-mail correspondence with Cindy Yates regarding revisions to the 11th quarterly application for Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 11/21/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the certification of David Thompson for the 11th quarterly Fee Application. | 0.10 | 195.00 | 19.50 |
| 11/21/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the revised 11th quarterly fee application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 11/21/2012 | LNC | | E-mail correspondence with Info-LBLavocats transmitting the certification of Careen Hannouche for the 11th Quarterly Fee Application; saved as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 11/26/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander concerning the discrepancies regarding the 44th Quarter Project Category Summary. | 0.20 | 400.00 | 80.00 |
| 11/26/2012 | KEH | | Meeting with Dan Hogan, re: discrepancies regarding the 44th Quarter Project Category Summary; email to Bobbi Ruhlander, re: same, i.e., issues with the 44th quarter cumulative totals for The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.40 | 195.00 | 78.00 |
| 11/26/2012 | DKH | | Meeting with Karen Harvey to discuss the discrepancies regarding the 44th Quarter Project Category Summary. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | LNC | | E-mail correspondence with  the service parties transmitting the 11th quarterly fee application of Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with  the service parties transmitting the 11th quarterly fee application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with Blue Marble Logistics, LLC transmitting the 11th quarterly fee application to be sent to the services parties. | 0.20 | 195.00 | 39.00 |

| 12/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 11/27/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eleventh) of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of Expenses as Special Counsel for The Canadian ZAI Claimants for the period Juy 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eleventh) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eleventh) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 11th Quarterly Fee Application of Lauzon Belanger Lesperance for review. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 11th Quarterly Fee Application of Scarfone Hawkins for review. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with the fee auditor transmitting the 11th Quarterly Fee Application of The Hogan Firm for review. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | E-mail correspondence with the service parties transmitting the 11th quarterly fee application of The Hogan Firm. | 0.20 | 195.00 | 39.00 |
| 11/27/2012 | LNC | | Prepare for and file the 11th Quarterly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 11/27/2012 | LNC | | Prepare for and file the 11th Quarterly Fee Application for Scarfone Hawkins LLP | 0.30 | 195.00 | 58.50 |
| 11/27/2012 | LNC | | Prepare for and file the 11th Quarterly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 11/27/2012 | DKH | | Reviewed for filing and service the Quarterly Application for Compensation (Eleventh) of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of Expenses as Special Counsel for The Canadian ZAI Claimants for the period Juy 1, 2012 to September 30, 2012. | 0.40 | 400.00 | 160.00 |
| 11/27/2012 | DKH | | Reviewed for filing and service the Quarterly Application for Compensation (Eleventh) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to September 30, 2012. | 0.40 | 400.00 | 160.00 |
| 11/27/2012 | DKH | | Reviewed for filing and service the Quarterly Application for Compensation (Eleventh) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2012 to September 30, 2012. | 0.40 | 400.00 | 160.00 |
| 11/28/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting LBL's  October time statement.  Reviewed same. | 0.40 | 400.00 | 160.00 |
| 11/28/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the October time statement from LBL; save as exhibit to file for the 32nd monthly fee application. | 0.20 | 195.00 | 39.00 |
| 11/28/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Corrective Entry: Please Withdraw Entry and Refile with the Correct Image (related document(s)[29937]). | 0.20 | 400.00 | 80.00 |
| 11/29/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly time statement for October 1, 2012 – October 31, 2012.  Reviewed same. | 0.50 | 400.00 | 200.00 |

| 12/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 11/29/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the October time statement from SH; save as exhibit to file for the 32nd monthly fee application. | 0.20 | 195.00 | 39.00 |
| | | | **Total Fees** | **31.20** | | **$9,384.50** |

**Expenses**

| 11/15/2012 | Blue Marble Logistics, LLC- Hand delivery of the 31st Monthly Fee Applications to the US Trustee. | 10.15 | |
|---|---|---|---|
| 11/16/2012 | Photocopies of the 11th Quarterly Applications for review by Daniel Hogan | 21.00 | |
| 11/27/2012 | Photocopies-11th Quarterly Applications sent to the fee auditor for review | 18.00 | |
| 11/27/2012 | Postage-First Class Mail-Copies of the 11th Quarterly Fee Applications sent to the Fee Auditor for review | 10.10 | |
| | **Total Expenses** | | **$59.25** |
| | **TOTAL NEW CHARGES** | | **$9,443.75** |

**STATEMENT OF ACCOUNT**

| Prior Balance | 9,422.40 |
|---|---|
| Payments | -9,422.40 |
| Current Fees | 9,384.50 |
| Current Expenses | 59.25 |
| **AMOUNT DUE AND OWING TO DATE** | **$9,443.75** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 11/26/2012 | 005 3168 | Payment on Account | 9,422.40 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE      :
                       : ss
COUNTY OF NEW CASTLE   :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 18th day of January, 2013.

_____
Notary Public
My Commission Expires: _____

[Notary Seal: GABRIELLE E. PALAGRUTO, MY COMMISSION EXPIRES MARCH 14, 2013, NOTARY PUBLIC, STATE OF DELAWARE]