**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING TWELFTH QUARTERLY APPLICATION
OF THE HOGAN FIRM FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES
FOR OCTOBER 1, 2012, THROUGH DECEMBER 31, 2012**

The Hogan Firm ("Applicant"), counsel to Lauzon Bélanger Lespérance and Scarfone Hawkins LLP ("Representative Counsel"), filed its Twelfth Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period from October 1, 2012, through December 31, 2012 ("Twelfth Quarterly Application"). The Court has reviewed the Twelfth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Twelfth Quarterly Application, and any hearing on the Twelfth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Twelfth Quarterly Application. Accordingly, it is

ORDERED that the Twelfth Quarterly Application is GRANTED on an interim basis. Debtors shall pay to The Hogan Firm the sum of $27,002.50 as compensation and $416.09 as reimbursement of expenses, for a total of $27,418.59 for services rendered and disbursements incurred by The Hogan Firm for the period October 1, 2012, through December 31, 2012, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____        _____
                                Judith K. Fitzgerald
                                United States Bankruptcy Judge