<u>**Exhibit A**</u>

**January 2013 Fee Detail**

**Matter 3**                                          **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/4/2013 | Respond to correspondence from j. McFarland re ART credit agreement transaction (.20); review draft materials re same (.50). | .70 | $475 | $332.50 |
| RJH | 1/8/2013 | Review and revise draft ART credit agreement extension motion (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/9/2013 | Further review and revise draft ART credit agreement extension motion (1.40); telephone conference with J. McFarland re same (.10). | 1.50 | $475 | $712.50 |
| RJH | 1/14/2013 | Revise ART credit agreement motion (1.50). | 1.50 | $475 | $712.50 |
| RJH | 1/17/2013 | Further revise ART credit agreement motion (1.00); circulate same for comment (.30); prepare same for filing (.50). | 1.80 | $475 | $855.00 |
| RJH | 1/31/2013 | Legal research re contract rejection by Monitor (1.30); review and analyze debtor court filings (1.00); review and analyze Monitor contract (.60); multiple telephone conferences with R. Finke re same (.90); telephone conferences with R. Finke and L. Andriate re same (.80); multiple telephone conferences with A. Goldstein (.60); telephone conference with J. Carignan (.30); telephone conference with S. Traxler re same (.50). | 6.00 | $475 | $2,850.00 |
| Total | | | 12.50 | | $5,937.50 |

**Matter 4**                                    **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/2/2013 | Respond to creditor inquiries (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/3/2013 | Respond to creditor inquiries (1.20). | 1.20 | $475 | $570.00 |
| RJH | 1/4/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 1/7/2013 | Respond to creditor inquiries (.80). | .80 | $475 | $380.00 |
| RJH | 1/8/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 1/9/2013 | Legal research re confidential project for J. Hughes (2.50); telephone conferences with J. Hughes re same (.70). | 3.20 | $475 | $1,520.00 |
| RJH | 1/10/2013 | Review and revise chapter 11 insert for SEC filing (2.00); respond to creditor inquiries (.40); attend to matters re PwC audit letter and exchange correspondence with D. Borowy re same (.30). | 2.70 | $475 | $1,282.50 |
| RJH | 1/14/2013 | Review and analyze PwC annual inquiry letter (.30); prepare response to same (1.00); respond to creditor inquiries (.50); review 4th quarter OCP report and prepare same for filing (.80); exchange correspondence with various parties re same (.20). | 2.80 | $475 | $1,330.00 |
| RJH | 1/16/2013 | Telephone conference with E. Westbrook re case status (.50). | .50 | $475 | $237.50 |
| RJH | 1/17/2013 | Legal research re matter for 10-K (.80); telephone conferences with R. Finke re same (.50); telephone conference with J. O'Neill re same (.50). | 1.80 | $475 | $855.00 |
| RJH | 1/18/2013 | Prepare quarterly asset sale report for filing (.80); prepare quarterly settlement report for filing (.80); telephone conference with J. O'Neill re 10-K-related matter (.30). | 1.90 | $475 | $902.50 |
| RJH | 1/19/2013 | Review, comment on and revise draft K&E letter to accountants (1.30); exchange correspondence with J. Gettleman re same (.20). | 1.50 | $475 | $712.50 |
| RJH | 1/22/2013 | Exchange correspondence with J. Gettleman and L. Esayian re response to accountant's letter (.30). | .30 | $475 | $142.50 |
| RJH | 1/24/2013 | Review and analyze draft K&E audit letter response (1.00); draft and revise RJH audit letter response (.50); exchange correspondence with L. Esayian re same (); exchange correspondence with R. Finke re same (.10). | 1.60 | $475 | $760.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/29/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| Total | | | 20.60 | | $9,785.00 |

