## EXHIBIT B

### January 2013 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Online research | $503.28 |
| Total: | **$ 520.23** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|:---:|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 1/31/2013 | $503.28 | Lexis Nexis - Grace charges for November |
| 1/31/2013 | $16.95 | Fax and other charges |
| Total | **$ 520.23** | |

Total January 2013 Expenses: $520.23