```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2376934
7500 Grace Drive                        Invoice Date        02/26/13
Columbia, Maryland 21044                Client Number         172573
USA
```

```
===============================================================================
Re: W. R. Grace & Co.
(50001)  Correa v. W.R. Grace
     Fees                         741.00
     Expenses                       0.00
                    TOTAL BALANCE DUE UPON RECEIPT           $741.00
                                                       =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


     W.R. Grace & Co.                    Invoice Number    2376934
     7500 Grace Drive                    Invoice Date      02/26/13
     Columbia, Maryland 21044            Client Number      172573
     USA                                 Matter Number       50001
==============================================================================
Re: (50001)  Correa v. W.R. Grace
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013
    Date   Name                                             Hours
                                                            -----
-------- -----------
01/17/13 Husar           Work on follow up regarding status   .80
                         of workers compensation
                         settlement, review and respond to
                         audit request, prepare email to
                         workers compensation attorney
                         regarding status of settlement
01/18/13 Husar           Work on follow up regarding status   .50
                         of workers compensation settlement
                         and finalization of the civil
                         settlement
                                                            ------
                                        TOTAL HOURS    1.30
TIME SUMMARY                Hours         Rate       Value
------------------------  ---------------------     -------
Linda S. Husar             1.30  at  $  570.00  =    741.00
                           CURRENT FEES                          741.00
                                                            ------------
                       TOTAL BALANCE DUE UPON RECEIPT           $741.00
                                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                      Invoice Number     2376935
7500 Grace Drive                      Invoice Date       02/26/13
Columbia, Maryland 21044              Client Number       172573
USA
```

```
========================================================================
Re: W. R. Grace & Co.
(60026)  Litigation and Litigation Consulting
     Fees                                986.00
     Expenses                              0.00
                   TOTAL BALANCE DUE UPON RECEIPT          $986.00
                                                     =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


    W.R. Grace & Co.                      Invoice Number    2376935
    7500 Grace Drive                      Invoice Date     02/26/13
    Columbia, Maryland 21044              Client Number     172573
    USA                                   Matter Number      60026
===============================================================================
Re: (60026)  Litigation and Litigation Consulting
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013
    Date   Name                                             Hours
 -------- -----------                                       -----
01/12/13 Cameron      Review materials re: status of          .50
                      proceeding, appeals
01/17/13 Cameron      Attention to audit letter               .90
                      information
01/25/13 Ament        E-mails re: settlement motions.         .10
                                                            ------
                                          TOTAL HOURS        1.50
TIME SUMMARY             Hours          Rate        Value
------------------------ --------------------       -------
Douglas E. Cameron        1.40  at  $  690.00  =     966.00
Sharon A. Ament           0.10  at  $  200.00  =      20.00
                         CURRENT FEES                                986.00
                                                               ------------
                      TOTAL BALANCE DUE UPON RECEIPT               $986.00
                                                               =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                           Invoice Number     2376936
7500 Grace Drive                           Invoice Date       02/26/13
Columbia, Maryland 21044                   Client Number        172573
USA

```
========================================================================
Re: W. R. Grace & Co.
(60029)  Fee Applications-Applicant
    Fees                        2,811.50
    Expenses                        0.00
                   TOTAL BALANCE DUE UPON RECEIPT        $2,811.50
                                                     =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                          Invoice Number    2376936
  7500 Grace Drive                          Invoice Date      02/26/13
  Columbia, Maryland 21044                  Client Number      172573
  USA                                       Matter Number       60029
```
===========================================================================
Re: (60029)  Fee Applications-Applicant
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013

| Date | Name | | Hours |
|------|------|---|-----|
| 01/10/13 | Ament | Prepare spreadsheet relating to billing matters and provide same to D. Cameron (.70); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .90 |
| 01/10/13 | Muha | Emails re: inquiry regarding July fee entries, and response to same. | .30 |
| 01/11/13 | Cameron | Review fee application materials | .60 |
| 01/18/13 | Ament | Attention to billing matters. | .10 |
| 01/23/13 | Muha | Review and revise fee and expense detail for Dec. 2012 monthly fee application. | .30 |
| 01/24/13 | Cameron | Review fee application materials | .50 |
| 01/25/13 | Ament | E-mails re: billing matters. | .10 |
| 01/25/13 | Lord | Draft, e-file and serve CNO to Reed Smith November monthly fee application (.4); research docket and update service information for upcoming interim and monthly fee applications (.2). | .60 |
| 01/28/13 | Ament | Attention to billing matters (.10); various e-mails re: billing matters (.10); review and respond to e-mail from J. Lord re: Dec. monthly fee application (.10); | .90 |

