REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2376946
7500 Grace Drive                          Invoice Date        02/26/13
Columbia, Maryland 21044                  Client Number         172573
USA

=============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                                  0.00
    Expenses                              1.00

            TOTAL BALANCE DUE UPON RECEIPT              $1.00
                                          =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


    W.R. Grace & Co.                   Invoice Number    2376946
    7500 Grace Drive                   Invoice Date    02/26/13
    Columbia, Maryland 21044           Client Number    172573
    USA                                Matter Number     50001


================================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning               1.00

                          CURRENT EXPENSES                1.00
                                                 --------------

                  TOTAL BALANCE DUE UPON RECEIPT        $1.00
                                                 ==============
```

```
                       REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630



     W.R. Grace & Co.                     Invoice Number     2376946
     7500 Grace Drive                     Invoice Date     02/26/13
     Columbia, Maryland 21044             Client Number      172573
     USA                                  Matter Number       50001


===============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/16/13   Duplicating/Printing/Scanning                 1.00
           ATTY # 000349: 10 COPIES

                          CURRENT EXPENSES                  1.00
                                                     ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $1.00
                                                     =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
     W.R. Grace & Co.                    Invoice Number    2376947
     7500 Grace Drive                    Invoice Date     02/26/13
     Columbia, Maryland 21044            Client Number     172573
     USA
```

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
     Fees                         0.00
     Expenses                    27.40

                    TOTAL BALANCE DUE UPON RECEIPT        $27.40
                                                    ==============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                        Invoice Number    2376947
   7500 Grace Drive                        Invoice Date      02/26/13
   Columbia, Maryland 21044                Client Number      172573
   USA                                     Matter Number       60026
```

===========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
       Duplicating/Printing/Scanning              10.40
       Postage Expense                             2.60
       Outside Duplicating                        14.40

                        CURRENT EXPENSES                       27.40
                                                       -------------

                   TOTAL BALANCE DUE UPON RECEIPT          $27.40
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2376947
7500 Grace Drive                          Invoice Date    02/26/13
Columbia, Maryland 21044                  Client Number     172573
USA                                       Matter Number      60026


===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/31/12   Duplicating/Printing/Scanning                    6.80
           ATTY # 0718; 68 COPIES

01/02/13   Postage Expense                                  2.60
           Postage Expense: ATTY # 000718 User: Equitrac By

01/09/13   Duplicating/Printing/Scanning                     .50
           ATTY # 4810; 5 COPIES

01/09/13   Duplicating/Printing/Scanning                     .50
           ATTY # 000559: 5 COPIES

01/09/13   Duplicating/Printing/Scanning                     .50
           ATTY # 000559: 5 COPIES

01/10/13   Duplicating/Printing/Scanning                     .10
           ATTY # 000559: 1 COPIES

01/23/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL    14.40
           SERVICES, LLC: Copies, envelopes & postage

01/28/13   Duplicating/Printing/Scanning                    1.00
           ATTY # 000559: 10 COPIES

01/28/13   Duplicating/Printing/Scanning                    1.00
           ATTY # 000559: 10 COPIES

                        CURRENT EXPENSES                    27.40
                                                      ------------
                  TOTAL BALANCE DUE UPON RECEIPT           $27.40
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2376948
62 Whittemore Avenue                      Invoice Date      02/26/13
Cambridge, MA  02140                      Client Number        172573


=============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

        Fees                             0.00
        Expenses                         0.10

                    TOTAL BALANCE DUE UPON RECEIPT          $.10
                                                    =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630




   W.R. Grace & Co.                    Invoice Number      2376948
   62 Whittemore Avenue                Invoice Date        02/26/13
   Cambridge, MA  02140                Client Number        172573
                                       Matter Number         60041


===========================================================================
Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

   Telephone Expense                        0.10
                       CURRENT EXPENSES                     0.10
                                                       -------------

                   TOTAL BALANCE DUE UPON RECEIPT         $.10
                                                       =============
```

                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


    W.R. Grace & Co.                      Invoice Number     2376948
    62 Whittemore Avenue                  Invoice Date     02/26/13
    Cambridge, MA  02140                  Client Number      172573
                                          Matter Number       60041


===========================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/16/13   Telephone Expense                                .10
           16174983826/CAMBRIDGE, MA/2

                        CURRENT EXPENSES                   0.10
                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $.10
                                                     =============

