# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# JANUARY 1-31, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 15, 2013
Client No. 17367 **REVISED** Invoice No. 1407117 **REPLACES** Invoice No.1405339

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through January 31, 2013 in connection with the matters described on the attached pages: | $ | 150,602.00 |
| DISBURSEMENTS as per attached pages: | | -358.91 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **150,243.09** |

Matter(s): 17367/11, 12, 13, 7, 8

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$277,131.87
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1407117*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
***Account Number: 4123701088***
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1407117 E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1407117*



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

*tel* +1-202-339-8400
*fax* +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 15, 2013
Client No. 17367
Invoice No. 1407117

Orrick Contact: Roger Frankel

For Legal Services Rendered Through January 31, 2013 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 01/02/13 | P. Mahaley | Review and revise draft insurer settlement agreement. | 1.10 |
| 01/09/13 | P. Mahaley | Communicate with counsel for insurer re terms of insurance settlement. | 0.30 |
| 01/11/13 | P. Mahaley | Analyze insurer-proposed changes to settlement agreement and communicate with ACC and Grace re same. | 0.50 |

| | | |
|---|---|---|
| Total Hours | 1.90 | |
| Total For Services | | $1,263.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri N. Mahaley | 1.90 | 665.00 | 1,263.50 |
| Total All Timekeepers | 1.90 | $665.00 | $1,263.50 |

**Total For This Matter** **$1,263.50**



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

February 15, 2013
Invoice No. 1407117

For Legal Services Rendered Through January 31, 2013 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 01/02/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/02/13 | D. Felder | Review revised draft Third Circuit briefs from Kirkland regarding response to Garlock, Canada, Montana, and Anderson Memorial Hospital. | 5.00 |
| 01/02/13 | R. Wyron | Review revised draft brief sections. | 3.40 |
| 01/02/13 | R. Frankel | Review, mark revised Introduction to Consol. Brief (1.6); notes re same (.6). | 2.20 |
| 01/02/13 | R. Frankel | Review, mark revised Third Circuit brief re Garlock appeal. | 2.40 |
| 01/03/13 | D. Fullem | Review and respond to e-mail from D. Felder re updating of service list. | 0.20 |
| 01/03/13 | D. Felder | Telephone conference with Debtors and Plan Proponents regarding Third Circuit brief and follow-up (1.5); continue review of drafts and note issues regarding same (4.2); research regarding classification issues (1.0). | 6.70 |
| 01/03/13 | R. Wyron | Review draft brief comments (.3); telephone conference with Grace and ACC re briefs (1.4); continue review of revised briefs (2.6). | 4.30 |
| 01/03/13 | R. Frankel | Telephone conference with Grace working group - J. Donley, P. Lockwood, R. Wyron, D. Felder re draft briefs. | 1.50 |
| 01/03/13 | R. Frankel | Review Garlock draft reply brief in preparation for internal meeting. | 1.20 |
| 01/03/13 | R. Frankel | Review revised draft brief of Appellees re Montana, Canada. | 1.80 |
| 01/04/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/04/13 | D. Felder | Continue review of revised briefs from Kirkland in preparation for internal conference with R. Frankel and R. Wyron regarding same (2.0); conference with R. Frankel and R. Wyron regarding draft Third Circuit briefs (1.9); review and revise briefs and follow-up from internal conference regarding same (2.0); e-mail correspondence to J. Donley regarding same (.2). | 6.10 |
| 01/04/13 | R. Wyron | Review briefs and organize notes (2.7); conference with R. Frankel and D. Felder re brief comments (1.6). | 4.30 |
| 01/04/13 | R. Frankel | Further review of draft reply briefs in preparation for internal meeting. | 1.40 |





