**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |                   |
|----------------|-------------------|
|                | Page: 1           |
| W.R. Grace     | 01/31/2013        |
| Wilmington  DE | ACCOUNT NO: 3000-01D |
|                | STATEMENT NO:   100 |

Asset Analysis and Recovery

|            |                                                  |          |
|------------|--------------------------------------------------|----------|
|            | PREVIOUS BALANCE                                 | $195.00  |
| 01/29/2013 | Payment - Thank you. (October, 2012 - 80% Fees)  | -156.00  |
|            | BALANCE DUE                                      | $39.00   |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                         Page: 1
W.R. Grace                                            01/31/2013
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      140
```

Asset Disposition


        PREVIOUS BALANCE                                $37.30

        BALANCE DUE                                     $37.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                          Page: 1
W.R. Grace                                             01/31/2013
Wilmington  DE                              ACCOUNT NO: 3000-03D
                                            STATEMENT NO:    126
```

Business Operations


        PREVIOUS BALANCE                                    $7.80

        BALANCE DUE                                         $7.80

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                                    Page: 1
W.R. Grace                                                        01/31/2013
Wilmington  DE                                        ACCOUNT NO: 3000-04D
                                                      STATEMENT NO:     140


Case Administration


        PREVIOUS BALANCE                                            $513.27

        BALANCE DUE                                                 $513.27


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                        Page: 1
W.R. Grace                                            01/31/2013
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:     140
```

Claims Analysis Objection & Resolution (Asbestos)


        PREVIOUS BALANCE                                $2,391.80

        BALANCE DUE                                     $2,391.80


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                              Page: 1
W.R. Grace                                                  01/31/2013
Wilmington   DE                              ACCOUNT NO: 3000-06D
                                             STATEMENT NO:     140


Claims Analysis Objection & Resol. (Non-Asbestos)


          PREVIOUS BALANCE                                -$288.30


01/29/2013     Payment - Thank you. (October, 2012 - 80% Fees)     -31.20


          CREDIT BALANCE                                  -$319.50


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                               Page: 1
W.R. Grace                                                  01/31/2013
Wilmington  DE                             ACCOUNT NO: 3000-07D
                                           STATEMENT NO:      140
```

Committee, Creditors, Noteholders, Equity Holders

```
           PREVIOUS BALANCE                                 $9,109.74

                                                   HOURS
01/02/2013 SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo    0.20       22.00
           MTH  Review daily memo                                  0.10       39.00
           MTH  Reviewing various daily memos for the holiday week 0.20       78.00

01/03/2013 SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo    0.20       22.00
           MTH  Review daily memo                                  0.10       39.00

01/04/2013 PEM  Review memo re: pleadings filed.                   0.10       47.00
           MK   Review committee events calendar and update attorney
                case calendar.                                     0.10       15.50
           SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo    0.20       22.00
           SMB  Prepare weekly recommendation memorandum           0.20       22.00
           MTH  Prepare weekly recommendation memos; reviewing
                correspondence from SC to Committee re same        0.50      195.00
           MTH  Review daily memo                                  0.10       39.00

01/07/2013 DAC  Review counsel's weekly memos                      0.20      104.00
           SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo    0.20       22.00

01/08/2013 PEM  Review memo re: pleadings filed.                   0.10       47.00

01/09/2013 MTH  Review daily memo                                  0.10       39.00
           SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo    0.20       22.00

01/10/2013 PEM  Review memo re: pleadings filed.                   0.10       47.00
           MTH  Review correspondence from counsel re status and
                correspondence to EI re same                       0.20       78.00
           MTH  Review daily memo                                  0.10       39.00
           SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo    0.20       22.00
```

```
                                                               Page: 2
         W.R. Grace                                          01/31/2013
                                                ACCOUNT NO:  3000-07D
                                                STATEMENT NO:      140

         Committee, Creditors, Noteholders, Equity Holders
```

```
                                                          HOURS

01/11/2013 PEM  Review weekly recommendation memorandum re: pending
                motions and matters.                       0.10      47.00
           MK   Review committee events calendar.          0.10      15.50
           MTH  Prepare weekly recommendation memos        0.50     195.00
           MTH  Review correspondence from SC to Committee re weekly
                recommendation memo                        0.10      39.00
           MTH  Review daily memo                          0.10      39.00
           SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo  0.20   22.00
           SMB  Prepare weekly recommendation memorandum   0.30      33.00

01/13/2013 DAC  Review counsel's weekly memo               0.20     104.00

01/14/2013 SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo  0.20   22.00
           MTH  Review daily memo                          0.10      39.00

01/15/2013 SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo  0.20   22.00
           MTH  Review daily memo                          0.10      39.00

01/16/2013 SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo  0.20   22.00
           SMB  Prepare 2019 Statement of The David Law Firm;
                address filing and service                 0.20      22.00

01/17/2013 PEM  Review memo re: pleadings filed.           0.10      47.00
           SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo  0.20   22.00
           MTH  Review daily memo                          0.10      39.00

01/18/2013 PEM  Review weekly recommendation memo re: pending
                motions and matters.                       0.10      47.00
           DAC  Review counsel's weekly memo               0.20     104.00
           SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo  0.20   22.00
           SMB  Prepare weekly recommendation memorandum   0.30      33.00
           MTH  Review daily memo                          0.10      39.00
           MTH  Prepare weekly recommendation memos; reviewing
                correspondence from SC to Committee re same  0.50    195.00

01/21/2013 FKL  Review recently filed pleadings and electronic
                filing notices; draft and distribute Daily Memo  0.40   34.00

01/22/2013 PEM  Review memo re: pleadings filed.           0.10      47.00
           SMB  Review recently filed pleadings and electronic
                filing notices; draft and distribute daily memo  0.20   22.00
           MTH  Review daily memo                          0.10      39.00

01/23/2013 SMB  Review recently filed pleadings and electronic
```

```
                                                                    Page: 3
W.R. Grace                                                        01/31/2013
                                                        ACCOUNT NO: 3000-07D
                                                        STATEMENT NO:     140

    Committee, Creditors, Noteholders, Equity Holders
```

