# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| February 14, 2013 | INVOICE:          252541 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 01/31/13**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/02/13 | Draft and revise insurance policy data spreadsheets (1.40); continue analysis of selected settlement and reimbursement agreements re: "subject policies" issues (1.80). | W001 | GFF | 3.20 |
| 01/02/13 | Research and analysis in connection with further issues pertaining to potential settlement agreement with insurance company. | W001 | RYC | 3.30 |
| 01/03/13 | Begin to review and revise time and expense entries. | W011 | AHP | 0.70 |
| 01/03/13 | Continue analysis of selected insurance policies (umbrella/excess) re: follow form and voluntary payments issues (.90); continue analysis of selected settlement and reimbursement agreements re: "subject policies" issues (1.20); Draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.80 |
| 01/03/13 | Analyzed and updated information on excess and umbrella insurance policies, settlement and coverage in place agreements re:  insolvent insurance companies, indemnifications, follow form language, payments issues and insurance policy language. | W001 | IF | 2.90 |
| 01/03/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 3.20 |
| 01/03/13 | Attention to settlement agreement with insurance company. | W001 | RMH | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

February 14, 2013                              INVOICE:        252541

MATTER: CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/03/13 | Revise proposed settlement agreement for insurance company review. | W001 | RYC | 2.80 |
| 01/04/13 | Continue analysis of selected insurance policies (umbrella/excess) re: follow form and voluntary payments issues (1.60); continue analysis of reimbursement agreements re: "subject policies" issues (1.30) | W001 | GFF | 2.90 |
| 01/04/13 | Reviewed excess and umbrella insurance policies, settlement and coverage in place agreements re: following form, insolvents, indemnifications, payments issues and insurance policy language. | W001 | IF | 2.80 |
| 01/04/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 5.30 |
| 01/04/13 | Research and analysis in connection with post-bankruptcy transfer issues relevant to insurance coverage recovery by the Trust (2.40). Follow-up in connection with potential settlement status of insurance company (0.90). | W001 | RYC | 3.30 |
| 01/07/13 | Continue to review and revise time and expense entries. | W011 | AHP | 1.10 |
| 01/07/13 | Begin preparing monthly fee application. | W011 | AHP | 0.80 |
| 01/07/13 | Reviewed settlement agreements. | W001 | IF | 0.90 |
| 01/07/13 | Analyzed and updated information on excess and umbrella insurance policies, settlement agreements and reimbursement agreements re: follow form, insolvents, indemnifications, payments issues and insurance policy language. | W001 | IF | 2.70 |
| 01/07/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 6.20 |
| 01/07/13 | Research and analysis in connection with ongoing prosecution of claims against insolvent insurance companies. | W001 | RYC | 2.70 |
| 01/08/13 | Finish draft of monthly fee application. | W011 | AHP | 0.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:      100055.WRG01

February 14, 2013                                                      INVOICE:         252541

