Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2013 through January 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 10-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 15-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 15-Jan-13 | BR | Review of docket report. | 0.30 | $ 680.00 | $ 204.00 |
| 22-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 23-Jan-13 | BR | Review of monthly financial report for November 2012. | 2.10 | $ 680.00 | $ 1,428.00 |
| | | Total Bradley Rapp | 2.70 | | $ 1,836.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 09-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 14-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 22-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| | | Total James Sinclair | 1.80 | | $ 1,224.00 |
| **Peter Cramp - Associate** | | | | | |
| 07-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.4 | $375.00 | $ 525.00 |
| 14-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| 21-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.5 | $375.00 | $ 562.50 |
| 28-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| 28-Jan-13 | PC | Review press release regarding adjustment to asbestos-related liability, email to J. Sinclair. | 0.4 | $375.00 | $ 150.00 |
| | | Total Peter Cramp | 6.70 | | $ 2,512.50 |
| **Gibbons Sinclair - Associate** | | | | | |
| 28-Jan-13 | GS | Draft December 2012 Fee Statement | 0.80 | $375.00 | $ 300.00 |
| | | Total Gibbons Sinclair | 0.80 | | $ 300.00 |
| | | **TOTAL** | 12.00 | | $ 5,872.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2013 through January 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 07-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.4 | $375.00 | $ 525.00 |
| 09-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 10-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 14-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 14-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| 15-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 15-Jan-13 | BR | Review of docket report. | 0.30 | $ 680.00 | $ 204.00 |
| 21-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.5 | $375.00 | $ 562.50 |
| 22-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 22-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 23-Jan-13 | BR | Review of monthly financial report for November 2012. | 2.10 | $ 680.00 | $ 1,428.00 |
| 28-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| 28-Jan-13 | PC | Review press release regarding adjustment to asbestos-related liability, email to J. Sinclair. | 0.4 | $375.00 | $ 150.00 |
| | | Total Asset Analysis and Recovery | 11.20 | | $ 5,572.50 |
| **Fee Applications (Applicant)** | | | | | |
| 29-Jan-13 | GS | Draft December 2012 Fee Statement | 0.80 | $375.00 | $ 300.00 |
| | | Total Fee Applications (Applicant) | 0.80 | | $ 300.00 |
| | | **TOTAL** | 12.00 | | $ 5,872.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2013 through January 31, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.70 | $ 680.00 | $ 1,836.00 |
| James Sinclair - Senior Managing Director | 1.80 | $ 680.00 | $ 1,224.00 |
| Peter Cramp - Associate | 6.70 | $ 375.00 | $ 2,512.50 |
| Gibbons Sinclair - Associate | 0.80 | $ 375.00 | $ 300.00 |
| Total Professional Hours and Fees | 12.00 | | $ 5,872.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2013 through January 31, 2013

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | Online Research - Pacer | $4.10 |
|      | Total Expenses January 1, 2013 through January 31, 2013 | $4.10 |