## EXHIBIT A

**Case Administration (1.40 Hours; $ 725.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $1,000 | 100.00 |
| Peter Van N. Lockwood | .10 | $955 | 95.50 |
| Rita C. Tobin | .80 | $555 | 444.00 |
| Zachary D. Orsulak | .40 | $215 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/13 | ZDO | 215.00 | 0.40 | Assist LMK with docket research. |
| 01/04/13 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 01/14/13 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 01/18/13 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 01/23/13 | PVL | 955.00 | 0.10 | Rv 4 misc. filings |
| 01/25/13 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 01/31/13 | EI | 1,000.00 | 0.10 | Scheduling with R. Horkovich (.1). |

**Total Task Code .04        1.40**

**Fee Applications, Applicant (6.50 Hours; $ 2,860.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.20 | $555 | 2,331.00 |
| Eugenia Benetos | 2.30 | $230 | 529.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/09/13 | RCT | 555.00 | 1.00 | Attend to fee issues (1.0). |
| 01/10/13 | RCT | 555.00 | 0.80 | Review and edit prebills (.8). |

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 01/11/13 | RCT | 555.00 | 0.80 | Review and edit exhibits (.8). |
| 01/14/13 | RCT | 555.00 | 0.20 | Address issues re: fee application payments and schedules (.2). |
| 01/23/13 | RCT | 555.00 | 0.90 | Review and edit monthly fee applications (.9). |
| 01/23/13 | EB | 230.00 | 1.10 | Work on fee application. |
| 01/28/13 | RCT | 555.00 | 0.50 | Address fee issues (.5). |
| 01/28/13 | EB | 230.00 | 0.60 | Update fee application schedule. |
| 01/29/13 | EB | 230.00 | 0.60 | Update fee application breakdown. |

**Total Task Code .12      6.50**

**Litigation and Litigation Consulting (217.40 Hours; $ 122,737.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Leslie M. Kelleher | 119.80 | $625 | 74,875.00 |
| Kevin C. Maclay | 70.10 | $565 | 39,606.50 |
| Jeanna Rickards Koski | 3.80 | $450 | 1,710.00 |
| Andrew J. Sackett | .80 | $420 | 336.00 |
| Ann M. Weber | 14.50 | $295 | 4,277.50 |
| Sara Joy DelSavio | 8.40 | $230 | 1,932.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/13 | LMK | 625.00 | 13.80 | Review draft brief (4.5); emails to paralegals re research for same (.1); email to JRK re insert for same (.2); revise Garlock brief (7.7); emails to PVNL/KCM re same (.5); emails to debtors' counsel re materials/citation for same (.8). |
| 01/02/13 | KCM | 565.00 | 5.30 | Review/edit appellate briefs and review/analyze related materials and communications |
| 01/02/13 | JMR | 450.00 | 2.30 | Gather citations for brief |
| 01/02/13 | AJS | 420.00 | 0.10 | Meeting w/ LMK re sources in appellate brief. |
| 01/02/13 | AMW | 295.00 | 1.50 | Review key filings re appeal. (Total time of 6.0 hours divided among 4 clients.) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/03/13 | LMK | 625.00 | 7.50 | Conference call w/debtors' counsel/FCR (1.5); call w/KCM re brief (.3); call to debtors' counsel re record (.1); conference call w/PVNL/KCM re brief (1.1); revise briefs/research re same/emails re same (4.5). |
| 01/03/13 | KCM | 565.00 | 0.30 | Meet with AMW re stay research and issues |
| 01/03/13 | KCM | 565.00 | 7.70 | Conference call with Plan Proponents re appellate briefs (1.4); meetings with PVNL and LMK re appellate briefs (1.2); review/edit appellate briefs and review/analyze related cases and materials (5.1) |
| 01/03/13 | JMR | 450.00 | 1.50 | Research re documents per LMK |
| 01/03/13 | SJD | 230.00 | 1.70 | Perform research and prepare cite per LMK |
| 01/03/13 | AMW | 295.00 | 0.50 | Conference with KCM re motion to stay (.5); review cases re motion to stay (.6); attend all attorney meeting (.9)  (Total time of 2.0 hours divided among 4 clients.) |
| 01/04/13 | LMK | 625.00 | 4.40 | Call w/debtors' counsel re draft brief (.2); review draft brief (main) (1.5); review draft brief (Montana) (1.6); review draft brief (Garlock) (.7); emails to KCM re edits to same (.4). |
| 01/04/13 | KCM | 565.00 | 6.40 | Draft/revise main brief, review/edit Garlock brief and review/analyze other briefs (5.3); meet with PVNL re briefs (.8); communicate with LMK re briefs (.3) |
| 01/04/13 | AMW | 295.00 | 1.30 | Begin research re motion to stay.  (Total time of 5.0 hours divided among 4 clients.) |
| 01/05/13 | LMK | 625.00 | 1.10 | Review record (.8); emails re main brief (.3). |
| 01/06/13 | LMK | 625.00 | 13.90 | Review response to Garlock brief (4.5); review record for same (4.0); review/revise response to Montana/Cinn brief (4.9); emails to KCM/PVNL re same (.5). |
| 01/07/13 | LMK | 625.00 | 7.30 | Review/revise Garlock/Montana briefs (6.0); conversation w/PVNL re Garlock brief (.7); conversations w/KCM re same (.6). |

