**EXHIBIT B**

**Case Administration (1.40 Hours; $ 725.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   **1.40**


**Fee Applications, Applicant (6.50 Hours; $ 2,860.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**   **6.50**


**Litigation and Litigation Consulting (217.40 Hours; $ 122,737.00)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**   **217.40**


**Plan & Disclosure Statement (45.20 Hours; $ 39,341.50)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**   **45.20**