## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Database Research | 218.36 |
| Long Distance-Equitrac In-House | 0.24 |
| Research Material | 4.04 |
| **Total:** | **$ 222.64** |

**Client Number:    4642**               **Grace Asbestos Personal Injury Claimants**                                                Page: 1
**Matter       000**                     **Disbursements**                                                                           2/21/2013

Attn:                                                                                                Print Date/Time: 02/21/2013 11:46:31AM

                                                                                                                Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2013

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 1/22/2013 | 13,655 |

$4,806.34
Client Retainers Available            Committed to Invoices:       $0.00       Remaining:       $4,806.34

$3,946,935.59
Total Expenses Billed To Date       Billing Empl:        0120    Elihu  Inselbuch
                                    Responsible Empl:    0120    Elihu  Inselbuch
                                    Alternate Empl:      0120    Elihu  Inselbuch
                                    Originating Empl:    0120    Elihu  Inselbuch

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING--------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0390 | SJD | Sara Joy  DelSavio | 0.00 | 4.04 | 0.00 | 4.04 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 218.60 | 0.00 | 218.60 |
| **Total Fees** | | | **0.00** | **222.64** | **0.00** | **222.64** |

**Detail Time / Expense by Date**

|  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING--------- | | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2937670 | Equitrac - Long Distance to 18136261334 | E | 01/07/2013 | 0999 C&D | | 0.00 | $0.16 | | 0.00 | $0.16 | 0.16 |
| 2938561 | Bank of America -Coporate Card Charges, re: Case document, 12/20/12  (SJD) | E | 01/17/2013 | 0390 SJD | | 0.00 | $4.04 | | 0.00 | $4.04 | 4.20 |
| 2940864 | Equitrac - Long Distance to 12126056270 | E | 01/22/2013 | 0999 C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 4.28 |
| 2941899 | Pacer Service Center -Database Svc., 10/1/12 - | E | 01/28/2013 | 0999 C&D | | 0.00 | $20.00 | | 0.00 | $20.00 | 24.28 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Matter | 000 | Disbursements | | | | | | | | 2/21/2013 |

Print Date/Time: 02/21/2013 11:46:31AM

Attn:

Invoice #

12/31/12

| | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2943952 | Database Research - WESTLAW by LK on Jan 6-14 | E | 01/31/2013 | 0999 | C&D | 0.00 | $108.32 | 0.00 | $108.32 | 132.60 |
| 2943953 | Database Research - WESTLAW by AJS on Jan 8, 10 | E | 01/31/2013 | 0999 | C&D | 0.00 | $90.04 | 0.00 | $90.04 | 222.64 |

**Total Expenses**

$222.64

0.00                                                  $222.64

0.00

| | | | | |
| --- | --- | --- | --- | --- |
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 222.64 | | 222.64 |
| Matter Total | 0.00 | 222.64 | 0.00 | 222.64 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $222.64 | | $222.64 |
| Prebill Total | 0.00 | $222.64 | 0.00 | $222.64 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
| --- | --- | --- | --- |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 89,295 | 08/20/2012 | 50,812.00 | 10,162.40 |
| 89,820 | 09/18/2012 | 28,956.50 | 5,791.30 |
| 90,312 | 10/15/2012 | 23,367.50 | 4,673.50 |
| 90,875 | 11/21/2012 | 32,514.00 | 6,502.80 |
| 91,409 | 12/13/2012 | 13,536.00 | 2,707.20 |
| 91,996 | 01/22/2013 | 175,766.51 | 175,766.51 |
| | | 454,126.51 | 220,460.54 |