IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING THIRTEENTH[1]
APPLICATION OF DELOITTE TAX LLP FOR THE PERIOD
OF OCTOBER 1, 2011, THROUGH SEPTEMBER 30, 2012

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Thirteenth Application of Deloitte Tax LLP for the Period of October 1, 2011, through September 30, 2012 (the "Application").

**BACKGROUND**

1.  Deloitte Tax LLP ("Deloitte Tax") was retained to provide tax services to the Debtors and Debtors-in-Possession. In the Application, Deloitte Tax seeks approval of fees totaling $46,304.00 and expenses totaling $104.30 for its services from October 1, 2011, through September 30, 2012 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of

---

[1] Although this is the Thirteenth Application which Deloitte Tax has filed in the case, the Application encompasses the Forty-Third through the Forty-Sixth Interim Fee Periods.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Deloitte Tax 46Q 10.11-9.12.wpd

Delaware, Amended Effective February 1, 2013, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Deloitte Tax based upon our review, and we received a response from Deloitte Tax, portions of which response are quoted herein.

## DISCUSSION

3.      We noted that Deloitte Tax's August and September 2012 monthly fee applications mentioned a $14,000 cap in place for the China Stock Plan Registration Project, pursuant to which Deloitte Tax took agreed discounts of $3,057.00 on its August 2012 fees and $3,540.00 on its September 2012 fees. However, we noted that these discounts were not reflected in Deloitte Tax's interim fee request of $46,304.00. We asked Deloitte Tax about these discounts, and Deloitte Tax responded:

> Paragraph 3 of the Report references certain discounts totaling $6,597.00 in the fees charged to Debtors and Debtors-in-Possession in the monthly fee statements of Deloitte Tax for the months of August and September of 2012 (the "Fee Discount"). The Report notes that the total compensation amount for which approval is being sought pursuant to the Application (the "Total Compensation Amount") did not reflect the Fee Discount. The Fee Discount was taken as a result of an informal agreement between Deloitte Tax and Debtors and Debtors-in-Possession, and was inadvertently not reflected as a reduction of the Total Compensation Amount.

We appreciate Deloitte Tax's response and, concurring with same, recommend a reduction of $6,597.00 in fees.

4.      We noted that timekeepers Maria D. Otero ($350), Xiao Wu Tian ($290), and Sonia Iris Morales ($150) billed 2.8 hours for $786.00 in fees working on Deloitte Tax's engagement

letters:

| 4/27/2012 | Morales, Sonia Iris | Puerto Rico Tax Compliance | revise 2011 Engagement Letter | 0.4 | $150 | $60.00 |
|---|---|---|---|---|---|---|
| 4/30/2012 | Morales, Sonia Iris | Puerto Rico Tax Compliance | Finalize and issue 2011 Engagement Letter to client | 0.3 | $150 | $45.00 |
| 4/26/2012 | Otero, Maria D | Puerto Rico Tax Compliance | Prepare and follow up for LCSP approval and engagement letter | 0.7 | $350 | $245.00 |
| 4/27/2012 | Otero, Maria D | Puerto Rico Tax Compliance | Update and revise Engagement Letter as requested by client | 0.5 | $350 | $175.00 |
| 6/6/2012 | Tian, Xiao Wu | China Stock Plan Registration | Conference call regarding WR Grace engagement letter and billing structures and risks. Prepared billing structure and provided summary and flow chart. Email correspondence to China team to update the engagement details. | 0.9 | $290 | $261.00 |
| | | | | 2.8 | | $786.00 |

It appears to us that time spent on an engagement letter is an administrative task which Deloitte Tax would be required to perform in order to work for any client, regardless of whether the client is in bankruptcy, and that the time spent on these tasks is, therefore, overhead. We asked Deloitte Tax to explain why the estate should compensate these fees, and Deloitte Tax responded: "Deloitte Tax agrees to waive its request for the approval of these fees, and agrees to a corresponding reduction in the Total Compensation Amount." We appreciate Deloitte Tax's response and, consistent with same, recommend a reduction of $786.00 in fees.

## CONCLUSION

5.     Thus, we recommend approval of $38,921.00 in fees ($46,304.00 minus $7,383.00) and $104.30 in expenses for Deloitte Tax's service for the Application Period.

        Respectfully submitted,

        **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
        Warren H. Smith
        Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 6th day of March, 2013.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Jared Gordon, Director
Deloitte Tax LLP
1700 Market Street
Philadelphia, PA   19103

tscoles@deloitte.com
jaredgordon@deloitte.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Mark T. Hurford
Kathleen Campbell Davis
Marla R. Eskin
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899