# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF BEVERIDGE & DIAMOND, P.C., FOR THE FORTY-SIXTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Beveridge & Diamond, P.C., for the Forty-Sixth Interim Period (the "Application").

## BACKGROUND

1.  Beveridge & Diamond, P.C. ("Beveridge & Diamond"), was retained as special counsel to the Debtors. In the Application, Beveridge & Diamond seeks approval of fees totaling $330,878.00 and expenses totaling $1,018.19 for its services from July 1, 2012, through September 30, 2012 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2013, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Beveridge & Diamond based upon our review, and we received a response from Beveridge & Diamond, portions of which response are quoted herein.

**DISCUSSION**

3. We noted that multiple Beveridge & Diamond professionals billed a total of 87.80 hours for $28,814.86 in fees on research and preparation of a legal analysis. See Exhibit A. We asked Beveridge & Diamond to explain the subject matter of this research and how it was utilized for the benefit of the debtor's estate. We received the following response from Lydia B. Duff, an Assistant General Counsel with W.R. Grace:

> ... [T]he work performed by Beveridge & Diamond in 2012 on the Horton, Wilmington NC, matter related to analysis of certain claims by the USEPA in the context of the bankruptcy proceeding, and to the settlement agreement entered into by Grace and the US in 2006.
>
> Further substance of this work would be considered privileged and confidential.

We appreciate this explanation and have no objection to these fees.

4. We noted that paralegal E. Wolk ($179.40) spent 6.5 hours for total fees of $1,166.10 on an activity described only as "Monitoring." See Exhibit B. We asked Beveridge & Diamond to explain the nature of this work and how it benefited the debtor's estate. Beveridge & Diamond responded:

> Ms. Wolk was monitoring a specific set of EPA regulatory developments for the client in a matter in which W.R. Grace has an interest as part of the impacted regulated community.

We accept Beveridge & Diamond's response and have no objection to these fees.

5. We noted that attorney P. Marks ($469.20) and associate L. Selba ($257.60) spent

50.00 hours for total fees of $15,948.20 on preparation of a petition. See Exhibit C. We asked Beveridge & Diamond for additional information concerning this work, and Beveridge & Diamond responded:

> The petition was to obtain regulatory relief from the State of Maryland under complex hazardous waste regulations. The time spent was required due to the multiple legal issues presented and technical complexity.

We accept Beveridge & Diamond's response and have no objection to these fees.

6. We noted the following travel expenses for which more information was needed:

| | | |
|---|---|---|
| E110 | Out-of-town Travel | $115.12 |
| E110 | Out-of-town Travel | $23.00 |

We asked Beveridge & Diamond for an itemization of these expenses, and Beveridge & Diamond responded:

> 6/18/12 for attorney K. Bourdeau, mileage to and from a meeting with W.R. Grace in Baltimore ($46.62) and parking ($13.00) which totaled $59.62.
>
> 6/22/12 for attorney K. Bourdeau, mileage to and from a meeting at W.R. Grace in Columbia, MD totaled $27.75.
>
> 7/11/12 for attorney K. Bourdeau for mileage to and from a meeting at W.R. Grace in Columbia, MD totaled $27.75.

The $23.00 was incurred as follows:

> 7/20/12 for attorney P. Marks; $14.00 for an Amtrak ticket for travel to Washington, DC for a meeting with the B&D team and client.
>
> 7/20/12 for attorney P. Marks; $9.00 for parking at the train station to attend a meeting in Washington, DC with the B&D team and client.

We appreciate this information and have no objection to these expenses.

## CONCLUSION

7. Thus, we recommend approval of $330,878.00 in fees and $1,018.19 in expenses for

Beveridge & Diamond's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
      Warren H. Smith
      Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 6th day of March, 2013.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**Applicant**
Pamela D. Marks
BEVERIDGE & DIAMOND, P.C.
201 N. Charles Street, Suite 2210
Baltimore, MD 21201

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to Unsecured Creditors Committee**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Mark T. Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

W. **EXHIBIT A**

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 07/09/12 | S. Albert | L120 | 1.50 | Perform legal research. |
| 07/09/12 | T. Kolkin | L120 | 2.30 | Prepare memorandum. |
| 07/12/12 | S. Albert | L120 | 2.60 | Conduct research and begin outline re same. |
| 07/12/12 | T. Elsen | L120 | 0.70 | Research and conference with S. Albert re same. |
| 07/13/12 | T. Elsen | L120 | 2.30 | Research. |
| 07/15/12 | R. Brager | L120 | 1.00 | Analysis and e-mail to P. Marks and S. Albert re same. |
| 07/16/12 | S. Albert | L120 | 7.00 | Research and outline legal issues and review and comparison of documents. |
| 07/18/12 | P. Marks | L120 | 1.50 | Evaluate legal issues. |
| 07/18/12 | S. Albert | L120 | 9.10 | Research and draft legal analysis. |
| 07/19/12 | S. Albert | L120 | 7.40 | Draft and prepare legal analysis. |
| 07/19/12 | T. Elsen | L120 | 5.30 | Research. |
| 07/20/12 | T. Elsen | L120 | 0.30 | Research. |
| 07/23/12 | S. Albert | L120 | 3.10 | Preparation of legal analysis. |
| 07/23/12 | D. Paul | L120 | 1.40 | Conference with S. Albert and conduct research per S. Albert instructions. |
| 07/24/12 | S. Albert | L120 | 3.00 | Preparation of legal analysis. |
| 07/24/12 | D. Paul | L120 | 1.60 | Conduct additional research per S. Albert instructions. |
| 07/25/12 | S. Albert | L120 | 6.60 | Preparation of legal analysis. |
| 07/25/12 | S. Albert | L120 | 1.40 | Review D. Paul research. |
| 07/26/12 | P. Marks | L120 | 3.40 | Factual research and strategy development re same. |

