**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| Armstrong World Industries, Inc. | Bankruptcy No. 00-4471-JKF |
|     Debtor | Chapter 11 |
| | Related to Doc. No. 10780 |
| | |
| ACANDS, Inc. | Bankruptcy No. 02-12687-JKF |
|     Debtor | Chapter 11 |
| | Related to Doc. No. 3719 |
| | |
| United States Mineral Products Company | Bankruptcy No. 01-2471-JKF |
| d/b/a Isolatek International | Chapter 11 |
|     Debtor | Related to Doc. No. 3987 |
| | |
| Combustion Engineering, Inc. | Bankruptcy No. 03-10495-JKF |
|     Debtor | Chapter 11 |
| | Related to Doc. No. 3474 |
| | |
| The Flintkote Company | Bankruptcy No. 04-11300-JKF |
| Flintkote Mines Limited | Bankruptcy No. 04-12440-JKF |
|     Debtors | Chapter 11 |
| | Related to Doc. No. 7412 |
| | |
| Owens Corning, *et al.* | Bankruptcy No. 00-3837-JKF |
|     Debtors | Chapter 11 |
| | Related to Doc. No. 21066 |
| | |
| USG Corporation, *et al.* | Bankruptcy No. 01-2094-JKF |
|     Debtors | Chapter 11 |
| | Related to Doc. No. 12679 |
| | |
| W.R. Grace & Co., *et al.* | Bankruptcy No. 11-1139-JKF |
|     Debtors | Chapter 11 |
| | Related to Doc. No. 30366 |

**ORDER REQUIRING CLERK TO RETAIN 2019 STATEMENTS AND EXHIBITS**

**AND NOW**, this **7th** day of **March, 2013**, it is **ORDERED** that, in light of the Opinion

and Order issued on March 1, 2013, by the District Court for the District of Delaware (Civ. A.

No. 11-1130-LPS, Doc. Nos. 64, 65), the Clerk of the Bankruptcy Court shall retain the 2019

statements filed in the above-captioned cases and all exhibits thereto.

Judith K. Fitzgerald    **rmab**
United States Bankruptcy Judge