B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re W.R. Grace & Co., et al., Debtors.                    Case No. 01-01139 (JKF)
                                                                                              (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| THE ENTITIES SET FORTH ON SCHEDULE 1 HERETO AND IN THE PROPORTIONS SET FORTH THEREIN | ICI AMERICAS INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Halcyon Asset Management LP
477 Madison Avenue - 8th floor
New York, New York 10022
Attention: Matt Seltzer

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): 13961[1]
Amount of Claim as Filed: $10,577,000.00
Amount of Claim Transferred: 100%
Date Claim Filed: 3/31/03

Phone: (212) 303-9487
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

_____

---

[1] The Proof of Claim was originally filed against W. R. Grace & Co. Conn., Case No. 01-01179 on March 31, 2003.
771314v.1 463/01275

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HLF LP, as Transferee**
By: Halcyon Asset Management, LLC
Its Investment Manager

By: _____          Date:  3/5/13
Name:  James W. Sykes
Title:  Managing Principal

By: _____
Name:  Aaron Goldberg
Title:  Chief Financial Officer

**HLTS FUND II LP, as Transferee**
By: Halcyon Asset Management, LLC
Its Investment Manager

By: _____          Date:  3/5/13
Name:  James W. Sykes
Title:  Managing Principal

By: _____
Name:
Title:  Aaron Goldberg
        Chief Financial Officer

**HCN LP, as Transferee**
By: Halcyon Offshore Asset Management, LLC
Its Investment Manager

By: _____          Date:  3/5/13
Name:  James W. Sykes
Title:  Managing Principal

By: _____
Name:
Title:  Aaron Goldberg
        Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

771314v.1 463/01275

SCHEDULE 1

| **Transferees** | **Claim Amount**[2] |
|---|---|
| HLF LP | $645,000.00 |
| HLTS Fund II LP | $982,000.00 |
| HCN LP | $1,873,000.00 |
| TOTAL | $3,500,000.00 |

---

[2] Based upon the total stipulated and allowed claim amount of $3,500,000.00.
771314v.1 463/01275

Exhibit A

EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged ICI Americas Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to HLF LP, HLTS Fund II LP and HLN LP, (collectively, "Assignees"), in the proportions set forth below, 100% (or $3,500,000.00) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against W.R. Grace & Co their affiliates and subsidiaries (collectively, the "Debtors"), the debtors in Case No. 01-1139 (JKF) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the proof of claim (No. 13961) filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

| | |
|---|---|
| HLF LP | $645,000.00 |
| HLTS Fund II LP | $982,000.00 |
| HCN LP | $1,873,000.00 |
| | $3,500,000.00 |

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignees the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

766211v.2 463/01275

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27th day of February 2013.

| | |
|---|---|
| HLF LP<br>By: Halcyon Long Term Strategies LP,<br>  Its Investment Manager<br><br>By: _____<br>Name: **James W. Sykes**<br>Title: **Managing Principal**<br><br>By: _____<br>Name: **David Martino**<br>Title: **Controller** | ICI AMERICAS INC.<br><br>By: _____<br>Name:<br>Title:<br><br>By: _____<br>Name:<br>Title: |

HLTS Fund II LP
By: Halcyon Long Term Strategies LP,
  Its Investment Manager

By: _____
Name: **James W. Sykes**
Title: **Managing Principal**

By: _____
Name: **David Martino**
Title: **Controller**

HCN LP
By: Halcyon Offshore Asset Management LLC,
  Its Investment Manager

By: _____
Name: **James W. Sykes**
Title: **Managing Principal**

By: _____
Name: **David Martino**
Title: **Controller**

766211v.2 463/01275

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27th day of February 2013.

HLF LP
By: Halcyon Long Term Strategies LP,
    Its Investment Manager

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

ICI AMERICAS INC.

By: *Amy Shumate* (signature)
Name: Amy Shumate
Title: President

By: *Charles S.K. Scudder* (signature)
Name: Charles S.K. Scudder
Title: Vice President and Secretary

HLTS Fund II LP
By: Halcyon Long Term Strategies LP,
    Its Investment Manager

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

HCN LP
By: Halcyon Offshore Asset Management LLC,
    Its Investment Manager

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

766211v.2 463/01275