**June 14, 2012**
Washington, DC
On 6/14, Radecki, Solganick, Burke and Fischer traveled to Washington, DC for semiannual meeting with Orrick and David Austern. Airfare were included on a previous inovice.

| Joseph Radecki | | |
|---|---|---|
| Jun-12 | Serlin Limo from New Canaan to LGA | $170.00 |
| Jun-12 | Breakfast | $9.14 |
| Jun-12 | Taxi from DCA to Orrick's office | $23.00 |
| Jun-12 | Taxi from Orrick's office to DCA | $23.00 |
| Jun-12 | Fee to move seat forward on plane | $50.00 |
| Jun-12 | Serlin Limo from LGA airport to New Canaan | $179.00 |
| | **Total** | **$454.14** |

| Jason Solganick | | |
|---|---|---|
| Jun-12 | Taxi from airport to meeting | $23.00 |
| Jun-12 | Taxi from meeting to airport | $23.00 |
| Jun-12 | Ride from Airport to Home | $172.10 |
| Jun-12 | Ride from Home to Airport | $209.75 |
| | **Total** | **$427.85** |

| Claire Burke | | |
|---|---|---|
| Jun-12 | Snack at DFW | $1.08 |
| Jun-12 | Dinner at DFW | $7.93 |
| Jun-12 | Cab from DCA to hotel | $25.00 |
| Jun-12 | Breakfast (room service) | $32.74 |
| Jun-12 | Cab from Orrick offices to DCA | $25.00 |
| Jun-12 | Snack at DCA | $1.80 |
| Jun-12 | Dinner at DFW | $7.93 |
| Jun-12 | One night stay at Donovan House | $314.88 |
| Jun-12 | Ride from Airport to Home | $90.00 |
| Jun-12 | Ride from Home to Airport | $93.50 |
| | **Total** | **$599.86** |

| Benji Fischer | | |
|---|---|---|
| Jun-12 | Ride from Airport to Home | $63.53 |
| Jun-12 | Ride from Home to Airport | $89.10 |
| Jun-12 | Lunch | $7.49 |
| | **Total** | **$160.12** |

| | |
|---|---|
| **Grand Total** | **$1,641.97** |
| *Check* | - |