

**AMERICAN EXPRESS® BUSINESS TRAVEL**

Page 1 of 3
Generated: August 6, 2012  6:12 PM

# Travel Arrangements for JEFFREY D KIMBLE

| | | |
|---|---|---|
| Record Locator | DWLOGO | Agent ID: ZH |
| Trip ID | 10840819480 | Phone: (800) 522-4111 |

JEFFREY KIMBLE/314-719-5836
TOWERS PERRIN
101 S. HANLEY ROAD SUITE 900 INTERCO CORPORATI
ST. LOUIS MO 63105
DEL 07AUG

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 8/6/2012 | |
| Ticket Number | 7121872394 | Invoice | 0072706 | |
| Check Digit | 4 | Electronic | Yes | |
| **Billing Code** | WN844411 | | | |

### Charges

| | |
|---|---:|
| Ticket Base Fare | 888.37 |
| Ticket Tax Fare | 88.23 |
| Total (USD) Ticket Amount | 976.60 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **991.60** |

PER TOWERS WATSON PENNSYLVANIA FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details                                   Tuesday August 14, 2012

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 3722 | Distance | 719 Miles |
| | OPERATED BY AMERICAN EAGLE | | |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | Washington Reagan, DC | Plane | Canadair RegionalJet |
| Departing | 6:35 AM | | |
| Arriving | 9:25 AM | | |
| Departure Terminal | TERMINAL 1 | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 16D | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 0 minutes |
| Flight | 3746 | Distance | 719 Miles |
| | OPERATED BY AMERICAN EAGLE | | |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Canadair RegionalJet |
| Departing | 3:20 PM | | |
| Arriving | 4:20 PM | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | TERMINAL 1 |
| Seat | 16A |
| Class | Economy |

## Travel Details

Sunday February 10, 2013

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| DWLOGO | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111☐0 OR 305-913-7359
\*\* PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS \*\*
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULD REPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.



AMERICAN EXPRESS® BUSINESS TRAVEL

Page 1 of 3
Generated: August 6, 2012 6:12 PM

## Travel Arrangements for JENNIFER LEE BIGGS

| | | |
|---|---|---|
| **Record Locator** | DOGEJZ | **Agent ID:** ZE |
| **Trip ID** | 10827136431 | Phone: (800) 522-4111 |
| | JENNIFER BIGGS/314-719-5843 | |
| | TOWERS PERRIN | |
| | 101 S. HANLEY ROAD SUITE 900 INTERCO CORPORATI | |
| | ST. LOUIS MO 63105 | |
| | DEL 07AUG | |

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 8/6/2012 | |
| Ticket Number | 7121872393 | Invoice | 0072705 | |
| Check Digit | 3 | Electronic | Yes | |
| **Billing Code** | WN820127 | | | |

### Charges

| | |
|---|---:|
| Ticket Base Fare | 888.37 |
| Ticket Tax Fare | 88.23 |
| Total (USD) Ticket Amount | 976.60 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **991.60** |

PER TOWERS WATSON PENNSYLVANIA FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details         Tuesday August 14, 2012

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 3722 | Distance | 719 Miles |
| | OPERATED BY AMERICAN EAGLE | | |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | Washington Reagan, DC | Plane | Canadair RegionalJet |
| Departing | 6:35 AM | | |
| Arriving | 9:25 AM | | |
| Departure Terminal | TERMINAL 1 | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 15D | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 0 minutes |
| Flight | 3746 | Distance | 719 Miles |
| | OPERATED BY AMERICAN EAGLE | | |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Canadair RegionalJet |
| Departing | 3:20 PM | | |
| Arriving | 4:20 PM | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™



| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | TERMINAL 1 |
| Seat | 16D |
| Class | Economy |

## Travel Details

Sunday February 10, 2013

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | | JENNIFER LEE BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| DOGEJZ | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111☐0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULD REPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.