# Exhibit "B"

# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax:   (302) 575-1714

WR Grace PD Committee                          Oct. 1        to      Oct. 31, 2012

Inv. #          45521

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 6.40 | 1,962.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 216.00 |
| B18 | Fee Applications, Others - | 1.20 | 225.00 |
| B25 | Fee Applications, Applicant - | 1.80 | 363.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.90 | 324.00 |
| B36 | Plan and Disclosure Statement - | 1.00 | 319.50 |
| B37 | Hearings - | 2.00 | 720.00 |
| **Total** | | **13.90** | **$4,129.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.10 | 330.00 |
| Regina Matozzo | 225.00 | 2.10 | 472.50 |
| Theodore J. Tacconelli | 360.00 | 8.20 | 2,952.00 |
| Paralegal - MAG | 150.00 | 0.30 | 45.00 |
| Legal Assistant - KC | 150.00 | 2.20 | 330.00 |
| **Total** | | **13.90** | **$4,129.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                          **$121.60**

Invoice #:      45521                        Page   2                        Oct.1- Oct. 31, 2012

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-12 | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| Oct-02-12 | *Case Administration* - Review Amended 2019 Statement filed by David Law Firm | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review CIM Urban Reit 211 Main St.'s Motion for Leave to File Reply with attachments | 0.40 | TJT |
| Oct-03-12 | *Case Administration* - Review main docket re: status for week ending 10/2/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Review BNSF's Motion to Dismiss Appeal no. 12-2917 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review modified order granting CIM Urban Reit 211 Main St.'s Motion for Leave to File Reply | 0.10 | TJT |
| | *Fee Applications, Applicant* - Finalize and prepare invoice as exhibit to August 2012 fee application | 0.20 | KC |
| | *Fee Applications, Applicant*- Draft August 2012 fee application, notice and cos; to LLC for review | 0.30 | KC |
| | *Fee Applications, Others* - Email to L. Flores re: status of Bilzin monthly fee app for August 2012 | 0.10 | KC |
| Oct-04-12 | *Fee Applications, Applicant* - Review August 2012 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review case management memo re: week ending 10-2-2012 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Order dismissing Appeal no. 12-2917 | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/28 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare August 2012 fee app for filing; efile and service of same | 0.30 | KC |
| Oct-05-12 | *Case Administration* - Review notice of agenda re: 10-15-2012 hearing | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Oct-06-12 | *Hearings* - Review Agenda for 10/15 hearing | 0.10 | TJT |
| | *Case Administration* - Review Notice of Request for Removal from Service List re: Archer & Greiner | 0.10 | TJT |
| Oct-08-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Reply to objection by Main Plaza filed by CIM Urban Reit 211 Main St. | 0.40 | TJT |
| Oct-09-12 | *Fee Applications, Others* - Trade emails with KC re: status of Bilzin August fee app | 0.10 | LLC |
| | *Case Administration* - Review order approving quarterly fee apps for the 44th Period and forward same to KC | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Order by Judge Buckwalter dismissing appeal 09-766 | 0.10 | TJT |
| | *Case Administration* - Review 17th Supplemental Declaration by Orrick | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration*   - Review order approving 44th Interim Period Quarterly Fee apps | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Fee Applications, Others* - Email to and from LLC re: status of Bilzin August 2012 monthly fee app | 0.10 | KC |
| | *Case Administration* - Email from LLC with attached Order approving 44th Quarterly fee app | 0.10 | KC |
| Oct-10-12 | *Case Administration* - Review 31st Supplemental Declaration by K& E | 0.10 | TJT |
| Oct-11-12 | *Case Administration* - Review Amended 2019 Statement filed by Lipsitz & Ponterio | 0.10 | TJT |
| | *Fee Applications, Others* - Additional e-mail to L. Flores re: Bilzin August 2012 fee app status | 0.10 | KC |
| | *Fee Applications, Others* - Response e-mail from L. Flores re: Bilzin August 2012 fee app | 0.10 | KC |
| Oct-12-12 | *Case Administration* - Review Debtor's Statement of amounts paid to OCP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Motion to Dismiss Appeal 12-2967 | 0.10 | TJT |
| | *Fee Applications, Others* - Draft Bilzin August monthly fee app for filing; to LLC for review | 0.20 | KC |
| Oct-13-12 | *Case Administration* - Review 2019 Statement filed by Goldenberg Heller | 0.10 | TJT |
| | Hearings - Review matters on agenda for 10/15 hearing | 1.20 | TJT |
| Oct-15-12 | *Case Administration* - Review case management memo re: week ending 10-12-2012 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to   T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 10/12/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review Case Status memo for week ending 10/12 | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: results of hearing today | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: hearing transcript | 0.10 | TJT |
| Oct-16-12 | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Substitution of Counsel filed by Lawson Electric Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Dismissal of Appeal by BNSF re: appeal 09-763 | 0.10 | TJT |
| Oct-17-12 | *Case Administration* - Review two miscellaneous certificates of no objection   filed by Debtors | 0.10 | TJT |
| Oct-18-12 | *Fee Applications, Others* - Review Bilzin August 2012 fee app for filing and confer with M. Guggenberger re: same | 0.20 | LLC |
| | *Case Administration* - Review Debtor's Motion to Approve Settlement with Dairyland Ins. Co with attachments | 0.80 | TJT |
| | *Fee Applications, Others* - E file and service of Bilzin August 2012 fee app | 0.30 | MAG |
| Oct-19-12 | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: Omnibus hearing in November | 0.20 | TJT |

