# EXHIBIT 1



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2013 | 1.3 | $273.00 | Analysis of R Barakat/K&E email re Class 6 Garlock issue |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2013 | 1.2 | $252.00 | Analysis of b-Linx and docket re Southpaw claims transfer research |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/10/2013 | 0.2 | $39.00 | Communication with M Araki re appropriate processing of multi-site agreement claims (.1); review claim 9634 re same (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2013 | 1.0 | $210.00 | Analyze L Esayian/K&E email re asbestos pd allowed claims report (.1); prep report of allowed asbestos pd claims (.8); prep email to L Esayian re report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2013 | 0.5 | $105.00 | Analyze R Finke email re LAUSD and Epec Realty claims (.1); research b-Linx re same (.3); prep email to R Finke re research results (.1) |
| | | | Total: | 4.2 | $879.00 | |
| **WRG Asbestos PI Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2013 | 1.2 | $252.00 | Telephone from K Love/K&E re related tort claimants (.1); research related tort claimants (.8); prep email to K Love re potential related tort claimants (.2); telephone to K Love re follow-up (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2013 | 3.8 | $798.00 | Work on K Love tort claims project |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2013 | 3.5 | $735.00 | Continue work on K Love tort claims project (2.5); prep spreadsheet of claims (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2013 | 0.8 | $168.00 | Analysis of R Higgins email re Scotts Co settlement in adv docket and research re Bk docket (.1); analyze BK docket re Scotts settlement pleadings (.4); prep email to R Higgins re research results (.2); prep email to R Higgins re add'l info in DRTT re Scotts settlement (.1) |
| | | | Total: | 9.3 | $1,953.00 | |
| **WRG Case Administration** | | | | | | |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/2/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ERIN KRAMER - CAS | | $65.00 | 1/2/2013 | 0.1 | $6.50 | Prepare 2 Pieces of Correspondence for Processing to Claims Database. |
| TERESA THOMAS - CAS | | $65.00 | 1/2/2013 | 0.2 | $13.00 | Review incoming correspondence (.1); prepare for processing to case claims database (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/3/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2013 | 3.0 | $630.00 | Analyze S Cohen 4th Qtr draft SEC reports (.8); begin review of files re SEC reporting (2.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2013 | 0.4 | $84.00 | Analyze S Fritz email re draft Dec invoice (.1); analyze draft invoice (.1); prep email to S Fritz re revisions to draft Dec invoice (.1); analyze revised draft Dec invoice (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2013 | 0.5 | $105.00 | Analyze S Cohen email re updates to claims per audit and impact on 4th Qtr SEC reporting (.1); prep email to S Cohen re request for claims affected (.1); analyze S Cohen email re claim 3134 and reporting (.1); analyze b-Linx re claim 3134 (.1); prep email to S Cohen re claim 3134 reporting (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/4/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |


information management

WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/4/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| BRIANNA TATE - CAS | | $45.00 | 1/7/2013 | 0.7 | $31.50 | Review Court docket Nos. 30089, 30094-30111, 30113-30119 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 1/7/2013 | 0.1 | $4.50 | Telephone with Pamela Thomas at (540) 947-2314 / RE: status of distributions. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/7/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2013 | 0.5 | $105.00 | Analysis of H Hancock email re IRS amended claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2013 | 1.0 | $210.00 | Analysis of S Cohen email re 4th Qtr data for SEC reporting |
| MIREYA CARRANZA - CAS | | $45.00 | 1/7/2013 | 0.2 | $9.00 | Review and loading COA's Postage for previous month (.1), complete pdf on production billing (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/8/2013 | 0.4 | $38.00 | Audit categorization updates related to Court docket nos 30089, 30094-30119 |
| BRIANNA TATE - CAS | | $45.00 | 1/8/2013 | 0.2 | $9.00 | Review non-claim correspondence received by BMC at claims PO Box (.1); email correspondence with M Araki re: info request (.1) |
| BRIANNA TATE - CAS | | $45.00 | 1/8/2013 | 0.1 | $4.50 | Forwarded docket discrepancy issue (30120) to DevTeam for further review and resolution. |
| BRIANNA TATE - CAS | | $45.00 | 1/8/2013 | 0.1 | $4.50 | Review Court docket Nos. 30120-30125 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/8/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/8/2013 | 0.4 | $44.00 | Audit updates performed in the claims database pursuant to various COAs received by creditors (.3); relate image of request to impacted entries (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2013 | 3.0 | $630.00 | Analyze reports and files re info for SEC reporting for 4th Qtr |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2013 | 0.5 | $105.00 | Analyze emails from team re bi-monthly updates (.2); prep email to team re Bi-monthly status (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2013 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/8/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| WILLIAM DOWNING - SR_ANALYST | | $95.00 | 1/8/2013 | 0.5 | $47.50 | Update docket entries per Cassman request (.3); verify updates in DRTT (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/9/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30120, 30122-30125 |
| BRIANNA TATE - CAS | | $45.00 | 1/9/2013 | 0.2 | $9.00 | Review Court docket Nos. 30126-30135 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/9/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/9/2013 | 0.2 | $22.00 | Telephone with Frank Bona at (952) 404-5700 / RE: creditor inquiry to use BMC website to revise address, and provided contact info for Rust Consulting to update address |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/9/2013 | 0.1 | $11.00 | Prepare one Proof of Service related to partial transfer notice, email to notice group for filing. |
| MABEL SOTO - CAS | | $45.00 | 1/9/2013 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 30130 |



