## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on March 12, 2013, I caused a copy of the *Certification of No Objection Regarding Docket No. 29826* to be served upon those persons as shown on the attached Service List in the manner set forth and on those appearing on the 2002 list via U.S. First Class Mail.

Under penalty of perjury, I certify the foregoing to be true and correct.

*Celeste A. Hartman*

CELESTE A. HARTMAN

**Email: ljones@pszjlaw.com**
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Stang Ziehl & Jones LLP

**Email: vdimaio@parcelsinc.com**
Parcels, Inc.

**Email: david.klauder@usdoj.gov**
Office of the United States Trustee

**Email: feeaudit@whsmithlaw.com and bruhlander@whsmithlaw.com**
Bobbi Ruhlander
Warren H. Smith & Associates

**E-mail: richard.finke@grace.com**
David B. Siegel
W.R. Grace & Co.

**E-mail: nglassman@bayardfirm.com**
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

**E-mail: mhurford@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Local Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: tcurrier@saul.com**
(Local Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP

**E-mail: jdonley@kirkland.com; apaul@kirkland.com**
(Counsel to Debtor)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered

*E-mail: lkruger@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

Laura Davis Jones, Esquire.
Kathleen P. Makowski, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

Parcels, Inc.
Vito I. DiMaio
230 Market Street
Wilmington, DE 19801

(Local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Local Counsel to Asbestos Claimants)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

(Counsel for Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Frederick B. Rosner, Esquire
The Rosner Law Group, LLP
824 North Market Street, Suite 810
Wilmington, DE 19801

(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, , 22nd Floor
Philadelphia, PA 19103

Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

(Counsel to Debtor)
David M. Bernick, P.C.
Lisa G. Esayian
Samuel L. Blatnick
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Frank Perch, Esquire
Office of U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC  20020

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA  30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
Dover, DE 19901

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

Ira S. Greene, Esquire
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY  10112

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

(Counsel for Asbestos Claimants)
Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX  75219-6403

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Alan Kolod, Esquire
Moses & Singer LLP
405 Lexington Avenue
New York, NY  10174

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia  30309

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, Texas  77017

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas  75201

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Steven T. Hoort, Esquire
Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
210 West Pannsylvania Avenue, Suite 300
Towson, MD 211204-4546

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 East 6th Street, Suite 104
Brownsville, TX  78520-7239

Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, New Jersey  07407

John M. Klamann, Esq.
Dirk L. Hubbard, Esq.
Klamann & Hubbard, P.A.
929 Walnut Street, Suite 800
Kansas City, Missouri 64106

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Harry Lee, Esquire
George R. Calhoun, Esquire
March D. Coleman, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

(Counsel for Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

(Tennessee Department of Environment and Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

(Counsel for Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue
New York, New York 10017

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Floria  32399-3000

Credit Lyonnais
1301 Avenue of the Americas
New York, New York  10019-0602

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

(Counsel for David Slaughter)
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

(Counsel for SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland  21043

Danice Sims
P.O. Box 66658
Baton Rouge, Louisiana  70896

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, New York  10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, Arizona  85007-1278

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, Tennessee  38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
One Wachovia Center
301 South College Street Suite 2300
Charlotte, North Carolina 28202

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

Maggie De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, Texas  77701

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri  63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Suite 125
Mesa, Arizona  85206

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey  08002

(Attorneys for General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney Hardin LLP
7 Times Square
New York, New York 10036-7311

Peoples First Community Bank
P.O. Box 4019
Gulfport, MS 39502-4019

Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, Tennessee  37243
(Counsel for Commissioner of Revenue)

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York  10020-1182

Thomas V. Askounis, Esquire
401 North Michigan Avenue, Suite 550
Chicago, IL 60611-5523

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

E. Katherine Wells, Esquire
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, South Carolina  29201-1708

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein
    McAlister & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street
Suite 300
Wilmington, DE 19801

Bond, Schoeneck & King, PLLC
Stephen A. Donato, Esquire
One Lincoln Center
Syracuse, New York 13221

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, New Jersey 08625

Georgia-Pacific Corporation
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, Georgia 30303

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Allan H. Ickowitz, Esquire
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

James G. Damon, Esquire
Daniel S. Miller, Esquire
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, California 92660-2998

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney's General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, New Jersey 08625

Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, Texas 75201-2691

Janet M. Weiss, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166

Paul P. Daley, Esquire
George W. Shuster, Jr. Esquire
HALE AND DORR LLP
60 State Street
Boston, MA 02109

Sanjay Thapar, Esquire
Proskauer Rose LLP
11 Times Square
New York, New York 10036-6600

Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Brian L. Hansen, Esquire
Frank W. DeBorde, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

Mary Wurts
945 N. Pasadena, Unite 16
Mesa, AZ 85201-4309

Rachel B. Mersky, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street
Wilmington, DE 19801

