IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 30284** |

**CERTIFICATION OF NO OBJECTION REGARDING THE INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., ET AL., FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2012 THROUGH DECEMBER 31, 2012 (DOCKET NO. 30284)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on February 14, 2013 an interim application ("Application") [Docket No. 30284] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0257901.1 }

2. Objections to the Application were to be filed and served on or before March 6, 2013 at 4:00 p.m. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: March 13, 2013

           CAPLIN & DRYSDALE, CHARTERED
           Elihu Inselbuch
           600 Lexington Avenue
           21st Floor
           New York, NY 10022-6000
           (212) 319-7125

                -and-

           CAPLIN & DRYSDALE, CHARTERED
           Peter Van N. Lockwood
           One Thomas Circle, N.W.
           Washington, D.C.  20005
           (202) 862-5000

               - and -

           CAMPBELL & LEVINE, LLC

           */s/ Mark T. Hurford*
           Mark T. Hurford (I.D. #3299)
           Kathleen Campbell Davis (I.D. #4229)
           222 Delaware Avenue, Ste 1620
           Wilmington, DE  19899
           (302) 426-1900

           *Counsel for the Official Committee*
           *of Asbestos Personal Injury Claimants*