**EXHIBIT A**

K&E 25385868.2

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/25/2013 | Lisa G Esayian | .80 | Correspond with counsel for ACC and FCR re certain potential insurance settlements. |
| 1/30/2013 | Lisa G Esayian | .30 | Correspond with R. Finke and R. Horkovich re potential claim in Chartis Excess insolvency. |
| | Total: | 1.10 | |

A-2

## Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/03/2013 | Jeffrey Gettleman | .30 | Correspond with S. Pathiyal re claims issue (.1); review background materials re same (.2). |
| 1/18/2013 | Jeffrey Gettleman | .30 | Review and analyze article re ending environmental obligations in bankruptcy (.2); correspond with A. Paul and C. Semonsen re same (.1). |
| 1/30/2013 | Lisa G Esayian | .70 | Review correspondence from R. Finke re Intrawest settlement and portions of settlement agreement (.4); review January 2012 Intrawest lift-stay stipulation (.2); correspond with R. Finke re same and settlement (.1). |
| | Total: | 1.30 | |

A-3

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/2013 | Michael Lim | 1.50 | Review audit inquiry letter (.4); review file and previous audit letter (.3); create record re same (.1); analyze LegalKey conflicts and computer searches (.3); prepare and circulate audit inquiry memorandum (.4). |
| 1/18/2013 | Adam C Paul | .90 | Analyze audit letter response. |
| 1/18/2013 | Lisa G Esayian | 2.50 | Work on audit letter response. |
| 1/19/2013 | Jeffrey Gettleman | .40 | Review correspondence from R. Higgins re revisions to Grace audit letter (.1); review, revise, and edit same (.2); correspond with R. Higgins re same (.1). |
| 1/22/2013 | Adam C Paul | .40 | Analyze and revise audit response. |
| 1/22/2013 | Jeffrey Gettleman | 1.40 | Correspond with working group re audit letter (.9); review and revise same (.5). |
| 1/22/2013 | Lisa G Esayian | 5.50 | Draft audit letter response and incorporate input from J. Donley. |
| 1/23/2013 | Michael Lim | 1.50 | Review responses to internal audit inquiry memorandum (.4); prepare audit letter (.4); prepare cover memorandum to billing attorney (.3); obtain approval from Loss Prevention Department re same (.2); send to attorney for signature (.2). |
| 1/23/2013 | Lisa G Esayian | 1.70 | Revise audit letter response (1.5); correspond with audit letter staff re same (.2). |
| 1/31/2013 | Jeffrey Gettleman | .60 | Telephone conference with R. Higgins re intellectual property license issue ( .1); correspond with R. Higgins and S. Traxler re same ( .3); review correspondence from S. Traxler re call re show cause order ( .1); correspond with R. Higgins re same ( .1). |
| | Total: | 16.40 | |

A-4

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/09/2013 | Benjamin Rhode | 2.20 | Review and revise December invoice re applicable protocols. |
| 1/10/2013 | Benjamin Rhode | 2.10 | Review and revise December invoice re applicable protocols. |
| 1/10/2013 | Cara C D'Amato | 1.50 | Conduct analysis update for supplemental disclosure of creditors submitted as vendors. |
| 1/11/2013 | Linda A Scussel | 4.80 | Conduct analysis update for supplemental disclosure of creditors/entities submitted as bank creditors, customers, debtholders, and vendors (3.8); conduct organization and review of supplemental disclosures relating to creditors/entities submitted as bank creditors, officers and directors, shareholders & debtholders, and vendors (1.0). |
| 1/11/2013 | Cara C D'Amato | 3.30 | Conduct analysis update for supplemental disclosure of creditors submitted as Rule 2002 parties. |
| 1/12/2013 | Mike Jones | 3.30 | Review and revise December fee statement (2.9); correspond with working group re same (.4). |
| 1/14/2013 | Donald Henderson | 3.70 | Conduct update conflicts search and analysis of significant equity holders and top 30 unsecured creditors and creditor parties in preparation for supplemental disclosure filing. |
| 1/14/2013 | Linda A Scussel | 5.70 | Conduct analysis update for supplemental disclosure of creditors/entities submitted as insurers, lessors, letters of credit, ordinary course professionals, parties in interest, unions and unsecured creditors (5.0); conduct organization and review of supplemental disclosures relating to creditors/entities submitted as Rule 2002 parties, significant equity holders, and top 30 unsecured creditors (.7). |
| 1/21/2013 | Mike Jones | 2.30 | Review and analyze conflicts results re supplemental affidavit. |
| 1/22/2013 | Adam C Paul | 1.40 | Analyze and revise December invoices. |
| 1/23/2013 | Linda A Scussel | .70 | Draft exhibit A to 32nd supplemental declaration. |
| 1/24/2013 | Maureen McCarthy | 2.20 | Draft December fee application. |
| 1/25/2013 | Mike Jones | 1.40 | Draft supplemental affidavit (1.1); correspond with J. Gettleman re same (.3). |
| 1/28/2013 | Mike Jones | 1.40 | Correspond with working group re supplemental affidavit (.8); review and revise same (.6). |
|  | Total: | 36.00 |  |

