**EXHIBIT B**

K&E 25385868.2

### Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $341.07 |
| Standard Copies or Prints | $5,288.90 |
| Overnight Delivery | $115.50 |
| Outside Retrieval Service | $242.88 |
| Computer Database Research | $18,183.08 |
| Secretarial Overtime | $15,630.26 |
| **Total:** | **$39,801.69** |

K&E 25385868.2

**Matter 52 – Expenses – Itemized Expenses**

| Date | Amount | Description |
|---|---|---|
| 12/03/2012 | 46.59 | LexisNexis, Computer Database Research, Fitzgerald, John, 12/3/2012 |
| 12/03/2012 | 5.32 | West, Computer Database Research, Abelson, Steve, December 2012 |
| 12/03/2012 | 5.50 | West, Computer Database Research, Fitzgerald, John, December 2012 |
| 12/05/2012 | 28.02 | West, Computer Database Research, Gettleman, Jeffrey, December 2012 |
| 12/07/2012 | 326.16 | LexisNexis, Computer Database Research, Des Jardins, Ken, 12/7/2012 |
| 12/07/2012 | 20.44 | LexisNexis, Computer Database Research, Mosquera, Clara, 12/7/2012 |
| 12/07/2012 | 37.72 | West, Computer Database Research, Gaytan, Maria, December 2012 |
| 12/07/2012 | 3.13 | West, Computer Database Research, Mosquera, Clara C., December 2012 |
| 12/10/2012 | 31.90 | West, Computer Database Research, Des Jardins, Ken, December 2012 |
| 12/10/2012 | 165.75 | Secretarial Overtime, Susan L. Woods - Revise brief and notes, update binders with tabs and spines |
| 12/11/2012 | 70.61 | West, Computer Database Research, Willian, Jeffrey L., December 2012 |
| 12/11/2012 | 76.50 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 12/11/2012 | 76.50 | Secretarial Overtime, Susan L. Woods - Revise Garlock brief excerpts and JDs notes |
| 12/12/2012 | 119.97 | LexisNexis, Computer Database Research, Kamraczewski, Mary Beth, 12/12/2012 |
| 12/12/2012 | 24.40 | LexisNexis, Computer Database Research, Kritzer, Nathaniel, 12/12/2012 |
| 12/12/2012 | 76.50 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 12/13/2012 | 224.72 | West, Computer Database Research, Rhode, Benjamin, December 2012 |
| 12/13/2012 | 76.50 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 12/15/2012 | 32.00 | Diners Club - Article request |
| 12/15/2012 | 306.00 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs, create and revise inserts |
| 12/16/2012 | 165.75 | Secretarial Overtime, Susan L. Woods - Revise appeal brief, create and edit standalone documents |
| 12/17/2012 | 344.11 | West, Computer Database Research, Engel, Susan, December 2012 |
| 12/17/2012 | 140.25 | Secretarial Overtime, Christine Hraban - Revise appeal briefs |
| 12/18/2012 | 15.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2012, Clara Mosquera |
| 12/18/2012 | 40.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2012, Rana Barakat |
| 12/18/2012 | 75.46 | West, Computer Database Research, Accelus Business Law Research Usage for 12/2012, MOSQUERA CLARA C |

