**ONE HUNDRED AND EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 01-01-2013 through 01-31-13**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $830 | 5.20 | $4,316.00 |
| R. Frezza | Member | $760 | 22.10 | $16,796.00 |
| L. Ahearn | Director | $420 | 4.50 | $1,890.00 |
| M. Viola | Paraprofessional | $120 | 3.20 | $384.00 |
| **For the Period 01-01-2013 through 01-31-13** | | | **35.00** | **$23,386.00** |

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 01-01-13 through 01-31-13**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 02. Case Administration | During the Fee Application period, the Applicant reviewed docket for new postings. | 2.80 | $2,128.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant Participated in calls regarding claims and read and reviewed interest claim analyses. | 1.30 | $1,079.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared November 2012, December 2012 monthly fee applications and the 36th Quarterly fee application. | 4.30 | $1,297.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and edited the data regarding the 3Q12 results, distributed to Counsel for review, prepared for and participated in call with Blackstone regard 3Q12 results question list, participated in call with Counsel regarding changes, read report about items to investigate and also read chemical industry analyst report. | 8.70 | $5,229.00 |
| 10. Financial Analysis - Cash Collateral and DIP Financing | During the Fee Application period, the Applicant read, analyzed and discussed Motion to extend ART JV financing and 3rd Amendment to Debtors' post-petition LC agreement and submitted it to Counsel for review. | 12.70 | $9,701.00 |
| 27. Plan of Reorganization/Disclaimer Statement | During the Fee Application Period, the Applicant participated in discussions with Counsel, committee and debtors advisors responding to questions regarding claims and also read an analyzed counsel's summary on briefs. | 5.20 | $3,952.00 |
| **For the Period 01-01-13 through 01-31-13** | | **35.00** | **$23,386.00** |

**Capstone Advisory Group, LLC**                                                                                                             Page 1 of 1
**Invoice for the 01-01-13 - 01-31-13 Fee Application**

## W.R. Grace & Co.
Capstone Advisory Group, LLC
**Detailed Time Description by Task Code**
**For the Period 01-01-13 through 01-31-13**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 02. Case Administration | | | |
| 1/7/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 1/14/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 1/21/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 1/28/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| Subtotal | | 2.80 | |
| 03. Claims Analysis & Valuation | | | |
| 1/10/2013 | E. Ordway | 0.20 | Participated in call with bank creditor re: discussions of claim. |
| 1/22/2013 | E. Ordway | 0.40 | Reviewed interest claim analyses. |
| 1/23/2013 | E. Ordway | 0.40 | Read interest claim analyses prepared by staff. |
| 1/23/2013 | E. Ordway | 0.30 | Participated in call with claim holder re: interest claim issues. |
| Subtotal | | 1.30 | |
| 07. Fee Applications & Invoices | | | |
| 1/3/2013 | M. Viola | 0.30 | Prepared November 2012 fee application. |
| 1/9/2013 | M. Viola | 0.40 | Prepared December 2012 fee application. |
| 1/16/2013 | M. Viola | 0.20 | Prepared December 2012 fee application. |
| 1/18/2013 | M. Viola | 0.50 | Prepared December 2012 fee application. |
| 1/28/2013 | E. Ordway | 0.50 | Reviewed December 2012 fee application. |
| 1/29/2013 | M. Viola | 0.70 | Prepared December 2012 fee application. |
| 1/30/2013 | M. Viola | 0.50 | Prepared 36th Quarterly fee application. |
| 1/30/2013 | E. Ordway | 0.60 | Prepared and edited 36th Quarterly fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/31/2013 | M. Viola | 0.60 | Prepared 36th Quarterly fee application. |
| Subtotal | | 4.30 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/4/2013 | L. Ahearn | 1.50 | Updated 3Q12 report and distributed to Counsel for review. |
| 1/8/2013 | E. Ordway | 0.60 | Read and edited draft of 3Q12 report to the Committee. |
| 1/8/2013 | L. Ahearn | 0.50 | Prepared for and participated in call with Blackstone re: 3Q12 results question list distributed in December. |
| 1/9/2013 | L. Ahearn | 0.50 | Prepared for and participated in call with Counsel re: changes to the 3Q12 report. |
| 1/9/2013 | L. Ahearn | 2.00 | Updated 3Q12 report for comment from Counsel. |
| 1/9/2013 | R. Frezza | 2.10 | Addressed Counsel's comments to Capstone's 3Q12 report on Grace's financial performance and issued to the committee. |
| 1/15/2013 | E. Ordway | 1.10 | Read and analyzed first opening report and noted items to investigate / address in our next report. |
| 1/17/2013 | E. Ordway | 0.40 | Read analysts report on chemical industry. |
| Subtotal | | 8.70 | |

**10. Financial Analysis - Cash Collateral and DIP Financing**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/7/2013 | R. Frezza | 2.10 | Drafted memorandum to Committee re: 3rd Amendment to Grace's L/C Agreement and submitted draft to Counsel for review. |
| 1/7/2013 | R. Frezza | 1.80 | Read and analyzed 3rd Amendment to Grace's L/C Agreement. |
| 1/8/2013 | R. Frezza | 2.10 | Discussed draft memorandum re: 3rd amendment to Grace's L/C Facility with Counsel and addressed comments. |
| 1/9/2013 | R. Frezza | 1.90 | Finalized memorandum re: 3rd amendment to Grace's L/C Facility and circulated to committee. |
| 1/11/2013 | E. Ordway | 0.70 | Read amendment to L/C Agreement and noted items to discuss with deal team. |
| 1/23/2013 | R. Frezza | 2.80 | Read and analyzed Motion to extend ART JV financing. |
| 1/24/2013 | R. Frezza | 1.30 | Discussed issues with Counsel and drafted data request from Blackstone re: Motion to extend ART JV financing. |
| Subtotal | | 12.70 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclaimer Statement** | | | |
| 1/10/2013 | R. Frezza | 2.90 | Participated in discussions with Counsel, committee and debtors advisors responding to committee questions re: treatment of certain general unsecured claims. |
| 1/10/2013 | R. Frezza | 1.50 | Prepared for and participated in call with Counsel and committee member re: how his institutions claim was treated under Grace's Amended Plan of Reorganization. |
| 1/28/2013 | R. Frezza | 0.80 | Read and analyzed Counsel's summary on briefs before the Third Circuit Court; discussed general questions with Counsel on same. |
| Subtotal | | 5.20 | |
| **Total Hours** | | **35.00** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 01-01-13 through 01-31-13

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Research** | | | |
| 1/11/2013 | Capstone Expense | Pacer | $19.00 |
| Subtotal - Research | | | $19.00 |
| **Telecom** | | | |
| 1/10/2013 | Capstone Expense | January Telecom | $40.25 |
| Subtotal - Telecom | | | $40.25 |
| **For the Period 01-01-13 through 01-31-13** | | | **$59.25** |