IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 2, 2013, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., March 29, 2013.**

**CONTINUED MATTERS:**

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

   Response Deadline: September 12, 2008 at 4:00 p.m.

   Responses Received:

   a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

b.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to April 22, 2013, at 9:00 a.m.

## QUARTERLY FEE APPLICATIONS:

2.  Forty-Sixth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2012 through September 30, 2012

    Related Documents:

    a.  Certification of Counsel Regarding Forty-Sixth Quarter Project Category Summary **[Filed: 3/18/13] (Docket No. 30406)**

    b.  Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Sixth Period **[Filed: 3/18/13] (Docket No. 30405)**

    Status: This matter will go forward.

3.  Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.'s Thirtieth and Thirty-First Quarterly Applications for Compensation for Services Rendered and Reimbursement of Expenses

    Related Documents:

    a.  Thirtieth Quarterly Application of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. for Compensation and for Reimbursement of Expenses for October 1, 2011 Through December 31, 2011 [Filed: 8/31/12] (Docket No. 29556)

    b.  Thirty-First Quarterly Application of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. for Compensation and for Reimbursement of Expenses for January 1, 2012 Through March 31, 2012 [Filed: 8/31/12] (Docket No. 29557)

DOCS_DE:186234.3 91100/001

Responses Received:

a. Fee Auditor's Combined Final Report Regarding the Thirtieth and Thirty-First Quarterly Fee Applications of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. [Filed: 12/7/12] (Docket No. 30019)

Status: This matter is continued until April 22, 2013 at 9:00 a.m. Debtors' counsel shall submit a separate order under certification of counsel if the Baker Donelson Bearman Caldwell & Berkowitz, P.C. fees are resolved prior to that hearing.

## UNCONTESTED MATTERS:

4. Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans [Filed: 2/14/13] (Docket No. 30288)

Response Deadline: March 8, 2013, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans [Filed: 2/14/13] (Docket No. 30288, Exhibit A)

b. Certification of No Objection Regarding Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans [Filed: 3/8/13] (Docket No. 30386)

c. **[Signed] Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans [Filed: 3/11/13] (Docket No. 30391)**

*[Remainder of Page Intentionally Left Blank]*

**Status:** **The Court has entered an order on this matter.**

Dated: March 18, 2013

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession