**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | Obj. Deadline: 4/8/13 |

**ONE HUNDRED AND NINETEENTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2013 through January 31, 2013 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $100,000.00 | ($20,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1.82 |
| Amount of Cash Payment Sought: | $80,001.82 |

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Amount(s) |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

|             |                     | Requested    |           | Approved     |           | Unapproved    | Unpaid     |
| ----------- | ------------------- | ------------ | --------- | ------------ | --------- | ------------- | ---------- |
| Date Filed  | Period(s) Covered   | Fees         | Expenses  | Fees         | Expenses  | Holdback(s)   | Amount(s)  |
| 04/10/07    | 01/01/07 – 01/31/07 | 100,000.00   | 5,412.84  | 100,000.00   | 5,412.84  | --            | --         |
| 06/29/07    | 02/28/07 – 02/28/07 | 100,000.00   | 1,260.82  | 100,000.00   | 1,260.82  | --            | --         |
| 06/29/07    | 03/01/07 – 03/31/07 | 100,000.00   | 535.30    | 100,000.00   | 535.30    | --            | --         |
| 09/20/07    | 04/01/07 – 04/30/07 | 100,000.00   | 3,145.97  | 100,000.00   | 3,145.97  | --            | --         |
| 09/20/07    | 05/01/07 – 05/31/07 | 125,000.00   | 148.40    | 125,000.00   | 148.40    | --            | --         |
| 09/20/07    | 06/01/07 – 06/30/07 | 125,000.00   | 584.53    | 125,000.00   | 584.53    | --            | --         |
| 11/19/07    | 07/01/07 – 07/31/07 | 125,000.00   | 786.94    | 125,000.00   | 786.94    | --            | --         |
| 11/19/07    | 08/01/07 – 08/31/07 | --           | 997.55    | --           | 997.55    | --            | --         |
| 11/19/07    | 09/01/07 – 09/30/07 | 75,000.00    | 585.59    | 75,000.00    | 585.59    | --            | --         |
| 03/13/08    | 10/01/07 – 10/31/07 | 100,000.00   | 1,518.85  | 100,000.00   | 1,518.85  | --            | --         |
| 03/13/08    | 11/01/07 – 11/30/07 | 75,000.00    | 241.73    | 75,000.00    | 241.73    | --            | --         |
| 03/13/08    | 12/01/07 – 12/31/07 | 50,000.00    | 270.44    | 50,000.00    | 270.44    | --            | --         |
| 05/22/08    | 01/01/08 – 01/31/08 | 100,000.00   | 2,618.39  | 100,000.00   | 2,618.39  | --            | --         |
| 05/22/08    | 02/01/08 – 02/29/08 | 150,000.00   | 377.34    | 150,000.00   | 377.34    | --            | --         |
| 05/22/08    | 03/01/08 – 03/31/08 | 75,000.00    | 1,468.54  | 75,000.00    | 1,468.54  | --            | --         |
| 10/16/08    | 04/01/08 – 04/30/08 | 150,000.00   | 370.04    | 150,000.00   | 370.04    | --            | --         |
| 10/16/08    | 05/01/08 – 05/31/08 | 125,000.00   | 868.61    | 125,000.00   | 868.61    | --            | --         |
| 10/16/08    | 06/01/08 – 06/30/08 | 175,000.00   | 7,178.80  | 175,000.00   | 7,178.80  | --            | --         |
| 01/09/09    | 07/01/08 – 07/31/08 | 175,000.00   | 1,507.33  | 175,000.00   | 1,507.33  | --            | --         |
| 01/09/09    | 08/01/08 – 08/31/08 | 175,000.00   | 3,482.81  | 175,000.00   | 3,482.81  | --            | --         |
| 01/09/09    | 09/01/08 – 09/30/08 | 175,000.00   | 7,491.74  | 175,000.00   | 7,491.74  | --            | --         |
| 01/09/09    | 10/01/08 – 10/31/08 | 150,000.00   | 3,166.54  | 120,000.00   | 3,166.54  | --            | --         |
