## EXHIBIT A

**Comparable Company Lobbying Costs**

## LOBBYING COSTS

### A Comparable Company Analysis

Dow Chemical (includes Dow AgroSciences):

- 2012: Of $11,570,000 spent by Dow Chemical in lobbying fees in 2012, $1,037,000 was paid collectively to 11 consultants.

- 2011: Of $8,070,000 spent in 2011, $2,380,000 was paid collectively to 10 consultants.

BASF Corp. (includes BASF Catalysts & BASF SE):

- 2012: Of $1,780,000 spent by BASF in lobbying fees in 2012, $470,000 was paid collectively to 3 consultants.

- 2011: Of $1,340,000 spent by BASF in 2011, $460,000 was paid collectively to 3 consultants.

Eastman Chemical:

- 2012: Of $1,680,000 spent by Eastman Chemical for lobbying expenses in 2012, $680,000 was paid collectively to 3 consultants.

- 2011: Of the $1,840,000 spent by Eastman Chemical in 2011 for lobbying expenses, $700,000 was paid collectively to 4 consultants.

Nissan North America:

- 2012: Of the $2,200,000 paid by Nissan North America in lobbying fees in 2012, $1,220,000 was paid collectively to 2 consultants.

- 2011: Of the $2,310,000 paid by Nissan North America in lobbying fees in 2011, $1,460,000 was paid collectively to 2 consultants.

*Source*: *Office of the Clerk, U.S. House of Representatives, Lobbying Disclosure*, located at http://lobbyingdisclosure.house.gov/ (last visited on February 20, 2013).