# EXHIBIT G

**Childress Affidavit**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Hearing Date: April 22, 2013, at 9:00 a.m. |
| ) | Objection Deadline: April 5, 2013 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR AN ORDER APPROVING BAKER DONELSON'S MONTHLY FIXED FEE, CLARIFYING THAT SECTION 328(A) PROVIDES THE APPROPRIATE STANDARD OF REVIEW FOR THE RETAINER AND EXPANDING THE SCOPE OF CERTAIN LEGISLATIVE AFFAIRS SERVICES NUNC PRO TUNC TO MAY 1, 2012**

STATE OF TENNESSEE   )
                     )  ss.
COUNTY OF SHELBY     )

E. Franklin Childress, Jr., after being duly sworn according to law, deposes and says:

1.   I am over the age of 18 and competent to testify. I am a shareholder with Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"), located at 165 Madison

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

Avenue, Suite 2000, Memphis, Tennessee 38103.[2] All facts set forth in this Affidavit are based on my personal knowledge, upon information supplied to me by employees of the Debtors and upon my opinion based upon experience and knowledge of Grace's businesses. If called upon to testify, I could and would testify competently to the facts and opinions contained herein.

2.  I am filing this affidavit (the "Affidavit") in support of the Debtors' *Motion for an Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying that Section 328(a) Provides the Appropriate Standard of Review for the Retainer and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012* (the "Motion"), filed contemporaneously herewith.

### BAKER DONELSON'S SERVICES

3.  For the past (twelve (12) years, Baker Donelson and certain of its members and associates have rendered and continue to render public policy advisory and lobbying services to the Debtors and their affiliates pursuant to various orders of the United States Bankruptcy Court for the District of Delaware.

### NO ADVERSE INTEREST

4.  Baker Donelson has conducted a conflicts search in connection with this affidavit from a list obtained from the Debtors' counsel of all individuals and entities that may be parties-in-interest in these chapter 11 cases. To the best of my knowledge based upon the foregoing conflicts search and insofar as Baker Donelson and I have been able to ascertain, neither I, nor Baker, Donelson, nor any public policy advisor, shareholder, counselor associate thereof, has any

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in, as the case may be and as such capitalized terms are defined in the Motion, the Baker Donelson Retention Orders, the Fee Auditor Order, the Interim Compensation Order or the *First Amended Joint Plan of Reorganization in their Chapter 11 Cases* [Docket no. 25881], as it may be further supplemented or otherwise further amended from time to time, and the schedules and exhibits to the foregoing, as they may be in effect from time to time (the "Plan").

2

connection other than disclosed in this Affidavit with the Debtors, their creditors or any other parties-in-interest, the Debtors' respective attorneys and accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware.

5. In matters unrelated to this case, Baker Donelson has in the past represented, currently represents, and likely will represent certain of the Debtors' and their affiliates' significant current vendors, unsecured creditors, lenders, letter of credit issuers, equity holders, underwriters, indenture trustees, sureties, lessors and customers, together with certain co-defendants and other parties to litigation with the Debtors. The individuals and entities identified in the conflicts search are set forth in Exhibit I to this Affidavit.

6. In addition, William Corcoran, a former vice-president of Grace, is now serving as a Consultant in the Public Policy Practice Group of Baker Donelson. His responsibilities include providing public policy services to the Debtors.

7. To the best of my knowledge, the afore-mentioned representations do not include any interest adverse to the Debtors and the matters upon which Baker Donelson has been, is or will be engaged by the Debtors. Baker Donelson is therefore a "disinterested person" as defined in Bankruptcy Code section 101(14) and does not represent or hold any interest adverse to the Debtors or their estates.

**[remainder of page left intentionally blank]**

M EFC 2385400 v2
2850487-000001 03/18/2013

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
E. Franklin Childress, Jr.
Shareholder
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.

