### EXHIBIT I

**Summary of Baker Donelson Fees**

## SUMMARY OF BAKER DONELSON FEES[1]

### By Interim Fee Period

| Dates | Period in the Case | B-D Period | Filing Date | Docket No. | Fees Requested | Hours Recorded | Effective Hourly Rate |
|---|---|---|---|---|---|---|---|
| 1/1/04 - 9/30/04 | 14th | 1 | 12/28/2004 | 7390 | $136,000.00 | 258.00 | $527.13 |
| 10/1/04 - 12/31/04 | 15th | 2 | 6/9/2005 | 8594 | $51,000.00 | 98.50 | $517.77 |
| 1/1/05 - 3/31/05 | 16th | 3 | 8/26/2005 | 9264 | $124,000.00 | 245.00 | $506.12 |
| 4/1/05 - 6/30/05 | 17th | 4 | 11/23/2005 | 11160 | $165,000.00 | 317.00 | $520.50 |
| 7/1/05 - 9/30/05 | 18th | 5 | 12/30/2005 | 11466 | $165,000.00 | 166.50 | $990.99 |
| 10/1/05 - 12/31/05 | 19th | 6 | 4/27/2006 | 12321 | $90,000.00 | 128.50 | $700.39 |
| 1/1/06 - 3/31/06 | 20th | 7 | 8/3/2006 | 12922 | $90,000.00 | 210.00 | $428.57 |
| 4/1/06 - 6/30/06 | 21st | 8 | 8/3/2006 | 12923 | $90,000.00 | 170.00 | $529.41 |
| 7/1/06 - 9/30/06 | 22nd | 9 | 1/23/2007 | 14381 | $90,000.00 | 136.00 | $661.76 |
| 10/1/06 - 12/31/06 | 23rd | 10 | 5/22/2007 | 15777 | $90,000.00 | 139.50 | $645.16 |
| 1/1/07 - 3/31/07 | 24th | 11 | 7/23/2007 | 16363 | $90,000.00 | 124.50 | $722.89 |
| 4/1/07 - 6/30/07 | 25th | 12 | 11/15/2007 | 17384 | $90,000.00 | 116.00 | $775.86 |
| 7/1/07 - 9/30/07 | 26th | 13 | 1/3/2008 | 17751 | $90,000.00 | 124.50 | $722.89 |
| 10/1/07 - 12/31/07 | 27th | 14 | 1/11/2008 | 17813 | $90,000.00 | 126.00 | $714.29 |
| 1/1/08 - 3/31/08 | 28th | 15 | 10/3/2008 | 19706 | $69,500.00 | 47.50 | $1,463.16 |
| 4/1/08 - 6/30/08 | 29th | 16 | 9/8/2008 | 19503 | $60,000.00 | 24.00 | $2,500.00 |

---

[1]    This Exhibit is based upon the summary of Baker Donelson fees prepared by the Fee Auditor.

**Interim Fee Period**

| Dates | Period in the Case | B-D Period | Filing Date | Docket No. | Fees Requested | Hours Recorded | Effective Hourly Rate |
|---|---|---|---|---|---|---|---|
| 7/1/08 - 9/30/08 | 30th | 17 | 12/23/2008 | 20354 | $60,000.00 | 39.50 | $1,518.99 |
| 10/1/08 - 12/31/08 | 31st | 18 | 6/20/2009 | 22196 | $60,000.00 | 30.00 | $2,000.00 |
| 1/1/09 - 3/31/09 | 32nd | 19 | 6/20/2009 | 22197 | $60,000.00 | 18.00 | $3,333.33 |
| 4/1/09 - 6/30/09 | 33rd | 20 | 12/3/2009 | 23941 | $60,000.00 | 21.00 | $2,857.14 |
| 7/1/09 - 9/30/09 | 34th | 21 | 12/3/2009 | 23942 | $60,000.00 | 26.00 | $2,307.69 |
| 10/1/09 - 12/31/09 | 35th | 22 | 9/29/2010 | 25523 | $60,000.00 | 34.00 | $1,764.71 |
| 1/1/10 - 3/31/10 | 36th | 23 | 9/29/2010 | 25524 | $60,000.00 | 26.00 | $2,307.69 |
| 4/1/10 - 6/30/10 | 37th | 24 | 9/29/2010 | 25526 | $60,000.00 | 36.00 | $1,666.67 |
| 7/1/10 - 9/30/10 | 38th | 25 | 12/31/2010 | 25983 | $60,000.00 | 23.00 | $2,608.70 |
| 10/1/10 - 12/31/10 | 39th | 26 | 11/14/2011 | 27961 | $60,000.00 | 28.00 | $2,142.86 |
| 1/1/11 - 3/31/11 | 40th | 27 | 11/18/2011 | 27997 | $57,000.00 | 25.00 | $2,280.00 |
| 4/1/11 - 6/30/11 | 41st | 28 | 11/14/2011 | 27963 | $57,000.00 | 26.00 | $2,192.31 |
| 7/1/11 - 9/30/11 | 42nd | 29 | 11/14/2011 | 27964 | $57,000.00 | 26.00 | $2,192.31 |
| 10/1/11 - 12/31/11 | 43rd | 30 | 8/31/2012 | 29556 | $57,000.00 | 22.00 | $2,590.91 |
| 1/1/12 - 3/31/12 | 44th | 31 | 8/31/2012 | 29557 | $57,000.00 | 5.00 | $11,400.00 |
| 4/1/12 - 6/30/12 | 45th[2] | 32 | 8/31/2012 | 29558 | $79,000.00 | 16.00 | $4,937.50 |

[2]   Fees requested were $19,000 per month in April and $30,000 per month in May and June.  This Motion requests the Court approve, *nunc pro tunc* to May 1 2012, an increase in the fee cap from $20,000 to $30,000 for the reasons set forth herein.