# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  **Date:** 2/6/2013
**c/o Lauzon Belanger Lesperance**  **File Number:** ZAI/WRG 060124-01
Attention: Careen Hannouche  **Invoice Number:** 20989
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/2013 | KEH | E-mail correspondence from Bobbi Ruhlander transmitting the fee auditor's initial report regarding The Hogan Firm's fees for July-Sept. 2012; review same and meet with Lauren Campbell, re: time entries. | 0.30 | 195.00 | 58.50 |
| 01/03/2013 | KEH | E-mail correspondence from/to Careen Hannouche, re: wire transfer in the amount of $573.12 on December 18th - confirm holdback payment with Careen; post to WRGrace payment spreadsheet for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 01/03/2013 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's initial report regarding The Hogan Firm's fees for July-Sept. 2012; reviewed same. | 0.70 | 400.00 | 280.00 |
| 01/03/2013 | KEH | Review payments received; e-mail correspondence to 'Careen Hannouche' re: holdback payment for April – June 2012 fee applications and date/amount of each - info needed in preparation of fee application. | 0.20 | 195.00 | 39.00 |
| 01/04/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Statement for December 1, 2012 – December 31, 2012. Reviewed same. | 0.60 | 400.00 | 240.00 |
| 01/04/2013 | LNC | E-mail correspondence with Cindy Yates transmitting the December time statement; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 01/04/2013 | LNC | E-mail correspondence with Karen Harvey regarding entries on the fee auditor's initial report. | 0.10 | 195.00 | 19.50 |
| 01/07/2013 | DKH | Conducted research on the issues raised by the fee auditor regarding my time entries. | 1.60 | 400.00 | 640.00 |
| 01/07/2013 | KEH | E-mail correspondence with 'Bobbi Ruhlander' transmitting The Hogan Firm's response to the Fee Auditor's Initial Report for the 46th Quarter. | 0.10 | 195.00 | 19.50 |
| 01/07/2013 | KEH | Meeting with DKHogan, re: response to fee auditor's initial response for the 46Q - July 1, 2012 through Sept 30, 2012. | 0.30 | 195.00 | 58.50 |
| 01/07/2013 | KEH | Prepare response to Fee Auditor's initial report for the 46Q; meet with DKHogan and make revisions to same. | 1.20 | 195.00 | 234.00 |
| 01/07/2013 | DKH | Worked on the Hogan Firm's response to the Fee Auditor's Initial Report for the 46th Quarter. | 1.60 | 400.00 | 640.00 |

| 2/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 01/08/2013 | LNC | | E-mail correspondence with Careen Hannouche transmitting the December time statement; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 01/14/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Statement of Professionals' Compensation /Debtors' Statement of Amounts Paid to Ordinary Course Professionals from October 1, 2012, Through December 31, 2012 Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 01/15/2013 | LNC | | Calculated project codes for LBL's November Time Statement. | 0.30 | 195.00 | 58.50 |
| 01/15/2013 | LNC | | Calculated project codes for Scarfone Hawkins November Time Statement. | 0.30 | 195.00 | 58.50 |
| 01/15/2013 | LNC | | Calculated project codes for The Hogan Firm's November Time Statement. | 1.00 | 195.00 | 195.00 |
| 01/15/2013 | LNC | | Prepared the 33rd Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 01/16/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed FINAL ORDER AUTHORIZING THIRD AMENDMENT TO POST-PETITION LETTER OF CREDIT FACILITY AGREEMENT (Related Doc # [30070]) Order Signed on 1/16/2013. | 0.30 | 400.00 | 120.00 |
| 01/16/2013 | LNC | | Prepared the 33rd Monthly Fee Application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| 01/16/2013 | LNC | | Prepared the 33rd Monthly Fee Application for The Hogan Firm. | 1.30 | 195.00 | 253.50 |
| 01/17/2013 | DKH | | E-mail correspondence with Careen Hannouche transmitting her executed certification for the LBL fee application. Reviewed same. | 0.20 | 400.00 | 80.00 |
| 01/17/2013 | LNC | | E-mail correspondence with Careen Hannouche transmitting the executed certification for the 32nd Monthly Fee Applications; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 01/17/2013 | LNC | | E-mail correspondence with Cindy Yates transmitting the executed certification for the 32nd monthly fee application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 01/17/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting the signed certification executed by Dave Thompson. Reviewed same. | 0.20 | 400.00 | 80.00 |
| 01/17/2013 | DKH | | Reviewed and revised LBL's 33rd Fee Application and supporting documentation. | 0.80 | 400.00 | 320.00 |
| 01/17/2013 | DKH | | Reviewed and revised Scarfone Hawkins 33rd Fee Application and supporting documentation. | 0.90 | 400.00 | 360.00 |
| 01/17/2013 | DKH | | Reviewed and revised the Monthly Application for Compensation (Thirty-Third) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2012 to November 30, 2012. | 1.00 | 400.00 | 400.00 |
| 01/18/2013 | LNC | | E-mail correspondence with Blue Marble Logistics transmitting the 33rd Monthly Fee Applications for hand delivery. | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/document re: e-filing Monthly Application for Compensation (Thirty-Third) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2012 to November 30, 2012 Filed by Canadian ZAI Claimants. Objections due by 2/11/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 01/18/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents re: e-filed Monthly Application for Compensation (Thirty-Third) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2012 to November 30, 2012 Filed by Canadian ZAI Claimants. Objections due by 2/11/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |

