# EXHIBIT A

1

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE: January 31, 2013  
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
B A R R I S T E R S   A N D   S O L I C I T O R S

| ONE JAMES STREET SOUTH | TELEPHONE |
|---|---|
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

### CANADIAN ZAI MONTHLY FEE APPLICATION
### (January 1, 2013 – January 31, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01 /03/13 | receipt of and respond to class member inquiries as to status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 01 /06/13 | receipt of and respond to class member inquiry re status of US appeals and CDN ZAI settlement | DT | $525.00 | 0.10 | $52.50 |
| 01 /07/13 | emails to and from Keith Ferbers as to status of matters in USA | DT | $525.00 | 0.25 | $131.25 |
| 01 /08/13 | emails to and from Keith Ferbers, discuss with Matt Moloci | DT | $525.00 | 0.25 | $131.25 |
| 01 /10/13 | memo to MGM re: possible further meeting with Don Pinchin | DT | $525.00 | 0.10 | $52.50 |
| 01 /10/13 | receipt of and respond to class member inquiries, re: status of US Appeals and status of CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 01 /11/13 | receipt email from Careen Hannouche | DT | $525.00 | 0.10 | $52.50 |
| 01 /11/13 | Email from David Thompson regarding status of payments received and outstanding accounts receivable; email from Careen Hannouche confirming receipt of funds | MGM | $450.00 | 0.10 | $45.00 |
| 01 /17/13 | receipt Careen Hannouche letter and Dan Hogan invoice, memo to Cindy Yates and follow-up to process payment to Lauzon Belanger | DT | $525.00 | 0.25 | $131.25 |
| 01 /18/13 | receipt Matt Moloci memo re: extension of stay request from Vasuda Sinha | DT | $525.00 | 0.10 | $52.50 |
| 01 /20/13 | Email to David Thompson in reply to email regarding possible further Montreal meeting | MGM | $450.00 | 0.10 | $45.00 |

| Date | Description | ID | Rate | Hours | Total |
|---|---|---|---|---|---|
| | among Class Counsel and Pinchin, and claims procedure and protocol | | | | |
| 01/21/13 | receipt Matt Moloci memo re: possible meeting in Montreal | DT | $525.00 | 0.10 | $52.50 |
| 01/22/13 | receipt of and respond to class member inquiry as to status of CDN ZAI settlement | DT | $525.00 | 0.10 | $52.50 |
| 01/22/13 | Telephone message from Vasuda Sinha of Norton Rose | MGM | $450.00 | 0.10 | $45.00 |
| 01/23/13 | telephone discussion with Vasuda Sinha with Matt Moloci | DT | $525.00 | 0.25 | $131.25 |
| 01/24/13 | receipt Vasuda Sinha email, receipt Matt Moloci memo re: extension of stay order | DT | $525.00 | 0.25 | $131.25 |
| 01/30/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals, etc. | DT | $525.00 | 0.25 | $131.25 |
| 01/31/13 | review dockets for period January 1, 2013 to January 31, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of January 1, 2013 to January 31, 2013 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **4.90** | **$1,740.00** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>25 years - 1988 | DT | 2.60 | $525.00 | $1,365.00 | $177.45 |
| MATTHEW G. MOLOCI<br>15 years - 1998 | MGM | 0.30 | $450.00 | $135.00 | $17.55 |
| LAW CLERK<br>Cindy Yates<br>30 years - 1982 | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| **SUB-TOTAL:** | | **4.90** | | **$1,740.00** | **$226.20** |
| **TOTAL FEES AND TAXES:** | | | | | **$1,966.20** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.