# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

March 14, 2013

RE :   W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(January 1st 2013 to January 31st 2013)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-01-08 | CH | Review of December time statement | 0.33 | 285.00 | 94.05 |
| 2013-01-08 | CH | Email to Lauren Campbell re: December time statement and explanation on new calculation of taxes in Quebec | 0.25 | 285.00 | 71.25 |
| 2013-01-11 | CH | Email to Cindy Yates re: confirmation of receipt of portion of The Hogan Firm fees | 0.17 | 285.00 | 48.45 |
| 2013-01-15 | CH | Email in response to inquiries from a new homeowner regarding prior homeowner's claim in class action | 0.42 | 285.00 | 119.70 |
| 2013-01-17 | CH | Letter to Mr. Thompson re: portion of The Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| 2013-01-17 | CH | Review of LBL's 33rd monthly request for compensation | 0.33 | 285.00 | 94.05 |
| 2013-01-17 | CH | Email to Lauren Campbell re: LBL's 33rd monthly request for compensation | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES:** | **1.92** | | **$ 547.20** |

**TIME SUMMARY BY LAWYER**

CH    285.00    1.92    $ 547.20

**DISBURSEMENTS**

Photocopies (19 x 10)     1.90

**TOTAL DISBURSEMENTS**     **1.90**

**TOTAL FEES AND DISBURSEMENTS**     **549.10**

LAUZON BÉLANGER LESPÉRANCE INC. | WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST | BUREAU 100 | MONTRÉAL | QUÉBEC | H2Y 2A3 | TÉLÉPHONE : 514.844.4646 | TÉLÉCOPIEUR : 514.844.7009

| | |
|---|---:|
| G.S.T. 5% | 27.46 |
| Q.S.T. 9.975% | 54.77 |
| **TOTAL** | **$631.33** |

# G.S.T.   814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001