**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| Pittsburgh Corning Corporation, | Bankruptcy No. 00-22876-JKF |
|     Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 9260** |
| In re: | |
| North American Refractories | Bankruptcy No. 02-20198-JKF |
| Company, *et al*. | Chapter 11 |
|     Debtor(s) | **Related to Doc. No. 7835** |
| In re: | |
| Mid-Valley, Inc., *et al.* and | Bankruptcy No. 93-35592-JKF (**CLOSED**) |
| DII Industries LLC | Chapter 11 |
|     Debtor(s) | **Related to Doc. No. 2839** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE**

In Re:

| | |
|---|---|
| Owens Corning, *et al.,* | Bankruptcy No. 00-3837-JKF (**CLOSED**) |
|     Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 21068** |
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
|     Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 30404** |
| USG Corporation, *et al.,* | Bankruptcy No. 01-2094-JKF (**CLOSED**) |
|     Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 12682** |
| United States Mineral Products Company, *et al.* | Bankruptcy No. 01-2471-JKF (**CLOSED**) |
| | Chapter 11 |
|     Debtor(s) | **Related to Doc. No. 3989** |
| Kaiser Aluminum Corporation, *et al.* | Bankruptcy No. 02-10429-JKF |
|     Debtor(s) | Chapter 11 |
| | **Related to Doc. No.** |
| The Flintkote Company | Bankruptcy No. 04-11300-JKF |
|     Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 7436** |

| | |
|---|---|
| Flintkote Mines Limited<br>    Debtor(s) | Bankruptcy No. 04-12440-JKF<br>Chapter 11<br>(**Jointly Administered at 04-11300**) |
| Armstrong World Industries, Inc., *et al.*<br>    Debtor(s) | Bankruptcy No. 00-4471-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 10782** |
| ACANDS, Inc., *et al.*<br>    Debtor(s) | Bankruptcy No. 02-12687-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 3721** |
| Combustion Engineering, Inc.<br>    Debtor(s) | Bankruptcy No. 03-10495-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 3476** |

**ORDER SETTING STATUS CONFERENCE TO ESTABLISH PROTOCOL WITH RESPECT TO ORDER OF THE DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AND THE ORDER OF THE DISTRICT COURT FOR THE DISTRICT OF DELAWARE REGARDING 2019 STATEMENTS**

**AND NOW**, this **20th** day of **March, 2013**, it is **ORDERED** that a status conference to establish a protocol for disclosure of the 2019 statements is set for **April 4, 2013**, at **12:00 p.m. Eastern** in the above-captioned cases. Notice is hereby given that a draft protocol prepared by the Court shall be entered on the docket of each case on or before **April 1, 2013**, and each party and counsel shall check the docket to review the draft prior to the status conference. The Court will entertain comments and suggestions regarding the protocol at the hearing.

It is **FURTHER ORDERED** that this status conference shall be telephonic only.

It is **FURTHER ORDERED** that all counsel who wish to be heard regarding a protocol for disclosure of the 2019 statements must appear. Failure to appear shall be deemed a waiver of the opportunity to participate in establishing the protocol.

It is **FURTHER ORDERED** that counsel for Garlock Sealing Technologies, Inc. shall appear, together with representatives of and counsel for any copy service retained.

It is **FURTHER ORDERED** that counsel for Garlock Sealing Technologies, Inc.,[1] shall serve all counsel listed as a notice party in Case Nos. 11-cv-1406, 11-cv-1439, 11-cv-1452 filed in the District Court for the Western District of Pennsylvania with a copy of this Order and shall

---

[1] Chapter 11 filed in the Bankruptcy Court for the Western District of North Carolina, Charlotte Division, Bankruptcy No. 10-31607

file a certificate of service forthwith.

It is **FURTHER ORDERED** that counsel for Garlock Sealing Technologies, Inc., shall serve all counsel listed as a notice party in Case No. 11-cv-1130 in the District Court for the District of Delaware with a copy of this Order and shall file a certificate of service forthwith.

It is **FURTHER ORDERED** that counsel for Garlock Sealing Technologies, Inc., shall serve all parties in interest who do not get electronic notice in all the above-captioned bankruptcy cases, including, but not limited to, each counsel who filed a 2019 statement, counsel for each asbestos personal injury trust, counsel to the reorganized debtors, and counsel to all Future Claims Representatives and shall file a certificate of service forthwith.

It is **FURTHER ORDERED** that all counsel must register with CourtCall **no later than 12:00 noon, Eastern,** on **April 3, 2013.**

*Judith K. Fitzgerald*  rmab
Judith K. Fitzgerald
United States Bankruptcy Judge

cc:  Garland S. Cassada
Robinson Bradshaw & Hinson
101 N. Tryon Street, Suite 1900
Charlotte, N.C.  28246

Gregory W. Werkheiser
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

The Honorable George R. Hodges
U.S. Bankruptcy Court, W.D. N.C. (Charlotte)
Charles R. Jonas Federal Building
401 West Trade Street, Room 111
Charlotte, N.C.  28234-4189