

February 8, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   228359

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH January 31, 2013

**CLIENT SUMMARY**

**BALANCE AS OF- 01/31/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $414.00 | $355.17 | $769.17 |
| **.15538 -** 02 - Debtors' Business Operations | $115.00 | $0.00 | $115.00 |
| **.15543 -** 07 - Applicant's Fee Application | $1,191.45 | $0.70 | $1,192.15 |
| **.15554 -** 18 - Plan & Disclosure Statement | $6,060.50 | $0.00 | $6,060.50 |
| *Client Total* | *$7,780.95* | *$355.87* | *$8,136.82* |
| *Less Credit Applied due to over payment in January 2008 (Ck# 471322)* | | | *-$967.21* |
| *Total Due* | | | *$7,169.61* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593   www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 1.70 | $725.00 | $1,232.50 |
| Sakalo, Jay M | 1.60 | $575.00 | $920.00 |
| Kelley, Rena | 15.20 | $255.00 | $3,876.00 |
| Snyder, Jeffrey I | 0.31 | $445.00 | $137.95 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| Flores, Luisa M | 4.90 | $245.00 | $1,200.50 |
| | | | |
| TOTAL PROFESSIONAL FEES THIS PERIOD | | | ***$7,780.95*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| CD/DVD Duplication | $150.00 |
| Federal Express | $11.41 |
| Long Distance Telephone | $12.16 |
| Pacer - Online Services | $128.40 |
| Copies | $53.90 |
| TOTAL COSTS ADVANCED THIS PERIOD | ***$355.87*** |

| | |
|---|---:|
| TOTAL BALANCE DUE THIS PERIOD | $7,169.61 |

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | | | | |
|---|---|---|---|---|
| 01/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/24/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/31/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** $414.00



**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 12/31/12 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q42012; DATE: 1/3/2013 - Account#BILSUM | 122.40 |
| 12/31/12 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q42012; DATE: 1/3/2013 - Account#BILSUM | 6.00 |
| 01/22/13 | Long Distance Telephone (803)943-4444; 16 Mins. | 12.16 |
| 01/24/13 | CD/DVD Duplication | 40.00 |
| 01/25/13 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 216066022 DATE: 1/30/2013 | 11.41 |
| 01/30/13 | CD/DVD Duplication | 110.00 |
| 01/09/13 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/09/13 | Copies 93 pgs @ 0.10/pg | 9.30 |
| 01/09/13 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 01/18/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/22/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/23/13 | Copies 221 pgs @ 0.10/pg | 22.10 |
| 01/23/13 | Copies 80 pgs @ 0.10/pg | 8.00 |
| 01/23/13 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 01/23/13 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/23/13 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/24/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/24/13 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/24/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/24/13 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/24/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/24/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/24/13 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 01/29/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/30/13 | Copies 14 pgs @ 0.10/pg | 1.40 |

**TOTAL COSTS ADVANCED** $355.17

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| **TOTAL** | **1.80** | | **$414.00** |

**MATTER SUMMARY OF COSTS ADVANCED**

MIAMI 3584252.1 74817/15537



| | |
|---|---:|
| CD/DVD Duplication | $150.00 |
| Federal Express | $11.41 |
| Long Distance Telephone | $12.16 |
| Pacer - Online Services | $128.40 |
| Copies | $53.20 |
| *TOTAL* | *$355.17* |

**CURRENT BALANCE DUE THIS MATTER** $769.17

Atty – SLB
Client No.: 74817/15538

**RE: 02 - Debtors' Business Operations**

| 01/22/13 | JMS | 0.20 | 115.00 | Review notices of asset sales and settlements. |

**PROFESSIONAL SERVICES** $115.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $575.00 | $115.00 |
| **TOTAL** | **0.20** | | **$115.00** |

**CURRENT BALANCE DUE THIS MATTER** $115.00

Atty – SLB  
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/17/13 | JIS | 0.31 | 137.95 | Review and revise December prebill. |
| 01/23/13 | LMF | 0.70 | 171.50 | Prepare summary and notice for December statement of fees and submit to local counsel for filing and service (.4); initial work to prepare quarterly fee application (.3). |
| 01/24/13 | LMF | 1.40 | 343.00 | Work on quarterly fee application and meet with accounting regarding related issue. |
| 01/25/13 | LMF | 0.40 | 98.00 | Further meetings regarding December statement and revisions to same. |
| 01/29/13 | LMF | 0.40 | 98.00 | Review revisions to statement of fees for month of December 2012. |
| 01/30/13 | LMF | 1.40 | 343.00 | Revise and resubmit statement for December, notice and summary to local counsel for filing and service and attend to revisions and finalize quarterly fee application for attorney's review. |

**PROFESSIONAL SERVICES** $1,191.45

**COSTS ADVANCED**

| 01/30/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
|---|---|---|

**TOTAL COSTS ADVANCED** $0.70

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.31 | $445.00 | $137.95 |
| Flores, Luisa M | 4.30 | $245.00 | $1,053.50 |
| TOTAL | 4.61 | | $1,191.45 |

**MATTER SUMMARY OF COSTS ADVANCED**

| Copies | $0.70 |
|---|---|
| TOTAL | *$0.70* |

**CURRENT BALANCE DUE THIS MATTER** $1,192.15

Atty – SLB  
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 01/09/13 | LMF | 0.60 | 147.00 | Assist with research on briefs filed in Third Circuit Court. |
| 01/09/13 | RXK | 3.20 | 816.00 | Discuss appeal of confirmation order with J. Sakalo (0.4); review docket activity and review briefs filed (2.8). |
| 01/11/13 | RXK | 4.10 | 1,045.50 | Review docket and summarize appeal briefs for J. Sakalo (4.1). |
| 01/23/13 | RXK | 5.60 | 1,428.00 | Further review of appellants' filed briefs and appellee's responses (4.2); draft summary for J. Sakalo (1.4). |
| 01/24/13 | JMS | 1.10 | 632.50 | Begin review of response briefs filed by Debtors. |
| 01/24/13 | RXK | 2.30 | 586.50 | Review Grace's responses to appellants' briefs and email summary to J. Sakalo (2.3). |
| 01/25/13 | JMS | 0.30 | 172.50 | Letter to D. Speights regarding CD of PD claims images. |
| 01/30/13 | SLB | 1.70 | 1,232.50 | Attention to Grace's reply brief regarding Anderson Memorial Hospital (1.1); attention to Grace's reply brief regarding Bank Lenders (.6). |

**PROFESSIONAL SERVICES** — $6,060.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Baena, Scott L | 1.70 | $725.00 | $1,232.50 |
| Sakalo, Jay M | 1.40 | $575.00 | $805.00 |
| Kelley, Rena | 15.20 | $255.00 | $3,876.00 |
| Flores, Luisa M | 0.60 | $245.00 | $147.00 |
| **TOTAL** | **18.90** | | **$6,060.50** |

**CURRENT BALANCE DUE THIS MATTER** — $6,060.50

MIAMI 3584252.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP