

March 11, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   230277

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH February 28, 2013

**CLIENT SUMMARY**

**BALANCE AS OF- 02/28/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $414.00 | $111.20 | $525.20 |
| **.15543 -** 07 - Applicant's Fee Application | $685.50 | $0.00 | $685.50 |
| **.15544 -** 08 - Hearings | $230.00 | $0.00 | $230.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $402.50 | $0.00 | $402.50 |
| *Client Total* | **$1,732.00** | **$111.20** | **$1,843.20** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 1.10 | $575.00 | $632.50 |
| Snyder, Jeffrey I | 1.10 | $445.00 | $489.50 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| Flores, Luisa M | 0.80 | $245.00 | $196.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | **$1,732.00** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| CD/DVD Duplication | $110.00 |
| Copies | $1.20 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$111.20** |

| | |
|---|---:|
| **TOTAL BALANCE DUE THIS PERIOD** | **$1,843.20** |

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- **Case Administration**

| Date | | | | Description |
|---|---|---|---|---|
| 02/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                                              **$414.00**

## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 01/29/13 | CD/DVD Duplication | 110.00 |
| 02/08/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/08/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/08/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/26/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/26/13 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $111.20

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| **TOTAL** | **1.80** | | **$414.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| CD/DVD Duplication | $110.00 |
| Copies | $1.20 |
| **TOTAL** | **$111.20** |

**CURRENT BALANCE DUE THIS MATTER** $525.20

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 02/05/13 | JIS | 0.40 | 178.00 | Review and revise January prebill. |
| 02/06/13 | LMF | 0.20 | 49.00 | Attend to edits to January statement of fees. |
| 02/08/13 | LMF | 0.20 | 49.00 | Review edits to January fees prior to submitting for filing. |
| 02/13/13 | JIS | 0.70 | 311.50 | Review and revise 47th quarterly interim fee application and discuss same with L. Flores. |
| 02/15/13 | LMF | 0.40 | 98.00 | Finalize quarterly fee application and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $685.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.10 | $445.00 | $489.50 |
| Flores, Luisa M | 0.80 | $245.00 | $196.00 |
| **TOTAL** | **1.90** | | **$685.50** |

**CURRENT BALANCE DUE THIS MATTER** $685.50

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 01/22/13 | JMS | 0.20 | 115.00 | Review agenda for 2/4 hearing and email to committee regarding cancelation. |
| 02/19/13 | JMS | 0.20 | 115.00 | Review agenda for 2/25 hearing and email to Committee regarding same. |

**PROFESSIONAL SERVICES** $230.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $575.00 | $230.00 |
| *TOTAL* | *0.40* | | *$230.00* |

**CURRENT BALANCE DUE THIS MATTER** $230.00

Atty – SLB  
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 02/11/13 | JMS | 0.30 | 172.50 | Email exchange with T. Brandi in response to questions about pending appeals. |
| 02/12/13 | JMS | 0.40 | 230.00 | Email exchange with T. Brandi regarding status of appeals/timing of effective date. |

**PROFESSIONAL SERVICES** $402.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | $575.00 | $402.50 |
| *TOTAL* | *0.70* | | *$402.50* |

**CURRENT BALANCE DUE THIS MATTER** $402.50

MIAMI 3585454.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP