## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 **(CLOSED)**<br>Related to Doc. No. 3721 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 **(CLOSED)**<br>Related to Doc. No. 10782 |
| Combustion Engineering, Inc. | Case No.: 03-10495 **(CLOSED)**<br>Related to Doc. No. 3476 |
| The Flintkote Company | Case No.: 04-11300<br>Related to Doc. No. 7436 |
| Kaiser Aluminum Corp. | Case No.: 02-10429<br>Related to Doc. No. 10281 |
| Owens Corning | Case No.: 00-3837 **(CLOSED)**<br>Related to Doc. No. 21068 |
| US Mineral Products Company | Case No.: 01-2471 **(CLOSED)**<br>Related to Doc. No. 3989 |
| USG Corp. | Case No.: 01-2094 **(CLOSED)**<br>Related to Doc. No. 12682 |
| W.R. Grace & Co.<br><br>Debtors. | Case No.: 01-1139<br>Related to Doc. No. 30404 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Mid-Valley, Inc. | Case No.: 03-35592 **(CLOSED)**<br>Related to Doc. No. 2839 |
| North American Refractories Co. | Case No.: 02-20198<br>Related to Doc. No. 7835 |
| Pittsburgh Corning Corp. | Case No.: 00-22876<br>Related to Doc. No. 9260 |
| Debtors. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 20, 2013, the **Order Setting Status Conference To Establish Protocol With Respect To Order Of The District Court For The Western District Of Pennsylvania And The Order Of The District Court For The District Of Delaware Regarding 2019 Statements** was served upon the notice parties in Case No. 11-cv-1130 in the District Court for the District of Delaware in the manner indicated on the attached service list.

Dated: March 21, 2013          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
          Wilmington, DE

                              */s/ Matthew B. Harvey*
                              Gregory W. Werkheiser (DE Bar No. 3553)
                              Matthew B. Harvey (DE Bar No. 5186)
                              1201 North Market Street, 21st Floor
                              P.O. Box 1347
                              Wilmington, DE 19899-1347
                              Tel: 302-658-9200
                              Fax: 302-658-3989

                              – and –

                              ROBINSON, BRADSHAW & HINSON, P.A.
                              Garland S. Cassada
                              Richard C. Worf, Jr.
                              101 North Tryon Street, Suite 1900
                              Charlotte, NC 28246
                              Tel: 704-377-8317
                              Fax: 704-373-3917

                              *Attorneys for Garlock Sealing Technologies LLC*

7068606.2