IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: April 11, 2013 |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2013 THROUGH JANUARY 31, 2013

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Horton Iron & Metal)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000


W. R. Grace & Co.                                February 28, 2013
Attn: Lydia B. Duff, Esq.                        Client/Matter #  01246-015355
7500 Grace Drive                                 Invoice # 152605
Columbia, MD  21044                              Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/13 in Connection With:

**Horton Iron & Metal**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/04/13 | P. Marks | L120 | 0.60 | Review status of and prepare email to Department of Justice (DOJ). |
| 01/09/13 | P. Marks | L120 | 0.40 | Check status and call DOJ. |
| 01/15/13 | P. Marks | L120 | 3.00 | Check status, prepare for meeting and try to reach DOJ. |
| 01/16/13 | R. Brager | C100 | 0.30 | Review materials and prep call with Grace. |
| 01/16/13 | P. Marks | L120 | 0.70 | Review email, prepare for and conduct client call, and follow-up task re same. |
| 01/16/13 | S. Albert | L120 | 0.10 | Telephone conference in preparation for call with United States. |
| 01/17/13 | R. Brager | L160 | 0.70 | Post government telephone conference with Grace, and review and discuss emails. |
| 01/17/13 | R. Brager | L160 | 0.50 | Telephone conference with government. |
| 01/17/13 | P. Marks | L120 | 0.70 | Follow-up emails and telephone conferences with client team, and email to DOJ and EPA. |
| 01/17/13 | P. Marks | L120 | 0.20 | Telephone conference with client re communications. |
| 01/17/13 | P. Marks | L120 | 0.50 | Telephone conference with DOJ and EPA re guidance. |

BEVERIDGE & DIAMOND, P.C.                                     INVOICE # 152605
                                                              February 28, 2013
                                                              PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/17/13 | S. Albert | L120 | 0.30 | Post-call to discuss email. |
| 01/17/13 | S. Albert | L120 | 0.50 | Conference call with government and taking of notes re same. |
| 01/24/13 | R. Brager | L160 | 0.50 | Telephone conference with Grace re letter issues. |
| 01/24/13 | P. Marks | L120 | 1.00 | Communications with DOJ, and communications with client team re same. |
| 01/30/13 | R. Brager | C100 | 1.50 | Conference with P. Marks re strategy and telephone conference with Grace re same. |
| 01/30/13 | P. Marks | L120 | 1.50 | Prepare for and conduct conference with Grace team and R. Brager. |

**Total Hours :**        13.00

**Total Fees :**     $7,694.50

BEVERIDGE & DIAMOND, P.C.                                      INVOICE # 152605
                                                               February 28, 2013
                                                               PAGE   3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 3.50 | $750.00 | $2,625.00 |
| P. Marks | 8.60 | $545.00 | $4,687.00 |
| S. Albert | 0.90 | $425.00 | $382.50 |
|  |  | **Total Fees :** | $7,694.50 |
|  |  | **10% Discount :** | (769.45) |
|  |  | **Total Fees Due :** | $6,925.05 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 1.80 | $1,350.00 |
| Total | 1.80 | $1,350.00 |
| L100 |  |  |
| L120 | 9.50 | $5,069.50 |
| L160 | 1.70 | $1,275.00 |
| Total L100 | 11.20 | $6,344.50 |
| **Total Fees :** | 13.00 | $7,694.50 |

BEVERIDGE & DIAMOND, P.C.                                     INVOICE # 152605
                                                              February 28, 2013
                                                              PAGE   4

                           10% Discount :                           (769.45)

                           Total Fees Due :                        $6,925.05

Summary by Disbursement Codes :
                                                                    Bill
                                                                    Amount

    E110    Out-of-town Travel                                      $200.95
    E111    Meals                                                   $138.64

                           Total Disbursements :                    $339.59

                                   TOTAL DUE :                     $7,264.64