# EXHIBIT B

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          February 28, 2013
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015172
7500 Grace Drive                           Invoice # 152604
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/13 in Connection With:

**IRIS**

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 01/02/13 | P. Marks | C300 | 4.80 | Detailed review of slide presentation and matrix and telephone conference with client team re same. |
| 01/03/13 | K. Bourdeau | C300 | 1.00 | Participate in team status/strategy call. |
| 01/03/13 | P. Marks | C300 | 1.30 | Weekly team call and follow-up tasks re same. |
| 01/04/13 | P. Marks | C300 | 2.80 | Prepare for and conduct telephone conference with H. Feichko and J. Goodman re matrix and presentation and follow-up scheduling emails. |
| 01/04/13 | J. Lanham | C300 | 0.30 | Communications re documents. |
| 01/04/13 | E. Wolk | C300 | 0.30 | Monitoring of regulatory developments. |
| 01/07/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re scientific background information. |
| 01/07/13 | P. Marks | C300 | 1.30 | Review and provide client with updated information re developments and FOIA issues. |
| 01/07/13 | J. Lanham | C300 | 0.50 | Communications re FOIA request. |
| 01/08/13 | P. Marks | C300 | 1.40 | Follow-up re client inquiry and preparation re presentation. |
| 01/09/13 | K. Bourdeau | C300 | 0.30 | Review recent developments and communications with W.R. Grace re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152604
February 28, 2013
PAGE   2

| 01/09/13 | P. Marks | C300 | 2.30 | Prepare presentations. |
|---|---|---|---|---|
| 01/09/13 | P. Marks | C300 | 1.00 | Review regulatory developments. |
| 01/10/13 | P. Marks | C300 | 1.00 | Client team call. |
| 01/10/13 | P. Marks | C300 | 1.10 | Prepare matrix and prepare suggested edits. |
| 01/10/13 | P. Marks | C300 | 0.40 | Emails to J. Lanham and with J. Flynn re FOIA. |
| 01/10/13 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko re matrix and FOIA issues and follow-up telephone conference with J. Flynn re same. |
| 01/11/13 | P. Marks | C300 | 0.40 | Conference with J. Lanham re document research and contact J. Flynn and consultant re same. |
| 01/11/13 | J. Lanham | C300 | 0.50 | FOIA related activities. |
| 01/11/13 | E. Wolk | C300 | 0.30 | Monitoring of regulatory developments. |
| 01/14/13 | P. Marks | C300 | 1.70 | Prepare matrix, telephone conference with H. Feichko and J. Goodman re same and assess handouts. |
| 01/15/13 | P. Marks | C300 | 0.80 | Evaluate meeting materials and email H. Feichko re same. |
| 01/15/13 | P. Marks | C300 | 1.40 | Analyze expert presentation preparation. |
| 01/16/13 | P. Marks | C300 | 1.90 | Follow-up tasks re meeting handout selection and preparation, telephone conference with H. Feichko re same and follow-up tasks. |
| 01/16/13 | P. Marks | C300 | 0.60 | FOIA related tasks. |
| 01/17/13 | K. Bourdeau | C300 | 0.80 | Participate in team status and strategy call. |
| 01/17/13 | P. Marks | C300 | 0.40 | Emails with consultant and H. Feichko re presentation. |
| 01/17/13 | P. Marks | C300 | 0.60 | Email to client re consultant calls and FOIA requests. |
| 01/17/13 | P. Marks | C300 | 0.80 | Participate in weekly team telephone conference. |
| 01/17/13 | J. Lanham | C300 | 0.30 | Prepare email correspondence to L. Spencer re FOIA request. |
| 01/17/13 | E. Wolk | C300 | 0.30 | As directed by P. Marks, conduct research re regulatory issue. |

BEVERIDGE & DIAMOND, P.C.

