# EXHIBIT C

# (General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

February 28, 2013  
Client/Matter #  01246-012100  
Invoice # 152601  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/13 in Connection With:

**General Regulatory/Compliance Issues**
**100042**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/11/13 | P. Marks | C300 | 1.40 | Audit letter response preparation. |
| 01/15/13 | P. Marks | C300 | 0.50 | Conduct inquiries and prepare audit response letter. |
| 01/16/13 | P. Marks | C300 | 0.90 | Prepare audit response letter. |

Total Hours :       2.80

Total Fees :    $1,526.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152601
February 28, 2013
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.80 | $545.00 | $1,526.00 |
|  | Total Fees : |  | $1,526.00 |
|  | 10% Discount : |  | (152.60) |
|  | Total Fees Due : |  | $1,373.40 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 2.80 | $1,526.00 |
| Total | 2.80 | $1,526.00 |
| Total Fees : | 2.80 | $1,526.00 |
| 10% Discount : |  | (152.60) |
| Total Fees Due : |  | $1,373.40 |

**Summary by Disbursement Codes :**

**TOTAL DUE :**          $1,373.40