# EXHIBIT D

(Curtis Bay Air)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

February 28, 2013  
Client/Matter #  01246-015577  
Invoice # 152607  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/13 in Connection With:

**Curtis Bay Air**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/02/13 | L. McAfee | C300 | 0.80 | Review new information and team call re project. |
| 01/10/13 | L. McAfee | C300 | 0.50 | Telephone conferences and emails re projects; review materials re same; emails with H. Feichko re synthetic minor permitting issue. |
| 01/11/13 | L. McAfee | C300 | 2.50 | Review materials re projects; site meeting re same. |
| 01/15/13 | L. McAfee | C300 | 0.50 | Review project details. |
| 01/16/13 | L. McAfee | C300 | 0.50 | Telephone conferences and emails re projects and review information re same. |
| 01/17/13 | L. McAfee | C300 | 0.30 | Emails with R. Brower re projects. |
| 01/21/13 | L. McAfee | C300 | 0.80 | Telephone conference and emails with L. Duff re project. |
| 01/25/13 | L. McAfee | C300 | 3.00 | Review project documents and site visit. |

Total Hours :        8.90

Total Fees :     $4,761.50

BEVERIDGE & DIAMOND, P.C.                                INVOICE # 152607
                                                         February 28, 2013
                                                         PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 8.90 | $535.00 | $4,761.50 |
|  | Total Fees : |  | $4,761.50 |
|  | 10% Discount : |  | (476.15) |
|  | Total Fees Due : |  | $4,285.35 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 8.90 | $4,761.50 |
| Total | 8.90 | $4,761.50 |
| Total Fees : | 8.90 | $4,761.50 |
| 10% Discount : |  | (476.15) |
| Total Fees Due : |  | $4,285.35 |

**Summary by Disbursement Codes :**

                                          **TOTAL DUE :**        **$4,285.35**