# EXHIBIT F

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

February 28, 2013  
Client/Matter #   01246-013923  
Invoice # 152603  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/13 in Connection With:

**Curtis Bay RCRA 2**
**100104**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/25/13 | A. Goldberg | C300 | 1.50 | Telephone conference with L. Duff and B. O'Connell re potential regulatory issues associated with solvent materials at a California facility; research re same. |
| 01/27/13 | A. Goldberg | C300 | 6.00 | Research and prepare extended e-mail re potential regulatory issues associated with solvent materials at a California facility. |
| 01/29/13 | A. Goldberg | C300 | 3.00 | Research and finalize extended e-mail to L. Duff re potential regulatory issues associated with solvent materials at a California facility. |

Total Hours :          10.50

Total Fees :        $6,562.50

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 152603
                                                             February 28, 2013
                                                             PAGE    2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 10.50 | $625.00 | $6,562.50 |
|  |  | Total Fees : | $6,562.50 |
|  |  | 10% Discount : | (656.25) |
|  |  | Total Fees Due : | $5,906.25 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.50 | $6,562.50 |
| Total | 10.50 | $6,562.50 |
| Total Fees : | 10.50 | $6,562.50 |
| 10% Discount : |  | (656.25) |
| Total Fees Due : |  | $5,906.25 |

**Summary by Disbursement Codes :**

                                        TOTAL DUE :           $5,906.25