# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

EIGHTY-FOURTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2012 through October 31, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $73,142.76 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,866.15 |

This is a:     ___XX___ monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

### PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 -- 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $  5.80 | $1,991.50 | $  5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $  7,224.00 | $ 84.20 | $  7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31/2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 - 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 - 5/31/10 | $  3,476.00 | $ 23.86 | $  3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/17/10 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | Pending | Pending |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | Pending | Pending |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | Pending | Pending |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | Pending | Pending |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | Pending | Pending |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $469.20 | 85.90 | $40,304.28 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 25.40 | $16,708.12 |
| Robert Brager | Principal; Joined Firm 1981; Member NY bar since 1980 | $657.80 | 3.90 | $2,565.42 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 2.00 | $358.80 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $303.60 | 15.40 | $4,675.44 |
| Sarah E. Albert | Associate; Joined Firm 2006; Member MD Bar since 2005 | $349.60 | 9.30 | $3,251.28 |
| Mark N. Duvall | Principal; Joined Firm 2008; Member DC Bar since 1978 | $506.00 | 1.90 | $961.40 |
| Kathryn E. Szmuszkovicz | Principal; Joined Firm 1984; Member of DC Bar since 1985 | $657.80 | 1.50 | $986.70 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $469.20 | 7.10 | $3,331.32 |

Fees:          $  73,142.76
Total Hours:          152.40
Blended Rate:          $  480.00

---

[6] These amounts are the sum total from all of the invoices attached hereto.

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 152.40 | $73,142.76 |

### EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $47.20 |
| Commercial Duplicating | | $171.72 |
| Postage | | $10.16 |
| Long Distance Telephone | | $33.20 |
| Express Delivery | | $103.69 |
| Local Travel | | $6.00 |
| Out-of-town Travel | Travel to Denver | $786.68 |
| Court Reporter | | $1,707.50 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period October1, 2012 through October 31, 2012, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $73.142.76 and actual and necessary expenses in the amount of $2,866.15 for a total allowance of $76,008.91 and payment of $58,514.20 (80% of the allowed fees) and reimbursement of $2m866.15 (100% of the allowed expenses) be authorized for a total payment of $61,380.36 and for such other and further relief as this Court may deem just and proper.

Dated: November ___30___, 2012          BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 30 day of November, 2012.

Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
UNDERLINE OCTOBER 1, 2012 THROUGH OCTOBER 31,  2012

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Horton Iron & Metal)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                      November 19, 2012
Attn: Lydia B. Duff, Esq.              Client/Matter #  01246-015355
7500 Grace Drive                       Invoice # 151064
Columbia, MD  21044                    Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

Horton Iron & Metal

| Date | Attorney | Task | Hours | Description |
|---|---|---|---|---|
| 10/02/12 | P. Marks | L120 | 2.60 | Conference with S. Albert re drafts, detailed assessment re same, and prepare settlement proposal language. |
| 10/02/12 | S. Albert | L120 | 2.90 | Preparation of draft transmittal email and brief and exchange emails re same and research issue. |
| 10/03/12 | S. Albert | L120 | 0.20 | Review P. Marks comments and revisions to documents, and communications re same. |
| 10/04/12 | R. Brager | L120 | 1.00 | Review and edit settlement documents and exchange emails with P. Marks and S. Albert re same. |
| 10/05/12 | R. Brager | L120 | 0.40 | Strategy conference with P. Marks. |
| 10/05/12 | P. Marks | L120 | 0.60 | Conference with R. Brager re settlement materials, evaluate same and follow-up with S. Albert email re same. |
| 10/08/12 | R. Brager | L160 | 0.60 | Review and edit legal argument and email S. Albert and P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151064
November 19, 2012
PAGE  2

