# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

EIGHTY-FIFTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2012 through November 30, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $65,594.62 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $3,333.31 |

This is a: _____XX_____ monthly   _____ interim   _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 –11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 – 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/17/10 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | Pending | Pending |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | Pending | Pending |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | Pending | Pending |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | Pending | Pending |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | Pending | Pending |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | Pending | Pending |

### B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $469.20 | 52.70 | $24,726.84 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 15.50 | $10,195.90 |
| Robert Brager | Principal; Joined Firm 1981; Member NY bar since 1980 | $657.80 | 19.20 | $12,629.76 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 3.50 | $627.90 |
| Jayni Lanham | Associate; Joined Firm 2008; Member DC Bar since 2008 | $303.60 | 17.80 | $5,404.08 |
| Sarah E. Albert | Associate; Joined Firm 2006; Member MD Bar since 2005 | $349.60 | 8.70 | $3,041.52 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $469.20 | 19.00 | $8,914.80 |
| Denise Paul | Paralegal | $179.40 | .30 | $53.82 |

Fees:              $ 65,594.62
Total Hours:            136.70
Blended Rate:      $ 480.00

### TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 136.70 | $65,594.62 |

[6] These amounts are the sum total from all of the invoices attached hereto.

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $20.40 |
| Postage | | $14.52 |
| Long Distance Telephone | | $68.10 |
| Delivery Services/Messengers | | $34.29 |
| Out-of-town Travel | | $141.00 |
| Court Reporter | | $3,055.00 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

November 1, 2012 through November 30, 2012, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $65,594.62 and actual and necessary expenses

in the amount of $3,333.31 for a total allowance of $68,927.93 and payment of $52,475.70 (80%

of the allowed fees) and reimbursement of $3,333.31 (100% of the allowed expenses) be

authorized for a total payment of $55,809.00 and for such other and further relief as this Court

may deem just and proper.

Dated:  January  9 , 2013              BEVERIDGE & DIAMOND, P.C.


Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 9th day of January, 2013.

Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Horton Iron & Metal)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                          December 18, 2012
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015355
7500 Grace Drive                           Invoice # 151459
Columbia, MD  21044                        Federal ID# 52-1247549


For Legal Services Rendered Through 11/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :       BEVERIDGE & DIAMOND, P.C.
                                SUITE 700
                                1350 I STREET, N.W.
                                WASHINGTON, D.C. 20005-3311


Horton Iron & Metal


| 11/02/12 | R. Brager | L120 | 0.20 | Exchange emails re strategy issues. |
| 11/02/12 | P. Marks | L120 | 2.90 | Prepare for transmittal of information to Department of Justice (DOJ), including review of comments, preparation of documents and coordinate with H. Feichko, S. Albert and R. Brager re same. |
| 11/02/12 | S. Albert | L120 | 1.30 | Revise, prepare and final proof reading of materials to provide to DOJ, and conference with P. Marks re same. |
| 11/14/12 | R. Brager | L120 | 0.50 | Review DOJ letter and exchange emails re same. |
| 11/14/12 | P. Marks | L120 | 0.90 | Evaluate letter from J. Freeman (DOJ). |
| 11/15/12 | R. Brager | L120 | 0.50 | Letter review, conference with P. Marks and S. Albert re same, and telephone conference with H. Feichko and P. Marks re same. |
| 11/15/12 | P. Marks | L120 | 1.10 | Prepare for and conduct conference with R. Brager (for a portion of meeting) and S. Albert re DOJ letter, and brief telephone conference with H. Feichko re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151459
December 18, 2012
PAGE 2

