# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

EIGHTY-SIXTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2012 through December 31, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $51,747.70 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $84.79 |

This is a:  ___XX___ monthly  _____ interim  _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $80,837.00 | $1,411.58 | $80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | Pending | Pending |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | Pending | Pending |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | Pending | Pending |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | Pending | Pending |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | Pending | Pending |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | Pending | Pending |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | Pending | Pending |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $469.20 | 32.70 | $15,342.84 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 44.40 | $29,206.32 |
| Robert Brager | Principal; Joined Firm 1981; Member NY bar since 1980 | $657.80 | 2.70 | $1,776.06 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 1.20 | $215.28 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $303.60 | 1.30 | $394.68 |
| Sarah E. Albert | Associate; Joined Firm 2006; Member MD Bar since 2005 | $349.60 | 3.70 | $1,293.52 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $469.20 | 7.50 | $3,519.00 |

Fees:          $ 51,747.70
Total Hours:        93.50
Blended Rate:     $ 553.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 93.50 | $51,747.70 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $9.90 |
| Postage | | $4.90 |
| Long Distance Telephone | | $42.24 |
| Out-of-town Travel | | $27.75 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period December 1, 2012 through December 31, 2012, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $51,747.70 and actual and necessary expenses in the amount of $84.79 for a total allowance of $51,832.49 and payment of $41,398.16 (80% of the allowed fees) and reimbursement of $84.79 (100% of the allowed expenses) be authorized for a total payment of $41,482.95 and for such other and further relief as this Court may deem just and proper.

Dated:  January  30, 2013

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

/Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 30th day of January, 2013.

Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
DECEMBER 1, 2012 THROUGH DECEMBER 31,  2012

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Horton Iron & Metal)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                January 18, 2013
Attn: Lydia B. Duff, Esq.                        Client/Matter #   01246-015355
7500 Grace Drive                                 Invoice # 151992
Columbia, MD  21044                              Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>Horton Iron & Metal</u>

| | | | | |
|---|---|---|---|---|
| 12/04/12 | S. Albert | L120 | 2.30 | Draft guidance letter. |
| 12/10/12 | P. Marks | L120 | 1.30 | Prepare letter draft. |
| 12/11/12 | R. Brager | L120 | 0.30 | Review letter and email to P. Marks and S. Albert re same. |
| 12/11/12 | S. Albert | L120 | 0.50 | Integrate P. Marks comments and revise letter. |
| 12/12/12 | R. Brager | L120 | 1.00 | Revise and edit letter and email P. Marks and S. Albert re same. |
| 12/12/12 | P. Marks | L120 | 0.30 | Review R. Brager comments re guidance letter. |
| 12/13/12 | R. Brager | L120 | 0.30 | Meeting with P. Marks and S. Albert re letter. |
| 12/13/12 | P. Marks | L120 | 0.40 | Conference with R. Brager and S. Albert re possible guidance letter approach. |
| 12/13/12 | S. Albert | L120 | 0.20 | Meeting with P. Marks and R. Brager re revisions to draft guidance letter. |
| 12/14/12 | R. Brager | L120 | 0.20 | Review and edit letter and send same to P. Marks and S. Albert. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151992
January 18, 2013
PAGE  2

| 12/14/12 | S. Albert | L120 | 0.20 | Revisions to draft guidance letter and send to P. Marks and R. Brager. |
| 12/17/12 | P. Marks | L120 | 0.20 | Coordinate with client. |
| 12/20/12 | R. Brager | L120 | 0.70 | Telephone conference with Grace, and follow-up meeting with P. Marks and S. Albert re issues. |
| 12/20/12 | P. Marks | L120 | 1.40 | Evaluate and revise letter, telephone conference with J. Freeman re same and telephone conference with client and internal team re same and next steps. |
| 12/20/12 | S. Albert | L120 | 0.50 | Meeting with P. Marks and R. Brager and Grace re letter; revision of letter. |
| 12/21/12 | R. Brager | L120 | 0.20 | Review letter and email re same. |

