EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
FEBRUARY 1, 2013 THROUGH
FEBRUARY 28, 2013

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

March 21, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number    105998

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only:  02/28/13      $3,646.50
        Subtotal for COSTS only: 02/28/13          $1.72
                                               -----------
 CURRENT PERIOD FEES AND COSTS:  02/28/13      $3,648.22
                                               -----------
```

************************************************************

Please send remittance copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

March 21, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   105998

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 0.4 | 198.00 |
| FEE/EMPLOYMENT APPLICATIONS | 4.1 | 874.50 |
| CASE ADMINISTRATION | 0.3 | 49.50 |
| PLAN AND DISCLOSURE STATEMENT | 5.1 | 2,524.50 |
| Subtotal for FEES only: 02/28/13 | 9.9 | $3,646.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 6.10 | 6.10 | 3,019.50 | 0.00 | 0.00 |
| 165.00 | CAH | 3.80 | 3.80 | 627.00 | 0.00 | 0.00 |
| Totals | | 9.90 | 9.90 | 3,646.50 | 0.00 | 0.00 |

```
Sorts:   Grouping code            (Paginate)
         Client code
         Actual employee code     (Subtotal)
         Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 105998 to 105998
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 02/11/13 | Update docket to system. | 0.10 | 16.50 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 02/18/13 | Review of e-mail from D. Fullem. | 0.10 | 16.50 | |
| WRG | CASE ADMINISTRATION | CAH | 02/19/13 | Update docket to system. | 0.10 | 16.50 | |
| | | | | | ------ | ------- | |
| | | | | | 0.30 | 49.50 | |
| | | | | | ------ | ------- | |
| | | | | | 0.30 | 49.50 | |
| | | | | | ------ | ------- | |

Total records this group:  3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 02/04/13 | Review of Notice of Change of Hearing Date; re-calendar same. | 0.10 | 49.50 | Li |
| WRG | LITIGATION | JCP | 02/08/13 | Review of Joint Statement of Scotts Co. and Debtors re: Order on Rule to Show Cause. | 0.20 | 99.00 | |
| WRG | LITIGATION | JCP | 02/18/13 | Review of Agenda canceling 2/25/13 Hearing. | 0.10 | 49.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.40 | 198.00 | |
| | | | | | ------ | -------- | |
| | | | | | 0.40 | 198.00 | |
| | | | | | ------ | -------- | |

Total records this group:   3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/11/13 | Draft 35th Quarterly Fee Application for Phillips, Goldman & Spence. | 1.10 | 181.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/12/13 | Review of January pre-bill to assure compliance with local rules. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/14/13 | File and serve Phillips, Goldman & Spence 35th Quarterly Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/19/13 | Review of e-mail from D. Fullem and download and file Certificate of No Objection for Orrick's December Fee Application and e-mail docket number to D. Fullem | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/19/13 | Draft Certificate of No Objection for Phillips, Goldman & Spence December Fee Application; conference with Tanya L. Birdsell re: same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/20/13 | Review of and revise Certificate of No Objection for Phillips, Goldman & Spence December Fee Application. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/20/13 | Draft January Fee Application. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/25/13 | Scan, OCR, file and serve Certificate of No Objection for Phillips, Goldman & Spence December Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/25/13 | Scan, OCR, file and serve Certificate of No Objection for Phillips, Goldman & Spence January Fee Application. | 0.30 | 49.50 | |
| | | | | | 3.50 | 577.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/11/13 | Review of, revise and execute Phillips, Goldman & Spence 35th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 148.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/23/13 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 103rd Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 104th Monthly Fee Application; conference with Celeste A. Hartman re: both. | 0.30 | 148.50 | |
| | | | | | 0.60 | 297.00 | |
| | | | | | 4.10 | 874.50 | |

Total records this group:  11

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/16/13 | Review of Anderson Memorial's Motion to Extend Time to File Reply Brief. | 0.10 | 49.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/18/13 | Review of Bank Lender's Reply Brief. | 1.80 | 891.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/19/13 | E-mail from local counsel for Debtors re: Objection to Anderson Memorial's request for extension to file Reply Brief with enclosure; review of same; e-mail from and e-mail to Debbie Felder re: approving same with enclosure; review of Opposition received from D. Felder; e-mail to local counsel for Debtor approving same; review of as filed version of Opposition to Anderson Memorial's request for extension to file Reply Brief. | 0.30 | 148.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/20/13 | Review of Montana's Reply Brief in support of appeal from Order confirming Plan (1.3); review of Canada's Joinder in same and Reply Brief (.3); review of Garlock's Reply Brief (1.3). | 2.90 | 1,435.50 | |

```
                                                                      ------         ----------
                                                                        5.10           2,524.50
                                                                      ------         ----------
                                                                        5.10           2,524.50
                                                                      ------         ----------
```

Total records this group:   4

```
                                                                      ------         ----------
                                                                        9.90           3,646.50
                                                                      ======         ==========
```

21 records printed.