EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
FEBRUARY 1, 2013 THROUGH
FEBRUARY 28, 2013

Phillips, Goldman & Spence, P.A.

Page   2

March 21, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   105998

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

02/14/13 Postage                                              1.72
                                                        -------------
        Subtotal for COSTS only: 02/28/13                  $1.72
                                                        -------------