## **CERTIFICATE OF SERVICE**

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on March 25, 2013, I caused the *One Hundred Fifth Monthly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of February 1, 2013 through February 28, 2013*, be served upon those persons shown below via email and the Court's ecf system.

*Email: ljones@pszjlaw.com*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Stang Ziehl & Jones LLP

*Email: vdimaio@parcelsinc.com*
Parcels, Inc.

*Email: david.klauder@usdoj.gov*
Office of the United States Trustee

*Email: feeaudit@whsmithlaw.com* and *bruhlander@whsmithlaw.com*
Bobbi Ruhlander
Warren H. Smith & Associates

*E-mail: richard.finke@grace.com*
David B. Siegel
W.R. Grace & Co.

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

*E-mail: mhurford@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: tcurrier@saul.com*
(Local Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP

*E-mail: jdonley@kirkland.com; apaul@kirkland.com*
(Counsel to Debtor)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered

*E-mail: lkruger@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
CELESTE A. HARTMAN