# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# FEBRUARY 1-28, 2013



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 15, 2013
Client No. 17367
Invoice No. 1411319

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through February 28, 2013 in connection with the matters described on the attached pages: | $ | 70,710.50 |
| DISBURSEMENTS as per attached pages: | | 522.29 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 71,232.79 |

Matter(s): 17367/13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$329,868.40
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP
Lockbox #774619
4619 Solutions Center
Chicago, IL 60677-4006
Reference: 17367/ Invoice: 1411319 | *ACH & Wire Transfers:*
*ABA Number 121000248*
*SWIFT CODE: WFBIUS6S*
*Account Number: 4123701088*
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1411319*
*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP
c/o Wells Fargo
Attn: Lockbox #774619
350 East Devon Avenue
Itasca, IL 60143
(213) 614-3248
Reference: 17367/ Invoice: 1411319 |


ORRICK

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042

March 15, 2013  
Client No. 17367  
Invoice No. 1411319

Orrick Contact: Roger Frankel

For Legal Services Rendered Through February 28, 2013 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/13/13 | P. Mahaley | Review revised drafts of settlement agreement with insurer and motion to approve same. | 0.60 |
| 02/14/13 | P. Mahaley | Analyze and revise settlement agreement with insurer. | 0.30 |
| 02/18/13 | R. Wyron | Review analysis from R. Horkovich re settlements with remaining insurers. | 0.40 |
| 02/19/13 | P. Mahaley | Prepare for and participate in telephone conference with R. Horkovich, M. Garbowski and R. Wyron re insurance analysis. | 1.00 |
| 02/19/13 | R. Wyron | Telephone conference with R. Horkovich re insurance analysis (.8); review memo (.3); conference with R. Frankel and follow-up re same (.3). | 1.40 |
| 02/26/13 | P. Mahaley | Summarize key terms of insurer settlement for status reports. | 1.50 |

Total Hours 5.20  
Total For Services $3,836.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 3.40 | 665.00 | 2,261.00 |
| Richard H. Wyron | 1.80 | 875.00 | 1,575.00 |
| Total All Timekeepers | 5.20 | $737.69 | $3,836.00 |

**Total For This Matter** **$3,836.00**


ORRICK

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | March 15, 2013 |
| page 2 | | | Invoice No. 1411319 |

For Legal Services Rendered Through February 28, 2013 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 02/01/13 | D. Fullem | Review e-mail from D. Felder regarding cancellation of hearing on March 25. | 0.20 |
| 02/01/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/01/13 | D. Felder | Review effective date issues. | 1.00 |
| 02/01/13 | R. Frankel | Review e-mails, court call re change in court date (.3); review e-mails re closing date issues (.6). | 0.90 |
| 02/04/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/04/13 | D. Felder | Review closing checklist and effective date issues (3.5); telephone conference with M. Hurford regarding same (.5). | 4.00 |
| 02/04/13 | M. Wallace | Review correspondence from D. Felder regarding closing conditions. | 0.10 |
| 02/05/13 | M. Wallace | Review plan provisions and discuss same with D. Felder regarding closing conditions. | 0.10 |
| 02/06/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/06/13 | D. Felder | Review issues regarding effective date and closing checklist and finalize memorandum regarding same. | 2.50 |
| 02/06/13 | R. Frankel | Review memo regarding Sealed Air right of set-off, effective date issues (.7); prepare notes regarding same (.2). | 0.90 |
| 02/06/13 | R. Frankel | Review closing checklist, related e-mails regarding effective date issues. | 1.20 |
| 02/06/13 | R. Frankel | Review draft motion, proposed order authorizing Grace to fund retirement plan. | 0.70 |
| 02/07/13 | D. Felder | Review statements in response to orders to show cause (1.0); e-mail correspondence with A. Paul, L. Esayian and R. Wyron regarding same and follow-up review of adversary proceeding dockets (1.5). | 2.50 |
| 02/07/13 | R. Wyron | Review draft stipulation on closing adversaries and follow-up re same. | 0.30 |
| 02/07/13 | R. Frankel | Review Statement of Debtors regarding Chakarian Show Course Order and consider PI issues. | 1.00 |
| 02/08/13 | D. Fullem | Review lenders' reply brief filed in Third Circuit appeal case. | 0.20 |
| 02/08/13 | R. Wyron | Review stips on adversaries, and telephone conferences and e-mails re same. | 0.40 |
| 02/08/13 | R. Frankel | Review issues re asbestos trends. | 0.80 |
| 02/11/13 | D. Fullem | Review recently filed pleadings. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 3

