B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  W.R. Grace & Co., et al., Jointly Administered                Case No.  01-01139

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules of Bankruptcy Procedure of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Tannor Partners Credit Fund, LP                          NEUTOCRETE SYSTEMS INC.

  Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee            Name and Address where notices to transferor
should be sent:                                         should be sent:

Tannor Partners Credit Fund, LP                         NEUTOCRETE SYSTEMS INC.
150 Grand Street, Suite 401                             ATTN ANTHONY BONAIUTO
White Plains, NY 10601                                  89 EASTERN STEEL RD
                                                        MILFORD, CT 06460
Phone: (914) 509-5000                                   Phone: _____

                                                        Court Claim # (if known)    8378
Last Four Digits of Acct #:_____               Amount of Claim: $190,000.00
                                                        Date Claim Filed:   3/28/2003

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of
my knowledge and belief.

By: /s/ Robert J. Tannor                         Date:   3/26/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

## EVIDENCE OF TRANSFER

**NEUTOCRETE SYSTEMS INC.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Tannor Partners Credit Fund, LP, 150 Grand Street, Suite 401, White Plains, NY 10601**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of not less than **$190,000.00** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **W.R. Grace & Co., et al.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 01-01139** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 22 day of MARCH, 2013.

By: _____
(Signature of Authorized Party)

NEUTOCRETE SYSTEMS INC.
(Company Name)

ANTHONY BUONAIUTO PRESIDENT
(Print name of Authorized Party)

By:  /s/ Robert J. Tannor
General Partner

Tannor Partners Credit Fund, LP

914-509-5000
(Telephone Number)



## IN RE: W.R. GRACE & CO. CASE NO. 01-01139

### Register of Proofs of Claim Filed • Sorted by: Claimant Name

| Creditor Name / Address | Case Number / Case Name Status / SubStatus | Claim Number | Claim Date | Total | *CUD | **Class |
|---|---|---|---|---|---|---|
| NEUPERT, EMMA<br>6538 CORK ST<br>HALIFAX, NS  B3L1Z7<br>CANADA | 01-01139<br>W.R. GRACE & CO. | z201159 | 1/26/2009 | UNKNOWN | [U] | ( U ) |
| NEUTOCRETE PRODUCTS INC<br>ATTN ANTHONY BONAIUTO<br>(AKA) NEUTOCRETE-FTF CRAWLSPACE<br>89 EASTERN STEEL RD<br>MILFORD, CT  06460-2861 | 01-01140<br>W.R. GRACE & CO.-CONN.<br><br>AFFECTED BY ORDER /<br>STIPULATION<br>ALLOWED BY STIPULATION<br>DktNo: 27767 Entered: 10/17/2011;<br>DktNo: 29064 Entered: 6/15/2012 | 8378 | 3/28/2003 | $190,000.00 | | ( U ) |
| NEUTOCRETE SYSTEMS INC<br>ATTN ANTHONY BONAIUTO<br>89 EASTERN STEEL RD<br>MILFORD, CT  06460 | 01-01140<br>W.R. GRACE & CO.-CONN.<br><br>EXPUNGED<br>DktNo: 27767 Entered: 10/17/2011 | 8379 | 3/28/2003 | $0.00 | | ( U ) |
| NEVALA, MICHAEL; NEVALA, GAIL<br>1214 PINE ST<br>MARQUETTE, MI  49855 | 01-01139<br>W.R. GRACE & CO. | z6591 | 9/18/2008 | UNKNOWN | [U] | ( U ) |
| NEVE, DARYL<br>569 WAVELL AVE<br>OTTAWA, ON  K2A3A6<br>CANADA | 01-01139<br>W.R. GRACE & CO. | z204453 | 4/1/2009 | UNKNOWN | [U] | ( U ) |
| NEVE, DARYL<br>569 WAVELL AVE<br>OTTAWA, ON  K2A3A6<br>CANADA | 01-01139<br>W.R. GRACE & CO. | z204452 | 4/1/2009 | UNKNOWN | [U] | ( U ) |
| NEVES , DONALD<br>31450 DOWD RD<br>SAINT HELENS, OR  97051 | 01-01139<br>W.R. GRACE & CO. | z12237 | 10/24/2008 | UNKNOWN | [U] | ( U ) |
| NEVES, GEORGE ; NEVES, CHRISTINE<br>122 MARSHALL AVE<br>CUMBERLAND, RI  02864 | 01-01139<br>W.R. GRACE & CO. | z10401 | 10/17/2008 | UNKNOWN | [U] | ( U ) |
| NEVEU, PIERRE<br>90 BUISSON<br>TROIS RIVIERES, QC  G8V1K4<br>CANADA | 01-01139<br>W.R. GRACE & CO. | z211276 | 8/27/2009 | UNKNOWN | [U] | ( U ) |
| NEVEU, PIERRE<br>90 BUISSON<br>TROIS RIVIERES, QC  G8V1K4<br>CANADA | 01-01139<br>W.R. GRACE & CO. | z211277 | 8/27/2009 | UNKNOWN | [U] | ( U ) |
| NEVEU, PIERRE<br>90 BUISSON<br>TROIS RIVIERES, QC  G8V1K4<br>CANADA | 01-01139<br>W.R. GRACE & CO. | z211275 | 8/27/2009 | UNKNOWN | [U] | ( U ) |
| NEVEU-GAUDREAU, JOCELYNE<br>86 RTE 116 OUEST<br>DURHAM SUD, QC  J0H2C0<br>CANADA | 01-01139<br>W.R. GRACE & CO. | z209307 | 8/17/2009 | UNKNOWN | [U] | ( U ) |

* [C]: Contingent  [U]: Unliquidated  [D]: Disputed
** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured

*This claims register is continually subject to audit and update.*

*Prepared on October 23, 2012 by BMC Group*

www.bmcgroup.com
888.909.0100

*Page 3074 of  5033*