# Exhibit A

# EXHIBIT A

## W.R. Grace – 46th Interim Period (July 1, 2012 – September 30, 2012)
### Fee and Expense Chart with Recommendations

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29904 | TOTAL: | $297,555.00 | $2,896.74 | $297,555.00 | $2,896.74 |

| BEVERIDGE & DIAMOND, P.C. (45th and 46th) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 45th | 29942 | TOTAL: $233,953.24 | $7,931.68 | $233,953.24 | $7,892.98 |
| 46th | 30227 | TOTAL: $330,878.00 | $1,018.19 | $330,878.00 | $1,018.19 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29995 | TOTAL: | $9,466.00 | $123.40 | $9,466.00 | $123.40 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29889 | TOTAL: | $325,000.00 | $428.54 | $325,000.00 | $428.54 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29849 | TOTAL: | $125,641.50 | $5,581.96 | $125,641.50 | $5,581.96 |

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29902 | TOTAL: | $37,189.00 | $5,412.63 | $37,189.00 | $5,412.63 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29903 | TOTAL: | $103,136.00 | $7,778.83 | $103,136.00 | $7,716.73 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29934 | TOTAL: | $86,417.00 | $182.53 | $86,417.00 | $182.53 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29890 | TOTAL: | $13,496.00 | $37,342.43 | $13,496.00 | $37,342.43 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29905 | TOTAL: | $57,753.00 | $7.00 | $57,753.00 | $7.00 |

| DELOITTE TAX LLP (43rd through 46th) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30273 | TOTAL: | $46,304.00 | $104.30 | $38,921.00 | $104.30 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29964 | TOTAL: | $14,535.00 | $435.55 | $14,535.00 | $435.55 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29996 | TOTAL: | $13,780.50 | $1,653.69 | $13,780.50 | $1,653.69 |

| FOLEY HOAG LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29909 | TOTAL: | $39,219.30 | $461.28 | $39,219.30 | $461.28 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30190 | TOTAL: | $32,725.00 | $6,742.25 | $32,725.00 | $6,742.25 |

| GRANT THORNTON, LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30014 | TOTAL: | $510,804.50 | $41,603.33 | $504,562.50 | $40,222.05 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29917 | TOTAL: | $114,125.00 | $2,350.40 | $114,125.00 | $2,350.40 |

| R. KARL HILL (SEITZ, VAN OGTROP & GREEN, P.A.) |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29939 | TOTAL: | $202.50 | $0.00 | $202.50 | $0.00 |

| THE HOGAN FIRM |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29946 | TOTAL: | $26,396.50 | $1,401.60 | $25,004.50 | $1,401.60 |

| KIRKLAND & ELLIS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30038 | TOTAL: | $1,416,777.00 | $26,961.99 | $1,416,777.00 | $26,961.99 |

3

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30028    TOTAL: | $31,544.00 | $816.69 | $31,544.00 | $816.69 |

| LAUZON BÉLANGER LESPÉRANCE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29948    TOTAL: | CDN $2,402.55 | CDN $364.62 | CDN $2,402.55 | CDN $364.62 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29906    TOTAL: | $3,410.00 | $0.00 | $3,410.00 | $0.00 |

| LINCOLN PARTNERS ADVISORS LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29933    TOTAL: | $185,000.00 | $2,043.07 | $185,000.00 | $1,990.33 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29923    TOTAL: | $553,578.25 | $6,165.47 | $553,578.25 | $6,113.97 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30022    TOTAL: | $90,404.00 | $56,980.31 | $90,404.00 | $47,372.01 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29826 | TOTAL: | $10,452.00 | $967.17 | $10,452.00 | $967.17 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29888 | TOTAL: | $814,414.37 | $36,346.28 | $814,414.37 | $36,346.28 |

| PRICEWATERHOUSECOOPERS LLP (DAREX Puerto Rico Audit Services – July – September 2012) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29888 | TOTAL: | $24,000.97 | $0.00 | $24,000.97 | $0.00 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29891 | TOTAL: | $31,573.50 | $1,331.60 | $31,287.50 | $1,331.60 |

| RICH, ALAN B. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29935 | TOTAL: | $57,750.00 | $565.23 | $57,750.00 | $565.23 |

| HON. ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30057 | TOTAL: | $1,495.00 | $0.00 | $1,485.00 | $0.00 |

| SAUL EWING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30029 | TOTAL: | $28,671.50 | $396.41 | $28,671.50 | $396.41 |

5

| SCARFONE HAWKINS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29947 | TOTAL: | CDN $7,743.75 | CDN $1,006.70 | CDN $7,743.75 | CDN $1,006.70 |

| WARREN H. SMITH & ASSOCIATES, P.C. |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30141 | TOTAL: | $41,727.50 | $1,015.76 | $41,727.50 | $1,015.76 |

| STROOCK & STROOCK & LAVAN LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29965 | TOTAL: | $62,865.50 | $486.72 | $62,865.50 | $486.72 |

| TOWERS WATSON |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29924 | TOTAL: | $60,668.00 | $2,059.69 | $60,555.50 | $2,059.69 |

| WOODCOCK WASHBURN LLP (45th and 46th) ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 45th | 30189 | TOTAL: | $12,603.00 | $3,100.00 | $12,603.00 | $3,100.00 |
| 46th | 29908 | TOTAL: | $24,895.50 | $320.00 | $24,895.50 | $320.00 |

6