# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 - Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 2.1 | $ 1,350.30 |
| | | | | | |
| **TOTAL** | | | | **2.1** | **$ 1,350.30** |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 28, 2013
Invoice No.: 515342
Matter No.: 08743.00088

**Re:   Acton Site OU3**

For Professional Services rendered through February 28, 2013

|  |  |
|---|---|
| Fees | $1,350.30 |
| **Total Fees and Disbursements** | **$1,350.30** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 515342
March 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/04/13 | Jaffe | P230 | Reviewing, revising, draft report on Northeast Area treatment system and emails with team regarding same (1.8). | 1.8 |
| 02/25/13 | Jaffe | P230 | Reviewing final Northeast Area report to EPA (.3). | 0.3 |
| | | | **Total Hours** | **2.1** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 515342
March 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|-----|--------|---|---------|
| Seth D. Jaffe | 2.1 | at | 643.00 | = | 1,350.30 |
| **Total Fees** | | | | | **$1,350.30** |

| | | |
|---|---|---|
| **Total Fees** | | $1,350.30 |
| **Total Fees and Disbursements** | | $1,350.30 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 28, 2013
Invoice No.: 515342
Matter No.: 08743.00088

**Re:   Acton Site OU3**

**Total Fees and Disbursements**                          **$1,350.30**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 515342
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 1.5 | $ 964.50 |
| Malcolm G. Henderson | Partner | Business | $601.00 | 0.3 | $ 180.30 |
| | | | | | |
| **TOTAL** | | | | **1.8** | **$ 1,144.80** |

### Expenses

| Description | Total |
|---|---|
| Facsimiles | $ 4.50 |
| Photocopying | $ 28.20 |
| | |
| **TOTAL** | **$ 32.70** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 28, 2013
Invoice No.: 515343
Matter No.: 08743.00101

**Re:  Bankruptcy Matters**

For Professional Services rendered through February 28, 2013

| | |
|---|---:|
| Fees | $1,144.80 |
| Disbursements | 32.70 |
| **Total Fees and Disbursements** | **$1,177.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 515343
March 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/04/13 | Jaffe | P230 | Preparing quarterly fee application (1.2). | 1.2 |
| 02/14/13 | Jaffe | P230 | Audit letter supplement (.3). | 0.3 |
| 02/14/13 | Henderson | B110 | Telephone conference with S. Jaffe re audit letter supplement request. | 0.3 |
| | | | **Total Hours** | **1.8** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 515343
March 28, 2013
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Malcolm G. Henderson | 0.3 | at | 601.00 | = | 180.30 |
| Seth D. Jaffe | 1.5 | at | 643.00 | = | 964.50 |
| **Total Fees** | | | | | **$1,144.80** |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/15/13 | Facsimiles | 2.25 |
| 02/15/13 | Facsimiles | 2.25 |
| 02/04/13 | In-House Photocopying | 2.60 |
| 02/12/13 | In-House Photocopying | 6.20 |
| 02/13/13 | In-House Photocopying | 17.00 |
| 02/15/13 | In-House Photocopying | 0.80 |
| 02/15/13 | In-House Photocopying | 0.80 |
| 02/15/13 | In-House Photocopying | 0.80 |
| **Total Disbursements** | | **$32.70** |

| | |
|---|---|
| **Total Fees** | **$1,144.80** |
| **Total Disbursements** | **32.70** |
| **Total Fees and Disbursements** | **$1,177.50** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 28, 2013
Invoice No.: 515343
Matter No.: 08743.00101

**Re:** **Bankruptcy Matters**

**Total Fees and Disbursements**          **$1,177.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 515343
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 3.3 | $ 2,121.90 |
| TOTAL | | | | 3.3 | $ 2,121.90 |

4112464.v1



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 28, 2013
Invoice No.: 515344
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through February 28, 2013

|  |  |
|---|---|
| Fees | $2,121.90 |
| **Total Fees and Disbursements** | **$2,121.90** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON      WASHINGTON      EMERGING ENTERPRISE CENTER      FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 515344
March 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/01/13 | Jaffe | P230 | Reviewing issues related to downstream of Lewis Dam and emails with team regarding same (.3); reviewing East of South Street issue and emails with team regarding same (.7); reviewing groundwater treatment system building location issue and emails with team regarding same (1.1). | 2.1 |
| 02/04/13 | Jaffe | P230 | Emails with Mr. Bucens and Mr. Polatin regarding Lewis Pond ownership issues (.3). | 0.3 |
| 02/08/13 | Jaffe | P230 | Attention to area downstream of Lewis Pond Dam, including reviewing, revising, draft letter to EPA and emails with team regarding same (.3). | 0.3 |
| 02/11/13 | Jaffe | P230 | Attention to issues related to area downstream of Lewis Pond Dam, including revising draft cover letter, revising final draft report, and email with team regarding same (.6). | 0.6 |
| | | | **Total Hours** | **3.3** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 515344
March 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 3.3 | at | 643.00 | = | 2,121.90 |
| | **Total Fees** | | | | **$2,121.90** |

