IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 17, 2013** |
| | ) | |

**FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF ROGER HIGGINS, LLC, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2013, THROUGH FEBRUARY 28, 2013**

Compensation by Matter Summary

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 33.80 | $16,055.00 |
| 4 | Case Administration | 8.80 | $4,180.00 |
| 5 | Claim Analysis Objection & Resolution (Asbestos) | 0.80 | $380.00 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 29.60 | $14,060.00 |
| 8 | Employee Benefits/Pension | 5.70 | $2,707.50 |
| 10 | Employment Applications, Others | 38.70 | $18,382.50 |
| 11 | Fee Applications, Applicant | 3.70 | $1,757.50 |
| 12 | Fee Applications, Others | 0.70 | $332.50 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 14 | Hearings | 11.60 | $5,510.00 |
| 15 | Litigation and Litigation Consulting | 3.50 | $1,662.50 |
| 16 | Plan and Disclosure Statement | 11.70 | $5,557.50 |
| **Totals for Matters** | | **148.60** | **$70,585.00** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $191.24 |
| Online research | $503.28 |
| Total: | **$ 711.47** |

# EXHIBIT A

## February 2013 Fee Detail

| | Matter 3 | | Business Operations | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 2/1/2013 | Analyze issues re Monitor contract rejection notice (.70); exchange correspondence with D. Lewis and S. Traxler re same (.20); telephone conference with D. Lewis re same (.50). | 1.40 | $475 | $665.00 |
| RJH | 2/7/2013 | Legal research re Monitor contract rejection issue (.60); exchange correspondence with various parties re same (.70); telephone conferences with A. Goldstein re same (.60). | 1.90 | $475 | $902.50 |
| RJH | 2/8/2013 | Prepare for telephone conference with L. Andriati and R. Finke re Monitor contract issue (.30); participate in same (.80); draft order & stipulation re same (2.30); legal research re same (1.20); telephone conference with D. Lewis re same (.40); telephone conference with R. Finke re same (.30); telephone conference with L. Andriate re same (.40); exchange correspondence with various parties re same (.50). | 6.20 | $475 | $2,945.00 |
| RJH | 2/11/2013 | Analyze issues re Monitor contract rejection notice (.50); telephone conference with A. Goldstein re same (.80); legal research re potential proof of claim re same (.50); exchange correspondence with various parties re ART credit agreement motion certificate of no objection (.40). | 2.20 | $475 | $1,045.00 |
| RJH | 2/13/2013 | Review and analyze LeveragePoint agreements and related materials (.20); exchange correspondence with various parties re same (.20). | .40 | $475 | $190.00 |
| RJH | 2/14/2013 | Telephone conference with A. Goldstein re Monitor contract (.60); review and analyze LeveragePoint materials (.80); review and comment on Monitor form of proposed order re contract rejection (.60). | 2.00 | $475 | $950.00 |
| RJH | 2/15/2013 | Telephone conference with R. Finke and L. Andriate re LeveragePoint/Monitor matter (.80); revise form of rejection order and circulate to R. Finke and L. Andriate (.80); further revise and circulate to A. Goldstein (.50). | 2.10 | $475 | $997.50 |
| RJH | 2/19/2013 | Telephone conference with A. Goldstein re Monitor contract (.70); analyze issues re same (.20); telephone conference with R. Finke re same and other matters (.30). | 1.20 | $475 | $570.00 |
| RJH | 2/20/2013 | Legal research re 365(n) issues (1.00); review Monitor certificate of counsel (.30); exchange correspondence with A. Goldstein re contract rejection issue (.30). | 1.60 | $475 | $760.00 |
| RJH | 2/22/2013 | Exchange correspondence with counsel for Monitor re various matters (.30); exchange correspondence with R. Finke re same (.20). | .30 | $475 | $142.50 |
| RJH | 2/25/2013 | Legal research re proof of claim issues re Monitor contract (1.20); draft proof of claim (2.20); circulate same for comment (.30). | 3.70 | $475 | $1,757.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/26/2013 | Analyze issues re Monitor contract (.40); exchange correspondence with L. Andriate re same (.30); telephone conference with A. Goldstein re same (.50); telephone conference with R. Finke re same (.40); draft response re same (4.00); legal research re same (.50). | 6.10 | $475 | $2,897.50 |
| RJH | 2/27/2013 | Telephone conference with K. Makowski re Monitor contract issue (.30); review and revise response (.70); legal research re same (.50); telephone conference with R. Finke re same (.40); prepare same for filing (.60); attend to matters re notice parties for same (.20); telephone conference with K. Makowski re same (.20); draft correspondence to A. Goldstein re same (.30). | 3.20 | $475 | $1,520.00 |
| RJH | 2/28/2013 | Telephone conference with A. Goldstein re Monitor contract (.30); draft correspondence re same (.30); telephone conference with J. McFarland re proposed business transaction (.60); follow up re same (.30). | 1.50 | $475 | $712.50 |
| Total | | | 33.80 | | $16,055.00 |

