Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2188445 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 03/07/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA 22902 | | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 14.30 |
| Docket Entries | 71.70 |
| Messenger Service | 7.50 |
| Federal Express | 45.38 |
| CURRENT EXPENSES | 138.88 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 138.88 |
| **NET AMOUNT OF THIS INVOICE** | 138.88 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2188441 |
|---|---|---|
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 03/07/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00001 |
| Charlottesville, VA 22902 | | |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/18/13 | TKD | Review filing related to settlement of EPA site in Nashville TN | 0.5 | 325.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

| CURRENT FEES | 325.00 |
|---|---|

| **TOTAL AMOUNT OF THIS INVOICE** | 325.00 |
|---|---|

| **NET AMOUNT OF THIS INVOICE** | 325.00 |
|---|---|

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number   2188442 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date   03/07/13 |
| Peninsula Capital Advisors LLC | Client Number   359022 |
| 404B East Main Street | Matter Number   00003 |
| Charlottesville, VA 22902 | |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/18/13 | TKD | Review Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans | 0.4 | 260.00 |
| 02/18/13 | TKD | Review Order approving entry into Credit Agreement | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.6 | at | $650.00 | = | 390.00 |

CURRENT FEES                                                                    390.00

**TOTAL AMOUNT OF THIS INVOICE**                                               390.00

**NET AMOUNT OF THIS INVOICE**                                                 390.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2188443 |
| Invoice Date | 03/07/13 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/04/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 02/05/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 02/12/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 02/18/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 02/19/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 02/20/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 02/21/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 02/22/13 | TKD | Review the case filings and share with team | 0.4 | 260.00 |
| 02/25/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 02/26/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 02/27/13 | TKD | Review daily case filings and share with team | 0.4 | 260.00 |
| 02/28/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| | | TOTAL HOURS | 5.1 | |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022                   WR Grace - Official Committee of Equity Security              Invoice Number  2188443
00004                    Holders                                                       Page 2
03/07/13                 Case Administration

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 5.1 | at | $650.00 | = | 3,315.00 |

CURRENT FEES                                                      3,315.00


**TOTAL AMOUNT OF THIS  INVOICE**                                 3,315.00


**NET AMOUNT OF THIS INVOICE**                                    3,315.00

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2188444 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 03/07/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00008 |
| Charlottesville, VA 22902 | | |

Re:   Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/07/13 | TKD | Attended committee meeting | 1.1 | 715.00 |
| 02/07/13 | TKD | Review press release and earnings statement for Grace | 0.4 | 260.00 |
| | | TOTAL HOURS | 1.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.5 | at | $650.00 | = | 975.00 |
| CURRENT FEES | | | | | 975.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 975.00 |
| **NET AMOUNT OF THIS INVOICE** | 975.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number  2188446 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  03/07/13 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00015 |
| Charlottesville, VA  22902 | |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/20/13 | TKD | Review CNOs | 0.4 | 260.00 |
| 02/21/13 | TBB | Draft CNO to Saul Ewing's Forty Second Monthly Fee Application. | 0.5 | 97.50 |
| 02/21/13 | TBB | File and serve CNO to Saul Ewing's Forty Second Monthly Fee Application. | 0.8 | 156.00 |
| 02/21/13 | TBB | Review docket for any objections file to Saul Ewing's Forty Second Monthly Fee Application. | 0.1 | 19.50 |
| 02/27/13 | TKD | Review Saul Ewing fee application and approve for filing | 0.3 | 195.00 |
| 02/27/13 | TBB | Draft Saul Ewing's Forty Third Monthly Fee Application. | 0.7 | 136.50 |
| 02/27/13 | TBB | File and serve Saul Ewing's Forty Third Monthly Fee Application. | 0.8 | 156.00 |
| 02/27/13 | TBB | Calendar dates. | 0.1 | 19.50 |
| 02/28/13 | TKD | Review, approve fee application | 0.4 | 260.00 |
| | | TOTAL HOURS | 4.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.0 | at | $195.00 | = | 585.00 |
| Teresa K.D. Currier | 1.1 | at | $650.00 | = | 715.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
03/07/13

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Applicant

Invoice Number  2188446
Page 2

| | |
|---|---|
| CURRENT FEES | 1,300.00 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 1,300.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,300.00 |

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2188447 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 03/07/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00016 |
| Charlottesville, VA  22902 | | |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/22/13 | TKD | Review Kramer CNO and approve for filing | 0.2 | 130.00 |
| 02/22/13 | TBB | Draft CNO to Kramer Levin's One Hundred and Thirty Sixth Monthly Fee Application. | 0.4 | 78.00 |
| 02/22/13 | TBB | File and serve  CNO to Kramer Levin's One Hundred and Thirty Sixth Monthly Fee Application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 1.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.2 | at | $195.00 | = | 234.00 |
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

| | |
|---|---|
| CURRENT FEES | 364.00 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 364.00 |
| **NET AMOUNT OF THIS INVOICE** | 364.00 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2188449 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    03/07/13 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00020 |
| Charlottesville, VA  22902 | |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/13:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/15/13 | TKD | Review Anderson Memorial Motion for extra time | 0.4 | 260.00 |
| 02/19/13 | TKD | Review Jamie ONeill response to Anderson Memorial motion for additional time to file reply; communicate with David Blabey and Jamie ONeill re same | 0.5 | 325.00 |
| 02/19/13 | TKD | Review Her Majesty the Queen Reply Brief | 0.6 | 390.00 |
| 02/19/13 | TKD | Review State of Montana Reply Brief | 0.4 | 260.00 |
| 02/20/13 | TKD | Review Garlock Reply Brief | 0.5 | 325.00 |
| 02/25/13 | TKD | Review two replies, State of Montana and Her Majesty the Queen | 0.6 | 390.00 |
| 02/26/13 | TKD | Review letter to Merits Panel from Bank Lender Group enclosing Castleton decision and informing court about it. | 0.3 | 195.00 |
| 02/26/13 | TKD | Review Anderson Memorial HOspital Reply | 0.4 | 260.00 |
| | | TOTAL HOURS | 3.7 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022           WR Grace - Official Committee of Equity Security        Invoice Number  2188449
00020            Holders                                                  Page 2
03/07/13         Plan and Disclosure Statement

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 3.7 | at | $650.00 | = | 2,405.00 |
| CURRENT FEES | | | | | 2,405.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                                          2,405.00

**NET AMOUNT OF THIS INVOICE**                                             2,405.00