**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


March 26, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11265


Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/1/2013 JAW | | Review, revise, update, and make corrections to excel project category database for Lukins' 6th-15th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.8) | 1.80 | 315.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Ashby's 6th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (0.4) | 0.40 | 70.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Hillsoft's 5th-29th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.4) | 1.40 | 245.00 |
| | JAW | Update 45th project category spreadsheet for PwC per B. Ruhlander (0.1) | 0.10 | 17.50 |
| | JAW | Continue to review, revise, update, and make corrections to excel project category database for PI Comm's 5th-33rd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.1) | 1.10 | 192.50 |
| | AL | Update database with Kramer's December fee application | 0.20 | 16.00 |
| | AL | Update database with Alan Rich's January fee application (.2) and electronic detail (.1) | 0.30 | 24.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Elzufon's 6th-14th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts | 1.50 | 262.50 |

---

W.R. Grace & Co.                                                                                                          Page     2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | requested in the interim fee applications making formula corrections as needed (1.5) |  |  |
| 2/1/2013 | BSR | Review of Anderson Kill & Olick's Oct. 2012 monthly fee application and fee and expense summary re same | 0.40 | 124.00 |
|  | BSR | telephone conference with Mark Margulies, Rob Levin, and Matt Abraham of Grant Thornton re additional information needed in response to supplemental initial report (46Q) (.7); preparation for same (.1) | 0.80 | 248.00 |
| 2/2/2013 | BSR | Review of Caplin & Drysdale's Oct. 2012 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Bilzin Sumberg's Oct. 2012 monthly fee application | 0.10 | 31.00 |
|  | BSR | Review of Baker Donelson's Nov. 2012 monthly fee application | 0.10 | 31.00 |
|  | BSR | Review of Bilzin Sumberg's Nov. 2012 monthly fee application | 0.10 | 31.00 |
|  | BSR | Review of Baker Donelson's Oct. 2012 monthly fee application | 0.10 | 31.00 |
|  | BSR | Review of Beveridge & Diamond's Oct. 2012 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
|  | BSR | Review of Ferry Joseph's Nov. 2012 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Charter Oak's Oct. 2012 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Casner & Edwards' October 2012 (.2) and November 2012 (.1) monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
|  | BSR | Review of Capstone's Nov. 2012 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Capstone's Oct. 2012 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
| 2/3/2013 | BSR | Review of Foley Hoag's Nov. 2012 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Kaye Scholer's October and November 2012 monthly fee applications | 0.20 | 62.00 |
|  | BSR | Review of Kirkland & Ellis' Oct. 2012 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
|  | BSR | Review of Foley Hoag's October 2012 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/3/2013 BSR | Review of October and November 2012 monthly fee applications of Law Office of Roger Higgins, as well as fee and expense summaries re same | | 0.50 | 155.00 |
| 2/4/2013 BSR | Review of Norton Rose's Oct. 2012 monthly fee application | | 0.10 | 31.00 |
| BSR | Review of Kirkland & Ellis' Oct. and Nov. 2012 monthly fee applications and fee and expense summaries re same | | 1.90 | 589.00 |
| BSR | Detailed review of Kramer Levin's Oct. 2012 monthly fee application | | 0.20 | 62.00 |
| BSR | Review of Legal Analysis Systems' Oct. 2012 monthly fee application and fee and expense summary re same | | 0.10 | 31.00 |
| BSR | Review of Pachulski's Oct. 2012 monthly fee application and fee and expense summary re same | | 0.40 | 124.00 |
| AL | Update database with Bilzin's December electronic detail (.1); Ferry's October CNO (.1); BMC's October fee application (.2); BMC's November fee application (.2); BMC's December fee application (.2); Woodcock's December fee application (.2); Beveridge's December electronic detail (.1); Blackstone's December electronic detail (.1); Deloitte Tax November fee application (.2); Deloitte Tax December fee application (.2); Deloitte Tax September fee application (.2); Deloitte Tax August fee application (.2); Deloitte Tax June fee application (.2); Ferry's November CNO (.1); Bilzin's November CNO (.1) | | 2.40 | 192.00 |
| 2/5/2013 AL | update database with Hogan's November CNO (.1); Scarfone's November CNO (.1); Lauzon's November CNO (.1); AKO's December electronic detail (.1); Caplin's December electronic detail (.2); Campbell's December electronic detail (.1); Charter's December electronic detail (.2); Woodcock's December fee application (.2); Casner's December fee application (.2); PWC's December fee application (.2); Beveridge's July through September fee application (.2) | | 1.70 | 136.00 |
| 2/6/2013 JAW | Detailed review of Fragomen's September 2012 fee application (0.20); draft summary of same (0.10) | | 0.30 | 52.50 |
| AL | Update database with BMC's October (.1) November (.1) and December (.1) electronic detail; Reed's December fee application (.2); K&E's December fee application (.2); Beveridge's December fee application (.2); Woodcock's December electronic detail (.2); Deloitte Tax June (.1) July (.1) August (.1) September (.1) October (.1) and November (.1) electronic detail | | 1.70 | 136.00 |
| JAW | Detailed review of Fragomen's July 2012 fee application (0.30); draft summary of same (0.20) | | 0.50 | 87.50 |
| JAW | Detailed review of Fragomen's August 2012 fee application (0.20); draft summary of same (0.10) | | 0.30 | 52.50 |
| JAW | Detailed review of Fragomen's November 2012 fee application (0.10); draft summary of same (0.10) | | 0.20 | 35.00 |

