```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                        Invoice Number      2389739
   7500 Grace Drive                        Invoice Date        03/28/13
   Columbia, Maryland 21044                Client Number        172573
   USA


===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

     Fees                                  80.00
     Expenses                               0.00

                          TOTAL BALANCE DUE UPON RECEIPT          $80.00
                                                             =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                       Invoice Number      2389739
  7500 Grace Drive                       Invoice Date       03/28/13
  Columbia, Maryland 21044               Client Number       172573
  USA                                    Matter Number        60026


=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2013

   Date    Name                                              Hours
 -------- -----------                                        -----

 02/11/13 Ament         E-mails with P. Cuniff re:            .40
                        schedule of hearing dates and
                        filing deadlines (.10); review
                        agenda received from P. Cuniff re:
                        2/25/13 hearing (.10); update
                        hearing binder received from
                        Pachulski (.10); coordinate hand
                        delivery of agenda and hearing
                        binder to Judge Fitzgerald per J.
                        O'Neill request (.10).

                                                            ------
                                          TOTAL HOURS         .40


 TIME SUMMARY              Hours         Rate         Value
 ------------------------ ---------------------      -------
 Sharon A. Ament           0.40  at  $  200.00  =      80.00

                          CURRENT FEES                                80.00

                                                                ------------
                          TOTAL BALANCE DUE UPON RECEIPT            $80.00
                                                                ============
```

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


    W.R. Grace & Co.                          Invoice Number    2389740
    7500 Grace Drive                          Invoice Date      03/28/13
    Columbia, Maryland 21044                  Client Number      172573
    USA


==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                                    3,827.50
      Expenses                                    0.00

                       TOTAL BALANCE DUE UPON RECEIPT      $3,827.50
                                                          =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



W.R. Grace & Co.                        Invoice Number     2389740
7500 Grace Drive                        Invoice Date       03/28/13
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        60029


==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2013

   Date     Name                                              Hours
 --------  -----------                                        -----

 02/01/13  Ament          Attention to billing matters         1.00
                          (.20); various e-mails and
                          meetings re: same (.30); begin
                          calculating fees and expenses for
                          47th quarterly fee application
                          (.20); begin preparation of
                          spreadsheet re: same (.10); begin
                          drafting narrative and summary re:
                          same (.20).

 02/05/13  Lord           Communicate with S. Ament re:         .10
                          quarterly

 02/05/13  Muha           Emails re: status of invoices for     .20
                          fee applications, and attend to
                          issues re: same.

 02/06/13  Lord           Research and respond to S. Ament      .50
                          re: retention and fee procedures
                          information

 02/06/13  Muha           Attend to issues re: submission of    .30
                          invoices for monthly fee
                          application.

 02/07/13  Cameron        Attention to fee application issues   .90

 02/08/13  Ament          Attention to billing matters         1.10
                          (.30); various e-mails re: same
                          (.10); continue calculating fees
                          and expenses for 47th quarterly
                          fee application (.20); continue
                          preparing spreadsheet re: same
                          (.20); continue drafting summary
```

```
172573 W. R. Grace & Co.                                 Invoice Number  2389740
 60029 Fee Applications-Applicant                        Page    2
       March 28, 2013


   Date    Name                                                            Hours
 -------- -----------                                                      -----
                              and narrative re: same (.20);
                              provide same to A. Muha for review
                              (.10).

 02/08/13 Muha                Review and revise 47th Quarterly              .30
                              fee application.

 02/09/13 Cameron             Review fee application materials              .70

 02/11/13 Ament               Attention to billing matters                  .50
                              (.10); e-mails re: same (.10);
                              review A. Muha comments re:
                              summary and narrative of 47th
                              quarterly fee application (.10);
                              finalize same (.10); e-mail
                              narrative and summary to J. Lord
                              for DE filing (.10).

 02/11/13 Lord                Revise, finalize and serve Reed              1.40
                              Smith's 47th quarterly fee
                              application.

 02/12/13 Cameron             Review materials relating to fee              .50
                              application.

 02/12/13 Lord                Revise and e-file COS for 47th                .30
                              quarterly fee application.

 02/21/13 Ament               Begin drafting Jan. monthly fee               .20
                              application (.10); begin preparing
                              spreadsheets re: same (.10).

