```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number      2389746
   7500 Grace Drive                         Invoice Date        03/28/13
   Columbia, Maryland 21044                 Client Number        172573
   USA


==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                          0.00
      Expenses                                    370.87

                       TOTAL BALANCE DUE UPON RECEIPT       $370.87
                                                            =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number     2389746
    7500 Grace Drive                         Invoice Date       03/28/13
    Columbia, Maryland 21044                 Client Number       172573
    USA                                      Matter Number        60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                          94.50
    Duplicating/Printing/Scanning                  42.00
    Postage Expense                                 3.84
    Courier Service - Outside                       5.00
    Outside Duplicating                           225.53

              CURRENT EXPENSES                                     370.87
                                                               -------------

              TOTAL BALANCE DUE UPON RECEIPT                      $370.87
                                                               ============
```

```
                               REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                              Tax ID# 25-0749630



   W.R. Grace & Co.                             Invoice Number     2389746
   7500 Grace Drive                             Invoice Date       03/28/13
   Columbia, Maryland 21044                     Client Number       172573
   USA                                          Matter Number        60026



   =============================================================================

   Re: (60026)  Litigation and Litigation Consulting



   FOR COSTS ADVANCED AND EXPENSES INCURRED:

   01/10/13    Duplicating/Printing/Scanning                           2.00
               ATTY # 000559: 20 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .50
               ATTY # 000559: 5 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .90
               ATTY # 000559: 9 COPIES

   01/28/13    Duplicating/Printing/Scanning                            .90
               ATTY # 000559: 9 COPIES
```

```
172573  W. R. Grace & Co.                              Invoice Number   2389746
 60026  Litigation and Litigation Consulting           Page     2
        March 28, 2013


 01/28/13   Duplicating/Printing/Scanning                              1.00
            ATTY # 000559: 10 COPIES

 01/28/13   Duplicating/Printing/Scanning                              2.00
            ATTY # 000559: 20 COPIES

 01/29/13   Duplicating/Printing/Scanning                              1.00
            ATTY # 000559: 10 COPIES

 01/29/13   Duplicating/Printing/Scanning                              1.00
            ATTY # 000559: 10 COPIES

 01/29/13   Duplicating/Printing/Scanning                              2.00
            ATTY # 000559: 20 COPIES

 01/29/13   Duplicating/Printing/Scanning                               .10
            ATTY # 000559: 1 COPIES

 01/29/13   Duplicating/Printing/Scanning                              8.10
            ATTY # 000559: 81 COPIES

 01/31/13   PACER                                                     84.80

 01/31/13   PACER                                                      9.70

 02/01/13   Duplicating/Printing/Scanning                              1.00
            ATTY # 000559: 10 COPIES

 02/01/13   Duplicating/Printing/Scanning                               .70
            ATTY # 000559: 7 COPIES

 02/01/13   Duplicating/Printing/Scanning                               .70
            ATTY # 000559: 7 COPIES

 02/01/13   Duplicating/Printing/Scanning                               .90
            ATTY # 000559: 9 COPIES

 02/01/13   Duplicating/Printing/Scanning                               .90
            ATTY # 000559: 9 COPIES

 02/02/13   Postage Expense                                            3.84
            Postage Expense: ATTY # 000718 User: Equitrac By

 02/07/13   Duplicating/Printing/Scanning                              2.00
            ATTY # 000559: 20 COPIES

 02/08/13   Duplicating/Printing/Scanning                               .20
            ATTY # 4810; 2 COPIES

 02/08/13   Duplicating/Printing/Scanning                               .70
            ATTY # 000559: 7 COPIES
```

```
172573  W. R. Grace & Co.                          Invoice Number    2389746
 60026  Litigation and Litigation Consulting       Page    3
        March 28, 2013


  02/08/13   Duplicating/Printing/Scanning                           .90
             ATTY # 000559: 9 COPIES

  02/11/13   Duplicating/Printing/Scanning                           .70
             ATTY # 000559: 7 COPIES

  02/11/13   Duplicating/Printing/Scanning                           .90
             ATTY # 000559: 9 COPIES

  02/12/13   Duplicating/Printing/Scanning                          9.10
             ATTY # 0718; 91 COPIES

  02/20/13   Courier Service - Outside -- VENDOR: AL STILES:        5.00
             Messenger Trip - U.S. Bankruptcy Court - Ramona
             Baker - 2/11/13

  02/21/13   Duplicating/Printing/Scanning                          1.00
             ATTY # 000559: 10 COPIES

  02/21/13   Duplicating/Printing/Scanning                          2.00
             ATTY # 000559: 20 COPIES

  02/27/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL         225.53
             SERVICES, LLC: Copies, envelopes & postage

                            CURRENT EXPENSES                      370.87
                                                                ------------
                            TOTAL BALANCE DUE UPON RECEIPT       $370.87
                                                                ============
```

```
                         REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number    2389747
   62 Whittemore Avenue                      Invoice Date      03/28/13
   Cambridge, MA  02140                      Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

      Fees                                        0.00
      Expenses                                   11.42

                     TOTAL BALANCE DUE UPON RECEIPT              $11.42
                                                            =============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630




   W.R. Grace & Co.                       Invoice Number     2389747
   62 Whittemore Avenue                   Invoice Date      03/28/13
   Cambridge, MA   02140                  Client Number      172573
                                          Matter Number       60041



==============================================================================

Re: Specifications Inquiry

FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone - Outside                         11.42
                         CURRENT EXPENSES                         11.42
                                                            -------------

                         TOTAL BALANCE DUE UPON RECEIPT          $11.42
                                                            =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                      Invoice Number    2389747
   62 Whittemore Avenue                   Invoice Date     03/28/13
   Cambridge, MA  02140                   Client Number     172573
                                          Matter Number      60041


==============================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/18/13   Telephone - Outside                              11.42
           Global Crossing Inv No: 9034093660 -  KLAPPER,
           ANTONY

                         CURRENT EXPENSES                       11.42
                                                          ------------
                         TOTAL BALANCE DUE UPON RECEIPT        $11.42
                                                          ============
```