# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2013 - FEBRUARY 28, 2013

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 2.0 | $ 1,470.00 |
| 0013 | Business Operations | 0.4 | 294.00 |
| 0014 | Case Administration | 7.3 | 1,606.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 1.0 | 735.00 |
| 0018 | Fee Application, Applicant | 10.9 | 5,255.50 |
| 0020 | Fee Application, Others | 1.9 | 418.00 |
| 0022 | Enviormental Matters/Regulations/Litigation | 4.9 | 3,601.50 |
| 0036 | Plan and Disclosure Statement | 1.3 | 1,127.50 |
| 0037 | Hearings | 0.1 | 73.50 |
|  |  |  |  |
|  | **Total** | **29.8** | **$ 14,581.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | March 12, 2013 |
| INVOICE NO. | 588034 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2013, including:

| | |
|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/04/2013 | Email Frezza re Capstone's review/summary analysis re Motion to Extend ART Credit Agreement (.1); review corresp. from Frezza re memo to Committee and pending information request due from Blackstone in connection with Motion (.1); review motion to Extend ART Agreement and notice of hearing (.2). | Wildes, D. | 0.4 |
| 02/06/2013 | Review email from Higgins re proposed motion for authorization to make contribution to Grace Pension Plan (.1); review Pension Plan Motion (.2); emails Frezza re Pension Plan Motion and preparing summary/analysis for the Committee and re status of memo to Committee re ART credit agreement (.1); review email from Frezza and proposed memo and analysis to Committee re motion to extend ART credit agreement (.2). | Wildes, D. | 0.6 |
| 02/07/2013 | Review email from Frezza re memo to Committee re extending ART credit agreement (.1) review Capstone summary/analysis re ART credit agreement and rationale for extending | Wildes, D. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | same (.2). | | |
| 02/08/2013 | Emails Frezza re memo to Committee re extending ART credit agreement and re distribution of same to members. | Wildes, D. | 0.1 |
| 02/13/2013 | Review Court Order Extending ART Agreement. | Wildes, D. | 0.1 |
| 02/25/2013 | Review Debtors' Motion to make contributions to pension fund (.2); email Krieger re same (.1); email Frezza re questions re motion and preparing memo for Committee (.1); review corresp. from Frezza re outstanding info request with Blackstone re same (.1). | Wildes, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 2.0 | $ 735 | $ 1,470.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 1,470.00 | |

