# **EXHIBIT B**

**WR GRACE & CO**
**SUMMARY OF FEES**
**FEBRUARY 1, 2013 - FEBRUARY 28, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Pasquale, Kenneth | 0.8 | $ 950.00 | $    760.00 |
| | | | |
| **Associates** | | | |
| Wildes, Denise | 14.4 | 735 | 10,584.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.2 | 345 | 69.00 |
| Mohamed, David | 14.4 | 220 | 3,168.00 |
| | | | |
| **Total** | **29.8** | | **$ 14,581.00** |