# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2013 - FEBRUARY 28, 2013**

| Outside Messenger Service | $ | 16.38 |
|---|---|---|
|  |  |  |
| **TOTAL** |  | **$16.38** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | March 12, 2013 |
|---|---|
| INVOICE NO. | 588034 |
| CLIENT | W R Grace & Co |
|  | 7500 Grace Drive |
|  | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through February 28, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/07/2013 | Vendor: United Parcel Service Invoice #: 00000010X827063 02.09.13 Tracking #: 1Z10X8270193195234 Shipment Date: 02/07/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 02/07/2013 | Vendor: United Parcel Service Invoice #: 00000010X827063 02.09.13 Tracking #: 1Z10X8270193814841 Shipment Date: 02/07/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| **Outside Messenger Service Total** | | **16.38** |

### BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 16.38 |
|---|---|

| TOTAL DISBURSEMENTS/CHARGES | $ 16.38 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM