**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
PALO ALTO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

February 07, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1832902                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 6.70 hrs. at | $795.00 | /hr. = | $5,326.50 | |
| WS KATCHEN | OF COUNSEL | 16.30 hrs. at | $915.00 | /hr. = | $14,914.50 | |
| S LENKIEWICZ | PARALEGAL | 5.10 hrs. at | $195.00 | /hr. = | $994.50 | |
| CM DOOLEY | MISCELLANEOUS | 0.30 hrs. at | $260.00 | /hr. = | $78.00 | |
| SW ANDERSON | MISCELLANEOUS | 0.30 hrs. at | $260.00 | /hr. = | $78.00 | |
| | | | | | | $21,391.50 |

DISBURSEMENTS
LEXIS LEGAL RESEARCH                                      $45.50
PACER FEDERAL DOCKET COSTS                                $29.70
TOTAL DISBURSEMENTS                                                      $75.20

BALANCE DUE THIS INVOICE                                                $21,466.70

DUANE MORRIS LLP

Duane Morris
February 07, 2013
Page 2

File # K0248-00001 INVOICE# 1832902
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/16/2013 | 004 | MR LASTOWSKI | REVIEW ORDER AUTHORIZING THIRD AMENDMENT TO POST PETITION LETTER OF CREDIT FACILITY | 0.10 | $79.50 |
| 1/25/2013 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET AND RECENTLY FILED BRIEFS | 0.30 | $58.50 |
| 1/29/2013 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET RE BRIEFS | 0.30 | $58.50 |
| | | | Code Total | 0.70 | $196.50 |

DUANE MORRIS LLP

Duane Morris
February 07, 2013
Page 3

File # K0248-00001                                                                                           INVOICE# 1832902
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/2/2013 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE DUANE MORRIS MONTHLY FEE APPLICATION FOR OCTOBER, 2012 (.3); EFILE SAME (.2) | 0.50 | $97.50 |
| 1/28/2013 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 130TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); EFILE SAME (.2) | 0.50 | $97.50 |
| 1/28/2013 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 131ST MONTHLY FEE APPLICATION FOR DECEMBER 2012 (.5); EFILE SAME (.2) | 0.70 | $136.50 |
| | | | Code Total | 1.70 | $331.50 |

Duane Morris
February 07, 2013
Page 4

File # K0248-00001                                                                                     INVOICE# 1832902
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/2/2013 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE SSL 139TH MONTHLY FEE APPLICATION FOR OCTOBER, 2012 (.3); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 1/2/2013 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 105TH MONTHLY FEE APPLICATION FOR OCTOBER, 2012 (.3); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 1/2/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 140TH MONTHLY FEE APPLICATION (.1); PREPARE 140TH APPLICATION FOR EFILING AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 1/8/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 106TH MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, NOTICE, EXHIBITS AND CERTIFICATE OF SERVICE AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 1/28/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 140TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | | Code Total | 2.80 | $546.00 |

Duane Morris
February 07, 2013
Page 5

File # K0248-00001  INVOICE# 1832902
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/2/2013 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.30 | $238.50 |
| 1/8/2013 017 | MR LASTOWSKI | REVIEW MULTIPLE APPELLATE DOCKETS | 0.40 | $318.00 |
| 1/17/2013 017 | MR LASTOWSKI | REVIEW APPELLEE'S MOTION TO FILE CONSOLIDATED RESPONSE BRIEF | 0.10 | $79.50 |
| 1/18/2013 017 | MR LASTOWSKI | REVIEW APPELLEE'S BRIEF IN RESPONSE TO ANDERSON MEMORIAL'S OPENING BRIEF | 1.20 | $954.00 |
| 1/22/2013 017 | MR LASTOWSKI | REVIEW MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX AND MOTION TO EXCEED PAID LIMITS | 0.40 | $318.00 |
| 1/23/2013 017 | MR LASTOWSKI | REVIEW APPELLEES' BRIEF IN RESPONSE TO OPENING BRIEF OF ANDERSON MEMORIAL HOSPITAL | 0.90 | $715.50 |
| 1/23/2013 017 | MR LASTOWSKI | REVIEW APPELLEES' BRIEF IN RESPONSE TO OPENING BRIEF OF GARLOCK, THE CROWN AND MONTANA | 1.20 | $954.00 |
| 1/23/2013 017 | MR LASTOWSKI | REVIEW JUDGE ALEXANDER'S BRIEF | 0.30 | $238.50 |
| 1/25/2013 017 | MR LASTOWSKI | REVIEW AMICUS BRIEF OF IMPERIAL TOBACCO CANADA | 0.30 | $238.50 |
| 1/25/2013 017 | MR LASTOWSKI | REVIEW SCHEDULING ORDER | 0.30 | $238.50 |
| 1/28/2013 017 | MR LASTOWSKI | REVIEW APPELLEE'S RESPONSE TO BANK LENDER'S OPENING BRIEF | 1.20 | $954.00 |
| | | Code Total | 6.60 | $5,247.00 |

