**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
PALO ALTO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

March 08, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001         Invoice# 1842329         IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.00 hrs. at | $795.00 | /hr. = | $795.00 |
| WS KATCHEN | OF COUNSEL | 1.90 hrs. at | $915.00 | /hr. = | $1,738.50 |
| S LENKIEWICZ | PARALEGAL | 4.00 hrs. at | $195.00 | /hr. = | $780.00 |

$3,313.50

DISBURSEMENTS
DOCUMENT RETRIEVAL                                             $10.20
TOTAL DISBURSEMENTS                                                     $10.20

BALANCE DUE THIS INVOICE                                             $3,323.70

Duane Morris
March 08, 2013
Page 2

File # K0248-00001                                                                                              INVOICE# 1842329
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/21/2013 | 004 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO FEE APPLICATIONS AND CNO DEADLINES | 0.20 | $39.00 |
| | | | Code Total | 0.20 | $39.00 |

Duane Morris
March 08, 2013
Page 3

File # K0248-00001  INVOICE# 1842329
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/6/2013 | 012 | S LENKIEWICZ | FINALIZE CNO REGARDING DUANE MORRIS 130TH MONTHLY FEE APPLICATION AND EFILE SAME | 0.30 | $58.50 |
| 2/22/2013 | 012 | S LENKIEWICZ | PREPARE CNO RE DUANE MORRIS 131ST MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $78.00 |
| 2/28/2013 | 012 | S LENKIEWICZ | PREPARE EXHIBIT A TO DUANE MORRIS 32ND MONTHLY FEE APPLICATION | 0.20 | $39.00 |
| | | | Code Total | 0.90 | $175.50 |

DUANE MORRIS LLP

File # K0248-00001  INVOICE# 1842329
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/6/2013 | 013 | S LENKIEWICZ | PREPARE CNO RE CAPSTONE 106TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 2/7/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 107TH MONTHLY FEE APPLICATION (.1); FINALIZE AND EFILE CAPSTONE'S 107TH MONTHLY FEE APPLICATION AND EXHIBITS (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 2/22/2013 | 013 | S LENKIEWICZ | PREPARE CNO RE SSL'S 141ST MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 2/28/2013 | 013 | S LENKIEWICZ | FINALIZE SSL'S 47TH QUARTERLY FEE APPLICATION, NOTICE, CERTIFICATE OF SERVICE AND EXHIBITS FOR EFILING (.2); EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 2/28/2013 | 013 | S LENKIEWICZ | FINALIZE SSL 142ND MONTHLY FEE APPLICATION, NOTICE, CERTIFICATE OF SERVICE AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 2/28/2013 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE 47TH QUARTERLY APPLICATION OF SSL AND EFILE SAME | 0.30 | $58.50 |
| | | | Code Total | 2.90 | $565.50 |

Duane Morris
March 08, 2013
Page 5

File # K0248-00001                                                                                                        INVOICE# 1842329
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/7/2013 017 | MR LASTOWSKI | CHECK APPELLATE DOCKET AND REVIEW APPELLATE FILINGS | 0.40 | $318.00 |
| 2/25/2013 017 | MR LASTOWSKI | REVIEW STATUS OF APPEALS | 0.30 | $238.50 |
| 2/28/2013 017 | MR LASTOWSKI | REVIEW DOCKET (APPELLATE FILINGS) | 0.30 | $238.50 |
| | | Code Total | 1.00 | $795.00 |

Duane Morris
March 08, 2013
Page 6

File # K0248-00001                                                                                    INVOICE# 1842329
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/13/2013 | 025 | WS KATCHEN | REVIEW BANK LENDER'S REPLY BRIEF (.6); E-MAIL STROOK (.1). | 0.70 | $640.50 |
| 2/19/2013 | 025 | WS KATCHEN | MEMO TO COMMITTEE MEMBER BASED ON 7TH CIRCUIT OPINION (.3); RESEARCH ON PLAN ISSUE (.4); MEMO ON ABOVE (.2). | 0.90 | $823.50 |
| 2/24/2013 | 025 | WS KATCHEN | REVIEW STROOK MEMO REGARDING SETTLEMENT EPA - NASHVILLE SITE | 0.30 | $274.50 |
| | | | Code Total | 1.90 | $1,738.50 |
| | | | TOTAL SERVICES | 6.90 | $3,313.50 |

Duane Morris
March 08, 2013
Page 7

File # K0248-00001  INVOICE# 1842329
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 01/23/2013 | DOCUMENT RETRIEVAL | 10.20 |
| | Total: | $10.20 |
| | TOTAL DISBURSEMENTS | $10.20 |

Duane Morris
March 08, 2013
Page 8

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　INVOICE# 1842329
　　　　W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 1.00 | 795.00 | $795.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.90 | 915.00 | $1,738.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.00 | 195.00 | $780.00 |
| | | | 6.90 | | $3,313.50 |