# Exhibit A

## KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

March 27, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 616086
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---|
| FEES | $767.50 |
| DISBURSEMENTS | 73.40 |
| MATTER TOTAL | $840.90 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---|
| FEES | $4,217.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $4,217.50 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---|
| FEES | $10,535.50 |
| DISBURSEMENTS | 701.05 |
| MATTER TOTAL | $11,236.55 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---|
| FEES | $1,659.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,659.00 |

| | |
|---|---|
| CLIENT GRAND TOTAL | $17,953.95 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 616086 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2361018.1

Kramer Levin Naftalis & Frankel LLP                                    Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                  March 27, 2013
056772-00001                                                    Invoice No. 616086

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/10/13 | HALVERSON, DARREN C | E-mails w/ D. Blabey and review docket for latest pleading. | 0.20 | 99.00 |
| 02/15/13 | BLABEY, DAVID E | Review recently filed miscellaneous pleadings. | 0.10 | 74.50 |
| 02/19/13 | HALVERSON, DARREN C | Circulate latest briefs in 3d Cir. appeal. | 0.20 | 99.00 |
| 02/20/13 | HALVERSON, DARREN C | E-mail to T. Wechsler w/ third cir. briefs. | 0.20 | 99.00 |
| 02/22/13 | HALVERSON, DARREN C | Review joint appendix and create file to send to D. Blabey (.4); relocate joint appendix to accessible Grace file (.1). | 0.50 | 247.50 |
| 02/27/13 | HALVERSON, DARREN C | Find 28(j) letter and circulate to team. | 0.30 | 148.50 |

**TOTAL HOURS AND FEES**                                       **1.50**   **$767.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 73.40 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        **$73.40**

**TOTAL FOR THIS MATTER**                        **$840.90**

KL4 2361018.1

Kramer Levin Naftalis & Frankel LLP                                    Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                          March 27, 2013
056772-00002                                               Invoice No. 616086

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/04/13 | BLABEY, DAVID E | Review notes in prep for committee call. | 0.30 | 223.50 |
| 02/05/13 | BLABEY, DAVID E | Discuss committee meeting with P. Bentley. | 0.20 | 149.00 |
| 02/06/13 | BLABEY, DAVID E | Review quarterly developments in case in prep for committee call (1.7) and prep notes for same (1); call with T. Weschler re same (.4). | 3.10 | 2,309.50 |
| 02/07/13 | BENTLEY, PHILIP | Committee conf call, and discs DB re same | 0.80 | 716.00 |
| 02/07/13 | BLABEY, DAVID E | Prep for Grace committee call (.2); attend quarterly committee call (.8); follow up email to Committee (.1). | 1.10 | 819.50 |

**TOTAL HOURS AND FEES**                                      **5.50**  **$4,217.50**

**TOTAL FOR THIS MATTER**                       **$4,217.50**

KL4 2361018.1

Kramer Levin Naftalis & Frankel LLP                                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                   March 27, 2013
056772-00007                                                          Invoice No. 616086

