**Exhibit B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/27/2013 10:54:37

Matter No: 056772-00001                               Orig Prtnr : CRED. RGTS   - 06975             Proforma Number:      4358749
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
------------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                        TO:
              UNBILLED DISB FROM:       02/01/2013                       TO:       02/28/2013
------------------------------------------------------------------------------------------------------------------------------------
                                          FEES                                 COSTS
                                          ----                                 -----
        GROSS BILLABLE AMOUNT:            0.00                                  73.40
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                                              02/28/2013
     CLOSE MATTER/FINAL BILLING?   YES   OR   NO
      EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


------------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                    --------------------------                       --------------
                         FEES:                      0.00
                 DISBURSEMENTS:                    73.40      UNIDENTIFIED RECEIPTS:          0.00
                  FEE RETAINER:                     0.00         PAID FEE RETAINER:          0.00
                 DISB RETAINER:                     0.00        PAID DISB RETAINER:          0.00
             TOTAL OUTSTANDING:                    73.40      TOTAL AVAILABLE FUNDS:         0.00
                                                                      TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
             DATE OF LAST BILL:             02/28/13            LAST PAYMENT DATE:        03/04/13
              LAST BILL NUMBER:               614078 ACTUAL FEES BILLED TO DATE:        370,722.50
                                                    ON ACCOUNT FEES BILLED TO DATE:           0.00
                                                       TOTAL FEES BILLED TO DATE:        370,722.50
          LAST BILL THRU DATE:              01/31/13     FEES WRITTEN OFF TO DATE:         85,932.00
                                                         COSTS WRITTEN OFF TO DATE:        24,521.28
   FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:
                                        ---------------------------
         (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
         (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
         (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding            (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/27/2013 10:54:37

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:     4358749
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status       : ACTIVE

UNBILLED  COSTS  SUMMARY -------------- Total Unbilled ----------------
Code  Description                        Oldest      Latest       Total
                                         Entry       Entry        Amount
----  -----------------------------      ------      ------       -----------
0917  WESTLAW ON-LINE RESEARCH            02/01/13    02/28/13         73.40

       Total                                                           73.40


UNBILLED  COSTS  DETAIL
Description/Code                                      Employee              Date         Amount       Index#   Batch No   Batch Date
------------------------------------------            --------              ------       ----------   -------  ---------  ----------

WESTLAW ON-LINE RESEARCH 0917
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/01/13         3.67     9836230  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/04/13         3.67     9836231  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/05/13         3.67     9836232  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/06/13         3.67     9836233  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/07/13         3.67     9836234  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/08/13         3.67     9836235  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/11/13         3.67     9836236  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/12/13         3.67     9836237  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/13/13         3.67     9836238  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/14/13         3.67     9836239  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/15/13         3.67     9836240  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/18/13         3.67     9836241  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/19/13         3.67     9836242  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/20/13         3.67     9836243  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/21/13         3.67     9836244  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/22/13         3.67     9836245  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/25/13         3.67     9836246  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/26/13         3.67     9836247  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/27/13         3.67     9836248  1369334    03/01/13
     WESTLAW ON-LINE RESE                             BLABEY, D E           02/28/13         3.67     9836249  1369334    03/01/13
                                                      0917 WESTLAW ON-LINE RESE Total :      73.40


         Costs Total :                                                                       73.40
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    3
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/27/2013 10:54:38

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    4358749
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount            Bill         W/o / W/u       Transfer  To   Clnt/Mtr    Carry Forward
------------------------     --------------    -----------  ---------------  ------------------------   -----------------

0917 WESTLAW ON-LINE RESEARCH     73.40        _____  _____  _____   _____


         Costs Total :           73.40         _____  _____  _____   _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/27/2013 10:54:38

Matter No: 056772-00007                                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    4358749
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

Special Billing Instructions:
---------------------------------------------------------------------------------------------------------------------------------
                                                    PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                            TO:
              UNBILLED DISB FROM:   02/06/2013                               TO:    02/21/2013
---------------------------------------------------------------------------------------------------------------------------------
                                              FEES                                COSTS

