IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 18, 2013 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND THIRTY-SEVENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | $13,613.00 |
| --- | ---: |
| FEE APPLICATION – APPLICANT | $630.00 |
| TOTAL FEES | $14,243.00 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 25, 2013
Bill Number 161680
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH FEBRUARY 28, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/01/13 | ARA | Quality control WRG lab books. | 3.30 Hrs | 462.00 |
| 02/01/13 | ARA | Document Control. | 1.80 Hrs | 162.00 |
| 02/04/13 | ARA | Quality control WRG lab books. | 5.10 Hrs | 714.00 |
| 02/05/13 | MTM | Receipt and review of document subpoena in New York case from in-house counsel (.1); telephone call to in-house counsel re: same. (.1). | 0.20 Hrs | 60.00 |
| 02/05/13 | ARA | Quality control WRG lab books. | 4.70 Hrs | 658.00 |
| 02/06/13 | RAM | Read deposition subpoena served on Grace and telephone conference with J. Hughes re same. Discuss possible responsive Grace testimony. Review list of Grace deponents to suggest who may have testified re same. | 0.30 Hrs | 105.00 |
| 02/06/13 | ARA | Quality control WRG lab books. | 6.00 Hrs | 840.00 |
| 02/07/13 | ARA | Quality control WRG lab books. | 6.00 Hrs | 840.00 |
| 02/11/13 | RAM | Read selected documents filed in Bankruptcy Court. | 0.20 Hrs | 70.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH FEBRUARY 28, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/11/13 | ARA | Quality control WRG lab books. | 5.70 Hrs | 798.00 |
| 02/11/13 | ARA | Document control. | 0.90 Hrs | 81.00 |
| 02/12/13 | ARA | Quality control WRG lab books. | 4.00 Hrs | 560.00 |
| 02/12/13 | ARA | Document control. | 2.90 Hrs | 261.00 |
| 02/13/13 | ARA | Quality control WRG lab books. | 4.00 Hrs | 560.00 |
| 02/13/13 | ARA | Document control. | 2.20 Hrs | 198.00 |
| 02/14/13 | MTM | Telephone call from in-house counsel re: document subpoena in New York case (.2); review transcripts at Winthrop Square re: same (1.6). | 1.80 Hrs | 540.00 |
| 02/14/13 | ARA | Per telephone call from MTM, locate deposition binders (1.3); review deposition transcripts re: in-house counsel's request (1.9). Quality control WRG lab books (3.2). | 6.40 Hrs | 896.00 |
| 02/14/13 | ARA | Document control. | 1.00 Hrs | 90.00 |
| 02/15/13 | ARA | Review deposition transcripts re: in-house counsel's request. | 6.00 Hrs | 840.00 |
| 02/19/13 | ARA | Review deposition transcripts re: in-house counsel's request. | 2.50 Hrs | 350.00 |
| 02/20/13 | MTM | Telephone call from ARA re: transcript review in response to document subpoena (.1); telephone call to ARA re: review of briefing books for interrogatory answers re: document subpoena. | 0.20 Hrs | 60.00 |
| 02/20/13 | ARA | Document control. | 0.50 Hrs | 45.00 |
| 02/20/13 | ARA | Review deposition transcripts re: in-house counsel's request. | 6.00 Hrs | 840.00 |
| 02/21/13 | MTM | Conference with ARA re: deposition transcripts and review of interrogatories for document subpoena. | 0.20 Hrs | 60.00 |
| 02/21/13 | ARA | Review deposition transcripts re: in-house counsel's request (2.1). Per MTM's request, locate and review briefing books and WRG master interrogatories for responsive documents re: in-house counsel's request (3.2). | 5.30 Hrs | 742.00 |

