# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| W. R. GRACE & CO., et al., | § § | Case No. 01-01139 (JKF) |
| *Debtors.* | § § | Jointly Administered |
| | § § § | Objection Deadline: 4/22/2013; 4:00 PM ET<br>Hearing Date: TBD (if needed) |

## SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-FIFTH MONTHLY INTERIM PERIOD FROM MARCH 1, 2013 THROUGH MARCH 31, 2013

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2013 through March 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $11,872.00   [80% of $14,840.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 28 years, and his billing rate is $700 per hour. In this Application period Mr. Rich billed 21.2 hours,[2] for a total amount billed of $14,840.00 of which 80% is currently sought, in the amount of $11,872.00. No expenses were incurred for this period.

As stated above, this is the Fifty-Fifth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 17.2 | $12,040.00 |
| Fee Application Matters | 4.0 | $2,800.00 |
| TOTAL | 21.2 | $14,840.00 |

## EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| NONE | $0.00 |
| TOTAL | $0.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of April, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (March, 2013)

### Client

Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 3/1/2013 | Prepare, file and serve 54th Monthly Fee Application | 1.5 |
| 3/1/3013 | Prepare, file and serve 41st Monthly Fee Application of PD FCR | 0.5 |
| 3/1/2013 | Prepare, file and serve Notice of Withdrawal of PD FCR's Quarterly Fee Application | 0.2 |
| 3/1/2013 | Prepare, file and serve Amended 17th Quarterly Fee Application of the PD FCR | 0.5 |
| 3/1/2013 | Prepare, file and serve the Certification of No Objection to the 40th Monthly Fee Application of the PD FCR | 0.2 |
| 3/1/2013 | Review Quarterly Fee Application (47th Period) of counsel to the Property Damage Committee | 0.2 |
| 3/1/2013 | Review Order from Third Circuit re Imperial Tobacco amicus brief | 0.1 |
| 3/1/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Page 1 of 6

| Date | Description | Hours |
|---|---|---|
| 3/4/2013 | Review quarterly Fee Applications of the Canadian ZAI special counsels | 0.4 |
| 3/4/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 3/4/2013 | Review Clerk's Order granting leave for Anderson Memorial Hospital to file Reply Brief out of time | 0.1 |
| 3/5/2013 | Review Opinion from District Court on Garlock appeal from 2019 Orders | 0.8 |
| 3/5/2013 | Review District Court Order re Garlock 2019 Appeals | 0.1 |
| 3/5/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 3/6/2013 | Review Order from Third Circuit re Appellant's reply brief | 0.1 |
| 3/6/2013 | Review Miscellaneous Pleadings received today | 0.3 |
| 3/6/2013 | Review Settlement Motion re Markel Insurance policies | 0.7 |
| 3/6/2013 | Review Fee Auditor's Report re Deloitte Fees for 43rd-46th Quarters | 0.1 |
| 3/6/2013 | Review Motion to Reopen WD PA Garlock appeals | 0.3 |
| 3/7/2013 | Review Order re retention of 2019 statements and exhibits | 0.1 |
| 3/7/2013 | Review Fee Auditor's Report re Beveridge fees for 46th Quarter | 0.1 |
| 3/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/7/2013 | Letter from Clerk of Third Circuit re listing of appeal | 0.1 |
| 3/7/2013 | Review case listing Acknowledgment of Schafrick for Cntl Casualty | 0.1 |
| 3/7/2013 | Review Fee Auditor's Report for the 46th Quarter | 0.4 |
| 3/8/2013 | Review Certificate of No Objection Regarding Notice of Settlement of Claim Asserted Pursuant to the EPA Settlement Agreement Regarding the Nashville, Tennessee Site | 0.1 |
| 3/8/2013 | Prepare and file case listing Acknowegement of PD FCR | 0.2 |
| 3/8/2013 | Review Motion of Garlock in WDNC for protective order re WRG (and other Del and Pa Bankruptcies) 2019 Statement Exhibits | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 3/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/11/2013 | Review case listing Acknowledgement of Cassada for Garlock | 0.1 |
| 3/11/2013 | Review CNO of 140th monthly fee application of local counsel for the property damage committee | 0.1 |
| 3/11/2013 | Review CNO for the Debtors' 2013 Retirement Plan contribution motion | 0.1 |
| 3/11/2013 | Review 141st Monthly Fee Application of local counsel to the property damage committee | 0.2 |
| 3/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/11/2013 | Review Quarterly Fee Application of local counsel to the property damage committee | 0.3 |
| 3/11/2013 | Prepare, file and serve 42nd Monthly Fee Application of the PD FCR | 0.5 |
| 3/11/2013 | Review Order granting debtors' motion re 2013 pension contribution | 0.1 |
| 3/11/2013 | Review Bank Lenders oral argument acknowledgement | 0.1 |
| 3/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/13/2013 | Review Equity Committee oral argument acknowledgement | 0.1 |
| 3/13/2013 | Review Travelers oral argument acknowledgement | 0.1 |
| 3/13/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/13/2013 | Review Debtors' Oral Argument Acknowledgement | 0.1 |
| 3/13/2013 | Review PI FCR's oral argument acknowledgement | 0.1 |
| 3/14/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/14/2013 | Review Canada's oral argument acknowledgement | 0.1 |
| 3/14/2013 | Review Montana's oral agument acknowledgement | 0.1 |
| 3/14/2013 | Review ACC's oral agument acknowledgement | 0.1 |
| 3/14/2013 | Review Anderson Memorial's oral agument acknowledgement in 12-3143 | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 3/14/2013 | Review Anderson Memorial's oral agument acknowledgement in 12-2923 | 0.1 |
| 3/14/2013 | Review Fee and Expense Chart for the 46th Quarter | 0.2 |
| 3/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/17/2013 | Review 2013 LTIP motion | 0.4 |
| 3/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/18/2013 | Email to R. Wyron re 2013 LTIP motion | 0.1 |
| 3/18/2013 | Review Motion to Resolve WDPA Garlock 2019 appeals | 0.2 |
| 3/19/2013 | Review March Omnibus agenda | 0.1 |
| 3/19/2013 | Email to client re status | 0.1 |
| 3/19/2013 | Review Monthly Fee Applications of Canadian ZAI Special counsels | 0.3 |
| 3/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/20/2013 | Review Order Resolving WDPA Garlock 2019 appeals | 0.1 |
| 3/20/2013 | Review Motion Requesting Entry of a Protective Order Authorizing the Debtors to File Under Seal the Affidavit of Mark A. Shelnitz in Support of Motion for an Order Approving Baker Donelson's Monthly Fixed Fee | 0.3 |
| 3/20/2013 | Review Order Setting Status Conference to Establish Protocol with Respect to Order of The District Court for the Western District of Pennsylvania and the Order of The District Court for the District of Delaware Regarding 2019 Statements | 1.0 |
| 3/20/2013 | Review Certification of Counsel re 46Q Fee Applications | 0.2 |
| 3/20/2013 | Review Motion to Implement 2013 LTIP | 0.5 |
| 3/20/2013 | Review Certification of Counsel re 46Q Project Categories | 0.3 |
| 3/20/2013 | Review Corrected opinion re Garlock 2019 motion | 0.3 |

