# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** April 22, 2013 at 4:00 p.m. (prevailing Eastern time) |
|  | ) | **Hearing Date:** : July 1, 2013 at 9:00 a.m. (prevailing Eastern time) |

## SUMMARY OF FORTY-SEVENTH QUARTERLY INTERIM VERIFIED APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., *ET AL.*, FOR THE INTERIM PERIOD FROM OCTOBER 1, 2012 THROUGH DECEMBER 31, 2012

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co.,** *et al.*, **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **October 1, 2012 through December 31, 2012** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$1,657,730.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$31,425.99** |

This is a: ___ monthly  <u>x</u> quarterly application.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

1

Previous fee applications:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 - 4/30/01 | $626,079.00 | $32,439.84 | Interim approval | Interim approval |
| June 29, 2001 | 5/1 - 5/31/01 | $567,151.00 | $77,487.86 | Interim approval | Interim approval |
| July 31, 2001 | 6/1 - 6/30/01 | $560,569.50 | $45,466.13 | Interim approval | Interim approval |
| July 31, 2001 | April - June 2001 | $1,753,799.50 | $155,393.83 | $1,753,799.50[2] | $155,393.83 |
| August 28, 2001 | 7/1 - 7/31/01 | $476,582.50 | $25,312.13 | Interim approval | Interim approval |
| September 28, 2001 | 8/1 - 8/31/01 | $472,334.50 | $29,022.59 | Interim approval | Interim approval |
| October 30, 2001 | 9/1 - 9/30/01 | $443,617.50 | $27,147.47 | Interim approval | Interim approval |
| November 7, 2001 | July - September 2001 | $1,392,534.50 | $81,482.19 | $1,392,534.50[2] | $81,482.19 |
| December 11, 2001 | 10/1 - 10/31/01 | $493,074.00 | $27,724.54 | Interim approval | Interim approval |
| December 29, 2001 | 11/1 - 11/30/01 | $524,980.00 | $29,678.21 | Interim approval | Interim approval |
| January 31, 2002 | 12/1 - 12/31/01 | $405,278.50 | $27,276.95 | Interim approval | Interim approval |
| February 7, 2002 | October – December 2001 | $1,423,332.50 | $84,679.70 | $1,419,127.00[2] | $84,679.70 |
| March 4, 2002 | 1/1 - 1/31/02 | $439,056.00 | $32,279.54 | Interim approval | Interim approval |
| March 27, 2002 | 2/1 - 2/28/02 | $412,304.00 | $18,475.64 | Interim approval | Interim approval |
| May 2, 2002 | 3/1 - 3/31/02 | $430,342.50 | $51,759.20 | Interim approval | Interim approval |
| June 10, 2002 | January - March 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50[3] | $101,656.38 |
| June 10, 2002 | 4/1 - 4/30/02 | $410,702.50 | $25,286.05 | Interim approval | Interim approval |
| July 2, 2002 | 5/1 - 5/31/02 | $335,280.50 | $25,556.83 | Interim approval | Interim approval |
| August 8, 2002 | 6/1 - 6/30/02 | $243,127.00 | $16,326.36 | Interim approval | Interim approval |
| September 3, 2002 | April - June 2002 | $989,110.00 | $67,169.24 | $981,666.50[4] | $67,169.24 |
| September 11, 2002 | 7/1 - 7/31/02 | $335,129.00 | $28,504.48 | Interim approval | Interim approval |
| October 2, 2002 | 8/1 - 8/31/02 | $344,619.00 | $86,047.20 | Interim approval | Interim approval |
| October 30, 2002 | 9/1 - 9/30-02 | $238,876.50 | $20,882.49 | Interim approval | Interim approval |
| November 27, 2002 | July - September 2002 | $918,624.50 | $135,434.17 | $918,624.50[5] | $134,478.90 |
| December 6, 2002 | 10/1 - 10/31/02 | $207,778.00 | $7,769.74 | Interim approval | Interim approval |
| January 13, 2003 | 11/1 - 11/30/02 | $122,419.00 | $4,732.30 | Interim approval | Interim approval |
| January 30, 2003 | 12/1 - 12/31/02 | $129,243.50 | $6,093.80 | Interim approval | Interim approval |
| March 4, 2003 | October - December 2002 | $459,440.50 | $18,595.84 | $459,440.50[6] | $18,467.74 |
| March 4, 2003 | 1/1 - 1/31/03 | $162,033.00 | $6,383.16 | Interim approval | Interim approval |
| April 2, 2003 | 2/1 - 2/28/03 | $215,511.50 | $3,784.70 | Interim approval | Interim approval |

---

[2]    The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[3]    The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002.

[4]    The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[5]    The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003.

[6]    The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003.

