## EXHIBIT A

**October 2012 Fee Detail**

**Matter 18**                                   **Section 199 Tax Study**

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wetcher, Andrew D | 10/4/2012 | WR Grace - Section 199 - 2007, 2009, 2011 updates to workbooks per discussion with client related to IRS examination (4.0) | 4 | $350.00 | $1,400.00 |
| Levin, Rob | 10/5/2012 | OUT OF SCOPE - 2012 3rd quarter estimate discussion w/ Don and Giselle (.5); Review of information from Jody (.5) | 1 | $550.00 | $550.00 |
| Wetcher, Andrew D | 10/5/2012 | WR Grace - Section 199 - Call with Mat and Rob for review of updates (1.6); Additional changes to 2007 and 2009 calculations (3.0) | 4.6 | $350.00 | $1,610.00 |
| Abraham, Mathew | 10/9/2012 | Call with Levin to discuss IRS comments raised on 2007 and 2009 calculations (.8); conference call with WR Grace's external audit firm (Underhill and Vonk) to discuss section 199 methodology (1.0) | 1.8 | $400.00 | $720.00 |
| Wetcher, Andrew D | 10/9/2012 | WR Grace - call and screen-share with Rob Levin to update Schedule M-1 adjustments on 2009 calculation to tie to taxable income per tax returns filed, per IRS notice (1.3) | 1.3 | $364.00 | $473.20 |
| Abraham, Mathew | 10/10/2012 | Call with IRS agent (Deutchman) to discuss questions on 2007 & 2009 section 199 calculation (.8); review of book to tax reconciliation difference on 2009 section 199 calc (.4); review of stock option expense tax treatment for 2007 & 2009 section 199 calc (.4) | 1.6 | $400.00 | $640.00 |
| Levin, Rob | 10/10/2012 | OUT OF SCOPE PER DON - 2010 and 2012 Estimated Section 199 calculations for provision (6.0) | 6 | $550.00 | $3,300.00 |
| Levin, Rob | 10/11/2012 | 2007 & 2009 FIN 48 analysis of costing models (6.0) | 6 | $550.00 | $3,300.00 |
| Wetcher, Andrew D | 10/15/2012 | WR Grace - Section 199 - updates to 2007 and 2009 reports for updated M1 adjustment (1.1 hours); Updates for taxable income to tie to tax returns (.6 hours); Summary call with Rob Levin (.9 hours) | 2.6 | $350.00 | $910.00 |
| Levin, Rob | 10/17/2012 | Call w/ IRS - Shawn to discuss outstanding question (1.0) additional time spent updating model w/ Andrew Wetcher for foreign, and other (1.0) | 2 | $550.00 | $1,100.00 |
| Watson, Sara B | 10/18/2012 | Review Section 199 memorandum for Rob Levin (2.0) | 2 | $400.00 | $800.00 |
| Levin, Rob | 10/18/2012 | Out of Scope - Section199 memo for Provision (6.0) | 6 | $550.00 | $3,300.00 |
| Abraham, Mathew | 10/19/2012 | Conference call with client (Hurwitz) and IRS exam agent (Deutchman) and internal (Levin) regarding open items on section 199 calculation (1.0) | 1 | $400.00 | $400.00 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 10/25/2012 | Finalize section 199 costing models w/ updated information based on conversations w/ Shawn D (2.0) | 2 | $550.00 | $1,100.00 |
| Wetcher, Andrew D | 10/26/2012 | WR Grace - Section 199 - updates to 2007 and 2009 calculation for disallowed M-1 adjustments (1.3) | 1.3 | $350.00 | $455.00 |
| Brown, Joseph | 10/30/2012 | Review of section 199 memo (3.0) | 3 | $600.00 | $1,800.00 |
| Total | | | 46.2 | | $21,858.20 |

**Matter 18**             **R&D Tax Credit Study**

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 10/1/2012 | Multiple discussions with Catie Wagner of Grant Thornton to discuss how to incorporate the ART divisions' wages into the R&D calculation (1.6 hours) | 1.6 | $400.00 | $640.00 |
