EXHIBIT B

**October 2012 Expense Detail**

| Professional | Date | Description | Cost Code | Amount |
|---|---|---|---|---|
| Lynes, Daniel A. | 10/1/2012 | Cab home from airport after being out of town for R&D Site visits in Curtis Bay, MD where WR Grace has their pilot plant. Cab was one-way from airport to house. | Ground Transport | $53.50 |
| Lynes, Daniel A. | 10/1/2012 | Atlanta, GA. Working lunch with 4 people while in town to discuss the R&D credit calculation and applicable project memos. | Meals | $98.27 |
| Lynes, Daniel A. | 10/2/2012 | Atlanta, GA. Dinner with 4 people while working late in town on the R&D tax credit calculation. | Meals | $113.74 |
| Lynes, Daniel A. | 10/2/2012 | Atlanta, GA; In-town Working lunch with 4 people while working on the R&D credit calculation. | Meals | $85.74 |
| Levin, Rob | 10/5/2012 | Lunch in Atlanta, GA with 2 people to discuss WR Grace R&D tax credit study next steps and progress to date. | Meals | $26.30 |
| Lynes, Daniel A. | 10/9/2012 | Atlanta, GA; in-town working lunch with 3 people to finish the R&D tax credit calculation. | Meals | $34.81 |
| Lynes, Daniel A. | 10/15/2012 | Atlanta, GA. Dinner while working late with 3 people on the R&D tax credit study. | Meals | $65.11 |
| Levin, Rob | 10/16/2012 | Dinner (2 people) in Atlanta, GA for 2008, 2009 costing model review, as well as, project methodology memorandum/deliverables. Late night work. | Meals | $100.00 |
| Lynes, Daniel A. | 10/16/2012 | Atlanta, GA. Self-Dinner while working late on the R&D tax credit study. | Meals | $23.47 |
| Lynes, Daniel A. | 10/27/2012 | Flight from Atlanta, GA to Ft. Lauderdale, FL for meeting with WR Grace Tax Director Don Teichon to discuss implications related to the R&D tax credit and applicability of the ART partnership. Coach class, round trip. | Airfare | $330.90 |
| Lynes, Daniel A. | 10/31/2012 | Hotel- Marriott- Boca Raton, FL. For meeting with WR Grace Tax Director Don Teichon to discuss implications related to the R&D tax credit and applicability of the ART partnership. 1 night in hotel, inclusive of taxes | Hotel | $150.02 |
| Total | | | | $1,081.86 |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $330.90 |
| Lodging | $150.02 |
| Rental Car / Ground Transportation | $53.50 |
| Meals | $547.44 |
| Total: | **$1,081.86** |

## ITEMIZED EXPENSES

| Date | Amount | Service Description |
|---|---|---|
| 10/1/2012 | $53.50 | Ground Transportation |
| 10/1/2012 | $98.27 | Meals |
| 10/2/2012 | $113.74 | Meals |
| 10/2/2012 | $85.74 | Meals |
| 10/5/2012 | $26.30 | Meals |
| 10/9/2012 | $34.81 | Meals |
| 10/15/2012 | $65.11 | Meals |
| 10/16/2012 | $23.47 | Meals |
| 10/16/2012 | $100.00 | Meals |
| 10/27/2012 | $330.90 | Airfare |
| 10/31/2012 | $150.02 | Lodging |
| Total | **$1,081.86** | |

Total October 2012 Expenses: $ 1,081.86