**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 **(CLOSED)**<br>Related to Doc. No. 3721 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 **(CLOSED)**<br>Related to Doc. No. 10782 |
| Combustion Engineering, Inc. | Case No.: 03-10495 **(CLOSED)**<br>Related to Doc. No. 3476 |
| The Flintkote Company | Case No.: 04-11300<br>Related to Doc. No. 7436 |
| Kaiser Aluminum Corp. | Case No.: 02-10429<br>Related to Doc. No. 10281 |
| Owens Corning | Case No.: 00-3837 **(CLOSED)**<br>Related to Doc. No. 21068 |
| US Mineral Products Company | Case No.: 01-2471 **(CLOSED)**<br>Related to Doc. No. 3989 |
| USG Corp. | Case No.: 01-2094 **(CLOSED)**<br>Related to Doc. No. 12682 |
| W.R. Grace & Co.<br>             Debtors. | Case No.: 01-1139<br>Related to Doc. No. 30404 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:  |  |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 **(CLOSED)** <br> Related to Doc. No. 2839 |
| North American Refractories Co. | Case No.: 02-20198 <br> Related to Doc. No. 7835 |
| Pittsburgh Corning Corp. <br><br> Debtors. | Case No.: 00-22876 <br> Related to Doc. No. 9260 |

**NOTICE OF SERVICE**

   PLEASE TAKE NOTICE that on March 28, 2013, the **Order Setting Status Conference To Establish Protocol With Respect To Order Of The District Court For The Western District Of Pennsylvania And The Order Of The District Court For The District Of Delaware Regarding 2019 Statements** was served upon the parties, in the manner indicated, on the attached service list.

Dated: April 2, 2013
   Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew B. Harvey*
Gregory W. Werkheiser (DE Bar No. 3553)
Matthew B. Harvey (DE Bar No. 5186)
1201 North Market Street, 21st Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

- and –

ROBINSON, BRADSHAW & HINSON, P.A.
Garland S. Cassada
Richard C. Worf, Jr.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-3917

*Attorneys for Garlock Sealing Technologies LLC*

7068606.3