**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph: (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                   January 1, 2013 to January 31, 2013

                                                        Invoice #:        46425

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 6.90 | 2,208.00 |
| B18 | Fee Applications, Others - | 2.50 | 471.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 622.00 |
| B36 | Plan and Disclosure Statement - | 10.80 | 4,104.00 |
| B45 | Professional Retention Issues - | 0.10 | 38.00 |
| | **Total** | **23.10** | **$7,443.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 310.00 | 1.80 | 558.00 |
| Regina Matozzo | 250.00 | 2.40 | 600.00 |
| Theodore J. Tacconelli | 380.00 | 15.00 | 5,700.00 |
| Legal Assistant - KC | 150.00 | 3.90 | 585.00 |
| **Total** | | **23.10** | **$7,443.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                             **$1,128.45**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-01-13 | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Substitution of Counsel for MCC | 0.10 | TJT |
| Jan-02-13 | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Applicant* - Revisions to Dec. 2012 invoice; to T. Tacconelli for review of same | 0.10 | KC |
| | *Fee Applications, Applicant* - Format invoice for efiling as Exhibit A to Nov. 2012 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft Nov. 2012 monthly fee app and related documents; to LLC for review | 0.30 | KC |
| Jan-03-13 | *Case Administration* - Review additional notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review notice of substitution of counsel of Connolly Gallagher LLP for Maryland Casualty Co., revisions to 2002 service list | 0.20 | KC |
| Jan-05-13 | *Plan and Disclosure Statement* - Review Notice of Substation of Counsel for MCC in appeal 12-1402 | 0.10 | TJT |
| Jan-07-13 | *Case Administration* - Review case management memo re: week ending 1.4.2013 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Oct. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Nov. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin 46th Quarterly fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Nov. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: 46th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 1/4/2013; memo to T. Tacconelli and L. Coggins re: same | 0.50 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.60 | RM |
| | *Case Administration* - Review Notice from Clerk re: problem with docket no. 30116 | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: memos | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 1/4 | 0.10 | TJT |
| Jan-08-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review letter from Garlock to J. Stark in appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare CNO to Bilzin's 46th Quarterly fee app for July 2012 through Sept. 2012 for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* - Prepare Bilzin Oct. 2012 fee app for filing, efile and service of same | 0.30 | KC |
| Jan-09-13 | *Fee Applications, Applicant* - Review correspondence from B. Ruhlander re: Question regarding 46th Interim Quarterly Fee app. | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with K. Callahan re: question by Fee Auditor re: August 2012 Fee App time entry | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Review August 2012 time entries re: question by Fee Auditor re: August 2012 Fee App time entry | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare Bilzin Nov. 2012 fee app for efiling, efile and service of same | 0.30 | KC |
|  | *Fee Applications, Applicant* - Prepare CNO to 46th quarterly fee app for filing, efile and service of same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Prepare Nov. 2012 fee app for efling, efile and service of same | 0.30 | KC |
| Jan-10-13 | *Professional Retention Issues* - Review Notice of Withdrawal of Debtors Motion to Modify and Expand Retention for Baker Donelson | 0.10 | TJT |
| Jan-12-13 | *Case Administration*   - Review Order re: Rule to Show Cause Why Adv. Pro. 01-771 Should not be Dismissed | 0.10 | TJT |
|  | *Case Administration*   - Review docket and various documents in Adv. Pro. 01-771 | 0.50 | TJT |
| Jan-14-13 | *Plan and Disclosure Statement* - Review Appellee's Motion to Consolidate Briefing | 0.20 | TJT |
| Jan-15-13 | *Case Administration* - Review CNO filed by Debtors re: Debtor's Motion to Authorize 3rd Amendment to Postpetition Credit Facility | 0.10 | TJT |
|  | *Case Administration*   - Review Debtor's Statement of Amounts Paid to OCP | 0.10 | TJT |
| Jan-16-13 | *Case Administration*   - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
|  | *Case Administration*   - Review Order granting Debtor's Motion to Authorize 3rd Amendment to Postpetition Credit Facility | 0.10 | TJT |
|  | *Case Administration*   - Review Notice of Withdrawal of Appearance by Louisiana Dept. of Env. Quality | 0.10 | TJT |
| Jan-17-13 | *Case Administration*   - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
|  | *Case Administration*   - review Notice of Withdrawal of Appearance by Morris James for Bryan Cave | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Appellee's Motion for Leave to File Supplemental Appendix | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Appellees Motion for To Exceed Page Limit For Response to BLG Brief and Amici brief | 0.10 | TJT |
| Jan-18-13 | *Plan and Disclosure Statement* - Review PDFCR's Answering Brief | 0.80 | TJT |
| Jan-19-13 | *Case Administration*   - review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration*   - Review Debtor's 46th Quarterly Report of Settlements | 0.10 | TJT |
|  | *Case Administration*   - Review Debtor's 46th Quarterly Report of Asset Sales | 0.10 | TJT |
