IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Mon., April 1, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

## NOTICE OF EXHIBIT

TO:   PARTIES ON THE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on Monday, March 11, 2013, the One Hundred and Forty-First Monthly Application of Ferry, Joseph & Pearce, P.A. For Approval And Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for The Period of January 1, 2013 Through January 31, 2013 was filed with the United States Bankruptcy Court for the District of Delaware as docket no. 30385, objections due on or before Monday, April 1, 2013 at 4:00 p.m.

     The Exhibit "A" attachment to this filing, an invoice detailing fees and costs related to this matter, was inadvertently misfiled with a duplicate of the main document; however, the correct Exhibit "A" was served with the application. Accordingly, the corrected Exhibit "A" is attached hereto.

Dated: April 3, 2013                                  FERRY, JOSEPH & PEARCE, P.A.


                                                                            /s/ Lisa L. Coggins
                                                                            Michael B. Joseph (#392)
                                                                            Theodore J. Tacconelli (#2678)
                                                                            Lisa L. Coggins (#4234)
                                                                            824 Market Street, Suite 904
                                                                            P.O. Box 1351
                                                                            Wilmington, DE. 19899
                                                                            (302) 575-1555
                                                                            Local Counsel to the Official Committee of
                                                                            Asbestos Property Damage Claimants