IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Horton Iron & Metal)

### LAW OFFICES
### BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                             March 22, 2013
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-015355
7500 Grace Drive                              Invoice # 153020
Columbia, MD  21044                           Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/13 in Connection With:

**Horton Iron & Metal**

| 02/01/13 | P. Marks | L120 | 0.70 | Prepare for telephone conference and attempt to reach Department of Justice (DOJ). |
|---|---|---|---|---|
| 02/06/13 | P. Marks | L120 | 1.60 | Telephone conference with J. Freeman (DOJ) re positions of EPA/DOJ and Grace, and path forward, and prepare detailed email to L. Duff re same and overview of issues. |
| 02/07/13 | P. Marks | L120 | 0.50 | Prepare and send summary email to client team. |

Total Hours :            2.80

Total Fees :       $1,526.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153020
March 22, 2013
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.80 | $545.00 | $1,526.00 |
| | | Total Fees : | $1,526.00 |
| | | 10% Discount : | (152.60) |
| | | Total Fees Due : | $1,373.40 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 2.80 | $1,526.00 |
| Total L100 | 2.80 | $1,526.00 |
| Total Fees : | 2.80 | $1,526.00 |
| 10% Discount : | | (152.60) |
| Total Fees Due : | | $1,373.40 |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $52.31 |
| E106 | On-line Research | $240.00 |

BEVERIDGE & DIAMOND, P.C.

Total Disbursements :          $292.31

TOTAL DUE :          $1,665.71

# EXHIBIT B

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          March 22, 2013
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015172
7500 Grace Drive                           Invoice # 153019
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/13 in Connection With:

**IRIS**

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 02/01/13 | P. Marks | C300 | 2.40 | Telephone conference with consultants re technical issues, and begin review of final report and telephone conference with L. Duff re same. |
| 02/01/13 | E. Wolk | C300 | 0.30 | Monitoring and regulatory developments. |
| 02/04/13 | K. Bourdeau | C300 | 2.00 | Review report developments; e-mail to W.R. Grace re same; review final report to identify key issues; conference with P. Marks re path forward in light of same. |
| 02/04/13 | P. Marks | C300 | 0.30 | Evaluate FOIA status and direct J. Lanham re task. |
| 02/04/13 | P. Marks | C300 | 0.90 | Telephone conference with K. Bourdeau re strategy and email to L. Duff re same. |
| 02/04/13 | P. Marks | C300 | 2.30 | Detailed review and evaluation of report. |
| 02/05/13 | K. Bourdeau | C300 | 0.30 | Review recent developments; e-mail communications with P. Marks re same. |
| 02/05/13 | P. Marks | C300 | 1.30 | Telephone conference with L. Duff and S. Levin re path forward and tasks. |
| 02/05/13 | P. Marks | C300 | 0.50 | Evaluation of developments and strategy. |
| 02/05/13 | J. Lanham | C300 | 0.50 | Prepare and file FOIA request. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153019
March 22, 2013
PAGE  2

