**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 02/28/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-01D |
|  | STATEMENT NO: | 101 |

Asset Analysis and Recovery

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $39.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 02/26/2013 | | | | |
| | MTH | Review correspondence from R. Chung re draft settlement correspondence; research and review re same and follow up correspondence | 0.60 | 234.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.60 | 234.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $390.00 | $234.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 234.00 |
| BALANCE DUE | $273.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-02D |
|  | STATEMENT NO:             141 |

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $37.30 |
| BALANCE DUE | $37.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013
ACCOUNT NO:    3000-03D
STATEMENT NO:         127

Business Operations

PREVIOUS BALANCE                                                    $7.80

BALANCE DUE                                                         $7.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


|                        |                        |          |
|------------------------|------------------------|----------|
|                        |                        | Page: 1  |
| W.R. Grace             |                        | 02/28/2013 |
| Wilmington  DE         | ACCOUNT NO:            | 3000-04D |
|                        | STATEMENT NO:          | 141      |


Case Administration


| PREVIOUS BALANCE |           | $513.27 |
|------------------|-----------|---------|
| BALANCE DUE      |           | $513.27 |


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-05D |
|  | STATEMENT NO:           141 |

Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                                                    $2,391.80

BALANCE DUE                                                                            $2,391.80


Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013
ACCOUNT NO:    3000-06D
STATEMENT NO:    141

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                  -$319.50

|            |     |                                      | HOURS |        |
|------------|-----|--------------------------------------|-------|--------|
| 02/13/2013 |     |                                      |       |        |
|            | MTH | Reviewing notice of claim settlement | 0.20  | 78.00  |
|            |     | FOR CURRENT SERVICES RENDERED        | 0.20  | 78.00  |

RECAPITULATION

| TIMEKEEPER     | HOURS | HOURLY RATE | TOTAL   |
|----------------|-------|-------------|---------|
| Mark T. Hurford | 0.20  | $390.00     | $78.00  |

TOTAL CURRENT WORK                                                                  78.00

CREDIT BALANCE                                                                    -$241.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 02/28/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-07D |
|  | STATEMENT NO: | 141 |

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                    $10,083.04

|  |  | HOURS |  |
|---|---|---|---|
| **02/01/2013** |  |  |  |
| MTH | Review daily memo | 0.10 | 39.00 |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.10 | 47.00 |
| MTH | Prepare weekly recommendation memo; reviewing correspondence re same | 0.50 | 195.00 |
| **02/04/2013** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **02/05/2013** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **02/06/2013** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **02/07/2013** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | | distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/08/2013** | | | | |
| | PEM | Review weekly recommendation memorandum | 0.10 | 47.00 |
| | MTH | Prepare weekly recommendation memo; reviewing correspondence from SC to Committee re same | 0.60 | 234.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/11/2013** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/12/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/13/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/14/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Reviewing notice of change of address for filing | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/15/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memo; reviewing correspondence from SC to Committee re same | 0.70 | 273.00 |

W.R. Grace

ACCOUNT NO:      3000-07D
STATEMENT NO:         141

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **02/18/2013** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/19/2013** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/20/2013** |  |  |  |  |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/21/2013** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/22/2013** |  |  |  |  |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review correspondence from KCM to Committee re pending matter | 0.10 | 39.00 |
| | MTH | Reviewing various correspondence from counsel to Committee members re response to Memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence re same | 0.50 | 195.00 |
| **02/24/2013** |  |  |  |  |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | DAC | Review memo re: Garlock's 2019 appeal; review rule | 0.10 | 52.00 |
| **02/25/2013** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |

Page: 4

W.R. Grace

02/28/2013

ACCOUNT NO:    3000-07D

STATEMENT NO:    141

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/26/2013 |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 02/27/2013 |  |  |  |  |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 02/28/2013 |  |  |  |  |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | PEM | Review memorandum re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | | FOR CURRENT SERVICES RENDERED | 11.70 | 3,338.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.90 | $520.00 | $468.00 |
| Philip E. Milch | 1.20 | 470.00 | 564.00 |
| Michele Kennedy | 0.40 | 155.00 | 62.00 |
| Santae M. Boyd | 4.80 | 110.00 | 528.00 |
| Mark T. Hurford | 4.40 | 390.00 | 1,716.00 |

