## EXHIBIT A

**Case Administration (1.30 Hours; $ 841.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $955 | 286.50 |
| Rita C. Tobin | 1.00 | $555 | 555.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/13 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update. |
| 02/06/13 | RCT | 555.00 | 0.20 | Review local counsel email re: CNO and respond. |
| 02/07/13 | PVL | 955.00 | 0.10 | Rv draft resp. re Chakarian OSC |
| 02/08/13 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update. |
| 02/12/13 | PVL | 955.00 | 0.20 | Rv 4 misc. pleadings |
| 02/15/13 | RCT | 555.00 | 0.20 | Review dkt. and local counsel rec re EI update. |
| 02/22/13 | RCT | 555.00 | 0.20 | Perform review of docket and local counsel rec re EI update. |

**Total Task Code .04      1.30**

**Employee Benefits/Pension (.40 Hours; $ 382.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $955 | 382.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/06/13 | PVL | 955.00 | 0.10 | Rv draft motion re pension contrib. |
| 02/08/13 | PVL | 955.00 | 0.10 | Rv emails & reply |
| 02/10/13 | PVL | 955.00 | 0.10 | Rv Rapp memo re pension contribution |
| 02/15/13 | PVL | 955.00 | 0.10 | Rv email and email Higgins |

**Total Task Code .08**         .40

**Fee Applications, Applicant (11.20 Hours; $ 5,046.00)**

| Professionals   | Number of Hours | Billing Rate | Value    |
|-----------------|-----------------|--------------|----------|
| Rita C. Tobin   | 7.60            | $555         | 4,218.00 |
| Eugenia Benetos | 3.60            | $230         | 828.00   |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 02/04/13 | RCT | 555.00 | 1.00 | Address fee issues. |
| 02/05/13 | RCT | 555.00 | 0.20 | Review revised fee application schedule with EB. |
| 02/05/13 | RCT | 555.00 | 0.20 | Address payment issue. |
| 02/07/13 | RCT | 555.00 | 0.30 | Conference EB re: fee issues (.3). |
| 02/12/13 | RCT | 555.00 | 2.30 | Review interim fee application (1.8); telephone conference AB re: fee issue (.3); review files re: fee issue (.2). |
| 02/12/13 | EB | 230.00 | 1.50 | Work on interim fee application. |
| 02/14/13 | RCT | 555.00 | 1.00 | Review pre-bills. |
| 02/19/13 | RCT | 555.00 | 1.10 | Perform review of exhibits. |
| 02/20/13 | RCT | 555.00 | 0.60 | Address fee and expense issues. |
| 02/25/13 | EB | 230.00 | 0.60 | Work on fee application schedule. |
| 02/27/13 | EB | 230.00 | 1.10 | Work on fee application. |
| 02/28/13 | RCT | 555.00 | 0.90 | Perform review of monthly fee app (.8); and conf. EI re same (.1). |
| 02/28/13 | EB | 230.00 | 0.40 | Send to local counsel for ECF and create PDF for reference purposes. |

