**EXHIBIT B**

**Case Administration (1.30 Hours; $ 841.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   **1.30**

**Employee Benefits/Pension (.40 Hours; $ 382.00)**

   Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08**   **.40**

**Fee Applications, Applicant (11.20 Hours; $ 5,046.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**   **11.20**

**Litigation and Litigation Consulting (45.60 Hours; $ 19,706.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**   **45.60**

**Plan & Disclosure Statement (9.60 Hours; $ 9,187.00)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**   **9.60**