## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 42.58 |
| Conference Call Services | 18.73 |
| Database Research | 386.57 |
| **Total:** | **$ 447.88** |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|---|
| Matter | 000 | Disbursements | 3/22/2013 |

Print Date/Time: 03/22/2013 11:57:16AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 2/28/2013

**Matter      000**
**Disbursements**

Bill Cycle:     Monthly          Style:      i1          Start:   4/16/2001    Last Billed :   2/21/2013                 13,655

                             $4,806.34
Client Retainers Available               Committed to Invoices:          $0.00        Remaining:        $4,806.34

                                   $3,947,158.23
                    Total Expenses Billed To Date         Billing Empl:        0120    Elihu  Inselbuch
                                                          Responsible Empl:    0120    Elihu  Inselbuch
                                                          Alternate Empl:      0120    Elihu  Inselbuch
                                                          Originating Empl:    0120    Elihu  Inselbuch

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 18.73 | 0.00 | 18.73 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 42.58 | 0.00 | 42.58 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 386.57 | 0.00 | 386.57 |
| **Total Fees** |  |  | **0.00** | **447.88** | **0.00** | **447.88** |

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2945515 | Federal Express -Delivery to T.Simpson, 1/24/13 (EI) | E | 02/04/2013 | EI 0120 |  | 0.00 | $15.29 |  | 0.00 | $15.29 | 15.29 |
| 2952427 | Premiere Global Services -Teleconference Svc., 12/2012  (PVNL) | E | 02/21/2013 | PVL 0020 |  | 0.00 | $18.73 |  | 0.00 | $18.73 | 34.02 |
| 2953516 | Federal Express -Delivery to T.Simpson, 2/12/13 | E | 02/27/2013 | EI 0120 |  | 0.00 | $27.29 |  | 0.00 | $27.29 | 61.31 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | 3/22/2013 |

Print Date/Time: 03/22/2013 11:57:16AM

Attn:

(EI)                                                                                    Invoice #

|  |  |  |  |  | C&D |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| 2956777 | Database Research- Westlaw by AMW February 1-28, 2013 | E | 02/28/2013 | 0999 | | 0.00 | $386.57 | 0.00 | $386.57 | 447.88 |

**Total Expenses**
                                                                $447.88
                                                    0.00                        0.00        $447.88

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 447.88 | 447.88 |
| Matter Total | 0.00 | 447.88 | 0.00 | 447.88 |

|  |  |  |  |
|---|---|---|---|
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $447.88 | $447.88 |
| Prebill Total | 0.00 | $447.88 | 0.00 | $447.88 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 89,295 | 08/20/2012 | 50,812.00 | 10,162.40 |
| 89,820 | 09/18/2012 | 28,956.50 | 5,791.30 |
| 90,312 | 10/15/2012 | 23,367.50 | 4,673.50 |
| 90,875 | 11/21/2012 | 32,514.00 | 6,502.80 |
| 91,409 | 12/13/2012 | 13,536.00 | 2,707.20 |
| 91,996 | 01/22/2013 | 168,387.00 | 33,677.40 |
| 92,491 | 02/21/2013 | 165,886.64 | 165,886.64 |
|  |  | 612,633.64 | 244,258.07 |