```
Date: 04/02/13              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 01/22/13  Peterson  / (15) Evaluation_of_other_parties'_methods   0.3     240.00
 #0901     Telephone Relles re: interpreting regressions for    800.00
           Anderson-Kill

 01/22/13  Peterson  / (15) Evaluation_of_other_parties'_methods   1.2     960.00
 #0902     Review regressions and draft email to Grabowski and  800.00
           Horkovich re: exposure years

 01/22/13  Relles    / (15) Evaluation_of_other_parties'_methods   0.3     162.00
 #1101     Telephone Peterson re: interpreting regressions for  540.00
           Anderson-Kill
------------------------------------------------------------------------------
```

{D0260438.1 }

```
Date: 04/02/13            Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 2

                    W. R. Grace

              Summary Of Time Charges, By Month and Activity
                       January 2013 - January 2013

    MONTH      ACTIVITY                                       HOURS    AMOUNT
    ----------------------------------------------------------------
    January   - (15) Evaluation_of_other_parties'_methods      1.8    1362.00
    January   - (99) Total                                     1.8    1362.00

    Total     - (15) Evaluation_of_other_parties'_methods      1.8    1362.00
    Total     - (99) Total                                     1.8    1362.00

-----------------------------------------------------------------------------
```

```
Date: 04/02/13           Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 3

                W. R. Grace

          Summary Of Time Charges, By Month and Person
                  January 2013 - January 2013

   MONTH      PERSON                                HOURS     AMOUNT
   ----------------------------------------------------------------
   January   - Relles                                 0.3      162.00
   January   - Peterson                               1.5     1200.00
   January   - Total                                  1.8     1362.00

   Total     - Relles                                 0.3      162.00
   Total     - Peterson                               1.5     1200.00
   Total     - Total                                  1.8     1362.00

   ----------------------------------------------------------------
```

{D0260438.1 }

```
Date: 04/02/13           Legal Analysis Systems, Inc.
Time: 2:00pm                                                       Page 4

                  W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                      January 2013 - January 2013

MONTH        PERSON                              HOURS    RATE     AMOUNT
--------------------------------------------------------------------

(15) Evaluation_of_other_parties'_methods

January    - Relles                                0.3    540.     162.00
January    - Peterson                              1.5    800.    1200.00

--------------------------------------------------------------------------
```

{D0260438.1 }