# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                         EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| March 11, 2013 | INVOICE:            252725 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 02/28/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/01/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected settlement and reimbursement agreements re: "subject policies" issues (1.10); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.80). | W001 | GFF | 2.60 |
| 02/01/13 | Reviewed and updated information on excess and umbrella insurance policies, settlement and coverage in place agreements re: insolvents, settlement indemnifications, follow form provisions, payments issues and insurance policy language. | W001 | IF | 2.40 |
| 02/01/13 | Prepare allocations re: new demand methods. | W001 | MG | 4.20 |
| 02/04/13 | Review and revise time and expense entries. | W011 | AHP | 1.60 |
| 02/04/13 | Draft and revise insurance policy data spreadsheets (1.40); continue analysis of selected settlement agreements re: "subject policies" issues (2.20). | W001 | GFF | 3.60 |
| 02/04/13 | Prepare allocations re: new demand methods. | W001 | MG | 5.40 |
| 02/04/13 | Research and analysis regarding settlement related insurance coverage issues. | W001 | RYC | 2.40 |
| 02/05/13 | Prepare for meeting with R. Horkovich, M. Garbowski, and Elihu Inselbuch by analyzing and confirming data (1.60); travel to/from and attend meeting with R. Horkovich, M. Garbowski and Elihu Inselbuch (1.80). | W001 | DJN | 3.40 |
| 02/05/13 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE               MATTER:      100055.WRG01

March 11, 2013                                INVOICE:           252725

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 02/05/13 | Analyzed excess insurance policies, settlement agreements and reimbursement agreements re: insolvent insurance companies, settlement indemnifications, follow form provisions, payments issues and insurance policy language. | W001 | IF | 2.20 |
| 02/05/13 | Prepare for and attend meeting with E. Inselbuch, R. Horkovich and D. Nolan re: new demand methods. | W001 | MG | 2.60 |
| 02/05/13 | Prepare allocations re: new demand methods. | W001 | MG | 3.40 |
| 02/05/13 | Meeting with Elihu Inselbuch regarding methodology and preparation for same. | W001 | RMH | 2.60 |
| 02/05/13 | Continue review of analysis in connection with settlement related insurance coverage issues. | W001 | RYC | 0.90 |
| 02/06/13 | Communication with M. Garbowski re: appropriate discount rate for settlement analysis (.10) and prepare chart for M. Garbowski re: approval rates for other asbestos trusts (.10). | W001 | DJN | 0.20 |
| 02/06/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected settlement agreements re: "subject policies" issues (1.30). | W001 | GFF | 2.10 |
| 02/06/13 | Reviewed and updated information on excess insurance policies, settlement agreements and reimbursement agreements re: insolvent insurance companies, settlement indemnifications, follow form provisions, payments issues and insurance policy language. | W001 | IF | 2.40 |
| 02/06/13 | Prepare allocations re: new demand methods. | W001 | MG | 6.10 |
| 02/06/13 | Follow-up review of analysis in connection with settlement related insurance coverage issues (2.70). Attention to recent pleadings and correspondence updating insurance coverage controversies (1.00). | W001 | RYC | 3.70 |
| 02/07/13 | Review changes and begin monthly fee application. | W011 | AHP | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| March 11, 2013 | INVOICE:          252725 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/07/13 | Attention to email exchange between R. Horkovich and M. Garbowski re: appropriate discount rate for settlement analysis. | W001 | DJN | 0.10 |
| 02/07/13 | Continue analysis of selected insurance policies re: follow form and "voluntary payments issues (1.10); continue analysis of selected settlement agreements re: "subject policies" issues (1.30). | W001 | GFF | 2.40 |
| 02/07/13 | Analyzed excess insurance policies, settlement and coverage in place agreements re:    insolvent insurance companies, settlement indemnifications, following form, payments issues and insurance policy language. | W001 | IF | 2.60 |
| 02/07/13 | Prepare allocations re: new demand methods. | W001 | MG | 5.20 |
| 02/07/13 | Review available summaries, data, and documents in connection with insurance coverage controversies. | W001 | RYC | 1.30 |
| 02/08/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.10). | W001 | GFF | 1.80 |
| 02/08/13 | Reviewed and updated information re: status of remaining unsettled insurance companies. | W001 | IF | 0.80 |
| 02/08/13 | Reviewed and updated information on insurance policies, settlement and coverage in place agreements re:   insolvent insurance companies, settlement indemnifications, following form, payments issues and insurance policy language. | W001 | IF | 0.90 |
| 02/08/13 | Prepare allocations re: new demand methods. | W001 | MG | 5.60 |
| 02/08/13 | Revise memo describing methodology for new assessment of damages. | W001 | RMH | 1.40 |
| 02/08/13 | Review available summaries, data, and documents in connection with insurance settlement matters. | W001 | RYC | 2.20 |
| 02/10/13 | Attention to email from R. Horkovich re: memo concerning settlement demand analysis. | W001 | DJN | 0.10 |
| 02/11/13 | Continue and finish draft monthly fee application for attorney review. | W011 | AHP | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| March 11, 2013 | INVOICE:          252725 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/11/13 | Attention to email from M. Garbowski re: additional comments to settlement demand approach (.10); analyze and comment on draft email to Elihu Inselbuch concerning approach to settlement demand (.40);  email communications with M. Garbowski re: additional comments to settlement demand approach (.30). | W001 | DJN | 0.80 |
| 02/11/13 | Draft and revise insurance policy data spreadsheets (.80); continue review of selected settlement agreements re: "subject policies" issues (1.90). | W001 | GFF | 2.70 |
| 02/11/13 | Reviewed information re:  Folksam participation in London Market policies. | W001 | IF | 0.70 |
| 02/11/13 | Analyzed excess insurance policies, settlement and reimbursement agreements re:  insolvent insurance companies, settlement indemnifications, following form, payments issues and insurance policy language. | W001 | IF | 2.10 |
| 02/11/13 | Prepare allocations re: new demand methods (6.60); analyze and comment on draft email to Elihu Inselbuch concerning approach to settlement demand (1.00). | W001 | MG | 7.60 |
| 02/11/13 | Attention to settlement agreement (.90). Attention to revisions of damages calculations for insurance defendant settlement demands (.90). | W001 | RMH | 1.80 |
| 02/11/13 | Prepare proposed revised settlement agreement (1.00).  Review revised update in connection with allocation of claims (2.10). | W001 | RYC | 3.10 |
| 02/12/13 | Office conference with M. Garbowski re: settlement demand approach and revise memorandum to Elihu Inselbuch concerning settlement demand. | W001 | DJN | 0.60 |
| 02/12/13 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (.60); continue review of settlement agreements re: subject policies issues (1.30). | W001 | GFF | 1.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:     100055.WRG01

