Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2013 through February 28, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 08-Feb-13 | BR | Review of draft motion for authorization to make pension funding contribution. | 0.80 | $680.00 | $ 544.00 |
| 08-Feb-13 | BR | Review of prior year motions for pension fund contributions, together with exhibits thereto. | 1.50 | $680.00 | $ 1,020.00 |
| 08-Feb-13 | BR | Preparation of e-mail memo to Peter Lockwood re Grace's proposed pension funding motion. | 0.40 | $680.00 | $ 272.00 |
| 08-Feb-13 | BR | Review of financial information set forth in Grace's 4Q12 earnings release. | 2.50 | $680.00 | $ 1,700.00 |
| 09-Feb-13 | BR | Listened to replay of Grace's 4Q12 earnings conference call. | 0.60 | $680.00 | $ 408.00 |
| 09-Feb-13 | BR | Drafted memorandum relating to Grace's proposed motion for authorization to make pension plan contribution. | 0.80 | $680.00 | $ 544.00 |
| 15-Feb-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 15-Feb-13 | BR | Review and analysis of monthly financial report for December 2012. | 2.30 | $680.00 | $ 1,564.00 |
| | | Total Bradley Rapp | 9.00 | | $ 6,120.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 06-Feb-13 | JS | Review, analyze Motion Authorizing but not Requiring Debtors to make contributions in excess of minimum requirement to Defined Benefit Pension Plans for purposes of advising ACC counsel. | 2.70 | $680.00 | $ 1,836.00 |
| 13-Feb-13 | JS | Write memorandum to ACC counsel regarding Grace's 4th quarter and full year 2012 earnings report for purposes of advising ACC counsel. | 1.20 | $680.00 | $ 816.00 |
| 14-Feb-13 | JS | Review 8-K filing "Investment Highlights" incorporating projections and business plan for due diligence and valuation. | 2.80 | $680.00 | $ 1,904.00 |
| 27-Feb-13 | JS | Re-evaluate potential rating of Deferred Payment Obligation (DPO), determine net present value of DPO, update accrued interest from Sealed Air and Grace for valuation and recovery analysis. | 3.30 | $680.00 | $ 2,244.00 |
| 27-Feb-13 | JS | Review, analyze current equity research reports on Sealed Air Corp. for valuation and recovery analysis. | 1.90 | $680.00 | $ 1,292.00 |
| | | Total James Sinclair | 11.90 | | $ 8,092.00 |
| **Peter Cramp - Associate** | | | | | |
| 04-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 06-Feb-13 | PC | Review Q4 earnings release for due diligence. | 1.80 | $375.00 | $ 675.00 |
| 06-Feb-13 | PC | Participation in Q4 earnings conference call for due diligence. | 0.60 | $375.00 | $ 225.00 |
| 06-Feb-13 | PC | Review Q4 Business Update. | 1.80 | $375.00 | $ 675.00 |
| 08-Feb-13 | PC | Review Defined Benefit Plan Contribution Motion for due diligence. | 1.30 | $375.00 | $ 487.50 |
| 12-Feb-13 | PC | Further review of Q4 and full-year earnings release. | 1.30 | $375.00 | $ 487.50 |
| 12-Feb-13 | PC | Prepare summary of earnings release for purposes of advising ACC counsel. | 1.10 | $375.00 | $ 412.50 |
| 12-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $375.00 | $ 675.00 |
| 19-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 19-Feb-13 | PC | Review and analyze 8-K filing, "Investment Highlights", for due diligence. | 1.80 | $375.00 | $ 675.00 |
| 25-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 25-Feb-13 | PC | Review Credit Suisse equity research report covering Sealed Air for due diligence, email to J. Sinclair. | 1.30 | $375.00 | $ 487.50 |
| | | Total Peter Cramp | 17.50 | | $ 6,562.50 |
| **Gibbons Sinclair - Associate** | | | | | |
| 14-Feb-13 | GS | Review and revise Interim Fee Application | 0.60 | $375.00 | $ 225.00 |
| 28-Feb-13 | GS | Draft and revise WR Grace Fee Statement. | 0.80 | $375.00 | $ 300.00 |
| | | Total Gibbons Sinclair | 1.40 | | $ 525.00 |
| | | **TOTAL** | 39.80 | | $ 21,299.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2013 through February 28, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 04-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 08-Feb-13 | BR | Review of financial information set forth in Grace's 4Q12 earnings release. | 2.50 | $680.00 | $ 1,700.00 |
| 12-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $375.00 | $ 675.00 |
