# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Morris, Nichols, Arsht & Tunnell as co-counsel to Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company, in the above-captioned bankruptcy case, and

PLEASE ENTER the appearance of Neal J. Levitsky and Seth A. Niederman and the firm of Fox Rothschild LLP, as co-counsel to Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company, in the above-captioned bankruptcy case.

| MORRIS NICHOLS, ARSHT & TUNNELL | FOX ROTHSCHILD LLP |
|---|---|
| /s/ Ann C. Cordo | /s/ Neal J. Levitsky |
| Robert J. Dehney (#3578) | Neal J. Levitsky, Esquire (No. 2092) |
| Ann C. Cordo (#4817) | Seth A. Niederman, Esquire (No. 4588) |
| 1201 N. Market Street | 919 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 622-4200 |
| Counsel for Travelers Casualty and Surety Company | Counsel for Travelers Casualty and Surety Company |