## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of April, 2013, a copy of the attached pleading was served on all counsel of record via cm/ecf.

/s/ Seth A. Niederman
Seth A. Niederman, Esquire (No. 4588)