**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PITTSBURGH CORNING CORPORATION ) | Civil Action No. 11-1406 |
| ) | |
| Debtor. ) | Bankruptcy No. 00-22876 (JKF) |
| ) | |
| GARLOCK SEALING TECHNOLOGIES, LLC, ) | Re: D.I. 8488 |
| ) | |
| Appellant, ) | |
|       v. ) | |
| ) | |
| PITTSBURGH CORNING CORPORATION, ) | |
| ) | |
| Appellee. ) | |

-------------------------------------------------------------------------------

| | |
|---|---|
| IN RE: ) | |
| ) | |
| IN RE MID-VALLEY, INC., ) | Civil Action No. 11-1439 |
| ) | |
| Debtor. ) | Case No. 03-35592 (JKF) |
| ) | |
| GARLOCK SEALING TECHNOLOGIES, LLC, ) | Re: D.I. 2817 |
| ) | |
| Appellant, ) | |
| ) | |
|       v. ) | |
| ) | |
| MID-VALLEY, INC., ) | |
| ) | |
| Appellee. ) | |

-------------------------------------------------------------------------------

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NORTH AMERICAN REFRACTORIES ) | Civil Action No. 11-1452 |
| COMPANY, ) | |
| ) | Bankruptcy No. 02-20198 (JKF) |
| Debtor. ) | |
| ) | Re: D.I. 7246 |
| GARLOCK SEALING TECHNOLOGIES, LLC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
|       v. ) | |
| ) | |
| ARMSTRONG WORLD INDUSTRIES, et al., ) | |
| ) | |
| Appellees. ) | |

**ORDER OF COURT RESOLVING APPEALS**

AND NOW, this 19th day of March, 2013, after careful consideration of the foregoing Motions Resolving Appeals and Granting Garlock Access to 2019 Exhibits (Document Nos. [32] at C.A. 11-1406, [24] at C.A. 11-1439, and [29] at C.A. 11-1452) and having considered the Opinion and Order of the Delaware District Court in the DOD appeals and the agreement of certain parties to the WDPA appeals and having been advised that the remaining parties do not opposed the entry of this Order, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion in each of the above captioned cases will be and are hereby GRANTED and that:

1. The Opinion of the Delaware District Court in the DOD appeals is hereby adopted as this Court's opinion in the above-captioned appeals. The Order of the Bankruptcy Court is REVERSED and these cases are REMANDED to Bankruptcy court for further proceedings consistent with this Order;

2. The Clerk of the Bankruptcy Court will be and is hereby authorized and directed to grant Garlock access to, and to permit Garlock to inspect and copy, any 2019 Exhibit submitted to the Clerk in these Bankruptcy Cases pursuant to the 2019 Orders, with the exception of the Retention Agreements, including any exemplars thereof. Garlock may, at its own election and expense, select a third-party copy vendor acceptable to the Law Firms and the ACCs that appeared in this appeal to copy such 2019 Exhibits and exclude from such copies all Retention Agreements; to the extent such Retention Agreements are inadvertently provided to Garlock, Garlock shall not review such Retention Agreements, shall promptly destroy such Retention

Agreements, and shall not provide them to any other person or entity or use them for any purpose whatsoever;

3. This Order authorizes Garlock to use such 2019 Exhibits solely in connection with the estimation proceedings in Garlock's Chapter 11 bankruptcy cases pending in the North Carolina Bankruptcy Court, and neither the 2019 Exhibits nor the information contained therein may be used for any other purpose. This Order is without prejudice to the rights of other parties to such estimation to oppose the use of the 2019 Exhibits in that proceeding;

4. Garlock shall not disclose publicly the information contained in any 2019 Exhibit except in an aggregate format that does not identify any individual represented person;

5. Reference is made to the *Debtors' Motion For Entry Of Protective Order Related To Rule 2019 Exhibits Filed In Twelve Bankruptcy Cases Pending In The District Of Delaware And The Western District Of Pennsylvania,* dated March 7, 2013, filed by Garlock in its jointly administered chapter 11 cases, captioned *In re Garlock Sealing Technologies LLC, et al.,* Case No. 10-BK-31607, pending in the North Carolina Bankruptcy Court (the "Protective Order Motion"). Recognizing that Garlock has requested the North Carolina Bankruptcy Court to enter a proposed protective order pursuant to the Protective Order Motion, public disclosure of the information in any 2019 Exhibit shall be subject to the terms of a protective order entered by the North Carolina Bankruptcy Court that is consistent with this Court's Opinion and Order and the terms of this Order. This Order is without prejudice to the rights of parties to this appeal or in the estimation proceeding in Garlock's bankruptcy from proposing to the North Carolina Bankruptcy Court competing forms of protective order to address this subject matter; and

6. For avoidance of doubt, nothing in this Order reopens any closed Bankruptcy Cases, deems any such cases reopened, or requires the reopening of any such cases.

7. The Clerk of Court shall mark these cases CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All Counsel of Record

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge