**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
IN RE                                           :   Chapter 11
                                                :
                                                :   Case Nos. 00-3837 to 3854 (JKF)
                                                :   (Jointly Administered)
OWENS CORNING, et al.                           :
                                                :
        Debtors.                                :   Related to Dkt. No. 13402
                                                :
------------------------------------------------x

### ORDER GRANTING MOTION OF CREDIT SUISSE FIRST BOSTON, AS AGENT, FOR ACCESS TO EXAMINE STATEMENTS FILED PURSUANT TO BANKRUPTCY RULE 2019(a)

Upon consideration of the motion (Dkt. No. 13402) (the "Motion") of Credit Suisse First Boston ("CSFB"), as agent for the prepetition institutional lenders to Owens Corning and certain of its affiliates, dated November 22, 2004 for, pursuant to section 107(a) of title 11 of the United States Code and rules 7026, 7034 and 9014 of the Federal Rules of Bankruptcy Procedure, access to examine statements (the "Rule 2019 Statements") filed with the Clerk of the Court and served upon Owens Corning pursuant to order of this Court and rule 2019(a) of the Federal Rules of Bankruptcy Procedure by all entities representing more than one creditor or equity security holder in the chapter 11 cases of Owens Corning and its affiliated debtors (collectively, the "Debtors"); and it appearing that due and proper notice of the Motion has been given by CSFB; and it further appearing that the Court has jurisdiction to consider and determine the Motion pursuant to 28 U.S.C. § 1334; and a joinder (the "Joinder") in support of the Motion having been filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Central National Insurance Company (collectively, "Century") (Dkt. No. 13642) on December 14, 2004; and it further appearing that an objection (the "Objection") to the Motion was interposed by the Debtors (Dkt. No. 13621) on

404.002-6412.DOC

December 10, 2004; and the Court having held a hearing on December 20, 2004 (the "Hearing") to consider the Motion, the Joinder and the Objection, during which time oral arguments of counsel were presented; and, upon due consideration of the Motion, the Joinder, the Objection and the presentations made at the Hearing, it is hereby:

ORDERED that the Motion is hereby granted, as described below; and it is further

ORDERED that within 5 days from the entry of this order, CSFB and Century shall cause the notice attached hereto as Exhibit A to be served by first-class mail upon all entities who have filed a Rule 2019 Statement in these chapter 11 cases through the date of this Order; and it is further

ORDERED that the Debtors shall permit immediate access by CSFB and/or Century (and their respective agents) to copy the compact disks in their possession containing the Rule 2019 Statements; and it is further

ORDERED that CSFB and Century (and their respective agents) shall keep the specific information contained in the Rule 2019 Statements confidential, pending further order of the Court, provided, however, that nothing in this Order shall be deemed to prohibit the use of the information contained in the 2019 Statements on an aggregate basis in connection with the estimation proceeding currently scheduled to commence in the district court on January 13, 2005 (the "Estimation Hearing"), provided further, however, that nothing in this Order shall preclude any party from objecting at the Estimation Hearing to the admissibility of such information.

Dated: January 11, 2005

*Judith K. Fitzgerald*
rmab

United States Bankruptcy Judge

# Exhibit A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
                                                 :    Chapter 11
IN RE                                            :
                                                 :    Case Nos. 00-3837 to 3854 (JKF)
                                                 :    (Jointly Administered)
OWENS CORNING, et al.                            :
                                                 :
              Debtors.                           :
                                                 :
-------------------------------------------------x
```

### NOTICE OF ACCESS TO EXAMINE
### AND COPY RULE 2019 STATEMENTS

**PLEASE TAKE NOTICE** that on November 22, 2004, Credit Suisse First Boston ("CSFB"), as agent for the prepetition institutional lenders to Owens Corning and certain of its affiliates, filed a motion (Dkt. No. 13402) (the "Motion") for, pursuant to section 107(a) of title 11 of the United States Code and rules 7026, 7034 and 9014 of the Federal Rules of Bankruptcy Procedure, access to examine statements (the "Rule 2019 Statements") filed with the Clerk of the Court and served upon Owens Corning pursuant to order of this Court and rule 2019(a) of the Federal Rules of Bankruptcy Procedure by all entities representing more than one creditor or equity security holder in the chapter 11 cases of Owens Corning and its affiliated debtors (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that on December 14, 2004, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Central National Insurance Company (collectively, "Century") filed a joinder (the "Joinder") in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to order dated January __, 2005, the Bankruptcy Court granted the Motion and has authorized CSFB and Century to examine and copy the Rule 2019 Statements.

**PLEASE TAKE FURTHER NOTICE** that CSFB and Century are required by order of the Bankruptcy Court to keep the individual information contained in the Rule 2019 Statements confidential, pending further order.

Dated: January 6, 2005          LANDIS RATH & COBB LLP

> Richard S. Cobb (I.D. No. 3157)
> Rebecca L. Butcher (I.D. No. 3816)
> 919 Market Street, Suite 600
> Wilmington, DE 19810
> Telephone: (302) 467-4400
> Facsimile: (302) 467-4450
>
> -and-
>
> WEIL, GOTSHAL & MANGES LLP
>
> Martin J. Bienenstock
> Richard Rothman
> 767 Fifth Avenue
> New York, NY 10153
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007
>
> -and-
>
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
>
> Kenneth H. Eckstein
> Ellen R. Nadler
> Gary M. Becker
> 919 Third Avenue
> New York, New York 10022
> (212) 715-9100 (telephone)
> (212) 715-8000 (telecopy)
>
> Attorneys for Credit Suisse First Boston, as Agent for the Banks