# EXHIBIT 1



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/1/2013 | 0.6 | $126.00 | Analyze R Finke email re asbestos PD claim - Epec Realty (.1); research b-Linx and docket re Epec Realty issue (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/1/2013 | 1.6 | $336.00 | Prep ART report of asbestos PD claims (.3); analyze ART report (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/1/2013 | 0.9 | $189.00 | Analyze M John email re Epec Realty issue (.2); prep email to M John re Epec Realty issue and resolution (.3); analyze M John email re response (.1); prep email to R Finke re research and resolution of Epec Realty issue (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2013 | 1.3 | $273.00 | Analysis of R Finke email re asbestos PD reports re other sups and totals (.1); prep ART report of all active asbestos PD claims (.3); analyze active asbestos PD report (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2013 | 2.7 | $567.00 | Analyze b-Linx re representative counsel for asbestos PD claimants (1.2); revise ART report re representative counsel for claimants (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2013 | 2.0 | $420.00 | Revise asbestos PD report with counsel re open claims and estimated amounts (.8); segregate report by counsel for review (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2013 | 0.9 | $189.00 | Prepare summary of claims/amts by counsel for active asbestos PD (.7); prep email to R Finke re reporting results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2013 | 1.2 | $252.00 | Analyze R Finke email re review of report re Dies & Hile claim, claims for further research (.2); analyze b-Linx, docket and R Finke email re Dies & Hile reconciliation (0.7); revise b-Linx per analysis (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2013 | 0.8 | $168.00 | Prep email to S Cohen re revision of claim 11314 distribution address (.1); analyze S Cohen confirmation of distribution address revision (.1); prep ART report of asbestos PD claims per revised data and verify data corrections (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2013 | 1.4 | $294.00 | Revise Dies & Hile asbestos PD report (.4); revise Motley Rice asbestos PD report (.2); revise misc/no counsel asbestos PD report (.2); revise asbestos PD summary page (.3); prep email to R Finke re revised asbestos PD reports, research results and corrections to data (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2013 | 0.5 | $105.00 | Analyze R Finke email re Hahn & Hessen reconciliation (.1); research b-Linx and docket re claim 10651 and settlement (.3); prep email to R Finke re research results and reconciliation (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2013 | 1.1 | $231.00 | Analyze R Finke email re claims 18523, 9570 and 11301 (.2); research b-Linx and docket re claims inquiry (.5); revise b-Linx per research (.2); prep email to R Finke re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2013 | 0.4 | $84.00 | Analyze L Esayian email re claim 9570 and add'l research; claim 11301 and verification of order (.1); revise Hahn & Hesen asbestos PD report and summary (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2013 | 0.3 | $63.00 | Analyze L Esayian email re research results for Claim 9570 treatment and history (.1); analyze L Esayian email re add'l research results re history of claim 9570 (.2) |



