# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_130228**
**Expense Summary**

| Period Ending | 2/28/2013 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | |
| | | | $350.00 |
| | | B-Linx/Data Storage | |
| | | | $850.00 |
| | | Document Storage | |
| | | | $89.90 |
| | | Noticing Production | |
| | | | $2.24 |
| | | Pacer | |
| | | | $138.80 |
| | | Website Hosting | |
| | | | $250.00 |
| | | **Total** | **$1,680.94** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20130228-1 | 2/28/2013 | $2.24 |
| | Total Due | $2.24 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 2/28/2013
**Reference #:**  021-20130228-1
**Notes:**  Postage other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|----------|----------|------|------|---------|-------|
| Other | Transfer | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 4 Pieces | $2.24 |

**Total Due:** **$2.24**