# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: April 29, 2012 at 4:00 p.m.<br>Hearing Date: July 1, 2013 at 9:00 a.m. |

## FORTY-THIRD QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2012 THROUGH DECEMBER 31, 2012

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Security Holders*

Date of Retention: *As of July 18, 2001*

Period for which compensation
and reimbursement is sought: *October 1, 2012 through and including December 31, 2012*

Amount of Compensation sought as
actual, reasonable and necessary: *$ 60,523.50*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: *$ 3,617.71*

This is a(n):  _  monthly    X   interim application

KL2 2791146.1

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – OCTOBER 1, 2012 THROUGH DECEMBER 31, 2012

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid | Amount of Expenses Paid | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 11/29/2012 D.I. 29967 October 2012 | $6,634.00 | $109.43 | $6,743.43 | $5,307.20 | $109.43 | 12/21/2012 D.I. 30080 |
| 12/28/2012 D.I. 30095 November 2012 | $4,215.50 | $71.72 | $4,287.22 | $3,372.40 | $71.72 | 1/22/2013 D.I. 30182 |
| 1/31/2013 D.I. 30215 December 2012 | $49,674.00 | $3,436.56 | $53,110.56 | $39,739.20 | $3,436.56 | 2/22/2013 D.I. 30315 |
| **Total** | **$60,523.50** | **$3,617.71** | **$64,141.21** | **$48,418.80** | **$3,617.71** | |

| | | |
|---|---|---|
| Current Period Unpaid: | Fees | $ 12,104.70 |
| | Expenses | $      0.00 |
| | **Total** | **$ 12,104.70** |
| Prior Periods Unpaid: | Fees | $ 6,308.79 |
| | Expenses | $      0.00 |
| | **Total** | **$ 6,308.79** |
| **TOTAL DUE:** | | **$18,413.49** |

## SUMMARY OF OUTSTANDING FEES OWED TO
## KRAMER LEVIN NAFTALIS & FRANKEL THROUGH DECEMBER 31, 2012

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $-0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50<br>$ 10,070.69 | $ 86,576.50<br>$ 9,737.19 | $ 86,576.50<br>$ 9,737.19 | $-0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $-0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $-0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $-0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $-0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $-0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $-0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00<br>$ 14,406.04 | $ 400,556.50<br>$ 14,265.04 | $ 400,556.50<br>$ 14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00<br>$12,593.68 | $ 183,897.00<br>$ 12,593.68 | $ 183,897.00<br>$ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50<br>$3,641.49 | $ 74,471.50<br>$ 3,641.49 | $ 74,471.50<br>$ 3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00<br>$5,348.72 | $ 79,556.00<br>$ 5,348.72 | $ 79,556.00<br>$ 5,348.72 | $-0- |
| October 1, 2005 December 31, 2005 | $75,544.50<br>$2,953.30 | $ 75,544.50<br>$ 2,953.30 | $ 75,544.50<br>$ 2,953.30 | $-0- |
| January 1, 2006 March 31, 2006 | $74,750.00<br>$5,452.00 | $ 74,750.00<br>$ 5,452.00 | $ 74,750.00<br>$ 5,452.00 | $-0- |
| April 1, 2006 June 30, 2006 | $74,596.00<br>$2,815.18 | $ 74,596.00<br>$ 2,815.18 | $ 74,596.00<br>$ 2,815.18 | $-0- |
| July 1, 2006 September 30, 2006 | $147,269.00<br>$4,500.72 | $ 147,269.00<br>$ 4,500.72 | $ 147,269.00<br>$ 4,500.72 | $-0- |
| October 1, 2006 December 31, 2006 | $238,312.00<br>$14,195.38 | $ 238,312.00<br>$ 14,195.38 | $ 238,312.00<br>$ 14,195.38 | $-0- |
| January 1, 2007 March 31, 2007 | $163,379.00<br>$15,286.40 | $ 163,379.00<br>$ 15,286.40 | $ 163,379.00<br>$ 15,286.40 | $-0- |

