# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 21, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date:** July 1, 2013 at 9:00 a.m. |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 30334

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Seventh Quarterly Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from October 1, 2012 through December 31, 2012 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than Thursday, March 21, 2013 at 4:00 p.m.

Dated: April 9, 2013

                Scott L. Baena, Esquire
                Jay M. Sakalo, Esquire
                BILZIN SUMBERG BAENA PRICE
                & AXELROD LLP
                1450 Brickell Avenue, Suite 2300
                Miami, FL 33131
                Tel:   (305) 374-7580
                Fax:  (305) 374-7593

                        -and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:   (302) 575-1555
Fax:   (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*