IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE QUARTERLY FEE
APPLICATION OF THE HOGAN FIRM FOR THE INTERIM FEE PERIOD
FROM OCTOBER 1, 2012, THROUGH DECEMBER 31, 2012**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Application of The Hogan Firm for the Interim Period from October 1, 2012, through December 31, 2012 (the "Application").

**BACKGROUND**

1. The Hogan Firm ("THF") was retained as Delaware counsel to the Canadian Zonolite Attic Insulation ("ZAI") Claimants. In the Application, THF seeks approval of fees totaling $27,002.50 and expenses totaling $416.09 for its services during the Application Period.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2013, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on THF based upon our review, and we received a response from THF, portions of which response are quoted herein.

## DISCUSSION

3.	We noted several time entries pertaining to the review of receipts for e-filing documents with the Court. See Exhibit A. In the preceding interim period, we had recommended that reimbursement for this work be reduced from the attorney's hourly rate ($400) to the hourly rate of THF's paralegals ($195). In response to our inquiry, THF advised us that it would agree to the same reduction for these time entries. We appreciate THF's response and recommend that reimbursement of the time entries listed on Exhibit A be reduced to $195.00 per hour, for a reduction of $922.50 in fees.

## CONCLUSION

4.	Thus, we recommend approval of $26,080.00 in fees ($27,002.50 minus $922.50) and $416.09 in expenses for THF's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

2235 N. Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 9th day of April, 2013.

_____
    Warren H. Smith

## SERVICE LIST
Notice Parties

**Counsel for the Applicants**
Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

dan@dkhogan.com
karen@dkhogan.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Denise Wildes, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

# EXHIBIT A

| 10/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (related document(s) [29540]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
|---|---|---|---|---|---|
| 10/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants (related document(s) [29578]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of The Hogan Firm as Special Counsel for the Canadian ZAI Claimants (related document(s) [29539]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirtieth) Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2012 to August 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 10/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirtieth) Monthly Application of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period August 1, 2012 to August 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| --- | --- | --- | --- | --- | --- |
| 10/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirtieth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2012 to August 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/26/12 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-First) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/26/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-First) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/26/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Thirty-First) of The Hogan Firm as Counsel to representative Counsel for the Canadian ZAI Claimants for the period September 1, 2012 to September 30, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirtieth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (related document(s) [29741]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Thirtieth Monthly Application for Compensation of Scarfone Hawkins as Counsel for the Canadian ZAI Claimants (related document(s) [29740]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Ninth Monthly Application for Compensation of The Hogan Firm as Special Counsel for the Canadian ZAI Claimants (related document(s) [29739]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eleventh) of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of Expenses as Special Counsel for The Canadian ZAI Claimants for the period July 1, 2012 to September 30, 2012  Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eleventh) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for The Canadian ZAI Claimants for the period July 1, 2012 to September 30, 2012  Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/27/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eleventh) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2012 to September 30, 2012  Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| | | | 4.50 | | 1,800.00 |