# Notice Recipients

District/Off: 0311−1　　　User: Brandon　　　Date Created: 4/10/2013
Case: 01−01139−JKF　　　Form ID: ntcBK　　　Total: 16

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Curtis A. Hehn | chehn@pszyj.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | carickhoff@blankrome.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | counseling@billionlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | W.R. Grace &Co., et al. | 7500 Grace Drive    Columbia, MD 21044 |
| aty | James E. O'Neill | Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    PO Box 8705    Wilmington, DE 19899−8705 |
| aty | Roger J. Higgins, P.C. | The Law Offices of Roger Higgins LLC    111 East Wacker Driver    Suite 2800    Chicago, IL 60601 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3