B210A (Form 210A) (12/09)

# United States Bankruptcy Court

## District of Delaware

In re

W.R. GRACE & CO., et al.,    Case No. 01-1139 (JKF)

Debtor

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Southpaw Koufax LLC | Macerich Fresno Limited Partnership |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 12758 |
| Southpaw Koufax LLC | |
| 2 West Greenwich Office Park, 1st Floor | Claim Amount: $115,000.00 |
| Greenwich, CT 06831 | Date Claim Filed: |
| Attn: Jeff Cohen | |
| Phone: (203) 862-6208 | Phone: |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments
should be sent (if different from above)

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Jeff Cohen                       Date: April 9, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Exhibit B**

## EVIDENCE OF TRANSFER OF CLAIM

TO:      THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:    12758

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Macerich Fresno Limited Partnership, (the "Transferor") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Koufax LLC its successors and assigns (the "Transferee"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with all of Transferor's claims (collectively the "Claim") against W.R. Grace & Co. (the "Debtor"), the debtor in the Chapter 11 proceeding entitled *In re: W.R. Grace & Co.*, Case No. 01-01139 pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and all scheduled claims and all proofs of claim filed by Transferor in respect thereof.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee at the following address:

Southpaw Koufax LLC
2 West Greenwich Office Park, 1st Floor
Greenwich, CT 06831
Attn: Jeff Cohen

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 9, 2013.

| Transferor: | Transferee: |
|---|---|
| **Macerich Fresno Limited Partnership** | **Southpaw Koufax LLC** |
| By: _____ | By: _____ |
| Name: Chet A. Cramin | Name: |
| Title: Senior Vice President | Title: |
| Associate General Counsel | **Kevin Wyman** |
| | **Member** |

7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Related Docket No:** 21958 |

**ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIM FILED BY MACERICH FRESNO LIMITED PARTNERSHIP**

This matter having come before the Court on the Renewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims filed by Macerich Fresno Limited Partnership [Docket No. _____] (the "Motion"), the Court having reviewed the Motion; the Court finds that: (i) the legal and factual basis set forth in the Motion establish just cause for the relief requested, (ii) the Debtors have properly exercised their business judgment in negotiating and entering into the Settlement Agreement attached as Exhibit A to the Motion, and (iii) the settlement and compromise are not attended by fraud, collusion or bad faith and were negotiated by the parties at arm's length; and (iv) notice of the Motion was good and sufficient under the circumstances.

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in all respects.

2. The Settlement Agreement, a copy of which is attached as Exhibit A to the Motion, is APPROVED.

3. Claim No. 12758, which was previously disallowed and expunged by the Court in a Memorandum Opinion entered on October 14, 2008 (Docket No. 19742), is reinstated

91100-001\DOCS_DE:148941.1

solely for the purposes of this Order and allowed to the extent provided by the terms of the Settlement Agreement.

4. The Debtors are authorized to enter into the Settlement Agreement and are authorized to execute, deliver, implement and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary or appropriate to consummate the Settlement Agreement and perform any and all obligations contemplated therein.

5. The Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order subject to the provisions of the Settlement Agreement.

Dated: ____June 24____, 2009

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge