# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 30346 |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 30346
(TWELFTH QUARTERLY APPLICATION OF THE HOGAN FIRM
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE REPRESENTATIVE COUNSEL
FOR THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD
FROM OCTOBER 1, 2012, THROUGH DECEMBER 31, 2012**)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twelfth Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Interim Period From October 1, 2012, through December 31, 2012 (the "Application").  The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, March 26, 2013[1].

Dated: April 10, 2013         Respectfully submitted,

By:  */s/ Daniel K. Hogan*
     Daniel K. Hogan (DE Bar No. 2814)
     THE HOGAN FIRM
     1311 Delaware Avenue
     Wilmington, Delaware 19806
     Telephone: 302.656.7540
     Facsimile: 302.656.7599
     Email: dkhogan@dkhogan.com
     **Counsel to the Representative Counsel As Special
     Counsel for the Canadian ZAI Claimants**

---

[1] The applicant received the Fee Auditor's final report, dated April 9, 2013 [docket number 30493], wherein all issues were resolved.