## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et_. _al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

   I, Daniel K. Hogan, hereby certify that on the 10th day of April, 2013, I caused a true and

correct copy of the following document to be served on the individuals on the attached service list

in the manner indicated:

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 30349
(TWELFTH QUARTERLY APPLICATION OF SCARFONE HAWKINS
FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
FOR THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD
FROM OCTOBER 1, 2012, THROUGH DECEMBER 31, 2012**

   Upon penalty of perjury, I declare that the foregoing is true and correct.

          _/s/Daniel K. Hogan_     
          Daniel K. Hogan (DE Bar #2814)