**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| ACandS, Inc., | Case No.: 02-12687 |
| | **Docket No. 3728** |
| Armstrong World Industries, Inc., | Case No.: 00-4471 |
| | **Docket No. 10789** |
| Combustion Engineering, Inc., | Case No.: 03-10495 |
| | **Docket No. 3483** |
| The Flintkote Company, | Case No.: 04-11300 |
| | **Docket No. 7498** |
| Kaiser Aluminum Corp., | Case No.: 02-10429 |
| | **Docket No. 10301** |
| Owens Corning, | Case No.: 00-3837 |
| | **Docket No. 21075** |
| US Mineral Products Company, | Case No.: 01-2471 |
| | **Docket No. 3996** |
| USG Corp., | Case No.: 01-2094 |
| | **Docket No. 12689** |
| W.R. Grace & Co., | Case No.: 01-1139 |
| | **Docket No. 30490** |
| Debtors. | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 |
| | **Docket Nos. 2846** |
| North American Refractories Co. | Case No.: 02-20198 |
| | **Docket Nos. 7881** |
| Pittsburgh Corning Corp. | Case No.: 00-22876 |
| | **Docket Nos. 9299** |
| Debtors. | |

**STATEMENT OF COUNSEL TO CERTAIN LAW FIRM OBJECTORS**
**REGARDING IDENTIFICATION OF SPECIAL MASTER**

The undersigned counsel represents the following law firms: Kazan, McClain,

Lyons, Greenwood & Harley, Waters & Kraus LLP, Simmons Browder Gianaris Angelides &

Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli,

Sweeney & Strauss, Cooney & Conway, Lipsitz & Ponterio, LLC, Bifferato LLC, and

Montgomery, McCracken, Walker & Rhoads, LLP (the "Certain Law Firm Objectors").

Furthermore, the undersigned counsel is authorized to file this statement on behalf of the law

firms represented by Stutzman Bromberg Esserman & Plifka, and the four Asbestos Claimants'

Committees represented by Caplin & Drysdale (collectively with the Certain Law Firm

Objectors, the "Lead Objectors").

As the Court is aware, the Lead Objectors participated in the litigation resulting

from Garlock Sealing Technologies LLC's ("Garlock") motion for access to exhibits filed

pursuant to Fed. R. Bank. P. 2019 in the twelve above-captioned asbestos bankruptcy cases.

On April 9, 2013, the Court filed its Order Establishing the Protocol for

Production of 2019 Exhibits (Case No. 00-03837-JKF, D.I. 21075) (the "Protocol Order").

Paragraph 23 of the Protocol Order provided that "Garlock shall review the

WDPA Special Master Panel and, after consultation the parties to the DOD and PAWB appeals

identified in paragraph 4, above, and by April 8, 2013, Garlock shall recommend a Pittsburgh-

based Special Master to undertake the 2019 Exhibit Production."

On April 8, 2013, counsel to Garlock provided a letter to the Court identifying

Messrs. Robert Bernstein, Karl Schieneman and David White as potential special masters under

the Protocol Order (the "Potential Special Masters").

Contrary to the requirements of paragraph 23 of the Protocol Order, counsel for

Garlock did not consult with the Lead Objectors prior to identifying the Proposed Special

Masters.

On April 9, 2013, the undersigned counsel contacted counsel to Garlock to begin a dialogue of behalf of the Lead Objectors regarding the Proposed Special Masters.

On April 10, 2013, the undersigned counsel also contacted the Court's chambers to inform the Court that the parties would meet and confer regarding the Proposed Special Masters.

The undersigned counsel, on behalf of the Lead Objectors, respectfully requests that the Court briefly defer appointment of a special master until the parties can report back to the Court promptly following their meet and confer regarding the Proposed Special Masters.

Respectfully submitted,

Dated:  April 10, 2013

/s/ Natalie D. Ramsey
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
1105 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone:    (302-504-7830)
Facsimile:    (302-504-7820)

Counsel to Certain Law Firm Objectors