**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| ACandS, Inc., | Case No.: 02-12687<br>**Docket No. 3728** |
| Armstrong World Industries, Inc., | Case No.: 00-4471<br>**Docket No. 10789** |
| Combustion Engineering, Inc., | Case No.: 03-10495<br>**Docket No. 3483** |
| The Flintkote Company, | Case No.: 04-11300<br>**Docket No. 7498** |
| Kaiser Aluminum Corp., | Case No.: 02-10429<br>**Docket No. 10301** |
| Owens Corning, | Case No.: 00-3837<br>**Docket No. 21075** |
| US Mineral Products Company, | Case No.: 01-2471<br>**Docket No. 3996** |
| USG Corp., | Case No.: 01-2094<br>**Docket No. 12689** |
| W.R. Grace & Co.,<br>        Debtors. | Case No.: 01-1139<br>**Docket No. 30490** |

**CERTIFICATE OF SERVICE**

I, Natalie D. Ramsey, certify that on April 10, 2013, I caused a copy of the ***Statement of Counsel to Certain Law Firm Objectors Regarding Identification of Special Master*** to be served upon the attached service list *via* US Mail postage-prepaid.

        */s/ Natalie D. Ramsey*
        Natalie D. Ramsey (DE Bar No. 5378)
        Davis Lee Wright (DE Bar No. 4324)
        MONTGOMERY, MCCRACKEN,
         WALKER & RHOADS, LLP
        1105 North Market Street, Suite 1500
        Wilmington, DE  19801
        Telephone:    302-504-7830

*Counsel to Certain Law Firm Objectors*

# Service List

Daniel DeFranceschi
Jason Madron
Robert J. Stearns
Cory D. Kandestin
Paul Heath
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mark D. Collins
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Mark E. Felger
Cozen & O'Conner PC
Chase Mahattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801

Richard Schepacarter
Office of the U.S. Trustee
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801

Natalie D. Ramsey
Laurie A. Krepto
Richard G. Placey
Montgomery, McCracken,
Walker & Rhoads
1105 North Market Street, Suite 1500
Wilmington, DE 19801

David Baldwin
Laurie Selber Silverstein
Jennifer Gilmer Brady
Theresa V. Brown-Edwards
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Hercules Plaza
Wilmington, DE 19801

Scott J. Leonhardt
Frederick B. Rosner
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE 19801

Jeffrey R. Waxman
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Teresa K.D. Currier
Mark Minuti
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

Richard M. Beck, Jr.
Klehr, Harrison, Harvey,
Branzburg & Ellers LLP
919 North Market Street
Suite 1000
Wilmington, DE 19801

William J. Cattie, III
Rawle & Henderson
300 Delaware Avenue
Wilmington, DE 19801

Laura Davis Jones
James E. O'Neill
Scott E. McFarland
Curtis A. Hehn
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705

Alan Kellman
Maritime Asbestosis Legal Clinic
division of The Jaques Admiralty
Law Firm PC
1570 Penobscot Building
Detroit, MI 48226

William P. Bowden
Ricardo Palacio
Don A. Beskrone
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

John D. Cooney
Cooney & Conway
120 North LaSalle Street
Suite 3000
30th Floor
Chicago, IL 60602

Adam G. Landis
Keri K. Mumford
Richard S. Cobb
Rebecca L. Butcher
William E. Chipman, Jr.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Brad B. Erens
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692

Michael R. Lastowski
Richard W. Riley
Fredrick B. Rosner
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1659

Bryon O Blevins Jr
Provost & Umphrey
490 Park Street
Beaumont, TX 77704

Derrick C. Tay
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, ON M5J 2Z4
CANADA

Charles Siegel
Waters & Kraus LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Matthew Bergman
Bergman Senn Pageler & Frockt
P O Box 2010
Vashon, WA 98070

Ed Harron
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Adam H. Isenberg
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

David Killalea
Craig Litherland
Jonathan Cohen
Mark Tanney
Gilbert Heintz & Randolph LLP
1100 New York Avenue NW
Suite 700
Washington, DC 20005

Alan Brayton
Jacqueline Loveless
Christina Skubic
Brayton Purcell
Brayton Law
222 Rush Landing Road
Novato, CA 94945

David Heiman
Jones Day
North Point
901 Lakeside Av
Cleveland, OH 44114

David E. Cherry
Billy H. Davis Jr.
Campbell Cherry Harrison
Davis & Dove PC
5 Ritchie Road
P.O. Box 21387
Waco, TX 76702-1387

Frank H. Griffin III
Amy Donohue-Babiak
Gollatz Griffin & Ewing PC
Four Penn Center
1600 John F. Kennedy Blvd
Suite 200
Philadelphia, PA 19103-2808

Debra Dandeneau
Martin Bienenstock
Stephen Karotin
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Frederick Jekel
John Baden
Scott W. Galante
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Deirdre Woulfe Pacheco
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900
PO Box 10
Woodbridge, NJ 07095-0958

Gerald F. Munitz
Dimitri G. Karcazes
Goldberg Kohn Bell Black
Rosenbloom & Moritz Ltd.
55 East Monroe
Suite 3700
Chicago, IL 60603

Dennis Reich
Bedorah Hayes
Reich & Binstick
4265 San Felipe
Suite 1000
Houston, TX 77027

