**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 1, 2013 at 4:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 30385

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the One Hundred and Forty-First Application of Ferry,

Joseph & Pearce, P.A. ("the Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage

Claimants for the Period from January 1, 2013 through January 31, 2013 ("the Application").  The

undersigned further certifies that she has caused the Court's docket in this case to be reviewed and

no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to

the Application, objections to the Application were to be filed and served no later than April 1,

2013 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $5,954.40 which represents 80% of the fees ($7443.00) and

$1,128.45 which represents 100% of the expenses requested in the Application for the period

January 1, 2013 through January 31, 2013, upon the filing of this certification and without the need

for entry of a Court order approving the Application.

Dated:   April 11, 2013                                    FERRY, JOSEPH & PEARCE, P.A.


                                                           /s/ Lisa L. Coggins
                                                           Michael B. Joseph (No. 392)
                                                           Theodore J. Tacconelli (No. 2678)
                                                           Lisa L. Coggins (No. 4234)
                                                           824 Market Street, Suite 1000
                                                           P.O. Box 1351
                                                           Wilmington, DE. 19899
                                                           (302) 575-1555

                                                           *Counsel to the Official Committee of Asbestos
                                                           Property Damage Claimants*

2