IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: April 1, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date: July 1, 2013 at 9:00 a.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 30387

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Seventh Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from October 1, 2012 through December 31, 2012 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than April 1, 2013 at 4:00 p.m.

Dated:   April 11, 2013                                         FERRY, JOSEPH & PEARCE, P.A.

                                                               /s/ Lisa L. Coggins
                                                               Michael B. Joseph (No. 392)
                                                               Theodore J. Tacconelli (No. 2678)
                                                               Lisa L. Coggins (No. 4234)
                                                               824 Market Street, Suite 1000
                                                               P.O. Box 1351
                                                               Wilmington, DE 19899
                                                               Tel:   (302) 575-1555
                                                               Fax:   (302) 575-1714

                                                               *Counsel to the Official Committee of*
                                                               *Asbestos Property Damage Claimants*