**Date of Service of Lease Rejection Notice: April 11, 2013**
                                                  **Opposition/Response Due: April 21, 2013**
                                                            **Claims Bar Date: May 11, 2013**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

### NOTICE OF REJECTION OF AN UNEXPIRED LEASE OF NON RESIDENTIAL REAL PROPERTY

To:   The Burlington Northern & Santa Fe Railway
       920 SE Quincy
       Attn: Financial Services
       Topeka, KS 65612

       (the "Lessor")

Re:   Unexpired Lease (the "Lease") of the Premises Described in "Exhibit A" to the Lease (the "Property").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

**PLEASE TAKE NOTICE** that this *Notice of Rejection of an Unexpired Lease of Non-Residential Real Property* (the "Notice") is being provided to you in accordance with that certain *Order Pursuant to Sections 365 and 554 of the Bankruptcy Code (I) Authorizing and Approving a Procedure for the Rejection of Certain Unexpired Leases of Non-Residential Real Property Executory Contracts and (II) Authorizing the Debtors to Reject Certain Unexpired Leases of Non-Residential Real Property and Executory Contracts* [docket no. 24] (the "Order"), entered on April 2, 2001, by the United States Bankruptcy Court for the District of Delaware (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE** that the Order requires the Debtors to serve notice of any proposed lease rejection upon the Lessor and certain Negative Notice Parties (as defined below). *Such notice was served on April 11, 2013* (the "Service Date")

*The Lease Rejection*

Pursuant to the terms of the Order:

a. The Debtors hereby provide you with this Notice of their intent to reject the Lease (the "Lease Rejection"); and

b. Absent the filing of a timely objection as described herein, the Lease shall be deemed rejected effective as of April 30, 2013 (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that this Notice constitutes written notification to the Lessor pursuant to that certain lease attached hereto as Exhibit A (the "Lease") of the cancellation and termination of the Lease pursuant to paragraph 17 thereof, effective as of April 30, 2013.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, the Debtors have unequivocally surrendered the Property to the Lessor by removing all property and improvements and otherwise fully complied with paragraph 18 of the Lease. Lessor has access and the right of entry to the Property as of the date hereof.

**PLEASE TAKE FURTHER NOTICE** that this Notice constitutes rejection of the Lease for purposes of the Order.

*Lease Rejection Claim Procedures*

**PLEASE TAKE FURTHER NOTICE** that, if you wish to assert a claim against the Debtors arising from or related to the Lease Rejection, you are required to file any such claim (the "Rejection Damages Claim") on or before the thirtieth day after the Service Date, which **is**

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the *First Amended Joint Plan of Reorganization in their Chapter 11* Cases [Docket no. 26368], as it may be further supplemented or otherwise further amended from time to time, and the schedules and exhibits to the foregoing, as they may be in effect from time to time (the "Plan").

**May 11, 2013** (the Claims Bar Date"), with the Debtors' notice and claims agent (the "Claims Agent") at the following address:

By Mail:

    Rust Consulting, Inc.
    Claims Processing Agent
    Re: W.R. Grace & Co. Bankruptcy
    P.O. Box 1620
    Faribault, MN 55021-1620

By Hand:

    Rust Consulting, Inc.
    Claims Processing Agent
    Re: W. R. Grace & Co. Bankruptcy
    201 S. Lyndale Ave
    Faribault, MN 55021

    **PLEASE TAKE FURTHER NOTICE** that, if you do not timely file a Rejection Damages Claim on or before the Claims Bar Date, you will be barred from thereafter filing any claim arising from or otherwise relating to the Lease or the Lease Rejection.

    **PLEASE TAKE FURTHER NOTICE** that you need not file an objection to this Lease rejection to preserve your Rejection Damages Claim *as long as you timely file the Rejection Damages Claim prior to the Claims Bar Date* with the Claims Agent.

*Objection Procedures*

    **PLEASE TAKE FURTHER NOTICE** that, should you object to the Debtors' rejection of the Lease, you must follow procedures delineated below:

    1.    If you wish to object to the Lease Rejection, you must file a written objection (the "Objection") with the Court and serve the Objection on the Debtors and the Notice Parties (at the facsimile numbers identified on the distribution list attached hereto) so that the Notice Parties and the Debtors have actually received the Objection **on or before 4:00 p.m. ET, April 21, 2013** (the "Objection Deadline").

    2.    Absent the timely filing and service of the Objection prior to the Objection Deadline in compliance with the foregoing procedure, the rejection of the Lease shall become effective on the Rejection Date without further notice or hearing.

    3.    If an objection is properly filed and served on the Debtors and the Notice Parties prior to the Objection Deadline in compliance with the foregoing procedure, the Court will schedule a hearing to consider the Notice and the Objection. If the Court enters an order upholding the objection and determining the effective date of the Lease Rejection, the date set forth in that Order shall be the date on which the Lease Rejection shall be deemed effective. If you withdraw the Objection or if the Court overrules the Objection or otherwise does not

determine the date on which the Lease Rejection is deemed effective, the Lease Rejection shall be deemed to be effective as of the Rejection Date.

      **PLEASE TAKE FURTHER NOTICE** that objections, oppositions or comments to the procedures set forth in this Notice *will not be considered* an objection to the Lease Rejection, and will therefore not be considered.

**[remainder of this page is intentionally left blank]**

## NEGATIVE NOTICE PARTIES

### *OFFICE OF UNITED STATES TRUSTEE*

United States Trustee's Office     FAX: (302) 573-6497
Attn: Richard Shepacarter
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

### *COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS*

Stroock & Stroock & Lavan LLP     FAX: (212) 806-6006
180 Maiden Lane
New York, New York 10038-4982
Attn: Denise K. Wildes

### *COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS*

Caplin & Drysdale     FAX: (212) 644-6755
375 Park Avenue, 35th Floor
New York, NY 10152
Attn: Elihu Inselbuch

Caplin & Drysdale     FAX: (202) 429-3301
One Thomas Circle, N.W., Suite 1100
Washington, District of Columbia 20005
Attn: Peter Van N. Lockwood

Campbell & Levine     FAX: (302) 426-9947
222 Delaware Avenue
Suite 1620
Wilmington, DE 19801
Attn: Mark T. Hurford

### *COUNSEL TO THE OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS*

Bilzin Sumberg Baena Price & Axelrod LLP     FAX: (305) 374-7593
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Attn: Scott L. Baena

*COUNSEL TO THE LC FACILITY AGENT AND LC ISSUERS*

| | |
|---|---|
| Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Attn:   Douglas Bacon | **FAX: (312) 993-9767** |

*COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS*

| | |
|---|---|
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn:   Philip Bentley<br>         David Blabey | **FAX: (212) 715-8000** |

*CO-COUNSEL TO THE DEBTORS*

| | |
|---|---|
| Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Attn:   Adam Paul | **FAX: (312) 862-2200** |
| The Law Offices of Roger Higgins, LLC<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>Attn:   Roger J. Higgins | **FAX: (312) 577-0737** |
| Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(Courier 19801)<br>Attn:   James O'Neill, Esq. | **FAX: (302) 652-4400** |

**[remainder of this page is intentionally left blank]**

Dated: April 11, 2013

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Kathleen P. Makowski_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession