## EXHIBIT A

DM3\2508764.1

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM OCTOBER 1, 2012 THROUGH DECEMBER 31, 2012**

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant reviewed hearing agendas and docket regarding agenda items. Applicant also reviewed Third Circuit Court of Appeals dockets.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

**PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant reviewed pleadings relating to appeals filed in connection with confirmation of the plan. Applicant also reviewed statement of payment to ordinary course professionals and settlement related pleadings.

**OTHER (TASK CODE NO. 025)**

Applicant reviewed and retrieved miscellaneous pleadings and memos in connection with plan compensation issues, settlement fund, Third Circuit appeal, and confidential reports to Committee.