**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Objection Deadline: December 19, 2012 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections are timely filed and served.** |

**ONE-HUNDRED TWENTY NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012</u>**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **October 1, 2012 through<br>October 31, 2012** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$6,276.80 (80% of $7,846.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$533.95** |

This is an: ☒ monthly ☐ interim ☐ final application.


This is the one-hundred twenty ninth monthly fee application of Duane Morris LLP.

DM3\2360719.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

DM3\2360719.1

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 12/30/03 |  |  |  |  |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 10/31/05 |  |  |  |  |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | $3,032.00 | $435.55 |
| November 6, 2012 | 9/1/12 – 9/30/12 | $4,630.50 | $0.00 | $3,704.40 | $0.00 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $875.00 | 1.20 | $1,050.00 |
| Michael R. Lastowski | Partner/25 years | $780.00 | 7.10 | $5,538.00 |
| Stephanie Lenkiewicz | Paralegal | $185.00 | 6.80 | $1,258.00 |
| **Total** | | | **15.10** | **$7,846.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 0.70 | $129.50 |
| Fee Application (Applicant) (12) | 5.20 | $1,319.00 |
| Fee Application (Others) (13) | 1.50 | $277.50 |
| Plan and Disclosure Statement (17) | 6.50 | $5,070.00 |
| Other (25) | 1.20 | $1,050.00 |
| **TOTAL** | **15.10** | **$7,846.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Postage | | $257.95 |
| Printing & Duplicating | Internal | $276.00 |
| | | |
| **TOTAL** | | **$ 533.95** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period October 1, 2012 through October 31, 2012, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $6,276.80 (80% of allowed fees totaling $7,846.00) and reimbursement of expenses in the amount of $533.95, and for such other and further relief as this Court may deem just and proper.

Dated: November 29, 2012
       Wilmington, Delaware

/s/ *Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      mlastowski@duanemorris.com
              rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:      wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

**EXHIBIT A**

Case 01-01139-AMC    Doc 30509-2    Filed 04/12/13    Page 11 of 19

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

November 12, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1809949            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 7.10 hrs. at | $780.00 | /hr. = | $5,538.00 | |
| WS KATCHEN | OF COUNSEL | 1.20 hrs. at | $875.00 | /hr. = | $1,050.00 | |
| S LENKIEWICZ | PARALEGAL | 6.80 hrs. at | $185.00 | /hr. = | $1,258.00 | |
| | | | | | | $7,846.00 |

DISBURSEMENTS
POSTAGE                                                 $257.95
PRINTING & DUPLICATING                                  $276.00
TOTAL DISBURSEMENTS                                              $533.95

BALANCE DUE THIS INVOICE                                         $8,379.95

DUANE MORRIS LLP

Duane Morris
November 12, 2012
Page 2

File # K0248-00001 INVOICE# 1809949
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/3/2012 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT APPEAL, DOWNLOAD BRIEFING SCHEDULE (.2); FORWARD SAME TO W. KATCHEN (.1) | 0.30 | $55.50 |
| 10/19/2012 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET RE STATUS OF BRIEFING | 0.20 | $37.00 |
| 10/23/2012 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET RE RECENT FILINGS | 0.20 | $37.00 |
| | | | Code Total | 0.70 | $129.50 |

Duane Morris
November 12, 2012
Page 3

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE# 1809949

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/3/2012 012 | MR LASTOWSKI | REVIEW 44TH AND 45TH QUARTERLY FEE APPLICATIONS | 0.50 | $390.00 |
| 10/3/2012 012 | S LENKIEWICZ | PREPARE EXPENSE SPREADSHEET RE 44TH QUARTERLY (.2); PREPARE DUANE MORRIS 44TH QUARTERLY FEE APPLICATION (.5); PREPARE NOTICE (.1); PREPARE EXHIBITS (.3) | 1.10 | $203.50 |
| 10/3/2012 012 | S LENKIEWICZ | PREPARE EXPENSE SPREADSHEET RE 45TH QUARTERLY (.2); PREPARE DUANE MORRIS 45TH QUARTERLY FEE APPLICATION (.5); PREPARE NOTICE (.1); PREPARE EXHIBITS (.3) | 1.10 | $203.50 |
| 10/4/2012 012 | S LENKIEWICZ | REVISE 44TH QUARTERLY FEE APPLICATION (.3); REVISE 45TH QUARTERLY FEE APPLICATION (.2) | 0.50 | $92.50 |
| 10/10/2012 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS 44TH QUARTERLY FEE APPLICATION (.3); FINALIZE AND EFILE DUANE MORRIS 45TH QUARTERLY FEE APPLICATION (.3); PREPARE SERVICE LABELS AND COORDINATE SERVICES OF NOTICE REGARDING SAME (.2) | 0.80 | $148.00 |
| 10/12/2012 012 | MR LASTOWSKI | REVIEW FEE ORDER | 0.10 | $78.00 |
| 10/25/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 127TH MONTHLY FEE APPLICATION FOR AUGUST 2012 (.4); FINALIZE AND EFILE SAME (.2) | 0.60 | $111.00 |
| 10/25/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 128TH MONTHLY FEE APPLICATION FOR SEPTEMBER 2012 | 0.50 | $92.50 |
| | | Code Total | 5.20 | $1,319.00 |

