**<u>EXHIBIT C</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al</u>., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: January 28, 2013 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED THIRTIETH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012</u>**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **November 1, 2012 through**<br>**November 30, 2012** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$3,417.60 (80% of $4,272.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$21.55** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred thirtieth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | $3,032.00 | $435.55 |
| November 6, 2012 | 9/1/12 – 9/30/12 | $4,630.50 | $0.00 | $3,704.40 | $0.00 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| November 29, 2012 | 10/1/12 – 10/31/12 | $7,846.00 | $533.95 | $6,276.80 | $533.95 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $875.00 | 1.10 | $962.50 |
| Michael R. Lastowski | Partner/25 years | $780.00 | 1.80 | $1,404.00 |
| Stephanie Lenkiewicz | Paralegal | $185.00 | 10.30 | $1,905.50 |
| **Total** | | | **13.20** | **$4,272.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 0.10 | $78.00 |
| Fee Application (Applicant) (12) | 6.00 | $1,526.50 |
| Fee Application (Others) (13) | 5.00 | $925.00 |
| Plan and Disclosure Statement (17) | 1.00 | $780.00 |
| Other (25) | 1.10 | $962.50 |
| **TOTAL** | **13.20** | **$4,272.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | | $21.55 |
| **TOTAL** | | **$21.55** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period November 1, 2012 through November 30, 2012, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $3,417.60 (80% of allowed fees totaling $4,272.00) and reimbursement of expenses in the amount of $21.55, and for such other and further relief as this Court may deem just and proper.

Dated: January 8, 2013
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        mlastowski@duanemorris.com
               rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:        wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of  W. R. Grace & Co., et al.*

**EXHIBIT A**

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

December 06, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1817049                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.80 | hrs. at | $780.00 | /hr. = | $1,404.00 |
| WS KATCHEN | OF COUNSEL | 1.10 | hrs. at | $875.00 | /hr. = | $962.50 |
| S LENKIEWICZ | PARALEGAL | 10.30 | hrs. at | $185.00 | /hr. = | $1,905.50 |
| | | | | | | $4,272.00 |

DISBURSEMENTS
OVERNIGHT MAIL                                    $21.55
TOTAL DISBURSEMENTS                                      $21.55

BALANCE DUE THIS INVOICE                                 $4,293.55

Duane Morris
December 06, 2012
Page 2

File # K0248-00001                                              INVOICE# 1817049
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/2012 004 | MR LASTOWSKI | REVIEW REVISED AGENDA | 0.10 | $78.00 |
| | | Code Total | 0.10 | $78.00 |

Duane Morris
December 06, 2012
Page 3

File # K0248-00001                                    INVOICE# 1817049
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/2012 012 | S LENKIEWICZ | RECEIPT OF DUANE MORRIS INVOICE FOR OCTOBER 2012 AND REVIEW SAME | 0.20 | $37.00 |
| 11/15/2012 012 | S LENKIEWICZ | PREPARE CNO REGARDING DUANE MORRIS 1072TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD | 0.50 | $92.50 |
| 11/20/2012 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S REPORT | 0.10 | $78.00 |
| 11/26/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 128TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE 128TH MONTHLY FEE APPLICATION OF DUANE MORRIS (.2); EFILE SAME (.2) | 0.50 | $92.50 |
| 11/27/2012 012 | MR LASTOWSKI | REVIEW 46TH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP | 0.60 | $468.00 |
| 11/27/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 46TH QUARTERLY FEE APPLICATION AND FEE CHARTS (1.2); PREPARE EXHIBITS TO SAME (.3) | 1.50 | $277.50 |
| 11/28/2012 012 | S LENKIEWICZ | REVISE AND FINALIZE DUANE MORRIS 46TH QUARTERLY FEE APPLICATION FOR EFILINGN (.7); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); PREPARE SERVICE LABELS RE SAME (.1) | 1.00 | $185.00 |
| 11/28/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 129TH MONTHLY FEE APPLICATION AND EXHIBIT | 0.60 | $111.00 |
| 11/29/2012 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS 129TH MONTHLY FEE APPLICATION AND EFILE SAME (.3) | 0.30 | $55.50 |
| 11/29/2012 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS 46TH QUARTERLY FEE APPLICATION AND EXHIBITS (.2); EFILE SAME (.3); COORDINATE SERVICE OF SAME AND PREPARE OVERNIGHT PACKAGES (.2) | 0.70 | $129.50 |
| | | Code Total | 6.00 | $1,526.50 |

