# EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>W.R. Grace & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Objection Deadline: February 19, 2013 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections are timely filed and served.** |
|---|---|

**ONE-HUNDRED THIRTY FIRST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **December 1, 2012 through December 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$9,448.40 (80% of $11,810.50)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$792.77** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred thirty first monthly fee application of Duane Morris LLP.

**PRIOR APPLICATIONS FILED**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

| | | **Requested** | | **Approved for Payment** | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

| | | **Requested** | | **Approved for Payment** | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | $3,032.00 | $435.55 |
| November 6, 2012 | 9/1/12 – 9/30/12 | $4,630.50 | $0.00 | $3,704.40 | $0.00 |

| | | **Requested** | | **Approved for Payment** | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| November 29, 2012 | 10/1/12 – 10/31/12 | $7,846.00 | $533.95 | $6,276.80 | $533.95 |
| January 8, 2013 | 11/1/12 – 11/30/12 | $4,272.00 | $21.55 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME**

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $875.00 | 8.00 | $7,000.00 |
| Michael R. Lastowski | Partner/25 years | $780.00 | 5.10 | $3,978.00 |
| Stephanie Lenkiewicz | Paralegal | $185.00 | 4.50 | $832.50 |
| **Total** | | | **17.60** | **$11,810.50** |

**COMPENSATION SUMMARY BY TASK CODE**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 0.80 | $386.00 |
| Fee Application (Applicant) (12) | 1.10 | $322.50 |
| Fee Application (Others) (13) | 3.20 | $592.00 |
| Plan and Disclosure Statement (17) | 4.50 | $3,510.00 |
| Other (25) | 8.00 | $7,000.00 |
| **TOTAL** | **17.60** | **$11,810.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $21.55 |
| Printing & Duplicating | Parcels, Inc. | $771.22 |
| **TOTAL** | | **$ 792.77** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period December 1, 2012 through December 31, 2012, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $9,448.40 (80% of allowed fees totaling $11,810.50) and reimbursement of expenses in the amount of $792.77, and for such other and further relief as this Court may deem just and proper.

Dated: January 28, 2013
Wilmington, Delaware

*/s/ Michael R. Lastowski*

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 424-2000
Facsimile: (973) 424-2001
E-mail: wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

# EXHIBIT A

DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
PALO ALTO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

January 10, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001 Invoice# 1825199 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED THROUGH 12/31/2012 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.10 | hrs. at | $780.00 | /hr. = | $3,978.00 | |
| WS KATCHEN | OF COUNSEL | 8.00 | hrs. at | $875.00 | /hr. = | $7,000.00 | |
| S LENKIEWICZ | PARALEGAL | 4.50 | hrs. at | $185.00 | /hr. = | $832.50 | |
| | | | | | | | $11,810.50 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| OVERNIGHT MAIL | $21.55 | |
| PRINTING & DUPLICATING - EXTERNAL | $771.22 | |
| TOTAL DISBURSEMENTS | | $792.77 |
| | | |
| BALANCE DUE THIS INVOICE | | $12,603.27 |

File # K0248-00001 INVOICE# 1825199
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2012 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET (.1); DOWNLOAD BRIEFS (.2); FORWARD SAME TO M. LASTOWSKI (.1) | 0.40 | $74.00 |
| 12/11/2012 | 004 | MR LASTOWSKI | REVIEW DOCKET RE: STATUS OF AGENDA ITEMS | 0.30 | $234.00 |
| 12/12/2012 | 004 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE | 0.10 | $78.00 |
| | | | Code Total | 0.80 | $386.00 |

File # K0248-00001 INVOICE# 1825199
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/7/2012 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE RE NOVEMBER 2012 | 0.20 | $37.00 |
| 12/10/2012 | 012 | MR LASTOWSKI | REVIEW 45TH QUARTER FEE CHART | 0.20 | $156.00 |
| 12/10/2012 | 012 | S LENKIEWICZ | REVIEW 44TH AND 45TH QUARTERLY FEE APPLICATION TO CONFIRM AMOUNTS IN PROPOSED OMNIBUS ORDER (.2); EMAIL M. LASTOWSKI RE SAME (.1) | 0.30 | $55.50 |
| 12/17/2012 | 012 | S LENKIEWICZ | REVIEW OMNIBUS ORDER ENTERED REGARDING QUARTERLY FEE APPLICATIONS AND DOWNLOAD SAME (.2); REVIEW AGENDA OF MATTERS SCHEDULED FOR 12/17 (.1); EMAIL TO M. LASTOWSKI RE SAME (.1) | 0.40 | $74.00 |
| | | | Code Total | 1.10 | $322.50 |

