## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687<br>**Related to Doc. No. 3728** |
| Armstrong World Industries, Inc. | Case No.: 00-4471<br>**Related to Doc. No. 10789** |
| Combustion Engineering, Inc. | Case No.: 03-10495<br>**Related to Doc. No. 3483** |
| The Flintkote Company | Case No.: 04-11300<br>**Related to Doc. No. 7498** |
| Kaiser Aluminum Corp. | Case No.: 02-10429<br>**Related to Doc. No. 10301** |
| Owens Corning | Case No.: 00-3837<br>**Related to Doc. No. 21075** |
| US Mineral Products Company | Case No.: 01-2471<br>**Related to Doc. No. 3996** |
| USG Corp. | Case No.: 01-2094<br>**Related to Doc. No. 3728** |
| W.R. Grace & Co. | Case No.: 01-1139<br>**Related to Doc. No. 30490** |
| Debtors. | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592<br>**Related to Doc. No. 2846** |
| North American Refractories Co. | Case No.: 02-20198<br>**Related to Doc. No. 37881** |

| Pittsburgh Corning Corp. | Case No.: 00-22876 |
|---|---|
| Debtors. | **Related to Doc. No. 9299** |

## AFFIDAVIT OF KARL SCHIENEMAN

I, Karl Schieneman, being duly sworn, depose and state the following:

1. I am a licensed attorney in the Commonwealth of Pennsylvania.

2. I am the Founder, President, and Owner of Review Less, LLC. Review Less offers electronic discovery consulting, e-discovery work flow improvements, and review strategies which leverage advanced analytical approaches, technologies, and improved staffing techniques to find more relevant ESI with less effort and cost and in less time.

3. I am an approved e-discovery special master in the United States District Court for the Western District of Pennsylvania.

4. I submit this affidavit in connection with my proposed appointment as special master pursuant to the Order Establishing Protocol for Production of 2019 Exhibits entered on April 9, 2013 (the "Protocol"), in the above-captioned cases.

5. I have reviewed the party and counsel lists in the above-captioned cases.

6. I have also reviewed the party and counsel lists for the asbestos litigation proceeding in North Carolina, In re: Garlock Sealing Technologies, LLC, Case No. 10-31607.

7. Pursuant to Section 327 of the Bankruptcy Code[1] and Bankruptcy Rule 2014[2], I affirm, to the best of my knowledge, that I have no connection with the debtors, creditors, any other parties in interest, or their respective attorneys and accountants in the above cases.

8. I am a disinterested party to this litigation and have no disqualifying conflicts.

---

[1] 11 U.S.C. § 327
[2] Fed. R. Bankr. P. 2014

9. I have reviewed the Protocol and affirm that I will comply with the requirements of the Protocol and further Court orders regarding access to and use of 2019 Statements and Exhibits.

_____
Karl Schieneman

Sworn to and subscribed before me
This 12th day of April, 2013

_____
Notary Public
My Commission Expires June 19, 2015

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Linda J. Szalkowski, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires June 19, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES