# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
**EIN:** 65–0773649

**Chapter:** 11

*Case No*.: 01–01139–JKF

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 4/4/2013 was filed on 4/10/2013 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 5/1/2013 .

If a request for redaction is filed, the redacted transcript is due 5/13/2013 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7/9/2013 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 4/10/13

(ntc)

United States Bankruptcy Court
District of Delaware

In re:	Case No. 01-01139-JKF
W.R. Grace & Co., et al.	Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: Brandon           Page 1 of 2           Date Rcvd: Apr 10, 2013
                       Form ID: ntcBK         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2013.
db          +W.R. Grace & Co., et al.,    7500 Grace Drive,    Columbia, MD 21044-4029
aty          James E. O'Neill,    Pachulski Stang Ziehl & Jones LLP,    919 North Market Street, 17th Floor,
           PO Box 8705,    Wilmington, DE  19899-8705
aty         +Roger J. Higgins, P.C.,    The Law Offices of Roger Higgins LLC,    111 East Wacker Driver,
           Suite 2800,    Chicago, IL 60601-4277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0311-1           User: Brandon             Page 2 of 2                    Date Rcvd: Apr 10, 2013
                               Form ID: ntcBK            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2013 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0