# EXHIBIT "A"

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                             Feb.1, 2013 to Feb. 28, 2013

Invoice No.    46755

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 9.00 | 3,071.00 |
| B18 | Fee Applications, Others - | 1.90 | 317.00 |
| B25 | Fee Applications, Applicant - | 0.90 | 167.00 |
| B36 | Plan and Disclosure Statement - | 7.80 | 2,964.00 |
| B37 | Hearings - | 0.40 | 152.00 |
| | **Total** | **20.00** | **$6,671.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 310.00 | 1.10 | 341.00 |
| Regina Matozzo | 250.00 | 1.60 | 400.00 |
| Theodore J. Tacconelli | 380.00 | 14.50 | 5,510.00 |
| Legal Assistant - KC | 150.00 | 2.80 | 420.00 |
| **Total** | | **20.00** | **$6,671.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                             **$175.14**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-13 | *Plan and Disclosure Statement* - Continue review of Appellee's Answering Brief re: Montana, Crown and Garlock | 1.00 | TJT |
| | *Hearings* - Review Notice of Change of March Omnibus hearing date | 0.10 | TJT |
| | *Hearings* - Correspondence with J. Sakalo re: Notice of Change of March Omnibus hearing date | 0.20 | TJT |
| Feb-02-13 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue review of Appellee's Answering Brief re: Montana, Crown and Garlock | 0.70 | TJT |
| Feb-04-13 | *Case Administration* - Review case management memo re: week ending 2-1-2013 | 0.10 | LLC |
| | *Case Administration* - Confer with KC re: review and filing of certain pleadings | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.20 | RM |
| | *Case Administration* - Review main docket re: status for week ending 2/1/2013; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 2/1 | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Dec. 2012 fee app for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection to Bilzin Nov. 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to Oct. 2012 fee app for efling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to Nov. 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| Feb-05-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Feb-06-13 | *Plan and Disclosure Statement* - Continue review of Appellee's Answering Brief re: Montana Crown and Garlock | 2.30 | TJT |
| Feb-07-13 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Feb-08-13 | *Plan and Disclosure Statement* - Finish review of Appellee's Answering Brief re: Montana, Crown and Garlock | 1.30 | TJT |
| Feb-09-13 | *Case Administration* - Review Joint Statement by Scotts and Debtors re: Rule to Show Cause re: adv pro. 01-771 | 0.10 | TJT |
| Feb-11-13 | *Case Administration* - Review Debtor's Statement re: Rule to Show Cause re: Adv. Pro. No. 01-771 | 0.10 | TJT |
| Feb-12-13 | *Fee Applications, Applicant* - Review Dec. 2012 monthly fee app and confer with KC re: filing of same | 0.20 | LLC |
| | *Case Administration* - Review letter from E. Mosley to Judge Fitzgerald | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtor's re: Debtor's Motion to Extend Credit Term for ART | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare Dec. 2012 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| Feb-13-13 | *Case Administration* - Review letter from Judge Fitzgerald to E. Mosley | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Order granting Debtor's Motion to Extend Credit Term for ART | 0.10 | TJT |
| | *Case Administration* - Review 32nd Supplemental Affidavit by K&E | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| Feb-14-13 | *Case Administration* - Prepare memo to K. Callahan re: case status | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli re: case status, review and response to same | 0.20 | KC |
| Feb-15-13 | *Case Administration* - Review Notice of Change of Address for Campbell & Levine | 0.10 | TJT |
| | *Hearings* - Review Agenda for 2/25 hearing | 0.10 | TJT |
| Feb-16-13 | *Case Administration* - Review Notice of Entry of Appearance by R. Higgins re: Adv. Pro 04-55083 | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Make Contributions to Retirement Plans | 0.30 | TJT |
| | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Motion by AMH to Extend Time to file Reply Brief | 0.10 | TJT |
