**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687<br>**Related to Doc. No. 3728** |
| Armstrong World Industries, Inc. | Case No.: 00-4471<br>**Related to Doc. No. 10789** |
| Combustion Engineering, Inc. | Case No.: 03-10495<br>**Related to Doc. No. 3483** |
| The Flintkote Company | Case No.: 04-11300<br>**Related to Doc. No. 7498** |
| Kaiser Aluminum Corp. | Case No.: 02-10429<br>**Related to Doc. No. 10301** |
| Owens Corning | Case No.: 00-3837<br>**Related to Doc. No. 21075** |
| US Mineral Products Company | Case No.: 01-2471<br>**Related to Doc. No. 3996** |
| USG Corp. | Case No.: 01-2094<br>**Related to Doc. No. 12689** |
| W.R. Grace & Co. | Case No.: 01-1139<br>**Related to Doc. No. 30490** |
| Debtors. | |

## CORRECTED ATTORNEY VERIFICATION REGARDING NOTICE OF PROPOSED SPECIAL MASTER

AND NOW comes Garlock Sealing Technologies, LLC ("Garlock"), by and through their undersigned counsel, and files the following Attorney Verification:

1.    The undersigned counsel has reviewed this Honorable Court's Protocol of April 9, 2013 (the "Protocol").

2.      In accordance with the Protocol, Justin T. Romano, Esquire, Garlock's counsel in

the WDPA Chapter11 Cases (as defined below),[1] provided notice to all interested counsel of its

proposed special master candidate, Karl Schieneman, by electronic mail on April 11, 2013.  (*See*

Exhibit A).

3.      To date, no objection to the appointment of Mr. Schieneman as special master has

been received by any counsel for Garlock.


Dated:  April 15, 2013                     MORRIS, NICHOLS, ARSHT & TUNNELL LP

                                           By /s/ Gregory W. Werkheiser
                                           Gregory W. Werkheiser (No. 3553)
                                           Matthew B. Harvey (No. 5186)
                                           1201 North Market Street, 16th Floor
                                           P.O. Box 1347
                                           Wilmington, DE 19899-1347
                                           Tel: 302-658-9200
                                           Fax: 302-658-3989

                                           **Attorneys for Garlock Sealing Technologies, LLC**

---

[1]      The "WDPA Bankruptcy Cases" are: *In re Pittsburgh Corning Corporation,* Bankr.Case No.00-22876-JKF
(Bankr. W.D.P.A.); *In re North American Refractories Company,* Bankr. Case No. 02-20198-JKF (Bankr.
W.D.P.A); and *In re Mid-Valley, Inc., et al. and DII Industries LLC,* Bankr. Case No. 03-35592  (Bankr. W.D.P.A.).