**EXHIBIT A**

## Justin Romano

|        |                                                                                                         |
|--------|---------------------------------------------------------------------------------------------------------|
| **From:**   | Justin Romano                                                                                      |
| **Sent:**   | Thursday, April 11, 2013 4:33 PM                                                                   |
| **To:**     | 'defanceschi@rlf.com'; 'madron@rlf.com'; 'stearn@rlf.com'; 'kandestin@rlf.com'; 'dkhogan@dkhogan.com'; 'david.klauder@usdoj.gov'; 'richard.schepacarter@usdoj.gov'; 'dbaldwin@potteranderson.com'; 'lsilverstein@potteranderson.com'; 'jbrady@potteranderson.com'; 'edwards@potteranderson.com'; 'jwaxman@morrisjames.com'; 'ljones@pszjlaw.com'; 'joneill@pszjlaw.com'; 'collins@rlf.com'; 'mfelger@cozen.com'; 'meskin@camlev.com'; 'mth@camlev.com'; 'mgzaleski@camlev.com'; 'sleonhardt@mrs-law.com'; 'tcurrier@saul.com'; 'wcattie@rawle.com'; 'wbowden@ashby-geddes.com'; 'rpalacio@ashby-geddes.com'; 'dbeskrone@ashby-geddes.com'; 'awinfree@ashby-geddes.com'; 'cobb@lrclaw.com'; 'butcher@lrclaw.com'; 'landis@lrclaw.com'; 'mumford@lrclaw.com'; 'chipman@lrclaw.com'; 'mlastowski@duanemorris.com'; 'ccrowther@ycst.com'; 'dtay@ogilvyrenault.com'; 'USAbankruptcy@braytonlaw.com'; 'jloveless@braytonlaw.com'; 'usg@jonesday.com'; 'ksobezak@jonesday.com'; 'siegel@awpk.com'; 'usg@jonesday.com'; 'martin.bienenstock@weil.com'; 'judy.liu@weil.com'; 'dpacheco@wilentz.com'; 'einselbuch@capdale.com'; 'rtobin@capdale.com'; 'rplacey@mmwr.com'; 'ebrotman@mmwr.com'; 'JFrank@fgllp.com'; 'jbaden@motleyrice.com'; 'jrice@motleyrice.com'; 'jrich@klng.com'; 'efox@klng.com'; 'kirwin@kmklaw.com'; 'serhart@kmklaw.com'; 'jmorles@kmklaw.com'; 'bmuething@kmklaw.com'; 'jbjork@sidley.com'; 'klantry@sidley.com'; 'mmurphy@davisyoung.com'; 'mamartin@usg.com'; 'pvnl@capdale.com'; 'rer@capdale.com'; 'pem@camlev.com'; 'esserman@sbep-law.com'; 'dapice@sbep-law.com'; 'sbaena@bilzin.com'; 'jsakalo@bilzin.com'; 'swert@fostersear.com'; 'sshimshak@paulweiss.com'; 'arosenberg@paulweiss.com'; 'arich@baronbudd.com'; 'sbaron@baronbudd.com'; 'bab@byrdassociates.com'; 'twilson@kelley-ferraro.com'; 'jrich@klng.com'; 'efox@klng.com'; 'jplawyer@aol.com'; 'rhiggins@rogerhigginslaw.com'; 'dwildes@stroock.com'; 'kpasquale@stroock.com'; 'gbecker@kramerlevin.com'; 'pbentley@kramerlevin.com'; 'WSKatchen@duanemorris.com'; 'meskin@camlev.com'; 'mhurford@camlev.com'; 'tswett@capdale.com'; 'nramsey@mmwr.com'; 'nbedard@mmwr.com'; 'pashcroft@bernsteinlaw.com'; 'aisenberg@saul.com'; 'sneely@sidley.com'; 'jrice@motleyrice.com'; 'gdirkes@motleyrice.com'; 'parsons@sbep-law.com'; 'madron@rlf.com'; 'rbgroup@rlf.com'; 'leonhasrdt@teamrosner.com'; 'rosner@teamrosner.com'; 'adam.paul@kirkland.com'; 'ebrotman@mmwr.com'; 'john.donley@kirkland.com'; 'taylor@sbep-law.com'; 'heath@rlf.com'; 'rbgroup@rlf.com'; 'dkhogan@dkhogan.com'; 'lkrepto@mmwr.com'; 'mminuti@saul.com'; 'rwarren@saul.com'; 'rose_bell@pghcorning.com'; 'jbjork@sidley.com'; 'klingler@sbep-law.com'; 'defranceschi@rlf.com'; 'rbgroup@rlf.com'; 'jmorales@kmklaw.com'; 'dpwinikka@jonesday.com'; 'kirwin@kmklaw.com'; 'esserman@sbep-law.com'; 'klgateseservice@klgates.com'; 'michael.zanic@klgates.com'; 'Joseph.S.Sisca@usdoj.gov'; 'jrestivo@reedsmith.com'; 'dcameron@reedsmith.com'; 'sament@reedsmith.com'; 'dac@camlev.com'; 'candl@camlev.com'; 'jmb@camlev.com'; 'tmatiasic@yahoo.com'; 'pem@camlev.com'; 'candl@camlev.com'; 'mhurford@camlev.com'; 'mk@camlev.com'; 'tmatiasic@yahoo.com'; 'dbs@camlev.com'; 'candl@camlev.com'; 'jmb@camlev.com'; 'tmatiasic@yahoo.com'; 'jrich@r3mlaw.com'; 'dziegler@reedsmith.com'; 'gwieland@reedsmith.com'; 'ei@capdale.com'; 'pvnl@capdale.com'; 'tswett@capdale.com'; 'jguy@orrick.com' |
| **Cc:**     | gcassada@rbh.com; Richard C. Worf Jr (RWorf@rbh.com); Harvey, Matthew                              |

1

**Cc:** (MHarvey@MNAT.com); Werkheiser, Gregory (GWerkheiser@MNAT.com); Art Stroyd
**Subject:** Pittsburgh Corning/N.A. Refractories/Mid-Valley, Inc. -- Proposed Special Master

Counsel,

In accordance with Judge Fitzgerald's Protocol of April 9, 2013, we propose that Karl Schieneman be appointed special master. Please advise if there are any objections to his appointment.

Thank you.

Justin

Justin T. Romano
**DEL SOLE CAVANAUGH STROYD LLC**
**The Waterfront Building**
**200 First Avenue, Suite 300**
**Pittsburgh, Pennsylvania 15222**
Main: 412-261-2393
Direct: 412-535-0540
Fax: 412-261-2110
Web: www.dscslaw.com

CONFIDENTIALITY NOTICE: The materials contained in this e-mail (including all attachments) are private and confidential, and the property of the law firm of Del Sole Cavanaugh Stroyd LLC. The information contained in the materials is privileged and intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify the sender and thereafter destroy the e-mail you received and all copies thereof. Thank you.