IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 30515** |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 22, 2013, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Response Deadline: September 12, 2008 at 4:00 p.m.

Responses Received:

a.    Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

      b.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

      c.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to May 20, 2013, at 9:00 a.m.


## QUARTERLY FEE APPLICATIONS:

2.      Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.'s Thirtieth and Thirty-First Quarterly Applications for Compensation for Services Rendered and Reimbursement of Expenses

Related Documents:

      a.      Thirtieth Quarterly Application of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. for Compensation and for Reimbursement of Expenses for October 1, 2011 Through December 31, 2011 [Filed: 8/31/12] (Docket No. 29556)

      b.      Thirty-First Quarterly Application of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. for Compensation and for Reimbursement of Expenses for January 1, 2012 Through March 31, 2012 [Filed: 8/31/12] (Docket No. 29557)

Responses Received:

      a.      Fee Auditor's Combined Final Report Regarding the Thirtieth and Thirty-First Quarterly Fee Applications of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. [Filed: 12/7/12] (Docket No. 30019)

      b.      [Uncontested Matter 6 on this Agenda] Motion for an Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying that Section 328(a) Provides the Appropriate Standard of Review and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012 [Filed: 3/18/13] (Docket No. 30412)

**Status:  This matter is resolved.  The Court has entered an order on the Debtors' Motion filed at Docket No. 30412 (No. 6 on this agenda), which approves the fees of Baker Donelson Bearman Caldwell & Berkowitz, P.C. requested in the Thirtieth and Thirty-First Quarterly Fee Applications.**

DOCS_DE:186728.4 91100/001

## UNCONTESTED MATTERS:

3.    Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Markel International Insurance Company Limited (f/k/a Terra Nova Insurance Company Limited) [Filed: 3/6/13] (Docket No. 30375)

Response Deadline: April 5, 2013, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.    [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Markel International Insurance Company Limited (f/k/a Terra Nova Insurance Company Limited)  [Filed: 3/6/13] (Docket No. 30375)

b.    Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Markel International Insurance Company Limited (f/k/a Terra Nova Insurance Company Limited) [Filed: 4/8/13] (Docket No. 30481)

c.    **[Signed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Markel International Insurance Company Limited (f/k/a Terra Nova Insurance Company Limited)  [Filed: 4/17/13] (Docket No. 30522)**

**Status: The Court has entered an order on this matter.**

4.    Motion for Entry of an Order Authorizing the 2013 Long-Term Incentive Plan and Stock Grants to Directors, and the Amendment of 2011 Stock Incentive Plan to Implement Such Plan and Grants [Filed: 3/18/13] (Docket No. 30408)

Response Deadline: April 5, 2013, at 9:00 a.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.    [Proposed] Order Authorizing the 2013 Long-Term Incentive Plan and Stock Grants to Directors, and the Amendment of 2011 Stock Incentive Plan to Implement Such Plan and Grants [Filed: 3/18/13] (Docket No. 30408, Exhibit A)

3

b.     Certificate of Counsel Regarding Order Authorizing the 2013 Long-Term Incentive Plan and Stock Grants to Directors, and the Amendment of 2011 Stock Incentive Plan to Implement Such Plan and Grants [Filed: 4/8/13] (Docket No. 30483)

**c.     [Proposed] Order Authorizing the 2013 Long-Term Incentive Plan and Stock Grants to Directors, and the Amendment of 2011 Stock Incentive Plan to Implement Such Plan and Grants [Filed: 4/16/13] (Docket No. 30519)**

**Status:** The Court has entered an order on this matter.

5.     Motion Requesting Entry of a Protective Order Authorizing the Debtors to File Under Seal the Affidavit of Mark A. Shelnitz in Support of Motion for an Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying That Section 328(a) Provides the Appropriate Standard of Review for the Retainer and Expanding Appropriate Standard of Review for the Retainer and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012 [Filed: 3/18/13] (Docket No. 30410)

Response Deadline:  April 5, 2013, at 9:00 a.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.     [Proposed] Protective Order Authorizing the Debtors to File Under Seal the Affidavit of Mark A. Shelnitz in Support of Motion for an Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying That Section 328(a) Provides the Appropriate Standard of Review for the Retainer and Expanding Appropriate Standard of Review for the Retainer and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012 [Filed: 3/18/13] (Docket No. 30410, Exhibit A)

b.     Certification of No Objection Regarding Motion Requesting Entry of a Protective Order Authorizing the Debtors to File Under Seal the Affidavit of Mark A. Shelnitz in Support of Motion for an Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying That Section 328(a) Provides the Appropriate Standard of Review for the Retainer and Expanding Appropriate Standard of Review for the Retainer and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012 [Filed: 4/8/13] (Docket No. 30480)

**c.     [Signed] Protective Order Authorizing the Debtors to File Under Seal the Affidavit of Mark A. Shelnitz in Support of Motion for an Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying That Section 328(a) Provides the Appropriate Standard of Review for the Retainer and Expanding Appropriate Standard of Review for the Retainer and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012 [Filed: 4/17/13] (Docket No. 30524)**

**Status:** The Court has entered an order on this matter.

6.    Motion for an Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying that Section 328(a) Provides the Appropriate Standard of Review and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012 [Filed: 3/18/13] (Docket No. 30412)

Response Deadline:  April 5, 2013, at 9:00 a.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.    [Proposed] Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying that Section 328(a) Provides the Appropriate Standard of Review and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012 [Filed: 3/18/13] (Docket No. 30412, Exhibit B)

b.    Certification of Counsel Regarding Motion for an Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying that Section 328(a) Provides the Appropriate Standard of Review and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012  [Filed: 4/8/13] (Docket No. 30482)

c.    **[Signed] Order Approving Baker Donelson's Monthly Fixed Fee, Clarifying that Section 328(a) Provides the Appropriate Standard of Review and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012 [Filed: 4/17/13] (Docket No. 30523)**

**Status: The Court has entered an order on this matter.**

Dated: April 17, 2013                    KIRKLAND & ELLIS LLP
                                         John Donley
                                         Adam Paul
                                         300 North LaSalle
                                         Chicago, IL 60654
                                         Telephone: (312) 862-2000

                                         and

                                         THE LAW OFFICES OF ROGER HIGGINS, LLC
                                         Roger J. Higgins
                                         11 East Wacker Drive
                                         Suite 2800
                                         Chicago, IL 60601
                                         Telephone: (312) 836-4047

5

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession