**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No.: 02-12687 **(CLOSED)** <br> Related to Doc. No. 3735 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 **(CLOSED)** <br> Related to Doc. Nos. 10796 |
| Combustion Engineering, Inc. | Case No.: 03-10495 **(CLOSED)** <br> Related to Doc. No. 3490 |
| The Flintkote Company | Case No.: 04-11300 <br> Related to Doc. No. 7513 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 <br> Related to Doc. No. 10310 |
| Owens Corning | Case No.: 00-3837 **(CLOSED)** <br> Related to Doc. No. 21082 |
| US Mineral Products Company | Case No.: 01-2471 **(CLOSED)** <br> Related to Doc. No. 4003 |
| USG Corp. | Case No.: 01-2094 **(CLOSED)** <br> Related to Doc. No. 12696 |
| W.R. Grace & Co. | Case No.: 01-1139 <br> Related to Doc. No. 30516 |
| Debtors. | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Mid-Valley, Inc. | Case No.: 03-35592 (**CLOSED**) <br> Related to Doc. No. 2852 |
| North American Refractories Co. | Case No.: 02-20198 <br> Related to Doc. No. 7901 |
| Pittsburgh Corning Corp. | Case No.: 00-22876 <br> Related to Doc. No. 9310 |
| Debtors. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 17, 2013, the **Order Designating E-Discovery Special Master Regarding The Production Of 2019 Exhibits** entered by the Court on April 15, 2013, in above-referenced cases was served upon the parties, in the manner indicated, on the attached service list.

Dated: April 17, 2013
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/Gregory W. Werkheiser*
Gregory W. Werkheiser (DE Bar No. 3553)
Matthew B. Harvey (DE Bar No. 5186)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

- and -

ROBINSON, BRADSHAW & HINSON, P.A.
Garland S. Cassada
Richard C. Worf, Jr.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-3917

*Attorneys for Garlock Sealing Technologies LLC*

7141217.1