# SERVICE LIST

**BY HAND DELIVERY:**

Daniel DeFranceschi
Jason Madron, Esq.
Robert J. Stearns, Esq.
Cory D. Kandestin, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

David Klauder
Richard Schepacarter
Office of the U.S. Trustee
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE  19801

David Baldwin/Steven Yoder
Laurie Silverstein/Jennifer Brady
Theresa Brown-Edwards
Potter Anderson & Corroon LLP
1313 N. Market St 6th Fl
Hercules Plaza
Wilmington, DE  19801

Jeffrey R. Waxman, Esq.
Carl N. Kunz, III
Morris James LLP
500 Delaware Ave Ste 1500
Wilmington, DE  19801

Joanne B. Wills
Richard M. Beck, Jr.
Steven K. Kortanek
Klehr, Harrison, Harvey,
   Branzburg & Ellers LLP
919 North Market St Ste 1000
Wilmington, DE  19801

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Scotta E. McFarland
Pachulski Stang Ziehl & Jones LLP
919 North Market St 17th Fl
Wilmington, DE  19899-8705

Mark D. Collins
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Mark E. Felger
David W. Carickhoff Jr.
Jeffrey R. Waxman
Cozen & O'Conner PC
Chase Mahattan Centre
1201 North Market St Ste 1400
Wilmington, DE  19801

Marla Eskin, Esq.
Kathleen Campbell Davis, Esq.
Mark Hurford, Esq.
Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
800 North King St Ste 300
Wilmington, DE  19801

Noel Burnham
Natalie D. Ramsey, Esq.
Laurie A. Kerpto, Esq.
Richard G. Placey, Esq.
Montgomery, McCracken,
   Walker & Rhoads
1105 North Market St Ste 1500
Wilmington, DE  19801

Scott J. Leonhardt
Frederick B. Rosner
The Rosner Law Group LLC
824 Market St Ste 810
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Mark Minuti
Saul Ewing LLP
222 Delaware Ave Ste 1200
Wilmington, DE  19801

William J. Cattie, III
Rawle & Henderson
300 Delaware Ave
Wilmington, DE  19801

William P. Bowden, Esq.
Ricardo Palacio, Esq.
Don A. Beskrone, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave 8th Fl
Wilmington, DE  19801

Adam G. Landis, Esq.
Keri K. Mumford, Esq.
Richard S. Cobb, Esq.
Rebecca L. Butcher, Esq.
William E. Chipman, Jr.
Landis Rath & Cobb LLP
919 Market St Ste 1800
Wilmington, DE  19801

Michael R. Lastowski
Richard W. Riley
Fredrick B. Rosner
Duane Morris LLP
1100 North Market St Ste 1200
Wilmington, DE 19801

Curtis J. Crowther
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street
Wilmington, DE 19801

Robert Jacobs Esq.
Jacobs & Crumplar PA
2 East 7th Street
Wilmington, DE 19801

**BY FIRST CLASS MAIL:**

Derrick C. Tay, Esq.
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, ON M5J 2Z4
CANADA

Matthew Bergman Esq
Bergman Senn Pageler & Frockt
P O Box 2010
Vashon, WA 98070

Mark S. Palmer, Esq.
Duquesne Light Company
P. O. Box 2045
Pittsburgh, PA 15230

Adam H. Isenberg
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Alan Brayton
Jacqueline Loveless
Christina Skubic
Brayton Purcell
Brayton Law
222 Rush Landing Road
Novato, CA 94945

Alan Kellman Esq
Maritime Asbestosis Legal Clinic
division of The Jaques Admiralty
   Law Firm PC
1570 Penobscot Building
Detroit, MI 48226

Arthur H. Cooney Esq
John D. Cooney
Cooney & Conway
120 North LaSalle St Ste 3000
30th Fl
Chicago, IL 60602

Brad B. Erens
Robert Krebs
Kaye Sobczak
Paul Harner
Jones Day
77 West Wacker Dr Ste 3500
Chicago, IL 60601-1692

Bryon O Blevins Jr Esq
Provost & Umphrey
490 Park Street
Beaumont, TX 77704

Charles Siegel
Waters & Kraus LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David Killalea Esq
Craig Litherland Esq
Jonathan Cohen, Esq.
Mark Tanney, Esq.
Gilbert Heintz & Randolph LLP
1100 New York Ave NW Ste 700
Washington, DC 20005

