## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 **(CLOSED)**<br>Related to Doc. Nos. 3731, 3734 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 **(CLOSED)**<br>Related to Doc. Nos. 10792, 10795 |
| Combustion Engineering, Inc. | Case No.: 03-10495 **(CLOSED)**<br>Related to Doc. Nos. 3486, 3489 |
| The Flintkote Company | Case No.: 04-11300<br>Related to Doc. Nos. 7509, 7512 |
| Kaiser Aluminum Corp. | Case No.: 02-10429<br>Related to Doc. Nos. 10306, 10309 |
| Owens Corning | Case No.: 00-3837 **(CLOSED)**<br>Related to Doc. Nos. 21078, 21081 |
| US Mineral Products Company | Case No.: 01-2471 **(CLOSED)**<br>Related to Doc. Nos. 3999, 4002 |
| USG Corp. | Case No.: 01-2094 **(CLOSED)**<br>Related to Doc. Nos. 12692, 12695 |
| W.R. Grace & Co.<br>             Debtors. | Case No.: 01-1139<br>Related to Doc. Nos. 30510, 30514 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 16, 2013, the **Affidavit of Karl Schieneman** filed with the Court on April 12, 2013, in above-referenced cases was served upon the parties, in the manner indicated, on the attached service list.

PLEASE TAKE FURTHER NOTICE that on April 16, 2013, the **Corrected Attorney Verification Regarding Notice of Proposed Special Master** filed with the Court on April 15, 2013, in above-referenced cases was served upon the parties, in the manner indicated, on the attached service list.

Dated:  April 17, 2013
      Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/Gregory W. Werkheiser*
Gregory W. Werkheiser (DE Bar No. 3553)
Matthew B. Harvey (DE Bar No. 5186)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

- and –

ROBINSON, BRADSHAW & HINSON, P.A.
Garland S. Cassada
Richard C. Worf, Jr.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-3917

*Attorneys for Garlock Sealing Technologies LLC*

7141165.1