EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
MARCH 1, 2013 THROUGH
MARCH 31, 2013

```
              Phillips, Goldman & Spence, P.A.
                      1200 N. Broom Street
                      Wilmington, DE  19806
                         (302) 655-4200
                       EI #: 51-0328786
```

April 12, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

                  File   WRG-AUS/JCP
                Invoice number   106176

  Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

| | |
|---|---|
| Subtotal for FEES only: 03/31/13 | $2,706.00 |
| Subtotal for COSTS only: 03/31/13 | $1,013.29 |
| CURRENT PERIOD FEES AND COSTS: 03/31/13 | $3,719.29 |
| PAY THIS AMOUNT | $3,719.29 |

***************************************************************

Please send remittance copy with payment.  Thank you.

***************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

April 12, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   106176

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 3.8 | 891.00 |
| PLAN AND DISCLOSURE STATEMENT | 0.8 | 396.00 |
| LITIGATION | 3.3 | 1,270.50 |
| CASE ADMINISTRATION | 0.4 | 66.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.5 | 82.50 |
| Subtotal for FEES only: 03/31/13 | 8.8 | $2,706.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 3.80 | 3.80 | 1,881.00 | 0.00 | 0.00 |
| 165.00 | CAH | 5.00 | 5.00 | 825.00 | 0.00 | 0.00 |
| Totals | | 8.80 | 8.80 | 2,706.00 | 0.00 | 0.00 |

```
Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from WRG to WRG
        Exclude "Billable $" from 0.00 to 0.00
        Include "Invoice Number" from 106176 to 106176

                                        Act  Trans                                                   Billable       Billable  Gr
Cl code Grouping code description        Emp  Date     Transaction description                         Hours        Dollars  Cd

WRG     CASE ADMINISTRATION              CAH  03/08/13 Update docket to system.                          0.10          16.50 Ca

WRG     CASE ADMINISTRATION              CAH  03/12/13 Update 2002 list.                                 0.20          33.00

WRG     CASE ADMINISTRATION              CAH  03/21/13 Update docket to system.                          0.10          16.50
                                                                                                       ------        -------
                                                                                                         0.40          66.00
                                                                                                       ------        -------
                                                                                                         0.40          66.00
                                                                                                       ------        -------

Total records this group:   3
```

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | CAH | 03/13/13 | Phone conference with A. Swank re: filing claim now for new asbestos case; conference with John C. Phillips, Jr. and respond to sa,e. | 0.50 | 82.50 | Co |
| | | | | | ------ | ------- | |
| | | | | | 0.50 | 82.50 | |
| | | | | | ------ | ------- | |
| | | | | | 0.50 | 82.50 | |
| | | | | | ------ | ------- | |

Total records this group:  1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 03/12/13 | E-mail to and e-mail from D. Fullem re: filing in District Court re: oral argument; to be multi-case filed; review of documents. | 0.40 | 66.00 | Li |
| WRG | LITIGATION | CAH | 03/13/13 | File designation and acknowledgment of arguing counsel for Austern in Third Circuit. | 0.40 | 66.00 | |
| WRG | LITIGATION | CAH | 03/13/13 | Review of e-mail and revised form from D. Fullem for filing when approval in given; forward all to John C. Phillips, Jr. to review. | 0.30 | 49.50 | |
| | | | | | 1.10 | 181.50 | |
| WRG | LITIGATION | JCP | 03/06/13 | Review of Judge Stark's 3/1/13 Opinion and Order granting Garlock access to 2019 Statements. | 0.90 | 445.50 | |
| WRG | LITIGATION | JCP | 03/18/13 | Review of Judge Stark's 3/15/13 Corrected Opinion granting Garlock access to limited information from other Bankruptcy trusts; review of Agenda for 4/2/13 Hearing; conference with paralegal re: signing John C. Phillips, Jr. up for Court Call participating in same. | 0.50 | 247.50 | |
| WRG | LITIGATION | JCP | 03/20/13 | Review of Amended Agenda for 4/2/13 Hearing, canceling same. | 0.10 | 49.50 | |
| WRG | LITIGATION | JCP | 03/20/13 | Review of Judge Stark's 3/14/13 Order implementing Opinion granting Garlock access to 2019 Exhibits; review of Order setting Status Conference re: same for 4/4/13; calendar same; memorandum to file re: same. | 0.30 | 148.50 | |
| WRG | LITIGATION | JCP | 03/26/13 | E-mail from Court Call re: 4/2/13 Hearing canceled. | 0.10 | 49.50 | |
| WRG | LITIGATION | JCP | 03/27/13 | Review of draft Protocol for Production of 2019 Exhibits. | 0.30 | 148.50 | |
| | | | | | 2.20 | 1,089.00 | |
| | | | | | 3.30 | 1,270.50 | |

Total records this group:  9

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/04/13 | Review of e-mail and download Orrick's January Fee Application and file same; e-mail docket number to D. Fullem. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/04/13 | Review of e-mail from D. Fullem and respond to same. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/08/13 | Review of report received from B. Ruhlander re: 46th Quarterly fees for professionals. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/08/13 | Draft Certificate of No Objection for 34th Quarterly Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/12/13 | Scan, OCR and file Phillips, Goldman & Spence Certificate of No Objection for Quarterly Fee Application and serve same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/21/13 | Draft Certificate of No Objection for January Fee Application of Phillips, Goldman & Spence; forward to John C. Phillips, Jr. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/22/13 | Scan, OCR, file and serve Certificate of No Objection for Phillips, Goldman & Spence January Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/22/13 | Draft February Fee Application. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/25/13 | Scan, OCR, file and serve Phillips, Goldman & Spence February Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/25/13 | Review of e-mail from D. Fullem; download and file Orrick's February Fee Application and e-mail docket number back to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/28/13 | Review of e-mail from D. Fullem; download and file Certificate of No Objection for Orrick's January Fee Application and e-mail docket to D. Fullem. | 0.20 | 33.00 | |
| | | | | | ------ | -------- | |
| | | | | | 3.00 | 495.00 | |
| | | | | | ------ | -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/11/13 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 34th Quarterly Fee Application. | 0.10 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/14/13 | Review of and revise downward Phillips, Goldman & Spence February 2013 pre-bill. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/21/13 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence January 2013 Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/22/13 | Review of, revise and execute Phillips, Goldman & Spence 105th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 148.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.80 | 396.00 | |
| | | | | | ------ | -------- | |
| | | | | | 3.80 | 891.00 | |
| | | | | | ------ | -------- | |

Total records this group:   15

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/05/13 | Review of ECF Notification re: granting Appellant's Motion to File Reply Brief. | 0.10 | 49.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/13/13 | Review of e-mail chain re: filing FCR's Acknowledgment of Arguing Counsel form on 3/13/13; review of draft version of form; conference with Celeste A. Hartman re: same; review of miscellaneous e-mails re: same; e-mail from Debbie Felder approving sign off; approve Acknowledgment. | 0.50 | 247.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/14/13 | Review of multiple oral argument acknowledgment. | 0.10 | 49.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/29/13 | Review of Notice of Oral Argument; calendar same; memorandum to file re: same. | 0.10 | 49.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.80 | 396.00 | |
| | | | | | ------ | -------- | |
| | | | | | 0.80 | 396.00 | |
| | | | | | ------ | ---------- | |

Total records this group:   4

```
                                                                                      ------      ----------
                                                                                        8.80        2,706.00
                                                                                      ======      ==========
```

32 records printed.