EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
MARCH 1, 2013 THROUGH
MARCH 31, 2013

Phillips, Goldman & Spence, P.A.

Page   2

April 12, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   106176

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 02/20/13 | Photocopies | 4.80 |
| 03/08/13 | Check No.: 51181 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 898.55 |
| 03/12/13 | Postage | 109.94 |

Subtotal for COSTS only: 03/31/13     $1,013.29