IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                             )

**In re:**                                       )        **Chapter 11**
                                             )
**W.R. GRACE & CO., et al.**                )        **Case No. 01-1139 (JKF)**
                                             )
                **Debtors.**              )        Objection Deadline: May 24, 2012 at 4:00 p.m.
_____)        Hearing: July 1, 2012 at 9:00 a.m.


**COVER SHEET TO TWENTY-EIGHTH QUARTERLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN,
ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>OCTOBER 1, 2012 THROUGH DECEMBER 31, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | October 1, 2012 through December 31, 2012 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $3,692.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |
| This is an:   <u> X </u> interim   <u>   </u> monthly   <u>   </u> final application. | |

**COMPENSATION SUMMARY**
**October 1, 2012 through December 31, 2012**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (27 years) FCAS | $715 | 2.50 | $1,787.50 |
| Jeff Kimble | Consulting Actuary (11 years) ACAS | $475 | 2.30 | $1,092.50 |
| Adam Luechtefeld | Analyst (9 years) | $275 | 0.50 | $137.50 |
| David Wolf | Analyst (5 years) ACAS | $375 | 1.80 | $675.00 |
| **Total Blended Rate: $520.07** | | | **7.10** | **$3,692.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 7.10 | $3,692.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | 0.00 |
| **Total Expenses** | **0.00** |

| October – December 2012 – Grand Total | $3,692.50 |
|---|---|

Respectfully submitted,

TOWERS WATSON

By: /S/ JENNIFER L. BIGGS
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: April 11 , 2013

2