**EXHIBIT A**

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/12/2013 | Lisa G Esayian | 1.50 | Review draft settlement and analyze issues re Terra Nova/Markel settlement (1.2); correspond with R. Horkovich re same (.3). |
| 2/13/2013 | Lisa G Esayian | .90 | Correspond with R. Horkovich re Terra Nova/Markel settlement (.3); review and comment on revised approval order and motion (.6). |
| 2/14/2013 | Lisa G Esayian | 1.00 | Analyze issues re various potential insurance settlements and correspond with ACC's and FCR's counsel re same. |
| 2/20/2013 | Lisa G Esayian | .30 | Correspond with ACC's and FCR's counsel re potential insurance settlements. |
| 2/22/2013 | Lisa G Esayian | 1.40 | Review revised Terra Nova/Markel insurance settlement from ACC's insurance counsel (.7); revise approval order and motion re same (.5); correspond with R. Finke re same (.2). |
| | Total: | 5.10 | |

A-2

## Matter 21 - Claims Analysis, Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/04/2013 | Lisa G Esayian | 1.00 | Analyze issues re settlement amounts for certain PD claims (.5); analyze issues re status of certain adversary proceedings and correspond with certain insurers' counsel re same (.5). |
| 2/05/2013 | Lisa G Esayian | .80 | Analyze issues re certain PD claims per request from R. Finke. |
| 2/06/2013 | Lisa G Esayian | 1.00 | Analyze issues re status of certain PD claims. |
| 2/07/2013 | Lisa G Esayian | .90 | Analyze pleading to be filed in Scotts adversary and correspond with R. Higgins re same. |
| 2/08/2013 | Lisa G Esayian | 3.00 | Analyze issues re treatment of certain asbestos PD claims (1.5); correspond with R. Finke and M. Araki re same (.8); update chart of asbestos PD settlements (.7). |
| 2/12/2013 | Lisa G Esayian | .90 | Analyze issues re certain asbestos PD claims. |
| | Total: | 7.60 | |

A-3

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/01/2013 | Jeffrey Gettleman | 1.10 | Correspond with working group re R. Higgins IP issue (.9); office conference with B. Rhode re same (.2). |
| 2/01/2013 | Daniel Lewis | 2.80 | Review and analyze monitor license agreement (1.2); correspond with S. Traxler re same (.1); review bankruptcy motions and other background information (.6); telephone conference with S. Traxler re same (.2); conduct research re 365(n) of bankruptcy code (.4); telephone conference with R. Higgins re same (.1); correspond with R. Higgins re same (.2). |
| 2/06/2013 | Jeffrey Gettleman | .10 | Correspond with R. Higgins re 2013 pension contribution motion. |
| 2/07/2013 | Jeffrey Gettleman | 1.10 | Review and revise 2013 pension contribution motion (.6); correspond with R. Higgins re comments to same (.3); correspond with R. Higgins re edits to defined benefit plan contribution motion (.1); correspond with A. Paul re same (.1). |
| 2/07/2013 | Daniel Lewis | .50 | Correspond with R. Higgins re 365(n) issue in monitor license agreement. |
| 2/08/2013 | Jeffrey Gettleman | .70 | Correspond with R. Higgins, M. Jones and A. Brniak re rejection of contract in counterparty's bankruptcy case (.4); correspond with A. Paul re review of defined benefit plan contribution motion (.3). |
| 2/08/2013 | Daniel Lewis | .50 | Review and analyze 365(n) bankruptcy order (.2); correspond and telephone conferences with R. Higgins re same (.3). |
| 2/11/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones and R. Higgins re precedential proof of claim form. |
| 2/25/2013 | Daniel Lewis | 1.00 | Review order for reservation of rights under 365(n) (.7); correspond with R. Higgins re same (.3). |
|  | Total: | 8.00 |  |

A-4

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/01/2013 | Mike Jones | .40 | Correspond with working group re supplemental affidavit. |
| 2/01/2013 | Jeffrey Gettleman | .40 | Correspond with working group re approval of 32nd supplemental affidavit of disinterestedness. |
| 2/03/2013 | Maureen McCarthy | 1.20 | Revise December fee application. |
| 2/04/2013 | Maureen McCarthy | 1.80 | Revise December 2012 fee application. |
| 2/05/2013 | Maureen McCarthy | .90 | Review and finalize December fee application for filing and service (.7); follow-up with local counsel re service of same (.2). |
| 2/08/2013 | Mike Jones | .60 | Correspond with working group re supplemental affidavit. |
| 2/08/2013 | Benjamin Rhode | 1.40 | Review and revise invoices re applicable protocols. |
| 2/08/2013 | Jeffrey Gettleman | .40 | Correspond with A. Paul and M. Jones re 32nd supplemental affidavit. |
| 2/11/2013 | Benjamin Rhode | 4.30 | Review and revise invoices re applicable protocols. |
| 2/12/2013 | Benjamin Rhode | 1.30 | Review and revise invoices re applicable protocols. |
| 2/13/2013 | Mike Jones | .30 | Correspond with local counsel re supplemental affidavit. |
| 2/13/2013 | Jeffrey Gettleman | .30 | Correspond with R. Higgins and M. Jones re updated conflicts list (.2); correspond with M. Jones and K. Makowski re filing of 32nd supplemental affidavit of disinterestedness (.1). |
| 2/20/2013 | Mike Jones | 3.80 | Review and revise January fee statement (3.4); correspond with working group re same (.4). |
| 2/22/2013 | Mike Jones | 1.70 | Correspond with working group re fee statement (.4); review and revise same (1.3). |
| | Total: | 18.80 | |

