**EXHIBIT B**

K&E 25668677.3

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $63.94 |
| Standard Copies or Prints | $1,352.80 |
| Overnight Delivery | $189.31 |
| Outside Messenger Services | $35.56 |
| Computer Database Research | $16,294.41 |
| **Total:** | **$17,936.02** |

K&E 25668677.3

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 1/02/2013 | 12.31 | West, Computer Database Research, Kritzer, Nathaniel, January 2013 |
| 1/02/2013 | 23.57 | LexisNexis, Computer Database Research, Malloy, Emily, 1/2/2013 |
| 1/07/2013 | 7.86 | LexisNexis, Computer Database Research, Malloy, Emily, 1/7/2013 |
| 1/08/2013 | 31.43 | LexisNexis, Computer Database Research, Malloy, Emily, 1/8/2013 |
| 1/09/2013 | 24.07 | LexisNexis, Computer Database Research, Love, Kimberly, 1/9/2013 |
| 1/10/2013 | 129.09 | West, Computer Database Research, Gott, Jason, January 2013 |
| 1/11/2013 | 24.64 | West, Computer Database Research, Eggert, Mary B., January 2013 |
| 1/11/2013 | 1,066.31 | West, Computer Database Research, Gettleman, Jeffrey, January 2013 |
| 1/11/2013 | 116.92 | LexisNexis, Computer Database Research, Eggert, Mary, 1/11/2013 |
| 1/11/2013 | 39.78 | LexisNexis, Computer Database Research, Love, Kimberly, 1/11/2013 |
| 1/11/2013 | 70.68 | LexisNexis, Computer Database Research, Pascariu, Gianina, 1/11/2013 |
| 1/13/2013 | 34.30 | LexisNexis, Computer Database Research, Love, Kimberly, 1/13/2013 |
| 1/14/2013 | 395.47 | LexisNexis, Computer Database Research, Eggert, Mary, 1/14/2013 |
| 1/14/2013 | 34.30 | LexisNexis, Computer Database Research, Love, Kimberly, 1/14/2013 |
| 1/15/2013 | 8.15 | LexisNexis, Computer Database Research, Miller, Renita, 1/15/2013 |
| 1/16/2013 | 148.12 | West, Computer Database Research, Engel, Susan, January 2013 |
| 1/16/2013 | 34.30 | LexisNexis, Computer Database Research, Love, Kimberly, 1/16/2013 |
| 1/16/2013 | 111.00 | LexisNexis, Computer Database Research, Malloy, Emily, 1/16/2013 |
| 1/17/2013 | 547.12 | West, Computer Database Research, Blake, Marjolaine, January 2013 |
| 1/17/2013 | 180.49 | West, Computer Database Research, Donley, John W., January 2013 |
| 1/17/2013 | 4,012.65 | West, Computer Database Research, Dukov, Nia, January 2013 |
| 1/17/2013 | 2,934.15 | West, Computer Database Research, Malloy, Emily, January 2013 |
| 1/17/2013 | 1.30 | West, Computer Database Research, McMillin, Scott A., January 2013 |
| 1/17/2013 | 259.67 | West, Computer Database Research, Leon, Eric F., January 2013 |
| 1/24/2013 | 2,226.51 | West, Computer Database Research, Love, Kimberly, January 2013 |
| 1/24/2013 | 2,041.53 | West, Computer Database Research, Einspanier, Kathryn, January 2013 |
| 1/31/2013 | 1,705.83 | West, Computer Database Research, Barakat, Rana, January 2013 |
| 1/31/2013 | 52.86 | West, Computer Database Research, Esayian, Lisa G., January 2013 |
| 2/01/2013 | 2.10 | Standard Prints |
| 2/01/2013 | .40 | Standard Prints |
| 2/01/2013 | 6.50 | Standard Prints |
| 2/01/2013 | 3.30 | Standard Prints |
| 2/01/2013 | 6.30 | Standard Prints |
| 2/01/2013 | 12.40 | Standard Prints |
| 2/04/2013 | 10.80 | Standard Prints |
| 2/05/2013 | 26.70 | Standard Prints |

K&E 25668677.3

Case 01-01139-AMC    Doc 30534-2    Filed 04/19/13    Page 4 of 5

| Date | Amount | Description |
|---|---|---|
| 2/05/2013 | 11.10 | Standard Prints |
| 2/05/2013 | 2.20 | Standard Prints |
| 2/05/2013 | 8.00 | Standard Prints |
| 2/05/2013 | 2.20 | Standard Prints |
| 2/06/2013 | 10.00 | Standard Prints |
| 2/06/2013 | 1.20 | Standard Prints |
| 2/06/2013 | .90 | Standard Prints |
| 2/06/2013 | 10.90 | Standard Prints |
| 2/08/2013 | 207.80 | Standard Copies or Prints |
| 2/08/2013 | 3.00 | Standard Copies or Prints |
| 2/08/2013 | 5.10 | Standard Prints |
| 2/08/2013 | 1.40 | Standard Prints |
| 2/08/2013 | 15.10 | Standard Prints |
| 2/08/2013 | 35.56 | Comet Messenger Service Inc, Outside Messenger Services, 300 N. LaSalle, Kimberly K. Love, 2/8/2013 |
| 2/11/2013 | .10 | Standard Prints |
| 2/11/2013 | 10.40 | Standard Prints |
| 2/11/2013 | 545.30 | Standard Prints |
| 2/11/2013 | 14.50 | Standard Prints |
| 2/11/2013 | 20.60 | Standard Prints |
| 2/13/2013 | 189.31 | Federal Express Corporation - Overnight Delivery, Shipment to John Donley, Rio Grande, PR, 2/08/13 |
| 2/18/2013 | 9.40 | Standard Copies or Prints |
| 2/18/2013 | 10.40 | Standard Prints |
| 2/18/2013 | 22.20 | Standard Prints |
| 2/18/2013 | 25.90 | Standard Prints |
| 2/18/2013 | 20.80 | Standard Prints |
| 2/19/2013 | 1.60 | Standard Prints |
| 2/20/2013 | 20.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2013, Tim Schmeling |
| 2/21/2013 | 50.50 | Standard Copies or Prints |
| 2/21/2013 | 4.10 | Standard Prints |
| 2/21/2013 | 4.60 | Standard Prints |
| 2/21/2013 | 7.60 | Standard Prints |
| 2/22/2013 | 132.00 | Standard Copies or Prints |
| 2/26/2013 | 50.50 | Standard Prints |
| 2/26/2013 | 10.50 | Standard Prints |
| 2/26/2013 | 8.90 | Standard Prints |

K&E 25668677.3

| Date | Amount | Description |
|---|---|---|
| 2/26/2013 | 1.60 | Standard Prints |
| 2/26/2013 | 3.90 | Standard Prints |
| 2/26/2013 | 26.70 | Standard Prints |
| 2/28/2013 | 63.94 | Intercall - Third Party Telephone Charges, J. Donley, 2/28/13 |
| 2/28/2013 | 12.50 | Standard Prints |
| 2/28/2013 | 10.80 | Standard Prints |
| Total: | 17,936.02 | |

K&E 25668677.3