# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING QUARTERLY INTERIM FEE APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP FOR FOR THE PERIOD OF OCTOBER 1, 2012, THROUGH DECEMBER 30, 2012

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Interim Fee Application of Orrick, Herrington & Sutcliffe LLP for the Period of October 1, 2012, through December 31, 2012 (the "Application").

## BACKGROUND

1.   Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, Future Claimants' Representative. In the Application, Orrick seeks approval of fees totaling $382,951.50 and expenses totaling $4,642.92 for its services from October 1, 2012, through December 31, 2012 (the "Application Period").

2.   In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2013, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Orrick based upon our review, and we received a response from Orrick, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3.  We noted that the expense detail was missing from Orrick's Application. Orrick supplied its expense detail in response to our request. See Response Exhibit A. Our questions concerning Orrick's expenses are addressed in the following paragraphs.

### Specific Expense Entries

4.  We noted the following travel expense for which more information was needed:

| 10/10/2012 | Travel Expense, Out of Town | Wyron, Richard | $131.23 | VENDOR: Wyron, Richard H.; Invoice #: 101712; Date: 10/25/2012 - dc/dd/s#159186/myp - attd Trust mtg in NY 10/10-11/12 |
|---|---|---|---|---|

In response to our inquiry, Orrick provided the following information concerning this expense:

> 10/10/2012 - $131.23 – Richard Wyron. This amount is the portion allocated to the W. R. Grace case for hotel charges, taxis, parking and mileage (totaling $949.92) incurred in connection with travel to NY for a meeting of FCRs and their counsel. Travel expenses for this trip were allocated among the Grace case (15%) and five other matters.

Orrick subsequently provided the following additional information:

> As requested, below is an itemization of the travel expense in the amount of $949.72.

| | |
|---|---|
| Hotel – Omni Berkshire Place in NY (Note: $619 per night room rate) | $713.81 |
| Meals – 1 person in NY | |
| Dinner – 10/10/12 | $42.93 |
| Breakfast – 10/11/12 | $8.25 |
| Lunch – 10/11/12 | $10.14 |
| Dinner – 10/11/12 | $13.54 |
| Mileage to and from Airport | $26.05 |
| Parking at Airport | $72.00 |
| Taxi from Airport to Meetings | $55.00 |
| Tips | $8.00 |
| **Total** | **$949.72** |
| **15% allocated to Grace** **(Note: The allocation represents $11.23 for meals and $131.23 for other travel)** | **$142.46** |

We have no objection to any of the items listed, with the exception of the $619.00 nightly room rate at the Omni Berkshire Place Hotel in New York City. This rate exceeds our $525.00 recommended "trigger rate" for New York City by $94.00. As the Omni Berkshire Place is a "luxury" hotel,[1] we asked Orrick if it would agree to accept a $14.10[2] reduction for the room rate portion of this expense, to which reduction Orrick agreed. We appreciate Orrick's cooperation and recommend a reduction

---

[1]The Omni Berkshire Place Hotel in New York City is rated 4 ½ stars on the Expedia travel website.

[2]Since only 15% of this expense was billed to the W. R. Grace estate, we recommend that reimbursement of the expense be reduced by 15% of $94.00, or $14.10.

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg FR Orrick 47Q 10-12.wpd

of $14.10 in expenses.

    5.    We noted the following air fare charges for which more information was needed:

| 10/8/2012 | Travel Expense, Air Fare | Wyron, Richard | $759.02 | VENDOR: American Express; Invoice#: 102512; Date: 10/25/2012 - FIRM / PK S#160106 LAWYERS TRAVEL CHARGE ACCT #3XXX-X708-11008 |
|---|---|---|---|---|
| 11/20/2012 | Travel Expense, Air Fare | Wyron, Richard | $759.02 | VENDOR: American Express; INVOICE#: 112512; DATE: 11/25/2012 - FIRM / PK S#161465 LAWYERS TRAVEL |

In response to our inquiry, Orrick provided the following information:

    a.    10/08/12 – $759.02 – Richard Wyron.  This charge is for a round-trip coach air fare to NY for the meeting referred to in paragraph 4.a. above.  This charge similarly should have been allocated 15% to Grace and the balance to other matters.  We will reduce our expenses for this item by 85% of this charge, for a reduction of $645.17.

    b.    11/20/12 – $759.02 – Richard Wyron.  This charge is for a round-trip coach air fare to NY that was cancelled.  The amount of this fare, less the non-refundable $38 booking fee, was refunded and was credited against expenses on our January 2013 fee statement.

We appreciate this information and, consistent with same, recommend a reduction of $645.17 in expenses.[3]

    6.    We noted the following expense for which more information was needed:

| 10/3/2012 | Outside Services | Washington, DC, Office | $161.12 | VENDOR: Bloomberg Finance LP; Invoice#: 5601719377; Date: 10/3/2012 - DC / ID#159322/HR |
|---|---|---|---|---|

In response to our inquiry, Orrick provided the following information:

---

[3] We verified that Orrick gave the estate a credit of $721.02 (for the $759.02 fare less the $38.00 booking fee) on its January 2013 monthly fee application.

10/03/12 - $161.12 – Bloomberg Finance LP.  This charge is for retrieval of a petition for certiorari filed with the United States Supreme Court.  Please note that filings with the Supreme Court are not available on PACER.

We accept Orrick's response and have no objection to this expense.

## CONCLUSION

7. Thus, we recommend approval of $382,951.50 in fees and $3,983.65 in expenses ($4,642.92 minus $659.27) for Orrick's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
  Warren H. Smith
  Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 23rd day of April, 2013.

_____
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

rwyron@orrick.com
dfullem@orrick.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801