**October 2012**

| Date | Description | TKPR Name | Billed Amt | |
|---|---|---|---|---|
| 9/4/2012 | Local Taxi Expense | Frankel, Roger | $53.82 | VENDOR: Red Top Executive Sedan; INVOICE#: 1088711; DATE: 9/15/2012  -  DC-DC\id#158338\mkm-cab service acct. # 6284701 |
| 9/17/2012 | Local Taxi Expense | Frankel, Roger | $51.77 | VENDOR: XYZ; INVOICE#: 1467129; DATE: 9/26/2012  -  NY-NY\id#158535\mkm-VENDOR: XYZ INVOICE#: 1467129 DATE: 9/26/2012  taxi service acct. # 37000 |
| 10/5/2012 | Travel Expense, Air Fare | Frankel, Roger | $236.40 | VENDOR: Frankel, Roger; INVOICE#: 100512D; DATE: 10/10/2012  -  dc/dd/#158590/myp - meet w/ J. Radecki, J. Solganick in Ny - Various Sealed Air issues, Ny 9/4/12 |
| 10/9/2012 | Postage | Fullem, Debra O'Denise | $195.30 | POSTAGE |
| 10/9/2012 | Document Reproduction | Mahaley, Peri N. | $2.60 | 26 Copies |
| 10/9/2012 | Document Reproduction | Fullem, Debra O'Denise | $1.90 | 19 Copies |
| 10/9/2012 | Document Reproduction | Fullem, Debra O'Denise | $75.30 | 753 Copies |
| 9/18/2012 | Express Delivery | Timpani, Michael Steven | $21.40 | VENDOR: Ahmed, Ali; INVOICE#: OHS0079; DATE: 10/1/2012  -  DC-DC\id#158600\mkm-Ace Messenger Service |
| 9/18/2012 | Express Delivery | Timpani, Michael Steven | $32.90 | VENDOR: Ahmed, Ali; INVOICE#: OHS0079; DATE: 10/1/2012  -  DC-DC\id#158600\mkm-Ace Messenger Service |
| 10/3/2012 | Westlaw Research | Felder, Debra | $140.24 | |
| 10/5/2012 | Westlaw Research | Felder, Debra | $67.89 | |
| 10/9/2012 | Lexis Research | Felder, Debra | $114.29 | |
| 10/12/2012 | Westlaw Research | Felder, Debra | $62.33 | |
| 10/8/2012 | Westlaw Research | Felder, Debra | $38.21 | |
| 10/9/2012 | Westlaw Research | Felder, Debra | $273.80 | |
| 10/11/2012 | Westlaw Research | Felder, Debra | $83.74 | |
| 10/19/2012 | Westlaw Research | Fullem, Debra O'Denise | $38.21 | |
| 10/15/2012 | Westlaw Research | Felder, Debra | $71.23 | |
| 10/16/2012 | Westlaw Research | Felder, Debra | $24.49 | |

| Date | Category | Person | Amount | Description |
|---|---|---|---|---|
| 10/10/2012 | Out of Town Business Meals | Wyron, Richard | $11.23 | VENDOR: Wyron, Richard H.; INVOICE#: 101712; DATE: 10/25/2012 - dc/dd/s#159186/myp - attd Trust mtg in NY 10/10-11/12 |
| 10/10/2012 | Travel Expense, Out of Town | Wyron, Richard | $131.23 | VENDOR: Wyron, Richard H.; INVOICE#: 101712; DATE: 10/25/2012 - dc/dd/s#159186/myp - attd Trust mtg in NY 10/10-11/12 |
| 10/3/2012 | Outside Services | Washington, DC, Office | $161.12 | VENDOR: Bloomberg Finance L.P.; INVOICE#: 5601719377; DATE: 10/3/2012 - DC  DC/ID#159322/HR |
| 10/26/2012 | Document Reproduction | Wyron, Richard | $0.20 | 2 Copies |
| 10/16/2012 | Express Delivery | Frankel, Roger | $10.84 | VENDOR: Federal Express Corp INVOICE#: 205476714 DATE: 10/18/2012 |
| 10/11/2012 | Local Taxi Expense | Wyron, Richard | $59.93 | VENDOR: XYZ INVOICE#: 1469252 DATE: 10/17/2012 |
| | | | | |
| **Total** | | | **$ 1,960.37** | |

