**EXHIBIT A**

**November 2012 Fee Detail**

**Matter 18** **Section 199 Tax Study**

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Benton, Kevin | 11/7/2012 | Assisted Dan Lynes with researching R&D Tax Credit technical issues. | 3 | $350.00 | $1050.00 |
| Wetcher, Andrew D. | 11/8/2012 | WR Grace - call with Rob Levin regarding IRS info request (.3 hours); analysis of agent's information request (.9 hours); support to tax symphony documentation (.3) | 1.5 | $350.00 | $525.00 |
| Lynes, Daniel A. | 11/13/2012 | Review of the IRC Section 199 domestic manufacturing memo (4.00 hours). | 4 | $400.00 | $1600.00 |
| Levin, Rob | 11/19/2012 | IRS Audit - review of 2008 ART information per IRS request. Update of 2008 & 2009 Workpapers for supply and contractor cost reduction per mark. | 2 | $550.00 | $1100.00 |
| Wetcher, Andrew D. | 11/26/2012 | WR Grace - 2011 Section 199 calculation response to emails from Rob Levin (.5 hr) | 0.5 | $350.00 | $175.00 |
| **Total** | | | **11** | | **$4.450.00** |

**Matter 18** **R&D Tax Credit Study**

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 11/1/2012 | R&D project update with Rob Levin of Grant Thornton to discuss status of project (1.70 hours). | 1.7 | $400.00 | $680.00 |
| Lynes, Daniel A. | 11/1/2012 | Review of R&D Project memos (5.5 hours) | 5.5 | $400.00 | $2,200.00 |
| Lynes, Daniel A. | 11/1/2012 | Review of IRS questions related to the R&D tax credit findings for the 2008 and 2009 tax years. (1.50 hours). | 1.5 | $400.00 | $600.00 |
| Levin, Rob | 11/2/2012 | Initial review of R&D tax credit memos. | 4 | $550.00 | $2,200.00 |
| Lynes, Daniel A. | 11/2/2012 | R&D project memo review (4.5 hours). | 4.5 | $400.00 | $1,800.00 |
| Lynes, Daniel A. | 11/5/2012 | Review of R&D project memos (5.50 hours). | 5.5 | $400.00 | $2,200.00 |
| Wagner, Catherine E. | 11/5/2012 | Review of R&D project memos (4 hours). | 4 | $325.00 | $1,300.00 |
| Levin, Rob | 11/6/2012 | Review of 8 2008-2011 R&D tax credit memos. Memos include: Arctic, CBA, Durango, Mite, Impact, Pez, MX, and Verifi. Comments were added and will be cleared by the team. | 8 | $550.00 | $4,400.00 |
| Lynes, Daniel A. | 11/6/2012 | Discussions with Catie Wagner of Grant Thornton on the status of the R&D tax credit project (1.50 hours). | 1.5 | $400.00 | $600.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wagner, Catherine E | 11/6/2012 | Discussions with Dan Lynes of Grant Thornton on the status of the R&D tax credit project (1.50 hours). Review of project memos (1.5 hours) | 3 | $325.00 | $975.00 |
| Levin, Rob | 11/7/2012 | Additional review of the 8 R&D memos prepared to date. | 4 | $550.00 | $2,200.00 |
| Lynes, Daniel A. | 11/7/2012 | Discussion with Rob Levin of Grant Thornton surrounding the IRS' questions of the initial info we gave them. (1.50 hours). | 1.5 | $400.00 | $600.00 |
| Lynes, Daniel A. | 11/7/2012 | Finalization of R&D project memos (6.50 hours). | 6.5 | $400.00 | $2,600.00 |
| Stargel, Andrew L | 11/8/2012 | Reviewed Rob's notes on memos and cleared to extent possible (1.50), communicated with Catie about proper procedures for further review (.50). | 2 | $245.00 | $490.00 |
| Wagner, Catherine E | 11/8/2012 | Discussions with Andrew Stargel regarding memo review and clearing review comments (.7 hours) Further memo review (1.3 hours) | 2 | $325.00 | $650.00 |
