## EXHIBIT B

## NOVEMBER 2012 EXPENSE DETAIL

| Professional | Date | Description | Cost Code | Amount |
|---|---|---|---|---|
| Lynes, Daniel A. | 11/1/2012 | For ART Planning meeting with Chevron (should have been put in PD) | Meals | $31.74 |
| Lynes, Daniel A. | 11/15/2012 | Flight from Atlanta, GA to Fort Lauderdale, FL, round trip, coach class. Business travel to attend IRS meeting at WR Grace client site. | Airfare | $377.60 |
| Lynes, Daniel A. | 11/19/2012 | Car service to airport to travel to South Florida to attend an IRS meeting at WR Grace Corporate site. From home to ATL airport. One way | Ground Transportation | $73.70 |
| Lynes, Daniel A. | 11/19/2012 | Self- Breakfast while traveling out of town for business in Boca Raton, FL | Meals | $23.59 |
| Lynes, Daniel A. | 11/19/2012 | Self-lunch while traveling out of town for business to Boca Raton, FL | Meals | $15.00 |
| Lynes, Daniel A. | 11/19/2012 | Dinner with 4 people while traveling out of town to Boca Raton, FL for business in Boca Raton, FL | Meals | $170.00 |
| Lynes, Daniel A. | 11/20/2012 | Self-breakfast while traveling out of town for business in Boca Raton, FL | Meals | $22.34 |
| Levin, Rob | 11/20/2012 | Breakfast (self) in Boca Raton Florida for IRS meeting with Shawn, Mark, Carlos, etc. to discuss the updated costing model and discussion about supply/contractor. Additional time spent discussing methodology with Don Teichen and researching the ART 2009 filing. | Meals | $20.36 |
| Lynes, Daniel A. | 11/20/2012 | Lunch with two people while traveling out of town for business in Boca Raton, FL | Meals | $49.45 |
| Lynes, Daniel A. | 11/20/2012 | Dinner with 2 people while traveling out of town for business in Boca Raton, FL | Meals | $90.53 |
| Lynes, Daniel A. | 11/20/2012 | Breakfast with 2 people while traveling out of town for business in Boca Raton, FL. Date incurred was 11-21-12. | Meals | $37.98 |
| Lynes, Daniel A. | 11/20/2012 | Tips for housekeeping and other hotel staff while traveling out of town for business in Boca Raton, FL. | Other | $22.00 |
| Lynes, Daniel A. | 11/21/2012 | Car service home from airport after being out of town for IRS meeting at WR Grace Corporate site. From ATL airport to home. One Way. | Ground Transportation | $73.70 |
| Lynes, Daniel A. | 11/21/2012 | Rental Car while out of town in Boca Raton, FL to attend an IRS meeting at the WR Grace corporate site. | Ground Transportation | $121.02 |
| Lynes, Daniel A. | 11/21/2012 | Hotel (Boca Raton Marriott). 2 nights inclusive of taxes. Out of town travel for IRS meeting at WR Grace corporate site and to work with WR Grace personnel on finalizing the audit of the R&D tax credit. | Lodging | $330.78 |
| Lynes, Daniel A. | 11/21/2012 | Per Diem | Per Diem | $53.00 |
| Levin, Rob | 11/27/2012 | Dinner in Boca Raton, FL with 5 people including Don Teichen, WR Grace Tax director, to discuss the 2008 and 2009 R&D tax credit results, as well as, the 2011 tax credit findings. | Meals | $412.00 |
| Lynes, Daniel A. | 11/27/2012 | Dinner in Atlanta, GA while working lunch on the R&D deliverable with 2 people. | Meals | $39.39 |

| Professional | Date | Description | Cost Code | Amount |
|---|---|---|---|---|
| Levin, Rob | 11/27/2012 | Internet on flight to review deliverables for the 2008 & 2009 R&D tax credit study. | Other | $12.00 |
| Lynes, Daniel A. | 11/29/2012 | Dinner in Atlanta, GA while working lunch on the R&D deliverable with 3 people. | Meals | $67.29 |

| | |
|---|---|
| Total | $2,043.47 |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $377.60 |
| Lodging | $330.78 |
| Rental Car / Ground Transportation | $268.42 |
| Meals | $979.67 |
| Other | $34.00 |
| Per Diem | $53.00 |
| **Total:** | **$2,043.47** |

## ITEMIZED EXPENSES

| Date | Amount | Service Description |
|---|---|---|
| 11/1/2012 | $31.74 | Meals |
| 11/15/2012 | $377.60 | Airfare |
| 11/19/2012 | $73.70 | Ground Transportation |
| 11/19/2012 | $23.59 | Meals |
| 11/19/2012 | $15.00 | Meals |
| 11/19/2012 | $170.00 | Meals |
| 11/20/2012 | $22.34 | Meals |
| 11/20/2012 | $20.36 | Meals |
| 11/20/2012 | $49.45 | Meals |
| 11/20/2012 | $90.53 | Meals |
| 11/20/2012 | $37.98 | Meals |
| 11/20/2012 | $22.00 | Other |
| 11/21/2012 | $73.70 | Ground Transportation |
| 11/21/2012 | $121.02 | Ground Transportation |
| 11/21/2012 | $330.78 | Lodging |
| 11/21/2012 | $53.00 | Per Diem |
| 11/27/2012 | $412.00 | Meals |
| 11/27/2012 | $39.39 | Meals |
| 11/27/2012 | $12.00 | Other |
| 11/29/2012 | $67.29 | Meals |
| Total | **$2,043.47** | |

Total November 2012 Expenses:  $ 2,043.47