**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 23, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11278

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/1/2013 | JAW | Review, revise, update, and make corrections to excel project category database for Tower's 18th-44nd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.8) | 4.80 | 840.00 |
|  | AL | Update database with Kramer's January electronic detail (.1); Bilzin's October through December electronic detail (.2); Alan Rich's February electronic detail (.1) and fee application (.2); Capstone's October through December interim electronic detail (.1) | 0.70 | 56.00 |
| 3/4/2013 | AL | Update database with Sanders' February electronic detail (.1) and fee application (.2); Rich's October through December interim electronic detail (.1); Sanders' October through December interim electronic detail (.1); Hogan's October through December interim electronic detail (.1); Scarfone's October through December interim electronic detail (.1); Lauzon's October through December interim electronic detail (.1); Reed's January electronic detail (.2); receive and review email from B. Ruhlander re Deloitte's IR response (.1); research re same (.3); draft email to B. Ruhlander re same (.1); Orrick's January electronic detail (.2) | 1.70 | 136.00 |
| 3/5/2013 | BSR | Review of Anderson Kill & Olick's Oct. and Nov. 2012 monthly fee applications, as well as fee and expense summaries re same | 0.50 | 155.00 |
|  | JAW | Detailed review of Saul Ewing's January 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Kay Scholer's December 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Ferry Joseph's December 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |

W.R. Grace & Co. Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/5/2013 | JAW | Detailed review of Roger Higgins' December 2012 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | JAW | Detailed review of Roger Higgins' November 2012 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | JAW | Detailed review of Roger Higgins' October 2012 fee application (0.50); draft summary of same (0.20) | 0.70 | 122.50 |
| | JAW | Detailed review of Alan Rich's January 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Judge Sander's January 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | BSR | telephone conference with Lydia Duff at WR Grace re research performed by Beveridge & Diamond | 0.20 | 62.00 |
| | BSR | Review of Beveridge & Diamond's Nov. 2012 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
| | BSR | Review of Blackstone's Oct., Nov. and Dec. 2012 monthly fee applications | 0.30 | 93.00 |
| | BSR | Review of BMC Group's quarterly fee application for the 47th interim period and fee and expense summaries pertaining to same (.3); email to M. John re same (.1) | 0.40 | 124.00 |
| | BSR | Receive and review response of Deloitte Tax to initial report for the 43rd through 46th interim periods | 0.10 | 31.00 |
| | BSR | Draft final report re Deloitte Tax for the 43rd through 46th interim periods | 0.90 | 279.00 |
| 3/6/2013 | BSR | Continue drafting final report re Beveridge & Diamond (.5); email to Warren Smith re same (.2) | 0.70 | 217.00 |
| | BSR | E-mail to Beveridge & Diamond re final report (46Q) | 0.10 | 31.00 |
| | BSR | Continue drafting omnibus final report for the 46th interim period | 0.40 | 124.00 |
| | WHS | Detailed review of, and revisions to, FR Deloitte Tax 46Q 10.11-9.12 | 0.30 | 100.50 |
| | WHS | Detailed review of, and revisions to, FR Beveridge 46Q 7-9.12 | 0.30 | 100.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Pipper's 20th-34th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.8) | 2.80 | 490.00 |
| | BSR | E-mail to Deloitte Tax re final report (43rd through 46th interim periods) | 0.10 | 31.00 |

