**EXHIBIT A**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

**INVOICES FOR THE TIME PERIOD**

**MARCH 1-31, 2013**



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

**David Austern, Futures Claims Representative for**
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 12, 2013
Client No. 17367
**Revised Invoice No. 1416384**
**Replaces Invoice No. 1414327**

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through March 31, 2013 in connection with the matters described on the attached pages:    $    72,632.00

DISBURSEMENTS as per attached pages:        468.67

**TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount):    $    73,100.67

Matter(s): 17367/11, 13, 15, 7, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$177,470.69
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP
Lockbox #774619
4619 Solutions Center
Chicago, IL 60677-4006
Reference: 17367/ Invoice: 1416384 | *ACH & Wire Transfers:*
**ABA Number 121000248**
**SWIFT CODE: WFBIUS6S**
**Account Number: 4123701088**
Wells Fargo
420 Montgomery Street
San Francisco, CA 94104
*Account of*
Orrick, Herrington & Sutcliffe LLP
*Reference: 17367/ Invoice: 1416384*
E.I.N. 94-2952627 | Orrick, Herrington & Sutcliffe LLP
c/o Wells Fargo
Attn: Lockbox #774619
350 East Devon Avenue
Itasca, IL 60143
(213) 614-3248
Reference: 17367/ Invoice: 1416384 |



**ORRICK**

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042

April 12, 2013  
Client No. 17367  
Invoice No. 1416384

Orrick Contact: Roger Frankel

For Legal Services Rendered Through March 31, 2013 in Connection With:

Matter: 7 - Insurance Matters

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/08/13 | R. Frankel | Review updated insurance chart from P. Mahaley (.4); review trust asset valuations (.4). | 0.80 |
| 03/19/13 | P. Mahaley | Analyze new figures from ACC re potential settlement with insurers. | 0.30 |

|  |  |
|---|---|
| Total Hours | 1.10 |
| Total For Services | $995.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.80 | 995.00 | 796.00 |
| Peri N. Mahaley | 0.30 | 665.00 | 199.50 |
| Total All Timekeepers | 1.10 | $905.00 | $995.50 |

**Total For This Matter**      **$995.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

April 12, 2013  
Invoice No. 1416384

For Legal Services Rendered Through March 31, 2013 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/01/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/04/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/04/13 | R. Frankel | Prepare detailed issues list re AMH appeal. | 2.10 |
| 03/04/13 | R. Frankel | Telephone conference with E. Inselbuch re Sealed Air issues (.1); prepare notes re same (.1). | 0.20 |
| 03/04/13 | R. Frankel | Confer with R. Wyron re AMH Reply Brief (.2); review issues re early effective date (.4). | 0.60 |
| 03/05/13 | R. Wyron | Confer with R. Frankel re FCR (.3); follow up with D. Austern (.2); continue review of reply briefs (.8) | 1.30 |
| 03/05/13 | R. Frankel | Continue to prepare notes re appeal issues - Montana, Canada. | 1.40 |
| 03/06/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/06/13 | R. Frankel | Review proposed federal legislation regarding 524g trusts and review revised White Paper and related e-mails re same. | 0.90 |
| 03/06/13 | R. Frankel | Review files regarding overall issues for argument. | 1.20 |
| 03/07/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding acknowledgement of appeal form to be prepared for R. Frankel. | 0.20 |
| 03/07/13 | D. Felder | Review Third Circuit appeal docket and recently filed correspondence (.5); e-mail correspondence with Plan Proponents regarding same (1.0); review Third Circuit Rules and internal operating procedures and e-mail correspondence with R. Frankel, M. Hurford, J. Donley, and J. O'Neill regarding same (1.0); e-mail correspondence with D. Fullem regarding same (.3); review acknowledgment form filed by Bank Lenders (.1). | 2.90 |
| 03/07/13 | R. Frankel | Review and consider 3rd Circuit letter (.5); e-mails regarding same (.3); review 3rd Circuit Internal Operating Procedures (.6). | 1.40 |
| 03/07/13 | R. Frankel | Review USDC opinion of Judge Stark regarding Garlock access to 2019 statements. | 1.70 |
| 03/08/13 | D. Fullem | Prepare draft of acknowledgement form for R. Frankel; send to D. Felder for review. | 0.50 |
| 03/08/13 | D. Fullem | Review recently filed pleadings. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 3

