## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM do hereby certify that I am over the age of 18, and that on April 25, 2013, I caused the *Notice, Cover Sheet to Eighty-Sixth Monthly Interim Application of Orrick, Herrington & Sutcliffe LLP, Bankruptcy Counsel to David T. Austern, Asbestos PI Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Time Period March 1-31, 2013* to be served upon those persons as shown below in the manner set forth therein.

*Email: ljones@pszjlaw.com*
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl & Jones LLP

*Email: vdimaio@parcelsinc.com*
Vito I. DiMaio
Parcels, Inc.

*Email: david.klauder@usdoj.gov*
David M. Klauder, Esquire
Office of the United States Trustee

*Email: feeaudit@whsmithlaw.com* and *bruhlander@whsmithlaw.com*
*First Class Mail, Postage Prepaid:*
Warren H. Smith, Fee Auditor
Warren H. Smith & Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

*E-mail:richard.finke@grace.com*
Richard Finke
W.R. Grace and Co.

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

*E-mail: mhurford@camlev.com*
(Local Counsel to Asbestos Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*  
(Local Counsel to Official Committee of Unsecured Creditors)  
Michael R. Lastowski, Esquire  
Duane Morris, LLP  

*E-mail: rhiggins@rogerhigginslaw.com*  
Roger J. Higgins, Esquire  
The Law Office of Roger Higgins, LLC  

*E-mail: tcurrier@saul.com*  
(Local Counsel for Official Committee of Equity Holders)  
Teresa K.D. Currier, Esquire  
Saul Ewing LLP  

*E-mail: jdonley@kirkland.com; apaul@kirkland.com*  
(Counsel to Debtor)  
John Donley, Esquire and Adam Paul, Esquire  
Kirkland & Ellis  

*E-mail: pvnl@capdale.com*  
(Official Committee of Personal Injury Claimants)  
Elihu Inselbuch, Esquire and Peter Van N. Lockwood, Esquire  
Caplin & Drysdale, Chartered  

*E-mail: lkruger@stroock.com*  
(Official Committee of Unsecured Creditors)  
Lewis Kruger, Esquire  
Stroock & Stroock & Lavan LLP  

*E-mail: jsakalo@bilzin.com*  
(Official Committee of Property Damage Claimants)  
Scott L. Baena, Esquire and Jay Sakalo, Esquire  
Bilzin Sumberg Baena Price & Axelrod LLP  

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*  
(Counsel to DIP Lender)  
J. Douglas Bacon, Esquire  
Latham & Watkins  

*E-mail: pbentley@kramerlevin.com*  
(Counsel to Official Committee of Equity Holders)  
Philip Bentley, Esquire  
Kramer Levin Naftalis & Frankel LLP  

                                            */S/ DEBRA O. FULLEM*  
                                            Debra O. Fullem