## EXHIBIT A

### W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### January 1, 2013 through March 31, 2013

**Settlements Greater than $50,000, But Less Than $1,000,000**

| Date | Dkt | Notice of Settlement |
|------|-----|----------------------|
|      |     | Clark Construction Group and Valley Waterproofing, Inc. v. W. R. Grace & Co.-Conn. (pre-litigation); Construction Defect/Product Liability; Clark Construction Group, 7677 Oak Port Street, Suite 1040, Oakland, CA, 94621; $349,748 |
|      |     | Administrative Settlement Agreement and Order on Consent for Removal Action in the Matter of Vermiculite Exfoliation Site GAO 149, Nashville, Davidson County, Tennessee; W. R. Grace and U.S. EPA, Region 4; EPA Region 4 Emergency Response and Removal Branch, 61 Forsyth St. SW, Atlanta, GA, 30303, Attn: Kevin Eichinger; 1) performance of environmental removal activities at the site (estimated cost $500,000), 2) payment of $159,757.36 to EPA for costs incurred through December 6, 2012, and 3) payment of future response costs as incurred by EPA; executed February 12, 2013 |
|      |     |                      |

**Settlements Less Than $50,000**

| Date | Claim | Settlement |
|------|-------|------------|
|      |       | Selective Insurance v. C-AIRE and W. R. Grace & Co.-Conn.; Workers Compensation Subrogation Claim; Selective Insurance Company c/o White & Williams 1650 Market Street, Suite 1800, Philadelphia, PA 19103; $5,000 |
|      |       | LWGC v. David Masseli et al including W. R. Grace-Conn., Construction Defect/Product Liability Lawsuit; David Maselli, c/o Robinson & Wood, 227 North First Street, San Jose, CA, 95113; $15,000 |