# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention:  Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 3/6/2013  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 21059

**Re:**  Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: e-filing of Monthly Certificate of No Objection (No Order Required) regarding the Thirty Second Monthly Application of The Hogan Firm as Counsel to the Canadian ZAI Claimants (related document(s)[30060]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.30 | 195.00 | 58.50 |
| 02/05/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: e-filing of Monthly Certificate of No Objection (No Order Required) Regarding the Thirty-Second Monthly Application of Lauzon Belanger Lesperance as Specil Counsel to the Canadian ZAI Claimants (related document(s) [30064]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.30 | 195.00 | 58.50 |
| 02/05/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: e-filing of Monthly Certificate of No Objection (No Order Required) Regarding the Thirty-Second Monthly Application of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants (related document(s) [30063]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.30 | 195.00 | 58.50 |
| 02/05/2013 | DKH | Reviewed and revised the Certificates of No Objection (No Order Required) regarding the Thirty Second Monthly Application of Scarfone Hawkins, LBL and The Hogan Firm as Counsel to the Canadian ZAI Claimants. | 0.50 | 400.00 | 200.00 |
| 02/05/2013 | DKH | Reviewed online docket for objections or responses to Thirty Second Monthly Applications of Scarfone Hawkins, LBL and The Hogan Firm as Counsel to the Canadian ZAI Claimants. | 0.60 | 400.00 | 240.00 |
| 02/05/2013 | DKH | Reviewed updated service list for service of Certificate of No Objection (No Order Required) regarding the Thirty Second Monthly Applications. | 0.30 | 400.00 | 120.00 |

| 3/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 02/06/2013 | LNC | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins' January time statement; save as exhibit to file. | | 0.20 | 195.00 | 39.00 |
| 02/06/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly invoice for January 1, 2013 – January 31, 2013. | | 0.10 | 400.00 | 40.00 |
| 02/07/2013 | DKH | Reviewed Scarfone Hawkins LLP Monthly invoice for January 1, 2013 – January 31, 2013 | | 0.50 | 400.00 | 200.00 |
| 02/08/2013 | KEH | Receive WRG payment for THF October 2012 Fee Application - review and revise WRG payment spreadsheet for use in preparation of fee applications. | | 0.30 | 195.00 | 58.50 |
| 02/11/2013 | KEH | E-mail correspondence to 'Careen Hannouche' inquiring about payment from WRGrace for LBL's October fee application. | | 0.10 | 195.00 | 19.50 |
| 02/11/2013 | KEH | E-mail correspondence with Cindy Yates regarding payment from WRGrace for SH's October fee application; review and revise WRGrace payment spreadsheet for use in preparation of fee applications. | | 0.40 | 195.00 | 78.00 |
| 02/11/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certificate of No Objection Regarding Motion for an Order Extending the Term of the Credit Agreement With Advanced Refining Technologies LLC. (related document(s) [30170]) Filed by W.R. Grace & Co., et al. Reviewed online docket for corresponding motion. | | 0.40 | 400.00 | 160.00 |
| 02/11/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Letter dated January 7, 2013, to Judge Fitzgerald from Eugene Mosley requesting copies of court documents. | | 0.20 | 400.00 | 80.00 |
| 02/12/2013 | KEH | E-mail correspondence with Careen Hannouche regarding payment from WRGrace for LBL's October fee application; review and revise WRGrace payment spreadsheet for use in preparation of fee applications. | | 0.30 | 195.00 | 58.50 |
| 02/12/2013 | KEH | Receive deposit advice from WRG - Payment is same amount as previous payment for THF October 2012 fee application; review and apply payment to THF November fee application showing the 80% fee payment as short $17.95 - revision to WRGrace payment spreadsheet for use in preparation of fee applications. | | 0.40 | 195.00 | 78.00 |
| 02/13/2013 | LNC | Calculate codes on LBL's December time statement. | | 0.30 | 195.00 | 58.50 |
| 02/13/2013 | LNC | Calculate project codes on The Hogan Firm's December Time Statement. | | 1.00 | 195.00 | 195.00 |
| 02/13/2013 | LNC | Calculated project codes on Scarfone Hawkins December time statement. | | 0.30 | 195.00 | 58.50 |
| 02/13/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Granting Motion to Extend the Term of the Credit Agreement With Advanced Refining Technologies LLC. (Related Doc # [30170], [30260]) Order Signed on 2/13/2013. | | 0.20 | 400.00 | 80.00 |
| 02/14/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize /Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans Filed by W.R. Grace & Co., et al.. | | 0.50 | 400.00 | 200.00 |
| 02/15/2013 | KEH | E-mail correspondence with Cindy Yates, re: February 8, 2013, we received payment of $1,468.24 via wire transfer with respect to SH's 32nd monthly fee application (October, 2012) and received another payment for the same amount today. Need to find out if this is in payment of October, 2012 account also; post additional payment to WRGrace payment spreadsheet and wait on answer for application of same. | | 0.30 | 195.00 | 58.50 |

