# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
February 28, 2013  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (February 1, 2013 – February 28, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02 /01/13 | receipt of and respond to various class member inquiries as to status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 02 /06/13 | receipt Dan Hogan emails, memos to and from Cindy Yates, receipt of and respond to various class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.50 | $287.50 |
| 02 /07/13 | receipt of and respond to class member inquiries as to status of action and appeals | DT | $575.00 | 0.25 | $143.75 |
| 02 /11/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.25 | $143.75 |
| 02 /11/13 | Emails from Cindy Yates and Karen Harvey regarding payment receipt for October 2012 account | MGM | $475.00 | 0.10 | $47.50 |
| 02 /12/13 | emails to and from Vasuda Sinha with respect to Grace Motion re extension of stay | DT | $575.00 | 0.20 | $115.00 |
| 02 /12/13 | receipt Careen Hannouche letter, memo to Cindy Yates to follow-up with Careen | DT | $575.00 | 0.10 | $57.50 |
| 02 /12/13 | Emails from and to Vasuda Sinha and David Thompson regarding change in scheduling of Grace motion seeking extension of stay | MGM | $475.00 | 0.10 | $47.50 |
| 02 /13/13 | receipt Vasuda Sinha email, receipt and review motion record for extension of stay, review information officer report, memo to file, letter to Vasuda Sinha, receipt Keith Ferbers' email | DT | $575.00 | 0.75 | $431.25 |
| 02 /13/13 | Email from Vasuda Sinha of Norton Rose with attached Grace motion record seeking extension of stay in CCAA proceedings; review motion record; email from David Thompson to Sinha confirming receipt of motion record and consent to extension of stay; email from Keith Ferbers to Sinha requesting further particulars from Information Officer; | MGM | $475.00 | 0.30 | $142.50 |

| Date | Description | ID | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/14/13 | receipt of and respond to class member inquiries re: status of US appeals, CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 02/15/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.35 | $201.25 |
| 02/19/13 | receipt of and respond to class member inquiries re status of US appeals, CDN ZAI settlement administration | DT | $575.00 | 0.25 | $143.75 |
| 02/19/13 | memos to and from Matt Moloci, discuss with Cindy Yates the Matt Moloci memo, letter to Dan Hogan | DT | $575.00 | 0.25 | $143.75 |
| 02/19/13 | receipt Karen Harvey and Dan Hogan emails, memo to Cindy Yates | DT | $575.00 | 0.25 | $143.75 |
| 02/26/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 02/28/13 | receipt and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 02/28/13 | review dockets for period February 1, 2013 to February 28, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of February 1, 2013 to February 28, 2013 | LC | $145.00 | 2.00 | $290.00 |
| | | | **SUB-TOTAL** | **6.70** | **$2,942.50** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years - 1988 | DT | 4.20 | *$575.00 | $2,415.00 | $313.95 |
| MATTHEW G. MOLOCI 15 years - 1998 | MGM | 0.50 | *$475.00 | $237.50 | $30.88 |
| LAW CLERK Cindy Yates 31 years - 1982 | CY | 2.00 | *$145.00 | $290.00 | $37.70 |
| **SUB-TOTAL:** | | **6.7** | | **$2,942.50** | **$382.53** |
| **TOTAL FEES AND TAXES:** | | | | | **$3,325.03** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.

* NEW HOURLY FEE RATES EFFECTIVE FEBRUARY 1, 2013