# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS · ATTORNEYS

March 14, 2013

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file: 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (February 1st 2013 to February 28th 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-02-12 | CH | Email to Karen Harvey re: confirmation of payment of October 2012 fee application for the purposes of preparing LBL's fee applications | 0.17 | 285.00 | 48.45 |
| 2013-02-12 | CH | Letter to David Thompson re: portion of The Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| 2013-02-13 | CH | Review of Motion Record of Grace Canada for extension of the Stay (CCAA Court) and review of the 40th report of the Information Officer | 1.75 | 285.00 | 498.75 |
| 2013-02-13 | CH | Telephone conversation with a class member re: status of proceedings | 0.33 | 285.00 | 94.05 |
| 2013-02-20 | CH | Review of the 34th Monthly Application | 0.33 | 285.00 | 94.05 |
| 2013-02-20 | CH | Email to Lauren Campbell re: review of the 34th Monthly Fee application | 0.17 | 285.00 | 48.45 |
| 2013-02-26 | CH | Review of Justice Morawetz's Order extending the stay (CCAA) | 0.33 | 285.00 | 94.05 |
| 2013-02-26 | CH | Letter to justice Picard re: extension of the stay | 0.42 | 285.00 | 119.70 |
| 2013-02-28 | CH | Review of 12th Quarterly Fee Application and certification | 0.33 | 285.00 | 94.05 |
|  |  | **OUR FEES:** | **4.08** |  | **$ 1,162.80** |

**TIME SUMMARY BY LAWYER**

CH    285.00    4.08    $ 1,162.80

| | |
|---|---|
| G.S.T. 5% | 58.14 |
| Q.S.T. 9.975% | 115.99 |
| **TOTAL** | **$1,336.93** |

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001