# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: May 20, 2013<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MARCH 1, 2013 THROUGH MARCH 31, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4124524.v1

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 0.3 | $ 192.90 |
| TOTAL | | | | 0.3 | $ 192.90 |

4124524.v1


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

April 29, 2013
Invoice No.: 517204
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through March 31, 2013

      Fees                  $192.90

     **Total Fees and Disbursements**      $192.90

| | | | | Invoice No.: 517204 |
|---|---|---|---|---|
| Matter No.: 08743.00102 | | | | April 29, 2013 |
| Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass | | | | Page 2 |

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 03/28/13 | Jaffe | P230 | Emails with team regarding EPA further sampling requests (.3). | 0.3 |
| | | | **Total Hours** | **0.3** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 517204  
April 29, 2013  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.3 | at | 643.00 | = | 192.90 |
| **Total Fees** | | | | | **$192.90** |

| | |
|---|---|
| **Total Fees** | $192.90 |
| **Total Fees and Disbursements** | **$192.90** |

To ensure proper credit to your account,  
please include remittance page with your payment.


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

April 29, 2013
Invoice No.: 517204
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**                                   **$192.90**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP - Wire Receipt Account |

Reference Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 517204
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 5.9 | $ 3,793.70 |
| TOTAL | | | | 5.9 | $ 3,793.70 |

### Expenses

| Description | Total | |
|---|---|---|
| Telephone | $ | 4.42 |
| TOTAL | $ | 4.42 |

4124524.v1



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

April 29, 2013
Invoice No.: 517205
Matter No.: 08743.00103

**Re:   Wells G&H Superfund Site**

For Professional Services rendered through March 31, 2013

| | |
|---|---:|
| Fees | $3,793.70 |
| Disbursements | 4.42 |
| **Total Fees and Disbursements** | **$3,798.12** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

Matter No.: 08743.00103　　　　　　　　　　　　　　　　　　　　　Invoice No.: 517205
Re: Wells G&H Superfund Site　　　　　　　　　　　　　　　　　　　April 29, 2013
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 03/13/13 | Jaffe | P230 | Attention to Grace property issues, including team telephone conference, emails with team, and reviewing draft presentation to EPA and agenda for meeting (2.2). | 2.2 |
| 03/20/13 | Jaffe | P230 | Preparing for EPA meeting, including reviewing final slide deck (.6). | 0.6 |
| 03/21/13 | Jaffe | P230 | Attention to Grace property issues, including telephone meeting with EPA, preparing for same, and post-mortem call with Grace team (2.7). | 2.7 |
| 03/28/13 | Jaffe | P230 | Emails with team regarding response to EPA regarding further sampling (.4). | 0.4 |
| | | | **Total Hours** | **5.9** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 517205  
April 29, 2013  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 5.9 | at | 643.00 | = | 3,793.70 |

Total Fees     $3,793.70

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 03/21/13 | Telephone 14435358439 - Columbia - MD (USA) | 4.42 |

Total Disbursements     $4.42

Total Fees     $3,793.70  
Total Disbursements     4.42  
Total Fees and Disbursements     $3,798.12

To ensure proper credit to your account,  
please include remittance page with your payment.



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

April 29, 2013
Invoice No.: 517205
Matter No.: 08743.00103

Re:   Wells G&H Superfund Site

Total Fees and Disbursements          $3,798.12

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP - Wire Receipt Account |

Reference Information:

Client/Matter #: 08743.00103, Invoice #: 517205
Billing Attorney: Seth D. Jaffe
Wire Originator: W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON     WASHINGTON     EMERGING ENTERPRISE CENTER     FOLEYHOAG.COM