# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2191398 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 04/05/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/11/13 | TKD | Review Motion to Approve Settlement Agreement with WR Grace and Market International Insurance Company | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

CURRENT FEES  260.00

**TOTAL AMOUNT OF THIS INVOICE**  260.00

**NET AMOUNT OF THIS INVOICE**  260.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2191399 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 04/05/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00003 |
| Charlottesville, VA 22902 | |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/11/13 | TKD | Review Order authorizing but not requiring contributions to Pension Plan | 0.2 | 130.00 |
| 03/19/13 | TKD | Review motion to approve stock grants and long term incentive plan | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.6 | at | $650.00 | = | 390.00 |

CURRENT FEES                                                              390.00

**TOTAL AMOUNT OF THIS INVOICE**                                          390.00

**NET AMOUNT OF THIS INVOICE**                                            390.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2191400 |
| Invoice Date | 04/05/13 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/04/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/05/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/06/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/07/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/08/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/11/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/11/13 | TKD | Send letter for David Blabey about who will argue at appeal | 0.2 | 130.00 |
| 03/12/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/13/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/14/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/15/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/19/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/19/13 | TKD | Review motion on expansion of Baker Donelson fees and standards of review and related attachments | 0.4 | 260.00 |
| 03/20/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/21/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/22/13 | TKD | Review all case filings | 0.3 | 195.00 |

| | | | | |
|---|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security | Invoice Number 2191400 | |
| 00004 | | Holders | Page 2 | |
| 04/05/13 | | Case Administration | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/25/13 | TKD | Review pleadings and share with team. | 0.6 | 390.00 |
| 03/26/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/26/13 | TBB | Forward ECF filings to team. | 0.2 | 39.00 |
| 03/27/13 | TBB | Forward ECF filings to team. | 0.3 | 58.50 |
| 03/28/13 | TKD | Review all case filings | 0.3 | 195.00 |
| 03/28/13 | TBB | Forward ECF filings to team. | 0.3 | 58.50 |
| 03/29/13 | TKD | Review letter from Third Circuit scheduling oral argument and calendared same | 0.2 | 130.00 |
| 03/29/13 | TKD | Review all case filings | 0.4 | 260.00 |
| 03/29/13 | TBB | Forward ECF filings to team. | 0.3 | 58.50 |
| | | TOTAL HOURS | 10.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.1 | at | $195.00 | = | 214.50 |
| Teresa K.D. Currier | 8.9 | at | $650.00 | = | 5,785.00 |

CURRENT FEES                                    5,999.50

**TOTAL AMOUNT OF THIS INVOICE**                5,999.50

**NET AMOUNT OF THIS INVOICE**                  5,999.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2191402 |
| Invoice Date | 04/05/13 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/21/13 | TBB | File and serve CNO to Saul Ewing's forty third monthly fee application. | 0.8 | 156.00 |
| 03/21/13 | TBB | Review docket for any objections. | 0.1 | 19.50 |
| 03/27/13 | TBB | Draft Saul Ewing's forty fourth monthly fee application. | 0.6 | 117.00 |
| 03/28/13 | TKD | Reviewed grace fee app | 0.4 | 260.00 |
| 03/28/13 | TBB | File and serve Saul Ewing's forty fourth monthly fee application. | 0.8 | 156.00 |
| 03/29/13 | TKD | Review and approve our fee application | 0.4 | 260.00 |
| | | TOTAL HOURS | 3.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.3 | at | $195.00 | = | 448.50 |
| Teresa K.D. Currier | 0.8 | at | $650.00 | = | 520.00 |

CURRENT FEES                                                                 968.50

**TOTAL AMOUNT OF THIS INVOICE**                                              968.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00015  
04/05/13  

WR Grace - Official Committee of Equity Security Holders  
Fee Applications/Applicant  

Invoice Number 2191402  
Page 2  

**NET AMOUNT OF THIS INVOICE**        968.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2191403 |
| Invoice Date | 04/05/13 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/13 | TKD | Review and approve Kramer Levin fee application and Kramer Levin CNO for filing | 0.3 | 195.00 |
| 03/01/13 | TBB | Draft Notice to Kramer Levin's One Hundred and Thirty Seventh Monthly Fee Application. | 0.2 | 39.00 |
| 03/01/13 | TBB | File and serve Kramer Levin's One Hundred and Thirty Seventh Monthly Fee Application. | 0.8 | 156.00 |
| 03/07/13 | TKD | Review Fee Auditor Reports on other applications | 0.2 | 130.00 |
| 03/26/13 | TBB | Draft CNO to Kramer Levin's One Hundred and Thirty Seventh Monthly Fee Application. | 0.2 | 39.00 |
| 03/26/13 | TBB | File and swerve CNO to Kramer Levin's One Hundred and Thirty Seventh Monthly Fee Application. | 0.8 | 156.00 |
| 03/26/13 | TBB | Check docket for any objections. | 0.1 | 19.50 |
| 03/26/13 | TBB | E-mails with D. Blabley regarding Kramer Levin's CNO. | 0.1 | 19.50 |
| 03/29/13 | TBB | Draft Notice to Kramer Levin's One Hundred and Thirty Eighth Monthly Fee Application. | 0.2 | 39.00 |
| 03/29/13 | TBB | File and serve Kramer Levin's One Hundred and Thirty Eighth Monthly Fee Application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 3.7 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2191403 |
| 00016 | Holders | Page 2 |
| 04/05/13 | Fee Applications/Others | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.2 | at | $195.00 | = | 624.00 |
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

CURRENT FEES     949.00

**TOTAL AMOUNT OF THIS INVOICE**     949.00

**NET AMOUNT OF THIS INVOICE**     949.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number  2191404 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  04/05/13 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00020 |
| Charlottesville, VA  22902 | |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/06/13 | TKD | Review Garlock Order | 0.2 | 130.00 |
| 03/06/13 | TKD | Review Motion of appellants for additional time/length to respond to our brief | 0.3 | 195.00 |
| 03/12/13 | TKD | Emails about designation of counsel for argument; obtained form and completed same | 0.3 | 195.00 |
| 03/12/13 | TKD | Reviewed other Acknowledgement of Argument forms to prepare ours | 0.4 | 260.00 |
| 03/12/13 | TBB | Draft Acknowledgement of Arguing Counsel. | 0.2 | 39.00 |
| 03/12/13 | TBB | File Acknowledgement of Arguing Counsel. | 0.2 | 39.00 |
| 03/12/13 | TBB | Review docket | 0.1 | 19.50 |
| 03/18/13 | TKD | Reviewed District Court Opinion on Garlock issues | 0.4 | 260.00 |
| 03/28/13 | TBB | Review letter regarding Oral Argument; calendar dates. | 0.3 | 58.50 |
| | | TOTAL HOURS | 2.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.8 | at | $195.00 | = | 156.00 |
| Teresa K.D. Currier | 1.6 | at | $650.00 | = | 1,040.00 |

```
359022        Case 01-01139-AMC    Doc 30563-2    Filed 04/29/13    Page 10 of 11
00020             WR Grace - Official Committee of Equity Security       Invoice Number 2191404
04/05/13          Holders                                                Page 2
                  Plan and Disclosure Statement
```

|  |  |
|---|---:|
| CURRENT FEES | 1,196.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,196.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,196.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2191401 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 04/05/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 32.10 |
| Federal Express | 138.86 |
| CURRENT EXPENSES | 170.96 |
| **TOTAL AMOUNT OF THIS INVOICE** | 170.96 |
| **NET AMOUNT OF THIS INVOICE** | 170.96 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP