# Exhibit A

**K R A M E R   L E V I N   N A F T A L I S   &   F R A N K E L** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

April 11, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 618395
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES ................................................................................................................. | $396.50 |
| DISBURSEMENTS................................................................................................. | 448.11 |
| MATTER TOTAL ................................................................................................. | $844.61 |

### 056772-00005/BANKR. MOTIONS

| | |
|---|---:|
| FEES ................................................................................................................. | $447.00 |
| DISBURSEMENTS................................................................................................. | 0.00 |
| MATTER TOTAL ................................................................................................. | $447.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES ................................................................................................................. | $6,789.50 |
| DISBURSEMENTS................................................................................................. | 20.58 |
| MATTER TOTAL ................................................................................................. | $6,810.08 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES ................................................................................................................. | $867.00 |
| DISBURSEMENTS................................................................................................. | 0.00 |
| MATTER TOTAL ................................................................................................. | $867.00 |
| CLIENT GRAND TOTAL ................................................................................................. | $8,968.69 |

Amounts due may be remitted by wire transfer.

**To:** Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
**Account:** Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019
**By Order of:** Invoice No. 618395
**Citibank Contact:** Gaetana Mauceli (212) 559-0165

**TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.**

**DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339**

KL4 2362699.1

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/13 | HALVERSON, DARREN C | Find opinion re: Garlock discovery (.3); find article re same (.1); send to D. Blabey (.1). | 0.50 | 247.50 |
| 03/29/13 | BLABEY, DAVID E | Review additional notices of argument and email to client re same. | 0.20 | 149.00 |
| **TOTAL HOURS AND FEES** | | | **0.70** | **$396.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 375.27 |
| LEXIS/NEXIS ON-LINE RESEARCH | 27.24 |
| DOCUMENT RETRIEVAL FEES | 45.60 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$448.11** |

**TOTAL FOR THIS MATTER** **$844.61**

Kramer Levin Naftalis & Frankel LLP                                                                                          Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                                                April 11, 2013
056772-00005                                                                                                                    Invoice No. 618395

**BANKR. MOTIONS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/18/13 | BLABEY, DAVID E | Review draft LTIP motion (.5) and email to client re same (.1). | 0.60 | 447.00 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$447.00** |

**TOTAL FOR THIS MATTER**                                                                                                          **$447.00**

KL4 2362699.1

Kramer Levin Naftalis & Frankel LLP                                                        Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                April 11, 2013
056772-00007                                                                    Invoice No. 618395

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/13 | BLABEY, DAVID E | Review opinion on Garlock access to 2019s. | 0.40 | 298.00 |
| 03/11/13 | HALVERSON, DARREN C | Review docket for acknowledgments (.3); send to P. Bentley (.1); research rules re: submission of acknowledgements (.9); review P. Bentley e-mails re: submission (.2). | 1.50 | 742.50 |
| 03/11/13 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.50 | 447.50 |
| 03/12/13 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.10 | 89.50 |
| 03/12/13 | HALVERSON, DARREN C | Coordinate w/ managing attny to confirm P. Bentley's 3d cir. standing (.1); locate notice of appearance in 3d cir. case (.1); review filings to determine proper caption for acknowledgment form (.1); e-mail to P. Bentley summarizing findings (.1); review acknowledgment and confirm filing (.2). | 0.60 | 297.00 |
| 03/13/13 | HALVERSON, DARREN C | Review third circuit dockets for acknowledgments and send to P. Bentley. | 0.50 | 247.50 |
| 03/13/13 | BLABEY, DAVID E | Call with equity holder re appeal (.2); review recent pleadings and review emails relating to acknowledgements of counsel (.2). | 0.40 | 298.00 |
| 03/14/13 | BENTLEY, PHILIP | Review emails re appeal status. | 0.10 | 89.50 |
| 03/14/13 | HALVERSON, DARREN C | Review docket and circulate updates to P. Bentley. | 0.50 | 247.50 |
| 03/15/13 | BLABEY, DAVID E | Review Markel settlement motion. | 0.10 | 74.50 |
| 03/19/13 | HALVERSON, DARREN C | Respond to D. Blabey question re: modification of indenture under Bankruptcy Code. | 0.50 | 247.50 |
| 03/28/13 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.30 | 268.50 |
| 03/28/13 | BLABEY, DAVID E | Review notice of argument and exchange emails with client re same (.2); review recent opinions from panel (.3). | 0.50 | 372.50 |
| 03/29/13 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.10 | 89.50 |
| 03/30/13 | BLABEY, DAVID E | Review cases decided by Third Circuit panel (3) and memo to P. Bentley and Committee re same (1). | 4.00 | 2,980.00 |

**TOTAL HOURS AND FEES**                                                       **10.10**   **$6,789.50**

KL4 2362699.1

Kramer Levin Naftalis & Frankel LLP                                                              Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                April 11, 2013
056772-00007                                                                       Invoice No. 618395

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| BLOOMBERG LAW RETRIEVAL FEES | 20.58 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$20.58** |
| **TOTAL FOR THIS MATTER** | **$6,810.08** |

KL4 2362699.1

Kramer Levin Naftalis & Frankel LLP                                                     Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                                       April 11, 2013
056772-00008                                                                            Invoice No. 618395

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/14/13 | BLABEY, DAVID E | Review bill for fee app. | 0.10 | 74.50 |
| 03/26/13 | HALVERSON, DARREN C | Begin fee application. | 0.30 | 148.50 |
| 03/27/13 | HALVERSON, DARREN C | Draft fee statement (.8); prepare exhibits to same (.2). | 1.00 | 495.00 |
| 03/29/13 | BLABEY, DAVID E | Review and edit fee app. | 0.20 | 149.00 |
| **TOTAL HOURS AND FEES** | | | **1.60** | **$867.00** |

**TOTAL FOR THIS MATTER**                                                    **$867.00**

KL4 2362699.1