**Exhibit B**

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE    1
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/11/2013 14:43:29

Matter No: 056772-00001                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:      4475610
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                          TO:
            UNBILLED DISB FROM:    03/01/2013            TO:    03/31/2013
-----------------------------------------------------------------------------------------------------------------
                                     FEES                       COSTS
                                     ----                       -----
       GROSS BILLABLE AMOUNT:             0.00                     448.11
       AMOUNT WRITTEN DOWN:
                    PREMIUM:
          ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                      03/31/2013
    CLOSE MATTER/FINAL BILLING?    YES  OR   NO
    EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:
```

```
-----------------------------------------------------------------------------------------------------------------
                            ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                            ---------------------------                       ---------------
                 FEES:                 0.00
         DISBURSEMENTS:              448.11    UNIDENTIFIED RECEIPTS:            0.00
          FEE RETAINER:                0.00    PAID FEE RETAINER:               0.00
         DISB RETAINER:                0.00    PAID DISB RETAINER:              0.00
     TOTAL OUTSTANDING:              448.11    TOTAL AVAILABLE FUNDS:           0.00
                                                   TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
        DATE OF LAST BILL:       03/27/13         LAST PAYMENT DATE:      04/11/13
        LAST BILL NUMBER:          616086    ACTUAL FEES BILLED TO DATE:    371,490.00
                                             ON ACCOUNT FEES BILLED TO DATE:      0.00
                                             TOTAL FEES BILLED TO DATE:     371,490.00
    LAST BILL THRU DATE:         02/28/13    FEES WRITTEN OFF TO DATE:       85,932.00
                                             COSTS WRITTEN OFF TO DATE:      24,521.28
FOR ACCTG USE ONLY:                          Write Down/Up Reason Codes:
                                             ---------------------------
        (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted   (5) Business Development     (8) Premium
        (3) Pre-arranged Discount      (6) Summer Associate         (9) Rounding          (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/11/2013 14:43:29

Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      4475610
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE
```

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------|--------|--------|
| 0917 | WESTLAW ON-LINE RESEARCH | 03/01/13 | 03/30/13 | 375.27 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 03/04/13 | 03/04/13 | 27.24 |
| 0972 | DOCUMENT RETRIEVAL FEES | 03/31/13 | 03/31/13 | 45.60 |
| | Total | | | 448.11 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| WESTLAW ON-LINE RESEARCH 0917 | | | | | | |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/01/13 | 3.60 | 9863248 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/04/13 | 3.60 | 9863249 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/05/13 | 3.60 | 9863250 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/06/13 | 3.60 | 9863251 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/07/13 | 3.60 | 9863252 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/08/13 | 3.60 | 9863253 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/11/13 | 3.60 | 9863254 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/12/13 | 3.60 | 9863255 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/13/13 | 3.60 | 9863256 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/14/13 | 3.60 | 9863257 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/15/13 | 3.60 | 9863258 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/18/13 | 3.60 | 9863259 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/19/13 | 3.60 | 9863260 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/20/13 | 3.60 | 9863261 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/21/13 | 3.60 | 9863262 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/22/13 | 3.60 | 9863263 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/25/13 | 3.60 | 9863264 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/26/13 | 3.60 | 9863265 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/27/13 | 3.60 | 9863266 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/28/13 | 3.60 | 9863267 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/28/13 | 45.55 | 9863268 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/29/13 | 3.60 | 9863269 | 1382687 | 04/01/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 03/30/13 | 254.12 | 9863270 | 1382687 | 04/01/13 |
| | 0917 WESTLAW ON-LINE RESE Total : | | 375.27 | | | |
| LEXIS/NEXIS ON-LINE RESEARCH 0921 | | | | | | |
| LEXIS/NEXIS ON-LINE | HALVERSON, D C | 03/04/13 | 27.24 | 9864771 | 1383896 | 04/02/13 |
| | 0921 LEXIS/NEXIS ON-LINE Total : | | 27.24 | | | |
| DOCUMENT RETRIEVAL FEES 0972 | | | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 03/31/13 | 24.50 | 9869941 | 1386543 | 04/10/13 |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 03/31/13 | 21.10 | 9869942 | 1386543 | 04/10/13 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 04/11/2013 14:43:30

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:     4475610
Bill Frequency: M

Status     : ACTIVE

UNBILLED  COSTS  DETAIL
Description/Code
----------------------------------------------

| Employee | Date | Amount | Index# | Batch No | Batch Date |
|----------|------|--------|--------|----------|------------|

0972 DOCUMENT RETRIEVAL F Total :       45.60

Costs Total :                          448.11

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 04/11/2013 14:43:30

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    4475610
Bill Frequency: M

Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer  To  Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0917 WESTLAW ON-LINE RESEARCH | 375.27 | | | | |
| 0921 LEXIS/NEXIS ON-LINE RESEA | 27.24 | | | | |
| 0972 DOCUMENT RETRIEVAL FEES | 45.60 | | | | |
| Costs Total : | 448.11 | | | | |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/11/2013 14:43:30

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    4475610
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
                UNBILLED TIME FROM:                          TO:
                UNBILLED DISB FROM:   03/08/2013             TO:    03/08/2013
------------------------------------------------------------------------------------------------------------------------
                                          FEES                          COSTS
                                          ------                        -----------
   GROSS BILLABLE AMOUNT:                          0.00                       20.58
   AMOUNT WRITTEN DOWN:        _____        _____
              PREMIUM:        _____        _____
      ON ACCOUNT BILLED:      _____        _____
DEDUCTED FROM PAID RETAINER:  _____        _____
        AMOUNT BILLED:        _____        _____
            THRU DATE:                                                  03/08/2013
 CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:  _____

  BILLING PARTNER APPROVAL:   _____        _____
                               BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
           BILLING COMMENTS:
```

```
------------------------------------------------------------------------------------------------------------------------
                          ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                          ----------------------------                       -----------------
              FEES:                         0.00
     DISBURSEMENTS:                         20.58     UNIDENTIFIED RECEIPTS:      0.00
      FEE RETAINER:                          0.00        PAID FEE RETAINER:      0.00
     DISB RETAINER:                          0.00       PAID DISB RETAINER:      0.00
 TOTAL OUTSTANDING:                         20.58     TOTAL AVAILABLE FUNDS:      0.00
                                                            TRUST BALANCE:
                                               BILLING HISTORY
                                               -----------------
      DATE OF LAST BILL:        03/27/13            LAST PAYMENT DATE:     04/11/13
      LAST BILL NUMBER:           616086 ACTUAL FEES BILLED TO DATE:  1,289,947.50
                                         ON ACCOUNT FEES BILLED TO DATE:       0.00
                                            TOTAL FEES BILLED TO DATE:  1,289,947.50
    LAST BILL THRU DATE:         02/28/13   FEES WRITTEN OFF TO DATE:        440.50
                                           COSTS WRITTEN OFF TO DATE:      2,162.00
FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:
                                     ----------------------------
      (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
      (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
      (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding           (10) Client Arrangement

 BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    6
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/11/2013 14:43:30

Matter No: 056772-00007                             Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    4475610
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                    Oldest       Latest          Total
                                     Entry        Entry           Amount
----  ----------------------------   ------       ------       -----------
0979  BLOOMBERG LAW RETRIEVAL FEES   03/08/13     03/08/13          20.58

          Total                                                     20.58


U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee         Date        Amount      Index#  Batch No  Batch Date
----------------------------------------  --------         ------    -----------   ------- --------- ----------

BLOOMBERG LAW RETRIEVAL FEES 0979
    BLOOMBERG  FINANCE L.P.               HALVERSON, D C   03/08/13     20.58      9841427 1372786    03/08/13
    BLOOMBERG LAW RETRIEVAL FEES - VENDOR-
    BLOOMBERG  FINANCE L.P.
                                     0979 BLOOMBERG LAW RETRIE Total :   20.58


          Costs Total :                                               20.58
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE     7
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/11/2013 14:43:30

Matter No: 056772-00007                                   Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    4475610
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount              Bill          W/o / W/u          Transfer  To   Clnt/Mtr    Carry Forward
----------------------  --------------------    ----------  ---------------  ----------------------------  -----------------

0979 BLOOMBERG LAW RETRIEVAL F     20.58       _____  _____  _____  _____


            Costs Total :          20.58       _____  _____  _____  _____