# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2013 - MARCH 31, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimate (Asbestos) | 0.2 | $ 147.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 2.6 | 2,040.00 |
| 0013 | Business Operations | 0.9 | 661.50 |
| 0014 | Case Administration | 9.9 | 2,641.50 |
| 0018 | Fee Application, Applicant | 5.5 | 1,761.00 |
| 0020 | Fee Application, Others | 4.2 | 1,078.50 |
| 0036 | Plan and Disclosure Statement | 0.3 | 220.50 |
| 0037 | Hearings | 0.3 | 220.50 |
| 0040 | Employment Applications - Others | 1.3 | 955.50 |
|  |  |  |  |
|  | **Total** | **25.2** | **$ 9,726.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | April 29, 2013 |
| INVOICE NO. | 589600 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2013, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/06/2013 | Review Debtors' motion for approval of settlement with Markel Insurance re asbestos coverage under excess policy and payment to Trust. | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.2 | $ 735 | $ 147.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 147.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 147.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/11/2013 | Review Court's Order authorizing debtors to make contributions to pension plan. | Wildes, D. | 0.1 |
| 03/15/2013 | Review corresp. from Higgins re draft motion for approval of Grace's 2013 LTIP. | Wildes, D. | 0.1 |
| 03/18/2013 | Review LTIP motion & emails re: same. | Pasquale, K. | 0.4 |
| 03/18/2013 | Review Debtors' filed motion for approval of Grace's 2013 LTIP (.4); draft email to Frezza re: same (.2) review corresp. from Frezza and list of Capstone's information request and questions for Blackstone regarding LTIP (.2); email Frezza re: same (.1). | Wildes, D. | 0.9 |
| 03/20/2013 | Emails Frezza re Capstone's information request submitted to Blackstone regarding Debtors' 2013 LTIP (.1); emails Higgins re same (.1). | Wildes, D. | 0.2 |
| 03/21/2013 | Review corresp. from Frezza re: Blackstone response to Capstone's information request re: Debtors' 2013 LTIP. | Wildes, D. | 0.2 |
| 03/27/2013 | Review Grace email re Australian acquisition. | Pasquale, K. | 0.2 |
| 03/27/2013 | Review corresp. and memo from Higgins re race's proposed REDS acquisition in Australia. | Wildes, D. | 0.2 |
| 03/28/2013 | Emails Frezza re information received from Blackstone re 2013 LTIP and re memo for Committee re same (.1); emails Frezza re proposed REDS acquisition and short memo to Committee re same  (.2). | Wildes, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.6 | $ 950 | $ 570.00 |
| Wildes, Denise K. | 2.0 | 735 | 1,470.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,040.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,040.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations  699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/20/2013 | Review corresp. from Frezza at Capstone re discussion with Blackstone re Company's Annual Operating Plan for 2013 and re draft Summary Report to Committee re Grace 4Q 2012 performance (.1) emails w/ Pasquale re AOP for 2013 (.1); review Capstone's draft Report re Grace's 4Q 2012 performance (.2); email Frezza re comments thereto (.2). | Wildes, D. | 0.6 |
| 03/21/2013 | Email Frezza re: my comments to memo to Committee re: Grace 4Q 2012 performance (.1); review final report to Committee re: same (.2). | Wildes, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.9 | $ 735 | $ 661.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 661.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 661.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration<br>699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 03/04/2013 | Monitor appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 03/05/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 03/05/2013 | Review Dist. Ct. ruling re: Garlock motion to obtain 2019 filings from WR Grace. | Wildes, D. | 0.3 |
| 03/06/2013 | Obtain and circulate recently docketed pleadings in main case (.3); update internal case docket (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 03/06/2013 | Emails Pasquale re Dist. Ct. ruling re Garlock Motion and implications re same for Grace/unsecured creditors. | Wildes, D. | 0.1 |
| 03/07/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 03/08/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 03/11/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 03/12/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 03/13/2013 | Review appeals case docket no. 11-199 (.1); obtain recent pleadings re appeals case no. 12-1402 for attorney review (.3). | Mohamed, D. | 0.4 |
| 03/14/2013 | Review appeals case docket no. 11-199 (.1); review case file documents (.8). | Mohamed, D. | 0.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/15/2013 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleadings re appeals case no. 12-1402 for attorney review (.4); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |
| 03/18/2013 | Obtain and circulate recently docketed pleadings in main case (.6); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.8 |
| 03/18/2013 | Review Opinion re Garlock Request for Access to 2019 Statement Exhibits. | Wildes, D. | 0.3 |
| 03/19/2013 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 03/20/2013 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 03/20/2013 | Review Bankr. Ct. Order Implementing District Court's Opinion and Order re Garlock Request for Access to 2019 Statement Exhibits (.1) and Order setting Status Conference for Establishing Protocol for same (.1). | Wildes, D. | 0.2 |
| 03/21/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 03/22/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 03/25/2013 | Monitor appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 03/26/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 03/27/2013 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.7 |
| 03/28/2013 | Review appeals case docket no. 11-199 (.1); update chart of due CNOs re fee applications (.2); update internal case docket (.1). | Mohamed, D. | 0.4 |
| 03/29/2013 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleading re appeals case no. 12-1402 for attorney review (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 9.0 | $ 220 | $ 1,980.00 |
| Wildes, Denise K. | 0.9 | 735 | 661.50 |
| | | | |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,641.50 | |
| | | | |
| TOTAL FOR THIS MATTER | | $ 2,641.50 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/06/2013 | Review/revise February Fee detail. | Magzamen, M. | 0.4 |
| 03/06/2013 | Attn to Grace February Fee Detail. | Magzamen, M. | 0.3 |
| 03/07/2013 | Review revised fee detail and prepare draft of SSL's 143rd monthly fee application for attorney review. | Mohamed, D. | 1.0 |
| 03/07/2013 | Review fee auditor's final report re 46th Interim Period. | Wildes, D. | 0.2 |
| 03/11/2013 | Review corresp. to/from fee auditor re: Auditor's 46th Final Omnibus Report. | Wildes, D. | 0.1 |
| 03/14/2013 | Review and revise draft of SSL's 143rd monthly fee application. | Mohamed, D. | 0.6 |
| 03/18/2013 | Review fee auditor's project category summary for the 46th interim period as it pertains to SSL's fees. | Mohamed, D. | 0.5 |
| 03/18/2013 | Review cert. of counsel filed re: order approving 46th quarterly fee application. | Wildes, D. | 0.1 |
| 03/19/2013 | Review corresp. to/from fee auditor re: fee auditor's project category summary and re: discrepancy re: same relating to Stroock. | Wildes, D. | 0.2 |
| 03/27/2013 | Review Order approving 46th quarterly fee application. | Wildes, D. | 0.1 |
| 03/29/2013 | Finalize SSL's 143rd monthly fee application for filing (.5); prepare notice and CoS re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.8 |
| 03/29/2013 | Review monthly fee application. | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.7 | $ 345 | $ 241.50 |
| Mohamed, David | 3.9 | 220 | 858.00 |
| Wildes, Denise K. | 0.9 | 735 | 661.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,761.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,761.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others 699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2013 | Review and finalize Capstone's 36th quarterly fee application for filing (.8); prepare notice and CoS re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 2.0 |
| 03/14/2013 | Review corresp. from Debtor's counsel re: proposed order to approve 46th quarterly fee application (.1); review draft order (.1) and email Mohamed re: same and re: confirming numbers based on final audit reports (.1). | Wildes, D. | 0.3 |
| 03/15/2013 | Review and finalize Capstone's 108th monthly fee application for filing (.7); prepare notice and CoS re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 3.9 | $ 220 | $ 858.00 |
| Wildes, Denise K. | 0.3 | 735 | 220.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 1,078.50 | |
|---|---|---|---|

