# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MARCH 1, 2013 - MARCH 31, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Pasquale, Kenneth | 0.6 | $ 950.00 | $     570.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Wildes, Denise | 7.1 | 735 | 5,218.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.7 | 345 | 241.50 |
| Mohamed, David | 16.8 | 220 | 3,696.00 |
|  |  |  |  |
| **Total** | **25.2** |  | **$  9,726.00** |