# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2013 - MARCH 31, 2013**

| Outside Messenger Service | $ | 103.45 |
|---|---|---|
| | | |
| **TOTAL** | | **$103.45** |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | April 29, 2013 |
| INVOICE NO. | 589600 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through March 31, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 02/07/2013 | Vendor: United Parcel Service Invoice #: 00000010X827073 02.16.13 Tracking #: 1Z10X8270794360426 Shipment Date: 02/07/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 02/28/2013 | Vendor: United Parcel Service Invoice #: 00000010X827093 03.02.13 Tracking #: 1Z10X8270191017162 Shipment Date: 02/28/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 02/28/2013 | Vendor: United Parcel Service Invoice #: 00000010X827093 03.02.13 Tracking #: 1Z10X8270199580235 Shipment Date: 02/28/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 02/28/2013 | Vendor: United Parcel Service Invoice #: 00000010X827103 03.09.13 Tracking #: 1Z10X8270799395041 Shipment Date: 02/28/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 03/01/2013 | Vendor: United Parcel Service Invoice #: 00000010X827103 03.09.13 Tracking #: 1Z10X8270193028058 Shipment Date: 03/01/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 | 8.19 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | |
| 03/01/2013 | Vendor: United Parcel Service Invoice #: 00000010X827103 03.09.13 Tracking #: 1Z10X8270194975649 Shipment Date: 03/01/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 03/01/2013 | Vendor: United Parcel Service Invoice #: 00000010X827103 03.09.13 Tracking #: 1Z10X8270794012034 Shipment Date: 03/01/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 03/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827123 03.23.13 Tracking #: 1Z10X8270194097660 Shipment Date: 03/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.22 |
| 03/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827123 03.23.13 Tracking #: 1Z10X8270199447102 Shipment Date: 03/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.22 |
| 03/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827123 03.23.13 Tracking #: 1Z10X8270791911676 Shipment Date: 03/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.58 |
| 03/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827143 04.06.13 Tracking #: 1Z10X8270190045133 Shipment Date: 03/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.22 |
| 03/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827143 04.06.13 Tracking #: 1Z10X8270193656745 Shipment Date: 03/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of | 8.22 |

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | the United States Trustee, 844 N King St, Wilmington, DE 19801 | |
| 03/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827143 04.06.13 Tracking #: 1Z10X8270792778328 Shipment Date: 03/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.58 |
| | **Outside Messenger Service Total** | **103.45** |

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 103.45 |

| TOTAL DISBURSEMENTS/CHARGES | $ 103.45 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.