<u>Exhibit A</u>

**March 2013 Fee Detail**

Matter 3             Business Operations

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/2013 | Draft correspondence to A. Paul and J. Gettleman re Monitor claims issue (.30). | .30 | $475 | $142.50 |
| RJH | 3/15/2013 | Exchange correspondence with M. Shelnitz and others re proposed business transaction (.50); legal analysis re same (.80); telephone conference with M. Shelnitz, M. Conron and J. McFarland re same (.50). | 2.30 | $475 | $1,092.50 |
| RJH | 3/19/2013 | Exchange correspondence with A. Goldstein re Monitor contract (.30). | .30 | $475 | $142.50 |
| RJH | 3/20/2013 | Telephone conference with various parties, J. McFarland and D. Joseph re proposed business transaction (.80); prepare for same (.20). | 1.00 | $475 | $475.00 |
| RJH | 3/21/2013 | Telephone conference with J. McFarland re proposed business transaction (.30). | .30 | $475 | $142.50 |
| RJH | 3/21/2013 | Telephone conference with A. Goldstein re Monitor contract issue (.40). | .40 | $475 | $190.00 |
| RJH | 3/25/2013 | Exchange correspondence with J. Dipchand re Monitor contract issue (.60). | .60 | $475 | $285.00 |
| RJH | 3/26/2013 | Legal analysis re proposed business transaction (.50); commence drafting motion re same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 3/27/2013 | Legal analysis re proposed business transaction (.90); telephone conference with J. Gettleman re same (.70); exchange correspondence with C. Finke re same (.30); exchange correspondence with A. Schlesinger re proposed acquisition (.20); draft correspondence to committee and FCR counsel re same (.30); analysis re Monitor transaction and exchange correspondence with J. Dipchand re same (.30). | 2.70 | $475 | $1,282.50 |
| RJH | 3/28/2013 | Legal research re Monitor contract rejection issues (.90); prepare for telephone conference with J. Lipchand et al re same (.40); participate in same (.50); exchange correspondence with R. Finke and others re same (.50)esearchr e same (1.50). | 3.80 | $475 | $1,805.00 |
| RJH | 3/29/2013 | Legal research re Monitor issues (.50); telephone conference with M. Shelnitz re proposed business transaction (.40); telephone conferences with J. Gettleman re same (.50); telephone conference with J. O'Neill re same (.40); exchange correspondence with various parties re same (.50); legal research re same (1.50). | 3.80 | $475 | $1,805.00 |
| Total | | | 17.00 | | $8,075.00 |

| | Matter 4 | | | Case Administration | | |
|---|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/4/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 3/19/2013 | Correspond with M. Araki re E. Mosely (.40); review correspondence and other materials re same (.20). | .60 | $475 | $285.00 |
| RJH | 3/20/2013 | Analyze issues and client documents re creditor inquiry (.40). | .40 | $475 | $190.00 |
| RJH | 3/25/2013 | Respond to several creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 3/26/2013 | Respond to creditor inquiries (.60). | .60 | $475 | $285.00 |
| RJH | 3/27/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 3/29/2013 | Respond to creditor inquiry (.30); exchange correspondence with D. Hraban re same (.20). | .50 | $475 | $237.50 |
| Total | | | 3.20 | | $1,520.00 |

| Matter 5 | | Claim Analysis Objection & Resolution (Asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 3/1/2013 | Legal research re asbestos property damage claim issue (1.50); prepare for telephone conference with S. Malloy et al re same (.30); participate in same (.60). | 2.40 | $475 | $1,140.00 |
| Total | | | 2.40 | | $1,140.00 |

Matter 6    Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/2013 | Telephone conference with D. Teichen re IRS claim (.50); legal research re same (.30); draft correspondence re same (.30). | 1.10 | $475 | $522.50 |
| RJH | 3/6/2013 | Attend to matters re filing of CNO for Nashville AOC settlement notice (.60); legal research re Paulsboro claim settlement (.80); exchange correspondence with S. Levin re same (.30). | 1.70 | $475 | $807.50 |
| RJH | 3/7/2013 | Review and revise USG/DAP stipulation (3.50); legal research re same (.50). | 4.00 | $475 | $1,900.00 |
| RJH | 3/12/2013 | Prepare for telephone conference with C. Finke, D. Teichen, T. Maynes et al. re IRS claim (.30); participate in same (1.10); exchange correspondence with various parties re same (.50); analyze Hanmar/Hankin claim issues (.50); exchange correspondence with V. Finkelstein re same (.30); analyze issues re DAP/USG claim (.30). | 2.90 | $475 | $1,377.50 |
| RJH | 3/14/2013 | Exchange correspondence with various parties re IRS claim objection and related issues (.30); analyze issues re same (.20). | 5.50 | $475 | $2,612.50 |
| RJH | 3/19/2013 | Legal research re Hanmar/Hankin (.40); prepare for telephone conference with R. Finke re same (.20); participate in same (.60). | 1.20 | $475 | $570.00 |
| RJH | 3/25/2013 | Telephone conference with M. Sandri re Pelet claims (.20). | .20 | $475 | $95.00 |
| RJH | 3/27/2013 | Exchange correspondence with S. Levin re Paulsboro environmental claim (.30); analyze issues re same (.20). | .50 | $475 | $237.50 |
| RJH | 3/29/2013 | Legal research re oil lease rejection issue (.50). | .50 | $475 | $237.50 |
| Total | | | 17.60 | | $8,360.00 |

