## EXHIBIT B

### March 2013 Expense Detail

### EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $204.37 |
| Online research | $503.28 |
| Total: | **$ 724.60** |

### ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| Total | **$  0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 4/7/2013 | 204.37 | ICI Telecon IC -Grace  conference call charges for March |
| 4/16/2013 | 503.28 | Lexis Nexis - Grace charges for March |
| 4/16/2013 | 16.95 | Fax and other charges |
| Total | **$ 724.60** | |

Total March 2013 Expenses:  $724.60