IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 30449

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for February 1, 2013 through February 28, 2013 filed on March 28, 2013. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than April 18, 2013. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

April 29, 2013                               WARREN H. SMITH & ASSOCIATES, P.C.

                                             By: /s/ Warren H. Smith
                                                 Warren H. Smith
                                                 State Bar No. 18757050

                                             325 N. St. Paul Street, Suite 1250
                                             Republic Center
                                             Dallas, Texas 75201
                                             (214) 698-3868
                                             (214) 722-0081 (FAX)
                                             **FEE AUDITOR**