# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Kaiser Aluminum Corporation** <br> Debtor(s) | Chapter 11 (CLOSED) <br> Case No.: 02-10429-JKF |
| **USG Corporation, et al.** <br> Debtor(s) | Chapter 11 (CLOSED) <br> Case No.: 01-2094-JKF |
| **United States Mineral Products Company** <br> Debtor(s) | Chapter 11 (CLOSED) <br> Case No.: 01-2471-JKF |
| **Owens Corning, et al.,** <br> Debtor(s) | Chapter 11 (CLOSED) <br> Case No.: 00-3837-JKF |
| **The Flintkote Company** <br> Debtor(s) | Chapter 11 <br> Case No.: 04-11300-JKF |
| **W. R. Grace & Co., et al.** <br> Debtor(s) | Chapter 11 <br> Case No.: 01-1139-JKF |

## Notice Regarding Miscellaneous 2019 Statements

Various CD's/2019 Statements have been recovered with no docket numbers on them. They have since been labeled, docketed, and turned over to the Special Master as the following: **Kaiser** A - E, G - M; **USG Corporation** A & B; **United States Mineral Products Company** A & B; **The Flintkote Company** A - E; **W. R. Grace** A - O; and **Owens Corning** A & B. They have all been recorded on the Custody and Incident Log.

_April 30, 2013_
Date

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald

SJS