```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number     2401543
   7500 Grace Drive                         Invoice Date      04/29/13
   Columbia, Maryland 21044                 Client Number      172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

     Fees                                       80.00
     Expenses                                    0.00

                       TOTAL BALANCE DUE UPON RECEIPT            $80.00
                                                            =============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                         Invoice Number     2401543
  7500 Grace Drive                         Invoice Date      04/29/13
  Columbia, Maryland 21044                 Client Number      172573
  USA                                      Matter Number       60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

   Date    Name                                              Hours
 -------- -----------                                        -----

 03/11/13 Ament        Review agenda and hearing binder        .40
                       received from Pachulski (.10);
                       e-mails with P. Cuniff re: same
                       (.10); update hearing binder
                       (.10); coordinate hand delivery of
                       agenda and hearing binder to Judge
                       Fitzgerald per J. O'Neill request
                       (.10).

                                                            ------
                                        TOTAL HOURS            .40



 TIME SUMMARY              Hours        Rate        Value
 -------------------   ------------------------    -------
 Sharon A. Ament        0.40  at  $  200.00  =       80.00

                       CURRENT FEES                                80.00

                                                            ------------
                       TOTAL BALANCE DUE UPON RECEIPT             $80.00
                                                            ============
```

```
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                          Invoice Number     2401544
    7500 Grace Drive                          Invoice Date       04/29/13
    Columbia, Maryland 21044                  Client Number       172573
    USA


===============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                                      3,756.50
    Expenses                                      0.00

                        TOTAL BALANCE DUE UPON RECEIPT         $3,756.50
                                                               =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number      2401544
   7500 Grace Drive                          Invoice Date        04/29/13
   Columbia, Maryland 21044                  Client Number        172573
   USA                                       Matter Number         60029
```

