REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number      2401553 |
| 7500 Grace Drive | Invoice Date      04/29/13 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | |

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                         0.00

    Expenses                                82.34

                        TOTAL BALANCE DUE UPON RECEIPT     $82.34
                                        =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number     2401553
   7500 Grace Drive                       Invoice Date     04/29/13
   Columbia, Maryland 21044               Client Number      172573
   USA                                    Matter Number       60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

   PACER                                      16.70
   Duplicating/Printing/Scanning              56.80
   Postage Expense                             3.84
   Courier Service - Outside                   5.00

                      CURRENT EXPENSES                  82.34
                                               -------------

               TOTAL BALANCE DUE UPON RECEIPT          $82.34
                                               =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


    W.R. Grace & Co.                          Invoice Number    2401553
    7500 Grace Drive                          Invoice Date    04/29/13
    Columbia, Maryland 21044                  Client Number     172573
    USA                                       Matter Number      60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting



    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    02/26/13   Duplicating/Printing/Scanning                    .10
               ATTY # 000559: 1 COPIES

    02/26/13   Duplicating/Printing/Scanning                    .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                   1.60
               ATTY # 000559: 16 COPIES

    02/27/13   Duplicating/Printing/Scanning                   2.80
               ATTY # 000559: 28 COPIES

    02/27/13   Duplicating/Printing/Scanning                    .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                    .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                    .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                    .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                    .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                    .30
               ATTY # 000559: 3 COPIES

    02/27/13   Duplicating/Printing/Scanning                   1.00
               ATTY # 000559: 10 COPIES

    02/27/13   Duplicating/Printing/Scanning                   1.00
               ATTY # 000559: 10 COPIES
```

172573 W. R. Grace & Co.                          Invoice Number  2401553
60026  Litigation and Litigation Consulting       Page   2
       April 29, 2013


02/27/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

02/28/13   PACER                                             12.10

02/28/13   PACER                                              4.60

03/01/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

03/01/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

03/01/13   Duplicating/Printing/Scanning                      1.10
           ATTY # 000559: 11 COPIES

03/01/13   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

03/01/13   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

03/04/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

03/04/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

03/04/13   Duplicating/Printing/Scanning                     23.20
           ATTY # 000559: 232 COPIES

03/05/13   Duplicating/Printing/Scanning                      2.00
           ATTY # 000559: 20 COPIES

03/06/13   Postage Expense                                    3.84
           Postage Expense: ATTY # 000718 User: Equitrac By

03/19/13   Courier Service - Outside -- VENDOR: AL STILES:     5.00
           Messenger Trip - U.S. Bankruptcy Court - Ramona
           Baker - 3/11/13

03/19/13   Duplicating/Printing/Scanning                      2.00
           ATTY # 000559: 20 COPIES

03/28/13   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

03/28/13   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

03/28/13   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number  2401553
60026  Litigation and Litigation Consulting       Page   3
       April 29, 2013


03/28/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

03/28/13   Duplicating/Printing/Scanning                      1.10
           ATTY # 000559: 11 COPIES

03/28/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

03/28/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

03/28/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

03/29/13   Duplicating/Printing/Scanning                       .90
           ATTY # 000559: 9 COPIES

03/29/13   Duplicating/Printing/Scanning                       .80
           ATTY # 000559: 8 COPIES

03/29/13   Duplicating/Printing/Scanning                      2.00
           ATTY # 000559: 20 COPIES

03/29/13   Duplicating/Printing/Scanning                      6.80
           ATTY # 000559: 68 COPIES

                        CURRENT EXPENSES                      82.34
                                                       -------------
                TOTAL BALANCE DUE UPON RECEIPT              $82.34
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2401554
7500 Grace Drive                          Invoice Date       04/29/13
Columbia, Maryland 21044                  Client Number      172573
USA

============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

    Fees                            0.00
    Expenses                      254.40

                  TOTAL BALANCE DUE UPON RECEIPT        $254.40
                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


    W.R. Grace & Co.                    Invoice Number      2401554
    7500 Grace Drive                    Invoice Date      04/29/13
    Columbia, Maryland 21044            Client Number       172573
    USA                                 Matter Number        80001


===============================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning              0.60
        Courier Service - Outside                 19.20
        Rail Travel Expense                      179.00
        Taxi Expense                              17.50
        Meal Expense                              38.10

                        CURRENT EXPENSES                      254.40
                                                       -------------

                        TOTAL BALANCE DUE UPON RECEIPT       $254.40
                                                       =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number     2401554
    7500 Grace Drive                        Invoice Date     04/29/13
    Columbia, Maryland 21044                Client Number      172573
    USA                                     Matter Number       80001


========================================================================

Re: (80001)  Unclaimed Property Advice



FOR COSTS ADVANCED AND EXPENSES INCURRED:

03/08/13   Rail Travel Expense                             179.00
           Rail - VENDOR: Kyle O. Sollie, Mar 08, 2013
           Roundtrip Amtrak tickets from Philadelphia to
           Baltimore to meet with W.R. Grace tax officials
           to discuss pending case.
           AMTRAK .CO0671000117877

03/12/13   Duplicating/Printing/Scanning                      .10
           ATTY # 008690: 1 COPIES

03/12/13   Duplicating/Printing/Scanning                      .10
           ATTY # 008690: 1 COPIES

03/12/13   Duplicating/Printing/Scanning                      .10
           ATTY # 008690: 1 COPIES

03/13/13   Taxi Expense                                      8.74
           Taxi - VENDOR: Kyle O. Sollie, Mar 13, 2013
           Taxi from work to travel to Baltimore
           to meet with W.R. Grace tax officials to discuss
           pending case.
           PHILADELPHIA TAXI

03/13/13   Taxi Expense                                      8.76
           Taxi - VENDOR: Kyle O. Sollie, Mar 13, 2013
           Taxi from Amtrak to work returning from
           Baltimore to meet with W.R. Grace tax officials
           to discuss pending case.
           PHILADELPHIA TAXI

03/13/13   Meal Expense                                     14.21
           Lunch - VENDOR: Kyle O. Sollie, Mar 13, 2013
           Lunch in Baltimore to meet with W.R. Grace tax
           officials to discuss pending case.
           SUBWAY    00120519
```

```
172573 W. R. Grace & Co.                    Invoice Number  2401554
80001  Unclaimed Property Advice            Page    2
        April 29, 2013
```

