# EXHIBIT A

**WR Grace**
**December 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Financial analysis - semi-annual review | 2.0 |
| | Comm w/OHS (DF) re scheduling | 0.2 |
| | Review docket and analysis | 0.2 |
| Tue 4 | Financial analysis - semi-annual review | 1.5 |
| | Review docket and analysis, fee reports, CNOs for QSF and warrant purchase motions | 0.8 |
| Wed 5 | Financial analysis - semi-annual review | 1.3 |
| | Review docket and analysis | 0.3 |
| Thu 6 | Review and edit semi-annual financial review doc | 2.3 |
| | Comm w/OHS (RF) re scheduling, questions, format) | 0.4 |
| | Review docket and analysis, asset sale and settlement reports | 0.9 |
| Fri 7 | Review docket and analysis | 0.2 |
| Mon 10 | Review docket and analysis | 0.3 |
| Tue 11 | Travel to Washington DC (working) | 4.0 |
| | Semi-annual financial presentation to FCR | 2.0 |
| | Travel from Washington DC (non-working) | 3.5 |
| Wed 12 | Review docket and analysis | 1.5 |
| Thu 13 | Review docket and analysis | 0.2 |
| Fri 14 | Review docket and analysis | 0.2 |
| Mon 17 | Review docket and analysis | 0.2 |
| Tue 18 | Review docket and analysis | 0.2 |
| Wed 19 | Review docket and analysis | 0.3 |
| Thu 20 | Review docket and analysis | 0.2 |
| Fri 21 | Review docket and analysis, Third Amendment to LOC facility | 0.9 |
| | Draft/edit time entries, review Oct/Nov apps | 1.3 |
| Wed 26 | Review docket and analysis | 0.3 |
| Thu 27 | Review docket and analysis | 0.2 |
| | TOTAL HOURS | 25.4 |

**WR Grace**
**December 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Preparation of FCR update presentation | 4.2 |
| Tue 4 | Preparation of FCR update presentation | 4.1 |
| Wed 5 | Review docket and analysis | 0.3 |
|  | Preparation of FCR update presentation | 2.5 |
| Fri 7 | Fee application preparation | 0.4 |
|  | Preparation of FCR update presentation | 2.2 |
| Mon 10 | Preparation of FCR update presentation | 1.8 |
| Tue 11 | Travel time for meeting w/ FCR and Orrick (Working) | 2.5 |
|  | Travel time for meeting w/ FCR and Orrick (Non-Working) | 5.0 |
|  | Update meeting w/ FCR and Orrick | 2.0 |
| Fri 14 | Review docket and analysis | 0.3 |
| Wed 19 | Review docket and analysis | 0.3 |
| Fri 21 | Review docket and analysis - Third Amendment to LOC facility | 1.0 |
| Wed 26 | Fee application preparation | 0.5 |
|  | TOTAL TIME (hrs) | 27.1 |

**WR Grace**
**December 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Preparation of FCR update presentation | 5.2 |
| Tue 4 | Preparation of FCR update presentation | 4.1 |
| Wed 5 | Preparation of FCR update presentation | 2.5 |
| Fri 7 | Preparation of FCR update presentation | 1.1 |
| Mon 10 | Preparation of FCR update presentation | 4.0 |
|  | Travel time for meeting w/ FCR and Orrick (Working) | 4.0 |
|  | Travel time for meeting w/ FCR and Orrick (Non-Working) | 5.0 |
| Tue 11 | Update meeting w/ FCR and Orrick | 2.0 |
|  | Travel time for meeting w/ FCR and Orrick (Non-Working) | 6.0 |
|  | Travel time for meeting w/ FCR and Orrick (Working) | 3.0 |
|  | TOTAL TIME (hrs) | 36.9 |

**WR Grace**
**December 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Preparation of FCR update presentation | 10.0 |
| Tue 4 | Preparation of FCR update presentation | 3.0 |
| Wed 5 | Review docket and analysis | 0.3 |
| | Preparation of FCR update presentation | 2.5 |
| Fri 7 | Fee application preparation | 1.0 |
| | Preparation of FCR update presentation | 3.0 |
| Mon 10 | Preparation of FCR update presentation | 2.0 |
| Tue 11 | Travel time for meeting w/ FCR and Orrick (Working) | 3.0 |
| | Travel time for meeting w/ FCR and Orrick (Non-Working) | 5.0 |
| | Update meeting w/ FCR and Orrick | 2.0 |
| Wed 19 | Review docket and analysis | 0.3 |
| Wed 26 | Fee application preparation | 2.0 |
| | TOTAL TIME (hrs) | 34.1 |