# EXHIBIT B

**W.R. Grace**
**Detail of expenses (December 1, 2012 – December 31, 2012)**

Communication
Telephone, facsimile, wireless service                 $92.85

        **Total Communication:**                 **$92.85**

Travel
Airfare[2]                                             $2,669.80
Transportation[3]                                      $870.72
Hotel                                                  $287.51
Meals                                                  $46.27

        **Total Travel:**                 **$3,874.30**

**TOTAL EXPENSES:**                                    **$3,967.15**

---

2  Roundtrip, coach class airfare for Joseph Radecki, Jason Solganick and Andrew Choi (New York to Washington D.C.), as well as Claire Burke (Los Angeles to Washington D.C.)

3  Includes taxi/car service to and from airports and within Washington D.C. for travel related to the June 11th meeting with the FCR and Orrick for Joseph Radecki, Jason Solganick, Claire Burke and Andrew Choi