# EXHIBIT A

**WR Grace**
**January 2013 Time - Joe Radecki, ManagingDirector**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Review docket and analysis | 0.2 |
| | Complete fee app, time records, draft | 1.5 |
| Thu 3 | Review docket and analysis | 0.1 |
| Fri 4 | Review docket and analysis | 0.2 |
| Mon 7 | Review docket and analysis | 0.2 |
| Tue 8 | Review docket and analysis | 0.2 |
| Wed 9 | Review docket and analysis | 0.2 |
| Thu 10 | Review docket and analysis | 0.2 |
| Mon 14 | Review docket and analysis | 0.2 |
| Tue 15 | Review docket and analysis | 0.2 |
| Wed 16 | Review docket and analysis | 0.2 |
| Thu 17 | Review Amendment to DIP facility | 0.7 |
| | Review docket and analysis | 0.2 |
| Fri 18 | Review docket and analysis | 0.3 |
| Tue 22 | Review docket and analysis | 0.2 |
| Wed 23 | Review docket and analysis | 0.2 |
| Thu 24 | Review 4Q charge related to debt and warrants | 0.2 |
| | Review docket and analysis | 0.2 |
| Fri 25 | Review press realted to 4Q charge and analysis for stock px | 1.0 |
| | Review docket and analysis | 0.2 |
| Mon 28 | Review docket and analysis | 0.2 |
| Tue 29 | Review/analysis of 8-K | 0.8 |
| | Review docket and analysis | 0.2 |
| Wed 30 | Review docket and analysis | 0.2 |
| Thu 31 | Review docket and analysis | 0.2 |
| | TOTAL HOURS | 8.2 |

**WR Grace**
**January 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Fee application preparation | 0.4 |
| | Review docket and analysis | 0.3 |
| Fri 4 | Review docket and analysis | 0.2 |
| Tue 8 | Review docket and analysis | 0.2 |
| Thu 10 | Review information for fee auditor | 0.5 |
| Fri 11 | Review docket and analysis | 0.4 |
| Wed 16 | Review docket and analysis | 0.4 |
| Tue 22 | Review docket and analysis | 0.3 |
| Fri 25 | Review Grace news re: DIP amount and asbestos book liability | 0.2 |
| | Review docket and analysis | 0.2 |
| Tue 29 | Review Grace 8-k | 0.2 |
| Thu 31 | Review docket and analysis | 0.3 |
| | **TOTAL TIME (hrs)** | **3.6** |

**WR Grace**
**January 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 3 | Review docket and analysis | 0.2 |
| | Review November 2012 monthly financial report | 1.2 |
| Tue 8 | Review docket and analysis | 0.3 |
| Tue 15 | Review docket and analysis | 0.4 |
| Fri 11 | Review docket and analysis | 0.4 |
| Thu 17 | Review docket and analysis | 0.5 |
| Tue 22 | Review docket and analysis | 0.6 |
| Wed 23 | Review Grace and industry news | 1.2 |
| | **TOTAL TIME (hrs)** | **4.8** |

**WR Grace**
**January 2013 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Fee application preparation | 1.0 |
| Fri 4 | Review docket and analysis | 0.3 |
| Tue 8 | Review docket and analysis | 0.3 |
| Tue 29 | Review Grace 8-k | 1.0 |
| Thu 31 | Review docket and analysis | 0.3 |
| | **TOTAL TIME (hrs)** | **2.9** |