# EXHIBIT B

**W.R. Grace**
**Detail of expenses (January 1, 2013 – January 31, 2013)**

<u>Communication</u>
Telephone, facsimile, wireless service $182.53

**Total Communication:** **$182.53**

**TOTAL EXPENSES:** **$182.53**