IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| W.R. GRACE & CO., <u>et</u> <u>al.</u>, | ) Case No. 01-1139 (JKF) |
|  | ) Jointly Administered |
| Debtors. | ) Objection Date: May 21, 2013 at 4:00 p.m. |
|  | ) Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-SECOND MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2013 – February 28, 2013 |
| 100% of Compensation sought as actual, reasonable and necessary: | $30,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $24,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $100.25 |

This is a   _x_ monthly            __ interim            ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 13.5 | $30,000.00 |
| Jason Solganick | Director | NA | 9.6 | |
| Claire Burke | Associate | NA | 17.2 | |
| Andrew Choi | Analyst | NA | 3.9 | |
| Grand Total: | | | **44.2** | **$30,000.00** |
| Blended Rate: | | | 44.2 | $678.73 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**February 1-28, 2013**

| **Project Category** | **Total Hours** | **Total Fees[1]** |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **44.2** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

Communication                                                                 $100.25
**TOTAL Out-of-Pocket Expenses:**                                             $100.25

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

                LINCOLN PARTNERS ADVISORS LLC

By: */S/ JASON SOLGANICK*
     Jason Solganick
     Director
     360 Madison Ave, 21st Floor
     New York, NY 10017
     Telephone: (212) 277-8100

Dated: April 24, 2013