# EXHIBIT A

**WR Grace**
**February 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review docket and analysis | 0.3 |
| Mon 4 | Review docket and analysis | 0.2 |
| Tue 5 | Review docket and analysis | 0.2 |
| Wed 6 | Earnings call and psot-call analysis | 1.0 |
| | Review earnings info/release | 0.2 |
| | Review docket and analysis | 0.2 |
| Thu 7 | Review press/research on earnings | 1.0 |
| | Call w/Blackstone re 2013 budget | 0.5 |
| | Review docket and analysis | 0.2 |
| Fri 8 | Review docket and analysis | 0.2 |
| Tue 12 | Review docket and analysis | 0.2 |
| Wed 13 | Comm w/OHS (RW, DF) re Defined benefit pension motion | 1.2 |
| | Review order on Arc refinancing | 0.8 |
| | Review docket and analysis | 0.2 |
| Thu 14 | Call w/Blackstone re 2013 budget | 0.4 |
| | Review docket and analysis | 0.2 |
| Thu 21 | Review pension info for Debtor's motion | 0.5 |
| | Grace 4Q and FY financial update for FCR | 1.0 |
| | Review dockets Feb 15-20 and analysis | 1.0 |
| Fri 22 | Review docket and analysis | 0.2 |
| Mon 25 | Review docket and analysis | 0.2 |
| Tue 26 | Review docket and analysis | 0.2 |
| Wed 27 | Review/analysis 10-K | 3.0 |
| | Review docket and analysis | 0.2 |
| Thu 28 | Review docket and analysis | 0.2 |
| | TOTAL HOURS | 13.5 |

**WR Grace**
**February 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 5 | Review docket and analysis | 0.3 |
| Fri 8 | Review docket and analysis | 0.3 |
| Mon 11 | Review pension motion | 0.4 |
| Wed 13 | Review Grace 8-k (Investor Presentation) and analysis | 1.5 |
| Thu 14 | Review docket and analysis | 0.2 |
|  | Preparation of memo re: 4Q and 2012 results | 2.0 |
| Fri 15 | Review Grace 8-k | 0.2 |
| Mon 18 | Preparation of memo re: 4Q and 2012 results | 2.5 |
| Tue 19 | Review docket and analysis | 0.2 |
|  | Preparation of memo re: 4Q and 2012 results | 1.4 |
| Fri 22 | Review docket and analysis | 0.3 |
| Wed 27 | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 9.6 |

**WR Grace**
**February 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 11 | Review Grace 8-k (Investor Presentation), December 2012 monthly report and analysis | 6.1 |
| Tue 12 | Preparation of memo re: 4Q and 2012 results | 3.0 |
|  | Review docket and analysis | 0.3 |
| Wed 13 | Preparation of memo re: 4Q and 2012 results | 2.5 |
| Thu 14 | Preparation of memo re: 4Q and 2012 results | 3.0 |
| Fri 15 | Preparation of memo re: 4Q and 2012 results | 0.8 |
|  | Review post-confirmation December 2012 monthly report | 0.5 |
| Mon 18 | Preparation of memo re: 4Q and 2012 results | 1.0 |
|  | TOTAL TIME (hrs) | 17.2 |

**WR Grace**
**February 2013 Time -  Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 5 | Review docket and analysis | 0.3 |
| Wed 13 | Review Grace 8-k | 2.0 |
| Tue 19 | Preparation of memo re: 4Q and 2012 results | 1.0 |
| Fri 22 | Review docket and analysis | 0.3 |
| Wed 27 | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 3.9 |