# EXHIBIT B

<u>**W.R. Grace**</u>
<u>**Detail of expenses (February 1, 2013 – February 28, 2013)**</u>

<u>Communication</u>
Telephone, facsimile, wireless service          $100.25

| | |
|---|---|
| **Total Communication:** | **<u>$100.25</u>** |
| **TOTAL EXPENSES:** | **$100.25** |