# EXHIBIT A

**WR Grace**
**March 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review docket and analysis | 0.2 |
| Mon 4 | Review docket and analysis | 0.2 |
|  | Review and analyze Molycorp financials, Grace venture | 3.0 |
| Tue 5 | Review docket and analysis | 0.2 |
| Wed 6 | Review Opinion reversing Bankruptcy Orders on 2019 motion of GST | 1.3 |
| Thu 7 | Review docket and analysis | 0.2 |
| Fri 8 | Review docket and analysis | 0.2 |
| Mon 11 | Review Order on Grace retirement plan contributions | 0.3 |
|  | Review docket and analysis | 0.2 |
| Tue 12 | Review docket and analysis | 0.2 |
| Wed 13 | Review docket and analysis | 0.2 |
|  | review press releases and analysis - asbestos claim transparency bill | 3.0 |
| Thu 14 | Review press on cancellation of rare-earth surcharges | 0.4 |
|  | Review docket and analysis | 0.2 |
| Fri 15 | Compile fee data for Jan-Feb fee apps and transmit | 2.0 |
|  | Discuss structure of Grace financial review | 0.7 |
|  | Review docket and analysis | 0.2 |
| Mon 18 | Review and analyze Grace LTIP motion | 0.9 |
|  | Review corrected Order on 2019s | 0.4 |
|  | Review docket and analysis | 0.2 |
| Tue 19 | Review docket and analysis | 0.2 |
| Wed 20 | Review docket and analysis | 0.2 |
| Wed 21 | Review docket and analysis | 0.2 |
| Thu 22 | Review docket and analysis | 0.2 |
| Fri 23 | Review docket and analysis | 0.2 |
| Mon 26 | Review release date for Grace 1Q financials | 0.3 |
| Tue 27 | Review draft Protocol for 2019 production | 0.6 |
|  | Review docket and analysis | 0.2 |
| Wed 28 | Review docket and analysis | 0.2 |
| Thu 29 | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 16.7 |

**WR Grace**
**March 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review docket and analysis | 0.3 |
| Thu 7 | Review fee auditor report | 0.3 |
| Fri 8 | Review docket and analysis | 0.2 |
| Mon 11 | Fee application prep | 0.4 |
| Wed 13 | Review docket and analysis | 0.3 |
| Fri 15 | Review docket and analysis | 0.2 |
|  | Review news re: pricing actions | 0.3 |
| Mon 18 | Review LTIP materials | 1.2 |
|  | Review order re: access to information | 0.7 |
| Tue 19 | Review docket and analysis | 0.2 |
| Fri 22 | Review docket and analysis | 0.3 |
| Wed 27 | Review materials re: acquisition | 0.4 |
|  | Review news re: patent infringement lawsuit | 0.3 |
| Thu 28 | Prepare update for FCR re: acquisition | 0.3 |
|  | TOTAL TIME (hrs) | 5.4 |

**WR Grace**
**March 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review January 2013 monthly report | 1.8 |
| Wed 6 | Review docket and analysis | 0.5 |
| Tue 12 | Review docket and analysis | 0.4 |
| Mon 18 | Review docket and analysis | 0.5 |
| Wed 20 | Review docket and analysis | 0.6 |
| Wed 27 | Review docket and analysis | 0.5 |
|  | Review REDS acquisition briefing | 2.0 |
| Thu 28 | Review news re: patent infringement lawsuit | 0.5 |
|  | TOTAL TIME (hrs) | 6.8 |

**WR Grace**
**March 2013 Time -  Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review January 2013 monthly report | 1.5 |
| Wed 6 | Review docket and analysis | 0.3 |
| Wed 20 | Review docket and analysis | 0.3 |
| Wed 27 | Review docket and analysis | 0.3 |
|  | Review REDS acquisition briefing | 1.0 |
|  | TOTAL TIME (hrs) | 3.4 |