# EXHIBIT B

<u>**W.R. Grace**</u>
<u>**Detail of expenses (March 1, 2013 – March 31, 2013)**</u>

<u>Communication</u>
Telephone, facsimile, wireless service                $78.86

                      **Total Communication:**                **$78.86**

**TOTAL EXPENSES:**                **$78.86**