# EXHIBIT A

**WR Grace**
**October 2012 Time - Joe Radecki, Director**

| **Day/Date** | **Action** | **Time** |
|---|---|---|
| Mon 1 | Review docket and analysis | 0.2 |
| | Research, analysis of warrant pricing issues | 4.1 |
| Tue 2 | Review docket and analysis | 0.2 |
| Wed 3 | Review docket and analysis | 0.2 |
| Thu 4 | Comms w/OHS (RF, RW) re warrant term sheet issues | 0.9 |
| | Review docket and analysis | 0.2 |
| Fri 5 | Comm w/OHS (RF) re Grace warrants | 2.0 |
| | Review docket and analysis | 0.2 |
| Mon 8 | Comms w/OHS (RW) re Grace implementation letter | 0.6 |
| | Review docket and analysis | 0.3 |
| Tue 9 | Conf call w/OHS (all hands) re Grace term sheet and prep | 1.5 |
| | Review docket and analysis | 1.0 |
| Wed 10 | Review docket and analysis | 0.2 |
| Thu 11 | Comm w/OHS (RW) re Sealed Air proposal | 0.5 |
| Fri 12 | Comm w/OHS (RW) re Sealed Air proposal | 1,4 |
| | Review docket and analysis | 0.2 |
| Mon 15 | Comm w/OHS (RW) re Grace warrant, early effective date | 1.2 |
| | Review docket and analysis | 0.2 |
| Wed 17 | Review docket and analysis | 0.4 |
| Thu 18 | Comm w/OHS (RW) re implementation proposal, QSF motion research of same | 5.1 |
| | Review docket and analysis | 0.2 |
| Fri 19 | Review docket and analysis | 0.3 |
| Mon 22 | Comm w/OHS (RW) re Grace implementation letter | 0.4 |
| | Review docket and analysis | 0.3 |
| Tue 23 | Comm w/OHS (RW) re Grace implementation letter | 0.6 |
| | Review docket and analysis | 0.2 |
| Wed 24 | Comm w/OHS (RW) re Grace implementation letter, Grace earnings, stk px | 1.1 |
| | Grace earnings call | 0.8 |
| | Analysis of Grace earnings, press releases | 2.0 |
| | Review docket and analysis | 0.2 |
| Thu 25 | Comm w/OHS (RW) re Grace implementation letter, Grace earnings, stk px | 1.0 |
| | Review docket and analysis | 0.2 |
| Fri 26 | Comm w/OHS (RW, Rf, DF) re schedule financial review | 0.4 |
| | Review docket and analysis | 0.3 |
| | TOTAL HOURS | 27.2 |

**WR Grace**
**October 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Fee application preparation | 1.2 |
|  | Analysis re: exit financing issues | 2.7 |
| Tue 2 | Review docket and analysis | 0.4 |
| Fri 5 | Review docket and analysis | 0.5 |
| Mon 8 | Review exit financing issue information | 0.6 |
|  | Review fee auditor questions | 0.6 |
| Tue 9 | Call w/ Orrick re: exit financing issues and prep | 1.2 |
|  | Internal discussions re: exit financing issues | 0.2 |
|  | Response to fee auditor | 0.4 |
|  | Review docket and analysis | 0.3 |
|  | Review exit financing issue information | 0.6 |
| Wed 10 | Internal discussions re: exit financing issues | 0.4 |
|  | Call w/ Charter Oak re: exit financing issues | 0.2 |
|  | Calls w/ Orrick re: exit financing issues and prep | 0.8 |
| Fri 12 | Call w/ Orrick re: case status | 0.8 |
|  | Review docket and analysis | 0.4 |
| Mon 15 | Review trust funding information and analysis | 0.7 |
|  | Call w/ Orrick re: trust funding | 0.6 |
| Tue 16 | Review docket and analysis | 0.5 |
| Thu 18 | Call w/ Orrick re: exit financing issues w/ prep | 1.6 |
|  | Review exit financing issue information | 0.4 |
|  | Review draft QSF motion and analysis | 1.2 |
| Fri 19 | Internal discussions re: exit financing issues | 0.3 |
|  | Review docket and analysis | 0.3 |
|  | Review exit financing issue information | 0.6 |
| Tue 23 | Review docket and analysis | 0.3 |
|  | Review exit financing issue information | 0.7 |
| Wed 24 | Review exit financing issue information | 0.6 |
| Fri 26 | Review docket and analysis | 0.6 |
| Wed 31 | Review docket and analysis | 0.4 |
|  | TOTAL TIME (hrs) | 20.1 |

