# EXHIBIT B

## W.R. Grace
## Lincoln Expense Detail Report (October 1, 2012 – December 31, 2012)
(Dates Represent Posting Date of Expense)

October 2012
Telephone                                    $   173.77

November 2012
Telephone                                    $   145.64

December 2012
Transportation [2] [3]                       $   3,540.52
Telephone                                    $   92.85
Hotel                                        $   287.51
Meals                                        $   46.27


**TOTAL EXPENSES:**                          **$  4,286.56**

---

[2]    $2,669.80 of roundtrip, coach class airfare for Joseph Radecki, Jason Solganick and Andrew Choi (New York to Washington D.C.), as well as Claire Burke (Los Angeles to Washington D.C.)

[3]    $870.72 of transportation expenses, including taxi/car service to and from airports and within Washington D.C. for travel related to the June 11th meeting with the FCR and Orrick for Joseph Radecki, Jason Solganick, Claire Burke and Andrew Choi