# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 5/22/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-SIXTH MONTHLY INTERIM <u>PERIOD FROM APRIL 1, 2013 THROUGH APRIL 30, 2013</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2013 through April 30, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $11,872.00   [80% of $14,840.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $26.50 |

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

|         |                       |             |        |      |      |
|---------|-----------------------|-------------|--------|------|------|
| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
|         |                       |             |        |      |      |
|         |                       |             |        |      |      |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 28 years, and his billing rate is $700 per hour. In this Application period Mr. Rich billed 17.9 hours,[2] for a total amount billed of $12,530.00 of which 80% is currently sought, in the amount of $10,024.00. Reasonable expenses were incurred for this period in the amount of $26.50. The total sought in this Application is $10,050.50.

As stated above, this is the Fifty-Sixth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category       | Hours | Amount      |
|------------------------|-------|-------------|
| Confirmation           | 15.2  | $10,640.00  |
| Fee Application Matters| 2.7   | $1,890.00   |
|    TOTAL               | 17.9  | $12,530.00  |

EXPENSE SUMMARY

| Description | Expense |
|-------------|---------|
| PACER       | $26.50  |
|    TOTAL    | $26.50  |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of May, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (April, 2013)

### Client

Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 4/1/2013 | Emails to and from client re oral argument | 0.1 |
| 4/1/2013 | Prepare, file and serve 55th monthly fee application and notice of filing thereof | 1.5 |
| 4/1/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 4/1/2013 | Review Correspondence from Garlock to USDC in Rule 2019 Appeals | 0.1 |
| 4/1/2013 | Review Garlock 8015 Motion in 2019 appeals | 0.5 |
| 4/1/2013 | Review ACC Response to Garlock 8015 Motion in 2019 Appeals | 0.3 |
| 4/1/2013 | Review Lawfirm Appellees' Joinder in ACC Response to Garlock's 8015 Motion in 2019 Appeals | 0.1 |
| 4/1/2013 | Review Certain Lawfirm's Joinder in ACC Response to Garlock's 8015 Motion in 2019 Appeals | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 4/2/2013 | Review Order of USDC denying Garlock's 8015 Motion in 2019 Appeals | 0.1 |
| 4/2/2013 | Prepare, file and serve 43rd monthly fee application of Judge Sanders and notice of filing thereof | 0.5 |
| 4/2/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 4/2/2013 | Prepare, file and serve Certificate of No Objection re Judge Sanders' 42nd Monthly Fee Application | 0.2 |
| 4/2/2013 | Telephone call with J. Donley re oral argument | 0.1 |
| 4/3/2013 | Review Amended Exhibit "A" to the 141st Monthly Fee Application of Local Counsel to the Property Damage committee | 0.1 |
| 4/3/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 4/3/2013 | Review Withdrawal and substutution of counsel for Aetna in Third Circuit | 0.1 |
| 4/3/2013 | Review Withdrawal and substitution of counsel for Aetna in Bankruptcy Court | 0.1 |
| 4/4/2013 | Attend telephonic Status Conference re protocol for Garlock's Rule 2019 exhibit access | 1.2 |
| 4/4/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/5/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/5/2013 | Review Amended Notice of Oral Argument from Third Circuit in 12-1402; 12-1403; 12-1404, 12-1405 and 12-2924 | 0.1 |
| 4/5/2013 | Emails to and from Debtor re errors in 46th Quarterly Fee payment | 0.1 |
| 4/6/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/8/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/8/2013 | Review Certificate of No Objection re sealing Shenitz Affidavit re Baker Donelson Motion | 0.1 |
| 4/8/2013 | Review Certificate of No Objection re Settlement with Markel Intl Ins Co | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 4/8/2013 | Review Certification of Counsel re Baker Donelson motion | 0.1 |
| 4/8/2013 | Review Certification of Counsel re 2013 LTIP Motion | 0.1 |
| 4/9/2013 | Review Certificate of No Objection to 47th Quarterly Fee Application of PD Committee Counsel | 0.1 |
| 4/9/2013 | Review Order Establishing Protocol for Release of Exhibits to 2019 Statements | 0.3 |
| 4/9/2013 | Review Fee Auditor's Report re 47th Quarterly Fee Application of Canadian ZAI Counsel | 0.1 |
| 4/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/10/2013 | Review Certificates of No Objection re ZAI Canadian Counsels' quarterly fee applications | 0.1 |
| 4/10/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/10/2013 | Review Lawfirm Appellees' Statement re Special Masters nominated by Garlock re 2019 exhibits | 0.1 |
| 4/10/2013 | Review Quarterly Report of compensation of Ordinary Course Professionals | 0.2 |
| 4/11/2013 | Review Notice of Settlement with USG Corp. | 0.5 |
| 4/11/2013 | Review Certificate of No Objection re 141st Monthly Fee Application of Local Counsel to the PD Committee | 0.1 |
| 4/11/2013 | Review Certificate of No Ojbection re 47th Quarterly Fee Application of Local Counsel to the PD Committee | 0.1 |
| 4/11/2013 | Review Debtors' Rejection of Lease with BNSF in Libby, MT | 0.2 |
| 4/12/2013 | Review Division of Argument of Garlock, Montana and Canada | 0.1 |
| 4/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/12/2013 | Email to J. Donley re oral argument | 0.1 |
| 4/12/2013 | Review Scheinman Affidavit re Garlock 2019 exhibits | 0.1 |
| 4/13/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 4/15/2013 | Review 142nd Monthly Fee Application of Local Counsel to the PD Committee | 0.1 |
| 4/15/2013 | Emails to and from J. Donley re appeal | 0.1 |
| 4/15/2013 | Review Notice re Nomination of Scheinman as Special Master | 0.1 |
| 4/15/2013 | Review Corrected Notice re Nomination of Scheinman as Special Master | 0.1 |
| 4/15/2013 | Review Agenda for April Omnibus hearing | 0.1 |
| 4/15/2013 | Email to client re April Omnibus hearing | 0.1 |
| 4/15/2013 | Review Motion for an Order Authorizing the Private Sale of Real Property and Approving the Purchase and Sale Agreement | 1.0 |
| 4/15/2013 | Review Order Designating E-Discovery Master re Garlock 2019 Exhibit Access | 0.1 |
| 4/16/2013 | Review Declaration of Baird in support of Private Sale Motion | 0.1 |
| 4/16/2013 | Email to Debtors' counsel and client re Sale Motion | 0.1 |
| 4/16/2013 | Review Order Authorizing the 2013 Long-Term Incentive Plan | 0.1 |
| 4/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/17/2013 | Review Order granting Baker Donelson motion | 0.2 |
| 4/17/2013 | Review Order Approving the Settlement Agreement Between W.R. Grace & Co. and Markel Insurance Company | 0.1 |
| 4/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/17/2013 | Email to client re pending matters | 0.2 |
| 4/17/2013 | Review Amended Agenda for April Omnibus hearing | 0.1 |
| 4/17/2013 | Email to client re April Omnibus hearing | 0.1 |
| 4/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/18/2013 | Email from client re pending matters | 0.1 |

