**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | RELATED TO DOC.# 30579 |
| | § | |

**NOTICE OF FILING OF CORRECTED PAGE 1 OF
SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FIFTY-SIXTH MONTHLY
INTERIM PERIOD FROM APRIL 1, 2013 THROUGH APRIL 30, 2013**

Alan B. Rich, counsel to Judge Alexander M. Sanders, Jr., Legal Representative for

Future Asbestos-Related Property Damage Claimants and Holders of Demands ("PD FCR"),

files a Corrected Page 1 of his "Summary of Application of Alan B. Rich, Esq. For

Compensation for Services and Reimbursement of Expenses as Counsel to the Legal

Representative for Future Asbestos-related Property Damage Claimants And Holders of

Demands for the Fifty-sixth Monthly Interim Period from April 1, 2013 Through April 30,

2013."  The Corrected Page 1 is attached as Exhibit A.

-1-

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO JUDGE ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of May, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and on the special notice parties by electronic mail.

_____

-2-

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 5/22/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-SIXTH MONTHLY INTERIM PERIOD FROM APRIL 1, 2013 THROUGH APRIL 30, 2013**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2013 through April 30, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $10,024.00   [80% of $12,530.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $26.50 |

This is a(n):  ☒Monthly      ☐Interim      ☐Final Application

-1-