## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 5/23/2013; 4:00 PM ET** |
| | § | **Hearing Date: 9/23/2013; 9:00 AM ET** |

**EIGHTEENTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE 48th QUARTERLY
PERIOD FROM JANUARY 1, 2013 THROUGH MARCH 31, 2013**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative

Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Professionals and Official Committee Members (the "Interim Compensation

Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing

Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr.

LR 2016-2, and hereby applies for an order allowing him (i) compensation in the

amount of $63,350.00 for the reasonable and necessary legal services he has rendered to

Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands, and (ii) reimbursement of actual and necessary

expenses that he has incurred in the amount of $738.15, for a total of $64,088.15, or one hundred

percent (100%) of all compensation and expense reimbursement requested for the period January

1, 2013 through March 31, 2013 (the "Quarterly Fee Application"), and in support of this

Quarterly Fee Application, would respectfully show as follows:

## I.

## SUMMARY

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2013 to March 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $63,350.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $738.15 |

This is a(n):    ☐Monthly   ☒Quarterly   ☐Interim   ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/2/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,450.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/2012 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
|---|---|---|---|---|---|
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 28 years, and his billing rate is $700 per hour.  In this Quarterly

Application period Mr. Rich billed 90.5 hours,[2] for a total amount billed of $63,350.00, of which

80% ($50,680.00) has already been paid.  All expenses, $738.15, have been billed and paid.

**Therefore, the amount not yet approved on an interim basis or paid is $12,670.00 in fees.**

The time for preparation of this Eighteenth Quarterly Application is approximately 1.5

hours, for which $1,050.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 79.2 | $55,440.00 |
| Fee Applications | 11.3 | $7,910.00 |
| TOTAL | 90.5 | $60,350.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Postage | $14.05 |
| Copies/Binding | $77.05 |
| Westlaw | $647.05 |
| TOTAL | $738.15 |

---

[2] Actual Non-Productive travel time, if any, is included in this figure, although it was billed at 50% of the actual time incurred.

## II.

## APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code

(the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.  The Plan has been confirmed and is now on appeal to the Third Circuit.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a

"Monthly Fee Application"), and whereby any notice party listed in the Amended Interim

Compensation Order may object to such Monthly Fee Application.  If no notice party objects to

professional's Monthly Fee Application within twenty (20) days after the date of service of the

Monthly Fee Application, the applicable professional may submit to the Court a certification of

no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of

the fees requested and one hundred percent (100%) of the expenses requested, subject to the

filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation

Order, within forty-five (45) days of the end of each quarter, professionals are required to file

and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim

Court approval and allowance of the Monthly Fee Applications filed during the quarter covered

by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee

Application, the Debtors are authorized and directed to pay the professional 100% of the fees and

expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application,

less any amounts previously paid in connection with the Monthly Fee Applications.  Any

payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is

subject to final approval of all fees and expenses at a hearing on the professional's final fee

application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as

his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order

authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and

to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to

application to this Court in accordance with the Bankruptcy Code, the Federal Rules of

Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the

Amended Interim Compensation Order, is Rich's Eighteenth Quarterly Fee Application for

compensation for services rendered in connection with the Chapter 11 Cases and covers the 48th

Quarterly fee period of January 1, 2013 through March 31, 2013 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fifty-Third Interim Period from January 1, 2013 Through January 31, 2013, seeking $28,168.00 (80% of $35,210.00) in fees and expenses in the amount of $393.21;

(b)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fifty-Fourth Monthly Interim Period from February 1, 2013 Through February 28, 2013, seeking $10,640.00 (80% of $13,300.00) in fees and expenses in the amount of $344.94; and

(c)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fifth-Fifth Monthly Interim Period from March 1, 2013 Through March 31, 2013, seeking $11,872.00 (80% of $14,840.00) in fees.

7.      The monthly fee applications covered by this Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The Fifty-Third, Fifty-Fourth and Fifth-Fifth monthly fee applications (collectively, the "Applications") are attached hereto as Exhibits "1," "2" and "3" respectively.

8.      The periods for objecting to the fee and expense reimbursements relating to the Fifty-Third, Fifty-Fourth and Fifth-Fifth monthly fee applications have each passed without any objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

9.      Rich has filed 17 prior Quarterly Fee Applications.

10.     By this Eighteenth Quarterly Fee Application, Rich requests that the Court

approve the interim allowance of compensation for professional services rendered and the

reimbursement of actual and necessary expenses incurred by Rich from January 1, 2013 through

March 31, 2013, and authorize and require payment of said amounts less any amounts previously

paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the

Amended Interim Compensation Order.  As stated above, the full scope of the services provided

and the related expenses incurred are fully described in the Monthly Fee Applications that

already have been filed with the Court.

