IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: May 23, 2013 @ 4:00 p.m.** |

**MONTHLY APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC, FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD
MARCH 1, 2013 THROUGH MARCH 31, 2013**

| | |
|---|---|
| Name of Applicant: | Charter Oak Financial Consultants, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | August 29, 2007, *nunc pro tunc* to July 30, 2007 |
| Period for which compensation and reimbursement is sought: | March 1, 2013 through March 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $20,113.20 (80% of $25,141.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $35.00 |

This is a:     X    monthly            interim            final application.

Charter Oak Financial Consultants, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

{D0261566.1 }

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested |  | Approved |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/3/07 | August 2007 | $59,438.50 | $0.00 | $59,438.50 | $0.00 |
| 10/30/07 | September 2007 | $57,130.50 | $489.59 | $57,130.50 | $489.59 |
| 11/30/07 | October 2007 | $19,105.00 | $12.50 | $19,105.00 | $12.50 |
| 1/4/08 | November 2007 | $12,390.67 | $0.00 | $12,390.67 | $0.00 |
| 1/30/08 | December 2007 | $12,884.17 | $0.00 | $12,884.17 | $0.00 |
| 3/5/08 | January 2008 | $75,849.80 | $0.00 | $75,849.80 | $0.00 |
| 3/31/08 | February 2008 | $57,569.50 | $108.00 | $57,569.50 | $108.00 |
| 4/30/08 | March 2008 | $69,774.50 | $228.00 | $69,774.50 | $228.00 |
| 6/3/08 | April 2008 | $67,915.50 | $0.00 | $67,915.50 | $0.00 |
| 6/30/08 | May 2008 | $36,724.50 | $108.00 | $36,724.50 | $108.00 |
| 8/5/08 | June 2008 | $43,319.00 | $0.00 | $43,319.00 | $0.00 |
| 8/28/08 | July 2008 | $34,793.75 | $0.00 | $34,793.75 | $0.00 |
| 10/2/08 | August 2008 | $17,848.00 | $0.00 | $17,848.00 | $0.00 |
| 10/31/08 | September 2008 | $55,551.00 | $84.00 | $55,551.00 | $84.00 |
| 12/3/08 | October 2008 | $29,529.00 | $0.00 | $29,529.00 | $0.00 |
| 1/6/09 | November 2008 | $39,709.50 | $86.88 | $39,709.50 | $86.88 |
| 2/3/09 | December 2008 | $16,007.00 | $84.00 | $16,007.00 | $84.00 |
| 3/4/09 | January 2009 | $24,743.50 | $0.00 | $24,331.00 | $0.00 |
| 4/2/09 | February 2009 | $12,036.50 | $0.00 | $12,036.50 | $0.00 |
| 5/6/09 | March 2009 | $32,212.50 | $3.92 | $32,212.50 | $3.92 |
| 5/29/09 | April 2009 | $18,206.50 | $0.00 | $18,206.50 | $0.00 |
| 7/1/09 | May 2009 | $8,658.50 | $0.00 | $8,658.50 | $0.00 |

{D0261566.1}    2

| 8/4/09 | June 2009 | $17,492.50 | $0.00 | $17,492.50 | $0.00 |
|---|---|---|---|---|---|
| 9/1/09 | July 2009 | $14,615.00 | $0.00 | $14,615.00 | $0.00 |
| 10/2/09 | August 2009 | $8,580.00 | $0.00 | $8,580.00 | $0.00 |
| 11/2/09 | September 2009 | $20,580.00 | $0.00 | $20,580.00 | $0.00 |
| 12/2/09 | October 2009 | $20,285.50 | $0.00 | $20,285.50 | $0.00 |
| 12/30/09 | November 2009 | $33,761.00 | $96.00 | $33,761.00 | $96.00 |
| 1/29/10 | December 2009 | $20,190.00 | $60.00 | $20,190.00 | $60.00 |
| 3/1/10 | January 2010 | $23,747.50 | $0.00 | $23,747.50 | $0.00 |
| 3/30/10 | February 2010 | $25,684.00 | $0.00 | $25,684.00 | $0.00 |
| 4/30/10 | March 2010 | $31,098.50 | $39.96 | $31,098.50 | $39.96 |
| 6/2/10 | April 2010 | $14,810.00 | $0.00 | $14,810.00 | $0.00 |
| 6/29/10 | May 2010 | $12,430.00 | $0.00 | $12,430.00 | $0.00 |
| 8/3/10 | June 2010 | $20,547.00 | $0.00 | $20,547.00 | $0.00 |
| 9/1/10 | July 2010 | $6,590.50 | $0.00 | $6,590.50 | $0.00 |
| 10/4/10 | August 2010 | $6,690.50 | $11.69 | $6,690.50 | $11.69 |
| 10/27/10 | September 2010 | $15,908.50 | $35.00 | $15,908.50 | $35.00 |
| 12/3/10 | October 2010 | $10,581.50 | $0.00 | $10,581.50 | $0.00 |
| 1/5/11 | November 2010 | $18,055.50 | $0.00 | $18,055.50 | $0.00 |
| 2/1/11 | December 2010 | $8,888.00 | $0.00 | $8,888.00 | $0.00 |
| 3/1/11 | January 2011 | $11,871.00 | $0.00 | $11,871.00 | $0.00 |
| 3/30/11 | February 2011 | $19,276.50 | $0.00 | $19,276.50 | $0.00 |
| 4/29/11 | March 2011 | $31,671.50 | $0.00 | $31,671.50 | $0.00 |
| 5/31/11 | April 2011 | $8,191.00 | $0.00 | $8,191.00 | $0.00 |
| 7/1/11 | May 2011 | $12,488.50 | $0.00 | $12,488.50 | $0.00 |
| 8/1/11 | June 2011 | $63,614.50 | $10.32 | $63,614.50 | $10.32 |

