## EXHIBIT A

### Business Operations (.30 Hours; $ 286.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $955 | 286.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/19/13 | PVL | 955.00 | 0.10 | Rv Sinclair email |
| 03/27/13 | PVL | 955.00 | 0.20 | Rv memo re Project Reds |

**Total Task Code .03**          **.30**

### Case Administration (2.40 Hours; $ 2,056.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $1,000 | 100.00 |
| Peter Van N. Lockwood | 1.70 | $955 | 1,623.50 |
| Rita C. Tobin | .60 | $555 | 333.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/13 | PVL | 955.00 | 0.30 | Rv Stark opinion re 2019 appeal and cn KCM re same |
| 03/01/13 | RCT | 555.00 | 0.20 | Review docket and local counsel record re: EI update. |
| 03/04/13 | PVL | 955.00 | 0.10 | Rv KCM draft of 2019 order and Garlock draft of same |
| 03/05/13 | PVL | 955.00 | 0.20 | Tcn EI & KCM (.1); rv draft memo to ACC and cn KCM re same (.1) |
| 03/07/13 | PVL | 955.00 | 0.10 | Rv revised draft 2019 order and cn KCM re same |
| 03/11/13 | PVL | 955.00 | 0.10 | Rv 6 misc. filings |

| 03/11/13 | RCT | 555.00 | 0.20 | Review docket and local counsel record re: EI update. |
| 03/15/13 | RCT | 555.00 | 0.20 | Review docket and local counsel record re: EI update. |
| 03/21/13 | EI | 1,000.00 | 0.10 | Telephone conference with claimant. |
| 03/22/13 | PVL | 955.00 | 0.30 | Rv 5 misc. filings (.2); rv email & reply (.1). |
| 03/28/13 | PVL | 955.00 | 0.20 | Rv 2019 Protocol draft |
| 03/29/13 | PVL | 955.00 | 0.40 | Rv Garlock ltr and motion re 2019 protocol (.3); rv draft response to same (.1) |

**Total Task Code .04**        **2.40**

**Employee Benefits/Pension (.20 Hours; $ 191.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $955 | 191.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/18/13 | PVL | 955.00 | 0.20 | Rv draft LTIP motion |

**Total Task Code .08**        **.20**

**Fee Applications, Applicant (7.80 Hours; $ 3,159.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.20 | $555 | 2,331.00 |
| Eugenia Benetos | 3.60 | $230 | 828.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/04/13 | RCT | 555.00 | 0.30 | Address fee/payment issues. |
| 03/06/13 | RCT | 555.00 | 0.20 | Confer with EB re: fee application schedule for March. |
| 03/06/13 | EB | 230.00 | 0.60 | Review local counsel email re: CNO responses and draft email. |
| 03/11/13 | RCT | 555.00 | 0.50 | Review fee auditors combined report (.3).; e-mails re: same (.2). |
| 03/11/13 | RCT | 555.00 | 0.20 | E-mails re: Grace CNOs. |
| 03/12/13 | RCT | 555.00 | 0.90 | Review pre bills. |
| 03/13/13 | RCT | 555.00 | 0.60 | Review exhibits. |
| 03/14/13 | RCT | 555.00 | 0.30 | Address fee payment issue. |
| 03/14/13 | EB | 230.00 | 0.60 | Create fee breakdown for payment received.  Send breakdown to EI, JR and myself for record keeping. Update fee application schedule. |
| 03/14/13 | EB | 230.00 | 0.60 | Create fee breakdown for payment received.  Send breakdown to EI, JR and myself for record keeping. Update fee application schedule. |
| 03/15/13 | RCT | 555.00 | 0.10 | Review Hurford e-mail re: fee order. |
| 03/21/13 | RCT | 555.00 | 0.30 | Address fee issues. |
| 03/25/13 | RCT | 555.00 | 0.80 | Review fee applications. |
| 03/25/13 | EB | 230.00 | 1.20 | Work on fee application. |
| 03/26/13 | EB | 230.00 | 0.60 | Perform review of payment summarized sheet and update fee application schedule accordingly. |

