## EXHIBIT B

**Business Operations (.30 Hours; $ 286.50)**

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03          .30**


**Case Administration (2.40 Hours; $ 2,056.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          2.40**


**Employee Benefits/Pension (.20 Hours; $ 191.00)**

Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08          .20**


**Fee Applications, Applicant (7.80 Hours; $ 3,159.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12          7.80**


**Litigation and Litigation Consulting (46.40 Hours; $ 24,839.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          46.40**

- 2 -

**Plan & Disclosure Statement (10.00 Hours; $ 9,563.00)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17   10.00**