## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 15.29 |
| Conference Call Services | 6.36 |
| Database Research | 953.04 |
| Research Material | 170.13 |
| Xeroxing | 1.10 |
| **Total:** | **$ 1,145.92** |

| | | |
|---|---|---|
| **Client Number:    4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter      000** | **Disbursements** | 4/19/2013 |

Print Date/Time: 04/19/2013   9:58:34AM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:   1/1/1950   to: 3/31/2013

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 3/22/2013 | 13,655 |

|   | $4,806.34 | | | |
|---|---|---|---|---|
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining:    $4,806.34 |

$3,947,606.11
Total Expenses Billed To Date

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- || ---------- B I L L I N G--------- ||
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0043 | LIB | Paralegal &. Library Staff | 0.00 | 170.13 | 0.00 | 170.13 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 15.29 | 0.00 | 15.29 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 0.70 | 0.00 | 0.70 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 6.36 | 0.00 | 6.36 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 953.44 | 0.00 | 953.44 |
| **Total Fees** | | | **0.00** | **1,145.92** | **0.00** | **1,145.92** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- ||| ---------- B I L L I N G--------- ||| |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | C&D | | | | | | | |
| 2961185 | Photocopy | E | 03/01/2013 | 0999 | | 0.00 | $0.40 | | 0.00 | $0.40 | 0.40 |
| | | | | DAT | | | | | | | |
| 2961977 | Photocopy | E | 03/01/2013 | 0255 | | 0.00 | $0.70 | | 0.00 | $0.70 | 1.10 |
| | | | | EI | | | | | | | |
| 2958337 | Federal Express -Delivery to T.Simpson, 2/28/13 | E | 03/12/2013 | 0120 | | 0.00 | $15.29 | | 0.00 | $15.29 | 16.39 |

| Client Number: 4642 | | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | | | | Disbursements | | | | | 4/19/2013 |

Print Date/Time: 04/19/2013 9:58:34AM

Attn:

Invoice #

(EI)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2964509 | Premiere Global Services -Teleconference Svc., 2/2013 (KCM) | E | 03/21/2013 | 0338 | KCM | 0.00 | $4.54 | 0.00 | $4.54 | 20.93 |
| 2965747 | Premiere Global Services -Teleconference Svc., 1/2013 (KCM) | E | 03/24/2013 | 0338 | KCM | 0.00 | $1.82 | 0.00 | $1.82 | 22.75 |
| 2965781 | West Payment Center -Research, re: WCX Tier 2 Federal Court, 1/10/13 | E | 03/24/2013 | 0043 | LIB | 0.00 | $170.13 | 0.00 | $170.13 | 192.88 |
| 2968864 | Database Research - Lexis by SJD/AMH on March 22, 2013 | E | 03/31/2013 | 0999 | C&D | 0.00 | $27.46 | 0.00 | $27.46 | 220.34 |
| 2968895 | Database Research - Westlaw by AMH on March 28 | E | 03/31/2013 | 0999 | C&D | 0.00 | $38.13 | 0.00 | $38.13 | 258.47 |
| 2968896 | Database Research - Westlaw by LK on March 2631 | E | 03/31/2013 | 0999 | C&D | 0.00 | $887.45 | 0.00 | $887.45 | 1,145.92 |

**Total Expenses**                                                                      $1,145.92                            $1,145.92
                                                                              0.00                     0.00

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 1,145.92 | | 1,145.92 |
| Matter Total | 0.00 | 1,145.92 | 0.00 | 1,145.92 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $1,145.92 | | $1,145.92 |
| Prebill Total | 0.00 | $1,145.92 | 0.00 | $1,145.92 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 90,875 | 11/21/2012 | 32,514.00 | 6,502.80 |
| 91,409 | 12/13/2012 | 13,536.00 | 2,707.20 |
| 91,996 | 01/22/2013 | 168,387.00 | 33,677.40 |
| 92,491 | 02/21/2013 | 165,664.00 | 33,132.80 |
| 92,999 | 03/22/2013 | 35,610.88 | 35,610.88 |
| | | 544,885.88 | 126,487.91 |