**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2013 |
| Wilmington DE | ACCOUNT NO:   3000-01D |
|  | STATEMENT NO:   102 |

Asset Analysis and Recovery

|  |  |
|---|---|
| PREVIOUS BALANCE | $273.00 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/15/2013 |  |  |  |  |
| MTH | Reviewing Debtors' Motion re approval of settlement with Markel re report to Committee and multiple correspondence to and from PVNL re same |  | 1.00 | 390.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 1.00 | 390.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $390.00 | $390.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 390.00 |
| BALANCE DUE | $663.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          03/31/2013
Wilmington  DE                                           ACCOUNT NO:        3000-02D
                                                         STATEMENT NO:             142

Asset Disposition

PREVIOUS BALANCE                                                              $37.30

BALANCE DUE                                                                   $37.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2013
ACCOUNT NO:      3000-03D
STATEMENT NO:           128

Business Operations

PREVIOUS BALANCE                                                                     $7.80

BALANCE DUE                                                                          $7.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2013

ACCOUNT NO:      3000-04D
STATEMENT NO:              142

Case Administration

PREVIOUS BALANCE                                                                                     $513.27

|            |      |                                                        | HOURS  |        |
|------------|------|--------------------------------------------------------|--------|--------|
| 03/15/2013 |      |                                                        |        |        |
|            | MTH  | Reviewing Affidavit and various correspondence re same |  0.30  | 117.00 |
|            |      | FOR CURRENT SERVICES RENDERED                          |  0.30  | 117.00 |

RECAPITULATION

| TIMEKEEPER       | HOURS | HOURLY RATE | TOTAL    |
|------------------|-------|-------------|----------|
| Mark T. Hurford  | 0.30  | $390.00     | $117.00  |

TOTAL CURRENT WORK                                                                                    117.00

BALANCE DUE                                                                                          $630.27

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
03/31/2013
ACCOUNT NO:        3000-05D
STATEMENT NO:             142


Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                                     $2,391.80

BALANCE DUE                                                          $2,391.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2013
ACCOUNT NO:        3000-06D
STATEMENT NO:              142

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| | PREVIOUS BALANCE | -$241.50 |
| 03/14/2013 | Payment - Thank you. (December, 2012 - 80% Fees) | -31.20 |
| | CREDIT BALANCE | -$272.70 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          03/31/2013
Wilmington DE                                                ACCOUNT NO:        3000-07D
                                                            STATEMENT NO:              142

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                            $10,643.04

|  |  | HOURS |  |
|---|---|---|---|
| **03/01/2013** |  |  |  |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| KCD | Review 2019 opinion; discussion with MTH re: same | 0.50 | 195.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memo; reviewing correspondence from SC to Committee re same | 0.50 | 195.00 |
| **03/03/2013** |  |  |  |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| DAC | Review Judge Stark's opinion on 2019 issue reversing Fitzgerald | 0.30 | 156.00 |
| **03/04/2013** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **03/05/2013** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **03/06/2013** |  |  |  |
| KCD | Follow up work re: CMS requests; e-mail with ACM | 0.50 | 195.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribute daily memo | 0.20 | 22.00 |
| MTH | Review correspondence from C&D to Committee re report | 0.20 | 78.00 |
| **03/07/2013** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| **03/08/2013** |  |  |  |
| KCD | Discussions re: response to CMS | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **03/11/2013** |  |  |  |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **03/12/2013** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **03/13/2013** |  |  |  |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **03/14/2013** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **03/15/2013** |  |  |  |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memo and reviewing correspondence from SC to Committee re same | 0.50 | 195.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| **03/18/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **03/19/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **03/20/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **03/21/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **03/22/2013** | | | | |
| | PEM | Review and revise weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| **03/25/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Coordinate logistics for hearing on April 4, 2013 at Noon; e-mail confirmation of same to Kevin Maclay | 0.20 | 22.00 |
| | SMB | Coordinate logistics for hearing on April 4, 2013 at Noon; e-mail confirmation of same to Mark Hurford | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **03/26/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **03/27/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

