# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

April 11, 2013                                                        INVOICE:            253395

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 03/29/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/01/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.10 |
| 03/01/13 | Develop new allocations using new damage calculation methodology. | W001 | MG | 4.10 |
| 03/04/13 | Review and revise time and expense entries. | W011 | AHP | 1.30 |
| 03/04/13 | Continue analysis of selected insurance settlement agreements re: "subject policies," scope of agreement and other issues (1.30); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.60). | W001 | GFF | 2.90 |
| 03/04/13 | Continued to analyze excess insurance policies, coverage in place and settlement agreements re: insolvents, indemnifications, follow form language, payment issues and insurance policy language. | W001 | IF | 1.40 |
| 03/04/13 | Continue development of new allocations using new damage calculation methodology. | W001 | MG | 5.80 |
| 03/05/13 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.10 |
| 03/05/13 | Analyzed and updated information on excess insurance policies, coverage in place and settlement agreements re: insolvents, indemnifications, follow form language, payment issues and insurance policy language. | W001 | IF | 1.40 |
| 03/05/13 | Continue work on new allocations using new damage calculation methodology. | W001 | MG | 5.20 |
| 03/06/13 | Review and update monitoring chart. | W011 | AHP | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| April 11, 2013 | INVOICE:            253395 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 03/06/13 | Review changes and make additional revisions (1.80); continue preparing monthly fee application (.60). | W011 | AHP | 2.40 |
| 03/06/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 2.10 |
| 03/06/13 | Continued to review and update information on excess and umbrella insurance policies, reimbursement agreements and settlement agreements re: insolvents, indemnifications, follow form language, payment issues and insurance policy language. | W001 | IF | 1.10 |
| 03/06/13 | Continue work on new allocations using new damage calculation methodology. | W001 | MG | 5.70 |
| 03/06/13 | Attention to filing of motion for approval of the Terra Nova settlement. | W001 | RMH | 0.20 |
| 03/06/13 | Attention to settlement approval status. | W001 | RYC | 0.30 |
| 03/07/13 | Continue analysis of insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.40 |
| 03/07/13 | Analyzed and updated information on excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, indemnifications, following form provisions, payment issues and insurance policy language. | W001 | IF | 1.60 |
| 03/07/13 | Continue work on new allocations using new damage calculation methodology. | W001 | MG | 5.90 |
| 03/07/13 | Attention for motion for approval of settlement with Terra Nova. | W001 | RMH | 0.20 |
| 03/08/13 | Continue analysis of insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| April 11, 2013 | INVOICE:        253395 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/08/13 | Continued to review and update information on excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, indemnifications, follow form, payment issues and insurance policy language. | W001 | IF | 1.10 |
| 03/08/13 | Continue work on new allocations using new damage calculation methodology. | W001 | MG | 6.30 |
| 03/08/13 | Follow-up review and analysis in connection with potential settlements with remaining insurance carriers. | W001 | RYC | 1.60 |
| 03/11/13 | Review changes (.90), finalize draft monthly and forward for attorney review (1.20). | W011 | AHP | 2.10 |
| 03/11/13 | Continue analysis of selected settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.60 |
| 03/11/13 | Continued to analyze excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, indemnifications, follow form, payment issues and insurance policy language. | W001 | IF | 1.80 |
| 03/11/13 | Work on new allocations using new damage calculation methodology with back end trigger variable. | W001 | MG | 6.40 |
| 03/12/13 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.90); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.70 |
| 03/12/13 | Continued to analyze and update information on excess insurance policies, coverage in place and settlement agreements re: insolvent insurance companies, indemnifications, following form provisions, payment issues and insurance policy language. | W001 | IF | 1.70 |
| 03/12/13 | Continue work on new allocations using new damage calculation methodology with back end trigger variable. | W001 | MG | 6.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| April 11, 2013 | INVOICE:             253395 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/12/13 | Attention to order permitting Garlock certain discovery. | W001 | RMH | 0.40 |
| 03/12/13 | Continue review and analysis in connection with revising potential settlement projections with remaining insurance carriers. | W001 | RYC | 1.10 |
| 03/13/13 | Finalize and release monthly fee application and exhibits. | W011 | AHP | 1.30 |
| 03/13/13 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.20). | W001 | GFF | 2.30 |
| 03/13/13 | Searched files and in-house resources re: insurance company financial strength ratings information. | W001 | IF | 1.40 |
| 03/13/13 | Continued to review and update information on excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, indemnifications, following form provisions, payment issues and insurance policy language. | W001 | IF | 1.90 |
| 03/13/13 | Continue work on new allocations using new damage calculation methodology with back end trigger variable. | W001 | MG | 6.70 |
| 03/13/13 | Attention to $2 million payment by Midland. | W001 | RMH | 0.60 |
| 03/13/13 | Review and comment upon fee applications. | W011 | RYC | 0.80 |
| 03/14/13 | Continued analysis of selected insurance policies re: follow form and voluntary payments issues (1.30); continued review of selected settlement agreements re: "subject policies" and scope of release issues (1.40). | W001 | GFF | 2.70 |
| 03/14/13 | Assisted with updating status research for certain London Market Companies. | W001 | HEG | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

