**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W.R. Grace & Co.          **Bank:** See attached

**Bankruptcy Number:** 01-01139              **Account Number:** See attached

**Date of Confirmation:** January 31, 2011    **Account Type:** See attached

**Reporting Period (month/year):** March 2013

| Beginning Cash Balance: | $1,064,232,174 |
|---|---|

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $1,735,852,595 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $1,735,852,595 |
| Total of cash available: | $2,800,084,769 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $501,281 |
| All other disbursements made in the ordinary course: | $1,741,142,858 |
| Total Disbursements | $1,741,644,139 |
| Ending Cash Balance | $1,058,440,630 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____       Hudson La Force III / Chief Financial Officer
Date                      Name/Title

Debtor: _____

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

| | W. R. Grace & Co. - Conn. | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ 1,062,490,012 | $ (196,973) | $ - | $ 1,927,211 | $ 11,425 | $ 500 | $ 1,064,232,174 |
| **Total of cash received** | $ 1,710,638,631 | $ 1,213,962 | $ 22,061,476 | $ 1,738,513 | $ 200,014 | $ - | $ 1,735,852,595 |
| **Total Disbursements** | $ 1,716,700,307 | $ 1,044,624 | $ 22,061,476 | $ 1,804,330 | $ 33,402 | $ - | $ 1,741,644,139 |
| **Ending Cash Balance** | $ 1,056,428,336 | $ (27,636) | $ - | $ 1,861,393 | $ 178,037 | $ 500 | $ 1,058,440,631 |

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
March 2013

| | JP Morgan Chase Disbursement 9101013572 | Bank of America Lockbox 8188703107 | JP Morgan Chase Holding 323223141 | JP Morgan Chase Concentration 16001257 | Bank of America Lockbox 8188203114 | Banc of America Securities LLC 22330134 | First Union Concentration 2000000282172 | First Union Payroll 2079900016741 | First Union Libby Medical 2079900065006 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 100,517 | $ 44,477 | $ 870,689 | $ 437,480 | $ 248,046,606 | $ 801,744,128 | $ - | $ 1,126,437 | $ 69,037 |
| RECEIPTS | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | (149,224) | | | 528,298,583 | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | 134,577 | | | 15 | 1,991,855 | | 181,964 | | 184,853 |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | 45,450,644 | 295,955,734 | 160,000,000 | | 46,653,143 | |
| MISCELLANEOUS | | | | | | | 100,000,000 | | |
| TOTAL RECEIPTS | 134,577 | (149,224) | | 15 | 47,442,498 | 824,254,317 | 160,181,964 | 100,000,000 | 46,653,143 | 184,853 |
| DISBURSEMENTS | | | | | | | | | |
| PAYROLL | | | | | | | | 47,777,852 | |
| PAYROLL TAXES | | | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 75,749 | | 870,704 | 1,017,428 | 397,257,636 | | | | 3,310 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 46,081,335 | 354,350,621 | 130,000,000 | | | |
| MISCELLANEOUS | | | | | | 100,000,000 | 100,000,000 | | |
| TOTAL DISBURSEMENTS | 75,749 | - | 870,704 | 47,098,763 | 751,608,257 | 230,000,000 | 100,000,000 | 47,777,852 | 3,310 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 58,827 | (149,224) | (870,689) | 343,736 | 72,646,060 | (69,818,036) | - | (1,124,710) | 181,543 |
| CASH - END OF QUARTER | $ 159,345 | $ (104,747) | $ - | $ 781,216 | $ 320,692,666 | $ 731,926,092 | $ - | $ 1,728 | $ 250,580 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
March 2013

| | First Union Accts Payable 2079920005761 | First Union Accts payable 2079900005260 | First Union Accts Payable 2079900005231 | SunTrust Payroll 00000141309 | JP Morgan Chase Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - | $ - | $ - | $ 500 | $ 130,965 | $ 560,824 |
| RECEIPTS | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 270,991,191 | | - | 2,079,239 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | - | - |
| TRANSFERS IN - THIRD PARTIES | | | | | | | 3,297,658 | - |
| TRANSFERS IN - NONFILING ENTITIES | 230,615 | | | | | | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 104,149,829 | 147,999,836 | | | | | - | - |
| MISCELLANEOUS | | | | | | | | |
| TOTAL RECEIPTS | 104,380,444 | 147,999,836 | - | - | 270,991,191 | - | 3,297,658 | 2,079,239 |
| DISBURSEMENTS | | | | | | | | |
| PAYROLL | | | | | | | - | - |
| PAYROLL TAXES | | | | | | | - | - |
| TRADE PAYABLES - THIRD PARTIES | 100,080,789 | 138,980,672 | | | | | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | - | - |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | 3,206,398 | 1,948,654 |
| TRANSFERS OUT - NONFILING ENTITIES | 4,299,655 | 9,019,164 | | | | | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | 270,991,191 | | - | - |
| MISCELLANEOUS | | | | | | | - | - |
| TOTAL DISBURSEMENTS | 104,380,444 | 147,999,835 | - | - | 270,991,191 | - | 3,206,398 | 1,948,654 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 0 | - | - | - | - | 91,260 | 130,584 |
| CASH - END OF QUARTER | $ - | $ 0 | $ - | $ - | $ - | $ 500 | $ 222,226 | $ 691,409 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2013**

| | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | Bank Boston Operating Acct 154519 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ (391,285) | $ - | $ 91,369 | $ 446,139 | $ 9,212,128 | $ 1,062,490,012 | $ - |
| **RECEIPTS** | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | 3,057,686 | | | | | 804,277,475 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | - | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | - | - | | 130,435 | | | 5,921,356 | |
| TRANSFERS IN - NONFILING ENTITIES | - | - | | | | | 230,615 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 800,209,185 | |
| MISCELLANEOUS | - | - | | | | | 100,000,000 | |
| TOTAL RECEIPTS | - | 3,057,686 | | 130,435 | - | - | 1,710,638,631 | |
| **DISBURSEMENTS** | | | | | | | | |
| PAYROLL | - | - | | | | | 47,777,852 | |
| PAYROLL TAXES | - | - | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | 2,600,611 | | | | | 241,662,071 | |
| TRADE PAYABLES - INTERCOMPANY | - | - | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | - | | 4,344,159 | | | 408,724,039 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | | | | | 13,318,819 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 801,423,147 | |
| MISCELLANEOUS | - | - | | | | 3,794,379 | 203,794,379 | |
| TOTAL DISBURSEMENTS | - | 2,600,611 | | 4,344,159 | - | 3,794,379 | 1,716,700,307 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 457,075 | | (4,213,724) | - | (3,794,379) | (6,061,676) | - |
| CASH - END OF QUARTER | $ - | $ 65,790 | $ - | $ (4,122,355) | $ 446,139 | $ 5,417,749 | $ 1,056,428,336 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2013**

| | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ (196,973) | $ - | $ (196,973) | $ - |
| RECEIPTS | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | - | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 1,213,962 | | 1,213,962 | |
| TOTAL RECEIPTS | - | 1,213,962 | - | 1,213,962 | - |
| DISBURSEMENTS | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 1,044,624 | | 1,044,624 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | | - | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | - | 1,044,624 | - | 1,044,624 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 169,338 | - | 169,338 | |
| CASH - END OF QUARTER | $ - | $ (27,636) | $ - | $ (27,636) | $ - |

1 of 1

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2013**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 22,061,476 | 22,061,476 | |
| TOTAL RECEIPTS | 22,061,476 | 22,061,476 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 22,061,476 | 22,061,476 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 22,061,476 | 22,061,476 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2013**

| | Citibank Operating Acct 300153011 | Petty Cash | Other | Cash-in-Transit | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 1,927,211 | $ - | $ - | $ - | $ 1,927,211 | $ - |
| **RECEIPTS** | | | | | | |
| | | No Activity | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 779,669 | | | | 779,669 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 958,843 | | | | 958,843 | |
| TOTAL RECEIPTS | 1,738,513 | - | - | - | 1,738,513 | - |
| **DISBURSEMENTS** | | | | | | |
| PAYROLL | 11,508 | | | | 11,508 | |
| PAYROLL TAXES | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | 833,979 | | | | 833,979 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 958,843 | | | | 958,843 | |
| MISCELLANEOUS | | | | | - | |
| TOTAL DISBURSEMENTS | 1,804,330 | - | - | - | 1,804,330 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (65,817) | - | - | - | (65,817) | - |
| CASH - END OF QUARTER | $ 1,861,393 | $ - | $ - | $ - | $ 1,861,393 | $ - |

**Grace International Holdings**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2013**

| | Grace International Holdings 323136524 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

## CC Partners
## Schedule of Cash Receipts and Disbursements
## MOR-1
## March 2013

|  | First Union Deposit Acct 2199500031802 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS |  |  |  |
|  | No Activity |  |  |
| ACCOUNTS RECEIVABLE - THIRD PARTIES |  | - |  |
| ACCOUNTS RECEIVABLE - INTERCOMPANY |  | - |  |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI |  | - |  |
| TRANSFERS IN - THIRD PARTIES |  | - |  |
| TRANSFERS IN - NONFILING ENTITIES |  | - |  |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS |  | - |  |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS |  |  |  |
| PAYROLL |  | - |  |
| PAYROLL TAXES |  | - |  |
| TRADE PAYABLES - THIRD PARTIES |  | - |  |
| TRADE PAYABLES - INTERCOMPANY |  | - |  |
| ACCOUNT SECURITIZATION |  |  |  |
| PAYMENTS AS SERVICER FOR GRPI |  | - |  |
| TRANSFERS OUT - THIRD PARTIES |  | - |  |
| TRANSFERS OUT - NONFILING ENTITIES |  | - |  |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS |  | - |  |
| MISCELLANEOUS |  | - |  |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**Kootenai Development Company**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2013**

| | First National Bank of Montana 1049097 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 11,425 | 11,425 | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 200,014 | 200,014 | |
| TOTAL RECEIPTS | 200,014 | 200,014 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 33,402 | 33,402 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 33,402 | 33,402 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 166,612 | 166,612 | - |
| CASH - END OF QUARTER | $ 178,037 | $ 178,037 | $ - |

