**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
PALO ALTO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

April 05, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1850243           IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.50 hrs. at | $795.00 | /hr. = | $1,192.50 |
| WS KATCHEN | OF COUNSEL | 2.40 hrs. at | $915.00 | /hr. = | $2,196.00 |
| S LENKIEWICZ | PARALEGAL | 6.60 hrs. at | $195.00 | /hr. = | $1,287.00 |

$4,675.50

DISBURSEMENTS
PACER FEDERAL DOCKET COSTS              $35.80
POSTAGE                                  $3.22
TOTAL DISBURSEMENTS                                           $39.02

BALANCE DUE THIS INVOICE                                    $4,714.52

Duane Morris
April 05, 2013
Page 2

File # K0248-00001                                                INVOICE# 1850243
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/18/2013 | 004 | MR LASTOWSKI | REVIEW 4/2/13 HEARING AGENDA AND MATTERS SET FORTH THEREIN | 0.50 | $397.50 |
| | | | Code Total | 0.50 | $397.50 |

Duane Morris
April 05, 2013
Page 3

File # K0248-00001                                                                                               INVOICE# 1850243
   W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/7/2013 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT | 0.10 | $79.50 |
| 3/8/2013 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS LLP'S INVOICE FOR THE PERIOD FEBRUARY 2013 | 0.20 | $39.00 |
| 3/14/2013 012 | S LENKIEWICZ | RECEIPT OF PROPOSED QUARTERLY FEE ORDER FROM M. LASTOWSKI (.1); REVIEW DUANE MORRIS' 46TH QUARTERLY FEE APPLICATION RE AMOUNTS (.1); EMAIL TO M. LASTOWSKI RE SAME (.1) | 0.30 | $58.50 |
| 3/27/2013 012 | MR LASTOWSKI | REVIEW STATUS OF FEE HEARING | 0.10 | $79.50 |
| 3/29/2013 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 132ND MONTHLY FEE APPLICATION (.5); EFILE SAME (.2); PREPARE DUANE MORRIS' 133RD MONTHLY FEE APPLICATION (.5); EFILE SAME (.2) | 1.40 | $273.00 |
| | | Code Total | 2.10 | $529.50 |

Duane Morris
April 05, 2013
Page 4

File # K0248-00001                                                              INVOICE# 1850243
         W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/1/2013 013 | S LENKIEWICZ | EMAIL TO CLERK RE CORRECTION TO DOCKET ENTRY RE CAPSTONE'S 36TH MONTHLY FEE APPLICATION (.1); RECEIPT OF RESPONSE RE SAME (.1) | 0.20 | $39.00 |
| 3/1/2013 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 36TH QUARTERLY FEE APPLICATION FOR EFILING (.2); PREPARE CERTIFICATE OF SERVICE AND LABELS RE NOTICE PARTIES (.3); FINALIZE NOTICE, APPLICATION, CERTIFICATES OF SERVICE AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1); COORDINATE SERVICE OF NOTICE (.2) | 1.20 | $234.00 |
| 3/1/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 107TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 3/4/2013 013 | S LENKIEWICZ | EMAILS TO/FROM D. MOHAMMAD RE CERTIFICATE OF SERVICE REGARDING SSL'S 47TH QUARTERLY FEE APPLICATION (.2); REVIEW DOCKET RE SAME (.1) | 0.30 | $58.50 |
| 3/12/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO 35TH QUARTERLY FEE APPLICATION OF CAPSTONE AND 46TH QUARTERLY FEE APPLICATION OF SSL (.1); PREPARE CNO RE 35TH QUARTERLY FEE APPLICATION OF CAPSTONE AND EFILE SAME (.3); PREPARE CNO RE 46TH QUARTERLY FEE APPLICATION OF SSL AND EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.80 | $156.00 |
| 3/15/2013 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S NOTICE OF MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 3/27/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS | 0.60 | $117.00 |

DUANE MORRIS LLP

Duane Morris
April 05, 2013
Page 5

File # K0248-00001  INVOICE# 1850243
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/29/2013 | 013 | S LENKIEWICZ | TO SSL'S 142ND MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) FINALIZE NOTICE OF SSL'S 143RD MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE AND EFILE SAME (.3); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD RE SAME (.1) | 0.50 | $97.50 |
| | | | Code Total | 4.70 | $916.50 |

Duane Morris
April 05, 2013
Page 6

File # K0248-00001  INVOICE# 1850243
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/4/2013 | 017 | MR LASTOWSKI | REVIEW 3RD CIRCUIT ORDER GRANTING APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF | 0.10 | $79.50 |
| 3/12/2013 | 017 | MR LASTOWSKI | REVIEW DOCKET RE: APPEAL STATUS | 0.60 | $477.00 |
| 3/28/2013 | 017 | MR LASTOWSKI | REVIEW ARGUMENT NOTICE FROM THE 3RD CIRCUIT | 0.10 | $79.50 |
| | | | Code Total | 0.80 | $636.00 |

Duane Morris
April 05, 2013
Page 7

File # K0248-00001 INVOICE# 1850243
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/28/2013 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT ON PENSION FUNDING | 0.20 | $183.00 |
| 3/1/2013 | 025 | WS KATCHEN | ADDITIONAL RESEARCH ON APPEAL ISSUE PREPARE CONFERENCE COMMITTEE MEMBER | 1.70 | $1,555.50 |
| 3/13/2013 | 025 | WS KATCHEN | REVIEW MOTION FOR ORDER TO APPROVE MARKEL SETTLEMENT. | 0.20 | $183.00 |
| 3/18/2013 | 025 | WS KATCHEN | REVIEW CERTIFICATION NO - OBJECTION ON CONTRIBUTION TO RETIREMENT PLANS. | 0.10 | $91.50 |
| 3/28/2013 | 025 | WS KATCHEN | SCHEDULING ON APPEAL 3RD CIR. (.1); TELEPHONE K. PASQUALE ON APPEAL 3RD CIR. (.1). | 0.20 | $183.00 |
| | | | Code Total | 2.40 | $2,196.00 |
| | | | TOTAL SERVICES | 10.50 | $4,675.50 |

Duane Morris
April 05, 2013
Page 8

File # K0248-00001  INVOICE# 1850243
　　　W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 03/31/2013 | POSTAGE | | 3.22 |
| | | Total: | $3.22 |
| 03/31/2013 | PACER FEDERAL DOCKET COSTS | | 35.80 |
| | | Total: | $35.80 |
| | | TOTAL DISBURSEMENTS | $39.02 |

Duane Morris
April 05, 2013
Page 9

File # K0248-00001  INVOICE# 1850243
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 1.50 | 795.00 | $1,192.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.40 | 915.00 | $2,196.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.60 | 195.00 | $1,287.00 |
| | | | 10.50 | | $4,675.50 |