**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Re Docket No. 30453 |

**CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 30453**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundred Thirty Third Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2013 through February 28, 2013** [Docket No. 30453] (the "Application") filed on March 29, 2013.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than April 18, 2013 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\2533125.1

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $2,650.80, which represents eighty percent (80%) of the requested compensation of $3,313.50, and one hundred percent (100%) of expenses in the amount of $10.20 without further order from the court.

Dated: May 7, 2013
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:   (302)-657-4942
Facsimile:   (302)-657-4901
Email: mlastowski@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*

DM3\2533125.1