IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: May 27, 2013 |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
MARCH 1, 2013 THROUGH MARCH 31,  2013

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    April 24, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015172
7500 Grace Drive                                     Invoice # 153625
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/13 in Connection With:

**IRIS**

| | | | | |
|---|---|---|---|---|
| 03/01/13 | P. Marks | C300 | 1.10 | Assess and telephone conferences with L. Duff and S. Levin re summary of meeting and strategy adjustment. |
| 03/02/13 | K. Bourdeau | C300 | 0.50 | Review (S. Levin) outline of path forward (on advocacy with EPA) and prepare requested comments on same. |
| 03/03/13 | K. Bourdeau | C300 | 0.80 | Review sets of draft talking points furnished by P. Marks and provide P. Marks comments on same. |
| 03/04/13 | P. Marks | C300 | 1.40 | Review L. Duff presentation and conference with L. Duff and S. Levin re same. |
| 03/04/13 | P. Marks | C300 | 4.70 | Evaluate EPA reforms in detail as applied to assessment issues, and revise draft analysis re same. |
| 03/05/13 | K. Bourdeau | C300 | 0.50 | Review new developments and communications with P. Marks and E. Wolk re same. |
| 03/05/13 | P. Marks | C300 | 1.40 | Prepare comments re consultant, presentation and client talking points. |
| 03/05/13 | P. Marks | C300 | 5.70 | Prepare for and attend presentation/meeting with L. Duff and pre and post meetings re strategic issues with same and with in-house counsel from another company. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE  2

| 03/06/13 | K. Bourdeau | C300 | 1.00 | Review J. Goodman slides and evaluate potential comments thereto and prepare e-mail to P. Marks re comments on same. |
|---|---|---|---|---|
| 03/06/13 | P. Marks | C300 | 1.40 | Telephone conference with client team re meeting preparation and goals. |
| 03/06/13 | P. Marks | C300 | 2.70 | Fact checking and address client comments re talking points. |
| 03/06/13 | P. Marks | C300 | 0.50 | Send client team comments on revised consultant presentation. |
| 03/06/13 | P. Marks | C300 | 0.30 | Coordinate with J. Lanham re update on FOIA issues. |
| 03/06/13 | J. Lanham | C300 | 1.00 | Telephone conference re FOIA request and prepare email communications re FOIA request. |
| 03/07/13 | K. Bourdeau | C300 | 1.00 | Review of draft outline of Grace comments and prepare and transmit comments to P. Marks re same. |
| 03/07/13 | K. Bourdeau | C300 | 0.80 | Participate in Grace status/strategy call. |
| 03/07/13 | P. Marks | C300 | 0.80 | Team weekly update call. |
| 03/07/13 | P. Marks | C300 | 0.70 | Coordinate with consultants. |
| 03/07/13 | P. Marks | C300 | 0.30 | Email to J. Lanham explaining new FOIA task. |
| 03/07/13 | P. Marks | C300 | 0.90 | Telephone conferences with S. Levin re preparation of talking points for upcoming meeting. |
| 03/07/13 | P. Marks | C300 | 3.10 | Prepare talking points for upcoming meeting, including incorporation of client comments and review supporting documents. |
| 03/07/13 | P. Marks | C300 | 0.30 | Telephone conference with L. Duff re consultant assignments. |
| 03/07/13 | P. Marks | C300 | 0.70 | Review and respond to emails with K. Bourdeau to coordinate tasks and re document comments. |
| 03/07/13 | J. Lanham | C300 | 0.70 | Review documents. |
| 03/08/13 | K. Bourdeau | C300 | 0.80 | E-mail communications and review revised outline of comments. |
| 03/08/13 | P. Marks | C300 | 1.60 | Review comments on talking points, edit and email communications re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE  3

| 03/08/13 | J. Lanham | C300 | 2.30 | Review documents. |
|---|---|---|---|---|
| 03/11/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re path forward. |
| 03/12/13 | P. Marks | C300 | 0.70 | Compile and circulate information to consultants. |
| 03/12/13 | P. Marks | C300 | 1.30 | Email correspondence with outside entities for coordination of presentations and schedules and telephone conference with L. Duff re same. |
| 03/13/13 | K. Bourdeau | C300 | 0.50 | Communications re advocacy. |
| 03/13/13 | P. Marks | C300 | 0.40 | Review FOIA correspondence and coordinate with J. Lanham re same. |
| 03/13/13 | P. Marks | C300 | 0.70 | Review and evaluate email comments re approaches to issues. |
| 03/13/13 | J. Lanham | C300 | 3.80 | Review documents. |
| 03/14/13 | K. Bourdeau | C300 | 0.60 | Conference with P. Marks re strategy on FOIA requests. |
| 03/14/13 | K. Bourdeau | C300 | 0.90 | Participate in team strategy call and follow-up communications re same. |
| 03/14/13 | P. Marks | C300 | 0.60 | Telephone conference with K. Bourdeau re FOIA and other strategy, and evaluate same. |
| 03/14/13 | P. Marks | C300 | 0.30 | Direct J. Lanham re FOIA issues. |
| 03/14/13 | P. Marks | C300 | 0.90 | Team weekly telephone conference. |
| 03/14/13 | P. Marks | C300 | 0.50 | Telephone conference with consultant re strategic issues. |
| 03/14/13 | J. Lanham | C300 | 0.50 | Telephone conference with P. Marks re FOIA request and call re same. |
| 03/15/13 | P. Marks | C300 | 1.10 | Address FOIA and data collection issues, and meeting logistics and planning issues. |
| 03/15/13 | J. Lanham | C300 | 0.30 | Document and FOIA related telephone conference. |
| 03/16/13 | K. Bourdeau | C300 | 0.30 | Review of agenda of meeting and review communications related to advocacy. |
| 03/18/13 | K. Bourdeau | C300 | 0.50 | Participate in conference call with Grace team re preparation for meeting. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE  4

