# EXHIBIT B

(Trivalent Chromium)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

April 22, 2013  
Client/Matter #  01246-014988  
Invoice # 153601  
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/13 in Connection With:

**Trivalent Chromium**

| | | | | |
|---|---|---|---|---|
| 03/08/13 | P. Marks | C300 | 0.30 | Telephone conference with M. Obradovic re pending petition and associated questions. |

                              **Total Hours :**      0.30

                              **Total Fees :**      $163.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153601
April 22, 2013
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.30 | $545.00 | $163.50 |
|  | Total Fees : |  | $163.50 |
|  | 10% Discount : |  | (16.35) |
|  | Total Fees Due : |  | $147.15 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.30 | $163.50 |
| Total | 0.30 | $163.50 |
| Total Fees : | 0.30 | $163.50 |
| 10% Discount : |  | (16.35) |
| Total Fees Due : |  | $147.15 |

**Summary by Disbursement Codes :**

|  | **TOTAL DUE :** | **$147.15** |
|---|---|---|