# EXHIBIT C

(Curtis Bay Air)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

April 22, 2013  
Client/Matter #   01246-015577  
Invoice # 153602  
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/13 in Connection With:

**Curtis Bay Air**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 03/06/13 | L. McAfee | C300 | 0.30 | Emails re new projects. |
| 03/08/13 | L. McAfee | C300 | 1.00 | Prepare draft presentation for meeting. |
| 03/08/13 | L. McAfee | C300 | 3.50 | Site visit. |
| 03/08/13 | L. McAfee | C300 | 1.00 | Meeting with L. Duff re presentation. |
| 03/11/13 | L. McAfee | C300 | 0.20 | Emails re proposed project. |
| 03/13/13 | L. McAfee | C300 | 0.50 | Review project materials re burner replacement; email Zephyr re same. |
| 03/20/13 | L. McAfee | C300 | 3.20 | Revise PowerPoint presentation, discussion with L. Duff re presentation, and review additional information re same. |
| 03/20/13 | L. McAfee | C300 | 0.30 | Review new project information. |
| 03/22/13 | L. McAfee | C300 | 1.00 | Review and revise presentation. |
| 03/22/13 | L. McAfee | C300 | 4.50 | Team site meeting. |
| 03/26/13 | L. McAfee | C300 | 0.30 | Emails with J. Seinfeld re documents. |
| 03/26/13 | L. McAfee | C300 | 1.00 | Revise presentation and review L. Duff presentation. |
| 03/26/13 | L. McAfee | C300 | 0.20 | Emails re projects. |

| | | | | |
|---|---|---|---|---|
| BEVERIDGE & DIAMOND, P.C. | | | | INVOICE # 153602<br>April 22, 2013<br>PAGE  2 |
| 03/27/13 | L. McAfee | C300 | 4.00 | Preparation for and attend/conduct air permitting briefing at plant. |

                                  **Total Hours :**      21.00

                                  **Total Fees :**    $11,235.00

BEVERIDGE & DIAMOND, P.C.                                  INVOICE # 153602
                                                           April 22, 2013
                                                           PAGE   3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 21.00 | $535.00 | $11,235.00 |
|  | Total Fees : |  | $11,235.00 |
|  | 10% Discount : |  | (1,123.50) |
|  | Total Fees Due : |  | $10,111.50 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 21.00 | $11,235.00 |
| Total | 21.00 | $11,235.00 |
| Total Fees : | 21.00 | $11,235.00 |
| 10% Discount : |  | (1,123.50) |
| Total Fees Due : |  | $10,111.50 |

**Summary by Disbursement Codes :**

-

                                           **TOTAL DUE :**          **$10,111.50**