# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                      April 22, 2013
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-012629
7500 Grace Drive                              Invoice # 153600
Columbia, MD  21044                           Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| 03/01/13 | P. Marks | L190 | 0.30 | Address billing inquiry and contacts with client re same. |
|---|---|---|---|---|
| 03/05/13 | P. Marks | L190 | 0.30 | Address fee auditor issues with L. Duff. |
| 03/07/13 | P. Marks | L190 | 0.30 | Review report. |

Total Hours :          0.90

Total Fees :        $490.50

BEVERIDGE & DIAMOND, P.C.

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.90 | $545.00 | $490.50 |
|  | Total Fees : | | $490.50 |
|  | 10% Discount : | | (49.05) |
|  | Total Fees Due : | | $441.45 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 0.90 | $490.50 |
| Total L100 | 0.90 | $490.50 |
| Total Fees : | 0.90 | $490.50 |
| 10% Discount : | | (49.05) |
| Total Fees Due : | | $441.45 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $8.90 |
| E108 | Postage | $20.47 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153600
April 22, 2013
PAGE   3

---

Total Disbursements :                    $29.37


TOTAL DUE :                    $470.82