

April 25, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   233288

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH March 31, 2013

.

CLIENT SUMMARY

BALANCE AS OF- 03/31/13

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $586.50 | $45.34 | $631.84 |
| **.15543 -** 07 - Applicant's Fee Application | $432.00 | $0.00 | $432.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $1,482.00 | $0.00 | $1,482.00 |
| *Client Total* | *$2,500.50* | *$45.34* | *$2,545.84* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 2.70 | $575.00 | $1,552.50 |
| Kelley, Rena | 0.40 | $255.00 | $102.00 |
| Snyder, Jeffrey I | 0.20 | $445.00 | $89.00 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| Flores, Luisa M | 1.40 | $245.00 | $343.00 |
| | | | |
| | *TOTAL PROFESSIONAL FEES THIS PERIOD* | | **$2,500.50** |

.

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Archival/Retrieval Services | $22.50 |
| Long Distance Telephone | $18.24 |
| Copies | $4.60 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$45.34* |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$2,545.84** |

MIAMI 3655296.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| 03/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/28/13 | JMS | 0.30 | 172.50 | Review draft 2019 protocol. |
| 03/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

PROFESSIONAL SERVICES                                                                                      $586.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**COSTS ADVANCED**

| | | |
|---|---|---|
| 01/25/13 | Archival/Retrieval Services | 22.50 |
| 03/28/13 | Long Distance Telephone (415)989-1800; 24 Mins. | 18.24 |
| 03/08/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/11/13 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/11/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/11/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/13 | Copies 19 pgs @ 0.10/pg | 1.90 |

**TOTAL COSTS ADVANCED**                                                                  **$45.34**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $575.00 | $172.50 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| *TOTAL* | *2.10* | | *$586.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Archival/Retrieval Services | $22.50 |
| Long Distance Telephone | $18.24 |
| Copies | $4.60 |
| *TOTAL* | *$45.34* |

**CURRENT BALANCE DUE THIS MATTER**                                                      **$631.84**

MIAMI 3655296.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 03/05/13 | LMF | 0.20 | 49.00 | Review prebill for edits to same. |
| 03/08/13 | JIS | 0.20 | 89.00 | Review and revise February 2013 prebill |
| 03/11/13 | LMF | 0.40 | 98.00 | Review and analysis of January and February statements. |
| 03/14/13 | LMF | 0.80 | 196.00 | Prepare notices and summaries for both January and February 2013 statements and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES**                                                                 **$432.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.20 | $445.00 | $89.00 |
| Flores, Luisa M | 1.40 | $245.00 | $343.00 |
| *TOTAL* | *1.60* | | *$432.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$432.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE:  18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 03/01/13 | JMS | 0.80 | 460.00 | Review Lender's reply brief. |
| 03/04/13 | JMS | 1.60 | 920.00 | Review AMH Reply brief (.9); review Montana reply brief (.7). |
| 03/04/13 | RXK | 0.40 | 102.00 | Attention to appellants' reply briefs and email to J. Sakalo thereon (0.4). |

**PROFESSIONAL SERVICES**                                                     **$1,482.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.40 | $575.00 | $1,380.00 |
| Kelley, Rena | 0.40 | $255.00 | $102.00 |
| *TOTAL* | *2.80* | | *$1,482.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$1,482.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP