# EXHIBIT "A"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555　　　Fax:　(302) 575-1714

WR Grace PD Committee　　　　　　　　　　　March 1, 2013 to March 31, 2013

　　　　　　　　　　　　　　　　　　　　　　　　Invoice　#:　　47027

**RE:**　　WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 8.10 | 2,839.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.90 | 342.00 |
| B18 | Fee Applications, Others - | 2.50 | 423.00 |
| B25 | Fee Applications, Applicant - | 4.60 | 892.00 |
| B36 | Plan and Disclosure Statement - | 3.00 | 1,140.00 |
| B37 | Hearings - | 0.10 | 38.00 |
| B45 | Professional Retention Issues - | 1.90 | 722.00 |
| | **Total** | **21.10** | **$6,396.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 310.00 | 1.50 | 465.00 |
| Regina Matozzo | 250.00 | 0.70 | 175.00 |
| Theodore J. Tacconelli | 380.00 | 12.70 | 4,826.00 |
| Legal Assistant - KC | 150.00 | 6.20 | 930.00 |
| **Total** | | **21.10** | **$6,396.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**　　　　　　　　　　　　　　　　　　　**$1,970.19**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-13 | *Fee Applications, Others* - Review Bilzin 47th Quarterly fee app for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Continue review of AMH's Reply Brief | 0.60 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin 47th Quarterly fee app for efiling, efile and coordinate service of same | 0.40 | KC |
| Mar-02-13 | *Plan and Disclosure Statement* - complete review of AMH's Reply Brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Start review of Garlock's Reply Brief | 0.40 | TJT |
| Mar-04-13 | *Case Administration* - Confer with R. Matozzo re: memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce January 2013 prebill | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review order granting Imperial Tobacco's Motion to Proceed as Amicus Curiae | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli re: case status | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare draft invoice for Jan. 2013 monthly fee application, to TJT for review of same | 0.10 | KC |
| | *Fee Applications, Applicant* -   Prepare for and draft 47th Quarterly fee application for Oct. through Dec. 2012 and related documents, to LLC for review of same | 1.50 | KC |
| Mar-05-13 | *Case Administration* - Confer with T. Tacconelli re: recent District Court opinion and status of matter | 0.30 | LLC |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review District Court Opinion reversing Bankruptcy Court re: Garlock's Motion for Access to Rule 2019 Statements | 0.50 | TJT |
| | *Case Administration* - Confer with LLC re: District Court Opinion and related issues | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to Dec. 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to Dec. 2012 fee app with cos of same; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to Jan. 2013 draft invoice as exhibit to monthly fee app ; to TJT for final review of same | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft January 2013 monthly fee application and related documents | 0.40 | KC |
| Mar-06-13 | *Case Administration* - Review Fee Auditor's Final Report re: Deloitte 43rd-46th Interim Fee Period | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous   certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting AMH's Motion to Extend Time to File Reply Brief | 0.10 | TJT |
| Mar-07-13 | *Case Administration* - Review Fee Auditor's Final Report re: Beveridge & Diamond for 46th Interim Fee Period | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re: Final Report for 46 Interim fee Period re: no objections | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice from clerk re: possible oral argument | 0.10 | TJT |
| Mar-08-13 | *Case Administration* - E-mail from B. Ruhlander re: 46th Omnibus Final Report and e-mail to KC re:same | 0.20 | LLC |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Review Jan. 2013 monthly fee app for filng | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review certificate of no objection re: Dec. 2012 monthly fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review 47th Quarterly fee app for filng | 0.10 | LLC |
|  | *Case Administration* - Review Fee Auditor's Final report for 46 Interim Fee Period re: Combined No Objections | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Notice of Settlement of Claim re: EPA Nashville TN site | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: Garlock 2019 Statement Access Opinion | 0.10 | TJT |
| Mar-09-13 | *Case Administration* - Review order re: 2019 Statement Access Opinion | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Motion to Approve Settlement with Markel Intl. Ins. Co. with attachment | 0.50 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: Garlock 2019 statement Access Opinion | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel for PD FCR | 0.10 | TJT |
| Mar-11-13 | *Fee Applications, Applicant* - E-mail from A. Rich re: exhibit to January 2013 monthly fee app and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review letter from Garlock to Judge Stark re: agreed order re: Garlock 2019 Statement Access appeal | 0.10 | TJT |
|  | *Case Administration* - Review letter from Georgia-Pacific re: request for removal from service list | 0.10 | TJT |
|  | *Case Administration* - confer with LLC re: requests for removal from service list | 0.10 | TJT |
|  | *Case Administration* - Prepare memo to K. Callahan re: removal Georgia-Pacific from service list | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Authorize Contributions to Retirement Plans | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Prepare CNO to Dec. 2012 fee app for efiling, efile and service of same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Prepare January 2013 fee application for filing, efile and service of same | 0.30 | KC |
|  | *Fee Applications, Applicant* - Prepare 47th Quarterly fee app for efiling, efile and service of same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Email forwarded from LLC re: invoice to January 2012 monthly fee app | 0.10 | KC |
