# EXHIBIT A

# January Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 30320 under Case No. 01-01139 (JKF).  Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# February Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 30431 under Case No. 01-01139 (JKF).  Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# March Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 30531under Case No. 01-01139 (JKF).  Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.