## EXHIBIT A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/2013 | Lisa G Esayian | .70 | Revise motion for approval of Terra Nova/Markel insurance settlement (.4); correspond with ACC's insurance counsel re same (.3). |
| 3/06/2013 | John Donley, P.C. | .20 | Review insurance motion and correspond with L. Esayian re same. |
| 3/06/2013 | Lisa G Esayian | 1.00 | Revise approval motion for Terra Nova/Markel insurance settlement (.4); correspond with J. O'Neill and K. Makowski at Pachulski re filing of same (.3); update chart of Grace insurance settlements (.3). |
| 3/13/2013 | Lisa G Esayian | .90 | Review information re certain insurance proceeds received by W. R. Grace (.4); correspond with R. Finke re same (.3); correspond with R. Horkovich re same (.2). |
| 3/15/2013 | Lisa G Esayian | 1.00 | Correspond with R. Finke re Midland insurance proceeds (.2); review ACC information re expected proceeds from reimbursement agreements (.8). |
| | Total: | 3.80 | |

A-2

## Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/04/2013 | Benjamin Rhode | 1.40 | Research re Rust Consulting (.9); correspond with working group re same (.5). |
| 3/04/2013 | Kimberly K Love | .40 | Research re identifying role of Rust Consulting. |
| 3/04/2013 | Jeffrey Gettleman | .40 | Correspond with H. Bloom re Rust Consulting (.1); correspond with B. Rhode re maintenance of claims database by Rust Consulting (.2); correspond with A. Bloomer re same (.1). |
| 3/28/2013 | Adam C Paul | .40 | Correspond with M. Shelnitz re settlement of IP claim. |
| | Total: | 2.60 | |

A-3

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/13/2013 | Jeffrey Gettleman | .10 | Correspond with R. Higgins re LTIP motion draft. |
| 3/14/2013 | Jeffrey Gettleman | 1.20 | Correspond with J. O'Connell and J. Forgach re LTIP motion draft (.2); correspond with A. Paul re review of LTIP motion (.2); review and revise same (.4); correspond with R. Higgins re questions re LTIP motion (.1); correspond with T. Schmeling re precedential pleading re same (.1); correspond with R. Higgins and D. Hill re precedential LTIP motion (.2). |
| 3/15/2013 | Jeffrey Gettleman | 2.80 | Correspond with R. Higgins, M. Shelnitz and others re revised version of LTIP motion (.1); correspond with R. Higgins and counsel for plan proponents re same (.1); legal research re LTIP motion (.7); office conferences and telephone conferences with D. Hill re precedential pleadings re same (.3); review and revise LTIP motion (.6); telephone conferences with R. Higgins and A. Paul re same (.5); correspond with A. Paul and R. Higgins re same (.3); review A. Paul further comments to same (.2). |
| 3/15/2013 | Adam C Paul | 1.60 | Analyze and revise LTIP motion (1.2); correspond and telephone conference with J. Gettleman re same (.4). |
| 3/26/2013 | Mike Jones | 1.90 | Correspond with working group re potential asset purchase (.6); research re same (1.3). |
| 3/26/2013 | Jeffrey Gettleman | .70 | Correspond with A. Paul and M. Jones re precedential asset purchase pleadings. |
| 3/26/2013 | Adam C Paul | .20 | Correspond with J. Sprayregen re potential acquisition. |
| 3/27/2013 | Mike Jones | 1.50 | Correspond with working group re precedent for asset purchase approval (.4); review and analyze documents re same (1.1). |
| 3/27/2013 | Jeffrey Gettleman | .80 | Correspond with working group re asset purchase issues. |
| 3/27/2013 | Adam C Paul | .30 | Correspond with M. Jones and R. Higgins re potential asset acquisition. |
| 3/29/2013 | Mike Jones | .60 | Correspond with working group re asset purchase approval timeline. |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/29/2013 | Jeffrey Gettleman | 2.20 | Telephone conferences with A. Paul, R. Higgins and M. Jones re asset purchase issues (1.1); correspond with A. Paul and J. O'Connell re same (.2); telephone conference with R. Higgins re asset purchase protocol (.3); telephone conference with R. Higgins and M. Jones re Monday strategy call re same (.2); correspond with R. Higgins, J. O'Neill and K. Makowski re asset purchase hearing issues (.1); correspond with J. O'Neill, A. Paul and M. Jones re Judge Fitzgerald retirement date (.2); correspond with R. Higgins and J. O'Neill re same (.1). |
| 3/29/2013 | Adam C Paul | 2.20 | Telephone conference with M. Shelnitz and J. Sprayregen re potential acquisition (.7); telephone conference with R. Higgins and J. Gettleman re same (.6); telephone conference with J. Sprayregen re same (.2); analyze precedent re same (.7). |
| 3/29/2013 | James H M Sprayregen, P.C. | 1.50 | Telephone conferences with client and working group re potential acquisition (.9); review and analyze issues re same (.6). |
| | Total: | 17.60 | |

