# **EXHIBIT B**

K&E 26219470.3

B-2

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $57.70 |
| Standard Copies or Prints | $403.50 |
| Overnight Delivery | $88.97 |
| Computer Database Research | $1,704.78 |
| **Total:** | **$2,254.95** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 2/08/2013 | 302.97 | West, Computer Database Research, Love, Kimberly, February 2013 |
| 2/19/2013 | 338.06 | West, Computer Database Research, Dukov, Nia, February 2013 |
| 2/24/2013 | 16.35 | West, Computer Database Research, Esayian, Lisa G., February 2013 |
| 2/25/2013 | 5.68 | West, Computer Database Research, Donley, John W., February 2013 |
| 2/28/2013 | 1,031.57 | West, Computer Database Research, Barakat, Rana, February 2013 |
| 3/01/2013 | 1.60 | Standard Prints |
| 3/01/2013 | 8.20 | Standard Prints |
| 3/06/2013 | 15.40 | Standard Prints |
| 3/06/2013 | 4.60 | Standard Prints |
| 3/06/2013 | 12.70 | Standard Prints |
| 3/06/2013 | 28.80 | Standard Prints |
| 3/06/2013 | 12.50 | Standard Prints |
| 3/08/2013 | 10.80 | Standard Prints |
| 3/08/2013 | 5.30 | Standard Prints |
| 3/08/2013 | .90 | Standard Prints |
| 3/08/2013 | 13.30 | Standard Prints |
| 3/08/2013 | 8.40 | Standard Prints |
| 3/11/2013 | 7.70 | Standard Copies or Prints |
| 3/11/2013 | 24.00 | Standard Prints |
| 3/18/2013 | 8.80 | Standard Prints |
| 3/18/2013 | 2.60 | Standard Prints |
| 3/18/2013 | 2.60 | Standard Prints |
| 3/18/2013 | 19.80 | Standard Prints |
| 3/18/2013 | 29.30 | Standard Prints |
| 3/21/2013 | 159.20 | Standard Copies or Prints |
| 3/21/2013 | 88.97 | Fed Exp to:Brian Stansbury, McAllen, TX from: Stephanie Medley |
| 3/26/2013 | 3.60 | Standard Prints |
| 3/26/2013 | 23.40 | Standard Prints |
| 3/26/2013 | 10.15 | West, Computer Database Research, Accelus Business Law Research Usage for 03/2013, Eggert Mary |
| 3/31/2013 | 57.70 | Intercall - Third Party Telephone Charges, J. Donley, 3/31/2013 |
| Total: | 2,254.95 | |

K&E 26219470.3