# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.,[1]

Debtors.

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

Objection Deadline:
Hearing Date: TBD only if necessary

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2013 THROUGH JANUARY 31, 2013

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 1.0 | $ 643.00 |
| Malcolm G. Henderson | Partner | Business | $601.00 | 0.5 | $ 300.50 |
| | | | | | |
| **TOTAL** | | | | 1.5 | $ 943.50 |

### Expenses

| Description | Total |
|---|---|
| Facsimiles | $ 4.50 |
| Photocopying | $ 2.20 |
| | |
| **TOTAL** | $ 6.70 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2013
Invoice No.: 514208
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

For Professional Services rendered through January 31, 2013

| | |
|---|---|
| Fees | $943.50 |
| Disbursements | 6.70 |
| **Total Fees and Disbursements** | **$950.20** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 514208
February 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/16/13 | Jaffe | P230 | Drafting audit letter response (.7). | 0.7 |
| 01/23/13 | Jaffe | P230 | Finalizing audit letter response (.3). | 0.3 |
| 01/23/13 | Henderson | P230 | Opinions Committee review of audit response (.5). | 0.5 |
| | | | **Total Hours** | **1.5** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 514208
February 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Malcolm G. Henderson | 0.5 | at | 601.00 | = | 300.50 |
| Seth D. Jaffe | 1.0 | at | 643.00 | = | 643.00 |
| **Total Fees** | | | | | **$943.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/24/13 | Facsimiles | 4.50 |
| 01/23/13 | In-House Photocopying | 0.20 |
| 01/24/13 | In-House Photocopying | 2.00 |
| **Total Disbursements** | | **$6.70** |

| | |
|---|---|
| **Total Fees** | **$943.50** |
| **Total Disbursements** | **6.70** |
| **Total Fees and Disbursements** | **$950.20** |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2013
Invoice No.: 514208
Matter No.: 08743.00101

Re:     **Bankruptcy Matters**

**Total Fees and Disbursements**                    **$950.20**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00101, Invoice #: 514208**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 6.7 | $ 4,308.10 |
| | | | | | |
| TOTAL | | | | 6.7 | $ 4,308.10 |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2013
Invoice No.: 514209
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through January 31, 2013

| | |
|---|---|
| Fees | $4,308.10 |
| **Total Fees and Disbursements** | **$4,308.10** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102

Invoice No.: 514209

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

February 28, 2013

Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/24/13 | Jaffe | P230 | Emails with team regarding location of groundwater treatment system and issues related to area below Lewis Pond Dam (.8). | 0.8 |
| 01/28/13 | Jaffe | P230 | Attention to issues related to area downstream of Lewis Pond, including reviewing, revising, draft evaluation report and emails with team regarding same (2.2). | 2.2 |
| 01/29/13 | Jaffe | P230 | Emails with team regarding downstream evaluation report (.8). | 0.8 |
| 01/30/13 | Jaffe | P230 | Team telephone conference and preparing for same (1.3); telephone call with Mr. Bucens regarding consent decree obligations (.2); emails with team regarding conference follow-up (.2). | 1.7 |
| 01/31/13 | Jaffe | P230 | Emails with Mr. Bucens regarding Record of Decision implementation issues and reviewing ROD and Consent Decree for same (1.2). | 1.2 |

**Total Hours**   **6.7**

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 514209
February 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 6.7 | at | 643.00 | = | 4,308.10 |
| **Total Fees** | | | | | **$4,308.10** |

| | | |
|---|---|---|
| **Total Fees** | | **$4,308.10** |
| **Total Fees and Disbursements** | | **$4,308.10** |


## FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 28, 2013
Invoice No.: 514209
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$4,308.10**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt <br> Account |

Reference
Information:

**Client/Matter #: 08743.00102, Invoice #: 514209**
**Billing Attorney: Seth D. Jaffe**
**Wire Originator: W.R. Grace & Company**

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 0.9 | $ 578.70 |
| **TOTAL** | | | | **0.9** | **$ 578.70** |



Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2013
Invoice No.: 514210
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

For Professional Services rendered through January 31, 2013

| | |
|---|---|
| Fees | $578.70 |
| **Total Fees and Disbursements** | **$578.70** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 514210
February 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/24/13 | Jaffe | P230 | Reviewing, revising, draft soil cleanup report to EPA and emails with team regarding same (.9). | 0.9 |
| | | | **Total Hours** | **0.9** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 514210
February 28, 2013
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.9 | at | 643.00 | = | 578.70 |
| | **Total Fees** | | | | **$578.70** |

| | | | | |
|---|---|---|---|---|
| **Total Fees** | | | | **$578.70** |
| **Total Fees and Disbursements** | | | | **$578.70** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2013
Invoice No.: 514210
Matter No.: 08743.00103

**Re:   Wells G&H Superfund Site**

**Total Fees and Disbursements**            $578.70

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00103, Invoice #: 514210**
**Billing Attorney: Seth D. Jaffe**
**Wire Originator: W.R. Grace & Company**

## Matter 108 - Discovery Sciences FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $504.00 | 0.8 | $    403.20 |
| Ross Margulies | Associate | Administrative | $333.00 | 3.1 | $  1,032.30 |
| Thomas Barker | Partner | Administrative | $722.00 | 0.5 | $    361.00 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 4.4 | $  1,796.50 |


**FOLEY**
**HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2013
Invoice No.: 514211
Matter No.: 08743.00108

Re:    **Discovery Sciences FDA Matters**

For Professional Services rendered through January 31, 2013

Fees                                              $1,796.50

**Total Fees and Disbursements**                  **$1,796.50**

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 514211
February 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/09/13 | Flaherty | B240 | Review and analyze Sodasorb for mining materials to assess whether product is properly considered an FDA-regulated medical device; (0.3) e-mail correspondence with E. Eller and T. Barker regarding same (0.2). | 0.5 |
| 01/14/13 | Flaherty | B240 | E-mail correspondence with E. Eller, T. Barker, and R. Margulies regarding Sodasorb medical device tax issue (0.1). | 0.1 |
| 01/18/13 | Flaherty | B240 | E-mail correspondence with E. Eller, T. Barker, and R. Margulies regarding Sodasorb medical device tax question for IRS (0.1); confer with T. Barker and R. Margulies regarding same (0.1). | 0.2 |
| 01/18/13 | Barker | B240 | Review draft question for client to submit to IRS on device tax (0.5). | 0.5 |
| 01/24/13 | Margulies | B240 | Presentation of Grace Sodasorb question to IRS officials and additional formal communication (1.4). | 1.4 |
| 01/31/13 | Margulies | B240 | Discussion with IRS on application of medical device tax to Sodasorb and follow up with J. Flaherty and T. Barker (1.7). | 1.7 |
| | | | **Total Hours** | **4.4** |

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 514211
February 28, 2013
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 0.8 | at | 504.00 | = | 403.20 |
| Ross Margulies | 3.1 | at | 333.00 | = | 1,032.30 |
| Thomas Barker | 0.5 | at | 722.00 | = | 361.00 |
| **Total Fees** | | | | | **$1,796.50** |

| | |
|---|---|
| **Total Fees** | **$1,796.50** |
| **Total Fees and Disbursements** | **$1,796.50** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2013
Invoice No.: 514211
Matter No.: 08743.00108

Re:    **Discovery Sciences FDA Matters**

       **Total Fees and Disbursements**       **$1,796.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00108, **Invoice #:** 514211
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company