IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | **Objection Deadline: June 3, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date: Monday, September 23, 2013 at 9:00am** |

## NOTICE OF APPLICATION

TO:     PARTIES ON THE 2002 SERVICE LIST

PLEASE TAKE NOTICE that Bilzin Sumberg Baena Price & Axelrod LLP, Inc., has filed its Forty-Eighth Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2013 through March 31, 2013.

PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of $ 12,013.45 and reimbursement of expenses in the amount of $ 512.41.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before **Monday June 3, 2013 at 4:00 p.m.** prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE  JUDITH K. FITZGERALD ON **MONDAY, SEPTEMBER 23, 2013 at 9:00 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  May 13, 2013          BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                              Counsel to the Official Committee of Asbestos
                              Property Damage Claimants
                              1450 Brickell Avenue, Suite 2300
                              Miami, Florida 33131
                              Telephone:  (305) 374-7580
                              Facsimile: (305) 374-7593


                              By:     /s/Jay M. Sakalo
                                      Scott L. Baena (Admitted <u>Pro</u> <u>Hac</u> <u>Vice</u>)
                                      Jay M. Sakalo (Admitted <u>Pro</u> <u>Hac</u> <u>Vice</u>)

-and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of Asbestos Property
Damage Claimants*

**SERVICE LIST**

**By First Class Mail and E-mail**:
Warren H. Smith
Warren H. Smith and Associates, P.C.
2235 Ridge Road
Suite 105
Rockwall, TX 75087
feeaudit@whsmithlaw.com

**By Hand Delivery:**
David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**By E-mail:**
Richard.Finke@grace.com

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyj.com
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Kathleen Campbell Davis, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Ste. 1620
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
syoder@potteranderson.com

Teresa K. D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
tcurrier@saul.com

Roger J. Higgins, P.C.
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Ste. 2800
Chicago, IL 60601
rhgins@bhflaw.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Ave., 21st Floor
New York, NY 10022-6000
pvnl@capdale.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod,
LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131-3456
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com