## EXHIBIT A

## CERTIFICATION

1. I have been designated by **Bilzin Sumberg Baena Price & Axelrod LLP** (the "Applicant") as the professional with responsibility in this case for compliance with Del.Bankr.LR 2016-2(f).

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Del.Bankr.LR 2016-2(f).

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on *Exhibit B*, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by Del.Bankr.LR 2016-2(e)).

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

5.  In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually invoiced to or paid by the Applicant to the third party.

I HEREBY CERTIFY that the foregoing is true and correct.

Dated: May 13, 2013

        **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
        Counsel to the Official Committee of Asbestos Property Damage Claimants
        1450 Brickell Avenue, Suite 2300
        Miami, Florida 33131
        Telephone: (305) 374-7580
        Facsimile: (305) 374-7593

        By: /s/ Jay M. Sakalo
           Scott L. Baena (Admitted Pro Hac Vice)
           Jay M. Sakalo (Admitted Pro Hac Vice)