**EXHIBIT C**


**Bilzin Sumberg**
ATTORNEYS AT LAW

February 8, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  228359

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH January 31, 2013

### CLIENT SUMMARY

BALANCE AS OF- 01/31/13

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $414.00 | $355.17 | $769.17 |
| .15538 - 02 - Debtors' Business Operations | $115.00 | $0.00 | $115.00 |
| .15543 - 07 - Applicant's Fee Application | $1,191.45 | $0.70 | $1,192.15 |
| .15554 - 18 - Plan & Disclosure Statement | $6,060.50 | $0.00 | $6,060.50 |
| *Client Total* | *$7,780.95* | *$355.87* | *$8,136.82* |
| *Less Credit Applied due to over payment in January 2008 (Ck# 471322)* | | | *-$967.21* |
| *Total Due* | | | *$7,169.61* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593          www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 1.70 | $725.00 | $1,232.50 |
| Sakalo, Jay M | 1.60 | $575.00 | $920.00 |
| Kelley, Rena | 15.20 | $255.00 | $3,876.00 |
| Snyder, Jeffrey I | 0.31 | $445.00 | $137.95 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| Flores, Luisa M | 4.90 | $245.00 | $1,200.50 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*          **$7,780.95**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| CD/DVD Duplication | $150.00 |
| Federal Express | $11.41 |
| Long Distance Telephone | $12.16 |
| Pacer - Online Services | $128.40 |
| Copies | $53.90 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$355.87* |

| TOTAL BALANCE DUE THIS PERIOD | $7,169.61 |
|---|---|

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

### RE: 01- Case Administration

| 01/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/24/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/31/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                              **$414.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## COSTS ADVANCED

| 12/31/12 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q42012; DATE: 1/3/2013 - Account#BILSUM | 122.40 |
|---|---|---|
| 12/31/12 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q42012; DATE: 1/3/2013 - Account#BILSUM | 6.00 |
| 01/22/13 | Long Distance Telephone (803)943-4444; 16 Mins. | 12.16 |
| 01/24/13 | CD/DVD Duplication | 40.00 |
| 01/25/13 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 216066022 DATE: 1/30/2013 | 11.41 |
| 01/30/13 | CD/DVD Duplication | 110.00 |
| 01/09/13 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/09/13 | Copies 93 pgs @ 0.10/pg | 9.30 |
| 01/09/13 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 01/18/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/22/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/23/13 | Copies 221 pgs @ 0.10/pg | 22.10 |
| 01/23/13 | Copies 80 pgs @ 0.10/pg | 8.00 |
| 01/23/13 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 01/23/13 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/23/13 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/24/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/24/13 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/24/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/24/13 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/24/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/24/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/24/13 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 01/29/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/30/13 | Copies 14 pgs @ 0.10/pg | 1.40 |

**TOTAL COSTS ADVANCED**                                                                 **$355.17**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| *TOTAL* | *1.80* | | *$414.00* |

### MATTER SUMMARY OF COSTS ADVANCED

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| CD/DVD Duplication | $150.00 |
| Federal Express | $11.41 |
| Long Distance Telephone | $12.16 |
| Pacer - Online Services | $128.40 |
| Copies | $53.20 |
| *TOTAL* | *$355.17* |

**CURRENT BALANCE DUE THIS MATTER**                                        $769.17

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

## RE: 02 - Debtors' Business Operations

01/22/13    JMS    0.20    115.00    Review notices of asset sales and settlements.

**PROFESSIONAL SERVICES**                                                        $115.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $575.00 | $115.00 |
| *TOTAL* | *0.20* | | *$115.00* |

**CURRENT BALANCE DUE THIS MATTER**                                              $115.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

## RE: 07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 01/17/13 | JIS | 0.31 | 137.95 | Review and revise December prebill. |
| 01/23/13 | LMF | 0.70 | 171.50 | Prepare summary and notice for December statement of fees and submit to local counsel for filing and service (.4); initial work to prepare quarterly fee application (.3). |
| 01/24/13 | LMF | 1.40 | 343.00 | Work on quarterly fee application and meet with accounting regarding related issue. |
| 01/25/13 | LMF | 0.40 | 98.00 | Further meetings regarding December statement and revisions to same. |
| 01/29/13 | LMF | 0.40 | 98.00 | Review revisions to statement of fees for month of December 2012. |
| 01/30/13 | LMF | 1.40 | 343.00 | Revise and resubmit statement for December, notice and summary to local counsel for filing and service and attend to revisions and finalize quarterly fee application for attorney's review. |

