**EXHIBIT A**

**December 2012 Fee Detail**

**Matter 18**  **Section 199 Tax Study**

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wetcher, Andrew D. | 12/4/2012 | WR Grace Section 199 - discussion with Rob Levin regarding open items for 2010 calculation (.6 hours); review of 2010 tax year material received for calculation from client (1.5 hours) | 2.1 | $350.00 | $735.00 |
| Vorrath, David Allen | 12/5/2012 | Work with Mat Abraham on monthly/quarterly billing process, including conference call with Roger Higgins | 1 | $600.00 | $600.00 |
| Wetcher, Andrew D. | 12/5/2012 | WR Grace Sec. 199 - review of 2010 materials received (1.6 hours); email to manager regarding required items necessary for calculation (.3 hours) | 1.9 | $350.00 | $665.00 |
| Wetcher, Andrew D. | 12/6/2012 | WR Grace Section 199 - Discussion with Rob Levin regarding 2009 and 2011 calculations pursuant to questions/notes from IRS auditor (.7 hours); investigation of open items from IRS questions to client and review of M-1s in calculation (1.2 hours) | 1.9 | $350.00 | $665.00 |
| Margulies, Mark A. | 12/11/2012 | Reviewed project status; 0.5 and reviewed billing 0.5 | 1 | $600.00 | $600.00 |
| Schwarz, Melbert E. | 12/21/2012 | Review memo | 2 | $715.00 | $1,430.00 |
| Levin, Rob | 12/21/2012 | Review of 2011 section 199 study for don | 2 | $550.00 | $1,100.00 |
| Wetcher, Andrew D. | 12/21/2012 | WR Grace Section 199 - review of PBC emails for 2010 sec. 199 calculation (.5 hours) | 0.5 | $350.00 | $175.00 |
| **Total** | | | **12.40** | | **$5,970.00** |

