**EXHIBIT B**

**DECEMBER 2012 EXPENSE DETAIL**

| Professional | Date | Description | Cost Code | Amount |
|---|---|---|---|---|
| Levin, Rob | 12/21/2012 | WR Grace IRS audit lunch to discuss Section 199 methodology. 2 people. | Meals | $59.00 |
| **Total** | | | | **$59.00** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Meals | $59.00 |
| **Total:** | **$59.00** |

## ITEMIZED EXPENSES

| Date | Amount | Service Description |
|---|---|---|
| 12/21/2012 | $59.00 | Meals |
| **Total** | **$59.00** | |

Total December 2012 Expenses: $ 59.00