**W. R. Grace 2002 Service List**
Case No. 01-1139

*First Class Mail*

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

*First Class Mail*

Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*First Class Mail*

Steven M. Yoder, Esquire
Potter Anderson & Coroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

*First Class Mail*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

*First Class Mail*

Robert J. Stearn, Jr.
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*First Class Mail*

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*First Class Mail*

Jeffrey C. Wisler, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE  19899

*First Class Mail*

Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE  19801

*First Class Mail*

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE  19899

*First Class Mail*

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*First Class Mail*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
222 Delaware Ave, 16th Floor
Wilmington, DE  19801-1246

*First Class Mail*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

*First Class Mail*

Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

*First Class Mail*

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

*First Class Mail*

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

*First Class Mail*

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

*First Class Mail*

Teresa K.D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

*First Class Mail*

Rachel B. Mersky, Esquire
Monzack Monaco McLaughlin and Browder
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*First Class Mail*

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE  19801

*First Class Mail*

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

*First Class Mail*

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19899

*First Class Mail*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*First Class Mail*

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

*First Class Mail*

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

*First Class Mail*

James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE  19899-0709

*First Class Mail*

Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE  19801

*First Class Mail*

Joseph N. Argentina, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801-1254

*First Class Mail*

Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE  19801

*First Class Mail*

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

*First Class Mail*

Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

*First Class Mail*

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801

*First Class Mail*

Mark S. Chehi, Esquire
Robert A. Weber, Esquire
Douglas D. Herrmann, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*First Class Mail*

William D. Sullivan, Esquire
Sullivan Hazeltine Allison LLC
901 N. Market St. 13th floor
Wilmington, DE  19801

*First Class Mail*

Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allison LLC
901 N. Market St. 13th floor
Wilmington, DE  19801

*First Class Mail*

William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

*First Class Mail*
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

*First Class Mail*

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

*First Class Mail*

Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

*First Class Mail*

Garvan F. McDaniel, Esquire
BifferatoGentilotti LLC
1013 Centre Road, Suite 102
Wilmington, DE  19805

*First Class Mail*

Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

*First Class Mail*

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*First Class Mail*
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801

*First Class Mail*

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza,Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

*First Class Mail*

Eric D. Schwartz, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
PO Box 1347
Wilmington, DE  19899

*First Class Mail*

Neal J. Levitsky, Esquire
Seth A. Niederman, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19899

*First Class Mail*
Secretary of State
Department of State
Division of Corporations
P.O. Box 898
Dover, DE  19903

*First Class Mail*

Cindy Schultz
Ingersoll-Rand Fluid Products
209 N. Main Street
Bryan, OH  43506-1319

*First Class Mail*

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

*First Class Mail*

Danice Sims
4407 Azie Ave.
Baker, LA  70714

*First Class Mail*

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

*First Class Mail*

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 4019
Gulfport, MS  39505-4019

*First Class Mail*

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI  48909

*First Class Mail*

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

*First Class Mail*

William A. Frazell, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

*First Class Mail*

General Motors Acceptance Corporation
2000 Town Ctr Ste 2200
Southfield, MI48075

*First Class Mail*

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
P.O. Box 475
Jefferson City, MO  65105-0475

*First Class Mail*

Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
P.O. Box 2055
Monroe, LA  71207

*First Class Mail*

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

*First Class Mail*

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

*First Class Mail*

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*

Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

*First Class Mail*

Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX  75266-0502

*First Class Mail*

Trade-Debt.Net
2 Stamford Plaza #1501
Stamford, CT  06901-3263

*First Class Mail*

John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

*First Class Mail*

John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

*First Class Mail*

Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

*First Class Mail*

Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

*First Class Mail*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*

Philip Bentley, Esquire
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*

Sheila L. Birnbaum, Esquire
David M. Turestsky, Esquire
Bert L. Wolff
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

*First Class Mail*

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309

*First Class Mail*

Office of Reorganization
Securities & Exchange Commission
Atlanta Regional Office
950 E Paces Ferry Rd, NE Ste 900
Atlanta, GA  30326

