# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,005.84 | 8.0 | 8,046.72 |
| Karl R Sening | Audit Partner | 20+ | Integrated Audit | 812.80 | 8.0 | 6,502.40 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 812.80 | 40.0 | 32,512.00 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 702.31 | 10.0 | 7,023.10 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | 702.31 | 5.7 | 4,003.17 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 603.20 | 31.0 | 18,699.20 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | 490.22 | 125.0 | 61,277.50 |
| Adam D Houston | Audit Senior Manager | 11 | Integrated Audit | 490.22 | 40.0 | 19,608.80 |
| Jody B Underhill | Tax Director | 11 | Integrated Audit | 426.40 | 100.0 | 42,640.00 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | 358.14 | 150.0 | 53,721.00 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 322.58 | 25.0 | 8,064.50 |
| Todd S. Chesla | Tax Manager | 7 | Integrated Audit | 322.40 | 10.3 | 3,320.72 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | 249.60 | 49.0 | 12,230.40 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 246.38 | 197.0 | 48,536.86 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 242.57 | 198.0 | 48,028.86 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 240.03 | 25.0 | 6,000.75 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 228.60 | 199.0 | 45,491.40 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | 190.50 | 2.5 | 476.25 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 184.15 | 200.0 | 36,830.00 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 170.18 | 200.0 | 34,036.00 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 166.40 | 50.0 | 8,320.00 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 139.70 | 210.1 | 29,350.97 |
| Katey Rymer Webber | Intern | 1 | Integrated Audit | 106.68 | 147.6 | 15,745.97 |
| | | | Total | | 2,031.20 | 550,466.57 |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the months of Janaury and February 2013**

| Date | | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|---|-------|----------------------------------|-----------|---|---------------|---|
| **FEE APPLICATION PREPARATION** | | | | | | | |
| **Martin Gabriel Barrios** | | | | | | | |
| | 8-Feb | 2.0 | Preparing January and February 2013 fee application | $ | 123.00 | $ | 246.00 |
| | 27-Feb | 2.5 | Preparing January and February 2013 fee application | $ | 123.00 | $ | 307.50 |
| | 28-Feb | 1.9 | Editing January and February 2013 fee application | $ | 123.00 | $ | 233.70 |
| | | 6.4 | | | | | |
| **Vanina Straniero** | | | | | | | |
| | 8-Feb | 1.4 | Reviewing and editing fee application for January and February 2013 | $ | 123.00 | $ | 172.20 |
| | 28-Feb | 2.5 | Reviewing and editing fee application for January and February 2013 | $ | 123.00 | $ | 307.50 |
| | | 3.9 | | | | | |
| **Kathleen Bradley** | | | | | | | |
| | 26-Feb | 2.3 | Working on the January and February 2013 fee application | $ | 242.57 | $ | 557.91 |
| | 27-Feb | 1.8 | Working on the January and February 2013 fee application | $ | 242.57 | $ | 436.63 |
| | 28-Feb | 1.6 | Working on the January and February 2013 fee application | $ | 242.57 | $ | 388.11 |
| | | 5.7 | | | | | |
| **Ian Thomas** | | | | | | | |
| | 26-Feb | 2.1 | Working on the January and February 2013 fee application | $ | 139.70 | $ | 293.37 |
| | 27-Feb | 1.9 | Working on the January and February 2013 fee application | $ | 139.70 | $ | 265.43 |
| | | 4.0 | | | | | |
| | | 20.0 | **Total Grace Fee Application Charged Hours** | | | $ | 3,208.35 |