**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY that on this 15th day May, 2013, a copy of the foregoing** *One Hundred and Twenty First Combined Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Months of January 2013 through February 2013* **was served on the following in the manner indicated.**

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: David B. Siegel, Senior Vice President and General Counsel
VIA U.S. MAIL/E-MAIL IN PDF FORMAT TO
william.sparks@grace.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT TO
ljones@pszjlaw.com

Neil Glassman, Esq.
Kathryn Sallie, Esq.
Bayard
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
nglassman@bayardlaw.com

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
VIA E-MAIL IN PDF FORMAT TO
mlastowski@duanemorris.com

Douglas Bacon Esq.
Carol Hennessey, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
VIA E-MAIL IN PDF FORMAT TO
douglas.bacon@lw.com and
carol.hennessey@lw.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
ttacconelli@ferryjoseph.com

Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT TO
mhurford@camlev.com

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE 19801
VIA E-MAIL IN PDF FORMAT TO
tcurrier@saul.com.

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
VIA U.S. MAIL

James Kapp, Esquire
Deanna Boll, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
VIA E-MAIL IN PDF FORMAT TO
dboll@kirkland.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
VIA E-MAIL IN PDF FORMAT TO
akrieger@stroock.com
rserrette@stroock.com

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
VIA E-MAIL IN PDF FORMAT TO
jsakalo@bilzin.com

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 North Saint Paul Street
Dallas, TX 75201
VIA U.S. MAIL/E-MAIL IN AN
ELECTRONIC FORMAT TO
feeaudit@whsmithlaw.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
VIA E-MAIL IN PDF FORMAT TO
pvnl@capdale.com

Janet S. Baer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
312-836-4022
VIA E-MAIL IN PDF FORMAT TO
Email: jbaer@bhflaw.net

Philip Bentley, Esq.
Kramer, Levin, Naftalis &
Frankel, LLP
919 Third Avenue
New York, NY 10022
VIA E-MAIL IN PDF FORMAT TO
pbentley@kramerlevin.com

Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F. Street NE
Washington, DC 20549
VIA FIRST CLASS MAIL

/s/Kathleen M. Miller
Kathleen M. Miller (DE ID No. 2898)

02411:PLDG:10203051.WPD