## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## For the month of March 2013

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of March 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 812.80 | 6.0 | 4,876.80 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 490.22 | 69.0 | 33,825.18 |
| David C Sands | Audit Director | 11 | Integrated Audit | 445.77 | 3.0 | 1,337.31 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 322.58 | 25.0 | 8,064.50 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 246.38 | 102.0 | 25,130.76 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 242.57 | 39.4 | 9,557.26 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 228.60 | 85.3 | 19,499.58 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 184.15 | 5.0 | 920.75 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 170.18 | 8.8 | 1,497.58 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 139.70 | 43.5 | 6,076.95 |
| Judith L Ellington | Tax Executive Assistant | 1 | Integrated Audit | 119.60 | 0.6 | 71.76 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 123.00 | 0.8 | 98.40 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 123.00 | 3.0 | 369.00 |
| Julian Stagnaro | Project Specialist | 1 | Integrated Audit | 123.00 | 6.0 | 738.00 |
| | | | **Total** | | **397.4** | **$ 112,063.83** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| **Totals** | **5.0** | | | | | **$ 1,212.85** |

{02411:PLDG:10155541.DOC}

## Summary of PwC's Fees By Project Category:
## For the month of March 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 5.0 | $1,212.85 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---|---|
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 397.4 | $112,063.83 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 402.4 | $113,276.68 |

## Expense Summary
## For the month of March 2013

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 486.00 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $ 486.00 |

{02411:PLDG:10155541.DOC}