# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 812.80 | 6.0 | 4,876.80 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 490.22 | 69.0 | 33,825.18 |
| David C Sands | Audit Director | 11 | Integrated Audit | 445.77 | 3.0 | 1,337.31 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 322.58 | 25.0 | 8,064.50 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 246.38 | 102.0 | 25,130.76 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 242.57 | 39.4 | 9,557.26 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 228.60 | 85.3 | 19,499.58 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 184.15 | 5.0 | 920.75 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 170.18 | 8.8 | 1,497.58 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 139.70 | 43.5 | 6,076.95 |
| Judith L Ellington | Tax Executive Assistant | 1 | Integrated Audit | 119.60 | 0.6 | 71.76 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 123.00 | 0.8 | 98.40 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 123.00 | 3.0 | 369.00 |
| Julian Stagnaro | Project Specialist | 1 | Integrated Audit | 123.00 | 6.0 | 738.00 |
| | | | | Total | 397.4 | $ 112,063.83 |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of March 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Kathleen Bradley** | | | | |
| 3/5/2013 | 5.0 | Fee application preparation | $ 242.57 | $ 1,212.85 |
| | 5.0 | | | |
| | 5.0 | Total Grace Fee Application Charged Hours | | $ 1,212.85 |