# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended March 2013**

| Personnel | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Drew Levy | Audit | 4-Mar | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 5-Mar | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 7-Mar | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 8-Mar | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| Phillip Crosby | Audit | 11-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 12-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 13-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 14-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 18-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 19-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 20-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 21-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 22-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| Tom E. Smith | Audit | 13-Mar | $ 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.565 per mile). |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 486.00 | $ 486.00 | $ - | $ - | $ - |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended March 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Drew Levy** | 4-Mar | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 5-Mar | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 7-Mar | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 8-Mar | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| **Phillip Crosby** | 11-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 12-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 13-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 14-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 18-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 19-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 20-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 21-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 22-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| **Tom E. Smith** | 13-Mar | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.565 per mile). |
| | | | **Total** | |
| | | | $ 486.00 | |