# Attachment A-1
# To Fee Application
## Summary of PwC's Fees By Professional
## For the months of January 1, 2013 through March 31, 2013

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the months of January through March 2013.**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,005.84 | 8.0 | 8,046.72 |
| Karl R Sening | Audit Partner | 20+ | Integrated Audit | 812.80 | 8.0 | 6,502.40 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 812.80 | 46.0 | 37,388.80 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 702.31 | 10.0 | 7,023.10 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | 702.31 | 5.7 | 4,003.17 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 603.20 | 31.0 | 18,699.20 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | 490.22 | 194.0 | 95,102.68 |
| Adam D Houston | Audit Senior Manager | 11 | Integrated Audit | 490.22 | 40.0 | 19,608.80 |
| David C Sands | Audit Director | 11 | Integrated Audit | 445.77 | 3.0 | 1,337.31 |
| Jody B Underhill | Tax Director | 11 | Integrated Audit | 426.40 | 100.0 | 42,640.00 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | 358.14 | 150.0 | 53,721.00 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 322.58 | 50.0 | 16,129.00 |
| Todd S. Chesla | Tax Manager | 7 | Integrated Audit | 322.40 | 10.3 | 3,320.72 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | 249.60 | 49.0 | 12,230.40 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 246.38 | 299.0 | 73,667.62 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 242.57 | 237.4 | 57,586.12 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 240.03 | 25.0 | 6,000.75 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 228.60 | 284.3 | 64,990.98 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | 190.50 | 2.5 | 476.25 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 184.15 | 205.0 | 37,750.75 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 170.18 | 208.8 | 35,533.58 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 166.40 | 50.0 | 8,320.00 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 139.70 | 253.6 | 35,427.92 |
| Judith L Ellington | Tax Executive Assistant | 1 | Integrated Audit | 119.60 | 0.6 | 71.76 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 123.00 | 0.8 | 98.40 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 123.00 | 3.0 | 369.00 |
| Julian Stagnaro | Project Specialist | 1 | Integrated Audit | 123.00 | 6.0 | 738.00 |
| Katey Rymer Webber | Intern | 1 | Integrated Audit | 106.68 | 147.6 | 15,745.97 |
| | | | **Total** | | **2,428.60** | **662,530.40** |

{02411:PLDG:10155541.DOC}

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 25.0 | $ 4,421.20 |
|---|---|---|

## Summary of PwC's Fees By Project Category:
## For the months of January 2013 through March 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 25.0 | $4,421.20 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---:|---:|
| Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,428.60 | $662,530.40 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,453.60 | $ 666,951.60 |

## Expense Summary
### January 2013 through March 2013

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $12,746.96 |
| Lodging | N/A | $3,171.23 |
| Sundry | N/A | $142.00 |
| Business Meals | N/A | $9,816.27 |
| TOTAL: | | $ 25,876.46 |

{02411:PLDG:10155541.DOC}