IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on May 15, 2013, I caused a copy of the foregoing to be served upon the Notice Parties in accordance with the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (hereinafter "Administrative Order") [Docket No. 1949].

Additionally, pursuant to the Administrative Order, I caused a copy of the Notice of Quarterly Fee Application to be served upon all parties that have requested such documents pursuant to Bankruptcy Rule 2002.

*/s/Mark T. Hurford*
Mark T. Hurford (No. 3299)

Dated: May 15, 2013

{D0262509.1 }