IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | **Objection Date: June 4, 2013 @ 4:00 pm** |
| | ) | **Hearing Date: To be determined** |

**NOTICE OF FORTY-EIGHTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2013 THROUGH MARCH 31, 2013**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:                                April 12, 2001

Period for which Compensation and Reimbursement is sought:  January 1, 2013 through March 31, 2013

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $240,922.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $1,816.44

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $132,531.20

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $222.64

Total Amount of Holdback Fees Sought for applicable period:  $48,184.40

{D0262444.1 }

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2013 THROUGH MARCH 31, 2013**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested |  | Paid |  |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 03/06/2013; 30375 | January 2013 | $165,664.00 | $222.64 | $132,531.20 | $222.64 |
| 04/03/2013; 30470 | February 2013 | $35,163.00 | $447.88 | $0.00 | $0.00 |
| 05/01/2013; 30595 | March 2013 | $40,095.00 | $1,145.92 | $0.00 | $0.00 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative Jan-March 2013 Hours | Cumulative Jan-March 2013 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $.00 | 24.7 | $    13,840.50 |
| Asset Disposition | .0 | .00 | 8.8 | 5,366.00 |
| Business Operations | .3 | 286.50 | 64.4 | 37,141.50 |
| Case Administration | 5.1 | 3,623.50 | 5,651.3 | 1,789,254.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 | 1,877.4 | 787,360.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.6 | 47,116.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 173.8 | 101,975.50 |
| Employee Benefits/Pension | .6 | 573.00 | 21.4 | 14,922.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |
| Employment Applications, Others | .0 | .00 | 89.2 | 42,674.00 |

{D0262444.1 }

| | | | | |
|---|---|---|---|---|
| Fee Applications, Applicant | 25.5 | 11,065.00 | 973.1 | 344,203.00 |
| Fee Applications, Others | .0 | .00 | 124.5 | 49,257.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | 309.4 | 167,282.50 | 29,042.8 | 13,079,896.50 |
| Plan & Disclosure Statement | 64.8 | 58,091.50 | 6,161.9 | 3,823,264.50 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | .0 | .00 | 1,855.8 | 491,416.00 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 195.6 | 99,119.00 |
| **Totals** | **405.7** | **$240,922.00** | **47,019.4** | **21,146,518.00** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/01/12 – 12/31/12 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $1,557.97 | $ 431,969.87 |
| Pacer Database Charges | .00 | 56.30 |
| Research Material | 174.17 | 12,428.21 |
| Air Freight & Express Mail | 57.87 | 25,238.89 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,418.22 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | .00 | 222,340.74 |
| Meals Related to Travel | .00 | 30,530.59 |
| Travel Expenses – Hotel Charges | .00 | 129,889.83 |
| Travel Expenses – Ground | .00 | 85,993.48 |

{D0262444.1 }

| | | |
|---|---:|---:|
| Transportation | | |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation -  DC | .00 | 7,141.81 |
| Local Transportation – NY | .00 | 615.20 |
| Xeroxing | 1.10 | 116,334.25 |
| Postage | .00 | 6,982.05 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | .24 | 2,608.37 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | 25.09 | 57.86 |
| **TOTAL** | **$     1,816.44** | **$     3,948,751.93** |

CAPLIN & DRYSDALE

*/s/Elihu Inselbuch*

Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY  10022
(212) 379-6000

*National Counsel for Official Committee*
*Of Asbestos Personal Injury Claimants*

Dated: May 15, 2013

{D0262444.1 }