**Matter 5**                    **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/4/2013 | Analyze Southpaw proposed consents to transfer of asbestos PD claims (.80); correspond with M. Araki re same (.30); correspond with J. Cohen re same (.30). | 1.40 | $475 | $665.00 |
| RJH | 1/9/2013 | Review and analyze underlying POCs, settlement agreements and transfer agreements for proposed asbestos property damage claim transfers (.90); draft correspondence to R. Finke re same (.20); exchange correspondence with J. Cohen re same (.10). | 1.20 | $475 | $570.00 |
| RJH | 1/10/2013 | Analyze issues re asbestos property damage claim transfers (1.00); exchange correspondence with R. Finke re same (.30); attend to matters re executed consents (.20). | 1.50 | $475 | $712.50 |
| RJH | 1/24/2013 | Exchange correspondence with M. McMahon re Hyatt claim (.30); legal research re same (.50). | .80 | $475 | $380.00 |
| Total | | | 4.90 | | $2,327.50 |

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/2/2013 | Analyze various court documents re claims register (.30); exchange correspondence with various parties re same (.20); analyze issues re Hanmar/Hankin claim (.20); exchange correspondence with V. Finkelstein and J. Yoder re same (.20). | .90 | $475 | $427.50 |
| RJH | 1/3/2013 | Research re Hanmar/Hankin claim (1.00); telephone conference with J. Yoder and V. Finkelstein re same (.70). | 1.70 | $475 | $807.50 |
| RJH | 1/4/2013 | Analyze IRS tax claim issues (.30); telephone conference with C. Finke et al. re same (.70). | 1.00 | $475 | $475.00 |
| RJH | 1/7/2013 | Analyze and resolve open environmental claims issues (.80). | .80 | $475 | $380.00 |
| RJH | 1/10/2013 | Draft objection to Hanmar/Hankin claim (.50); legal research re same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 1/14/2013 | Legal research re Hanmar/Hankin motion (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 1/15/2013 | Legal research re Hanmar/Hankin motion (2.50); analyze documents re same (1.20); draft fact summary re same (3.00); telephone conference with J. Carignan re Hanmar supplementation of documentation re restoration costs (.30). | 7.00 | $475 | $3,325.00 |
| RJH | 1/16/2013 | Draft objection to Hanmar/Hankin claim (1.50); legal research re same (.50). | 2.00 | $475 | $950.00 |
| RJH | 1/18/2013 | Legal research re Hanmar/Hankin motion (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/21/2013 | Review and analyze client materials re revised IRS POC (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/28/2013 | Exchange correspondence with H. Feichko re open environmental claims (.40); legal research re same (.70). | 1.10 | $475 | $522.50 |
| RJH | 1/30/2013 | Analyze issues re IRS tax claim (.30); respond to M. Kiley correspondence re same (.20); review and comment on draft Nashville Additional Site AOC (1.00); draft claims settlement notice re same (3.30); exchange correspondence with H. Feichko re same (.50). | 5.30 | $475 | $2,517.50 |
| Total | | | 26.30 | | $12,492.50 |

**Matter 7**                                    **Committee, Creditors', Noteholders', or Equity Holders'**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/10/2013 | Telephone conference with A. Schlesinger re R. Frezza questions and related issues (.50). | .50 | $475 | $237.50 |
| RJH | 1/11/2013 | Legal research re creditor committee query (.70); exchange correspondence with M. Araki and A. Schlesinger re same (.50). | 1.20 | $475 | $570.00 |
| Total |  |  | 1.70 |  | $ 807.50 |