```
172573 W. R. Grace & Co.                          Invoice Number  2376936
60029  Fee Applications-Applicant                 Page    2
       February 26, 2013
   Date   Name                                                     Hours
-------- -----------                                               -----
                          review invoices received from Dec.
                          monthly fee application (.10);
                          calculate fees and expenses re:
                          same (.10); prepare spreadsheets
                          re: same (.10); draft Dec. monthly
                          fee application (.20); provide
                          same to A. Muha for review (.10).
01/28/13 Lord             Communicate with S. Ament re:              .60
                          monthly fee application (.1);
                          prepare same for e-filing and
                          service (.5)
01/28/13 Muha             Final review of and revisions to          .30
                          Dec. 2012 monthly fee application.
01/29/13 Ament            Attention to billing matters              .70
                          (.20); e-mails re: same (.10);
                          review comments from A. Muha re:
                          Dec. monthly fee application
                          (.10); finalize same (.10); e-mail
                          Dec. monthly fee application to J.
                          Lord for DE filing (.10); e-mails
                          with A. Muha and J. Lord re: Nov.
                          monthly fee application (.10).
01/29/13 Lord             Finalize, e-file and serve Reed           .70
                          Smith's December monthly fee
                          application.
01/30/13 Ament            E-mails re: billing matters (.10);        .30
                          review memo re: same (.10); meet
                          with D. Cameron re: same (.10).
01/31/13 Ament            Attention to billing matters              .40
                          (.20); various e-mails re: same
                          (.20).
01/31/13 Cameron          Multiple emails regarding fee             .60
                          application issues
                                                                  ------
                                                    TOTAL HOURS     7.90
TIME SUMMARY              Hours          Rate          Value
------------------------ ---------------------- --------------------
Douglas E. Cameron         1.70  at  $  690.00  =   1,173.00
Andrew J. Muha             0.90  at  $  495.00  =     445.50
John B. Lord               1.90  at  $  270.00  =     513.00
Sharon A. Ament            3.40  at  $  200.00  =     680.00
```

172573 W. R. Grace & Co.                          Invoice Number   2376936
60029  Fee Applications-Applicant                 Page    3
       February 26, 2013


                        CURRENT FEES                           2,811.50
                                                            ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $2,811.50
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2376937
7500 Grace Drive                          Invoice Date        02/26/13
Columbia, Maryland 21044                  Client Number        172573
USA


========================================================================
Re: W. R. Grace & Co.
(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)
     Fees                             1,173.00
     Expenses                             0.00
                    TOTAL BALANCE DUE UPON RECEIPT      $1,173.00
                                                       =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                          Invoice Number    2376937
   7500 Grace Drive                          Invoice Date     02/26/13
   Columbia, Maryland 21044                  Client Number     172573
   USA                                       Matter Number      60033
==============================================================================
Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013
   Date   Name                                              Hours
 -------- -----------                                       -----
01/01/13 Cameron        Year end review of status of open    .90
                        issues, 2013 issues re: asbestos
                        property damage claims.
01/24/13 Cameron        Attention to asbestos P.D. claims    .80
                        issues.
                                                            ------
                                            TOTAL HOURS      1.70
TIME SUMMARY                 Hours         Rate       Value
------------------------     ----------------------   -------
Douglas E. Cameron           1.70  at  $  690.00  =   1,173.00
                             CURRENT FEES                          1,173.00
                                                                 ------------
                             TOTAL BALANCE DUE UPON RECEIPT       $1,173.00
                                                                 =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                      Invoice Number     2376938
   62 Whittemore Avenue                  Invoice Date      02/26/13
   Cambridge, MA  02140                  Client Number       172573
```

```
===========================================================================
Re: W. R. Grace & Co.
(60041)  Specifications Inquiry
      Fees                              5,631.00
      Expenses                             0.00
                        TOTAL BALANCE DUE UPON RECEIPT      $5,631.00
                                                           =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                        Invoice Number    2376938
   62 Whittemore Avenue                    Invoice Date     02/26/13
   Cambridge, MA  02140                    Client Number     172573
                                           Matter Number      60041
```
=========================================================================
Re: (60041)  Specifications Inquiry
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013
```
   Date    Name                                                   Hours
 -------- -----------                                             -----
01/16/13 Luchini        Telephone call from J. Hughes              .90
                        (0.3); review consultant materials
                        for conference call tomorrow (0.6).
01/17/13 Luchini        Prepare for Friday call, including        1.10
                        review of past memoranda (0.8),
                        current consultant correspondence
                        (0.3).
01/18/13 Klapper        Review materials re specifications        3.20
                        analysis, participate in call and
                        follow-up calls.
01/18/13 Luchini        Review consultant materials.               .60
01/18/13 Luchini        Prepare for call with J. Hughes            .90
                        re: specifications issue.
01/18/13 Luchini        Teleconference with J. Hughes and         2.40
                        consultant re: report and other
                        issues.
                                                                 ------
                                              TOTAL HOURS          9.10
TIME SUMMARY              Hours         Rate         Value
------------------------ --------------------- -------
Joseph S. Luchini         5.90  at $  610.00  =    3,599.00
Antony B. Klapper         3.20  at $  635.00  =    2,032.00
                         CURRENT FEES                              5,631.00
```