```
                    REED SMITH LLP
                   PO Box 360074M
               Pittsburgh, PA  15251-6074
                 Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number     2376949
   7500 Grace Drive                    Invoice Date      02/26/13
   Columbia, Maryland 21044            Client Number      172573
   USA
```

=============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

```
      Fees                            0.00
      Expenses                        9.40

                TOTAL BALANCE DUE UPON RECEIPT        $9.40
                                                =============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                  Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                    Invoice Number    2376949
    7500 Grace Drive                    Invoice Date      02/26/13
    Columbia, Maryland 21044            Client Number      172573
    USA                                 Matter Number       80001
```

=============================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning                 9.40

                            CURRENT EXPENSES                    9.40
                                                        -------------

                    TOTAL BALANCE DUE UPON RECEIPT          $9.40
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2376949 |
| 7500 Grace Drive | Invoice Date    02/26/13 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    80001 |

========================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 01/02/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 16 COPIES | 1.60 |
| 01/03/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 16 COPIES | 1.60 |
| 01/08/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 16 COPIES | 1.60 |
| 01/08/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 15 COPIES | 1.50 |
| 01/08/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 15 COPIES | 1.50 |
| 01/08/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 16 COPIES | 1.60 |

CURRENT EXPENSES                      9.40
                                ------------
TOTAL BALANCE DUE UPON RECEIPT        $9.40
                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2360179
7500 Grace Drive                          Invoice Date      01/09/13
Columbia, Maryland 21044                  Client Number      172573
USA


========================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

        Fees                            0.00
        Expenses                       16.50

                    TOTAL BALANCE DUE UPON RECEIPT        $16.50
                                                   =============

                    PAID 2/11/2013                      ($16.50)
                                                   =============

                    BALANCE DUE                            0.00

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    2360179
7500 Grace Drive                    Invoice Date      01/09/13
Columbia, Maryland 21044            Client Number      172573
USA                                 Matter Number       80001
```

===============================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Duplicating/Printing/Scanning            16.50

                        CURRENT EXPENSES              16.50
                                                -------------

                TOTAL BALANCE DUE UPON RECEIPT     $16.50
                                                =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    2360179
7500 Grace Drive                         Invoice Date    01/09/13
Columbia, Maryland 21044                 Client Number     172573
USA                                      Matter Number      80001


=======================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/26/12   Duplicating/Printing/Scanning                      .70
           ATTY # 008690: 7 COPIES

11/27/12   Duplicating/Printing/Scanning                      .80
           ATTY # 008690: 8 COPIES

11/28/12   Duplicating/Printing/Scanning                      .80
           ATTY # 008690: 8 COPIES

11/28/12   Duplicating/Printing/Scanning                      .30
           ATTY # 008690: 3 COPIES

11/28/12   Duplicating/Printing/Scanning                      .90
           ATTY # 008690: 9 COPIES

11/28/12   Duplicating/Printing/Scanning                     1.10
           ATTY # 008690: 11 COPIES

11/29/12   Duplicating/Printing/Scanning                     1.20
           ATTY # 008690: 12 COPIES

11/29/12   Duplicating/Printing/Scanning                     1.20
           ATTY # 008690: 12 COPIES

11/29/12   Duplicating/Printing/Scanning                     1.20
           ATTY # 008690: 12 COPIES

12/07/12   Duplicating/Printing/Scanning                      .10
           ATTY # 008690: 1 COPIES

12/07/12   Duplicating/Printing/Scanning                     1.20
           ATTY # 008690: 12 COPIES

12/07/12   Duplicating/Printing/Scanning                     1.20
           ATTY # 008690: 12 COPIES

```
172573 W. R. Grace & Co.                        Invoice Number  2360179
80001  Unclaimed Property Advice                Page   2
       January 9, 2013
```

```
12/11/12   Duplicating/Printing/Scanning                      1.30
           ATTY # 008690: 13 COPIES

12/11/12   Duplicating/Printing/Scanning                      1.30
           ATTY # 008690: 13 COPIES

12/18/12   Duplicating/Printing/Scanning                      1.60
           ATTY # 008690: 16 COPIES

12/26/12   Duplicating/Printing/Scanning                      1.60
           ATTY # 008690: 16 COPIES

                         CURRENT EXPENSES                    16.50
                                                        -------------
                         TOTAL BALANCE DUE UPON RECEIPT     $16.50
                                                        =============
```