| | | | |
|---|---|---|---|
| 01/04/13 | R. Frankel | Confer with D. Felder, R. Wyron to review suggested edits to reply briefs. | 1.90 |
| 01/05/13 | R. Frankel | Review note, revised draft of Garlock Reply Brief and compare to prior comments. | 2.40 |
| 01/05/13 | R. Frankel | Review drafts of edits sent to K&E. | 1.20 |
| 01/07/13 | D. Felder | Prepare for telephone conference with J. Donley and A. Paul regarding Third Circuit brief (.4); telephone conference with J. Donley, A. Paul, R. Frankel and R. Wyron regarding same (.7); follow-up research regarding same (.4). | 1.50 |
| 01/07/13 | R. Wyron | Review revised Garlock brief (.8); organize notes for call (.3); telephone conference with Grace counsel re issues (.7); review further revised brief sections (1.1). | 2.90 |
| 01/07/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, D. Felder, R. Wyron re revisions to briefs, conceptual issues. | 0.70 |
| 01/07/13 | R. Frankel | Review further revised draft of Garlock Reply Brief from K&E. | 2.40 |
| 01/08/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/08/13 | R. Frankel | Confer with R. Wyron regarding Third Circuit issues, briefing. | 0.50 |
| 01/09/13 | R. Wyron | Review draft lender brief. | 1.40 |
| 01/09/13 | R. Frankel | Read, mark draft Reply to Lenders Brief from Kirkland. | 2.70 |
| 01/10/13 | D. Felder | Review draft response to Lenders' brief (2.6); review revised response to Garlock brief (2.2); review pleadings, exhibits and related documents from estimation and confirmation hearing (.8). | 5.60 |
| 01/10/13 | R. Wyron | Continue review of draft briefs. | 1.40 |
| 01/10/13 | R. Frankel | Prepare notes, outline, further review of draft Reply to Lender Brief. | 1.70 |
| 01/11/13 | D. Felder | Begin review of revised draft briefs from Kirkland (2.5); telephone conferences with R. Wyron regarding comments on Lender brief and follow-up regarding same (.6); telephone conference with Grace and Plan Proponents' regarding briefs and follow-up regarding same (1.2). | 4.30 |
| 01/11/13 | R. Wyron | Continue review of draft briefs (1.3); telephone conference with Grace team re issues and status (1.2). | 2.50 |
| 01/11/13 | R. Frankel | Review, prepare notes re revised draft Introduction to Reply Briefs. | 1.80 |
| 01/11/13 | R. Frankel | Review revised draft Reply to Montana, Canada briefs. | 1.40 |
| 01/11/13 | R. Frankel | Review revised draft Reply to Brief of AMH. | 1.60 |





| | | | |
|---|---|---|---|
| 01/11/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, P. Lockwood, R. Wyron, D. Felder and others re briefs at Third Circuit (1.2); notes re same (.1). | 1.30 |
| 01/12/13 | R. Frankel | Review, consider Garlock draft and series of e-mails re same (.3); draft responsive e-mail (.2). | 0.50 |
| 01/12/13 | R. Frankel | Review, consider draft motion to consolidate briefing of Garlock, Montana and Canada appeals (.4); series of e-mails re same (.2). | 0.60 |
| 01/12/13 | R. Frankel | Review marked pages re Lender Reply to K&E from D. Felder. | 0.30 |
| 01/12/13 | R. Frankel | Prepare e-mail memo to J. Donley, A. Paul re conceptual comments on draft reply to Lender Brief (1.5); e-mails re same (.2). | 1.70 |
| 01/13/13 | R. Wyron | Review motion to consolidate and provide comments (.3); review revised motion to consolidate and e-mails re same (.2); continue review of briefs (.8). | 1.30 |
| 01/13/13 | R. Frankel | Review draft Reply to Amicus Brief; e-mails re same. | 0.90 |
| 01/13/13 | R. Frankel | Read Flintkote opinion of USBC. | 1.80 |
| 01/14/13 | R. Wyron | Review revised draft briefs and provide comments re same (4.5); telephone conference with A. Paul re issues on lender brief and follow-up re same (.6). | 5.10 |
| 01/14/13 | R. Frankel | Review revised Reply to Lenders opening Third Circuit brief (1.9); telephone conference with R. Wyron, A. Paul re same (.5). | 2.40 |
| 01/14/13 | R. Frankel | Review revised Reply Brief draft to Montana, Canada brief. | 1.70 |
| 01/14/13 | R. Frankel | Review revised consolidated introduction. | 1.60 |
| 01/15/13 | D. Felder | Review revised versions of Third Circuit response briefs from Kirkland and blacklines regarding same (4.3); review as-filed version of motion for consolidation (.3). | 4.60 |
| 01/15/13 | R. Frankel | Review Lender reply brief after call with A. Paul (.7); e-mail A. Paul re certain issues (.2). | 0.90 |
| 01/15/13 | R. Frankel | Review revised Reply to Garlock Brief. | 1.90 |
| 01/15/13 | R. Frankel | Review, prepare comments re revised version of Reply to Lender Brief. | 2.20 |
| 01/16/13 | D. Fullem | Research Supreme Court case for R. Wyron. | 1.00 |
| 01/16/13 | D. Felder | Review revised Anderson Memorial brief and note issues regarding same (2.0); review revised overview section and note issues regarding same (1.4); review revised Garlock brief and note issues regarding same (3.5); telephone conference with Plan Proponents' regarding same (.4); review addendum (.5) | 7.80 |