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review correspondence from SC re daily memo | 0.10 | 39.00 |
| 01/24/2013 | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 01/25/2013 | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MK | Review committee events calendar. | 0.10 | 15.50 |
|  | PEM | Review weekly recommendation memorandum | 0.10 | 47.00 |
|  | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
|  | MTH | Prepare weekly recommendation memos | 0.70 | 273.00 |
|  | MTH | Review correspondence from SC to Committee re weekly recommendation memos | 0.10 | 39.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| 01/28/2013 | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 01/29/2013 | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 01/30/2013 | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 01/31/2013 | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | PEM | Review memorandum re: pleadings filed. | 0.10 | 47.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 12.50 | 3,390.50 |

```
                              RECAPITULATION
    TIMEKEEPER                    HOURS  HOURLY RATE      TOTAL
    Douglas A. Campbell            0.80     $520.00    $416.00
    Philip E. Milch                1.10      470.00     517.00
    Michele Kennedy                0.30      155.00      46.50
    Santae M. Boyd                 5.30      110.00     583.00
    Mark T. Hurford                4.60      390.00   1,794.00
    Freddie Koenig-Leuck           0.40       85.00      34.00


    TOTAL CURRENT WORK                                          3,390.50
```

```
                                                               Page: 4
W.R. Grace                                                  01/31/2013
                                           ACCOUNT NO: 3000-07D
                                           STATEMENT NO:      140
      Committee, Creditors, Noteholders, Equity Holders
```

```
01/29/2013      Payment - Thank you. (October, 2012 - 80% Fees)        -2,417.20


                BALANCE DUE                                          $10,083.04
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                                    Page: 1
W.R. Grace                                                      01/31/2013
Wilmington  DE                               ACCOUNT NO: 3000-08D
                                             STATEMENT NO:      139


Employee Benefits/Pension



        PREVIOUS BALANCE                                      -$913.90


        CREDIT BALANCE                                        -$913.90


                 Any payments received after the statement date will be
                 applied to next month's statement.  Please note your
                 account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                              Page: 1
W.R. Grace                                                01/31/2013
Wilmington   DE                              ACCOUNT NO: 3000-10D
                                             STATEMENT NO:      140
```

Employment Applications, Others

```
        PREVIOUS BALANCE                               $717.90

        BALANCE DUE                                    $717.90
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                            Page: 1
W.R. Grace                                               01/31/2013
Wilmington  DE                              ACCOUNT NO: 3000-11D
                                            STATEMENT NO:     138
```