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/08/13 | Settlement agreement research and update spreads with appropriate date information. | W001 | HEG | 0.80 |
| 01/08/13 | Reviewed and updated settlement and reimbursement agreement information. | W001 | IF | 2.40 |
| 01/08/13 | Analyzed excess and umbrella insurance policies, re:  follow form, insolvents, payments issues and insurance policy language. | W001 | IF | 0.90 |
| 01/08/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 2.40 |
| 01/08/13 | Research and analysis in connection with settlement agreement issues. | W001 | RYC | 2.70 |
| 01/09/13 | Proof revisions and forward with draft application for attorney review. | W011 | AHP | 1.20 |
| 01/09/13 | Updated information on excess and umbrella insurance policies re: following form provision, insolvents, payments issues and insurance policy language. | W001 | IF | 1.70 |
| 01/09/13 | Analyzed settlement and reimbursement agreement information re:  approvals. | W001 | IF | 1.40 |
| 01/09/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 3.70 |
| 01/09/13 | Continued review and analysis in connection with post-bankruptcy transfer issues relevant to insurance coverage recovery by the Trust (2.10). Research and analysis in connection with proposed settlement agreement, including revisions (1.20). | W001 | RYC | 3.30 |
| 01/10/13 | Review and prepare end-of-year documents. | W011 | AHP | 0.80 |
| 01/10/13 | Additional review and update of settlement agreement signing and court approval dates per R. Chung request. | W001 | HEG | 1.20 |
| 01/10/13 | Analyzed and updated settlement and reimbursement agreement information re: approvals. | W001 | IF | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 14, 2013 | | INVOICE: | | 252541 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/10/13 | Analyzed excess and umbrella insurance policies re: follow form provision, insolvents, payments issues and insurance policy language. | W001 | IF | 1.70 |
| 01/10/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 2.20 |
| 01/10/13 | Check and confirm status of insolvent claim with impending deadline (1.80); review calendar and court orders re: payment schedule (.40). | W001 | MG | 2.20 |
| 01/10/13 | Review and comment upon fee application. | W011 | RYC | 0.80 |
| 01/10/13 | Investigation of potential impediments in connection with draft settlement agreement. | W001 | RYC | 2.60 |
| 01/11/13 | Update charts with settlement agreement date information. | W001 | HEG | 0.80 |
| 01/11/13 | Review excess insurance policies re: follow form provision, insolvents, payments issues and insurance policy language. | W001 | IF | 1.60 |
| 01/11/13 | Updated settlement and reimbursement agreements re: approval information. | W001 | IF | 1.40 |
| 01/11/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 3.70 |
| 01/11/13 | Research and analysis in connection with potential settlement agreement. | W001 | RYC | 2.70 |
| 01/14/13 | Revise, finalize and release monthly fee application with time and expense entries. | W011 | AHP | 1.30 |
| 01/14/13 | Updated information on excess insurance policies, settlements and reimbursement agreements re: insolvent insurance companies, indemnifications, following form, payments issues and insurance policy language. | W001 | IF | 2.80 |
| 01/14/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 5.40 |
| 01/14/13 | Attention to proposed changes in insurance company settlement. | W001 | RMH | 0.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |

February 14, 2013                                                               INVOICE:         252541

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/14/13 | Research, analyze, and prepare written response in connection with insurance company's proposed settlement agreement counter-language. | W001 | RYC | 3.90 |
| 01/15/13 | Begin preparing interim monitoring chart and application. | W011 | AHP | 2.20 |
| 01/15/13 | Attention to enabling electronic payments. | W011 | AHP | 0.90 |
| 01/15/13 | Attention to memo addressing approach to revised settlement demands. | W001 | DJN | 0.30 |
| 01/15/13 | Searched files and in-house resources re: most up to date plan documents. | W001 | IF | 1.20 |
| 01/15/13 | Analyzed excess insurance policies, settlements and coverage-in-place agreements re: insolvent insurance companies, indemnifications, follow form, payments issues and insurance policy language. | W001 | IF | 2.30 |
| 01/15/13 | Work on new allocation for revised claims against insurance companies including revised payment stream and compare to expected payouts under current models. | W001 | MG | 5.60 |
| 01/15/13 | Analysis for new settlement demands. | W001 | RMH | 1.80 |
| 01/15/13 | Follow-up research and analysis in connection with support for disputing settlement agreement positions taken by insurance company. | W001 | RYC | 3.20 |
| 01/16/13 | Continue preparing interim monitoring chart and application. | W011 | AHP | 1.90 |
| 01/16/13 | Attention to communications with M. Garbowski to B. Horkovich. | W001 | DJN | 0.40 |
| 01/16/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance reimbursement agreements re: "subject policies" issues (1.60). | W001 | GFF | 2.30 |
| 01/16/13 | Reviewed and updated information on excess insurance policies, settlements and reimbursement agreements re:  insolvents, indemnifications, following form language, payments issues and insurance policy language. | W001 | IF | 2.30 |
| 01/16/13 | Reviewed information re:  scheme proposal. | W001 | IF | 0.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                                MATTER:       100055.WRG01

February 14, 2013                                              INVOICE:          252541