| Date | Tkpr | Rate | Hours | Description |
|---|---|---|---|---|
| 01/07/13 | KCM | 565.00 | 11.70 | Draft/revise and review/edit appellate briefs and review/analyze related cases and materials (11.1); communicate with LMK re briefs (.6) |
| 01/08/13 | LMK | 625.00 | 7.40 | Review Anderson draft brief/revise same (4.0); email re same (.8); review Montana brief/revise same (2.6). |
| 01/08/13 | KCM | 565.00 | 7.10 | Review/edit appellate briefs and review/analyze related documents and communications |
| 01/08/13 | AJS | 420.00 | 0.50 | Prep and review of emails to and from LMK re Ohio bill (0.1); legal research re Ohio bill (0.3); phone call w/ LMK re Ohio bill (0.1). |
| 01/08/13 | SJD | 230.00 | 1.70 | Perform research per LMK |
| 01/09/13 | LMK | 625.00 | 7.90 | Review/revise Anderson response brief (4.8); emails to paralegals re research for Garlock response brief (.5); research for same (2.6). |
| 01/09/13 | KCM | 565.00 | 2.10 | Review/edit appellate briefs |
| 01/10/13 | LMK | 625.00 | 8.60 | Review/comments on draft briefs (2.0); emails to/from paralegals re research for briefs (.5); emails to PVNL re same (.5); email to debtors re Anderson brief (1.0); review draft briefs (2.3); review research for same (2.3). |
| 01/10/13 | KCM | 565.00 | 3.40 | Review/edit appellate briefs |
| 01/10/13 | AJS | 420.00 | 0.20 | Phone calls w/ LMK re legal research for appellate brie (0.1); legal research for appellate brief (0.1). |
| 01/10/13 | SJD | 230.00 | 2.60 | Perform research per LMK |
| 01/11/13 | LMK | 625.00 | 3.80 | Review/edit Montana brief (2.0); emails to debtors' counsel on AMH brief (.8); review AMH brief/research re same; conference call re draft briefs (1.0) |
| 01/11/13 | KCM | 565.00 | 7.40 | Conference call with Plan Proponents, LMK and PVNL (1.1); review/edit and review/analyze appellate briefs (6.3) |
| 01/12/13 | LMK | 625.00 | 12.30 | Review/edit Crown/Montana brief (10.8); emails re same (1.5) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/12/13 | KCM | 565.00 | 1.20 | Review/analyze appellate briefs |
| 01/13/13 | LMK | 625.00 | 9.50 | Call w/debtors' counsel re Anderson brief (.8); edits to Montana/AMH briefs; emails re same (8.2); review motion to consolidate (.5). |
| 01/13/13 | KCM | 565.00 | 2.20 | Review/analyze appellate briefs and related correspondence |
| 01/14/13 | LMK | 625.00 | 7.80 | Review/revise draft briefs (6.5); emails to debtors' counsel re documents for briefs (.5); emails to paralegals re same (.3); emails to debtors' counsel re brief (.5). |
| 01/14/13 | KCM | 565.00 | 2.90 | Review appellate briefs |
| 01/15/13 | LMK | 625.00 | 8.10 | Review lender brief edits (1.0); revise insert to Montana brief (4.0); calls w/PVNL re briefs (.6); call w/KCM re briefs (.1); emails to debtors' counsel re brief (.3); review/edit draft briefs (2.1). |
| 01/15/13 | KCM | 565.00 | 4.80 | Review appellate briefs and related materials |
| 01/15/13 | AMW | 295.00 | 1.50 | Draft motion to stay. (Total time of 6.0 hours divided among 4 clients.) |
| 01/16/13 | LMK | 625.00 | 4.10 | Review response briefs (1.4); emails to PVNL/KCM re same (.4); conference call with debtors' counsel, et al. (.4); emails to/from debtors' counsel re motion/response briefs (.3); conference w/PVNL/KCM re response to Garlock brief (.7); edit Garlock response brief (.9). |
| 01/16/13 | KCM | 565.00 | 5.60 | Conference call with PVNL and LMK re appellate briefing (.7); conference call with Plan Proponents re appellate briefing (.7); review/edit briefs and related communications (4.2) |
| 01/16/13 | AMW | 295.00 | 0.70 | Draft motion to stay. (Total time of 2.8 hours divided among 4 clients.) |
| 01/17/13 | SJD | 230.00 | 2.40 | Download appeal documents and organize same per LMK. |
| 01/22/13 | AMW | 295.00 | 0.10 | Edit motion to stay. (Total time of 0.5 hour divided among 4 clients.) |
| 01/23/13 | KCM | 565.00 | 0.50 | Review cases and materials re stay issues |