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 07/26/12 | S. Albert | L120 | 1.10 | Draft correspondence and conference re same. |
| 07/26/12 | S. Albert | L120 | 6.90 | Preparation of legal analysis. |
| 07/26/12 | D. Paul | L120 | 1.70 | Research tasks per S. Albert instructions. |
| 07/29/12 | S. Albert | L120 | 2.00 | Edit legal analysis and send to P. Marks and R. Brager for review. |
| 07/30/12 | R. Brager | L120 | 1.50 | Review and edit analysis; telephone conference with S. Albert re same. |
| 07/30/12 | S. Albert | L120 | 1.50 | Conference with R. Brager re legal analysis and revision with his edits. |
| 07/31/12 | P. Marks | L120 | 1.10 | Prepare memorandum to client re research. |
| 07/31/12 | S. Albert | L120 | 0.60 | Revise legal analysis and additional research for R. Brager. |
| 07/12/12 | E. Wolk | C300 | 0.30 | Research per P. Marks. |
| 07/24/12 | K. Bourdeau | C300 | 1.50 | Review comments and multiple e-mail exchanges re same. |
| 07/25/12 | E. Wolk | C300 | 0.30 | Research. |
| 07/26/12 | J. Lanham | C300 | 5.00 | Research. |
| 07/19/12 | T. Elsen | C300 | 0.80 | Research per P. Marks. |
| 07/25/12 | T. Elsen | C300 | 2.00 | Research per P. Marks. |

**EXHIBIT B**

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 07/03/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/09/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/11/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/13/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/20/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/23/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/24/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/27/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/01/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/03/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/10/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/17/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/24/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/27/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/29/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 08/31/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 09/04/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 09/07/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 09/14/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 09/19/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 09/21/12 | E. Wolk | C300 | 0.50 | Monitoring. |

**EXHIBIT C**

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 07/09/12 | L. Selba | C300 | 1.00 | Compile attachments for petition. |
| 07/10/12 | L. Selba | C300 | 1.00 | Prepare petition. |
| 07/11/12 | L. Selba | C300 | 3.00 | Prepare petition and conduct related research. |
| 07/16/12 | P. Marks | C300 | 2.20 | Evaluate draft petition, and related documents and data. |
| 07/16/12 | L. Selba | C300 | 2.00 | Prepare petition. |
| 07/17/12 | P. Marks | C300 | 3.10 | Detailed review of new information and telephone conference with client re same and draft petition. |
| 07/17/12 | L. Selba | C300 | 9.50 | Prepare petition and telephone conference with client re same. |
| 07/18/12 | L. Selba | C300 | 1.00 | Prepare petition. |
| 07/23/12 | P. Marks | C300 | 0.40 | Conference with L. Selba re other state reviews of petitions and comparison approach to same. |
| 07/23/12 | L. Selba | C300 | 0.40 | Conference with P. Marks re petition. |
| 07/23/12 | L. Selba | C300 | 4.60 | Prepare petition. |
| 07/26/12 | P. Marks | C300 | 1.10 | Prepare for and conduct telephone conference with client team re petition preparation. |
| 07/26/12 | P. Marks | C300 | 2.70 | Prepare petition and data summary. |
| 07/26/12 | P. Marks | C300 | 0.40 | Direct L. Selba and staff re petition tasks. |
| 07/26/12 | L. Selba | C300 | 1.90 | Update data sheet re petition. |
| 07/26/12 | L. Selba | C300 | 1.10 | Prepare for and conduct telephone conference with client re petition. |
| 07/27/12 | P. Marks | C300 | 1.90 | Prepare petition and circulate to team with comments. |
| 07/30/12 | P. Marks | C300 | 1.20 | Prepare petition, including multiple emails with client for follow-up information. |
| 07/30/12. | L. Selba | C300 | 6.00 | Prepare petition. |

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 07/31/12 | P. Marks | C300 | 0.60 | Exchange client emails re petition and factual corrections. |
| 07/31/12 | P. Marks | C300 | 0.90 | Conference with L. Selba to review petition structure and exhibits. |
| 07/31/12 | L. Selba | C300 | 3.10 | Prepare petition. |
| 07/31/12 | L. Selba | C300 | 0.90 | Conference with P. Marks re petition. |