Invoice #:    45521              Page 4              Oct. 1- Oct. 31, 2012

| | | | |
|---|---|---|---|
| Oct-22-12 | *Case Administration* - Review case management memo re: week ending 10-19-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 10/19/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 10/19 | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: Main Plaza proposed Order re: Objection to Notice of Transfer of Claim | 0.20 | TJT |
| Oct-23-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review order re: Objection by Main Plaza to Notice of Transfer of Claim | 0.10 | TJT |
| Oct-24-12 | *Plan and Disclosure Statement* - Review AMH's Motion to Extend time to File Opening Brief re: appeal 12-2923 | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Amend OCP Cap for SC&H Consulting | 0.20 | TJT |
| Oct-25-12 | *Plan and Disclosure Statement* - Review order granting AMH's Motion to Extend Time to File Opening Brief re: appeal 12-2923 | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli (10-23) re: case status; follow up re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft prebill for Sept. 2012 fee app; to TJT for review | 0.20 | KC |
| Oct-26-12 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Confer with LLC re: status of confirmation appeals and status of case | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to August 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft CNO to August 2012 fee app; to LLC for review | 0.20 | KC |
| Oct-27-12 | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce September prebill | 0.30 | TJT |
| Oct-30-12 | Committee, Creditors', Noteholders' or -Review correspondence from committee member re: hearing transcript | 0.10 | TJT |
| Oct-31-12 | *Fee Applications, Applicant* - Review CNO re: August 2012 monthly fee app for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: hearing transcript | 0.10 | TJT |

Totals                                                      13.90

Invoice #:      45521                          Page   5                          Oct. 1- Oct. 31, 2012

## DISBURSEMENTS

| | | | |
|---|---|---|---:|
| Oct-02-12 | Photocopy Cost | | 1.20 |
| Oct-03-12 | Photocopy Cost | | 0.60 |
| | Photocopy Cost | | 0.70 |
| | Photocopy Cost | | 0.70 |
| Oct-04-12 | Photocopy Cost | | 3.20 |
| Oct-08-12 | Photocopy Cost | | 1.10 |
| Oct-12-12 | Photocopy Cost | | 0.90 |
| Oct-13-12 | Photocopy Cost | | 8.60 |
| | Photocopy Cost | | 1.10 |
| | Photocopy Cost | | 1.90 |
| | Photocopy Cost | | 1.10 |
| Oct-15-12 | Photocopy Cost | | 0.60 |
| Oct-19-12 | Cost Advance - | First State Deliveries - hand delivery | 7.50 |
| Oct-25-12 | Cost Advance - FJ0093 | Pacer Service Center - 7/1/12-9/30/12 (TJT) Account # | 25.40 |
| | Cost Advance - # FJ0091 | Pacer Service Center - 7/1/12-9/30/12 (RSM) Account | 15.80 |
| | Cost Advance - FJ0497 | Pacer Service Center - 7/1/12-9/30/12 (RM) Account # | 49.70 |
| Oct-26-12 | Photocopy Cost | | 0.50 |
| | Photocopy Cost | | 1.00 |

Totals                                                                          $121.60