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MABEL SOTO - CAS | | $45.00 | 1/9/2013 | 0.1 | $4.50 | Prepare Transfer Notice - Southpaw Credit Opportunity Master Fund re: dkt 30130; and Notice of Transfer Longacre Master Fund re: dkt 30130 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/9/2013 | 3.5 | $735.00 | Work on draft 10K info for 4th Qtr 2012 for R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/9/2013 | 1.5 | $315.00 | Prep email to H Hancock re ZAI claim count updates (.1); analysis of H Hancock email re ZAI claim counts (.1); revise 4th Qtr SEC narrative (.8); prep comparison of draft vs updated narrative (.3); prep email to R Higgins re updated SEC narrative (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/9/2013 | 0.2 | $39.00 | Review notice of transfer of claim re Long Acre Claim No. 9553 to Southpaw Credit (.1); email to M Araki re claim No. identification (.1) |
| BRIANNA TATE - CAS | | $45.00 | 1/10/2013 | 0.1 | $4.50 | Review Court docket Nos. 30136-30140 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/10/2013 | 0.3 | $33.00 | Review DRTT for newly filed docket entries vs cm/ecf to identify discrepancies (.2); prepare email to Data Grp re DRTT corrections (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/10/2013 | 0.6 | $66.00 | Review emails from M. John and M Araki re: recommended changes to Notice of Transfer (.3); revise Notice of Transfer per request (.3). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2013 | 2.8 | $588.00 | Continue DRTT analysis and b-Linx audit (2.0); revise b-Linx per audit (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2013 | 0.5 | $105.00 | Prep case status update to team (.2); analysis of T Feil email re add'l info request (.1); prep email to T Feil re add'l info request (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2013 | 0.2 | $42.00 | Analysis of S Fritz email re allocation of payment received, outstanding items (.1); prep email to J Day re status of June invoice (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/11/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket nos 30126-30129, 30131-30138 |
| BRIANNA TATE - CAS | | $45.00 | 1/11/2013 | 0.2 | $9.00 | Review Court docket Nos. 30141-30145 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2013 | 0.3 | $63.00 | Emails to/from T Feil re add'l questions re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2013 | 0.2 | $42.00 | Analyze J Day email re status of June invoice (.1); prep email to S Fritz re same (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/12/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30141-30145 |
| BRIANNA TATE - CAS | | $45.00 | 1/14/2013 | 0.1 | $4.50 | Review Court docket No. 30146 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/14/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2013 | 1.3 | $273.00 | Analysis of Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/15/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30146 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2013 | 0.8 | $168.00 | Analysis of S Cohen emails to H Hancock re claims and transfer updates (.2); analysis of updated data (.6) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/16/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/16/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |



**WR Grace**
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/16/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2013 | 0.4 | $84.00 | Emails from (.2)/to (.2) M Grimmett, M Booth, Rey dela Cruz re K Love issue with b-Linx and claim images |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/17/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 1/18/2013 | 0.1 | $6.50 | Email exchange w/ M Booth transmitting Notices of Transfer of Claims for service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/18/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERESA THOMAS - CAS | | $65.00 | 1/18/2013 | 0.2 | $13.00 | Review correspondence received from claimans (.1); forward to Cassman for handling (.1) |
| TERESA THOMAS - CAS | | $65.00 | 1/18/2013 | 0.2 | $13.00 | Process 1 piece of returned mail (.1) and record to Notice System (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2013 | 0.3 | $63.00 | Prep email to H Hancock re status of IRS amended claims process (.1); analyze S Fritz email re payment received and application (.1); prep email to S Fritz re application of payment (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/21/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/22/2013 | 0.3 | $28.50 | Audit categorization updates related to Court Docket nos 30151-30153, 30157, 30459-30160, 30163-30170, 30174-30179 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/22/2013 | 0.4 | $84.00 | Analyze bi-monthly status updates from team (.2); prep update to team re case status (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/22/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/22/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2013 | 0.7 | $147.00 | Analyze J Conklin email re Rust CD with new IRS claims received (.1); prep email to H Hancock re CD data file received (.1); analyze claims uploaded by J Conklin (.2); revise recon notes and data for new IRS amended claims (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2013 | 0.5 | $105.00 | Prep data file for G Kruse upload re revision to deemed amts (.4); prep email to G Kruse re systematic revision to deemed amts (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2013 | 0.3 | $63.00 | Analyze M John email re audit of claims approved by order and two claims for further review (.2); analyze G Kruse email re completion of data update to claims per request (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/23/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2013 | 0.2 | $42.00 | Analyze S Cohen email re H Hickman/McGuire Woods inquiry (.1); telephone to H Hickman/McGuire Woods re inquiry (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2013 | 0.8 | $168.00 | Analyze status of R Higgins open claims task list status and b-Linx updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/24/2013 | 0.1 | $11.00 | Telephone with Heather of McGuire Woods at (412) 667-6075 / RE: returned call re inquiry |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/24/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2013 | 1.3 | $273.00 | Analyze R Higgins email re Deloitte retention application and order research (.1); research docket re Deloitte retention apps and orders (1.0); prep email to R Higgins re Deloitte retention apps and orders (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/25/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 1/28/2013 | 0.3 | $60.00 | Review and update court docket review and audit assignments and status. |
| ERIN KRAMER - CAS | | $65.00 | 1/28/2013 | 0.1 | $6.50 | Prepare 1 Piece of Correspondence for Processing to Claims Database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2013 | 1.7 | $357.00 | DRTT analysis and b-Linx audit (1.1); revise b-Linx per audit (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/28/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/29/2013 | 1.5 | $315.00 | Analysis of Court docket re case status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/29/2013 | 1.3 | $273.00 | Analyze webpage re updates, testing links |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/29/2013 | 1.3 | $273.00 | Analyze task list (.7) and update task list tracking (.6) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/29/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notice filed at docket no. 30207 (.1), email to notice group for filing.(.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/29/2013 | 0.3 | $58.50 | Coordinate production and service of notices of transfer re Vans Industrial's claim to Tannor Partners (.2); file proof of service via ECF (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/29/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: claim database updates required per creditor change of address request forwarded by R.Finke on 1/28/13 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/29/2013 | 0.1 | $11.00 | Update claim database per M.Araki request re: creditor change of address request forwarded by R.Finke on 1/28/13 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/29/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/30/2013 | 2.1 | $441.00 | DRTT analysis and b-Linx audit (1.5); revise b-Linx per audit (.6) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/30/2013 | 0.1 | $16.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/30/2013 | 0.1 | $11.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2013 | 1.3 | $273.00 | Prep ART report of voided claims (.3); analyze report (1.0) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/31/2013 | 0.1 | $16.50 | Telephone with Claimant at (812) 427-2521 / RE: request for Kathy Davis' contact information. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/31/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: creditor inquiry received by Call Center on 1/31/13 related to request for copy of proof of claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/31/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| | | | Total: | 48.8 | $8,871.50 | |
| **WRG Data Analysis** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/9/2013 | 3.1 | $604.50 | Review and analysis of claims affected by orders/stipulations (.6); review related motions, settlement and orders (1.7); update claims and distribution databases as appropriate (.8) |