Deborah L. Thorne, Esquire
FagelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Mark C. Goldberg & Elizabeth V. Heller
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 S. State Route 157, P.O. Box 959
Edwardsville, IL 62025

Jonathan C. Hantke
Pamela H. Walters
14910 Aldine-Westfield Road
Houston, Texas 77032

Mohawk Finishing Products, Inc.
P.O. Box 22000
Hickory, N.C. 28603-0200

Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, Texas 75205

Scott Estelle
President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, New York 13166

David E. Cherry
Campbell Cherry Harrison Davis Dove, P.C.
P.O. Drawer 21387
Waco, Texas 76702-1387

Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, New York 14853-2601

S. Jay Novatncy
Citadel Investment Group, LLC
131 South Dearborn Street, 36th Floor
Chicago, Illinois 60603-5553

Thomas D. Walsh, Esquire
McCarter & English LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Todd Meyers, Esquire
Kathleen M. O'Connell, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Longacre Master Fund, Ltd.
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd  Floor
New York, NY 10019

Daniel C. Cohn, Esquire
Christopher M. Candon
Cohn Whitesell & Goldberg  LLP
29 Worster Road
Eliot, ME 03903-1112

Steven K .Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Enron Energy Services
Attn: General Counsel 4HC7.325
4 Houston Center
1221 Lamar Street, Suite 1600
Houston, TX 77010

Charles L. Finke, Assistant General Counsel
Brad Rogers, Attorney
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Jarrett L. Hale, Esquire
Hunton & Williams LLP
Energy Plaza, 30th Floor, 1601 Bryan Street
Dallas, Texas 75201-3402

Craig A. Slater, Esquire
Angela M. Demerle, Esquire
Harter, Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, New York 14202-2293

Thomas Tew
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407

John V. Fiorella, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033

James E. Wimberley
McPherson, Monk, Hughes, Bradley & Wimberley LLP
3120 Central Mall Drive
Port Arthur, TX 77642

Peter Baylor, Esquire
Nutter McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

Thomas Bean, Esquire
McDermott Will & Emory
28 State Street
Boston MA 02109

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Joanne B. Wills, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

James Sottile, Esq.
Zuckerman Spader, LLC
1800 M Street, NW, 10th Floor
Washington, DC 20036

COZEN O'CONNOR
Jacob C. Cohn, Esq.
1900 Market Street
Philadelphia, PA 19103

Kirk A. Patrick III
CRAWFORD LEWIS, PLLC
450 Laurel St., Suite 1600
P.O. Box 3656
Baton Rouge, Louisiana 70821-3656

Edward B. Cottingham, Jr., Esq.
Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC 29465

Daniel M. Glosband, PC
Peter D. Bilowz, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

Kforce Inc
Attn: Roger Hammond
1001 East Palm Ave
Tampa, FL 33605

Internal Revenue Service
31 Hopkins Plaza - Room 1150
Baltimore, MD 21201

Mr. Eugene Paul Sullivan
29-B Plaza Delas Flores
Freehold, NJ 07728

Peter B. McGlynn, Esq.
Bruce D. Levin, Esq.
125 Summer Street, Suite 1300
Boston, MA  02110

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

Sylvia C. Serrano
1565 Hotel Circle South, # 310
San Diego, CA 92108

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Richard S. Cobb, Esq.
Landis Rath & Cobb LLP
919 North Market Street, Suite 1800
Wilmington, DE 19801

Barry D. Kleban, Esq.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

Primex Plastics Corporation
1235 North F Street
Richmond, IN 47374

Julie A Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite 210
Kenner, LA 70062-4032

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, Delaware 19806

James S. Yoder, Esq.
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

Janice R. Shadduck
105 S. 10th Street
Clenton, Iowa 52732

Standard Services Company, Inc.
14694 Airline Highway
Destrehan, LA 70047

Brian L. Kasprzak, Esq.
Marks, O'Neill, O'Brien and Courtney, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

Mark D. Plevin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

Neutocrete Systems, Inc.
89 Eastern Steel Road
Milford, CT 06460

J. Robert Nelson, Esq.
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, Utah 84145

Brian A. Sullivan, Esq.
Amy D. Brown, Esq.
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899

Darrell W. Scott, Esq.
The Scott Law Group
926 W. Sprague Ave., Suite 680
Spokane, WA 99201

R J Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146

David P. Primack, Esq.
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254

Michael F. Brown, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Stachyra & Penn
927 Main Street
Racine, WI 53403

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

Penn Rakauski Law Firm
927 Main Street
Racine, WI 53403

Richard A. O'Halloran, Esq.
Burns, White & Hickton, LLC
1001 Conshohocken State Road, Bldg. 100
Conshohocken, PA 19428-2970

Matthew J. Siembieda, Esq.
Benjamin G. Stonelake, Esq.
Scott E. Coburn, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