A-5

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/01/2013 | Nia Dukov | 4.10 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/01/2013 | Katie L Einspanier | .50 | Work on updated draft of standing section. |
| 1/01/2013 | John Donley, P.C. | 14.70 | Review and revise appellate briefs (2.8); draft and edit fair and equitable sections of Garlock response brief (11.9). |
| 1/01/2013 | Lisa G Esayian | 5.00 | Correspond with J. Donley re certain fact issues for overview section of Third Circuit brief (.3); review and revise same (2.2); revise fact section of AMH brief (2.5). |
| 1/02/2013 | Nate Kritzer | 1.30 | Revise Montana/Crown argument in Third Circuit brief. |
| 1/02/2013 | Mike Jones | 3.80 | Telephone conference with working group re appellate brief status (.5); correspond with working group re supporting documents for appellate brief (.6); review and analyze same (1.2); review and revise summary of same (1.1); telephone conference with R. Higgins re same (.4). |
| 1/02/2013 | Marjolaine Blake | 4.00 | Cite check updated response brief opposing Garlock's appeal in Third Circuit. |
| 1/02/2013 | Kimberly K Love | 10.40 | Review, revise and cite check revised Garlock brief (5.8); prepare and organize materials requested by J. Donley (1.2); telephone conference with working group re briefing progress (.3); revise joint appendix cites as requested by L. Esayian (1.7); prepare and organize various materials requested by L. Esayian and R. Barakat for use with briefs (.4); coordinate with E. Malloy re process for cite checking briefs (1.0). |
| 1/02/2013 | Susan Engel | 2.80 | Review revised draft sections of Third Circuit briefs (2.5); telephone conferences with working group re draft briefs (.3). |
| 1/02/2013 | Jeffrey Gettleman | 1.40 | Correspond with A. Paul re appellate briefing question (.1); review correspondence from A. Paul and T. Schmeling re docket updates re Grace adversary proceedings (.2); correspond with M. Jones re Sealed Air research project (.2); correspond with J. Flynn and others re Medicare requests for EOBs for post-September 21 claims (.5); telephone conference with J. Donley and working group re appellate briefing status and issues (.4). |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/2013 | Adam C Paul | 5.30 | Analyze and revise appellate briefs (3.6); correspond with J. Donley re same (.6); telephone conference with J. Donley re same (.4); telephone conference with E. Leon re lender brief (.3); telephone conference with L. Esayian re AMH brief (.2); correspond with J. Gettleman re appellate briefs (.2). |
| 1/02/2013 | Emily Malloy | 3.90 | Fact and cite check response brief. |
| 1/02/2013 | Rana Barakat | 9.30 | Telephone conference with working group re status of response briefs (.5); research re ordinary and plain meaning of "fair and equitable" (1.3); review and analyze legislative history of previous sections of Bankruptcy Code and Bankruptcy Act that use terms "fair and equitable" (2.2); conduct research re canons of statutory interpretation (1.2); review and edit response to Garlock brief (4.1). |
| 1/02/2013 | Nia Dukov | 10.30 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/02/2013 | Katie L Einspanier | 8.00 | Research re appellants' misrepresentations in their brief (3.2); telephone conference with working group re brief (.5); draft memorandum re research (4.3). |
| 1/02/2013 | Legislative Research | 1.00 | Library Research re original language and history of sections of the Bankruptcy Act of 1978. |
| 1/02/2013 | John Donley, P.C. | 16.40 | Revise Third Circuit briefs: Montana (1.0), Garlock TDP (2.8), overview (2.4), AMH (.5), Garlock fair and equitable (8.8); analyze deference standards and standard of review and correspond with K. Einspanier re same (.4); telephone conference with working group re briefs (.5). |
| 1/02/2013 | Lisa G Esayian | 7.80 | Review and revise fact issues for overview section of Third Circuit brief (2.3); review and revise response to AMH's brief (5.0); telephone conference with working group re all briefs (.5). |
| 1/02/2013 | Eric F Leon, P.C. | 6.40 | Draft and revise Third Circuit lender brief. |
| 1/03/2013 | Mike Jones | 2.80 | Correspond with working group re appellate brief materials (.4); review and analyze supporting documents re same (.7); review and revise summary of same (1.7). |
| 1/03/2013 | Jason Gott | 2.20 | Research and draft memorandum re effect of case closing on preliminary injunctions. |
| 1/03/2013 | Marjolaine Blake | 7.50 | Cite check new version of brief responding to Garlock's appeal (6.4); prepare documents for Third Circuit joint appendix relating to response briefs (1.1). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/03/2013 | Timothy Schmeling | .60 | Prepare and compile precedent re memorandum of law and findings of fact (.5); correspond with J. Gettleman re same (.1). |
| 1/03/2013 | Kimberly K Love | 7.70 | Supervise and assist with review, revision and cite checking of revised Garlock brief (6.4); prepare and organize various materials requested by N. Dukov, R. Barakat and L. Esayian (1.3). |
| 1/03/2013 | Susan Engel | 1.40 | Telephone conference with client and co-counsel re drafts of appellate briefs. |
| 1/03/2013 | Jeffrey Gettleman | 1.50 | Correspond with J. Gott re dismissal of adversary proceeding (.6); review and analyze research re same (.4); correspond with A. Paul and N. Dukov re appellate briefs (.5). |
| 1/03/2013 | Jeffrey Gettleman | 6.70 | Office conference and correspond with working group re order to show cause (1.9); draft responses to same (2.1); analyze materials re same (1.2); correspond with working group re appellate briefs (1.5). |
| 1/03/2013 | Adam C Paul | 6.30 | Telephone conference with J. Donley, ACC and FCR re appellate briefs (1.6); prepare for same (.4); analyze revised appellate briefs (1.1); analyze and revise appellate briefs (2.8); telephone conference with E. Leon re same (.4). |
| 1/03/2013 | Rana Barakat | 9.20 | Telephone conference with client and counsel for appellees re status of response briefs (1.4); research re historical use of "fair and equitable" in Bankruptcy Act (1.2); review research re canons of statutory interpretation (.2); review confirmation hearing testimony and expert reports (1.2); review and analyze Quigley opinion cited in Garlock's brief (.4); review Kaiser case and draft summary of court's 524(g) fair and equitable analysis (.8); draft summary of research re Grace liability estimates and canons of statutory interpretation (1.1); edit response to Garlock's brief (2.9). |
| 1/03/2013 | Nia Dukov | 7.50 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/03/2013 | Factual Research | .80 | Library Research re historical bankruptcy code sections. |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/03/2013 | John Donley, P.C. | 13.40 | Conference call re brief issues with ACC and FCR counsel, A. Paul, S. Engel, R. Barakat, L. Esayian, M. Shelnitz and R. Finke (1.4); prepare for same (.3); telephone conferences with J. Wisler and J. Gettleman re motion to show cause (.3); correspond with Paul Weiss re briefing (.2); draft and revise appellate briefs (11.2). |
| 1/03/2013 | Lisa G Esayian | 8.50 | Telephone conference with plan proponents and M. Shelnitz and R. Finke re all briefs (1.0); review and revise AMH brief (2.5); review and revise argument sections of AMH brief (5.0). |
| 1/03/2013 | Eric F Leon, P.C. | 9.70 | Research and draft Third Circuit lender brief (8.3); telephone conference with team re same (1.4). |
| 1/04/2013 | Nate Kritzer | .40 | Revise Montana/Crown section of brief. |
| 1/04/2013 | Jason Gott | 2.60 | Analyze plan of reorganization re effects on prior injunctions (.9); correspond with J. Gettleman re same (.1); draft proposed administrative closing order re Chakarian order on rule to show cause (1.6). |
| 1/04/2013 | Marjolaine Blake | 7.90 | Cite check amended brief responding to AMH. |
| 1/04/2013 | Kimberly K Love | 8.30 | Assist with organization of documents cited in various briefs from bankruptcy or district court dockets (3.2); supervise and assist with review, revision and cite checking of revised AMH brief (4.4); prepare and organize materials requested by L. Esayian (.7). |
| 1/04/2013 | Andrew Brniak | .80 | Prepare and compile precedent for appellate briefs (.6); correspond with J. Gettleman re same (.2). |
| 1/04/2013 | Susan Engel | 3.80 | Review AMH draft brief (1.0); review and analyze Montana brief and Third Circuit case law (2.6); telephone conference with L. Kelleher re comments to draft Montana brief (.2). |
| 1/04/2013 | Jeffrey Gettleman | 4.90 | Correspond with working group re response to order to show cause (1.4); review and revise same (1.2); correspond with working group re appellate briefs (.9); review and revise same (1.4). |
| 1/04/2013 | Adam C Paul | 7.30 | Analyze and revise appellate briefs (6.9); telephone conference with B. Weiland and J. Gettleman re lender brief (.3); telephone conference with J. Donley re appellate briefs (.1). |
| 1/04/2013 | Brian T Stansbury | .70 | Telephone conference with J. Hughes re OM Scott data (.2); telephone conference with T. Fitzsimmons re same (.2); research potential exposures at OM Scott facility (.3). |