| Date | Amount | Description |
|---|---:|---|
| 12/18/2012 | 127.50 | Secretarial Overtime, Susan L. Woods - Revise appeal brief overview |
| 12/18/2012 | 114.75 | Secretarial Overtime, Christine Hraban - Revise appeal briefs |
| 12/19/2012 | 114.75 | Secretarial Overtime, Susan L. Woods - Revise brief, retrieve cases, revise other documents |
| 12/19/2012 | 51.00 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 12/19/2012 | 76.50 | Secretarial Overtime, Christine Hraban - Revise appellate response briefs |
| 12/20/2012 | 4.03 | West, Computer Database Research, Burton, Brenda, December 2012 |
| 12/20/2012 | 799.01 | West, Computer Database Research, Einspanier, Kathryn, December 2012 |
| 12/20/2012 | 153.00 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 12/21/2012 | 48.45 | LexisNexis, Computer Database Research, Love, Kimberly, 12/21/2012 |
| 12/21/2012 | 153.00 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 12/21/2012 | 76.50 | Secretarial Overtime, Christine Hraban - Revise response briefs. |
| 12/23/2012 | 369.75 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 12/24/2012 | 3,390.79 | West, Computer Database Research, Dukov, Nia, December 2012 |
| 12/24/2012 | 130.52 | West, Computer Database Research, Leon, Eric F., December 2012 |
| 12/24/2012 | 442.25 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 12/26/2012 | 32.82 | West, Computer Database Research, McMillin, Scott A., December 2012 |
| 12/26/2012 | 167.75 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 12/26/2012 | 183.00 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 12/27/2012 | 177.96 | LexisNexis, Computer Database Research, Love, Kimberly, 12/27/2012 |
| 12/27/2012 | 553.46 | West, Computer Database Research, Kritzer, Nathaniel, December 2012 |
| 12/27/2012 | 30.50 | Secretarial Overtime, Deleana J. Younger - Assist with revisions to Grace appeal brief |
| 12/27/2012 | 167.75 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 12/27/2012 | 137.25 | Secretarial Overtime, Christine Hraban - Revise Third Circuit briefs |
| 12/28/2012 | 4,631.44 | West, Computer Database Research, Love, Kimberly, December 2012 |
| 12/28/2012 | 13.02 | Secretarial Overtime, Celeste L. Sullivan - Print |
| 12/28/2012 | 366.00 | Secretarial Overtime, Christine Hraban - Revise Third Circuit briefs |
| 12/29/2012 | 29.79 | Fed Exp to: Adam Paul, Wilmette, IL from: Adam Paul |
| 12/29/2012 | 143.16 | West, Computer Database Research, Blake, Marjolaine, December 2012 |
| 12/29/2012 | 31.50 | Secretarial Overtime, Jasmin Diaz - Courier services and printing |
| 12/29/2012 | 320.25 | Secretarial Overtime, Christine Hraban - Revise Third Circuit briefs |
| 12/30/2012 | 259.26 | West, Computer Database Research, Esayian, Lisa G., December 2012 |
| 12/30/2012 | 109.20 | Secretarial Overtime, Joan M. Engstrom - Revise/update MS Word, revise/update MS Word table of contents |

| Date | Amount | Description |
|---|---:|---|
| 12/30/2012 | 549.00 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 12/31/2012 | 107.93 | Intercall - Third Party Telephone Charges, J. Donley, 12/31/12 |
| 12/31/2012 | 10.08 | Intercall - Third Party Telephone Charges, E. Leon, 12/31/12 |
| 12/31/2012 | 10.21 | Intercall - Third Party Telephone Charges, L. Esayian, 12/31/12 |
| 12/31/2012 | 137.93 | West - Outside Retrieval Service, CourtExpress document retrieval for December 2012 |
| 12/31/2012 | 3,469.07 | West, Computer Database Research, Barakat, Rana, December 2012 |
| 12/31/2012 | 821.26 | West, Computer Database Research, Donley, John W., December 2012 |
| 12/31/2012 | 442.25 | Secretarial Overtime, Christine Hraban - Revise Third Circuit briefs |
| 1/01/2013 | 65.40 | Standard Prints |
| 1/01/2013 | 24.80 | Standard Prints |
| 1/01/2013 | 5.30 | Standard Prints |
| 1/01/2013 | 22.70 | Standard Prints |
| 1/01/2013 | 18.10 | Standard Prints |
| 1/01/2013 | 3.60 | Standard Prints |
| 1/01/2013 | 58.70 | Standard Prints |
| 1/01/2013 | 9.50 | Standard Prints |
| 1/01/2013 | 24.80 | Standard Prints |
| 1/01/2013 | .10 | Standard Prints |
| 1/01/2013 | 37.30 | Standard Prints |
| 1/01/2013 | 22.20 | Standard Prints |
| 1/01/2013 | 22.80 | Standard Prints |
| 1/01/2013 | 167.75 | Secretarial Overtime, Debra A. Moran - Revise plan proponents response to Garlock opening brief |
| 1/01/2013 | 503.25 | Secretarial Overtime, Christine Hraban - Revise Third Circuit briefs |
| 1/02/2013 | 274.50 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs, print emails and attachments |
| 1/02/2013 | 167.75 | Secretarial Overtime, Christine Hraban - Revise Garlock Third Circuit brief |
| 1/03/2013 | 17.60 | Standard Prints |
| 1/03/2013 | 25.30 | Standard Prints |
| 1/03/2013 | 11.10 | Standard Prints |
| 1/03/2013 | 27.00 | Standard Prints |
| 1/03/2013 | 2,282.80 | Pacer Service Center, Computer Database Research, 10/1/2012 to 12/31/2012 |
| 1/03/2013 | 188.16 | Secretarial Overtime, Gwendolyn Morgan - Revise/update MS Word |
| 1/03/2013 | 244.00 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/03/2013 | 122.00 | Secretarial Overtime, Christine Hraban - Revise Garlock brief |