| 04/20/09    | 11/01/08 – 11/30/08 | 75,000.00    | 3,762.45  | 75,000.00    | 3,762.45  | --            | --         |
| 04/20/09    | 12/01/08 – 12/31/08 | 75,000.00    | 4,251.05  | 75,000.00    | 4,251.05  | --            | --         |
| 07/06/09    | 01/01/09 – 01/31/09 | 75,000.00    | 407.84    | 75,000.00    | 407.84    | --            | --         |
| 07/06/09    | 02/01/09 – 02/28/09 | 175,000.00   | 840.67    | 175,000.00   | 840.67    | --            | --         |
| 07/06/09    | 03/01/09 – 03/31/09 | 150,000.00   | 1,515.13  | 150,000.00   | 1,515.13  | --            | --         |
| 09/03/09    | 04/01/09 – 04/30/09 | 150,000.00   | 1,757.02  | 150,000.00   | 1,757.02  | --            | --         |
| 09/03/09    | 05/01/09 – 05/31/09 | 175,000.00   | 4,503.06  | 175,000.00   | 1,515.13  | --            | --         |
| 09/03/09    | 06/01/09 – 06/30/09 | 175,000.00   | 4,246.49  | 175,000.00   | 4,246.49  | --            | --         |
| 12/14/09    | 07/01/09 – 07/31/09 | 175,000.00   | 10,766.12 | 175,000.00   | 10,766.12 | --            | --         |
| 12/14/09    | 08/01/09 – 08/31/09 | 175,000.00   | 2,367.44  | 175,000.00   | 2,367.44  | --            | --         |
| 12/14/09    | 09/01/09 – 09/30/09 | 100,000.00   | 3,953.33  | 100,000.00   | 3,953.33  | --            | --         |
| 12/15/09    | 10/01/09 – 10/31/09 | 100,000.00   | 1,354.62  | 100,000.00   | 1,354.62  | --            | --         |
| --          | 11/01/09 – 11/30/09 | --           | --        | --           | --        | --            | --         |
| 02/12/10    | 12/01/09 – 12/31/09 | 100,000.00   | 1,839.20  | 100,000.00   | 1,839.20  | --            | --         |
| 03/12/10    | 01/01/10 – 01/31/10 | 150,000.00   | 1,633.77  | 150,000.00   | 1,633.77  | --            | --         |
| --          | 02/01/10 – 02/28/10 | --           | --        | --           | --        | --            | --         |
| 04/29/10    | 03/01/10 – 03/31/10 | 175,000.00   | 4,238.44  | 175,000.00   | 4,238.44  | --            | --         |
| 05/28/10    | 04/01/10 – 04/30/10 | 175,000.00   | 4,575.58  | 175,000.00   | 4,575.58  | --            | --         |
| 06/25/10    | 05/01/10 – 05/31/10 | 175,000.00   | 7,750.24  | 175,000.00   | 7,750.24  | --            | --         |
| 08/05/10    | 06/01/10 – 06/30/10 | 175,000.00   | 5,202.91  | 175,000.00   | 5,202.91  | --            | --         |
| 09/09/10    | 07/01/10 – 07/31/10 | 50,000.00    | 6,204.42  | 50,000.00    | 6,204.42  | --            | --         |
| --          | 08/01/10 – 08/31/10 | --           | --        | --           | --        | --            | --         |
| 11/16/10    | 09/01/10 – 09/30/10 | 125,000.00   | 2,435.45  | 125,000.00   | 1,283.70  | --            |            |
| 12/13/10    | 10/01/10 – 10/31/10 | 175,000.00   | 475.19    | 175,000.00   | 475.19    | --            |            |
| 02/01/11    | 11/01/10 – 11/30/10 | 175,000.00   | 2,625.52  | 175,000.00   | 2,625.52  | --            | --         |
| 02/09/11    | 12/01/10 – 12/31/10 | 125,000.00   | 590.30    | 125,000.00   | 590.30    | --            | --         |
| 02/25/11    | 01/01/11 – 01/31/11 | 175,000.00   | 1,365.89  | 175,000.00   | 1,365.89  | --            | --         |
| 04/05/11    | 02/01/11 – 02/28/11 | 175,000.00   | 2,531.48  | 175,000.00   | 2,531.48  | --            | --         |
| 04/28/11    | 03/01/11 – 03/31/11 | 125,000.00   | 714.49    | 125,000.00   | 714.49    | --            | --         |