SWORN AND SUBSCRIBED before me,
this 18th day of March, 2013

_____
Notary Public
My Commission Expires: 5-4-2014



4

**EXHIBIT I**

**List of Individuals and Entities Whom Baker Donelson May Represent in Unrelated Matters**

ABN Amro Bank N.V.
Aetna Casualty & Surety
AIG
Air Products
Alcoa, Inc.
Allianz Underwriters Ins
Allstate Insurance Company
American International Group, Inc.
American Legion
American Manufacturers Mutual
Amoco Oil Co.
Anchorage Advisors LLC
Anglo-Danish Fibre Industries Ltd.
AON Consulting, Inc.
AON Risk Services Inc of NY
Archer Capital Master Fund
Argonaut Northwest Ins. Co.
Arizona Chemical Co.
Arthur Andersen
Ashland Chemical Company
Associated International
AutoZone, Inc.
Bank of America, N.A.
Bank of Boston
Bank of New York
Bank of Nova Scotia
Bank One Purchasing Card
Bankers Trust Company
Barclays Bank PLC
Barclays Global Investors (UK) Ltd.
Barclays Global Investors NA
BASF - Decatur
BASF Corp.
Bayer - Baytown, TX
Bayer Corp.
Bear Stearns & Co.
Bear Stearns Asset Management Inc.
Bear, Stearns & Co. Inc.
Belz Enterprises
Blue Circle Materials S.E.
Blue Circle North America
Blue Ridge Capital
Boise Cascade
Boston Old Colony Ins Co
BP - Carson, CA
Burlington Northern and Santa Fe Railway Company, The
Busby, Leonard A.
California Public Employees' Retirement System (CalPERS)
Canada Trust
Caplin & Drysdale

Caplin & Drysdale, Chartered
Cargill
Centennial Ins Co
Certain Underwriters at Lloyd's London
Chase Manhattan Bank, The
Chemical Specialties
Chevron Research & Technology Co.
Chevron Research/Richmond
Chevron USA
Citadel Investment Group, L.L.C.
Citi Investment Research (US)
Citibank, N.A.
Citicorp Del-Lease, Inc.
Citigroup Special Situations
City of Knoxville TN
CNA Insurance
Colgate-Jeffersonville IN  (Cn)   D
Coudert Brothers
CPI
Credit Suisse First Boston Corp.
Credit Suisse Securities (USA) LLC
Crown Cork & Seal Company, Inc.
CS First Boston
Deloitte & Touche LLP
Deputy Attorney General of the State of California
Deutsche Asset Management Americas
Dow Chemical Company
Dupont - Tempe, AZ
E.I. Dupont De Nemours & Co.
Eastman Chemical Company
Engelhard Corporation
Enron Corp.
Enron Energy Services
Entergy Services, Inc.
Euler Hermes ACI
Exxon (Paxon) - Baton Rouge, LA
Exxon Chemical Co.
Exxonmobil - Torrance, CA
ExxonMobil Chemical Company
Exxonmobil Global Services Co.
Federal Insurance Company
Fireman's Fund Insurance Co.
First National Bank
First State Ins. Co.
Florida Department of Environmental Protection
FMR LLC
Fortress Investment Group LLC
GEICO
Genentech
General Electric Capital Corp.
General Electric Corp.
General Mills
General Motors Acceptance Corp.
Georgia Pacific (Gp Gypsom [Gypsum]) Corp.
Glen Core Limited
Goldman Sachs Lending

Goodwill Industries of Greater New York, Inc.
Great Lakes Chemical Corporation
Hailey, McNamara, Hall, Larmann & Papale
Hampshire Chemical Corp.
Hartford Insurance
Highlands Ins. Co.
Honeywell (Gomar)
HSBC/MarineMidland
ICI Americas
IMC
Ingersoll-Rand Fluid Products
International Paper Company
J.P. Morgan Chase & Co.
Kerr Mcgee Chemical Group
London & Edinburgh General Ins. Co.
Maryland Casualty Company
Mobil Chemical - Beaumont, TX
Mobil Chemical Company
Mobil Oil Company
National Union Fire Insurance Co. of Pittsburgh, PA
National Union Fire Insurance Company
Nortel Networks, Inc.
Occidental Chemical Corporation
PacifiCorp
Phillips Petroleum Company
PPG Industries, Inc.
PQ Corporation
Rhodes, Inc.
Royal Insurance
Sherwin Williams
Siplast, Inc.
St. Paul Companies, Inc.
Tennessee, State of
Tosco
Twin City Fire Ins Co
Unilever H&PC
Union Tank Car Company
Van Leer Flexibles, LP [now Valeron Strength Films]
Virginia Concrete Co Inc.
W.R. Grace & Co.
W.R. Grace & Co.-Conn.
Wachovia Bank & Trust Company, N.A.
Wacker Silicones
Wal-Mart Stores, Inc.
Weatherford International, Inc.
Weingarten Realty Investors
White, Linda
Xerox Capital Services, LLC
York Capital Management