| 2/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 01/18/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents re: e-filing of Monthly Application for Compensation (Thirty-Third) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2012 to November 30, 2012 Filed by Canadian ZAI Claimants. Objections due by 2/11/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 01/18/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Extend [Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC] Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 01/18/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/4/2013 at 09:15 AM. | 0.30 | 400.00 | 120.00 |
| 01/18/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Sale Debtors' Forty-Sixth Quarterly Report of Asset Sales from October 1, 2012 through December 31, 2012, in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimus Assets (related document(s) [833]) Filed by W.R. Grace & Co., et al. | 0.20 | 400.00 | 80.00 |
| 01/18/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement Debtors' Forty-Sixth Quarterly Report of Settlements from October 1, 2012 through December 31, 2012 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding [Related to Docket No. 833] Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 01/18/2013 | LNC | | E-mail correspondence with service parties transmitting the 33rd Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | LNC | | E-mail correspondence with the fee auditor transmitting the 33rd Monthly Fee Application for review. | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | LNC | | E-mail correspondence with the fee auditor transmitting the 33rd Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | LNC | | E-mail correspondence with the fee auditor transmitting the 33rd Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | LNC | | Prepared for and filed the 33rd Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 01/18/2013 | LNC | | Prepared for and filed the 33rd Monthly Fee Application for Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 01/18/2013 | LNC | | Prepared for and filed the 33rd Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 01/21/2013 | DKH | | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's final report regarding The Hogan Firm's quarterly fee application for July-Sept. 2012 (46th interim) was filed with the court on January 21, 2013. | 0.10 | 400.00 | 40.00 |
| 01/21/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Fee Auditor's Report Regarding the Quarterly Application of The Hogan Firm for the Interim Period from July 1, 2012, through September 30, 2012 Filed by Warren H. Smith & Associates, P.C. | 0.40 | 400.00 | 160.00 |
| 01/22/2013 | GP | | Email correspondence with LNC, re: 33rd monthly fee apps. Print apps and prepare for mailing via regular mail. | 0.20 | 195.00 | 39.00 |

| 2/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 01/25/2013 | DKH | | Conducted research on the status of the 3rd Circuit appeals pending in the W.R. Grace case. Reviewed dockets and reviewed pleadings associated with the appeals to ascertain the likely time of emergence from bankruptcy. | 1.20 | 400.00 | 480.00 |
| 01/28/2013 | KEH | | Print and review Fee Auditor's Report Regarding the Quarterly Application of The Hogan Firm for the Interim Period from July 1, 2012, through September 30, 2012; Breakdown reductions by month and post reductions to WRGrace Payment Spreadsheet. | 0.60 | 195.00 | 117.00 |
| | | | **Total Fees** | **23.30** | | **$6,901.00** |

**Expenses**

| 01/17/2013 | Blue Marble Logistics, LLC- Hand Delivery of the 32nd Monthly Fee Applications to the US Trustee. | 10.35 | |
|---|---|---|---|
| 01/17/2013 | Blue Marble Logistics, LLC- Hand Delivery of the Certificate of No Objection to the 11th Quarterly Applications to the US Trustee. | 6.55 | |
| 01/17/2013 | Photocopies of the 33rd Monthly Fee Application for review by Daniel Hogan. | 4.50 | |
| 01/18/2013 | Photocopies of the 33rd Monthly Fee Application for review by the fee auditor. | 4.50 | |
| 01/18/2013 | Postage- Copies of the 33rd Monthly Fee Application sent to the fee auditor for review. | 4.20 | |
| 01/28/2013 | Blue Marble Logistics, LLC- Hand delivery of the 33rd Monthly Fee Applications. | 10.25 | |
| | **Total Expenses** | | **$40.35** |

| **TOTAL NEW CHARGES** | **$6,941.35** |
|---|---|

**STATEMENT OF ACCOUNT**

| Prior Balance | 9,042.44 |
|---|---|
| Payments | -9,042.44 |
| Current Fees | 6,901.00 |
| Current Expenses | 40.35 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,941.35** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 1/23/2013 | 9972205 | Payment on Account | 9,042.44 |