| 01/18/13 | E. Wolk | C300 | 0.30 | Monitoring of regulatory developments. |
|---|---|---|---|---|
| 01/23/13 | K. Bourdeau | C300 | 1.00 | Review and prepare comments re new comments and report language forwarded by P. Marks. |
| 01/23/13 | P. Marks | C300 | 3.10 | Prepare for and attend conference with team re presentation. |
| 01/23/13 | P. Marks | C300 | 1.70 | Review and evaluate documents and prepare email to client team re same. |
| 01/23/13 | J. Lanham | C300 | 7.00 | Review documents and prepare email summary to P. Marks re same. |
| 01/24/13 | K. Bourdeau | C300 | 2.50 | Review revised draft of report and participate in Grace status and strategy call. |
| 01/24/13 | P. Marks | C300 | 2.00 | Review materials and conduct conference with client team. |
| 01/25/13 | K. Bourdeau | C300 | 0.80 | Conference with P. Marks re issues posed by report and follow up e-mail communications. |
| 01/25/13 | P. Marks | C300 | 1.10 | Telephone conference with H. Feichko and consultant representative. |
| 01/25/13 | P. Marks | C300 | 0.30 | Telephone conference with K. Bourdeau re draft report. |
| 01/25/13 | P. Marks | C300 | 2.30 | Assessment re technical/legal issues related to draft report. |
| 01/25/13 | P. Marks | C300 | 2.80 | Telephone conference with client team and consultants re presentation and follow-up review and comment on documents re same, including government revised draft report. |
| 01/25/13 | E. Wolk | C300 | 0.30 | Monitoring of regulatory issues. |
| 01/26/13 | K. Bourdeau | C300 | 2.80 | Continued review of updated material and prepare summary of observations re same. |
| 01/27/13 | K. Bourdeau | C300 | 2.00 | Further review of report and preparation of notes thereon. |
| 01/28/13 | K. Bourdeau | C300 | 2.50 | Finalize review of updated materials and preparation of summary of key excerpts. |
| 01/28/13 | P. Marks | C300 | 2.30 | Prepare presentation and coordinate issues and provide consultant with detailed comments re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152604
February 28, 2013
PAGE  4

| | | | | |
|---|---|---|---|---|
| 01/28/13 | P. Marks | C300 | 0.60 | Gather new citations and coordinate with client re search on same. |
| 01/28/13 | P. Marks | C300 | 0.60 | Document request and follow-up tasks. |
| 01/28/13 | J. Lanham | C300 | 0.30 | Email correspondence re documents. |
| 01/29/13 | P. Marks | C300 | 2.20 | Work with consultant re presentation materials. |
| 01/31/13 | P. Marks | C300 | 1.00 | Assess new references in revised draft report and emails re same. |
| 01/31/13 | P. Marks | C300 | 0.50 | Team debriefing call. |
| 01/31/13 | P. Marks | C300 | 1.50 | Analyze legal issues re report. |
| 01/31/13 | D. Paul | C200 | 0.20 | Locate regulatory document as requested by P. Marks. |

**Total Hours :**      73.80

**Total Fees :**    $40,911.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152604
February 28, 2013
PAGE  5

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 14.00 | $750.00 | $10,500.00 |
| P. Marks | 49.20 | $545.00 | $26,814.00 |
| J. Lanham | 8.90 | $365.00 | $3,248.50 |
| D. Paul | 0.20 | $205.00 | $41.00 |
| E. Wolk | 1.50 | $205.00 | $307.50 |

|  |  |
|---|---|
| Total Fees : | $40,911.00 |
| 10% Discount : | (4,091.10) |
| Total Fees Due : | $36,819.90 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C200 | 0.20 | $41.00 |
| C300 | 73.60 | $40,870.00 |
| Total | 73.80 | $40,911.00 |

|  |  |  |
|---|---|---|
| Total Fees : | 73.80 | $40,911.00 |
| 10% Discount : |  | (4,091.10) |
| Total Fees Due : |  | $36,819.90 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $11.80 |
| E109 | Local Travel | $14.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152604
February 28, 2013
PAGE  6

Total Disbursements :            $25.80

TOTAL DUE :            $36,845.70