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 10/08/12 | S. Albert | L120 | 0.60 | Address emails from P. Marks and R. Brager and revise legal argument. |
| 10/09/12 | R. Brager | L160 | 0.30 | Exchange emails re material to government. |
| 10/09/12 | P. Marks | L120 | 1.20 | Prepare settlement negotiation related documents and emails re same. |
| 10/09/12 | S. Albert | L120 | 0.60 | Revision of legal argument, revision of packet of correspondence, and emails re same. |
| 10/10/12 | S. Albert | L120 | 0.50 | Research and email re same. |
| 10/17/12 | P. Marks | L120 | 0.40 | Telephone conference with L. Duff re legal research, and evaluate and follow-up emails re same. |
| 10/18/12 | R. Brager | L120 | 1.30 | Telephone conference with Grace and B&D team re settlement strategy issues. |
| 10/18/12 | P. Marks | L120 | 0.80 | Assess S. Albert research and conference with S. Albert re same. |
| 10/18/12 | P. Marks | L120 | 1.30 | Telephone conference with L. Duff, H. Feichko, R. Brager and S. Albert re meeting preparation and evaluation of research. |
| 10/18/12 | S. Albert | L120 | 1.30 | Conference re strategy with R. Brager, P. Marks, H. Feichko, and L. Duff. |
| 10/18/12 | S. Albert | L120 | 3.00 | Conduct research and consult with P. Marks re same and draft email re same. |
| 10/23/12 | S. Albert | L120 | 0.20 | Review H. Feichko agreement and draft email to P. Marks and R. Brager re same. |
| 10/24/12 | R. Brager | L120 | 0.30 | Exchange emails re deliverables to government. |

Total Hours :                    20.10

Total Fees :             $9,054.18

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151064
November 19, 2012
PAGE 3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 3.90 | $657.80 | $2,565.42 |
| P. Marks | 6.90 | $469.20 | $3,237.48 |
| S. Albert | 9.30 | $349.60 | $3,251.28 |
| Total Fees : |  |  | $9,054.18 |
| Total Fees: |  |  | $9,054.18 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L120 | 19.20 | $8,462.16 |
| L160 | 0.90 | $592.02 |
| Total L100 | 20.10 | $9,054.18 |
| Total Fees : | 20.10 | $9,054.18 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E110 | Out-of-town Travel | $786.68 |
| Total Disbursements : |  | $786.68 |
| TOTAL DUE : |  | $9,840.86 |

# EXHIBIT B

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                                  November 19, 2012
Attn: Lydia B. Duff, Esq.                          Client/Matter #  01246-015172
7500 Grace Drive                                   Invoice # 151063
Columbia, MD  21044                                Federal ID# 52-1247549


---

For Legal Services Rendered Through 10/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>IRIS</u>


| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 10/01/12 | K. Bourdeau | C300 | 1.30 | Review study, e-mail communications with P. Marks re same, and review recent developments of significance to Grace, path forward. |
| 10/01/12 | P. Marks | C300 | 0.40 | Telephone conference with H. Feichko re path forward. |
| 10/01/12 | P. Marks | C300 | 1.40 | Evaluation of documents re issues to pursue, and emails with K. Bourdeau re same. |
| 10/01/12 | E. Wolk | C300 | 0.30 | Document management. |
| 10/02/12 | K. Bourdeau | C300 | 1.00 | Various e-mail communications re new developments, path forward on advocacy. |
| 10/02/12 | P. Marks | C300 | 1.60 | Conference with L. Duff and H. Feichko re status and range of tasks under consideration, and prepare summary for K. Bourdeau. |
| 10/02/12 | P. Marks | C300 | 1.10 | Research tasks re technical papers. |
| 10/02/12 | P. Marks | C300 | 0.40 | Emails with H. Feichko re agenda. |
| 10/02/12 | E. Wolk | C300 | 0.50 | Document management. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151063
November 19, 2012
PAGE  2

| 10/03/12 | K. Bourdeau | C300 | 1.80 | E-mail communications re action items, path forward and review documents. |
| 10/03/12 | P. Marks | C300 | 0.20 | Assess status of transcripts and direct staff re same. |
| 10/03/12 | P. Marks | C300 | 4.40 | Evaluate talking points, prepare suggestions re same, and conduct research re EPA policy. |
| 10/03/12 | P. Marks | C300 | 2.70 | Research and locate studies, and coordinate with consultant re same, and direct staff re same, and review articles from J. Flynn. |
| 10/04/12 | K. Bourdeau | C300 | 2.30 | Review talking points and EPA papers and developments, and prepare e-mail to P. Marks and team re same. |
| 10/04/12 | K. Bourdeau | C300 | 2.20 | Participate in Grace team calls. |
| 10/04/12 | P. Marks | C300 | 2.30 | Prepare suggestions re talking points and address K. Bourdeau input re same. |
| 10/04/12 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko, L. Duff and K. Bourdeau re status and tasks. |
| 10/04/12 | P. Marks | C300 | 1.00 | Weekly team teleconference. |
| 10/05/12 | K. Bourdeau | C300 | 1.80 | Prepare for and participate in conference call with client and research and emails re same. |
| 10/05/12 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko, R. Finke and K. Bourdeau. |
| 10/05/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 10/06/12 | K. Bourdeau | C300 | 0.30 | Locate and transmit to Grace legal team background information. |
| 10/08/12 | K. Bourdeau | C300 | 0.80 | Review transcript segments and prepare notes thereon. |
| 10/08/12 | P. Marks | C300 | 2.70 | Transcript review and direct staff re same. |
| 10/08/12 | P. Marks | C300 | 1.60 | Prepare for client meeting, telephone conference with client re expert identification and follow-up tasks including communication with experts. |
| 10/09/12 | K. Bourdeau | C300 | 2.80 | Participate in Grace strategy meeting and e-mail communications re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151063
November 19, 2012
PAGE 3