| | | | | |
|---|---|---|---|---|
| 11/15/12 | S. Albert | L120 | 0.80 | Meeting with R. Brager and P. Marks re response to DOJ letter, and review DOJ letter. |
| 11/19/12 | R. Brager | L120 | 0.50 | Exchange emails about response, and review S. Albert chart. |
| 11/19/12 | P. Marks | L120 | 1.20 | Assess DOJ letter and prepare responses. |
| 11/19/12 | S. Albert | L120 | 3.00 | Preparation of Grace's response to DOJ letter. |
| 11/20/12 | R. Brager | L120 | 1.00 | Review table, and conference with P. Marks and S. Albert re settlement issues. |
| 11/20/12 | P. Marks | L120 | 2.80 | Prepare for and conduct conference with R. Brager and S. Albert, and follow-up tasks to prepare for client conference call including preparation of chart and text for DOJ. |
| 11/20/12 | S. Albert | L120 | 0.50 | Conference with P. Marks and R. Brager re response to DOJ letter. |
| 11/21/12 | R. Brager | L120 | 1.00 | Review materials and conference with Grace re same. |
| 11/21/12 | P. Marks | L120 | 2.30 | Email to client re chart and meeting preparation, and conduct telephone conference with team to prepare for meeting with DOJ. |
| 11/21/12 | S. Albert | L120 | 0.80 | Telephone conference re response to DOJ letter. |
| 11/26/12 | R. Brager | L120 | 7.00 | Exchange emails re meeting, travel to Denver and prepare for meeting, and outline presentation and review with Grace. |
| 11/26/12 | P. Marks | L120 | 2.10 | Email correspondence from L. Duff and review chart re same, and conduct telephone conference with L. Duff, H. Feichko, B. Medler and R. Brager re DOJ meeting preparation. |
| 11/26/12 | P. Marks | L120 | 0.40 | Prepare correspondence with H. Feichko. |
| 11/27/12 | R. Brager | L120 | 8.00 | Review materials to prepare for meeting with EPA, EPA meeting, autopsy same, and telephone conference with P. Marks re same. |
| 11/27/12 | P. Marks | L120 | 2.90 | Prepare for and participate in telephone conference with client and EPA, and post-call discussions with client team, S. Albert and R. Brager. |
| 11/27/12 | S. Albert | L120 | 2.00 | Communications and conferences re negotiations with DOJ re settlement agreement. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151459
December 18, 2012
PAGE  3

| 11/29/12 | R. Brager | L120 | 0.50 | Conference with P. Marks and S. Albert re letter. |
| 11/29/12 | P. Marks | L120 | 0.50 | Internal strategy meeting with R. Brager and S. Albert and direct S. Albert re tasks. |
| 11/29/12 | S. Albert | L120 | 0.30 | Meeting with R. Brager and P. Marks re drafting guidance document. |

Total Hours :            45.00

Total Fees :         $23,694.60

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151459
December 18, 2012
PAGE  4

### Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 19.20 | $657.80 | $12,629.76 |
| P. Marks | 17.10 | $469.20 | $8,023.32 |
| S. Albert | 8.70 | $349.60 | $3,041.52 |
|  |  | Total Fees : | $23,694.60 |
|  |  | Total Fees: | $23,694.60 |

### Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L120 | 45.00 | $23,694.60 |
| Total L100 | 45.00 | $23,694.60 |
| Total Fees : | 45.00 | $23,694.60 |

### Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E110 | Out-of-town Travel | $124.00 |
|  | Total Disbursements : | $124.00 |
|  | TOTAL DUE : | $23,818.60 |

# EXHIBIT B

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                  December 18, 2012
Attn: Lydia B. Duff, Esq.                          Client/Matter #  01246-015172
7500 Grace Drive                                   Invoice # 151458
Columbia, MD  21044                                Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        BEVERIDGE & DIAMOND, P.C.
                                     SUITE 700
                                     1350 I STREET, N.W.
                                     WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 11/01/12 | K. Bourdeau | C300 | 0.50 | Review and comment on draft cover letter and e-mail communications re same. |
| 11/01/12 | P. Marks | C300 | 0.30 | Revisions to draft cover letter re consultant report. |
| 11/01/12 | P. Marks | C300 | 0.30 | Team conference call. |
| 11/02/12 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko re consultant and research tasks. |
| 11/02/12 | P. Marks | C300 | 0.20 | Address transcript corrections and direct D. Paul re same. |
| 11/02/12 | D. Paul | C300 | 0.30 | Prepare pdf version of transcript revisions and forward to court reporter for correction; and reprinting. |
| 11/02/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 11/04/12 | P. Marks | C300 | 1.10 | Review consultant report and correspondence with consultant and client re same and transmittal letter preparation. |

BEVERIDGE & DIAMOND, P.C.