Total Hours :            10.00

Total Fees :        $4,758.70

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151992
January 18, 2013
PAGE  3

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 2.70 | $657.80 | $1,776.06 |
| P. Marks | 3.60 | $469.20 | $1,689.12 |
| S. Albert | 3.70 | $349.60 | $1,293.52 |
| Total Fees : | | | $4,758.70 |
| Total Fees: | | | $4,758.70 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 10.00 | $4,758.70 |
| Total L100 | 10.00 | $4,758.70 |
| Total Fees : | 10.00 | $4,758.70 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| **TOTAL DUE :** | **$4,758.70** |

# EXHIBIT B

## (IRIS)

## LAW OFFICES
### BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                     January 18, 2013
Attn: Lydia B. Duff, Esq.                             Client/Matter #  01246-015172
7500 Grace Drive                                      Invoice # 151991
Columbia, MD  21044                                   Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                              SUITE 700
                              1350 I STREET, N.W.
                              WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 12/03/12 | K. Bourdeau | C300 | 6.00 | Prepare for strategy meeting and attend strategy meeting in Baltimore and post-meeting caucus re path forward. |
| 12/03/12 | P. Marks | C300 | 4.20 | Conference with client team re strategy, tasks and detailed technical review by new consultant. |
| 12/04/12 | K. Bourdeau | C300 | 3.30 | Prepare proposed approach to other entities, e-mail communications with P. Marks re same, and review and revision of draft letter. |
| 12/04/12 | P. Marks | C300 | 0.50 | Issue and task evaluation telephone conference with L. Duff and follow-up information provided to K. Bourdeau re same. |
| 12/05/12 | K. Bourdeau | C300 | 1.80 | Finalize comments on draft letter. |
| 12/05/12 | P. Marks | C300 | 1.00 | Evaluate letter, telephone conference with K. Bourdeau re same and edit same. |
| 12/05/12 | P. Marks | C300 | 1.10 | Evaluate status and review information received. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 151991
January 18, 2013
PAGE  2

| 12/06/12 | K. Bourdeau | C300 | 0.50 | Participate in Grace team call and communications with P. Marks re same. |
| 12/06/12 | P. Marks | C300 | 0.80 | Evaluate letter, send edits to client, and follow-up telephone conference re same. |
| 12/06/12 | P. Marks | C300 | 1.30 | Gather information, respond re agenda, telephone conference with K. Bourdeau re scoping and participate in weekly project call. |
| 12/07/12 | K. Bourdeau | C300 | 1.50 | Prepare e-mail to Grace team and conference with P. Marks. |
| 12/07/12 | P. Marks | C300 | 1.70 | Telephone conferences with L. Duff and H. Feichko re correspondence, technical issues and planning for next team meeting agenda. |
| 12/07/12 | P. Marks | C300 | 0.90 | Tasks to prepare for Monday's team meeting, including evaluate issues, telephone conference with K. Bourdeau and email to client. |
| 12/07/12 | J. Lanham | C300 | 0.80 | Document related activities. |
| 12/07/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 12/08/12 | K. Bourdeau | C300 | 0.30 | Review background material for 12/10/12 call. |
| 12/09/12 | P. Marks | C300 | 0.50 | Review consultant's technical email and provide feedback to H. Feichko re same. |
| 12/10/12 | K. Bourdeau | C300 | 1.00 | Participate in status/strategy conference call. |
| 12/10/12 | P. Marks | C300 | 1.40 | Telephone conference with client and team re tasks. |
| 12/10/12 | P. Marks | C300 | 1.10 | Telephone conference with H. Feichko and consultant re technical/scientific issues to ensure validity of positions. |
| 12/10/12 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko and consultant re correspondence content. |
| 12/10/12 | P. Marks | C300 | 0.80 | Prepare suggested edits to shorten correspondence. |
| 12/11/12 | K. Bourdeau | C300 | 0.80 | Review and revise draft of letter, and prepare comments on same. |
| 12/11/12 | P. Marks | C300 | 0.80 | Provide update to K. Bourdeau re status, schedule meeting, and evaluate tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151991
January 18, 2013
PAGE  3