March 15, 2013  
Invoice No. 1411319

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/11/13 | R. Wyron | Review lender's brief and follow-up re same (.6); review Sealed Air issue and telephone conference with A. Paul (.5). | 1.10 |
| 02/11/13 | R. Frankel | Review, consider Reply Brief of Bank Lender Group (2.4); telephone conference with R. Wyron re same (.3). | 2.70 |
| 02/12/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/12/13 | D. Felder | Telephone conference with Debtors and ACC regarding lenders' reply brief and related issues. | 1.00 |
| 02/12/13 | R. Wyron | Review lender reply brief for status call (.3); attend meeting with FCRs and counsel (.5). | 0.80 |
| 02/12/13 | R. Frankel | Review Lender Briefs in preparation for team conference call. | 0.70 |
| 02/12/13 | R. Frankel | Telephone conference with J. Donley, M. Shelnitz, R. Wyron, D. Felder, A. Paul re Lender Brief, related issues (1.0); notes re same (.1). | 1.10 |
| 02/12/13 | R. Frankel | Attend FCR meeting at Young, Conway. | 0.90 |
| 02/13/13 | D. Fullem | Review e-mail from R. Frankel regarding case law; research re Dow Corning. | 0.50 |
| 02/13/13 | R. Wyron | Review Sealed Air memo (.2); confer with R. Frankel re issues and strategy (.3); review mootness research notes (.2). | 0.70 |
| 02/13/13 | R. Frankel | Review Lender brief post-call with Grace team (.6); review Dow Corning 6th Circuit case (1.2). | 1.80 |
| 02/14/13 | R. Wyron | Review appellate briefs (1.2); organize notes for replies (.3). | 1.50 |
| 02/15/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/15/13 | R. Frankel | Review court order, e-mails re Chakarian Show Cause. | 0.40 |
| 02/15/13 | R. Frankel | Review Armstrong 3rd Circuit case re fair and equitable issues. | 1.20 |
| 02/15/13 | R. Frankel | Read PPI 3rd Circuit case re impairment issues. | 0.90 |
| 02/15/13 | R. Frankel | Read Findings of Fact and Conclusions of Law in GIT case by Judge Fitzgerald. | 2.20 |
| 02/18/13 | R. Frankel | Review and consider Anderson Memorial motion for extension of time to file brief. | 0.40 |
| 02/19/13 | D. Felder | Review draft and final versions of Plan Proponents' opposition to Anderson Memorial Hospital's motion for extension of time (.3); e-mail correspondence with R. Wyron and J. Phillips regarding same (.1). | 0.40 |
| 02/19/13 | R. Wyron | Begin review of reply briefs (1.4); review objections re AMH (.3); conference with R. Frankel re same (.3); telephone conference with J. Donley re same (.2). | 2.20 |
| 02/19/13 | R. Frankel | Review draft opposition to AMH request for extension (.4); confer with R. Wyron re same (.3). | 0.70 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 4