| | | |
|---|---|---|
| **Total Fees** | | **$2,121.90** |
| **Total Fees and Disbursements** | | **$2,121.90** |



Seth D. Jaffe<br>
617-832-1203<br>
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 28, 2013<br>
Invoice No.: 515344<br>
Matter No.: 08743.00102

Re:     **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$2,121.90**

**Remittance Address:**<br>
Foley Hoag LLP<br>
Attn: Accounts Receivable<br>
155 Seaport Boulevard<br>
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference           **Client/Matter #:** 08743.00102, **Invoice #:** 515344
Information:         **Billing Attorney:** Seth D. Jaffe
                    **Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 1.1 | $   707.30 |
| Amy E. Boyd | Associate | Environmental | $490.00 | 1.3 | $   637.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **2.4** | **$  1,344.30** |

4112464.v1



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 28, 2013
Invoice No.: 515345
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through February 28, 2013

| | |
|---|---|
| Fees | $1,344.30 |
| **Total Fees and Disbursements** | **$1,344.30** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 515345<br>March 28, 2013<br>Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Tsk</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|---|
| 02/19/13 | Jaffe | P230 | Emails with Ms. Boyd regarding response to EPA (.3). | 0.3 |
| 02/19/13 | Boyd | P230 | Prepare for and attend conference call with Grace team to discuss response to EPA regarding source property (1.3). | 1.3 |
| 02/25/13 | Jaffe | P230 | Attention to Grace property issues, including emails with team regarding meeting with EPA on groundwater issues (.8). | 0.8 |
| | | | **Total Hours** | **2.4** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 515345
March 28, 2013
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 1.3 | at | 490.00 | = | 637.00 |
| Seth D. Jaffe | 1.1 | at | 643.00 | = | 707.30 |
| **Total Fees** | | | | | **$1,344.30** |

| | | |
|---|---|---|
| **Total Fees** | | $1,344.30 |
| **Total Fees and Disbursements** | | $1,344.30 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 28, 2013
Invoice No.: 515345
Matter No.: 08743.00103

**Re:   Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$1,344.30**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00103, Invoice #: 515345**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 108 - Discovery Sciences FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $504.00 | 0.3 | $    151.20 |
| Ross Margulies | Associate | Administrative | $333.00 | 0.9 | $    299.70 |
| | | | | | |
| **TOTAL** | | | | **1.2** | **$    450.90** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 28, 2013
Invoice No.: 515346
Matter No.: 08743.00108

Re:    **Discovery Sciences FDA Matters**

For Professional Services rendered through February 28, 2013

|  |  |
|---|---|
| Fees | $450.90 |
| **Total Fees and Disbursements** | **$450.90** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00108

Invoice No.: 515346

Re: Discovery Sciences FDA Matters

March 28, 2013

Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/05/13 | Flaherty | B240 | E-mail correspondence with R. Margulies and T. Barker regarding IRS response to question about medical device tax status of Sodasorb for mining use and impact of changing grade of Sodasorb for mining use to differentiate it from FDA-regulated Sodasorb for medical use (0.3). | 0.3 |
| 02/06/13 | Margulies | B240 | Outreach to Eric Eller to provide advice on application of device tax to Sodasorb products (0.9). | 0.9 |
| | | | **Total Hours** | **1.2** |

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 515346
March 28, 2013
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|----|--------|----|--------|
| James Flaherty | 0.3 | at | 504.00 | = | 151.20 |
| Ross Margulies | 0.9 | at | 333.00 | = | 299.70 |
| **Total Fees** | | | | | **$450.90** |

| | |
|---|---|
| **Total Fees** | **$450.90** |
| **Total Fees and Disbursements** | **$450.90** |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 28, 2013
Invoice No.: 515346
Matter No.: 08743.00108

Re:     **Discovery Sciences FDA Matters**

   **Total Fees and Disbursements**          **$450.90**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00108, Invoice #: 515346**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company