| | Matter 4 | | Case Administration | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 2/1/2013 | | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 2/4/2013 | | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| RJH | 2/6/2013 | | Telephone conferences with M. Billet re claims register (.60); legal research re same (.80); exchange correspondence with M. Araki re same (.20); telephone conferences with M. Araki re same (.80). | 2.40 | $475 | $1,140.00 |
| RJH | 2/7/2013 | | Review and analyze draft Canadian CIO report (.60); legal research re same (.30); telephone conference with M. Araki re claims register issue (.30). | 1.20 | $475 | $570.00 |
| RJH | 2/11/2013 | | Respond to creditor inquiries (.60); exchange correspondence re creditor letter to the Court (.30); analyze and resolve issues re claims trader request (.40); compose and exchange correspondence with K. Makowski re same (.40). | 1.70 | $475 | $807.50 |
| RJH | 2/14/2013 | | Respond to creditor inquiry (.20); review draft form 10-K (.30). | .50 | $475 | $237.50 |
| RJH | 2/19/2013 | | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 2/22/2013 | | Respond to various creditor inquiries (.40); exchange correspondence with V. Knox re claims trading matter (.20). | .60 | $475 | $285.00 |
| RJH | 2/25/2013 | | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 2/26/2013 | | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 2/27/2013 | | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| Total | | | | 8.80 | | $4,180.00 |

3

**Matter 5** — **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/4/2013 | Analyze reports re asbestos property damage claim settlements (.50). | .50 | $475 | $237.50 |
| RJH | 2/28/2013 | Exchange correspondence with various parties re asbestos property damage claim (.30). | .30 | $475 | $142.50 |
| Total | | | 0.80 | | $380.00 |

**Matter 6**          Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/1/2013 | Prepare for telephone conference with L. Gardner, H. Feichko and S. Larsen re Nashville AOC (.30); participate in same (.60); revise notice re same (.40). | 1.30 | $475 | $617.50 |
| RJH | 2/4/2013 | Revise Nashville AOC claim settlement notice (.70); prepare for telephone conference with L. Duff and S. Levin re open environmental claims (.30); participate in same (.60). | 1.60 | $475 | $760.00 |
| RJH | 2/7/2013 | Analyze issues re allowed claims exhibit (.70); draft correspondence re same (.20). | .90 | $475 | $427.50 |
| RJH | 2/11/2013 | Legal research re IRS claim objection (.50). | .50 | $475 | $237.50 |
| RJH | 2/12/2013 | Review and analyze client materials re IRS claim objection (.30); exchange correspondence with S. Levin et al. re Nashville AOC (.20). | .50 | $475 | $237.50 |
| RJH | 2/13/2013 | Revise settlement notice re Nashville AOC (.90); prepare same for filing (.30); exchange correspondence with various parties re same (.30). | 1.50 | $475 | $712.50 |
| RJH | 2/14/2013 | Circulate filed claims settlement notice re Nashville AOC (.60). | .60 | $475 | $285.00 |
| RJH | 2/15/2013 | Develop facts re IRS claims (.70); legal research re same (.20) | .90 | $475 | $427.50 |
| RJH | 2/18/2013 | Legal research re IRS claim objection (.80); factual research (1.00); draft objection (4.50); exchange correspondence with M. Araki re same (.60). | 6.90 | $475 | $3,277.50 |
| RJH | 2/19/2013 | Analyze and research questions raised by unsecured committee counsel regarding Nashville AOC notice of settlement (.80); exchange correspondence with S. Levin and others re same (.30); exchange correspondence with M. Araki re same (.30); legal research re IRS claims (.70); develop factual predicate re same (2.50). | 4.60 | $475 | $2,185.00 |
| RJH | 2/20/2013 | Prepare for telephone conference with S. Levin and L. Gardner re committee counsel questions regarding Nashville AOC (.30) participate in same (.40); exchange correspondence with S. Levin and L. Gardner re same (.20); exchange correspondence with D. Wilder re same (.10); draft and revise objection to IRS claims (1.80); legal research re same (.40); exchange correspondence with M. Araki re same (.30). | 3.50 | $475 | $1,662.50 |