W.R. Grace & Co.                                                                                                                  Page    4

|            |     |                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/6/2013   | JAW | Detailed review of Fragomen's October 2012 fee application (0.10); draft summary of same (0.10)              | 0.20  | 35.00  |
|            | JAW | Detailed review of Fragomen's December 2012 fee application (0.20); draft summary of same (0.20)             | 0.40  | 70.00  |
| 2/7/2013   | JAW | Detailed review of Caplin's November 2012 fee application (0.30); draft summary of same (0.10)               | 0.40  | 70.00  |
|            | JAW | Detailed review of Charter's November 2012 fee application (0.20); draft summary of same (0.10)              | 0.30  | 52.50  |
|            | JAW | Detailed review of Orrick's November 2012 fee application (0.40); draft summary of same (0.30)               | 0.70  | 122.50 |
|            | JAW | E-mail to B. Ruhlander regarding missing pages to Beveridge's November 2012 fee application (0.10)           | 0.10  | 17.50  |
|            | JAW | Detailed review of Beveridge's November 2012 fee application (0.50); draft summary of same (0.10)            | 0.60  | 105.00 |
|            | JAW | Detailed review of Blackstone's November 2012 fee application (0.10); draft summary of same (0.10)           | 0.20  | 35.00  |
|            | JAW | Detailed review of Campbell's November 2012 fee application (0.60); draft summary of same (0.10)             | 0.70  | 122.50 |
|            | JAW | Detailed review of Anderson's November 2012 fee application (0.60); draft summary of same (0.10)             | 0.70  | 122.50 |
|            | JAW | Detailed review of Saul Ewing's December 2012 fee application (0.40); draft summary of same (0.10)           | 0.50  | 87.50  |
|            | JAW | Detailed review of Pachulski's December 2012 fee application (0.60); draft summary of same (0.10)            | 0.70  | 122.50 |
|            | JAW | Detailed review of Stroock's December 2012 fee application (0.50); draft summary of same (0.10)              | 0.60  | 105.00 |
|            | JAW | Detailed review of Foley's December 2012 fee application (0.40); draft summary of same (0.50)                | 0.90  | 157.50 |
|            | JAW | Detailed review of Higgins' December 2012 fee application (0.50); draft summary of same (0.10)               | 0.60  | 105.00 |
|            | JAW | Detailed review of Kramer's December 2012 fee application (0.40); draft summary of same (0.60)               | 1.00  | 175.00 |
|            | BSR | Continue drafting final report for Grant Thornton's 1st interim fee application (5.7); draft email to Mark Margulies requesting additional information re same (.4) | 6.10  | 1,891.00 |