 02/22/13 Ament               E-mails and meet with A. Muha re:             .10
                              Jan. monthly fee application.

 02/22/13 Muha                Revisions to January monthly app.             .30
                              materials and multiple emails re:
                              preparation of final invoices for
                              submission with fee app.

 02/25/13 Muha                Attend to issues re: invoices for             .20
                              January monthly application.

 02/26/13 Ament               Review invoices relating to Jan.              .50
                              monthly fee application (.20);
                              begin calculating fees and
                              expenses for Jan. monthly fee
                              application (.20); prepare
                              spreadsheets re: same (.10).
```

```
172573 W. R. Grace & Co.                        Invoice Number   2389740
 60029 Fee Applications-Applicant               Page     3
       March 28, 2013


   Date    Name                                                    Hours
 --------  -----------                                             -----


 02/26/13 Lord           Draft and e-file CNO to Reed                .50
                         Smith's December monthly fee
                         application following docket
                         research for objections.

 02/27/13 Ament          Calculate fees and expenses for            1.00
                         Jan. monthly fee application
                         (.40); prepare spreadsheets re:
                         same (.20); draft Jan. monthly fee
                         application (.30); provide same to
                         A. Muha for review (.10).

 02/27/13 Muha           Discussion with S. Ament re: Jan.           .20
                         monthly application, and begin
                         review of materials re: same.

                                                                  ------
                                            TOTAL HOURS            10.80


 TIME SUMMARY                     Hours          Rate          Value
 ------------------------        ----------------------       -------
 Douglas E. Cameron                2.10  at  $  690.00   =    1,449.00
 Andrew J. Muha                    1.50  at  $  495.00   =      742.50
 John B. Lord                      2.80  at  $  270.00   =      756.00
 Sharon A. Ament                   4.40  at  $  200.00   =      880.00

                           CURRENT FEES                                  3,827.50


                                                              ------------
                           TOTAL BALANCE DUE UPON RECEIPT       $3,827.50
                                                              ============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                          Invoice Number      2389741
   62 Whittemore Avenue                      Invoice Date        03/28/13
   Cambridge, MA   02140                     Client Number        172573
```

===============================================================================

Re: W. R. Grace & Co.

(60041)   Specifications Inquiry

```
      Fees                                      183.00
      Expenses                                    0.00

                        TOTAL BALANCE DUE UPON RECEIPT        $183.00
                                                            =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                         Invoice Number      2389741
  62 Whittemore Avenue                     Invoice Date       03/28/13
  Cambridge, MA  02140                     Client Number       172573
                                           Matter Number        60041


==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2013

   Date    Name                                            Hours
  -------- -----------                                     -----

  02/26/13 Luchini     Review most recent consultant        .30
                       report.

                                                          ------
                                        TOTAL HOURS         .30


 TIME SUMMARY                 Hours         Rate         Value
 ------------------------   ---------------------       -------
 Joseph S. Luchini          0.30  at  $  610.00  =       183.00

                        CURRENT FEES                                 183.00


                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $183.00
                                                          ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


  W.R. Grace & Co.                         Invoice Number     2389742
  7500 Grace Drive                         Invoice Date       03/28/13
  Columbia, Maryland 21044                 Client Number       172573
  USA


==============================================================================

Re: W. R. Grace & Co.


(80001)   Unclaimed Property Advice

     Fees                                      470.00
     Expenses                                    0.00

                           TOTAL BALANCE DUE UPON RECEIPT        $470.00
                                                              =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number     2389742
   7500 Grace Drive                          Invoice Date      03/28/13
   Columbia, Maryland 21044                  Client Number      172573
   USA                                       Matter Number        80001


===============================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2013

    Date   Name                                               Hours
   -------- -----------                                       -----

   02/07/13 Lima        Prepare for and participate in         1.00
                        call concerning Delaware VDA
                        program

                                                             ------
                                              TOTAL HOURS      1.00


   TIME SUMMARY                 Hours          Rate         Value
   ------------------------    ----------------------       -------
   Sara A. Lima                 1.00  at  $  470.00   =      470.00

                    CURRENT FEES                                          470.00


                                                                   ------------
                    TOTAL BALANCE DUE UPON RECEIPT                      $470.00
                                                                   ============
```