| TOTAL FOR THIS MATTER | | $ 1,470.00 | |

# STROOCK

| RE | Business Operations
699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/26/2013 | Review quarterly report filed by Grace with US Trustee's Office (.2); email Krieger re same and re summary to committee (.1). | Wildes, D. | 0.3 |
| 02/28/2013 | Emails Frezza at Capstone re announcement re ART Joint venture. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.4 | $ 735 | $ 294.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 294.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 294.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| RE | Case Administration<br>699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 02/04/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 02/05/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 02/06/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 02/07/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 02/08/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 02/11/2013 | Obtain recent pleading re appeals case no. 12-1402 for attorney review (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 02/12/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 02/13/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 02/14/2013 | Review appeals case docket no. 11-199 (.1); review case file documents (.9). | Mohamed, D. | 1.0 |
| 02/15/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 02/19/2013 | Obtain recent pleadings re case docket no. 12-1402 for attorney review (.3); obtain fee order and monthly fee applications of SSL for attorney review (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |
| 02/20/2013 | Review appeals case docket nos. 11-199 and 12-1402 (.2); research and obtain FTI's final | Mohamed, D. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | fee application for attorney review (.3). | | |
| 02/21/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 02/22/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 02/25/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 02/26/2013 | Review appeals case docket no. 11-199 (.1); review case file documents (.5). | Mohamed, D. | 0.6 |
| 02/27/2013 | Review appeals case docket no. 11-199 (.1); obtain document for attorney review (.1); obtain recent pleading re case no. 12-1402 for attorney review (.2). | Mohamed, D. | 0.4 |
| 02/28/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 7.3 | $ 220 | $ 1,606.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 1,606.00 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 1,606.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|---|---|
|  | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/27/2013 | Review and mark-up draft memo to committee re pension contribution motion (.6); email Frezzza re my comments (.1). | Wildes, D. | 0.7 |
| 02/28/2013 | Emails Frezza re memo to Committee re pension contribution motion (.1); review corresp. to Committee re same (.1); review email from Chehi re pension motion (.1). | Wildes, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 1.0 | $ 735 | $ 735.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 735.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 735.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant 699843 0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/07/2013 | Review/revise January fee detail. | Magzamen, M. | 0.2 |
| 02/12/2013 | Review revised fee detail and prepare draft of SSL's 142nd monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 02/13/2013 | Conf. w/ D. Mohamed re preparation of quarterly fee application and review of monthly for January (.2); review drafts of same and charts (.2). | Wildes, D. | 0.4 |
| 02/18/2013 | Review/mark-up monthly fee application for January (.2); begin work on draft of 47th quarterly fee application (.5). | Wildes, D. | 0.7 |
| 02/19/2013 | Conf. w/ D. Mohamed re revision to and filing of January monthly fee and re information required for 47th quarterly fee application (.1); review Order entered re 46th fee app. (.1); attention to draft of 47th quarterly (.2). | Wildes, D. | 0.4 |
| 02/20/2013 | Continue drafting 47th quarterly fee application. | Wildes, D. | 1.0 |
| 02/21/2013 | Attention to 47th quarterly fee application. | Wildes, D. | 2.0 |
| 02/24/2013 | Review CNO for December monthly (.1); revise, finalize 47th quarterly fee application including charts (.5). | Wildes, D. | 0.6 |
| 02/25/2013 | Conf. w/ D. Mohamed re finalizing, filing 47th quarterly fee application including charts. | Wildes, D. | 0.1 |
| 02/26/2013 | Review revised draft of SSL's 47th quarterly fee application. | Mohamed, D. | 0.8 |
| 02/26/2013 | Review final version of 47th quarterly fee application and exhibits (.2); conf. w/ Mohamed re execution/filing (.1). | Wildes, D. | 0.3 |
| 02/28/2013 | Finalize SSL's 47th quarterly fee application and SSL's 142nd monthly fee application for filing (1.4); prepare notices and CoSs re same | Mohamed, D. | 3.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | and forward to local counsel for filing (1.2); prepare and effectuate service re fee applications (1.0). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.2 | $ 345 | $ 69.00 |
| Mohamed, David | 5.2 | 220 | 1,144.00 |
| Wildes, Denise K. | 5.5 | 735 | 4,042.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,255.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,255.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Others<br>699843  0020 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/07/2013 | Review and Finalize Capstone's 107th monthly fee application for filing (.8); prepare notice and CoS re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 1.9 | $ 220 | $ 418.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 418.00 | |
| TOTAL FOR THIS MATTER | | $ 418.00 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/13/2013 | Review Debtors' Notice of proposed EPA settlement re Nashville, Tennessee site (.2); emails Krieger same (.1). | Wildes, D. | 0.3 |
| 02/14/2013 | Emails Krieger re Debtors' proposed EPA settlement re Nashville, Tennessee site (.1); and conf. Krieger re same and re memo to committee re same (.1); begin review settlement agreement with EPA (.3). | Wildes, D. | 0.5 |
| 02/18/2013 | Further review of proposed EPA settlement re Nashville site (.3) draft corresp. to Debtors' counsel re several questions regarding settlement (.4). | Wildes, D. | 0.7 |
| 02/19/2013 | Emails with Higgins re questions re Debtors' proposed EPA settlement re Nashville, Tennessee site and scheduling call to review same. | Wildes, D. | 0.1 |
| 02/20/2013 | Emails Higgins re call with Grace in-house counsel to review questions re Debtors' proposed EPA settlement re Nashville, Tennessee site. | Wildes, D. | 0.1 |
| 02/21/2013 | Tel. Conf. w/ Higgins and Sari Levin from Grace re proposed EPA settlement re Nashville, Tennessee site and questions re same (.3); follow up emails Higgins re applicable EPA interest rate on EPA's allowed claim (.1); draft memorandum to Committee re proposed settlement with EPA re Nashville Site (2.1). | Wildes, D. | 2.5 |
| 02/24/2013 | Revise, finalize and send memorandum to Committee re proposed settlement with EPA re Nashville Site. | Wildes, D. | 0.6 |
| 02/26/2013 | Emails Frezza re Blackstone information re pension contribution motion. | Wildes, D. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 4.9 | $ 735 | $ 3,601.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,601.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,601.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses 699843 0024 | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 0.00 |

**MATTER DISBURSEMENT SUMMARY**

| Outside Messenger Service | $ 16.38 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 16.38 |
| TOTAL FOR THIS MATTER | $ 16.38 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/13/2013 | Review lenders' reply brief in 3d Cir. | Pasquale, K. | 0.8 |
| 02/13/2013 | Review Banks' reply brief re confirmation appeal (.2); email committee re same (.1). | Wildes, D. | 0.3 |
| 02/27/2013 | Review Letter to Clerk of Appeals Court by Lender Group with respect recent case/precedent re absolute priority rule. | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.8 | $ 950 | $ 760.00 |
| Wildes, Denise K. | 0.5 | 735 | 367.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,127.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,127.50 |
|---|---|

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/18/2013 | Review corresp. re cancellation of hearing. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.1 | $ 735 | $ 73.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 73.50 | |
| TOTAL FOR THIS MATTER | | $ 73.50 | |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,581.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 16.38 |
| TOTAL BILL | $ 14,597.38 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.