Case 01-01139-AMC    Doc 30452-1    Filed 03/29/13    Page 7 of 10

Duane Morris
February 07, 2013
Page 6

File # K0248-00001                                                                 INVOICE# 1832902
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/5/2013 025 | WS KATCHEN | WORK ON APPEAL ISSUE. | 2.40 | $2,196.00 |
| 1/7/2013 025 | WS KATCHEN | ADDITIONAL RESEARCH ON APPEAL ISSUE FROM GEN GROWTH 2D CIRCUIT APPEAL BRIEF (COMPTROLLER OF THE STATE OF NEW YORK) 12-0497 - BK (1.7); EMAIL STROOK (.1); RESEARCH 269 F2D 827 (.4); RESEARCH 470 BR 126 (.5). | 2.70 | $2,470.50 |
| 1/7/2013 025 | WS KATCHEN | ADDITIONAL WORK ON APPEAL ISSUE RESEARCH OF 440 BR 587 AND 552 F3D 289. | 1.20 | $1,098.00 |
| 1/8/2013 025 | WS KATCHEN | REVIEW CAPSTONE REPORT ON LC AMENDMENT. | 0.20 | $183.00 |
| 1/9/2013 025 | WS KATCHEN | REVIEW CAPSTONE REPORT 3Q 2012 | 0.30 | $274.50 |
| 1/10/2013 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING PLEADINGS FROM PATRIOT COAL BANKRUPTCY CASE FOR WKATCHEN | 0.30 | $78.00 |
| 1/11/2013 025 | WS KATCHEN | REVIEW PLAN ISSUE TRAVELERS APPEAL | 0.10 | $91.50 |
| 1/23/2013 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION REGARDING BRIEF IN RESPONSE TO BANK LENDER APPEAL (.1); REVIEW DEBTOR'S MOTION RE SUPPLEMENTAL APPENDIX (.1); REVIEW DEBTOR'S BRIEF IN RESPONSE TO ANDERSON MEMORIAL HOSPITAL (1.3). | 1.50 | $1,372.50 |
| 1/23/2013 025 | SW ANDERSON | LEGAL RESEARCH CONCERNING PLEADINGS FOR US SUPREME COURT CASE, OWENS CORNING, 12-301. (W.KATCHEN) | 0.30 | $78.00 |
| 1/25/2013 025 | WS KATCHEN | REVIEW AMICUS BRIEF IMPERIAL TOBACCO (.3); REVIEW JUDGE SANDERS BRIEF PD FUTURES REP. (.4); REVIEW DEBTOR'S BRIEF TO ANDERSON MEMORIAL (.6); REVIEW DEBTOR'S REPLY BRIEF TO BANK LENDERS (.9). | 2.20 | $2,013.00 |
| 1/25/2013 025 | WS KATCHEN | ADDITIONAL ERVIEW DEBTOR'S REPLY TO BANNK LENDERS (.8); RESEARCH PLAN ISSUE (.7). | 1.50 | $1,372.50 |
| 1/27/2013 025 | WS KATCHEN | ADDITIONAL WORK ON RESEARCH FOR APPEAL ISSUES ON CONFIRMATION (2.6) PREPARE CONFERENCE - STROOK (.6). | 3.20 | $2,928.00 |
| 1/28/2013 025 | WS KATCHEN | STROOK EMAIL (.1) ADDITIONAL REVIEW APPELLEES' RESPONSE BRIEF (.9) | 1.00 | $915.00 |

Duane Morris
February 07, 2013
Page 7

File # K0248-00001  INVOICE# 1832902
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | Code Total | 16.90 | $15,070.50 |
| | | | TOTAL SERVICES | 28.70 | $21,391.50 |

Duane Morris
February 07, 2013
Page 8

File # K0248-00001                                                          INVOICE# 1832902
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 01/23/2013 | LEXIS LEGAL RESEARCH ANDERSON, SONIA | | 45.50 |
| | | Total: | $45.50 |
| 01/31/2013 | PACER FEDERAL DOCKET COSTS | | 29.70 |
| | | Total: | $29.70 |
| | | TOTAL DISBURSEMENTS | $75.20 |

Duane Morris
February 07, 2013
Page 9

File # K0248-00001 INVOICE# 1832902
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 6.70 | 795.00 | $5,326.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 16.30 | 915.00 | $14,914.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 5.10 | 195.00 | $994.50 |
| 00815 | CM DOOLEY | MISCELLANEOUS | 0.30 | 260.00 | $78.00 |
| 03168 | SW ANDERSON | MISCELLANEOUS | 0.30 | 260.00 | $78.00 |
| | | | 28.70 | | $21,391.50 |