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 02/05/13 | BENTLEY, PHILIP | Discs DB, and trade emails, re appeal issues | 0.20 | 179.00 |
| 02/06/13 | HALVERSON, DARREN C | Review SEC filings re bank lenders claims (.7); e-mails to D. Blabey re: same (.1); research re: time file cert to Supreme Court and exceptions to general rule (.8); research re: time to file petition for rehearing en banc to 3d Cir. (.5); e-mails to D. Blabey re: same (.2). | 2.30 | 1,138.50 |
| 02/06/13 | BENTLEY, PHILIP | Discs TW and DB, and notes, re current issues | 0.50 | 447.50 |
| 02/08/13 | HALVERSON, DARREN C | Review newly arrived Briefs and cf. D. Blabey re: same. | 0.10 | 49.50 |
| 02/09/13 | BENTLEY, PHILIP | Trade emails re appeal issues | 0.20 | 179.00 |
| 02/09/13 | BLABEY, DAVID E | Review RTW email to Committee (.1) and draft response (.3) re Trust issues. | 0.40 | 298.00 |
| 02/10/13 | BLABEY, DAVID E | Exchange emails with P. Bentley re Lenders reply brief (.2); review brief (.5) and email to client re same (.5). | 1.20 | 894.00 |
| 02/10/13 | BENTLEY, PHILIP | Trade emails re Lenders' reply brief | 0.70 | 626.50 |
| 02/11/13 | HALVERSON, DARREN C | E-mails with D. Blabey re: 3d cir docket monitoring (.1); setup monitoring (.1). | 0.20 | 99.00 |
| 02/11/13 | BENTLEY, PHILIP | Trade emails re appeal | 0.10 | 89.50 |
| 02/15/13 | TRACHTMAN, JEFFREY S. | Discuss argument strategy with P. Bentley. | 0.50 | 462.50 |
| 02/15/13 | BENTLEY, PHILIP | Discs J. Trachtman and notes, re Lender appeal | 0.60 | 537.00 |
| 02/17/13 | BENTLEY, PHILIP | Review appeal issues | 0.10 | 89.50 |
| 02/18/13 | HALVERSON, DARREN C | Review latest pleadings and draft a summary client e-mail per D. Blabey request. | 1.30 | 643.50 |
| 02/19/13 | HALVERSON, DARREN C | Find 2008 grace termsheet (.4); research trading data (.7); e-mail to D. Blabey re: same (.2). | 1.30 | 643.50 |
| 02/19/13 | BLABEY, DAVID E | Review draft plan proponent response to Anderson Memorial motion for extension of time (.1) and email to client re same (.1); discuss bank lender reply brief with P. Bentley (.3). | 0.50 | 372.50 |

KL4 2361018.1

Kramer Levin Naftalis & Frankel LLP                                   Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                          March 27, 2013
056772-00007                                              Invoice No. 616086

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/19/13 | BENTLEY, PHILIP | Review and analyze Lenders' reply brief (.3), and discs DB re same (.3). | 0.60 | 537.00 |
| 02/21/13 | BLABEY, DAVID E | Review Garlock reply brief (.5); call with debtors' counsel re reply briefs (.6) and follow up discussion with P. Bentley (.2). | 1.30 | 968.50 |
| 02/21/13 | BENTLEY, PHILIP | Conf call with K&E (.6), discs DB (.2), and notes, re Lender appeal (.4). | 1.20 | 1,074.00 |
| 02/26/13 | BLABEY, DAVID E | Review Lenders letter re supplemental authority. | 0.20 | 149.00 |
| 02/27/13 | BLABEY, DAVID E | Review Grace appellate filings. | 1.30 | 968.50 |
| 02/27/13 | BENTLEY, PHILIP | Trade emails re current issues | 0.10 | 89.50 |

**TOTAL HOURS AND FEES**                                          **14.90**  **$10,535.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RESEARCH SERVICES | 28.00 |
| WESTLAW ON-LINE RESEARCH | 48.99 |
| DOCUMENT RETRIEVAL FEES | 596.92 |
| BLOOMBERG LAW RETRIEVAL FEES | 27.14 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        **$701.05**

**TOTAL FOR THIS MATTER**                        **$11,236.55**

KL4 2361018.1

W.R. GRACE & CO. EQUITY COMMITTEE                                     March 27, 2013
056772-00008                                                        Invoice No. 616086

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/08/13 | HALVERSON, DARREN C | Review invoices and begin editing. | 0.50 | 247.50 |
| 02/11/13 | HALVERSON, DARREN C | Final edits to invoice (.3); give to A. Spencer to copy and send to F. Arias (.1). | 0.40 | 198.00 |
| 02/26/13 | HALVERSON, DARREN C | Begin monthly fee application. | 0.20 | 99.00 |
| 02/27/13 | HALVERSON, DARREN C | Cf. D. Blabey and F. Arias re: write-offs (.2); draft 137th fee application (.9); further revisions to invoice (.3). | 1.40 | 693.00 |
| 02/27/13 | BLABEY, DAVID E | Review and edit fee application. | 0.30 | 223.50 |
| 02/28/13 | HALVERSON, DARREN C | Finalize invoice/fee app and send to D. Blabey. | 0.40 | 198.00 |

**TOTAL HOURS AND FEES**                                             **3.20**   **$1,659.00**

**TOTAL FOR THIS MATTER**                          **$1,659.00**