            GROSS BILLABLE AMOUNT:                 0.00                             701.05
             AMOUNT WRITTEN DOWN:
                         PREMIUM:
                ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                       THRU DATE:                                                02/21/2013
         CLOSE MATTER/FINAL BILLING?     YES   OR   NO
         EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:


                                              ACCOUNTS RECEIVABLE TOTALS            UNAPPLIED CASH

                             FEES:                 0.00
                    DISBURSEMENTS:               701.05       UNIDENTIFIED RECEIPTS:     0.00
                    FEE RETAINER:                  0.00          PAID FEE RETAINER:     0.00
                   DISB RETAINER:                  0.00         PAID DISB RETAINER:     0.00
                TOTAL OUTSTANDING:               701.05       TOTAL AVAILABLE FUNDS:    0.00
                                                                     TRUST BALANCE:
                                                   BILLING HISTORY
                                                   -----------------
                DATE OF LAST BILL:             02/28/13        LAST PAYMENT DATE:     03/04/13
                 LAST BILL NUMBER:            614078 ACTUAL FEES BILLED TO DATE:   1,279,412.00
                                                   ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                        TOTAL FEES BILLED TO DATE: 1,279,412.00
             LAST BILL THRU DATE:             01/31/13   FEES WRITTEN OFF TO DATE:       440.50
                                                         COSTS WRITTEN OFF TO DATE:    2,162.00
  FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

              (1) Exceeded Fixed Fee    (4) Excessive Legal Time    (7) Fixed Fee
              (2) Late Time & Costs Posted (5) Business Development (8) Premium
              (3) Pre-arranged Discount  (6) Summer Associate       (9) Rounding                (10) Client Arrangement

     BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    5
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/27/2013 10:54:38

Matter No: 056772-00007                                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   4358749
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

    U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
    Code  Description                        Oldest      Latest        Total
                                             Entry       Entry         Amount
    ----  ------------------------------     ------      ------        -----------
    0841  RESEARCH SERVICES                  02/19/13    02/19/13            28.00
    0917  WESTLAW ON-LINE RESEARCH           02/06/13    02/06/13            48.99
    0972  DOCUMENT RETRIEVAL FEES            02/21/13    02/21/13           596.92
    0979  BLOOMBERG LAW RETRIEVAL FEES       02/07/13    02/07/13            27.14

             Total                                                          701.05


    U N B I L L E D   C O S T S   D E T A I L
    Description/Code                                Employee              Date           Amount       Index#   Batch No   Batch Date
    --------------------------------------------    --------              ------         -----------  -------  ---------  ----------

    RESEARCH SERVICES 0841
         RESEARCH SERVICES                          GOMEZ, E G             02/19/13            28.00  9828148  1364131    02/21/13
         D.Halverson - Bloomberg
                                                    0841 RESEARCH SERVICES Total :             28.00

    WESTLAW ON-LINE RESEARCH 0917
         WESTLAW ON-LINE RESE                       HALVERSON, D C         02/06/13            48.99  9836250  1369334    03/01/13
                                                    0917 WESTLAW ON-LINE RESE Total :          48.99

    DOCUMENT RETRIEVAL FEES 0972
         WEST PAYMENT CENTER                        HALVERSON, D C         02/21/13           596.92  9833075  1367603    02/28/13
         WEST PAYMENT CENTER
                                                    0972 DOCUMENT RETRIEVAL F Total :         596.92

    BLOOMBERG LAW RETRIEVAL FEES 0979
         BLOOMBERG   FINANCE L.P.                   HALVERSON, D C         02/07/13            27.14  9821300  1360124    02/07/13
         BLOOMBERG LAW RETRIEVAL FEES - VENDOR-
         BLOOMBERG   FINANCE L.P.
                                                    0979 BLOOMBERG LAW RETRIE Total :          27.14


             Costs Total :                                                                    701.05
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/27/2013 10:54:38

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     4358749
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill        W/o / W/u        Transfer To  Clnt/Mtr    Carry Forward
-------------------------  ------------------  ---------  ---------------  ---------------------------  --------------

0841 RESEARCH SERVICES            28.00

0917 WESTLAW ON-LINE RESEARCH     48.99

0972 DOCUMENT RETRIEVAL FEES     596.92

0979 BLOOMBERG LAW RETRIEVAL F    27.14



        Costs Total :            701.05
```