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH FEBRUARY 28, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/22/13 | RAM | Read updated Bankruptcy Court docket entries to select documents to read. | 0.20 Hrs | 70.00 |
| 02/22/13 | MTM | Letter to in-house counsel re: transcripts and interrogatory answers in response to document subpoena. | 0.10 Hrs | 30.00 |
| 02/22/13 | ARA | Document control. | 1.00 Hrs | 90.00 |
| 02/22/13 | ARA | Organize WRG master interrogatories from briefing books and produce a copy to MTM (1.0). Quality control master interrogatories and briefing books and return to repository (2.6). Retrieve info compiled from depositions; review and email info to MTM (1.2). Receive original depositions from copy service re: in-house counsel's request (.3) and quality control them (.6). | 5.70 Hrs | 798.00 |
| 02/25/13 | ARA | Document control. | 4.00 Hrs | 360.00 |
| 02/26/13 | ARA | Document control. | 1.30 Hrs | 117.00 |
| 02/27/13 | ARA | Document control. | 1.80 Hrs | 162.00 |
| 02/27/13 | ARA | Quality control deposition transcripts reviewed per in-house counsel's request. | 2.60 Hrs | 364.00 |
| 02/28/13 | ARA | Document control. | 1.00 Hrs | 90.00 |
| 02/28/13 | ARA | Quality control deposition transcripts reviewed per in-house counsel's request. | 5.00 Hrs | 700.00 |

TOTAL LEGAL SERVICES $13,613.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.70 | 350.00 | 245.00 |
| Matthew T. Murphy | 2.50 | 300.00 | 750.00 |
| Angela R. Anderson | 78.30 | 140.00 | 10,962.00 |
| Angela R. Anderson | 18.40 | 90.00 | 1,656.00 |
|  | 99.90 |  | $13,613.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

                                                  TOTAL THIS BILL        $13,613.00



**Casner & Edwards, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 25, 2013
Bill Number 161681
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH FEBRUARY 28, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/05/13 | RAM | Work on December Fee Application and send it to Delaware counsel to file. | 0.40 Hrs | 140.00 |
| 02/07/13 | RAM | Review and approve Quarterly Fee Application and send it to Delaware counsel to file. | 0.40 Hrs | 140.00 |
| 02/11/13 | RAM | Send "as filed" December Fee Application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 02/22/13 | RAM | Work on January Fee Application. | 0.20 Hrs | 70.00 |
| 02/25/13 | RAM | Work on January Fee Application (.6); send it to in house counsels for review; approved to file (.1). | 0.70 Hrs | 245.00 |

TOTAL LEGAL SERVICES     $630.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.80 | 350.00 | 630.00 |

Page 1

Mark A. Shelnitz
Re: Fee Applications, Applicant

                              1.80                        $630.00

                            TOTAL THIS BILL          $630.00

**EXHIBIT B**
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,550.91 |
| **FEE APPLICATION – APPLICANT** | $22.49 |
| **TOTAL EXPENSES** | $12,573.40 |



CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 25, 2013
Bill Number 161682
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

LEGAL SERVICES

COSTS

THROUGH FEBRUARY 28, 2013

EXCESS POSTAGE
02/28/13      EXCESS POSTAGE                                          11.80
                                                                              $11.80

OUTSIDE PHOTOCOPYING
02/11/13      BOSTON LITIGATION SOLUTIONS: Copy Libby                  6.85
              personnel file for in-house counsel (1/30/13).
                                                                              $6.85

PHOTOCOPYING
02/22/13      43 copies at $.10 per copy                               4.30
                                                                              $4.30

RENT REIMBURSEMENT
02/04/13      ONE WINTHROP SQUARE, LLC: Rent and utilities         12,100.19
              for document repository at One Winthrop Square
              February 2013.
                                                                           $12,100.19

MISCELLANEOUS
02/11/13      RECORDKEEPER ARCHIVE CENTERS,: Storage                 427.77
              from 02/01/13-02/28/13.

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

**COSTS**

THROUGH FEBRUARY 28, 2013

|  |  |
|---|---|
|  | $427.77 |
| TOTAL COSTS | $12,550.91 |
|  |  |
| TOTAL THIS BILL | $12,550.91 |

**Casner & Edwards, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 25, 2013
Bill Number 161683
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

COSTS

THROUGH FEBRUARY 28, 2013

EXCESS POSTAGE
02/28/13     EXCESS POSTAGE                                              1.72
                                                                                        $1.72

FEDERAL EXPRESS
02/21/13     FEDERAL EXPRESS CORPORATION: To Pachulski              20.77
             Stang Ziehl & Jones, Lynzy McGee from Casner and
             Edwards on February 6, 2013 by R A Murphy.
                                                                                       $20.77

                                         TOTAL COSTS                  $22.49

                                         TOTAL THIS BILL              $22.49

Page 1