| | | |
|---|---|---|
| 3/20/2013 | Review Motion to Approve Baker Donelson's Monthly Fixed Fee, Clarifying That Section 328(A) Provides the Appropriate Standard of Review and Expanding the Scope of Certain Legislative Affairs Services | 1.0 |
| 3/20/2013 | Review Corrected order implementing Garlock 2019 opinion | 0.1 |
| 3/20/2013 | Emails to Debtors' counsel re Shelnitz affidavit | 0.1 |
| 3/20/2013 | Email to client re March omnibus hearing | 0.1 |
| 3/20/2013 | Review Sealed Shelnitz Affidavit re Baker Donelson motion | 0.3 |
| 3/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/21/2013 | Prepare, file and serve Certificate of No Objection to 54th Monthly Fee Application | 0.2 |
| 3/21/2013 | Prepare, file and serve Certificate of No Objection to 41st Monthly Fee Application of the PD FCR | 0.2 |
| 3/21/2013 | Prepare, file and serve Certificate of No Objection to 17th Quarterly Fee Application of the PD FCR | 0.2 |
| 3/21/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/21/2013 | Review 139th Monthly Fee Applications of counsel to the Property Damage committee | 0.1 |
| 3/21/2013 | Review 140th Monthly Fee Applications of counsel to the Property Damage committee | 0.1 |
| 3/22/3013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/22/2013 | Email to client re Garlock hearing | 0.1 |
| 3/25/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/26/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/26/2013 | Emails to and from Courtcall re April 4 hearing | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 3/26/2013 | Review ACC's response to Motion of Garlock in WDNC for protective order re WRG (and other Del and Pa Bankruptcies) 2019 Statement Exhibits | 0.3 |
| 3/27/2013 | Review CNO's re Canadian ZAI Special Counsel Monthly Fee Applications | 0.1 |
| 3/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/27/2013 | Review Court's Proposed Protocol for Producing 2019 Statement Exhibits | 0.5 |
| 3/27/2013 | Review Order Granting 46th Quarter Fee Applications | 0.2 |
| 3/28/2013 | Emails to and from client re April hearings | 0.1 |
| 3/28/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 3/28/2013 | Review Project REDS materials | 0.5 |
| 3/28/2013 | Review Notice of Oral Argument from Third Circuit in 12-1402; 12-1403; 12-1404 and 12-2924 | 0.1 |
| 3/28/2013 | Review Notice of Oral Argument from Third Circuit in 12-1521; 12-2807 and 12-2904 | 0.1 |
| 3/28/2013 | Review Notice of Oral Argument from Third Circuit in 12-2923 and 12-3143 | 0.1 |
| 3/29/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 3/29/2013 | Email to client re oral argument | 0.1 |
| 3/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total:    21.2 hours @ $700/hour = $14,840.00

Expenses:    None

Total Fees and Expenses Due:  $14,840.00