K&E 25385906.2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| April 29, 2003 | 3/1 - 3/31/03 | $146,603.00 | $6,713.84 | Interim approval | Interim approval |
| May 15, 2003 | January - March 2003 | $524,147.50 | $16,881.70 | $524,045.50[7] | $16,881.70 |
| June 3, 2003 | 4/1 - 4/30/03 | $135,130.00 | $2,786.42 | Interim approval | Interim approval |
| July 11, 2003 | 5/1 - 5/31/03 | $109,408.00 | $6,546.04 | Interim approval | Interim approval |
| July 31, 2003 | 6/1 - 6/30/03 | $115,099.00 | $1,925.86 | Interim approval | Interim approval |
| August 27, 2003 | April - June, 2003 | $359,637.00 | $11,258.32 | $357,346.00[8] | $11,183.48 |
| September 5, 2003 | 7/1 - 7/31/03 | $197,495.50 | $9,235.33 | Interim approval | Interim approval |
| October 1, 2003 | 8/1 - 8/31/03 | $178,910.50 | $7,009.66 | Interim approval | Interim approval |
| November 6, 2003 | 9/1 - 9/30/03 | $157,200.00 | $3,817.57 | Interim approval | Interim approval |
| November 18, 2003 | July - September 2003 | $533,606.00 | $20,062.56 | $533,606.00[9] | $20,062.56 |
| November 26, 2003 | 10/1 - 10/31/03 | $251,093.50 | $7,115.96 | Interim approval | Interim approval |
| December 29, 2003 | 11/1 - 11/30/03 | $187,914.00 | $4,969.88 | Interim approval | Interim approval |
| February 2, 2004 | 12/1 - 12/31/03 | $317,880.00 | $8,631.60 | Interim approval | Interim approval |
| February 25, 2004 | October - December 2003 | $756,887.50 | $20,717.44 | $756,838.00[10] | $20,717.44 |
| March 5, 2004 | 1/1 - 1/31/04 | $524,446.00 | $32,428.07 | Interim approval | Interim approval |
| April 2, 2004 | 2/1 - 2/29/04 | $274,589.50 | $10,852.51 | Interim approval | Interim approval |
| May 3, 2004 | 3/1 - 3/31/04 | $337,945.00 | $13,159.10 | Interim approval | Interim approval |
| May 17, 2004 | January - March 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00[11] | $56,439.68 |
| June 1, 2004 | 4/1 - 4/30/04 | $280,547.50 | $10,895.93 | Interim approval | Interim approval |
| July 1, 2004 | 5/1 - 5/31/04 | $213,906.00 | $9,502.49 | Interim approval | Interim approval |
| September 2, 2004 | 6/1 - 6/30/04 | $430,246.50 | $15,235.72 | Interim approval | Interim approval |
| October 6, 2004 | April - June 2004 | $924,700.00 | $35,634.14 | $918,960.50[12] | $35,557.55 |
| September 17, 2004 | 7/1 - 7/31/04 | $599,563.50 | $27,869.76 | Interim approval | Interim approval |
| October 7, 2004 | 8/1 - 8/31/04 | $793,285.00 | $45,729.42 | Interim approval | Interim approval |
| November 3, 2004 | 9/1 - 9/30/04 | $913,771.00 | $32,811.19 | Interim approval | Interim approval |
| November 17, 2004 | July – September 2004 | $2,306,619.50 | $106,410.37 | $2,298,879.00[13] | $105,176.56 |

---

[7]  The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003.

[8]  The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003.

[9]  The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004.

[10]  The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004.

[11]  The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.

[12]  The fees and expenses requested in the April-June, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on January 25, 2005.

[13]  The fees and expenses requested in the July-September, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 22, 2005.

K&E 25385906.2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| December 7, 2004 | 10/1 - 10/31/04 | $842,268.50 | $38,703.13 | Interim approval | Interim approval |
| January 7, 2004 | 11/1 - 11/30/04 | $581,027.00 | $35,469.12 | Interim approval | Interim approval |
| February 1, 2005 | 12/1 - 12/31/04 | $863,104.50 | $38,461.17 | Interim approval | Interim approval |
| February 14, 2005 | October – December 2004 | $2,286,400.00 | $112,633.42 | $2,279,008.50[14] | $110,200.64 |
| March 18, 2005 | 1/1 - 1/31/05 | $1,214,802.50 | $65,721.17 | Interim approval | Interim approval |
| April 15, 2005 | 2/1 - 2/28/05 | $717,562.00 | $46,304.21 | Interim approval | Interim approval |
| May 19, 2005 | 3/1 - 3/31/05 | $916,504.00 | $50,822.73 | Interim approval | Interim approval |
| June 15, 2005 | January - March 2005 | $2,848,868.50 | $162,848.11 | $2,833,566.00[15] | $162,482.21 |
| June 7, 2005 | 4/1 - 4/30/05 | $862,337.00 | $32,392.41 | Interim approval | Interim approval |
| June 29, 2005 | 5/1 - 5/31/05 | $852,424.50 | $52,685.55 | Interim approval | Interim approval |
| August 5, 2005 | 6/1 - 6/30/05 | $1,181,036.00 | $58,504.79 | Interim approval | Interim approval |
| August 8, 2005 | April - June 2005 | $2,895,797.50 | $143,582.75 | $2,894,660.00[16] | $143,530.87 |
| September 9, 2005 | 7/1 - 7/31/05 | $1,740,148.50 | $155,036.60 | Interim approval | Interim approval |
| September 28, 2005 | 8/1 - 8/31/05 | $1,451,595.50 | $95,151.93 | Interim approval | Interim approval |
| October 28, 2005 | 9/1 - 9/30/05 | $1,471,412.50 | $128,814.69 | Interim approval | Interim approval |
| October 28, 2005 | July - September 2005 | $4,663,156.50 | $379,003.22 | $4,655,239.50[17] | $378,588.48 |
| November 28, 2005 | 10/1 - 10/31/05 | $1,602,349.50 | $111,318.89 | Interim approval | Interim approval |
| December 28, 2005 | 11/1 - 11/30/05 | $1,743,406.00 | $182,798.39 | Interim approval | Interim approval |
| January 25,2006 | 12/1 - 12/31/05 | $1,638,659.50 | $161,888.24 | Interim approval | Interim approval |
| February 14, 2006 | October - December 2005 | $4,984,415.00 | $456,005.52 | $4,978,349.00[18] | $453,367.08 |
| February 28, 2006 | 1/1 - 1/31/06 | $1,667,688.00 | $176,100.89 | Interim approval | Interim approval |
| March 28, 2006 | 2/1 - 2/28/06 | $1,669,067.50 | $395,113.02 | Interim approval | Interim approval |
| April 28, 2006 | 3/1 - 3/31/06 | $1,615,330.00 | $685,462.58 | Interim approval | Interim approval |
| May 15, 2006 | January - March 2006 | $4,952,085.50 | $1,256,676.49 | $4,942,401.50[19] | $1,256,429.49 |
| May 30, 2006 | 4/1 - 4/30/06 | $1,628,876.50 | $814,117.99 | Interim approval | Interim approval |
| June 28, 2006 | 5/1 - 5/31/06 | $1,800,762.00 | $311,657.73 | Interim approval | Interim approval |
| July 28, 2006 | 6/1 - 6/30/06 | $1,666,537.00 | $207,374.07 | Interim approval | Interim approval |
| August 14, 2006 | April - June 2006 | $5,096,175.75 | $1,333,149.79 | $5,096,175.50[20] | $1,331,919.73 |