| Lynes, Daniel A. | 10/1/2012 | Review of Materials Technology R&D project write-up's (4.3) | 4.3 | $400.00 | $1,720.00 |
| Vorrath, David Allen | 10/1/2012 | Addressing billing matters (.5) | 0.5 | $600.00 | $300.00 |
| Watson, Sara B | 10/1/2012 | Review R&D tax credit project business component analyses memoranda and review contemporaneous documentation to reference within the memos. (8.0) | 8 | $400.00 | $3,200.00 |
| Brown, Joseph | 10/1/2012 | Discussions with the team on BCA analysis (2.0); review of the BCA file (2.0) | 4 | $600.00 | $2,400.00 |
| Stargel, Andrew L | 10/1/2012 | Completed November study (3.0), completed December study (3.0), and completed June study (2.0). | 8 | $245.00 | $1,960.00 |
| Wagner, Catherine E | 10/1/2012 | calculation build out, entering formulas, linking tabs, applying references, footing calculation (8.0) | 8 | $325.00 | $2,600.00 |
| Lynes, Daniel A. | 10/2/2012 | Review of Materials Technology Project Memos for the R&D tax credit (4.5) | 4.5 | $400.00 | $1,800.00 |
| Lynes, Daniel A. | 10/2/2012 | Review of the Specialty Catalysts' groups contracts with their customer as it relates to "Rights and Risks" for the R&D tax credit. (2.0) | 2 | $400.00 | $800.00 |
| Watson, Sara B | 10/2/2012 | Review R&D tax credit project business component analyses memoranda and review contemporaneous documentation to reference within the memos (4.0) | 4 | $400.00 | $1,600.00 |
| Stargel, Andrew L | 10/2/2012 | Went back through January, May, and June 2007 and inserted employees which were not listed (2.0), completed July analysis (3.0), December analysis (4.0), and August analysis (2.0). | 11 | $245.00 | $2,695.00 |
| Wagner, Catherine E | 10/2/2012 | calculation build out, entering formulas, linking tabs, applying references, and footing calculation (8.0) | 8 | $325.00 | $2,600.00 |
| Lynes, Daniel A. | 10/3/2012 | Update conversation with Rob Levin to discuss status of R&D project and issues surrounding missing W-2 wages. (1.8). | 1.8 | $400.00 | $720.00 |
| Lynes, Daniel A. | 10/3/2012 | R&D Project Memo review (5.5). | 5.5 | $400.00 | $2,200.00 |
| Vorrath, David Allen | 10/3/2012 | conference call with Don Tiechen to discuss status of project and various billing matters (.8) | 0.8 | $600.00 | $480.00 |
| Levin, Rob | 10/3/2012 | 2008 & 2009 R&D Tax credit review. Time spent on review of the 2008 & 2009 costing model (1.0). Review of the ART LLC qualified research expenditures for 2005-2007 (1.0). Review of project memos including project Astroid (2.0). | 4 | $550.00 | $2,200.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Watson, Sara B | 10/3/2012 | Call with Don Teichen, Karen Mitchell, Dave Vorrath, Mat Abraham, Rob Levin, and Joe Brown to discuss billing and progress of the R&D and Section 199 studies (1.0). Draft and review R&D Tax credit Business Component Analyses memoranda and review and incorporate contemporaneous documentation (7.0). | 8 | $400.00 | $3,200.00 |
| Stargel, Andrew L | 10/3/2012 | Completed September calc (3.3), completed October calc (2.8) and completed November calc (3.4). | 9.5 | $245.00 | $2,327.50 |
| Wagner, Catherine E | 10/3/2012 | Drafting memos (8.5) | 8.5 | $325.00 | $2,762.50 |
| Lynes, Daniel A. | 10/4/2012 | Review of Calculation for R&D tax credit (4.5) | 4.5 | $400.00 | $1,800.00 |
| Lynes, Daniel A. | 10/4/2012 | Discussion and analysis with Rob Levin of Grant Thornton surrounding how ART's R&D credit would impact WR GRACE's credit (2.2). | 2.2 | $400.00 | $880.00 |