|  | *Case Administration*   - Review Amended and Restated 2019 Statement by David Law Firm | 0.10 | TJT |
|  | *Case Administration*   - Review Request for Removal from Mailing List by C. Kunz | 0.10 | TJT |
|  | *Case Administration*   - Review Debtor's Motion to Extend Term of ART Credit Agreement | 0.20 | TJT |
| Jan-21-13 | *Case Administration*   - Review case management memo re: week ending 1.18.2013 | 0.10 | LLC |
|  | *Case Administration*   - Review main docket re: status for week ending 1/18/2013; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.50 | RM |
|  | *Case Administration* - Review case status memo for week ending 1/18 | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re: PSZY&J 46th Interim Period | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Start reviewing Appellee's Answering Brief re: Bank Lenders | 1.50 | TJT |
| Jan-22-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - complete review of Appellee's Answering Brief re: Bank Lenders | 2.20 | TJT |
| Jan-23-13 | *Plan and Disclosure Statement* - Review docket entry order granting St. of Montana extension to file Reply Brief | 0.10 | TJT |
| Jan-24-13 | *Case Administration* - Review notice of withdrawal and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review Notice of Withdrawal of Appearance by L. Krepto | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - State reviewing Appellee's Answering Brief re: AMH | 1.20 | TJT |
|  | *Fee Applications, Others* - Emails from L. Flores re: Bilzin Dec. 2012 monthly fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare draft invoice for December 2012 fee app; to TJT for review | 0.20 | KC |
| Jan-25-13 | *Case Administration* - Review four miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| Jan-26-13 | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce's December Prebill | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review Corporate Disclosure Statement by Imperial Tobacco | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - complete review of Appellee's Answering Brief re: AMH | 0.90 | TJT |
| Jan-28-13 | *Case Administration* - Review case management memo re: week ending 1.25.2013 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 1/25/2013; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Case Administration* - Review case status memo for week ending 1/25 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Docket entry order Granting Extension to AMH to file Reply Brief | 0.10 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin October 2012 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Others* - Draft certificate of no objection, cos to Bilzin Oct. 2012 monthly fee app; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Revisions to draft invoice re: Dec. 2012 monthly fees. discussion with MAG re: same; to and from TJT for final approval | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft Dec. 2012 monthly fee application and related documents | 0.20 | KC |
| Jan-29-13 | *Fee Applications, Others* - Review CNO regarding Bilzin Oct. 2012 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review memos re: status of Various appeals | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order allowing Appellee's to | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | file Supplemental Appendix | | |
| | *Plan and Disclosure Statement* - Review Imperial Tobacco's Amicus Brief | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Start review of Appellee's Answering Brief re: Montana, Crown and Garlock | 0.30 | TJT |
| Jan-30-13 | *Case Administration* - Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue review of Appellee's Answering brief re: Montana, Crown and Garlock | 2.40 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin CNO to Oct. 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Others* - E-mail from L. Flores with attached revised Bilzin statement for Dec. 2012; download to file; review prior e-mail dated 12.23 from L. Flores with additional Bilzin Dec. 2012 fee app documents attached, notice and cos, download same | 0.30 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's Nov. 2012 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - *Fee Applications, Others* - Review docket for objections to Nov. 2012 fee application | 0.10 | KC |
| Jan-31-13 | *Fee Applications, Others* - Review Bilzin Sumberg Dec. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin Nov. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Nov. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Oct. 2012 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Dismissal of Adversary Pro. 05-52724 filed by Debtors | 0.10 | TJT |
| | Totals | 23.10 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Jan-08-13 | Photocopy Cost | 2.00 |
| | Cost Advance - Digital Legal - copies/service (Inv #70208) | 788.45 |
| Jan-09-13 | Photocopy Cost | 6.40 |
| | Cost Advance - Lexis Nexis - legal research December (Inv #1212367249) | 120.00 |
| | Cost Advance - Parcels - document retrieval charge | 31.20 |
| Jan-14-13 | Photocopy Cost | 0.90 |
| Jan-18-13 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 3.00 |
| Jan-21-13 | Photocopy Cost | 8.00 |
| | Photocopy Cost | 22.10 |
| Jan-23-13 | Cost Advance - First State Deliveries - hand deliveries 1/8 and 1/9 | 15.00 |
| Jan-24-13 | Cost Advance - First State Deliveries - hand deliveries 9/21/12 | 45.00 |
| Jan-25-13 | Cost Advance - Pacer Service Center - 10/1/12-12/31/12 (TJT) Account # FJ0093 | 73.40 |
| Jan-26-13 | Photocopy Cost | 2.30 |
| Jan-29-13 | Photocopy Cost | 2.10 |
| Jan-30-13 | Photocopy Cost | 3.90 |

| | | | |
|---|---|---|---|
| Invoice #: | 46425 | Page   6 | January 1-January 31, 2013 |

| | |
|---|---:|
| Photocopy Cost | 3.90 |
| Totals | $1,128.45 |
| **Total Fees & Disbursements** | **$8,571.45** |