| 02/06/13 | K. Bourdeau | C300 | 1.00 | Review recent developments and communications with P. Marks re same. |
| 02/06/13 | P. Marks | C300 | 0.60 | Telephone conference with L. Duff and S. Levin re developments and strategy. |
| 02/06/13 | P. Marks | C300 | 4.10 | Conference at Grace offices with L. Duff and S. Levin for detailed discussion re developments and strategy, and team conference call re planning agenda. |
| 02/06/13 | P. Marks | C300 | 0.30 | Emails with K. Bourdeau re strategy and developments. |
| 02/07/13 | K. Bourdeau | C300 | 2.30 | Review new developments and participate in Grace status/strategy call. |
| 02/07/13 | P. Marks | C300 | 1.70 | Detailed discussion with consultant and prepare summary for L. Duff. |
| 02/07/13 | P. Marks | C300 | 1.60 | Prepare for and participate in team telephone conference. |
| 02/09/13 | K. Bourdeau | C300 | 2.50 | Evaluate strategic issues and prepare comments on same (to discuss with P. Marks). |
| 02/11/13 | P. Marks | C300 | 0.50 | Telephone conference with S. Levin re data gaps and working with consultants to fill them. |
| 02/11/13 | P. Marks | C300 | 1.40 | Prepare for and conduct telephone conference with S. Levin and consultant re tasks. |
| 02/11/13 | P. Marks | C300 | 1.20 | Telephone conference with S. Levin and consultant re additional tasks and follow-up assessment with S. Levin re same. |
| 02/12/13 | P. Marks | C300 | 4.60 | Prepare analysis of federal report for client team. |
| 02/13/13 | K. Bourdeau | C300 | 0.50 | Review new developments; communications with P. Marks re same. |
| 02/13/13 | P. Marks | C300 | 0.40 | Direct staff analysis and finalize same. |
| 02/13/13 | P. Marks | C300 | 3.00 | Client team telephone conference re federal report and follow-up meeting with L. Duff and S. Levin re same. |
| 02/14/13 | K. Bourdeau | C300 | 1.00 | Participate in team status/strategy call. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153019
March 22, 2013
PAGE 3

| 02/15/13 | K. Bourdeau | C300 | 1.50 | Email exchanges with P. Marks re recent developments and review P. Marks analysis and evaluate overall strategy. |
|----------|-------------|------|------|---|
| 02/15/13 | P. Marks | C300 | 2.00 | Revise analysis to overlay additional information per W. Corcoran request. |
| 02/15/13 | P. Marks | C300 | 1.00 | Email to K. Bourdeau re overview of status and items for targeted input and assess reply. |
| 02/18/13 | K. Bourdeau | C300 | 1.50 | Evaluate path forward and conference with P. Marks re status/strategy/path forward. |
| 02/18/13 | P. Marks | C300 | 2.20 | Telephone conference with K. Bourdeau re strategy for potential agency meeting and prepare written analysis re same in preparation for client meeting and send to team. |
| 02/19/13 | P. Marks | C300 | 4.30 | Conference with L. Duff, S. Levin and consultant re technical issues presented by federal report and re meeting preparation. |
| 02/19/13 | P. Marks | C300 | 0.40 | Work with S. Levin to edit draft letter prepared by consultant. |
| 02/20/13 | P. Marks | C300 | 3.50 | Prepare for and conduct conference with L. Duff and outside entity, and post-meeting assessment with L. Duff. |
| 02/20/13 | P. Marks | C300 | 1.90 | Prepare evaluation of relevant EPA guidance. |
| 02/20/13 | P. Marks | C300 | 0.30 | Provide comments re consultant draft letter. |
| 02/21/13 | K. Bourdeau | C300 | 0.50 | Review letter and prepare comments re same to P. Marks. |
| 02/21/13 | P. Marks | C300 | 5.90 | Prepare for and attend meeting with client team at Columbia offices. |
| 02/22/13 | K. Bourdeau | C300 | 1.00 | Review new EPA positions and emails to L. Duff and P. Marks re same and path forward. |
| 02/25/13 | K. Bourdeau | C300 | 1.00 | Communications with Grace team re draft letter to EPA and review same. |
| 02/25/13 | P. Marks | C300 | 2.10 | Detailed telephone conference with S. Levin re correspondence, and talking points. |
| 02/25/13 | P. Marks | C300 | 0.50 | Emails to consultants and client re studies. |
| 02/26/13 | K. Bourdeau | C300 | 1.80 | Review revised draft letter and numerous e-mail communications re same and talking points. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153019
March 22, 2013
PAGE  4