TOTAL CURRENT WORK                                                                 3,338.00

02/20/2013        Payment - Thank you. (November, 2012 - 80% Fees)                        -2,778.00

BALANCE DUE                                                                      $10,643.04

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013
ACCOUNT NO:    3000-08D
STATEMENT NO:    140

Employee Benefits/Pension

PREVIOUS BALANCE      -$913.90

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/06/2013 | | | | |
| | MTH | Review correspondence from R. Higgins re draft pension plan motion and correspondence re same | 0.30 | 117.00 |
| 02/11/2013 | | | | |
| | MTH | Review correspondence from B Rapp re memorandum re Grace's pension plan contribution motion | 0.20 | 78.00 |
| 02/15/2013 | | | | |
| | MTH | Reviewing Debtors' Motion re pension plan contributions | 0.80 | 312.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.30 | 507.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $390.00 | $507.00 |

TOTAL CURRENT WORK      507.00

CREDIT BALANCE      -$406.90

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013
ACCOUNT NO:        3000-10D
STATEMENT NO:             141

Employment Applications, Others

PREVIOUS BALANCE                                                            $717.90

BALANCE DUE                                                                 $717.90

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013
ACCOUNT NO:      3000-11D
STATEMENT NO:      139

Expenses

PREVIOUS BALANCE                                                                $5,939.59

| | | |
|---|---|---|
| 02/01/2013 | Pacer charges for the month of January | 61.30 |
| 02/05/2013 | Parcels - copy/service - Fee Applications - December 2012 | 373.40 |
| 02/14/2013 | Parcels - copy/service - Interim Fee Applications | 1,307.49 |
| 02/14/2013 | Parcels - copy/service - Notice of Interim Fee Applications | 780.20 |
| 02/15/2013 | Parcels - copy/service - Fee Applications (December 2013) | 51.00 |
| | TOTAL EXPENSES | 2,573.39 |
| | TOTAL CURRENT WORK | 2,573.39 |
| 02/20/2013 | Payment - Thank you. (November, 2012 - 100% Expenses) | -2,826.06 |
| | BALANCE DUE | $5,686.92 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013
ACCOUNT NO:    3000-12D
STATEMENT NO:    139

Fee Applications, Applicant

| | | | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $3,592.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 02/05/2013 | | | | |
| | TS | Finalize and e-file December fee application (.3) | 0.30 | 33.00 |
| | MTH | Reviewing draft C&L December 2012 fee application for filing and service | 0.30 | 117.00 |
| 02/07/2013 | | | | |
| | TS | Prepare Certificate of No Objection to C&L November fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | MTH | Reviewing docket and reviewing C&L draft CNO for filing and service | 0.10 | 39.00 |
| | MTH | Reviewing pre bill | 0.60 | 234.00 |
| 02/08/2013 | | | | |
| | MTH | Follow up review and correspondence re pre bill | 0.20 | 78.00 |
| 02/14/2013 | | | | |
| | MTH | Reviewing C&L Interim from October through December 2012 | 0.40 | 156.00 |
| | TS | Finalize and efile interim fee application of C&L | 0.30 | 33.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.60 | 734.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.60 | $390.00 | $624.00 |
| Timothy Simpson | 1.00 | 110.00 | 110.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 734.00 |

| | | |
|---|---|---|
| 02/20/2013 | Payment - Thank you. (November, 2012 - 80% Fees) | -1,053.60 |

Page: 2
02/28/2013

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:            139

Fee Applications, Applicant

BALANCE DUE                                                                    $3,272.40

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

<table>
<tr><td></td><td>Page: 1</td></tr>
<tr><td>W.R. Grace</td><td>02/28/2013</td></tr>
<tr><td>Wilmington  DE</td><td>ACCOUNT NO:  3000-13D</td></tr>
<tr><td></td><td>STATEMENT NO:  126</td></tr>
</table>

Fee Applications, Others

|  | PREVIOUS BALANCE |  | $13,535.10 |
|---|---|---|---|

|  |  | HOURS |  |
|---|---|---|---|
| **02/01/2013** |  |  |  |
| SMB | Review December 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of The Law Offices of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Foley Hoag (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **02/04/2013** |  |  |  |
| TS | Address e-mail from CS re: revisions to Charter Oak December fee application | 0.20 | 22.00 |
| MTH | Review correspondence from LE re two fee applications | 0.10 | 39.00 |
| MTH | Review correspondence from GS re fee application | 0.10 | 39.00 |