**Total Task Code .12**         **11.20**

**Litigation and Litigation Consulting (45.60 Hours; $ 19,706.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $750 | 75.00 |
| Leslie M. Kelleher | 4.40 | $625 | 2,750.00 |
| Kevin C. Maclay | 20.20 | $565 | 11,413.00 |
| Andrew J. Sackett | .30 | $420 | 126.00 |
| Ann M. Weber | 9.90 | $295 | 2,920.50 |
| Sara Joy DelSavio | 8.10 | $230 | 1,863.00 |
| Ashley M. Hutton | 2.60 | $215 | 559.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/13 | KCM | 565.00 | 1.60 | Review/edit motion to stay (1.2); review/analyze related cases and materials (.4). |
| 02/01/13 | AMW | 295.00 | 2.10 | Draft and revise motion to stay. (Total of 8.6 hours divided among 4 clients.) |
| 02/04/13 | KCM | 565.00 | 0.40 | Review/analyze briefs, cases and materials re stay |
| 02/05/13 | KCM | 565.00 | 0.10 | Communicate with co-counsel re status conference and plan/prepare for status conference |
| 02/06/13 | KCM | 565.00 | 0.60 | Review/analyze stay materials |
| 02/06/13 | SJD | 230.00 | 1.30 | Perform research and connect with Westlaw re updated per LMK |
| 02/08/13 | KCM | 565.00 | 0.20 | Conference call with co-appellees |
| 02/08/13 | AMW | 295.00 | 0.20 | Prepare for and attend conference call re case status. (Total of 0.8 hour divided among 4 clients.) |
| 02/11/13 | KCM | 565.00 | 1.80 | Draft/revise motion to stay (1.3); review/analyze related cases and materials (.5). |
| 02/12/13 | KCM | 565.00 | 2.20 | Draft/revise motion to stay (1.2); review/analyze related cases and materials (.8); meet with AMW re motion to stay research (.2). |
| 02/12/13 | SJD | 230.00 | 0.90 | Cite check motion to stay per KCM. (Divided among 4 clients) |
| 02/12/13 | AMW | 295.00 | 0.10 | Confer with KCM re motion to stay (0.2); review documents re motion to stay (0.2). (Total of 0.4 hour divided among 4 clients.) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/13/13 | KCM | 565.00 | 1.00 | Draft/revise motion to stay (.6); review/analyze related cases (.2); mate rails and communicate with AMW (.2). |
| 02/13/13 | AMW | 295.00 | 1.50 | Revise motion to stay. (Total 6.2 hours divided among 4 clients.) |
| 02/14/13 | KCM | 565.00 | 1.90 | Meet with AMW re motion to stay (.1); draft/revise motion to stay (1.4) review/analyze related cases and materials (.4). |
| 02/14/13 | SJD | 230.00 | 0.60 | Redline and review motion to stay (Divided amount 4 clients) |
| 02/14/13 | AMW | 295.00 | 0.10 | Confer with KCM re motion to stay (0.1); revise motion to stay (0.4). (Total 0.5 hour divided among 4 clients.) |
| 02/15/13 | KCM | 565.00 | 1.70 | Draft/revise motion for stay (1.3); review/analyze related cases and materials (.4). |
| 02/15/13 | SJD | 230.00 | 0.90 | Redline and review motion to stay (Divided among 4clients) |
| 02/15/13 | AMH | 215.00 | 0.50 | Motion for stay case binder creation (Divided among 4 cases) |
| 02/15/13 | AMW | 295.00 | 0.60 | Research issues re motion to stay. (Total 2.6 hours divided among 4 clients.) |
| 02/18/13 | KCM | 565.00 | 1.70 | Draft/revise motion for stay (1.2); review/analyze related cases and materials (.3); telephone conference with AMW re stay (.2) |
| 02/18/13 | AMW | 295.00 | 0.10 | Confer with KCM re motion to stay (0.2); revise motion to stay (0.2). (Total 0.4 hour divided among 4 clients.) |
| 02/19/13 | KCM | 565.00 | 0.70 | Review/analyze briefs and stay materials |
| 02/19/13 | SJD | 230.00 | 1.00 | Cite check and edit motion for stay per KCM. (Divided among 4 clients) |
| 02/19/13 | AMH | 215.00 | 0.30 | Stay Motion cite check of second round of edits |
| 02/19/13 | AMW | 295.00 | 0.30 | Research issues re motion to stay. (Total 1.3 hours divided among 4 clients.) |
| 02/20/13 | LMK | 625.00 | 2.10 | Review Montana reply brief/emails re same. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/20/13 | KCM | 565.00 | 0.70 | Communicate with co-appellees (.2); review/analyze materials for status conference (.5). |
| 02/20/13 | SJD | 230.00 | 1.50 | Review redline and edit new draft of stay motion per KCM (3.6); perform research re stay motion per KCM (2.4). (Divided among 4 clients) |
| 02/20/13 | AMW | 295.00 | 0.20 | Review materials in preparation for status conference. (Total 0.5 hour divided among 4 clients.) |
| 02/21/13 | TWS | 750.00 | 0.10 | Conferences with KCM re 2019 appeal (x2) |
| 02/21/13 | LMK | 625.00 | 1.50 | Review Montarna reply brief/conversation w/Susan Engle re same (1.5). |
| 02/21/13 | KCM | 565.00 | 1.00 | Review briefs and materials (.2); plan/prepare for status conference (.1); attend status conference (.5); plan/prepare for next steps (.2). |
| 02/21/13 | KCM | 565.00 | 1.20 | Review/analyze Reply briefs |
| 02/21/13 | SJD | 230.00 | 1.40 | Perform research re appeal for conference call per LMK. |
| 02/21/13 | SJD | 230.00 | 0.50 | Perform research re 12 case appeal for call per KCM. (Divided among 4 cases) |
| 02/21/13 | AMH | 215.00 | 1.30 | Grace appeal research re reply briefs |
| 02/21/13 | AMW | 295.00 | 0.10 | Attend status conference with Judge Stark. (Total 0.5 hour divided among 4 clients.) |
| 02/22/13 | KCM | 565.00 | 0.80 | Review briefs, cases and materials re stay and other issues (.4); draft/revise update memos to Committees (.2) communicate with EI and TWS re same (.2). |
| 02/22/13 | AJS | 420.00 | 0.30 | Review of client email lists and prep of email to KCM re same (0.1); review of email from KCM re 2019 appeal (0.1); review of email from Kaman re 2019 appeal (0.1). |
| 02/22/13 | AMH | 215.00 | 0.20 | Motion for stay docket research (Divided among 4 clients) |
| 02/22/13 | AMW | 295.00 | 0.90 | Research issues re motion to stay. (Total 3.4 hours divided among 4 clients.) |