March 11, 2013                                                    INVOICE:              252725

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 02/12/13 | Reviewed excess insurance policies, settlement and reimbursement agreements and updated information re: insolvent insurance companies, settlement indemnifications, follow form, payments issues and insurance policy language. | W001 | IF | 1.80 |
| 02/12/13 | Prepare allocations re: new demand methods. | W001 | MG | 7.20 |
| 02/12/13 | Revisions to settlement agreement. | W001 | RMH | 1.20 |
| 02/12/13 | Prepare settlement approval motion and order (2.50).   Follow-up in connection with settlement allocation matters (0.90). | W001 | RYC | 3.40 |
| 02/13/13 | Office conferences with R. Horkovich and M. Garbowski re: addressing concerns of Elihu Inselbuch concerning settlement demand approach memo (.30); prepare chart of approval rates (.40); prepare email to R. Horkovich concerning data responding to Elihu Inselbuch's concerns (.20). | W001 | DJN | 0.90 |
| 02/13/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.10). | W001 | GFF | 1.80 |
| 02/13/13 | Assist with settlement research. | W001 | HEG | 2.30 |
| 02/13/13 | Reviewed insurance policy for participation information for 9019 motion. | W001 | IF | 1.10 |
| 02/13/13 | Analyzed and updated information on excess insurance policies, coverage in place and settlement agreements re:  insolvent insurance companies, settlement indemnifications, follow form, payments issues and insurance policy language. | W001 | IF | 0.90 |
| 02/13/13 | Prepare allocations re: new demand methods. | W001 | MG | 7.30 |
| 02/13/13 | Revise settlement agreement (1.20).   Confer with Mr. Inselbuch regarding revised methodology (0.20). | W001 | RMH | 1.40 |
| 02/13/13 | Research and analysis in connection with newly raised settlement controversies and issues. | W001 | RYC | 3.80 |
| 02/13/13 | Review and comment upon fee application. | W011 | RYC | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

March 11, 2013                                                   INVOICE:              252725