| 19-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 25-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 25-Feb-13 | PC | Review Credit Suisse equity research report covering Sealed Air for due diligence, email to J. Sinclair. | 1.30 | $375.00 | $ 487.50 |
| | | Total Asset Analysis and Recovery | 10.30 | | $ 4,625.00 |
| **Case Administration** | | | | | |
| 06-Feb-13 | PC | Participation in Q4 earnings conference call for due diligence. | 0.60 | $375.00 | $ 225.00 |
| 06-Feb-13 | PC | Review Q4 Business Update. | 1.80 | $375.00 | $ 675.00 |
| 09-Feb-13 | BR | Listened to replay of Grace's 4Q12 earnings conference call. | 0.60 | $680.00 | $ 408.00 |
| 15-Feb-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| | | Total Case Administration | 3.10 | | $ 1,376.00 |
| **Employee Benefits/Pensions** | | | | | |
| 06-Feb-13 | JS | Review, analyze Motion Authorizing but not Requiring Debtors to make contributions in excess of minimum requirement to Defined Benefit Pension Plans for purposes of advising ACC counsel. | 2.70 | $ 680.00 | $ 1,836.00 |
| 08-Feb-13 | BR | Review of draft motion for authorization to make pension funding contribution. | 0.80 | $ 680.00 | $ 544.00 |
| 08-Feb-13 | BR | Review of prior year motions for pension fund contributions, together with exhibits thereto. | 1.50 | $ 680.00 | $ 1,020.00 |
| 08-Feb-13 | BR | Preparation of e-mail memo to Peter Lockwood re Grace's proposed pension funding motion. | 0.40 | $ 680.00 | $ 272.00 |
| 08-Feb-13 | PC | Review Defined Benefit Plan Contribution Motion for due diligence. | 1.30 | $ 375.00 | $ 487.50 |
| 09-Feb-13 | BR | Drafted memorandum relating to Grace's proposed motion for authorization to make pension plan contribution. | 0.80 | $ 680.00 | $ 544.00 |
| 27-Feb-13 | JS | Re-evaluate potential rating of Deferred Payment Obligation (DPO), determine net present value of DPO, update accrued interest from Sealed Air and Grace for valuation and recovery analysis. | 3.30 | $ 680.00 | $ 2,244.00 |
| | | Total Employee Benefits/Pensions | 10.80 | | $ 6,947.50 |
| **Fee Applications (Applicant)** | | | | | |
| 14-Feb-13 | GS | Review and revise Interim Fee Application. | 0.60 | $375.00 | $ 225.00 |
| 28-Feb-13 | GS | Draft and revise WR Grace Fee Statement. | 0.80 | $375.00 | $ 300.00 |
| | | Total Fee Applications (Applicant) | 1.40 | | $ 525.00 |
| **Valuation** | | | | | |
| 06-Feb-13 | PC | Review Q4 earnings release for due diligence. | 1.80 | $375.00 | $ 675.00 |
| 12-Feb-13 | PC | Further review of Q4 and full-year earnings release. | 1.30 | $375.00 | $ 487.50 |
| 12-Feb-13 | PC | Prepare summary of earnings release for purposes of advising ACC counsel. | 1.10 | $375.00 | $ 412.50 |
| 13-Feb-13 | JS | Write memorandum to ACC counsel regarding Grace's 4th quarter and full year 2012 earnings report for purposes of advising ACC counsel. | 1.20 | $680.00 | $ 816.00 |
| 14-Feb-13 | JS | Review 8-K filing "Investment Highlights" incorporating projections and business plan for due diligence and valuation. | 2.80 | $680.00 | $ 1,904.00 |
| 15-Feb-13 | BR | Review and analysis of monthly financial report for December 2012. | 2.30 | $680.00 | $ 1,564.00 |
| 19-Feb-13 | PC | Review and analyze 8-K filing, "Investment Highlights", for due diligence. | 1.80 | $375.00 | $ 675.00 |
| 27-Feb-13 | JS | Review, analyze current equity research reports on Sealed Air Corp. for valuation and recovery analysis. | 1.90 | $680.00 | $ 1,292.00 |
| | | Total Valuation | 14.20 | | $ 7,826.00 |
| | | **TOTAL** | 39.80 | | $ 21,299.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2013 through February 28, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 9.00 | $ 680.00 | $ 6,120.00 |
| James Sinclair - Senior Managing Director | 11.90 | $ 680.00 | $ 8,092.00 |
| Peter Cramp - Associate | 17.50 | $ 375.00 | $ 6,562.50 |
| Gibbons Sinclair - Associate | 1.40 | $ 375.00 | $ 525.00 |
| Total Professional Hours and Fees | 39.80 | | $ 21,299.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2013 through February 28, 2013

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period. |   |
|      | Total Expenses February 1, 2013 through February 28, 2013 | $0.00 |