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2013 | 0.7 | $147.00 | Analyze b-Linx, correspondence and files re claim 9570 history (.5); prep email to L Esayian and R Finke re claim 9570 history research (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2013 | 0.8 | $168.00 | Analyze R Finke email re revisions to claims 9570 and 11301 and impact on asbestos PD reconciliation (.2); revise b-Linx and interest database per R Finke email (.3); prep revised datafile for Blackstone re claim revisions from R Finke (.2); prep email to B Jaffe re revised datafile (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2013 | 0.8 | $168.00 | Analyze R Finke email re LAUSD distribution address (.1); analyze other R Finke emails re distribution info from asbestos PD reconciliation (.3); revise b-Linx, interest tool and distribution notes as appropriate (.4) |
| | | | Total: | 18.0 | $3,780.00 | |
| **WRG Asbestos PI Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2013 | 0.4 | $84.00 | Analyze R Higgins email re The Scotts Company follow-up at distribution (.1); analyze Order re The Scotts Co settlement (.3) |
| | | | Total: | 0.4 | $84.00 | |
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/1/2013 | 2.2 | $462.00 | Analyze status of M John audit project (1.0); review M John emails re claims with issues for add'l review (.2); analyze b-Linx and DRTT re claims from M John (.6); revise claims per review (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/1/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ERIN KRAMER - CAS | | $65.00 | 2/4/2013 | 0.1 | $6.50 | Prepare 1 Piece of Correspondence for Processing to Claims Database. |
| JAY GIL - CAS | | $95.00 | 2/4/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30216; categorize each new docket entry and flag for further action and follow up as needed. |
| MARISTAR GO - CAS | | $95.00 | 2/4/2013 | 0.5 | $47.50 | Audit categorization updates related to Court Docket Nos. (30180 30181 30182 30183 30187 30188 30189 30190 30191 30192 30193 30194 30195 30496 30197 30198 30199 30200 30201 30203 30204 30205 30206 30208 30209 30210 30211 30212) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2013 | 0.2 | $42.00 | Analyze S Cohen email re M Hicks/Thompson Hine inquiry re Akzo Nobel (.1); telephone to M Hicks re inquiry (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2013 | 0.4 | $84.00 | Analyze S Fritz email re draft Jan numbers (.1); prep email to B Daniel re clarification of entry (.1); analyze B Daniel reply (.1); prep email to S Fritz re approval of Jan draft numbers (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 2/4/2013 | 0.2 | $9.00 | Review and prepare COA's Postage for previous month (.1), complete production billing (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/4/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: creditor inquiry received by Call Center on 2/3/13 and required update to creditor distribution address |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/4/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/5/2013 | 0.6 | $57.00 | Quarterly Review PACER Court docket to identify newly filed docket items for all jointly administered cases related to main case 01-01139 confirmed 2 dockets filed |



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| JAY GIL - CAS | | $95.00 | 2/5/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30217 - 30224; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2013 | 0.3 | $63.00 | Analyze team status emails (.2); prep email re case status to team (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/5/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/5/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/5/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/5/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/6/2013 | 0.3 | $28.50 | Review Court Docket Nos. 30225 - 30234; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2013 | 0.6 | $126.00 | Analyze R Higgins email re M Billet/Tannor Partners inquiry (.1); telephone to R Higgins re M Billet inquiry (.1); telephone to M Billet re inquiry (.3); conf call with M Billet/R Higgins re Tannor Partners request (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2013 | 0.6 | $126.00 | Telephone to R Higgins re research re Tannor Partners info request (.2); telephone to M John re BMC data provided to claims buyers, public info reqt's (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2013 | 0.3 | $63.00 | Analyze S Cohen email re Cebu DRTT qtrly review of subsidiary dockets, Midtown trnasfer withdrawals, action req'd |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2013 | 2.2 | $462.00 | Analyze Court docket re case status (1.2); analyze status of projects, pending items (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2013 | 1.9 | $399.00 | DRTT analysis and b-Linx audit (1.1); revise b-Linx per audit (.8) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/6/2013 | 0.4 | $78.00 | Call with M Araki re BMC policy and industry standards re identifying and listing claims and transfer information on public webpage per inquiry from Roger Higgins |
| NOREVE ROA - CAS | | $95.00 | 2/6/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30217-30234 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/6/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/7/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30235 and 30236; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2013 | 0.5 | $105.00 | Telephone to T Feil re R Higgins telecon re asbestos PI and PD trusts and data (.2); analyze S Cohen email re COAs on docket filed by transfer agents (.1); prep email to S Cohen re treatment of COAs filed by transfer agents (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2013 | 0.5 | $105.00 | Telephone to R Higgins re M Billet/Tannor Partners info request, research results, data available via cm/ecf and BMC (.3); review cm/ecf info available re transfers (.2) |