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2007<br>June 30, 2007 | $187,246.00<br>$19,482.62 | $ 186,592.23<br>$   19,482.62 | $ 186,592.23<br>$   19,482.62 | $-0- |
| July 1, 2007<br>September 30, 2007 | $208,619.50<br>$9,223.40 | $ 205,265.50<br>$     9,223.40 | $ 205,265.50<br>$     9,223.40 | $-0- |
| October 1, 2007<br>December 31, 2007 | $398,236.50<br>$76,834.62 | $ 394,987.81<br>$   76,834.62 | $ 394,987.81<br>$   76,834.62 | $-0- |
| January 1, 2008<br>March 31, 2008 | $247,502.75<br>$9,033.91 | $ 247,502.75<br>$     9,033.91 | $ 247,108.84<br>$     9,033.91 | $-0- |
| April 1, 2008<br>June 30, 2008 | $240,744.75<br>$11,571.63 | $ 240,744.75<br>$ 11,571.63 | $ 240,744.75<br>$   11,571.63 | $-0-<br>$-0- |
| July 1, 2008<br>September 30, 2008 | $271,548.00<br>$6,211.59 | $ 271,548.00<br>$ 6,211.59 | $ 271,548.00<br>$ 6,211.59 | $-0-<br>$-0- |
| October 1, 2008<br>December 31, 2008 | $207,976.00<br>$9,026.63 | $206,706.00<br>$8,976.63 | $206,706.00<br>$8,976.63 | $-0-<br>$-0- |
| January 1, 2009<br>March 31, 2009 | $197,550.00<br>$5,059.19 | $197,494.00<br>$5,059.19 | $197,494.00<br>$5,059.19 | $-0-<br>$-0- |
| April 1, 2009<br>June 30, 2009 | $215,996.50<br>$5,645.60 | $215,996.50<br>$5,645.60 | $215,996.50<br>$5,645.60 | $-0-<br>$-0- |
| July 1, 2009<br>September 30, 2009 | $170,241.50<br>$20,322.43 | $169,905.50<br>$20,322.43 | $170,227.30<br>$20,322.43 | ($321.80)<br>$-0- |
| October 1, 2009<br>December 31, 2009 | $68,306.75<br>$3,366.52 | $68,306.75<br>$3,366.52 | $68,306.75<br>$3,366.52 | $-0-<br>$-0- |
| January 1, 2010<br>March 31, 2010 | $47,226.50<br>$2,139.19 | $47,226.50<br>$2,139.19 | $47,226.50<br>$1,817.39 | $-0-<br>$321.80 |
| April 1, 2010<br>June 30, 2010 | $14,079.00<br>$650.36 | $14,079.00<br>$650.36 | $14,079.00<br>$650.36 | $-0-<br>$-0- |
| July 1, 2010<br>September 30, 2010 | $5,229.00<br>$131.96 | $5,229.00<br>$131.96 | $5,229.00<br>$131.96 | $-0-<br>$-0- |
| October 1, 2010<br>December 31, 2010 | $16,846.00<br>$247.86 | $16,846.00<br>$247.86 | $16,846.00<br>$247.86 | $-0-<br>$-0- |
| January 1, 2011<br>March 31, 2011 | $54,094.50<br>$2,044.81 | $54,094.50<br>$2,044.81 | $54,094.50<br>$2,044.81 | $-0-<br>$-0- |
| April 1, 2011<br>June 30, 2011 | $91,902.50<br>$2,143.07 | $91,886.26<br>$2,143.07 | $91,886.26<br>$2,143.07 | $-0-<br>$-0- |
| July 1, 2011<br>September 30, 2011 | $49,894.00<br>$2,308.18 | $49,894.00<br>$2,308.18 | $49,894.00<br>$2,308.18 | $-0-<br>$-0- |
| October 1, 2011<br>December 31, 2011 | $13,989.00<br>$93.02 | $13,989.00<br>93.02 | $13,989.00<br>$93.02 | $-0-<br>$-0- |

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| January 1, 2012 March 31, 2012 | $35,118.50 $152.90 | $35,118.50 $152.90 | $35,118.50 $152.90 | $-0- $-0- |
| April 1, 2012 June 30, 2012 | $40,781.00 $1,404.21 | $40,781.00 $1,404.21 | $32,624.80 $1,404.21 | $-0- $-0- |
| July 1, 2012 September 30, 2012 | $31,544.00 $816.69 | $-0- $-0- | $25,235.21 $816.69 | $6,308.79 $-0- |
| **October 1, 2012 December 31, 2012** | $60,523.50 $3,617.71 | $-0- $-0- | $48,418.80 $3,617.71 | $12,104.70 $-0- |
| TOTAL | $4,910,549.65 $ 300,906.71 | $4,802,897.05 $ 297,055.71 | $4,890,779.72 $ 300,535.00 | $18,413.49 $     0.00 |

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | $865.00 | 4.8 | $4,152.00 |
| Blabey, David E. | $720.00 | 70.6 | $50,832.00 |
| Halverson, Darren | $485.00 | 9.6 | $4,656.00 |
| Shain, Aliya | $285.00 | 3.10 | $883.50 |
| **Total** | | **88.10** | **$60,523.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY FOR BILLING PERIOD

| Project Category | Total Hours for the Period | Total Fees for the Period |
|---|---|---|
| Case Administration | 3.70 | $1,498.00 |
| Bankruptcy Motions | 0.40 | $288.00 |
| Creditor Committee | 2.30 | $1,656.00 |
| Reorganization Plan | 74.10 | $52,573.00 |
| Fee Applications, Applicant | 7.60 | $4,508.50 |
| **Total** | **88.10** | **$60,523.50** |

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period |
|---|---:|
| Research Services | $14.00 |
| Westlaw On-Line Research | $3,369.02 |
| Document Retrieval Fees | $62.70 |
| Photocopying | $125.00 |
| Meals in House | $46.99 |
| **Total** | **$3,617.71** |

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period **October 1, 2012 through December 31, 2012**, it be allowed the total amount of fees of **$60,523.50** and disbursements of **$3,617.71**, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: April 8, 2013                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                    By: /s/ David E. Blabey, Jr.
                                        Philip Bentley
                                        David E. Blabey, Jr.
                                        1177 Avenue of the Americas
                                        New York, New York 10022
                                        (212) 715-9100

                                        Counsel to the Official Committee of
                                        Equity Security Holders