Hal Pitkow
138 N. State Street
Newtown, PA 19840

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY 10152-3500

James Hipolit
ACandS Inc
Corporate Headquarters
120 North Lime Street
PO Box 1268
Lancaster, PA 17608

Natalie D. Ramsey
Laurie A. Krepto
Montgomery McCracken
Walker & Rhoads LLP
123 South Broad Street, Avenue of the Arts
Philadelphia, PA 19109

Jeffrey N. Rich
Edward M. Fox
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Frances Gecker
Joseph Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

John A. Peca
Climaco Lefkowitz Peca,
Wilcox & Garofoli Co. LPA
55 Public Square
Suite 1950
Cleveland, OH 44113

Kevin E. Irwin
Sue A Erhart
Jennifer J. Morles
Brian P. Muething
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202

Joseph T. Kremer
Lipsiptz Green Fahringer Roll
Salisbury & Cambria, LLP
42 Delaware Avenue
Suite 300
Buffalo, NY 14202

Kevin T. Lantry
Sally S. Neely
Jeffrey E. Bjork
Sidley Austin LLP
555 W Fifth St, Ste 4000
Los Angeles, CA 90013-6000

Neal R. Brendel
Michael G. Zanie
Kirkpatrick & Lockhart Preston
Gates & Ellis LLP
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA 15222

Marc E. Kasowitz
Kasowitz Benson Torres
& Friedman LLP
1633 Broadway
New York, NY 10019

Paul M. Matheny
The Law Offices of Peter G. Angelos, PC
One Charles Center
100 North Charles Street
Baltimore, MD 21201-3804

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Peter J. Ashcroft
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Martin Murphy
Davis & Young
1200 Fifth Third Center
6000 Superior Avenue East
Cleveland, OH 44114

Peter Van N. Lockwood
Ronald Reinsel
Trevor W. Swett, III
Kevin C. Maclay
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

Mary A. Martin
USG Corporation
550 West Adams Street
Chicago, IL 60661

Philip E. Milch
Douglas A. Campbell
David B. Salzman
Campbell & Levine, LLC
1700 Grant Building
310 Grant Street
Pittsburgh, PA 15219

Joseph F. Rice
Ness Motely Loadholt
Richardson & Poole
28 Bridgeside Boulevard
Mt. Pleasant, SC 29465

Sander L. Esserman
David A. Klinger
David J. Parsons
Robert T. Brousseau
Stutzman, Bromberg, Esserman
& Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Garland S. Cassada
Richard C. Worf, Jr.
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

Scott Baldwin Jr.
Baldwin & Baldwin LLP
400 West Houston Street
Marshall, TX 75670

Joseph M. Fornari, Jr.
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Gregory W. Werkheiser
Matthew B. Harvey
1201 North Market Street, 18th Floor P.O. Box 1347
Wilmington, DE 19899-1347

Scott L. Baena
Matthew Kramer
Bilzin Sumberg Dunn Baena
Price & Axelrod LLP
1450 Brickell Avenue
23rd Floor
Miami, FL 33131-3456

Byrd & Associates
427 Fortification Street
Jackson, MS 39202
Michie Hamlett Lowery
Rasmussen & Tweed
500 Court Square
Suite 300
Charlottesville, VA 22902

Scott W. Wert
Denise Holland
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

Jeffrey N. Rich
Edward M. Fox
Kirkpatrick & Lockhart Nicholson
Graham LLP
599 Lexington Avenue
New York, NY 10022-6030

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019

Robert Rubin
Burr & Forman LLP
420 North 20th Street
Suite 3100
Burlington, AL 35203

Steven Kazan
Lester M. Kirshenbaum
Edmund M. Emrich
Kazan McClain et al
171 Twelfth Street
Third Floor
Oakland, CA 94607

David V. Goodsir
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street
Suite 2200
Chicago, IL 60602

Steven T. Baron
Ann Harper
Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
P.O. Box 8705
Dallas, TX 75219

John Preefer
36 West 44th Street
Suite 1208
New York, NY 10036

Steven T. Baron
J. Todd Kale,
Silber Pearlman L.L.P.
2711 N. Haskell Avenue
5th Floor LB 32
Dallas, TX 75204

John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Suzanne Keys
Byrd Gibbs & Martin PLLC
427 East Fortification Street
Jackson, MS 39202

Janet S. Baer
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277

Thomas M. Wilson
Kelley & Ferraro, LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

David W. Lampl
Leech Tishman Fuscaldo
& Lampl LLC
Citizens Bank Building
30th Floor
525 William Penn Place
Pittsburgh, PA 15219

Denise Wildes
Lewis Kruger
Stroock Stroock & Lavin LLP
180 Maiden Lane
New York, NY 10038-4982

Gregory M Gordon
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

Gary M. Becker
Philip Bentley
Kramer Levin Naftalis
& Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Arthur H. Stroyd, Jr.
Matthew T. Logue
DEL SOLE CAVANAUGH STROYD LLC
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, PA 15222

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street
Wilmington, DE 19801

David Ziegler
James J. Restivo, Jr.
Douglas E. Cameron
Andrew J. Muha
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

William S. Katchen
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102

Michael G. Zanic
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222

Rosalie J. Bell
Pittsburgh Corning Corporation
800 Prue Isle Drive
Pittsburgh, PA 15239-2799