Duane Morris
November 12, 2012
Page 4

File # K0248-00001 INVOICE# 1809949
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/22/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE CAPSTONE'S LAST MONTHLY APPLICATION (.1); EMAIL TO D. MOHAMMAD RE SAME (.1) | 0.20 | $37.00 |
| 10/22/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 137TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2) | 0.30 | $55.50 |
| 10/23/2012 | 013 | S LENKIEWICZ | FINALIZE CERTIFICATE OF NO OBJECTION REGARDING SSL 137TH MONTHLY FEE APPLICATION AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.30 | $55.50 |
| 10/23/2012 | 013 | S LENKIEWICZ | PREPARE NOTICE, APPLICATION AND EXHIBITS FOR EFILING (.2); EMAIL TO D. MOHAMMAD RE OBJECTION DEADLINE (.1); RECEIPT OF REVISED NOTICE AND APPLICATION AND PREPARE FOR EFILING (.1); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| | | | Code Total | 1.50 | $277.50 |

Duane Morris
November 12, 2012
Page 5

File # K0248-00001                                                                                  INVOICE# 1809949
　　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/1/2012 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPEALS | 0.80 | $624.00 |
| 10/2/2012 | 017 | MR LASTOWSKI | REVIEW MAIN PLAZA'S OBJECTION, DEBTOR'S JOINDER AND UNDERLYING NOTICE OF TRANSFER | 1.10 | $858.00 |
| 10/2/2012 | 017 | MR LASTOWSKI | REVIEW CIM URBAN'S REPLY | 0.10 | $78.00 |
| 10/8/2012 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: 10/1512 OMNIBUS HEARING (.1); E-MAIL TO A. KRIEGER RE: 10/15/12 OMNIBUS HEARING (.1); REVIEW AGENDA ITEMS FOR 10/15/12 OMNIBUS HEARING (1.2) | 1.40 | $1,092.00 |
| 10/10/2012 | 017 | MR LASTOWSKI | REVIEW KIRKLAND'S SUPPLEMENTAL DECLARATION OF DISINTERESTEDNESS | 0.10 | $78.00 |
| 10/10/2012 | 017 | MR LASTOWSKI | REVIEW MARYLAND CASUALTY'S DISMISSAL OF APPEAL | 0.10 | $78.00 |
| 10/12/2012 | 017 | MR LASTOWSKI | REVIEW STATEMENT OF PAYMENT TO ORDINARY COURSE PROFESSIONALS | 0.10 | $78.00 |
| 10/15/2012 | 017 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 2.40 | $1,872.00 |
| 10/16/2012 | 017 | MR LASTOWSKI | REVIEW DAIRYLAND SETTLEMENT | 0.40 | $312.00 |
| | | | Code Total | 6.50 | $5,070.00 |

D<small>UANE</small> M<small>ORRIS</small><small>LLP</small>

Duane Morris
November 12, 2012
Page 6

File # K0248-00001                                                                                  INVOICE# 1809949
       W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/1/2012 | 025 | WS KATCHEN | RESEARCH LATEST OPINION ON PLAN ISSUE APPEAL | 0.20 | $175.00 |
| 10/3/2012 | 025 | WS KATCHEN | REVIEW BRIEFING AND SCHEDULING ORDER - 3RD CIRCUIT (.1); TELEPHONE K. PASQUALE (.1). | 0.20 | $175.00 |
| 10/18/2012 | 025 | WS KATCHEN | APPEAL ISSUES ON CONFIRMATION. | 0.80 | $700.00 |
| | | | Code Total | 1.20 | $1,050.00 |
| | | | TOTAL SERVICES | 15.10 | $7,846.00 |

Duane Morris
November 12, 2012
Page 7

File # K0248-00001　　　　　　　　　　　　　　　　　　　　INVOICE# 1809949
　　　　W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 10/31/2012 | POSTAGE | | 257.95 |
| | | Total: | $257.95 |
| 10/31/2012 | PRINTING & DUPLICATING | | 276.00 |
| | | Total: | $276.00 |
| | | TOTAL DISBURSEMENTS | $533.95 |

Duane Morris
November 12, 2012
Page 8

File # K0248-00001                                         INVOICE# 1809949
        W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 7.10 | 780.00 | $5,538.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.20 | 875.00 | $1,050.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.80 | 185.00 | $1,258.00 |
| | | | 15.10 | | $7,846.00 |