Duane Morris
December 06, 2012
Page 4

File # K0248-00001                                        INVOICE# 1817049
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/6/2012 013 | S LENKIEWICZ | REVISE NOTICE OF SSL'S 138TH MONTHLY FEE APPLICATION AND PREPARE SAME FOR EFILING (.2); REVISE SSL'S 138TH MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); EFILING SSL'S 138TH MONTHLY FEE APPLICATION (.3); PREPARE AND COORDINATE OVERNIGHT AND HAND DELIVERY SERVICE (.2); EMAIL TO COUNSEL FORWARD SAME (.1): EMAIL TO WARREN SMITH'S OFFICE ATTACHING WORD COPY OF SAME (.1) | 1.30 | $240.50 |
| 11/13/2012 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE 104TH MONTHLY FEE APPLICATION (.2); FINALIZE MOTION AND EXHIBITS FOR EFILING (.1); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 11/14/2012 013 | S LENKIEWICZ | FINALIZE NOTICE OF STROOCK'S RE-FILED 138TH MONTHLY FEE APPLICATION (.1); FINALIZE PLEADING AND EXHIBITS FOR EFILING (.1); EFILE SAME (.2); FORWARD EFILING G CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $92.50 |
| 11/15/2012 013 | S LENKIEWICZ | PREPARE CNO REGARDING CAPSTONE 103RD MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD | 0.50 | $92.50 |
| 11/26/2012 013 | S LENKIEWICZ | REVISE AND FINALIZE EXHIBITS TO CAPSTONE'S 35TH QUARTERLY FEE APPLICATION (.2); FINALIZE APPLICATION, COS AND NOTICE FOR FILING (.1); EFILE CAPSTONE 35TH QUARTERLY FEE APPLICATION (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| 11/27/2012 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE CAPSTONE'S 35TH QUARTERLY FEE APPLICATION FILED ON 11/26 (.2); FINALIZE AND EFILE SAME (.3) | 0.50 | $92.50 |
| 11/28/2012 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE SSL 46TH QUARTERLY FEE | 0.20 | $37.00 |

Duane Morris
December 06, 2012
Page 5

File # K0248-00001                                              INVOICE# 1817049
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | APPLICATION | | |
| 11/29/2012 013 | S LENKIEWICZ | FINALIZE SSL 46TH QUARTERLY FEE APPLICATION AND EXHIBITS (.2); EFILE SAME (.3); COORDINATE SERVICE OF NOTICE (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| | | Code Total | 5.00 | $925.00 |

Duane Morris
December 06, 2012
Page 6

File # K0248-00001                                        INVOICE# 1817049
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/2012 017 | MR LASTOWSKI | REVIEW DEBTORS' NOTICE OF QUALIFIED SETTLEMENT RELIEF FUND | 0.30 | $234.00 |
| 11/26/2012 017 | MR LASTOWSKI | REVIEW APPEAL STATUS | 0.40 | $312.00 |
| 11/27/2012 017 | MR LASTOWSKI | REVIEW APPEALS STATUS | 0.30 | $234.00 |
| | | Code Total | 1.00 | $780.00 |

Duane Morris
December 06, 2012
Page 7

File # K0248-00001                                         INVOICE# 1817049
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|------|-------|-------|
| 11/16/2012 | 025 | WS KATCHEN | REVIEW STROOK MEMO. | 0.20 | $175.00 |
| 11/20/2012 | 025 | WS KATCHEN | REVIEW CAPSTONE CONFIDENTIAL REPORT TO COMMITTEE. | 0.40 | $350.00 |
| 11/20/2012 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION OF TRANSFER MAXIMUM $100 MILLION TO QUALIFIED SETTLEMENT FUND AND SEGREGATED ACCOUNT FOR BENEFIT OF PI CLAIMANTS. | 0.30 | $262.50 |
| 11/29/2012 | 025 | WS KATCHEN | DOCKET/INTERNAL E-MAILS. | 0.20 | $175.00 |
| | | | Code Total | 1.10 | $962.50 |
| | | | TOTAL SERVICES | 13.20 | $4,272.00 |

Duane Morris
December 06, 2012
Page 8

File # K0248-00001                                          INVOICE# 1817049
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 11/06/2012 | OVERNIGHT MAIL PACKAGE SENT TO BOBBI RUHL ER AT WARREN H. SMITHASSOCIATES - ROCKWALL, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794009697227) | 12.23 |
| 11/06/2012 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794009729925) | 9.32 |
| | Total: | $21.55 |

TOTAL DISBURSEMENTS          $21.55

Duane Morris
December 06, 2012
Page 9

File # K0248-00001                                           INVOICE# 1817049
     W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 1.80 | 780.00 | $1,404.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.10 | 875.00 | $962.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 10.30 | 185.00 | $1,905.50 |
| | | | 13.20 | | $4,272.00 |