File # K0248-00001 INVOICE# 1825199
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/4/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE AND SSL FEE APPLICATION (.1); PREPARE CNO RE SSL 45TH QUARTERLY AND FINALIZE FOR EFILING (.2); PREPARE CNO RE CAPSTONE 104TH MONTHLY FEE APPLICATION (.2); PREPARE CNO RE SSL 138TH MONTHLY FEE APPLICATION (.2); PREPARE CNO RE CAPSTONE 34TH QUARTERLY (.2) | 0.90 | $166.50 |
| 12/5/2012 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 139TH MONTHLY FEE APPLICATION (.2); FINALIZE EFILE SSL 139TH MONTHLY FEE APPLICATION, COS AND EXHIBITS (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 12/5/2012 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING 34TH QUARTERLY FEE APPLICATION OF CAPSTONE ADVISORY GROUP | 0.20 | $37.00 |
| 12/5/2012 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING 45TH QUARTERLY FEE APPLICATION OF SSL | 0.20 | $37.00 |
| 12/6/2012 | 013 | S LENKIEWICZ | FINALIZE AND EFILE CNO RE 104TH CAPSTONE MONTHLY (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $74.00 |
| 12/6/2012 | 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 105TH MONTHLY FEE APPLICATION AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $92.50 |
| 12/7/2012 | 013 | S LENKIEWICZ | FINALIZE AND EFILE CERTIFICATE OF NO OBJECTION REGARDING 138TH MONTHLY FEE APPLICATION OF SSL (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $74.00 |
| | | | Code Total | 3.20 | $592.00 |

File # K0248-00001 INVOICE# 1825199
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2012 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPEALS | 0.30 | $234.00 |
| 12/6/2012 | 017 | MR LASTOWSKI | CHECK APPELLATE STATUS | 0.30 | $234.00 |
| 12/12/2012 | 017 | MR LASTOWSKI | REVIEW OPENING APPELLATE BRIEFS | 1.20 | $936.00 |
| 12/13/2012 | 017 | MR LASTOWSKI | REVIEW BANK LENDER BRIEF AND AMICUS BRIEF | 1.20 | $936.00 |
| 12/17/2012 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL BRIEF | 1.20 | $936.00 |
| 12/31/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.30 | $234.00 |
| | | | Code Total | 4.50 | $3,510.00 |

File # K0248-00001 INVOICE# 1825199
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2012 | 025 | WS KATCHEN | ARRANGE DELIVERY OF BRIEFS - APPEAL FROM COMPENSATION ORDER (.2); REVIEW BANK LENDERS' APPEAL BRIEF (1.3); REVIEW BRIEF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA (ZAI CLAIMS) (.9); REVIEW BRIEF - GARLOCK SEALING CONTRIBUTION AND INDEMNITY CLAIMS (.8). | 3.20 | $2,800.00 |
| 12/6/2012 | 025 | WS KATCHEN | J24 (G) ISSUE (NYC ASBESTOS LITIGATION) | 0.30 | $262.50 |
| 12/17/2012 | 025 | WS KATCHEN | DOCKET REVIEW - APPEAL (.2); APPEAL BRIEFS - AMICI LOAN SYNDICATIONS AND TRADING ET AL. (.70); STATE OF MONTANA (.9); ANDERSON MEMORIAL HOSPITAL (.9): E-MAIL MEMBER OF OCC (.1). | 2.80 | $2,450.00 |
| 12/17/2012 | 025 | WS KATCHEN | PLAN COMPENSATION ISSUE - DFAULT - 2012 WL 4107443 FORWARD TO STROOK. | 0.40 | $350.00 |
| 12/17/2012 | 025 | WS KATCHEN | SUPPLEMENTAL E-MAIL TO STROOK ON PLAN COMPENSATION ISSUE. | 0.20 | $175.00 |
| 12/18/2012 | 025 | WS KATCHEN | ADDITIONAL REVIEW APPEAL ISSUES RAISED BY ANDERSON MEMORIAL HOSP. AND STATE OF MONTANA (.5); REVIEW CITED 3RD CIRCUIT AUTHORITIES (.6). | 1.10 | $962.50 |
| | | | Code Total | 8.00 | $7,000.00 |
| | | | TOTAL SERVICES | 17.60 | $11,810.50 |

File # K0248-00001 INVOICE# 1825199
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 12/31/2012 | PRINTING & DUPLICATING - EXTERNAL | | 771.22 |
| | | Total: | $771.22 |
| 11/29/2012 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794178217747) | | 9.32 |
| 11/29/2012 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITHASSOCIATES - ROCKWALL, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794178231648) | | 12.23 |
| | | Total: | $21.55 |
| | | TOTAL DISBURSEMENTS | $792.77 |

File # K0248-00001 INVOICE# 1825199
W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 5.10 | 780.00 | $3,978.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 8.00 | 875.00 | $7,000.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.50 | 185.00 | $832.50 |
| | | | 17.60 | | $11,810.50 |