| Feb-18-13 | *Case Administration* - Review Notice of Entry of Appearance by R. Higgins re: Adv. Pro 01-771 | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Notice of Settlement of Claim by EPA re: Nashville, TN site with attachments | 2.30 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin's 47th Quarterly fee app for Oct- Dec. 2012; download to file | 0.20 | KC |
| | *Fee Applications, Others* - Begin review of Bilzin's 47th Quarterly fee app for Oct-Dec. 2012, prepare cos to same | 0.20 | KC |
| Feb-19-13 | *Case Administration* - Review case management memo re: week ending 2-18-2013 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 2/18/2013; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Confer with R. Matozzo re: status memos | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 2/15 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Appellee's Opposition to AMH's Motion for Extension | 0.10 | TJT |
| Feb-20-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review order entered in appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review order entered in adversary 04-55083 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Orrick 46th Interim Period Quarterly fee app | 0.10 | TJT |
| Feb-21-13 | *Case Administration* - Review Fee Auditor's Final Report re: Grant Thornton 46th Interim Period Quarterly fee app | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's Reply Brief | 0.70 | TJT |
| Feb-22-13 | *Case Administration* - Review Fee Auditor's Amended Final Report re: Grant Thornton 46th Interim Period Quarterly fee app | 0.10 | TJT |
| Feb-23-13 | *Plan and Disclosure Statement* - Review Queen's Reply Brief | 0.60 | TJT |
| Feb-25-13 | *Case Administration* - Review case management memo re: week ending 2-22-2013 | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 2/22/2013; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 2/22 | 0.10 | TJT |
| | *Case Administration* - E-mail from L. Flores at Bilzin re: hearing deadline; forward same to LLC | 0.10 | KC |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Response e-mail from LLC and return e-mail to L. Flores re: hearing deadline | 0.10 | KC |
| Feb-26-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
|  | *Case Administration* - Review docket entries in appeal 11-1130 | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Post-Confirmation Quarterly Report | 0.30 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin Dec. 2012 monthly fee application | 0.10 | KC |
|  | *Fee Applications, Others* - Prepare CNO to Bilzin Dec. 2012 fee app; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Others* - Revisions to Notice of Bilzin's 47th Quarterly fee application for Oct-Dec. 2012; to LLC for review | 0.20 | KC |
| Feb-27-13 | *Fee Applications, Others* - Review certificate of no objection re: Bilzin Dec. 2012 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Bilzin quarterly fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review two miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Garlock's Motion to Exceed Page Limitation for Reply Brief | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Start review of AMH's Reply Brief | 0.40 | TJT |
|  | *Fee Applications, Others* - Prepare CNO to Bilzin Dec. 2012 for efiling, efile and service of same | 0.30 | KC |
| Feb-28-13 | *Case Administration* - Confer with T. Tacconelli re: status of case and of 3rd Circuit appeal | 0.30 | LLC |
|  | *Case Administration* - Confer with LLC re: status of Confirmation appeals | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Continue review of AMH's Reply Brief | 0.50 | TJT |
|  | Totals | 20.00 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Feb-04-13 | Photocopy Cost | 7.90 |
|  | Cost Advance - Pacer Service Center - 10/1/12-12/31/12 (RSM) Account # FJ0091) | 19.20 |
| Feb-06-13 | Photocopy Cost | 2.60 |
| Feb-07-13 | Photocopy Cost | 15.90 |
|  | Cost Advance - Lexis Nexis - legal research January (Inv #1301366956) | 66.14 |
| Feb-11-13 | Cost Advance - First State Deliveries - 6 hand deliveries | 45.00 |
| Feb-12-13 | Photocopy Cost | 3.00 |
| Feb-20-13 | Photocopy Cost | 3.90 |
| Feb-23-13 | Photocopy Cost | 1.30 |
| Feb-27-13 | Photocopy Cost | 3.40 |
|  | Photocopy Cost | 3.90 |
| Feb-28-13 | Photocopy Cost | 2.90 |
|  | Totals | $175.14 |

**Total Fees & Disbursements**                $6,846.14