David Heiman
Jones Day
North Point
901 Lakeside Av
Cleveland, OH 44114

David E. Cherry, Esq.
Billy H. Davis Jr., Esq.
Campbell Cherry Harrison
   Davis & Dove PC
5 Ritchie Road
P.O. Box 21387
Waco, TX 76702-1387

Debra Dandeneau
Martin Bienenstock Esq
Stephen Karotin Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Deirdre Woulfe Pacheco Esq
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900
PO Box 10
Woodbridge, NJ  07095-0958

Dennis Reich
Bedorah Hayes
Reich & Binstick
4265 San Felipe
Suite 1000
Houston, TX  77027

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY  10152-3500

Ellen C. Brotman, Esq.
Natalie D. Ramsey, Esq.
Laurie A. Krepto, Esq.
Richard G. Placey, Esq.
Montgomery McCracken Walker Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Frances Gecker
Joseph Gecker
Joseph Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

Frank H. Griffin III
Amy Donohue-Babiak
Gollatz Griffin & Ewing PC
Four Penn Center
1600 John F. Kennedy Blvd
Suite 200
Philadelphia, PA  19103-2808

Frederick Jekel, Esq.
John Baden, Esq.
Scott W. Galante, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

Gerald F. Munitz
Dimitri G. Karcazes
Goldberg Kohn Bell Black
    Rosenbloom & Moritz Ltd.
55 East Monroe
Suite 3700
Chicago, IL  60603

James Hipolit
ACandS Inc
Corporate Headquarters
120 North Lime Street
PO Box 1268
Lancaster, PA  17608

Jeffrey N. Rich Esq.
Edward M. Fox Esq.
Kirkpatrick & Lockhart Nicholson
    Graham LLP
599 Lexington Avenue
New York, NY  10022-6030

John A. Peca
Climaco Lefkowitz Peca,
    Wilcox & Garofoli Co. LPA
55 Public Square
Suite 1950
Cleveland, OH  44113

Joseph T. Kremer, Esq.
Lipsiptz Green Fahringer Roll
    Salisbury & Cambria, LLP
42 Delaware Avenue
Suite 300
Buffalo, NY  14202

Kevin E. Irwin
Sue A Erhart
Jennifer J. Morles
Brian P. Muething
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202

Kevin T. Lantry
Sally S. Neely
Jeffrey E. Bjork
Sidley, Austin, Bron & Wood LLP
555 W Fifth St, Ste 4000
Los Angeles, CA  90013-6000

- 3 -

Marc E. Kasowitz
Kasowitz Benson Torres
   & Friedman LLP
1633 Broadway
New York, NY  10019

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Martin Murphy
Davis & Young
1200 Fifth Third Center
600 Superior Avenue East
Cleveland, OH  44114

Mary A. Martin
USG Corporation
550 West Adams Street
Chicago, IL  60661

Nancy Davis
Joseph F. Rice
Ness Motely Loadholt
   Richardson & Poole
28 Bridgeside Boulevard
Mt. Pleasant, SC  29465

Nancy Worth Davis, Esq.
117 Donegal Drive
Chapel Hill, NC  27517-6561

Natalie D. Ramsey
Noel C. Burnham
Jennifer Taylor
Natalie Grill Einsig
Montgomery McCracken Walker
   & Rhoads LLP
123 S Broad St Ave of Arts
Philadelphia, PA  19109

Neal R. Brendel
Michael G. Zanie Esq.
Kirkpatrick & Lockhart Preston
   Gates & Ellis LLP
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA  15222

Paul M. Matheny, Esq.
The Law Offices of Peter G. Angelos, PC
One Charles Center
100 North Charles Street
Baltimore, MD  21201-3804

Peter J. Ashcroft
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA  15219

Peter Van N. Lockwood, Esq.
Ronald Reinsel/Julie Davis
Trevor W. Swett, III, Esq.
Nathan Finch/Kevin Maclay
Caplin & Drysdale, Chartered
One Thomas Circle, N.W. Ste 1100
Washington, DC  20005

Philip E. Milch
Douglas A. Campbell
David B. Salzman
Campbell & Levine, LLC
1700 Grant Building
310 Grant Street
Pittsburgh, PA  15219

Sander L. Esserman, Esq.
David Klinger/David Parsons
Cliff Taylor/Peter D'Apice
Robert Brousseau/Van Hooker
Stutzman, Bromberg, Esserman
   & Plifka
2323 Bryan St Ste 2200
Dallas, TX  75201

Scott Baldwin Jr., Esq.
Baldwin & Baldwin LLP
400 West Houston Street
Marshall, TX  75670