A-5

## Matter 35 - Fee Applications Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/04/2013 | Jeffrey Gettleman | .20 | Correspond with R. Higgins re Baker Donelson fees. |
| 2/04/2013 | Adam C Paul | .30 | Telephone conference with R. Higgins re Baker Donelson. |
| 2/05/2013 | Adam C Paul | 1.90 | Analyze Baker Donelson application (.8); analyze and revise Baker Donelson motion (1.1). |
| 2/06/2013 | Adam C Paul | 1.30 | Analyze Baker fee issue (1.0); correspond with R. Higgins re same (.3). |
| 2/07/2013 | Adam C Paul | .60 | Telephone conference with R. Finke re Baker fee application (.2); telephone conference with R. Higgins re same (.4). |
| 2/13/2013 | Jeffrey Gettleman | .50 | Correspond with R. Higgins and J. O'Neill re Baker Donelson motion and related documents (.3); correspond with F. Childress and R. Higgins re comments to Baker Donelson motion (.2). |
| 2/13/2013 | Adam C Paul | .30 | Correspond with R. Higgins re Baker motion. |
| 2/14/2013 | Adam C Paul | .20 | Analyze and revise Baker motion. |
| 2/20/2013 | Jeffrey Gettleman | .30 | Correspond with R. Higgins re Baker Donelson motion (.1); correspond with A. Paul re same (.1); correspond with R. Higgins re same (.1). |
| | Total: | 5.60 | |

A-6

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/01/2013 | Mike Jones | 4.60 | Review and analyze settlement agreements (2.8); correspond with working group re same (.5); correspond with R. Higgins re hearing preparation (.6); review and analyze documents re same (.7). |
| 2/01/2013 | Timothy Schmeling | 1.00 | Prepare and compile case dockets (.8); correspond with J. Gettleman re same (.2). |
| 2/01/2013 | Kimberly K Love | 5.00 | Revise and update case calendar with upcoming hearing information (.4); prepare materials for inclusion into case files (.5); prepare, organize and revise exhibit list and exhibit information to determine source and background information of such (4.1). |
| 2/01/2013 | Andrew Brniak | .10 | Correspond with A. Paul re Blackstone engagement pleadings. |
| 2/01/2013 | Jeffrey Gettleman | 2.00 | Correspond with A. Paul and M. Jones re Chakarian adversary proceeding (.5); correspond with M. Jones re edits to effective date chart (.2); telephone conference with A. Paul re interpretation of BNSF and insurer settlement agreements re carveouts from preliminary injunction (.3); correspond with A. Paul and M. Jones re same (.2); review and analyze same (.8). |
| 2/01/2013 | Adam C Paul | 2.20 | Analyze claims by Blackstone and Wholers (1.4); analyze response to show cause order (.8). |
| 2/01/2013 | Rana Barakat | 5.10 | Conduct research re rules applicable in bankruptcy appeals for taxable costs (1.4); review and analyze case law and bankruptcy rules re allowable costs against losing party (1.6); draft memorandum re costs incurred in the bankruptcy court that are taxable against the losing party (1.8); confer with K. Love re appendix cites in briefs and whether they refer to items in the record, in anticipation of any motion to strike the PPA (.3). |
| 2/01/2013 | John Donley, P.C. | 1.40 | Review and analyze documentation re Montana and Garlock briefing issues (.9); review and analyze materials re Chakarian-related motion (.5). |
| 2/04/2013 | Mike Jones | 5.40 | Review and analyze issues re plan modification (.9); review and revise effective date planning chart (2.4); review and analyze settlement agreements (1.8); correspond with working group re same (.3). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/04/2013 | Kimberly K Love | 7.00 | Review and finalize designations of materials on joint appendix and PPA lists (2.3); review Montana/Crown and appellee briefs and tag exhibits to indicate if cited in these briefs (3.7); prepare and organize materials and pleadings for case files (1.0). |
| 2/04/2013 | Jeffrey Gettleman | 6.70 | Telephone conferences and correspond with A Paul and S. Butler re stock trading restrictions (1.3); review plan, disclosure statement and plan exhibits re same (1.1); draft analysis re same (.9); correspond with A. Brniak and T. Schmeling re exhibit 32 to plan (.2); telephone conference with A. Paul re updates to effective date chart (.1); correspond with M. Jones re same (.2); correspond with R. Higgins and R. Finke re Scotts Company adversary order on rule to show cause (1.2); telephone and office conferences with A. Paul re Chakarian adversary proceeding (.5); research re corporate charter issues (.6); correspond with M. Jones re same (.1); review M. Jones' analyses re modification of plan exhibits (.5). |
| 2/04/2013 | Adam C Paul | 1.10 | Conference with J. Gettleman re show cause order (.4); analyze show cause response (.7). |
| 2/04/2013 | Rana Barakat | 7.00 | Legal research re standards for taxing costs of copying briefs and other materials in federal civil appeals (.7); legal research re taxable docket fees in federal civil appeals (.6); legal research re filing fees that are taxable in federal civil appeals (.9); review and analyze case law and rules re same (2.3); draft memorandum re categories of costs that are taxable against the losing party and analyzing deadlines for filing bill of costs in district and circuit courts (2.5). |
| 2/05/2013 | Mike Jones | 3.30 | Review and analyze settlement agreements (1.3); correspond with working group re same (.3); research re plan modifications (.9); review and revise effective date chart (.8). |
| 2/05/2013 | Kimberly K Love | 5.90 | Finalize tagging joint appendix and PPA exhibits cited in Montana/Crown briefing materials (1.4); prepare and organize materials for case files (1.3); prepare and organize various materials requested by J. Donley (1.1); revise and update status of exhibits as requested by R. Barakat (.6); review Garlock briefing materials and tag exhibits cited in such (1.5). |