**November 2012**

| Date | Description | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|
| 10/5/2012 | Outside Services | Washington, DC, Office | $323.90 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32012; DATE: 10/5/2012 - DC-DC\id#159867\mkm-public access to court electronic records 7/01-9/30/2012 acct id OH0272 |
| 10/5/2012 | Outside Services | Washington, DC, Office | $9.30 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32012; DATE: 10/5/2012 - DC-DC\id#159867\mkm-public access to court electronic records 7/01-9/30/2012 acct id OH0272 |
| 10/5/2012 | Outside Services | Washington, DC, Office | $22.00 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32012; DATE: 10/5/2012 - DC-DC\id#159867\mkm-public access to court electronic records 7/01-9/30/2012 acct id OH0272 |
| 10/5/2012 | Outside Services | Washington, DC, Office | $17.70 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32012; DATE: 10/5/2012 - DC-DC\id#159867\mkm-public access to court electronic records 7/01-9/30/2012 acct id OH0272 |
| 10/5/2012 | Outside Services | Washington, DC, Office | $173.30 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32012; DATE: 10/5/2012 - DC-DC\id#159867\mkm-public access to court electronic records 7/01-9/30/2012 acct id OH0272 |
| 10/5/2012 | Outside Services | Washington, DC, Office | $0.20 | VENDOR: Pacer Service Center; INVOICE#: OHO264-Q32012; DATE: 10/5/2012 - DC-DC\id#159876\mkm-Public Access to Court Electronic Records 7/01-9/30/2012 acct. # OH0264 |
| 11/8/2012 | Document Reproduction | Felder, Debra | $4.30 | 43 Copies |
| 10/8/2012 | Travel Expense, Air Fare | Wyron, Richard | $759.02 | VENDOR: American Express; INVOICE#: 102512; DATE: 10/25/2012 - FIRM FIRM / PK  S#160106   LAWYERS TRAVEL CHARGE ACCT #3XXX-X708-11008 |
| 11/20/2012 | Document Reproduction | Fullem, Debra O'Denise | $1.20 | 12 Copies |
| 11/20/2012 | Document Reproduction | Fullem, Debra O'Denise | $199.00 | 1990 Copies |
| 11/20/2012 | Document Reproduction | Fullem, Debra O'Denise | $99.60 | 996 Copies |
| 11/21/2012 | Postage | Fullem, Debra O'Denise | $154.05 | POSTAGE |
| 11/29/2012 | Document Reproduction | Felder, Debra | $0.20 | 2 Pages Printed |
| 11/29/2012 | Document Reproduction | Felder, Debra | $7.00 | 70 Pages Printed |
| 11/29/2012 | Document Reproduction | Felder, Debra | $10.00 | 100 Pages Printed |
| 11/29/2012 | Document Reproduction | Felder, Debra | $18.60 | 186 Pages Printed |
| 11/29/2012 | Document Reproduction | Felder, Debra | $0.20 | 2 Pages Printed |
| 11/15/2012 | Express Delivery | Frankel, Roger | $12.79 | VENDOR: Federal Express Corp INVOICE#: 209144857 DATE: 11/22/2012 |
| **Total** | | | **$ 1,812.36** | |

| December 2012 | | | | |
|---|---|---|---|---|
| Date | Description | TKPR Name | Billed Amt | Narrative |
| 11/30/2012 | Document Reproduction | Reyes, Patricia | $15.00 | 150 Pages Printed |
| 11/30/2012 | Document Reproduction | Reyes, Patricia | $15.00 | 150 Pages Printed |
| 11/20/2012 | Travel Expense, Air Fare | Wyron, Richard | $759.02 | VENDOR: American Express; INVOICE#: 112512; DATE: 11/25/2012 - FIRM FIRM / PK S#161465 LAWYERS TRAVEL CHARGE ACCT #3XXX-X708-11008 |
| 10/16/2012 | Outside Services | Wyron, Richard | $30.00 | VENDOR: CourtCall LLC; INVOICE#: 5201406; DATE: 10/1/2012 - WV WH/ID#161675/HR |
| 10/16/2012 | Outside Services | Frankel, Roger | $30.00 | VENDOR: CourtCall LLC; INVOICE#: 5201398; DATE: 10/1/2012 - WV WH/ID#161675/HR |
| 11/30/2012 | Express Delivery | Frankel, Roger | $21.17 | VENDOR: Federal Express Corp INVOICE#: 210512588 DATE: 12/7/2012 |
| Total | | | $ 870.19 | |