| Levin, Rob | 11/9/2012 | 2007 & 2008 R&D tax credit discussion with the IRS. IRS team includes: Mark, Shawn, etc. | 1 | $550.00 | $550.00 |
| Lynes, Daniel A. | 11/9/2012 | Call with Shawn Deutchman of the IRS to discuss IRS questions surrounding info Grant Thornton had given them related to the R&D tax credit project. (1.0 hours). | 1 | $400.00 | $400.00 |
| Stoddard, Joseph | 11/9/2012 | R&D tax credit: call w/ Levin, Lynes, Wagner and IRS representatives re: 2008 R&D tax credit audit to discuss ART QREs for 2008, supplies QRE aggregation methodology, contract research QRE aggregation methodology, and related procedural issues. | 0.9 | $486.00 | $540.00 |
| Wagner, Catherine E | 11/9/2012 | conference call with IRS (1 hour) memos (3 hours) | 4 | $325.00 | $1,300.00 |
| Lynes, Daniel A. | 11/12/2012 | Update Conversations with Rob Levin and Mark Andrus to discuss the status of the Carrollton R&D position. | 1 | $400.00 | $400.00 |
| Wagner, Catherine E | 11/12/2012 | Working with Dan Lynes of Grant Thornton on gathering information requested by the IRS in relation to our R&D tax credit calculation (2.5 hours). | 2.5 | $325.00 | $812.50 |
| Levin, Rob | 11/13/2012 | WR Grace 2008 - 2011 R&D Tax Credit memos review | 8 | $550.00 | $4,400.00 |
| Lynes, Daniel A. | 11/13/2012 | Working with Catie Wagner of Grant Thornton on gathering information requested by the IRS in relation to our R&D tax credit calculation (1.80 hours). | 1.8 | $400.00 | $720.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wagner, Catherine E | 11/13/2012 | WR Grace R&D update meeting with Dan Lynes and Rob Levin of Grant Thornton to discuss the status of the information the IRS requested related to the 2008 and 2009 audit (3 hours). Updated credit calculation for IRS adjustments (1 hour) | 4 | $325.00 | $1,300.00 |
| Lynes, Daniel A. | 11/14/2012 | WR Grace R&D update meeting with Catie Wagner and Rob Levin of Grant Thornton to discuss the status of the information the IRS requested related to the 2008 and 2009 audit (1.10 hours). | 1.1 | $400.00 | $440.00 |
| Lynes, Daniel A. | 11/14/2012 | Review of information prepared by Catie Wagner of Grant Thornton for the IRS related to the 2008 and 2009 R&D tax credit audit (2.50 hours). | 2.5 | $400.00 | $1,000.00 |
| Lynes, Daniel A. | 11/15/2012 | R&D project memo review (1.30 hours). | 1.3 | $400.00 | $520.00 |
| Lynes, Daniel A. | 11/15/2012 | Finalization of R&D business component memos for the R&D tax credit study (3.50 hours). | 3.5 | $400.00 | $1,400.00 |
| Stargel, Andrew L | 11/15/2012 | Completed Taurus (3.0) and PolyTrak II (3.0) memos | 6 | $245.00 | $1,470.00 |
| Wagner, Catherine E | 11/15/2012 | R&D project memo review (6 hours) | 6 | $325.00 | $1,950.00 |
| Goldberg, Walter S | 11/16/2012 | review R&D IRS issue (1.0) | 1 | $650.00 | $650.00 |
| Lynes, Daniel A. | 11/16/2012 | Multiple conversations with Rob Levin surrounding out upcoming meeting with the IRS next week surrounding the R&D tax credit study (1.40 hours). | 1.4 | $400.00 | $560.00 |
| Stargel, Andrew L | 11/16/2012 | Updated deliverable for client (2.0) | 2 | $245.00 | $490.00 |
| Stoddard, Joseph | 11/16/2012 | R&D tax credit assistance and review: correspondence with Levin and Lynes regarding controlled group issue and ART qualified research expenses (.2); review Arctic business component analysis memo (.3); review CBA business component analysis memo (.3); review Durango business component analysis memo (.2); review Mite business component analysis memo (.2); review IMPACT business component analysis memo (.3) | 1.5 | $600.00 | $900.00 |