W.R. Grace & Co. Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/6/2013 | AL | Receive and review email from B. Ruhlander re Deloitte Tax 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Receive and review email from B. Ruhlander re Revised Deloitte Tax 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Receive and review email from B. Ruhlander re Beveridge's 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Receive and review email from B. Ruhlander re Revised Beveridge's 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Campbell's January electronic detail (.2); AKO's January electronic detail (.2); Caplin's January electronic detail (.2); Charter's January electronic detail (.1); Pachulski's January electronic detail (.1) | 2.40 | 192.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Dies' 22nd interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.3) | 0.30 | 52.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Bowe's 20th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.3) | 0.30 | 52.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Orrick's 20th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (4.8) | 4.80 | 840.00 |
| 3/7/2013 | AL | Update database with Higgins' October through December interim electronic detail | 0.20 | 16.00 |
| | AL | Receive and review email from W. Smith re approval of Omnibus 46th Q FR (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of same (.3); draft email to B. Ruhlander re service of same (.1) | 0.80 | 64.00 |
| | AL | Receive and review B Ruhlander email re WHSA's 46th interim fee application (.2); review of same (.4); draft email to B. Ruhlander re same (.1); receive and review email from B. Ruhlander re docket number (.1); draft email to B. Ruhlander re same (.1) | 0.90 | 72.00 |
| | BSR | Continue drafting fee and expense recommendation chart for 46th interim fee order | 1.00 | 310.00 |
| | BSR | E-mail to applicants regarding omnibus final report for the 46th interim period | 0.30 | 93.00 |
| | WHS | Detailed review of omnibus final report 46Q 7-9.12 | 0.30 | 100.50 |

W.R. Grace & Co.                                                                                                           Page     4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/7/2013 BSR | Continue drafting omnibus final report for the 46th interim period | | 1.20 | 372.00 |
| AL | Receive and review email from B. Ruhlander re Omnibus' 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1) | | 0.40 | 32.00 |
| BSR | Review of most recent version of draft project category spreadsheet for the 46th interim period (.6); email to James Wehrmann re same (.3) | | 0.90 | 279.00 |
| JAW | Review, revise, update, and make corrections to excel project category database for Charter's 26th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.0) | | 2.00 | 350.00 |
| JAW | Review, revise, update, and make corrections to excel project category database for Forman's 24th - 26th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (0.6) | | 0.60 | 105.00 |
| JAW | Review, revise, update, and make corrections to excel project category database for Socha's 24th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.2) | | 0.20 | 35.00 |
| JAW | Review, revise, update, and make corrections to excel project category database for Norton f/k/a Ogilvy's 24th-44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (3.9) | | 3.90 | 682.50 |
| JAW | Review, revise, update, and make corrections to excel project category database for Sullivan's 22nd-29th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.3) | | 1.30 | 227.50 |
| JAW | Review, revise, update, and make corrections to excel project category database for Speight's 20th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.4) | | 0.40 | 70.00 |
| 3/8/2013 BSR | Review of revisions made by James Wehrmann to most recent version of project category spreadsheet (.7); telephone conference with James Wehrmann re same (.1) | | 0.80 | 248.00 |
| AL | receive and review email from J. Wehrmann re 46th interim project category spreadsheet (.1); review of same (1.8); update database with same (.1) | | 2.00 | 160.00 |

W.R. Grace & Co.                                                                                                           Page     5

|          |     |                                                                                                                                                                                                                                                                                                                 | Hours | Amount |
|----------|-----|-----|---|---|
| 3/8/2013 | JAW | Per discussion with B. Ruhlander confirm that totals advance correctly from 45th to 46th interim periods for all applicants involves reviewing totals from project categories in 45th interim and confiirming formulas adjust and properly update amounts in the 46th interim period (3.80) | 3.80 | 665.00 |
|          | JAW | Review, revise, update, and make corrections to excel project category database for Fragomens' 25th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.6) | 1.60 | 280.00 |
|          | JAW | Review, revise, update, and make corrections to excel project category database for Deloitte Tax's 27th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.2) | 0.20 | 35.00 |
|          | JAW | Review, revise, update, and make corrections to excel project category database for Perkin's 26th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.2) | 0.20 | 35.00 |
|          | JAW | Continue to review, revise, update, and make corrections to excel project category database for Charter's 26th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.60) | 1.60 | 280.00 |
|          | JAW | Review of e-mail from B. Ruhlander re: 46th interim spreadsheet (0.10); make revisions to Beveridge (0.30); Deloitte Tax (0.20), and Karl Hill (0.10) based on questions in e-mail (0.10); e-mail to B. Ruhlander revised 46th interim spreadsheet (0.10); t/c with B. Ruhlander regarding 46th and 45th interim spreadsheet issues (0.10) | 1.00 | 175.00 |
| 3/9/2013 | BSR | Research server and docket for monthly fee applications for the period of Oct. through Dec. 2012 | 0.40 | 124.00 |
|          | BSR | Review of Roger Higgins' December 2012 monthly fee application, fee and expense summary re same, and quarterly fee application for the 47th interim period | 0.40 | 124.00 |
|          | BSR | Detailed review of Phillips Goldman and Spence's Oct., Nov., and Dec. 2012 monthly fee applications and quarterly fee application for the 47th interim period | 0.40 | 124.00 |
| 3/11/2013 | AL | receive and review email from J. Wehrmann re 46th interim project category spreadsheet (.1); review of same (1.5); update database with same (.1) | 1.70 | 136.00 |