April 12, 2013  
Invoice No. 1416384

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/08/13 | R. Frankel | Review marked asbestos draft legislation and series of e-mails from A. McMillan regarding same. | 0.90 |
| 03/08/13 | R. Frankel | Review Garlock issues regarding balancing test, fair and equitable doctrine (1.1); prepare notes in preparation for conference call (.8). | 1.90 |
| 03/11/13 | D. Fullem | Review acknowledgement forms filed by other parties in the appeal cases; confer with D. Felder regarding same. | 0.60 |
| 03/11/13 | D. Fullem | Review e-mail from R. Frankel and research opinions. | 0.40 |
| 03/11/13 | D. Felder | Telephone conference with M. Hurford regarding Third Circuit acknowledgment form (.2); follow-up e-mail correspondence with M. Hurford, J. O'Neill and D. Fullem regarding same (.3); review Third Circuit docket regarding same (.4). | 0.90 |
| 03/11/13 | R. Wyron | Review 3rd Circuit pleading issues and respond to e-mails re same. | 0.40 |
| 03/11/13 | R. Frankel | Prepare notes regarding Garlock brief, issues in preparation for call with plan proponents. | 1.60 |
| 03/12/13 | D. Fullem | Review e-mails from other counsel regarding acknowledgement form; review e-mails from D. Felder and prepare form for R. Frankel. | 1.00 |
| 03/12/13 | D. Felder | Telephone conference with Plan Proponents and Grace regarding reply briefs and Third Circuit update (1.7); e-mail correspondence with M. Hurford, J. O'Neill and D. Fullem regarding Third Circuit acknowledgment form (.5); review and revise draft from D. Fullem regarding same and follow-up (.6). | 2.80 |
| 03/12/13 | R. Wyron | Telephone conference re strategy, status and AMH with Grace team, and follow-up re same. | 1.90 |
| 03/12/13 | R. Frankel | Review briefs in preparation for plan proponent conference call. | 0.90 |
| 03/12/13 | R. Frankel | Telephone conference among J. Donley, A. Paul, R. Wyron, P. Lockwood re 3rd circuit appeal, oral argument. | 1.80 |
| 03/12/13 | R. Frankel | Review Congoleum case in connection with fair and equitable test, balancing test. | 1.20 |
| 03/12/13 | R. Frankel | Review Dow Corning 6th Circuit case. | 0.60 |
| 03/13/13 | D. Fullem | Review several e-mails from D. Felder and other counsel regarding completion of acknowledgement form; review e-mails from D. Felder and R. Frankel regarding acknowledgement form. | 0.60 |
| 03/13/13 | D. Fullem | Review recently filed pleadings. | 0.20 |



**ORRICK**

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | April 12, 2013 |
|---|---|
| page 4 | Invoice No. 1416384 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/13/13 | D. Felder | Review, revise and finalize Third Circuit acknowledgment form and e-mail correspondence with D. Fullem, M. Hurford, J. O'Neill, and J. Donley regarding same. | 1.00 |
| 03/13/13 | R. Frankel | Review series of e-mails, forms re entering appearance of counsel for 3rd circuit agreement. | 0.70 |
| 03/14/13 | R. Frankel | Series of e-mails with E. Inselbuch, D. Turetsky re meeting re early effective date (.5); review issues re equitable mootness (.7). | 1.20 |
| 03/15/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/15/13 | R. Frankel | Review issues re Bernick appearance (.3); series of e-mails with D. Turetsky re meeting (.3). | 0.60 |
| 03/15/13 | R. Frankel | Review of equitable mootness issues. | 1.20 |
| 03/17/13 | R. Frankel | Review motion (draft) for entry of order authorizing LTIP and related matters, order re same. | 0.60 |
| 03/18/13 | R. Wyron | Review LTIP issues and e-mails re same. | 0.40 |
| 03/19/13 | D. Felder | Review motion regarding Baker Donelson retention (.6); review April 2 omnibus hearing agenda and e-mail to D. Fullem regarding same (.2). | 0.80 |
| 03/19/13 | R. Frankel | Review, consider agenda for 4/2 hearing (.1); review revised opinion of Judge Stark (.5). | 0.60 |
| 03/19/13 | R. Frankel | E-mails with D. Turetsky, E. Inselbuch re meeting (.1); confer with R. Wyron re Sealed Air meeting (.3); review equitable mootness issues (.3). | 0.70 |
| 03/19/13 | R. Frankel | Preliminary review of e-mail, transcript from L. Esayian. | 0.50 |
| 03/20/13 | R. Wyron | Respond to call re Amtrak claim and case status (.1); review briefing schedule (.1); review Sealed Air issues and e-mails re same (.4). | 0.60 |
| 03/20/13 | R. Frankel | Review transcript of oral argument before 3rd Circuit in CE. | 1.20 |
| 03/21/13 | D. Felder | Conference with R. Frankel and R. Wyron regarding effective date issues (.5); begin review regarding same (3.0). | 3.50 |
| 03/21/13 | R. Frankel | Confer with D. Felder, R. Wyron re early effective date issues (.5); prepare issues list (.3). | 0.80 |
| 03/22/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/22/13 | D. Felder | Review issues regarding effective date. | 5.00 |
| 03/23/13 | D. Felder | Review plan, confirmation order, Sealed Air Settlement Agreement, Sealed Air Order, and related documents regarding effective date issues (4.0); begin memorandum regarding same (2.3). | 6.30 |
| 03/24/13 | D. Felder | Review plan and confirmation order (1.0); prepare, review and revise memorandum regarding effective date issues (4.5). | 5.50 |


ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | April 12, 2013 |
|---|---|
| page 5 | Invoice No. 1416384 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/24/13 | R. Frankel | Review, consider memorandum from D. Felder re issues with early effective date (1.1); notes re same (.5). | 1.60 |
| 03/25/13 | R. Wyron | Review Sealed Air analysis and follow-up re same. | 1.10 |
| 03/25/13 | R. Frankel | Prepare notes of open issues in connection with D. Felder memo, early effective date. | 1.20 |
| 03/26/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/26/13 | D. Fullem | Obtain dial-in for April 4 hearing; obtain and circulate draft protocol issued by the Court. | 0.50 |
| 03/26/13 | R. Wyron | Review Sealed Air outline (.4); telephone conference with Grace and ACC counsel (.8). | 1.20 |
| 03/26/13 | R. Frankel | Review, modify effective date issues list in preparation for conference call with team. | 0.80 |
| 03/26/13 | R. Frankel | Telephone conference with R. Wyron, M. Shelnitz, R. Finke, J. Donley, P. Lockwood re case issues, appeal (.9); notes re same (.1). | 1.00 |
| 03/27/13 | D. Fullem | Follow-up with R. Wyron re protocol from Court for April 4 hearing. | 0.20 |
| 03/27/13 | R. Frankel | Review draft protocol for production of documents to Garlock. | 0.70 |
| 03/28/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/28/13 | R. Wyron | Review transcript re standing and notes re same. | 0.80 |
| 03/28/13 | R. Frankel | Review Project Reds Briefing during travel to New York (.5); prepare notes for Sealed Air meeting during travel (1.0). | 1.50 |
| 03/29/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/29/13 | D. Fullem | Review and respond to e-mail from R. Frankel regarding oral argument notices in appeal cases (.2); review dockets and notices (.6); prepare e-mail to R. Frankel, R. Wyron and D. Felder re same (.2); review e-mail from R. Wyron regarding list of appeals (.1); prepare list of same and e-mail to R. Frankel, R. Wyron and D. Felder (.3). | 1.40 |
| 03/29/13 | R. Wyron | Review oral argument notes and follow-up. | 0.30 |
| 03/29/13 | R. Frankel | Review various notices of oral argument in each appeal case (.5); series of e-mails regarding same (.3). | 0.80 |
| 03/29/13 | R. Frankel | Consider division of oral argument before the 3rd Circuit. | 0.50 |
| 03/31/13 | D. Fullem | Review e-mail from R. Frankel regarding copies of confirmation order and confirmed plan and follow-up re same. | 0.70 |
| 03/31/13 | R. Frankel | Prepare memo for E. Inselbuch, issues list for meeting with Sealed Air (1.2); review Plan and Confirmation Order in connection with post confirmation issues (1.3). | 2.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

April 12, 2013
Invoice No. 1416384

|  | Total Hours | 81.90 |  |
|---|---|---|---|
|  | Total For Services |  | $64,756.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 28.70 | 650.00 | 18,655.00 |
| Roger Frankel | 37.10 | 995.00 | 36,914.50 |
| Debra O. Fullem | 8.10 | 270.00 | 2,187.00 |
| Richard H. Wyron | 8.00 | 875.00 | 7,000.00 |
| Total All Timekeepers | 81.90 | $790.68 | $64,756.50 |

Disbursements
| | |
|---|---|
| Document Reproduction | 56.00 |
| Express Delivery | 14.58 |
| Lexis Research | 14.16 |
| Parking Expense | 1.80 |
| Postage | 1.52 |
| Taxi Expense | 56.37 |
| Travel Expense, Local | 75.76 |
| Westlaw Research | 245.86 |
| Total Disbursements | $466.05 |

**Total For This Matter**           $65,222.55


ORRICK

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 7 | April 12, 2013<br>Invoice No. 1416384 |

For Legal Services Rendered Through March 31, 2013 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 03/18/13 | D. Fullem | Prepare e-mail to C. Gresh at Lincoln regarding approved quarterly fee/expense items; review response from J. Solganick. | 0.20 |
| | | Total Hours    0.20 | |
| | | Total For Services | $54.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra O. Fullem | 0.20 | 270.00 | 54.00 |
| Total All Timekeepers | 0.20 | $270.00 | $54.00 |

| | |
|---|---|
| **Total For This Matter** | **$54.00** |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