| | | | | | |
|---|---|---|---|---|---|
| 3/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 |
| 02/15/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/25/2013 at 08:30 AM. | 0.30 | 400.00 | 120.00 |
| 02/15/2013 | LNC | Preparation of LBL's 34th Monthly Application | 1.30 | 195.00 | 253.50 |
| 02/15/2013 | LNC | Preparation of The Hogan Firm's 34th Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 02/18/2013 | LNC | Preparation of SH's 34th Monthly Application. | 1.30 | 195.00 | 253.50 |
| 02/19/2013 | DKH | E-mail correspondence with Ashlee White that Scarfone Hawkins' hourly rates have increased effective February 1, 2013. Responded that I would have to investigate the treatment and get back to her. | 0.30 | 400.00 | 120.00 |
| 02/20/2013 | DKH | Conducted research on attorney billing rate change in fee application process. Read case law and local rules. | 1.80 | 400.00 | 720.00 |
| 02/20/2013 | KEH | E-mail correspondence with 'Careen Hannouche' & Cindy Yates, re: payments received for November fee applications. | 0.10 | 195.00 | 19.50 |
| 02/20/2013 | DKH | E-mail correspondence with Careen Hannouche transmitting the duly executed copy of the LBL Certification pursuant to Del. Bankr. L.R. 2016-2(f) December – 2012. Reviewed same. | 0.20 | 400.00 | 80.00 |
| 02/20/2013 | DKH | E-mail correspondence with Cindy Yates transmitting the Scarfone Hawkins executed copy of the Certification for the December, 2012 fee application. Reviewed same. | 0.20 | 400.00 | 80.00 |
| 02/20/2013 | LNC | E-mail correspondence with Info-LBLavocats transmitting the certification for the 34th Monthly Fee Application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 02/20/2013 | KEH | Meet with Dan Hogan, re: WRGrace payments for October and November fee applications; emails with Cindy Yates & Careen Hannouche; E-mail to accounts.payable-na@grace.com, re: Deposit Advice, dated 2/8/2013 and 2/12/2013 - each deposit is in the amount of $7,548.90 - need clarification to know how to apply to fee application totals; 2/8/13 deposit is for The Hogan Firm's October 2012 fee application and is correct; 2/12/13 deposit is $17.95 short in the payment of 80% of the fees for THF's November 2012 application.<br>Scarfone Hawkins having same issue and also need clarification to apply funds to fee application totals. | 0.50 | 195.00 | 97.50 |
| 02/20/2013 | DKH | Met with Karen Harvey to discuss the two duplicate deposits received in February 2013 and the steps to be taken to remedy the situation. | 0.40 | 400.00 | 160.00 |
| 02/20/2013 | DKH | Reviewed and revised Lauzon Belanger Lezparance's 34th Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 02/20/2013 | DKH | Reviewed and revised Scarfone Hawkins' 34th Monthly Fee Application. | 0.90 | 400.00 | 360.00 |
| 02/20/2013 | DKH | Reviewed and revised The Hogan Firm's 34th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 02/21/2013 | KEH | E-mail correspondence from DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: efiling of Monthly Application for Compensation (Thirty-Fourth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2012 to December 31, 2012 Filed by Canadian ZAI Claimants. Objections due by 3/15/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |

| 3/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 02/21/2013 | KEH | E-mail correspondence from DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Monthly Application for Compensation (Thirty-Fourth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2012 to December 31, 2012 Filed by Canadian ZAI Claimants. Objections due by 3/15/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | | 0.30 | 195.00 | 58.50 |
| 02/21/2013 | KEH | E-mail correspondence from DEBdb_ECF_Reply@deb.uscourts.gov, review receipt/documents, re: efiling of Monthly Application for Compensation (Thirty-Fourth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period December 1, 2012 to December 31, 2012 Filed by Canadian ZAI Claimants. Objections due by 3/15/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | | 0.30 | 195.00 | 58.50 |
| 02/21/2013 | LNC | Prepared for and filed LBL's 34 Monthly Application. | | 0.30 | 195.00 | 58.50 |
| 02/21/2013 | LNC | Prepared for and filed SH's 34 Monthly Application | | 0.30 | 195.00 | 58.50 |
| 02/21/2013 | LNC | Prepared for and filed The Hogan Firm's 34th Monthly Application. | | 0.30 | 195.00 | 58.50 |
| 02/22/2013 | KEH | E-mail correspondence with Careen Hannouche, re: second payment from WRGrace in the amount of $636.10; revise WRGrace payment spreadsheet to reflect payment to November fee application; shortage of $49.57. | | 0.30 | 195.00 | 58.50 |
| 02/22/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Post-Confirmation Report -Report Period December 2012 -Quarterly Filed by W.R. Grace & Co., et al. | | 0.40 | 400.00 | 160.00 |
| 02/22/2013 | KEH | E-mail from/to 'Garcia, Melissa C.'; Guzman, Marisa (WRG Accounting), re: second payment of $7,548.90 from WRGrace was applied to The Hogan Firm's November fee application, which leaves $17.95 owing in addition to the holdback; note on WRGrace payment spreadsheet | | 0.20 | 195.00 | 39.00 |
| 02/22/2013 | LNC | Prepared the Certificate of No Objection for LBL's 33rd Monthly Application. | | 0.30 | 195.00 | 58.50 |
| 02/22/2013 | LNC | Prepared the Certificate of No Objection for SH's 33rd Monthly Application. | | 0.30 | 195.00 | 58.50 |
| 02/22/2013 | LNC | Prepared the Certificate of No Objection for The Hogan Firm's 33rd Monthly Application. | | 0.30 | 195.00 | 58.50 |
| 02/25/2013 | LNC | Preparation of LBL's 12th Quarterly Fee Application. | | 1.50 | 195.00 | 292.50 |
| 02/25/2013 | LNC | Preparation of The Hogan Firm's 12th Quarterly Application. | | 1.50 | 195.00 | 292.50 |
| 02/26/2013 | DKH | Conducted some research on how to handle the 12th quarterly fee application for October 1, 2012, through December 31, 2012 in light of the Fee Auditor's most recent findings. | | 0.50 | 400.00 | 200.00 |
| 02/26/2013 | DKH | E-mail correspondence with Bobbi Ruhlander concerning the 12th quarterly fee application for October 1, 2012, through December 31, 2012 in light of the Fee Auditor's most recent findings. | | 0.10 | 400.00 | 40.00 |
| 02/26/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/document, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[30167]) Filed by Canadian ZAI Claimants. | | 0.20 | 195.00 | 39.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/document, re: efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (related document(s) [30169]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 02/26/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/document, re: efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of Scarfone Hawkins, LLP as Special Counsel to the Canadian ZAI Claimants (related document(s)[30168]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 02/26/2013 | DKH | Meeting with with Karen Harvey to discuss the 12th quarterly fee application for October 1, 2012, through December 31, 2012 in light of the Fee Auditor's most recent findings. | 0.30 | 400.00 | 120.00 |
| 02/26/2013 | LNC | Prepared for and filed the Certificate of No Objection to LBL's 33rd Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/26/2013 | LNC | Prepared for and filed the Certificate of No Objection to SH's 33rd Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/26/2013 | LNC | Prepared for and filed the Certificate of No Objection to The Hogan Firm's 33rd Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/26/2013 | LNC | Prepared SH's 12th Quarterly Fee Application. | 1.50 | 195.00 | 292.50 |
| 02/26/2013 | DKH | Reviewed and revised the Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of Lauzon Belanger Lesperance, Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/26/2013 | DKH | Reviewed and revised the Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of Scarfone Hawkins, Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/26/2013 | DKH | Reviewed and revised the Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/26/2013 | DKH | Reviewed online docket for objections or responses to the Thirty-Third Monthly Application of Scarfone Hawkins, LBL and The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 02/27/2013 | DKH | Reviewed and revised LBL's 12th Quarterly Fee Application and corresponding attachments. | 0.90 | 400.00 | 360.00 |
| 02/27/2013 | DKH | Reviewed and revised Scarfone Hawkins' 12th Quarterly Fee Application and corresponding attachments. | 1.20 | 400.00 | 480.00 |
| 02/27/2013 | DKH | Reviewed and revised The Hogan Firm's 12th Quarterly Fee Application and corresponding attachments. | 1.10 | 400.00 | 440.00 |
| 02/28/2013 | LNC | E-mail correspondence with Cindy Yates transmitting the certification for the 12th Quarterly Application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| | | **Total Fees** | **33.30** | | **$9,507.00** |

3/6/2013    ZAI/WRG 060124-01    Canadian ZAI Claimants    Page:6
c/o Lauzon Belanger Lesperance

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 02/21/2013 | Photocopies of the 34th Monthly Fee Application sent to the Fee Auditor for review. | 7.20 |
| 02/21/2013 | Postage-Copies of the 34th Monthly Applications sent to the fee auditor. | 4.20 |
| 02/25/2013 | Digital Legal, LLC- Hand Delivery of the 34th Monthly Application. | 9.30 |
| 02/27/2013 | Digital Legal, LLC- Hand delivery of the Certificate of No Objection to the 33rd Monthly Fee Applications. | 5.60 |
| 02/27/2013 | Photocopies- 12th Quarterly Applications printed for Daniel Hogan's review | 36.40 |
| 03/04/2013 | Photocopies-12th Quarterly Applications sent to the fee auditor for review. | 36.40 |

**Total Expenses**    **$99.10**

**TOTAL NEW CHARGES**    **$9,606.10**

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 6,941.35 |
| Payments | -6,941.35 |
| Current Fees | 9,507.00 |
| Current Expenses | 99.10 |
| **AMOUNT DUE AND OWING TO DATE** | **$9,606.10** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 2/15/2013 | 997 2217 | Payment on Account | 6,941.35 |