| TOTAL FOR THIS MATTER | | $ 1,078.50 | |
|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses 699843 0024 | |
|---|---|---|
| | TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
| | MATTER DISBURSEMENT SUMMARY | |
| | Outside Messenger Service | $ 103.45 |
| | TOTAL DISBURSEMENTS/CHARGES | $ 103.45 |
| | TOTAL FOR THIS MATTER | $ 103.45 |

# STROOCK

| | | | |
|---|---|---|---|
| RE | Plan and Disclosure Statement<br>699843  0036 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/13/2013 | Review Acknowledgments and Designations filed in connection with Garlock appeal of confirmation order. | Wildes, D. | 0.2 |
| 03/29/2013 | Review notice from Court of Appeal re oral argument re Garlock appeal. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.3 | $ 735 | $ 220.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 220.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 220.50 |
|---|---|

# STROOCK

| RE | Hearings |
|---|---|
|  | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/18/2013 | Review notice of hearing agenda for April 2nd (.1); emails Krieger, Mohamed re: participation via teleconference (.1). | Wildes, D. | 0.2 |
| 03/20/2013 | Review revised notice of hearing agenda and notice of cancelation/rescheduling of hearing on April 2nd. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.3 | $ 735 | $ 220.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 220.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 220.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Employment Applications - Others | |
| | 699843  0040 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/18/2013 | Review Debtors' Motion to Approve Baker Donelson's Monthly Fixed Fee, Clarifying That Section 328(A) Provides the Appropriate Standard of Review and Expanding the Scope of Legislative Affairs Services, including exhibits to motion (.3); review Debtors' motion for protective order to file Shelnitz affidavit in support of Baker Donelson retention under seal (.2). | Wildes, D. | 0.5 |
| 03/19/2013 | Finish review of Debtors' motion re: Baker Donelson's retention on monthly fixed fee basis (.2) and related motion to file Affidavit under seal (.2). | Wildes, D. | 0.4 |
| 03/20/2013 | Corresp. w/ Higgins re questions re Debtors' Motion to Approve Baker Donelson's Monthly Fixed Fee and proposed expansion of scope of services and re Debtor's related motion for protective order to file Shelnitz affidavit and request for unredacted copy of Shelnitz Affidavit (.2) review unredacted Shelnitz Affidavit (.2). | Wildes, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 1.3 | $ 735 | $ 955.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 955.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 955.50 |

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,726.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 103.45 |
| TOTAL BILL | $ 9,829.45 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.