**Matter 8**                                   **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/2013 | Prepare for telephone conference with J. O'Connell, A. Schlesinger and J. Forgach re 2013 LTIP (.30); participate in same (.60). | .90 | $475 | $427.50 |
| RJH | 3/5/2013 | Attend to matters re 2013 LTIP motion (.70). | .70 | $475 | $332.50 |
| RJH | 3/6/2013 | Exchange correspondence with J. Forgach re 2013 LTIP motion (.40). | .40 | $475 | $190.00 |
| RJH | 3/11/2013 | Attend to matters re CNO for 2013 DB contribution motion (.30); exchange correspondence with various parties re same (.40). | .70 | $475 | $332.50 |
| RJH | 3/13/2013 | Review and revise draft 2013 LTIP Motion (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 3/14/2013 | Telephone conference with J. Gettleman re 2013 LTIP motion (.50); revise motion (1.50); circulate same to counsel and financial advisors for the committees and FCRs (.20). | .50 | $475 | $237.50 |
| RJH | 3/15/2013 | Analyze issues re 2013 LTIP motion (.30); exchange correspondence with various parties re same (.70). | 1.80 | $475 | $855.00 |
| RJH | 3/18/2013 | Telephone conference with J. Forgach re 2013 LTIP Motion (.50); revise same (1.50). | 2.00 | $475 | $950.00 |
| RJH | 3/19/2013 | Attend to matters re 2013 LTIP motion (.30). | .30 | $475 | $142.50 |
| RJH | 3/20/2013 | Exchange correspondence with D. Wilder, A. Schlesinger and J. Forgach re 2013 LTIP motion (.50). | .50 | $475 | $237.50 |
| RJH | 3/21/2013 | Analyze committee query re 2013 LTIP (.40); exchange correspondence with J. Forgach and others re same (.60). | 1.00 | $475 | $475.00 |
| RJH | 3/21/2013 | Exchange correspondence with J. Forgach re 2013 LTIP motion (.60); exchange correspondence with other parties re same (.20). | .80 | $475 | $380.00 |
| RJH | 3/22/2013 | Exchange correspondence with various parties re LTIP motion (.30). | .30 | $475 | $142.50 |
| RJH | 3/25/2013 | Exchange correspondence with A. Schlesinger re 2013 LTIP Motion issues (.30). | .30 | $475 | $142.50 |
| Total | | | 13.20 | | $6,270.00 |