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

```
    Date    Name                                                  Hours
   -------- -----------                                           -----

   03/01/13 Ament         Review and respond to e-mail from        .50
                          J. Lord re: Jan. monthly fee
                          application (.10); meet with A.
                          Muha re: same (.10); update
                          spreadsheet re: same (.10);
                          revisions to Jan. monthly fee
                          application (.20).

   03/01/13 Cameron       Review fee application materials.        .50

   03/01/13 Lord          Communicate with S. Ament re:            .10
                          monthly fee application.

   03/01/13 Muha          Review and revise Jan. 2013             1.40
                          application, with extensive
                          changes and preparation of
                          description for treatment of Nov.
                          and Dec. 2012 invoices for
                          unclaimed property matter.

   03/04/13 Ament         E-mails and meet with A. Muha re:        .30
                          Jan. monthly fee application
                          (.10); finalize Jan. fee
                          application (.10); e-mail same to
                          J. Lord for DE filing (.10).

   03/04/13 Lord          Revise, e-file and serve Reed           1.30
                          Smith's January 2013 monthly fee
                          application.

   03/04/13 Muha          Review and additional revisions to       .50
                          Jan. 2013 monthly application.
```

```
 172573 W. R. Grace & Co.                         Invoice Number   2401544
 60029  Fee Applications-Applicant                Page     2
        April 29, 2013


   Date    Name                                                      Hours
 -------- -----------                                                 -----

 03/05/13 Lord              Research and respond to S. Ament           .30
                            re: fee issues

 03/06/13 Ament             Attention to billing matters.              .10

 03/08/13 Cameron           Review issues relating to fee              .30
                            applications.

 03/08/13 Muha              Emails and meeting with S. Ament           .40
                            re: revisions to Feb. 2013 monthly
                            fee application materials.

 03/19/13 Ament             Call with A. Muha re: billing              .10
                            matters.

 03/20/13 Cameron           Attention to fee application               .40
                            materials.

 03/21/13 Ament             Attention to billing issues (.10);         .30
                            various e-mails and meetings re:
                            same (.20).

 03/21/13 Muha              Revisions to Feb. 2013 monthly             .40
                            application (0.2); meetings with
                            S. Ament re: invoices and
                            application of credits for charges
                            in fee app (0.2).

 03/26/13 Muha              Review and revisions to fee and            .30
                            expense detail for Feb. 2013
                            monthly application.

 03/27/13 Cameron           Review fee application materials.          .40

 03/28/13 Ament             Review and respond to e-mail from          .90
                            J. Lord re: Feb. monthly fee
                            application (.10); review invoices
                            relating to Feb. fees and expenses
                            (.10); calculate fees and expenses
                            for same (.30); prepare
                            spreadsheets re: same (.10); draft
                            Feb. monthly fee application
                            (.20); provide same to A. Muha for
                            review (.10).

 03/28/13 Muha              Final review of and revisions to           .30
                            Feb. 2013 monthly fee application.
```

```
172573 W. R. Grace & Co.                         Invoice Number   2401544
 60029 Fee Applications-Applicant                Page       3
       April 29, 2013


   Date    Name                                                     Hours
 --------  -----------                                               -----

 03/29/13 Ament           Review A. Muha comments re: Feb.            .60
                          monthly fee application (.10);
                          finalize same (.10); e-mail 140th
                          monthly fee application to J. Lord
                          for DE filing (.10); e-mails with
                          J. Lord re: CNO for 139th fee
                          application (.10); attention to
                          billing matters (.10); e-mail to
                          D. Cameron and A. Muha re: same
                          (.10).

                                                                    ------
                                                 TOTAL HOURS          9.40


 TIME SUMMARY             Hours          Rate           Value
 ----------------------   ---------------------        -------
 Douglas E. Cameron       1.60  at  $  690.00    =    1,104.00
 Andrew J. Muha           3.30  at  $  495.00    =    1,633.50
 John B. Lord             1.70  at  $  270.00    =      459.00
 Sharon A. Ament          2.80  at  $  200.00    =      560.00

                          CURRENT FEES                               3,756.50

                                                                  ------------
                          TOTAL BALANCE DUE UPON RECEIPT             $3,756.50
                                                                  ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number      2401545
    7500 Grace Drive                         Invoice Date        04/29/13
    Columbia, Maryland 21044                 Client Number        172573
    USA



==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

      Fees                                   2,784.50
      Expenses                                   0.00

                       TOTAL BALANCE DUE UPON RECEIPT       $2,784.50
                                                         =============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                            Invoice Number      2401545
   7500 Grace Drive                            Invoice Date       04/29/13
   Columbia, Maryland 21044                    Client Number       172573
   USA                                         Matter Number         60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

  Date    Name                                                    Hours
  -------- -----------                                             -----

  03/09/13 Cameron      Review materials relating to                 .80
                        Anderson Memorial claims.

  03/28/13 Cameron      Review materials regarding Third             .60
                        Circuit appeal.

  03/29/13 Cameron      Meet with J. Martin and emails re:           .60
                        Third Circuit Appeal.

  03/29/13 Martin       Review and analysis for issues for          1.10
                        oral argument and on panel in
                        Asbestos trust matter and talk to
                        Mr. Finke regarding same.

  03/30/13 Cameron      Review materials re: Third Circuit           .80
                        appeal issues.
                                                                  ------
                                                  TOTAL HOURS       3.90


 TIME SUMMARY              Hours         Rate          Value
 ------------------------- ----------------------     -------
 Douglas E. Cameron         2.80 at $  690.00  =     1,932.00
 James C. Martin            1.10 at $  775.00  =       852.50

                         CURRENT FEES                                 2,784.50

                                                                   ------------
                         TOTAL BALANCE DUE UPON RECEIPT              $2,784.50
                                                                   ============
```

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                           Invoice Number      2401546
   62 Whittemore Avenue                       Invoice Date       04/29/13
   Cambridge, MA  02140                       Client Number       172573



==============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

     Fees                                  4,109.00
     Expenses                                  0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $4,109.00
                                                           =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



W.R. Grace & Co.                         Invoice Number     2401546
62 Whittemore Avenue                     Invoice Date      04/29/13
Cambridge, MA  02140                     Client Number      172573
                                         Matter Number       60041


==========================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

  Date    Name                                              Hours
 -------- -----------                                       -----


03/12/13 Klapper      Participate in call with client re     .40
                      Canadian issue and note
                      brainstorming thoughts.