| | | |
|---|---|---|
| 03/13/13 | Meal Expense | 21.96 |
| | Meals Other - VENDOR: Kyle O. Sollie, Mar 13, 20 | |
| | Snack at Amtrak returning from Baltimore to meet | |
| | with W.R. Grace tax officials to discuss pending | |
| | case. | |
| | AMTRAK PENN STATIONQPS | |
| | | |
| 03/13/13 | Meal Expense | 1.93 |
| | Breakfast - VENDOR: Kyle O. Sollie, Mar 13, 2013 | |
| | Coffee before traveling to Baltimore to meet | |
| | with W.R. Grace tax officials to discuss pending | |
| | case. | |
| | | |
| 03/15/13 | Duplicating/Printing/Scanning | .10 |
| | ATTY # 008690: 1 COPIES | |
| | | |
| 03/15/13 | Duplicating/Printing/Scanning | .10 |
| | ATTY # 008690: 1 COPIES | |
| | | |
| 03/15/13 | Duplicating/Printing/Scanning | .10 |
| | ATTY # 008690: 1 COPIES | |
| | | |
| 03/15/13 | Courier Service - Outside 00843 UPS - Shipped | 11.24 |
| | from Mary Ryder Reed Smith LLP - Philadelph to | |
| | W.R. Grace & Co. Donald J. Teichen (BOCA RATON | |
| | FL 33487) | |
| | | |
| 03/15/13 | Courier Service - Outside 00843 UPS - Shipped | 7.96 |
| | from  REED SMITH LLP to W.R. Grace & Co. Donald | |
| | J. Teichen (BOCA RATON FL 33487) | |

```
                        CURRENT EXPENSES                 254.40
                                                    ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $254.40
                                                    ==============
```