**WR Grace**
**October 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 2 | Fee application preparation | 1.1 |
| Wed 3 | Review/analysis docket items | 0.5 |
| Thu 4 | Review/analysis docket items | 0.6 |
| Tue 9 | Internal discussions re: exit financing issues | 1.2 |
| Wed 10 | Review/analysis docket items | 1.0 |
|  | Internal discussions re: exit financing issues | 0.4 |
| Fri 12 | Review/analysis docket items | 1.0 |
| Mon 15 | Review/analysis docket items | 0.5 |
| Tue 16 | Review/analysis docket items | 0.4 |
| Fri 19 | Internal discussions re: exit financing issues | 0.3 |
|  | Review/analysis docket items | 1.0 |
| Tue 23 | Review/analysis docket items | 0.8 |
| Fri 26 | Review/analysis docket items | 1.0 |
|  | Review transcript of earnings call and analysis | 3.1 |
| Wed 31 | Fee application preparation | 0.5 |
|  | TOTAL TIME (hrs) | 13.4 |

**WR Grace**
**October 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 2 | Fee application preparation | 1.0 |
| Wed 3 | Review/analysis docket items | 0.5 |
| Thu 4 | Review/analysis docket items | 0.5 |
| Fri 12 | Review/analysis docket items | 0.8 |
| Mon 15 | Review/analysis docket items | 0.5 |
| Tue 16 | Review/analysis docket items | 0.5 |
| Tue 23 | Review/analysis docket items | 0.8 |
| Fri 26 | Review/analysis docket items | 1.0 |
|  | Review transcript of earnings call and analysis | 2.0 |
| Wed 31 | Fee application preparation | 1.0 |
|  | TOTAL TIME (hrs) | 8.6 |

# EXHIBIT A

**WR Grace**
**Novemberber 2012 Time - Joe Radecki, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review docket and analysis | 0.3 |
| Fri 2 | Review docket and analysis | 0.2 |
| Mon 5 | I/C re fee apps July, Aug, Sept | 0.6 |
|  | Comm w/OHS (RW, RF) re semi-annual financial review | 0.5 |
|  | Review docket and analysis | 0.3 |
| Tue 6 | Comm w/OHS (RW, RF) re semi-annual financial review | 0.7 |
|  | Draft/review Grace time records | 2.0 |
|  | Review docket and analysis | 0.3 |
| Wed 7 | Review docket and analysis | 0.2 |
| Thu 8 | Draft/review Grace time records - July, Oct | 1.3 |
|  | Review docket and analysis | 0.3 |
| Fri 9 | Review press regarding warrant transaction | 0.9 |
|  | Review docket and analysis | 0.2 |
| Mon 12 | Review docket and analysis | 0.8 |
| Tue 13 | I/C re fee applications, time records | 0.8 |
|  | Review 8-K filing | 0.7 |
|  | Review docket and analysis | 0.9 |
| Wed 14 | Review filed financials | 1.2 |
|  | Review docket and analysis | 0.3 |
| Thu 15 | Comm w/OHS (RW) re court dates, filings, schedule | 0.5 |
|  | Review filed financials | 2.0 |
|  | Review docket and analysis | 0.3 |
| Fri 16 | Review docket and analysis | 0.2 |
| Mon 19 | Comm w/OHS (Dfel) re hearing cancellation | 0.1 |
|  | Comm w/OHS (Dful) re fee apps questions | 0.5 |
|  | Review docket and analysis | 0.2 |
| Tue 20 | Financial review- format, elements, new material | 1.2 |
|  | Review docket and analysis | 0.2 |
| Wed 21 | Comm w/OHS (RW) re financial review | 0.4 |
|  | Review docket and analysis | 0.3 |
| Mon 26 | Work on Grace presentation | 1.0 |
|  | Review docket and analysis | 0.3 |
| Tue 27 | Work on Grace presentation | 1.0 |
|  | Review docket and analysis | 0.7 |
| Wed 28 | Work on Grace presentation | 0.7 |
|  | Review equity research reports | 2.4 |
|  | Review docket and analysis | 0.3 |
| Thu 29 | Work on Grace presentation | 1.0 |
|  | Review press on Noblestar Catalysts acquisition | 0.7 |
|  | Review docket and analysis | 0.3 |
| Fri 30 | Work on Grace presentation | 2.3 |
|  | Review docket and analysis | 0.3 |
|  | TOTAL HOURS | 29.4 |