| | | |
|---|---|---|
| 4/18/2013 | Review Amended Oral Argument Notice in Montana, Garlock and Canada appeals | 0.1 |
| 4/18/2013 | Review Amended Oral Argument Notice in Anderson Memorial appeals | 0.1 |
| 4/18/2013 | Review Amended Oral Argument Notice in Bank Lender appeals | 0.1 |
| 4/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/19/2013 | Emails to and from client re fee issues | 0.1 |
| 4/19/2013 | Review Fee Auditors Report re Baker Donalson 32nd Q Fee App | 0.1 |
| 4/22/2013 | Draft, file and service of Certificate of No Objection re 55th Monthly Fee Application | 0.2 |
| 4/22/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/22/2013 | Draft, file and service of Certificate of No Objection re Judge Sanders' 43rd Monthly Fee Application | 0.2 |
| 4/22/2013 | Email from client re status | 0.1 |
| 4/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/23/2013 | Review Fee Auditors Report re Orrick 47Q Fee application | 0.1 |
| 4/24/2013 | Telephone conference with Debtors' counsel re potential transaction | 0.1 |
| 4/24/2013 | Review of Blackstone materials on renewed Project Larch transaction and draft of approval motion | 1.0 |
| 4/24/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/24/2013 | Emails to and from PI FCR counsel re renewed Project Larch | 0.1 |
| 4/25/2013 | Email to client re Project Larch | 0.2 |
| 4/25/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/25/2013 | Conference with R. Wyron re Larch | 0.2 |

| | | |
|---|---|---|
| 4/25/2013 | Review Debtors' Forty-Seventh Quarterly Report of Settlements From January 1, 2013 Through March 31, 2013 | 0.1 |
| 4/25/2013 | Debtors' Forty-Seventh Quarterly Report of Asset Sales From January 1, 2013 Through March 31, 2013 | 0.1 |
| 4/26/2013 | Review Monthly Fee Applications of the Canadian ZAI Claimants' counsels | 0.3 |
| 4/26/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/29/2013 | Emails with R. Wyron re Project Larch | 0.1 |
| 4/29/2013 | Review CNO for 139th monthly fee application of PD committee counsel | 0.1 |
| 4/29/2013 | Review CNO for 140th monthly fee application of PD committee counsel | 0.1 |
| 4/29/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 4/29/2013 | Emails to and from client re Project Larch | 0.1 |
| 4/30/2013 | Review Notice regarding miscellaneous 2019 statements | 0.1 |
| 4/30/2013 | Emails to and from client re Section 6.3 of the trust agreement | 0.1 |
| 4/30/2013 | Conference with J. Radecki re Larch | 0.3 |
| 4/30/2013 | Emails to client re status of Project Larch | 0.1 |
| 4/30/2013 | Draft nomination under Section 6.3 of the trust agreement | 0.4 |
| 4/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/30/2013 | Email from Debtors' counsel re Project Larch | 0.1 |

Total:   17.9 hours @ $700/hour = $12,530.00

Expenses:   PACER – $26.50

Total Fees and Expenses Due:  $12,556.50