11.     Rich reserves his right to seek at a later date compensation for services rendered

and expenses incurred during the applicable period that are not otherwise included in the relevant

monthly fee application.

12.     At all relevant times, Rich has been a disinterested person as that term is defined

in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the

United States Bankruptcy Code and has not represented or held an interest adverse to the interest

of the Debtors.

13.     All services for which compensation is requested by Rich were performed for or

on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.     Rich believes that this Quarterly Fee Application complies with the requirements

of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Rich has received no promises for payment from

any source for services rendered or to be rendered in any capacity whatsoever in connection with

these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended

Interim Compensation Order.  There is no agreement or understanding between Rich and any

other person for the sharing of compensation to be received for services rendered in these cases.

16.     The professional services and related expenses for which Rich requests interim

allowance of compensation and reimbursement of expenses were rendered and incurred in

connection with these cases in the discharge of Rich's professional responsibilities as counsel for

the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial

to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.     Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to

share: (a) any compensation it has received or may receive with another party or person, or (b)

any compensation another person or party has received or may receive in connection with the

Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order,

providing that (a) for the period from January 1, 2013 through March 31, 2013, an administrative

allowance be made to Rich in the sum of $63,350.00 as compensation for reasonable and

necessary professional services rendered to the PD FCR and, in the sum of $738.15 for

reimbursement of actual and necessary costs and expenses incurred, for a total of $64,088.15; (b)

that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums,

less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the

procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such

other and further relief to which Rich is justly entitled.

Respectfully Submitted,

_____

Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO JUDGE ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>DECLARATION</u>

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2013.

_____

-12-

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of May, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 2/21/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE FIFTY-THIRD MONTHLY INTERIM
PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2013 through January 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $28,168.00   [80% of $35,210.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $393.21 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 28 years, and his billing rate is $700 per hour.  In this Application

period Mr. Rich billed 50.3 hours,[2] for a total amount billed of $35,210.00 of which 80% is

currently sought, in the amount of $28,168.00.  Payment of 100% of expenses incurred are also

sought, in the amount of $393.21.  The total fees and expenses sought by this application is

$28,561.21.

As stated above, this is the Fifty-Third application for monthly fees and expenses.  The

time for preparation of this Application is approximately 1.8 hours, for which $1,260.00 will be

requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 47.8 | $33,460.00 |
| Fee Application Matters | 2.5 | $1,750.00 |
| TOTAL | 50.3 | $35,210.00 |

## EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Westlaw<br>Copies and Binding<br>Postage | $302.11<br>$77.05<br>$14.05 |
| TOTAL | $393.21 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of February, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (January, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 1/2/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/2/2013 | Prepare, file and serve 52nd Monthly Fee Application and notice of filing thereof | 1.5 |
| 1/2/2013 | Review Bankruptcy Court notice of Maryland Casualty Substitution of Counsel | 0.1 |
| 1/2/2013 | Conference with D. Hilton re USM Property Damage trust issues | 0.2 |
| 1/2/2013 | Review USDC Maryland Casualty Notice of Substitution of Counsel | 0.1 |
| 1/2/2002 | Review Anderson Memorial Hospital motion in USM to reopen PD Trust and other relief | 0.5 |
| 1/3/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/4/2013 | Review Third Circuit Notice of substitution of counsel re Maryland Casualty | 0.1 |