| | | | | | |
|---|---|---|---|---|---|
| 8/31/11 | July 2011 | $29,262.00 | $108.00 | $29,262.00 | $108.00 |
| 9/29/11 | August 2011 | $12,835.50 | $0.00 | $12,835.50 | $0.00 |
| 11/11/11 | September 2011 | $49,358.00 | $143.00 | $49,358.00 | $143.00 |
| 11/30/11 | October 2011 | $25,355.00 | $2.08 | $25,355.00 | $2.08 |
| 1/30/12 | November – December 2011 | $17,719.00 | $0.00 | $17,719.00 | $0.00 |
| 3/12/12 | January 2012 | $19,144.00 | $35.00 | $19,144.00 | $35.00 |
| 4/2/12 | February 2012 | $24,654.00 | $0.00 | $24,654.00 | $0.00 |
| 5/1/2012 | March 2012 | $13,854.00 | $0.00 | $13,854.00 | $0.00 |
| 5/29/2012 | April 2012 | $23,699.00 | $0.00 | $23,699.00 | $0.00 |
| 7/3/2012 | May 2012 | $40,455.00 | $260.00 | $40,455.00 | $260.00 |
| 8/1/2012 | June 2012 | $27,695.00 | $128.00 | $27,695.00 | $128.00 |
| 9/4/2012 | July 2012 | $26,511.00 | $0.00 | $21,208.80 | $0.00 |
| 10/4/2012 | August 2012 | $14,655.00 | $7.00 | $11,724.00 | $7.00 |
| 11/7/2012 | September 2012 | $16,587.00 | $0.00 | $16,587.00 | $0.00 |
| 12/4/2012 | October 2012 | $13,942.00 | $0.00 | $11,153.60 | $0.00 |
| 1/10/2013 | November 2012 | $13,741.00 | $25.00 | $10,992.80 | $25.00 |
| 2/5/2013 | December 2012 | $6,301.00 | $0.00 | $5,040.80 | $0.00 |
| 3/6/2013 | January 2013 | $5,872.50 | $4.10 | Pending | Pending |
| 4/3/2013 | February 2013 | $21,299.50 | $0.00 | Pending | Pending |
| **5/2/2013** | **March 2013** | **$25,141.50** | **$35.00** | **Pending** | **Pending** |

## SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director, 30+ Years | 3.3 | $680.00 | $2,244.00 |
| James Sinclair - Senior Managing Director, 35+ Years | 19.5 | $680.00 | $13,260.00 |
| Peter Cramp – Associate, 5+ Years | 12.1 | $375.00 | $4,537.50 |
| Gibbons Sinclair – Associate, 4+ Years | 13.6 | $375.00 | $5,100.00 |
| **Total** | **48.5** | | **$25,141.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 3/1/13 through 3/31/13 | Total Fees for the Period 3/1/13 through 3/31/13 |
|---|---|---|
| Asset Analysis and Recovery | 40.4 | $19,969.00 |
| Asset Disposition | 0 | $0 |
| Business Operations | 0 | $0 |
| Case Administration | 1.3 | $884.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0 |
| Committee Administration | 0 | $0 |
| Data Analysis | 0 | $0 |
| Employee Benefits/Pension | 5.7 | $3,876.00 |
| Employment Applications (applicant) | 1.1 | $412.50 |
| Employment Applications (others) | 0 | $0 |
| Fee Applications (applicant) | 0 | $0 |
| Fee Applications (others) | 0 | $0 |
| Financing | 0 | $0 |
| Hearings | 0 | $0 |
| Litigation | 0 | $0 |

| | | |
|---|---:|---:|
| Plan and Disclosure Statement | 0 | $0 |
| Relief from Stay Proceedings | 0 | $0 |
| Retention (Others) | 0 | $0 |
| Tax Issues | 0 | $0 |
| Tax Litigation | 0 | $0 |
| Travel (non-working) | 0 | $0 |
| Valuation | 0 | $0 |
| ZAI Science Trial | 0 | $0 |
| **Totals:** | **48.5** | **$25,141.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Monthly Period |
|---:|:---:|---:|
| Overnight Courier | Federal Express | $0 |
| Travel | | $0 |
| Conference Calls | | $0 |
| Online Research | Bonds Online | $35.00 |
| Online Research | Pacer | $0 |
| Online Research | Alacra (Thomson Financial I/B/E/S) | $0 |
| **Total:** | | **$35.00** |

Date: May 3, 2013         CHARTER OAK FINANCIAL CONSULTANTS, LLC

 */s/James P. Sinclair*
James P. Sinclair
430 Center Avenue
Mamaroneck, NY 10543
(914) 372-1874

*Financial Advisor for the Official Committee of Asbestos Personal Injury Claimants*

{D0261566.1 }                    6