**Total Task Code .12**          **7.80**

**Litigation and Litigation Consulting (46.40 Hours; $ 24,839.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $955 | 95.50 |
| Trevor W. Swett | .20 | $750 | 150.00 |
| Leslie M. Kelleher | 27.40 | $625 | 17,125.00 |
| Kevin C. Maclay | 9.00 | $565 | 5,085.00 |
| James P. Wehner | .10 | $565 | 56.50 |
| Andrew J. Sackett | .10 | $420 | 42.00 |
| Ann M. Weber | 2.00 | $295 | 590.00 |
| Sara Joy DelSavio | 5.50 | $230 | 1,265.00 |
| Ashley M. Hutton | 2.00 | $215 | 430.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/13 | LMK | 625.00 | 0.10 | Conversation w/KCM re procedure for appeal/stay. |
| 03/01/13 | KCM | 565.00 | 1.00 | Plan/prepare for and attend telephone conference with co-appellees; communicate with PVNL; review/analyze opinion and plan/prepare for recommendation and response (Divided among four clients) |
| 03/01/13 | AMW | 295.00 | 0.20 | Attend conference call re order and next steps. (Total 0.7 hour divided among 4 clients.) |
| 03/02/13 | KCM | 565.00 | 0.40 | Review opinions and order and plan/prepare for response and recommendations (Divided among four clients) |
| 03/03/13 | LMK | 625.00 | 0.50 | Research re procedure on appeal. |
| 03/03/13 | JPW | 565.00 | 0.10 | Telephone conference with KCM re decision; proposed order |
| 03/03/13 | KCM | 565.00 | 1.30 | Draft/revise proposed form of order and review/analyze related cases and materials (Divided among four clients) |
| 03/03/13 | AMW | 295.00 | 0.30 | Review and analyze court's order and opinion. (Total 1.2 hours divided among 4 clients.) |

| 03/04/13 | KCM | 565.00 | 1.20 | Review/analyze Debtor draft order and draft/revise proposed order and review/analyze related cases and materials (Divided among four clients) |
|----------|-----|--------|------|---|
| 03/04/13 | AMW | 295.00 | 0.30 | Review and analyze orders.  (Total 1.3 hours divided among 4 clients.) |
| 03/05/13 | TWS | 750.00 | 0.10 | Edit memo re 2019 appeal decision (divided among four clients) |
| 03/05/13 | KCM | 565.00 | 0.90 | Telephone conference with parties in interest re proposed order and related issues; draft memos to Committees, review related materials and communicate with PVNL, EI and TWS re same; review/edit proposed order and review/analyze related materials (Divided among four clients) |
| 03/05/13 | AJS | 420.00 | 0.10 | Review of memo re 2019 appeal decision |
| 03/05/13 | AMW | 295.00 | 0.40 | Prepare for conference call (0.3); attend conference call with parties in interest re proposed order (0.2); 2 follow-up conference calls re same (0.6); review and revise memos to Committees (0.6).  (Total 1.7 hours divided among 4 clients.) |
| 03/06/13 | TWS | 750.00 | 0.10 | Review proposed order re 2019 matter; e-mail KCM re same (divided among four clients) |
| 03/06/13 | KCM | 565.00 | 0.20 | Plan/prepare for conference call and review/edit draft order (Split among four clients) |
| 03/07/13 | KCM | 565.00 | 0.80 | Review/edit orders, plan/prepare for and participate in conference call with Garlock and plan/prepare for and participate in conference calls with co-appellees (Split among four clients) |
| 03/07/13 | SJD | 230.00 | 1.20 | Perform research and pull opinions per LMK |
| 03/07/13 | AMW | 295.00 | 0.60 | Attend call with opposing counsel re drafting of order (0.4); review proposed orders and filings re draft of proposed order (0.8); attend conference calls with parties in interest re proposed order (1.4). (Total 2.6 hours divided among 4 clients.) |
| 03/11/13 | KCM | 565.00 | 0.20 | Review proposed order re PA cases and communicate with co-appellees re same (Split among four clients) |

| 03/12/13 | LMK | 625.00 | 1.80 | Status call. |
|---|---|---|---|---|
| 03/12/13 | KCM | 565.00 | 0.10 | Communicate with co-appellees re case status (Divided among four clients) |
| 03/14/13 | KCM | 565.00 | 0.30 | Review/analyze final Implementing Order in DE; review/edit proposed W.D. Pa. order; review/analyze related materials and communicate with co-appellees and Garlock re same (Split among four clients) |
| 03/14/13 | SJD | 230.00 | 1.10 | Perform research and pull opinion per LMK |
| 03/15/13 | KCM | 565.00 | 0.10 | Review/analyze PA order and communicate with co-appellees and Garlock re same (Divided among four clients) |
| 03/21/13 | KCM | 565.00 | 0.20 | Review orders re status conference; plan/prepare for and communicate with co-appellees (Split among four clients) |
| 03/21/13 | AMW | 295.00 | 0.10 | Attend conference call re motion for protective order; review orders (Split among four clients) |
| 03/25/13 | PVL | 955.00 | 0.10 | Rv Shelnitz aff. |
| 03/25/13 | LMK | 625.00 | 5.20 | Review reply briefs/memo re same. |
| 03/26/13 | LMK | 625.00 | 7.90 | Status conference call (.9); memo re Montana reply brief (7.0). |
| 03/27/13 | LMK | 625.00 | 3.70 | Emails/calls to PVNL/debtors' counsel re Third Circuit appeal (.5); review reply briefs re same (3.2 hrs). |
| 03/27/13 | KCM | 565.00 | 0.30 | Review draft protocol re 2019s and related materials and compare with other orders (Split among four clients) |
| 03/27/13 | SJD | 230.00 | 3.20 | Perform research re appeal per LMK and update electronic files. |
| 03/27/13 | AMH | 215.00 | 0.80 | Collected reply briefs in appeal case for LMK. |
| 03/28/13 | LMK | 625.00 | 5.10 | Conversation w/ PVNL re memo re reply briefs/ Third Circuit appeal (.9); review reply briefs / memo re same (4.2). |