W.R. Grace

ACCOUNT NO:      3000-07D
STATEMENT NO:           142

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 39.00 |
| **03/28/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| PEM | Review weekly recommendation memo re: motions and matters. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memos and reviewing correspondence re same | 0.50 | 195.00 |
| **03/29/2013** | | | |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | FOR CURRENT SERVICES RENDERED | 11.90 | 3,389.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.10 | $520.00 | $572.00 |
| Philip E. Milch | 1.00 | 470.00 | 470.00 |
| Michele Kennedy | 0.20 | 155.00 | 31.00 |
| Santae M. Boyd | 5.10 | 110.00 | 561.00 |
| Mark T. Hurford | 3.40 | 390.00 | 1,326.00 |
| Kathleen Campbell Davis | 1.10 | 390.00 | 429.00 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 3,389.00 |
| | | | |
| 03/14/2013 | Payment - Thank you. (December, 2012 - 80% Fees) | | -2,067.60 |
| | | | |
| BALANCE DUE | | | $11,964.44 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2013
ACCOUNT NO:        3000-08D
STATEMENT NO:               141

Employee Benefits/Pension

PREVIOUS BALANCE                                                                         -$406.90

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/11/2013 | MTH | Reviewing Order entered on Debtors' Pension Plan Motion | 0.10 | 39.00 |
| 03/18/2013 | MTH | Reviewing Debtors' draft LTIP Motion from R. Higgins | 0.50 | 195.00 |
| 03/22/2013 | MTH | Reviewing Debtors' 2013 LTIP Motion; additional review re same; correspondence to lead counsel and Charter Oak re same | 0.80 | 312.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 1.40 | 546.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $390.00 | $546.00 |

TOTAL CURRENT WORK                                                                        546.00

BALANCE DUE                                                                              $139.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2013 |
| Wilmington DE | ACCOUNT NO: 3000-10D |
|  | STATEMENT NO: 142 |

Employment Applications, Others

|  |  |
|---|---|
| PREVIOUS BALANCE | $717.90 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/22/2013 |  |  |  |  |
| | MTH | Reviewing Baker Donelson Application; various correspondence and communications with MRE, PVNL and RH re same | 0.80 | 312.00 |
| | MTH | Reviewing correspondence from MRE re Baker Donelson Application; drafting correspondence to PVNL re same; historic review re prior filings and review re same; correspondence to and from R. Higgins re same | 1.20 | 468.00 |
| 03/25/2013 |  |  |  |  |
| | MTH | Telephone conference with R. Higgins re Baker Donelson application | 0.50 | 195.00 |
| | MTH | Telephone conference with Committee representative re Baker Donelson application | 0.40 | 156.00 |
| | MTH | Reviewing Shelnitz Declaration re Baker Donelson application and additional review re same | 0.80 | 312.00 |
| 03/26/2013 |  |  |  |  |
| | MTH | Review correspondence from MRE re Baker Donelson application | 0.10 | 39.00 |
| | MTH | Review correspondence from PVNL re Baker Donelson application and response thereto | 0.20 | 78.00 |
| | | FOR CURRENT SERVICES RENDERED | 4.00 | 1,560.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.00 | $390.00 | $1,560.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,560.00 |
| BALANCE DUE | $2,277.90 |

Page: 2
03/31/2013
W.R. Grace
ACCOUNT NO:      3000-10D
STATEMENT NO:              142

Employment Applications, Others

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2013
ACCOUNT NO:          3000-11D
STATEMENT NO:               140

Expenses

PREVIOUS BALANCE                                                                                        $5,686.92

| | | |
|---|---|---|
| 03/01/2013 | Pacer charges for the month of February | 53.10 |
| 03/04/2013 | Scanning - February 2013 | 3.20 |
| 03/04/2013 | Printing - February 2013 | 137.40 |
| 03/06/2013 | Parcels - copy/service - Fee Applications | 439.60 |
| 03/13/2013 | Parcels - copy/service - Certificates of No Objection (5) | 60.20 |
| | TOTAL EXPENSES | 693.50 |
| | TOTAL CURRENT WORK | 693.50 |
| 03/14/2013 | Payment - Thank you. (December, 2012 - 100% Expenses) | -709.60 |
| | BALANCE DUE | $5,670.82 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          03/31/2013
Wilmington  DE                                      ACCOUNT NO:      3000-12D
                                                    STATEMENT NO:         140