April 11, 2013                                     INVOICE:        253395

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 03/14/13 | Analyzed and updated information on excess insurance policies, coverage in place agreements and settlement agreements re: insolvent insurance companies, indemnities, follow form language, payment issues and insurance policy language. | W001 | IF | 2.10 |
| 03/14/13 | Began to search files and in-house resources re: London Market insurance company information. | W001 | IF | 1.10 |
| 03/14/13 | Work on new allocations using new damage calculation methodology with adjustments for NPV discount rates. | W001 | MG | 7.10 |
| 03/14/13 | Research and analysis in connection with post-confirmation funding and settlement projections for personal injury trust. | W001 | RYC | 1.90 |
| 03/15/13 | Attention to communications from Mark Garbowski re: revised settlement calculations. | W001 | DJN | 0.10 |
| 03/15/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of agreement issues (1.40). | W001 | GFF | 1.40 |
| 03/15/13 | Searched files and in-house resources re: London Market Companies. | W001 | IF | 1.90 |
| 03/15/13 | Reviewed excess insurance policies, reimbursement agreements and settlement agreements re: insolvent insurance companies, indemnities, following form language, payment issues and other insurance policy language. | W001 | IF | 1.80 |
| 03/15/13 | Continue work on new allocations using new damage calculation methodology with adjustments for NPV discount rates. | W001 | MG | 6.70 |
| 03/15/13 | Attention to new demand figures to be used with insurance companies. | W001 | RMH | 0.80 |
| 03/15/13 | Evaluation of application of revised payment projections with remaining insurance carriers. | W001 | RYC | 2.40 |
| 03/18/13 | Draft and revise insurance policy data spreadsheets (1.20); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.60). | W001 | GFF | 2.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                   EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

April 11, 2013                                     INVOICE:           253395

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/18/13 | Analyzed and updated information on excess insurance policies, reimbursement agreements and settlement agreements re: insolvent insurance companies, indemnities, following form language, payment issues and other insurance policy language. | W001 | IF | 2.40 |
| 03/18/13 | Updated information re: London Market Companies. | W001 | IF | 0.90 |
| 03/18/13 | Work on new allocations using new damage calculation methodology with adjustments for staggered end trigger. | W001 | MG | 6.90 |
| 03/18/13 | Evaluate inquiries regarding evaluation of application of revised payment projections with remaining insurance carriers. | W001 | RYC | 1.70 |
| 03/19/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90); draft and revise insurance policy data spreadsheets (1.80). | W001 | GFF | 2.70 |
| 03/19/13 | Continue work on new allocations using new damage calculation methodology with adjustments for staggered end trigger. | W001 | MG | 7.30 |
| 03/19/13 | Follow-up evaluation of application of revised payment projections with remaining insurance carriers. | W001 | RYC | 1.90 |
| 03/20/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.20); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.70). | W001 | GFF | 2.70 |
| 03/20/13 | Continued to review and update information on excess insurance policies, settlement and reimbursement agreements re: insolvent insurance companies, indemnities, follow form, payment issues and other policy language. | W001 | IF | 2.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

April 11, 2013                                                      INVOICE:            253395

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/20/13 | Continue work on new allocations using new damage calculation methodology with adjustments for staggered end trigger. | W001 | MG | 6.40 |
| 03/20/13 | Analysis of impact of application of revised payment projections to potential settlement with remaining insurance carriers. | W001 | RYC | 1.90 |
| 03/21/13 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.20); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.60). | W001 | GFF | 2.80 |
| 03/21/13 | Analyzed and updated information on excess insurance policies, settlement and reimbursement agreements re: insolvent insurance companies, indemnities, following form language, payment issues and other policy language. | W001 | IF | 2.90 |
| 03/21/13 | Continue work on new allocations using new damage calculation methodology with adjustments for staggered end trigger. | W001 | MG | 7.10 |
| 03/22/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of agreement issues. | W001 | GFF | 1.90 |
| 03/22/13 | Continued to review and update information on excess insurance policies, coverage in place agreements and settlement agreements re: insolvents, indemnifications, follow form language, payment issues and other policy language. | W001 | IF | 2.40 |
| 03/22/13 | Work on new allocations using new damage calculation methodology with adjustments for staggered end trigger and emails to J. Sinclair re: same. | W001 | MG | 7.20 |
| 03/25/13 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (.90); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.20). | W001 | GFF | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

April 11, 2013                                                        INVOICE:              253395