**Grace Europe, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2013**

| | Barclays Bank PLC | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2013**

| | Cash On Hand | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 500 | 500 | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ 500 | $ 500 | $ - |

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2013**

| | Miscellaneous | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| **RECEIPTS** | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2013 | Total Amounts Paid Through March 31, 2013 |
|---|---|---|---|---|
| Adams & Adams | P.O. Box 1014 Pretoria South Africa | Patent Law | $ 509.00 | $ 10,132.78 |
| Allen Matkins | 515 S. Figueroa St. 9th Floor Los Angeles, CA 90071-3398 | Employment Litigation | $ - | $ 4,094.00 |
| American Appraisal Associates, Inc. | Bin 391 Milwaukee, WI 53288 | Valuation Services | $ - | $ 136,598.99 |
| Andrews Kurth LLP Inc. | 600 Travis Suite, 4200 Houston, TX 77002 | Employment Litigation | $ 12,812.80 | $ 304,068.60 |
| Anthony J. DeLaurentis, P.A. | 2001 Jefferson Davis Highway, Suite 211 Arlington, VA 22202 | Intellectual Property Law | $ 5,041.00 | $ 476,640.95 |
| Arent, Fox, Kinter, Plotkin, Kahn | 1050 Connecticut Ave. NW Washington, DC 20036 | Employment Litigation | $ 2,299.00 | $ 624,994.72 |
| Artale, Beverly J. | 3826 Sunflower Circle, Suite 001 Mitchellville, MD 20721 | Patent Law | $ 8,160.00 | $ 665,280.00 |
| Arthur Andersen LLP | 1345 Avenue of the Americas New York, NY 10105 | Human Resource Consulting | $ - | $ 166,291.00 |
| Baker & McKenzie | One Prudential Plaza 130 East Randolph Drive Chicago, IL 60601 | Tax Law | $ 36,079.18 | $ 734,672.30 |
| Baker Botts LLP | P.O. Box 201626 Houston, TX 77216-1626 | General Litigation | $ - | $ 2,196.75 |
| Ballard Spahr Andrews | 1735 Market Street, 51st Floor Phaildelphia, PA 19103-7599 | Patent Law | $ 756.50 | $ 152,969.42 |
| Banker Lopez Gassler, P.A. | 501 E. Kennedy Blvd., Suite 1500 Tampa, FL 33602 | General Litigation | $ - | $ 35,317.46 |
| Barnes & Thornburg | 1313 Merchants Bank Bldg 11 South Meridan Street Indianapolis, IN 46204 | Bodily Injury Litigation/Environmental Law | $ - | $ 11,187.56 |
| Bell Royes & Sanders, LPA | 33 South Grant Avenue Columbus, OH 43215-3900 | Employment Litigation | $ - | $ 165.00 |
| Berger, Davis & Singerman | 350 East Las Olas Blvd Suite 1000 Fort Lauderdale, FL 33301 | Intellectual Property Law | $ - | $ 814.03 |
| Bradley & Riley | PO Box 2804 Cedar Rapids, IA 52406-2804 | Environmental/Commercial Law | $ - | $ 3,686.56 |
| Brunini, Grantham, Grower & Hewes | 248 East Capital St Jackson, MS 39201 | Environmental Law | $ - | $ 976.00 |
| Bryan Cave | One Metropolitan Square 211 N Broadway, Suite 3600 Saint Louis, MO 63150-3089 | Bodily Injury Litigation/Corporate Real Estate | $ - | $ 9,981.28 |