| 03/18/13 | P. Marks | C300 | 0.80 | Telephone conferences with consultant re meeting preparation. |
| 03/18/13 | P. Marks | C300 | 0.50 | Telephone conference with team re meeting preparation. |
| 03/18/13 | P. Marks | C300 | 0.40 | Direct J. Lanham re task for presentation preparation and gather documents re same. |
| 03/19/13 | P. Marks | C300 | 1.90 | Telephone conference with EPA re possibility of assistance in obtaining FOIA documents, and follow-up evaluations and communications with client re same and related issues. |
| 03/19/13 | J. Lanham | C300 | 3.50 | Prepare talking points and telephone conference re documents. |
| 03/20/13 | K. Bourdeau | C300 | 0.50 | Review communications from P. Marks and prepare and transmit e-mail to P. Marks. |
| 03/21/13 | K. Bourdeau | C300 | 1.00 | Participate in Grace team strategy call and e-mail communications re preparation for meeting and attendance at meeting. |
| 03/21/13 | P. Marks | C300 | 0.60 | Team telephone conference. |
| 03/21/13 | P. Marks | C300 | 3.10 | Review materials for, participate in meeting and follow-up telephone conferences and emails with client re same. |
| 03/25/13 | P. Marks | C300 | 1.20 | Telephone conference with L. Duff and consultant re cited studies, and follow-up telephone conference with L. Duff re same. |
| 03/25/13 | P. Marks | C300 | 0.80 | Prepare talking points and circulate to team. |
| 03/26/13 | K. Bourdeau | C300 | 0.30 | Review recent developments and meeting information. |
| 03/26/13 | P. Marks | C300 | 0.90 | Update call with L. Duff and follow-up emails re same and meetings. |
| 03/27/13 | K. Bourdeau | C300 | 4.30 | Attend select portions of meeting and communications with P. Marks re results of meeting. |
| 03/28/13 | K. Bourdeau | C300 | 1.30 | Participate in Grace team call. |
| 03/28/13 | K. Bourdeau | C300 | 3.70 | Attend a portion of meeting. |
| 03/28/13 | P. Marks | C300 | 1.70 | Evaluate EPA issues and telephone conference with L. Duff re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE  5

| | | | | |
|---|---|---|---|---|
| 03/28/13 | P. Marks | C300 | 0.40 | Provide edits to correspondence. |
| 03/28/13 | P. Marks | C300 | 1.30 | Team conference call. |
| 03/28/13 | P. Marks | C300 | 0.50 | FOIA tasks and multiple emails re same. |
| 03/28/13 | J. Lanham | C300 | 0.50 | Email communications. |
| 03/29/13 | K. Bourdeau | C300 | 0.80 | Conference with E. Wolk re obtaining and assembling materials and brief review of materials re same. |

Total Hours :          81.20

Total Fees :      $46,168.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE  6

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 20.40 | $750.00 | $15,300.00 |
| P. Marks | 48.20 | $545.00 | $26,269.00 |
| J. Lanham | 12.60 | $365.00 | $4,599.00 |

| | | |
|---|---|---|
| Total Fees : | | $46,168.00 |
| 10% Discount : | | (4,616.80) |
| Total Fees Due : | | $41,551.20 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 81.20 | $46,168.00 |
| Total | 81.20 | $46,168.00 |

| | | |
|---|---|---|
| Total Fees : | 81.20 | $46,168.00 |
| 10% Discount : | | (4,616.80) |
| Total Fees Due : | | $41,551.20 |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $12.30 |
| E110 | Out-of-town Travel | $72.00 |

BEVERIDGE & DIAMOND, P.C.

| E111 | Meals | $25.44 |
| E124 | Other | $1,267.40 |

**Total Disbursements :**    **$1,377.14**

**TOTAL DUE :**    **$42,928.34**