| Mar-12-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review order granting Debtor's Motion to Authorize Contributions to Retirement Plans | 0.10 | TJT |
|  | *Fee Applications, Others* - Email to L. Flores re: status of Bilzin's January 2013 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare notice of exhibit, in reference to Exh. A of January 2013 monthly fee app; to LLC for review of same | 0.20 | KC |
| Mar-13-13 | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by PI FCR | 0.10 | TJT |
| Mar-14-13 | *Case Administration* - Review correspondence from P. Cuniff re: 46th Interim Period Fee and Expense Chart | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review 46th Interim Period Fee and Expense Chart | 0.10 | TJT |
| | *Case Administration* - Confer with K. Callahan re: 46th Interim Period Fee and Expense Chart | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee member re: plan question | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review plan documents re: question by committee member | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare correspondence to committee member re: plan question | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by Debtors | 0.10 | TJT |
| | *Case Administration* - Review 46th Quarterly Fee and Expense Chart forwarded from T. Tacconelli; confirm fee and expense amounts | 0.20 | KC |
| Mar-15-13 | *Case Administration* - Review memo from K. Callahan re: 46th Interim Period Fee and Expense Chart | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by PI Committee | 0.10 | TJT |
| Mar-16-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Affidavit by Boies Schiller | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by St. Of Montana | 0.10 | TJT |
| Mar-18-13 | *Case Administration* - Review certificate of counsel re: 46th Quarterly fee apps and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Certificate of Counsel re: proposed order re: 46th Interim Period Quarterly Fees and Expenses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by AMH | 0.10 | TJT |
| Mar-19-13 | *Case Administration* - Review Certificate of Counsel re: 46th Interim Period Quarterly Fee and Expense chart | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion for Protective order re: Affidavit of M. Shelnitz | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by BLG | 0.10 | TJT |
| | *Fee Applications, Others* - Download Bilzin January 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Download Bilzin Feb. 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Review Bilzin Jan. 2013 fee app, revisions to notice to same, prepare cos; to LLC for review | 0.30 | KC |
| | *Fee Applications, Others* - Review Bilzin Feb. 2013 fee app, revisions to notice and preparation of cos to same; to LLC for review | 0.30 | KC |
| Mar-20-13 | *Fee Applications, Others* - Review Bilzin Feb. 2013 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review four miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by Equity Committee | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 4/2 hearing | 0.10 | TJT |
| | *Professional Retention Issues* - Review Debtor's Motion to Modify Retention of Baker Donelson with attachments | 1.90 | TJT |
| Mar-21-13 | *Fee Applications, Others* - Review Bilzin Jan 2013 monthly fee app for filing | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---:|---|
| | *Case Administration* - Review Debtor's Motion to Authorize 2013 LTIP | 0.40 | TJT |
| | *Case Administration* - Review order from District Court Implementing access to 2019 Statements | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by Travelers | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Jan. 2013 fee app for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* - Prepare Bilzin Feb. 2013 fee app for filing, efile and service of same | 0.30 | KC |
| Mar-22-13 | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by PIFCR | 0.10 | TJT |
| Mar-23-13 | *Case Administration* - Review Order scheduling status conference for 4/4 re: 2019 Statements | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by the Queen | 0.10 | TJT |
| Mar-25-13 | *Case Administration* - Review case management memo re: week ending 3-22-13 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 3/23/2013; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 3/22 | 0.10 | TJT |
| Mar-26-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Confer with LLC re: status of case and case ending issues | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's 47th Quarterly fee app for Oct. 2012 through Dec. 2012 | 0.10 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection to Bilzin 47th Quarterly fee app for Oct. 2012 through Dec. 2012; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare draft invoice for Feb. 2012 as exhibit to monthly fee app; to TJT for review | 0.20 | KC |
| Mar-27-13 | *Case Administration* - Review Order approving 46th period quarterly apps and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review order approving 46th Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review Draft Protocol by Judge Fitzgerald re: disclosure of Rule 2019 Statements to Garlock | 1.00 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce February Prebill | 0.30 | TJT |
| Mar-29-13 | *Plan and Disclosure Statement* - Review Letter from 3rd Circuit clerk re: oral argument date | 0.10 | TJT |
| Mar-30-13 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | Totals | 21.10 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| Mar-01-13 | Photocopy Cost | 8.10 |
| Mar-02-13 | Photocopy Cost | 3.70 |
| Mar-07-13 | Cost Advance - Lexis Nexis - legal research February (Inv #1302366399) | 962.95 |
| Mar-11-13 | Photocopy Cost | 3.20 |

| Invoice #: | 47027 | Page | 6 | March 1-March 31, 2013 |

| | | |
|---|---|---:|
| | Photocopy Cost | 6.00 |
| | Photocopy Cost | 0.60 |
| | Cost Advance - postage | 2.52 |
| Mar-18-13 | Cost Advance - Digital Legal - copies/service   (Inv # 72171) | 491.06 |
| Mar-27-13 | Photocopy Cost | 1.00 |
| | Cost Advance -   Digital Legal - copies/service (Inv #72429) | 491.06 |
| | Totals | $1,970.19 |

**Total Fees & Disbursements**               **$8,366.19**