A-5

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/2013 | Adam C Paul | 1.20 | Analyze January fee application. |
| 3/04/2013 | Maureen McCarthy | 3.20 | Prepare attorney totals, paraprofessional totals, project category totals and expenses by categories totals re forty-seventh interim fee application (1.6); draft forty-seventh fee application (1.6). |
| 3/06/2013 | Jeffrey Gettleman | .40 | Research re billing issue (.3); correspond with A. Paul re same (.1). |
| 3/07/2013 | Mike Jones | 1.70 | Review and analyze fee auditor report (1.2); draft summary of same (.3); correspond with A. Paul re same (.2). |
| 3/08/2013 | Maureen McCarthy | 1.80 | Draft January fee application. |
| 3/11/2013 | Maureen McCarthy | 2.60 | Review and revise January fee application (.4); review and revise forty-seventh quarterly fee application (2.2). |
| 3/12/2013 | Maureen McCarthy | 1.70 | Revise January fee application. |
| 3/13/2013 | Adam C Paul | .70 | Analyze and revise K&E January fee application. |
| 3/14/2013 | Maureen McCarthy | .50 | Review and revise January fee application. |
| 3/15/2013 | Maureen McCarthy | 1.40 | Finalize January fee application for filing and service (1.3); correspond with local counsel re filing and service of same (.1). |
| 3/25/2013 | Benjamin Rhode | 1.80 | Review and revise February's invoice re applicable protocols. |
| 3/26/2013 | Mike Jones | 2.70 | Review and revise February invoice (2.3); correspond with working group re same (.4). |
| 3/28/2013 | Adam C Paul | .90 | Correspond with M. McCarthy re K&E fee application (.2); analyze and revise K&E fee application (.7). |
| 3/29/2013 | Maureen McCarthy | 1.00 | Review and revise forty-seventh quarterly fee application. |
|  | Total: | 21.60 | |

A-6

**Matter 35 - Fee Applications, Others - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/05/2013 | Adam C Paul | .20 | Correspond with R. Higgins re Baker claim. |
| 3/06/2013 | Adam C Paul | .40 | Telephone conference with R. Higgins re Baker claim. |
| 3/14/2013 | Jeffrey Gettleman | .10 | Correspond with A. Paul and R. Higgins re comments to Baker Donelson motion. |
| 3/15/2013 | Jeffrey Gettleman | .20 | Correspond with A. Paul and R. Higgins re further comments to Baker Donelson pleadings. |
| 3/15/2013 | Jeffrey Gettleman | .20 | Correspond with R. Higgins, R. Finke and A. Paul re Baker Donelson motion. |
| 3/15/2013 | Adam C Paul | 1.90 | Analyze and revise Baker motion. |
| 3/17/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul and R. Higgins re Baker Donelson motion. |
| 3/17/2013 | Adam C Paul | 1.80 | Analyze and revise Baker motion (1.4); correspond with R. Higgins re same (.4). |
| 3/18/2013 | Jeffrey Gettleman | .20 | Correspond with R. Finke and R. Higgins re comments to motion to seal re Baker Donelson motion. |
| 3/18/2013 | Adam C Paul | 1.00 | Analyze and revise Baker motion (.6); correspond with R. Higgins re same (.4). |
| 3/25/2013 | Jeffrey Gettleman | .30 | Telephone conference with R. Higgins re ordinary course professional issue (.1); correspond with K. Love and A. Brniak re same (.2). |
| | Total: | 6.60 | |