**PROFESSIONAL SERVICES**                                                                     **$1,191.45**

### COSTS ADVANCED

| | | | |
|---|---|---|---|
| 01/30/13 | Copies 7 pgs @ 0.10/pg | | 0.70 |

**TOTAL COSTS ADVANCED**                                                                          **$0.70**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.31 | $445.00 | $137.95 |
| Flores, Luisa M | 4.30 | $245.00 | $1,053.50 |
| *TOTAL* | *4.61* | | *$1,191.45* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Copies | $0.70 |
| *TOTAL* | *$0.70* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$1,192.15**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 18 - Plan & Disclosure Statement

| 01/09/13 | LMF | 0.60 | 147.00 | Assist with research on briefs filed in Third Circuit Court. |
| 01/09/13 | RXK | 3.20 | 816.00 | Discuss appeal of confirmation order with J. Sakalo (0.4); review docket activity and review briefs filed (2.8). |
| 01/11/13 | RXK | 4.10 | 1,045.50 | Review docket and summarize appeal briefs for J. Sakalo (4.1). |
| 01/23/13 | RXK | 5.60 | 1,428.00 | Further review of appellants' filed briefs and appellee's responses (4.2); draft summary for J. Sakalo (1.4). |
| 01/24/13 | JMS | 1.10 | 632.50 | Begin review of response briefs filed by Debtors. |
| 01/24/13 | RXK | 2.30 | 586.50 | Review Grace's responses to appellants' briefs and email summary to J. Sakalo (2.3). |
| 01/25/13 | JMS | 0.30 | 172.50 | Letter to D. Speights regarding CD of PD claims images. |
| 01/30/13 | SLB | 1.70 | 1,232.50 | Attention to Grace's reply brief regarding Anderson Memorial Hospital (1.1); attention to Grace's reply brief regarding Bank Lenders (.6). |

**PROFESSIONAL SERVICES** $6,060.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.70 | $725.00 | $1,232.50 |
| Sakalo, Jay M | 1.40 | $575.00 | $805.00 |
| Kelley, Rena | 15.20 | $255.00 | $3,876.00 |
| Flores, Luisa M | 0.60 | $245.00 | $147.00 |
| *TOTAL* | *18.90* | | *$6,060.50* |

**CURRENT BALANCE DUE THIS MATTER** $6,060.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP


**Bilzin Sumberg**
ATTORNEYS AT LAW

March 11, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  230277

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH February 28, 2013

## CLIENT SUMMARY

**BALANCE AS OF - 02/28/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537** - 01- Case Administration | $414.00 | $111.20 | $525.20 |
| **.15543** - 07 - Applicant's Fee Application | $685.50 | $0.00 | $685.50 |
| **.15544** - 08 - Hearings | $230.00 | $0.00 | $230.00 |
| **.15554** - 18 - Plan & Disclosure Statement | $402.50 | $0.00 | $402.50 |
| *Client Total* | *$1,732.00* | *$111.20* | *$1,843.20* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 1.10 | $575.00 | $632.50 |
| Snyder, Jeffrey I | 1.10 | $445.00 | $489.50 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| Flores, Luisa M | 0.80 | $245.00 | $196.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*     **$1,732.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| CD/DVD Duplication | $110.00 |
| Copies | $1.20 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$111.20* |

| TOTAL BALANCE DUE THIS PERIOD | $1,843.20 |
|---|---|

MIAMI 3585454.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE: 01- Case Administration

| 02/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 02/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                   **$414.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 01/29/13 | CD/DVD Duplication | 110.00 |
| 02/08/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/08/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/08/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/26/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/26/13 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**     **$111.20**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| **TOTAL** | **1.80** | | **$414.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| CD/DVD Duplication | $110.00 |
| Copies | $1.20 |
| **TOTAL** | **$111.20** |

**CURRENT BALANCE DUE THIS MATTER**     **$525.20**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

### RE: 07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 02/05/13 | JIS | 0.40 | 178.00 | Review and revise January prebill. |
| 02/06/13 | LMF | 0.20 | 49.00 | Attend to edits to January statement of fees. |
| 02/08/13 | LMF | 0.20 | 49.00 | Review edits to January fees prior to submitting for filing. |
| 02/13/13 | JIS | 0.70 | 311.50 | Review and revise 47th quarterly interim fee application and discuss same with L. Flores. |
| 02/15/13 | LMF | 0.40 | 98.00 | Finalize quarterly fee application and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES**                                                                 **$685.50**

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.10 | $445.00 | $489.50 |
| Flores, Luisa M | 0.80 | $245.00 | $196.00 |
| *TOTAL* | *1.90* | | **$685.50** |