| Matter 18 | | R&D Tax Credit Study | | | |
|---|---|---|---|---|---|
| **Professional** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| Watson, Sara B | 12/3/2012 | Review WR Grace R&D Deliverable | 4 | $400.00 | $1,600.00 |
| Stargel, Andrew L | 12/3/2012 | Reviewed memos and updated progress in master excel file (4.5), worked on updating deliverable (3.5) | 8 | $245.00 | $1,960.00 |
| Lynes, Daniel A. | 12/3/2012 | Review of the Specialty Catalysts group's business component write-ups for the R&D tax credit study (8.0 hours). | 8 | $400.00 | $3,200.00 |
| Watson, Sara B | 12/4/2012 | Review WR Grace R&D Deliverable | 4 | $400.00 | $1,600.00 |
| Abraham, Mathew | 12/4/2012 | Review of WR Grace & fee analysis; follow up on Sept fee app | 2.5 | $400.00 | $1,000.00 |
| Stargel, Andrew L | 12/4/2012 | Linked memos to the deliverable, created a list of missing documents which need to be linked (2) | 2 | $245.00 | $490.00 |
| Lynes, Daniel A. | 12/4/2012 | Finalization of the 2010 and 2011 R&D tax credit numbers per the IRS adjustments and comments received (4.0 hours). | 4 | $400.00 | $1,600.00 |
| Levin, Rob | 12/4/2012 | 2011 R&D analysis | 4 | $550.00 | $2,200.00 |
| Abraham, Mathew | 12/5/2012 | Drafting Quarterly fee application (3.3); phone call with Vorrath and outside counsel, Roger Higgins (.5) | 3.8 | $400.00 | $1,520.00 |
| Stargel, Andrew L | 12/5/2012 | Researched Fairchild case and read related regulations (4), completed updating deliverable based on review notes from Catie (4) | 8 | $245.00 | $1,960.00 |
| Vorrath, David Allen | 12/5/2012 | Work with Mat Abraham on monthly/quarterly billing process, including conference call with Roger Higgins | 1 | $600.00 | $600.00 |
| Abraham, Mathew | 12/6/2012 | Prepared quarterly application (2.5); discussion with Roger Higgins (.5) | 3 | $400.00 | $1,200.00 |
| Watson, Sara B | 12/7/2012 | Review WR Grace R&D Deliverable | 2 | $400.00 | $800.00 |
| Lynes, Daniel A. | 12/7/2012 | Building of Deliverable for the R&D study (4.5 hours). | 4.5 | $400.00 | $1,800.00 |
| Abraham, Mathew | 12/10/2012 | Reviewed billing (1.0) | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 12/10/2012 | Review and edits to R&D project memos (8.0 hours) | 8 | $400.00 | $3,200.00 |
| Lynes, Daniel A. | 12/11/2012 | Call with the IRS related to procedural issues with a partnership owned 50% by Grace (1.0 hours). | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 12/11/2012 | Internal discussion with Rob Levin on procedural issues related to a partnership for inclusion in the Grace R&D tax credit for 2008 and 2009 (1.0) | 1 | $400.00 | $400.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 12/11/2012 | Review of project documentation related to business component analysis (4.0 hours). | 4 | $400.00 | $1,600.00 |
| Levin, Rob | 12/11/2012 | IRS Discussion with Mark, Shawn, and Carlos relating to the inclusion of ART QREs as part of the study (1.3). Review of the ART qualified research expenditures that may be included as part of the 2008 WR Grace Study (.7) | 2 | $550.00 | $1,100.00 |
| Stoddard, Joseph | 12/11/2012 | Meeting with GT team (Levin, Lynes, Goldberg, and Stoddard) to prepare for call with IRS team re: ART qualified research expenses and related computational issues (.5); phone conference with IRS and GT team (Levin, Lynes, Goldberg, and Stoddard) to discuss ART qualified research expenses and related computational / procedural issues (.6) | 1.1 | $600.00 | $660.00 |
| Goldberg, Walter S | 12/11/2012 | IRS issue | 1 | $650.00 | $650.00 |
| Lynes, Daniel A. | 12/12/2012 | Review and formatting of the R&D electronic deliverable (4.0 hours). | 4 | $400.00 | $1,600.00 |
| Lynes, Daniel A. | 12/13/2012 | Work on the R&D electronic deliverable (2.30 hours). | 2.3 | $400.00 | $920.00 |
| Stargel, Andrew L | 12/13/2012 | Made revisions to deliverable (8) | 8 | $245.00 | $1,960.00 |
| Abraham, Mathew | 12/17/2012 | Reviewing fee auditor report (.6); reviewing prior fee applications (1.2); call with Levin to discuss fee app (.4); gathering information for responses to fee auditor (.5) | 2.7 | $400.00 | $1,080.00 |
| Stargel, Andrew L | 12/17/2012 | Cleared Joe's review comments on final memos (3) | 3 | $245.00 | $735.00 |
| Levin, Rob | 12/18/2012 | Time spent reviewing the 2008-2011 Executive Report/Methodology memorandum (30-40 page memorandum). Time spent researching technical aspects of the credit that apply to WR Grace, as well as, the Study's specific methodology utilized by Grant to qualify, quantify and compute the 2008-2011 R&D tax credits (5.8 hours). | 5.8 | $550.00 | $3,190.00 |
| Lynes, Daniel A. | 12/18/2012 | | 3.1 | $400.00 | $1,240.00 |
| Stoddard, Joseph | 12/18/2012 | Review business component analysis memoranda (Bioseparations - .3 hr; Bondera - .2 hr; Ideation - .2 hr; Kronos - .1 hr; PC Disbursement - 2. hr; PolyTrack II - .2 hr; RE Substitution - .2 hr; Reliance - .1 hr; Taurus - .2 hr) | 1.7 | $600.00 | $1,020.00 |
| Stargel, Andrew L | 12/18/2012 | Linked memos to deliverable (2) | 2 | $245.00 | $490.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 12/19/2012 | Review and clearing of comments on the R&D tax credit executive report (3.70 hours). | 3.7 | $400.00 | $1,480.00 |
| Levin, Rob | 12/19/2012 | Time spent finalizing the 2008 - 2011 R&D executive report | 1.1 | $550.00 | $605.00 |
| Lynes, Daniel A. | 12/20/2012 | Research into state R&D tax credits (2.30 hours). | 2.3 | $400.00 | $920.00 |
| Stoddard, Joseph | 12/20/2012 | R&D Tax Credit - review executive report memorandum | 1.5 | $600.00 | $900.00 |
| Stargel, Andrew L | 12/21/2012 | Linked documents to memos (3), linked memos to deliverable and sent to Catie (2) | 5 | $245.00 | $1,225.00 |
| Levin, Rob | 12/26/2012 | NON-BILLABLE - bankruptcy court documentation | 8 | $550.00 | $4,400.00 |
| **Total** | | | **129.00** | | **$50,465.00** |