*First Class Mail*

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*

Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, NE
Washington, DC  20549

*First Class Mail*

James D. Freeman
Jerel L. Ellington
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

*First Class Mail*

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

*First Class Mail*

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

*First Class Mail*

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

*First Class Mail*

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

*First Class Mail*

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

*First Class Mail*

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

*First Class Mail*

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

*First Class Mail*

Jamie O'Connell
Blackstone Advisory Partners
345 Park Avenue, 30th Floor
New York, NY  10154

*First Class Mail*

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

*First Class Mail*

Ann Harper, Esquire
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

*First Class Mail*

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*

Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX  75219

*First Class Mail*

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

*First Class Mail*

The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianapolis, IN  46204-3435

*First Class Mail*

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*

The Gibson Law Firm, PLLC
P.O. Box 6005
447 Northpark Drive
Ridgeland, MS  39157

*First Class Mail*

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

*First Class Mail*

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX  77017

*First Class Mail*

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

*First Class Mail*

Steven T. Hoort, Esquire
Ropes & Gray
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

*First Class Mail*

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

*First Class Mail*

Paul M. Matheny
The Law Offices of
Peter G. Angelos, P.C.
210 W. Pennsylvania Avenue, Suite 300
Towson, MD  21204-4546

*First Class Mail*

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX  78520

*First Class Mail*

Mary A. Coventry
Katherine White
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ  07407-1033

*First Class Mail*

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

*First Class Mail*

Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

*First Class Mail*

William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

*First Class Mail*

William S. Katchen, Esquire
Duane Morris LLP
1037 Raymond Blvd, Suite 1800
Newark, NJ  07102-5429

*First Class Mail*

Scott W. Wert, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

*First Class Mail*

Nathan F. Coco, Esquire
David S. Rosenbloom, Esquire
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

*First Class Mail*

Anton Volovsek
218 E. South Street
Granyeville, ID  83530

*First Class Mail*

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

*First Class Mail*

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

*First Class Mail*

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH  43215

*First Class Mail*

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

*First Class Mail*

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

*First Class Mail*

Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant County
Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD  21043

*First Class Mail*

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of NY
100 Church Street, Room 6-127
New York, NY  10007

*First Class Mail*

Janet Napolitano
Robert R. Hall
1275 West Washington Street
Phoenix, AZ  85007-1278

*First Class Mail*

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

*First Class Mail*

James P. Ruggeri
Scott A. Shail
Shipman & Goodwin LLP
1133 Connecticut Avenue, NW
3rd Floor, Suite A
Washington, D.C.  20036-4305

*First Class Mail*

Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

*First Class Mail*

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

*First Class Mail*

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

*First Class Mail*

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

*First Class Mail*

Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77704

*First Class Mail*

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA   94612-1413

*First Class Mail*

Dorine Vork, Esquire
Stibbe, P.C.
489 Fifth Avenue, 32nd Floor
New York, NY  10017

*First Class Mail*

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

*First Class Mail*

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

*First Class Mail*

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

*First Class Mail*

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, AsStreet
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

*First Class Mail*

Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

*First Class Mail*

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

*First Class Mail*

Ronald S. Beacher, Esquire
Pryor Cashman
7 Times Square
New York, NY  10036-6524

*First Class Mail*

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

*First Class Mail*

Robert M. Horkovich, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*First Class Mail*

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street, Second Floor
Charlottesville, VA  22902

*First Class Mail*

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

*First Class Mail*

James M. Garner, Esquire
Sher Garner Cahill Richter Klein & Hilbert,
L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112-1033

*First Class Mail*

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

*First Class Mail*

Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

*First Class Mail*

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA  92626-7122

*First Class Mail*

Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*First Class Mail*

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

*First Class Mail*

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*

Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

*First Class Mail*

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

*First Class Mail*

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

**First Class Mail**

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

*First Class Mail*

Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

**First Class Mail**
Glen W. Morgan, Esquire
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

*First Class Mail*

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

*First Class Mail*

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

*First Class Mail*

Thomas M. Sobol, Esquire
Hagens Berman Sobol Shapiro
55 Cambridge Parkway, Suite 301
Cambridge, MA, 02142

*First Class Mail*

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

*First Class Mail*

Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor, 30 Rockefeller Plaza
New York, NY  10112

*First Class Mail*

Darrell W. Scott
The Scott Law Group
926 W. Sprague Avenue, Suite 680
Spokane, WA  99201-5071

*First Class Mail*

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3Road Floor
Philadelphia, PA  19107-3603

*First Class Mail*

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

*First Class Mail*

Richard B. Specter, Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA  92612

*First Class Mail*
William A. Grubbs, Jr.
Southeat Region Assistant Controller
AON Consulting Inc.
1100 Reynolds Boulevard
Winston-Sale, NC  27105

*First Class Mail*

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

*First Class Mail*

Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

*First Class Mail*

Oscar B. Fears, III
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

*First Class Mail*

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

*First Class Mail*

Larry A. Feind
133 Peachtree Street, N.E., 7th Floor
Atlanta ,GA  30303

*First Class Mail*

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

*First Class Mail*

Samuel J. Rubin, Esquire
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

*First Class Mail*

Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

*First Class Mail*

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

*First Class Mail*

Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

*First Class Mail*

DACA V, LLC
Attn:  Julie Bubnack
1565 Hotel Cir S, Ste 310
San Diego, CA  92108-3419

*First Class Mail*

Tim Gibbons and Steve Barham
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Suite 1000
Two Union Square
Chattanooga, TN  37402-2552

*First Class Mail*

Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA  90601-4503

*First Class Mail*

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue, 10th Floor
New York, NY  10022

*First Class Mail*

Maria Granaudo Gesty, Esquire
Burns White, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA  19428

*First Class Mail*

Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue, Suite 2400
Phoenix, AZ 85004

*First Class Mail*

Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

*First Class Mail*

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
NY State Department of Taxation & Finance
340 E. Main Street
Rochester, NY  14604

*First Class Mail*

James J. Restivo, Esquire
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222-2716

*First Class Mail*

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

*First Class Mail*

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
Street Paul, MN  55101-2127

*First Class Mail*

Clinton P. Hansen
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603

*First Class Mail*

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY  10119-0165

*First Class Mail*

Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35
P.O. Box 17428
Austin, TX  78760

*First Class Mail*

Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

*First Class Mail*

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY  10017-5639

*First Class Mail*

Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

*First Class Mail*

Daniel C. Cohn, Esquire
Murtha Cullina, LLP
99 High Street, 20th Street
Boston, MA  02110

*First Class Mail*

Thomas O. Bean
Verrill Dana LLP
One Boston Place, Suite 2330
Boston, MA 02108

*First Class Mail*

Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Avenue S-225
Greenwich, CT  06830-6263

*First Class Mail*

Debt Acquisition Co of America V LLC
1565 Hotel Cir S, Suite 310
San Diego, CA  92108-3419

*First Class Mail*

Longacre Master Fund Ltd.
c/o Robert W. Hiatt, Esquire
115 Ridge Avenue
Staten Island, NY  10304

*First Class Mail*

Sierra Asset Management LLC
2699 White Road, Suite 225
Irvine, CA  92614-6264

*First Class Mail*

Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

*First Class Mail*

John Preefer
128 Willow Street, Apt 6B
Brooklyn, NY  11201

*First Class Mail*

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

*First Class Mail*

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

**First Class Mail**

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

*First Class Mail*

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

*First Class Mail*

Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman,
LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

*First Class Mail*

Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Blvd., Suite 210
Kenner, LA  70062-4032

*First Class Mail*

Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms – Suite 380
Madison, NJ  07940

*First Class Mail*

Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

*First Class Mail*
 Profit Sharing Plan
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
36 South State Street, Suite 1900
Salt Lake City, Utah 84111

*First Class Mail*

Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC  29464

*First Class Mail*

Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

*First Class Mail*

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036

*First Class Mail*

Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

*First Class Mail*

DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY  10022

*First Class Mail*

Fred Glass
Fair Harbor Capital LLC
1841 Broadway, Suite 1007
New York, NY  10023

*First Class Mail*

M. David Minnick, Esquire
Michael P. Ellis, Esquire
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center
22nd Floor
San Francisco, CA  94111-2228

*First Class Mail*

Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

*First Class Mail*

David Jagolinzer, Esquire
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, FL  33146

*First Class Mail*

Steven  J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT  84111

*First Class Mail*

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

*First Class Mail*

Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LLP
103 West Vandalia Street, Suite 300
Edwardsville, IL  62025-0510

*First Class Mail*

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti
LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

*First Class Mail*

Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

*First Class Mail*

Pryor Cashman LLP
Richard Levy, Jr., Esquire
7 Times Square
New York, NY  10036-6569

*First Class Mail*

Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ  08054

*First Class Mail*

Drive Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106

**First Class Mail**

Hal Pitkow, Esquire
1107 Taylorsville Road, Suite 101
Washington Crossing, PA  18977

*First Class Mail*

Brian D. Salwowski, Esquire
Office of Attorney General
Indiana Gov. Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770

*First Class Mail*

Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd. – Bldg A
Mount Pleasant, SC  29464

*First Class Mail*

Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

*First Class Mail*

Brad Elias, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036

*First Class Mail*

Alan B. Rich
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX  75270

**First Class Mail**

John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez-Castro, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134

**First Class Mail**

Harley E. Riedel, Esquire
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL  33602

*First Class Mail*

Kevin Welch, Esquire
Office of General Counsel
Division of Waste Management
200 Fair Oaks Lane, First Floor
Frankfort, KY  40601

**First Class Mail**

Greg A. Lawry, Esquire
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201

**First Class Mail**

Michael R. Sew Hoy
U.S. Dept of Justice-Civil Division
Commercial Litigation Branch
1100 L Street, NW – 10th Floor,
Room 10048
Washington, DC  20005

**First Class Mail**

Patrick J. Feeley, Esquire
Cecilie Howard, Esquire
Dorsey & Whitney LLP
51 West 52nd Street
New York, New York  10019-6119

**First Class Mail**

Stephen B. Gunn, Esquire
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202

**First Class Mail**

Lauren M.Webb, Esquire
Simmons Browder Gianaris
Angelides & Barnerd LLC
1 Court Street
Alton, IL  62002

**First Class Mail**

John P. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352

**First Class Mail**

Nina M. Varughese, Esq.
Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

**First Class Mail**

Scott D. Fink, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH  44113-1099

**First Class Mail**

Anthony Petru, Esquire
Quynh L. Nguyen, Esquire
Hildebrand McLeod & Nelson LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612

**First Class Mail**

Darcie A. F. Colihan, Esquire
Tracy A. Burleigh, Esquire
Lincoln, Gustafson & Cercos LLP
225 Broadway, 20th Floor
San Diego, CA  92101

***Foreign First Class Mail***

Derrick C. Tay
Gowling Lafleur Henderson LLP
1 First Canadian Place,
100 King Street West, Suite 1600
Toronto  Ontario  M5X 1G5
Canada

***Foreign First Class Mail***

Yves Lauzon, Esquire
Michel Belanger, Esquire
Belanger Lauzon
286, Rue Saint-Paul Ouest
Montréal
H2Y 2A3

***Foreign First Class Mail***

Jacqueline Dais-Visca, Senior Counsel
Business Law Section
PO Box 36, Exchange Tower
3400-130 King St. W.
Toronto, M5X-1K6
Ontario, Canada

***Foreign First Class Mail***
NORTEL
Chris Paczynski, Analyst
Global Credit Management
5945 Airport Road, Suite 360
Mississauga, Ontario
Canada L4V 1R9

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                   91100/001-144642
W. R. Grace 2002 Service List
Case No. 01-1139
Doc. No. 144642
045 - First Class Mail
203 - First Class Mail
004 - Foreign First Class

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                   91100/001-144642
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                   91100/001-144642
First Class Mail

Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                   91100/001-144642
First Class Mail

Steven M. Yoder, Esquire
Potter Anderson & Coroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                   91100/001-144642
First Class Mail

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                   91100/001-144642
First Class Mail

Robert J. Stearn, Jr.
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Jeffrey C. Wisler, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
222 Delaware Ave, 16th Floor
Wilmington, DE 19801-1246

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Kathleen Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*
First Class Mail

Teresa K.D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*
First Class Mail

Rachel B. Mersky, Esquire
Monzack Monaco McLaughlin and Browder
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*
First Class Mail

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*
First Class Mail

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*
First Class Mail

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*
First Class Mail

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE  19899-0709

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Joseph N. Argentina, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801-1254

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE  19801

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
First Class Mail

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
First Class Mail

Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
First Class Mail

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
First Class Mail

Mark S. Chehi, Esquire
Robert A. Weber, Esquire
Douglas D. Herrmann, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
First Class Mail

William D. Sullivan, Esquire
Sullivan Hazeltine Allison LLC
901 N. Market St. 13th floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
First Class Mail

Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allison LLC
901 N. Market St. 13th floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                    *91100/001-144642*

First Class Mail

William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                    *91100/001-144642*

First Class Mail
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                    *91100/001-144642*

First Class Mail

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                    *91100/001-144642*

First Class Mail

Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                    *91100/001-144642*

First Class Mail

Garvan F. McDaniel, Esquire
BifferatoGentilotti LLC
1013 Centre Road, Suite 102
Wilmington, DE  19805

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                    *91100/001-144642*

First Class Mail

Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza,Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Eric D. Schwartz, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
PO Box 1347
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Neal J. Levitsky, Esquire
Seth A. Niederman, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail
Secretary of State
Department of State
Division of Corporations
P.O. Box 898
Dover, DE  19903

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              91100/001-144642
First Class Mail

Cindy Schultz
Ingersoll-Rand Fluid Products
209 N. Main Street
Bryan, OH  43506-1319


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              91100/001-144642
First Class Mail

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              91100/001-144642
First Class Mail

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              91100/001-144642
First Class Mail

Danice Sims
4407 Azie Ave.
Baker, LA  70714


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              91100/001-144642
First Class Mail

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              91100/001-144642
First Class Mail

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 4019
Gulfport, MS  39505-4019


{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI  48909

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

William A. Frazell, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

General Motors Acceptance Corporation
2000 Town Ctr Ste 2200
Southfield, MI48075

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
P.O. Box 475
Jefferson City, MO  65105-0475

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
P.O. Box 2055
Monroe, LA  71207

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX  75266-0502

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Trade-Debt.Net
2 Stamford Plaza #1501
Stamford, CT  06901-3263

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Philip Bentley, Esquire
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Sheila L. Birnbaum, Esquire
David M. Turestsky, Esquire
Bert L. Wolff
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Office of Reorganization
Securities & Exchange Commission
Atlanta Regional Office
950 E Paces Ferry Rd, NE Ste 900
Atlanta, GA  30326


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*
First Class Mail

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201


{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                                91100/001-144642
First Class Mail

Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, NE
Washington, DC  20549


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                                91100/001-144642
First Class Mail

James D. Freeman
Jerel L. Ellington
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                                91100/001-144642
First Class Mail

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                                91100/001-144642
First Class Mail

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                                91100/001-144642
First Class Mail

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                                91100/001-144642
First Class Mail

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:          *91100/001-144642*

First Class Mail

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:          *91100/001-144642*

First Class Mail

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:          *91100/001-144642*

First Class Mail

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:          *91100/001-144642*

First Class Mail

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:          *91100/001-144642*

First Class Mail

Jamie O'Connell
Blackstone Advisory Partners
345 Park Avenue, 30th Floor
New York, NY  10154

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:          *91100/001-144642*

First Class Mail

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Ann Harper, Esquire
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX  75219

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianapolis, IN  46204-3435

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

The Gibson Law Firm, PLLC
P.O. Box 6005
447 Northpark Drive
Ridgeland, MS  39157

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX  77017

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

Steven T. Hoort, Esquire
Ropes & Gray
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Paul M. Matheny
The Law Offices of
Peter G. Angelos, P.C.
210 W. Pennsylvania Avenue, Suite 300
Towson, MD  21204-4546

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX  78520

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Mary A. Coventry
Katherine White
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ  07407-1033

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury &
Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

William S. Katchen, Esquire
Duane Morris LLP
1037 Raymond Blvd, Suite 1800
Newark, NJ  07102-5429

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Scott W. Wert, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Nathan F. Coco, Esquire
David S. Rosenbloom, Esquire
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Anton Volovsek
218 E. South Street
Granyeville, ID  83530


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH  43215


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015


{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD  21043

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of NY
100 Church Street, Room 6-127
New York, NY  10007

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

Janet Napolitano
Robert R. Hall
1275 West Washington Street
Phoenix, AZ  85007-1278

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

James P. Ruggeri
Scott A. Shail
Shipman & Goodwin LLP
1133 Connecticut Avenue, NW
3rd Floor, Suite A
Washington, D.C.  20036-4305

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77704

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA   94612-1413

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Dorine Vork, Esquire
Stibbe, P.C.
489 Fifth Avenue, 32nd Floor
New York, NY  10017

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena & Sampson,
LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, AsStreet County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Ronald S. Beacher, Esquire
Pryor Cashman
7 Times Square
New York, NY  10036-6524

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Robert M. Horkovich, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street, Second Floor
Charlottesville, VA  22902

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                  *91100/001-144642*

First Class Mail

James M. Garner, Esquire
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112-1033

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                  *91100/001-144642*

First Class Mail

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                  *91100/001-144642*

First Class Mail

Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                  *91100/001-144642*

First Class Mail

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA  92626-7122

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                  *91100/001-144642*

First Class Mail

Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                  *91100/001-144642*

First Class Mail

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                          *91100/001-144642*

First Class Mail

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                          *91100/001-144642*

First Class Mail

Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                          *91100/001-144642*

First Class Mail

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                          *91100/001-144642*

First Class Mail

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                          *91100/001-144642*

First Class Mail

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                          *91100/001-144642*

First Class Mail

Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                              *91100/001-144642*

First Class Mail
Glen W. Morgan, Esquire
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                              *91100/001-144642*

First Class Mail

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                              *91100/001-144642*

First Class Mail

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                              *91100/001-144642*

First Class Mail

Thomas M. Sobol, Esquire
Hagens Berman Sobol Shapiro
55 Cambridge Parkway, Suite 301
Cambridge, MA, 02142

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                              *91100/001-144642*

First Class Mail

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                              *91100/001-144642*

First Class Mail

Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor, 30 Rockefeller Plaza
New York, NY  10112

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Darrell W. Scott
The Scott Law Group
926 W. Sprague Avenue, Suite 680
Spokane, WA  99201-5071

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3Road Floor
Philadelphia, PA  19107-3603

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail

Richard B. Specter, Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA  92612

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                    *91100/001-144642*
First Class Mail
William A. Grubbs, Jr.
Southeat Region Assistant Controller
AON Consulting Inc.
1100 Reynolds Boulevard
Winston-Sale, NC  27105

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Oscar B. Fears, III
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Larry A. Feind
133 Peachtree Street, N.E., 7th Floor
Atlanta ,GA  30303

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Samuel J. Rubin, Esquire
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

DACA V, LLC
Attn:  Julie Bubnack
1565 Hotel Cir S, Ste 310
San Diego, CA  92108-3419


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Tim Gibbons and Steve Barham
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Suite 1000
Two Union Square
Chattanooga, TN  37402-2552

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA  90601-4503

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue, 10th Floor
New York, NY  10022

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Maria Granaudo Gesty, Esquire
Burns White, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA  19428

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue, Suite 2400
Phoenix, AZ 85004

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
NY State Department of Taxation & Finance
340 E. Main Street
Rochester, NY  14604

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

James J. Restivo, Esquire
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222-2716

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
Street Paul, MN  55101-2127

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Clinton P. Hansen
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*
First Class Mail

Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35
P.O. Box 17428
Austin, TX  78760

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY  10017-5639


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Daniel C. Cohn, Esquire
Murtha Cullina, LLP
99 High Street, 20th Street
Boston, MA  02110


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Thomas O. Bean
Verrill Dana LLP
One Boston Place, Suite 2330
Boston, MA 02108


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Avenue S-225
Greenwich, CT  06830-6263

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Debt Acquisition Co of America V LLC
1565 Hotel Cir S, Suite 310
San Diego, CA  92108-3419

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Longacre Master Fund Ltd.
c/o Robert W. Hiatt, Esquire
115 Ridge Avenue
Staten Island, NY  10304

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Sierra Asset Management LLC
2699 White Road, Suite 225
Irvine, CA  92614-6264

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

John Preefer
128 Willow Street, Apt 6B
Brooklyn, NY  11201

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Blvd., Suite 210
Kenner, LA  70062-4032

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    *91100/001-144642*

First Class Mail

Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms – Suite 380
Madison, NJ  07940

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*

First Class Mail

Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*

First Class Mail
 Profit Sharing Plan
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
36 South State Street, Suite 1900
Salt Lake City, Utah 84111


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*

First Class Mail

Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC  29464


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*

First Class Mail

Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*

First Class Mail

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        *91100/001-144642*

First Class Mail

Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103


{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        91100/001-144642
First Class Mail

DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY  10022

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        91100/001-144642
First Class Mail

Fred Glass
Fair Harbor Capital LLC
1841 Broadway, Suite 1007
New York, NY  10023

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        91100/001-144642
First Class Mail

M. David Minnick, Esquire
Michael P. Ellis, Esquire
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center
22nd Floor
San Francisco, CA  94111-2228

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        91100/001-144642
First Class Mail

Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        91100/001-144642
First Class Mail

David Jagolinzer, Esquire
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, FL  33146

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                        91100/001-144642
First Class Mail

Steven  J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT  84111

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald, Hebrank &
True, LLP
103 West Vandalia Street, Suite 300
Edwardsville, IL  62025-0510

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Pryor Cashman LLP
Richard Levy, Jr., Esquire
7 Times Square
New York, NY  10036-6569

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                              *91100/001-144642*
First Class Mail

Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ  08054

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                          *91100/001-144642*

First Class Mail

Drive Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                          *91100/001-144642*

First Class Mail

Hal Pitkow, Esquire
1107 Taylorsville Road, Suite 101
Washington Crossing, PA  18977

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                          *91100/001-144642*

First Class Mail
Brian D. Salwowski, Esquire
Office of Attorney General
Indiana Gov. Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                          *91100/001-144642*

First Class Mail

Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd. – Bldg A
Mount Pleasant, SC  29464

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                          *91100/001-144642*

First Class Mail

Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                          *91100/001-144642*

First Class Mail

Brad Elias, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

Alan B. Rich
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez-Castro, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

Harley E. Riedel, Esquire
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail
Kevin Welch, Esquire
Office of General Counsel
Division of Waste Management
200 Fair Oaks Lane, First Floor
Frankfort, KY 40601

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

Greg A. Lawry, Esquire
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                            *91100/001-144642*
First Class Mail

Michael R. Sew Hoy
U.S. Dept of Justice-Civil Division
Commercial Litigation Branch
1100 L Street, NW – 10th Floor,
Room 10048
Washington, DC 20005

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

Patrick J. Feeley, Esquire
Cecilie Howard, Esquire
Dorsey & Whitney LLP
51 West 52nd Street
  New York, New York  10019-6119

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

Stephen B. Gunn, Esquire
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail
(Counsel to Neutocrete Products, Inc.
Stamatios Stamoulis, Esquire
Richard C. Weinblatt, Esquire
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

Lauren M.Webb, Esquire
Simmons Browder Gianaris
Angelides & Barnerd LLC
1 Court Street
Alton, IL  62002

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

John P. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352

---

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642

First Class Mail

Nina M. Varughese, Esq.
Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
First Class Mail

Scott D. Fink, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH  44113-1099


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
First Class Mail

Anthony Petru, Esquire
Quynh L. Nguyen, Esquire
Hildebrand McLeod & Nelson LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
First Class Mail

Darcie A. F. Colihan, Esquire
Tracy A. Burleigh, Esquire
Lincoln, Gustafson & Cercos LLP
225 Broadway, 20th Floor
San Diego, CA  92101


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
Foreign First Class Mail

Derrick C. Tay
Gowling Lafleur Henderson LLP
1 First Canadian Place,
100 King Street West, Suite 1600
Toronto  Ontario  M5X 1G5
Canada


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
Foreign First Class Mail

Yves Lauzon, Esquire
Michel Belanger, Esquire
Belanger Lauzon
286, Rue Saint-Paul Ouest
Montréal
H2Y 2A3


**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                           *91100/001-144642*
Foreign First Class Mail

Jacqueline Dais-Visca, Senior Counsel
Business Law Section
PO Box 36, Exchange Tower
3400-130 King St. W.
Toronto, M5X-1K6
Ontario, Canada

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**

LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

---

*TO:*                                      *91100/001-144642*

Foreign First Class Mail
NORTEL
Chris Paczynski, Analyst
Global Credit Management
5945 Airport Road, Suite 360
Mississauga, Ontario
Canada L4V 1R9

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Steven M. Yoder, Esquire
Potter Anderson & Coroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Robert J. Stearn, Jr.
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Jeffrey C. Wisler, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE  19899

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*

First Class Mail

Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*

First Class Mail

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*

First Class Mail

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*

First Class Mail

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
222 Delaware Ave, 16th Floor
Wilmington, DE  19801-1246

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*

First Class Mail

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*

First Class Mail

Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          91100/001-144642
First Class Mail

Kathleen Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          91100/001-144642
First Class Mail

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          91100/001-144642
First Class Mail

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          91100/001-144642
First Class Mail

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          91100/001-144642
First Class Mail

Teresa K.D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          91100/001-144642
First Class Mail

Rachel B. Mersky, Esquire
Monzack Monaco McLaughlin and Browder
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                    91100/001-144642
First Class Mail

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO: *91100/001-144642*

First Class Mail

James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE  19899-0709

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO: *91100/001-144642*

First Class Mail

Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO: *91100/001-144642*

First Class Mail

Joseph N. Argentina, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801-1254

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO: *91100/001-144642*

First Class Mail

Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO: *91100/001-144642*

First Class Mail

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO: *91100/001-144642*

First Class Mail

Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*

First Class Mail

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*

First Class Mail

Mark S. Chehi, Esquire
Robert A. Weber, Esquire
Douglas D. Herrmann, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*

First Class Mail

William D. Sullivan, Esquire
Sullivan Hazeltine Allison LLC
901 N. Market St. 13th floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*

First Class Mail

Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allison LLC
901 N. Market St. 13th floor
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*

First Class Mail

William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*TO:*                                    *91100/001-144642*

First Class Mail
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Garvan F. McDaniel, Esquire
BifferatoGentilotti LLC
1013 Centre Road, Suite 102
Wilmington, DE 19805

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                          *91100/001-144642*
First Class Mail

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

{02411:LIST:10204327.DOC}

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                      *91100/001-144642*

First Class Mail

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza,Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                      *91100/001-144642*

First Class Mail

Eric D. Schwartz, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
PO Box 1347
Wilmington, DE  19899

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

TO:                                      *91100/001-144642*

First Class Mail

Neal J. Levitsky, Esquire
Seth A. Niederman, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19899