6

**Matter 8**                                   **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/14/2013 | Prepare for telephone conference with E. Filon et al. re 2013 defined benefit pension plan contribution motion (.30); participate in same (.50). | .80 | $475 | $380.00 |
| RJH | 1/18/2013 | Review and comment on E. Filon comments to DB Plan funding motion (1.50); prepare for telephone conference with E. Filon et al. re same (.30); participate in same (.90). | 2.70 | $475 | $1,282.50 |
| RJH | 1/22/2013 | Review client materials re DB plan contribution motion (.80); draft same (2.80); legal research re same (1.00). | 4.60 | $475 | $2,185.00 |
| RJH | 1/23/2013 | Draft and revise draft DB Plan contribution motion (1.70); exchange correspondence with A. Schlesinger re same (.20); telephone conference with A. Schlesinger re same (.30); further revise motion based upon comments (.70). | 2.90 | $475 | $1,377.50 |
| RJH | 1/24/2013 | Draft and revise draft DB Plan contribution motion (1.30); transmit same for client review (.20). | 1.50 | $475 | $712.50 |
| RJH | 1/30/2013 | Review and revise draft DB Plan contribution motion (1.00); exchange correspondence with various parties re same (.40). | 1.40 | $475 | $665.00 |
| Total | | | 13.90 | | $6,602.50 |

**Matter 10**                                   **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/2/2013 | Legal research re Baker Donelson retention issues (.80); draft correspondence re same (.50); draft motion re same (.30). | 1.60 | $475 | $760.00 |
| RJH | 1/4/2013 | Draft motion re Baker Donelson retention issue (4.50). | 4.50 | $475 | $2,137.50 |
| RJH | 1/7/2013 | Draft motion re Baker Donelson retention issue (4.00); legal research re same (3.00); analyze fee auditor's documents re same (2.00). | 9.00 | $475 | $4,275.00 |
| RJH | 1/9/2013 | Telephone conferences with R. Finke re Baker Donelson (.40); telephone conference with F. Childress re same (.30); legal research re same (1.00); telephone conference with J. O'Neill re same (.30); exchange correspondence with various parties re same (.30). | 2.30 | $475 | $1,092.50 |
| RJH | 1/11/2013 | Review R. Finke edits to draft Baker Donelson motion and revise same (1.00); analyze legal issues re same (1.50); telephone conference with R. Finke re same (.80). | 3.30 | $475 | $1,567.50 |
| RJH | 1/15/2013 | Prepare for telephone conference with R, Finke and W. Corcoran re Baker Donelson issue (.30); participate in same (.50); telephone conference with K. Makowski re same (.40). | 1.20 | $475 | $570.00 |
| RJH | 1/16/2013 | Telephone conference with W. Smith and B. Ruhlander re Baker Donelson (.40); legal research re same (.50). | .90 | $475 | $427.50 |
| RJH | 1/17/2013 | Legal research re fee review standards (1.00); telephone conferences with F. Chlidress re Baker Donelson issues (1.10); draft correspondence re same (.50); telephone conference with K. Makowski re same (.20). | 2.80 | $475 | $1,330.00 |
| RJH | 1/23/2013 | Review and analyze Baker Donelson materials re retention (.80); exchange correspondence with R. Finke and F. Childress re same (.50). | 1.30 | $475 | $617.50 |
| RJH | 1/24/2013 | Telephone conference with R. Finke re Baker Donelson matter and other issues (.50). | .50 | $475 | $237.50 |
| RJH | 1/25/2013 | Telephone conferences with R. Finke re Deloitte retention matter (.70); review and analyze prior Deloitte retention pleadings and orders (1.30); draft correspondence to R. Finke re same (.30). | 2.30 | $475 | $1,092.50 |
| RJH | 1/28/2013 | Legal research re Deloitte retention issues (1.20); telephone conference with R. Finke re same (.50); telephone conference with R. Finke & Deloitte professionals re same (.70). | 2.40 | $475 | $1,140.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/29/2013 | Analyze Baker Donelson documents (1.50); legal research re same (.50); draft motion re same (3.00); draft affidavit in support re same (3.00). | 8.00 | $475 | $3,800.00 |
| RJH | 1/30/2013 | Draft and revise Baker Donelson motion (.50). | .50 | $475 | $237.50 |
| RJH | 1/31/2013 | Legal research re Baker Donelson retention matter (1.30); draft and revise motion re same (2.00). | 3.30 | $475 | $1,567.50 |
| Total | | | 43.90 | | $20,852.50 |

**Matter 11**                                   **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/2/2013 | Prepare November 2012 monthly fee application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/18/2013 | Prepare December RJH fee application (.70). | .70 | $475 | $332.50 |
| RJH | 1/25/2013 | Prepare December 2012 fee application (1.00); prepare fourth quarter 2012 fee application (1.00). | 2.00 | $475 | $950.00 |
| RJH | 1/28/2013 | Prepare December 2012 fee application for filing (.30). | .30 | $475 | $142.50 |
| Total | | | 4.00 | | $1,900.00 |

**Matter 11**                                    **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/2/2013 | Analyze draft Baker Donelson fee applications (1.20); telephone conference with R. Finke re same (.50); multiple telephone conferences with F. Childress re same (1.00). | 2.70 | $475 | $1,282.50 |
| RJH | 1/3/2013 | Exchange correspondence with R. Finke re Baker Donelson issues (.30); telephone conference with W. Smith re same (.50); analyze issues re same (.80). | 1.60 | $475 | $760.00 |
| RJH | | | | | |
| Total | | | 4.30 | | $2,042.50 |

Matter 13                                   **Financing**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/15/2013 | Draft correspondence to J. McFarland re letter of credit facility motion certificate of no objection (.30). | .30 | $475 | $142.50 |
| RJH | 1/16/2013 | Attend to matters re Third L/C Facility order (.40). | .40 | $475 | $190.00 |
| RJH | 1/18/2013 | Attend to matters re filing of ART credit agreement motion (.80). | .80 | $475 | $380.00 |
| Total | | | 1.50 | | $ 712.50 |

**Matter 14**                                   Hearings

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/10/2013 | Attend to matters re responses to pleadings filed for January hearing (.30). | .30 | $475 | $142.50 |
| RJH | 1/14/2013 | Telephone conference with N. Vorhees re Scotts adversary proceeding "show cause" order (.30); follow up with J. O'Neill re same (.20). | .50 | $475 | $237.50 |
| RJH | 1/15/2013 | Telephone conference with K. Makowski re January hearing agenda and related issues (.30); review agenda (.20); legal analysis re Court's "show cause" order (.70); draft correspondence to A. Marchetta et al. re same (.30); exchange correspondence with A. Paul et al. re same (.50). | 2.00 | $475 | $950.00 |
| RJH | 1/16/2013 | Legal research re "show cause" order (1.00); draft correspondence to J. Gettleman re same (.20); telephone conference with J. O'Neill re same (.30). | 1.50 | $475 | $712.50 |
| RJH | 1/21/2013 | Legal research re show cause order (.70); exchange correspondence with various parties re same (.60). | 1.30 | $475 | $617.50 |
| RJH | 1/22/2013 | Telephone conference with J. Gettleman and J. Gott re show cause order (.40); legal research re same (1.80); exchange correspondence with T. Cobb re same (.30). | 2.50 | $475 | $1,187.50 |
| RJH | 1/23/2013 | Analyze materials re show cause order (1.00); telephone conference with T. Cobb re same (.80); further legal research re same (1.80); telephone conference with J. Gettleman re same (.50). | 4.10 | $475 | $1,947.50 |
| RJH | 1/24/2013 | Draft statement re Scotts adversary show cause order (4.00); legal research re same (1.00); exchange correspondence with B. Moffitt and A. Marchetta re closure of NJDEP adversary (.30); exchange correspondence with J. Gettleman re Scotts show cause order (.30); draft correspondence to J. O'Neill and K. Makowski re closing NJDEP adversary (.30). | 5.90 | $475 | $2,802.50 |
| RJH | 1/25/2013 | Telephone conference with T. Cobb re Scotts adversary (.40); draft and revise report re same (2.00); telephone conference with J. O'Neill re "show cause" order (.40); follow up re same (.10). | 2.90 | $475 | $1,377.50 |
| RJH | 1/29/2013 | Participate in plan proponents' counsel telephone conference (.60); telephone conference with J. Gettleman re effective date checklist (.40); legal research re same (.20). | 1.20 | $475 | $570.00 |
| RJH | 1/30/2013 | Review and comment on draft notice of dismissal of NJDEP adversary proceeding (.30); correspond with T. Cobb re Scotts adversary proceeding statement (.50); revise same (2.00); circulate to client, Pachulski and K&E for comment (.50). | 3.30 | $475 | $1,567.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/31/2013 | Telephone conference with J. O'Neill re Scotts adversary (.20); telephone conference with L. Esayian re same (.20); exchange correspondence with various parties re same (.40); revise draft statement and order (1.00). | 1.80 | $475 | $855.00 |
| Total | | | 27.30 | | $12,967.50 |

**Matter 15**                                   **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/14/2013 | Draft correspondence to D. Baldwin re Norfolk Southern (.30). | .30 | $475 | $142.50 |
| Total | | | 0.30 | | $ 142.50 |

**Matter 16**                                          **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/2/2013 | Respond to M. Jones correspondence re appellate issue (.10); legal research re same (.80); telephone conference with M. Araki re same (.30); telephone conference with B. Jaffe, A. Schlesinger and M. Araki re same (.50); telephone conference with M. Jones re same (.30). | 2.00 | $475 | $950.00 |
| RJH | 1/5/2013 | Analyze issues re appellate brief (1.00); exchange correspondence with M. Araki and J. Gettleman re same (.50); telephone conference with J. Gettleman re same (.50). | 2.00 | $475 | $950.00 |
| RJH | 1/7/2013 | Analyze queries re open items for appellate briefs (.30); telephone conference with M. Araki re same (.40); telephone conference with J. Gettleman re same (.40); conference call with B. Jaffe re same (.30); telephone conference with J. Gettleman, M. Jones and B. Jaffe re same (.40). | 1.80 | $475 | $855.00 |
| RJH | 1/11/2013 | Telephone conferences with J. Gettleman re appellate brief issues (.60); legal research re same (1.00). | 1.60 | $475 | $760.00 |
| RJH | 1/16/2013 | Analyze Plan issues re E. Filon query (1.30); draft and exchange correspondence with various parties re same (.60); review and comment on draft appellate briefs (5.00); telephone conference with A. Paul re same (.30); exchange correspondence with various parties re same (.40). | 7.60 | $475 | $3,610.00 |
| RJH | 1/17/2013 | Review and analyze filed appellate briefs (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/22/2013 | Prepare for conference call with Plan participants' counsel re appeal status (.20); participate in same (.60); telephone conference with S. Huber re extension of time granted Garlock for reply brief (.30); draft correspondence to various parties re same (.10). | 1.20 | $475 | $570.00 |
| RJH | 1/25/2013 | Review and analyze Imperial Tobacco Canada amicus brief (1.30). | 1.30 | $475 | $617.50 |
| RJH | 1/28/2013 | Review and analyze Imperial Tobacco Canada motion for leave (.20); review and analyze PD committee brief (.70). | .90 | $475 | $427.50 |
| Total | | | 19.40 | | $9,215.00 |

**Matter 17**                                         **Relief from Stay Proceedings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/4/2013 | Analyze issues re LWD environmental litigation in WD Kentucky (.30); telephone conference with R. Finke re same and other issues (.60). | .90 | $475 | $427.50 |
| Total | | | 0.90 | | $ 427.50 |

**Matter 18**                                    **Tax Issues**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/18/2013 | Analyze potential tax issue (.20). | .20 | $475 | $95.00 |
| RJH | 1/28/2013 | Telephone conference with C. Finke et al. re unclaimed property matter (.70). | .70 | $475 | $332.50 |
| RJH | 1/29/2013 | Attend to matters and review documents re VDR (.30). | .30 | $475 | $142.50 |
| RJH | 1/30/2013 | Respond to correspondence from M. Kline re VDR (.20). | .20 | $475 | $95.00 |
| Total | | | 1.40 | | $ 665.00 |

18