172573  W. R. Grace & Co.                          Invoice Number  2376938
60041   Specifications Inquiry                     Page    2
        February 26, 2013

                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $5,631.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2376939
7500 Grace Drive                          Invoice Date      02/26/13
Columbia, Maryland 21044                  Client Number       172573
USA

==========================================================================
Re: W. R. Grace & Co.
(80001)  Unclaimed Property Advice
        Fees                          2,709.00
        Expenses                          0.00
                       TOTAL BALANCE DUE UPON RECEIPT      $2,709.00
                                                          =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                       Invoice Number    2376939
   7500 Grace Drive                       Invoice Date     02/26/13
   Columbia, Maryland 21044               Client Number     172573
   USA                                    Matter Number      80001
==============================================================================
Re: (80001)  Unclaimed Property Advice
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013
   Date    Name                                              Hours
 -------- -----------                                        -----
01/02/13 Lima            Review and revise legal memorandum   1.00
                         regarding credits.
01/07/13 Sollie          Review opinion memo regarding        1.00
                         unclaimed property.
01/08/13 Lima            Prepare correspondence to client      .30
                         regarding legal opinion and next
                         steps
01/08/13 Reichardt       Reviewed and revised memorandum       .50
                         regarding rebates/credit memos
                         prior to sending to the client.
01/23/13 Lima            Review client correspondence and      .50
                         participate in call regarding
                         agreement.
01/23/13 Sollie          Review emails regarding unclaimed     .20
                         property.
01/24/13 Lima            Review correspondence from client     .30
                         regarding agreement and respond.
01/24/13 Sollie          Review email from C. Finke and        .30
                         discuss with S. Lima.
01/28/13 Lima            Confer with client regarding          .30
                         agreement.
01/28/13 Sollie          Review emails regarding unclaimed     .20
                         property.
```

```
172573 W. R. Grace & Co.                    Invoice Number  2376939
80001  Unclaimed Property Advice            Page   2
       February 26, 2013
   Date    Name                                            Hours
 -------- -----------                                      -----
01/29/13 Lima           Review filing and confer with M.     .50
                        Kline regarding same.
                                                           ------
                                           TOTAL HOURS      5.10
TIME SUMMARY              Hours        Rate       Value
------------------------  ---------------------   -------
Kyle O. Sollie           1.70  at  $  680.00  =  1,156.00
Sara A. Lima             2.90  at  $  470.00  =  1,363.00
Jaime S. Reichardt       0.50  at  $  380.00  =    190.00
                         CURRENT FEES                        2,709.00
                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $2,709.00
                                                           ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number     2360179
   7500 Grace Drive                    Invoice Date      01/09/13
   Columbia, Maryland 21044            Client Number       172573
   USA
```

================================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

| | | |
|---|---|---|
| Fees | 15,980.25 | |
| Expenses | 0.00 | |
| | TOTAL BALANCE DUE UPON RECEIPT | $15,980.25 |
| | | ============= |
| | PAID 2/11/2013 | ($15,980.25 |
| | | ============= |
| | BALANCE DUE | **0.00** |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2360179
7500 Grace Drive                          Invoice Date    01/09/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       80001

=========================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

   Date    Name                                               Hours
-------- -----------                                          -----

12/03/12 Sollie          Review UP memo.                         .25

12/04/12 Lima            Confer with client regarding           1.00
                         status of project and preliminary
                         conclusions; draft correspondence
                         to client regarding information
                         needed; follow up internally
                         regarding next steps

12/04/12 Reichardt       Reviewed purchase order and credit      .20
                         memo documentation sent from
                         client to determine if there are
                         points to be included in the
                         client memo.

12/04/12 Sollie          Discussion with S. Lima regarding       .20
                         status of project and memo.

12/05/12 Reichardt       Revised memo to client                 1.60
                         incorporating new information
                         received; then reviewed and
                         proofed.

12/07/12 Lima            Review comments to memorandum;         1.00
                         draft correspondence to client
                         regarding same.

12/07/12 Reichardt       Revised memo to client for final      1.70
                         time before sending and reviewed
                         accordingly.  Prepared memo to be
                         distributed.

172573 W. R. Grace & Co.                          Invoice Number  2360179
80001  Unclaimed Property Advice                  Page    2
       January 9, 2013

   Date   Name                                               Hours
 -------- -----------                                         -----

 12/07/12 Sollie         Review and revise unclaimed          1.00
                         property memo; finalize Delaware
                         letter.

 12/10/12 Reichardt      Discussion of Grace memo with Sara    .30
                         Lima and made revisions to send
                         final copy to client.

 12/11/12 Lima           Final review and revision of          .50
                         memorandum concerning rare earth
                         rebates.

 12/11/12 Sollie         Review finalized memorandum.          .40

 12/12/12 Lima           Participate in client meeting        1.50
                         regarding rare earth surcharge
                         credits and follow up.

 12/12/12 Reichardt      Call with Sara Lima and              1.30
                         representatives from Grace and
                         consultants to discuss unclaimed
                         property research and memo.  Also
                         discussed follow up steps and
                         further research inquiries.

 12/12/12 Reichardt      Began research into unclaimed        1.10
                         property laws, cases and
                         contract/obligation law for
                         Delaware, Louisiana and Tennessee.

 12/13/12 Lima           Internal meeting regarding next      2.50
                         steps related to unclaimed
                         property; confer with J. Reichardt
                         regarding additional Texas
                         research; revise draft
                         correspondence from Grace to Texas
                         customers; draft correspondence to
                         Grace regarding project action
                         items.

 12/13/12 Reichardt      Follow up research to confirm the    1.30
                         state of Texas law regarding
                         unclaimed property, especially
                         when determining what to do with
                         unclaimed rebates for those that
                         want to claim them following the
                         expiration date.

```
172573 W. R. Grace & Co.                      Invoice Number  2360179
80001  Unclaimed Property Advice              Page    3
       January 9, 2013
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/13/12 | Reichardt | Grace research into B2B exemption, definitions of property, dormancy periods and case law for Delaware. Also analyzed Staples case to distinguish from our case as that involved customer credits. | 1.00 |
| 12/13/12 | Reichardt | Researching basic contract-offer/acceptance law in Tennessee and Louisiana. | .60 |
| 12/13/12 | Reichardt | Discussed with Sara Lima what language can be included in new offer to customers that did not claim credits.  Then drafting terms of new offer for customers to claim expired catalyst credits. | 1.40 |
| 12/13/12 | Reichardt | Meet with Kyle Sollie and Sara Lima to discuss Grace conference call and follow up projects/research. | .60 |
| 12/13/12 | Reichardt | Continued researching unclaimed property case law in new states for memo. | .40 |
| 12/13/12 | Reichardt | Reviewed and revised Grace current offer letter to clients for expired rebates. | .30 |
| 12/13/12 | Reichardt | Continuing research inquiries for new states for citations to statutes and codes to support legal conclusions in memo for all states. | 1.00 |
| 12/13/12 | Sollie | Discussion with S. Lima regarding strategy; review draft email to client. | .50 |
| 12/14/12 | Reichardt | Identified and located LA and TN statutes to include in memo pertaining to obligors and contracts generally. | .60 |
| 12/14/12 | Reichardt | Completed all Delaware research to include in memo - unclaimed property generally, definition of property, effect of SOL, prvate agreements, and general contract | .90 |

```
172573 W. R. Grace & Co.                    Invoice Number  2360179
80001  Unclaimed Property Advice            Page   4
       January 9, 2013
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | law. | |
| 12/14/12 | Reichardt | Completed Tennessee research and reviewing Tennessee and Louisiana case law to include in the memo. | 1.40 |
| 12/14/12 | Reichardt | Completed all research for Louisiana law to insert into unclaimed property memo. | 1.40 |
| 12/14/12 | Reichardt | Completed review of all Grace research and identified all case law, statutes, regulations and administrative guidance that will be included in latest memo draft. Began redrafting | 1.80 |
| 12/17/12 | Lima | Review Texas v. New Jersey U.S. Supreme Court case concerning foreign property | .30 |
| 12/17/12 | Reichardt | Rewriting memorandum to Grace regarding unclaimed rare earth rebates to provide legal conclusions and analysis of three additional states--Delaware, Louisiana and Tennessee. | 2.70 |
| 12/17/12 | Reichardt | Continued rewriting memorandum providing legal analysis and conclusions regarding unclaimed rare earth rebates to incorporate new research for additional states. | 1.60 |
| 12/18/12 | Reichardt | Completed revisions and rewriting of memo to incorporate new research and analysis of three new states.  Completed proofreading and final revisions prior to review.  Submitted to Sara Lima for review.  Also provided brief analysis of ramifications of foreign transactions in terms of unclaimed property. | 2.40 |
| 12/18/12 | Reichardt | Continued revising and rewriting memorandum regarding unclaimed rare earth rebates. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  2360179
80001  Unclaimed Property Advice            Page   5
       January 9, 2013
```

| Date | Name | | Hours |
|------|------|------|------|
| 12/20/12 | Lima | Review and revise memorandum regarding rare earth surcharge rebates | 1.00 |
| 12/26/12 | Reichardt | Proofed and Revised Grace memo accordingly to include suggested edits, new information/research and changes to the format and content order. | 2.30 |
| 12/26/12 | Reichardt | Met with Sara Lima to discuss final draft of Grace memorandum giving a legal opinion and adding research for the additional states requested. | .30 |

```
                                                       ------
                                         TOTAL HOURS   39.35
```

| TIME SUMMARY | Hours | | Rate | | | Value |
|--------------|-------|----|------|----|----|-------|
| Kyle O. Sollie | 2.35 | at | $ | 655.00 | = | 1,539.25 |
| Sara A. Lima | 7.80 | at | $ | 485.00 | = | 3,783.00 |
| Jaime S. Reichardt | 29.20 | at | $ | 365.00 | = | 10,658.00 |

```
                 CURRENT FEES                          15,980.25


                                               ------------
              TOTAL BALANCE DUE UPON RECEIPT    $15,980.25
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2350723
7500 Grace Drive                          Invoice Date        12/10/12
Columbia, Maryland 21044                  Client Number         172573
USA


================================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

        Fees                          21,898.75
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $21,898.75
                                                         =============

                    PAID 1/30/2013                       ($21,898.75
                                                         =============

                    BALANCE DUE                                **0.00**

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number      2350723
   7500 Grace Drive                        Invoice Date      12/10/12
   Columbia, Maryland 21044                Client Number       172573
   USA                                     Matter Number        80001
```

============================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 11/06/12 | Lima | Participate in call with client and follow up concerning material issues for analysis | 1.80 |
| 11/14/12 | Lima | WR Grace: Participate in call with client; prepare correspondence summarizing go-forward steps; confer with J. Reichardt regarding research | .80 |
| 11/14/12 | Reichardt | Discussion with Sara Lima over this unclaimed property matter and research needed. | .30 |
| 11/15/12 | Reichardt | Research into California and Texas property law and basic contract law to determine if credit offered is a contract or offer that gives right to an interest that is escheatable. | .40 |
| 11/16/12 | Reichardt | Continued research to identify what has been promised in the credit memos and whether such an interest is escheatable.  Review of case law, statutes, regulations, agency materials and restatements of law. | 2.80 |
| 11/16/12 | Reichardt | Continued research into California and Texas law on contracts and escheatable property. | 1.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  2350723
80001  Unclaimed Property Advice                Page    2
       December 10, 2012
```

|  Date   | Name      |                                              | Hours |
|---------|-----------|----------------------------------------------|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 11/16/12 | Reichardt | Continued research into California and Texas case law regarding conditions and demand for performance in contracts; the effect of an expiration date for escheat purposes and the presence of any consumer protection statutes that could affect the analysis. | 1.50 |
| 11/18/12 | Reichardt | Continued research into California and Texas unclaimed property and contract law. Researched potential federal preemption issue for consumer protection. | 1.30 |
| 11/19/12 | Lima | Follow up with J. Reichardt regarding research on rare earth credits; research validity of time limitations | 2.00 |
| 11/19/12 | Reichardt | Texas case law research into contracts, the nature of property, transferability and expiration dates for performance.  Also researched categories of Texas unclaimed property. | 1.70 |
| 11/19/12 | Reichardt | Continued research into offer/acceptance and option contracts in CA and TX. | .70 |
| 11/19/12 | Reichardt | Discussion with Sara Lima regarding research into contractual and unclaimed property issues for Grace matter - rebates. | .70 |
| 11/20/12 | Lima | Prepare for and participate in internal meeting regarding anticipated conclusions; draft correspondence to client regarding B2B exemptions and scope of Texas exemption in particular. | 2.00 |
| 11/20/12 | Reichardt | Continued researching contract case law; UCC provisions and case law and Texas regulations for abandoned property. | 3.10 |

172573 W. R. Grace & Co.                          Invoice Number  2350723
80001  Unclaimed Property Advice                  Page    3
       December 10, 2012

```
   Date   Name                                                 Hours
 -------- -----------                                          -----

 11/20/12 Reichardt          Continue researching contractual,  2.00
                             unclaimed property, and sales laws
                             in TX and CA to draft memo.

 11/20/12 Reichardt          Meeting with Kyle Sollie and Sara    .60
                             Lima to discuss research, memo and
                             next steps for providing unclaimed
                             property advice.

 11/20/12 Reichardt          Researching California and Texas     .90
                             statutes and regulations to find
                             arguments supporting that rebates
                             are not subject to escheat.

 11/20/12 Sollie             Discussion with S. Lima and J.       .75
                             Reichardt regarding rare earth
                             credits as property; and next
                             steps for project with Grace.

 11/21/12 Lima               Draft memorandum to client         1.00
                             regarding rare earth surcharges

 11/21/12 Reichardt          Research into whether the right to   .50
                             accept a contract by performing is
                             a right or property interest that
                             can be transferred for
                             consideration in TX and CA

 11/21/12 Reichardt          Complete Grace research into       1.80
                             contractual and unclaimed property
                             issues to draft memorandum.

 11/21/12 Reichardt          Research into revocation of offer  1.00
                             contracts, firm offers and the UCC.

 11/23/12 Reichardt          Draft and revise memorandum on     4.00
                             contractual, property and escheat
                             issues.

 11/25/12 Lima               Continue drafting memorandum       1.50
                             regarding rare earth surcharges

 11/25/12 Sollie             Follow up with S. Lima regarding     .20
                             status of research, etc.

 11/27/12 Lima               Draft and revise memorandum        2.50
                             concerning rare earth surcharges
```

```
172573 W. R. Grace & Co.                    Invoice Number  2350723
80001  Unclaimed Property Advice            Page   4
       December 10, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 11/27/12 | Reichardt | Redrafted portions of Grace memo regarding unclaimed rebates--revised memo sections pertaining to property rights, contractual issues, the effect of the expiration date and whether the property is subject to escheat. | 2.60 |
| 11/27/12 | Reichardt | Reviewed Costco case documents and filings to include facts in Grace memo regarding unclaimed rebates. Also researched regulations regarding the presumption of abandonment for unclaimed property law. | .50 |
| 11/27/12 | Reichardt | Research case law in CA and TX to find cases for citations in the memo regarding property and contract rights. | 2.75 |
| 11/28/12 | Lima | Draft and revise rare earth credit memorandum | 2.50 |
| 11/28/12 | Reichardt | Reviewed and revised Grace memo at Sara Lima's request.  Made edits and added citations and case references. | 1.20 |
| 11/28/12 | Reichardt | Rewrote memo sections to include new research on statutory and regulatory provisions dealing with abandonment and the effect of private agreements.  Found new case law to include to strengthen arguments in CA and TX that the rebates are not subject to escheat laws.  Also included information and research on waiver issue regarding honoring expired rebates. | 2.60 |
| 11/29/12 | Lima | Revise unclaimed property memo regarding rare earth surcharges | 2.00 |
| 11/29/12 | Reichardt | Discussion with Sara Lima regarding further research needed and structure of memorandum. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  2350723
80001  Unclaimed Property Advice            Page   5
       December 10, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/29/12 | Reichardt | Researched and reviewed Connect Mutual US Supreme court case on unclaimed property to analogize and distinguish from Grace's facts in the memorandum. | .60 |
| 11/29/12 | Reichardt | Reviewing and editing memo for final edit to be submitted to Kyle Sollie.  Proofed document, edited for mistakes, and added new research to complete. Submitted to Kyle Sollie. | 1.50 |
| 11/29/12 | Sollie | Review unclaimed property memorandum. | .25 |

```
                                            ------
                                TOTAL HOURS   53.75
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Kyle O. Sollie | 1.20 | at $ | 655.00 | = | 786.00 |
| Sara A. Lima | 16.10 | at $ | 485.00 | = | 7,808.50 |
| Jaime S. Reichardt | 36.45 | at $ | 365.00 | = | 13,304.25 |

```
                     CURRENT FEES                        21,898.75


                                               ------------
         TOTAL BALANCE DUE UPON RECEIPT         $21,898.75
                                               ============
```