| | | | |
|---|---|---|---|
| 01/16/13 | R. Wyron | Review draft briefs (2.6); review and respond to e-mails re issues (.6); review appendix and call to J. Donley re same (.4); numerous conferences with R. Frankel (.6); review motion to exceed filing limits and e-mails re same (.3); telephone conference with Grace team and follow-up re same (.9). | 5.40 |
| 01/16/13 | R. Frankel | Review draft reply to Lender brief with KL comments (.8); draft memo to J. Donley, A. Paul with RF comments (.8). | 1.60 |
| 01/16/13 | R. Frankel | Review, edit AMH Reply Brief. | 1.80 |
| 01/16/13 | R. Frankel | Review draft Appellees Motion to File Supplemental Appendix. | 0.30 |
| 01/16/13 | R. Frankel | Review Addendum Summary of PI Trust Contributions. | 0.40 |
| 01/16/13 | R. Frankel | Review draft PD FCR Reply Brief. | 0.70 |
| 01/16/13 | R. Frankel | Review revised Introduction to Consolidated Reply Brief. | 1.10 |
| 01/16/13 | R. Frankel | Review revised Reply to Lender Brief. | 1.70 |
| 01/17/13 | D. Fullem | Follow-up on copies of appeal briefs filed in the Third Circuit; circulate to group; review/respond to D. Felder regarding same. | 0.50 |
| 01/17/13 | D. Felder | Continue review of revisions to Garlock brief (2.4); e-mail correspondence from J. Phillips regarding same (.2); review potential brief addendum and e-mail correspondence from Kirkland regarding same (.5); review as-filed version of PD-FCR's Third Circuit brief (.8). | 3.90 |
| 01/17/13 | R. Wyron | Review final edits and respond to e-mails re same (.6); review motions and provide final comments (.2); organize outline for next steps (.4). | 1.20 |
| 01/17/13 | R. Frankel | Review motion to increase word limit re Amicus Brief (.3); series of e-mails with D. Felder, R. Wyron re same (.3). | 0.60 |
| 01/17/13 | R. Frankel | Final review of Garlock, AMH, consolidated briefs. | 2.70 |
| 01/18/13 | D. Fullem | Review appeal briefs and index for R. Frankel and R. Wyron. | 1.50 |
| 01/18/13 | D. Felder | Review as-filed versions of supplemental appendix and briefs by Plan Proponents (2.9); begin review of Debtors' motion to expand term of credit agreement with ART (.5). | 3.40 |
| 01/18/13 | R. Wyron | Telephone conference with counsel for trade creditors re issues and follow-up (.3); review and respond to e-mails re appeal timing and follow-up (.3). | 0.60 |
| 01/22/13 | D. Fullem | Update service list. | 0.20 |





| | | | |
|---|---|---|---|
| 01/22/13 | D. Felder | Telephone conference with Plan Proponents regarding status and updates (.5); review Debtors' motion to extend ART agreement (.5); e-mail correspondence with J. O'Neill regarding omnibus hearing (.1); review Third Circuit docket regarding reply deadlines and follow-up regarding same (.3). | 1.40 |
| 01/22/13 | R. Wyron | Telephone conference with appellees' counsel and follow-up (.7); review briefs re reply issues (.9). | 1.60 |
| 01/22/13 | R. Frankel | Telephone conference with Plan Proponents - J. Donley, M. Shelnitz, P. Lockwood, R. Wyron re status of appeal (.5); notes re same (.1). | 0.60 |
| 01/22/13 | R. Frankel | Review docket entries, pleadings re extensions for Reply Briefs. | 0.40 |
| 01/23/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/23/13 | R. Wyron | Review and respond to e-mails re amici and timing of briefs. | 0.20 |
| 01/24/13 | D. Fullem | Review appeal briefs. | 0.50 |
| 01/24/13 | D. Felder | Review amicus brief filed by Imperial Tobacco. | 0.80 |
| 01/24/13 | R. Wyron | Review amicus brief (.6); respond to e-mails re same (.2). | 0.80 |
| 01/24/13 | R. Frankel | Review amicus brief of Imperial Tobacco and Motion for Leave to File (1.3); review brief related to amicus arguments (1.1). | 2.40 |
| 01/25/13 | D. Fullem | Review e-mail from R. Wyron regarding Supreme Court case. | 0.20 |
| 01/25/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/25/13 | R. Wyron | Review Garlock brief and follow-up re same. | 0.30 |
| 01/25/13 | R. Frankel | Review post briefing issues. | 0.80 |
| 01/25/13 | R. Frankel | Review Garlock Motion to Exceed Word Limit with Reply Brief (.4); series of e-mails re same (.1). | 0.50 |
| 01/28/13 | D. Felder | Review Third Circuit docket regarding reply deadlines and e-mail correspondence with R. Frankel and R. Wyron regarding same (.3); review order granting Appellees' motion for leave to file supplemental appendix and e-mail R. Frankel and R. Wyron regarding same (.2); review amended version of Imperial Tobacco's amicus brief and organize Third Circuit appellee briefs (1.0). | 1.50 |
| 01/28/13 | R. Frankel | Review orders permitting filing of Supp. Appendix, verbal extensions of time. | 0.40 |
| 01/28/13 | R. Frankel | Review Imperial Tobacco motion for leave and Corrected Brief. | 0.80 |
| 01/29/13 | D. Felder | Conference with R. Frankel regarding closing issues (.3); begin review of plan, exhibits, and confirmation order regarding same (2.0). | 2.30 |





| | | | |
|---|---|---|---|
| 01/29/13 | R. Wyron | Telephone conference with team re status (.6); review orders in adversaries (.3). | 0.90 |
| 01/29/13 | R. Frankel | Telephone conference with A. Paul, M. Shelnitz, R. Finke, R. Wyron re appeal, effective date issues. | 0.60 |
| 01/29/13 | R. Frankel | Review plan, Sealed Air Settlement Agreement re effective date conditions. | 1.20 |
| 01/29/13 | R. Frankel | Review with R. Wyron, D. Felder effective date issues, conditions to effective date. | 0.60 |
| 01/30/13 | D. Felder | Review plan, exhibits and confirmation order regarding effective date issues (2.5); conference with R. Frankel and R. Wyron regarding same (.3); follow-up review regarding same (2.0); review orders to show cause and related document and follow-up regarding same (1.0). | 5.80 |
| 01/30/13 | R. Wyron | Review adversaries and Scotts' issues, and follow-up. | 0.40 |
| 01/30/13 | R. Frankel | Review various Show Cause Orders, series of e-mails from D. Felder, R. Wyron re same. | 0.60 |
| 01/30/13 | R. Frankel | Confer with D. Felder, R. Wyron re Sealed Air effective date issues and follow-up (.6); review Plan, Sealed Air Agreement (.3). | 0.90 |
| 01/31/13 | D. Felder | Review order to show cause and draft joint statement in response (1.0); review e-mail correspondence from L. Esayian and R. Wyron regarding same (.2); review Scotts settlement agreement and follow-up regarding same (1.0); review plan and related exhibits regarding effective date issues and begin memorandum regarding same (2.0). | 4.20 |

| | | |
|---|---|---|
| Total Hours | 175.30 | |
| Total For Services | | $143,775.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 64.90 | 650.00 | 42,185.00 |
| Roger Frankel | 67.30 | 995.00 | 66,963.50 |
| Debra O. Fullem | 5.10 | 270.00 | 1,377.00 |
| Richard H. Wyron | 38.00 | 875.00 | 33,250.00 |
| Total All Timekeepers | 175.30 | $820.17 | $143,775.50 |






Disbursements

| | | |
|---|---|---|
| Document Reproduction | 95.10 | |
| Express Delivery | 25.72 | |
| Other Business Meals | 104.80 | |
| Outside Services | 124.80 | |
| Travel Expense, Air Fare | -721.02 | |
| Westlaw Research | 6.49 | |
| | Total Disbursements | $-364.11 |
| | **Total For This Matter** | **$143,411.39** |





For Legal Services Rendered Through January 31, 2013 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 01/10/13 | D. Fullem | Review e-mail and request from K. Boeger at Towers Watson regarding fee auditor's report on fee application for July-September 2012. | 0.40 |
| 01/11/13 | D. Fullem | Prepare response to K. Boeger request for review of fee auditor's report on Towers July-Sept fee application; confer with D. Felder also. | 0.70 |
| 01/17/13 | D. Fullem | Prepare Lincoln CNOs for October and November fee applications and coordinate filing/serving of same. | 0.80 |
| 01/17/13 | D. Felder | Review CNOs for Lincoln's October and November fee applications. | 0.20 |
| 01/18/13 | D. Fullem | Review K. Boeger e-mail in response to fee auditor report for July-September fee app. | 0.30 |
| 01/25/13 | D. Fullem | Review recently filed fee applications. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 2.60 | |
| Total For Services | | $778.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 650.00 | 130.00 |
| Debra O. Fullem | 2.40 | 270.00 | 648.00 |
| Total All Timekeepers | 2.60 | $299.23 | $778.00 |

**Total For This Matter** **$778.00**



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

February 15, 2013
Invoice No. 1407117

For Legal Services Rendered Through January 31, 2013 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 01/07/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding status of disclosures and e-mail to R. Wyron re same. | 0.40 |
| 01/07/13 | D. Fullem | E-mail to B. Hinton regarding disclosure issues and follow-up with R. Wyron regarding same. | 0.20 |
| 01/07/13 | D. Fullem | Review disclosure issues and follow-up regarding same. | 0.80 |
| 01/07/13 | D. Felder | Review disclosure issues and correspondence with R. Wyron and D. Fullem regarding same. | 0.40 |

| | | |
|---|---|---|
| Total Hours | 1.80 | |
| Total For Services | | $638.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.40 | 650.00 | 260.00 |
| Debra O. Fullem | 1.40 | 270.00 | 378.00 |
| Total All Timekeepers | 1.80 | $354.44 | $638.00 |

**Total For This Matter** **$638.00**



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

February 15, 2013
Invoice No. 1407117

For Legal Services Rendered Through January 31, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/03/13 | D. Fullem | Review status of fee/expense requests and payments. | 0.20 |
| 01/07/13 | D. Felder | Review December prebill. | 0.80 |
| 01/07/13 | R. Wyron | Review December prebill and follow-up re same. | 0.30 |
| 01/08/13 | D. Fullem | Review request and follow-up in response to fee auditor. | 0.50 |
| 01/08/13 | D. Fullem | Review/respond to e-mail from fee auditor regarding expense detail for July-September 2012; review same. | 0.40 |
| 01/10/13 | D. Fullem | Review Grace December prebill. | 1.00 |
| 01/15/13 | D. Fullem | Review/respond to D. Felder regarding CNO for Orrick's November fee application. | 0.20 |
| 01/15/13 | D. Fullem | Prepare draft of December monthly fee application. | 1.00 |
| 01/15/13 | D. Felder | Review Orrick's December fee application (.4); e-mail correspondence with D. Fullem regarding CNO for Orrick's November fee application (.1). | 0.50 |
| 01/17/13 | D. Fullem | Prepare CNO for Orrick's November fee application; coordinate filing/serving of same. | 0.50 |
| 01/17/13 | D. Felder | Review CNO for November fee application. | 0.10 |
| 01/18/13 | D. Fullem | Review R. Wyron's comments/edits to Orrick's December monthly fee application; revise/update same. | 0.50 |
| 01/18/13 | R. Wyron | Review draft December fee application and provide comments. | 0.30 |
| 01/21/13 | R. Wyron | Review fee auditor's report and follow up re same. | 0.30 |
| 01/22/13 | D. Fullem | Review fee auditor's initial report to our July-September fee application. | 0.50 |
| 01/22/13 | R. Wyron | Review fee auditor expenses questions and provide information to D. Fullem. | 0.30 |
| 01/24/13 | D. Fullem | Begin draft of reply to fee auditor's initial report to our July-September quarerly fee application. | 1.50 |
| 01/25/13 | D. Fullem | Finalize, file, serve Orrick's December fee application. | 0.50 |
| 01/25/13 | D. Fullem | Revise draft of reply letter to fee auditor's initial report for July-Sept fee app; forward to R. Wyron for review/comment. | 0.80 |
| 01/29/13 | D. Fullem | Update fee/expense charts. | 0.50 |

| | | |
|---|---|---|
| Total Hours | 10.70 | |
| Total For Services | | $4,147.00 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

February 15, 2013
Invoice No. 1407117

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.40 | 650.00 | 910.00 |
| Debra O. Fullem | 8.10 | 270.00 | 2,187.00 |
| Richard H. Wyron | 1.20 | 875.00 | 1,050.00 |
| Total All Timekeepers | 10.70 | $387.57 | $4,147.00 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 3.50 | |
| Postage | 1.70 | |
| Total Disbursements | | $5.20 |

| | |
|---|---|
| **Total For This Matter** | **$4,152.20** |

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 192.30 | |
| Total Fees, all Matters | | $150,602.00 |
| Total Disbursements, all Matters | | $-358.91 |
| Total Amount Due | | $150,243.09 |