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $5,903.09 |
| 01/08/2013 | Parcels - copy/service - Certificates of No Objection (5) | 59.80 |
| 01/10/2013 | Parcels - copy/service - Fee Applications (4) | 360.40 |
| 01/31/2013 | Pacer charges for the month of December | 39.20 |
| 01/31/2013 | Printing - January 2013 | 125.10 |
| | TOTAL EXPENSES | 584.50 |
| | TOTAL CURRENT WORK | 584.50 |
| 01/29/2013 | Payment - Thank you. (October, 2012 - 100% Expenses) | -548.00 |
| | BALANCE DUE | $5,939.59 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                          Page: 1
W.R. Grace                                              01/31/2013
Wilmington  DE                             ACCOUNT NO: 3000-12D
                                           STATEMENT NO:      138
```

Fee Applications, Applicant

| Date | TK | Description | HOURS | |
|------|----|-----|---|---|
| | | PREVIOUS BALANCE | | $3,407.00 |
| 01/02/2013 | TS | Review email from DS re: November bill (.1); Prepare C&L November fee application (.3) | 0.40 | 44.00 |
| 01/08/2013 | TS | Prepare Certificate of No Objection to C&L October fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | MTH | Reviewing docket and reviewing draft CNO for C&L's October 2012 monthly | 0.10 | 39.00 |
| 01/09/2013 | MTH | Reviewing C&L November 2012 fee application for filing and service | 0.30 | 117.00 |
| 01/10/2013 | TS | Finalize and e-file November fee application of C&L | 0.30 | 33.00 |
| 01/14/2013 | TS | Reviewing pre-bill | 0.20 | 22.00 |
| | MTH | Reviewing pre-bill | 0.50 | 195.00 |
| 01/18/2013 | MTH | Review correspondence from DF re three CNO's filed | 0.10 | 39.00 |
| 01/31/2013 | TS | Review e-mail from DS re: December bill (.1); Prepare C&L December fee application (.3) | 0.40 | 44.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.70 | 577.00 |

```
                        RECAPITULATION
      TIMEKEEPER             HOURS  HOURLY RATE     TOTAL
      Mark T. Hurford         1.00    $390.00    $390.00
      Timothy Simpson         1.70     110.00     187.00


      TOTAL CURRENT WORK                                   577.00


01/29/2013        Payment - Thank you. (October, 2012 - 80% Fees)    -392.00
```

W.R. Grace

Fee Applications, Applicant

                BALANCE DUE                                    $3,592.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                  01/31/2013
Wilmington  DE                            ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      125

Fee Applications, Others

                PREVIOUS BALANCE                            $12,153.90

                                                        HOURS
01/02/2013 TS   Review email from GS re: Charter Oak November bill
                (.1); Prepare Charter Oak November fee application
                (.3)                                     0.40      44.00
           MTH  Review correspondence from YS re PWC fee application
                for November 2012                        0.10      39.00

01/03/2013 MTH  Review correspondence from TBB re Saul Ewing fee
                application                              0.10      39.00
           MTH  Review correspondence from MS re various fee
                applications filed                       0.10      39.00

01/04/2013 SMB  Prepare November 2012 application of Lincoln
                Partners Advisors LLC (.1); update weekly
                recommendation memorandum (.1)           0.20      22.00
           SMB  Prepare October 2012 application of Lincoln Partners
                Advisors LLC (.1); update weekly recommendation
                memorandum (.1)                          0.20      22.00
           SMB  Prepare November 2012 application of Orrick
                Herrington & Sutcliffe LLP (.1); update weekly
                recommendation memorandum (.1)           0.20      22.00
           SMB  Prepare November 2012 application of Foley Hoag LLP
                (.1); update weekly recommendation memorandum (.1)  0.20      22.00
           SMB  Prepare November 2012 application of Kramer Levin
                Naftalis & Frankel LLP (.1); update weekly
                recommendation memorandum (.1)           0.20      22.00
           SMB  Prepare November 2012 application of Kirkland &
                Ellis LLP (.1); update weekly recommendation
                memorandum (.1)                          0.20      22.00
           SMB  Prepare November 2012 application of Casner &
                Edwards LLP (.1); update weekly recommendation
                memorandum (.1)                          0.20      22.00
           SMB  Prepare November 2012 application of Phillips
                Goldman & Spence P.A. (.1); update weekly
                recommendation memorandum (.1)           0.20      22.00
           SMB  Prepare October 2012 application of Norton Rose

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Canada LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare November 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare December 2012 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare November 2012 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare September 2012 application of Baker Donelson Caldwell Berkowitz, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare October 2012 application of Baker Donelson Caldwell Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare November 2012 application of Baker Donelson Caldwell Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare November 2012 application of The Law Offices of Roger Higgins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare November 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare November 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 01/08/2013 | TS | Prepare Certificate of No Objection to C&D October fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | TS | Prepare Certificate of No Objection to LAS October fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | TS | Prepare Certificate of No Objection to Charter Oak October fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | TS | Prepare Certificate of No Objection to AKO October fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | MTH | Reviewing docket and reviewing draft CNO for LAS October 2012 monthly for filing and service | 0.20 | 78.00 |
|  | MTH | Reviewing docket and reviewing draft CNO for Charter Oak's October 2012 monthly | 0.10 | 39.00 |
|  | MTH | Reviewing docket and reviewing draft CNO for AKO's October 2012 monthly | 0.10 | 39.00 |
|  | MTH | Reviewing docket and reviewing draft CNO for C&D's October 2012 monthly | 0.10 | 39.00 |
|  | MTH | Review correspondence from TS re service of CNO's to Richard Finke | 0.10 | 39.00 |
|  | MTH | Review correspondence from D.M. re Capstone November 2012 monthly | 0.10 | 39.00 |
| 01/09/2013 | MTH | Reviewing C&D November fee application for filing |  |  |

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | and service | 0.20 | 78.00 |
|  | MTH | Reviewing Charter Oak November fee application for filing and service | 0.10 | 39.00 |
|  | MTH | Reviewing AKO November fee application for filing and service | 0.10 | 39.00 |
|  | MTH | Reviewing C&D November 2012 fee application for filing and service | 0.30 | 117.00 |
|  | MTH | Reviewing Charter Oak November 2012 fee application for filing and service | 0.20 | 78.00 |
|  | MTH | Reviewing AKO November 2012 fee application for filing and service | 0.10 | 39.00 |
|  | TS | Review e-mail from EB re: C&D November bill (.1); Update C&D November fee application (.2) | 0.30 | 33.00 |
|  | TS | Review e-mail from AP re: AKO November bill (.1); Update C&D November fee application (.2) | 0.30 | 33.00 |
| 01/10/2013 | MTH | Review correspondence from TS (x2) re service of fee applications on service parties and service to fee auditor | 0.10 | 39.00 |
|  | TS | Finalize and e-file November fee application of C&D | 0.30 | 33.00 |
|  | TS | Finalize and e-file November fee application of AKO | 0.30 | 33.00 |
|  | TS | Finalize and e-file November fee application of Charter Oak | 0.30 | 33.00 |
| 01/11/2013 | MTH | Review correspondence from DP re monthly fee application of Woodcock Washburn. | 0.10 | 39.00 |
|  | SMB | Review July through September 2012 application of Warren H. Smith & Associates P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November application of Ferry Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2012 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2012 application of Duane Morris (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 01/14/2013 | MTH | Review correspondence from AP re draft fee application for AKO | 0.10 | 39.00 |
| 01/17/2013 | MTH | Reviewing correspondence from CH re CNO filed for |  |  |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from MS re Blackstone fee application | 0.10 | 39.00 |
| 01/18/2013 | SMB | Review November 2012 application of Woodcock Washburn LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2012 application of Hon. Alexander M. Sanders, Jr. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2012 application of Beveridge & Diamond P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2012 application of Blackstone Advisory Partners L.P. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2012 application of Warren H. Smith & Associates, P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | MTH | Review correspondence from LC re Hogan firm fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from LC re Scarfone fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from LC re Lauzon fee application | 0.10 | 39.00 |
| 01/21/2013 | MTH | Review correspondence from TT re six fee applications from Fragomen | 0.10 | 39.00 |
| 01/23/2013 | TS | Update fee application tracking chart | 0.20 | 22.00 |
| 01/24/2013 | MTH | Review correspondence from D. Relles re fee application for December | 0.10 | 39.00 |
| 01/25/2013 | MTH | Review correspondence from CH re December fee application for Phillips Goldman | 0.10 | 39.00 |
| 01/28/2013 | MTH | Review correspondence from TBB re CNO for Saul Ewing fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from D.M. re Stroock application for December 2012 | 0.10 | 39.00 |
| 01/29/2013 | MTH | Review correspondence from YS re PWC fee application and CNO for prior fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from CS re information for December fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from JBL re Reed Smith fee application for December 2012 | 0.10 | 39.00 |
|  | MTH | Review correspondence from DP re Foley Hoag fee |  |  |

```
W.R. Grace                                             01/31/2013
                                           ACCOUNT NO:  3000-13D
                                           STATEMENT NO:      125
```

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | application for December 2012 | 0.10 | 39.00 |
|  | MTH | Review correspondence from DP re Pachulski fee | | |
|  |  | application for December 2012 | 0.10 | 39.00 |
| 01/31/2013 | TS | Review e-mail from GS re: December bill (.1); | | |
|  |  | Prepare Charter Oak December fee application (.3) | 0.40 | 44.00 |
|  | MTH | Review correspondence from TBB re Kramer Levin fee | | |
|  |  | application | 0.10 | 39.00 |
|  | MTH | Reviewing correspondence from TS re Charter Oak | | |
|  |  | draft fee application | 0.10 | 39.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 14.20 | 2,710.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 6.00 | $110.00 | $660.00 |
| Mark T. Hurford | 4.10 | 390.00 | 1,599.00 |
| Timothy Simpson | 4.10 | 110.00 | 451.00 |

```
        TOTAL CURRENT WORK                                2,710.00


01/29/2013      Payment - Thank you. (October, 2012 - 80% Fees)     -1,328.80


                BALANCE DUE                              $13,535.10
```

```
                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.
```

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                             Page: 1
W.R. Grace                                                01/31/2013
Wilmington  DE                            ACCOUNT NO: 3000-14D
                                          STATEMENT NO:        97
```

Financing

```
          PREVIOUS BALANCE                                  $273.00

                                                    HOURS
01/21/2013 MTH  Reviewing Debtors' Motion re extension of ART credit
                agreement                             0.20      78.00
                FOR CURRENT SERVICES RENDERED         0.20      78.00
                          RECAPITULATION
          TIMEKEEPER                       HOURS HOURLY RATE     TOTAL
          Mark T. Hurford                   0.20    $390.00   $78.00


          TOTAL CURRENT WORK                                    78.00


          BALANCE DUE                                          $351.00
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                            Page: 1
W.R. Grace                                                01/31/2013
Wilmington  DE                               ACCOUNT NO: 3000-15D
                                             STATEMENT NO:     140
```

Hearings

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $4,272.85 |
| 01/18/2013 MTH | Reviewing notice of cancellation of hearing and correspondence re same | 0.20 | 78.00 |
| 01/22/2013 MTH | Correspondence with DF and JON re hearing | 0.10 | 39.00 |
| 01/29/2013 MTH | Review correspondence from AP re AKO fee application for December | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.40 | 156.00 |

```
                        RECAPITULATION
   TIMEKEEPER                 HOURS  HOURLY RATE     TOTAL
   Mark T. Hurford            0.40     $390.00     $156.00
```

| TOTAL CURRENT WORK |  | 156.00 |
|---|---|---|
| 01/29/2013 | Payment - Thank you. (October, 2012 - 80% Fees) | -405.60 |
| BALANCE DUE |  | $4,023.25 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                             Page: 1
W.R. Grace                                                01/31/2013
Wilmington  DE                            ACCOUNT NO: 3000-16D
                                          STATEMENT NO:      125
```

Litigation and Litigation Consulting


        PREVIOUS BALANCE                                  -$2,520.00

        CREDIT BALANCE                                    -$2,520.00


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                              Page: 1
W.R. Grace                                                   01/31/2013
Wilmington  DE                              ACCOUNT NO: 3000-17D
                                            STATEMENT NO:      125
```

Plan and Disclosure Statement

| | | | |
|---|---|---|---:|
| | PREVIOUS BALANCE | | $17,638.20 |
| | | HOURS | |
| 01/02/2013 KCD | Review MMSEA proposal revisions; review order, forms, and guidance re: same; telephone conference with counsel re: meeting with CMS; follow up re: same | 1.00 | 390.00 |
| 01/04/2013 MTH | Review correspondence from TS to ACC professionals re CNO's to be filed | 0.10 | 39.00 |
| 01/14/2013 MTH | Reviewing draft Motion to Consolidate to be filed with the CA3; reviewing correspondence from PVNL re same; correspondence to JON re same; reviewing as-filed version re same and correspondence to PVNL re as-filed version. | 0.80 | 312.00 |
| 01/16/2013 MTH | Review correspondence from JON re drafts of Motion to extend word limit to include amicus brief and Motion to supplement appendix | 0.50 | 195.00 |
| 01/17/2013 MTH | Reviewing revised and final versions of Response Briefs re Lenders, Garlock/Canada/Montana, and Anderson Memorial; various correspondence to Debtors' counsel and PVNL re same; reviewing Motion to supplement appendix and reviewing Motion to extend word limitation | 6.80 | 2,652.00 |
| 01/18/2013 MTH | Reviewing various filings re extensions of time for reply briefs | 0.10 | 39.00 |
| MTH | Additional review re Bank Lender Brief | 0.70 | 273.00 |
| 01/24/2013 MTH | Brief review of ITCAN's Motion to file Amicus Brief and related brief and correspondence to PVNL re same | 0.40 | 156.00 |
| 01/28/2013 MTH | Reviewing Corrected Brief filed by ITCAN and correspondence to PVNL re same | 0.30 | 117.00 |
| | FOR CURRENT SERVICES RENDERED | 10.70 | 4,173.00 |

W.R. Grace

01/31/2013
ACCOUNT NO: 3000-17D
STATEMENT NO:      125

Plan and Disclosure Statement

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 9.70 | $390.00 | $3,783.00 |
| Kathleen Campbell Davis | 1.00 | 390.00 | 390.00 |

TOTAL CURRENT WORK                                          4,173.00

01/29/2013      Payment - Thank you. (October, 2012 - 80% Fees)          -249.60

BALANCE DUE                                          $21,561.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                                    Page: 1
W.R. Grace                                                      01/31/2013
Wilmington  DE                              ACCOUNT NO: 3000-18D
                                            STATEMENT NO:      125


Relief from Stay Proceedings



        PREVIOUS BALANCE                                   -$257.70

        CREDIT BALANCE                                     -$257.70


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                                    Page: 1
W.R. Grace                                                        01/31/2013
Wilmington  DE                                         ACCOUNT NO: 3000-20D
                                                       STATEMENT NO:     124


Tax Litigation



        PREVIOUS BALANCE                                            $468.80

        BALANCE DUE                                                 $468.80


                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                        Page: 1
W.R. Grace                                            01/31/2013
Wilmington  DE                          ACCOUNT NO: 3000-21D
                                        STATEMENT NO:     116
```

Travel-Non-Working

    PREVIOUS BALANCE                                     -$4.00

    CREDIT BALANCE                                       -$4.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                           Page: 1
W.R. Grace                                              01/31/2013
Wilmington  DE                               ACCOUNT NO: 3000-22D
                                             STATEMENT NO:     129
```

Valuation


```
        PREVIOUS BALANCE                              $1,185.00

        BALANCE DUE                                   $1,185.00
```


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                              Page: 1
W.R. Grace                                                  01/31/2013
Wilmington  DE                                 ACCOUNT NO: 3000-23D
                                               STATEMENT NO:    129


ZAI Science Trial



        PREVIOUS BALANCE                                    $1,203.30

        BALANCE DUE                                         $1,203.30
                                                            _____


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                              Page: 1
W.R. Grace                                                    01/31/2013
Wilmington  DE                                   ACCOUNT NO:    3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 195.00 | 0.00 | 0.00 | 0.00 | -156.00 | $39.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | $7.80 |
| 3000-04 Case Administration | | | | | |
| 513.27 | 0.00 | 0.00 | 0.00 | 0.00 | $513.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,391.80 | 0.00 | 0.00 | 0.00 | 0.00 | $2,391.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -288.30 | 0.00 | 0.00 | 0.00 | -31.20 | -$319.50 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 9,109.74 | 3,390.50 | 0.00 | 0.00 | -2,417.20 | $10,083.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -913.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$913.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 717.90 | 0.00 | 0.00 | 0.00 | 0.00 | $717.90 |
| 3000-11 Expenses | | | | | |
| 5,903.09 | 0.00 | 584.50 | 0.00 | -548.00 | $5,939.59 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,407.00 | 577.00 | 0.00 | 0.00 | -392.00 | $3,592.00 |
| 3000-13 Fee Applications, Others | | | | | |
| 12,153.90 | 2,710.00 | 0.00 | 0.00 | -1,328.80 | $13,535.10 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 273.00 | 78.00 | 0.00 | 0.00 | 0.00 | $351.00 |
| 3000-15 Hearings | | | | | |
| 4,272.85 | 156.00 | 0.00 | 0.00 | -405.60 | $4,023.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$2,520.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 17,638.20 | 4,173.00 | 0.00 | 0.00 | -249.60 | $21,561.60 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 55,494.05 | 11,084.50 | 584.50 | 0.00 | -5,528.40 | $61,634.65 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.