MATTER:  CLAIMANTS COMMITTEE                                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/16/13 | Work on new allocation for revised claims against insurance companies including revised payment stream and compare to expected payouts under current models. | W001 | MG | 6.30 |
| 01/16/13 | Work on methodology for computing new settlement demands. | W001 | RMH | 1.20 |
| 01/16/13 | Preparation and analysis of disclosures in connection with post-bankruptcy insurance coverage recovery issues. | W001 | RYC | 3.20 |
| 01/17/13 | Continue preparing interim monitoring chart and interim application. | W011 | AHP | 1.20 |
| 01/17/13 | Continue analysis of selected insurance policies (umbrella/excess) re: follow form and voluntary payments issues (1.40); continue analysis of selected settlement agreements re: "subject policies" issues (1.20). | W001 | GFF | 2.60 |
| 01/17/13 | Continued to analyze and updated information on excess insurance policies, settlements and reimbursement agreements re: insolvents, indemnifications, following form language, payments issues and insurance policy language. | W001 | IF | 2.40 |
| 01/17/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 4.80 |
| 01/17/13 | Review R Horkovich email report on new demand calculation methods and prepare notes re: same. | W001 | MG | 0.80 |
| 01/17/13 | Prepare memo regarding new methodology regarding new settlement demands. | W001 | RMH | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 14, 2013 | | INVOICE: | | 252541 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/18/13 | Analyze B. Horkovich email concerning approach to developing new settlement demand (.20); attention to comments to same (.30); attention to questions concerning approach to developing settlement demand (.40); follow-up conferences with M. Garbowski (.30); email communications with R, Horkovich and M. Garbowski (.20); analyze additional materials concerning approval percentages and claim history (.70) and communication with M. Garbowski (.20); prepare email to R. Horkovich re: same (.10). | W001 | DJN | 2.40 |
| 01/18/13 | Continue analysis of selected insurance policies (umbrella/excess) re: follow form and voluntary payments issues (.80); continue analysis of select settlement agreements re: "subject policies" issues (1.60). | W001 | GFF | 2.40 |
| 01/18/13 | Updated information on excess insurance policies, coverage in place and settlements and agreements re: insolvent insurance companies, indemnifications, follow form language, payments issues and insurance policy language. | W001 | IF | 2.30 |
| 01/18/13 | Work on new allocation for revised claims against insurance companies including revised payment stream. | W001 | MG | 4.60 |
| 01/18/13 | Review new methodology related email with D. Nolan and R. Horkovich (.60); telephone M. Peterson re: same (.70). | W001 | MG | 1.30 |
| 01/18/13 | Finalize memo to Mr. Inselbuch regarding new methodology regarding settlement demands (2.70). Meeting with team members regarding same (.60). | W001 | RMH | 3.30 |
| 01/18/13 | Continue preparation and analysis of disclosures in connection with post-bankruptcy insurance coverage recovery issues. | W001 | RYC | 3.10 |
| 01/21/13 | Attention to email from R. Horkovich to M. Peterson re: trigger shift. | W001 | DJN | 0.10 |
| 01/22/13 | Continue preparing interim fee application and exhibit. | W011 | AHP | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                          MATTER:       100055.WRG01

February 14, 2013                                        INVOICE:          252541

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/22/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies (umbrella/excess) re: follow form and voluntary payments issues (1.90). | W001 | GFF | 2.70 |
| 01/22/13 | Analyzed excess insurance policies, coverage in place agreements and settlement agreements re: insolvent insurance companies, indemnifications, following form language, payments issues and insurance policy language. | W001 | IF | 2.10 |
| 01/22/13 | Telephone M. Peterson re: rate of claim and trigger movement (0.60); revise allocation models re: same (4.00). | W001 | MG | 4.60 |
| 01/22/13 | Follow-up in connection with research and analysis of impediments regarding post-bankruptcy insurance coverage recovery. | W001 | RYC | 2.70 |
| 01/23/13 | Continue preparing interim fee application and forward for attorney review. | W011 | AHP | 1.90 |
| 01/23/13 | Attention to communications from M. Garbowski re: report on discussion with M. Peterson concerning trigger shift. | W001 | DJN | 0.10 |
| 01/23/13 | Continue analysis of select settlement and reimbursement agreements re: "subject policies" issues. | W001 | GFF | 1.80 |
| 01/23/13 | Reviewed and updated information on excess insurance policies, settlement agreements re: insolvent insurance companies, indemnifications, following form language, payments issues and insurance policy language. | W001 | IF | 1.20 |
| 01/23/13 | Reviewed information and settlement agreements re: participation. | W001 | IF | 0.70 |
| 01/23/13 | Telephone M. Peterson re: rate of claim and trigger movement (0.60); draft email summary re: same (1.00) revise allocation models re: same (3.00). | W001 | MG | 4.60 |
| 01/23/13 | Attention to methodology for recalculation of damages. | W001 | RMH | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                   MATTER:        100055.WRG01

February 14, 2013                                 INVOICE:           252541

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/23/13 | Review and update in connection with settlement related correspondence, submissions, and status. | W001 | RYC | 1.80 |
| 01/24/13 | Continue analysis of selected settlement agreements re: "subject policies" issues (1.10); continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.40 |
| 01/24/13 | Reviewed information re: insurance company guarantee. | W001 | IF | 0.70 |
| 01/24/13 | Analyzed excess insurance policies, settlement and reimbursement agreements re: insolvent insurance companies, indemnifications, following form language, payments issues and insurance policy language. | W001 | IF | 1.90 |
| 01/24/13 | Attention to interim fee application. | W011 | RYC | 0.60 |
| 01/25/13 | Reviewed and updated information about excess insurance policies, settlement and coverage in place agreements re: insolvent insurance companies, indemnifications, follow form language, payments issues and insurance policy language. | W001 | IF | 1.80 |
| 01/25/13 | Attention to settlement negotiation status with insurance companies. | W001 | RYC | 1.30 |
| 01/28/13 | Communications with R. Horkovich re: meeting with Elihu Inselbuch to discuss settlement demand methodology and analyze article discussing increase of projected asbestos liability. | W001 | DJN | 0.20 |
| 01/28/13 | Continue analysis of selected settlement agreements re: "subject policies" issues (1.20); continue analysis of selected insurance policies (umbrella/excess) re: follow form and voluntary payments issues (1.40). | W001 | GFF | 2.60 |
| 01/28/13 | Analyzed information about excess and umbrella insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, indemnifications, following form, payments issues and insurance policy language. | W001 | IF | 2.20 |
| 01/28/13 | Revise allocation models for new demands. | W001 | MG | 3.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE  MATTER:  100055.WRG01

February 14, 2013  INVOICE:  252541

MATTER:  CLAIMANTS COMMITTEE  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/28/13 | Review and update in connection with post-bankruptcy insurance coverage matters relating to pending settlement issues. | W001 | RYC | 1.70 |
| 01/29/13 | Attention to communications with R. Horkovich and M. Garbowski re: meeting with Elihu Inselbuch to discuss new settlement demand methodology. | W001 | DJN | 0.20 |
| 01/29/13 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected settlement agreements re: "subject policies" issues (1.30). | W001 | GFF | 2.40 |
| 01/29/13 | Analyzed umbrella and excess insurance policies, reimbursement and settlement agreements re: insolvents, indemnifications, following form, payments issues and insurance policy language. | W001 | IF | 2.40 |
| 01/30/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected settlement agreements re: "subject policies" issues (1.90). | W001 | GFF | 2.60 |
| 01/30/13 | Updated information re: umbrella and excess insurance policies, settlement agreements and coverage in place agreements re:  insolvents, indemnifications, follow form provisions, payments issues and insurance policy language. | W001 | IF | 1.90 |
| 01/30/13 | Reviewed information about proxy vote. | W001 | IF | 0.60 |
| 01/30/13 | Review proxy materials and emails re: same. | W001 | MG | 1.60 |
| 01/30/13 | Attention to insolvent claim. | W001 | RMH | 0.40 |
| 01/31/13 | Attention to communications among R. Horkovich, Elihu Inselbuch and M. Garbowski re: meeting to discuss settlement demand methodology. | W001 | DJN | 0.30 |
| 01/31/13 | Continue analysis of selected insurance policies (umbrella and excess) re: follow form and voluntary payments issues (1.20); Draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 1.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE                  MATTER:     100055.WRG01

February 14, 2013                                INVOICE:         252541

MATTER: CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/31/13 | Reviewed excess insurance policies, settlement and coverage in place agreements re: insolvent insurance companies, settlement indemnifications, follow form provisions, payments issues and insurance policy language. | W001 | IF | 2.20 |
| 01/31/13 | Attention to claim inquiry and methodology. | W001 | RMH | 0.70 |
| 01/31/13 | Continue review and update in connection with post-bankruptcy insurance coverage matters relating to pending settlement issues. | W001 | RYC | 2.30 |

**TOTAL FEES:**                                                   **$125,928.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| February 14, 2013 | INVOICE: | 252541 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**FEE SUMMARY**

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 270.00 | 16.60 | 4,482.00 |
| Dennis J. Nolan | 495.00 | 4.00 | 1,980.00 |
| Glenn F Fields | 365.00 | 32.60 | 11,899.00 |
| Harris E Gershman | 295.00 | 2.80 | 826.00 |
| Izak Feldgreber | 315.00 | 53.90 | 16,978.50 |
| Mark Garbowski | 650.00 | 71.60 | 46,540.00 |
| Robert M Horkovich | 925.00 | 11.70 | 10,822.50 |
| Robert Y Chung | 675.00 | 48.00 | 32,400.00 |
| **TOTAL FEES:** | | | **$125,928.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE                               MATTER:       100055.WRG01

February 14, 2013                                             INVOICE:          252541

MATTER:  CLAIMANTS COMMITTEE                                             ROBERT M. HORKOVICH

### SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001    Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Dennis J. Nolan | 4.00 | 1,980.00 |
| Glenn F Fields | 32.60 | 11,899.00 |
| Harris E Gershman | 2.80 | 826.00 |
| Izak Feldgreber | 53.90 | 16,978.50 |
| Mark Garbowski | 71.60 | 46,540.00 |
| Robert M Horkovich | 11.70 | 10,822.50 |
| Robert Y Chung | 46.60 | 31,455.00 |
| **TOTAL:** | **223.20** | **$120,501.00** |

ACTIVITY CODE: W011    Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 16.60 | 4,482.00 |
| Robert Y Chung | 1.40 | 945.00 |
| **TOTAL:** | **18.00** | **$5,427.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                                 EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:   100055.WRG01

February 14, 2013                                                       INVOICE:        252541

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

### COSTS through 01/31/13

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/03/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/03/13 | DI - PHOTOCOPYING - | E101 | 2.40 |
| 01/03/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 01/07/13 | REFUND INV#4683541 | | (30.00) |
| 01/07/13 | REFUND INV#4683560 | | (30.00) |
| 01/07/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/08/13 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 01/08/13 | DI - PHOTOCOPYING - | E101 | 44.40 |
| 01/08/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/09/13 | DI - PHOTOCOPYING - | E101 | 5.60 |
| 01/09/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/09/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 01/10/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/11/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 01/11/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 01/14/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Fees for initial appearances to hearing in front of Judge Fitzgerald 2/4/13 | E125 | 30.00 |
| 01/14/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Fees for initial appearances to hearing in front of Judge Fitzgerald 3/25/13 | E125 | 30.00 |
| 01/14/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 01/14/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 01/17/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/18/13 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 01/18/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/24/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 01/28/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Fee for telephonic appearing 7/16/13 - Reissue of original payment - refund sent in error from Court Call | E125 | 30.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

| | | |
|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| February 14, 2013 | INVOICE: | 252541 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/28/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Fee for telephonic appearing 8/27/13 - Reissue of original payment - refund sent in error from Court Call | E125 | 30.00 |
| 01/28/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 01/29/13 | COURTCALL INV#4683566 | | (30.00) |
| 01/29/13 | COURTCALL REFUND INV#4683525 | | (30.00) |
| 01/30/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| **TOTAL COSTS:** | | | **$60.30** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| TE | AP - TELEPHONE - | 0.00 |
| XE | DI - PHOTOCOPYING - | 60.30 |
| | **TOTAL COSTS:** | **$60.30** |
| | **TOTAL DUE:** | **$125,988.30** |