| Date | Prof. | Rate | Hours | Description |
|---|---|---|---|---|
| 01/23/13 | AMW | 295.00 | 1.90 | Draft and revise motion to stay. (Total time of 7.5 hours divided among 4 clients.) |
| 01/24/13 | LMK | 625.00 | 0.50 | Review ITCAN amicus brief/email re same. |
| 01/24/13 | KCM | 565.00 | 0.90 | Draft/revise motion to stay and review/analyze related cases and materials |
| 01/24/13 | AMW | 295.00 | 2.10 | Draft and revise motion to stay (4.5); research issues re motion to stay (4.0). (Total time of 8.5 hours divided among 4 clients.) |
| 01/25/13 | KCM | 565.00 | 0.10 | Communicate with AMW re research |
| 01/25/13 | AMW | 295.00 | 1.80 | Confer with KCM re motion to stay (0.5); research issues re motion to stay (5.5); draft and revise motion to stay (1.0). (Total time of 7.0 hours divided among 4 clients.) |
| 01/29/13 | LMK | 625.00 | 1.30 | Status call w/debtors' counsel (.5); memo re same/emails re same (.8). |
| 01/29/13 | KCM | 565.00 | 0.50 | Review materials re stay issues |
| 01/30/13 | LMK | 625.00 | 0.50 | Conversation w/PVNL re status call. |
| 01/30/13 | AMW | 295.00 | 1.40 | Draft and revise motion to stay (3.3); research issues re motion to stay (2.5). (Total time of 5.8 hours divided among 4 clients.) |
| 01/31/13 | AMW | 295.00 | 1.70 | Research issues re motion to stay (4.8); draft and revise motion to stay (2.3). (Total time of 7.1 hours divided among 4 clients.) |

**Total Task Code .16        217.40**


**Plan & Disclosure Statement (45.20 Hours; $ 39,341.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $1,000 | 500.00 |
| Peter Van N. Lockwood | 39.10 | $955 | 37,340.50 |
| Ann C. McMillan | .20 | $660 | 132.00 |
| Jeffrey A. Liesemer | .40 | $565 | 226.00 |

| | | | |
|---|---|---|---|
| Rita C. Tobin | .20 | $555 | 111.00 |
| Zachary D. Orsulak | 4.80 | $215 | 1,032.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/13 | PVL | 955.00 | 4.20 | Rv draft opp. briefs (4.1); rv emails (.1) |
| 01/02/13 | EI | 1,000.00 | 0.10 | Telephone conference with JAL re: J. Guy (.1). |
| 01/03/13 | PVL | 955.00 | 2.60 | Tcn Shelnitz, Finke, Donley, Paul, Engel, Esayian, Frankel, LMK, KCM et al (1.4); cn LMK & KCM (1.2) |
| 01/03/13 | ZDO | 215.00 | 1.40 | Perform research per LMK; return results. |
| 01/04/13 | PVL | 955.00 | 1.50 | Cn KCM re brief (.8); rv revised draft response to Garlock (.7) |
| 01/04/13 | RCT | 555.00 | 0.20 | Review emails to local counsel/EB re: CNOs (.2). |
| 01/07/13 | PVL | 955.00 | 4.00 | Rv emails re briefing (.2); rv AMH filing (.1); rv revised drafts of resp. to Garlock (2.1); cn LMK re same (.7); rv revised brief intro (.1); rv revised draft of Montana response (.8) |
| 01/07/13 | EI | 1,000.00 | 0.10 | Telephone conference J. Rice re: Sealed Air (.1). |
| 01/07/13 | ACM | 660.00 | 0.10 | Teleconference claimant. |
| 01/08/13 | PVL | 955.00 | 2.60 | Rv emails (.1); cn LMK (.3); rv revised draft resp. to Garlock & cn LMK re same (.9); rv revised draft Montana resp. & cn LMK re same (1.3) |
| 01/08/13 | JAL | 565.00 | 0.40 | Confer w/PVNL and LMK re: issues raised in Third Circuit briefing. |
| 01/08/13 | ZDO | 215.00 | 2.20 | Assist with research per JMR. |
| 01/09/13 | PVL | 955.00 | 0.60 | Rv draft resp. re Lenders |
| 01/09/13 | ZDO | 215.00 | 1.20 | Expand previous search to include underlying plan documentation; continue search for requested documents. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/10/13 | PVL | 955.00 | 2.90 | Rv emails re briefing (.2); cn LMK re resp. to AMH (.8); work on resp. to Garlock brief (1.0); rv draft resp. to Lender br. (.9) |
| 01/11/13 | PVL | 955.00 | 5.00 | Rv emails re briefing (.1); rv revised draft Montana & intro portions of resp. brief (1.8); rv draft resp. to AMH (1.5); rv draft motion to consolidate briefs (.1); tcn Shelnitz, Finke, Donley et al re briefs (1.2); rv draft Garlock revs. and email comments (.2); email comments re Lender resp. (.1) |
| 01/13/13 | PVL | 955.00 | 2.40 | Rv emails re briefing & reply (.2); email comments re response to AMH (.1); rv revised draft resp. to Montana & email comments re same (.8); rv revised resp. to Lenders (1.1); rv draft resp. to Amici (.2) |
| 01/15/13 | PVL | 955.00 | 5.10 | Rv emails re briefing (.2); rv revised draft Garlock brief (1.4); cns LMK re same (.2); rv revised brief intro (.4); rv revised draft AMH brief & email comments (1.2); rv Montana revised resp. (.5); cn LMK re Montana & Garlock resps. (.5); rv revised Lender resp. & email comments (.7) |
| 01/16/13 | PVL | 955.00 | 4.10 | Rv emails re briefing (.2); rv revised response to AMH and email comments (.6); rv overview draft revs. (.1); rv draft resp. to Garlock (1.1); tcn Shelnitz, Finke, Donley, Paul, Esayian, Bentley, Frankel, LMK, KCM et al (.7); rv PD FCR draft resp. (.2); tcn LMK & KCM re Garlock draft (.7); rv revised Lender resp. and email comments (.5) |
| 01/17/13 | PVL | 955.00 | 1.20 | Rv revised resp. to Garlock (.3); rv draft motion re page limit (.1); rv emails re briefing & reply (.4); rv PD FCR brief as filed (.2); rv resp. to AMH as filed (.2) |
| 01/18/13 | PVL | 955.00 | 1.00 | Rv filed versions of Appellees' briefs (.9); rv CA 3 notices (.1) |
| 01/22/13 | PVL | 955.00 | 0.50 | Tcn Donley, Shelnitz, Finke, Paul, Frankel, Wyron, Blabey, LMK et al |
| 01/22/13 | ACM | 660.00 | 0.10 | Teleconference J. Block re document repository. |
| 01/24/13 | PVL | 955.00 | 0.90 | Rv CA 3 notices re ITCAN (.2); rv ITCAN amicus brief & emails Donley et al re same (.7) |
| 01/25/13 | PVL | 955.00 | 0.10 | Rv Garlock motion re brief |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/28/13 | PVL | 955.00 | 0.10 | Rv revised ITCAN motion & CA 3 notices |
| 01/28/13 | EI | 1,000.00 | 0.30 | Status inquiry with J. Rice (.1); memo to R. Horkovich re: insurance (.2). |
| 01/30/13 | PVL | 955.00 | 0.30 | Rv LMK memo and cn LMK |

**Total Task Code    .17         45.20**

<u>Other Charges</u>:

| | |
|---|---:|
| Database Research | 218.36 |
| Long Distance-Equitrac In-House | 0.24 |
| Research Material | 4.04 |
| **Total:** | **$ 222.64** |