**Total Fees & Disbursements**                                      **$4,251.10**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax:   (302) 575-1714

WR Grace PD Committee                                        Nov. 1, 2012 to Nov. 30, 2012

Invoice #:    45771

RE:      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|---|---|
| B14 | Case Administration - | 6.90 | 2,320.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.50 | 180.00 |
| B18 | Fee Applications, Others - | 2.30 | 390.00 |
| B25 | Fee Applications, Applicant - | 3.30 | 603.00 |
| B36 | Plan and Disclosure Statement - | 2.80 | 994.50 |
| B37 | Hearings - | 0.10 | 36.00 |
| B45 | Professional Retention Issues - | 0.30 | 108.00 |
| | **Total** | **16.20** | **$4,632.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 300.00 | 0.80 | 240.00 |
| Regina Matozzo | 225.00 | 0.60 | 135.00 |
| Theodore J. Tacconelli | 360.00 | 9.70 | 3,492.00 |
| Legal Assistant - KC | 150.00 | 5.10 | 765.00 |
| **Total** | | **16.20** | **$4,632.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                 **$107.05**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-12 | *Committee, Creditors', Noteholders' or* - Prepare correspondence to committee member re: 10/15/12 hearing transcript | 0.20 | TJT |
| | *Fee Applications, Others* - Download Bilzin Sept. 2012 fee app documents | 0.10 | KC |
| | *Fee Applications, Others* - Revisions to Bilzin Sept. 2012 fee app Notice; prepare cos to same; to LLC for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection to August 2012 fee app for efilng; efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to Sept. invoice; to TJT for review | 0.10 | KC |
| Nov-02-12 | *Fee Applications, Others* - Review Bilzin Sept. 2012 fee app for filing and confer with KC re: same | 0.20 | LLC |
| | *Case Administration* - Review Debtor's Motion to Approve Cash Settled Collar Agreement with attachments | 1.30 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Sept. 2012 monthly fee app for filing; efile and service of same | 0.30 | KC |
| Nov-03-12 | *Case Administration* - Review Revised Notice of Motion re: Debtor's Motion to Approve Cash Settled Collar Agreement | 0.20 | TJT |
| Nov-05-12 | *Case Administration* - Review Notice of Filing executed signature page for Declaration in support re: Debtor's Motion to Authorize Cash Settled Collar Agreement | 0.10 | TJT |
| | *Fee Applications, Applicant* - Memo from T. Tacconelli, additional revision to Sept. 2012 invoice; finalize same as exhibit A to Sept. 2012 monthly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Sept. 2012 monthly fee application and related documents; to LLC for review | 0.30 | KC |
| Nov-06-12 | *Case Administration* - Review memo from T. Tacconelli re: case status and response to TJT re: same | 0.20 | KC |
| Nov-07-12 | *Case Administration* - Review Fee Auditor's Final report re: PSZY&J 45th Interim Period Quarterly fee app | 0.10 | TJT |
| Nov-09-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin August 2012 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection to Bilzin August 2012 fee app; to LLC for review | 0.20 | KC |
| Nov-10-12 | *Case Administration* - Review Debtor's Post Confirmation Quarterly Report | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Qualified Settlement Fund with attachments | 0.90 | TJT |
| Nov-12-12 | *Case Administration* - Complete review of Debtor's Motion to Approve Qualified Settlement Fund | 0.80 | TJT |
| | *Fee Applications, Applicant* - Begin preparation of 46th Quarterly fee app for July, Aug, Sept 2012 | 0.40 | KC |
| Nov-13-12 | *Case Administration* - Confer with TJT re: status of matter | 0.10 | LLC |
| | *Case Administration* - Review Certificates of No Objection filed by Debtors re: Motion to Approve Settlement with Dairyland Insurance Co. | 0.10 | TJT |
| | *Case Administration* - Confer with LLC re: possible effective date for plan in 2013 | 0.10 | TJT |
| | *Case Administration* - Review order Dismissing Pleading at docket no. 29858 and review docket to confirm pleading | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Correspondence with J. Sakalo and committee member re: documents related to confirmation, review file and | 0.60 | TJT |

| | | | |
|---|---|---|---|
| | docket re: same | | |
| | *Plan and Disclosure Statement* - Review article re: possible effective date for plan in 2013 | 0.10 | TJT |
| Nov-14-12 | *Case Administration* - Review case management memo re: week ending 11-13-2012 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with KC and efile Sept. 2012 monthly fee app | 0.30 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to  T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 11/13/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement*  - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Motion to Amend OCP Cap to Increase CAP | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 11/9 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare Sept;. 2012 fee app for service, effectuate service of same | 0.20 | KC |
| Nov-15-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Nov-16-12 | *Case Administration* - Review order re: debtor's Motion to Approve Settlement with Diaryland Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review correspondence from D. Klauder re: no longer UST Trial attorney assigned to case | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review order re: Debtor's Motion to Amend OCP Cap | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Quarterly fee app for July, Aug. Sept. 2012 and response to same | 0.10 | KC |
| Nov-17-12 | *Professional Retention Issues* - Review Debtor's Motion to Modify and Expand Scope of Retention of Baker Donelson | 0.30 | TJT |
| Nov-19-12 | *Case Administration* - Confer with K. Callahan re: D. Klauder no longer UST Trial attorney assigned to case | 0.10 | TJT |
| | *Hearings* - Review Agenda for 11/26 hearing | 0.10 | TJT |
| Nov-20-12 | *Fee Applications, Others* - Review certificate of no objection re: Bilzin August 2012 fee app for filing and confer with KC re: same | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re: Quarterly Fee Apps with no objections for 45th Interim Period with attachments | 0.60 | TJT |
| Nov-21-12 | *Case Administration* - confer with K. Callahan re: Fee Auditor's Final Report for 45th Interim Period | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re: amounts for 45th Quarterly fee app, review same | 0.20 | KC |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's August 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| Nov-23-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-24-12 | *Committee, Creditors', Noteholders' or-* Correspondence   with Committee member re: status of various appeals in 3rd Circuit | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review dockets in various appeals in 3rd Circuit re: status | 0.40 | TJT |
| Nov-26-12 | *Fee Applications, Others* - Download Bilzin 46th Quarterly fee app for July, Aug. Sept. 2012; review and format for filing, preparation of notice for same; to LLC for review | 0.30 | KC |

Invoice #:    45771                     Page    4                     Nov. 1-Nov. 30, 2012

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* - Prepare COS to Bilzin 46th Quarterly fee app, formatting of same | 0.30 | KC |
|  | *Fee Applications, Applicant* - Continued preparation of 46th Quarterly fee app and related documents, prepare COS; to LLC for review of same | 1.00 | KC |
| Nov-27-12 | *Fee Applications, Others* - Review docket for objections to Bilzin Sept. 2012 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Others* - Draft certificate of no objection to Bilzin Sept. 2012 monthly fee app; to LLC for review | 0.20 | KC |
| Nov-28-12 | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce's October Pre bill | 0.30 | TJT |
|  | *Plan and Disclosure Statement*   - Review AMH's Motion for Extension to File opening Brief | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Prepare draft invoice for October 2012 monthly fee app; to TJT for review of same | 0.20 | KC |
| Nov-29-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-30-12 | *Plan and Disclosure Statement*   - Start reviewing State of Montana's Opening Brief | 1.50 | TJT |
|  | *Fee Applications, Applicant* - Revisions to Oct. 2012 invoice | 0.10 | KC |
|  | *Fee Applications, Applicant*- Begin draft October 2012 monthly fee application; to LLC for review | 0.10 | KC |
|  | Totals | 16.20 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Nov-01-12 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.50 |
|  | Cost Advance - J&J Court Transcribers | 18.00 |
| Nov-02-12 | Photocopy Cost | 3.40 |
|  | Cost Advance - postage - 1@$.45 | 0.45 |
| Nov-05-12 | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.70 |
| Nov-12-12 | Cost Advance - First State Deliveries - hand delivery 11/1/12 | 7.50 |
| Nov-14-12 | Photocopy Cost | 3.00 |
| Nov-20-12 | Cost Advance - First State Deliveries - hand delivery 11/2/12 | 7.50 |
| Nov-21-12 | Photocopy Cost | 3.90 |
| Nov-27-12 | Cost Advance - First State Deliveries - hand delivery 11/14/12 | 7.50 |
| Nov-29-12 | Cost Advance - First State Deliveries - hand deliveries 11/21/12 | 45.00 |
| Nov-30-12 | Photocopy Cost | 7.00 |
|  | Totals | $107.05 |

**Total Fees & Disbursements**                          **$4,739.05**

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax:   (302) 575-1714

WR Grace PD Committee                          December 1, 2013 to December 31, 2013

Inv #:          46047

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------|------|
| B14 | Case Administration - | 3.90 | 1,314.00 |
| B18 | Fee Applications, Others - | 2.70 | 435.00 |
| B25 | Fee Applications, Applicant - | 3.40 | 618.00 |
| B36 | Plan and Disclosure Statement - | 9.90 | 3,564.00 |
| B37 | Hearings - | 0.20 | 72.00 |
| | **Total** | **20.10** | **$6,003.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------|------|------|------|
| Lisa L. Coggins | 300.00 | 0.60 | 180.00 |
| Theodore J. Tacconelli | 360.00 | 13.80 | 4,968.00 |
| Paralegal - MAG | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 5.50 | 825.00 |
| **Total** | | **20.10** | **$6,003.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                              $320.15

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Dec-01-12 | *Plan and Disclosure Statement* - Finish review of State of Montana's Opening Brief | 0.50 | TJT |
| Dec-02-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-03-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* -  Memo from TJT re: case status; update; reply to T. Tacconelli re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Further formatting of invoice for Oct. 2012 monthly fee app as Exhibit A | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft notice, monthly fee app for Oct. 2012 | 0.30 | KC |
| Dec-04-12 | *Case Administration* - Review fee auditor report re: fee apps with no issues and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Sept. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin 46th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 46th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Oct. 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Approve Qualified Settlement Fund | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Certificate of No Objection to Sept. 2012 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Oct. 2012 monthly fee application for efiling, efile and service of same | 0.30 | KC |
| Dec-05-12 | *Case Administration* - Review Fee Auditor's Amended Final Report for 45th Interim Period re: no objections | 0.10 | TJT |
| | *Fee Applications, Others* - Revisions to Bilzin 46th Quarterly fee app for July, Aug and Sept. 2012; prepare same for efiling | 0.30 | KC |
| | *Fee Applications, Others* - Efile of Bilzin 46th Quarterly fee app for July, Aug. and Sept. 2012 | 0.30 | KC |
| | *Fee Applications, Others* - Coordinate service of notice of Bilzin 46th Quarterly fee app to parties on the 2002 service list | 0.20 | KC |
| | *Fee Applications, Others* - Serve Bilzin 46th Quarterly fee app to core list members | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to 46th Quarterly fee app for July through Sept. 2012; prepare same for efiling | 0.30 | KC |
| | *Fee Applications, Applicant* - Efile of 46th Quarterly fee app for July through Sept. 2012 | 0.30 | KC |
| | *Fee Applications, Applicant* - Coordinate service of notice of 46th Quarterly fee app to parties on the 2002 service list | 0.20 | KC |
| | *Fee Applications, Applicant* - Service of 46th Quarterly fee app to core list members | 0.20 | KC |
| Dec-06-12 | *Plan and Disclosure Statement* - Start review of Bank Lender Group's Opening Brief | 2.30 | TJT |
| Dec-07-12 | *Plan and Disclosure Statement* - Complete review of Bank Lender Group's Opening Brief | 1.20 | TJT |
| Dec-08-12 | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Approve Cash-Settled Collar Agreement | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Fee Auditor's Combined Final Report re: Baker Donelson for 30th and 31st Interim Periods | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Start review of Garlock's Opening Brief | 1.30 | TJT |
| Dec-10-12 | *Case Administration* - Review correspondence from P. Cuniff re: 45th Interim Period Quarterly Fee and Expense Chart | 0.10 | TJT |
|  | *Case Administration* - Review 45th Interim Period Quarterly Fee and Expense Chart | 0.10 | TJT |
|  | *Case Administration* - Confer with K. Callahan re: 45th Interim Period Quarterly Fee and Expense Chart | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Complete review of Garlock's Opening Brief | 1.20 | TJT |
| Dec-11-12 | *Fee Applications, Applicant* - Review CNO re: Sept. 2012 monthly fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review correspondence from UST re: request for information by PD Claimant | 0.10 | TJT |
|  | *Case Administration* - Review correspondence from E. Westbrook re: request for information by P D Claimant | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel filed by Debtors re: proposed order for 45th Interim Period Quarterly fees | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Withdrawal of Notice of Transfer of Claim by Fair Harbor Capital re: claim no. 30018 | 0.10 | TJT |
|  | *Case Administration* - Review modified Order approving Debtor's Motion to Approve Cash Settled Collar Agreement | 0.10 | TJT |
|  | *Hearings* - Review agenda for 12/17 hearing | 0.10 | TJT |
|  | *Fee Applications, Applicant* - File Certificate of No Objection to September 2012 monthly fee app | 0.20 | MAG |
|  | *Fee Applications, Others* - Email to L. Flores re: status of Oct. monthly fee app of Bilzin Sumberg | 0.10 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to Sept. 2012 fee app | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection to Sept. 2012 fee app; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Discussion with MAG re: filing and serving certificate of no objection to Sept. 2012 fee app | 0.10 | KC |
| Dec-12-12 | *Case Administration* - Review Certificate of Counsel filed by Debtors re: 45th Interim Period project category summary | 0.10 | TJT |
|  | *Case Administration* - Review order granting Debtor's Motion re: Qualified Settlement Fund | 0.10 | TJT |
|  | *Case Administration* - Confer with K. Callahan re: 45th Interin Period project category summary | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Withdrawal of Document filed by PDFCR | 0.10 | TJT |
|  | *Case Administration* - Review order approving 45th Interim Period Quarterly fees | 0.10 | TJT |
| Dec-13-12 | *Plan and Disclosure Statement* - Start review of AMH's Opening Brief | 1.00 | TJT |
|  | *Hearings* - Review Amended Agenda for 12/17 hearing | 0.10 | TJT |
| Dec-14-12 | *Plan and Disclosure Statement* - Complete review of AMH's Opening Brief | 0.90 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Extension granted to Appellants re: appeal 12/14/02 | 0.10 | TJT |
| Dec-15-12 | *Plan and Disclosure Statement* - Review Opening Amici Brief of Loan Syndications | 0.70 | TJT |

Invoice #:    46047                Page   4                Dec.1-Dec.31, 2012

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review Order re: Noncomplaint Brief re: AMH Opening Brief | 0.10 | TJT |
| Dec-16-12 | *Case Administration* - Review Debtor's 45th Quarterly Report of Asset Sales | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's 45th Quarterly Report of Settlements | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review status of various appeals | 0.30 | TJT |
| Dec-18-12 | *Plan and Disclosure Statement* - Briefly review AMH's refiled Opening Brief | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Addendum to AMH's Opening Brief | 0.10 | TJT |
| Dec-20-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-21-12 | *Fee Applications, Applicant* - Prepare draft invoice for Nov. 2012 fee app; to TJT for review of same | 0.10 | KC |
| Dec-24-12 | *Case Administration* - Review three miscellaneous correspondence certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Motion to Authorize Third Amendment To Post Petition Credit Facility with attachment | 0.50 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce October Prebill | 0.30 | TJT |
| Dec-26-12 | *Case Administration* - Memo to K. Callahan re: 2013 hearing schedule | 0.10 | TJT |
| Dec-27-12 | *Case Administration* - Review Notice from clerk of court re: corrective entry for docket no. 30062 and review same | 0.10 | TJT |
|  | *Case Administration* - Review order rescheduling 1/28/13 hearing | 0.10 | TJT |
|  | *Case Administration* - Correspondence with J. Sakalo re: order rescheduling 1/28/13 hearing | 0.20 | TJT |
| Dec-29-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-31-12 | *Case Administration* - Case status update from T. Tacconelli, review and respond re: same | 0.20 | KC |
|  | *Fee Applications, Others* - Review e-mail from L. Flores and download Bilzin October 2012 fee application | 0.20 | KC |
|  | *Fee Applications, Others* - Revise notice of Bilzin Oct. 2012 fee app, draft cos to same, to LLC for review | 0.20 | KC |
|  | *Fee Applications, Others* - Review e-mail from L. Flores and download Bilzin Nov. 2012 fee application | 0.20 | KC |
|  | *Fee Applications, Others* - Revision to notice of Bilzin Nov. 2012 fee app, draft cos to same; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin's 46th Quarterly fee app for July-Sept. 2012 | 0.10 | KC |
|  | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's 46th Quarterly fee app for July-Sept. 2012; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to 46th Quarterly fee app for July-Sept. 2012 | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection to 46th Quarterly fee app for July-Sept. 2012, to LLC for review | 0.20 | KC |
|  | Totals | 20.10 |  |