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 1/11/2013 | 0.3 | $28.50 | Prepare zip file and ftp link to Love_TortClaims per M. Araki |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/16/2013 | 1.2 | $180.00 | Generate updated monthly list of active and inactive claims for Rust (.8). Export to Excel (.3); prep email to S Cohen for review (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/21/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/23/2013 | 1.4 | $210.00 | Update CUD values for amount records on selected distribution claims as per M Araki review/audit. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/23/2013 | 0.1 | $9.50 | Upload bankruptcy claims to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/23/2013 | 0.1 | $9.50 | Migrate bankruptcy claims' images from Rust Consulting CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/23/2013 | 0.1 | $9.50 | Append bankruptcy claim data received from Rust for new claims to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/23/2013 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/23/2013 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx for new claims received from Rust Consulting |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/23/2013 | 0.1 | $9.50 | Review and respond to correspondence with project manager regarding the new Rust CD. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/23/2013 | 0.1 | $9.50 | Prepare and forward report of bankruptcy modified records. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/29/2013 | 1.3 | $195.00 | Review/maintenance of source tables for current distribution interest rates and distribution class (.6). Remove inactivated claims and generate current snapshot/backup of interest values (.7) |
| | | | Total: | 8.1 | $1,294.00 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/2/2013 | 3.0 | $630.00 | Continue analysis and revision of distribution report for Blackstone |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/3/2013 | 2.8 | $546.00 | Review and analysis of claims affected by orders/stipulations (.8); review related motions, settlement and orders (1.3); update claims and distribution databases as appropriate (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2013 | 0.4 | $84.00 | Analysis of J Gettleman/K&E email re research for insert for appellate brief (.1); prep email to R Higgins re J Gettleman research request due to similar request from B Jaffe and M Jones (.1); analyze R Higgins email re coordinating with J Gettleman re research request (.1); email J Gettleman re research for appellate brief (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2013 | 3.0 | $630.00 | Analyze allowed Class 9 claims per J Gettleman research request (2.8); prep email to R Higgins re Class 9 research results for incorporation into info to J Gettleman (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2013 | 1.3 | $273.00 | Analyze R Higgins email re bar date orders and bar dates for J Gettleman (.1); research files re bar dates and related orders (.9); prep email to R Higgins re bar dates and orders (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2013 | 1.7 | $357.00 | Analysis of Class 9 allowed claims re oldest claim per J Gettleman request |



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2013 | 2.5 | $525.00 | Continue analysis of class 9 allowed claims re oldest claim per J Gettleman request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/6/2013 | 2.0 | $420.00 | Further analysis of Class 9 allowed claims re oldest claim per J Gettleman request |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/7/2013 | 4.3 | $838.50 | Continued research and analysis of claims affected by stipulations and orders in connection with proposed post-Effective Date distribution (3.0); update distribution and claims databases as |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/8/2013 | 4.1 | $799.50 | Analysis of claims affected by stipulations and orders in connection with proposed post-Effective Date distribution (1.0); review and analyze related pleadings (2.5); update claims and distribution databases as appropriate (.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/8/2013 | 3.8 | $741.00 | Continued analysis of claims affected by stipulations and orders in connection with proposed post-Effective Date distribution (.9); review and analyze related pleadings (2.0); update claims and distribution databases as appropriate (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2013 | 1.8 | $378.00 | Revise data islands per DRTT audit |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/10/2013 | 2.9 | $565.50 | Continued review and analysis of proofs of claims affected by stipulations and orders (.5); review related pleadings (1.6); update claims and distribution databases as appropriate (.8) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/14/2013 | 1.6 | $312.00 | Review and analysis of claims affected by stipulation/orders (.4); review and analysis of related pleadings (.8); update claims and distribution databases as appropriate (.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/15/2013 | 2.6 | $507.00 | Analysis of proofs of claims affected by orders and stipulations (.6); review and analysis of related pleadings (1.1); update claims and distribution databases as appropriate in connection with proposed post-effective date distribution (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2013 | 4.0 | $840.00 | Work on Blackstone claims data update for B Jaffe |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/16/2013 | 4.5 | $877.50 | Analysis of proofs of claims affected by orders and stipulations (.9); review and analysis of related pleadings (2.3); update claims and distribution databases as appropriate in connection with proposed post-effective date distribution (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2013 | 3.7 | $777.00 | Continue work on Blackstone claims data update for B Jaffe |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/17/2013 | 1.4 | $273.00 | Review and analysis of claims affected by stipulation/orders: review related pleadings in connection with proposed post-effective date distribution (.8); update claims and distribution databases as appropriate (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2013 | 3.0 | $630.00 | Continue work on Blackstone claims data update for B Jaffe |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2013 | 3.0 | $630.00 | Revise Blackstone claims data update for B Jaffe (2.8); prep email to B Jaffe re updated BMC/Blackstone claims data update thru 12/31 (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2013 | 0.9 | $189.00 | Revise b-Linx and interest tool re revised split of claim 17717 to capture interest rates/dates |



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/22/2013 | 2.2 | $462.00 | Analysis of B Jaffe email re claims update and add'l info to review from S Scarlis and B Chiu (.2); analyze S Scarlis and B Chiu info re non-BMC claims (1.0); analyze b-Linx re non-BMC claims (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/22/2013 | 3.7 | $721.50 | Continued review and analysis claims affected by Stipulation/Order and related pleadings (2.4); update claims and distribution as appropriate (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2013 | 2.9 | $609.00 | Continue research b-Linx and pleadings re settling insurance cos on B Chiu/S Scarlis reports, G Ibar reports re LOCs (1.8); revise report re information/matching claims located (.6); prep email to B Jaffe re research results (.1); telephone with B Jaffe re review research results (.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/23/2013 | 4.9 | $955.50 | Review and analysis claims affected by Stipulation/Order and related pleadings (1.9); update claims and distribution as appropriate (3.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/23/2013 | 1.6 | $312.00 | Review and analysis claims affected by Stipulation/Order and related pleadings (.4); update claims and distribution as appropriate (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2013 | 0.6 | $126.00 | Analyze B Jaffe email re items to review re recent Blackstone data file (.1); telephone to B Jaffe re review of items on recent Blackstone data file (.4); prep email to B Jaffe re S Scarlis missed VSPP payment file (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2013 | 1.4 | $294.00 | Review data islands per B Jaffe telephone call |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2013 | 0.6 | $126.00 | Telephone from B Jaffe re review of employee claims and IRS amendments (.1); telephone from B Jaffe re enviro review (.1); prep updated data file for B Jaffe re IRS amended claims and employee claims revised (.3); prep email to B Jaffe re change file (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2013 | 1.8 | $378.00 | Telephone from B Jaffe re enviro reconciliation (.2); review enviro info from B Jaffe re reconciliation (1.3); telephone from B Jaffe re add'l reconciliation of enviro numbers (.2); telephone from B Jaffe re enviro number resolution (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2013 | 1.3 | $273.00 | Revise Blackstone data re enviro reconciliation with B Jaffe (1.2); prep email to M John re Del Taco claim and order audit (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/29/2013 | 2.9 | $565.50 | Review and analysis of claims affected by stipulations/orders in connection with proposed post-effective date distribution (.7); review and analysis of associated stipulations/orders (2.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/29/2013 | 3.5 | $682.50 | Continued review and analysis of claims affected by stipulations/orders in connection with proposed post-effective date distribution (1.2); review and analysis of associated stipulations/orders (2.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/29/2013 | 0.3 | $58.50 | Review and analysis of Del Taco claims and stipulation/orders (.2), and respond to email from M Araki re distribution updates (.1) |
| | | | Total: | 86.0 | $17,386.50 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/3/2013 | 0.2 | $39.00 | Review BMC fee applications, sign as appropriate (.1) and forward to M Araki for filing (.1) |



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Fee Applications-Applicant** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/16/2013 | 0.3 | $58.50 | Email exchange with M Araki re BMC fee monthly and quarterly fee applications (.1); review and execute as appropriate, and return to M Araki for filing with USBC (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2013 | 1.2 | $252.00 | Prep Oct, Nov, Dec 12 draft billing detail reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2013 | 2.7 | $567.00 | Analysis of Oct 12 billing report for prof reqts and Court imposed categories (1.7); revise Oct 12 entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/22/2013 | 2.2 | $462.00 | Continue analysis of Oct 12 billing report for prof reqts and Court imposed categories (.7); revise Oct 12 entries for fee app compliance (.4); analysis of Nov 12 billing report for prof reqts and Court imposed categories (.6); revise Nov 12 entries for fee app compliance (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2013 | 2.0 | $420.00 | Continue analysis of Nov 12 billing report for prof reqts and Court imposed categories (1.0); revise Nov 12 entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2013 | 2.4 | $504.00 | Continue analysis of Nov 12 billing report for prof reqts and Court imposed categories (.6); revise Nov 12 entries for fee app compliance (.4); analysis of Dec 12 billing report for prof reqts and Court imposed categories (.8); revise Dec 12 entries for fee app compliance (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/29/2013 | 1.7 | $357.00 | Continue analysis of Dec 12 billing report for prof reqts and Court imposed categories (1.0); revise Dec 12 entries for fee app compliance (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/30/2013 | 2.5 | $525.00 | Draft Oct 12 fee app (.6); draft Nov 12 fee app (.6); draft Dec 12 fee app (.6); draft 47Q fee app (.7) |
| | | | Total: | 15.2 | $3,184.50 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/2/2013 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claim transfers finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/2/2013 | 0.2 | $22.00 | Revise b-Linx to finalize two claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/2/2013 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/2/2013 | 1.0 | $210.00 | Analyze split claims in b-Linx created by transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/2/2013 | 0.5 | $105.00 | Conf call with B Jaffe and R Higgins re Class 9 info request for appellate brief (.3); analyze B Jaffe pro-forma info from 8K (.1); analyze B Jaffe email re Class 9 claims analysis (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/2/2013 | 0.3 | $63.00 | Analysis of R Higgins email re info request for Class 9 allowed claims info (.1); telephone to R Higgins re email request and similar info request received from B Jaffe (.1); prep email to B Jaffe re info request (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/2/2013 | 0.6 | $126.00 | Analysis of L Gardner email re Weedsport correction order (.1); analyze correspondence re status (.1); review docket re corrected order (.2); prep email to R Higgins re status of corrected Weedsport order (.1); analyze R Higgins email re follow-up (.1) |



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2013 | 0.7 | $147.00 | Analyze R Higgins email re amended IRS proofs of claim and receipt (.3); analyze Court docket re IRS amended claims (.2); prep email to H Hancock/Rust Consulting re IRS amended claims (.1); prep email to R HIggins re checking status of IRS amended claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2013 | 1.8 | $378.00 | Research Grace-Conn schedules re Shaffer schedule F records (.9); analyze corresp re L Gardner info re Shaffer claim (.4); analyze b-Linx re Shaffer claim (.1); analyze docket re Shaffer transfer to Argo (.2); prep email to R Higgins re Shaffer research results (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2013 | 2.9 | $319.00 | Prepare and analyze 2012 Q4 reports (2.7); email correspondence with M.Araki, Power Tools group re: reporting requirements, analysis performed (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2013 | 1.4 | $154.00 | Analyze Court docket numbers 29767 to 30093 (.7); audit claim updates (.4) update claim database (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2013 | 0.4 | $84.00 | Analyze R Higgins email re Southpaw inquiry re 5 asbestos PD claims for transfers (.1); analyze H Hancock email re 2 of 4 IRS claim amendments rec'd, status of processing (.1); prep email to H Hancock re image request and expedited processing (.1); prep email to R Higgins re Rust response re IRS amended claims (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/4/2013 | 0.5 | $55.00 | Email correspondence, discussions with M.Grimmett re: Q4 reports and customization required (.3); prepare revised reports (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/7/2013 | 0.1 | $11.00 | Analyze Court docket no. 30112; verify no updates in the claims database are applicable. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2013 | 1.0 | $210.00 | Analysis of J Gettleman/K&E email re add'l info on Class 9 allowed claims for 3rd Circuit Brief (.1); begin add'l research (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2013 | 2.0 | $420.00 | Add'l research for J Gettleman re analysis of date incurred for allowed Class 9 claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2013 | 0.5 | $105.00 | Analyze J Gettleman email re Class 9 claim attachment from B Jaffe |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/9/2013 | 0.2 | $22.00 | Review (.1) and respond (.1) to email inquiry from M. Billet of Tannor Partners Credit re: courtesy notice served related to Court docket no. 30065. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/9/2013 | 0.1 | $11.00 | Forward email to M Araki re: remaining 50% of National Union Fire Insurance claim transfer from Longacre Master Fund to Southpaw Credit Opportunity Master Fund. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/9/2013 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/9/2013 | 0.2 | $22.00 | Prepare one partial transfer notice (.1), forward to notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/9/2013 | 0.2 | $22.00 | Revise b-Linx re: one partial claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/9/2013 | 0.2 | $22.00 | Analysis of b-Linx re: one claim transfer. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/9/2013 | 0.7 | $147.00 | Analysis of L Shippers email re transfer of other 50% of Longacre claim 9553 (.1); analysis of docs (.2); MJ email re issues with transfer (.2); telephone to MJ re clarification of issue with transfer (.2) |



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/9/2013 | 0.3 | $63.00 | Analysis of L Shippers email re revised Ntc of partial transfer re other 50% of Longacre claim 9553 (.1); analysis of M John email re revisions (.1); prep email to L Shippers re add'l revisions to Ntc (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/9/2013 | 0.3 | $33.00 | Analyze Court docket numbers 30059 to 30112 (.2); audit claim database updates(.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/10/2013 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/10/2013 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/10/2013 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2013 | 0.4 | $84.00 | Analysis of R Higgins email re A Schlesinger inquiry re UCC request and related claim (.1); analyze b-Linx re related claim (.2); prep email to R Higgins re UCC request incorporated in Wachovia claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2013 | 0.3 | $63.00 | Analysis of J Gettleman email re claims 9159 and 9168 (.1); research b-Linx and docket re claims and pleadings affecting claims (.1); prep email to J Gettleman re claims 9159 and 9168 and related docs (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2013 | 0.9 | $189.00 | Analyze B Jaffe email re enviro spending updates from Grace (.1); analyze spending update report (.6); telephone to B Jaffe re enviro spending update report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2013 | 1.9 | $399.00 | Analyze B Jaffe email re claims on Grace GL but not tracked in b-Linx (.1); analyze report from B Jaffe (.5); analyze b-Linx re related claims (1.0); prep email to B Jaffe re prelim research results, add'l questions (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2013 | 1.0 | $210.00 | Prep email to L Gardner re enviro workbook updates thru 12/31 (.1); continue review of claims on Grace GL vs b-Linx (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2013 | 1.7 | $357.00 | Telephone from B Jaffe re enviro numbers for 12/31 (.1); analysis of L Gardner email re availability for enviro updates (.1); begin work on enviro claims update, Blackstone/b-Linx data, for B Jaffe (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2013 | 4.0 | $840.00 | Continue work on enviro claims update, Blackstone/b-Linx data, for B Jaffe |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2013 | 1.4 | $294.00 | Revise enviro claims update, Blackstone/b-Linx data, for B Jaffe (1.2); prep email to B Jaffe re updated enviro claims update, Blackstone/b-Linx data (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2013 | 0.5 | $105.00 | Analysis of B Jaffe email re enviro claims update, comparison vs L Gardner multi-site report (.2); telephone with B Jaffe re enviro review (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2013 | 0.7 | $147.00 | Analysis of K Love email re claims 9634 and 9635 for 3rd Circuit brief (.1); analysis of J Gettleman email re claims for 3rd Circuit brief (.1); research b-Linx and docket re claims and main orders (.3); prep emails to K Love and J Gettleman re claims 9634 and 9635, related multi-site orders (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/16/2013 | 0.4 | $44.00 | Prepare and analyze monthly reports (.3); email correspondence with H.Hancock at Rust, G.Kruse(.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2013 | 2.0 | $420.00 | Analyze claim 12849 and related orders re possible split of claim per B Jaffe inquiry |



WR Grace
Date Range 1/1/2013 - 1/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2013 | 0.3 | $63.00 | Prep email to H Hancock/Rust re status of IRS amended claims processing (.1); analysis of H Hancock emails re IRS amended claims in process, only 2 amendments received, estimated completion (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2013 | 0.2 | $42.00 | Analysis of S Cohen email re Akso Nobel, Wright and add'l site updates (.1); prep email to S Cohen re status updates pending (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/18/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 1/18/2013 | 0.2 | $33.00 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 1/18/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30158). |
| MIKE BOOTH - MANAGER | | $165.00 | 1/18/2013 | 0.2 | $33.00 | Prepare two courtesy notices (Docket 30158) (.1), prep email to notice group for service.(.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/18/2013 | 0.8 | $88.00 | Analyze Court docket numbers 24466 to 30163 (.4); audit claim updates(.3); email correspondence with M.Araki re: pending Court docket entries (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/22/2013 | 1.0 | $210.00 | Analyze transfer master list re recent transfers and types of claims sold |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/24/2013 | 0.7 | $77.00 | Analyze Court docket numbers 29709 to 30184 (.4); audit claim updates (.1); update claim database (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2013 | 0.8 | $168.00 | Analyze L Gardner email re updated enviro worksheet through 12/31/12 (.1); analyze updated enviro worksheet (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2013 | 0.6 | $126.00 | Telephone from H Hickman/McGuire Woods re National Aluminum claim (.1); prep email to R Higgins re McGuire Woods inquiry (.2); prep email to H Hickman re National Aluminum proof of claim and multi site order (.2); prep email to L Gardner re McGuire Woods and National Aluminum (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2013 | 0.4 | $84.00 | Analyze R Finke email re Geomega change of address (.1); analyze b-Linx re Geomega claim (.1); prep email to R Finke re Geomega claim, status, transferred to Longacre (.1); prep emails to Cassman and H Hancock/Rust re Geomega COA (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/29/2013 | 0.1 | $16.50 | Analysis of Court docket 30202 re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 1/29/2013 | 0.1 | $16.50 | Analysis of Court docket 30207 re: new amended claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 1/29/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 1/29/2013 | 0.4 | $66.00 | Prepare two transfer notices (Docket 30207) (.3), prep email to notice group for service. (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/29/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30207). |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/30/2013 | 0.3 | $33.00 | Analyze Court docket numbers 30185 to 30212 (.2); audit claim database updates (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2013 | 0.4 | $84.00 | Analyze S Cohen email re Thompson Hine web inquiry re Akzo Nobel (.1); prep email to R Higgins re IRS amended claims 18553 and 18554 and info (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2013 | 2.4 | $504.00 | Prep ART report of open claims/schedules (.3); analyze open claims/schedules report (.7); analyze R Higgins open task list claim status vs ART report (1.4) |
| | | | Total: | 41.2 | $7,679.00 | |
| | | | Grand Total: | 212.8 | $41,247.50 | |

EXHIBIT 1

**bmcgroup**
information management

WR Grace
Professional Activity Summary
Date Range: 1/1/2013 - 1/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 4.0 | $840.00 |
| Total: | | 4.2 | $879.00 |
| **WRG Asbestos PI Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 9.3 | $1,953.00 |
| Total: | | 9.3 | $1,953.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 1.2 | $114.00 |
| Brianna Tate | $45.00 | 1.8 | $81.00 |
| Erin Kramer | $65.00 | 0.2 | $13.00 |
| James Myers | $65.00 | 0.1 | $6.50 |
| Mabel Soto | $45.00 | 0.2 | $9.00 |
| Teresa Thomas | $65.00 | 0.6 | $39.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.6 | $99.00 |
| Myrtle John | $195.00 | 0.5 | $97.50 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 0.3 | $60.00 |
| SR_ANALYST | | | |
| William Downing | $95.00 | 0.5 | $47.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 1.9 | $209.00 |
| Lauri Shippers | $110.00 | 1.3 | $143.00 |
| Steffanie Cohen | $110.00 | 3.3 | $363.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 36.1 | $7,581.00 |
| Total: | | 48.8 | $8,871.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.3 | $28.50 |
| MANAGER | | | |
| Myrtle John | $195.00 | 3.1 | $604.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 3.9 | $585.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 0.8 | $76.00 |
| Total: | | 8.1 | $1,294.00 |


information management

## WR Grace
## Professional Activity Summary
### Date Range: 1/1/2013 - 1/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 44.9 | $8,755.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 41.1 | $8,631.00 |
| Total: | | 86.0 | $17,386.50 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.5 | $97.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 14.7 | $3,087.00 |
| Total: | | 15.2 | $3,184.50 |
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.4 | $231.00 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 1.8 | $198.00 |
| Steffanie Cohen | $110.00 | 7.3 | $803.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 30.7 | $6,447.00 |
| Total: | | 41.2 | $7,679.00 |
| Grand Total: | | 212.8 | $41,247.50 |