William F. McCormick, Esquire
Office of the Attorney General
Bankruptcy Division
425 5th Avenue, North
P.O. Box 20207
Nashville, TN 37202

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Anthony Sakalarios, Esq.
Morris, Sakalarios & Blackwell, PLLC
P.O. Drawer 1858
Hattiesburg, MS 39403-1858

Richard A. Bordelon, Esq.
Denechaud and Denechaud, LLP
1010 Common Street, Suite 3010
New Orleans, LA 70112

Sean Allen, President
BMC Group
600 1st Avenue
Seattle, WA 98104-2267

D. Alexander Barnes, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895

Steven J. McCardell, Esq.
Jared Inouye, Esq.
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005

John Waters
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

U.S. Department of Justice
Environment & Natural Resource Division
Environmental Enforcement Section
999 18th Street, Suite 370
Denver, CO 80202-2413

Martin J. Bienenstock, Esq.
Judy G. Z. Liu, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David A. Hickerson, Esq.
M. Jarrad Wright, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005

Ralph I. Miller, Esq.
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201

Jeffrey S. Hebrank, Esq.
Carl P. McNulty, II, Esq.
Burroughs, Hepler, Broom,
   MacDonald, Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, Illinois 62025-0510

Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, New Jersey 07962-1981

John I. Kittle, Esq.
Mazur & Kittel, PLLC
30665 Northwestern Hwy., Ste. 175
Farmington Hills, MI 48334

Oracle USA, Inc. (fka Siebel Systems, Inc.)
c/o Robert L. Eisenbach III
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43215

Anthony J. Marchetta, Esq.
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, De 19801

Richard Levy, Jr., Esq.
Pryor Cashman LLP
7 Times Square
New York, New York  10036-6569

Jacqueline Dais-Visca, Senior Counsel
Business Law Section
Ontario Regional Office
Suite 2400, Box 34
The Exchange Tower
130 King Street West
Toronto, Ontario M5X 1K6

Noel C. Burnham, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801

Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Patrick J. Reilly, Esquire
Cole, Schotz, Meisel, Forman & Leonard, PA
500 Delaware Avenue, Suite1410
Wilmington, DE 19801

Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

Steve Carter
Brian D. Salwowski
Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770

Brian W. Bisignani, Esq.
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

Peter D. Keisler; J. Christopher Kohn
Cathy J. Burdette
Department of Justice
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044-0875

John Kevin Welch
Office of General Counsel
Division of Waste Management
200 Fair Oaks Lane, First Floor
Frankfort, Kentucky 40601

Richard D. Trenk, Esquire
Henry M. Karwowski, Esquire
Trenk, DiPasquale, Webster, Della Fera
& Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052-3303

George J. Marcus, Esquire
Marcus, Clegg, & Mistretta, PA
1 Canal Plaza,  Suite 600
Portland, ME 04101

BMC Group
444 N. Nash Street
El Segundo, CA 90245

Paul Koepff, Esq.; Tancred Schiavoni, Esq.
Gary Svirsky, Esq.\ Orly Nhaissi, Esq.
Brad Elias, Esq.
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Internal Revenue Service
31 Hopkins Plaza - Room 1150
Baltimore, MD 21201

Nina M. Varughese, Esq.
Edward C. Toole, Jr., Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Christopher E. Grell, Esq.
Law Offices of Christopher E. Grell
1814 Franklin Street, Suite 501
Oakland, CA 94612

Alexander J. Mueller, Esq.
Thomas J. Quinn, Esq.
Eileen McCabe, Esq.
Anna Newsom, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, New York 10019-6829

Seth B. Shapiro
Beth E. Cook
U.S. Department of Justice - Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

Elihu E. Allinson, Esquire
Sullivan Hazeltine Allinson, LLC
901 Market Street, Suite 1300
Wilmington, DE 19801

Anthony Petru, Esquire
Quynh L. Nguyen, Esquire
Hildebrand McLeod & Nelson, LLp
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612

John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L Rosendorf, Esquire
Corali Lopez-Castro, Esquire
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon, 9th floor
Coral Gables, FL 33134

Harley E. Riedel, Esquire
Stichter Riede Blain & Prosser, PA
110 E. Madison Street, Suite 200
Tampa, FL 33602

Scott W. Wert, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

Lawrence J. Zweifach, Esquire
Rocco & Zweifach
c/o Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

William A. Frazell
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Herrick Feinstein, LLP
One Gateway Center, 22nd Floor
Newark, New Jersey 07102

Michael J. Doyle, Esq.
Baumann, Doyle, Paytas & Bernstein, P.A.
2929 North 44th Street, Suite 120
Phoenix, Arizona 85018

John T. Carroll, III, Esq.
Barry M. Klayman, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Robert B. Millner, Esq.
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606

Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite105
Rockwall, TX  75087

VonWin Capital Management, LP
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Janet S. Baer, Esquire
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601