A-9

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 1/04/2013 | Timothy J Fitzsimmons | .50 | Review materials re potential alternative asbestos exposures (.3); correspond with B. Stansbury re same (.2). |
| 1/04/2013 | Emily Malloy | 5.90 | Review appellees' briefs to identify pleadings cited (2.8); create chart of same (1.2); compile pleadings cited and update data drive with same (1.9). |
| 1/04/2013 | Rana Barakat | 4.50 | Review District Court's and Bankruptcy Court's rulings on Garlock's "fair and equitable" argument (.6); draft summary of findings for J. Donley (2.1); review and edit response to Garlock brief (1.5); review and analyze Congressional reports re 1978 Bankruptcy Code and adoption of modified absolute priority rule (.3). |
| 1/04/2013 | Nia Dukov | 9.30 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/04/2013 | Brad Weiland | 3.80 | Review and analyze payment arguments re lender brief (.3); correspond with A. Paul, N. Dukov, E. Leon and J. Gettleman re same (.4); prepare and revise materials re lender brief (3.1). |
| 1/04/2013 | John Donley, P.C. | 12.80 | Draft and edit Garlock brief (11.8); correspond with S. Engel re Montana brief (.3); review and incorporate Orrick edits (.7). |
| 1/04/2013 | Lisa G Esayian | 6.40 | Conference with R. Finke re AMH issues (.3); review and revise AMH brief (6.1). |
| 1/04/2013 | Eric F Leon, P.C. | 8.30 | Research and draft Third Circuit lender brief (7.9); telephone conference with N. Dukov re same (.4). |
| 1/05/2013 | Marjolaine Blake | 8.10 | Cite check amended brief responding to AMH (5.4); cite check brief overview responding to all briefs (2.7). |
| 1/05/2013 | Kimberly K Love | 8.30 | Review, revise and cite check insurance settlement chart as requested by L. Esayian (3.3); assist with review, revision and cite checking of overview brief (3.8); prepare and organize documents from district and bankruptcy courts to be used as exhibits to briefs (1.2). |
| 1/05/2013 | Jeffrey Gettleman | .90 | Review correspondence from M. Araki re claims information needed for drafting brief insert (.1); correspond with R. Higgins re same (.1); telephone conference with R. Higgins re same (.5); review correspondence from R. Higgins attaching Class 9 claims information and other materials re same (.1); review correspondence from R. Higgins re 2011 Form 8-K re same (.1). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/05/2013 | Adam C Paul | 1.80 | Analyze and revise appellate briefs (1.2); correspond with J. Donley re same (.6). |
| 1/05/2013 | Emily Malloy | 7.20 | Review appellees' briefs to identify pleadings cited (4.2); review and revise chart re same (1.2); compile pleadings cited and update data drive with same (.9); review joint appendix database (.9). |
| 1/05/2013 | Rana Barakat | 3.70 | Review Caplin's draft of response to Garlock's TDP argument (1.1); draft insert to TDP argument re limitations to public's right to access discovery materials and settlement information (1.1); draft insert to TDP argument re post-Manville TDP's containing similar confidentiality provisions as Grace TDP (1.4); review ballot tabulation report for number of Class 6 ballots (.1). |
| 1/05/2013 | Nia Dukov | 2.90 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/05/2013 | John Donley, P.C. | 14.10 | Review and incorporate Orrick edits to Montana brief and correspond with S. Engel re same (.4); review and incorporate Orrick edits re Garlock and correspond with D. Felder re same (.3); review and incorporate Orrick edits to overview brief and draft correspondence to D. Felder re same (.5); review and incorporate Caplin edits to overview brief and draft correspondence to A. Paul re same (.8); correspond with N. Dukov re lender issues (.2); correspond with R. Barakat re Garlock brief follow-up issues (.2); edit overview brief (.6); draft and edit Garlock brief (9.8); begin review draft of lender brief (1.3). |
| 1/05/2013 | Lisa G Esayian | 2.80 | Analyze fact issues for overview section of consolidated brief (1.3); review and revise AMH legal arguments (1.5). |
| 1/06/2013 | Adam C Paul | 6.20 | Analyze and revise lender brief (4.9); telephone conference with J. Donley re same (.4); correspond with J. Donley re same (.6); analyze lender brief materials (.3). |
| 1/06/2013 | Rana Barakat | 5.90 | Draft insert to Garlock response distinguishing Quigley and Congoleum (2.4); review and edit response to Garlock's opening brief on appeal (3.5). |
| 1/06/2013 | John Donley, P.C. | 16.50 | Review and revise lender brief (7.7); review and revise Garlock brief (7.0); review and revise standard of review and deference (1.2); review and analyze cases re same (.6). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/06/2013 | Lisa G Esayian | 4.00 | Revise AMH brief (3.8); telephone conference with J. Donley re same (.2). |
| 1/06/2013 | Douglas G Smith, P.C. | 8.40 | Revise appellate brief on pendency interest. |
| 1/07/2013 | Nate Kritzer | .80 | Correspond with L. Kelleher and K&E team re Montana/Crown sections of brief (.2); revise same (.6). |
| 1/07/2013 | Mike Jones | .80 | Correspond with J. Gettleman re references to unsecured claims amount in appellate brief (.4); telephone conference with working group re appellate brief status (.4). |
| 1/07/2013 | Marjolaine Blake | 6.10 | Review and cite check response to bank lenders' brief for filing in the Third Circuit Court of Appeals. |
| 1/07/2013 | Kimberly K Love | 13.20 | Review and organize materials from briefs as requested by J. Donley (1.4); prepare and organize various materials requested by L. Esayian (1.2); prepare and organize materials re bank lenders as requested by D. Smith (.6); review and organize various statements of related proceedings from recently filed briefs as requested by J. Donley (.4); prepare and organize various cases cited in bank lenders brief as requested by J. Donley (2.3); review and draft list of conventions re information cited in briefs (2.5); assist with review, revision and cite checking of bank lenders brief (4.8). |
| 1/07/2013 | Susan Engel | .30 | Telephone conference with J. Donley re draft sections of Third Circuit brief (.2); telephone conference with N. Kritzer re Montana draft (.1). |
| 1/07/2013 | Jeffrey Gettleman | 1.90 | Draft, review and revise analysis of Class 10 section of intro brief (.7); review warrant motion and exhibits re same (.4); review correspondence from B. Jaffe re summary of Class 9 claims (.2); review lender brief draft (.6). |
| 1/07/2013 | Jeffrey Gettleman | 3.60 | Correspond and office conference with A. Paul re edits to lender brief (.4); draft, review and revise insert for brief re general unsecured claims (.9); correspond with working group re same (1.1); review and analyze materials re same (1.2). |
| 1/07/2013 | Adam C Paul | 7.50 | Analyze and revise various appellate briefs (5.6); telephone conferences with J. Donley re same (1.2); telephone conference with R. Frankel re appellate briefs (.7). |
| 1/07/2013 | Emily Malloy | 6.70 | Cite check bank lender and Garlock briefs. |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/07/2013 | Rana Barakat | 8.60 | Review Garlock's exhibits re 524(g) objections (2.0); review and revise Garlock brief (3.6); review and revise response to Garlock's TDP sections (3.0). |
| 1/07/2013 | Nia Dukov | 12.30 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/07/2013 | Katie L Einspanier | 7.30 | Telephone conference with J. Donley re deference research for Garlock brief (.4); review cases re deference and research additional cases (2.9); draft deference section of appellate brief (4.0). |
| 1/07/2013 | John Donley, P.C. | 13.80 | Review and revise lender brief (7.5); telephone conference with E. Leon, A. Paul and N. Dukov re same (.5); review and revise Garlock brief (4.8); telephone conference with R. Frankel, R. Wyron and D. Felder re Orrick edits to Third Circuit briefs (.6); telephone conferences and correspond with S. Engel re Montana and Crown response brief (.4). |
| 1/07/2013 | Lisa G Esayian | 7.50 | Telephone conference with R. Finke re Anderson Memorial class certification issues (.4); review and analyze pleadings re same and follow-up with R. Finke (.6); review and revise overview section of Grace Third Circuit briefs (1.5); review and revise AMH brief (5.0). |
| 1/07/2013 | Eric F Leon, P.C. | .20 | Telephone conference with team re appellate briefs. |
| 1/07/2013 | Douglas G Smith, P.C. | 11.20 | Revise appellate brief on pendency interest. |
| 1/08/2013 | Nate Kritzer | 1.60 | Revise brief sections re Montana/Crown. |
| 1/08/2013 | Mike Jones | 1.90 | Correspond with working group re appellate brief (.6); review and revise summary of PI Trust contributions (.8); telephone conference with working group re appellate brief status (.5). |
| 1/08/2013 | Benjamin Rhode | .30 | Office conference with J. Gettleman re analysis of equity's impairment. |
| 1/08/2013 | Marjolaine Blake | 11.10 | Cite check updated Garlock brief for filing in Third Circuit. |
| 1/08/2013 | Kimberly K Love | 12.90 | Office conference with working group re progress of briefs (.2); prepare and organize various materials requested by L. Esayian and R. Barakat (2.4); review briefs and obtain cited materials for use as potential exhibits (2.5); review, revise and cite check Garlock brief (7.8). |
| 1/08/2013 | Susan Engel | 1.30 | Review and revise Montana draft brief. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/08/2013 | Jeffrey Gettleman | 3.70 | Correspond with working group re appellate briefs (.5); office conference with B. Rhode re effect of warrant agreement on Class 10 interests (.3); draft, review and revise analysis of statement in intro brief re Class 10 interests (.9); legal research re same (1.1); legal research re "collective proceeding" and "equitable distribution" points for drafting new section of intro brief (.9). |
| 1/08/2013 | Adam C Paul | 8.90 | Analyze and revise appellate documents (6.9); telephone conference with J. Donley re same (.8); analyze correspondence re appellate briefs (1.2). |
| 1/08/2013 | Emily Malloy | 5.50 | Cite check Garlock brief. |
| 1/08/2013 | Rana Barakat | 8.40 | Telephone conference with working group re drafting of briefs (.1); review post Manville TDP for confidentiality and deferral provisions (3.8); review and revise response to Garlock's TDP sections (4.5). |
| 1/08/2013 | Nia Dukov | 6.50 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/08/2013 | Katie L Einspanier | 4.80 | Telephone conference with client re status of briefing (.4); edit fair and equitable/deference section of brief (4.1); telephone conference with J. Donley and S. Engel re lenders brief (.3). |
| 1/08/2013 | John Donley, P.C. | 14.10 | Review, edit and draft inserts to and review authorities and cases re lender response brief (8.8); review and revise Garlock brief (2.7); edit overview section (1.2); edit Montana section of response brief (1.4). |
| 1/08/2013 | Lisa G Esayian | 8.50 | Telephone conference with working group re Third Circuit briefs (.2); review and revise AMH brief (8.0); correspond with J. Donley re status of same (.3). |
| 1/08/2013 | Eric F Leon, P.C. | .90 | Revise Third Circuit lender brief. |
| 1/08/2013 | Douglas G Smith, P.C. | 8.20 | Draft response to amicus brief on pendency interest. |
| 1/09/2013 | Nate Kritzer | .40 | Correspond with J. Donley and S. Engel re Montana/Crown brief. |
| 1/09/2013 | Jason Gott | .20 | Revise proposed order closing adversary proceeding. |
| 1/09/2013 | Marjolaine Blake | 13.70 | Cite check updated brief responding to both the State of Montana and the Crown's appeal (8.4); update briefs re documents being filed with Third Circuit (5.3). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/09/2013 | Kimberly K Love | 15.00 | Prepare and organize various materials requested by L. Esayian, R. Barakat and J. Donley (2.2); review materials received from library for possible use with briefs (1.3); assist with review, revision and cite checking of Garlock brief including conforming exhibit numbers (6.4); assist with review, revision and cite checking of Montana/Crown brief including conforming exhibit numbers (5.1). |
| 1/09/2013 | Susan Engel | 6.00 | Edit draft Montana brief (1.3); edit draft Garlock brief (2.0); review draft lenders brief in connection with standard of review issues (.5); edit draft motion to consolidate (.4); telephone conference with J. Donley re draft briefs (.8); discuss draft briefs and motion to consolidate with K. Einspanier (1.0). |
| 1/09/2013 | Jeffrey Gettleman | 1.30 | Correspond with J. Donley re transcript excerpt re burden of proof argument (.1); office conference with A. Paul re burden of proof issue in appellate briefs (.3); draft, review and revise insert for appellate brief (.9). |
| 1/09/2013 | Jeffrey Gettleman | 3.90 | Correspond with working group re appellate brief (.3); review and revise same (.3); office conference and correspond with J. Gott re response to order to show cause re Chakarian adversary proceeding (.3); correspond with M. Araki re analysis of Class 9 claims (.1); review and revise proposed order re administratively closing adversary proceeding (.4); correspond with A. Paul re explanation of same (.2); legal research re prohibitions on payments of prepetition claims other than through a plan (2.3). |
| 1/09/2013 | Gary M Vogt | 1.20 | Research and compile precedential hearing transcripts re appellate briefs. |
| 1/09/2013 | Adam C Paul | 8.20 | Analyze impairment of interests issues (1.6); analyze and revise appellate briefs (6.2); office conference with J. Gettleman re burden of proof (.4). |
| 1/09/2013 | Emily Malloy | 6.20 | Cite check Garlock, AMH and overview briefs. |
| 1/09/2013 | Rana Barakat | 9.10 | Research re whether equity in Manville retained valued in reorganized debtor (1.3); review and analyze Manville precedent re same (1.4); draft summary of same (.2); review documents and authorities cited in Garlock response brief and overview section (2.8); review and revise same (3.4). |
| 1/09/2013 | Nia Dukov | .20 | Review and revise response brief on lender issues in Third Circuit appeal. |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/09/2013 | Katie L Einspanier | 8.60 | Draft motion to consolidate (6.3); telephone conference with S. Engel re same (.4); telephone conference with J. Donley and S. Engel re motion to consolidate and organization of section I of Garlock brief (.3); revise motion to consolidate (1.6). |
| 1/09/2013 | John Donley, P.C. | 16.30 | Review and revise Montana brief (4.7); review and revise overview section of brief (5.2); review and revise Garlock section of brief (4.3); review and revise AMH brief (2.1). |
| 1/09/2013 | Lisa G Esayian | 7.80 | Review and revise AMH brief (7.6); correspond with J. Donley re same (.2). |
| 1/10/2013 | Nate Kritzer | 2.10 | Revise Montana/Crown brief. |
| 1/10/2013 | Marjolaine Blake | 14.60 | Cite check updated AMH brief and prepare markup copy for editing (8.0); review all briefs for materials cited for purposes of preparing documents for filing (2.1); update index of previously filed court documents and prepare index of new documents to be filed with Third Circuit response briefs (4.5). |
| 1/10/2013 | Kimberly K Love | 12.90 | Review and revise all briefs with conformed exhibit cites (3.1); prepare and organize materials requested by J. Donley and R. Barakat (1.4); review and revise chart of materials cited in briefs to be included as exhibits (1.7); assist with review, revision and cite checking of Garlock and AMH briefs (6.7). |
| 1/10/2013 | Susan Engel | .80 | Review edits to draft Montana brief (.6); telephone conference with J. Donley re draft Garlock brief (.2). |
| 1/10/2013 | Jeffrey Gettleman | 3.70 | Correspond with working group re appellate briefs (.9); review and revise same (2.8). |
| 1/10/2013 | Adam C Paul | 7.80 | Review and revise appellate briefs (4.8); telephone conferences with J. Donley re same (1.2); analyze and revise credit motion (1.1); telephone conference with P. Blabey re appeal (.7). |
| 1/10/2013 | Emily Malloy | 3.30 | Review appellees' briefs to identify pleadings cited to include in appendix (1.9); update chart of same (.7); compile pleadings cited and update data drive with same (.7). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/10/2013 | Rana Barakat | 9.50 | Review briefings in court below to determine timeline of science trial (1.5); edit corporate disclosure statement for inclusion in Third Circuit response briefs (.6); edit statement of related cases (.3); review plan proponents' bankruptcy and district court pleadings for any standing arguments made with respect to co-defendants (1.8); draft summary of same (2.6); prepare briefs for filing (2.7). |
| 1/10/2013 | Nia Dukov | 7.80 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/10/2013 | Katie L Einspanier | 12.50 | Telephone conference with J. Donley and S. Engel re Garlock brief reorganization (.4); review and revise Garlock brief (12.1). |
| 1/10/2013 | John Donley, P.C. | 14.80 | Review and revise Montana/Crown brief (3.2); review and revise Garlock brief (1.5); review and revise lender brief (2.4); telephone conferences with P. Bentley re lender brief (.8); review and revise overview section of brief (2.2); review and revise AMH brief (4.7). |
| 1/10/2013 | Lisa G Esayian | 4.40 | Review and revise legal argument for AMH brief. |
| 1/10/2013 | Eric F Leon, P.C. | .80 | Telephone conference with working group re appellate briefs (.4); review materials re same (.4). |
| 1/10/2013 | Douglas G Smith, P.C. | 1.00 | Revise response to amicus brief on pendency interest. |
| 1/11/2013 | Nate Kritzer | .90 | Telephone conferences with working group re appellate briefs. |
| 1/11/2013 | Mike Jones | 2.40 | Review and revise summary of PI Trust contributions (1.6); correspond with working group re same (.4); telephone conference with working group re appellate brief status (.4). |
| 1/11/2013 | Marjolaine Blake | 12.10 | Prepare documents to be filed with Third Circuit (5.2); retrieve case law for attorney re response briefs (3.4); review briefs for cited materials being filed with Third Circuit (2.4); review briefs re conforming and editing citations (1.1). |
| 1/11/2013 | Timothy Schmeling | .60 | Prepare and compile precedent re amended plans of reorganization. |

A-17

| Date | Name | Hours | Description |
|---|---|---|---|
| 1/11/2013 | Kimberly K Love | 10.00 | Prepare and organize materials requested by K. Einspanier and L. Esayian (1.6); review materials re confidentiality of Adelphia transcript (.4); review and revise information re AMH brief as requested by L. Esayian (.7); attend team conference re upcoming deadlines and briefing progress (.3); revise and update index of documents for potential use as exhibits to briefs (3.6); review, revise and cite check overview brief (3.4). |
| 1/11/2013 | Susan Engel | 1.40 | Telephone conference with client re draft briefs (1.2); telephone conference with J. Donley re same (.2). |
| 1/11/2013 | Jeffrey Gettleman | 8.50 | Correspond with working group re appellate briefs (3.4); review and revise same (5.1). |
| 1/11/2013 | Jeffrey Gettleman | 4.30 | Review and analyze debtor's brief in response to lender's brief (1.1); legal research re same (1.4); correspond with working group re same (.9); telephone conferences with E. Leon re same (.6); telephone conference with J. O'Connell re plan formulation process (.3). |
| 1/11/2013 | Adam C Paul | 8.60 | Analyze and revise appellate briefs (7.2); telephone conferences with J. Donley re same (1.2); office conference with J. Gettleman re same (.2). |
| 1/11/2013 | Emily Malloy | 5.30 | Review appellee's briefs to identify pleadings cited (.7); update chart of same (.5); compile pleadings cited and update data drive with same (1.7); compile and organize materials for appendix (2.4). |
| 1/11/2013 | Rana Barakat | 7.30 | Telephone conference with client and counsel for plan proponents re status of briefs (1.2); telephone conference with working group re same (.2); office conference with J. Donley and K. Love re filing procedures and deadlines (.2); office conference with K. Love re addendums to brief and filing deadlines (.3); review and revise response to Garlock brief (2.8); draft motion to file supplemental appendix (2.3); office conference with briefing specialist at Third Circuit re filing procedures and rules (.3). |
| 1/11/2013 | Nia Dukov | 9.30 | Review and revise response brief on lender issues in Third Circuit appeal. |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/11/2013 | Katie L Einspanier | 10.40 | Revise and reorganize Section I of Garlock brief (5.6); correspond with J. Donley and S. Engel re same (.3); legal research re deference on post-petition interest (3.9); office conference with K. Love re same (.3); telephone conference with working group re response briefs (.3). |
| 1/11/2013 | Factual Research | .20 | Library Research re requested article. |
| 1/11/2013 | John Donley, P.C. | 15.90 | Revise inserts to appellate briefs and review and analyze cases and authorities. |
| 1/11/2013 | Lisa G Esayian | 7.50 | Review and revise AMH brief (5.5); telephone conference with working group re response briefs (.4); telephone conference with plan proponents' counsel re same (1.6). |
| 1/11/2013 | Christopher Landau, P.C. | .50 | Telephone conference with working group re Third Circuit filings. |
| 1/11/2013 | Eric F Leon, P.C. | 9.40 | Telephone conference with working group re response briefs (.5); draft and revise Third Circuit lender brief (8.9). |
| 1/12/2013 | Marjolaine Blake | 15.50 | Prepare list of exhibits being filed with the Third Circuit Court (9.3); review and bates stamp documents being used as brief exhibits (4.1); update citations in briefs re newly numbered exhibits (2.1). |
| 1/12/2013 | Kimberly K Love | 15.20 | Collect district and bankruptcy court documents to be used as exhibits (4.4); review, revise and cite check amicus response brief (3.2); organize and bates label new exhibits (1.2); update briefs with new PPA exhibit numbers (2.6); review, revise and cite check AMH brief (3.8). |
| 1/12/2013 | Adam C Paul | 6.70 | Analyze and revise appellate briefs. |
| 1/12/2013 | Emily Malloy | 7.90 | Fact and cite check amicus response brief (4.6); compile and organize materials for appendix (3.3). |
| 1/12/2013 | Rana Barakat | 6.60 | Office conference with J. Donley and K. Love re plan proponents' appendix (.2); review documents to be included in plan proponents' appendix (.5); review documents cited in Montana, Garlock and overview briefs (1.2); revise briefs according to same (1.7); review cases cited in Garlock response brief for adverse holdings (2.8); review and revise motion to file supplemental appendix (.2). |
| 1/12/2013 | Nia Dukov | 8.40 | Review and revise response brief on lender issues in Third Circuit appeal. |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/12/2013 | Katie L Einspanier | .30 | Office conference with N. Dukov re deference section in lenders brief (.2); office conference with J. Donley re response to amicus brief (.1). |
| 1/12/2013 | John Donley, P.C. | 15.50 | Draft inserts to appellate briefs (4.3); review and analyze authorities (6.5); revise response briefs (4.7). |
| 1/12/2013 | Lisa G Esayian | 4.80 | Review and revise AMH brief. |
| 1/13/2013 | Marjolaine Blake | 15.00 | Conform electronic files for filing the plan proponents' appendix (8.1); copy check revisions to briefs (1.2); update briefs with appendix documents (1.6); compile documents for addendum to briefs (4.1). |
| 1/13/2013 | Kimberly K Love | 15.90 | Review and revise facts re confirmation hearing and briefing information for use with addendum (3.6); conference with J. Donley and R. Barakat re progress of briefs and exhibits (.3); review, revise and cite check Montana/Crown brief (5.7); review, revise and cite check overview brief (6.3). |
| 1/13/2013 | Maria D Gaytan | 13.70 | Cite check and retrieve documents cited in plan proponents' response to Garlock's opening brief. |
| 1/13/2013 | Susan Engel | .70 | Draft summary of argument for Montana and Crown response briefs. |
| 1/13/2013 | Jeffrey Gettleman | .80 | Correspond with J. Donley and K. Einspanier re burden of proof insert for appellate briefs (.2); review E. Leon correspondence and pleading drafts (.4); correspond with K. Einspanier re same (.2). |
| 1/13/2013 | Adam C Paul | 2.20 | Analyze and revise appellate briefs and related pleadings. |
| 1/13/2013 | Rana Barakat | 8.50 | Legal research re co-defendants of Grace that filed POCs (1.2); draft addendum listing same (.3); office conference with J. Donley re Garlock and Montana drafts (.2); office conference with J. Donley and K. Love re status of plan proponents' appendix and revisions to Garlock draft (.3); review and revise motion to file supplemental appendix (.6); review and analyze Supreme Court cases re absolute priority rule cited by Garlock (1.8); revise response to Montana's and Crown's appellate briefs (1.7); revise response to Garlock brief (2.0); review and revise motion to consolidate (.4). |
| 1/13/2013 | Nia Dukov | 1.40 | Review and revise response brief on lender issues in Third Circuit appeal. |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/13/2013 | Katie L Einspanier | 3.90 | Legal research re fair and equitable and deference issues in lenders brief (1.3); correspond with J. Donley re deference and amicus brief (.4); correspond with J. Donley re organization of Garlock brief (.3); research Third Circuit rules re amicus briefs and responses (1.1); draft memorandum summarizing research (.3); telephone conference with J. Donley re lenders standard of review (.2); correspond with C. Landau re amicus brief response (.3). |
| 1/13/2013 | John Donley, P.C. | 16.60 | Analyze and revise appellate briefs. |
| 1/13/2013 | Lisa G Esayian | 5.90 | Review and revise AMH brief. |
| 1/13/2013 | Eric F Leon, P.C. | 2.70 | Review and revise Third Circuit lender brief. |
| 1/14/2013 | Nate Kritzer | 2.30 | Review and revise Montana/Crown brief (2.2); correspond with J. Donley re same (.1). |
| 1/14/2013 | Mike Jones | 1.60 | Review and revise PI Trust contribution chart (1.2); correspond with working group re same (.4). |
| 1/14/2013 | Marjolaine Blake | 13.50 | Cite check Montana/Crown response brief (3.2); fact check and update bank lender brief re congressional record citations (.6); review Federal Rules of Appellate Procedure and Third Circuit Local Rule re preparing brief for filing (1.2); prepare documents to be filed with Third Circuit in plan proponents' appendix (6.1); update database of documents in appendix to Third Circuit briefs (2.4). |
| 1/14/2013 | Kimberly K Love | 14.30 | Telephone conference with working group re progress of briefs (.3); prepare and organize revisions as requested by L. Esayian (1.2); revise index of exhibits and proofread edits (2.9); review filing information and briefs for accuracy (1.6); review, revise and cite check Montana/Crown brief (2.7); review, revise and cite check bank lenders brief (4.5); review and revise addendum information (1.1). |
| 1/14/2013 | Susan Engel | 3.90 | Revise Garlock and Montana briefs (3.7); telephone conference with working group re status of briefs (.2). |
| 1/14/2013 | Jeffrey Gettleman | 1.00 | Correspond with K. Love re chart of bank lender appeals pleadings (.1); analyze and revise same (.4); correspond with A. Paul, J. Donley and M. Jones re PI Trust contribution amounts (.4); correspond with M. Jones re Sealed Air research (.1). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/14/2013 | Adam C Paul | 12.10 | Analyze and revise appellate briefs (10.2); telephone conference with J. Donley and ACC/FCR re same (1.9). |
| 1/14/2013 | Emily Malloy | 6.30 | Prepare materials for appendix and update briefs with appendix citations. |
| 1/14/2013 | Rana Barakat | 9.00 | Office conference with J. Donley re status of response briefs (.3); review and revise fair and equitable section of Garlock response brief (2.3); review and revise motion to consolidate (.3); telephone conference with local counsel re filing of motion to consolidate (1.1); telephone conference with counsel for plan proponents re inclusion of counterstatement of issues in response briefs (.8); review and analyze cases cited in Garlock response brief for adverse holdings (1.4); telephone conference with K. Love and M. Blake re plans of reorganization and TDP's to be included in addendum to briefs (.2); office conference with K. Love re plan proponents' appendix (.7); review and analyze Manville plan discussions in response briefs (.4); review dockets for related cases (.3); revise counterstatement of related cases (1.2). |
| 1/14/2013 | Nia Dukov | 7.90 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/14/2013 | Brad Weiland | .80 | Correspond with K. Love re source cite items (.2); research and analyze same (.6). |
| 1/14/2013 | Katie L Einspanier | 7.30 | Review and analyze cases re standard of review for post-petition interest (1.4); draft standard of review/burden of proof section for consolidated brief (3.2); telephone conference with working group re scheduling and briefing (.3); draft standard of review section for lender brief (2.4). |
| 1/14/2013 | Factual Research | 1.40 | Library Research re USG, Babcock & Wilcox, Western Asbestos and Burns and Roe trust distribution reports. |
| 1/14/2013 | John Donley, P.C. | 15.70 | Analyze and revise Third Circuit appellate briefs. |
| 1/14/2013 | Lisa G Esayian | 13.00 | Review and revise overview section of consolidated brief (1.8); conference with J. Donley re same (.3); review and revise AMH brief (10.5); correspond with legal assistants re table of authorities (.4). |
| 1/14/2013 | Eric F Leon, P.C. | 6.20 | Review and revise Third Circuit lender brief. |
| 1/15/2013 | Mike Jones | .40 | Telephone conference with working group re appellate brief status. |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/15/2013 | Marjolaine Blake | 12.70 | Review briefs re new documents for filing (4.8); review exhibits and update appendix to be filed (1.9); prepare documents to be filed (6.0). |
| 1/15/2013 | Kimberly K Love | 17.50 | Review and revise addendum (2.1); prepare and organize documents to be included in addendum (2.3); review and revise cites in AMH brief (1.6); telephone conference with working group re briefing progress (.4); prepare and organize various TDPs to be added to briefs as exhibits (3.1); prepare and organize materials from Garlock brief (2.3); review, revise and cite check Garlock brief (5.7). |
| 1/15/2013 | Susan Engel | 2.20 | Revise Garlock brief (1.8); telephone conference with working group re briefs (.4). |
| 1/15/2013 | Jeffrey Gettleman | 1.80 | Correspond with K. Love re appellate briefing issues and status (.1); office conference with A. Paul re orders on rule to show cause in other adversary proceedings (.1); correspond and office conferences with J. Gott, R. Higgins and T. Schmeling re same (.9); review adversary dockets re same (.4); telephone conference with working group re briefing and next steps (.3). |
| 1/15/2013 | Adam C Paul | 12.20 | Analyze and revise appellate briefs (11.1); telephone conferences with J. Donley and P. Bentley re same (1.1). |
| 1/15/2013 | Emily Malloy | 9.10 | Review briefs to identify new materials for inclusion in appendix (1.8); review and revise appendix index (1.4); fact check briefs (2.2); insert appendix cites in same (1.2); revise appendix materials (2.5). |
| 1/15/2013 | Rana Barakat | 11.30 | Review and revise response to Garlock's TDP arguments (2.6); review and analyze case law re use of terms "fair and equitable" in Rule 9019 analyses (1.4); correspond with J. Donley re same (.3); review and analyze plans and TDP's from other cases (1.1); review and revise citations in Garlock response brief (2.3); review documents to be included in supplemental appendix (2.9); finalize same (.7). |
| 1/15/2013 | Nia Dukov | 8.70 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/15/2013 | Katie L Einspanier | 8.20 | Review and revise overview brief (7.6); correspond with J. Donley re same (.3); telephone conference with working group re brief drafting (.3). |
| 1/15/2013 | John Donley, P.C. | 13.80 | Review and revise appellate briefs. |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/15/2013 | Lisa G Esayian | 12.80 | Review and revise AMH brief (11.9); correspond with R. Finke re same (.6); telephone conference with working group re brief drafting (.3). |
| 1/15/2013 | Eric F Leon, P.C. | 5.80 | Telephone conference with working group re status of briefs (.3); review and revise Third Circuit lender brief (5.5). |
| 1/16/2013 | Mike Jones | 1.90 | Correspond with J. Donley re PI Trust contribution chart (.4); office conference with J. Donley and A. Paul re same (.5); review and revise same (1.0). |
| 1/16/2013 | Marjolaine Blake | 17.20 | Prepare exhibits for filing (5.3); cite check briefs to be filed (10.6); prepare appendix of exhibits to be sent to local counsel (1.3). |
| 1/16/2013 | Kimberly K Love | 17.50 | Review and revise exhibit list and exhibits for filing (8.0); review, revise and cite check overview brief (4.8); review, revise and cite check bank lenders brief (3.7); review rules and information re filing size of exhibits and materials for e-filing (1.0). |
| 1/16/2013 | Susan Engel | 4.80 | Review and revise briefs (4.6); telephone conference with working group re briefing status (.2). |
| 1/16/2013 | Jeffrey Gettleman | 8.20 | Correspond with M. Araki and K. Love re EPA settlement issue in lender brief (.5); analyze same (.8); draft analysis of footnote and suggested revision (.4); telephone conferences and correspond with A. Paul and B. Weiland re same (1.1); office conference and correspond with J. Donley and M. Jones re PI Trust contribution addendum to briefs (.8); review and analyze PI Trust contribution chart (.7); correspond with R. Higgins and J. Gott re order on rule to show cause (.2); review and revise lender brief relating to burden of proof (2.8); correspond with A. Paul and N. Dukov re same (.5); telephone conference with N. Dukov re same (.4). |
| 1/16/2013 | Adam C Paul | 11.20 | Finalize appellate briefs (9.5); telephone conferences with J. Donley re same (1.7). |
| 1/16/2013 | Emily Malloy | 11.70 | Fact and cite check updated versions of briefs (7.3); review and proofread tables of authorities (4.4). |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/2013 | Rana Barakat | 11.50 | Review and revise cover pages and certificates of service for briefs (2.3); review and analyze documents cited in response to Garlock's brief (2.5); review and analyze response to Garlock's brief (3.4); telephone conference with plan proponents' counsel re status of briefs (.3); review and revise motion to file supplemental appendix (1.9); office conference with J. Donley, K. Love and N. Dukov re addendums to briefs (.4); revise Garlock brief (.7). |
| 1/16/2013 | Nia Dukov | 11.70 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/16/2013 | Katie L Einspanier | 6.40 | Cite check revision of background section (2.4); proof read same (1.4); telephone conference with S. Engel re motion to consolidate (.3); telephone conference with working group re briefing status (.3); draft motion for word extension for lenders brief to respond to amicus brief (1.7); office conference with J. Donley and A. Paul re same (.3). |
| 1/16/2013 | John Donley, P.C. | 18.80 | Review and revise appellate briefs. |
| 1/16/2013 | Lisa G Esayian | 11.90 | Review and revise AMH brief (6.6); correspond with R. Finke, J. Donley and R. Barakat re same (1.8); correspond with A. Rich re AMH issues (.3); review and revise response briefs (3.2). |
| 1/16/2013 | Eric F Leon, P.C. | 4.50 | Review and revise Third Circuit lender brief (4.2); telephone conference with working group re briefing status (.3). |
| 1/17/2013 | Marjolaine Blake | 8.80 | Cite check revised briefs being filed. |
| 1/17/2013 | Kimberly K Love | 9.00 | Organize exhibits and CD of exhibits for filing (2.1); telephone conference with working group re filing materials (.4); revise and update addendum for filing (.6); revise cover pages of briefs and exhibits for filing (1.8); review and revise consolidated brief (3.1); prepare and organize materials filed on PACER for distribution to team and files (1.0). |
| 1/17/2013 | Christian C Semonsen | .90 | Telephone conference with working group re discharge of environmental liabilities (.2); legal research re same (.7). |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/17/2013 | Jeffrey Gettleman | 2.60 | Office conference and correspond with J. Gott re orders on rule to show cause in adversary proceedings (.2); review analysis of J. Gott re same (.2); correspond with A. Paul and R. Higgins re timeline between effective date and first distributions (.2); telephone conference and correspond with working group re EPA proof of claim question (1.0); review and analyze same (.4); review and analyze briefs (.6). |
| 1/17/2013 | Adam C Paul | 10.30 | Review and finalize appellate briefs. |
| 1/17/2013 | Emily Malloy | 7.40 | Fact and cite check updated versions of briefs (2.3); review and revise tables of authorities (3.6); proofread briefs and prepare for filing (1.5). |
| 1/17/2013 | Rana Barakat | 7.90 | Telephone conference with J. Donley, A. Paul, N. Dukov and K. Love re status of briefs (.3); review and revise response to opening brief of Garlock, Montana and Crown (2.8); review and revise response to AMH brief (.9); review and revise response to lender brief (.8); prepare all briefs for filing (3.1). |
| 1/17/2013 | Nia Dukov | 8.60 | Review and revise response brief on lender issues in Third Circuit appeal. |
| 1/17/2013 | John Donley, P.C. | 15.60 | Revise and finalize appellate briefs. |
| 1/17/2013 | Lisa G Esayian | 8.00 | Review and finalize AMH brief (4.2); telephone conference with A. Rich re AMH issues (.3); correspond with R. Barakat re filing (.4); review and revise final versions of consolidated brief and lender brief (3.1). |
| 1/17/2013 | Eric F Leon, P.C. | 3.60 | Review and revise Third Circuit lender brief (3.3); telephone conference with working group re briefing status (.3). |
| 1/18/2013 | Jason Gott | 1.20 | Review and analyze dockets of adversary proceedings re effects of closing those proceedings. |
| 1/18/2013 | Marjolaine Blake | 4.90 | Prepare sets of plan proponents' exhibits and brief responses for attorney review. |
| 1/18/2013 | Kimberly K Love | 6.00 | Review and organize PPA exhibits into various categories (4.6); prepare and organize copies of briefs for distribution to team (.8); prepare and organize recently filed materials for case files (.6). |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/18/2013 | Jeffrey Gettleman | .80 | Correspond with J. Donley re appellate briefing issues (.1); correspond with A. Paul re order on rule to show cause (.1); review R. Higgins' analysis re distribution mechanics (.2); correspond with A. Paul re voluntary dismissal of adversary proceeding (.1); correspond with A. Paul and K. Love re extension of time to file reply briefs (.3). |
| 1/18/2013 | Adam C Paul | .90 | Correspond with J. Gettleman re show cause orders (.3); correspond with J. Donley and M. Shelnitz re board meeting (.2); analyze deadline extensions for briefs and timing (.4). |
| 1/18/2013 | Rana Barakat | 1.60 | Review local rules re motions for extension of time to file reply briefs (.9); review certificates of service for response briefs to determine when appellants must file their reply briefs (.4); correspond with J. Donley and A. Paul re same (.3). |
| 1/18/2013 | John Donley, P.C. | 2.80 | Draft outline of follow-up items, plan proponents' appendix issues and potential Garlock motion (.8); correspond with R. Barakat and A. Paul re same (.5); review and analyze recent pleadings (.3); correspond and telephone conferences with J. O'Neill re procedural issues (.4); correspond with M. Ward re same (.4); correspond with M. Shelnitz and working group re Third Circuit procedural issues (.4). |
| 1/19/2013 | John Donley, P.C. | 2.80 | Draft and revise outlines of follow-up issues and projects re each of the various briefs and correspond with working group re same (1.8); correspond and telephone conferences with J. O'Neill re service and reply issues (.5); review audit letter reply (.3); correspond with A. Paul re same (.2). |
| 1/20/2013 | Katie L Einspanier | .30 | Telephone conference with J. Donley re motion to strike. |
| 1/20/2013 | John Donley, P.C. | 3.60 | Draft outline of motion practice re Garlock and Montana appeals and replies (.7); correspond with K. Einspanier re same (.3); correspond with R. Barakat and A. Paul re service and reply issues (.3); review Agenda for JKF hearing and other recent pleadings (.3); review and revise audit letter reply (.6); correspond with L. Esayian re same (.3); review and analyze PD FCR brief and authorities (1.0); correspond with A. Paul re current issues (.1). |
| 1/21/2013 | Jason Gott | .60 | Correspond with R. Higgins and J. Gettleman re show cause order. |

A-27

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 1/21/2013 | Jeffrey Gettleman | .90 | Correspond with T. Cobb, R. Higgins and J. Gott re orders on rules to show cause (.7); review J. Gott analysis of Scotts adversary proceeding re same (.2). |
| 1/21/2013 | John Donley, P.C. | .70 | Correspond with J. O'Neill re Third Circuit briefs and timing issues (.2); review and revise audit letter reply (.2); review and analyze Third Circuit rules and draft correspondence to M. Shelnitz re briefing (.3). |
| 1/22/2013 | Jason Gott | 1.20 | Correspond and telephone conference with J. Gettleman and R. Higgins re closing adversary proceedings. |
| 1/22/2013 | Kimberly K Love | 7.00 | Prepare and organize indices indicating sources of PPA exhibits (3.2); telephone conference with working group re PPA exhibit information (.7); review files and obtain materials re Montana Environmental Department settlement (1.4); prepare and organize materials re Scotts adversary proceeding (1.1); review and revise PPA index (.6). |
| 1/22/2013 | Jeffrey Gettleman | 2.80 | Correspond with A. Paul and R. Higgins re appellate briefing (.2); telephone conference with working group re same (.3); participate in bi-weekly update telephone conference with counsel for plan proponents and working group (.7); correspond with R. Higgins and K. Love re Garlock extension of time to file reply brief (.2); telephone conference and correspond with working group re orders on rule to show cause (.8); office conference with J. Gott re same (.2); review analyses re same (.4). |
| 1/22/2013 | Jeffrey Gettleman | 2.20 | Correspond with J. Gott and R. Higgins re stipulation in Scott Company adversary proceeding (.5); review J. Gott analysis re same (.3); office conference with A. Paul re same (.3); draft analysis of response to order on rule to show cause in Chakarian adversary proceeding (.6); draft analysis re three proceedings in which Judge Fitzgerald filed orders on rule to show cause (.5). |
| 1/22/2013 | Adam C Paul | 3.40 | Telephone conference with J. Donley re status and strategy (.8); office conference with J. Donley re effective date (.3); analyze and revise board slides (1.1); analyze show cause order and response (1.2). |

A-28

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/22/2013 | Rana Barakat | 5.10 | Telephone conference with counsel for plan proponents re timeline for reply briefs, oral argument and issuance of opinion (.4); office conference with J. Donley and K. Love re Garlock's potential motion to strike (.5); review index of plan proponents' appendix (1.1); review briefs to determine where "non-record" plan proponents' appendix documents are cited and for what proposition they are used (1.9); research re whether same are available publicly (.8); draft summary of findings re same (.4). |
| 1/22/2013 | Katie L Einspanier | .80 | Correspond with J. Donley re abuse of discretion versus clearly erroneous and motion to strike (.5); telephone conferences re same (.3). |
| 1/22/2013 | John Donley, P.C. | 1.90 | Correspond with client re Third Circuit issues for board meeting (.2); review and revise audit letter reply (.6); telephone conference with working group re Third Circuit issues (.3); telephone conference with A. Paul re same (.3); correspond with Garlock counsel re same (.2); review recent filings and pleadings (.3). |
| 1/22/2013 | John Donley, P.C. | 7.90 | Review and analyze briefing issues and follow-up tasks for working group and give assignments re same (2.3); review plan proponents' appendix and issues relating to Garlock and potential motion practice (.4); outline same (.2); telephone conference with K. Einspanier, R. Barakat and K. Love re same (.4); review and analyze 8-K (.3); correspond with A. Paul and client re same (.2); correspond with M. Giannotto and R. Wyron re briefing issues (.3); review Third Circuit chronology, procedures and rules and precedent re oral argument procedures and timing (.8); draft correspondence to M. Shelnitz re same (.5); telephone conference with ACC, FCR, Equity counsel and client and working group re current Third Circuit briefing issues (.5); review briefing and draft outline re Third Circuit issues for Board meeting (1.7); correspond with A. Paul re same (.3). |
| 1/23/2013 | Kimberly K Love | 12.30 | Review files and materials to obtain information re confirmation hearing exhibit (1.6); prepare and organize materials requested by L. Esayian and R. Barakat (1.3); prepare recently received materials for case files (1.5); cite check AMH brief for accuracy (7.9). |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/23/2013 | Jeffrey Gettleman | 1.90 | Correspond with A. Paul re Chakarian adversary proceeding and withdrawal of related appeal (.2); correspond with R. Higgins re drafting statement and order in Scotts Company adversary proceeding (.4); correspond with A. Paul re Third Circuit schedule (.1); office conferences and correspond with A. Paul and M. Jones re effective date chart (1.0); office conference with M. Jones re Sealed Air research (.1); correspond with A. Paul re postponement of call re rules on order to show cause (.1). |
| 1/23/2013 | Adam C Paul | 2.00 | Analyze AMH submission (.6); telephone conference with M. Shelnitz re TRO adversary proceeding (.3); analyze dismissal of adversary proceeding (.7); telephone conference with J. Donley re appellate briefs (.4). |
| 1/23/2013 | Rana Barakat | 3.90 | Review plan proponents' appendix documents to identify items that are not in record and which Garlock may object to (1.1); review briefs to determine where "non-record" plan proponents' appendix documents are cited and for what proposition they are used (.6); research re whether same are available publicly (1.5); draft summary of findings re same (.7). |
| 1/23/2013 | Katie L Einspanier | 2.20 | Legal research re motion to strike and including in appendix or citing in brief materials from other court dockets. |
| 1/23/2013 | John Donley, P.C. | 2.30 | Draft outline and follow-up on various appeal issues (1.5); correspond with D. Speights and working group re AMH briefing issues (.5); review Chakarian materials (.3). |
| 1/23/2013 | Lisa G Esayian | 1.80 | Correspond with D. Speights, J. Donley and K. Love re AMH brief (1.0); correspond with R. Finke and M. Araki re settlement amounts for individual property damage settlements (.8). |
| 1/24/2013 | Benjamin Rhode | 1.60 | Review and revise effective date timeline. |
| 1/24/2013 | Kimberly K Love | 10.30 | Prepare and organize materials requested by R. Barakat (.7); cite check AMH brief for accuracy (6.2); cite check Garlock brief for accuracy (3.4). |
| 1/24/2013 | Susan Engel | 1.00 | Review and draft a summary of Imperial Tobacco amicus brief. |

A-30

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/24/2013 | Jeffrey Gettleman | 2.20 | Correspond with A. Paul re amicus brief by Imperial Tobacco Canada (.2); review and analyze Imperial Tobacco brief (.7); draft analysis of same (.3); correspond with J. Donley, A. Paul and working group re same (.1); correspond with R. Higgins re draft response to show cause order in Scotts Company adversary proceeding (.5); review and revise same (.4). |
| 1/24/2013 | Adam C Paul | 1.90 | Analyze amicus brief (.5); correspond with J. Donley re same (.3); analyze and revise show cause response (1.1). |
| 1/24/2013 | Rana Barakat | 3.10 | Review confirmation hearings transcripts and admitted exhibits (1.8); draft summary of findings (1.3). |
| 1/24/2013 | Katie L Einspanier | 2.60 | Draft memorandum re appellate courts' judicial notice of records of other courts (2.3); telephone conference with J. Donley and A. Paul re same (.3). |
| 1/24/2013 | John Donley, P.C. | 1.60 | Review and analyze amicus filing (.5); correspond with P. Lockwood, R. Frankel, S. Engel, A. Paul and client re same (.4); analyze AMH briefing issues and correspond with L. Esayian re same (.4); correspond with K. Einspanier re Garlock issues (.3). |
| 1/24/2013 | Lisa G Esayian | 3.50 | Telephone conference with K. Love re AMH briefing issues (.5); analyze same (1.7); correspond with J. Donley re same (.5); review and analyze Imperial Tobacco amicus brief re Grossman's issues (.8). |
| 1/25/2013 | Mike Jones | .30 | Correspond with B. Rhode re effective date chart. |
| 1/25/2013 | Benjamin Rhode | .60 | Review and revise effective date timeline. |
| 1/25/2013 | Kimberly K Love | 6.40 | Cite check Garlock brief for accuracy (5.8); telephone conference with R. Barakat re findings from same (.6). |
| 1/25/2013 | Adam C Paul | .50 | Correspond with J. Donley re Garlock. |
| 1/25/2013 | Brian T Stansbury | .40 | Telephone conference with J. Hughes re exhibits from criminal case that need to be produced in response to potential subpoena (.2); telephone conference with S. Olender re same (.2). |
| 1/25/2013 | Rana Barakat | 3.70 | Review and analyze confirmation hearing transcripts and admitted exhibits (1.2); draft summary of findings (1.1); review and analyze potential cite-checking errors in consolidated brief (1.2); correspond with L. Esayian re same (.2). |

A-31

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/25/2013 | John Donley, P.C. | .70 | Review Garlock motion and analyze possible responses and coordination (.3); analyze AMH briefing and citation issues (.4). |
| 1/25/2013 | Lisa G Esayian | 1.70 | Review and analyze issues re citations in AMH and Garlock briefs (1.4); correspond with J. Donley, R. Barakat and K. Love re same (.3). |
| 1/27/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul, D. Cohn and J. Gott re order on rule to show cause in Chakarian case. |
| 1/27/2013 | Adam C Paul | 1.20 | Telephone conference with D. Cohn re Chakarian show cause order (.2); correspond with D. Cohn re same (.2); analyze and revise show cause response (.8). |
| 1/27/2013 | John Donley, P.C. | .30 | Correspond with A. Paul and L. Esayian re Third Circuit briefing issues. |
| 1/28/2013 | Mike Jones | 4.60 | Review and revise effective date chart (1.2); correspond with J. Gettleman re same (.3); legal research re preliminary injunction (1.6); draft summary re same (1.1); correspond with J. Gettleman re same (.4). |
| 1/28/2013 | Andrew Brniak | 1.10 | Review and analyze supplemental affidavits of disinterestedness (.9); correspond with M. Jones re same (.2). |
| 1/28/2013 | Jeffrey Gettleman | 2.30 | Analyze correspondence with M. Shelnitz and H. La Force re stock trading restriction provision (.2); office conferences with A. Paul and M. Jones re same (.4); office conference with M. Jones re BNSF/Grace/Libby settlement agreement and claims to be carved out of proposed order in Chakarian case (.2); office conference with M. Jones re analysis of claims to be released from preliminary injunction (.2); review settlement agreements and Chakarian pleadings re same (1.2); correspond with M. Jones re preliminary injunction issues involving order on rule to show cause (.1). |
| 1/28/2013 | Jeffrey Gettleman | 2.60 | Review and revise statement and proposed order re order on rule to show cause in Chakarian case (1.0); office conference with A. Paul re same (.2); office conference with A. Paul re D. Cohn position in dismissal of appeal 09-115 (.2); correspond and office conference with M. Jones re effective date chart (.6); review and revise same (.4); office conference with A. Paul re same (.2). |

A-32

| Date | Name | Hours | Description |
|---|---|---|---|
| 1/28/2013 | Adam C Paul | .90 | Correspond with J. Donley re status telephone conference (.2); telephone conference with D. Cohn re show cause order (.4); correspond with M. Shelnitz re corporate documents (.1); office conference with J. Gettleman re same (.2). |
| 1/28/2013 | Brian T Stansbury | 1.20 | Identify exhibits from criminal case responsive to J. Hughes' request (.8); telephone conference with S. Olender re same (.1); draft letter to J. Hughes re same (.3). |
| 1/28/2013 | Rana Barakat | .30 | Analyze deadlines and procedures for appellants' reply briefs (.2); correspond with A. Paul re same (.1). |
| 1/28/2013 | John Donley, P.C. | .60 | Correspond with A. Paul and L. Esayian re Third Circuit briefing issues (.4); review recent filings and pleadings (.2). |
| 1/28/2013 | Lisa G Esayian | .50 | Review recent Third Circuit orders re extensions of time and supplemental filings. |
| 1/29/2013 | Kimberly K Love | 5.90 | Review and organize recently filed materials for inclusion into case files (1.4); review files for information re recent orders (.3); review PPA materials to identify source and information and update index re same (4.2). |
| 1/29/2013 | Jeffrey Gettleman | 3.60 | Correspond with A. Paul and R. Frankel re rule on order to show cause in Chakarian case (.5); telephone conference with A. Paul, M. Shelnitz and counsel for plan proponents re by-weekly update (.6); telephone conference with R. Higgins re effective date "closing documents" (.4); draft, summary of open issues re closing documents and effective date chart (.4); correspond with A. Paul and M. Jones re same (.2); correspond with M. Jones re Sealed Air research project (.1); legal research re "insurer wrongdoing claims" (.7); draft analysis re same (.4); correspond with M. Jones re same (.2); correspond with M. Jones re effective date chart (.1). |
| 1/29/2013 | Adam C Paul | 1.70 | Telephone conference with ACC & FCR re status (.5); prepare for same (.3); telephone conference with M. Shelnitz re effective date (.2); analyze judicial notice (.4); analyze recent pleadings (.3). |
| 1/29/2013 | John Donley, P.C. | .30 | Correspond with working group re appeal issues. |

A-33

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/29/2013 | Lisa G Esayian | .40 | Review Third Circuit order re Grace supplemental appendix and potential recovery of costs (.1); correspond with J. Donley and R. Barakat re same (.3). |
| 1/30/2013 | Mike Jones | 3.90 | Legal research re insurer wrongdoing claims (2.4); draft summary of same (1.2); correspond with J. Gettleman re same (.3). |
| 1/30/2013 | Kimberly K Love | 7.00 | Review and organize information re PPA source and update index re same (4.8); prepare and organize materials used during briefing for files (2.2). |
| 1/30/2013 | Andrew Brniak | 1.10 | Prepare and compile confirmation materials and Garlock memorandum opinion (.9); correspond with J. Gettleman re same (.2). |
| 1/30/2013 | Jeffrey Gettleman | 3.90 | Correspond with A. Brniak re court proceedings involving confirmation order (.4); review and analyze same (.3); review M. Jones analysis re insurer wrongdoing claims (.3); correspond with M. Jones and A. Paul re same (.2); correspond with R. Higgins and L. Esayian re statement for order on rule to show cause in Scotts Company adversary proceeding (.4); correspond with M. Brown re comments to same (.1); correspond with D. Cohn re claims to be carved out of proposed order on rule to show cause (.1); correspond with A. Brniak re citations for statement re order on rule to show cause (.4); analyze precedential pleading re same (.2); review and revise statement re order on rule to show cause in Chakarian case (.7); analyze background material re same (.7); correspond with M. Jones re preliminary injunction research re same (.1). |
| 1/30/2013 | Adam C Paul | 1.20 | Analyze responses and show cause order. |
| 1/30/2013 | Rana Barakat | 5.40 | Legal research re types of costs that are taxable in federal civil appeals (1.4); review and analyze same (1.6); draft memorandum re same (2.4). |
| 1/30/2013 | John Donley, P.C. | .40 | Correspond with J. O'Neill, A. Paul and ACC re Garlock motion (.2); review pleadings and filings (.2). |
| 1/31/2013 | Kimberly K Love | 3.00 | Review miscellaneous PPAs to determine if cited in briefs or obtainable through PACER (2.3); prepare various materials requested by R. Barakat (.7). |

A-34

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/31/2013 | Jeffrey Gettleman | 1.50 | Correspond with R. Finke and L. Esayian re show cause order in Scotts adversary proceeding (.3); review and revise same (.4); review K. Makowski memorandum re filing deadline for same (.1); correspond with L. Esayian and R. Higgins re same (.5); correspond with L. Esayian and A. Paul re show cause order in NJDEP adversary proceeding (.2). |
| 1/31/2013 | Adam C Paul | 1.20 | Analyze responses to show cause order. |
| 1/31/2013 | Rana Barakat | 2.00 | Legal research re rules applicable in a federal civil appeal re taxable costs in favor of prevailing party (.6); identify costs incurred in Grace appeals re same (.3); draft analysis re same (.9); correspond with M. Ward re documents included in supplemental index (.1); telephone conference with J. Donley re same (.1). |
| 1/31/2013 | John Donley, P.C. | .80 | Correspond with M. Ward re Montana and Crown briefing issues and appendix and follow-up re same (.4); correspond with R. Barakat and working group re Montana issues (.4). |
| 1/31/2013 | Lisa G Esayian | 1.50 | Review draft stipulation re Scotts adversary proceeding and relevant portions of Scotts settlement (.7); correspond with R. Finke and R. Higgins re same (.4); revise draft stipulation (.4). |
| | Total: | 1,699.90 | |

A-35

### Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/2013 | Natalie H Keller | 1.00 | Telephone conference with C. Finke re transfer pricing matters (.3); analyze issues re same (.6); correspond with C. Finke re same (.1). |
| 1/21/2013 | Natalie H Keller | 1.50 | Review and analyze documentation re intercompany services project (1.2); correspond with C. Finke re same (.3). |
|  | Total: | 2.50 |  |

A-36

## Matter 61 - Credit Agreement Advice - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/09/2013 | Jeffrey Gettleman | .20 | Correspond with R. Higgins re ART credit agreement motion. |
| | Total: | .20 | |

A-37