| Date | Amount | Description |
|---|---:|---|
| 1/04/2013 | 1.60 | Standard Copies or Prints |
| 1/04/2013 | 1.90 | Standard Copies or Prints |
| 1/04/2013 | 29.80 | Standard Prints |
| 1/04/2013 | 189.40 | Standard Prints |
| 1/04/2013 | 7.50 | Standard Prints |
| 1/04/2013 | 20.40 | Standard Prints |
| 1/04/2013 | 49.00 | Standard Prints |
| 1/04/2013 | 77.60 | Standard Prints |
| 1/04/2013 | 11.80 | Standard Prints |
| 1/04/2013 | 8.10 | Standard Prints |
| 1/04/2013 | 82.50 | Standard Prints |
| 1/04/2013 | 217.70 | Standard Prints |
| 1/04/2013 | 61.00 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 1/04/2013 | 76.25 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/05/2013 | 118.02 | Secretarial Overtime, Joan M. Engstrom - Revise/update MS Word, revise/update MS Word table of contents |
| 1/05/2013 | 23.94 | Secretarial Overtime, Carmalita Blackwell - Courier services and printing |
| 1/05/2013 | 503.25 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/06/2013 | 171.36 | Secretarial Overtime, Joan M. Engstrom - Revise/update MS Word, revise/update MS Word table of contents |
| 1/06/2013 | 701.50 | Secretarial Overtime, Debra A. Moran - Revise plan proponents response to Garlock opening brief, introduction section and bank lender brief |
| 1/07/2013 | 29.30 | Standard Copies or Prints |
| 1/07/2013 | 50.50 | Standard Prints |
| 1/07/2013 | 36.00 | Standard Prints |
| 1/07/2013 | 10.23 | Fed Exp to: Larry Marchman, Columbia, MD from: Christopher Greco |
| 1/07/2013 | 213.50 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/08/2013 | 21.00 | Secretarial Overtime, Christine A. Slivka - Create Adobe PDF |
| 1/08/2013 | 91.50 | Secretarial Overtime, Debra A. Moran - Revise Garlock opening brief |
| 1/08/2013 | 274.50 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/09/2013 | 108.90 | Standard Prints |
| 1/09/2013 | 152.50 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 1/09/2013 | 244.00 | Secretarial Overtime, Debra A. Moran - Revise Garlock opening brief and introduction section |
| 1/09/2013 | 259.25 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/10/2013 | .80 | Standard Copies or Prints |

K&E 25385868.2

<pre>
Case 01-01139-AMC    Doc 30402-2    Filed 03/15/13    Page 7 of 10
</pre>

| Date | Amount | Description |
|---|---:|---|
| 1/10/2013 | 45.90 | Standard Prints |
| 1/10/2013 | 44.40 | Standard Prints |
| 1/10/2013 | 36.20 | Standard Prints |
| 1/10/2013 | 152.50 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 1/10/2013 | 228.75 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/10/2013 | 61.00 | Secretarial Overtime, Christine Hraban - Revise Third Circuit briefs |
| 1/11/2013 | 1.20 | Standard Copies or Prints |
| 1/11/2013 | 49.60 | Standard Prints |
| 1/11/2013 | 49.50 | Standard Prints |
| 1/11/2013 | 26.70 | Standard Prints |
| 1/11/2013 | 59.10 | Standard Prints |
| 1/11/2013 | 84.20 | Standard Prints |
| 1/11/2013 | 44.40 | Standard Prints |
| 1/11/2013 | 142.90 | Standard Prints |
| 1/11/2013 | 337.50 | Standard Prints |
| 1/11/2013 | 46.00 | Standard Prints |
| 1/11/2013 | 32.70 | Standard Prints |
| 1/11/2013 | 2.60 | Standard Prints |
| 1/11/2013 | 183.00 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 1/12/2013 | 268.80 | Secretarial Overtime, Joan M. Engstrom - Revise/update MS Word, revise/update MS Word table of authorities, revise/update MS Word table of contents |
| 1/12/2013 | 13.44 | Secretarial Overtime, Maryam A. Afshar - Courier services and printing |
| 1/12/2013 | 503.25 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/13/2013 | 175.98 | Secretarial Overtime, Joan M. Engstrom - Courier services, printing, reprographics, revise/update MS Word, revise/update MS word table of contents |
| 1/13/2013 | 549.00 | Secretarial Overtime, Debra A. Moran - Revise Garlock opening brief |
| 1/13/2013 | 549.00 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/14/2013 | 225.54 | Secretarial Overtime, Sharon Malayter - Revise/update MS Word table of authorities |
| 1/14/2013 | 11.76 | Secretarial Overtime, Christine A. Slivka - Print |
| 1/14/2013 | 61.00 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 1/14/2013 | 122.00 | Secretarial Overtime, Debra A. Moran - Revise Garlock opening brief |
| 1/14/2013 | 244.00 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/14/2013 | 152.50 | Secretarial Overtime, Christine Hraban - Revise Third Circuit briefs |
| 1/15/2013 | 37.20 | Standard Prints |
| 1/15/2013 | 8.20 | Standard Prints |

<pre>
B-7
</pre>

K&E 25385868.2

| Date | Amount | Description |
|---|---|---|
| 1/15/2013 | 10.30 | Standard Prints |
| 1/15/2013 | 127.50 | Standard Prints |
| 1/15/2013 | 33.30 | Standard Prints |
| 1/15/2013 | 11.20 | Standard Prints |
| 1/15/2013 | 1.40 | Standard Prints |
| 1/15/2013 | 30.30 | Standard Prints |
| 1/15/2013 | 40.30 | Standard Prints |
| 1/15/2013 | 20.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 01/2013, Tim Schmeling |
| 1/15/2013 | 52.50 | Secretarial Overtime, Celeste L. Sullivan - Create MS Word, revise/update MS Word table of contents |
| 1/15/2013 | 61.00 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 1/15/2013 | 244.00 | Secretarial Overtime, Debra A. Moran - Revise Garlock opening brief and introduction section |
| 1/15/2013 | 91.50 | Secretarial Overtime, Christine Hraban - Revise appellate briefs |
| 1/16/2013 | 13.02 | Jeffrey Gettleman, Cell Phone Calls, 12/17/2012 to 01/16/2013, (Cellular Calls) |
| 1/16/2013 | 42.60 | Standard Copies or Prints |
| 1/16/2013 | 90.90 | Standard Prints |
| 1/16/2013 | 36.00 | Standard Prints |
| 1/16/2013 | 4.80 | Standard Prints |
| 1/16/2013 | 20.10 | Standard Prints |
| 1/16/2013 | 119.70 | Standard Prints |
| 1/16/2013 | 30.40 | Standard Prints |
| 1/16/2013 | 11.90 | Standard Prints |
| 1/16/2013 | 15.40 | Standard Prints |
| 1/16/2013 | 26.50 | Standard Prints |
| 1/16/2013 | 62.32 | Fed Exp to: James E. O'Neill, Wilmington, DE from: Kim Love |
| 1/16/2013 | 290.22 | Secretarial Overtime, Celeste L. Sullivan - Create MS Word, create MS Word table of contents, revise/update MS Word table of authorities |
| 1/16/2013 | 21.00 | Secretarial Overtime, Christine A. Slivka - Create and print Adobe PDF |
| 1/16/2013 | 187.32 | Secretarial Overtime, Carmen Rivera - Create MS Word, Create MS Word table of contents, revise/update MS Word table of authorities |
| 1/16/2013 | 152.50 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 1/16/2013 | 244.00 | Secretarial Overtime, Debra A. Moran - Revise Garlock opening brief |
| 1/16/2013 | 274.50 | Secretarial Overtime, Susan L. Woods - Revise appeal briefs |
| 1/16/2013 | 183.00 | Secretarial Overtime, Christine Hraban - Revise Third Circuit briefs |
| 1/17/2013 | 169.60 | Standard Prints |

B-8

K&E 25385868.2

| Date | Amount | Description |
|---|---:|---|
| 1/17/2013 | 49.00 | Standard Prints |
| 1/17/2013 | 41.50 | Standard Prints |
| 1/17/2013 | 16.30 | Standard Prints |
| 1/17/2013 | 100.40 | Standard Prints |
| 1/17/2013 | 19.80 | Standard Prints |
| 1/17/2013 | 10.70 | Standard Prints |
| 1/17/2013 | 10.30 | Standard Prints |
| 1/17/2013 | 102.20 | Standard Prints |
| 1/17/2013 | 22.30 | Standard Prints |
| 1/17/2013 | 28.20 | Standard Prints |
| 1/17/2013 | 8.80 | Standard Prints |
| 1/17/2013 | 152.50 | Secretarial Overtime, Jan M. Blair - Revise briefs |
| 1/17/2013 | 305.00 | Secretarial Overtime, Christine Hraban - Revise appellate briefs |
| 1/19/2013 | 10.50 | Secretarial Overtime, Belle Lopez - Courier services and printing |
| 1/21/2013 | 15.70 | Standard Copies or Prints |
| 1/21/2013 | 703.90 | Standard Copies or Prints |
| 1/21/2013 | 69.90 | Standard Copies or Prints |
| 1/21/2013 | 377.40 | Standard Prints |
| 1/21/2013 | .20 | Standard Prints |
| 1/21/2013 | 377.40 | Standard Prints |
| 1/22/2013 | 55.90 | Standard Prints |
| 1/25/2013 | .60 | Standard Copies or Prints |
| 1/25/2013 | 22.20 | Standard Prints |
| 1/25/2013 | 3.70 | Standard Prints |
| 1/28/2013 | 47.40 | Standard Prints |
| 1/28/2013 | 12.80 | Standard Prints |
| 1/28/2013 | 1.30 | Standard Prints |
| 1/28/2013 | 1.40 | Standard Prints |
| 1/28/2013 | 13.16 | Fed Exp to: Jay Hughes, Cambridge, MA from: Brian Stansbury |
| 1/31/2013 | 165.25 | Intercall - Third Party Telephone Charges, J. Donley, 1/31/13 |
| 1/31/2013 | 20.20 | Intercall - Third Party Telephone Charges, A. Paul, 1/31/13 |
| 1/31/2013 | 3.43 | Intercall - Third Party Telephone Charges, L. Esayian, 1/31/13 |
| 1/31/2013 | 5.76 | Intercall - Third Party Telephone Charges, J. Gott, 1/31/13 |
| 1/31/2013 | 5.19 | Intercall - Third Party Telephone Charges, E. Leon, 1/31/13 |
| 1/31/2013 | 35.00 | Diners Club - Article request |
| 1/31/2013 | 2.00 | Outside Retrieval Service, Diners Club Stmt Dated 12/17/12, Document, Montana Govt Online |

K&E 25385868.2

| Date | Amount | Description |
|---|---|---|
| 1/31/2013 | 35.95 | Outside Retrieval Service, Diners Club Stmt Dated 12/17/12, Document, Science Direct |
| Total: | 39,801.69 | |