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Amount(s) |
|---|---|---|---|---|---|---|---|
| 06/06/11 | 04/01/11 – 04/30/11 | 175,000.00 | 1,130.07 | 175,000.00 | 1,130.07 | -- | -- |
| 07/19/11 | 05/01/11 – 05/30/11 | 175,000.00 | 711.36 | 175,000.00 | 711.36 | -- | -- |
| 08/05/11 | 06/01/11 – 06/30/11 | 175,000.00 | 46.88 | 175,000.00 | 46.88 | -- | -- |
| 09/22/11 | 07/01/11 – 07/31/11 | 175,000.00 | 896.76 | 175,000.00 | 896.76 | -- | -- |
| 10/13/11 | 08/01/11 – 08/31/11 | 125,000.00 | 834.50 | 125,000.00 | 834.50 | -- | -- |
| 11/28/11 | 09/01/11 – 09/30/11 | 75,000.00 | 150.00 | 75,000.00 | 150.00 | -- | -- |
| 12/20/11 | 10/01/11 – 10/31/11 | 25,000.00 | 1,430.65 | 25,000.00 | 1,430.65 | -- | -- |
| 01/17/12 | 11/01/11 – 11/30/11 | 50,000.00 | -- | 50,000.00 | -- | -- | -- |
| 02/21/12 | 12/01/11 – 12/31/11 | 75,000.00 | 135.30 | 75,000.00 | 135.30 | -- | -- |
| 03/14/12 | 01/01/12 – 01/31/12 | 75,000.00 | 1,215.61 | 75,000.00 | 1,215.61 | -- | -- |
| 04/03/12 | 02/01/12 – 02/29/12 | 75,000.00 | 302.18 | 75,000.00 | 302.18 | -- | -- |
| 05/02/12 | 03/01/12 – 03/31/12 | 100,000.00 | 984.89 | 100,000.00 | 984.89 | -- | -- |
| 06/06/12 | 04/01/12 – 04/30/12 | 25,000.00 | 178.45 | 25,000.00 | 178.45 | -- | -- |
| 07/19/12 | 05/01/12 – 05/31/12 | 50,000.00 | 392.56 | 50,000.00 | 392.56 | -- | -- |
| 08/08/12 | 06/01/12 – 06/30/12 | 125,000.00 | 136.76 | 125,000.00 | 136.76 | -- | -- |
| 09/10/12 | 07/01/12 – 07/31/12 | 125,000.00 | 266.07 | 100,000.00 | 266.07 | 25,000.00 | 25,000.00 |
| 10/19/12 | 08/01/12 – 08/31/12 | 100,000.00 | 162.47 | 80,000.00 | 162.47 | 20,000.00 | 20,000.00 |
| 11/09/12 | 09/01/12 – 09/30/12 | 100,000.00 | -- | 80,000.00 | -- | 20,000.00 | 20,000.00 |
| 12/12/12 | 10/01/12 – 10/31/12 | 50,000.00 | 321.30 | 40,000.00 | 321.30 | 10,000.00 | 10,000.00 |
| 01/17/13 | 11/01/12 – 11/30/12 | 50,000.00 | 20.10 | 40,000.00 | 20.10 | 10,000.00 | 10,000.00 |
| 02/04/13 | 12/01/12 – 12/31/12 | 75,000.00 | -- | 15,000.00 | -- | 15,000.00 | 15,000.00 |

# Blackstone Advisory Partners L.P.

March 6, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly Fee for the period of January 1, 2013 through January 31, 2013: | | | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order: | | | | (20,000.00) |
| Subtotal | | | | 80,000.00 |
| Out-of-pocket expenses processed for the period through January 31, 2013: [1] | | | | |
| Communications | $ | 1.82 | | 1.82 |
| **Total Amount Due** | | | $ | 80,001.82 |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 78853**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses
Through January 31, 2013
Invoice Number: 78853

|  | GL Detail Jan-13 | Total Expenses |
|---|---|---|
| Communications - Teleconferencing | $ 1.82 | $ 1.82 |
| **Total Expenses** | $ 1.82 | $ 1.82 |
| **Communications** |  | $ 1.82 |
| **Total Expenses** |  | $ 1.82 |

W. R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2013
Invoice Number: 78853

**Communications - Teleconferencing**
Schlesinger                                    12/24/12                              1.82
                         Subtotal - Communications - Teleconferencing              $      1.82

                                       Total Expenses                              $      1.82

## BLACKSTONE ADVISORY PARTNERS L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## JANUARY 1, 2013 THROUGH JANUARY 31, 2013

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 3.0 |
| Adam Schlesinger | Associate | 26.5 |
| Benjamin Jaffe | Analyst | 93.9 |
| | **Total** | 123.4 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/02/13 | 2.0 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/02/13 | 2.0 | Case Administration | Analysis for brief preparation |
| Adam Schlesinger | 01/03/13 | 1.5 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/03/13 | 2.0 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/04/13 | 2.0 | Case Administration | Analysis for brief preparation |
| Adam Schlesinger | 01/07/13 | 0.7 | Case Administration | Analysis for brief preparation |
| Adam Schlesinger | 01/09/13 | 0.5 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/09/13 | 0.5 | Case Administration | Call with counsel regarding brief preparation |
| Adam Schlesinger | 01/11/13 | 0.5 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/11/13 | 6.0 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/11/13 | 0.3 | Case Administration | Call with counsel regarding brief preparation |
| Jamie O'Connell | 01/11/13 | 0.4 | Case Administration | Call with counsel and correspondence regarding draft brief |
| Benjamin Jaffe | 01/12/13 | 5.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 01/13/13 | 1.5 | Case Administration | Review draft brief |
| Adam Schlesinger | 01/13/13 | 0.2 | Case Administration | Call with management regarding draft brief |
| Benjamin Jaffe | 01/13/13 | 4.0 | Case Administration | Review draft motion |
| Jamie O'Connell | 01/13/13 | 0.6 | Case Administration | Review and comment on draft brief |
| Jamie O'Connell | 01/13/13 | 0.2 | Case Administration | Call with management regarding draft brief |
| Adam Schlesinger | 01/14/13 | 0.3 | Case Administration | Call with management and counsel regarding draft pension motion |
| Benjamin Jaffe | 01/14/13 | 0.3 | Case Administration | Call with management and counsel regarding draft pension motion |
| Jamie O'Connell | 01/14/13 | 0.3 | Case Administration | Call with management and counsel regarding draft pension motion |
| Adam Schlesinger | 01/18/13 | 0.5 | Case Administration | Call with management and counsel regarding draft motion |
| Adam Schlesinger | 01/23/13 | 0.6 | Case Administration | Review draft motion |
| Adam Schlesinger | 01/28/13 | 0.3 | Case Administration | Review draft motion |
| Adam Schlesinger | 01/28/13 | 0.5 | Case Administration | Call with management and counsel regarding draft motion |
| Benjamin Jaffe | 01/28/13 | 0.5 | Case Administration | Call with management and counsel regarding draft motion |
| Adam Schlesinger | 01/30/13 | 0.3 | Case Administration | Review draft motion |
| | | **34.0** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 01/02/13 | 1.0 | Claims Analysis Objection/Resolution | Call with professionals and counsel regarding claims analysis |
| Benjamin Jaffe | 01/02/13 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/11/13 | 0.5 | Claims Analysis Objection/Resolution | Response to counsel regarding claims question |
| Benjamin Jaffe | 01/14/13 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Benjamin Jaffe | 01/15/13 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/16/13 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Benjamin Jaffe | 01/16/13 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/17/13 | 1.0 | Claims Analysis Objection/Resolution | Various correspondences with Grace management regarding claims |
| Benjamin Jaffe | 01/22/13 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/23/13 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Benjamin Jaffe | 01/24/13 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Benjamin Jaffe | 01/28/13 | 6.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/29/13 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/31/13 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| | | **27.0** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/03/13 | 1.3 | Committee | Committee information request |
| Adam Schlesinger | 01/08/13 | 1.0 | Committee | Committee information request |
| Adam Schlesinger | 01/09/13 | 0.2 | Committee | Committee information request |
| Adam Schlesinger | 01/10/13 | 0.4 | Committee | Committee information request |
| Adam Schlesinger | 01/11/13 | 0.3 | Committee | Committee information request |
| Adam Schlesinger | 01/14/13 | 0.2 | Committee | Committee information request |
| Adam Schlesinger | 01/23/13 | 0.7 | Committee | Committee information request |
| Adam Schlesinger | 01/25/13 | 0.3 | Committee | Committee information request |
| | | **4.4** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 01/01/13 | 3.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/02/13 | 2.5 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/02/13 | 0.5 | Corporate Finance | Meeting with J. O'Connell regarding financial analyses |
| Benjamin Jaffe | 01/02/13 | 3.0 | Corporate Finance | Year-end financial analysis |
| Jamie O'Connell | 01/02/13 | 0.5 | Corporate Finance | Meeting with B. Jaffe regarding financial analyses |
| Jamie O'Connell | 01/02/13 | 0.2 | Corporate Finance | Correspondence regarding financial analysis |
| Benjamin Jaffe | 01/03/13 | 7.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/04/13 | 0.8 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/04/13 | 8.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/05/13 | 0.5 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/05/13 | 5.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/06/13 | 1.5 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/06/13 | 4.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/07/13 | 1.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/07/13 | 1.0 | Corporate Finance | Internal meeting with B. Jaffe regarding year end analyses |
| Benjamin Jaffe | 01/07/13 | 6.0 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/07/13 | 1.0 | Corporate Finance | Internal meeting with A. Schlesinger regarding year end analyses |
| Adam Schlesinger | 01/08/13 | 1.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/09/13 | 0.5 | Corporate Finance | Internal team meeting regarding various matters |
| Benjamin Jaffe | 01/09/13 | 0.5 | Corporate Finance | Internal team meeting regarding various matters |
| Benjamin Jaffe | 01/09/13 | 2.5 | Corporate Finance | Year-end financial analysis |
| Jamie O'Connell | 01/09/13 | 0.5 | Corporate Finance | Internal team meeting regarding various matters |
| Benjamin Jaffe | 01/11/13 | 0.3 | Corporate Finance | Call with J. O'Connell regarding brief preparation |
| Benjamin Jaffe | 01/11/13 | 1.0 | Corporate Finance | Year-end financial analysis |
| Jamie O'Connell | 01/11/13 | 0.3 | Corporate Finance | Call with B. Jaffe regarding brief preparation |
| Adam Schlesinger | 01/15/13 | 1.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/17/13 | 0.4 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/17/13 | 1.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/22/13 | 0.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/28/13 | 0.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/29/13 | 0.5 | Corporate Finance | Year-end financial analysis |
| | | **57.5** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/17/13 | 0.5 | Fee Applications | Review draft fee application |
| | | 0.5 | | |