| 10/09/12 | P. Marks | C300 | 5.20 | Review agenda and documents from consultant, conduct meeting with team, and conduct pre-meeting and post-meeting evaluation with L. Duff. |
|----------|----------|------|------|-----|
| 10/10/12 | K. Bourdeau | C300 | 0.50 | E-mail correspondence re various development and action items. |
| 10/10/12 | P. Marks | C300 | 0.90 | Telephone conference and emails from J. Flynn, and evaluate and respond to inquiry. |
| 10/10/12 | P. Marks | C300 | 2.90 | Telephone conference with experts and follow-up preparation of information for same, and review report. |
| 10/10/12 | J. Lanham | C300 | 1.00 | Research activities. |
| 10/11/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re action items, science issues. |
| 10/11/12 | P. Marks | C300 | 1.10 | Telephone conference with L. Duff re issues and follow-up with experts re same. |
| 10/11/12 | P. Marks | C300 | 1.20 | Screening experts and information exchanges re same, including multiple emails and telephone conferences. |
| 10/11/12 | P. Marks | C300 | 1.00 | Evaluate issues. |
| 10/12/12 | K. Bourdeau | C300 | 0.80 | Review letter and e-mail communications re response to same. |
| 10/12/12 | P. Marks | C300 | 2.00 | Address review of scientific literature. |
| 10/12/12 | P. Marks | C300 | 0.70 | Evaluate correspondence and address client inquiries re same. |
| 10/13/12 | P. Marks | C300 | 3.20 | Detailed evaluation of epidemiological studies. |
| 10/14/12 | K. Bourdeau | C300 | 1.20 | Review issues and analyze possible path forward in light of same. |
| 10/15/12 | K. Bourdeau | C300 | 0.70 | Conference with P. Marks and e-mail communications with Grace team re same. |
| 10/15/12 | P. Marks | C300 | 3.10 | Continue evaluation of literature and telephone conference with consultant re same. |
| 10/15/12 | P. Marks | C300 | 1.20 | Follow-up re document requests. |
| 10/15/12 | J. Lanham | C300 | 1.00 | Document related activities. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151063
November 19, 2012
PAGE  4

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 10/16/12 | K. Bourdeau | C300 | 1.30 | E-mail communications re technical issues, path forward re same and conference with H. Feichko and P. Marks re same. |
| 10/16/12 | P. Marks | C300 | 2.20 | Detailed telephone conference with H. Feichko re tasks and strategy; follow-up telephone conference with H. Feichko and K. Bourdeau re subset of issues, and evaluate same. |
| 10/16/12 | J. Lanham | C300 | 8.80 | Review FOIA documents. |
| 10/17/12 | K. Bourdeau | C300 | 0.90 | Various e-mail communications. |
| 10/17/12 | P. Marks | C300 | 1.30 | Assess documents received via FOIA, and prepare detailed email to client re same. |
| 10/17/12 | P. Marks | C300 | 0.70 | Prepare summary of issues for H. Feichko. |
| 10/17/12 | P. Marks | C300 | 0.50 | Prepare transcript and comment excerpts for client. |
| 10/17/12 | P. Marks | C300 | 0.30 | Contact consultant re research. |
| 10/18/12 | K. Bourdeau | C300 | 0.40 | Review e-mail summary and evaluate response thereto. |
| 10/18/12 | P. Marks | C300 | 3.20 | Detailed telephone conference with H. Feichko and L. Duff (for portion of call) to follow up on each of the prior day's emails and research, and to prepare for client meeting, and follow-up preparation of correspondence. |
| 10/18/12 | J. Lanham | C300 | 1.30 | Research per P. Marks. |
| 10/19/12 | K. Bourdeau | C300 | 1.20 | Conference with P. Marks re status, action items and review, revise, and provide comments on draft letter. |
| 10/19/12 | P. Marks | C300 | 1.30 | Edit correspondence and send to client and telephone conference with K. Bourdeau re same. |
| 10/19/12 | P. Marks | C300 | 0.50 | Follow-up communications re correspondence and with consultants. |
| 10/19/12 | J. Lanham | C300 | 1.80 | Review documents for inclusion in letter and email correspondence to P. Marks re same. |
| 10/19/12 | E. Wolk | C300 | 0.30 | Monitoring. |

BEVERIDGE & DIAMOND, P.C.

| | | | | |
|---|---|---|---|---|
| 10/21/12 | K. Bourdeau | C300 | 1.30 | Review numerous recent developments (relevant to Grace advocacy opportunities); e-mail communications with P. Marks re same; review e-mails. |
| 10/21/12 | P. Marks | C300 | 0.70 | Evaluate H. Feichko and K. Bourdeau markup of correspondence and prepare revision to same. |
| 10/22/12 | K. Bourdeau | C300 | 0.80 | Review revised draft letter and communications re same. |
| 10/22/12 | P. Marks | C300 | 6.90 | In-depth development of comments with two experts and telephone conferences and emails with same and client. |
| 10/22/12 | J. Lanham | C300 | 0.80 | Research re documents and email correspondence to P. Marks re same. |
| 10/23/12 | K. Bourdeau | C300 | 0.50 | Review results of meeting to inform Grace advocacy and communications with P. Marks re same. |
| 10/23/12 | P. Marks | C300 | 1.20 | Telephone conference with consultant re expert report. |
| 10/23/12 | P. Marks | C300 | 6.70 | Prepare comment letter and attachments and related telephone conferences and emails with H. Feichko and consultant re same. |
| 10/23/12 | P. Marks | C300 | 0.40 | Telephone conference with R. Finke re tasks and experts. |
| 10/24/12 | K. Bourdeau | C300 | 0.50 | Communications with P. Marks. |
| 10/24/12 | P. Marks | C300 | 1.10 | Coordinate with H. Feichko and direct staff re information management and experts, and coordinate with K. Bourdeau re his input. |
| 10/25/12 | P. Marks | C300 | 1.70 | Weekly team telephone call and telephone conference with H. Feichko re tasks. |
| 10/25/12 | J. Lanham | C300 | 0.20 | FOIA related activities. |
| 10/26/12 | P. Marks | C300 | 1.60 | Task planning and implementation, including preparation of information for consultant and follow-up with other consultants re reports, collect documents for review and direct staff re same. |
| 10/26/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 10/31/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re developments. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151063
November 19, 2012
PAGE 6

| 10/31/12 | P. Marks | C300 | 0.30 | Review document received via FOIA and coordinate with client and consultant re same. |
|----------|----------|------|------|------|
| 10/31/12 | P. Marks | C300 | 2.90 | Telephone conference with consultant re preparation of report and follow-up email to client re same and report transmittal. |
| 10/31/12 | J. Lanham | C300 | 0.50 | FOIA related activities. |
| 10/31/12 | E. Wolk | C300 | 0.30 | Monitoring. |

**Total Hours :**        121.00

**Total Fees :**      $58,433.80

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 25.40 | $657.80 | $16,708.12 |
| P. Marks | 78.20 | $469.20 | $36,691.44 |
| J. Lanham | 15.40 | $303.60 | $4,675.44 |
| E. Wolk | 2.00 | $179.40 | $358.80 |
|  |  | **Total Fees :** | **$58,433.80** |
|  |  | **Total Fees:** | **$58,433.80** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 121.00 | $58,433.80 |
| Total | 121.00 | $58,433.80 |
| **Total Fees :** | **121.00** | **$58,433.80** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| 007 | Express Delivery | $103.69 |
| 027 | Court Reporter | $1,707.50 |
| E105 | Telephone | $29.70 |
| E109 | Local Travel | $6.00 |
|  | **Total Disbursements :** | **$1,846.89** |
|  | **TOTAL DUE :** | **$60,280.69** |

# EXHIBIT C

## (General Regulatory/Compliance Issues)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                      November 19, 2012
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-012100
7500 Grace Drive                              Invoice # 151060
Columbia, MD  21044                           Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/12 in Connection With:

**General Regulatory/Compliance Issues**
**100042**

| | | | | |
|---|---|---|---|---|
| 10/08/12 | K. Szmuszkovicz | C300 | 1.00 | Assess M. Duvall research and notes; conference with M. Duvall re analysis and next steps in light of newly obtained EPA letter containing relevant guidance. |
| 10/08/12 | M. Duvall | C300 | 0.60 | Conference with K. Szmuszkovicz re research and strategy; send research materials to H. Feichko, L. Duff, and D. Curreri with comments. |
| 10/11/12 | K. Szmuszkovicz | C300 | 0.50 | Prepare for and participate in team telephone conference re jurisdictional issues. |
| 10/11/12 | M. Duvall | C300 | 1.30 | Telephone conference with H. Feichko, D. Curreri, and K. Szmuszkovicz re jurisdictional issue and send research materials. |
| 10/16/12 | L. McAfee | C300 | 0.50 | Telephone conference with L. Duff re air permit issues and review permit from M. Galloway. |
| 10/19/12 | L. McAfee | C300 | 4.50 | Research, prepare for and conduct client meeting. |
| 10/22/12 | L. McAfee | C300 | 0.30 | Prepare action item list and forward to client. |
| 10/30/12 | L. McAfee | C300 | 0.80 | Research re EPA guidance. |
| 10/31/12 | L. McAfee | C300 | 1.00 | Research and telephone conference with consultant re permitting requirements and strategy. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151060
November 19, 2012
PAGE   2

Total Hours :                10.50

Total Fees :            $5,279.42

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151060
November 19, 2012
PAGE  3

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Szmuszkovicz | 1.50 | $657.80 | $986.70 |
| M. Duvall | 1.90 | $506.00 | $961.40 |
| L. McAfee | 7.10 | $469.20 | $3,331.32 |
|  |  | Total Fees : | $5,279.42 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.50 | $5,279.42 |
| Total | 10.50 | $5,279.42 |
|  | Total Fees :  10.50 | $5,279.42 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| 003 | Long Distance Telephone | $3.50 |
|  | Total Disbursements : | $3.50 |
|  | TOTAL DUE : | $5,282.92 |

# EXHIBIT D

## (Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                          November 19, 2012
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-014988
7500 Grace Drive                           Invoice # 151062
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/01/12 | P. Marks | C300 | 0.20 | Telephone call to E. Hammerberg (MDE). |
| 10/02/12 | P. Marks | C300 | 0.30 | Telephone conference with E. Hammerberg and email to client re same. |

Total Hours :              0.50

Total Fees :             $234.60

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151062
November 19, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $469.20 | $234.60 |
|  | Total Fees : |  | $234.60 |
|  | Total Fees: |  | $234.60 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.50 | $234.60 |
| Total | 0.50 | $234.60 |
| Total Fees : | 0.50 | $234.60 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| 006 | Commercial Duplicating | $171.72 |
|  | Total Disbursements : | $171.72 |
|  | TOTAL DUE : | $406.32 |

# EXHIBIT E

## (Curtis Bay RCRA 2)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                          November 19, 2012
Attn: Lydia B. Duff, Esq.                          Client/Matter #  01246-013923
7500 Grace Drive                                   Invoice # 151061
Columbia, MD  21044                                Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/01/12 | P. Marks | C300 | 0.30 | Review and evaluate letter from MDE re landfill monitoring. |

Total Hours :                0.30

Total Fees :             $140.76

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151061
November 19, 2012
PAGE  2

**Time Summary :**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.30 | $469.20 | $140.76 |
| Total Fees : | | | $140.76 |
| Total Fees: | | | $140.76 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.30 | $140.76 |
| Total | 0.30 | $140.76 |
| Total Fees : | 0.30 | $140.76 |

**Summary by Disbursement Codes :**

| | | |
|---|---|---|
| TOTAL DUE : | | $140.76 |

# EXHIBIT F

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                    November 19, 2012
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 151065
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application
100035

Disbursements:

        Copying                           47.20
        Postage                           10.16

                        Total Disbursements :          $57.36

                              TOTAL DUE :              $57.36