| 11/05/12 | P. Marks | C300 | 0.70 | Prepare for and conduct telephone conference with consultant and client. |
|---|---|---|---|---|
| 11/05/12 | P. Marks | C300 | 1.40 | Provide consultant and client with comments re consultant report. |
| 11/05/12 | P. Marks | C300 | 0.20 | Telephone conference with H. Feichko re consultant report. |
| 11/06/12 | P. Marks | C300 | 0.90 | Review consultant report and coordinate with client team re same. |
| 11/07/12 | K. Bourdeau | C300 | 1.30 | E-mail communications, conference with H. Feichko and P. Marks, and internal e-mail communications re same. |
| 11/07/12 | P. Marks | C300 | 0.70 | Address FOIA issues and coordinate with client, J. Lanham, K. Bourdeau re same. |
| 11/07/12 | P. Marks | C300 | 0.60 | Coordinate with consultant re report completion and review same. |
| 11/07/12 | P. Marks | C300 | 0.60 | Telephone conference with H. Feichko re tasks and prepare summary of same and consultant coordination issues for K. Bourdeau. |
| 11/07/12 | P. Marks | C300 | 0.60 | Telephone conference with H. Feichko and K. Bourdeau re research and direct paralegal re information gathering. |
| 11/07/12 | J. Lanham | C300 | 1.00 | Communications re documents. |
| 11/07/12 | E. Wolk | C300 | 0.80 | Monitoring and conference with K. Bourdeau re research, prepare printed materials of same; per P. Marks provide meeting notes. |
| 11/08/12 | K. Bourdeau | C300 | 1.80 | E-mail communications, participate in Grace team status/strategy conference call and follow-up conference with P. Marks re path forward, and follow-up e-mail communications re same. |
| 11/08/12 | P. Marks | C300 | 0.70 | Address FOIA follow-up and coordinate with client and J. Lanham re same. |
| 11/08/12 | P. Marks | C300 | 2.00 | Evaluate new information, prepare for team conference call and participate in same. |
| 11/08/12 | J. Lanham | C300 | 1.00 | Communications re documents. |
| 11/08/12 | E. Wolk | C300 | 1.50 | Monitoring and per P. Marks conduct research. |

·BEVERIDGE & DIAMOND, P.C.

| | | | | |
|---|---|---|---|---|
| 11/09/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 11/11/12 | K. Bourdeau | C300 | 0.80 | Review recent developments, prepare detailed e-mail to P. Marks re same and path forward in light of same. |
| 11/12/12 | K. Bourdeau | C300 | 1.80 | Further review of developments, e-mail to P. Marks re same and path forward, and prepare and transmit article to client re same. |
| 11/12/12 | P. Marks | C300 | 0.70 | Review K. Bourdeau and H. Feichko emails and respond to client inquiry re study. |
| 11/12/12 | J. Lanham | C300 | 0.50 | Telephone conference re documents. |
| 11/13/12 | P. Marks | C300 | 0.40 | Gather materials re studies for client. |
| 11/13/12 | P. Marks | C300 | 3.50 | Listen to EPA teleconference and evaluate and prepare notes re same. |
| 11/15/12 | K. Bourdeau | C300 | 1.00 | Participate in Grace conference call and follow-up with P. Marks re same, path forward. |
| 11/15/12 | P. Marks | C300 | 0.40 | Gather more materials re studies for client. |
| 11/15/12 | P. Marks | C300 | 1.30 | Coordinate with J. Lanham re FOIA issues, and prepare for and conduct weekly team conference call. |
| 11/16/12 | K. Bourdeau | C300 | 0.50 | Communications re issues, new developments. |
| 11/16/12 | P. Marks | C300 | 0.50 | Evaluate and send information re studies to client. |
| 11/16/12 | P. Marks | C300 | 2.70 | Evaluate issues and documents per H. Feichko request. |
| 11/16/12 | J. Lanham | C300 | 2.00 | Review documents. |
| 11/16/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 11/17/12 | K. Bourdeau | C300 | 0.50 | Review new developments, communications with Grace re same. |
| 11/19/12 | K. Bourdeau | C300 | 0.50 | Review new and forthcoming developments, and conference with E. Wolk re same. |
| 11/19/12 | P. Marks | C300 | 1.00 | Assess FOIA documents and EPA developments and emails with client team re same. |
| 11/19/12 | J. Lanham | C300 | 2.30 | Review documents and prepare email correspondence re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 151458
                                                            December 18, 2012
                                                            PAGE 4

| 11/20/12 | K. Bourdeau | C300 | 1.00 | Review e-mail, follow-up e-mail communications re path forward re same, and review developments. |
|---|---|---|---|---|
| 11/20/12 | P. Marks | C300 | 0.70 | Assessment of next steps in connection with FOIA documents and coordinate with team re same. |
| 11/20/12 | J. Lanham | C300 | 0.50 | Review documents and communications re same. |
| 11/21/12 | P. Marks | C300 | 1.40 | Assess documents. |
| 11/26/12 | K. Bourdeau | C300 | 0.30 | Internal communications. |
| 11/27/12 | P. Marks | C300 | 0.70 | Prepare for client meetings. |
| 11/27/12 | P. Marks | C300 | 0.60 | FOIA request and response review and follow-up tasks. |
| 11/27/12 | J. Lanham | C300 | 1.20 | Communications re documents. |
| 11/28/12 | K. Bourdeau | C300 | 0.50 | E-mail communications and telephone calls. |
| 11/28/12 | P. Marks | C300 | 1.30 | Assess document research, direct J. Lanham re same, telephone conference with K. Bourdeau re same, and schedule conference call with client re same. |
| 11/28/12 | P. Marks | C300 | 0.90 | Prepare for client meeting. |
| 11/28/12 | J. Lanham | C300 | 5.30 | Review of documents and follow up activities re same. |
| 11/29/12 | P. Marks | C300 | 2.10 | Evaluate initiatives and correspondence from trade group, and prepare for client calls and prepare status summary. |
| 11/29/12 | P. Marks | C300 | 0.90 | Telephone conference with L. Duff, H. Feichko, R. Finke and K. Bourdeau re issues, and tracking federal developments. |
| 11/29/12 | P. Marks | C300 | 1.10 | Weekly status call and direct J. Lanham re follow-up tasks. |
| 11/29/12 | J. Lanham | C300 | 0.70 | Telephone conference re documents. |
| 11/30/12 | K. Bourdeau | C300 | 1.30 | Participate in conference call and follow-up conference with P. Marks re same. |
| 11/30/12 | P. Marks | C300 | 1.20 | Prepare meeting agenda with team and review and revise same. |

BEVERIDGE & DIAMOND, P.C.

| 11/30/12 | P. Marks | C300 | 1.60 | Telephone conference with K. Bourdeau re information, and prepare for discussions, and revise summary. |
| 11/30/12 | J. Lanham | C300 | 3.30 | Review documents. |
| 11/30/12 | E. Wolk | C300 | 0.30 | Monitoring. |

Total Hours :           67.20

Total Fees :        $29,706.80

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151458
December 18, 2012
PAGE  6

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 11.80 | $657.80 | $7,762.04 |
| P. Marks | 33.80 | $469.20 | $15,858.96 |
| J. Lanham | 17.80 | $303.60 | $5,404.08 |
| D. Paul | 0.30 | $179.40 | $53.82 |
| E. Wolk | 3.50 | $179.40 | $627.90 |
| **Total Fees :** | | | **$29,706.80** |
| **Total Fees:** | | | **$29,706.80** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 67.20 | $29,706.80 |
| Total | 67.20 | $29,706.80 |
| **Total Fees :** | **67.20** | **$29,706.80** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $5.00 |
| E105 | Telephone | $68.10 |
| E107 | Delivery Services/Messengers | $34.29 |
| E110 | Out-of-town Travel | $17.00 |
| E112 | Court Fees | $3,055.00 |
| **Total Disbursements :** | | **$3,179.39** |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151458
December 18, 2012
PAGE  7

**TOTAL DUE :**              **$32,886.19**

# EXHIBIT C

## (General Regulatory/Compliance Issues)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                    December 18, 2012
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012100
7500 Grace Drive                            Invoice # 151455
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/12 in Connection With:

**General Regulatory/Compliance Issues**
**100042**

| | | | | |
|---|---|---|---|---|
| 11/02/12 | L. McAfee | C300 | 4.50 | Review project materials from Zephyr and prepare for and meet with client. |
| 11/16/12 | L. McAfee | C300 | 1.50 | Team call. |
| 11/19/12 | L. McAfee | C300 | 2.50 | Site visit and follow-up emails re projects. |
| 11/20/12 | L. McAfee | C300 | 0.90 | Review and revise project summaries and emails and telephone conferences re same. |
| 11/21/12 | L. McAfee | C300 | 2.10 | Review project material, draft memorandum re same, and follow-up emails with team. |
| 11/26/12 | L. McAfee | C300 | 2.50 | Team call re project, follow up with Zephyr re same, and review and revise memorandum and telephone conference with L. Duff re same. |
| 11/30/12 | L. McAfee | C300 | 5.00 | Telephone conferences and emails with Zephyr re legal requirements, research re same, and site meeting to discuss projects. |

**Total Hours :**          19.00

**Total Fees :**          $8,914.80

.BEVERIDGE & DIAMOND, P.C.

_NVOICE # 151455
December 18, 2012
PAGE  2

<u>Time Summary :</u>

|  | Hours<br>Worked | Billed<br>Per Hour | Bill<br>Amount |
|---|---|---|---|
| L. McAfee | 19.00 | $469.20 | $8,914.80 |
| Total Fees : |  |  | $8,914.80 |

<u>Summary by Task Codes :</u>

| CODE |  | Hours | Bill<br>Amount |
|---|---|---|---|
| C300 |  | 19.00 | $8,914.80 |
| Total |  | 19.00 | $8,914.80 |
| Total Fees : |  | 19.00 | $8,914.80 |

<u>Summary by Disbursement Codes :</u>

| TOTAL DUE : | $8,914.80 |
|---|---|

# EXHIBIT D

## (Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                    December 18, 2012
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-014988
7500 Grace Drive                                     Invoice # 151457
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

**Trivalent Chromium**

| | | | | |
|---|---|---|---|---|
| 11/16/12 | P. Marks | C300 | 0.40 | Assess status and gather some materials re management across states with differing rules/interpretations. |

Total Hours :                    0.40

Total Fees :                  $187.68

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151457
December 18, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.40 | $469.20 | $187.68 |
|  | **Total Fees :** | | **$187.68** |
|  | **Total Fees:** | | **$187.68** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.40 | $187.68 |
| Total | 0.40 | $187.68 |
| **Total Fees :** | **0.40** | **$187.68** |

**Summary by Disbursement Codes :**

|  | | |
|---|---|---|
| **TOTAL DUE :** | | **$187.68** |

# EXHIBIT E

**(Petition)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                          December 18, 2012
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015504
7500 Grace Drive                           Invoice # 151460
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>Petition</u>

| 11/09/12 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re project and prepare and transmit e-mail to client re same. |
| 11/09/12 | P. Marks | C300 | 0.50 | Telephone conference with K. Bourdeau to plan for tasks. |
| 11/20/12 | K. Bourdeau | C300 | 0.50 | Preparation for and conference with R. Finke. |
| 11/27/12 | K. Bourdeau | C300 | 0.60 | Conference with P. Marks. |
| 11/27/12 | P. Marks | C300 | 0.60 | Telephone conference with K. Bourdeau re project. |
| 11/29/12 | K. Bourdeau | C300 | 1.80 | Conference call with Grace team and participate in Grace team status/strategy call. |
| 11/30/12 | K. Bourdeau | C300 | 0.30 | Work on petition. |

Total Hours :              4.80

Total Fees :           $2,949.98

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

|  | Hours<br>Worked | Billed<br>Per Hour | Bill<br>Amount |
|---|---|---|---|
| K. Bourdeau | 3.70 | $657.80 | $2,433.86 |
| P. Marks | 1.10 | $469.20 | $516.12 |
|  |  | Total Fees : | $2,949.98 |
|  |  | Total Fees: | $2,949.98 |

**Summary by Task Codes :**

| CODE |  | Hours | Bill<br>Amount |
|---|---|---|---|
| C300 |  | 4.80 | $2,949.98 |
| Total |  | 4.80 | $2,949.98 |
|  | Total Fees : | 4.80 | $2,949.98 |

**Summary by Disbursement Codes :**

|  | TOTAL DUE : |  | $2,949.98 |
|---|---|---|---|

# EXHIBIT F

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co. - Conn                    December 18, 2012
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 151456
Columbia, MD  21044                         Federal ID# 52-1247549


For Legal Services Rendered Through 11/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**


**Bankruptcy Fee Application**
**100035**


11/20/12   P. Marks      L190         0.30   Prepare applications.


                         **Total Hours :**              **0.30**

                         **Total Fees :**            **$140.76**

BEVERIDGE & DIAMOND, P.C.

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.30 | $469.20 | $140.76 |
|  |  | Total Fees : | $140.76 |
|  |  | Total Fees: | $140.76 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L190 | 0.30 | $140.76 |
| Total L100 | 0.30 | $140.76 |
| Total Fees : | 0.30 | $140.76 |

Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $15.40 |
| E108 | Postage | $14.52 |
| Total Disbursements : |  | $29.92 |
| TOTAL DUE : |  | $170.68 |