| 12/11/12 | P. Marks | C300 | 1.40 | Prepare for and participate in telephone conference with consultant and H. Feichko, follow-up telephone conference with H. Feichko re same, and revise letter re same. |
| 12/12/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re recent developments. |
| 12/12/12 | P. Marks | C300 | 3.50 | Conference with L. Duff and H. Feichko for in depth review of tasks and strategy. |
| 12/12/12 | J. Lanham | C300 | 0.50 | Conferences with client, in firm and external parties. |
| 12/13/12 | K. Bourdeau | C300 | 1.00 | Attend teleconference and communications re same. |
| 12/13/12 | P. Marks | C300 | 2.40 | Assess and telephone conference with H. Feichko and consultants re presentation preparation, and follow-up telephone conference with H. Feichko re evaluation of same. |
| 12/14/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 12/17/12 | K. Bourdeau | C300 | 0.30 | Conference with P. Marks re recent developments, action items. |
| 12/17/12 | P. Marks | C300 | 0.30 | Telephone conference with K. Bourdeau re update. |
| 12/19/12 | K. Bourdeau | C300 | 1.50 | Conference with H. Feichko and P. Marks and prepare notes re same. |
| 12/19/12 | P. Marks | C300 | 1.00 | Telephone conference with H. Feichko and K. Bourdeau re policy reform information and developments. |
| 12/20/12 | K. Bourdeau | C300 | 0.50 | Review and provide comment on H. Feichko notes. |
| 12/21/12 | K. Bourdeau | C300 | 0.30 | E-mail communications. |
| 12/21/12 | P. Marks | C300 | 0.60 | Review policy presentation and email exchanges re same. |
| 12/21/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 12/28/12 | E. Wolk | C300 | 0.30 | Monitoring. |

Total Hours :          48.30

Total Fees :          $25,739.30

BEVERIDGE & DIAMOND, P.C.

<u>Time Summary :</u>

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 19.30 | $657.80 | $12,695.54 |
| P. Marks | 26.50 | $469.20 | $12,433.80 |
| J. Lanham | 1.30 | $303.60 | $394.68 |
| E. Wolk | 1.20 | $179.40 | $215.28 |
| **Total Fees :** | | | **$25,739.30** |
| **Total Fees:** | | | **$25,739.30** |

<u>Summary by Task Codes :</u>

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 48.30 | $25,739.30 |
| Total | 48.30 | $25,739.30 |
| **Total Fees :** | **48.30** | **$25,739.30** |

<u>Summary by Disbursement Codes :</u>

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $42.24 |
| E110 | Out-of-town Travel | $27.75 |
| **Total Disbursements :** | | **$69.99** |
| **TOTAL DUE :** | | **$25,809.29** |

# EXHIBIT C

## (Petition)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 18, 2013
Client/Matter #  01246-015504
Invoice # 151993
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :        **BEVERIDGE & DIAMOND, P.C.**
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>Petition</u>

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 12/02/12 | K. Bourdeau | C300 | 2.80 | Work on petition. |
| 12/06/12 | K. Bourdeau | C300 | 0.50 | Work on petition. |
| 12/08/12 | K. Bourdeau | C300 | 0.00 | Work on petition. |
| 12/09/12 | K. Bourdeau | C300 | 4.00 | Work on petition. |
| 12/10/12 | K. Bourdeau | C300 | 0.80 | Work on petition. |
| 12/15/12 | K. Bourdeau | C300 | 1.50 | Work on petition. |
| 12/17/12 | K. Bourdeau | C300 | 2.00 | Work on petition. |
| 12/17/12 | P. Marks | C300 | 0.20 | Telephone conference with K. Bourdeau re research. |
| 12/18/12 | K. Bourdeau | C300 | 1.00 | Work on petition. |
| 12/19/12 | K. Bourdeau | C300 | 0.50 | Work on petition. |
| 12/23/12 | P. Marks | C300 | 2.10 | Evaluate draft petition. |
| 12/24/12 | K. Bourdeau | C300 | 1.50 | Work on petition. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151993
January 18, 2013
PAGE  2

| 12/25/12 | K. Bourdeau | C300 | 3.00 | Work on petition. |
| 12/26/12 | K. Bourdeau | C300 | 2.00 | Work on petition; communication with P. Marks re same. |
| 12/26/12 | P. Marks | C300 | 0.30 | Coordinate with K. Bourdeau re draft petition. |
| 12/27/12 | K. Bourdeau | C300 | 2.50 | Work on petition; communications with P. Marks re same. |
| 12/28/12 | K. Bourdeau | C300 | 3.00 | Work on petition. |

**Total Hours :**          27.70

**Total Fees :**        $17,730.70

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151993
January 18, 2013
PAGE  3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 25.10 | $657.80 | $16,510.78 |
| P. Marks | 2.60 | $469.20 | $1,219.92 |
|  |  | Total Fees : | $17,730.70 |
|  |  | Total Fees: | $17,730.70 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 27.70 | $17,730.70 |
| Total | 27.70 | $17,730.70 |
| Total Fees : | 27.70 | $17,730.70 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $17,730.70 |

# EXHIBIT D

## (Curtis Bay Air)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                                    January 18, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015577
7500 Grace Drive                                     Invoice # 151994
Columbia, MD  21044                                  Federal ID# 52-1247549


For Legal Services Rendered Through 12/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311


**Curtis Bay Air**


| Date | Timekeeper | Task | Hours | Description |
|------|-----------|------|-------|-------------|
| 12/05/12 | L. McAfee | C300 | 0.50 | Telephone conference with H. Feichko re legal questions. |
| 12/06/12 | L. McAfee | C300 | 0.50 | Review and revise legal analyses; emails and telephone conference with Zephyr re same. |
| 12/07/12 | L. McAfee | C300 | 0.50 | Review project letters to and from MDE, and telephone conference with L. Duff, H. Feichko re legal question. |
| 12/10/12 | L. McAfee | C300 | 0.50 | Emails and plan Friday meeting, and emails re revised analysis. |
| 12/11/12 | L. McAfee | C300 | 1.00 | Emails with R. Brower, J. Seinfeld, and review new project documents. |
| 12/12/12 | L. McAfee | C300 | 2.00 | Telephone conferences with Zephyr, M. Galloway re two new projects. |
| 12/14/12 | L. McAfee | C300 | 2.50 | Site visit to discuss projects. |

**Total Hours :**                                    7.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  151994
January 18, 2013
PAGE  2

Total Fees :                    $3,519.00

BEVERIDGE & DIAMOND, P.C.

_NVOICE #  151994
January 18, 2013
PAGE  3

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 7.50 | $469.20 | $3,519.00 |
| | | Total Fees : | $3,519.00 |
| | | Total Fees: | $3,519.00 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 7.50 | $3,519.00 |
| Total | 7.50 | $3,519.00 |
| Total Fees : | 7.50 | $3,519.00 |

## Summary by Disbursement Codes :

| | TOTAL DUE : | $3,519.00 |
|---|---|---|

# EXHIBIT E

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 18, 2013
Client/Matter #  01246-012629
Invoice # 151990
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :          **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

Bankruptcy Fee Application
100035

Disbursements:

| | | |
|---|---|---|
| Copying | 9.90 | |
| Postage | 4.90 | |
| Total Disbursements : | | $14.80 |
| TOTAL DUE : | | $14.80 |