March 15, 2013  
Invoice No. 1411319

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/19/13 | R. Frankel | Review memo from Lincoln re 4th quarter performance (.5); notes re same (.1). | 0.60 |
| 02/19/13 | R. Frankel | Review R. Horkovich memo re insurance issues (.5); confer with R. Wyron re same (.2). | 0.70 |
| 02/20/13 | D. Fullem | Review e-mail from D. Felder with Garlock's reply brief. | 0.20 |
| 02/20/13 | R. Wyron | Continue review of reply briefs (1.8); conference with R. Frankel re Montana brief and follow-up re same (.4); review District Court filings (.6). | 2.80 |
| 02/20/13 | R. Frankel | Read, prepare notes re Montana Reply Brief. | 2.20 |
| 02/20/13 | R. Frankel | Read, consider Canada Reply Brief. | 0.90 |
| 02/20/13 | R. Frankel | Preliminary review of Garlock Reply Brief. | 1.10 |
| 02/21/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/21/13 | R. Frankel | Review, consider, prepare notes re Garlock Reply Brief. | 2.70 |
| 02/22/13 | R. Frankel | Telephone conference with E. Inselbuch re status (.2); confer with R. Wyron re same (.1). | 0.30 |
| 02/22/13 | R. Frankel | Review Garlock opening and reply briefs, portions of cited appendix (2.3); prepare notes re key issues for argument (.9). | 3.20 |
| 02/25/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/25/13 | D. Felder | Begin review of reply briefs filed by Garlock, Montana, Canada and Bank Lenders and follow-up regarding same (3.0); telephone conference with Plan Proponents regarding same (1.0). | 4.00 |
| 02/25/13 | R. Wyron | Review notes on reply briefs (.8); call with Grace team re replies, status and strategy (1.0). | 1.80 |
| 02/25/13 | R. Frankel | Telephone conference with D. Austern re status. | 0.30 |
| 02/25/13 | R. Frankel | Review notes in preparation for call with J. Donley, P. Lockwood, R. Wyron, A. Paul, D. Felder. | 0.70 |
| 02/25/13 | R. Frankel | Telephone conference with J. Donley, P. Lockwood, R. Wyron, A. Paul, D. Felder re Reply Briefs, issues for oral argument (1.0); follow-up re same (.4). | 1.40 |
| 02/25/13 | R. Frankel | Review briefs re appeal issues. | 0.60 |
| 02/26/13 | D. Fullem | Review D. Felder e-mail and AMH reply brief filed in 3rd Circuit appeal. | 0.40 |
| 02/26/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/26/13 | D. Fullem | Review and respond to D. Felder re Lender's 28(j) letter. | 0.20 |
| 02/26/13 | D. Felder | Review Lender's 28(j) letter and e-mail correspondence to R. Frankel and R. Wyron regarding same. | 0.60 |
| 02/26/13 | R. Frankel | Review, consider Rule 28 letter and Castleton Plaza case from Paul Weiss. | 1.30 |
| 02/27/13 | D. Fullem | Review recently filed pleadings. | 0.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

March 15, 2013  
Invoice No. 1411319

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/27/13 | D. Felder | Review Anderson Memorial Hospital's reply brief (1.0); review appeal dockets regarding same (.5). | 1.50 |
| 02/27/13 | R. Frankel | Read, consider AMH Reply Brief (1.9); notes regarding same (.5). | 2.40 |
| 02/27/13 | R. Frankel | Preliminary review of appeal issues, responses. | 1.10 |
| 02/28/13 | D. Fullem | Review 3rd Circuit recently filed pleadings. | 0.20 |
| 02/28/13 | D. Felder | Review Garlock reply brief and follow-up with D. Fullem regarding reply briefs. | 1.00 |

Total Hours  72.20  
Total For Services  $61,186.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 18.50 | 650.00 | 12,025.00 |
| Roger Frankel | 38.00 | 995.00 | 37,810.00 |
| Debra O. Fullem | 3.90 | 270.00 | 1,053.00 |
| Mary A. Wallace | 0.20 | 740.00 | 148.00 |
| Richard H. Wyron | 11.60 | 875.00 | 10,150.00 |
| Total All Timekeepers | 72.20 | $847.45 | $61,186.00 |

Disbursements  
    Document Reproduction    30.60  
    Express Delivery    14.56  
    Outside Services    414.50  
    Westlaw Research    47.93  
    Total Disbursements    $507.59

**Total For This Matter**    **$61,693.59**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

March 15, 2013
Invoice No. 1411319

For Legal Services Rendered Through February 28, 2013 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/04/13 | D. Fullem | Follow-up with R. Wyron regarding response to fee auditor's initial report for July-Sept time period. | 0.20 |
| 02/05/13 | D. Fullem | Review latest fee application filings, payments and update charts with current fee/expense information. | 0.50 |
| 02/06/13 | D. Felder | Review January prebill. | 1.40 |
| 02/06/13 | R. Wyron | Review revised analysis re 2013 billing rates and follow-up re same. | 0.20 |
| 02/07/13 | D. Fullem | Review recent payment from client; update spreadsheets. | 0.30 |
| 02/08/13 | D. Fullem | E-mail to/from R. Wyron re status of response to fee auditor's initial report to July-Sept period. | 0.20 |
| 02/08/13 | D. Fullem | Review January prebill. | 1.00 |
| 02/08/13 | D. Fullem | Follow-up with accounting on certain expense items in January 2013 prebill. | 0.30 |
| 02/08/13 | R. Wyron | Review January prebill and follow-up re same. | 0.30 |
| 02/11/13 | R. Wyron | Review and revise response to fee auditor. | 0.50 |
| 02/12/13 | D. Fullem | Confer with R. Wyron re response to fee auditor (.2); review and revise reply to fee auditor (1.1). | 1.30 |
| 02/14/13 | D. Fullem | Review, revise, finalize reply letter to fee auditor regarding July-September quarterly fee application (.6); confer with R. Wyron re same (.2). | 0.80 |
| 02/14/13 | D. Fullem | Review and respond to P. Reyes re status of January invoice. | 0.20 |
| 02/14/13 | D. Fullem | Prepare final reply to fee auditor's initial report for July-Sept time period. | 0.50 |
| 02/14/13 | R. Wyron | Review final response to fee auditor's inquiry. | 0.20 |
| 02/15/13 | D. Fullem | E-mail to D. Felder and R. Wyron re deadline to object to Orrick's December fee application; prepare CNO for same. | 0.50 |
| 02/18/13 | D. Fullem | Review/respond to e-mail from B. Ruhlander regarding questions on reply to initial report. | 0.20 |
| 02/19/13 | D. Fullem | Review and respond to B. Ruhlander regarding response to initial report regarding expenses. | 0.20 |
| 02/19/13 | D. Fullem | E-mail to R. Wyron regarding B. Ruhlander's e-mail re expenses. | 0.10 |
| 02/19/13 | D. Fullem | Coordinate filing/serving of CNO for Orrick's December fee application. | 0.40 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 7

March 15, 2013  
Invoice No. 1411319

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/19/13 | D. Fullem | E-mail to D. Felder re approval/signature on CNO for Orrick's December fee application. | 0.20 |
| 02/19/13 | D. Felder | Review CNO for December fee application and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 02/20/13 | D. Fullem | Review and respond to e-mail from R. Wyron re expenses. | 0.20 |
| 02/21/13 | D. Fullem | Review final January bill. | 0.20 |
| 02/25/13 | D. Fullem | Review and update fee/expense charts. | 0.50 |
| 02/25/13 | D. Fullem | Prepare draft of January 2013 fee application. | 1.00 |
| 02/25/13 | D. Felder | Review January fee application. | 0.50 |
| 02/26/13 | D. Fullem | Review January invoice. | 0.30 |
| 02/26/13 | D. Fullem | Prepare revisions to January fee application. | 0.50 |
| 02/26/13 | D. Fullem | E-mail latest version of January fee application to R. Wyron. | 0.20 |
| 02/26/13 | D. Felder | E-mail correspondence from D. Fullem and P. Reyes regarding January fee application. | 0.20 |

Total Hours 13.30  
Total For Services $5,191.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.30 | 650.00 | 1,495.00 |
| Debra O. Fullem | 9.80 | 270.00 | 2,646.00 |
| Richard H. Wyron | 1.20 | 875.00 | 1,050.00 |
| Total All Timekeepers | 13.30 | $390.30 | $5,191.00 |

Disbursements  
Document Reproduction  0.50  
Outside Services  14.20  
Total Disbursements  $14.70

**Total For This Matter**  $5,205.70


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

March 15, 2013
Invoice No. 1411319

For Legal Services Rendered Through February 28, 2013 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| 02/12/13 | R. Frankel | Travel to DC from FCR meeting. | | 1.00 |
|---|---|---|---|---|
| | | Total Hours | 1.00 | |
| | | Total For Services | | $497.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 1.00 | 497.50 | 497.50 |
| Total All Timekeepers | 1.00 | $497.50 | $497.50 |

**Total For This Matter**   **$497.50**

\* \* \* COMBINED TOTALS \* \* \*

| Total Hours | 91.70 | |
| Total Fees, all Matters | | $70,710.50 |
| Total Disbursements, all Matters | | $522.29 |
| Total Amount Due | | $71,232.79 |