5

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/21/2013 | Prepare for telephone conference with D. Wildes and S. Levin re Nashville AOC (.30); participate in same (.40); follow-on telephone conference with S. Levin re same and other issues (.40); legal research re follow-on issue (.30); exchange correspondence with D. Wildes re same (.20); review and analyze M. Araki comments to draft IRS claim objection (.50); revise same (2.00). | 4.10 | $475 | $1,947.50 |
| RJH | 2/25/2013 | Draft and revise IRS claims objection (2.00); circulate same to client for comments (.30). | 2.30 | $475 | $1,092.50 |
| RJH | 2/28/2013 | Exchange correspondence with various parties re Hanmar/Hankin (.40). | .40 | $475 | $190.00 |
| Total | | | 29.60 | | $14,060.00 |

**Matter 8**                                **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/5/2013 | Exchange correspondence and attend to matters re defined benefit plan contribution motion (.30). | .30 | $475 | $142.50 |
| RJH | 2/6/2013 | Draft proposed e-mail to FCR and committee professionals re DB contribution motion (.30); revise motion re same (.40); exchange correspondence with various parties re same (.50). | 1.20 | $475 | $570.00 |
| RJH | 2/14/2013 | Revise DB plan contribution motion (.50); prepare same for filing (.30). | .80 | $475 | $380.00 |
| RJH | 2/15/2013 | Attend to matters re filing of DB plan contribution motion (.40); draft and exchange correspondence with various parties re same (.90). | 1.30 | $475 | $617.50 |
| RJH | 2/21/2013 | Prepare for telephone conference with J. Forgach re 2013 LTIP (.40); participate in same (.40); analyze issues re same (.70); exchange correspondence with various parties re same (.30). | 1.80 | $475 | $855.00 |
| RJH | 2/25/2013 | Exchange correspondence with various parties re 2013 LTIP (.30). | .30 | $475 | $142.50 |
| Total | | | 5.70 | | $2,707.50 |

| Matter 10 | | Employment Applications, Others | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 2/1/2013 | Prepare for telephone conference with R. Finke re professional retention motion (.20); participate in same (.50); telephone conference with A. Paul re same (.10). | .80 | $475 | $380.00 |
| RJH | 2/4/2013 | Telephone conference with R. Finke re professional retention issues (.60); telephone conference with A. Paul re same (.50); telephone conference with J. O'Neill re same (.50); revise affidavit re same (1.00); revise motion re same (2.50); draft correspondence re same (.30). | 5.40 | $475 | $2,565.00 |
| RJH | 2/5/2013 | Telephone conference with A. Paul re professional retention issues (.40); legal research re same (.90); telephone conference with M. Pongratz re same (.30). | 1.60 | $475 | $760.00 |
| RJH | 2/6/2013 | Telephone conference with A. Paul re professional retention issues (.30). | .30 | $475 | $142.50 |
| RJH | 2/7/2013 | Telephone conferences with A. Paul re professional's retention issues (.80); telephone conferences with R. Finke re same (.90); legal research re same (1.00); telephone conferences with F. Childress re same (.30). | 3.00 | $475 | $1,425.00 |
| RJH | 2/12/2013 | Telephone conference with R. Finke re professional retention issues (.70); exchange correspondence with A. Paul re same (.20); revise affidavit re same (2.30); revise draft motion re same (2.00); legal research re same (1.20); draft motion to seal (2.50). | 8.90 | $475 | $4,227.50 |
| RJH | 2/13/2013 | Legal research re professional retention issues (2.50); telephone conference with J. O'Neill and K. Makowski re same (.70); revise motion re same (3.00); draft and revise affidavits in support of same (1.50); revise seal motion (.20). | 7.90 | $475 | $3,752.50 |
| RJH | 2/14/2013 | Telephone conference with R. Finke re professional retention issue (.40); telephone conference with F. Chlidress re same (.50); telephone conference with B. Ruhlander re same (.40); revise motion re same (1.00); exchange correspondence with various parties re same (.40). | 2.70 | $475 | $1,282.50 |
| RJH | 2/19/2013 | Review and analyze client comments to affidavit in support of professional retention motion (.40). | .40 | $475 | $190.00 |
| RJH | 2/19/2013 | Revise affidavit supporting professional retention motion (1.00); revise remaining pleadings to reflect client comments (1.10); telephone conference with R. Finke re next steps (.30); exchange correspondence with and circulate motion and affidavit to W. Smith and B. Ruhlander (.70). | 3.10 | $475 | $1,472.50 |

8

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/25/2013 | Telephone conference with B. Ruhlander re Baker Donelson (.30). | .30 | $475 | $142.50 |
| RJH | 2/27/2013 | Legal research re Baker Donelson retention issues (.70); revise motion and prepare exhibits re same (3.00); exchange correspondence with F. Childress re same (.30); telephone conference with B. Ruhlander re same (.30). | 4.30 | $475 | $2,042.50 |
| Total | | | 38.70 | | $18,382.50 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 2/6/2013 | Prepare quarterly fee application (1.30). | 1.30 | $475 | $617.50 |
| RJH | 2/14/2013 | Prepare RJH fourth quarter 2012 application for filing (.40). | .40 | $475 | $190.00 |
| RJH | 2/28/2013 | Prepare January 2013 RJH fee application (2.00). | 2.00 | $475 | $950.00 |
| Total | | | 3.70 | | $1,757.50 |

| | | **Matter 12** | | **Fee Applications, Others** | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 2/26/2013 | Review and comment on draft Grant Thornton fee application (.70). | .70 | $475 | $332.50 |
| Total | | | 0.70 | | $ 332.50 |

**Matter 14**            **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/1/2013 | Telephone conference with M. Jones re "show cause" orders (.50); analyze issues re same (.20); review court order re omnibus hearing scheduling (.20). | .90 | $475 | $427.50 |
| RJH | 2/4/2013 | Telephone conferences with T. Cobb re Scotts adversary show cause order (.70); legal research re same (.80); revise draft joint statement re same (1.00); exchange correspondence with various parties re same (1.20). | 3.70 | $475 | $1,757.50 |
| RJH | 2/5/2013 | Incorporate edits into Scotts adversary statement (1.30); exchange correspondence with T. Cobb re same (.40). | 1.70 | $475 | $807.50 |
| RJH | 2/6/2013 | Revise Scotts adversary joint statement (1.00); exchange correspondence with various parties re same (.40). | 1.40 | $475 | $665.00 |
| RJH | 2/7/2013 | Exchange correspondence with various parties re joint statement (.70); prepare same for filing (.50); review and comment on draft agenda for 2/25 hearing (.30); review and analyze Chakarian adversary show cause order statement (.30); telephone conference with J. Gettleman re same (.20); review and exchange correspondence with various parties re same (.30). | 2.30 | $475 | $1,092.50 |
| RJH | 2/8/2013 | Review and analyze final draft Chakarian adversary proceeding statement (.20); exchange correspondence with K. Makowski re open adversary proceedings (.20). | .40 | $475 | $190.00 |
| RJH | 2/14/2013 | Prepare and execute notices of appearance re Chakarian and Scotts adversary proceedings (.70); exchange correspondence with various parties re Court's request for May 1 status report (.50). | 1.20 | $475 | $570.00 |
| Total | | | 11.60 | | $5,510.00 |

**Matter 15**            **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/6/2013 | Analyze issues re claim litigation matter (1.00); draft and exchange correspondence with J. O'Neill and K. Makowski re same (.30); telephone conference with J. O'Neill and K. Makowski re same (.80); telephone conference with J. Hughes re same (.60). | 2.70 | $475 | $1,282.50 |
| RJH | 2/22/2013 | Telephone conference with J. Hughes re claims litigation matter (.40). | .40 | $475 | $190.00 |
| RJH | 2/26/2013 | Telephone conference with K. Makowski re claims litigation (.20); draft correspondence to D. Baldwin re same (.20). | .40 | $475 | $190.00 |
| Total | | | 3.50 | | $1,662.50 |

**Matter 16**                                                                 **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/8/2013 | Review and analyze bank lenders reply brief (.70). | .70 | $475 | $332.50 |
| RJH | 2/11/2013 | Review and analyze lenders reply brief (1.00). | 1.00 | $475 | $475.00 |
| RJH | 2/12/2013 | Participate in plan proponents' counsel conference call (1.30). | 1.30 | $475 | $617.50 |
| RJH | 2/18/2013 | Review and analyze Speights motion for extension of time (.50). | .50 | $475 | $237.50 |
| RJH | 2/19/2013 | Review and comment on Debtors' response to Anderson Memorial motion to extend time to file reply (.50). | .50 | $475 | $237.50 |
| RJH | 2/22/2013 | Review and analyze Garlock reply brief (2.00). | 2.00 | $475 | $950.00 |
| RJH | 2/24/2013 | Review and analyze Montana reply brief (1.20); analyze Crown brief (1.00). | 2.20 | $475 | $1,045.00 |
| RJH | 2/25/2013 | Review and analyze Garlock reply brief (1.70); prepare for telephone conference with counsel for Plan proponents (.30); participate in same (1.50). | 3.50 | $475 | $1,662.50 |
| Total | | | 11.70 | | $5,557.50 |

**E**XHIBIT **B**

**February 2013 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $191.24 |
| Online research | $503.28 |
| Total: | **$ 711.47** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 3/5/2013 | $16.95 | ICI Telecon IC -Grace conference call charges for March |
| 3/7/2013 | $191.24 | Fax and other charges |
| 3/15/2013 | $503.28 | Lexis Nexis - Grace charges for February |
| Total | $ 711.47 | |

Total February 2013 Expenses: $711.47