W.R. Grace & Co. Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/7/2013 | AL | Update database with Capstone's December electronic detail (.1); Casner's December electronic detail (.1); Woodcock's December electronic detail (.1) | 0.30 | 24.00 |
| | AL | Research Pacer re objections to WHSA's December fee application (.4); draft of WHSA's December CNO (.3); update database with same (.1); electronic filing with the court of WHSA's December CNO (.4) | 1.20 | 96.00 |
| 2/8/2013 | BSR | Continue drafting final report re Grant Thornton's first interim fee application | 0.50 | 155.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for PwC's 6th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (7.4) | 7.40 | 1,295.00 |
| | AL | Update database with Sanders' January fee application (.2) and electronic detail (.1); Casner's December electronic detail (.1) | 0.40 | 32.00 |
| 2/10/2013 | BSR | Compile information on remaining fee applications for the 46th interim period needed by James Wehrmann in order to complete the project category spreadsheet | 1.00 | 310.00 |
| 2/11/2013 | BSR | Receive and review response of Beveridge & Diamond to initial report (45Q) | 0.10 | 31.00 |
| | BSR | Continue drafting omnibus final report for the 46th interim period | 0.90 | 279.00 |
| | BSR | Conference with James Wehrmann re remaining applicants to be put on project category spreadsheet for the 46th interim period | 0.10 | 31.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Richardson's 6th-26th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.7) | 3.70 | 647.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Watchell's 6th-9th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (0.8) | 0.80 | 140.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Woodcock's 6th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.8) | 3.80 | 665.00 |
| 2/12/2013 | JAW | Review 46th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Beveridge (45th and 46th) (1.4), Orrick (0.3),Woodcock (45th and 46th) (0.4),and Fragomen (0.2) | 2.30 | 402.50 |

W.R. Grace & Co.   Page 6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/12/2013 | AL | Receive and review email from J. Wehrmann re update 46th interim spreadsheet (.1); update database with same (.2); Review of 46th interim category spreadsheet (2.5) | 2.80 | 224.00 |
| | AL | Update database with Ferry's December electronic detail | 0.20 | 16.00 |
| | BSR | Review of Beveridge & Diamond's 46th quarterly fee application (monthly applications previously reviewed) | 0.30 | 93.00 |
| | BSR | Draft initial report re Beveridge & Diamond's quarterly fee application for the 46th interim period | 1.00 | 310.00 |
| | BSR | Review of draft WHSA monthly fee application for Jan. 2013 and email to Anthony Lopez re same | 0.20 | 62.00 |
| | BSR | Continue drafting omnibus final report for the 46th interim period | 0.50 | 155.00 |
| | AL | Receive, review and finalize Beveridge's 46th interim IR (.4); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.60 | 48.00 |
| | AL | Draft of WHSA's January fee application (1.8); update database with same (.2); draft email to B. Ruhlander and J. Wehrmann re review of same (.1) | 2.10 | 168.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Protiviti's 10th-39th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.7) | 3.70 | 647.50 |
| | JAW | E-mail to B. Ruhlander forwarding updated 46th project category spreadsheet (0.10) | 0.10 | 17.50 |
| 2/13/2013 | AL | Receive and review email from J. Wehrmann re revisions to WHSA's January fee application (.1); draft revisions to WHSA's fee application (.8); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.20 | 96.00 |
| | BSR | Brief review of WHSA monthly fee application for Jan. 2013 | 0.10 | 31.00 |
| | BSR | Review most recent version of draft project category spreadsheet (.7); email to James Wehrmann re revisions to same (.3) | 1.00 | 310.00 |
| | JAW | Review corrections made to Warren H. Smith's January 2013 fee statement (0.10); e-mail to A. Lopez confirming changes made (0.10) | 0.20 | 35.00 |
| | JAW | Research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Deloitte Tax's 38th-40th interims (0.6); draft final fee chart for 38th-40th interims for Deloitte Tax reflecting same (0.3) | 0.90 | 157.50 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/13/2013 JAW | Review, revise, update, and make corrections to excel project category database for Goodwin's 11th-22th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.0) | | 1.00 | 175.00 |
| AL | Update database with Beveridge's July through September fee application (.2); Casner's December fee application (.2); Phillips' December electronic detail (.1); PWC's 47th Interim electronic detail (.1); Bilzin's December fee application (.2); Pachulski's October through December fee application (.2); Campbell's December fee application (.2); AKO's December fee application (.2); Campbell's 47th interim electronic detail (.1); Charter's 47th interim electronic detail (.1); Caplin's 47th interim electronic detail (.1); AKO's 47th interim electronic detail (.1); Caplin's December fee application (.2); Charter's December fee application (.2); BMC's October through December fee application (.2); Capstone's December fee application (.2); Blackstone's December fee application (.2) | | 2.80 | 224.00 |
| BSR | Continue drafting final report re Grant Thornton (46Q) | | 2.70 | 837.00 |
| JAW | E-mail to B. Ruhlander forwarding updated 46th project category spreadsheet (0.10) | | 0.10 | 17.50 |
| JAW | revise 46th project category spreadsheet for the following applicants, per e-mail from B. Ruhlander - Baker Donelson (0.40), Judge Sanders (0.10), Steptoe (0.10), Grant Thornton (0.10), Woodcock (0.10), Ashby (0.10), Deloitte Tax (0.10), PwC GRP (0.10), and E. Warren (0.10); | | 1.20 | 210.00 |
| JAW | Review of e-mail from B. Ruhlander 46th project category spreadsheet and revisions needed to same (0.20) | | 0.20 | 35.00 |
| JAW | Review, revise, update, and make corrections to excel project category database for Duff's 11th-12th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (0.3) | | 0.30 | 52.50 |
| JAW | Review, revise, update, and make corrections to excel project category database for Deloitte & Touche's 11th-29th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.1) | | 2.10 | 367.50 |
| JAW | Proofread Warren H. Smith's January 2013 fee statement and notice of filing (0.60); e-mail to A. Lopez regarding any revisions needed to same (0.10) | | 0.70 | 122.50 |
| 2/14/2013 AL | Receive and review email from B. Ruhlander re Grants' 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | | 0.40 | 32.00 |

W.R. Grace & Co.                                                                                                                                    Page     8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/14/2013 | BSR | telephone conference with Roger Higgins re debtor's intention to continue hearing on Baker Donelson's modified retention to April omnibus hearing (.1); email to Warren Smith re same (.2) | 0.30 | 93.00 |
|  | BSR | Review of WHSA Jan. 2013 monthly fee application (.2); emails to and from Warren Smith and Anthony Lopez re same (.4) | 0.60 | 186.00 |
|  | BSR | Detailed review of Fragomen's monthly and quarterly fee applications for the period of July through September 2012 (.7); email to Scott Bettridge with question re same (.1); review response of Scott Bettridge (.1) | 0.90 | 279.00 |
|  | BSR | Check docket for notice of change of March 25 hearing date to April 2; email to Warren Smith and Anthony Lopez re same (0.2 split between two cases) | 0.10 | 31.00 |
|  | BSR | Review email from Warren Smith re issue of "client acceptance procedures" in Grant Thornton final report (.1); email to Mark Margulies requesting additional information concerning "client acceptance procedures" (.1) | 0.20 | 62.00 |
|  | BSR | Continue drafting omnibus final report for the 46th interim period | 0.30 | 93.00 |
|  | BSR | Receive and review response of Orrick to initial report (46Q) (.2); research air fare comparable re same (.3) | 0.50 | 155.00 |
|  | BSR | Draft final report re Orrick's 46th interim fee application | 0.70 | 217.00 |
|  | AL | Receive and review email from J. Wehrmann re WHSA's January fee application (.1); draft email to W. Smith re review of WHSA's January fee application (.1) | 0.20 | 16.00 |
|  | JAW | E-mail to to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
|  | AL | Receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Fragomen's July (.1) Fragomen's August (.1) Fragomen's September (.1) Fragomen's October (.1) Fragomen's November (.1) Fragomen's December (.1) AKO's November (.1) Beveridge's November (.1) Blackstone's November (.2) Campbell's November (.1) Caplin's November (.2) Capstone's November (.1) Casner's November (.1) Charter's November (.1) Ferry's November (.1) Foley's November (.1) Fragomen's November (.1) Higgins' November (.2) K&E's November (.1) Pachulski's November (.1) PWC's November (.1) Reed's November (.1) Rich's November (.1) Saul's November (.2) Stroock's November (.1) Foley's December (.1) Fragomen's December (.1) Higgins' December (.1) Kramer's December (.2) Orrick's December (.1) Pachulski's December (.1) Rich's December (.1) Saul's December (.1) and Stroock's December (.1) | 4.00 | 320.00 |
|  | AL | Receive and review email from W. Smith re revisions to WHSA's January fee application (.1); draft revisions to WHSA's fee application (.8); update database with same (.2); draft email to W. Smith re review of same (.1) | 1.20 | 96.00 |

W.R. Grace & Co.                                                                                                    Page      9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/14/2013 | JAW | Review, revise, update, and make corrections to excel project category database for Capstone's 12th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (6.2) | 6.20 | 1,085.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Austern's 13th-43rd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.0) | 2.00 | 350.00 |
| 2/15/2013 | BSR | Receive and review email from Mark Margulies re client acceptance procedures | 0.20 | 62.00 |
|  | BSR | receive, review, and respond to email from Roger Higgins re quarterly fee application | 0.10 | 31.00 |
|  | BSR | Draft final report re Grant Thornton (46Q) | 0.40 | 124.00 |
|  | JAW | Continue to review, revise, update, and make corrections to excel project category database for Austern's 13th-43rd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.2) | 1.20 | 210.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Swidler's 13th-20th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.0) | 1.00 | 175.00 |
|  | JAW | Review, revise, update, and make corrections to excel project category database for Baker Donelson's 14th-42nd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.4) | 1.40 | 245.00 |
|  | AL | Receive and review email from B. Ruhlander re Grant's 46th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 32.00 |
| 2/16/2013 | BSR | Draft final report re Orrick's 46th interim fee application | 0.70 | 217.00 |
| 2/18/2013 | AL | Receive and review email from W. Smith re approval of WHSA's January fee application (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's January fee application (.4); prepare same for service (.1) | 1.00 | 80.00 |

W.R. Grace & Co.        Page 10

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/18/2013 | AL | Receive and review email from W. Smith re approval of Grant's 46th interim final report (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of Grant's 46th interim final report (.3); prepare same for service (.1) | 0.90 | 72.00 |
| 2/19/2013 | WHS | detailed review of FR Grant Thornton 46Q 7-9.12 | 0.30 | 100.50 |
|  | WHS | Receive and review agenda | 0.10 | 33.50 |
|  | WHS | Detailed review of, and revisions to, FR Orrick 46Q 7-9.12 | 0.30 | 100.50 |
|  | AL | Receive and review email from W. Smith re approval of Orrick's 46th interim final report (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of Orrick's 46th interim final report (.4); prepare same for service (.1) | 1.00 | 80.00 |
|  | AL | Receive and review email from B. Ruhlander re Orrick's 46th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); update database with Rich's October through December interim fee application (.2) and electronic detail (.1); Sanders' October through December interim fee application (.2) and electronic detail (.1) | 1.00 | 80.00 |
|  | BSR | Research docket for any other applications for the 46th interim period (.1); email to Anne Moran at Steptoe inquiring as to their fee applications (.1) | 0.20 | 62.00 |
|  | BSR | Continue drafting final report re Orrick (46Q) (.7); email to Warren Smith re same (.1); review email from Warren Smith re same (.1) | 0.90 | 279.00 |
|  | BSR | telephone conference (2) with Warren Smith re project category spreadsheet (.2); telephone conference with James Wehrmann re same (.1); review of project category spreadsheet (.3) | 0.60 | 186.00 |
| 2/20/2013 | JAW | Detailed review of Bilzin's December 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Reed's December 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Casner's December 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Charter Oak's December 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Campbell's December 2012 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
|  | JAW | Detailed review of Woodcock's December 2012 fee application (0.30); draft summary of same (0.20) | 0.50 | 87.50 |

W.R. Grace & Co.                                                                                                                          Page    11

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/20/2013 | JAW | Detailed review of BMC Group's October 2012 fee application (0.90); draft summary of same (0.20) | 1.10 | 192.50 |
|  | JAW | Detailed review of BMC Group's November 2012 fee application (0.70); draft summary of same (0.10) | 0.80 | 140.00 |
|  | JAW | Detailed review of Deloitte Tax November 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Deloitte Tax October 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Deloitte Tax September 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Deloitte Tax June 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Deloitte Tax July 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Deloitte Tax August 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | BSR | receive, review, and respond to email from Roger Higgins in modification of Baker Donelson's retention | 0.10 | 31.00 |
|  | BSR | E-mail to Grant Thornton re final report (46Q) | 0.10 | 31.00 |
|  | BSR | E-mail to Orrick re final report (46Q) | 0.10 | 31.00 |
|  | BSR | receive, review, and respond to email from Matthew Abraham of Grant Thornton re timing of payment of their holdback | 0.10 | 31.00 |
| 2/21/2013 | AL | Update database with Scholer's December electronic detail (.1); Reed's October through December fee application (.2); Foley's October through December fee application (.2); Deloitte Tax's October through December fee application (.2); Ewing's November CNO (.1); Hogan's January electronic detail (.1); PWC's October through December fee application (.2); Blackstone's October through December fee application (.2); Higgins' October through December fee application (.2) | 1.50 | 120.00 |
|  | AL | Receive, review and finalize Deloitte Tax 46th interim initial report (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 40.00 |
|  | AL | Draft of WHSA's Interim fee application (2.8); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 3.10 | 248.00 |
|  | JAW | Detailed review of Anderson's December 2012 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |

W.R. Grace & Co. Page   12

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/21/2013 | JAW | Detailed review of Capstone's December 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | BSR | receive, review, and respond to email from Mat Abraham re revisions to Grant Thornton final report for the 46th interim period | 0.90 | 279.00 |
|  | BSR | Review draft motion and affidavit sent by Roger Higgins concerning Baker Donelson | 1.50 | 465.00 |
|  | JAW | Detailed review of BMC Group's December 2012 fee application (0.70); draft summary of same (0.10) | 0.80 | 140.00 |
|  | JAW | Detailed review of Beveridge's December 2012 fee application (0.80); draft summary of same (0.20) | 1.00 | 175.00 |
|  | BSR | Draft initial report re Deloitte Tax's interim fee application for the 43rd through 46th interim periods | 0.90 | 279.00 |
|  | BSR | Review of Deloitte Tax's quarterly application for the period of October 2011 through September 2012, as well as monthly fee applications for June through Sept. 2012 | 1.60 | 496.00 |
|  | BSR | Research docket for other fee applications pertaining to the 46th interim period | 0.50 | 155.00 |
|  | BSR | telephone conferences (2) with Mat Abraham at Grant Thornton re final report (.3) and revise same (.3) | 0.50 | 155.00 |
| 2/22/2013 | JAW | Proofread Warren H. Smith's 47th Interim Fee Application (0.50); e-mail to A. Lopez regarding revisions needed to same (0.10) | 0.60 | 105.00 |
|  | JAW | Review revisions made to Warren H. Smith's 47th Interim Fee Application (0.10); e-mail to A. Lopez confirming revisions made (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Caplin's December 2012 fee application (2.20); draft summary of same (0.30) | 2.50 | 437.50 |
|  | AL | Receive and review email from B. Ruhlander re Grant's Revised 46th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 32.00 |
|  | BSR | E-mail to Warren Smith re amended final report for Grant Thornton | 0.10 | 31.00 |
|  | AL | Update database with Campbell's October through December fee application (.2); AKO's October through December fee application (.2); Caplin's October through December fee application (.2); Charter's October through December fee application (.2); Scarfone's January electronic detail (.1); Lauzon's January electronic detail (.1); LAS's October through December fee application (.2); Casner's October through December fee application (.2); Higgins' October through December fee application (.2); PWC's December CNO (.1); Woodcock's October through December fee application (.2); Foley's October through December fee application (.2); | 3.60 | 288.00 |

W.R. Grace & Co. Page 13

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | Phillips' October through December fee application (.2); Ewing's January fee application (.2); Kramer's December CNO (.1); Scholer's January fee application (.2); Ferry's December fee application (.2); Higgins' November fee application (.2); Higgins' October fee application (.2); Higgins' December fee application (.2) | | |
| 2/22/2013 | AL | Receive and review email from J. Wehrmann re revisions to WHSA's 47th Interim fee application (.1); draft revisions to same (.9); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.30 | 104.00 |
| | AL | Draft email to W. Smith re approval of WHSA's Interim fee application | 0.10 | 8.00 |
| | BSR | E-mail to Grant Thornton re amended final report (46Q) | 0.10 | 31.00 |
| | BSR | Additional review of motion to modify Baker Donelson's retention application, as well as recent Baker Donelson fee applications, in preparation for call with Warren Smith | 0.30 | 93.00 |
| | BSR | E-mail to Deloitte Tax re initial report for the 46th interim fee period | 0.10 | 31.00 |
| 2/23/2013 | JAW | Detailed review of Kirkland's December 2012 fee application (5.90); draft summary of same (0.60) | 6.50 | 1,137.50 |
| | JAW | Detailed review of PwC's December 2012 fee application (0.50); draft summary of same (0.20) | 0.70 | 122.50 |
| 2/25/2013 | JAW | Review, revise, update, and make corrections to excel project category database for Phillip's 13th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (6.3) | 6.30 | 1,102.50 |
| | AL | Receive and review email from W. Smith re approval of Grant's Revised 46th interim final report (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of Grant's 46th interim final report (.4); prepare same for service (.1); receive and review email from W. Smith re approval of WHSA's Interim Fee Application (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's Interim Fee Application (.3); prepare same for service (.1) | 1.90 | 152.00 |
| | AL | Update database with Phillips' December CNO (.1); Phillips' January electronic detail (.1) | 0.20 | 16.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Latham's 13th-29th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.9) | 2.90 | 507.50 |

W.R. Grace & Co. Page 14

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/25/2013 BSR | | telephone conference with Roger Higgins re draft motion to revise Baker Donelson's retention; email to Warren Smith re same | 0.10 | 31.00 |
| | BSR | telephone conference with Warren Smith re draft motion to revise Baker Donelson's retention | 0.10 | 31.00 |
| | BSR | Legal research re use of Section 363(b) to retain lobbyist (2.8); email memorandum (2) to Warren Smith re same (1.8) | 4.60 | 1,426.00 |
| | WHS | Detailed eview of Baker Donelson draft motion and affidavit (.5); t/c with Bobbi Ruhlander re same (.1) | 0.60 | 201.00 |
| 2/26/2013 JAW | | Review, revise, update, and make corrections to excel project category database for Deloitte Tax's 16th-42nd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.2) | 2.20 | 385.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Buchanan's 16th-33rd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.0) | 3.00 | 525.00 |
| | WHS | Receive and review email from Bobbi Ruhlander re Baker Donalson motion and research (.2): t/c with Bobbi Ruhlander re same (.1) | 0.10 | 33.50 |
| | WHS | receive, review, and revise draft email to Roger Higgins | 0.30 | 100.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Lexecon's 15th-29th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.6) | 1.60 | 280.00 |
| | BSR | receive, review, and respond to email from Karen Harvey re The Hogan Firm's fee applications for the period of Oct. through Dec. 2012 | 0.10 | 31.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for CIBC's 13th-22nd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.9) | 1.90 | 332.50 |
| | AL | Update database with Hogan's December CNO (.1); Scarfone's December CNO (.1); Lauzon's December CNO (.1) | 0.30 | 24.00 |
| | BSR | telephone conference with Warren Smith re draft motion and affidavit concerning Baker Donelson retention modification (.1); email to Warren Smith re same (.3); review email from Warren Smith re same (.1); email to Roger Higgins re same (.2) | 0.70 | 217.00 |

W.R. Grace & Co. Page 15

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/27/2013 | AL | Receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Deloitte Tax's November (.1) Deloitte Tax's October (.2) Deloitte Tax's September (.1) Deloitte Tax's August (.1) Deloitte Tax's July (.1) Deloitte Tax's June (.1) BMC's October (.1) Ferry's October (.2) BMC's November (.1) AKO's December (.1) Beveridge's December (.1) Bilzin's December (.2) BMC's December (.1) Campbell's December (.1) Caplin's December (.1) Capstone's December (.2) Casner's December (.2) Charter's December (.1) Foley's December (.1) Fragomen's December (.1) Higgins' December (.1) K&E's December (.2) Kramer's December (.1) Orrick's December (.1) Pachulski's December (.2) PWC's December (.2) Reed's December (.1) Rich's December (.1) Stroock's December (.1) and Woodcock's December (.1) fee and expense summaries; Ewing's December CNO (.1); Foley's January electronic detail (.1) | 4.10 | 328.00 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for LEGC's 16th-17th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (0.3) | 0.30 | 52.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Scott Law's 16th-29th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.0) | 2.00 | 350.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Anderson's 18th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.7) | 4.70 | 822.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Beveridge's 18th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.4) | 1.40 | 245.00 |
| | BSR | telephone conference with Roger Higgins' re Baker Donelson's motion to modify the terms of its retention (.1); telephone conference with Warren Smith re same (.1) | 0.20 | 62.00 |
| 2/28/2013 | JAW | Continue to review, revise, update, and make corrections to excel project category database for Beveridge's 18th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.5) | 3.50 | 612.50 |

W.R. Grace & Co.     Page 16

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/28/2013 | JAW | Review, revise, update, and make corrections to excel project category database for Foley's 18th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.8) | 4.80 | 840.00 |
| | AL | Update database with Stroock's October through December interim electronic detail (.2); receive and review email from B. Ruhlander re Beveridge's 46th interim final report (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.60 | 48.00 |
| | BSR | E-mail to Roger Higgins re Baker Donelson's draft motion to modify retention | 0.20 | 62.00 |
| | BSR | Draft final report re Beveridge & Diamond's 46th interim fee application | 0.90 | 279.00 |
| | BSR | Continue drafting omnibus final report and fee and expense recommendation exhibit for the 46th interim period | 2.30 | 713.00 |

**For professional services rendered**     **202.40**     **$37,354.00**

Additional Charges :

| | | |
|---|---|---:|
| 2/28/2013 | Copying cost | 56.00 |
| | PACER Charges | 184.60 |
| | FedEx | 27.87 |

**Total additional charges**     **$268.47**

**Total amount of this bill**     **$37,622.47**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 45.60 | 80.00 | $3,648.00 |
| Bobbi S. Ruhlander | 44.40 | 310.00 | $13,764.00 |
| James A. Wehrmann | 110.70 | 175.00 | $19,372.50 |
| Warren H Smith | 1.70 | 335.00 | $569.50 |