---

[14]    The fees and expenses requested in the October-December, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 29, 2005.

[15]    The fees and expenses requested in the January-March, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 26, 2005.

[16]    The fees and expenses requested in the April-June, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 19, 2005.

[17]    The fees and expenses requested in the July-September, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 24, 2006.

[18]    The fees and expenses requested in the October-December, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2006.

[19]    The fees and expenses requested in the January-March, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2006.

4

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 28, 2006 | 7/1 - 7/31/06 | $2,026,266.00 | $155,509.57 | Interim approval | Interim approval |
| September 28, 2006 | 8/1 - 8/31/06 | $2,458,300.00 | $377,534.56 | Interim approval | Interim approval |
| October 30, 2006 | 9/1 - 9/30/06 | $1,508,315.00 | $454,899.58 | Interim approval | Interim approval |
| November 14, 2006 | July - September 2006 | $5,992,881.00 | $987,943.71 | $5,984,268.75[21] | $986,255.71 |
| November 28, 2006 | 10/1 - 10/31/06 | $1,732,139.00 | $698,068.49 | Interim approval | Interim approval |
| December 28, 2006 | 11/1 - 11/30/06 | $1,846,984.50 | $860,948.29 | Interim approval | Interim approval |
| January 29, 2007 | 12/1 - 12/31/06 | $1,577,574.50 | $1,171,910.97 | Interim approval | Interim approval |
| February 14, 2007 | October - December 2006 | $5,156,698.00 | $2,730,927.75 | $5,155,238.00[22] | $2,730,927.75 |
| February 28, 2007 | 1/1 - 1/31/07 | $1,653,083.50 | $505,470.24 | Interim approval | Interim approval |
| March 28, 2007 | 2/1 - 2/28/07 | $1,855,844.00 | $793,394.48 | Interim approval | Interim approval |
| April 30, 2007 | 3/1 - 3/31/07 | $2,043,431.50 | $614,588.91 | Interim approval | Interim approval |
| May 15, 2007 | January - March 2007 | $5,552,359.00 | $1,913,453.63 | $5,547,606.50[23] | $1,913,453.63 |
| May 29, 2007 | 4/1 - 4/30/07 | $1,617,793.00 | $1,471,980.14 | Interim approval | Interim approval |
| June 28, 2007 | 5/1 - 5/31/07 | $1,886,409.50 | $1,580,009.04 | Interim approval | Interim approval |
| July 30, 2007 | 6/1 - 6/30/07 | $2,301,815.00 | $2,237,072.31 | Interim approval | Interim approval |
| August 14, 2007 | April - June 2007 | $5,806,017.50 | $5,289,061.49 | $5,801,255.00[24] | $5,289,061.49 |
| August 28, 2007 | 7/1 - 7/31/07 | $2,031,978.00 | $3,054,735.85 | Interim approval | Interim approval |
| September 28, 2007 | 8/1 - 8/31/07 | $2,141,450.50 | $1,524,583.81 | Interim approval | Interim approval |
| October 29, 2007 | 9/1 - 9/30/07 | $1,851,837.50 | $2,068,988.69 | Interim approval | Interim approval |
| November 14, 2007 | July - September 2007 | $6,025,266.00 | $6,648,308.35 | $6,009,675.50[25] | $6,648,308.35 |
| November 28, 2007 | 10/1 - 10/31/07 | $2,819,249.00 | $1,902,419.07 | Interim approval | Interim approval |
| December 28, 2007 | 11/1 - 11/30/07 | $2,218,978.50 | $1,307,904.30 | Interim approval | Interim approval |
| January 28, 2007 | 12/1 - 12/31/07 | $2,145,512.00 | $861,447.64 | Interim approval | Interim approval |
| February 14, 2008 | October - December 2007 | $7,183,739.50 | $4,071,771.01 | $7,179,358.50[26] | $4,071,035.37 |
| February 28, 2008 | 1/1 - 1/31/08 | $2,982,614.00 | $1,437,331.45 | Interim approval | Interim approval |

[20]   The fees and expenses requested in the April-June, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 18, 2006.

[21]   The fees and expenses requested in the July-September, 2006, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on May 3, 2007.

[22]   The fees and expenses requested in the October-December, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 20, 2007.

[23]   The fees and expenses requested in the January-March, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2007.

[24]   The fees and expenses requested in the April-June, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 13, 2007.

[25]   The fees and expenses requested in the July-September, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 12, 2008.

[26]   The fees and expenses requested in the October-December, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 23, 2008.

5

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| March 28, 2008 | 2/1 - 2/29/08 | $1,556,573.00 | $1,323,655.09 | Interim approval | Interim approval |
| April 28, 2008 | 3/1 - 3/31/08 | $2,723,985.00 | $1,981,870.63 | Interim approval | Interim approval |
| May 15, 2008 | January - March 2008 | $7,263,172.00 | $4,742,857.17 | $7,258,924.50[27] | $4,740,246.26 |
| May 28, 2008 | 4/1 - 4/30/08 | $1,926,854.00 | $776,768.04 | Interim approval | Interim approval |
| June 30, 2008 | 5/1 - 5/31/08 | $1,903,907.50 | $912,081.39 | Interim approval | Interim approval |
| July 28, 2008 | 6/1 - 6/30/08 | $2,007,344.00 | $1,048,779.70 | Interim approval | Interim approval |
| August 14, 2008 | April - June 2008 | $5,838,105.50 | $2,737,629.13 | $5,837,573.00[28] | $2,735,591.33 |
| August 28, 2008 | 7/1 - 7/31/08 | $2,028,629.50 | $282,406.92 | Interim approval | Interim approval |
| September 29, 2008 | 8/1 - 8/31/08 | $2,383,467.50 | $150,525.88 | Interim approval | Interim approval |
| October 28, 2008 | 9/1 - 9/30/08 | $2,336,428.00 | $203,984.33 | Interim approval | Interim approval |
| November 14, 2008 | July - September 2008 | $6,748,525.00 | $636,917.13 | $6,746,495.50[29] | $633,229.34 |
| December 1, 2008 | 10/1 - 10/31/08 | $2,671,560.00 | $372,472.73 | Interim approval | Interim approval |
| December 29, 2008 | 11/1 - 11/30/08 | $2,574,249.50 | $445,054.32 | Interim approval | Interim approval |
| January 29. 2009 | 12/1 - 12/31/08 | $2,495,551.00 | $472,978.64 | Interim approval | Interim approval |
| February 16, 2009 | October - December 2008 | $7,741,360.50 | $1,290,505.69 | $7,724,905.50[30] | $1,289,347.54 |
| March 12, 2009 | 1/1 -1/1/31/09 | $3,260,332.50 | $609,498.37 | Interim approval | Interim approval |
| April 2, 2009 | 2/1 - 2/28/09 | $4,249,447.50 | $1,252,380.41 | Interim approval | Interim approval |
| May 6, 2009 | 3/1 - 3/31/09 | $3,595,406.50 | $1,103,383.42 | Interim approval | Interim approval |
| May 15, 2009 | January - March 2009 | $11,105,186.50 | $2,965,262.20 | $10,198,760.20[31] | $2,964,767.50 |
| June 16, 2009 | 4/1 - 4/30/09 | $3,548,749.50 | $1,007,427.71 | Interim approval | Interim approval |
| July 10, 2009 | 5/1 - 5/31/09 | $1,770,780.50 | $837,016.14 | Interim approval | Interim approval |
| August 13, 2009 | 6/1 - 6/30/09 | $1,674,270.50 | $472,533.36 | Interim approval | Interim approval |
| August 28, 2009 | April - June 2009 | $6,993,800.50 | $2,316,977.21 | $6,594,833.00[32] | $2,315,190.63 |
| September 14, 2009 | 7/1 - 7/31/09 | $1,750,805.00 | $342,565.22 | Interim approval | Interim approval |
| October 9, 2009 | 8/1 - 8/31/09 | $2,348,663.50 | $252,684.42 | Interim approval | Interim approval |
| November 16, 2009 | 9/1 - 9/30/09 | $2,309,415.15 | $571,296.46 | Interim approval | Interim approval |
| December 9, 2009 | July - September 2009 | $6,408,883.65 | $1,166,546.10 | $6,407,674.15[33] | $1,166,546.10 |

---

[27]  The fees and expenses requested in the January-March, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 1, 2008.

[28]  The fees and expenses requested in the April-June, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 17, 2008.

[29]  The fees and expenses requested in the July-September, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 1, 2009.

[30]  The fees and expenses requested in the October-December, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 7, 2009.

[31]  The fees and expenses requested in the January-March, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 28, 2009.

[32]  The fees and expenses requested in the April-June, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 11, 2009.

6

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| December 10, 2009 | 10/1 - 10/31/09 | $1,552,059.00 | $728,470.61 | Interim approval | Interim approval |
| December 30, 2009 | 11/1 - 11/30/09 | $1,035,613.50 | $105,842.85 | Interim approval | Interim approval |
| February 3, 2010 | 12/1 - 12/31/09 | $800,220.50 | $132,479.68 | Interim approval | Interim approval |
| February 19, 2010 | October - December 2009 | $3,387,893.00 | $966,793.14 | $3,387,163.00[34] | $959,355.64 |
| March 3, 2010 | 1/1 - 1/31/10 | $878,908.50 | $102,534.19 | Interim approval | Interim approval |
| April 2, 2010 | 2/1 - 2/28/10 | $253,214.00 | $119,943.08 | Interim approval | Interim approval |
| May 4, 2010[35] | 3/1 - 3/31/10 | $371,105.00 | $7,473.01 | Interim approval | Interim approval |
| June 2, 2010 | 4/1 - 4/30/10 | $415,367.50 | $357,591.89 | Interim approval | Interim approval |
| June 23, 2010 | January - March 2010 | $1,503,227.50 | $229,950.28 | $1,503,227.50[36] | $228,637.78 |
| July 2, 2010 | 5/1 - 5/31/10 | $283,692.50 | $6,798.23 | Interim approval | Interim approval |
| August 2, 2010 | 6/1 - 6/30/10 | $280,979.50 | $36,890.87 | Interim approval | Interim approval |
| August 31, 2010 | 7/1 - 7/31/10 | $228,163.50 | $9,650.96 | Interim approval | Interim approval |
| September 29, 2010[37] | 8/1 - 8/31/10 | $171,565.00 | $8,993.38 | Interim approval | Interim approval |
| September 30, 2010 | April - June 2010 | $980,039.50 | $401,280.99 | $980,039.50[38] | $401,280.99 |
| November 4, 2010[39] | 9/1 - 9/30/10 | $163,032.00 | $4,638.39 | Interim approval | Interim approval |
| December 2, 2010 | 10/1 - 10/31/10 | $119,020.00 | $5,445.10 | Interim approval | Interim approval |
| December 2, 2010 | July - September 2010 | $562,760.50 | $23,282.73 | $562,760.50[40] | $17,430.32 |
| January 11, 2011 | 11/1 - 11/30/10 | $200,476.00 | $4,718.66 | Interim approval | Interim approval |

---

[33]   The fees and expenses requested in the July-September, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 19, 2010.

[34]   The fees and expenses requested in the October-December, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 7, 2010.

[35]   On May 24, 2010, K&E filed an *Amendment to Kirkland & Ellis LLP's March 2010 Fee Application as Bankruptcy Counsel to W. R. Grace & Co., et al., to Take Voluntary Reduction of Fees for Certain Time and Expenses Billed* [Docket No. 24830] (the "March 2010 Amendment"). The fees and expenses listed reflect the reductions noted in the March 2010 Amendment.

[36]   The fees and expenses requested in the January-March, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 13, 2010.

[37]   On October 1, 2010, K&E filed an *Amendment to Kirkland & Ellis LLP's August 2010 Fee Application as Bankruptcy Counsel to W. R. Grace & Co., et al.* [Docket No. 25545] (the "August 2010 Amendment"). The fees listed reflect the reduction noted in the August 2010 Amendment.

[38]   The fees and expenses requested in the April-June, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 10, 2010.

[39]   On November 19, 2010, K&E filed an *Amendment to Kirkland & Ellis LLP's September 2010 Fee Application as Bankruptcy Counsel to W. R. Grace & Co., et al.* [Docket No. 25789] (the "September 2010 Amendment"). The fees listed reflect the reduction noted in the September 2010 Amendment.

[40]   The fees and expenses requested in the July-September, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 25, 2011.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 11, 2011 | 12/1 - 12/31/10 | $448,838.50 | $11,444.53 | Interim approval | Interim approval |
| March 15, 2011 | 1/1 - 1/31/11 | $440,760.00 | $11,592.81 | Interim approval | Interim approval |
| March 21, 2011 | October - December 2010 | $768,334.50 | $21,608.29 | $768,334.50[41] | $16,425.12 |
| April 8, 2011 | 2/1 - 2/28/11 | $532,554.50 | $16,245.21 | Interim approval | Interim approval |
| April 28, 2011 | 3/1 - 3/31/11 | $446,419.50 | $12,312.37 | Interim approval | Interim approval |
| May 16, 2011 | January - March 2011 | $1,419,734.00 | $40,150.39 | $1,418,667.00[42] | $39,971.39 |
| June 7, 2011 | 4/1 - 4/30/11 | $559,396.50 | $19,819.98 | Interim approval | Interim approval |
| July 13, 2011 | 5/1 - 5/31/11 | $1,131,179.50 | $12,694.96 | Interim approval | Interim approval |
| August 2, 2011 | 6/1 - 6/30/11 | $475,029.50 | $46,273.74 | Interim approval | Interim approval |
| September 6, 2011 | 7/1 - 7/31/11 | $350,793.00 | $12,172.91 | Interim approval | Interim approval |
| September 13, 2011 | April - June 2011 | $2,165,605.50 | $78,788.68 | $2,162,103.00[43] | $78,639.68 |
| October 10, 2011 | 8/1 - 8/31/11 | $294,347.00 | $13,642.99 | Interim approval | Interim approval |
| November 9, 2011 | 9/1 - 9/30/11 | $202,386.50 | $6,527.15 | Interim approval | Interim approval |
| November 23, 2011 | July - September 2011 | $847,526.50 | $32,343.05 | $847,526.50[44] | $32,343.05 |
| November 29, 2011 | 10/1 - 10/31/11 | $68,483.00 | $5,689.77 | Interim approval | Interim approval |
| December 28, 2011 | 11/1 - 11/30/11 | $238,913.00 | $2,204.01[45] | Interim approval | Interim approval |
| January 30, 2012 | 12/1 - 12/31/11 | $176,211.50 | $3,601.87 | Interim approval | Interim approval |
| February 15, 2012 | October - December 2011 | $483,607.50 | $11,495.65 | $483,607.50[46] | $11,495.65 |
| March 1, 2012 | 1/1 - 1/31/12 | $338,064.50 | $6,704.59 | Interim approval | Interim approval |
| April 4, 2012 | 2/1 - 2/29/12 | $442,703.50 | $3,875.06 | Interim approval | Interim approval |
| May 1, 2012 | 3/1 - 3/31/12 | $457,283.50 | $4,920.80 | Interim approval | Interim approval |
| May 24, 2012 | January – March 2012 | $1,238,051.50 | $15,500.45 | $1,238,051.50[47] | $15,500.45 |
| June 1, 2012 | 4/1 - 4/30/12 | $266,110.50 | $12,191.26 | Interim approval | Interim approval |

[41] The fees and expenses requested in the October-December, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 30, 2011.

[42] The fees and expenses requested in the January-March, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 20, 2011.

[43] The fees and expenses requested in the April-June, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 14, 2011.

[44] The fees and expenses requested in the July-September, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 23, 2012.

[45] Due to a clerical error in the *Summary Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co.* et al., *for the Monthly Interim Period from November 1, 2011, through November 30, 2011* [Docket No. 28286], K&E has reduced the expenses requested in the November Fee Application from $2,204.11 to $2,204.01.

[46] The fees and expenses requested in the October-December, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 14, 2012.

[47] The fees and expenses requested in the January-March, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2012.

K&E 25385906.2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| July 10, 2012 | 5/1 – 5/31/12 | $283,616.00 | $9,699.18 | Interim approval | Interim approval |
| August 8, 2012 | 6/1 - 6/30/12 | $437,113.50 | $3,641.80 | Interim approval | Interim approval |
| August 23, 2012 | April – June 2012 | $986,840.00 | $25,532.24 | $986,840.00[48] | $25,532.24 |
| September 5, 2012 | 7/1 - 7/31/12 | $632,379.50 | $14,184.73 | Interim Approval | Interim Approval |
| October 1, 2012 | 8/1 - 8/31/12 | $482,552.00 | $7,429.91 | Interim Approval | Interim Approval |
| October 30, 2012 | 9/1 - 9/30/12 | $301,845.50 | $5,352.35 | Interim Approval | Interim Approval |
| December 3, 2012 | 10/1 - 10/31/12 | $428,100.50 | $14,983.20 | $342,480.40 | $14,983.20 |
| December 11, 2012 | July - September 2012 | $1,416,777.00 | $26,961.99 | $1,416,777.00[49] | $26,961.99 |
| December 28, 2012 | 11/1 - 11/30/12 | $316,037.50 | $5,500.43 | $252,830.00 | $5,500.43 |
| February 5, 2012 | 12/1 - 12/31/12 | $913,592.50 | $10,942.36 | $730,874.00 | $10,942.36 |

The periods for objecting to the fees and expense reimbursement requested in the October Fee Application, the November Fee Application and the December Fee Application passed without any objections being filed, whereupon K&E filed certificates of no objection with the Court and the Debtors either have paid or will pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:[50]

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rana Barakat | Associate | 2008 | Litigation | $625.00 | 294.80 | $184,250.00 |
| Jack N. Bernstein | Partner | 1995 | Employee Benefits | $835.00 | 10.80 | $9,018.00 |
| Stephen H. Butler | Associate | 2009 | Taxation | $635.00 | 4.80 | $3,048.00 |
| John Donley, P.C. | Partner | 1985 | Litigation | $910.00 | 507.10 | $461,461.00 |
| Nia Dukov | Associate | 2008 | Litigation | $625.00 | 131.90 | $82,437.50 |
| Katie L. Einspanier | Associate | 2009 | Litigation | $625.00 | 125.80 | $78,625.00 |
| Susan Engel | Partner | 2003 | Litigation | $745.00 | 46.20 | $34,419.00 |

---

[48]    The fees and expenses requested in the April-June, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 11, 2012.

[49]    The fees and expenses requested in the July-September, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 27, 2013.

[50]    Any capitalized terms not defined herein have the meaning ascribed to them in the *Forty-Seventh Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co.*, et al., *for the Interim Period From October 1, 2012 Through December 31, 2012.*

9

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Lisa G. Esayian | Partner | 1991 | Litigation | $855.00 | 176.90 | $151,249.50 |
| Jeffrey Gettleman | Partner | 1974 | Restructuring | $795.00 | 160.80 | $127,836.00 |
| Scott J. Gordon | Partner | 1995 | Corporate | $940.00 | 1.30 | $1,222.00 |
| Mike Jones | Associate | 2011 | Restructuring | $495.00 | 132.00 | $65,340.00 |
| Natalie H. Keller | Partner | 1997 | Taxation | $825.00 | 3.70 | $3,052.50 |
| Nate Kritzer | Associate | 2009 | Litigation | $610.00 | 63.40 | $38,674.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation | $1,045.00 | 3.60 | $3,762.00 |
| Eric F. Leon | Partner | 1994 | Litigation | $875.00 | 45.90 | $40,162.50 |
| Russell S. Light | Partner | 2001 | Taxation | $870.00 | 1.80 | $1,566.00 |
| Todd F. Maynes, P.C. | Partner | 1988 | Taxation | $1,045.00 | 15.10 | $15,779.50 |
| Adam C. Paul | Partner | 1997 | Restructuring | $835.00 | 189.60 | $158,316.00 |
| Benjamin Rhode | Associate | 2012 | Restructuring | $430.00 | 51.10 | $21,973.00 |
| Douglas G. Smith, P.C. | Partner | 1996 | Litigation | $815.00 | 10.50 | $8,557.50 |
| Brian T. Stansbury | Partner | 2002 | Litigation | $725.00 | 0.70 | $507.50 |
| **Totals for Attorneys** | | | | | **1,977.80** | **$1,491,256.50** |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Paraprofessional | Position with the Applicant and Number of Years in the Position | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Marjolaine Blake | Project Assistant | 1 Year | Litigation | $175.00 | 125.70 | $21,997.50 |
| Andrew Brniak | Legal Assistant | 4 Years | Restructuring | $240.00 | 14.50 | $3,480.00 |
| Lesley Fairley | Legal Assistant | 11 Years | Litigation | $255.00 | 194.90 | $49,699.50 |
| Yolanda Herrera | Project Assistant | 1 Year | Litigation | $175.00 | 4.00 | $700.00 |
| Kimberly K. Love | Legal Assistant | 23 Years | Litigation | $295.00 | 265.00 | $78,175.00 |
| Maureen McCarthy | Legal Assistant | 10 Years | Restructuring | $300.00 | 20.70 | $6,210.00 |
| Carrie Sroka | Legal Assistant | 4 Years | Restructuring | $245.00 | 2.60 | $637.00 |
| Library Research | Research Specialist | N/A | Research | $250.00 | 22.30 | $5,575.00 |
| **Totals for Paraprofessionals** | | | | | **649.70** | **$166,474.00** |

K&E 25385906.2

**Compensation by Matter**

| Matter Number | Matter Description | Totals Billed Hours | Total Fees Requested |
|---|---|---|---|
| 16 | Asset Analysis and Recovery | 2.90 | $2,479.50 |
| 19 | Claims Analysis Objection and Resolution (Non-Asbestos) | 21.00 | $13,829.00 |
| 32 | Fee Applications, Applicant | 42.80 | $19,183.00 |
| 35 | Fee Applications Others | 1.60 | $1,272.00 |
| 37 | Plan and Disclosure Statement | 2,533.80 | $1,597,521.00 |
| 41 | Tax Issues | 25.40 | $23,446.00 |
| Totals | | 2,627.50 | $1,657,730.50 |

| | |
|---|---|
| Total Fees Requested for the Fee Period | $1,657,730.50 |
| Blended Rate | $630.92 |

11

K&E 25385906.2

**Expense Summary**

| Service Description | Amount |
|---|---|
| Appearance Fees | $30.00 |
| Color Copies or Prints | $295.90 |
| Computer Database Research | $9,035.22 |
| Library Document Retrieval | $300.00 |
| Outside Messenger Services | $17.33 |
| Overnight Delivery | $122.45 |
| Overtime Transportation | $232.39 |
| Professional Fees | $12,912.50 |
| Secretarial Overtime | $1,259.88 |
| Standard Copies or Prints | $7,058.70 |
| Third Party Telephone Charges | $161.62 |
| **Total** | **$31,425.99** |

K&E 25385906.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline**: April 22, 2013 at 4:00 p.m. (prevailing Eastern time) |
|  | ) | **Hearing Date**: : July 1, 2013 at 9:00 a.m. (prevailing Eastern time) |

## FORTY-SEVENTH QUARTERLY INTERIM VERIFIED APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2012 THROUGH DECEMBER 31, 2012

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Interim Compensation Order") and Del. Bankr. LR 2016-2, the law firm of Kirkland & Ellis LLP ("Kirkland & Ellis" or "K&E"), bankruptcy counsel for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") in their chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $1,657,730.50 for the reasonable and necessary legal services K&E has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that K&E has incurred in the amount of $31,425.99 (the "Forty-Seventh Quarterly Fee Application"), in each case for the interim quarterly period from October 1, 2012, through December 31, 2012 (the "Fee Period"). In support of this Forty-Seventh Quarterly Fee Application, K&E respectfully states as follows:

## BACKGROUND

### Retention of Kirkland & Ellis

1.     On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.     By this Court's order dated May 3, 2001, the Debtors were authorized to retain K&E as their counsel, effective as of the Petition Date, with regard to the filing and prosecution of the Chapter 11 Cases and all related matters (the "Retention Order"). The Retention Order authorizes the Debtors to compensate K&E at K&E's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

2

**Monthly Interim Fee Applications Covered Herein**

3.      Pursuant to the procedures set forth in the Interim Compensation Order, as amended by the Amended Interim Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application"), and the notice parties listed in the Amended Interim Compensation Order may object to such request.  If no notice party objects to a professional's Monthly Fee Application within 20 days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.      Furthermore, and also pursuant to the Amended Interim Compensation Order, within 45 days of the end of each quarter, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is the Forty-Seventh Quarterly Fee Application for compensation for services rendered that K&E has filed with the Bankruptcy Court in connection with the Chapter 11 Cases, and covers the Fee Period of October 1, 2012, through December 31, 2012.

3

6.    K&E has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

(a)    Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., *et al.*, for the Monthly Interim Period from October 1, 2012, through October 31, 2012, filed December 3, 2012, (the "October Fee Application") attached hereto as Exhibit A;

(b)    Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., *et al.*, for the Monthly Interim Period from November 1, 2012, through November 30, 2012, filed December 28, 2012, (the "November Fee Application") attached hereto as Exhibit B; and

(c)    Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., *et al.*, for the Monthly Interim Period from December 1, 2012, through December 31, 2012, filed February 5, 2013, (the "December Fee Application") attached hereto as Exhibit C (collectively, the October Fee Application, the November Fee Application and the December Fee Application are the "Applications").

7.    The periods for objecting to the fees and expense reimbursement requested in the October Fee Application, November Fee Application and the December Fee Application passed without any objections being filed, whereupon K&E filed certificates of no objection with the Court and the Debtors either have paid or will pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

8.    K&E has advised and represented the Debtors in connection with the operation of their businesses and other matters arising in the performance of their duties as debtors-in-possession during the period covered by the Forty-Seventh Quarterly Fee Application. Furthermore, K&E has prepared various pleadings, motions and other papers submitted to this Court for consideration, has appeared before this Court during hearings regarding these cases and has performed various other professional services that are described in the Applications.

4

**Previous Quarterly Fee Applications**

9.     On August 23, 2012, K&E filed the *Forty-Fifth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W. R. Grace & Co., et al., for the Interim Period from April 1, 2012 through June 30, 2012*, [Docket No. 29504] (the "the "Forty-Fifth Quarterly Fee Application"). In the Forty-Fifth Quarterly Fee Application, K&E sought compensation in the amount of $986,840.00 and reimbursement of expenses in the amount of $25,532.24. On December 11, 2012, the Court entered the *Order Granting Approving Quarterly Fee Applications for Forty-Fifth Period* [Docket No. 30036], which awarded K&E 100 percent of its fees and expenses on an interim basis.

10.     On December 11, 2012, K&E filed the *Forty-Sixth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W. R. Grace & Co., et al., for the Interim Period from* ("the "Forty-Sixth Quarterly Fee Application"). In the Forty-Sixth Quarterly Fee Application, K&E sought compensation in the amount of $1,416,777.00 and reimbursement of expenses in the amount of $26,961.99. On March 27, 2013, the Court entered the *Order Granting Approving Quarterly Fee Applications for Forty-Sixth Period* [Docket No. 30440], which awarded K&E 100 percent of its fees and expenses on an interim basis.[2]

**Requested Relief**

11.     By this Forty-Seventh Quarterly Fee Application, K&E requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by K&E for the Fee Period as detailed

---

[2]     See K&E's Forty-Sixth Quarterly Fee Application, filed on December 11, 2012 [Docket No. 30038] for a complete list of quarterly fee applications filed by K&E and the orders approving such applications in the Chapter 11 Cases.

K&E 25385906.2

in the Applications, less any amounts previously paid to K&E pursuant to the Applications and the procedures set forth in the Amended Interim Compensation Order. As stated above, the full scope of services provided and the related expenses incurred are fully described in the Applications, which are attached hereto as Exhibits A through C.

**Disinterestedness**

12.    As disclosed in the *Thirty-First Supplemental Affidavit of Disinterestedness Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014*, filed October 9, 2012 [Docket No. 29755], K&E does not hold or represent any interest adverse to the estates, and has been, at all relevant times, a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.[3]

13.    K&E may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. K&E disclosed in the Affidavits its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. K&E will update the Affidavits when necessary and when K&E becomes aware of material new information.

## REPRESENTATIONS

14.    K&E believes that the Forty-Seventh Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.    K&E performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

---

[3]    See K&E's Forty-Sixth Quarterly Fee Application, filed on December 11, 2012 [Docket No. 30038] for a complete list of K&E's affidavits of disinterestedness (the "Affidavits") filed in the Chapter 11 Cases.

K&E 25385906.2

16.     During the Fee Period, K&E has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Chapter 11 Cases other than the interim compensation payments pursuant to the Amended Interim Compensation Order.

17.     Pursuant to Fed. R. Bank. P. 2016(b), K&E has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of K&E, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, K&E respectfully requests that the Court enter an order providing that (a) for the Fee Period, October 1, 2012, through December 31, 2012, an administrative allowance be made to K&E in the sum of (i) $1,657,730.50 as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) $31,425.99 for reimbursement of actual and necessary costs and expenses incurred, for a total of $1,689,156.49; (b) the Debtors be authorized and directed to pay to K&E the outstanding amount of such sums less any sums previously paid to K&E pursuant to the Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such further relief as is equitable and just.

Dated:  April 1, 2013

Respectfully submitted,

*/s/ Adam C. Paul*

John Donley
Adam C. Paul
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

## EXHIBIT A

October Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 29986 under Case No. 01-01139.  Also available upon request from Kirkland & Ellis LLP or Pachulski Stang Ziehl & Jones LLP

# EXHIBIT B

November Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 30096 under Case No. 01-01139. Also available upon request from Kirkland & Ellis LLP or Pachulski Stang Ziehl & Jones LLP

## EXHIBIT C

December Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 30225 under Case No. 01-01139.  Also available upon request from Kirkland & Ellis LLP or Pachulski Stang Ziehl & Jones LLP

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) |

## VERIFICATION

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )  ss. |
| COUNTY OF COOK | ) |

Adam C. Paul, after being duly sworn according to law, deposes and says:

1.     I am a partner with the applicant law firm Kirkland & Ellis LLP ("K&E"), and have been admitted to appear before this Court.

2.     I have personally performed many of the legal services rendered by K&E as counsel to the above-captioned debtors and debtors in possession (the "Debtors"), and I am

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of K&E.

3.    I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* and submit that the Application substantially complies with such rules.

_____
Adam C. Paul

SWORN AND SUBSCRIBED
before me this 1st day of April, 2013

_____
Notary Public
My Commission Expires:

OFFICIAL SEAL
DEIRDRE BOUCHE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/13/13

K&E 25385906.2