| Vorrath, David Allen | 10/4/2012 | Review August billing submission for bankruptcy court and go over with Mat (1.0) | 1 | $600.00 | $600.00 |
| Levin, Rob | 10/4/2012 | 2008 & 2009 costing model discussions w/ Catie Wagner, GT senior, and Dan Lynes, GT manager to understand the qualified research expenditures and the reconciliation to the SAP system (3.0). Additional time spent reviewing the relationship of ART LLC and the change in ownership with Chevron in November 2009, which under IRC Section 1563, creates a controlled group change (3.0). | 6 | $550.00 | $3,300.00 |
| Watson, Sara B | 10/4/2012 | Draft and review R&D Tax credit Business Component Analyses memoranda and review and incorporate contemporaneous documentation (2.0). Detail review R&D Credit Calculation (5.0) | 7 | $400.00 | $2,800.00 |
| Stargel, Andrew L | 10/4/2012 | Met with Sara Beth and Catie to discuss employee date entry and memo progress, also went through calculation specifics (2.0). Began working on New IMPACT memo and RX Resid (6.0) | 8 | $245.00 | $1,960.00 |
| Wagner, Catherine E | 10/4/2012 | Update discussions with Grant Thornton team regarding timing, memo review, and calculation status (4.0), memo review (4.0) | 8 | $325.00 | $2,600.00 |
| Lynes, Daniel A. | 10/5/2012 | Review and edit the executive report/methodology memo for the Grace R&D tax credit study (7.2). | 7.2 | $400.00 | $2,880.00 |
| Lynes, Daniel A. | 10/5/2012 | Update discussions with Catie Wagner of Grant Thornton surrounding the status of the R&D calculation (1.1). | 1.1 | $400.00 | $440.00 |
| Lynes, Daniel A. | 10/5/2012 | Review of R&D tax credit calc update (1.0). | 1 | $400.00 | $400.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 10/5/2012 | Review of the 2008 & 2009 project memorandums to provide the economic nexus between the amounts claimed and the activities performed (2.0). Additional time spent working with GT internal team to finalize the W-2 wage information request list from Karen Mitchell (1.0) and time spent on the Technical Services group to determine benefit to the credit (1.0). | 4 | $550.00 | $2,200.00 |
| Watson, Sara B | 10/5/2012 | Review R&D tax credit business component analyses memoranda (3.0) | 3 | $400.00 | $1,200.00 |
| Stargel, Andrew L | 10/5/2012 | Finished working on New IMPACT memo (1.0), met briefly with Catie (.3), began working on PEZ memo (3.0) | 4.3 | $245.00 | $1,053.50 |
| Wagner, Catherine E | 10/5/2012 | Executive report (4.0), calculation build out, formulation, methodology (4.0) | 8 | $325.00 | $2,600.00 |
| Wagner, Catherine E | 10/6/2012 | Executive report (2.0), calculation build out, formulation, methodology (4.0) | 6 | $325.00 | $1,950.00 |
| Wagner, Catherine E | 10/7/2012 | ART incorporation into calculation, QREs (2.0) | 2 | $325.00 | $650.00 |
| Lynes, Daniel A. | 10/8/2012 | Review of updated R&D tax credit calculation (3.2). | 3.2 | $400.00 | $1,280.00 |
| Lynes, Daniel A. | 10/8/2012 | Finalization of R&D project memos after Rob Levin of Grant Thornton finished his review of them (3.5). | 3.5 | $400.00 | $1,400.00 |
| Watson, Sara B | 10/8/2012 | Detail review WR Grace R&D credit calculation with internal team (3.0). Review and make additions to the R&D Tax Credit Executive report (5.0) | 8 | $400.00 | $3,200.00 |
| Wagner, Catherine E | 10/8/2012 | Calculation build out, clearing review notes, removing duplicate employees, updating wage tab formulas (9.0) | 9 | $325.00 | $2,925.00 |
| Stargel, Andrew L | 10/8/2012 | Completed CBA Next Gen Memo, reviewed PEZ and New Impact Memos (6.0) | 6 | $245.00 | $1,470.00 |
| Levin, Rob | 10/8/2012 | 2008 & 2009 R&D tax credit costing model review | 10 | $550.00 | $5,500.00 |
| Lynes, Daniel A. | 10/9/2012 | Multiple communications with Joe Stoddard of Grant Thornton - Washington National Tax Office to coordinate and discuss the review of the R&D tax credit calc (1.7). | 1.7 | $400.00 | $680.00 |
| Lynes, Daniel A. | 10/9/2012 | Review and updates to R&D tax credit calculation (6.5). | 6.5 | $400.00 | $2,600.00 |
| Watson, Sara B | 10/9/2012 | Detail review WR Grace R&D credit calculation with internal team (8.0) | 8 | $400.00 | $3,200.00 |
| Stoddard, Joseph | 10/9/2012 | R&D tax credit study - review business component analysis memoranda: Asteroid (.4), BioFlash (.4), Crystal (.3), Fly Ash Cement (.4), Ferrari (.3), and TR+ (.3) | 2.1 | $600.00 | $1,260.00 |
| Wagner, Catherine E | 10/9/2012 | calculation build out: entering formulas and linking tabs, applying references, footing calculation (8.0) | 8 | $325.00 | $2,600.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Stargel, Andrew L | 10/9/2012 | Updated employee titles for 06 through 09 for Catie (1.0), listened to PB Disbursement and Verifi Memos with notes (3.0), began writing the memos (2.0). Meeting with Dan to discuss R&D controlled group issues (3.0) | 9 | $245.00 | $2,205.00 |
| Vorrath, David Allen | 10/9/2012 | discuss billing matters with Levin & Abraham (.5) | 0.5 | $600.00 | $300.00 |
| Levin, Rob | 10/9/2012 | Review of R&D tax credit project memorandums including Astroid, Fly Ash, etc. (8.0) | 8 | $550.00 | $4,400.00 |
| Lynes, Daniel A. | 10/10/2012 | Review of R&D project memos (1.5) and clearing of comments provided by Grant Thornton National tax office (2.0). | 3.5 | $400.00 | $1,400.00 |
| Lynes, Daniel A. | 10/10/2012 | Working with Rob Levin of Grant Thornton on how the ART portion of the R&D tax credit will affect WR Grace's credit amount (3.2). | 3.2 | $400.00 | $1,280.00 |
| Watson, Sara B | 10/10/2012 | Detail review WR Grace R&D Credit calculation (2.0). Review R&D tax credit business component analyses (2.0) | 4 | $400.00 | $1,600.00 |
| Wagner, Catherine E | 10/10/2012 | calculation build out, entering formulas, linking tabs, applying references, footing calculation (8.0) | 8 | $325.00 | $2,600.00 |
| Stoddard, Joseph | 10/10/2012 | R&D tax credit - review credit calculations, including detailed qualified research expense workpapers; provide comments to Lynes, Levin, Watson, and Wagner (3.2). Phone call with Levin and Lynes to discuss (.1). | 3.3 | $600.00 | $1,980.00 |
| Stargel, Andrew L | 10/10/2012 | Completed Verifi memo and reviewed all memos previously completed (5.0), pulled all patents from list provided by client, briefly read through patents and attempted to tie them to related project (3.0) | 8 | $245.00 | $1,960.00 |
| Lynes, Daniel A. | 10/11/2012 | Finalization of R&D calculation based on comments from Grant Thornton's Washington National Tax Office (6.5). | 6.5 | $400.00 | $2,600.00 |
| Lynes, Daniel A. | 10/11/2012 | Multiple communications with Catie Wagner surrounding the method and form of the information we will be sending to the IRS surrounding the R&D tax credit and a sample of supporting project memos (1.0). | 1 | $400.00 | $400.00 |
| Watson, Sara B | 10/11/2012 | Work with Catie on clearing review notes for the R&D Credit calculation for WR Grace. The work I did primarily focused on qualifying supply and contract research costs (6.5) | 6.5 | $400.00 | $2,600.00 |
| Stargel, Andrew L | 10/11/2012 | Listened to Bondera and Preprufe interview and took notes (3.0), completed the two memos (4.0) | 7 | $245.00 | $1,715.00 |
| Stoddard, Joseph | 10/11/2012 | R&D tax credit: review responses to review points on calculation workpapers (.1); phone call with Wagner to discuss (.1) | 0.2 | $600.00 | $120.00 |
| Wagner, Catherine E | 10/11/2012 | calculation build out: entering formulas, linking tabs, applying references, and footing calculation (8.0) | 8 | $325.00 | $2,600.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 10/12/2012 | Review of updates to R&D tax credit calculation (4.5). | 4.5 | $400.00 | $1,800.00 |
| Watson, Sara B | 10/12/2012 | Go through final comments and questions for QA review for the R&D Tax credit calculation for 2008 and 2009 (2.0) | 2 | $400.00 | $800.00 |
| Stoddard, Joseph | 10/12/2012 | Phone call with Levin to discuss group credit calculation and allocation (.4); research group credit allocation issues and send email to Levin (.2) | 0.6 | $600.00 | $360.00 |
| Stargel, Andrew L | 10/12/2012 | Separated PC Disbursement documentation (1), talked with Catie on best approach (.3), completed memo to extent possible without documentation (2.5), posted all memos to tax symphony and communicated results with team (.4). | 4.2 | $245.00 | $1,029.00 |
| Wagner, Catherine E | 10/12/2012 | state calculation research (4.0), ART calculation incorporation (4.5) | 8.5 | $325.00 | $2,762.50 |
| Levin, Rob | 10/12/2012 | Final review of the 2008 & 2009 costing model. Discussions with Joe Stoddard related to Section 41(f) and allocation of credit for ART. (8.0) | 8 | $550.00 | $4,400.00 |
| Wagner, Catherine E | 10/13/2012 | Final review of the 2008 & 2009 costing model. shipment to Grace & IRS (3.0) | 3 | $325.00 | $975.00 |
| Watson, Sara B | 10/15/2012 | Review R&D Tax credit business component analyses for WR Grace (6.0) | 6 | $400.00 | $2,400.00 |
| Wagner, Catherine E | 10/15/2012 | Reviewing memos (8.0) | 8 | $325.00 | $2,600.00 |
| Stargel, Andrew L | 10/15/2012 | Meeting to discuss all open projects and who we will need to get involved to help complete them (1.5). Met with Catie afterward to discuss building W.R. Grace deliverable (.5). Cleared notes on memos which were reviewed last week (3.0) | 5 | $245.00 | $1,225.00 |
| Vorrath, David Allen | 10/15/2012 | Review status of R&D project with Levin and team (.5) | 0.5 | $600.00 | $300.00 |
| Lynes, Daniel A. | 10/15/2012 | Review of status of the R&D tax credit project and developing a time-line to meet the mid-Nov. deadline set by the IRS for the deliverable of the final product (2.5). | 2.5 | $400.00 | $1,000.00 |
| Lynes, Daniel A. | 10/15/2012 | Update meeting with Rob Levin and Catie Wagner to discuss the status of the R&D tax credit project (1.5). | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 10/15/2012 | Review of information provided by the Specialty Catalyst group at WR Grace to consolidate the information provided for the R&D tax credit study as it relates to this business unit (2.2). | 2.2 | $400.00 | $880.00 |
| Brown, Joseph | 10/16/2012 | Top level review of R&D memos (3.0) | 3 | $600.00 | $1,800.00 |
| Wagner, Catherine E | 10/16/2012 | R&D memo review (8.0) | 8 | $325.00 | $2,600.00 |
| Stargel, Andrew L | 10/16/2012 | Built out W.R. Grace deliverable to extent possible (3.0) | 3 | $245.00 | $735.00 |

| Professional | Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Lynes, Daniel A. | 10/16/2012 | Project Memo Review of R&D memos (5.5). | 5.5 | $400.00 | $2,200.00 |
| Lynes, Daniel A. | 10/17/2012 | R&D Project memo review (5.2). | 5.2 | $400.00 | $2,080.00 |
| Watson, Sara B | 10/18/2012 | Review R&D Tax Credit memoranda for WR Grace (4.0) | 4 | $400.00 | $1,600.00 |
| Stargel, Andrew L | 10/18/2012 | Cleared notes on memos, met with Sara Beth to discuss time focus for the preceding week (1.0) | 1 | $245.00 | $245.00 |
| Vorrath, David Allen | 10/18/2012 | Correspondence with Levin and Margulies regarding PWC review of Sec. 199 deduction and impact on financial statements (.3) | 0.3 | $600.00 | $180.00 |
| Watson, Sara B | 10/19/2012 | Review R&D Tax Credit Memoranda for WR Grace (4.0) | 4 | $400.00 | $1,600.00 |
| Wagner, Catherine E | 10/19/2012 | Drafting memos (6.0) | 6 | $325.00 | $1,950.00 |
| Levin, Rob | 10/19/2012 | R&D tax credit memorandum review and team discussion on next steps (1.3). Additional time spent researching potential common parent/art issue (1.7) | 3 | $550.00 | $1,650.00 |
| Stargel, Andrew L | 10/22/2012 | Research patents to be used in support of memos (3.0) | 3 | $245.00 | $735.00 |
| Wagner, Catherine E | 10/22/2012 | Draft Executive Report (8.0) | 8 | $325.00 | $2,600.00 |
| Watson, Sara B | 10/23/2012 | Review R&D tax credit memos and write review points (4.0) | 4 | $400.00 | $1,600.00 |
| Stargel, Andrew L | 10/23/2012 | Properly renamed all documents in memos to correspond with symphony site (3.0) | 3 | $245.00 | $735.00 |
| Wagner, Catherine E | 10/23/2012 | Draft Executive Report (3.0) | 3 | $325.00 | $975.00 |
| Wagner, Catherine E | 10/24/2012 | Draft Executive Report (2.0) | 2 | $325.00 | $650.00 |
| Lynes, Daniel A. | 10/24/2012 | Email to Catie Wagner to discuss status of the R&D tax credit project (0.7). | 0.7 | $400.00 | $280.00 |
| Lynes, Daniel A. | 10/24/2012 | Review of R&D project memos (4.5). | 4.5 | $400.00 | $1,800.00 |
| Stargel, Andrew L | 10/25/2012 | Cleared comments for memos reviewed (3.0) | 3 | $245.00 | $735.00 |
| Lynes, Daniel A. | 10/25/2012 | Status update meeting with Rob Levin to discuss the status and timeframe for competition of the R&D tax credit project (1.5). | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 10/25/2012 | R&D project memo review (2.7). | 2.7 | $400.00 | $1,080.00 |
| Wagner, Catherine E | 10/26/2012 | Draft Executive Report (2.5) | 2.5 | $325.00 | $812.50 |
| Lynes, Daniel A. | 10/26/2012 | R&D project memo review (3.5). | 3.5 | $400.00 | $1,400.00 |
| Wagner, Catherine E | 10/29/2012 | Detail memo review (3.0) | 3 | $325.00 | $975.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 10/29/2012 | R&D tax credit update call with the IRS (Shawn Deutchman), WR Grace (Giselle Hurwitz), and Rob Levin of Grant Thornton to discuss the methodology for our R&D tax credit calculation (1.6). | 1.6 | $400.00 | $640.00 |
| Price, Timothy N. | 10/30/2012 | Perform CA EZ credit inquiries (.5) | 0.5 | $560.00 | $280.00 |
| Wagner, Catherine E | 10/30/2012 | Detail memo review (4.0) | 4 | $325.00 | $1,300.00 |
| Stargel, Andrew L | 10/31/2012 | Call with Mike Alder, no answer (.5) | 0.5 | $245.00 | $122.50 |
| Wagner, Catherine E | 10/31/2012 | Detail memo review (2.0) | 2 | $325.00 | $650.00 |
| Total | | | 470.50 | | $173,135.00 |