| | | | | |
|---|---|---|---|---|
| 02/26/13 | P. Marks | C300 | 0.90 | Prepare comments on consultant letter and multiple team emails re same. |
| 02/26/13 | P. Marks | C300 | 0.90 | Telephone conference with L. Duff re meeting preparation and follow-up emails re same to coordinate with client team. |
| 02/27/13 | K. Bourdeau | C300 | 2.40 | Prepare comments on draft talking points. |
| 02/27/13 | K. Bourdeau | C300 | 0.30 | Conference with P. Marks re issues posed by advocacy. |
| 02/27/13 | P. Marks | C300 | 2.80 | Prepare for pre-meeting with forum members. |
| 02/27/13 | P. Marks | C300 | 0.30 | Telephone conference with K. Bourdeau re evaluation of presentation draft. |
| 02/28/13 | K. Bourdeau | C300 | 0.90 | Prepare detailed e-mail to P. Marks re comments on outline of talking points and optimal approach to presenting arguments. |
| 02/28/13 | K. Bourdeau | C300 | 1.10 | Participate in Grace team strategy call. |
| 02/28/13 | P. Marks | C300 | 0.50 | Pre-meeting call with R. Finke. |
| 02/28/13 | P. Marks | C300 | 1.80 | Telephone conference with consultant, R. Finke and outside entity representatives. |
| 02/28/13 | P. Marks | C300 | 0.60 | Telephone conference with S. Levin re team conference call agenda and related issues. |
| 02/28/13 | P. Marks | C300 | 1.40 | Prepare for and conduct telephone conference with team for weekly update. |
| 02/28/13 | P. Marks | C300 | 0.90 | Telephone conference with S. Levin and consultant re technical issues. |

**Total Hours :**        83.70

**Total Fees :**     $49,852.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153019
March 22, 2013
PAGE  5

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 21.60 | $750.00 | $16,200.00 |
| P. Marks | 61.30 | $545.00 | $33,408.50 |
| J. Lanham | 0.50 | $365.00 | $182.50 |
| E. Wolk | 0.30 | $205.00 | $61.50 |

|  |  |  |
|---|---|---|
| **Total Fees :** | | **$49,852.50** |
| **10% Discount :** | | **(4,985.25)** |
| **Total Fees Due :** | | **$44,867.25** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 83.70 | $49,852.50 |
| Total | 83.70 | $49,852.50 |

| | | |
|---|---|---|
| **Total Fees :** | **83.70** | **$49,852.50** |
| **10% Discount :** | | **(4,985.25)** |
| **Total Fees Due :** | | **$44,867.25** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $24.13 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153019
March 22, 2013
PAGE  6


Total Disbursements :                    $24.13


TOTAL DUE :            $44,891.38

# EXHIBIT C

## (Trivalent Chromium)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          March 22, 2013
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-014988
7500 Grace Drive                           Invoice # 153018
Columbia, MD  21044                        Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/13 in Connection With:


**Trivalent Chromium**


| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 02/12/13 | P. Marks | C300 | 0.20 | Contact State re status. |
| 02/14/13 | P. Marks | C300 | 0.60 | Telephone conference with E. Hammerberg (MDE) re petition status and email to client re same. |


Total Hours :        0.80

Total Fees :       $436.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153018
March 22, 2013
PAGE  2

## Time Summary :

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 0.80         | $545.00         | $436.00     |

| | | |
|---|---|---|
| Total Fees : | | $436.00 |
| 10% Discount : | | (43.60) |
| Total Fees Due : | | $392.40 |

## Summary by Task Codes :

| CODE  | Hours | Bill Amount |
|-------|-------|-------------|
| C300  | 0.80  | $436.00     |
| Total | 0.80  | $436.00     |

| | | |
|---|---|---|
| Total Fees : | 0.80 | $436.00 |
| 10% Discount : | | (43.60) |
| Total Fees Due : | | $392.40 |

## Summary by Disbursement Codes :

|  |  |  |
|---|---|---|
| TOTAL DUE : | | $392.40 |

# EXHIBIT D

## (Curtis Bay Air)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          March 22, 2013
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015577
7500 Grace Drive                           Invoice # 153022
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/13 in Connection With:

**Curtis Bay Air**

| | | | | |
|---|---|---|---|---|
| 02/08/13 | L. McAfee | C300 | 2.50 | Site meeting. |
| 02/15/13 | L. McAfee | C300 | 0.30 | Telephone conference with L. Duff re site's permits. |
| 02/18/13 | L. McAfee | C300 | 0.50 | Telephone conference with R. Brower, J. Seinfeld re permitting issues. |
| 02/22/13 | L. McAfee | C300 | 3.50 | Site visit. |
| 02/26/13 | L. McAfee | C300 | 0.50 | Emails and conversations with R. Brower and J. Seinfeld re control device. |

Total Hours :        7.30

Total Fees :    $3,905.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153022
March 22, 2013
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 7.30 | $535.00 | $3,905.50 |

|  |  |
|---|---|
| Total Fees : | $3,905.50 |
| 10% Discount : | (390.55) |
| Total Fees Due : | $3,514.95 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 7.30 | $3,905.50 |
| Total | 7.30 | $3,905.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 7.30 | $3,905.50 |
| 10% Discount : |  | (390.55) |
| Total Fees Due : |  | $3,514.95 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $3,514.95 |

# EXHIBIT E

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 22, 2013
Client/Matter #  01246-012629
Invoice # 153017
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| Date | | | | | |
|------|---|---|---|---|---|
| 02/05/13 | P. Marks | L190 | 0.50 | Follow-up re bankruptcy processing issues. | |

Total Hours :          0.50

Total Fees :      $272.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153017
March 22, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $545.00 | $272.50 |
| Total Fees : |  |  | $272.50 |
| 10% Discount : |  |  | (27.25) |
| Total Fees Due : |  |  | $245.25 |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L190 |  | 0.50 | $272.50 |
| Total L100 |  | 0.50 | $272.50 |
| Total Fees : |  | 0.50 | $272.50 |
| 10% Discount : |  |  | (27.25) |
| Total Fees Due : |  |  | $245.25 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $50.50 |
| E108 | Postage | $11.56 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153017
March 22, 2013
PAGE  3

Total Disbursements :                    $62.06


TOTAL DUE :                    $307.31

# EXHIBIT F

**(Petition)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                              March 22, 2013
Attn: Lydia B. Duff, Esq.                      Client/Matter #  01246-015504
7500 Grace Drive                               Invoice # 153021
Columbia, MD  21044                            Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/13 in Connection With:


**Petition**


| 02/01/13 | P. Marks | C300 | 2.20 | Prepare petition. |
|----------|----------|------|------|-------------------|
| 02/06/13 | K. Bourdeau | C300 | 1.00 | Review and comment on P. Marks additions to petition. |
| 02/08/13 | K. Bourdeau | C300 | 1.50 | Review revised draft of petition. |
| 02/11/13 | K. Bourdeau | C300 | 1.00 | Conference with P. Marks re comments (on draft petition); review notes (on draft petition) and send e-mail to P. Marks re suggested revisions to petition. |
| 02/11/13 | P. Marks | C300 | 0.90 | Telephone conference with K. Bourdeau re petition preparation. |
| 02/18/13 | P. Marks | C300 | 4.10 | Prepare petition recommendations section and edits. |

Total Hours :        10.70

Total Fees :     $6,549.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153021
March 22, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 3.50 | $750.00 | $2,625.00 |
| P. Marks | 7.20 | $545.00 | $3,924.00 |
| Total Fees : | | | $6,549.00 |
| 10% Discount : | | | (654.90) |
| Total Fees Due : | | | $5,894.10 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.70 | $6,549.00 |
| Total | 10.70 | $6,549.00 |
| Total Fees : | 10.70 | $6,549.00 |
| 10% Discount : | | (654.90) |
| Total Fees Due : | | $5,894.10 |

**Summary by Disbursement Codes :**

| | |
|---|---|
| TOTAL DUE : | $5,894.10 |