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:          126

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| 02/05/2013 |  |  |  |  |
| | TS | Review e-mail from E. Benetos re: C&D December fee application (.1); Update C&D December fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Review e-mail from A. Pelton re: AKO December fee application (.1); Update AKO December fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Finalize and e-file Charter Oak December fee application (.3) | 0.30 | 33.00 |
| | MTH | Review correspondence from LC re three CNO's for ZAI Canadian counsel | 0.10 | 39.00 |
| | MTH | Reviewing draft Charter Oak December 2012 fee application for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing draft AKO December 2012 fee application for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing draft C&D December 2012 fee application for filing and service | 0.30 | 117.00 |
| | MTH | Review correspondence from TS re e-mail service of monthly fee applications | 0.10 | 39.00 |
| 02/06/2013 |  |  |  |  |
| | MTH | Review correspondence from DP re 6 monthly fee applications for Deloitte | 0.20 | 78.00 |
| | MTH | Review correspondence from DP re Woodcock fee application for december 2012 | 0.10 | 39.00 |
| | MTH | Review correspondence from DP re three monthly fee applications for BMC | 0.20 | 78.00 |
| | MTH | Review correspondence from AP re November fee application CNO | 0.10 | 39.00 |
| | MTH | Review correspondence from GS re CNO for NOvember fee application | 0.10 | 39.00 |
| 02/07/2013 |  |  |  |  |
| | TS | Prepare Certificate of No Objection to C&D November fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection to AKO November fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection to Charter Oak November fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | MTH | Reviewing docket and reviewing Charter Oak draft CNO for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing docket and reviewing AKO draft CNO for filing and service | 0.10 | 39.00 |
| | MTH | Reviewing docket and reviewing C&D draft CNO for filing and service | 0.10 | 39.00 |
| | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from RT re CNO for fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from MS re Casner & Edwards fee application for December 2012 | 0.10 | 39.00 |
| | MTH | Review correspondence from TS re e-mail service of CNO's | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **02/08/2013** |  |  |  |  |
| | SMB | Review January 2013 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review December 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review December 2012 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review December 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review December 2012 application of Kirkland & Ellis LLP  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2012 application of BMC Group  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review December 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2012 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2012 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2012 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2012 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2012 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2012 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review December 2012 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review December 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from MS re Woodcock fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from MS re Woodcock fee application | 0.10 | 39.00 |
| **02/12/2013** |  |  |  |  |
| | TS | Draft interim fee application of Charter Oak | 0.50 | 55.00 |
| | TS | Draft interim fee application of LAS | 0.40 | 44.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MTH | Review correspondence from TS re draft interim fee application for Charter Oak | 0.20 | 78.00 |
| MTH | Review correspondence from TS re draft interim fee application for LAS | 0.20 | 78.00 |
| MTH | Review correspondence from EB re draft fee application for C&D (Interim) | 0.20 | 78.00 |
| **02/13/2013** | | | |
| TS | Review e-mail from E. Benetos re: C&D interim fee application (.1); Update C&D interim fee application (.3) | 0.40 | 44.00 |
| TS | Review e-mail from A. Pelton re: C&D interim fee application (.1); Update AKO interim fee application (.3) | 0.40 | 44.00 |
| MTH | Review correspondence from D. Relles re interim fee application | 0.10 | 39.00 |
| **02/14/2013** | | | |
| MTH | Reviewing Interim Fee Application of LAS (October 2012 through December 2012) | 0.30 | 117.00 |
| MTH | Reviewing Interim Fee Application of AKO (October 2012 through December 2012) | 0.40 | 156.00 |
| MTH | Reviewing Interim Fee Application of Charter Oak (October 2012 through December 2012) | 0.30 | 117.00 |
| MTH | Reviewing C&D Interim Fee Application for October through December 2012 | 0.30 | 117.00 |
| TS | Finalize and efile interim fee application of C&D | 0.30 | 33.00 |
| TS | Finalize and efile interim fee application of AKO | 0.30 | 33.00 |
| TS | Finalize and efile interim fee application of Charter Oak | 0.30 | 33.00 |
| TS | Finalize and efile interim fee application of LAS | 0.30 | 33.00 |
| MTH | Review correspondence from YS re PWC fee application for October through December 2012 | 0.10 | 39.00 |
| MTH | Reviewing correspondence from PGS re October through December Interim | 0.10 | 39.00 |
| MTH | Review correspondence from AP re draft fee application for January 2013 | 0.10 | 39.00 |
| MTH | Review correspondence from GS re draft fee application for Charter Oak | 0.10 | 39.00 |
| MTH | Review correspondence from TS (x3) re Interim fee applications' finalizing and serving same | 0.20 | 78.00 |
| **02/15/2013** | | | |
| SMB | Review January 2013 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Ferry Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Deloitte Tax LLP | | |

Page: 5
02/28/2013
ACCOUNT NO:        3000-13D
STATEMENT NO:          126

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of The Law Offices of Roger Higgins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

**02/21/2013**

| MTH | Review correspondence from MS re KayeScholer fee application | 0.10 | 39.00 |
|---|---|---|---|
| MTH | Review correspondence from TBB re CNO for Saul Ewing | 0.10 | 39.00 |

**02/22/2013**

| SMB | Review December through January 2013 application of KayeScholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|---|---|---|---|
| SMB | Review December 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Warren H. Smith & Associates P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Alan B. Rich (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TBB re CNO for Kramer Levin | 0.10 | 39.00 |
| MTH | Review correspondence from YS re CNO on PWC fee application | 0.10 | 39.00 |
| MTH | Review correspondence from LC re Lauzon monthly fee application | 0.10 | 39.00 |
| MTH | Review correspondence from LC re Scarfone monthly fee application | 0.10 | 39.00 |
| MTH | Reviewing correspondence from LC re Hogan monthly fee application | 0.10 | 39.00 |

**02/25/2013**

| MTH | Review correspondence from CH re CNO for fee application and Phillips Goldman fee application | 0.10 | 39.00 |
|---|---|---|---|

Page: 6
02/28/2013

W.R. Grace

| | ACCOUNT NO: | 3000-13D |
|---|---|---|
| | STATEMENT NO: | 126 |

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Review correspondence from T. Simpson and GS re January fee application | 0.10 | 39.00 |
| 02/26/2013 | | | | |
| | MTH | Review correspondence from D. Relles re LAS fees for January 2013 | 0.10 | 39.00 |
| | TS | E-mails with EB re: fee application deadlines | 0.10 | 11.00 |
| | MTH | Review correspondence from LC re CNO for three (Canadian ZAI) firms | 0.10 | 39.00 |
| 02/27/2013 | | | | |
| | MTH | Review correspondence from TBB re Saul Ewing monthly fee application | 0.10 | 39.00 |
| | | FOR CURRENT SERVICES RENDERED | 22.30 | 4,301.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 9.80 | $110.00 | $1,078.00 |
| Mark T. Hurford | 6.60 | 390.00 | 2,574.00 |
| Timothy Simpson | 5.90 | 110.00 | 649.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 4,301.00 |

| 02/20/2013 | Payment - Thank you. (November, 2012 - 80% Fees) | -4,235.20 |
|---|---|---|

| | | |
|---|---|---|
| BALANCE DUE | | $13,600.90 |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013
ACCOUNT NO:        3000-14D
STATEMENT NO:                98

Financing

PREVIOUS BALANCE                                                                                    $351.00

BALANCE DUE                                                                                          $351.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013

ACCOUNT NO:     3000-15D
STATEMENT NO:          141

Hearings

PREVIOUS BALANCE                                                                                      $4,023.25

                                                                                      HOURS
02/01/2013
        MTH        Reviewing Notice re hearing; reviewing correspondence from SMC to
                   lead counsel re same                                                0.10            39.00

02/18/2013
        MTH        Reviewing Agenda re hearing cancelled and correspondence re same    0.20            78.00
                   FOR CURRENT SERVICES RENDERED                                       0.30           117.00

                                  RECAPITULATION
   TIMEKEEPER                                HOURS        HOURLY RATE              TOTAL
   Mark T. Hurford                            0.30          $390.00             $117.00

                   TOTAL CURRENT WORK                                                                 117.00

02/20/2013         Payment - Thank you. (November, 2012 - 80% Fees)                                  -218.40

                   BALANCE DUE                                                                      $3,921.85

                   Any payments received after the statement date will be applied to next month's statement.  Please
                   note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013
ACCOUNT NO:     3000-16D
STATEMENT NO:         126

Litigation and Litigation Consulting

PREVIOUS BALANCE                                          -$2,520.00

|  |  | | HOURS | |
|---|---|---|---|---|
| 02/05/2013 | | | | |
| | MTH | Review correspondence from M. Harvey re conference call with J. Stark re 2019 appeal | 0.10 | 39.00 |
| | MTH | Multiple correspondence with counsel re 2019 Appeal | 0.20 | 78.00 |
| 02/06/2013 | | | | |
| | MK | Review e-mail and letter from counsel concerning status conference scheduled by court re: Garlock 2019 third circuit court appeal.  Update attorney case calendars. | 0.10 | 15.50 |
| | MTH | Multiple correspondence with MRE re Order from Judge Stark re conference call | 0.30 | 117.00 |
| 02/08/2013 | | | | |
| | MTH | Reviewing Debtors' Response to Order on Rule to Show Cause re Chakarian | 0.20 | 78.00 |
| | MTH | Preparing for and participating in conference call re Garlock Appeal of 2019 Order to the District Court (split with Flintkote) | 0.70 | 273.00 |
| 02/11/2013 | | | | |
| | MTH | Reviewing order re telephonic status conference and correspondence re same | 0.20 | 78.00 |
| 02/12/2013 | | | | |
| | MTH | Reviewing Debtors' response to Order on rule to show cause and correspondence to PVNL re same | 0.30 | 117.00 |
| 02/13/2013 | | | | |
| | MTH | Reviewing Order re filing of status report | 0.10 | 39.00 |

W.R. Grace

ACCOUNT NO:       3000-16D
STATEMENT NO:           126

Litigation and Litigation Consulting

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/14/2013 |  |  |  |  |
| MTH | Review correspondence from MH re conference call with J. Stark re: 2019 Appeal | | 0.10 | 39.00 |
| 02/19/2013 |  |  |  |  |
| MTH | Various correspondence re conference call re status (split with Flintkote) re: 2019 Appeal | | 0.10 | 39.00 |
| 02/20/2013 |  |  |  |  |
| MTH | Preparing for and attending conference call with counsel re Garlock 2019 Appeal (split with Flintkote) | | 0.50 | 195.00 |
| 02/21/2013 |  |  |  |  |
| MTH | Preparing for and attending status conference with Judge Stark re 2019 Appeal (split with Flintkote) | | 0.40 | 156.00 |
| MTH | Various correspondence re Garlock 2019 Appeal (split with Flintkote) | | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | | 3.40 | 1,302.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michele Kennedy | 0.10 | $155.00 | $15.50 |
| Mark T. Hurford | 3.30 | 390.00 | 1,287.00 |

TOTAL CURRENT WORK                                                    1,302.50

02/20/2013     Payment - Thank you. (November, 2012 - 80% Fees)                    -31.20

CREDIT BALANCE                                                    -$1,248.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                                02/28/2013
Wilmington  DE                                                          ACCOUNT NO:      3000-17D
                                                                              STATEMENT NO:              126

Plan and Disclosure Statement

PREVIOUS BALANCE                                                                     $21,561.60

| | | | HOURS | |
|---|---|---|---|---|
| 02/05/2013 | | | | |
| | MTH | Review re Plan language and Trust issues | 2.50 | 975.00 |
| 02/08/2013 | | | | |
| | MTH | Reviewing Bank Lender's Reply Brief re Confirmation Appeal and correspondence re same | 0.80 | 312.00 |
| | MTH | Reviewing Bank Lender's Reply Brief | 1.20 | 468.00 |
| 02/18/2013 | | | | |
| | MTH | Reviewing Anderson Memorial Motion to Extend and correspondence re same | 0.30 | 117.00 |
| 02/19/2013 | | | | |
| | MTH | Correspondence and communications re Objection to Anderson Memorial's Motion to extend time to file reply brief | 0.50 | 195.00 |
| 02/20/2013 | | | | |
| | MTH | Reviewing Reply Brief filed by Garlock in CA3 Confirmation Appeal | 0.70 | 273.00 |
| | MTH | Correspondence with PVNL re Reply briefs | 0.10 | 39.00 |
| 02/25/2013 | | | | |
| | MTH | Reviewing Montana's Reply Brief to the CA3. | 0.80 | 312.00 |
| | MTH | Reviewing Canada's Reply Brief to the CA3 | 0.20 | 78.00 |
| 02/26/2013 | | | | |
| | MTH | Correspondence to PVNL re Anderson Memorial Reply Brief | 0.10 | 39.00 |
| 02/27/2013 | | | | |
| | MTH | Reviewing Anderson Memorial's Reply Brief to the CA3 | 0.80 | 312.00 |
| | MTH | Reviewing Bank Lenders letter tot he CA3 re supplemental authority and | | |

Page: 2

W.R. Grace

02/28/2013
ACCOUNT NO:      3000-17D
STATEMENT NO:              126

Plan and Disclosure Statement

|  | HOURS |  |
|---|---|---|
| reviewing opinion | 0.30 | 117.00 |
| FOR CURRENT SERVICES RENDERED | 8.30 | 3,237.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 8.30 | $390.00 | $3,237.00 |

TOTAL CURRENT WORK                                            3,237.00


| 02/20/2013 | Payment - Thank you. (November, 2012 - 80% Fees) | -4,925.60 |
|---|---|---|

BALANCE DUE                                                    $19,873.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                    02/28/2013
Wilmington  DE                                    ACCOUNT NO:        3000-18D
                                                  STATEMENT NO:              126

Relief from Stay Proceedings

PREVIOUS BALANCE                                                      -$257.70

CREDIT BALANCE                                                        -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-20D |
|  | STATEMENT NO:              125 |

Tax Litigation

PREVIOUS BALANCE                                                                                    $468.80

BALANCE DUE                                                                                             $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 02/28/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-21D |
|  | STATEMENT NO: | 117 |

Travel-Non-Working

| PREVIOUS BALANCE | -$4.00 |
|---|---|
| CREDIT BALANCE | -$4.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2013
ACCOUNT NO:        3000-22D
STATEMENT NO:            130

Valuation

PREVIOUS BALANCE                                                   $1,185.00

BALANCE DUE                                                        $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


Page: 1
W.R. Grace                                                                              02/28/2013
Wilmington  DE                                                ACCOUNT NO:        3000-23D
                                                              STATEMENT NO:             130


ZAI Science Trial


PREVIOUS BALANCE                                                          $1,203.30

BALANCE DUE                                                              $1,203.30


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
02/28/2013

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 39.00 | 234.00 | 0.00 | 0.00 | 0.00 | $273.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | $7.80 |
| 3000-04 Case Administration | | | | | |
| 513.27 | 0.00 | 0.00 | 0.00 | 0.00 | $513.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,391.80 | 0.00 | 0.00 | 0.00 | 0.00 | $2,391.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -319.50 | 78.00 | 0.00 | 0.00 | 0.00 | -$241.50 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 10,083.04 | 3,338.00 | 0.00 | 0.00 | -2,778.00 | $10,643.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -913.90 | 507.00 | 0.00 | 0.00 | 0.00 | -$406.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 717.90 | 0.00 | 0.00 | 0.00 | 0.00 | $717.90 |
| 3000-11 Expenses | | | | | |
| 5,939.59 | 0.00 | 2,573.39 | 0.00 | -2,826.06 | $5,686.92 |

W.R. Grace

Page: 2
02/28/2013
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,592.00 | 734.00 | 0.00 | 0.00 | -1,053.60 | $3,272.40 |
| 3000-13 Fee Applications, Others | | | | | |
| 13,535.10 | 4,301.00 | 0.00 | 0.00 | -4,235.20 | $13,600.90 |
| 3000-14 Financing | | | | | |
| 351.00 | 0.00 | 0.00 | 0.00 | 0.00 | $351.00 |
| 3000-15 Hearings | | | | | |
| 4,023.25 | 117.00 | 0.00 | 0.00 | -218.40 | $3,921.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,520.00 | 1,302.50 | 0.00 | 0.00 | -31.20 | -$1,248.70 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 21,561.60 | 3,237.00 | 0.00 | 0.00 | -4,925.60 | $19,873.00 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 61,634.65 | 13,848.50 | 2,573.39 | 0.00 | -16,068.06 | $61,988.48 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.