| Date | Prof | Rate | Hours | Description |
|---|---|---|---|---|
| 02/24/13 | LMK | 625.00 | 0.80 | Review Montana brief/emails re same. |
| 02/24/13 | KCM | 565.00 | 0.20 | Review/analyze stay materials |
| 02/24/13 | AMW | 295.00 | 0.60 | Research issues re motion to stay. (Total 2.4 hours divided among 4 clients.) |
| 02/25/13 | KCM | 565.00 | 1.90 | Draft/revise motion to stay (1.3); review/analyze related cases and materials (.6). |
| 02/25/13 | AMW | 295.00 | 1.40 | Research issues re motion to stay. (Total 5.6 hours divided among 4 clients.) |
| 02/26/13 | KCM | 565.00 | 0.40 | Review/edit motion to stay and review related materials |
| 02/26/13 | AMH | 215.00 | 0.30 | Motion cite check and redline. (Divided among 4 clients) |
| 02/26/13 | AMW | 295.00 | 0.80 | Research issues re motion to stay. (Total 3.1 hours divided among 4 clients.) |
| 02/28/13 | KCM | 565.00 | 0.10 | Meet with AMW re stay |
| 02/28/13 | AMW | 295.00 | 0.90 | Research issues re motion to stay (2.5); revise motion to stay (1.2); confer with KCM re motion to stay (0.2). (Total 3.9 hours divided among 4 clients.) |

**Total Task Code .16        45.60**


**Plan & Disclosure Statement (9.60 Hours; $ 9,187.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.20 | $1,000 | 2,200.00 |
| Peter Van N. Lockwood | 7.20 | $955 | 6,876.00 |
| Rita C. Tobin | .20 | $555 | 111.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/04/13 | EI | 1,000.00 | 0.10 | Sealed Air status inquiry (.1). |
| 02/05/13 | EI | 1,000.00 | 1.10 | Conference call with R. Horkovich et al re: insurance demands (1.0); attention to telephone conference with Birnbaum re: Sealed Air (.1). |
| 02/07/13 | PVL | 955.00 | 0.60 | Research re future claims discharge |
| 02/07/13 | RCT | 555.00 | 0.20 | Respond to CNO email from local counsel. |
| 02/10/13 | PVL | 955.00 | 0.50 | Rv Bank Lender reply brief |
| 02/12/13 | PVL | 955.00 | 1.00 | Tcn Shelnitz, Finke, Donley, Frankel, Wyron et al |
| 02/12/13 | EI | 1,000.00 | 0.20 | Pension plan motion. |
| 02/13/13 | EI | 1,000.00 | 0.20 | Telephone conference R. Horkovich re: insurance issue. |
| 02/14/13 | EI | 1,000.00 | 0.30 | Reviewed R. Horkovich materials and attention to telephone conference with R. Horkovich.. |
| 02/15/13 | EI | 1,000.00 | 0.30 | Telephone conference R. Horkovich re: insurance issue and reviewed memo. |
| 02/19/13 | PVL | 955.00 | 0.10 | Rv emails & reply |
| 02/20/13 | PVL | 955.00 | 1.10 | Rv emails & reply (.1); rv Garlock reply brief (.5); rv Montana reply (.4); rv Canada reply (.1) |
| 02/25/13 | PVL | 955.00 | 3.40 | Rv Garlock, Montana & Canada reply briefs in preparation for telephone conf. re same (2.1); tcn Donley, Paul, Finke, Frankel, Wyron, et al (1.3) |
| 02/26/13 | PVL | 955.00 | 0.50 | Rv Bank lender ltr and suppl. authority (.1); rv AMH reply brief (.4) |

**Total Task Code   .17        9.60**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 42.58 |
| Conference Call Services | 18.73 |
| Database Research | 386.57 |
| **Total:** | **$ 447.88** |