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 02/14/13 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 1.20 |
| 02/14/13 | Emails with R. Horkovich and M. Garbowski re: settlement demand approach (.10); analyze latest draft of memo to Elihu Inselbuch (.20); office conference with M. Garbowski re: same (.10). | W001 | DJN | 0.40 |
| 02/14/13 | Continue analysis of selected settlement agreements re: "subject policies" issues, including scope of release. | W001 | GFF | 1.90 |
| 02/14/13 | Reviewed excess insurance policies, Reimbursement and settlement agreements re: insolvent insurance companies, settlement indemnifications, follow form, payments issues and insurance policy language. | W001 | IF | 1.90 |
| 02/14/13 | Prepare allocations re: new demand methods. | W001 | MG | 7.40 |
| 02/14/13 | Update methodology regarding calculation of number and value of claims to be presented to the Trust for use in insurance company settlement demands (1.80).   Revise settlement agreement (1.00). | W001 | RMH | 2.80 |
| 02/14/13 | Review and revise settlement related documents in connection with newly raised settlement controversies and follow-up same with plan proponents and insurance company counsel. | W001 | RYC | 2.70 |
| 02/15/13 | Communications with R. Horkovich and M. Garbowski re: non-use of 2011 approval rates (.10); analysis of final memorandum to Elihu Inselbuch re: settlement demand approach (.20); emails with R. Horkovich re: communications with Elihu Inselbuch concerning settlement demand approach (.20). | W001 | DJN | 0.50 |
| 02/15/13 | Continue analysis of selected settlement agreements re: "subject policies" and scope of settlement issues (2.10); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

March 11, 2013                           INVOICE:        252725

MATTER:  CLAIMANTS COMMITTEE             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 02/15/13 | Analyzed and updated information on excess insurance policies, Reimbursement and settlement agreements re: insolvent insurance companies, settlement indemnifications, follow form, payments issues and insurance policy language. | W001 | IF | 1.40 |
| 02/15/13 | Prepare allocations re: new demand methods. | W001 | MG | 6.60 |
| 02/15/13 | Finalize new methodology for calculating the value of the claims that will be submitted to the Trust and communicate with Mr. Inselbuch and with FCR counsel (1.00). Attention to settlement agreement (0.70). Review Debtors' response to Order to Show Cause (.20). | W001 | RMH | 1.90 |
| 02/15/13 | Finalize settlement related documentation and revisions in connection with settlement agreement. | W001 | RYC | 1.60 |
| 02/18/13 | Email exchange with R. Horkovich and M. Garbowski re: presentation to committee concerning revised settlement demands. | W001 | DJN | 0.10 |
| 02/19/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.40). | W001 | GFF | 2.20 |
| 02/19/13 | Reviewed excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, settlement indemnifications, follow form, payments issues and insurance policy language. | W001 | IF | 1.80 |
| 02/19/13 | Conference call with FCR counsel Wyron and Mahaley regarding new damage calculation methodology and prepare for same (1.00); work on new allocations (6.60). | W001 | MG | 7.60 |
| 02/19/13 | Confer with FCR counsel (Wyron/Mahaley) regarding new damage calculation methodology and prepare for same. | W001 | RMH | 0.90 |
| 02/20/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.20). | W001 | GFF | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| March 11, 2013 | INVOICE: | 252725 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/20/13 | Analyzed excess insurance policies, settlement and coverage in place agreements re: insolvent insurance companies, settlement indemnifications, following form, payments issues and insurance policy language. | W001 | IF | 2.20 |
| 02/20/13 | Work on new allocations using new damage calculation methodology. | W001 | MG | 5.40 |
| 02/20/13 | Review settlement. | W001 | RMH | 1.10 |
| 02/21/13 | Continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.40); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.10 |
| 02/21/13 | Analyzed and updated information on excess insurance policies, settlement and reimbursement agreements re:  insolvent insurance companies, indemnifications, following form language, payments issues and insurance policy language. | W001 | IF | 2.40 |
| 02/21/13 | Work on new allocations using new damage calculation methodology. | W001 | MG | 5.40 |
| 02/21/13 | Attention to execution of settlement agreement. | W001 | RMH | 0.60 |
| 02/21/13 | Attention to insurance company response to settlement agreement (.20).   Follow-up in connection with post-bankruptcy settlement evaluation analysis (1.10). | W001 | RYC | 1.30 |
| 02/22/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.20). | W001 | GFF | 1.90 |
| 02/22/13 | Continued to review and updated information on excess insurance policies, settlement and reimbursement agreements re: insolvent insurance companies, indemnifications, follow form provisions, payments issues and insurance policy language. | W001 | IF | 1.10 |
| 02/22/13 | Work on new allocations using new damage calculation methodology. | W001 | MG | 5.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

March 11, 2013                                                      INVOICE:            252725

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/22/13 | Attention to settlement and 9019 motion. | W001 | RMH | 0.90 |
| 02/22/13 | Attention to finalization of settlement with insurance company and potential approval motion. | W001 | RYC | 0.40 |
| 02/25/13 | Continued to analyze and updated information on excess insurance policies, settlement agreements re: insolvent insurance companies, indemnifications, following form, payment issues and insurance policy language. | W001 | IF | 1.60 |
| 02/25/13 | Work on new allocations using new damage calculation methodology. | W001 | MG | 4.20 |
| 02/25/13 | Report to client regarding new methodology for calculating insurance company settlement demands. | W001 | RMH | 0.60 |
| 02/25/13 | Review and coordinate matters in connection with settlement agreement and approval. | W001 | RYC | 1.10 |
| 02/26/13 | Begin preparing monthly fee application for February in anticipation of work disruption. | W011 | AHP | 1.30 |
| 02/26/13 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues. | W001 | GFF | 1.70 |
| 02/26/13 | Reviewed and updated excess insurance policies, settlement agreements information re: insolvent insurance companies, indemnifications, follow form, payment issues and insurance policy language. | W001 | IF | 1.90 |
| 02/26/13 | Work on new allocations using new damage calculation methodology. | W001 | MG | 3.70 |
| 02/26/13 | Communications regarding settlement agreement. | W001 | RMH | 0.50 |
| 02/26/13 | Finalize 9019 approval motion for filing in connection with settlement agreement. | W001 | RYC | 2.20 |
| 02/27/13 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (.80); continue analysis of settlement agreements re: "subject policies" and scope of release issues (1.10). | W001 | GFF | 1.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

March 11, 2013                                     INVOICE:             252725

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/27/13 | Analyzed excess insurance policies, settlement agreements re:  insolvent insurance companies, indemnifications, following form language, payment issues and insurance policy language. | W001 | IF | 1.70 |
| 02/27/13 | Work on new allocations using new damage calculation methodology. | W001 | MG | 4.20 |
| 02/28/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.90); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (.80). | W001 | GFF | 2.40 |
| 02/28/13 | Continued to review and update information on excess insurance policies, settlement and reimbursement agreements re: insolvent insurance companies, indemnifications, following form language, payment issues and insurance policy language. | W001 | IF | 1.80 |
| 02/28/13 | Work on new allocations using new damage calculation methodology. | W001 | MG | 4.20 |

**TOTAL FEES:**                                                    **$139,585.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

March 11, 2013                                 INVOICE:            252725

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| | **FEE SUMMARY** | | |
|---|---|---|---|
| | **RATE** | **HOURS** | **TOTALS** |
| Arline H Pelton | 270.00 | 7.60 | 2,052.00 |
| Dennis J. Nolan | 495.00 | 7.10 | 3,514.50 |
| Glenn F Fields | 365.00 | 39.30 | 14,344.50 |
| Harris E Gershman | 295.00 | 2.30 | 678.50 |
| Izak Feldgreber | 315.00 | 35.70 | 11,245.50 |
| Mark Garbowski | 650.00 | 108.70 | 70,655.00 |
| Robert M Horkovich | 925.00 | 17.70 | 16,372.50 |
| Robert Y Chung | 675.00 | 30.70 | 20,722.50 |
| **TOTAL FEES:** | | | **$139,585.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| March 11, 2013 | INVOICE:         252725 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Dennis J. Nolan | 7.10 | 3,514.50 |
| Glenn F Fields | 39.30 | 14,344.50 |
| Harris E Gershman | 2.30 | 678.50 |
| Izak Feldgreber | 35.70 | 11,245.50 |
| Mark Garbowski | 108.70 | 70,655.00 |
| Robert M Horkovich | 17.70 | 16,372.50 |
| Robert Y Chung | 30.10 | 20,317.50 |
| **TOTAL:** | **240.90** | **$137,128.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 7.60 | 2,052.00 |
| Robert Y Chung | 0.60 | 405.00 |
| **TOTAL:** | **8.20** | **$2,457.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

March 11, 2013                                                   INVOICE:            252725

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| COSTS through 02/28/13 |
|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/01/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/12/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 02/13/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/13/13 | DI - PHOTOCOPYING - | E101 | 3.90 |
| 02/13/13 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 02/13/13 | DI - PHOTOCOPYING - | E101 | 2.70 |
| 02/14/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/19/13 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC CAR SERVICE ON 02/05/13 | E109 | 26.61 |
| 02/20/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 02/20/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 02/21/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 02/21/13 | DI - PHOTOCOPYING - | E101 | 2.10 |
| 02/25/13 | DI - PHOTOCOPYING - | E101 | 2.30 |
| 02/26/13 | DI - PHOTOCOPYING - | E101 | 11.20 |
| 02/26/13 | DI - PHOTOCOPYING - | E101 | 1.60 |
| 02/27/13 | DI - PHOTOCOPYING - | E101 | 4.50 |

**TOTAL COSTS:**                                                              **$58.11**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| LT | LOCAL TRAVEL | 26.61 |
| XE | DI - PHOTOCOPYING - | 31.50 |
| | **TOTAL COSTS:** | **$58.11** |

**TOTAL DUE:**                                              **$139,643.11**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

March 11, 2013                                      INVOICE:            252725

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