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MIKE BOOTH - MANAGER | | $165.00 | 2/7/2013 | 0.1 | $16.50 | Telephone with Ruby Armstrong at (713) 747-1756 / RE: request for an update on the Plan and her filed POC. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/7/2013 | 0.1 | $16.50 | Telephone with Donna Parr at (705) 949-6251 / RE: request for an update on the Plan of Reorg. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/7/2013 | 0.1 | $16.50 | Discussion with S Cohen re: pending Court docket entries and follow-up with M Araki required. |
| NOREVE ROA - CAS | | $95.00 | 2/7/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30213-30215, 30235-30236 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/7/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/7/2013 | 0.1 | $11.00 | Update claim database per M.Araki request re: creditor distribution address |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2013 | 0.6 | $126.00 | Analyze S Cohen email re creditor inquiry - Elizabeth Kish (.1); prep email to Elizabeth Kish re case status (.1); analyze files re creditor inquiries pending (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/8/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| NOREVE ROA - CAS | | $95.00 | 2/9/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30237-30256 |
| JAY GIL - CAS | | $95.00 | 2/11/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30257 - 30259; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2013 | 2.0 | $420.00 | Analyze files and documents re open items, projects (1.2); revise and update project list (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/12/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30260 - 30263; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2013 | 1.0 | $210.00 | Analyze transfer tracking report re recent transfers filed, transfers pending |
| NOREVE ROA - CAS | | $95.00 | 2/12/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30257-30259 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/12/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/13/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30264-30272; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2013 | 2.0 | $420.00 | Prep ART report of open claims (.4); analysis of open claims report (1.0); analysis of open claims with pending objections re status (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2013 | 2.5 | $525.00 | Analysis of schedule matching project, status (1.0); continue prep of possible add'l schedule matches for Grace review (1.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/13/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/14/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30273-30278; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/14/2013 | 0.2 | $42.00 | Telephone from R Finke re disclaimer for Tannor Partners report (.1); review correspondence for status of Tannor Partners request (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/14/2013 | 2.8 | $588.00 | Continue analysis of active schedules/claims (1.8); continue prep of possible add'l schedule matches for Grace review (1.0) |



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/14/2013 | 1.7 | $357.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit (.7) |
| NOREVE ROA - CAS | | $95.00 | 2/14/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30261-30272 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/14/2013 | 0.2 | $22.00 | Review non-claim correspondence recently received by BMC at claims PO Box (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/14/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/15/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30279, 30280, 30282-30286; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2013 | 2.0 | $420.00 | Analyze data sources and verify data appearance on reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2013 | 1.5 | $315.00 | Review and update open items lists |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2013 | 1.8 | $378.00 | Continue review and update open items lists, organize |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/15/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/18/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30287-30291; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2013 | 1.0 | $210.00 | Analyze BMC website re testing links, updates needed |
| NOREVE ROA - CAS | | $95.00 | 2/18/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30273-30276, 30278-30280, 30282-30289, 30291 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2013 | 0.4 | $84.00 | Analyze K Becker/Rust email re last claim processed by Rust (.1); analyze emails from Hubwoo.com re BMC agreement uploaded (.1); prep email to S Scarlis re Hubwoo emails (.1); analyze M Scott email re Hubwoo emails sent in error (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2013 | 0.3 | $63.00 | Analyze status updates from K Martin, S Cohen and M John (.2); prep email to team re case status, projects (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2013 | 1.7 | $357.00 | Analyze Court docket re case status, project planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2013 | 0.5 | $105.00 | Analysis of correspondence and inquiries from creditors |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2013 | 1.0 | $210.00 | Analyze emails from S Cohen re claims referred for further review (.6); analyze b-Linx and DRTT re claims referred by S Cohen (.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/19/2013 | 0.1 | $19.50 | Weekly case status reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/19/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/19/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/20/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30292-30296; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2013 | 0.9 | $189.00 | Analyze S Cohen emails to K Becker/Rust re updated claims data and processed transfers (.6); analyze K Becker email re no amendment rec'd from Pennsylvania Dept of Revenue (.1); work with Data Grp re revision to DRTT re missing exhibits (.2) |



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2013 | 1.3 | $273.00 | Continue analysis of S Cohen emails re claims referred for further review (.5); analyze b-Linx and DRTT re claims referred by S Cohen (.8) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/20/2013 | 0.1 | $16.50 | Telephone with Creditor at (207) 774-1200 / RE: status of filed claim, request for copy of their claim image emailed. Caller was referred to Kathy Davis at Rust Consulting. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/20/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/21/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30297-30299; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2013 | 0.3 | $63.00 | Analyze M Booth email re creditor inquiry from Ruby Armstrong (.1); analyze b-Linx re Ruby Armstrong claim (.1); telephone to Ruby Armstrong at 713/747-1756 re claim and case status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2013 | 0.3 | $63.00 | Analyze M Booth email re Donna Parr creditor inquiry (.1); analyze b-Linx re Donna Parr claim (.1); telephone to Donna Parr at 705/949-6251 re claim and case status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2013 | 0.2 | $42.00 | Prep email to M Booth and S Cohen re info for creditor inquiries for ZAI, PD and PI claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2013 | 2.5 | $525.00 | DRTT analysis and b-Linx audit (1.7); revise b-Linx per audit (.8) |
| NOREVE ROA - CAS | | $95.00 | 2/21/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30292- 30293, 30295-30296 |
| JAY GIL - CAS | | $95.00 | 2/22/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30300-30302; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2013 | 3.2 | $672.00 | Analyze pending items list (1.8); revise and update list (1.4) |
| NOREVE ROA - CAS | | $95.00 | 2/22/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30297-30299 |
| JAMES MYERS - CAS | | $65.00 | 2/25/2013 | 0.3 | $19.50 | Email exchange w/ M Booth transmitting docs for service & Proof of Service for filing (.1); ECF file Proof of Service (.1); prep documents for service (.1) |
| JAY GIL - CAS | | $95.00 | 2/25/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30303-30309; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2013 | 1.1 | $231.00 | DRTT analysis and b-Linx audit (.7); revise b-Linx per audit (.4) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/25/2013 | 0.1 | $16.50 | Prepare one Proof of Service related to transfer notice filed at docket no. 30310; email to notice group for filing. |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/25/2013 | 0.2 | $39.00 | Review Notice of Transfer re claim of Emrose Data to Fair Harbor Capital forwarded to NoticeGroup for production, service and filing with USBC |
| NOREVE ROA - CAS | | $95.00 | 2/25/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30300-30309 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/25/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: recently received creditor inquires related to status of bankruptcy case |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/25/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |

Case 01-01139-AMC    Doc 30477-1    Filed 04/04/13    Page 8 of 14



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/26/2013 | 0.2 | $19.00 | Review Court docket nos 30312-30321 categorize each new docket entry and flag for further action and follow up as needed. |
| JAMES MYERS - CAS | | $65.00 | 2/26/2013 | 0.2 | $13.00 | Email exchange w/ M Booth requesting filing of Proof of Svc re revised Ntc Transfer (.1); ECF file as directed (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2013 | 3.5 | $735.00 | Continue analysis of pending items list (1.7); analyze b-Linx and data re pending items (1.0); revise and update list (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2013 | 1.3 | $273.00 | Analyze R Higgins open task list re items to be addressed (.8); update BMC pending items list (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2013 | 0.3 | $63.00 | Telephone with S Fritz re invoices, 2013 fee app hearing schedule |
| MIREYA CARRANZA - CAS | | $45.00 | 2/26/2013 | 0.2 | $9.00 | Prepare revised Transfer Notice EMROSE DATA INC re: dkt 30310 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 2/26/2013 | 0.2 | $9.00 | Prepare revised Transfer Notice FAIR HARBOR CAPITAL re: dkt 30310 for service |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/26/2013 | 0.2 | $39.00 | Review service copy of notice of filing 35th quarterly fee application of Phillips Goldman & Spence |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/26/2013 | 0.1 | $19.50 | Review email and revised transfer notice re Emrose Data claim to Fair Harbor forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/26/2013 | 0.1 | $11.00 | Telephone with John Rustek at (860) 347-1834 / RE: inquiry regarding status of asbestos ZAI claim and status of bankruptcy case; provided caller with status information |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/26/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/27/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30322-30326; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/27/2013 | 0.8 | $168.00 | Analyze files re corresp from J Osborne re transfer audit project, status and reports for review (.3); analyze correspondence from J Osborne (.5) |
| NOREVE ROA - CAS | | $95.00 | 2/27/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30312-30321 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/27/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 2/28/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30327-30328; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/28/2013 | 0.9 | $189.00 | Analyze M Jones/K&E email re Tim Miller research (.1); research b-Linx re Tim Miller (.2); prep email to M Jones re no results for Tim Miller (.1); analyze M Jones email re full name and add'l party to research (.1); prep email to G Kruse re Timothy Miller research (.1); analyze DRTT re Timothy Miller (.1); analyze G Kruse email re research results (.1); prep email to M Jones re Timothy Miller research results (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/28/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/28/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |

Page 7 of 11                        EXHIBIT 1


information management

WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/28/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| | | | Total: | 62.6 | $11,800.50 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/19/2013 | 1.4 | $210.00 | Generate updated monthly active and inactive claims report (1.0). Export to Excel (.3) and forward to S Cohen for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/28/2013 | 0.5 | $75.00 | Research of claims database for selected claims as queried by counsel. |
| | | | Total: | 1.9 | $285.00 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/1/2013 | 2.0 | $420.00 | Analyze draft allowed claims report |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/1/2013 | 0.5 | $97.50 | Email exchanges and telephone call with M Araki re further analysis of Claims 5593 and 5672 (.1); analysis of entered Order approving PD claims settlement (.3); revise response for M Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2013 | 0.4 | $84.00 | Prep email to B Jaffe re revisions to asbestos PD totals (.1); analyze B Jaffe email re asbestos PD totals not included in S&U analysis (.1); analyze R Higgins email re Scotts Company and attny request for notice (.1); prep email to R Higgins re tracking asbestos PI attny notifications at distribution (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/4/2013 | 4.1 | $799.50 | Continuing review and analysis of claims affected by stipulation/order for distribution (1.5); review and analysis of underlying pleadings affecting claims (1.4); review and update claims and distribution databases as appropriate (1.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/6/2013 | 3.1 | $604.50 | Continued review and analysis of claims affected by stipulations/orders (1.0); analysis of related pleadings (1.1); updating claims and distribution databases as necessary and appropriate (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2013 | 0.9 | $189.00 | Analyze Blackstone data report re data for asbestos PD claims (.3); revise Blackstone data report re asbestos PD claims (.3); analyze interest data re verification of interest data (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/7/2013 | 1.3 | $253.50 | Continued review and analysis of claims affected by stipulations/orders (.4); analysis of related pleadings (.6); update claims and distribution databases as appropriate (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2013 | 2.8 | $588.00 | Analyze Court settlement orders re notice provisions at distribution (2.0); update distribution notice tracker (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2013 | 3.2 | $672.00 | Continue analysis of Court settlement orders re notice provisions at distribution (2.3); update distribution notice tracker (.9) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/11/2013 | 1.5 | $292.50 | Review and analysis of proof of claims affected by Stipulation/Orders (.4); analysis of related pleadings (.6); update claims and distribution databases as necessary/appropriate (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2013 | 3.0 | $630.00 | Continue analysis of Court settlement orders re notice provisions at distribution (2.0); update distribution notice tracker (1.0) |



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/19/2013 | 4.1 | $799.50 | Review and analysis of claims affected by Orders/Stipulations (1.4); analysis of underlying pleadings, update claims and distribution databases as appropriate (2.5); email to M Araki re clarification of certain distribution amounts (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/20/2013 | 4.3 | $838.50 | Continued review and analysis of claims affected by Stipulation/Order in connection with proposed distribution post-effective date (2.1); update claims and distribution databases as appropriate (2.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2013 | 2.5 | $525.00 | Analysis of Court settlement orders re notice provisions at distribution (1.8); update distribution notice tracker (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/21/2013 | 4.9 | $955.50 | Continued review and analysis of claims affected by Stipulation/Order in connection with proposed distribution post-effective date (2.5); update claims and distribution databases as appropriate (2.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2013 | 2.2 | $462.00 | Prep ART report re claims with distribution related flags/status (.4); analyze report (.6); analyze DRTT and b-Linx re verification of claim status/flags (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2013 | 2.5 | $525.00 | Continue analysis of ART report re claims with distribution related flags/status (.7); analyze DRTT and b-Linx re verification of claim status/flags (1.2); revise distribution note tracker as applicable (.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/27/2013 | 3.8 | $741.00 | Review and analysis of claims affected by stipulations/orders in connection with proposed distribution (1.7); review associated pleadings; review and update claims and distribution databases as necessary and appropriate (1.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/28/2013 | 1.6 | $336.00 | Analyze corresp and files re data parameters for allowed claims report (.6); analyze prior draft allowed claims reports re revisions and last version (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/28/2013 | 3.1 | $604.50 | Review and analysis of claims affected by stipulations/orders in connection with proposed distribution (1.5); review associated pleadings; review and update claims and distribution databases as necessary and appropriate (1.6) |
| | | | Total: | 51.8 | $10,417.50 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2013 | 2.0 | $420.00 | Prep exhibits to Oct-Dec 12 fee apps (1.0); prep 47 Qtrly fee app exhibits (.4); anayze exhibits (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2013 | 1.8 | $378.00 | Prep Ntc Filing 47 Qtrly fee app (.3); finalize 47th Qtrly fee app (.4); finalize Oct-Dec fee apps (.9); analyze docket re fee app hearings (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2013 | 0.5 | $105.00 | Emails to/from M John re review/signature for fee apps (.3); prep emails to Pachulski re fee app filings (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/5/2013 | 0.3 | $58.50 | Email exchanges with M Araki (.1); Review quarterly and monthly fee applications (.1); execute as appropriate and return to M Araki for filing with USBC (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2013 | 2.5 | $525.00 | Prep Jan 13 draft billing detail report (.4); analysis of Jan 13 billing detail report for prof reqts and Court imposed categories (1.3); revise Jan 13 entries for fee app compliance (.8) |



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2013 | 2.0 | $420.00 | Continue analysis of Jan 13 billing detail report for prof reqts and Court imposed categories (1.2); revise Jan 13 entries for fee app compliance (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/28/2013 | 1.1 | $231.00 | Draft Jan 13 fee app (.7); prepare exhibits to Jan 13 fee app (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/28/2013 | 1.0 | $210.00 | Analyze Jan 13 fee app exhibits (.4); revise Jan 13 fee app (.6) |
| | | | Total: | 11.2 | $2,347.50 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2013 | 0.3 | $63.00 | Telephone from M Kiley and C Albert/Grace re Pennsylvania and IRS amended claims (.1); analyze M Kiley email re amended tax claims (.1); prep email to M Kiley and C Albert re amended IRS claims; requested Rust research amended Pennsylvania tax claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2013 | 0.3 | $63.00 | Analyze J Gettleman email re Class 10 voting results (.1); research Class 10 votes (.1); prep email to J Gettleman re Class 10 votes (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2013 | 0.2 | $42.00 | Analyze R Higgins email re Shaffer claim resolution (.1); prep email to H Hancock/Rust Consulting re Pennsylvania Revenue amended claim (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/6/2013 | 0.1 | $16.50 | Discussion with S Cohen re: notices of withdrawal of transfer of claims filed in related debtor case. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/6/2013 | 0.1 | $11.00 | Discussion with M.Booth, email correspondence with M.Araki re: notices of withdrawal of transfer of claims filed in related debtor case |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/7/2013 | 0.1 | $11.00 | Discussion with M.Booth re: pending Court docket entries and follow-up with M.Araki required |
| MIKE BOOTH - MANAGER | | $165.00 | 2/8/2013 | 0.1 | $16.50 | Discussion with S Cohen re: claim updates required per M Araki direction regarding pending Notices of Change of Address filed with Court. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/8/2013 | 0.1 | $11.00 | Discussion with M.Booth re: claim updates required per M.Araki direction regarding pending Notices of Change of Address filed with Court |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/14/2013 | 0.5 | $105.00 | Analyze L Gardner email re Nashville AOC and enviro settlement (.3); analyze current L Gardner worksheet re Nashville settlement (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/14/2013 | 0.3 | $33.00 | Analyze Court docket numbers 30216 to 30281 (.2); update claim database (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2013 | 2.2 | $462.00 | Analyze R Higgins email re objection to IRS claims, ancillary objections (.2); analyze b-Linx and docket re IRS claims pending, history (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2013 | 1.9 | $399.00 | Prep 4 emails to R Higgins re research results for IRS claims for objection (1.8); prep email to K Becker re pending claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2013 | 0.6 | $126.00 | Analyze R Higgins email re IRS research results, next steps (.1); analyze transfer master list re pending transfers (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2013 | 1.0 | $210.00 | Analyze R Higgins email re Tennessee enviro claims re EPA Nashville site (.1); research b-Linx and related pleadings re Tennessee enviro claims (.7); prep email to R Higgins re research results (.2) |



WR Grace
Date Range 2/1/2013 - 2/28/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2013 | 0.4 | $84.00 | Analyze M John email re claim 15175 and distribution info (.1); analyze claim 15175 and related orders per M John email (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/19/2013 | 0.3 | $33.00 | Initialize analysis and preparation of monthly reports (.2); email correspondence with G.Kruse re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2013 | 1.1 | $231.00 | Analyze R Higgins email re draft objection to IRS claims (.1); analyze draft objection (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2013 | 2.7 | $567.00 | Analyze b-Linx and docket re IRS claims and info for objection (1.3); revise draft IRS objection (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2013 | 0.9 | $189.00 | Prep docs for R Higgins review re IRS claim history (.4); prep comparison of revised IRS draft objection (.2); prep email to R Higgins re revised IRS objection draft, docs to review re claim history (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/20/2013 | 0.2 | $22.00 | Finalize analysis and preparation of monthly reports (.1); email correspondence with H.Hancock, K.Becker at Rust Consulting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/21/2013 | 0.3 | $63.00 | Analyze Court docket re Pennsylvania Dept of Revenue claim amendment (.2); prep email to C Albert and M Kiley/Grace re confirmation that no amendment to claim 318 has been received by Rust or filed on docket (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2013 | 0.7 | $147.00 | Revise enviro tracking worksheet re new pleadings filed for add'l site per multi site agreement (.4); revise enviro split claim worksheet re new site (.3) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/25/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer filed at docket no. 30311. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/25/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer filed at docket no. 30310. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/25/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/25/2013 | 0.3 | $49.50 | Prepare two courtesy notices (Docket 30310) (.2), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/25/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30310). |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/26/2013 | 0.1 | $11.00 | Email correspondence with M.Booth re: recently filed Notice of Transfer of Claims and claim database updates performed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/27/2013 | 2.3 | $483.00 | Analyze J Osborne transfer audit report (1.3); analyze transfers with issues on J Osborne report (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/27/2013 | 3.2 | $672.00 | Update transfer audit worksheet to incorporate new transfers since last audit (.7); analysis and audit of recent transferred claims (1.5); revise transfer audit worksheet re audit results (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/28/2013 | 2.0 | $420.00 | Continue analysis and audit of recent transferred claims (1.2); revise transfer audit worksheet re audit results (.8) |
| | | | Total: | 22.7 | $4,606.50 | |
| | | | Grand Total: | 168.6 | $33,321.00 | |



WR Grace
Professional Activity Summary
Date Range: 2/1/2013 - 2/28/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 18.0 | $3,780.00 |
| | Total: | 18.0 | $3,780.00 |
| **WRG Asbestos PI Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.4 | $84.00 |
| | Total: | 0.4 | $84.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.6 | $27.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 0.8 | $76.00 |
| Erin Kramer | $65.00 | 0.1 | $6.50 |
| James Myers | $65.00 | 0.5 | $32.50 |
| Jay Gil | $95.00 | 2.6 | $247.00 |
| Maristar Go | $95.00 | 0.5 | $47.50 |
| Noreve Roa | $95.00 | 1.7 | $161.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.9 | $148.50 |
| Myrtle John | $195.00 | 1.0 | $195.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 4.6 | $506.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 49.3 | $10,353.00 |
| | Total: | 62.6 | $11,800.50 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 1.9 | $285.00 |
| | Total: | 1.9 | $285.00 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 30.7 | $5,986.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 21.1 | $4,431.00 |
| | Total: | 51.8 | $10,417.50 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 10.9 | $2,289.00 |
| | Total: | 11.2 | $2,347.50 |



## WR Grace
## Professional Activity Summary
### Date Range: 2/1/2013 - 2/28/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
|    Mike Booth | $165.00 | 0.9 | $148.50 |
| REC_TEAM | | | |
|    Steffanie Cohen | $110.00 | 1.2 | $132.00 |
| CONTRACTOR | | | |
|    Martha Araki | $210.00 | 20.6 | $4,326.00 |
| Total: | | 22.7 | $4,606.50 |
| Grand Total: | | 168.6 | $33,321.00 |