Scott L. Baena, Esq.
Matthew Kramer
Bilzin Sumberg Dunn Baena
   Price & Axelrod LLP
1450 Brickell Avenue
23rd Floor
Miami, FL  33131-3456

Scott W. Wert, Esq.
Denise Holland, Esq.
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

Stephen J. Shimshak, Esq.
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY  10019

Steven Kazan
Lester M. Kirshenbaum
Edmund M. Emrich Esq.
Kazan McClain et al
171 Twelfth Street
Third Floor
Oakland, CA 94607

Steven Baron/Alan Rich
Ann Harper/Russell Budd
Alan Rich/Raymond Wadas
Kirk S. Richardson, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Ave Ste 1100
Dallas, TX 75219

Steven T. Baron Esq
Baron & Budd, P.C.
3102 Oak Lawn Ave Ste 1100
Dallas, TX 75219

Suzanne Keys, Esq.
Byrd Gibbs & Martin PLLC
427 East Fortification Street
Jackson, MS 39202

Thomas M. Wilson
Kelley & Ferraro, LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

Walter T. Gangl
Kenneth Jacobs
Mary Huwalt
Armstrong World Industries Inc.
2500 Columbia Avenue
Building 701
Lancaster, PA 17603

Byrd & Associates
427 Fortification Street
Jackson, MS 39202

Michie Hamlett Lowery
    Rasmussen & Tweed
500 Court Square
Suite 300
Charlottesville, VA 22902

Jeffrey N. Rich Esq.
Edward M. Fox Esq.
Kirkpatrick & Lockhart Nicholson
    Graham LLP
599 Lexington Avenue
New York, NY 10022-6030

Robert Rubin, Esq.
Burr & Forman LLP
420 North 20th Street
Suite 3100
Burlington, AL 35203

David V. Goodsir
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street
Suite 2200
Chicago, IL 60602

John Preefer
36 West 44th Street
Suite 1208
New York, NY 10036

David Boutrous
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Roger J. Higgins
Law Offices of Roger J. Higgins LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277

Denise Wildes
Lewis Kruger
Stroock Stroock & Lavin LLP
180 Maiden Lane
New York, NY 10038-4982

Gary M. Becker, Esq.
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

William S. Katchen
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Blvd Ste 1800
Newark, NJ 07102-5429

Scott L. Baena, Esq.
Matthew Kramer
Bilzin Sumberg Dunn Baena
    Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131

David  Ziegler
James J. Restivo, Jr.
Douglas E. Cameron
Andrew J. Muha
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222-2716

Michael G. Zanic
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222

Rosalie J. Bell
Pittsburgh Corning Corporation
800 Presque Isle Drive
Pittsburgh, PA  15239-2799

Joseph M.  Fornari, Jr.
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

David W. Lampl
Leech Tishman Fuscaldo & Lampl LLC
Citizens Bank Building, 30th Floor
525 William Penn Place
Pittsburgh, PA  15219

Gregory M Gordon
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, TX  75201-1515

Alan B. Rich, Esq
Law Offices of Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, TX  75202

Hon. Alexander M. Sanders, Jr.
19 Water Street
Charlestown, SC  29401

Arthur H. Stroyd, Jr.
Matthew T. Logue
Del Sole Cavanaugh Stroyd LLC
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, PA  15222

Anderson Kill and Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

John Amato IV Esq
Goodman Meagher & Enoch LLP
111 N Charles Street 7th Fl
Baltimore, MD  21201

G. Luke Ashley
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street Suite 1500
Dallas, TX  75201

Nicole M. Bartee
McClain & Siegel, P.C.
Town & Country Office Towers
10565 Katy Freeway
Suite 450
Houston, TX  77024

Katherine L. Billingham
7985 Washington Woods Drive
Dayton, OH  45459

Richard Beheler
Husch Blackwell LLP
4801 Main Street
Suite 1000
Kansas City, MO  64112

Carlota M. Bohm
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue
22nd Floor
Pittsburgh, PA  15222

Patricia A. Borenstein
10 Light Street
Baltimore, MD  21202

Paul A. Bradley
Maron Marvel Bradley & Anderson LLC
1201 N. Market Street
Suite 900
Wilmington, DE  19801

Kay D. Brock
Bankruptcy & Collections Divisions
P.O. Box 12548
Austin, TX  78711-2548

Michael F. Brown Esq.
Paul H. Saint-Antoine Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

Anthony R. Gambardella Esq.
Michael E. Buckley Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, NY  11556-9111

Andrew Burns
First Federal Plaza
28 East Main Street
Suite 900
Rochester, NY  14614

Michael W. Burns
Burns White & Hickton, LLP
120 Fifth Avenue
Suite 2400
Pittsburgh, PA  15222

A. Russell Smith, Esq.
A. Russell Smith Law Offices
159 South Main Street
Akron, OH  44308

Steven B. Flancher, Esq.
Assistant Attorney General
1st Floor Treasury Bldg
MI Revenue Division
Lansing, MI  48922

Stephen Vaccaro, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY  10022

Joseph F. Bishop Jr., Esq.
Garcia and Bishop
618 East Rutland Street
Covington, LA  70433

Jan M. Hayden Esq.
Heller Draper Hayden Patrick & Horn LLC
650 Poydras Street
Suite 2500
New Orleans, LA  70130

Leslie James, Esq.
Hartley and O'Brien Parson Thompson Hill
2001 Main Street
Wheeling, WV  26003

Jackey W. South, Esq.
Lundy & Davis LLP
501 Broad Street
Lake Charles, LA  70601

Peter C. DePaolis, Esq.
Koonz, McKenney, Johnson, DePaolis
 & Lightfoot
10300 Eaton Place
Suite 200
Fairfax, VA  22030

Anne E. Joynt
Lipsitz & Ponterio
135 Delaware Ave. Ste. 506
Buffalo, NY  14202

R. Jeff Carlisle, Esq.
Lynberg & Watkins
888 S. Figueroa Street
Suite 1600
Los Angeles, CA  90017

Joseph Lubertazzi Jr., Esq.
McCarter & English LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ  07102

Richard Milazzo, Esq.
Mendes & Mount
750 Seventh Avenue
New York, NY  10019

Robert A. Arcovio, Esq.
Margolis Edelstein
1500 Grant Building
Pittsburgh, PA  15219

Deborah Candace
Phillips, Esq.
PA Dept of Labor & Industry
Unemployment Compensation
914 Penn Avenue
Pittsburgh, PA  15222

Robert Shields III Esq.
Robert Shields III Esq.
2025 Third Avenue
Suite 301
Birmingham, AL  35203

Alan S. Miller, Esq.
Picadio Sneath Miller & Norton PC
600 Grant Street
4710 U.S. Steel Tower
Pittsburgh, PA  15219

Russell R. Johnson III Esq.
3734 Byfield Place
Richmond, VA  23233

Bethann P. Schaffzin, Esq.
Shein Law Center Ltd.
121 S. Broad Street
21st Floor
Philadelphia, PA 19107

Leonard P. Goldberger Esq.
Stevens & Lee PC
1818 Market Street
29th Floor
Philadelphia, PA 19103

Joseph G. Gibbons, Esq.
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103

Philip Beard, Esq.
Stonecipher, Cunningham, Beard & Schmitt
125 First Avenue
Pittsburgh, PA 15222

Deirde Woulfe
Pacheco, Esq.
Wilentz Goldman & Spitzer
90 Woodbridge Ctr Dr
Suite 900, Box 10
Woodbridge, NJ 07095

Michael P. Cascino
Cascino Vaughan Law Offices
403 W. North Avenue
Chicago, IL 60610-1117

Joel M. Walker Esq
Duane Morris LLP
600 Grant Street
Suite 5010
Pittsburgh, PA 15219

Theodore Goldberg
Goldberg Perksy & White P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

S. James Wallace Esq
Griffith McCague & Wallace PC
Sutie 3626 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1911

Russell R. Sanders Esq
May Long & Sanders
3030 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

David P. McClain
McClain Leppert & Maney PC
711 Louisiana Ste 3100
South Tower Pennzoil Place
Houston, TX 77002

James E. Wimberley Esq
McPherson Monk Hughes Bradley Wimberley
3120 Central Mall Drive
Port Arthur, TX 77642

Louis C. Long Esq
Meyer Darragh Buckler Bebenek & Eck
US Steel Tower Ste 4850
600 Grant Street
Pittsburgh, PA 15219

Steven T. Baron Esq
Silber Pearlman L.L.P.
2711 N. Haskell Avenue
5th Floor LB 32
Dallas, TX 75204

George T. Snyder Esq
Stonecipher Cunningham Beard & Schmitt
125 First Avenue
Pittsburgh, PA 15222

Beverly Weiss Manne Esq
Tucker Arensberg PC
1500 One PPG Place
Pittsburgh, PA 15222

Paul R. Koepff, Esq.
Tancred V. Schiavoni, Esq.
O'Melveny & Myers LLP
7 Times Square
Times Square Tower
New York, NY 10036

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Sapp LLP
3400 Chase Tower
6600 Travis Street
Houston, TX 77002-3095

D. Bruce Campbell
Office of the General Counsel
1200 K. Street, N.W.
Suite 340
Washington, DC 20005-4026

Caroselli Beachler McTiernan
 & Conboy LLC
312 Boulevard of Allies
8th Floor
Pittsburgh, PA 15222

Garland S. Cassada Esq.
Richard C. Worf Jr. Esq.
Robinson Bradshaw & Hinson
101 North Tryon Street
Suite 1900
Charlotte, NC  28246

Kimberly A. Coleman
Boyer, Neblett & Wenger
4660 Trindle Road
Suite 200
Camp Hill, PA  17011

Thomas M. Crawford
303 W. Madison Street
Chicago, IL  60661

Christopher P. Schueller Esq
Buchanan Ingersoll Professional
Corporation
301 Grant Street - 20th Floor
One Oxford Centre
Pittsburgh, PA  15219-1410

Timothy P. Dowling
210 S. Carancahua
P.O. Box 2888
Corpus Christi, TX  78403

Steven Buxbaum
Haynes & Boone LLP
1 Houston Center
1221 McKinney Ste 2100
Houston, TX  77010

Glasser and Glasser PLC
Crown Center Plaza
580 East Main Street
Suite 600
Norfolk, VA  23518

Shepard A. Hoffman Esq.
Law offices of Shepard A. Hoffman
9400 N. Central Expy Ste 608
Dallas, TX  75231

Jan M. Hayden Esq.
William H. Patrick Esq.
Heller Draper Hayden
    Patrick & Horn LLC
650 Poydras Street
Suite 2500
New Orleans, LA  70130-6103

Kaeske Law Firm
6301 Gaston Avenue #735
Dallas, TX  75214

R. Kenneth Willman Esq.
Michael A. Katz Esq.
Willman & Arnold LLP
705 McKnight Park Drive
Pittsburgh, PA  15237

Attn:  Bankruptcy Department
Kaufman & Logan LLP
1 Embarcadero Center
#500
San Francisco, CA  94111-3510

David E. Retter
Christena A. Lambrianakos
Debra SuDock
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Stephen Vaccaro Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY  10022

J. Michael Baggett Esq.
McCann Garland Ridall & Burke
11 Stanwix Street
Suite 2125
Pittsburgh, PA  15222-1327

Fredric Sosnick
Edmund M. Emrich Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY  10022-6069

Lisa Busch Esq.
Sanders McNew Esq.
Perry Weitz Esq.
Weitz & Luxenberg P.C.
700 Broadway
New York, NY  10003

Glen W. Morgan Esquire
Reaud Morgan & Quinn Inc
801 Laurel
Beaumont, TX  77701

James J. Restivo Jr. Esq.
Lawrence E. Flatley Esq.
Douglas E. Cameron Esq.
James W. Bentz Esq.
Andrew Muha Esq.
Reed Smith LLP
435 Sixth Street
Pittsburgh, PA  15219

Fredric Sosnick
Edmund M. Emrich Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY  10022-6069

James P. Ruggeri
William J. Bowman Esq.
Shipman & Goodwin LLP
1133 Connecticut Avenue NW
3rd Floor Suite A
Washington, DC  20036-4305

Robert A. Simon
Barlow Garsek & Simon
3815 Lisbon Street
Fort Worth, TX  76107

Thomas Tew
Tew Cardenas Rebak Kellogg Lehman DeMari
201 South Biscayne Boulevard
Suite 2600
Miami, FL  33131

Robert P. Siegel Esq
Traub Eglin Lieberman Strauss LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY  10532

R. Kenneth Willman Esq.
Michael A. Katz Esq.
Willman & Arnold LLP
705 McKnight Park Drive
Pittsburgh, PA  15237

James E. Wimberley
McPherson Monk et al.
3120 Central Mall Drive
Port Arthur, TX  77642

Steven A. Ginther
301 W. High Street
Room 670
P.O. Box 475
Jefferson City, MO  65105

Goldberg, Kamin and Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219-6101

Christopher Grell
1814 Franklin Street
Suite 501
Oakland, CA  94612

Deborah M. Gutfeld
DLA Piper, LLP
203 North LaSalle Street
Suite 1900
Chicago, IL  60601

Harvey R. Heller
Maddin Hauser Wartell Roth Heller Pesses
Third Floor, Essex Centre
28400 Northwestern Highway
Southfield, MI  48034-8004

Joseph A. Hinkhouse
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL  60603

Patrick L. Hughes
Verner, Liipfert, Bernhard, McPherson
  and Hand Chartered
1111 Bagby, Suite 4700
Houston, TX  77002

Jaffee, Raitt, Heuer & Weiss
One Woodward Avenue
Suite 2400
Detroit, MI  48226

Terrence M. Johnson
North Pier Chicago
455 East Illinois Street
Suite 361
Chicago, IL  60611

Jones Martin Parris & Tessener PLLC
410 Glenwood Avenue
Suite 200
Raleigh, NC  27603

Kearney Foley & Lardner
Washington Harbour
3000 K Street N.W.
Suite 500
Washington, DC  20007-5143

J. Burton LeBlanc
LeBlanc & Waddell, LLC
Essen Centre, Ste. 420
5353 Essen Lane
Baton Rouge, LA  70809

Lori Robertson
Linebarger Heard Goggan Blair, et al.
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX  78760

Litchfield Cavo
303 West Madison
Chicago, IL  60606

Peter G. Loftus, Esq.
Loftus Law Firm P.C.
P.O. Box V
1207 Main Street
Waverly, PA  18471

Richard J. Lutzel
525 N. Main Street
Sailsbury, NC  28144

Elizabeth Wall Magner
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA  19103

Manion McDonough & Lucas P.C.
600 Grant Street
Suite 1414
Pittsburgh, PA  15219

Robert W. Mauriello, Jr.
Graham, Curtain & Sheridan, P.A.
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ  07962

David P. McClain
McClain & Siegel, P.C.
909 Fannin, Suite 4050
Two Houston Center
Houston, TX  77010

McCurdy & McCurdy LLP
524 E. Lamar Blvd.
Suite 250
Arlington, TX  76011

Michael D. McDowell
Allegheny Energy Supply Co., LLC
800 Cabin Hill Drive
Greensburg, PA  15601-1689

Kevin Merriman
Christin M. Murphy
Ward Norris Heller & Reidy
300 State Street
Rochester, NY  14614

Myer, Unkovic & Scott
1300 Oliver Building
Pittsburgh, PA  15222

Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202

The Lakin Law Firm
300 Evans Avenue
Wood River, IL  62095

Robert J. Murphy
2341 Pennsylvania Avenue
Philadelphia, PA  19130

Donna J. Naab
Fox Rothschild LLP
625 Liberty Avenue
29th Floor
Pittsburgh, PA  15222

Eli Namanworth
36 E. Seventh Street
Suite 1520
Cincinnati, OH  45202

Darlene M. Novak, Esquire
O'Melveny & Myers
One Oxford Centre
35th Floor
Pittsburgh, PA  15219

J. Benjamin Yeager, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
USX Tower, Ste 5240
600 Grant Street
Pittsburgh, PA  15219

Lenard M. Parkins
Verner, Liipfert, Bernhard, McPherson
  and Hand Chartered
1111 Bagby, Suite 4700
Pittsburgh, PA  77002

Nicholas A. Pasciullo
White and Williams
Frick Building, Suite 1001
437 Grant Street
Pittsburgh, PA  15219

Kay Gunderson Reeves
6301 Gaston Avenue
Suite 735
Dallas, TX  75214

Ira Revich
Charlston Revich & Wollitz, LLP
1925 Century Park East
Suite 1250
Los Angeles, CA  90067-2746

William T. Russell, Jr.
425 Lexington Avenue
New York, NY  10017

Nathanial H. Schmitt
Marion McDonough & Lucas
Suite 1414, UZX Tower
600 Grant Street
Pittsburgh, PA  15219

Joseph S. Grinstein, Esq.
Max Tribble
Susman Godfrey LLP
1000 Louisiana
Suite 5100
Houston, TX  77002-5096

The Law Firm of Eli Namanworth
1520 CBLD Center
36 East Seventh Street
Cincinnati, OH  45202

John G. Unice
Jones Day
500 Grant Street
Suite 3100
Pittsburgh, PA  15219

Charles B. Walther
Walker Wilcox Matousek LLP
711 Louisiana Street
Suite 3100
Houston, TX  77002

Rachelle M. Wassel
Meyer, Darragh, Buckler, Bebenek, et al.
2000 Frick Building
Pittsburgh, PA  15219

Thorp Reed & Armstrong
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219

Thorp Reed & Armstrong
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA  19103