K&E 25668677.3

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 2/05/2013 | Andrew Brniak | 1.50 | Prepare and compile docketed pleadings re equity securities trading and preliminary injunction issues (1.1); correspond with J. Gettleman re same (.1); prepare and compile plan supplement materials (.2); correspond with J. Gettleman re same (.1). |
| 2/05/2013 | Jeffrey Gettleman | 6.30 | Review and analyze stock trading restrictions issue (1.4); draft analysis re same (1.2); telephone conferences and correspond with A. Paul and S. Butler re same (.9); correspond with A. Brniak re filing of plan supplement (.1); draft Chakarian adversary proceeding statement re show cause order (.6); correspond with A. Paul re same (.2); telephone conference with A. Paul re issues re show cause orders (.2); correspond with A. Paul and M. Jones re BNSF and insurer settlement agreement (.8); analyze issues re same (.6); telephone conference and correspond with R. Higgins and K. Makowski re dismissal of Campbell adversary proceeding (.3). |
| 2/05/2013 | Adam C Paul | .50 | Telephone conference with J. Gettleman re show cause order (.3); telephone conference with J. Wisler re show cause order (.2). |
| 2/05/2013 | Rana Barakat | 2.90 | Conduct research re deadlines for filing bill of costs in district court under FRAP 39 and FRCP 54 in cases where district court is acting as appellate court (1.5); review and revise chart of PPA documents to reflect availability in district court or bankruptcy court dockets or in other public source (1.1); office conference with J. Donley and K. Love re same (.2); correspond with M. Ward re PPA documents cited in Montana/Crown and Overview sections of response brief (.1). |
| 2/05/2013 | John Donley, P.C. | 1.70 | Review and analyze documents relating to Montana dispute re record on appeal (.7); office conferences with K. Love and R. Barakat re same (.7); review various recent pleadings and filings (.2); review correspondence re developments in Garlock discovery appeal (.1). |
| 2/06/2013 | Mike Jones | 2.40 | Review and revise effective date planning chart (1.4); correspond with working group re same (.4); research re plan modification (.6). |
| 2/06/2013 | Kimberly K Love | 4.50 | Finalize review of Garlock briefing materials and tagging of exhibits (3.2); prepare and organize materials for inclusion into case files (1.3). |

A-9

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 2/06/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul re revisions to Chakarian statement (.1); correspond with A. Paul re certificate of incorporation issues (.1); correspond with A. Schlesinger re O'Connell declaration in support of Grace's response to Garlock stay motion (.1). |
| 2/06/2013 | Jeffrey Gettleman | 4.70 | Correspond with M. Jones re edits to effective date chart (.2); review and revise analysis re stock trading restrictions and certificate of incorporation (1.9); office conference correspond with M. Jones re same (.7); telephone conference with K. Crow and M. Jones re same (.4); correspond with K. Crow attaching amended and restated certificate of incorporation (.3); review K. Crow analysis re Article X of certificate of incorporation (.3); legal research re amendment of certificate of incorporation (.8); correspond with A. Paul re revisions to statement in Chakarian case re show cause order (.1). |
| 2/06/2013 | Adam C Paul | .60 | Correspond with J. Gettleman re show cause statement (.2); analyze and revise show cause statement (.4). |
| 2/06/2013 | Keith S Crow, P.C. | .80 | Review charter provision re transfer restrictions and related issues (.6); correspond with client re same (.2). |
| 2/06/2013 | John Donley, P.C. | .40 | Review Montana procedural questions re appeal (.3); correspond with R. Barakat re same (.1). |
| 2/07/2013 | Mike Jones | 2.90 | Review and analyze pleadings re appeal bond (2.3); draft summary re same (.4); correspond with working group re same (.2). |
| 2/07/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul re approval of February 25th hearing agenda (.1); correspond with K. Makowski re same (.1); correspond with K. Makowski re filing and service of same (.1). |
| 2/07/2013 | Jeffrey Gettleman | 1.30 | Correspond with working group re Chakarian statement (.7); review and revise same (.4); correspond with working group re exhibits to Garlock response (.2). |
| 2/07/2013 | Jeffrey Gettleman | 3.10 | Correspond with working group re Scotts and Chakarian adversary cases (1.7); review and revise statement re same (.8); correspond with working group re declaration in support of Garlock response and hearing agenda (.6). |
| 2/07/2013 | Adam C Paul | .50 | Correspond with J. Gettleman re show cause statement (.3); correspond with J. Donley re appeals (.2). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/07/2013 | Rana Barakat | .30 | Review response briefs for description of plan to include in statement re order on rule to show cause re Chakarian adversary proceeding (.2); correspond with J. Gettleman re same (.1). |
| 2/07/2013 | John Donley, P.C. | 2.00 | Review and revise motion to show cause response (.4); correspond with A. Paul re same and J. Wisler's inquiry (.2); review and analyze lender briefing (1.4). |
| 2/08/2013 | Mike Jones | .80 | Correspond with working group re proofs of claim. |
| 2/08/2013 | Kimberly K Love | 9.30 | Prepare and organize materials requested by A. Paul (.4); review files and obtain information requested by L. Esayian re asbestos PD claims (1.7); prepare and organize materials requested by J. Donley re bank lender materials, cases and exhibits (7.2). |
| 2/08/2013 | Jeffrey Gettleman | .30 | Correspond with J. Wisler re filing of Chakarian statement (.1); correspond with K. Makowski re final version of Chakarian statement (.1); correspond with K. Makowski re filing and service of same (.1). |
| 2/08/2013 | Jeffrey Gettleman | 1.30 | Correspond with working group Chakarian statement (.7); review and revise same (.6). |
| 2/08/2013 | Adam C Paul | 1.10 | Telephone conference with J. Donley re status (.3); correspond with J. Wisler and R. Wyron re show cause statement (.4); correspond with J. Donley re lender's brief (.2); analyze lender's brief (.2). |
| 2/08/2013 | John Donley, P.C. | 2.70 | Review and analyze lender reply brief and authorities therein (2.2); correspond with E. Leon, A. Paul and D. Smith re same (.3); telephone conference with A. Paul re same (.2). |
| 2/08/2013 | Lisa G Esayian | .90 | Review lenders' brief. |
| 2/09/2013 | Adam C Paul | 1.60 | Analyze lender brief. |
| 2/09/2013 | John Donley, P.C. | 1.80 | Review and analyze lender briefing. |
| 2/10/2013 | Adam C Paul | .30 | Correspond with J. Donley re lender brief. |
| 2/11/2013 | Mike Jones | 1.10 | Correspond with working group re proofs of claim (.3); review and analyze same (.8). |
| 2/11/2013 | Kimberly K Love | 3.00 | Prepare and organize information requested by R. Barakat re recent filings (.6); review and obtain information re PD materials requested by L. Esayian (1.5); prepare and organize materials from various dockets for inclusion into case files (.9). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/11/2013 | Jeffrey Gettleman | .70 | Correspond with A. Brniak re filings (.1); correspond with A. Paul and M. Jones re effective date chart (.5); correspond with M. Jones re coordination with R. Higgins re 2/25 hearing and talking points for same (.1). |
| 2/11/2013 | Adam C Paul | 1.00 | Telephone conference with R. Wyron re effective date (.5); telephone conference with J. Gettleman re same (.2); correspond with E. Leon re lender brief (.1); correspond with J. Donley re same (.2). |
| 2/11/2013 | Brian T Stansbury | .50 | Review files to ensure compliance with various protective orders. |
| 2/11/2013 | Nia Dukov | .80 | Review lenders' reply brief. |
| 2/11/2013 | John Donley, P.C. | 2.10 | Review and analyze lender briefing (1.7); correspond with E. Leon and A. Paul re same (.4) |
| 2/11/2013 | Eric F Leon, P.C. | 1.30 | Review lender reply brief (.8); legal research re same (.5). |
| 2/12/2013 | Mike Jones | .50 | Office conference with J. Gettleman re effective date planning. |
| 2/12/2013 | Kimberly K Love | 6.80 | Review files for information re various claims and background to such claims as requested by L. Esayian (3.2); review and obtain information re upcoming hearing dates and filing deadlines (1.2); revise and update case calendar with information re upcoming dates and deadlines (.7); review files and obtain materials requested by N. Dukov (1.7). |
| 2/12/2013 | Jeffrey Gettleman | 3.60 | Telephone conference with J. Donley, E. Leon, client and counsel for plan proponents re bi-weekly update call re lenders' reply brief (1.1); correspond with M. Jones re review of draft of effective date chart (.1); review and revise same (.9); office conference with M. Jones re same (.6); review and analyze bank lenders' reply brief (.9). |
| 2/12/2013 | Adam C Paul | 1.10 | Analyze lender reply (.7); telephone conference with ACC and FCR re lender brief (.4). |
| 2/12/2013 | Rana Barakat | .30 | Review and revise chart identifying source of documents in joint appendix and plan proponents' appendix (.2); telephone conference with K. Love re same (.1). |
| 2/12/2013 | Nia Dukov | 6.30 | Research re various arguments in lenders' reply brief. |

A-12

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 2/12/2013 | John Donley, P.C. | 5.50 | Review and analyze lender briefing and authorities cited therein (2.8); telephone conference with client, ACC and FCR re same (1.0); correspond with E. Leon and A. Paul re same (.4); correspond with N. Dukov re next steps and follow-up (.5); telephone conference with E. Leon re analysis of brief and Third Circuit argument prep (.3); review N. Dukov correspondence re follow-up issues (.5). |
| 2/12/2013 | Eric F Leon, P.C. | .80 | Telephone conference with team re lender reply brief. |
| 2/13/2013 | Mike Jones | 2.70 | Correspond with working group re closing adversary proceeding (.6); review and revise effective date chart (1.3); correspond with J. O'Connell re same (.4); correspond with R. Higgins re conflict analysis (.4). |
| 2/13/2013 | Kimberly K Love | 4.00 | Prepare and organize materials for inclusion into case files from various dockets (1.3); prepare and organize materials requested by N. Dukov (.6); review files and obtain insurance policies requested by L. Esayian (2.1). |
| 2/13/2013 | Jeffrey Gettleman | 1.20 | Correspond with M. Jones and R. Higgins re February 25 hearing (.5); telephone conference with R. Higgins re same (.2); office conference with A. Paul re stock trading restrictions issues (.1); correspond with M. Jones re revisions to effective date chart (.1); review Judge's order re Chakarian adversary proceeding (.1); correspond with A. Paul and M. Jones re same (.2). |
| 2/13/2013 | Adam C Paul | 1.40 | Telephone conference with E. Leon re lender brief (.3); analyze lender brief new issues (.9); correspond with J. O'Connell re show cause hearing (.2). |
| 2/13/2013 | Rana Barakat | 5.00 | Review plan proponents' ipso facto arguments in lender response brief (.8); review In re AMR Corp and analyze discussion re validity of ipso facto clauses (1.6); draft memorandum summarizing In re AMR Corp and its impact on plan proponents' argument (2.6). |
| 2/14/2013 | Mike Jones | .80 | Review and revise effective date chart. |
| 2/14/2013 | Mark E Hervey | .50 | Organize case materials and update databases re document retention. |
| 2/14/2013 | Kimberly K Love | 1.10 | Supervise and assist Calendar Court with tracking dates for upcoming hearings and events and changes thereto (.3); prepare and organize materials requested by L. Esayian (.8). |

K&E 25668677.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/14/2013 | Jeffrey Gettleman | 1.90 | Correspond with M. Jones re effective date chart (.9); review and revise same (.6); correspond with working group re Chakarian case (.4). |
| 2/14/2013 | Jeffrey Gettleman | 2.20 | Review plan, research and other documents re tax restrictions and corporate charter (.6); office conference with A. Paul re same (.4); correspond with A. Paul and R. Higgins re adversary case (.5); telephone conference with M. Jones re comments to effective date chart (.3); telephone conference with K. Crow and others re documentation for same (.4). |
| 2/14/2013 | Adam C Paul | 1.70 | Office conference with J. Gettleman re amendment of plan documents (.5); analyze lender response (.7); review correspondence from Zuckerman Spaeder re District Court hearing (.2); correspond with J. Donley re 10-K (.3). |
| 2/14/2013 | Keith S Crow, P.C. | .30 | Review trust agreement (.2); correspond with J. Gettleman re same (.1). |
| 2/14/2013 | John Donley, P.C. | .40 | Review correspondence re Garlock discovery appeals and procedural matters (.3); correspond with K&E team re same (.1). |
| 2/14/2013 | Lisa G Esayian | 1.00 | Review and revise issues re WR Grace audit letter update. |
| 2/15/2013 | Mike Jones | .90 | Research re plan modifications (.6); correspond with working group re same (.3). |
| 2/15/2013 | Jeffrey Gettleman | 2.10 | Correspond with M. Jones re research re plan modifications (.1); review correspondence and materials from M. Jones re same (.7); draft, review and revise memorandum re changes to certificate of incorporation (1.1); office conference with A. Paul re memorandum re same (.2). |
| 2/15/2013 | Adam C Paul | .80 | Analyze appellate issues. |
| 2/15/2013 | Rana Barakat | 1.20 | Review bank lenders' reply brief. |
| 2/15/2013 | John Donley, P.C. | .50 | Review docket entries and pleadings relating to upcoming hearings (.2); correspond with Speights and internal team re extension request (.3). |
| 2/15/2013 | Lisa G Esayian | .60 | Review AMH motion for extension of time re Third Circuit brief (.3); correspond with J. O'Neill re same (.3). |
| 2/15/2013 | Lisa G Esayian | .40 | Correspond with audit letter staff re audit letter update. |
| 2/16/2013 | Jeffrey Gettleman | .10 | Correspond with K. Love re filing of AMH's request for additional time to file reply brief. |

A-14

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 2/16/2013 | Adam C Paul | .50 | Analyze appellate strategy. |
| 2/16/2013 | Rana Barakat | 2.80 | Review AMH's motions for extension of time to file briefs (.9); review orders granting same (.4); draft opposition to AMH's fourth motion for extension of time (1.5). |
| 2/16/2013 | John Donley, P.C. | .30 | Review Speights motion, prior history and draft key points for short reply and correspond with R. Barakat re same. |
| 2/17/2013 | Rana Barakat | 1.60 | Review and revise response to AMH's motion for extension of time to file reply brief. |
| 2/17/2013 | John Donley, P.C. | .30 | Correspond with A. Paul, J. O'Neill, K. Love and R. Barakat re procedural, timing and oral argument issues. |
| 2/18/2013 | Adam C Paul | 1.00 | Analyze and revise 10-K (.5); correspond with J. Donley re same (.2); correspond with R. Barakat and J. Donley re oral argument (.3). |
| 2/18/2013 | Rana Barakat | 4.00 | Review rules re timing and methods for requesting oral argument (.8); draft and revise response to AMH's motion for extension of time to file reply brief (3.2). |
| 2/18/2013 | John Donley, P.C. | 2.80 | Review various pleadings and orders from past week and correspond with team re same (.4); review and revise draft response to AMH motion and correspond with R. Barakat re same (.8); review 10-K draft and correspond with A. Paul re same (.9); review Third Circuit procedural rules and research and draft correspondence to R. Barakat re oral argument (.7). |
| 2/19/2013 | Nate Kritzer | .40 | Review reply briefs of Montana and Crown in Third Circuit appeal. |
| 2/19/2013 | Kimberly K Love | 3.00 | Review, edit and cite check opposition to AMH's notion for extension of time (.9); review files and materials and obtain brief requested by C. Hraban (.6); prepare and organize recently filed materials for inclusion into case files (.8); prepare recently filed materials for distribution to team and client (.7). |
| 2/19/2013 | Jeffrey Gettleman | 1.10 | Correspond with A. Paul and M. Jones re issue for effective date chart (.2); correspond with R. Higgins re creditors' committee's questions re EPA settlement (.1); correspond with A. Paul re NOL (.1); review and revise analysis of same (.3); telephone conference with A. Paul re same (.2); correspond with J. Donley re orders on rule to show cause (.2). |

A-15

K&E 25668677.3

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 2/19/2013 | Jeffrey Gettleman | .20 | Correspond with L. Esayian and R. Higgins re Grace audit letter. |
| 2/19/2013 | Adam C Paul | 2.30 | Analyze and revise AMH response (.3); correspond with J. Donley re same (.2); correspond with M. Shelnitz re effective date issues (.2); analyze appellate replies (.8); analyze recently filed pleadings (.2); analyze plan amendments (.6). |
| 2/19/2013 | Adam C Paul | .20 | Analyze and revise audit response. |
| 2/19/2013 | Rana Barakat | 1.70 | Review and revise response to AMH's motion for extension of time to file reply brief (1.2); telephone conference with local counsel re filing of same (.3); telephone conference with local counsel re timing and procedures for requesting oral argument (.2). |
| 2/19/2013 | Nia Dukov | 4.30 | Legal and fact research re arguments in lenders' reply brief. |
| 2/19/2013 | Katie L Einspanier | .10 | Review J. Donley correspondence re reply. |
| 2/19/2013 | John Donley, P.C. | 5.70 | Review, revise and consult with client and co-plan proponents re objection to AMH motion (1.5); correspond with R. Barakat and J. O'Neill re same (.3); review various recent pleadings and filings (.3); review Garlock discovery appeal pleadings (.2); review and analyze Garlock, Montana and Crown replies and authorities (3.4). |
| 2/19/2013 | John Donley, P.C. | .20 | Review and respond to audit letter update request. |
| 2/19/2013 | Lisa G Esayian | 1.20 | Review Montana and Crown Third Circuit briefs. |
| 2/19/2013 | Lisa G Esayian | 2.80 | Review and analyze bankruptcy court docket since 1/15 and draft audit letter update (2.5); correspond with R. Finke re asbestos PD claims settlement numbers for audit letter response (.3). |
| 2/20/2013 | Nate Kritzer | .40 | Correspond with J. Donley re arguments in Crown and Montana briefs. |
| 2/20/2013 | Kimberly K Love | .90 | Prepare and organize materials requested by R. Barakat (.3); revise and update case calendar (.6). |
| 2/20/2013 | Susan Engel | 2.50 | Review and analyze Third Circuit Montana and Crown reply briefs. |
| 2/20/2013 | Adam C Paul | 2.60 | Analyze reply briefs (1.7); telephone conference with J. Donley re same (.4); analyze ability to amend plan documents (.5). |
| 2/20/2013 | Nia Dukov | 1.00 | Legal and fact research re arguments in lenders' reply brief. |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/20/2013 | John Donley, P.C. | 5.40 | Review and analyze Montana brief and cites (1.6); review and analyze Garlock brief (3.5); review various recent pleadings and filings (.3). |
| 2/20/2013 | Lisa G Esayian | .20 | Correspond with FCR's counsel re certain adversary proceedings. |
| 2/21/2013 | Timothy Schmeling | .80 | Prepare and compile various plan-related materials requested by team. |
| 2/21/2013 | Kimberly K Love | 3.00 | Review files and materials for information re interrogatories as requested by N. Dukov (2.1); prepare and organize materials for inclusion into case files (.9). |
| 2/21/2013 | Susan Engel | .70 | Review Montana brief (.2); correspond with L. Kelleher re same (.5). |
| 2/21/2013 | Jeffrey Gettleman | .20 | Review AMH's request for extension of time to file reply brief (.1); correspond with A. Paul re effective date chart (.1). |
| 2/21/2013 | Adam C Paul | 3.90 | Telephone conference with P. Bentley and J. Donley re lender brief (.7); analyze reply briefs (2.8); telephone conference with M. Shelnitz re amending plan documents (.4). |
| 2/21/2013 | John Donley, P.C. | 3.60 | Review and analyze lender brief, issues and citations (2.4); telephone conference with Kramer Levin, A. Paul and E. Leon re same (.6); telephone conference with A. Paul re same (.2); conduct follow-up diligence, including document review and correspondence with K. Love and N. Dukov (.4). |
| 2/21/2013 | Eric F Leon, P.C. | .60 | Conference with J. Donley, P. Bentley and others. |
| 2/22/2013 | Kimberly K Love | 7.00 | Prepare and organize materials requested by N. Dukov (.4); review files and materials for information re interrogatories and cited documents (6.6). |
| 2/22/2013 | Susan Engel | .20 | Correspond with J. Donley re Montana reply brief. |
| 2/22/2013 | John Donley, P.C. | 1.80 | Review and analyze Third Circuit briefs and supporting materials (1.5); telephone conference with S. Engel re Montana briefing issues (.3). |
| 2/24/2013 | Rana Barakat | 1.10 | Review and analyze Garlock's response to appellees' opening briefs. |
| 2/24/2013 | John Donley, P.C. | 3.70 | Review, analyze and outline issues re Montana reply brief (2.5); review, analyze and outline issues re Garlock (1.2). |
| 2/25/2013 | Kimberly K Love | 1.90 | Review documents for exhibit status (.7); review files and obtain information re various objections to claims (1.2). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/25/2013 | Jeffrey Gettleman | 3.80 | Telephone conference with J. Donley, A. Paul, R. Finke and counsel for plan proponents re analysis of reply briefs (1.2); review and analyze Garlock reply brief (1.1); review and analyze Canada reply brief (.6); review and analyze Montana reply brief (.9). |
| 2/25/2013 | Adam C Paul | 2.10 | Analyze reply briefs (1.0); telephone conference with ACC and FCR re appeal (1.1). |
| 2/25/2013 | Rana Barakat | 4.70 | Review and analyze Garlock's response to appellees' response brief (1.8); office conference with J. Donley re issues raised in Garlock's reply brief and Montana/Crown's reply brief (.4); review Montana and Crown brief re Owens-Corning argument (1.0); confer with case manager re timing for oral argument (.2); prepare for and attend telephone conference with client re Garlock and Montana/Crown reply briefs (1.3). |
| 2/25/2013 | Nia Dukov | .70 | Legal and fact research re various arguments in lenders' reply brief. |
| 2/25/2013 | John Donley, P.C. | 9.60 | Review reply briefs for Montana, Crown, Garlock and lenders and analyze same (2.5); review relevant cases, authorities and joint appendix cites (3.2); outline issues re same (1.7); correspond with N. Dukov re lenders (.3); correspond with R. Barakat re procedural issues, Garlock issues and lender follow-up (.2); office conference with R. Barakat re same (.5); telephone conference with P. Lockwood, R. Wyron, A. Paul, R. Finke and key team re reply briefs (1.2). |
| 2/26/2013 | Timothy Schmeling | 1.40 | Prepare and compile docket precedent re plan of reorganization. |
| 2/26/2013 | Kimberly K Love | 1.50 | Prepare and organize materials requested by A. Paul (.4); prepare and organize recently filed materials for inclusion into case files (.7); prepare and organize recently filed materials for distribution to team and client (.4). |
| 2/26/2013 | Jeffrey Gettleman | .90 | Correspond with A. Brniak re pleadings in Navarro asbestos case (.1); office conference with T. Schmeling re same (.1); review docket re same (.2); review relevant pleadings from Navarro case (.3); correspond with A. Paul re same (.1); correspond with K. Love re filing of AMH reply brief (.1). |
| 2/26/2013 | Adam C Paul | 2.50 | Analyze and revise reply briefs and effective date chart (1.7); analyze lender supplemental authority (.8). |

K&E 25668677.3

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 2/26/2013 | Rana Barakat | 3.20 | Review and analyze authority cited in Garlock' reply brief (1.5); draft summary of authority re same (1.7). |
| 2/26/2013 | Nia Dukov | .80 | Review lenders' notice of supplemental authority. |
| 2/26/2013 | John Donley, P.C. | 2.80 | Analyze AMH and lender appeal issues, briefs and authorities. |
| 2/26/2013 | Lisa G Esayian | 1.90 | Review AMH's Third Circuit reply brief (1.5); correspond with J. Donley re same (.4). |
| 2/27/2013 | Kimberly K Love | 1.50 | Prepare and organize materials and information re AMH as requested by L. Esayian. |
| 2/27/2013 | Jeffrey Gettleman | 1.10 | Correspond with A. Paul re review of draft effective date chart (.1); correspond with M. Jones re same (.1); review and analyze AMH reply brief (.9). |
| 2/27/2013 | Adam C Paul | 2.00 | Analyze reply briefs (1.3); analyze and revise effective date chart (.4); telephone conference with J. Donley re reply briefs (.3). |
| 2/27/2013 | Rana Barakat | 8.50 | Review and analyze authority cited in Garlock' reply brief (2.2); draft summary of authority re same (2.3); draft analysis for Garlock reply (2.7); review transcripts of hearings before the bankruptcy court for Judge Fitzgerald's characterization of the FCR constituency (1.3). |
| 2/27/2013 | Nia Dukov | 1.60 | Legal and fact research re various arguments in lenders' reply brief. |
| 2/27/2013 | John Donley, P.C. | 3.40 | Review and analyze lender brief and supplemental authority (1.1); correspond with D. Blabey, client, A. Paul and E. Leon re same (.4); review and analyze AMH brief (1.4); correspond with L. Esayian re same (.3); review various recent pleadings and filings (.2). |
| 2/27/2013 | Lisa G Esayian | 5.50 | Analyze specific points in AMH's reply brief in comparison to evidence cited in Grace's response (4.0); correspond with K. Love re certain evidence cited in AMH's brief (.5); correspond with J. Donley re AMH brief (.3); telephone conference with R. Finke re AMH brief (.7). |
| 2/28/2013 | Kimberly K Love | 1.00 | Review materials and obtain information re various quotes from AMH reply brief as requested by L. Esayian. |
| 2/28/2013 | Jeffrey Gettleman | 1.40 | Correspond with J. Donley and A. Paul re Grace response to contract rejection in Monitor bankruptcy case (.2); review and analyze response (.2); revise effective date checklist (.5); office conference and correspond with A. Paul re effective date checklist comments (.5). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/28/2013 | Adam C Paul | 1.70 | Analyze and revise chart of effective date tasks (1.4); office conference with J. Gettleman re same (.3). |
| 2/28/2013 | Rana Barakat | 7.90 | Research re trust claim forms (1.5); summarize and critique authority cited in Garlock' reply brief (2.2); review and analyze bankruptcy hearing testimony re FCR constituency (2.0); draft summary of testimony re same and analysis re Garlock's contention (2.2). |
| 2/28/2013 | John Donley, P.C. | .40 | Review numerous recent pleadings, filings, orders and agendas (.3); correspond with J. Gettleman re same (.1). |
| 2/28/2013 | Lisa G Esayian | 1.50 | Analyze AMH issues. |
| | Total: | 332.50 | |

K&E 25668677.3

### Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/01/2013 | Natalie H Keller | .50 | Telephone conference with C. Finke re intercompany agreements (.2); review documents re same (.3). |
| 2/04/2013 | Stephen H Butler | 1.30 | Telephone conference with J. Gettleman re tax issues in plan of reorganization (.2); correspond with T. Maynes and J. Gettleman re same (.8); research re same (.3). |
| 2/05/2013 | Stephen H Butler | .50 | Telephone conference with J. Gettleman re tax issues in stock trading restriction term sheet (.2); correspond with J. Gettleman and T. Maynes re same (.3). |
| 2/20/2013 | Todd F Maynes, P.C. | .30 | Telephone conferences with working group re trading restrictions. |
| 2/21/2013 | Todd F Maynes, P.C. | 1.00 | Telephone conferences with working group re trading restrictions. |
| | Total: | 3.60 | |

A-21