| Wagner, Catherine E | 11/16/2012 | Deliverable review (2 hours) | 2 | $325.00 | $650.00 |
| Lynes, Daniel A. | 11/19/2012 | Preparation for the R&D meeting with the IRS related to issues surrounding the tax years under audit (4.50 hours). | 4.5 | $400.00 | $1,800.00 |
| Lynes, Daniel A. | 11/19/2012 | Review of additional project memos for the R&D tax credit study (3.50 hours). | 3.5 | $400.00 | $1,400.00 |
| Stargel, Andrew L | 11/19/2012 | Completed RE Substitution Memo (4.0) and Reliance Memo (4.0) | 8 | $245.00 | $1,960.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Stoddard, Joseph | 11/19/2012 | R&D tax credit project review; review the following business component analysis memoranda: PEZ (.3), Preprufe (.2), Resid MX (.2), Verifi (.2). | 0.9 | $486.00 | $540.00 |
| Wagner, Catherine E | 11/19/2012 | R&D project memo review (8 hours) | 8 | $325.00 | $2,600.00 |
| Levin, Rob | 11/20/2012 | IRS meeting with Shawn, Mark, Carlos, etc. to discuss the updated costing model and discussion about supply/contractor. Additional 4 hours spent discussing methodology with Don Teichen and researching the ART 2009 filing. | 8 | $550.00 | $4,400.00 |
| Lynes, Daniel A. | 11/20/2012 | Meeting with the IRS, including Shawn Deutchman, to discuss the status of the R&D tax credit project and answer any questions they had. Attendees also included Rob Levin of Grant Thornton and Don Tichen of WR Grace. (1.1 hours). | 1.1 | $400.00 | $440.00 |
| Lynes, Daniel A. | 11/20/2012 | Working with Rob Levin of Grant Thornton on issues surrounding the inclusion of the ART joining venture into the R&D tax credits under audit (6.00 hours). | 6 | $400.00 | $2,400.00 |
| Lynes, Daniel A. | 11/20/2012 | Research into procedural issues related to claiming the ART portion of the R&D tax credit into WR Grace's computation when the ART credit hadn't been filed on the original return (1.0 hours). | 1 | $400.00 | $400.00 |
| Stargel, Andrew L | 11/20/2012 | Completed Kronos Memo (4.0) and updated WR Grace Deliverable (3.0) | 7 | $245.00 | $1,715.00 |
| Wagner, Catherine E | 11/20/2012 | Continued research to address IRS adjustments (1 hour), update deliverable for IRS (2 hours), R&D project memo review (1 hour) | 4 | $325.00 | $1,300.00 |
| Stargel, Andrew L | 11/21/2012 | Completed ideation projects memo including catalyst, additives and gastalt (4.0) | 4 | $245.00 | $980.00 |
| Wagner, Catherine E | 11/21/2012 | R&D project memo review (1 hour), deliverable feedback to Andrew Stargel (1 hour) | 2 | $325.00 | $650.00 |
| Brown, Joseph | 11/26/2012 | Review of R&D narratives (4.0) | 4 | $600.00 | $2,400.00 |
| Lynes, Daniel A. | 11/26/2012 | Discussions with team re: Carrollton FIN 48 analysis | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 11/26/2012 | Finalization of R&D Project Memos (2.50 hours). | 2.5 | $400.00 | $1,000.00 |
| Wagner, Catherine E | 11/26/2012 | Deliverable review (2 hours), R&D project review (1 hour) | 3 | $325.00 | $975.00 |
| Wagner, Catherine E | 11/27/2012 | Finalization of project memos with hyperlinks to link to deliverable (3 hours) | 3 | $325.00 | $975.00 |
| **Total** | | | **179.20** | | **$70,282.50** |