W.R. Grace & Co.             Page   6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/11/2013 | AL | Update database with Casner's January electronic detail (.1); Ferry's December CNO (.1); Ferry's January electronic detail (.2); Phillips' December CNO (.1) | 0.50 | 40.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Tre Angeli's 28th - 34th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.3) | 1.30 | 227.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Lawson's 26th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.2) | 0.20 | 35.00 |
| | JAW | Continue to review, revise, update, and make corrections to excel project category database for Fragomens' 25th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.2) | 2.20 | 385.00 |
| | JAW | Continue to review and confirm totals advance correctly from 45th to 46th interim periods for all applicants involves reviewing totals from project categories in 45th interim and confiirming formulas adjust and properly update to the 46th interim (4.60); e-mail revsied 46th interim spreadsheet to B. Ruhlander for review (0.10) | 4.70 | 822.50 |
| 3/12/2013 | BSR | Review of most recent version of project category spreadsheet for the 46th interim period (1.8): emails to James Wehrmann re same (.4) | 2.20 | 682.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Judge Sander's 31th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.2) | 2.20 | 385.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Alan Rich's 31th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.6) | 2.60 | 455.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Morrison's 25th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.2) | 0.20 | 35.00 |

W.R. Grace & Co.          Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/12/2013 | JAW | Review of e-mail from B. Ruhlander re: further revisions to 46th interim spreadsheet (0.20); make revisions to Goodwin Proctor (0.3); PwC Global Restructuring (0.3); Warren Smith (0.2), and Steptoe (0.3), and Beveridge and Diamond (0.1) | 1.40 | 245.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Bear Higgin's 31th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.4) | 2.40 | 420.00 |
| 3/13/2013 | BSR | E-mails (2) to debtor's counsel re fee and expense recommendation chart for the 46th interim period | 0.20 | 62.00 |
| | BSR | Continued review of project category spreadsheet for the 46th interim period (.5); telephone conference with James Wehrmann re same (.1); emails to Anthony Lopez re same (.2); final review of spreadsheet (.3) and email to debtor's counsel re same (.1) | 1.20 | 372.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Lincoln's 33rd - 43rd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.8) | 1.80 | 315.00 |
| | JAW | E-mail to B. Ruhlander forwarding revised 46th interim spreadsheet (0.1) | 0.10 | 17.50 |
| | JAW | Review of attorney fee and expense issues for Canadian ZAI Claimants includes review of PACER for docket entries regarding the withdrawal of the 1st interim fee application and the refiling of same as a Motion for an Adminstrative Expense (0.5); e-mail B. Ruhlander re: this issue and if Claimants need to be on the WRGrace spreadsheet (0.1); review e-mail from B. Ruhklander regarding same (0.1) | 0.70 | 122.50 |
| | JAW | telephone conference with B. Ruhlander re: 46th interim spreadsheet (0.10) | 0.10 | 17.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for PwC ASP's 32nd interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.2) | 0.20 | 35.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for PwC Darex's 29th - 42nd interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.2) | 1.20 | 210.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Venable's 31st - 37th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with | 1.00 | 175.00 |

W.R. Grace & Co.          Page    8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | amounts requested in the interim fee applications making formula corrections as needed (1.0) | | |
| 3/13/2013 | JAW | Review, revise, update, and make corrections to excel project category database for Hilton's 34th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.1) | 0.10 | 17.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Saul Ewing's 33rd - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (2.1) | 2.10 | 367.50 |
| | AL | Update database with Reed's January fee application (.2); Campbell's January fee application (.2); AKO's January fee application (.2); Charter's January fee application (.2); Caplin's January fee application (.2); Orrick's January fee application (.2); BMC's January fee application (.2); Casner's January fee application (.2); receive and review email from B. Ruhlander re 46th interim project category spreadsheet (.1); draft revisions to same (.5); update database with same (.1); draft email to B. Ruhlander re same (.1); Foley's January fee application (.2); Kramer's January fee application (.2); Higgins' January fee application (.2); Stroock's January fee application (.2); Bilzin's October through December interim fee application (.1); Capstone's October through December interim fee application (.1); Stroock's October through December interim fee application (.1); receive and review email from B. Ruhlander re 46th interim fee and expense chart (.1); review of same (.2); update database with same (.1) | 3.90 | 312.00 |
| 3/14/2013 | JAW | Review, revise, update, and make corrections to excel project category database for Scarfone's 36th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.5) | 1.50 | 262.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Hogan Firm's 36th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.6) | 1.60 | 280.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Lauzon's 36th - 44th interim periods. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee applications making formula corrections as needed (1.5) | 1.50 | 262.50 |
| | JAW | Review, revise, update, and make corrections to excel project category database for Karl Hill's 31st - 41st interim periods. Confirm project category fee totals as well as expense totals previously entered in database with | 0.40 | 70.00 |

W.R. Grace & Co.     Page 9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | amounts requested in the interim fee applications making formula corrections as needed (0.4) | | |
| 3/14/2013 | JAW | Review, revise, update, and make corrections to excel project category database for PwC COP's 40th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.6) | 0.60 | 105.00 |
| | JAW | Review, revise, update, and make corrections to excel project category database for PwC SSP's 40th interim period. Confirm project category fee totals as well as expense totals previously entered in database with amounts requested in the interim fee application making formula corrections as needed (0.2) | 0.20 | 35.00 |
| | AL | Update database with K&E's January electronic detail | 0.20 | 16.00 |
| | AL | Research Pacer re objections to WHSA's January fee application (.4); draft of WHSA's January CNO (.5); update database with same (.1); electronic filing with the court of WHSA's January CNO (.3) | 1.30 | 104.00 |
| 3/18/2013 | AL | Update database with Ferry's January fee application (.2); Capstone's January electronic detail (.1);Casner's January fee application (.2); K&E's January fee application (.2); Ferry's October through December fee application (.2) | 0.90 | 72.00 |
| 3/19/2013 | BSR | Receive and review hearing agenda for April 2 hearing (.2) | 0.20 | 62.00 |
| | JAW | Review of several e-mails from B. Ruhlander re: issues w/Stroock travel fees in connection w/46th interim spreadsheet (0.50); research Stroock travel fee issue (2.10); make corrections to 46th interim spreadsheet based upon results of research (0.10); e-mail to B. Ruhlander re: results of research (0.10); several t/c's w/B. Ruhlander re: Stroock travel fees issue and 46th interim spreadsheet (0.20) | 3.00 | 525.00 |
| | BSR | Receive, review and respond to email from David Mohammed at Stroock re project category spreadsheet (.1); telephone conferences (2) with James Wehrmann re same (.1); telephone conference with Patty Cuniff at Pachulski re project category spreadsheet (.1) | 0.30 | 93.00 |
| | WHS | Receive and review agenda | 0.10 | 33.50 |
| | AL | Research pacer re hearing agenda for April 2, 2013 (.4); update database with same (.1); update database with Hogan's February electronic detail (.2); Scarfone's February electronic detail (.1); Lauzon's February electronic detail (.2); receive and review email from B. Ruhlander re April 2 hearing agenda (.1); update database with same (.1); receive and review email from B. Ruhlander re additional documents to April 2 hearing agenda (.1); update database with same (.2) | 1.50 | 120.00 |

W.R. Grace & Co.  Page   10

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 3/20/2013 | WHS | Receive and review amended agenda | 0.10 | 33.50 |
| | BSR | Receive and review amended hearing agenda (.2) and respond to email from Warren Smith re same (.1) | 0.30 | 93.00 |
| 3/21/2013 | BSR | Receive and review email from Warren Smith re fees billed in case by WHSA (.1); telephone conference with James Wehrmann re same (.1); left detailed voice mail message for Warren Smith re same (.1) | 0.30 | 93.00 |
| | JAW | Detailed review of Caplin's January 2013 fee application (1.60); draft summary of same (0.60) | 2.20 | 385.00 |
| | JAW | Detailed review of Charter Oak's January 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Anderson Kill's January 2013 fee application (1.30); draft summary of same (0.10) | 1.40 | 245.00 |
| | JAW | Detailed review of Campbell's January 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | JAW | Detailed review of Reed Smith's January 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | JAW | Detailed review of Stroock's January 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Higgins' January 2013 fee application (1.00); draft summary of same (0.10) | 1.10 | 192.50 |
| | AL | Update database with Ferry's January (.1) and February (.1) electronic detail; Ewing's January CNO (.1) | 0.30 | 24.00 |
| 3/22/2013 | BSR | telephone conference with Warren Smith re April 2 fee hearing cancellation and status of fee order | 0.10 | 31.00 |
| | JAW | Detailed review of Kramer Levin's January 2013 fee application (1.10); draft summary of same (0.80) | 1.90 | 332.50 |
| | JAW | Detailed review of Foley's January 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Casner's January 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Austern's January 2013 fee application (1.20); draft summary of same (0.50) | 1.70 | 297.50 |
| | JAW | Detailed review of BMC Group's January 2013 fee application (0.70); draft summary of same (0.10) | 0.80 | 140.00 |

W.R. Grace & Co. Page 11

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/22/2013 | AL | Update database with Phillips' January CNO (.1); Beveridge's January electronic detail (.1) | 0.20 | 16.00 |
| | AL | Draft of WHSA's February fee application (1.8); update database with same (.2); draft email to J. Wehrmann re approval of same (.1) | 2.10 | 168.00 |
| 3/25/2013 | AL | Update database with Phillips' February electronic detail (.1); Orrick's February electronic detail (.1) | 0.20 | 16.00 |
| | AL | Receive and review email from J. Wehrmann re revisions to WHSA's February fee application (.1); Revise WHSA's February Fee Application (1.2); update database with revised invoice (.2); draft email to J. Wehrmann re review of same (.1) | 1.60 | 128.00 |
| | JAW | Proofread Warren H. Smith's February 2013 fee statement and Notice of Filing (0.8); e-mail to A. Lopez regarding any revisions need to same (0.20) | 1.00 | 175.00 |
| 3/26/2013 | JAW | Review revisions made to Warren H. Smith's February 2013 fee statement and Notice of Filing (0.2); e-mail to A. Lopez regarding further revisions to same (0.10) | 0.30 | 52.50 |
| | AL | Receive and review email from J. Wehrmann re revisions to WHSA's February fee application (.1); Revise WHSA's February Fee Application (.5); update database with revised invoice (.2); draft email to J. Wehrmann re review of same (.1) | 0.90 | 72.00 |
| | AL | Receive and review email from J. Wehrmann re WHSA's February fee application (.1); draft email to W. Smith re approval of WHSA's fee application (.1) | 0.20 | 16.00 |
| | BSR | Review of WHSA's draft Feb. 2013 monthly fee application | 1.00 | 310.00 |
| | AL | Update database with Kramer's February electronic detail | 0.10 | 8.00 |
| 3/27/2013 | AL | receive and review email from W. Smith re revisions to be made to WHSA's February fee application (.1); Revise same (.9); update database with same (.2); draft email to W. Smith re approval (.1) | 1.30 | 104.00 |
| | AL | Update database with Hogan's January CNO (.1); Scarfone's January CNO (.1); Lauzon's January CNO (.1) | 0.30 | 24.00 |
| 3/28/2013 | AL | update database with Hoag's February electronic detail (.1); Higgins' February electronic detail (.1); Ewing's February electronic detail (.1); Blackstone's January fee application (.2); Capstone's January fee application (.2); Ewing's February fee application (.2); Beveridge's October through December fee application (.2) | 1.10 | 88.00 |
| | BSR | Detailed review of Campbell & Levine's Oct. 2012 monthly fee application (.3); review of Campbell & Levine's Nov. and Dec. 2012 monthly fee applications and fee and expense summaries re same (.3); review of quarterly fee application for the 47th interim period (.1) | 0.70 | 217.00 |

W.R. Grace & Co.     Page 12

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/28/2013 | BSR | Review of BMC's October, November and Dec. 2012 monthly fee applications and fee and expense summaries re same, as well as quarterly fee application for the 47th interim period | 0.70 | 217.00 |
| | BSR | Review of Blackstone's quarterly fee application for the 47th interim period (monthlies previously reviewed) | 0.10 | 31.00 |
| | BSR | Review of Bilzin Sumberg's quarterly fee application for the 47th interim period (monthly fee applications previously reviewed) | 0.10 | 31.00 |
| | BSR | Review of Bilzin Sumberg's Dec. 2012 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
| | BSR | Review of Beveridge & Diamond's Dec. 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for the 47th interim period | 0.50 | 155.00 |
| | BSR | Review of Anderson Kill & Olick's Dec. 2012 monthly fee application and fee and expense summary re same (.5); review of AKO's quarterly fee application for the 47th interim period (.1) | 0.60 | 186.00 |
| 3/29/2013 | AL | Update database with Foley's February fee application (.2); Bilzin's January fee application (.2); Kramer's January electronic detail (.1); Bilzin's February fee application (.2); Reed's February electronic detail (.1); Higgins' February fee application (.2); Beveridge's January fee application (.2); Casner's February electronic detail (.1) | 1.30 | 104.00 |
| | BSR | Review of Casner & Edwards' Dec. 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for the 47th interim period | 0.30 | 93.00 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | BSR | Review of Capstone's Dec. 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for the 47th interim period | 0.40 | 124.00 |
| | AL | Receive and review email from J. Wehrmann re summaries (.1); update database with Higgins' December (.1) Higgins' November (.1) Higgins' October (.2) AKO's January (.1) BMC's January (.1) Campbell's January (.1) Caplin's January (.2) Casner's January (.1) Charter's January (.1) Foley's January (.1) Higgins' January (.2) Kramer's January (.2) Orrick's January (.1) Reed's January (.2) Rich's January (.1) Sanders' January (.1) Ewing's January (.1) and Stroock's January (.1) fee and expense summaries; update database with Stroock's February electronic detail (.1) | 2.50 | 200.00 |
| | BSR | Review of Caplin & Drysdale's Nov. and Dec. 2012 monthly fee applications and fee and expense summaries re same, as well as quarterly fee application for the 47th interim period (.5); email to Rita Tobin re same (.1) | 0.60 | 186.00 |

W.R. Grace & Co.                                                                                                                          Page    13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/29/2013 | BSR | Review of Deloitte Tax's Oct. 2012 monthly fee application and fee and expense summary re same (.1) and November 2012 monthly fee application and expense summary re same (.2); research server and docket for Deloitte Tax's quarterly fee application (.2) | 0.50 | 155.00 |
|  | BSR | Review of Charter Oak's Nov. 2012 monthly fee application and fee and expense summary re same (.1); December 2012 monthly fee application and fee and expense summary re same (.1); and quarterly fee application for the 47th interim period (.1) | 0.30 | 93.00 |
| 3/31/2013 | BSR | Research server and docket for any applications filed by Grant Thornton for the 47th interim period | 0.20 | 62.00 |
|  | BSR | E-mail to James Wehrmann re Ferry Joseph Dec. 2012 fee summary; research server for same | 0.10 | 31.00 |
|  | BSR | Review of Ferry Joseph's Oct. 2012 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |

**For professional services rendered**                                                                             **132.00    $23,106.50**

Additional Charges :

| 3/30/2013 | Third party copies & document prep/setup. | 442.64 |
|---|---|---|
|  | Copying cost | 21.50 |
|  | FedEx | 48.73 |
|  | PACER Charges | 50.20 |

**Total additional charges**                                                                                                              **$563.07**

**Total amount of this bill**                                                                                                           **$23,669.57**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 31.20 | 80.00 | $2,496.00 |
| Bobbi S. Ruhlander | 20.70 | 310.00 | $6,417.00 |
| James A. Wehrmann | 79.00 | 175.00 | $13,825.00 |
| Warren H Smith | 1.10 | 335.00 | $368.50 |