April 12, 2013
Invoice No. 1416384

For Legal Services Rendered Through March 31, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/01/13 | D. Fullem | Review status of fees/expenses and payments of same for fee applications. | 0.20 |
| 03/01/13 | D. Fullem | Review and respond to e-mail from R. Wyron regarding Orrick's January fee application. | 0.20 |
| 03/01/13 | D. Fullem | Review expense items in Orrick's January invoice. | 0.20 |
| 03/03/13 | R. Wyron | Review January fee application and follow-up e-mails re same. | 0.40 |
| 03/04/13 | D. Fullem | Review e-mail from R. Wyron regarding Orrick's January fee application and follow-up re same. | 0.80 |
| 03/04/13 | D. Fullem | Coordinate filing/serving of Orrick's January fee application. | 0.30 |
| 03/04/13 | R. Wyron | Review revised fee application and follow-up re same. | 0.30 |
| 03/05/13 | D. Fullem | Review February prebill. | 0.80 |
| 03/05/13 | D. Felder | Review February prebill. | 1.00 |
| 03/05/13 | R. Wyron | Begin review of February prebill | 0.20 |
| 03/06/13 | R. Wyron | Review February prebill. | 0.30 |
| 03/07/13 | D. Fullem | Prepare quarterly fee application for the time period October-December 31, 2012. | 1.50 |
| 03/12/13 | D. Fullem | Review status of payments for fee application. | 0.20 |
| 03/15/13 | D. Fullem | Review exhibit to proposed order allowing interim fee applications; e-mail to P. Cuniff at Pachulski re same. | 0.40 |
| 03/15/13 | D. Fullem | Review and update fee/expense spreadsheets. | 0.30 |
| 03/18/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding order relating to interim fee application. | 0.20 |
| 03/19/13 | D. Fullem | Prepare CNO for Orrick's January fee application; e-mail to D. Felder for review/comment. | 0.50 |
| 03/19/13 | D. Fullem | Review revised Grace February prebill. | 1.00 |
| 03/19/13 | D. Felder | Review quarterly fee application for October through December and e-mail correspondence to D. Fullem regarding comments to same. | 1.00 |
| 03/20/13 | D. Fullem | Prepare February monthly fee application. | 0.50 |
| 03/20/13 | D. Fullem | Finalize CNO for Orrick's January fee application. | 0.20 |
| 03/20/13 | D. Fullem | Prepare edits to Orrick's quarterly fee application for Oct-Dec 2012. | 0.50 |
| 03/21/13 | D. Fullem | Finish draft of February fee application; e-mail to D. Felder for review/comment. | 1.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 9

April 12, 2013  
Invoice No. 1416384

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/21/13 | D. Fullem | E-mail from D. Felder regarding approval to file CNO for January fee application. | 0.20 |
| 03/21/13 | D. Felder | Review CNO for January fee application. | 0.10 |
| 03/24/13 | R. Wyron | Review February monthly fee fee application (.3); review quarterly fee application (.2). | 0.50 |
| 03/25/13 | D. Fullem | Coordinate finalizing, filing, serving of Orrick's February fee application. | 0.70 |
| 03/25/13 | D. Fullem | Finalize Orrick's quarterly fee application. | 0.80 |
| 03/28/13 | D. Fullem | Coordinate filing/serving of CNO for January fee application. | 0.40 |
| 03/28/13 | D. Fullem | Review status of filing/timing of payments in Grace account. | 0.50 |

　　　　　　　　　　　　　　Total Hours　　　15.20  
　　　　　　　　　　　　　　Total For Services　　　$5,930.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.10 | 650.00 | 1,365.00 |
| Debra O. Fullem | 11.40 | 270.00 | 3,078.00 |
| Richard H. Wyron | 1.70 | 875.00 | 1,487.50 |
| Total All Timekeepers | 15.20 | $390.16 | $5,930.50 |

Disbursements  
　　Document Reproduction　　　0.90  
　　Postage　　　1.72  
　　　　　　　　Total Disbursements　　　$2.62

**Total For This Matter**　　　$5,933.12



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

April 12, 2013
Invoice No. 1416384

For Legal Services Rendered Through March 31, 2013 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| 03/28/13 | R. Frankel | Travel to New York. | | | 1.80 |

| | Total Hours | 1.80 | |
| | Total For Services | | $895.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 1.80 | 497.50 | 895.50 |
| Total All Timekeepers | 1.80 | $497.50 | $895.50 |

**Total For This Matter**     **$895.50**

**\* \* \* COMBINED TOTALS \* \* \***

| | Total Hours | 100.20 | |
| | Total Fees, all Matters | | $72,632.00 |
| | Total Disbursements, all Matters | | $468.67 |
| | Total Amount Due | | $73,100.67 |