| Matter 10 | | Employment Applications, Others | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 3/1/2013 | Revise Baker Donelson retention motion (2.00). | 2.00 | $475 | $950.00 |
| RJH | 3/5/2013 | Exchange correspondence with various parties re Baker Donelson matter (.50). | .50 | $475 | $237.50 |
| RJH | 3/6/2013 | Telephone conference with A. Paul re Baker Donelson matter (.40). | .40 | $475 | $190.00 |
| RJH | 3/7/2013 | Exchange correspondence with F. Chlidress re Baker Donelson matter (.40); revise motion re same (2.50); review and revise draft Baker Donelson affidavit re same (.80); review and revise motion to seal (.90); review and revise company affidavit (.60); circulate draft documents to working group for comment (.40). | 5.30 | $475 | $2,517.50 |
| RJH | 3/14/2013 | Revise Baker Donelson affidavit (.70); exchange correspondence with F. Childress re same (.40); exchange correspondence with R. Finke re Baker Donelson issues (.60); review and analyze issues re same (.60). | 2.30 | $475 | $1,092.50 |
| RJH | 3/14/2013 | Revise Shelnitz affidavit (1.50); revise Baker Donelson motion (2.50); exchange correspondence with various parties re the Baker Donelson matter (.50). | 1.00 | $475 | $475.00 |
| RJH | 3/15/2013 | Revise Baker Donelson motion (.80); revise seal motion (1.20); exchange correspondence with various parties re Baker Donelson matter (.40). | 2.20 | $475 | $1,045.00 |
| RJH | 3/15/2013 | Exchange correspondence with A. Paul re Baker Donelson motion (.40); revise same (.50). | 2.40 | $475 | $1,140.00 |
| RJH | 3/16/2013 | Revise Baker Donelson motion (1.00); revise seal motion (1.20); exchange correspondence with various parties re Baker Donelson matter (.40). | 2.60 | $475 | $1,235.00 |
| RJH | 3/17/2013 | Exchange correspondence with A. Paul re Baker Donelson motion (.40); revise same (.50). | .90 | $475 | $427.50 |
| RJH | 3/18/2013 | Revise seal motion (.90); revise main motion (2.70); telephone conferences with R. Finke re Baker Donelson matters (.40); telephone conference with F. Childress re same (.30); revise Shelnitz affidavit (.40); prepare exhibits for motion (.80); prepare same for filing (.80); exchange correspondence with various parties re same (.40). | 6.70 | $475 | $3,182.50 |
| RJH | 3/19/2013 | Exchange correspondence with various parties re Baker Donelson matter (.50); telephone conference with R. Finke re Deloitte retention matters (.80); correspond with R. Finke and others re same (.20). | 1.50 | $475 | $712.50 |

6

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/20/2013 | Exchange correspondence with various parties re Shelnitz affidavit (.50); multiple telephone conferences with R. Finke re Deloitte retention issues (.60); prepare for telephone conference with client, Deloitte business people and Deloitte outside counsel re same (.30); participate in same (1.00); follow up re same (.20). | 2.60 | $475 | $1,235.00 |
| RJH | 3/21/2013 | Telephone conference with C. Finke re E&Y retention issues (.50); legal research re same (.50); exchange correspondence with R. Finke re Baker Donelson matter (.30); exchange correspondence with other parties re same (.50). | 1.80 | $475 | $855.00 |
| RJH | 3/25/2013 | Exchange correspondence with M. Hurford re Baker Donelson matter (.30); telephone conference with M. Hurford re same (.70); telephone conference with R. Finke re same (.30). | 1.30 | $475 | $617.50 |
| RJH | 3/28/2013 | Analyze OCP issues (.30); exchange correspondence with K. Love re same (.20). | .50 | $475 | $237.50 |
| Total | | | 34.00 | | $16,150.00 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 3/4/2013 | Prepare January fee application for filing (.30). | .30 | $475 | $142.50 |
| RJH | 3/25/2013 | Prepare February fee application (2.00) | 2.00 | $475 | $950.00 |
| Total | | | 2.30 | | $1,092.50 |

| | Matter 14 | Hearings | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 3/13/2013 | Review and respond to B. Ruhlander correspondence re March hearing (.30). | .30 | $475 | $142.50 |
| RJH | 3/18/2013 | Review final agenda for 4/2 hearing (.30). | .30 | $475 | $142.50 |
| Total | | | 0.60 | | $ 285.00 |

| Matter 15 | | Litigation and Litigation Consulting | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 3/12/2013 | Analyze issues re claims litigation (.30); exchange correspondence with D. Baldwin and others re same (.30). | .60 | $475 | $285.00 |
| RJH | 3/13/2013 | Prepare for telephone conference with D. Baldwin re Norfolk Southern matter (.20); participate in same (.30); draft correspondence to J. Hughes re same (.20). | .70 | $475 | $332.50 |
| RJH | 3/20/2013 | Legal research re litigation settlement issues (.50); telephone conferences with R. Finke re same (.40). | .90 | $475 | $427.50 |
| Total | | | 2.20 | | $1,045.00 |

Matter 16 — Plan and Disclosure Statement

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/4/2013 | Review order re Anderson Memorial (.10). | .10 | $475 | $47.50 |
| RJH | 3/6/2013 | Review and analyze Garlock information request opinion (.50); exchange correspondence with A. Paul re same (.20). | .70 | $475 | $332.50 |
| RJH | 3/12/2013 | Participate in plan proponents' counsel telephone conference re plan and appellate matters (2.00). | 2.00 | $475 | $950.00 |
| RJH | 3/26/2013 | Participate in plan proponents' counsel telephone conference re plan and appellate matters (1.10). | 1.10 | $475 | $522.50 |
| RJH | 3/28/2013 | Analyze issues re QSF (.30); review notifications for oral argument (.30). | .60 | $475 | $285.00 |
| Total | | | 4.50 | | $2,137.50 |