03/15/13 Klapper      Assess options and draft email        2.30
                      analysis (1.8); discuss same with
                      client (0.5).

03/17/13 Cameron      Review summary/outline of issues       .80
                      from T. Klapper.

03/18/13 Luchini      Telephone call from T. Klapper re:    1.10
                      Grace call and status (0.7);
                      review email correspondence (0.4).

03/20/13 Klapper      Confer with J. Luchini re current      .50
                      issue.

03/20/13 Luchini      Review issues and correspondence      1.40
                      (0.9); telephone call from T.
                      Klapper re: issues and approach
                      (0.5).
                                                          ------
                                           TOTAL HOURS      6.50


TIME SUMMARY               Hours        Rate            Value
------------------------   ----------------------      -------
Douglas E. Cameron         0.80  at  $  690.00  =       552.00
Joseph S. Luchini          2.50  at  $  610.00  =     1,525.00
Antony B. Klapper          3.20  at  $  635.00  =     2,032.00

                           CURRENT FEES                              4,109.00
```

```
172573 W. R. Grace & Co.                        Invoice Number   2401546
 60041 Specifications Inquiry                   Page    2
       April 29, 2013
```

```
                                                              ------------
                             TOTAL BALANCE DUE UPON RECEIPT      $4,109.00
                                                              ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



  W.R. Grace & Co.                         Invoice Number      2401547
  7500 Grace Drive                         Invoice Date       04/29/13
  Columbia, Maryland 21044                 Client Number       172573
  USA


==============================================================================

Re: W. R. Grace & Co.


(80001)   Unclaimed Property Advice

     Fees                                  3,232.00
     Expenses                                  0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,232.00
                                                         =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                     Invoice Number      2401547
   7500 Grace Drive                     Invoice Date       04/29/13
   Columbia, Maryland 21044             Client Number       172573
   USA                                  Matter Number         80001


==========================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

   Date     Name                                              Hours
   -------- -----------                                       -----

   03/13/13 Lima           Meet with C. Finke to discuss       1.00
                           unclaimed property issues.

   03/18/13 Lima           Discuss credits to foreign           .40
                           customers with J. Reichardt

   03/18/13 Reichardt      Began researching the Delaware       .40
                           unclaimed property ramifications
                           of foreign customer credits.

   03/20/13 Reichardt      Researched unclaimed property       1.80
                           escheat priority rules (0.4);
                           continued research into unclaimed
                           property ramifications of customer
                           "credits" (1.4).

   03/21/13 Lima           Review and analyze non-disclosure   1.00
                           agreement.

   03/21/13 Reichardt      Discussion with S. Lima regarding    .20
                           unclaimed property advice on
                           customer credits.

   03/22/13 Reichardt      Continued research into federal      .20
                           regulations pertaining to
                           potential federal preemption
                           issues.

   03/27/13 Lima           Review and revise Non-Disclosure    1.00
                           agreement.
```

```
172573 W. R. Grace & Co.                        Invoice Number   2401547
80001  Unclaimed Property Advice                Page    2
       April 29, 2013


   Date   Name                                                    Hours
   ------ -----------                                              -----

03/28/13 Reichardt         Researched federal regulations on        .30
                           the shipment and
                           packaging/delivery of certain
                           industrial materials.

03/28/13 Reichardt         Researched legislative history and      1.40
                           text of exemption in Delaware law.

                                                                  ------
                                               TOTAL HOURS          7.70


TIME SUMMARY                   Hours          Rate          Value
-------------------------      --------------------         -------
Sara A. Lima                    3.40 at  $  470.00   =    1,598.00
Jaime S. Reichardt              4.30 at  $  380.00   =    1,634.00

                             CURRENT FEES                                  3,232.00


                                                          ------------
                             TOTAL BALANCE DUE UPON RECEIPT    $3,232.00
                                                          ============
```