**WR Grace**
**November 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 5 | Review transcript of earnings call and analysis | 1.8 |
| Tue 6 | Review QSF motion | 0.2 |
| | Review docket and analysis | 0.3 |
| Thu 8 | Fee application preparation | 0.4 |
| Fri 9 | Review docket and analysis | 0.3 |
| Mon 12 | Review Grace 10-Q filing and analysis | 2.7 |
| | Review Grace presentation on Chapter 11 matters | 0.5 |
| Wed 14 | Review docket and analysis | 0.4 |
| Thu 15 | Fee application preparation | 1.9 |
| Mon 19 | Review docket and analysis | 0.4 |
| Mon 26 | Review docket and analysis | 0.5 |
| | Preparation of FCR update presentation | 3.0 |
| Wed 28 | Preparation of FCR update presentation | 2.5 |
| Thu 29 | Preparation of FCR update presentation | 3.2 |
| Fri 30 | Preparation of FCR update presentation | 2.7 |
| | Review docket and analysis | 0.5 |
| | Review press release re: Noblestar acquisition | 0.2 |
| | TOTAL TIME (hrs) | 21.5 |

**WR Grace**
**November 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 5 | Review transcript of earnings call and analysis | 1.5 |
| Mon 12 | Review Grace 10-Q filing and analysis | 4.3 |
| | Review Grace presentation on Chapter 11 matters | 1.0 |
| | Fee application preparation | 1.2 |
| Wed 14 | Review/analysis docket items | 0.2 |
| | Fee application preparation | 3.3 |
| | Preparation of FCR update presentation | 2.2 |
| Thu 15 | Fee application preparation | 2.3 |
| Fri 16 | Preparation of FCR update presentation | 4.0 |
| Sun 18 | Preparation of FCR update presentation | 3.0 |
| Mon 19 | Preparation of FCR update presentation | 4.8 |
| | Fee application preparation | 2.2 |
| Tue 27 | Review/analysis docket items | 0.6 |
| | TOTAL TIME (hrs) | 30.6 |

**WR Grace**
**November 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 5 | Review transcript of earnings call and analysis | 1.5 |
| Mon 12 | Review Grace 10-Q filing and analysis | 3.0 |
|  | Fee application preparation | 1.0 |
| Wed 14 | Fee application preparation | 2.0 |
|  | Preparation of FCR update presentation | 3.0 |
| Thu 15 | Fee application preparation | 2.0 |
| Fri 16 | Preparation of FCR update presentation | 10.0 |
| Sun 18 | Preparation of FCR update presentation | 4.0 |
| Mon 19 | Fee application preparation | 2.0 |
| Tue 20 | Preparation of FCR update presentation | 6.0 |
|  | TOTAL TIME (hrs) | 34.5 |

# EXHIBIT A

**WR Grace**
**December 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Financial analysis - semi-annual review | 2.0 |
| | Comm w/OHS (DF) re scheduling | 0.2 |
| | Review docket and analysis | 0.2 |
| Tue 4 | Financial analysis - semi-annual review | 1.5 |
| | Review docket and analysis, fee reports, CNOs for QSF and warrant purchase motions | 0.8 |
| Wed 5 | Financial analysis - semi-annual review | 1.3 |
| | Review docket and analysis | 0.3 |
| Thu 6 | Review and edit semi-annual financial review doc | 2.3 |
| | Comm w/OHS (RF) re scheduling, questions, format) | 0.4 |
| | Review docket and analysis, asset sale and settlement reports | 0.9 |
| Fri 7 | Review docket and analysis | 0.2 |
| Mon 10 | Review docket and analysis | 0.3 |
| Tue 11 | Travel to Washington DC (working) | 4.0 |
| | Semi-annual financial presentation to FCR | 2.0 |
| | Travel from Washington DC (non-working) | 3.5 |
| Wed 12 | Review docket and analysis | 1.5 |
| Thu13 | Review docket and analysis | 0.2 |
| Fri 14 | Review docket and analysis | 0.2 |
| Mon 17 | Review docket and analysis | 0.2 |
| Tue 18 | Review docket and analysis | 0.2 |
| Wed 19 | Review docket and analysis | 0.3 |
| Thu 20 | Review docket and analysis | 0.2 |
| Fri 21 | Review docket and analysis, Third Amendment to LOC facility | 0.9 |
| | Draft/edit time entries, review Oct/Nov apps | 1.3 |
| Wed 26 | Review docket and analysis | 0.3 |
| Thu 27 | Review docket and analysis | 0.2 |
| | TOTAL HOURS | 25.4 |

**WR Grace**
**December 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Preparation of FCR update presentation | 4.2 |
| Tue 4 | Preparation of FCR update presentation | 4.1 |
| Wed 5 | Review docket and analysis | 0.3 |
| | Preparation of FCR update presentation | 2.5 |
| Fri 7 | Fee application preparation | 0.4 |
| | Preparation of FCR update presentation | 2.2 |
| Mon 10 | Preparation of FCR update presentation | 1.8 |
| Tue 11 | Travel time for meeting w/ FCR and Orrick (Working) | 2.5 |
| | Travel time for meeting w/ FCR and Orrick (Non-Working) | 5.0 |
| | Update meeting w/ FCR and Orrick | 2.0 |
| Fri 14 | Review docket and analysis | 0.3 |
| Wed 19 | Review docket and analysis | 0.3 |
| Fri 21 | Review docket and analysis - Third Amendment to LOC facility | 1.0 |
| Wed 26 | Fee application preparation | 0.5 |
| | TOTAL TIME (hrs) | 27.1 |

**WR Grace**
**December 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Preparation of FCR update presentation | 5.2 |
| Tue 4 | Preparation of FCR update presentation | 4.1 |
| Wed 5 | Preparation of FCR update presentation | 2.5 |
| Fri 7 | Preparation of FCR update presentation | 1.1 |
| Mon 10 | Preparation of FCR update presentation | 4.0 |
| | Travel time for meeting w/ FCR and Orrick (Working) | 4.0 |
| | Travel time for meeting w/ FCR and Orrick (Non-Working) | 5.0 |
| Tue 11 | Update meeting w/ FCR and Orrick | 2.0 |
| | Travel time for meeting w/ FCR and Orrick (Non-Working) | 6.0 |
| | Travel time for meeting w/ FCR and Orrick (Working) | 3.0 |
| | TOTAL TIME (hrs) | 36.9 |

**WR Grace**
**December 2012 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Preparation of FCR update presentation | 10.0 |
| Tue 4 | Preparation of FCR update presentation | 3.0 |
| Wed 5 | Review docket and analysis | 0.3 |
| | Preparation of FCR update presentation | 2.5 |
| Fri 7 | Fee application preparation | 1.0 |
| | Preparation of FCR update presentation | 3.0 |
| Mon 10 | Preparation of FCR update presentation | 2.0 |
| Tue 11 | Travel time for meeting w/ FCR and Orrick (Working) | 3.0 |
| | Travel time for meeting w/ FCR and Orrick (Non-Working) | 5.0 |
| | Update meeting w/ FCR and Orrick | 2.0 |
| Wed 19 | Review docket and analysis | 0.3 |
| Wed 26 | Fee application preparation | 2.0 |
| | TOTAL TIME (hrs) | 34.1 |