| | | |
|---|---|---|
| 1/4/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/7/2013 | Emails to and from debtors' counsel re Third Circuit briefs | 0.1 |
| 1/7/2013 | Emails to and from client re Anderson Memorial issues | 0.1 |
| 1/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/7/2013 | Prepare, file and serve CNO for PD FCR's 16th Quarterly Fee Application | 0.2 |
| 1/8/2013 | Review 136th monthly fee application of counsel to the Property Damage Committee | 0.2 |
| 1/8/2013 | Review CNO re Property Damage Committee counsel re quarterly fee application | 0.1 |
| 1/8/2013 | Email from client re Anderson Memorial issue | 0.1 |
| 1/8/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/9/2013 | Review Withdrawal of Application to Amend Retention Order re Baker Donelson | 0.1 |
| 1/9/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/9/2013 | Emails to and from fee auditor re PD FCR's 16th Quarterly fee application | 0.1 |
| 1/9/2013 | Certificate of No Objection to the 46th Quarterly Fee Application of local counsel to the Property Damage committee | 0.1 |
| 1/9/2013 | Review 139th Fee Application of Local Counsel to the Official Committee of Asbestos Property Damage Claimants | 0.2 |
| 1/9/2013 | Review 137th Fee Application of Bilzin Sumberg, Counsel to the Official Committee of Asbestos Property Damage Claimants | 0.2 |
| 1/10/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/11/2013 | Review US Trustee Limited Objection to Anderson Memorial Hospital Motion to Reopen PD Trust in USM | 0.2 |
| 1/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 1/11/2013 | Review Draft of Plan Proponents' Third Circuit Brief re Anderson Memorial | 1.5 |
| 1/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/14/2013 | Drafting of Third Circuit Brief | 6.0 |
| 1/14/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/14/2013 | Emails to and from client re Anderson Memorial issues | 0.1 |
| 1/14/2013 | Review Plan Proponents' motion to consolidate briefs re Garlock, Montana and Canada | 0.2 |
| 1/14/2013 | Email from ZAI special counsel re appeal | 0.1 |
| 1/15/2013 | Continue drafting Judge Sanders' Brief on Appeal in Third Circuit; additional research re brief | 6.0 |
| 1/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/15/2013 | Review 4Q12 Notice of Ordinary Course Professional's compensation | 0.2 |
| 1/15/2013 | Prepare, file and serve Judge Sanders' 39th Monthly Fee Application and Notice of Filing | 0.5 |
| 1/15/2013 | Review Plan Proponents' revised draft brief re Anderson Memorial issues | 1.2 |
| 1/15/2013 | Review Certificate of No Objection re third amendment to post petition LOC facility | 0.1 |
| 1/15/2013 | Emails to and from debtors' counsel re Third Circuit briefs | 0.1 |
| 1/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/16/2013 | Revisions to Third Circuit brief of PD FCR | 6.0 |
| 1/16/2013 | Emails to and from debtors' counsel re Third Circuit briefs | 0.1 |
| 1/16/2013 | Review Order granting Debtors' motion to amend post-petition letter of credit facility | 0.1 |
| 1/16/2013 | Review Opposition by PD Committee of Anderson Memorial Hosp. motion to reopen re PD Trust in USM case | 0.3 |

| 1/16/2013 | Review Withdrawal of Appearance of Louisiana DEQ | 0.1 |
|---|---|---|
| 1/16/2013 | Review draft excerpt of Plan Proponents' Consolidated Third Circuit Brief re Garlock, Montana and Canada | 1.0 |
| 1/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/17/2013 | Emails to and from debtors' counsel re Third Circuit briefs | 0.1 |
| 1/17/2013 | Review final draft of Plan Proponents brief re AMH issues | 1.0 |
| 1/17/2013 | Revisions to Third Circuit brief of PD FCR; attention to filing and service of Brief | 2.0 |
| 1/17/2013 | Email to client re brief | 0.1 |
| 1/17/2013 | Review Plan Proponents' supplemental certificate of service | 0.1 |
| 1/17/2013 | Review Withdrawal of Appearance of Bryan Cave | 0.1 |
| 1/17/2013 | Review Request for Removal from Mailing List of Bryan Cave | 0.1 |
| 1/18/2013 | Review Notices from Third Circuit re briefs | 0.1 |
| 1/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/18/2013 | Review Plan Proponents' Motion to Supplement the Appendix | 0.2 |
| 1/18/2013 | Review Plan Proponents' Motion to File Non-Compliant Brief re Bank Lenders appeal | 0.2 |
| 1/18/2013 | Review Supplemental Appendix | 3.5 |
| 1/18/2013 | Email to client re various pending matters | 0.1 |
| 1/18/2013 | Review Plan Proponents' Response Brief to Opening Brief of Anderson Memorial Hospital | 1.5 |
| 1/18/2013 | Review Plan Proponents' Response Brief to Opening Brief of the Bank Lenders | 2.0 |
| 1/18/2013 | Review Plan Proponents' Consolidated Response Brief to Opening Brief of Garlock, Canada and Montana | 2.5 |

| | | |
|---|---|---|
| 1/19/2013 | Review Order granting verbal extension to Bank Lenders to file Reply Brief | 0.1 |
| 1/19/2013 | Review Response of the PI Trust to Anderson Memorial Motion to reopen re PD Trust in USM | 0.3 |
| 1/19/2013 | Review Order granting verbal extension to Canada to file Reply Brief | 0.1 |
| 1/19/2013 | Review Order granting verbal extension to Montana and Bank Lenders to file Reply Brief | 0.1 |
| 1/19/2013 | Review Monthly Fee Applications of the Canadian ZAI Counsels | 0.3 |
| 1/19/2013 | Review Response of USM to Anderson Memorial Motion to reopen re PD Trust in USM | 0.2 |
| 1/19/2013 | Review Response of the City of New York to Anderson Memorial Hospital Motion to Reopen PD Trust in USM case | 0.2 |
| 1/19/2013 | Review Agenda for February, 2013 Omnibus hearing | 0.1 |
| 1/19/2013 | Motion to Extend Credit Agreement with Advanced Refining Technologies and email to client re same | 0.3 |
| 1/19/2013 | Review 46th Quarter Report of Settlements | 0.1 |
| 1/19/2013 | Review 46th Quarter Report of Asset Sales | 0.1 |
| 1/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/21/2013 | Review Fee Auditor's Report re 46th Quarterly fee application of the Hogan firm | 0.1 |
| 1/21/2013 | Review Fee Auditor's Report re 46th Quarterly fee application of the Puchulski firm | 0.1 |
| 1/22/2013 | Review Order granting verbal extension to Garlock to file Reply Brief | 0.1 |
| 1/22/2013 | Email from client re motion to extend credit agreement with ART | 0.1 |
| 1/22/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/22/2013 | Review Notice from Third Circuit re receipt of PD FCR's Brief | 0.1 |

| | | |
|---|---|---|
| 1/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/24/2013 | Review Withdrawal of Appearance re Certain Cancer Claimants | 0.1 |
| 1/24/2013 | Review Third Circuit Notice of Appearance of Ashley C. Parrish on behalf of Amicus Curiae Imperial Tobacco Canada | 0.1 |
| 1/24/2013 | Prepare and file Certification of No Objection to 52nd Monthly Fee Application | 0.2 |
| 1/24/2013 | Review Third Circuit Notice of Appearance of Matthew S. Owen on behalf of Amicus Curiae Imperial Tobacco Canada | 0.1 |
| 1/24/2013 | Review Third Circuit Notice of Appearance of Thaddeus D. Wilson on behalf of Amicus Curiae Imperial Tobacco Canada | 0.1 |
| 1/24/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/24/2013 | Review Corporate Disclosure Statement of Imperial Tobacco Canada Limited | 0.1 |
| 1/24/2013 | Review Proposed Amicus Brief of Imperial Tobacco Canada Limited and Motion for Leave to file same | 0.8 |
| 1/24/2013 | Review Third Circuit Notice of Appearance of Carolyn Sweeney on behalf of Amicus Curiae Imperial Tobacco Canada | 0.1 |
| 1/24/2013 | Emails to and from counsel opposing Imperial Tobacco in Flintkote case re amicus brief | 0.1 |
| 1/25/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/25/2013 | Revew Notice from Third Circuit re receipt of amicus brief | 0.1 |
| 1/26/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/28/2013 | Review Corrected Brief of Imperial Tobacco | 0.2 |
| 1/28/2013 | Review Corrected Motion for Leave to File Amicus Brief of Imperial Tobacco | 0.1 |
| 1/28/2013 | Review Garlock Motion for Leave to File Non-Compliant Brief | 0.3 |

| | | |
|---|---|---|
| 1/28/2013 | Review Third Circuit Order granting Plan Proponents' Motion to File Supplemental Appendix | 0.1 |
| 1/28/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/28/2013 | Review Clerk's Order granting extension of time to file Anderson Memorial Hospital's Reply Brief | 0.1 |
| 1/28/2013 | Review Supplemental certificate of service of Plan Proponents' Brief and Supplemental Appendix | 0.1 |
| 1/28/2013 | Review Notice from Third Circuit re receipt of hard copies of Amicus Brief of Imperial Tobacco | 0.1 |
| 1/28/2013 | Review Notice from Third Circuit re corrected docket entry for Plan Proponents' brief re Anderson Memorial Hospital | 0.1 |
| 1/29/2013 | Review Notice from Third Circuit re receipt of corrected amicus brief | 0.1 |
| 1/29/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/30/2013 | Review Certificate of No Objection re PD committee monthly fee application | 0.1 |
| 1/30/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/31/2013 | Emails to and from debtors' counsel re appeal | 0.1 |
| 1/31/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/31/2013 | Review notice of closing adversary cases | 0.1 |

Total:   50.3 hours @ $700/hour = $35,210.00

Expenses:     Westlaw – $302.11
Copies and Binding – $77.05
Postage – $14.05

Total Expenses:  $393.21

Total Fees and Expenses Due:  $35,603.21

# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 3/21/2013; 4:00 PM ET** |
| | § | **Hearing Date: TBD (if needed)** |

## SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-FOURTH MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2013 through February 28, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $10,640.00   [80% of $13,300.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $344.94 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 28 years, and his billing rate is $700 per hour.  In this Application period Mr. Rich billed 19.0 hours,[2] for a total amount billed of $13,300.00 of which 80% is currently sought, in the amount of $10,640.00.  Payment of 100% of expenses incurred are also sought, in the amount of $344.94.  The total fees and expenses sought by this application is $10,984.94.

As stated above, this is the Fifty-Fourth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 14.2 | $9,940.00 |
| Fee Application Matters | 4.8 | $3,360.00 |
| TOTAL | 19.0 | $13,300.00 |

### EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Westlaw | $344.94 |
| TOTAL | $344.94 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of March, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (February, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace***, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 2/1/2013 | Prepare, file and serve of the 53rd Monthly Fee Application and Notice of Filing thereof | 1.8 |
| 2/1/2013 | Review Notice of Recheduling of March hearings | 0.1 |
| 2/1/2013 | Email to client re March hearings | 0.1 |
| 2/1/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/2/2013 | Review Corrected Certificate of Service re Plan Proponents' Response Brief to Bank Lenders Opening Brief | 0.1 |
| 2/2/2013 | Review Corrected Supplemental Certificate of Service re Plan Proponents' Briefs and Appendix | 0.1 |
| 2/2/2013 | Review Corrected Certificate of Service re Plan Proponents' Response Brief to Opening Briefs of Montana, Garlock and Canada | 0.1 |
| 2/4/2013 | Review Miscellaneous pleadings received today | 0.1 |

| | | |
|---|---|---|
| 2/4/2013 | Review monthly fee application of counsel to the PD Committee | 0.1 |
| 2/4/2013 | Review Notice from Third Circuit re certificate of service | 0.1 |
| 2/4/2013 | Review Certificate of No Objection to monthly fee application of local counsel of the PD Committee | 0.1 |
| 2/4/2013 | Review Certificate of No Objection to monthly fee application of counsel of the PD Committee | 0.1 |
| 2/4/2013 | Review Notice of Dismissal of Adversary Proceeding against New Jersey Dep't of Environmental Quality | 0.1 |
| 2/5/2013 | Review Miscellaneous pleadings received today | 0.3 |
| 2/5/2013 | Review Certifications of No Objection re Canadian ZAI claimants' counsels' monthly fee applications | 0.1 |
| 2/6/2013 | Review Miscellaneous pleadings received today | 0.3 |
| 2/6/2013 | Review Draft of 2013 pension plan contribution motion | 0.2 |
| 2/6/2013 | Telephone call with client re pending motion hearing date | 0.1 |
| 2/6/2013 | Emails to and from debtors' counsel re hearings | 0.1 |
| 2/6/2013 | Prepare, file and serve Certificate of No Objection to 39th Monthly Fee Application of the PD FCR | 0.2 |
| 2/7/2013 | Review Miscellaneous pleadings received today | 0.2 |
| 2/8/2013 | Review Bank Lender Group's Reply Brief in Third Circuit | 1.0 |
| 2/8/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/8/2013 | Prepare, file and serve 40th Monthly Fee Application of the PD FCR | 0.5 |
| 2/11/2013 | Review Notice from Third Circuit re receipt of Bank Lender's Reply brief | 0.1 |
| 2/11/2013 | Review Certificate of No Objection Regarding Motion for an Order Extending the Term of the Credit Agreement With Advanced Refining Technologies LLC | 0.1 |

| | | |
|---|---|---|
| 2/11/2013 | Review Letter to Court from Pro Se requesting documents | 0.1 |
| 2/11/2013 | Review Letter to from Court to Pro Se party re document request | 0.1 |
| 2/11/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/12/2013 | Review Monthly fee application of Local Counsel to the Property Damage Committee | 0.1 |
| 2/13/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/13/2013 | Review Order Extending the Term of the Credit Agreement With Advanced Refining Technologies LLC | 0.1 |
| 2/13/2013 | Review Notice of Settlement of Claim Asserted Pursuant to the EPA Settlement Agreement Regarding the Nashville, Tennessee Site | 1.0 |
| 2/13/2013 | Review Response to Show Cause Order in Chakarian Adversary Proceeding | 0.1 |
| 2/13/2013 | Review Response to Show Cause Order in Scotts Adversary Proceeding | 0.2 |
| 2/14/2013 | Review Miscellaneous pleadings received today | 0.3 |
| 2/14/2013 | Review Notice of Address Change for Campbell & Levine | 0.1 |
| 2/14/2013 | Review Notice of Appearance of R. Higgins in Scotts Adversary proceeding | 0.1 |
| 2/15/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/15/2013 | Review 2013 pension plan contribution motion | 0.2 |
| 2/15/2013 | Review Agenda for February Omnibus hearing | 0.1 |
| 2/15/2013 | Email to client re February Omnibus hearing | 0.1 |
| 2/15/2013 | Review Anderson Memorial Hospital's Motion for Extension in Third Circuit | 0.2 |
| 2/16/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/19/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/19/2013 | Review Plan Proponents' Objection to Anderson Memorial's extension motion re reply brief | 0.2 |

| | | |
|---|---|---|
| 2/19/2013 | Prepare, file and serve Quarterly Fee Application for the 47th Quarter and notice of filing thereof | 1.5 |
| 2/19/2013 | Prepare, file and serve Quarterly Fee Application of the PD FCR for the 47th Quarter and notice of filing thereof | 0.5 |
| 2/19/2013 | Review Reply Brief of Montana in Third Circuit | 1.0 |
| 2/19/2013 | Review Reply Brief of Canada in Third Circuit | 0.2 |
| 2/20/2013 | Review Notice from Third Circuit re Garlock Brief | 0.1 |
| 2/20/2013 | Review Fee Auditor's Report re Grant Thornton Quarterly Fee Application | 0.3 |
| 2/20/2013 | Review Fee Auditor's Report re Orrick Quarterly Fee Application | 0.2 |
| 2/20/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/20/2013 | Review Garlock Reply Brief in Third Circuit | 1.0 |
| 2/20/2013 | Email to client re Reply briefs | 0.1 |
| 2/21/2013 | Review Notice from Third Circuit re Canada's brief | 0.1 |
| 2/21/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/21/2013 | Review Notice from Third Circuit re Montana's brief | 0.1 |
| 2/21/2013 | Review Monthly fee applications of the Canadian ZAI claimants | 0.3 |
| 2/21/2013 | Prepare, file and serve Certificate of No Objection to monthly Fee Application | 0.2 |
| 2/22/2013 | Review Miscellaneous pleadings received today | 0.2 |
| 2/23/2013 | Review Fee Auditor's Amended Report re Grant Thornton Quarterly Fee Application | 0.2 |
| 2/23/2013 | Review Debtors' Quarterly Operating Report | 0.3 |
| 2/24/2013 | Review Notice from Third Circuit re docket entry changes to Canada's reply brief | 0.1 |

| | | |
|---|---|---|
| 2/24/2013 | Review Notice from Third Circuit re docket entry changes to Montana's reply brief | 0.1 |
| 2/25/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/26/2013 | Email from client re November time | 0.1 |
| 2/26/2013 | Review Certificates of No Objection to Monthly Fee Applications of counsels for the Canadian ZAI claimants | 0.1 |
| 2/26/2013 | Review Supplemental Letter filed pursuant to Rule 28(j) from Bank Lender Group | 0.3 |
| 2/26/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/27/2013 | Review Anderson Memorial's Reply Brief | 1.0 |
| 2/27/2013 | Review Miscellaneous pleadings received today | 0.1 |
| 2/27/2013 | Email to client re Anderson Memorial's Reply Brief | 0.1 |
| 2/27/2013 | Review Certificate of No Objection to Property Damage committee monthly fee application | 0.1 |
| 2/28/2013 | Conferences with Third Circuit clerk re PD FCR electronic brief | 0.3 |
| 2/28/2013 | Review Notice from Third Circuit re Anderson Memorial Reply Brief | 0.1 |
| 2/28/2013 | Review Miscellaneous pleadings received today | 0.1 |

Total:   19.0 hours @ $700/hour = $13,300.00

Expenses:   Westlaw – $344.94

Total Expenses:  $344.94

Total Fees and Expenses Due:  $13,644.94

# EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 4/22/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

## SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-FIFTH MONTHLY INTERIM PERIOD FROM MARCH 1, 2013 THROUGH MARCH 31, 2013

Name of Applicant:                                  Alan B. Rich, Esq.

Authorized to Provide Services To:                  Judge Alexander M. Sanders, Jr.,
                                                    Legal Representative for Future Asbestos-
                                                    Related Property Damage Claimants
                                                    and Holders of Demands

Date of Retention:                                  September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                        March 1, 2013 through March 31, 2013

Amount of Fees Sought as Actual
Reasonable and Necessary:                           $11,872.00   [80% of $14,840.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:                   $0.00

This is a(n):   ☒ Monthly        ☐ Interim        ☐ Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|----------|----------------------|-----------|--------|------|------|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 28 years, and his billing rate is $700 per hour.  In this Application period Mr. Rich billed 21.2 hours,[2] for a total amount billed of $14,840.00 of which 80% is currently sought, in the amount of $11,872.00.  No expenses were incurred for this period.

As stated above, this is the Fifty-Fifth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 17.2 | $12,040.00 |
| Fee Application Matters | 4.0 | $2,800.00 |
| TOTAL | 21.2 | $14,840.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| NONE | $0.00 |
| TOTAL | $0.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

-5-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 1st day of April, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-6-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (March, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 3/1/2013 | Prepare, file and serve 54th Monthly Fee Application | 1.5 |
| 3/1/3013 | Prepare, file and serve 41st Monthly Fee Application of PD FCR | 0.5 |
| 3/1/2013 | Prepare, file and serve Notice of Withdrawal of PD FCR's Quarterly Fee Application | 0.2 |
| 3/1/2013 | Prepare, file and serve Amended 17th Quarterly Fee Application of the PD FCR | 0.5 |
| 3/1/2013 | Prepare, file and serve the Certification of No Objection to the 40th Monthly Fee Application of the PD FCR | 0.2 |
| 3/1/2013 | Review Quarterly Fee Application (47th Period) of counsel to the Property Damage Committee | 0.2 |
| 3/1/2013 | Review Order from Third Circuit re Imperial Tobacco amicus brief | 0.1 |
| 3/1/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 3/4/2013 | Review quarterly Fee Applications of the Canadian ZAI special counsels | 0.4 |
| 3/4/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 3/4/2013 | Review Clerk's Order granting leave for Anderson Memorial Hospital to file Reply Brief out of time | 0.1 |
| 3/5/2013 | Review Opinion from District Court on Garlock appeal from 2019 Orders | 0.8 |
| 3/5/2013 | Review District Court Order re Garlock 2019 Appeals | 0.1 |
| 3/5/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 3/6/2013 | Review Order from Third Circuit re Appellant's reply brief | 0.1 |
| 3/6/2013 | Review Miscellaneous Pleadings received today | 0.3 |
| 3/6/2013 | Review Settlement Motion re Markel Insurance policies | 0.7 |
| 3/6/2013 | Review Fee Auditor's Report re Deloitte Fees for 43rd-46th Quarters | 0.1 |
| 3/6/2013 | Review Motion to Reopen WD PA Garlock appeals | 0.3 |
| 3/7/2013 | Review Order re retention of 2019 statements and exhibits | 0.1 |
| 3/7/2013 | Review Fee Auditor's Report re Beveridge fees for 46th Quarter | 0.1 |
| 3/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/7/2013 | Letter from Clerk of Third Circuit re listing of appeal | 0.1 |
| 3/7/2013 | Review case listing Acknowledgment of Schafrick for Cntl Casualty | 0.1 |
| 3/7/2013 | Review Fee Auditor's Report for the 46th Quarter | 0.4 |
| 3/8/2013 | Review Certificate of No Objection Regarding Notice of Settlement of Claim Asserted Pursuant to the EPA Settlement Agreement Regarding the Nashville, Tennessee Site | 0.1 |
| 3/8/2013 | Prepare and file case listing Acknowlegement of PD FCR | 0.2 |
| 3/8/2013 | Review Motion of Garlock in WDNC for protective order re WRG (and other Del and Pa Bankruptcies) 2019 Statement Exhibits | 0.3 |

| | | |
|---|---|---|
| 3/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/11/2013 | Review case listing Acknowledgement of Cassada for Garlock | 0.1 |
| 3/11/2013 | Review CNO of 140th monthly fee application of local counsel for the property damage committee | 0.1 |
| 3/11/2013 | Review CNO for the Debtors' 2013 Retirement Plan contribution motion | 0.1 |
| 3/11/2013 | Review 141st Monthly Fee Application of local counsel to the property damage committee | 0.2 |
| 3/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/11/2013 | Review Quarterly Fee Application of local counsel to the property damage committee | 0.3 |
| 3/11/2013 | Prepare, file and serve 42nd Monthly Fee Application of the PD FCR | 0.5 |
| 3/11/2013 | Review Order granting debtors' motion re 2013 pension contribution | 0.1 |
| 3/11/2013 | Review Bank Lenders oral argument acknowledgement | 0.1 |
| 3/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/13/2013 | Review Equity Committee oral argument acknowledgement | 0.1 |
| 3/13/2013 | Review Travelers oral argument acknowledgement | 0.1 |
| 3/13/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/13/2013 | Review Debtors' Oral Argument Acknowledgement | 0.1 |
| 3/13/2013 | Review PI FCR's oral argument acknowledgement | 0.1 |
| 3/14/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/14/2013 | Review Canada's oral argument acknowledgement | 0.1 |
| 3/14/2013 | Review Montana's oral agument acknowledgement | 0.1 |
| 3/14/2013 | Review ACC's oral agument acknowledgement | 0.1 |
| 3/14/2013 | Review Anderson Memorial's oral agument acknowledgement in 12-3143 | 0.1 |

| | | |
|---|---|---|
| 3/14/2013 | Review Anderson Memorial's oral argument acknowledgement in 12-2923 | 0.1 |
| 3/14/2013 | Review Fee and Expense Chart for the 46th Quarter | 0.2 |
| 3/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/17/2013 | Review 2013 LTIP motion | 0.4 |
| 3/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/18/2013 | Email to R. Wyron re 2013 LTIP motion | 0.1 |
| 3/18/2013 | Review Motion to Resolve WDPA Garlock 2019 appeals | 0.2 |
| 3/19/2013 | Review March Omnibus agenda | 0.1 |
| 3/19/2013 | Email to client re status | 0.1 |
| 3/19/2013 | Review Monthly Fee Applications of Canadian ZAI Special counsels | 0.3 |
| 3/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/20/2013 | Review Order Resolving WDPA Garlock 2019 appeals | 0.1 |
| 3/20/2013 | Review Motion Requesting Entry of a Protective Order Authorizing the Debtors to File Under Seal the Affidavit of Mark A. Shelnitz in Support of Motion for an Order Approving Baker Donelson's Monthly Fixed Fee | 0.3 |
| 3/20/2013 | Review Order Setting Status Conference to Establish Protocol with Respect to Order of The District Court for the Western District of Pennsylvania and the Order of The District Court for the District of Delaware Regarding 2019 Statements | 1.0 |
| 3/20/2013 | Review Certification of Counsel re 46Q Fee Applications | 0.2 |
| 3/20/2013 | Review Motion to Implement 2013 LTIP | 0.5 |
| 3/20/2013 | Review Certification of Counsel re 46Q Project Categories | 0.3 |
| 3/20/2013 | Review Corrected opinion re Garlock 2019 motion | 0.3 |

| | | |
|---|---|---|
| 3/20/2013 | Review Motion to Approve Baker Donelson's Monthly Fixed Fee, Clarifying That Section 328(A) Provides the Appropriate Standard of Review and Expanding the Scope of Certain Legislative Affairs Services | 1.0 |
| 3/20/2013 | Review Corrected order implementing Garlock 2019 opinion | 0.1 |
| 3/20/2013 | Emails to Debtors' counsel re Shelnitz affidavit | 0.1 |
| 3/20/2013 | Email to client re March omnibus hearing | 0.1 |
| 3/20/2013 | Review Sealed Shelnitz Affidavit re Baker Donelson motion | 0.3 |
| 3/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/21/2013 | Prepare, file and serve Certificate of No Objection to 54th Monthly Fee Application | 0.2 |
| 3/21/2013 | Prepare, file and serve Certificate of No Objection to 41st Monthly Fee Application of the PD FCR | 0.2 |
| 3/21/2013 | Prepare, file and serve Certificate of No Objection to 17th Quarterly Fee Application of the PD FCR | 0.2 |
| 3/21/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/21/2013 | Review 139th Monthly Fee Applications of counsel to the Property Damage committee | 0.1 |
| 3/21/2013 | Review 140th Monthly Fee Applications of counsel to the Property Damage committee | 0.1 |
| 3/22/3013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/22/2013 | Email to client re Garlock hearing | 0.1 |
| 3/25/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/26/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/26/2013 | Emails to and from Courtcall re April 4 hearing | 0.1 |

Case 01-01139-AMC    Doc 30487    Filed 04/01/13    Page 55 of 55

| | | |
|---|---|---|
| 3/26/2013 | Review ACC's response to Motion of Garlock in WDNC for protective order re WRG (and other Del and Pa Bankruptcies) 2019 Statement Exhibits | 0.3 |
| 3/27/2013 | Review CNO's re Canadian ZAI Special Counsel Monthly Fee Applications | 0.1 |
| 3/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/27/2013 | Review Court's Proposed Protocol for Producing 2019 Statement Exhibits | 0.5 |
| 3/27/2013 | Review Order Granting 46th Quarter Fee Applications | 0.2 |
| 3/28/2013 | Emails to and from client re April hearings | 0.1 |
| 3/28/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 3/28/2013 | Review Project REDS materials | 0.5 |
| 3/28/2013 | Review Notice of Oral Argument from Third Circuit in 12-1402; 12-1403; 12-1404 and 12-2924 | 0.1 |
| 3/28/2013 | Review Notice of Oral Argument from Third Circuit in 12-1521; 12-2807 and 12-2904 | 0.1 |
| 3/28/2013 | Review Notice of Oral Argument from Third Circuit in 12-2923 and 12-3143 | 0.1 |
| 3/29/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 3/29/2013 | Email to client re oral argument | 0.1 |
| 3/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total:    21.2 hours @ $700/hour = $14,840.00

Expenses:    None

Total Fees and Expenses Due:  $14,840.00