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 03/28/13 | AMH | 215.00 | 1.20 | Collected additional briefs re ITCAN and Lexis decision for LMK. |
| 03/29/13 | LMK | 625.00 | 0.20 | Conversation w/KCM re procedural issues; research re same. |
| 03/29/13 | KCM | 565.00 | 1.80 | Draft/revise response to Garlock motion and review/analyze related cases and materials; communicate with co-appellees re response to Garlock motion (Split among four clients |
| 03/29/13 | AMW | 295.00 | 0.10 | Confer with parties re response to motion to amend/clarify (Split among three clients) |
| 03/30/13 | LMK | 625.00 | 1.40 | Review briefs; research for response to same; draft email to KCM re same. |
| 03/31/13 | LMK | 625.00 | 1.50 | Review reply briefs; memo re same. |
| 03/31/13 | KCM | 565.00 | 0.20 | Draft/reviser response to Garlock motion and review/analyze related briefs, cases and materials (Split among four clients) |

**Total Task Code .16          46.40**


### Plan & Disclosure Statement (10.00 Hours; $ 9,563.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.60 | $1,000 | 1,600.00 |
| Peter Van N. Lockwood | 8.20 | $955 | 7,831.00 |
| Ann C. McMillan | .20 | $660 | 132.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/13 | EI | 1,000.00 | 0.10 | Read JPS report (.1). |
| 03/04/13 | EI | 1,000.00 | 0.40 | Telephone conference with S. Birnbaum (.1); telephone conference with R. Frankel (.2); telephone conference with both re: Solid Air (.1). |
| 03/08/13 | ACM | 660.00 | 0.10 | Exchange e-mails with L. Busch re document depository. |

| 03/11/13 | PVL | 955.00 | 0.50 | Rv Grace 8-K (.3); rv WSJ article (.1); rv emails & reply (.1) |
| 03/12/13 | PVL | 955.00 | 1.80 | Tcn Shelnitz, Finke, Donley, Esayian, Paul, Frankel, Wyron, LMK et al |
| 03/13/13 | PVL | 955.00 | 1.60 | Rv Bondex 3/14/13 tr. of closing arg. |
| 03/14/13 | EI | 1,000.00 | 0.30 | Telephone conference with D. Turetsky (.1); memorandum to R. Frankel (.1); memorandum to both re: Sealed Air (.1). |
| 03/20/13 | PVL | 955.00 | 0.30 | Rv CE CA 3 transcript |
| 03/20/13 | EI | 1,000.00 | 0.10 | Memorandum to R. Frankel re: Sealed Air (.1). |
| 03/25/13 | PVL | 955.00 | 0.30 | Teleconf. EI |
| 03/25/13 | EI | 1,000.00 | 0.20 | Telephone conferences with PVNL re: R. Frankel Sealed Air inquiry. |
| 03/26/13 | PVL | 955.00 | 1.20 | Tcn Shelnitz, Finke, Donley, Frankel & LMK (.9); rv email & SA agmt (.1); teleconf. EI (.2) |
| 03/26/13 | EI | 1,000.00 | 0.20 | Telephone conference with PVNL re: Sealed air issue. |
| 03/27/13 | PVL | 955.00 | 1.50 | Rv draft outline of Montana arg. (1.4); rv email & reply (.1) |
| 03/27/13 | EI | 1,000.00 | 0.10 | Memo to R. Horkovich re: issues. |
| 03/28/13 | PVL | 955.00 | 1.00 | Cn LMK (.6); teleconf. Donley re CA 3 orders. |
| 03/28/13 | EI | 1,000.00 | 0.20 | Memorandum to R. Frankel re: Sealed Air. |
| 03/28/13 | ACM | 660.00 | 0.10 | Teleconference claimant re status of case. |

**Total Task Code    .17        10.00**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 15.29 |
| Conference Call Services | 6.36 |
| Database Research | 953.04 |
| Research Material | 170.13 |
| Xeroxing | 1.10 |
| **Total:** | **$ 1,145.92** |