Fee Applications, Applicant

        PREVIOUS BALANCE                                          $3,272.40

                                                        HOURS
03/04/2013
     TS    Review e-mail from DS re: January bill (.1); Prepare C&L January fee
           application (0.3)                               0.40        44.00

03/06/2013
     TS    Prepare Certificate of No Objection to C&L December fee application
           (.2); Finalize and e-file CNO (.2)              0.40        44.00
     TS    Finalize and e-file January fee application of C&L   0.30   33.00
     MTH   Reviewing C&L fee application for January 2013 for filing and service   0.30   117.00
     MTH   Reviewing correspondence re CNO; reviewing docket and reviewing
           CNO for C&L December fee application             0.10        39.00

03/07/2013
     TS    Prepare Certificate of No Objection to interim fee application of C&L   0.20   22.00

03/11/2013
     MTH   Reviewing pre-bill                              0.50       195.00

03/12/2013
     TS    Review pre-bill                                 0.20        22.00
     MTH   Correspondence and communications re pre-bill   0.20        78.00

03/13/2013
     TS    Finalize and e-file CNO to C&L interim fee application   0.20   22.00
     MTH   Reviewing draft CNO and reviewing docket for Interim Fee Application of
           Campbell & Levine                               0.10        39.00

03/22/2013
     TS    Review e-mail from DS re: February bill (.1); Prepare C&L February fee
           application (.3)                                 0.40        44.00

Page: 2
03/31/2013

W.R. Grace

ACCOUNT NO:    3000-12D
STATEMENT NO:    140

Fee Applications, Applicant

|  |  | HOURS |  |
|---|---|---|---|
| 03/28/2013 |  |  |  |
| MTH | Review correspondence from B. Ruhlander re questions re fee application | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 3.40 | 738.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $390.00 | $507.00 |
| Timothy Simpson | 2.10 | 110.00 | 231.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 738.00 |

| 03/14/2013 | Payment - Thank you. (December, 2012 - 80% Fees) | -332.80 |
|---|---|---|
| | BALANCE DUE | $3,677.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
| | | Page: 1 |
| W.R. Grace | | 03/31/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-13D |
| | STATEMENT NO: | 127 |

Fee Applications, Others

| | PREVIOUS BALANCE | | $13,600.90 |
|---|---|---|---|

|  | | HOURS | |
|---|---|---|---|
| | | **HOURS** | |
| **03/01/2013** | | | |
| SMB | Review January 2013 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Warren H. Smith & Associates P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Phillips Goldman & Spence PA (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 39.00 |
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| **03/04/2013** | | | |
| TS | Review e-mail from GS re: January bill (.1); Prepare Charter Oak January fee application (0.3) | 0.40 | 44.00 |
| MTH | Review correspondence from DF re Orrick's monthly fee application | 0.10 | 39.00 |
| MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 39.00 |
| MTH | Review correspondence from LC (x2) re fee applications for Canadian ZAI counsel | 0.10 | 39.00 |
| **03/05/2013** | | | |
| TS | Review e-mail from E. Benetos re: C&D January fee application (.1); Update C&D January fee application (.2) | 0.30 | 33.00 |
| TS | Review e-mail from A. Pelton re: AKO January fee application (.1); Update AKO January fee application (.2) | 0.30 | 33.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **03/06/2013** |  |  |  |  |
| | TS | Prepare Certificate of No Objection to C&D December fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection to AKO December fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection to Charter Oak December fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Finalize and e-file January fee application of C&D | 0.30 | 33.00 |
| | TS | Finalize and e-file January fee application of AKO | 0.30 | 33.00 |
| | TS | Finalize and e-file January fee application of Charter Oak | 0.30 | 33.00 |
| | MTH | Reviewing C&D fee application for January 2013 for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing AKO fee application for January 2013 for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing Charter Oak fee application for January 2013 for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing correspondence re CNO; reviewing docket and reviewing CNO for Charter Oak December fee application | 0.20 | 78.00 |
| | MTH | Reviewing correspondence re CNO; reviewing docket and reviewing CNO for AKO December fee application | 0.20 | 78.00 |
| | MTH | Reviewing correspondence re CNO; reviewing docket and reviewing CNO for C&D December fee application | 0.10 | 39.00 |
| **03/07/2013** |  |  |  |  |
| | SMB | Review October through December 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2012 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2013 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2013 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2012 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2012 application of Alexander M. Sanders Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2012 application of Scarfone Hawkins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2013 application of The Law Office of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2013 application of Reed Smith LLP (.1); update weekly | | |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review January 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| TS | Prepare Certificate of No Objection to interim fee application of C&D |  | 0.20 | 22.00 |
| TS | Prepare Certificate of No Objection to interim fee application of AKO |  | 0.20 | 22.00 |
| TS | Prepare Certificate of No Objection to interim fee application of LAS |  | 0.20 | 22.00 |
| TS | Prepare Certificate of No Objection to interim fee application of Charter Oak |  | 0.20 | 22.00 |
| MTH | Reviewing Fee Auditor's Combined Report |  | 0.20 | 78.00 |
| MTH | Various correspondence re CNO's |  | 0.20 | 78.00 |
| MTH | Review correspondence from TT re Casner fee application |  | 0.10 | 39.00 |

03/12/2013

| MTH | Review correspondence from CH re CNO for PG&S |  | 0.10 | 39.00 |
|---|---|---|---|---|

03/13/2013

| TS | Finalize and e-file CNO to C&D interim fee application |  | 0.20 | 22.00 |
|---|---|---|---|---|
| TS | Finalize and e-file CNO to Charter Oak interim fee application |  | 0.20 | 22.00 |
| TS | Finalize and e-file CNO to AKO interim fee application |  | 0.20 | 22.00 |
| TS | Finalize and e-file CNO to LAS interim fee application |  | 0.20 | 22.00 |
| MTH | Reviewing draft CNO and reviewing docket for Interim Fee Application of LAS |  | 0.20 | 78.00 |
| MTH | Reviewing draft CNO and reviewing docket for Interim Fee Application of Charter Oak |  | 0.10 | 39.00 |
| MTH | Reviewing draft CNO and reviewing docket for Interim Fee Application of AKO |  | 0.10 | 39.00 |
| MTH | Reviewing draft CNO and reviewing docket for Interim Fee Application of Caplin & Drysdale |  | 0.10 | 39.00 |
| MTH | Review correspondence from AP re February draft fee application and related documents |  | 0.20 | 78.00 |

03/14/2013

| MTH | Review correspondence from Debtors' rep re draft fee order and reviewing same; correspondence to TS re same |  | 0.20 | 78.00 |
|---|---|---|---|---|

03/15/2013

| MTH | Review correspondence from D.M. re Capstone fee application |  | 0.10 | 39.00 |
|---|---|---|---|---|
| MTH | Review correspondence from MS re K&E fee application |  | 0.10 | 39.00 |
| MTH | Correspondence and review re draft order re professional fees for ACC professionals; correspondence to Debtors' counsel re same |  | 0.20 | 78.00 |
| TS | Review order approving 46th interim fee applications |  | 0.20 | 22.00 |
| SMB | Review January 2013 application of Casner & Edwards LLP (.1) ; update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review January 2013 application of Ferry Joseph & Pearce, P.A.(.1) ; update weekly recommendation memorandum (.1) |  | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Ferry Joseph & |  |  |  |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Pearce, P.A. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Judge Alexander M. Sanders (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of BMC Group (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **03/19/2013** | | | |
| TS | Review Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Sixth Period | 0.20 | 22.00 |
| MTH | Review correspondence from LC (x3) re three fee applications for counsel to Canadian ZAI | 0.20 | 78.00 |
| **03/21/2013** | | | |
| MTH | Reviewing correspondence from TBB re Saul Ewing CNO | 0.10 | 39.00 |
| **03/22/2013** | | | |
| SMB | Review February 2013 application of Bilzin Sumberg Baena Price & Axelrod (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Capstone Advisory Group, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Bilzin Sumberg Baena Price & Axelrod (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from MS re Beveridge fee application | 0.10 | 39.00 |
| MTH | Reviewing correspondence from CH re CNO for PG&S fee application | 0.10 | 39.00 |
| **03/25/2013** | | | |
| MTH | Review correspondence from DF re Orrick fee application | 0.10 | 39.00 |
| MTH | Review correspondence from CH re PG&S fee application for February 2013 | 0.10 | 39.00 |
| MTH | Review correspondence from EB re draft C&D fee application | 0.10 | 39.00 |
| **03/26/2013** | | | |
| MTH | Review correspondence from TBB re Kramer CNO | 0.10 | 39.00 |
| **03/27/2013** | | | |
| MTH | Review correspondence from LC re CNO for three monthly fee | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | applications (Canadian ZAI counsel) | 0.10 | 39.00 |
| MTH | Review correspondence from GS re draft fee application | 0.10 | 39.00 |
| MTH | Reviewing Order entered in Interim Fee Applications | 0.10 | 39.00 |

03/28/2013

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Review February 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Beveridge & Diamond, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Beveridge & Diamond, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review e-mail from GS re: Charter Oak February bill (.1); Prepare Charter Oak February fee application (.3) | 0.40 | 44.00 |
| MTH | Review correspondence from TBB re Saul Ewing's monthly fee application | 0.10 | 39.00 |
| MTH | Review correspondence from TT re R. Higgins fee application | 0.10 | 39.00 |
| MTH | Reviewing correspondence from TS and GS re monthly fee application | 0.20 | 78.00 |
| MTH | Review correspondence from TS and DR re LAS monthly fees | 0.10 | 39.00 |
| MTH | Review correspondence from TT re Foley Hoag fee application | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 17.80 | 3,442.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 7.00 | $110.00 | $770.00 |
| Mark T. Hurford | 5.30 | 390.00 | 2,067.00 |
| Timothy Simpson | 5.50 | 110.00 | 605.00 |

|  |  |  |  |
|---|---|---|---|
| | TOTAL CURRENT WORK | | 3,442.00 |

| 03/14/2013 | Payment - Thank you. (December, 2012 - 80% Fees) | | -2,360.00 |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | BALANCE DUE | | $14,682.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 03/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-14D |
|  | STATEMENT NO:               99 |

Financing

| | |
|---|---|
| PREVIOUS BALANCE | $351.00 |
| 03/14/2013      Payment - Thank you. (December, 2012 - 80% Fees) | -218.40 |
| BALANCE DUE | $132.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 03/31/2013 |
| Wilmington DE | ACCOUNT NO:        3000-15D |
| | STATEMENT NO:              142 |

Hearings

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,921.85 |
| | | HOURS | |
| 03/18/2013 | | | |
| MTH | Review correspondence from DP re Agenda for April 2 hearing | 0.10 | 39.00 |
| 03/20/2013 | | | |
| MTH | Reviewing Agenda re hearing and correspondence re same | 0.20 | 78.00 |
| 03/25/2013 | | | |
| MTH | Correspondence re preparations for hearing on 2019 Protocol | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 0.40 | 156.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $390.00 | $156.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 156.00 |
| 03/14/2013 | Payment - Thank you. (December, 2012 - 80% Fees) | -93.60 |
| BALANCE DUE | | $3,984.25 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-16D |
|  | STATEMENT NO:    127 |

Litigation and Litigation Consulting

|  |  |
|---|---|
| PREVIOUS BALANCE | -$1,248.70 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/01/2013 |  |  |  |  |
|  | MTH | Reviewing J. Stark's Order and Memorandum re Garlock's 2019 Appeal; various correspondence with counsel re same; discussion with KCM re same (split with Flintkote) | 1.40 | 546.00 |
| 03/04/2013 |  |  |  |  |
|  | MTH | Various correspondence re J. Stark's ruling on 2019 Appeals; research re same; reviewing proposed order from Garlock's counsel implementing ruling (split with Flintkote) | 1.40 | 546.00 |
| 03/05/2013 |  |  |  |  |
|  | MTH | Reviewing Garlock's Motion re Reopen Cases pending in the Western District of PA | 0.20 | 78.00 |
| 03/06/2013 |  |  |  |  |
|  | MTH | Multiple correspondence re Garlock 2019 Appeal, ruling and considerations re same | 0.20 | 78.00 |
|  | MTH | Reviewing Order entered re-opening Garlock's 2019 Appeals pending in Western District of PA | 0.10 | 39.00 |
|  | MTH | Various correspondence re draft proposed Order implementing 2019 Appeal and discussion re same (split with Flintkote) | 0.30 | 117.00 |
| 03/07/2013 |  |  |  |  |
|  | MTH | Preparing for and attending three conference calls the Garlock and other counsel re negotiations re Order implementing 2019 Appeals; various correspondence and communications with counsel at C&D and law firms re same (split with Flintkote) | 1.60 | 624.00 |
|  | BGC | Participate in teleconference with M Hurford re: filing 2019 protocol for production. (split with Flintkote). | 0.10 | 42.50 |
|  | MK | Attend to retrieval of Order and indexing of same re: retention of 2019 |  |  |

W.R. Grace

Litigation and Litigation Consulting

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | statements and exhibits.  Review e-mails from counsel re: proposed order.  Update attorney calendar events. | 0.30 | 46.50 |
| 03/08/2013 |  |  |  |  |
|  | MTH | Review correspondence from MH re correspondence to J. Stark and proposed Order re 2019 Appeal | 0.20 | 78.00 |
| 03/12/2013 |  |  |  |  |
|  | MTH | Various communications re Garlock 2019 Appeal (split with Flintkote) | 0.20 | 78.00 |
| 03/14/2013 |  |  |  |  |
|  | MK | Retrieve order concerning access to 2019 exhibits.  Distribute to counsel and index same. | 0.10 | 15.50 |
|  | MTH | Reviewing Judge Stark's Order re 2019 Appeal and multiple correspondence re same (split with Flintkote) | 0.20 | 78.00 |
|  | MTH | Telephone conference with DF re J. Stark's 2019 Opinion and Order and correspondence re same | 0.30 | 117.00 |
| 03/15/2013 |  |  |  |  |
|  | MK | Review order concerning access to 2019 exhibits. | 0.40 | 62.00 |
|  | MTH | Correspondence re Garlock Appeal of 2019 Orders; reviewing draft Motion re order to be entered in additional cases; telephone discussion with DBS re hearing; telephone discussion with KCM re hearing; reviewing Corrected 2019 Opinion from Judge Stark (split with Flintkote) | 1.00 | 390.00 |
| 03/18/2013 |  |  |  |  |
|  | MTH | Reviewing Order entered re cancellation of status conference with J. Fischer and related correspondence | 0.10 | 39.00 |
| 03/19/2013 |  |  |  |  |
|  | MTH | Reviewing Order of PA District Court Judge re Appeals re 2019 Motion and related correspondence (split with Flintkote) | 0.20 | 78.00 |
|  | MTH | Reviewing Corrected Opinion | 0.10 | 39.00 |
| 03/21/2013 |  |  |  |  |
|  | MTH | Various correspondence with lead counsel at C&D re 2019 implementation issues; correspondence with counsel to various firms re same; correspondence with DBS and MK re same; discussion with DBS re same; discussion with KCM re same (split with Flintkote) | 0.60 | 234.00 |
|  | MTH | Reviewing Corrected Order re 2019 Protocol and correspondence re same | 0.10 | 39.00 |
| 03/22/2013 |  |  |  |  |
|  | MTH | Various correspondence and communications re issues re implementation of 2019 Order (split with Flintkote) | 0.60 | 234.00 |

Page: 3
03/31/2013
ACCOUNT NO:     3000-16D
STATEMENT NO:         127

W.R. Grace

Litigation and Litigation Consulting

| | | | HOURS | |
|---|---|---|---|---|
| 03/26/2013 | | | | |
| MTH | Correspondence to and from KCM re issues re 2019 Order | | 0.10 | 39.00 |
| 03/27/2013 | | | | |
| MTH | Reviewing JKF's draft protocol re production of 2019 statements; correspondence re same (split with Flintkote) | | 0.40 | 156.00 |
| MTH | Review correspondence from R. Higgins re briefing | | 0.30 | 117.00 |
| MTH | Correspondence to and from K. Maclay re hearing on draft Protocol (split with Flintkote) | | 0.10 | 39.00 |
| 03/28/2013 | | | | |
| MTH | Review correspondence from MH re letter to Judge Stark and Motion to Amend/Clarify (split with Flintkote) | | 0.30 | 117.00 |
| 03/29/2013 | | | | |
| MTH | Correspondence and communications with MRE and KCM re Garlock Motion; reviewing same (split with Flintkote) | | 0.40 | 156.00 |
| | FOR CURRENT SERVICES RENDERED | | 11.30 | 4,222.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michele Kennedy | 0.80 | $155.00 | $124.00 |
| Mark T. Hurford | 10.40 | 390.00 | 4,056.00 |
| Bernard G. Conaway | 0.10 | 425.00 | 42.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 4,222.50 |

| | | |
|---|---|---|
| 03/14/2013 | Payment - Thank you. (December, 2012 - 80% Fees) | -62.40 |
| | BALANCE DUE | $2,911.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              03/31/2013
Wilmington  DE                                        ACCOUNT NO:        3000-17D
                                                      STATEMENT NO:           127

Plan and Disclosure Statement

PREVIOUS BALANCE                                                       $19,873.00

|            |     |                                                                                                                                                                                                                                                                           | HOURS |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 03/07/2013 |     |                                                                                                                                                                                                                                                                                       |       |        |
|            | MTH | Various correspondence with DF, PVNL and JON re CA3 appeals                                                                                                                                                                                                                            | 0.30  | 117.00 |
| 03/11/2013 |     |                                                                                                                                                                                                                                                                                       |       |        |
|            | MTH | Correspondence with JON and DF re letter from CA3 and filings in response thereto; correspondence to and from PVNL re same; drafting ACC Acknowledgment                                                                                                                                 | 0.50  | 195.00 |
|            | MTH | Telephone conference with DF re CA3 filings; questions re discovery documents                                                                                                                                                                                                          | 0.30  | 117.00 |
| 03/12/2013 |     |                                                                                                                                                                                                                                                                                       |       |        |
|            | MTH | Reviewing CA3 docket re letter from CA3 re oral argument and Attorney Acknowledgment Forms; reviewing Court's Procedures Consolidation Order and various correspondence to counsel to Debtors' and FCR re same; calls to CA3 re same; drafting Attorney Acknowledgment Forms; reviewing various entries of appearance re case numbers; reviewing filing by Equity Committee | 2.20  | 858.00 |
|            | MTH | Correspondence to and from FCR counsel re CA3 filing; reviewing same from counsel to insurer                                                                                                                                                                                           | 0.30  | 117.00 |
| 03/13/2013 |     |                                                                                                                                                                                                                                                                                       |       |        |
|            | MTH | Telephone discussion with Carmen at the CA3 re correspondence re oral argument and Attorney Acknowledgment Forms; correspondence re same; revisions to same                                                                                                                             | 0.60  | 234.00 |
| 03/14/2013 |     |                                                                                                                                                                                                                                                                                       |       |        |
|            | MTH | Reviewing various Counsel Acknowledgements filed by Debtors, FCR and others; correspondence to and from PVNL re same                                                                                                                                                                   | 0.40  | 156.00 |

Page: 2

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/22/2013 |  |  |  |  |
| | MTH | Telephone conference with DF re Plan provisions, injunction language; review re same | 0.50 | 195.00 |
| 03/28/2013 |  |  |  |  |
| | MTH | Reviewing various correspondence re CA3 oral argument and correspondence to and from PVNL re same | 0.20 | 78.00 |
| | | FOR CURRENT SERVICES RENDERED | 5.30 | 2,067.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 5.30 | $390.00 | $2,067.00 |

TOTAL CURRENT WORK                                                                      2,067.00

| 03/14/2013 | Payment - Thank you. (December, 2012 - 80% Fees) | -6,864.80 |
|---|---|---|

BALANCE DUE                                                                              $15,075.20

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2013
ACCOUNT NO:        3000-18D
STATEMENT NO:            127

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                    -$257.70

CREDIT BALANCE                                                                      -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                              03/31/2013
Wilmington  DE                        ACCOUNT NO:        3000-20D
                                      STATEMENT NO:           126

Tax Litigation

PREVIOUS BALANCE                                          $468.80

BALANCE DUE                                               $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2013
ACCOUNT NO:        3000-21D
STATEMENT NO:              118

Travel-Non-Working

PREVIOUS BALANCE                                                                      -$4.00

CREDIT BALANCE                                                                        -$4.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2013
ACCOUNT NO:        3000-22D
STATEMENT NO:              131

Valuation

PREVIOUS BALANCE                                                                          $1,185.00

BALANCE DUE                                                                               $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-23D |
|  | STATEMENT NO:              131 |

ZAI Science Trial

PREVIOUS BALANCE                                                        $1,203.30

BALANCE DUE                                                               $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 03/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000D |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 273.00 | 390.00 | 0.00 | 0.00 | 0.00 | $663.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | $7.80 |
| 3000-04 Case Administration | | | | | |
| 513.27 | 117.00 | 0.00 | 0.00 | 0.00 | $630.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,391.80 | 0.00 | 0.00 | 0.00 | 0.00 | $2,391.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -241.50 | 0.00 | 0.00 | 0.00 | -31.20 | -$272.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 10,643.04 | 3,389.00 | 0.00 | 0.00 | -2,067.60 | $11,964.44 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -406.90 | 546.00 | 0.00 | 0.00 | 0.00 | $139.10 |
| 3000-10 Employment Applications, Others | | | | | |
| 717.90 | 1,560.00 | 0.00 | 0.00 | 0.00 | $2,277.90 |
| 3000-11 Expenses | | | | | |
| 5,686.92 | 0.00 | 693.50 | 0.00 | -709.60 | $5,670.82 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-12 Fee Applications, Applicant** | | | | | |
| 3,272.40 | 738.00 | 0.00 | 0.00 | -332.80 | $3,677.60 |
| **3000-13 Fee Applications, Others** | | | | | |
| 13,600.90 | 3,442.00 | 0.00 | 0.00 | -2,360.00 | $14,682.90 |
| **3000-14 Financing** | | | | | |
| 351.00 | 0.00 | 0.00 | 0.00 | -218.40 | $132.60 |
| **3000-15 Hearings** | | | | | |
| 3,921.85 | 156.00 | 0.00 | 0.00 | -93.60 | $3,984.25 |
| **3000-16 Litigation and Litigation Consulting** | | | | | |
| -1,248.70 | 4,222.50 | 0.00 | 0.00 | -62.40 | $2,911.40 |
| **3000-17 Plan and Disclosure Statement** | | | | | |
| 19,873.00 | 2,067.00 | 0.00 | 0.00 | -6,864.80 | $15,075.20 |
| **3000-18 Relief from Stay Proceedings** | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| **3000-20 Tax Litigation** | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| **3000-21 Travel-Non-Working** | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| **3000-22 Valuation** | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| **3000-23 ZAI Science Trial** | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 61,988.48 | 16,627.50 | 693.50 | 0.00 | -12,740.40 | $66,569.08 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.