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 03/25/13 | Continued to analyze and update information on excess insurance policies, reimbursement agreements and settlement agreements re: insolvent insurance companies, indemnifications, follow form language, payment issues and other policy language. | W001 | IF | 1.70 |
| 03/25/13 | Continue work on new allocations using new damage calculation methodology with adjustments for staggered end trigger. | W001 | MG | 6.60 |
| 03/26/13 | Draft and revise insurance policy data spreadsheets (.80); analysis of selected insurance policies re: follow form and voluntary payments issues (1.40). | W001 | GFF | 2.20 |
| 03/26/13 | Reviewed and updated information on excess insurance policies, reimbursement and settlement agreements re:  insolvent insurance companies, indemnifications, following form, payment issues and other policy language. | W001 | IF | 1.10 |
| 03/26/13 | Work on new allocations and revise based on existing settlement limitations. | W001 | MG | 4.60 |
| 03/26/13 | Review and analysis in connection with status of unsettled insurance companies and insolvent insurance claims. | W001 | RYC | 2.40 |
| 03/27/13 | Continue analysis of insurance settlement agreements re: "subject policies" and scope of release issues (1.70); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.90). | W001 | GFF | 2.60 |
| 03/27/13 | Continued to analyze and update information on excess insurance policies, reimbursement and settlement agreements re: insolvents, indemnity language, follow form, payment issues and other insurance policy language. | W001 | IF | 1.90 |
| 03/27/13 | Continue work on new allocations and revise based on existing settlement limitations. | W001 | MG | 2.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:    100055.WRG01

April 11, 2013                                    INVOICE:         253395

MATTER:  CLAIMANTS COMMITTEE                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/27/13 | Review and establish supporting documentation in connection with unsettled insurance companies and insolvent insurance claims. | W001 | RYC | 2.30 |
| 03/28/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (.70); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.10). | W001 | GFF | 2.60 |
| 03/28/13 | Reviewed and updated information on excess insurance policies, coverage in place and settlement agreements re: indemnification language, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 2.60 |
| 03/28/13 | Continue work on new allocations and revise based on existing settlement limitations. | W001 | MG | 6.20 |
| 03/28/13 | Attention to Third Circuit argument date and communicate with potential trustees regarding same. | W001 | RMH | 0.60 |
| 03/29/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusion issues and voluntary payments issues (1.20); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.40). | W001 | GFF | 2.60 |
| 03/29/13 | Analyzed and updated information on excess insurance policies, settlement and reimbursement agreements re: indemnification, insolvents, following form provisions, payment issues and other insurance policy language. | W001 | IF | 2.10 |
| 03/29/13 | Follow-up in connection with preparation of support for establishing revised projections to unsettled and insolvent insurance companies. | W001 | RYC | 1.10 |

**TOTAL FEES:**                                              **$126,861.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

April 11, 2013                                            INVOICE:          253395

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 270.00 | 7.90 | 2,133.00 |
| Dennis J. Nolan | 495.00 | 0.10 | 49.50 |
| Glenn F Fields | 365.00 | 46.70 | 17,045.50 |
| Harris E Gershman | 295.00 | 1.30 | 383.50 |
| Izak Feldgreber | 315.00 | 41.00 | 12,915.00 |
| Mark Garbowski | 650.00 | 121.00 | 78,650.00 |
| Robert M Horkovich | 925.00 | 2.80 | 2,590.00 |
| Robert Y Chung | 675.00 | 19.40 | 13,095.00 |
| **TOTAL FEES:** |  |  | **$126,861.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| April 11, 2013 | INVOICE:          253395 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Dennis J. Nolan | 0.10 | 49.50 |
| Glenn F Fields | 46.70 | 17,045.50 |
| Harris E Gershman | 1.30 | 383.50 |
| Izak Feldgreber | 41.00 | 12,915.00 |
| Mark Garbowski | 121.00 | 78,650.00 |
| Robert M Horkovich | 2.80 | 2,590.00 |
| Robert Y Chung | 18.60 | 12,555.00 |
| **TOTAL:** | **231.50** | **$124,188.50** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 7.90 | 2,133.00 |
| Robert Y Chung | 0.80 | 540.00 |
| **TOTAL:** | **8.70** | **$2,673.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| April 11, 2013 | INVOICE:              253395 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

### COSTS through 03/29/13

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 03/04/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 03/06/13 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 03/07/13 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 03/07/13 | DI - PHOTOCOPYING - | E101 | 1.30 |
| 03/11/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 03/14/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 03/18/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 03/26/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 03/26/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 03/27/13 | DI - PHOTOCOPYING - | E101 | 0.40 |

**TOTAL COSTS:**                                        **$6.00**

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| XE | DI - PHOTOCOPYING - | 6.00 |
| | **TOTAL COSTS:** | **6.00** |

**TOTAL DUE:**                    **$126,867.50**