| Cabinet Weinstein | 56 A, Rue du Faubourg Saint-Honore, Paris 75008 France | Intellectual Property Law | $ - | $ 88,965.35 |
| Cahill Gordon & Reindel | Eighty Pine St. New York, NY 10005 | Asbestos Litigation | $ - | $ 51,039.78 |
| Cambridge Environmental | 58 Charles Street, 3d Floor Cambridge, MA 02141 | Environmental | $ - | $ 178,983.46 |
| Cardwell Conner PC | 219 A East Washington St Greenville, SC 29601 | Environmental | $ - | $ 24,943.49 |
| Carr, Allison, Pugh, Howard, Oliver | 100 Vestavia Parkway Birmingham, AL 35216 | Asbestos Litigation | $ - | $ 44,443.30 |
| Carvin & Delaney LLP | 44 Adams Street Braintree, MA 02184 | Real Estate Law | $ - | $ 5,477.50 |
| CGA Law Firm | 135 N. Gerrge Street York, PA 17401-1132 | General Litigation | $ - | $ 15,837.05 |
| Connell Foley & Geiser | 85 Livingston Ave. Roseland, NJ 07068 | Bodily Injury Litigation | $ - | $ 44,773.04 |
| Copeland, Cook, Taylor & Bush | 200 Concourse Suite 200 Ridgeland, MS 39157 | General Litigation | $ - | $ 480.50 |
| Covington & Burling | 1201 Pennsylvania Avenue, NW Washington, DC 20004-2401 | International Trade Law | $ 1,168.00 | $ 84,998.68 |
| Cowles & Thompson | 901 Main Street, Suite 4000 Dallas, TX 75202-3793 | Bodily Injury Litigation | $ - | $ 2,032.98 |
| Crady, Jewett & McCulley, LLP (Snow Fogel Spence, LLP) | 1400 Two Houston Center 909 Fannin Houston, TX 77010-1006 | General Litigation | $ - | $ 338,086.15 |
| Craig Jameson | 305 Middle Road Brentwood, NH 03833 | General Litigation | $ - | $ 530.68 |
| Cummings & Lockwood | 3001 Tamiami Trail North Naples, FL 33941-3032 | Corporate Representation | $ 87,500.00 | $ 1,139,630.87 |
| D'Agostine, Levine, Parra & Netburn, P.C. | 268 Main Street P.O. Box 2223 Acton, MA 01720-6223 | Real Estate Law | $ - | $ 375,836.15 |
| David Junkin | 15401 Ranch Road 12, Ste. 105 Waverly, TX 78676 | General Litigation | $ - | $ 232.42 |
| Davis, Graham & Stubbs | 370 Seventeenth Street Suite 4700 Denver, CO 80201-0185 | Corporate Law | $ - | $ 42,330.70 |
| Debandt, Van Hecke, Lacke & Loesch | Rue Bredorode 13b-1000 Brussels, 1000 Belgium | General Litigation | $ - | $ 15,388.42 |
| Del Sole & Del Sole LLP | 46 South Whittlesey Ave New Haven, CT 06492 | General Litigation | $ - | $ 9,762.54 |
| Deutsch Levy & Engel Chartered | 225 West Washington Street Chicago, IL 60606 | Corporate Law | $ - | $ 152,303.35 |
| Dickstein, Shapiro, & Morin | 1177 Avenue of the Americas New York, NY 10036 | Insurance Law | $ - | $ 227,914.88 |
| Dorsey & Whitney LLP | P.O. Box 1680 Minneapolis, MN 55480-1680 | Asbestos Law | $ - | $ 41,813.68 |
| Dow Lohnes PLLC | 1200 New Hampshire Avenue N.W. Washington DC 20036 | Legal Services | $ - | $ - |

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2013 | Total Amounts Paid Through March 31, 2013 |
|---|---|---|---|---|
| Ernst & Young LLP | P.O. Box 5980<br>New York, NY 10087-5980 | Tax Advisory Services | $ 84,845.00 | $ 5,196,827.49* |
| Farallon Law Group | 459 Fulton Street, Suite 102<br>San Francisco, CA | Corporate Law | $ - | $ 111,059.87 |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 1300 I Street, N. W.<br>Washington, D.C. 2005-3315 | Intellectual Property Law | $ - | $ 132,865.71 |
| Flemming Zulack & Williamson | One Liberty Plaza<br>New York, NY 10006-1404 | Bodily Injury Litigation | $ - | $ 419,105.39 |
| Foley Mansfield | 4770 Biscayne Boulevard<br>Suite 1000<br>Miami, FL 33137 | Employment Law<br>Environmental Law | $ 23,938.70 | $ 141,999.00 |
| Foss, Bowe & San Filippo | 225 Broad St.<br>Red Bank, NJ 07701 | Real Estate Litigation | $ - | $ 67,942.59 |
| Foster Swift Collins & Smith | 313 S. Washington Square<br>Lansing, MI 48933-2193 | Environmental Law | $ - | $ 4,748.83 |
| Frilot, Partridge, Kohnke & Clements, P.C. | 1100 Poydras Street<br>New Orleans, LA 70163-3600 | Employment Litigation | $ - | $ 327.50 |
| Frost Brown Todd LLC | PO Box 70087<br>Louisville, KY 40270-0087 | Employment Law | $ - | $ 18,179.25 |
| Gannon, James P., Attorney at Law | 326 West State Street<br>Media, PA 19063-0902 | General Litigation | $ - | $ 2,764.50 |
| Garlington Lohn & Robinson | 199 West Pine<br>Missoula, MT 59807-7909 | Libby, Montana Counsel | $ - | $ 164,535.05 |
| Gaucher & Associates | P. O. Box 30995<br>Walnut Creek, CA 94598 | Employment Law | $ - | $ 158,925.43 |
| Goins, Underkofler, Crawford & Langdon | 3300 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 | Real Estate Law | $ - | $ 248.92 |
| Gonzalez Calvillo, S.C | Montes Urales No 632 Piso 3<br>Lomas De Chapultepec, Mexico 11000 | Intellectual Property Law | $ - | $ 5,353.83 |
| Goodrich, Riquelem Y Asociados | PO Box 973727<br>Dallas, TX 75397-3727 | General Litigation | $ - | $ 44,977.10 |
| Gordan, Arata, McCollam, Duplantis & Eagan, L.L.P. | 201 St. Charles Avenue<br>40th Floor<br>New Orleans, LA 70170-0001 | Commercial Litigation | $ - | $ 104,973.29 |
| Gordon & Rees | Embarcadero Center West<br>275 Battery St, 20th Fl<br>San Francisco, CA 94111 | Bodily Injury Litigation | $ 9,955.50 | $ 177,408.25 |
| Goulston and Storrs | 400 Atlantic Avenue<br>Boston, MA 02110-3333 | Real Estate Law | $ - | $ 73,931.63 |
| Grant Thornton | 2700 South Commerce Parkway Suite 300<br>Weston, FL 33331 | Tax Accounting | $ - | $ 63,453.75 |
| Greenbaum Doll & McDonald PLLC | Section 469<br>Louisville, KY 40289 | Environmental Law | $ - | $ 98,121.98 |
| Greenberg, Glusker, Fields, Claman | 1900 Ave of Stars, #2000<br>Los Angeles, CA 90067 | Business Litigation | $ - | $ 127,610.48 |
| Gunster, Yoakley, Valdes-Favli & Stewart P.A. | 777 South Flager Dr, Suite 500<br>West Palm Beach, FL 33401 | Corporate Law | $ - | $ 24,169.63 |
| Hahn Loeser & Parks | 200 Public Square<br>Cleveland, OH 44114-2301 | Bodily Injury Litigation | $ - | $ 4,493.99 |
| Hamilton, Brook, Smith & Reynolds, P.C. | Two Militia Drive<br>Lexington, MA 02173 | Patent/Trademark Law | $ - | $ 78,439.86 |
| Hancock & Estabrook, LLP | 1500 Mony Tower I<br>Syracuse, NY 132221-4976 | Arbitration | $ - | $ 2,219.62 |
| Heinrich Gordon Batchelder | 500 East Broward Blvd., Suite 1000<br>Fort Lauderdale, FL 33394-3092 | General Tax Law | $ - | $ 32,830.15 |
| Hinckley, Allen & Snyder LLP | 1500 Fleet Center<br>Providence, RI 02903 | Employment Law | $ - | $ 8,451.23 |
| Hodge & Dwyer & Zeman | P.O. Box 5778<br>Springfield, IL 62705-5776 | Environmental Law | $ 30,169.63 | $ 165,407.79 |
| Holland & Knight | P.O. Box 32092<br>Lakeland, FL 33802-2092 | Florida Tax Matters | $ 21,344.00 | $ 170,912.66 |
| Horwood Marcus & Berk | 180 North LaSalle Street<br>Chicago, IL 60651 | Tax Law | $ - | $ 5,128.75 |
| Howard J. Coffee RE Inc. | 100 Conshohogken Road, Suite 206<br>Conshohogken, PA 19428 | Real Estate Law | $ - | $ 50,497.55 |
| Howard & Howard | 1400 North Woodward Avenue<br>Bloomfield Hills, MI 48304-2856 | Environmental Law | $ - | $ 1,738.50 |
| Howrey Simon Arnold & White | 1299 Pennsylvania Avenue, NW<br>Washington DC 20004-2402 | Environmental Law | $ - | $ 219,518.85 |

*On July 10, 2008, the Court entered an order lifting the $1,200,000 total OCP expenditure cap for Ernst & Young LLP.

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2013 | Total Amounts Paid Through March 31, 2013 |
|---|---|---|---|---|
| J. Maxwell Williams, (The Hayden Law Firm) | 7242 Neshoba Circle<br>Germantown, TN | Arbitration | $ - | $ 1,217.00 |
| Jacobberger, Micallef & Assoc., P.A. | 2720 Maplewood Drive<br>Maplewood, MN 55109 | Bodily Injury Litigation | $ - | $ 2,520.00 |
| JM Posner | 2333 North State Road 7, Suite B<br>Margate, FL 33063 | Insurance Consultant | $ 35,437.50 | $ 1,332,400.04 |
| Jones, Tete, Nolen, Hanchey, Swift, Spears & Fonti, LLP | 1135 Lakeshore Drive<br>Lake Charles, LA 70601 | Employment Law | $ - | $ 178,087.08 |
| Kalin, Diane | 167 Pope Road<br>Acton, MA 01720 | General Litigation | $ - | $ 63,712.50 |
| Keefer Wood Allen & Rahal | 210 Walnut Street<br>Harrisburg, PA 17108-1963 | Tax Law | $ - | $ 30,438.84 |
| Keller & Heckman | 1001 G Street, NW Suite 500 West<br>Washington, DC 20001 | Environmental Law | $ 3,904.28 | $ 349,342.97 |
| Kingston & Hodnet | One McKinley Square<br>Boston, MA 02109 | Employment Law | $ - | $ 10,008.08 |
| Kollman & Saucier, P.A. | 1823 York Road<br>Timonium, Maryland 21093-5119 | General Matter | $ - | $ 35,846.40 |

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2013 | Total Amounts Paid Through March 31, 2013 |
|---|---|---|---|---|
| Lahive & Cockfield | 28 State Street, Boston, MA 02109 | Intellectual Property Law | $ - | $ 110,412.28 |
| Lavery, de Billy & Associates | 925 Chemin St-Louis, Bureau 500, Quebec PQ G1S1C1, Canada | Commercial Litigation | $ - | $ 6,585.77 |
| Lerner, David, Littenberg, Krumholz & Mentik, LLP | 600 South Avenue West, Westfield, NJ 07090 | Legal Services | $ 7,261.00 | $ 303,034.17 |
| Lewis and Roca LLP | 40 N Central Ave, Suite 1900, Phoenix, AZ 85004 | Intellectual Property Law | $ - | $ 35,550.12 |
| Liedekerke-Wolters-Waelbroeck & Kirkpatrick | Boulevard De L'Empereur 3, Bruxelles | Tax law/divested businesses | $ - | $ 889,631.12 |
| Lockridge Grindal Naulen, PLLP | 100 Washington Ave South, Suite 2200, Minneapolis, MN 55401-2179 | Property Damage Claims | $ 6,562.89 | $ 191,782.41 |
| Loyens Loeff | P.O. Box 71170, 1008 BD Amsterdam | Corporate Law | $ - | $ 14,311.32 |
| Lynch, Daskal, Emery | 264 West 40Th Street, New York, NY 10018 | Product Liability Litigation | $ 27,682.76 | $ 151,748.39 |
| MacPherson, Leslie & Tyerman | 1500-1874 Scarth Street, Regina, Saskatchewan 24P 4E9, Canada | Employment Litigation | $ - | $ 189.80 |
| MAQS Law Firm | Ostra Hamngatan 24, Box 11918, SE-404 39 Gothenburg, Sweden | General Litigation | $ - | $ 12,692.53 |
| Mathews, Dinsdale & Clark Barristers & Solicitors | One Queen Street East, Suite 2500, Toronto, Ontario M5C 2Z1 | Employment Litigation | $ - | $ 73,448.21 |
| McConnell Valdes | 270 Munoz Rivera Avenue, San Juan, PR 00918 | Employment Litigation | $ - | $ 25,668.23 |
| McDermott, Will & Emery | 1850 K Street, N.W., Washington, DC 20006-2296 | Environmental Law | $ - | $ 151,263.70 |
| McGuire Woods Battle & Battle | Army and Navy Club Building, 1627 Eye Street, N.W., Washington, DC 20006 | General Litigation | $ - | $ 1,272.90 |
| McKenna Long & Aldridge, LLP | 1900 K Street NW, Washington, DC 20006-1108 | General Litigation | $ - | $ 27,397.10 |
| McKinney Stringer & Webster, P.C. | 101 North Robinson, Suite 1300, Oklahoma City, OK 73102 | General Litigation | $ - | $ 2,370.75 |
| McNair Law Firm, P.A. | 7 North Laurens Street, Suite 600, Greenville, SC 29601 | Environmental Law | $ 3,926.00 | $ 99,590.08 |
| Melville & Sowerby | 2940 South 25th Street, Fort Pierce, FL 34981-5605 | Environmental Law | $ - | $ 1,115.63 |
| Michael B. Cohan (Blackacre Services Group) | 17 Old Conant Road, Lincoln, MA 01773 | Corporate Consulting | $ 5,529.98 | $ 251,128.45 |
| Miles & Stockbridge P.C. | 10 Light Street, Baltimore, MD 21202 | Environmental Law | $ - | $ - |
| Miller Martin PLLC | 832 Gerrgia Avenue, Suite 1000, Chattanooga, TN 37402-2289 | Environmental Law | $ 14,734.99 | $ 58,587.13 |
| Miller Thomson Pouliot | 1155 René-Lévesque Blvd. West, Montréal, QC H3B 3S6 | Environmental Law | $ - | $ 2,893.82 |
| Minter Ellison | PO BOX 769G, Melbourne, Victoria AC3001, Australia | Corporate Law/Foreign Acquisitions | $ - | $ 20,317.69 |
| Mintz, Levin, Cohn, Ferris, and Glovsky | One Financial Center, Boston, MA 02111 | Employment Litigation | $ 2,862.90 | $ 103,407.86 |
| Morgan, Lewis, & Bockius LLP | 1701 Market Street, Philadelphia, PA 19103 | Employment Litigation | $ - | $ 381,197.74 |
| Nields Lemack & Dingman | 176 East Main Street, Suite 8, Westborough, MA 01581 | Intellectual Property Law | $ - | $ 231,650.00 |
| Oertel Hoffman Fernandez & Cole, P.A. | P O Box 1110, Tallahassee, FL 32302-1110 | Environmental Law | $ - | $ 89,521.60 |
| Ogletree Deakins Nash Smoak & Stewart | PO Box 2757, Greenville, SC 29602 | Bodily Injury Litigation/Employee Benefit Law | $ - | $ 24,235.10 |
| O'Hagan, Smith & Amundsen, LLC | 150 N. Michigan Avenue, Suite 3300, Chicago, IL 60601 | Bodily Injury Litigation | $ - | $ 15,440.15 |
| Patton Boggs LLP | 2550 M Street, NW, Washington, DC 20037-1350 | Lobbyist | $ - | $ 287,767.48 |
| Pepper Hamilton LLP | 1235 Westlakes Drive, Berwyn, PA 19312 | General Litigation | $ - | $ 104,164.77 |
| Phillips Lytle Hitchcock Blaine & Huber LLP | 3400 HSBC Center, Buffalo, NY 14203 | Environmental Law | $ 36,383.20 | $ 595,293.81 |
| Piper Marbury Rudnick & Wolfe LLP | 6225 Smith Ave, Baltimore, MD 21209-3600 | Environmental Law | $ - | $ 4,500.00 |
| Plauche Smith and Nieset | 1123 Pithon Street, Lake Charles, LA 70602 | Bodily Injury Litigation | $ - | $ 14,968.23 |
| Potter Anderson & Corroon, LLP | East Bridge At Riverplace | Corporate Law | $ - | $ 15,696.32 |
| Proskauer Rose LLP | 1585 Broadway, New York, NY 10036 | General Labor Law | $ - | $ 23,556.63 |
| Quigley, O'Connor and Carnathan | 20 Custom House Street, Suite 1040, Boston, MA 02110 | Employment Litigation | $ - | $ 11,876.98 |
| Quisumbing Torres | 12th Floor, Net One Center, 26th Street Corner 3rd Avenue, Taguig City, Philippines 1634 | Legal Services | $ - | $ 561.00 |
| Remmes, Richard G., Attorney | 115 Woolford Road, Wrentham, MA 02093 | Employment Law | $ - | $ 24,538.40 |
| Riddlesperger, Anthony G. | 15 Grovenor Court, Dallas, TX 75225 | Environmental Law | $ - | $ 600,897.21 |
| Robin Law P.A. | 1123 S. 21st Avenue, Suite 2, Hollywood, Florida 33020 | Legal Services | $ - | $ - |
| Roe Cassidy Coates & Price, P.A. | PO Box 10529, Greenville, SC 29603 | Civil Litigation | $ - | $ 54,471.58 |

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2013 | Total Amounts Paid Through March 31, 2013 |
|---|---|---|---|---|
| Rosenberg, Martin, Funk, Greenberg | 25 South Charles Street, Suite 2115 Baltimore, Maryland 21201 | Environmental Law | $ - | $ 29,475.71 |
| Rubin and Rudman LLP | 50 Rowes Wharf Boston, MA 02110 | General Litigation | $ - | $ 87,599.18 |
| Sandler, Travis & Rosenberg, P.A. | P.O. Box 523304 Miami, FL 33102 | General Litigation | $ - | $ 4,538.44 |
| Schauer & Simank | 615 North Upper Broadway, Suite 2000 Corpus Christi, TX 78477 | General Litigation | $ - | $ 451.12 |
| Seeler, Marcia D., Esquire | PO Box 3154 Wellfleet, MA 02667 | General Litigation | $ - | $ 369,021.64 |
| Senn Visciano canges P.C. | 1801 California Street, Suite 4300 Denver, CO 80202 | Legal Services | $ - | $ - |
| Seyfarth Shaw Fairweather & Geraldson | 55 East Monroe St, Suite 4200 Chicago, IL 60603-5803 | Employment Litigation | $ 8,964.75 | $ 791,768.98 |
| Shapiro Forman Allen & Miller, LLC | 380 Madison Avenue New York, NY 10017 | Legal Services | $ - | $ 7,196.61 |
| Sherin & Lodgen LLP | 100 Summer Street Boston, MA 02110 | Environmental Law | $ - | $ 347,021.21 |
| Sidley & Austin | 1722 Eye Street, NW Washington, DC 20006 | Environmental Law | $ - | $ 7,705.46 |
| Spencer Fane Britt & Browne | Suite 1400 Kansas City, MO 64106 | Environmental Law | $ - | $ 64,184.25 |
| SC&H Consulting (Stout, Casey) | P.O. Box 64271 Baltimore, MD 21264 | General Tax Law | $ 15,502.50 | $ 1,539,880.42 |
| Sterns & Weinroth | P.O. Box 1298 Trenton, NJ 08607-1298 | Environmental Law | $ - | $ 158,447.09 |
| Stone Pigman Walther Wittman & Hutchinson LLC | 546 Carondelet Street New Orleans, LA 70130-3588 | Legal Services | $ - | $ 43,060.96 |
| Storslee Law Firm, P.C. | 1802 Allison Drive Bismarck, ND 58501 | Legal Services | $ - | $ 7,661.77 |
| Strasburger & Price | 901 Main Street Suite 4300 Dallas, TX 75250 | Legal Services | $ - | $ 6,335.46 |
| Taft, Stettinius & Hollister, LLP | 425 Walnut Street Cincinnati, OH 45202-3957 | Employment Litigation | $ - | $ 4,254.29 |
| Thomas A. Baker P.A. | Baltimore, MD 21201 | Legal Services | $ 4,770.00 | $ 71,192.21 |
| Thomson & Thomson | PO Box 71892 Chicago, IL 60694-1892 | Intellectual Property Law | $ - | $ 33.50 |
| Timothy Cremin | 3140 St. James Drive Boca Raton, FL 33434 | Tax Consultant | $ - | $ 12,339.00 |
| Troffkin, Howard J., Esquire | 7808 Ivymont Terrace Potomac, MD 20854 | Intellectual Property Law | $ 3,180.00 | $ 413,460.91 |
| Tyler Cooper & Alcorn, LLP | 555 Long Wharf Dr, 8th Floor PO Box 1936 New Haven, CT 06509-0906 | Legal Services | $ - | $ - |
| Vertlieb, Anderson | 835 Granvilles Street # 200 Vancouver, BC, Canada V6Z 1K7 | Employment Law | $ - | $ 606.55 |
| Verusio E. Cosmelli Studio Legal | Foro Traiano 1-A 00187 Roma, Italy 00187 | Legal Services | $ - | $ 33,029.97 |
| Vinson & Elkins | 3500 First City Tower 1001 Fannin Suite 2300 Houston, TX 77002-6760 | Environmental Law | $ - | $ 8,989.16 |
| Waller Lansden Dortch & Davis | P. O. Box 198966 Nashville, TN 37219-8966 | Corporate Law | $ - | $ 83,330.34 |
| Watson Wyatt | 191 North Wacker Drive Chicago, IL 60606 | Compensation Consulting | $ - | $ 206,309.00 |
| Webber Wentzel | 10 Fricker Road, Illovo Boulevard, Republic of Souoth Africa | Legal Services Acquisition | $ - | $ - |
| Weil, Gotshal & Manges | 767 Fifth Avenue New York, NY 10153-0119 | Environmental Law/Tax Law | $ - | $ 261,609.49 |
| White & Case | 1155 Avenue of the Americas New York, NY 10036-2787 | Environmental Law | $ - | $ 67,989.96 |
| Wilmer Cutler Pickering Hale and Dorr | P.O. Box 7247-8760 Philadelphia, PA 19170-8760 | Coporate Law | $ - | $ 2,381.00 |
| Womble Carlyle Sandridge and Rice, LLP | 550 South Main Street, Suite 400, Greenville, SC 29601 | Real Estate Law | $ - | $ - |
| Woolf, McClane, Bright & Allen | 900 Riverview Tower 900 South Gay Street Knoxville, TN 37902 | Bodily Injury Litigation | $ - | $ 18,880.43 |
| Wyatt, Tarrant & Combs | Citizens Plaza Louisville, KY 40202 | Employment Law | $ - | $ 9,730.46 |
| Wyche, Burgess, Freeman & Parham, P.A. | 44 East Camperdown Way Greenville, SC 29602 | Legal Services | $ - | $ 28,315.18 |
| Zuleta Suarez Araque, Et Al | Carrera 11 NO.82-01 Of. 902 Bogota, D.C. Colombia | Legal Services | $ - | $ 16,852.20 |
| | | | | 501,281.06 |