A-7

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/2013 | Mike Jones | .70 | Correspond with J. Gettleman re effective date planning chart (.3); review and revise same (.4). |
| 3/01/2013 | Jeffrey Gettleman | 3.40 | Correspond with working group re drafting of opinion letter (.6); correspond with R. Higgins re Section 365(n) issue (.1); correspond with A. Paul re same (.1); correspond with working group re effective date planning chart (.3); review and revise same (1.1); review and analyze pleadings re same (1.2). |
| 3/01/2013 | Adam C Paul | 1.60 | Analyze reply briefs. |
| 3/01/2013 | Rana Barakat | 6.50 | Research re trust claimants' privacy interests in trust submissions (1.8); review, analyze and summarize case law re same (1.9); draft and revise memorandum critiquing Garlock's contentions that a trust is a quasi-administrative process and that filing of trust claims should not be confidential (2.1); draft and revise memorandum summarizing bankruptcy hearing testimony re the FCR's constituency and whether it includes indirect claimants (.7). |
| 3/01/2013 | Lisa G Esayian | 1.30 | Review and analyze certain follow-up issues re AMH Third Circuit reply brief. |
| 3/02/2013 | Rana Barakat | 2.30 | Review, analyze and summarize case law re trust claimants' privacy interests in trust submissions (1.4); draft and edit memorandum critiquing Garlock's contentions that a trust is a quasi-administrative process and that filing of trust claims should not be confidential (.9). |
| 3/04/2013 | Kimberly K Love | .60 | Prepare and organize recently filed materials from various dockets for inclusion into case files. |
| 3/04/2013 | Adam C Paul | .60 | Telephone conference with D. Turetsky re AMH appeal (.3); correspond with J. Donley and M. Shelnitz re Garlock (.3). |
| 3/04/2013 | Rana Barakat | 4.30 | Review, analyze and summarize case law re trust claimants' privacy interests in trust submissions (1.9); review and analyze statutory provisions governing public access to bankruptcy filings (.3); draft and revise memorandum critiquing Garlock's contentions that a trust is a quasi-administrative process and that filing of trust claims should not be confidential (2.1). |
| 3/04/2013 | John Donley, P.C. | .60 | Review Garlock and AMH rulings and correspond with team and client re same. |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/04/2013 | Lisa G Esayian | 4.00 | Analyze issues in AMH's reply brief (2.3); assemble key evidence and documents for oral argument (1.7). |
| 3/05/2013 | Mike Jones | 2.10 | Telephone conference with J. Gettleman re Garlock decision (.3); review and analyze documents re same (1.8). |
| 3/05/2013 | Kimberly K Love | 1.90 | Review files and materials for information re various motions by Garlock requesting access to 2019 materials. |
| 3/05/2013 | Jeffrey Gettleman | 2.40 | Correspond with A. Paul re Garlock Delaware District Court opinion re access to exhibits to 2019 statements (.2); telephone conferences with A. Paul and M. Jones re same (.6); review and analyze Garlock opinion (.6); correspond with A. Paul re appeal of same (.1); correspond with A. Paul re analysis of arguments re same (.2); correspond with M. Shelnitz, J. Donley, A. Paul and others re same (.4); review R. Barakat analysis re same (.2); correspond with J. Donley re same (.1). |
| 3/05/2013 | Adam C Paul | 2.60 | Analyze Garlock order and effect on appeal (1.7); correspond with J. Donley and M. Shelnitz re same (.4); telephone conference with J. Gettleman re same (.3); correspond with L. Esayian re AMH appeal (.2). |
| 3/05/2013 | Rana Barakat | 1.90 | Review Garlock's Rule 2019 appeal briefs in Owens Corning case for any arguments relating to TDP confidentiality provisions (1.6); correspond with J. Donley and A. Paul re same (.3). |
| 3/05/2013 | John Donley, P.C. | 1.60 | Review Judge Stark district court opinion and analyze and outline Garlock issues relating to ruling (1.1); correspond with A. Paul, C. Landau and R. Barakat re same (.5). |
| 3/05/2013 | Lisa G Esayian | 3.80 | Review and revise chart of responses to AMH Third Circuit reply brief. |
| 3/06/2013 | Mike Jones | 3.40 | Research re amendment of TDPs (2.4); draft summary of same (.8); correspond with working group re same (.2). |
| 3/06/2013 | Kimberly K Love | 2.00 | Review transcripts and materials re Garlock's 2019 requests (.9); prepare and organize information requested by L. Esayian re upcoming hearings and deadlines (.4); prepare and organize recently filed materials for inclusion into case materials (.7). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/06/2013 | Jeffrey Gettleman | 1.20 | Correspond with R. Higgins re Garlock issues (.1); correspond with A. Paul re same (.1); office conference with A. Paul re same (.1); correspond with M. Jones re TDP question (.1); correspond with M. Jones re research and analysis of same (.5); review M. Jones analysis of TDP issue (.3). |
| 3/06/2013 | Adam C Paul | 1.30 | Analyze pleadings re Garlock order (.9); analyze and revise insurance motion (.3); correspond with L. Esayian re same (.1). |
| 3/06/2013 | Rana Barakat | 2.80 | Review Garlock's "fair and equitable" argument (.4); review Manville case re Garlock's reply brief (.4); draft critique of argument (.8); review Garlock's motion to reopen W.D. Pa appeals re Judge Fitzgerald's Rule 2019 order (.6); review underlying stay order and memorandum opinion (.6). |
| 3/06/2013 | John Donley, P.C. | .60 | Review Garlock filings and correspond with other parties' counsel and K&E team. |
| 3/06/2013 | Lisa G Esayian | 4.00 | Review and revise chart of issues and responses re AMH reply brief (1.8); review and revise outline for Third Circuit oral argument re AMH issues (2.2). |
| 3/07/2013 | Kimberly K Love | 2.00 | Prepare and organize various materials and information re 2019s (1.4); review and identify materials and information requested by L. Esayian re materials cited in appellees' AMH brief (.6). |
| 3/07/2013 | Jeffrey Gettleman | .20 | Correspond with A. Paul re TDP analysis. |
| 3/07/2013 | Adam C Paul | 1.40 | Telephone conferences with working group re Garlock appeal (.6); correspond with J. O'Neill re same (.2); analyze issues re resolicitation following TDP amendment (.6). |
| 3/07/2013 | Rana Barakat | 2.70 | Review Garlock's "fair and equitable" argument (.2); review Manville case re Garlock's reply brief (.3); draft critique of argument (.4); review bankruptcy hearing testimony re constituency of FCR (.6); draft critique of Garlock's argument that FCR constituency consists only of personal injury demand holders (1.0); office conference with K. Love re Montana's post-petition settlements with certain asbestos claimants and re Garlock's Rule 2019 appeal (.2). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/07/2013 | John Donley, P.C. | 2.80 | Review drafts and revisions relating to Garlock 2019 discovery appeal (1.3); correspond with co-counsel in various cases re same (.5); correspond with R. Barakat and A. Paul re same (.3); review recent filings, pleadings and orders (.3); review Third Circuit notice and procedures (.2); correspond with D. Felder and co-counsel re same (.2). |
| 3/07/2013 | Lisa G Esayian | 3.50 | Review and analyze issues in AMH reply brief (1.3); outline AMH issues to be discussed with plan proponents' counsel (2.2). |
| 3/08/2013 | Adam C Paul | .90 | Telephone conference with J. Donley re appeal (.4); analyze Garlock order (.3); analyze agenda (.2). |
| 3/08/2013 | Rana Barakat | 2.10 | Review Third Circuit dockets of Montana, Crown, bank lenders and AMH appeals for motions filed and rulings on those motions (.8); draft summary of pending motions and rulings in Third Circuit Appeals (1.3). |
| 3/08/2013 | John Donley, P.C. | .70 | Telephone conference with A. Paul re current developments and Third Circuit appeal (.3); correspond with R. Barakat re appeal issues (.2); telephone conference with K. Love re current projects (.2). |
| 3/09/2013 | Mike Jones | 1.80 | Review and analyze TDP issues (1.2); draft summary of same (.6). |
| 3/09/2013 | Jeffrey Gettleman | .20 | Review M. Jones additional analysis of TDP issue (.1); correspond with M. Jones re edits to effective date chart (.1). |
| 3/10/2013 | John Donley, P.C. | 2.00 | Review and analyze AMH-related briefing and authorities. |
| 3/11/2013 | Mike Jones | 1.70 | Research re modifying TDPs (1.4); correspond with working group re same (.3). |
| 3/11/2013 | Benjamin Rhode | 3.10 | Telephone conference with M. Jones re resoliciting votes if confirmation order overturned (.3); legal research re same (2.1); draft analysis of same (.7). |
| 3/11/2013 | Kimberly K Love | .80 | Review and obtain materials re Third Circuit procedures (.4); prepare and organize court filings (.4). |
| 3/11/2013 | Andrew Brniak | .60 | Prepare and compile docketed pleadings re 2019 statements (.5); correspond with A. Paul, J. Donley and R. Barakat re same (.1). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/11/2013 | Jeffrey Gettleman | .70 | Correspond with A. Paul and M. Jones re TDP issue (.2); correspond with A. Paul and M. Jones re effective date chart (.4); review M. Jones further analysis of TDP issue (.1). |
| 3/11/2013 | Adam C Paul | 2.00 | Analyze appellate issues and timing (.6); telephone conference with J. Donley re same (.3); analyze AMH response (1.1). |
| 3/11/2013 | Rana Barakat | 1.80 | Analyze "disposition date" (.2); correspond with J. Donley re same (.1); review bankruptcy court docket and prior ruling re Rule 2019 forms (.9); draft summary of same (.6). |
| 3/11/2013 | John Donley, P.C. | 8.70 | Review and analyze AMH briefs and authorities and outline points and arguments (5.2); telephone conference and correspond with L. Esayian re same (.5); telephone conference with A. Paul re same (.3); correspond with P. Lockwood re appellate arguments (.3); analyze Judge Stark's ruling and review orders, briefs, record and research re Garlock 2019 issues and contents of exhibits and analyze impact of Judge Stark's ruling (1.8); draft correspondence to client re same (.4); telephone conference with A. Paul re same (.2). |
| 3/11/2013 | Lisa G Esayian | 4.50 | Telpehone conference with J. Donley re AMH reply brief (.5); review and analyze certain factual issues re same (2.0); prepare for telephone conference with plan proponents' counsel re AMH brief (2.0). |
| 3/12/2013 | Kimberly K Love | 2.40 | Prepare and organize factual materials (.3); review and identify portions of D. Martin's confirmation hearing testimony re property damage (1.3); review files for precedent Combustion Engineering transcript from Third Circuit court of appeals (.8). |
| 3/12/2013 | Jeffrey Gettleman | 1.80 | Telephone conference with client, working group and counsel for plan proponents re bi-weekly update and strategy. |
| 3/12/2013 | Adam C Paul | 2.60 | Telephone conference with ACC and FCR re weekly update and appellate issues (1.7); prepare for same (.9). |
| 3/12/2013 | John Donley, P.C. | 3.80 | Review, analyze and outline AMH briefing issues (2.1); telephone conference with client and ACC and FCR counsel re same (1.7). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/12/2013 | Lisa G Esayian | 3.90 | Telephone conference with M. Shelnitz, R. Finke and plan proponents' counsel re various issues re Third Circuit appeals and re AMH Third Circuit reply (2.0); review and analyze follow-up issues re same (1.9). |
| 3/13/2013 | Rana Barakat | .40 | Office conference with J. Donley re preparing for oral argument and filing oral argument acknowledgement form (.2); telephone conference with J. O'Neill re same (.2). |
| 3/13/2013 | John Donley, P.C. | 2.80 | Review and analyze AMH appellate issues (2.2); review, draft and revise Third Circuit filings and review rules (.3); correspond and telephone conferences with R. Barakat re same (.3). |
| 3/13/2013 | Lisa G Esayian | 1.50 | Review materials from Combustion Engineering Third Circuit appeal re standing issues. |
| 3/14/2013 | Mike Jones | 2.70 | Review and revise effective date planning chart (2.1); draft summary of same (.6). |
| 3/14/2013 | Jeffrey Gettleman | .50 | Correspond with M. Jones re effective date chart (.2); correspond with A. Paul re revised effective date chart (.3). |
| 3/14/2013 | Adam C Paul | .40 | Correspond with J. Gettleman re effective date chart (.2); correspond with R. Higgins re LTIP motion (.2). |
| 3/14/2013 | John Donley, P.C. | .80 | Review draft motions, recent pleadings and Garlock discovery appeal materials (.5); correspond with A. Paul re same (.2); telephone conference with R. Finke re current issues (.1). |
| 3/15/2013 | Mike Jones | .50 | Telephone conference with J. Gettleman re effective date planning chart. |
| 3/15/2013 | Jeffrey Gettleman | 2.30 | Review and revise effective date planning chart, list of documents to be drafted, list of documents to be reviewed, master action item list and master document list (1.2); telephone conference and correspond with M. Jones re same (.4); correspond with A. Paul re same (.1); correspond with M. Jones re further comments to effective date chart (.6). |
| 3/15/2013 | Lisa G Esayian | 2.50 | Review acknowledgements of arguing counsel filed in Third Circuit (.4); correspond with R. Finke re same (.2); review recent article re Grace Libby settlement issues (.3); review and analyze issues re AMH appellate standing (1.6). |
| 3/18/2013 | Mike Jones | 1.80 | Review and revise effective date planning chart. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/18/2013 | Jeffrey Gettleman | .40 | Review article re objection of Montana claimants to attorney's fees in Grace settlement (.1); correspond with M. Jones re effective date chart (.2); correspond with A. Paul re same (.1). |
| 3/18/2013 | Adam C Paul | .90 | Correspond with J. Donley re Garlock appeals (.2); analyze Garlock appellate papers (.4); analyze and revise agenda (.3). |
| 3/18/2013 | Lisa G Esayian | 4.50 | Review and analyze standing issues re AMH's plan objections (1.7); review and analyze factual issues raised in AMH's reply brief (2.8). |
| 3/19/2013 | Kimberly K Love | 2.50 | Review files and materials re D. Henry reports and background information as requested by A. Paul. |
| 3/19/2013 | Lisa G Esayian | 1.80 | Review and analyze AMH standing issues (.8); review and analyze Wright v. Corning issues (1.0). |
| 3/20/2013 | Kimberly K Love | 2.50 | Review files and materials re D. Henry reports and protective orders re same (1.8); prepare and organize recently filed materials for inclusion into case files (.7). |
| 3/20/2013 | Jeffrey Gettleman | .50 | Correspond with A. Paul and K. Love re Combustion Engineering order (.2); review Judge Stark order re Garlock access to 2019 exhibits (.1); correspond with A. Paul and M. Jones re Thursday meeting re draft effective date checklist (.2). |
| 3/20/2013 | Adam C Paul | 1.00 | Analyze 2019 order (.2); analyze effective date chart (.8). |
| 3/20/2013 | Lisa G Esayian | 3.90 | Review and analyze issues for Third Circuit oral argument re AMH. |
| 3/21/2013 | Mike Jones | 2.60 | Review and revise effective date planning chart (2.2); telephone conference with A. Paul and J. Gettleman re same (.4). |
| 3/21/2013 | Kimberly K Love | 1.50 | Obtain D. Henry materials as requested by A. Paul (.7); review and obtain information re closing arguments as requested by L. Esayian (.8). |
| 3/21/2013 | Jeffrey Gettleman | .70 | Office conference with A. Paul and M. Jones re comments to effective date chart and related documents (.4); correspond with M. Jones re same (.1); correspond with M. Jones re precedential closing documents and Combustion Engineering closing books (.2). |
| 3/21/2013 | Adam C Paul | 2.10 | Analyze effective date chart (1.7); office conference with J. Gettleman re same (.4). |

A-14

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 3/21/2013 | Lisa G Esayian | 2.50 | Correspond with R. Finke re AMH issues (.3); review and analyze AMH and standing issues for Third Circuit oral argument (2.2). |
| 3/22/2013 | Jeffrey Gettleman | .30 | Correspond with M. Jones and A. Paul re edits to effective date chart. |
| 3/23/2013 | Jeffrey Gettleman | .40 | Correspond with A. Paul re Third Circuit lender brief (.1); retrieve brief (.2); correspond with P. Nash and R. Barakat re same (.1). |
| 3/25/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones re corporate assistance re preparing closing documents. |
| 3/25/2013 | Adam C Paul | 1.10 | Analyze effective date issues (.8); correspond with J. Donley re same (.3). |
| 3/25/2013 | Brian T Stansbury | .20 | Analyze expert reports re confidentiality concerns. |
| 3/26/2013 | Mike Jones | 2.60 | Correspond with working group re effective date planning chart and indemnification issues (1.4); review and analyze documents re same (1.2). |
| 3/26/2013 | Kimberly K Love | .40 | Prepare and organize materials re Sealed Air requested by J. Donley. |
| 3/26/2013 | Jeffrey Gettleman | 3.90 | Correspond with M. Shelnitz re plan interpretation (.1); telephone conferences and correspond with J. Donley and M. Jones re plan interpretation issues (.9); review analysis of same (.8); telephone conference with M. Shelnitz, R. Finke, J. Donley and counsel for plan proponents re bi-weekly update call (1.1); correspond with M. Jones re inclusion of "indemnified taxes" issue in effective date chart (.1); send plan and exhibits citations to plan proponents re same (.2); correspond with J. Donley re same (.1); correspond with M. Jones re U.S. government release required in plan (.1); correspond with R. Frankel and M. Jones re meeting with D. Turetsky re Sealed Air issues (.2); correspond with A. Paul and J. Donley re U.S. government release and tax indemnity issue (.2); correspond with M. Shelnitz re interpretation of plan Section 7.13 (.1). |
| 3/26/2013 | Adam C Paul | 1.50 | Analyze effective date issues (1.1); correspond with J. Donley and J. Gettleman re same (.4). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/26/2013 | John Donley, P.C. | 4.00 | Review Third Circuit status and telephone conference with R. Barakat re next steps (.2); review and analyze plan and other documents relating to SEE and effective date (.6); telephone conference and correspond with J. Gettleman and M. Jones re same (.5); correspond with A. Paul re same (.4); correspond with client re same (.4); prepare for biweekly ACC/FCR strategy telephone conference (.2); participate in same (.8); review claimant inquiry (.1); review memorandum from L. Esayian re AMH appeal issues (.3); review rulings and correspondence re Garlock 2019 discovery (.3); review various recent pleadings, filings and orders (.2). |
| 3/27/2013 | Mike Jones | 1.10 | Correspond with working group re effective date planning chart (.3); review and revise same (.8). |
| 3/27/2013 | Kimberly K Love | 2.50 | Review Third Circuit cases re length from briefing to oral argument and create chart of same as requested by R. Barakat (1.7); prepare and organize recently filed materials for inclusion into case files (.8). |
| 3/27/2013 | Jeffrey Gettleman | 1.20 | Correspond with J. Donley and M. Jones re Sealed Air issue (.2); correspond with A. Paul and M. Jones re comments to effective date planning chart (.5); correspond with A. Paul re Sealed Air issues (.1); correspond with A. Paul re Combustion Engineering 2019 protocol (.1); correspond with J. Donley and A. Paul re effective date issues (.3). |
| 3/27/2013 | Adam C Paul | 1.50 | Correspond with J. Donley re Garlock (.4); telephone conference with J. Donley re effective date and weekly call (.3); analyze and revise effective date chart (.8). |
| 3/27/2013 | John Donley, P.C. | 2.20 | Telephone conference and correspond with A. Paul re plan issues (.4); review and analyze current issues relating to SEE (.4); review order and protocol and correspond with A. Paul and R. Barakat re Garlock 2019 discovery (.5); review and evaluate Third Circuit timing and appellate procedures (.3); correspond and telephone conference with R. Barakat re same (.2); telephone conference with J. O'Neill re same (.1); review pleadings and correspond with K&E team re Garlock 2019 discovery hearings and motions (.3). |
| 3/28/2013 | Kimberly K Love | 1.30 | Prepare and organize recently filed materials for inclusion into case files (.4); review and obtain materials re Judges Ambro, Fisher and Chagares (.9). |
| 3/28/2013 | Adam C Paul | .40 | Telephone conference with J. Donley re appeal. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/28/2013 | Rana Barakat | 1.50 | Review timing of recent oral argument and briefs filed in the Third Circuit (.2); correspond with J. Donley re same (.1); review biographies and profiles of panel assigned to hear appeals (.8); draft summary re same (.4). |
| 3/28/2013 | John Donley, P.C. | 5.70 | Review Third Circuit appellate issues (.3); review and analyze orders and applicable local appellate rules re oral argument (.6); telephone conference with J. O'Neill re same (.2); telephone conference with P. Lockwood re same (.3); review relevant opinions and panel materials (3.4); telephone conferences with R. Barakat and K. Love re same (.3); telephone conference with L. Cassazza re Third Circuit argument issues (.3); telephone conference with client re Third Circuit appeal (.3). |
| 3/28/2013 | Lisa G Esayian | 2.40 | Review Third Circuit letters re 6/17 oral argument (.4); telephone conference with J. Donley and A. Paul re same (.9); review and analyze issues re Third Circuit panel (1.1). |
| 3/29/2013 | Kimberly K Love | 2.00 | Review and highlight precedent re Third Circuit transcript for cites to Judge Ambro as requested by L. Esayian (.7); review files and obtain materials re Ernst & Young as requested by R. Higgins (1.3). |
| 3/29/2013 | Adam C Paul | .70 | Analyze Garlock pleadings. |
| 3/29/2013 | Rana Barakat | .60 | Review Garlock motion for clarification of court's implementing order re Rule 2019 exhibits (.2); draft summary of motion for J. Donley (.4). |
| 3/29/2013 | John Donley, P.C. | 5.00 | Review Third Circuit opinions relevant to appeal (3.2); review and analyze materials re appellate panel (1.5); correspond with K&E team re same (.3). |
| 3/29/2013 | Lisa G Esayian | 4.40 | Review and analyze issues for Third Circuit oral argument re AMH appeal. |
| | Total: | 206.90 | |

A-17

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/11/2013 | Todd F Maynes, P.C. | .50 | Research re tax claims. |
| 3/12/2013 | Thad Davis | .50 | Telephone conference with client re IRS claims. |
| 3/12/2013 | Todd F Maynes, P.C. | 1.30 | Telephone conferences with client and working group re tax claims. |
| 3/27/2013 | Jeffrey Gettleman | 1.60 | Correspond with working group re QSF issues (1.2); telephone conference with R. Higgins re same (.4). |
| 3/28/2013 | Jeffrey Gettleman | .20 | Correspond with J. O'Connell re QSF issues (.1); correspond with R. Higgins re same (.1). |
| 3/28/2013 | Todd F Maynes, P.C. | .40 | Correspond with working group re grantor trust issues. |
| 3/29/2013 | Todd F Maynes, P.C. | .50 | Correspond with working group re grantor trust issues. |
| | Total: | 5.00 | |

A-18