**CURRENT BALANCE DUE THIS MATTER**                                          **$685.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| 01/22/13 | JMS | 0.20 | 115.00 | Review agenda for 2/4 hearing and email to committee regarding cancelation. |
| 02/19/13 | JMS | 0.20 | 115.00 | Review agenda for 2/25 hearing and email to Committee regarding same. |

PROFESSIONAL SERVICES                                                      $230.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $575.00 | $230.00 |
| *TOTAL* | *0.40* | | *$230.00* |

CURRENT BALANCE DUE THIS MATTER                                            $230.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| 02/11/13 | JMS | 0.30 | 172.50 | Email exchange with T. Brandi in response to questions about pending appeals. |
| 02/12/13 | JMS | 0.40 | 230.00 | Email exchange with T. Brandi regarding status of appeals/timing of effective date. |

PROFESSIONAL SERVICES $402.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | $575.00 | $402.50 |
| *TOTAL* | *0.70* | | *$402.50* |

CURRENT BALANCE DUE THIS MATTER $402.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP


**Bilzin Sumberg**
ATTORNEYS AT LAW

April 25, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  233288

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
  THROUGH March 31, 2013

### CLIENT SUMMARY

BALANCE AS OF 03/31/13

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537** - 01- Case Administration | $586.50 | $45.34 | $631.84 |
| **.15543** - 07 - Applicant's Fee Application | $432.00 | $0.00 | $432.00 |
| **.15554** - 18 - Plan & Disclosure Statement | $1,482.00 | $0.00 | $1,482.00 |
| *Client Total* | *$2,500.50* | *$45.34* | *$2,545.84* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 2.70 | $575.00 | $1,552.50 |
| Kelley, Rena | 0.40 | $255.00 | $102.00 |
| Snyder, Jeffrey I | 0.20 | $445.00 | $89.00 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| Flores, Luisa M | 1.40 | $245.00 | $343.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**          **$2,500.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Archival/Retrieval Services | $22.50 |
| Long Distance Telephone | $18.24 |
| Copies | $4.60 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$45.34** |

**TOTAL BALANCE DUE THIS PERIOD**          **$2,545.84**

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| 03/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/28/13 | JMS | 0.30 | 172.50 | Review draft 2019 protocol. |
| 03/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 03/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                              **$586.50**

MIAMI 3655296.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

<u>COSTS ADVANCED</u>

| 01/25/13 | Archival/Retrieval Services | 22.50 |
| 03/28/13 | Long Distance Telephone (415)989-1800; 24 Mins. | 18.24 |
| 03/08/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/11/13 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/11/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/11/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/13 | Copies 19 pgs @ 0.10/pg | 1.90 |

**TOTAL COSTS ADVANCED**      **$45.34**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $575.00 | $172.50 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| *TOTAL* | *2.10* | | *$586.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Archival/Retrieval Services | $22.50 |
| Long Distance Telephone | $18.24 |
| Copies | $4.60 |
| *TOTAL* | *$45.34* |

**CURRENT BALANCE DUE THIS MATTER**      **$631.84**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 03/05/13 | LMF | 0.20 | 49.00 | Review prebill for edits to same. |
|----------|-----|------|-------|-----------------------------------|
| 03/08/13 | JIS | 0.20 | 89.00 | Review and revise February 2013 prebill |
| 03/11/13 | LMF | 0.40 | 98.00 | Review and analysis of January and February statements. |
| 03/14/13 | LMF | 0.80 | 196.00 | Prepare notices and summaries for both January and February 2013 statements and submit to local counsel for filing and service. |

PROFESSIONAL SERVICES                                                                 $432.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Snyder, Jeffrey I | 0.20 | $445.00 | $89.00 |
| Flores, Luisa M | 1.40 | $245.00 | $343.00 |
| *TOTAL* | *1.60* | | *$432.00* |

CURRENT BALANCE DUE THIS MATTER                                                       $432.00

MIAMI 3655296.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

### RE: 18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 03/01/13 | JMS | 0.80 | 460.00 | Review Lender's reply brief. |
| 03/04/13 | JMS | 1.60 | 920.00 | Review AMH Reply brief (.9); review Montana reply brief (.7). |
| 03/04/13 | RXK | 0.40 | 102.00 | Attention to appellants' reply briefs and email to J. Sakalo thereon (0.4). |

**PROFESSIONAL SERVICES** $1,482.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.40 | $575.00 | $1,380.00 |
| Kelley, Rena | 0.40 | $255.00 | $102.00 |
| *TOTAL* | *2.80* | | *$1,482.00* |

**CURRENT BALANCE DUE THIS MATTER** $1,482.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP