## EXHIBIT A

### Business Operations (.30 Hours; $ 286.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $955 | 286.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/19/2013 | PVL | 955.00 | 0.10 | Rv Sinclair email |
| 3/27/2013 | PVL | 955.00 | 0.20 | Rv memo re Project Reds |
| **Total Task Code .03** | | **.30** | | |

### Case Administration (5.10 Hours; $ 3,623.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Peter Van N. Lockwood | 2.10 | $955 | 2,005.50 |
| Rita C. Tobin | 2.40 | $555 | 1,332.00 |
| Zachary D. Orsulak | .40 | $215 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2013 | ZDO | 215.00 | 0.40 | Assist LMK with docket research. |
| 1/4/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 1/14/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 1/18/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 1/23/2013 | PVL | 955.00 | 0.10 | Rv 4 misc. filings |
| 1/25/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |

| Date | Person | Rate | Hours | Description |
|---|---|---|---|---|
| 1/31/2013 | EI | 1,000.00 | 0.10 | Scheduling with R. Horkovich (.1). |
| 2/1/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update. |
| 2/6/2013 | RCT | 555.00 | 0.20 | Review local counsel email re: CNO and respond. |
| 2/7/2013 | PVL | 955.00 | 0.10 | Rv draft resp. re Chakarian OSC |
| 2/8/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel rec re: EI update. |
| 2/12/2013 | PVL | 955.00 | 0.20 | Rv 4 misc. pleadings |
| 2/15/2013 | RCT | 555.00 | 0.20 | Review dkt. and local counsel rec re EI update. |
| 2/22/2013 | RCT | 555.00 | 0.20 | Perform review of docket and local counsel rec re EI update. |
| 3/1/2013 | PVL | 955.00 | 0.30 | Rv Stark opinion re 2019 appeal and cn KCM re same |
| 3/1/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel record re: EI update. |
| 3/4/2013 | PVL | 955.00 | 0.10 | Rv KCM draft of 2019 order and Garlock draft of same |
| 3/5/2013 | PVL | 955.00 | 0.20 | Tcn EI & KCM (.1); rv draft memo to ACC and cn KCM re same (.1) |
| 3/7/2013 | PVL | 955.00 | 0.10 | Rv revised draft 2019 order and cn KCM re same |
| 3/11/2013 | PVL | 955.00 | 0.10 | Rv 6 misc. filings |
| 3/11/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel record re: EI update. |
| 3/15/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel record re: EI update. |
| 3/21/2013 | EI | 1,000.00 | 0.10 | Telephone conference with claimant. |
| 3/22/2013 | PVL | 955.00 | 0.30 | Rv 5 misc. filings (.2); rv email & reply (.1). |
| 3/28/2013 | PVL | 955.00 | 0.20 | Rv 2019 Protocol draft |
| 3/29/2013 | PVL | 955.00 | 0.40 | Rv Garlock ltr and motion re 2019 protocol (.3); rv draft response to same (.1) |

**Total Task Code .04**         **5.10**

**<u>Employee Benefits/Pension (.60 Hours; $ 573.00)</u>**

| <u>Professionals</u> | | <u>Number of Hours</u> | | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | .60 | | $955 | 573.00 |

| Trans<br><u>Date</u> | Empl<br><u>Init</u> | Bill<br><u>Rate</u> | Billing<br><u>Hours</u> | <u>Full Narrative</u> |
|---|---|---|---|---|
| 2/6/2013 | PVL | 955.00 | 0.10 | Rv draft motion re pension contrib. |
| 2/8/2013 | PVL | 955.00 | 0.10 | Rv emails & reply |
| 2/10/2013 | PVL | 955.00 | 0.10 | Rv Rapp memo re pension contribution |
| 2/15/2013 | PVL | 955.00 | 0.10 | Rv email and email Higgins |
| 3/18/2013 | PVL | 955.00 | 0.20 | Rv draft LTIP motion |

**Total Task Code .08**         **.60**

**<u>Fee Applications, Applicant (25.50 Hours; $ 11,065.00)</u>**

| <u>Professionals</u> | | <u>Number of Hours</u> | | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|---|---|
| Rita C. Tobin | | 16.00 | | $555 | 8,880.00 |
| Eugenia Benetos | | 9.50 | | $230 | 2,185.00 |

| Trans<br><u>Date</u> | Empl<br><u>Init</u> | Bill<br><u>Rate</u> | Billing<br><u>Hours</u> | <u>Full Narrative</u> |
|---|---|---|---|---|
| 1/9/2013 | RCT | 555.00 | 1.00 | Attend to fee issues (1.0). |
| 1/10/2013 | RCT | 555.00 | 0.80 | Review and edit prebills (.8). |
| 1/11/2013 | RCT | 555.00 | 0.80 | Review and edit exhibits (.8). |
| 1/14/2013 | RCT | 555.00 | 0.20 | Address issues re: fee application payments and schedules (.2). |

| Date | Attorney | Rate | Hours | Description |
|---|---|---|---|---|
| 1/23/2013 | EB | 230.00 | 1.10 | Work on fee application. |
| 1/23/2013 | RCT | 555.00 | 0.90 | Review and edit monthly fee applications (.9). |
| 1/28/2013 | EB | 230.00 | 0.60 | Update fee application schedule. |
| 1/28/2013 | RCT | 555.00 | 0.50 | Address fee issues (.5). |
| 1/29/2013 | EB | 230.00 | 0.60 | Update fee application breakdown. |
| 2/4/2013 | RCT | 555.00 | 1.00 | Address fee issues. |
| 2/5/2013 | RCT | 555.00 | 0.20 | Review revised fee application schedule with EB. |
| 2/5/2013 | RCT | 555.00 | 0.20 | Address payment issue. |
| 2/7/2013 | RCT | 555.00 | 0.30 | Conference EB re: fee issues (.3). |
| 2/12/2013 | RCT | 555.00 | 2.30 | Review interim fee application (1.8); telephone conference AB re: fee issue (.3); review files re: fee issue (.2). |
| 2/12/2013 | EB | 230.00 | 1.50 | Work on interim fee application. |
| 2/14/2013 | RCT | 555.00 | 1.00 | Review pre-bills. |
| 2/19/2013 | RCT | 555.00 | 1.10 | Perform review of exhibits. |
| 2/20/2013 | RCT | 555.00 | 0.60 | Address fee and expense issues. |
| 2/25/2013 | EB | 230.00 | 0.60 | Work on fee application schedule. |
| 2/27/2013 | EB | 230.00 | 1.10 | Work on fee application. |
| 2/28/2013 | EB | 230.00 | 0.40 | Send to local counsel for ECF and create PDF for reference purposes. |
| 2/28/2013 | RCT | 555.00 | 0.90 | Perform review of monthly fee app (.8); and conf. EI re same (.1). |
| 3/4/2013 | RCT | 555.00 | 0.30 | Address fee/payment issues. |
| 3/6/2013 | RCT | 555.00 | 0.20 | Confer with EB re: fee application schedule for March. |
| 3/6/2013 | EB | 230.00 | 0.60 | Review local counsel email re: CNO responses and draft email. |

| 3/11/2013 | RCT | 555.00 | 0.50 | Review fee auditors combined report (.3).; e-mails re: same (.2). |
| 3/11/2013 | RCT | 555.00 | 0.20 | E-mails re: Grace CNOs. |
| 3/12/2013 | RCT | 555.00 | 0.90 | Review pre bills. |
| 3/13/2013 | RCT | 555.00 | 0.60 | Review exhibits. |
| 3/14/2013 | RCT | 555.00 | 0.30 | Address fee payment issue. |
| 3/14/2013 | EB | 230.00 | 0.60 | Create fee breakdown for payment received.  Send breakdown to EI, JR and myself for record keeping. Update fee application schedule. |
| 3/14/2013 | EB | 230.00 | 0.60 | Create fee breakdown for payment received.  Send breakdown to EI, JR and myself for record keeping. Update fee application schedule. |
| 3/15/2013 | RCT | 555.00 | 0.10 | Review Hurford e= mail re: fee order. |
| 3/21/2013 | RCT | 555.00 | 0.30 | Address fee issues. |
| 3/25/2013 | RCT | 555.00 | 0.80 | Review fee applications. |
| 3/25/2013 | EB | 230.00 | 1.20 | Work on fee application. |
| 3/26/2013 | EB | 230.00 | 0.60 | Perform review of payment summarized sheet and update fee application schedule accordingly. |

**Total Task Code .12**       **25.50**

## Litigation and Litigation Consulting (309.40 Hours; $ 167,282.50)

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | .10 | $955 | 95.50 |
| Trevor W. Swett | .30 | $750 | 225.00 |
| Leslie M. Kelleher | 151.60 | $625 | 94,750.00 |
| James P. Wehner | .10 | $565 | 56.50 |
| Kevin C. Maclay | 99.30 | $565 | 56,104.50 |
| Jeanna Rickards Koski | 3.80 | $450 | 1,710.00 |
| Andrew J. Sackett | 1.20 | $420 | 504.00 |

| | | | | |
|---|---|---|---|---|
| Ann M. Weber | 26.40 | $295 | 7,788.00 |
| Sara Joy Del Savio | 22.00 | $230 | 5,060.00 |
| Ashley M. Hutton | 4.60 | $215 | 989.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2013 | LMK | 625.00 | 13.80 | Review draft brief (4.5); emails to paralegals re research for same (.1); email to JRK re insert for same (.2); revise Garlock brief (7.7); emails to PVNL/KCM re same (.5); emails to debtors' counsel re materials/citation for same (.8). |
| 1/2/2013 | KCM | 565.00 | 5.30 | Review/edit appellate briefs and review/analyze related materials and communications |
| 1/2/2013 | AMW | 295.00 | 1.50 | Review key filings re appeal.  (Total time of 6.0 hours divided among 4 clients.) |
| 1/2/2013 | JMR | 450.00 | 2.30 | Gather citations for brief |
| 1/2/2013 | AJS | 420.00 | 0.10 | Meeting w/ LMK re sources in appellate brief. |
| 1/3/2013 | JMR | 450.00 | 1.50 | Research re documents per LMK |
| 1/3/2013 | SJD | 230.00 | 1.70 | Perform research and prepare cite per LMK |
| 1/3/2013 | AMW | 295.00 | 0.50 | Conference with KCM re motion to stay (.5); review cases re motion to stay (.6); attend all attorney meeting (.9)  (Total time of 2.0 hours divided among 4 clients.) |
| 1/3/2013 | KCM | 565.00 | 7.70 | Conference call with Plan Proponents re appellate briefs (1.4); meetings with PVNL and LMK re appellate briefs (1.2); review/edit appellate briefs and review/analyze related cases and materials (5.1) |
| 1/3/2013 | LMK | 625.00 | 7.50 | Conference call w/debtors' counsel/FCR (1.5); call w/KCM re brief (.3); call to debtors' counsel re record (.1); conference call w/PVNL/KCM re brief (1.1); revise briefs/research re same/emails re same (4.5). |
| 1/3/2013 | KCM | 565.00 | 0.30 | Meet with AMW re stay research and issues |
| 1/4/2013 | LMK | 625.00 | 4.40 | Call w/debtors' counsel re draft brief (.2); review draft brief (main) (1.5); review draft brief |

|  |  |  |  | (Montana) (1.6); review draft brief (Garlock) (.7); emails to KCM re edits to same (.4). |
|---|---|---|---|---|
| 1/4/2013 | KCM | 565.00 | 6.40 | Draft/revise main brief, review/edit Garlock brief and review/analyze other briefs (5.3); meet with PVNL re briefs (.8); communicate with LMK re briefs (.3) |
| 1/4/2013 | AMW | 295.00 | 1.30 | Begin research re motion to stay.  (Total time of 5.0 hours divided among 4 clients.) |
| 1/5/2013 | LMK | 625.00 | 1.10 | Review record (.8); emails re main brief (.3). |
| 1/6/2013 | LMK | 625.00 | 13.90 | Review response to Garlock brief (4.5); review record for same (4.0); review/revise response to Montana/Cinn brief (4.9); emails to KCM/PVNL re same (.5). |
| 1/7/2013 | LMK | 625.00 | 7.30 | Review/revise Garlock/Montana briefs (6.0); conversation w/PVNL re Garlock brief (.7); conversations w/KCM re same (.6). |
| 1/7/2013 | KCM | 565.00 | 11.70 | Draft/revise and review/edit appellate briefs and review/analyze related cases and materials (11.1); communicate with LMK re briefs (.6) |
| 1/8/2013 | KCM | 565.00 | 7.10 | Review/edit appellate briefs and review/analyze related documents and communications |
| 1/8/2013 | SJD | 230.00 | 1.70 | Perform research per LMK |
| 1/8/2013 | AJS | 420.00 | 0.50 | Prep and review of emails to and from LMK re Ohio bill (0.1); legal research re Ohio bill (0.3); phone call w/ LMK re Ohio bill (0.1). |
| 1/8/2013 | LMK | 625.00 | 7.40 | Review Anderson draft brief/revise same (4.0); email re same (.8); review Montana brief/revise same (2.6). |
| 1/9/2013 | LMK | 625.00 | 7.90 | Review/revise Anderson response brief (4.8); emails to paralegals re research for Garlock response brief (.5); research for same (2.6). |
| 1/9/2013 | KCM | 565.00 | 2.10 | Review/edit appellate briefs |
| 1/10/2013 | KCM | 565.00 | 3.40 | Review/edit appellate briefs |

| 1/10/2013 | AJS | 420.00 | 0.20 | Phone calls w/ LMK re legal research for appellate brie (0.1); legal research for appellate brief (0.1). |
| 1/10/2013 | SJD | 230.00 | 2.60 | Perform research per LMK |
| 1/10/2013 | LMK | 625.00 | 8.60 | Review/comments on draft briefs (2.0); emails to/from paralegals re research for briefs (.5); emails to PVNL re same (.5); email to debtors re Anderson brief (1.0); review draft briefs (2.3); review research for same (2.3). |
| 1/11/2013 | LMK | 625.00 | 3.80 | Review/edit Montana brief (2.0); emails to debtors' counsel on AMH brief (.8); review AMH brief/research re same; conference call re draft briefs (1.0) |
| 1/11/2013 | KCM | 565.00 | 7.40 | Conference call with Plan Proponents, LMK and PVNL (1.1); review/edit and review/analyze appellate briefs (6.3) |
| 1/12/2013 | KCM | 565.00 | 1.20 | Review/analyze appellate briefs |
| 1/12/2013 | LMK | 625.00 | 12.30 | Review/edit Crown/Montana brief (10.8); emails re same (1.5) |
| 1/13/2013 | LMK | 625.00 | 9.50 | Call w/debtors' counsel re Anderson brief (.8); edits to Montana/AMH briefs; emails re same (8.2); review motion to consolidate (.5). |
| 1/13/2013 | KCM | 565.00 | 2.20 | Review/analyze appellate briefs and related correspondence |
| 1/14/2013 | KCM | 565.00 | 2.90 | Review appellate briefs |
| 1/14/2013 | LMK | 625.00 | 7.80 | Review/revise draft briefs (6.5); emails to debtors' counsel re documents for briefs (.5); emails to paralegals re same (.3); emails to debtors' counsel re brief (.5). |
| 1/15/2013 | LMK | 625.00 | 8.10 | Review lender brief edits (1.0); revise insert to Montana brief (4.0); calls w/PVNL re briefs (.6); call w/KCM re briefs (.1); emails to debtors' counsel re brief (.3); review/edit draft briefs (2.1). |
| 1/15/2013 | KCM | 565.00 | 4.80 | Review appellate briefs and related materials |
| 1/15/2013 | AMW | 295.00 | 1.50 | Draft motion to stay.  (Total time of 6.0 hours divided among 4 clients.) |

| 1/16/2013 | KCM | 565.00 | 5.60 | Conference call with PVNL and LMK re appellate briefing (.7); conference call with Plan Proponents re appellate briefing (.7); review/edit briefs and related communications (4.2) |
|-----------|-----|--------|------|---|
| 1/16/2013 | AMW | 295.00 | 0.70 | Draft motion to stay.  (Total time of 2.8 hours divided among 4 clients.) |
| 1/16/2013 | LMK | 625.00 | 4.10 | Review response briefs (1.4); emails to PVNL/KCM re same (.4); conference call with debtors' counsel, et al. (.4); emails to/from debtors' counsel re motion/response briefs (.3); conference w/PVNL/KCM re response to Garlock brief (.7); edit Garlock response brief (.9). |
| 1/17/2013 | SJD | 230.00 | 2.40 | Download appeal documents and organize same per LMK. |
| 1/22/2013 | AMW | 295.00 | 0.10 | Edit motion to stay.  (Total time of 0.5 hour divided among 4 clients.) |
| 1/23/2013 | AMW | 295.00 | 1.90 | Draft and revise motion to stay.  (Total time of 7.5 hours divided among 4 clients.) |
| 1/23/2013 | KCM | 565.00 | 0.50 | Review cases and materials re stay issues |
| 1/24/2013 | KCM | 565.00 | 0.90 | Draft/revise motion to stay and review/analyze related cases and materials |
| 1/24/2013 | AMW | 295.00 | 2.10 | Draft and revise motion to stay (4.5); research issues re motion to stay (4.0).  (Total time of 8.5 hours divided among 4 clients.) |
| 1/24/2013 | LMK | 625.00 | 0.50 | Review ITCAN amicus brief/email re same. |
| 1/25/2013 | AMW | 295.00 | 1.80 | Confer with KCM re motion to stay (0.5); research issues re motion to stay (5.5); draft and revise motion to stay (1.0).  (Total time of 7.0 hours divided among 4 clients.) |
| 1/25/2013 | KCM | 565.00 | 0.10 | Communicate with AMW re research |
| 1/29/2013 | KCM | 565.00 | 0.50 | Review materials re stay issues |
| 1/29/2013 | LMK | 625.00 | 1.30 | Status call w/debtors' counsel (.5); memo re same/emails re same (.8). |

| 1/30/2013 | LMK | 625.00 | 0.50 | Conversation w/PVNL re status call. |
|---|---|---|---|---|
| 1/30/2013 | AMW | 295.00 | 1.40 | Draft and revise motion to stay (3.3); research issues re motion to stay (2.5).  (Total time of 5.8 hours divided among 4 clients.) |
| 1/31/2013 | AMW | 295.00 | 1.70 | Research issues re motion to stay (4.8); draft and revise motion to stay (2.3).  (Total time of 7.1 hours divided among 4 clients.) |
| 2/1/2013 | AMW | 295.00 | 2.10 | Draft and revise motion to stay.  (Total of 8.6 hours divided among 4 clients.) |
| 2/1/2013 | KCM | 565.00 | 1.60 | Review/edit motion to stay (1.2); review/analyze related cases and materials (.4). |
| 2/4/2013 | KCM | 565.00 | 0.40 | Review/analyze briefs, cases and materials re stay |
| 2/5/2013 | KCM | 565.00 | 0.10 | Communicate with co-counsel re status conference and plan/prepare for status conference |
| 2/6/2013 | KCM | 565.00 | 0.60 | Review/analyze stay materials |
| 2/6/2013 | SJD | 230.00 | 1.30 | Perform research and connect with Westlaw re updated per LMK |
| 2/8/2013 | AMW | 295.00 | 0.20 | Prepare for and attend conference call re case status.  (Total of 0.8 hour divided among 4 clients.) |
| 2/8/2013 | KCM | 565.00 | 0.20 | Conference call with co-appellees |
| 2/11/2013 | KCM | 565.00 | 1.80 | Draft/revise motion to stay (1.3); review/analyze related cases and materials (.5). |
| 2/12/2013 | KCM | 565.00 | 2.20 | Draft/revise motion to stay (1.2); review/analyze related cases and materials (.8); meet with AMW re motion to stay research (.2). |
| 2/12/2013 | SJD | 230.00 | 0.90 | Cite check motion to stay per KCM. (Divided among 4 clients) |
| 2/12/2013 | AMW | 295.00 | 0.10 | Confer with KCM re motion to stay (0.2); review documents re motion to stay (0.2).  (Total of 0.4 hour divided among 4 clients.) |
| 2/13/2013 | AMW | 295.00 | 1.50 | Revise motion to stay.  (Total 6.2 hours divided among 4 clients.) |

| | | | | |
|---|---|---|---|---|
| 2/13/2013 | KCM | 565.00 | 1.00 | Draft/revise motion to stay (.6); review/analyze related cases (.2); mate rails and communicate with AMW (.2). |
| 2/14/2013 | KCM | 565.00 | 1.90 | Meet with AMW re motion to stay (.1); draft/revise motion to stay (1.4) review/analyze related cases and materials (.4). |
| 2/14/2013 | SJD | 230.00 | 0.60 | Redline and review motion to stay (Divided amount 4 clients) |
| 2/14/2013 | AMW | 295.00 | 0.10 | Confer with KCM re motion to stay (0.1); revise motion to stay (0.4).  (Total  0.5 hour divided among 4 clients.) |
| 2/15/2013 | AMW | 295.00 | 0.60 | Research issues re motion to stay.  (Total 2.6 hours divided among 4 clients.) |
| 2/15/2013 | SJD | 230.00 | 0.90 | Redline and review motion to stay (Divided among 4clients) |
| 2/15/2013 | KCM | 565.00 | 1.70 | Draft/revise motion for stay (1.3); review/analyze related cases and materials (.4). |
| 2/15/2013 | AMH | 215.00 | 0.50 | Motion for stay case binder creation (Divided among 4 cases) |
| 2/18/2013 | KCM | 565.00 | 1.70 | Draft/revise motion for stay (1.2); review/analyze related cases and materials (.3); telephone conference with AMW re stay (.2) |
| 2/18/2013 | AMW | 295.00 | 0.10 | Confer with KCM re motion to stay (0.2); revise motion to stay (0.2).  (Total 0.4 hour divided among 4 clients.) |
| 2/19/2013 | AMW | 295.00 | 0.30 | Research issues re motion to stay.  (Total 1.3 hours divided among 4 clients.) |
| 2/19/2013 | KCM | 565.00 | 0.70 | Review/analyze briefs and stay materials |
| 2/19/2013 | AMH | 215.00 | 0.30 | Stay Motion cite check of second round of edits |
| 2/19/2013 | SJD | 230.00 | 1.00 | Cite check and edit motion for stay per KCM. (Divided among 4 clients) |
| 2/20/2013 | LMK | 625.00 | 2.10 | Review Montana reply brief/emails re same. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 2/20/2013 | SJD | 230.00 | 1.50 | Review redline and edit new draft of stay motion per KCM (3.6); perform research re stay motion per KCM (2.4). (Divided among 4 clients) |
| 2/20/2013 | KCM | 565.00 | 0.70 | Communicate with co-appellees (.2); review/analyze materials for status conference (.5). |
| 2/20/2013 | AMW | 295.00 | 0.20 | Review materials in preparation for status conference.  (Total 0.5 hour divided among 4 clients.) |
| 2/21/2013 | AMW | 295.00 | 0.10 | Attend status conference with Judge Stark.  (Total 0.5 hour divided among 4 clients.) |
| 2/21/2013 | SJD | 230.00 | 1.40 | Perform research re appeal for conference call per LMK. |
| 2/21/2013 | AMH | 215.00 | 1.30 | Grace appeal research re reply briefs |
| 2/21/2013 | KCM | 565.00 | 1.00 | Review briefs and materials (.2); plan/prepare for status conference (.1); attend status conference (.5); plan/prepare for next steps (.2). |
| 2/21/2013 | KCM | 565.00 | 1.20 | Review/analyze Reply briefs |
| 2/21/2013 | TWS | 750.00 | 0.10 | Conferences with KCM re 2019 appeal (x2) |
| 2/21/2013 | LMK | 625.00 | 1.50 | Review Montarna reply brief/conversation w/Susan Engle re same (1.5). |
| 2/21/2013 | SJD | 230.00 | 0.50 | Perform research re 12 case appeal for call per KCM. (Divided among 4 cases) |
| 2/22/2013 | AMH | 215.00 | 0.20 | Motion for stay docket research (Divided among 4 clients) |
| 2/22/2013 | KCM | 565.00 | 0.80 | Review briefs, cases and materials re stay and other issues (.4); draft/revise update memos to Committees (.2) communicate with EI and TWS re same (.2). |
| 2/22/2013 | AJS | 420.00 | 0.30 | Review of client email lists and prep of email to KCM re same (0.1); review of email from KCM re 2019 appeal (0.1); review of email from Kaman re 2019 appeal (0.1). |
| 2/22/2013 | AMW | 295.00 | 0.90 | Research issues re motion to stay.  (Total 3.4 hours divided among 4 clients.) |

| 2/24/2013 | AMW | 295.00 | 0.60 | Research issues re motion to stay.  (Total 2.4 hours divided among 4 clients.) |
| 2/24/2013 | LMK | 625.00 | 0.80 | Review Montana brief/emails re same. |
| 2/24/2013 | KCM | 565.00 | 0.20 | Review/analyze stay materials |
| 2/25/2013 | KCM | 565.00 | 1.90 | Draft/revise motion to stay (1.3); review/analyze related cases and materials (.6). |
| 2/25/2013 | AMW | 295.00 | 1.40 | Research issues re motion to stay.  (Total 5.6 hours divided among 4 clients.) |
| 2/26/2013 | AMW | 295.00 | 0.80 | Research issues re motion to stay.  (Total 3.1 hours divided among 4 clients.) |
| 2/26/2013 | KCM | 565.00 | 0.40 | Review/edit motion to stay and review related materials |
| 2/26/2013 | AMH | 215.00 | 0.30 | Motion cite check and redline. (Divided among 4 clients) |
| 2/28/2013 | KCM | 565.00 | 0.10 | Meet with AMW re stay |
| 2/28/2013 | AMW | 295.00 | 0.90 | Research issues re motion to stay (2.5); revise motion to stay (1.2); confer with KCM re motion to stay (0.2).  (Total 3.9 hours divided among 4 clients.) |
| 3/1/2013 | AMW | 295.00 | 0.20 | Attend conference call re order and next steps. (Total 0.7 hour divided among 4 clients.) |
| 3/1/2013 | LMK | 625.00 | 0.10 | Conversation w/KCM re procedure for appeal/stay. |
| 3/1/2013 | KCM | 565.00 | 1.00 | Plan/prepare for and attend telephone conference with co-appellees; communicate with PVNL; review/analyze opinion and plan/prepare for recommendation and response (Divided among four clients) |
| 3/2/2013 | KCM | 565.00 | 0.40 | Review opinions and order and plan/prepare for response and recommendations (Divided among four clients) |
| 3/3/2013 | KCM | 565.00 | 1.30 | Draft/revise proposed form of order and review/analyze related cases and materials (Divided among four clients) |

| | | | | |
|---|---|---|---|---|
| 3/3/2013 | LMK | 625.00 | 0.50 | Research re procedure on appeal. |
| 3/3/2013 | AMW | 295.00 | 0.30 | Review and analyze court's order and opinion. (Total 1.2 hours divided among 4 clients.) |
| 3/3/2013 | JPW | 565.00 | 0.10 | Telephone conference with KCM re decision; proposed order |
| 3/4/2013 | AMW | 295.00 | 0.30 | Review and analyze orders. (Total 1.3 hours divided among 4 clients.) |
| 3/4/2013 | KCM | 565.00 | 1.20 | Review/analyze Debtor draft order and draft/revise proposed order and review/analyze related cases and materials (Divided among four clients) |
| 3/5/2013 | KCM | 565.00 | 0.90 | Telephone conference with parties in interest re proposed order and related issues; draft memos to Committees, review related materials and communicate with PVNL, EI and TWS re same; review/edit proposed order and review/analyze related materials (Divided among four clients) |
| 3/5/2013 | AMW | 295.00 | 0.40 | Prepare for conference call (0.3); attend conference call with parties in interest re proposed order (0.2); 2 follow-up conference calls re same (0.6); review and revise memos to Committees (0.6). (Total 1.7 hours divided among 4 clients.) |
| 3/5/2013 | AJS | 420.00 | 0.10 | Review of memo re 2019 appeal decision |
| 3/5/2013 | TWS | 750.00 | 0.10 | Edit memo re 2019 appeal decision (divided among four clients) |
| 3/6/2013 | TWS | 750.00 | 0.10 | Review proposed order re 2019 matter; e-mail KCM re same (divided among four clients) |
| 3/6/2013 | KCM | 565.00 | 0.20 | Plan/prepare for conference call and review/edit draft order (Split among four clients) |
| 3/7/2013 | KCM | 565.00 | 0.80 | Review/edit orders, plan/prepare for and participate in conference call with Garlock and plan/prepare for and participate in conference calls with co-appellees (Split among four clients) |
| 3/7/2013 | AMW | 295.00 | 0.60 | Attend call with opposing counsel re drafting of order (0.4); review proposed orders and filings re draft of proposed order (0.8); attend conference |

| | | | | calls with parties in interest re proposed order (1.4). (Total 2.6 hours divided among 4 clients.) |
|---|---|---|---|---|
| 3/7/2013 | SJD | 230.00 | 1.20 | Perform research and pull opinions per LMK |
| 3/11/2013 | KCM | 565.00 | 0.20 | Review proposed order re PA cases and communicate with co-appellees re same (Split among four clients) |
| 3/12/2013 | KCM | 565.00 | 0.10 | Communicate with co-appellees re case status (Divided among four clients) |
| 3/12/2013 | LMK | 625.00 | 1.80 | Status call. |
| 3/14/2013 | SJD | 230.00 | 1.10 | Perform research and pull opinion per LMK |
| 3/14/2013 | KCM | 565.00 | 0.30 | Review/analyze final Implementing Order in DE; review/edit proposed W.D. Pa. order; review/analyze related materials and communicate with co-appellees and Garlock re same (Split among four clients) |
| 3/15/2013 | KCM | 565.00 | 0.10 | Review/analyze PA order and communicate with co-appellees and Garlock re same (Divided among four clients) |
| 3/21/2013 | KCM | 565.00 | 0.20 | Review orders re status conference; plan/prepare for and communicate with co-appellees (Split among four clients) |
| 3/21/2013 | AMW | 295.00 | 0.10 | Attend conference call re motion for protective order; review orders (Split among four clients) |
| 3/25/2013 | LMK | 625.00 | 5.20 | Review reply briefs/memo re same. |
| 3/25/2013 | PVL | 955.00 | 0.10 | Rv Shelnitz aff. |
| 3/26/2013 | LMK | 625.00 | 7.90 | Status conference call (.9); memo re Montana reply brief (7.0). |
| 3/27/2013 | LMK | 625.00 | 3.70 | Emails/calls to PVNL/debtors' counsel re Third Circuit appeal (.5); review reply briefs re same (3.2 hrs). |
| 3/27/2013 | SJD | 230.00 | 3.20 | Perform research re appeal per LMK and update electronic files. |
| 3/27/2013 | AMH | 215.00 | 0.80 | Collected reply briefs in appeal case for LMK. |

| 3/27/2013 | KCM | 565.00 | 0.30 | Review draft protocol re 2019s and related materials and compare with other orders (Split among four clients) |
| 3/28/2013 | AMH | 215.00 | 1.20 | Collected additional briefs re ITCAN and Lexis decision for LMK. |
| 3/28/2013 | LMK | 625.00 | 5.10 | Conversation w/ PVNL re memo re reply briefs/ Third Circuit appeal (.9); review reply briefs / memo re same  (4.2). |
| 3/29/2013 | LMK | 625.00 | 0.20 | Conversation w/KCM re procedural issues; research re same. |
| 3/29/2013 | AMW | 295.00 | 0.10 | Confer with parties re response to motion to amend/clarify (Split among three clients) |
| 3/29/2013 | KCM | 565.00 | 1.80 | Draft/revise response to Garlock motion and review/analyze related cases and materials; communicate with co-appellees re response to Garlock motion (Split among four clients |
| 3/30/2013 | LMK | 625.00 | 1.40 | Review briefs; research for response to same; draft email to KCM re same. |
| 3/31/2013 | LMK | 625.00 | 1.50 | Review reply briefs; memo re same. |
| 3/31/2013 | KCM | 565.00 | 0.20 | Draft/reviser response to Garlock motion and review/analyze related briefs, cases and materials (Split among four clients) |

**Total Task Code .16**        **309.40**

### Plan & Disclosure Statement (64.80 Hours; $ 58,091.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 4.30 | $1,000 | 4,300.00 |
| Peter Van N. Lockwood | 54.50 | $955 | 52,047.50 |
| Ann C. McMillan | .40 | $660 | 264.00 |
| Jeffrey A. Liesemer | .40 | $565 | 226.00 |
| Rita C. Tobin | .40 | $555 | 222.00 |
| Zachary D. Orsulak | 4.80 | $215 | 1,032.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2013 | PVL | 955.00 | 4.20 | Rv draft opp. briefs (4.1); rv emails (.1) |
| 1/2/2013 | EI | 1,000.00 | 0.10 | Telephone conference with JAL re: J. Guy (.1). |
| 1/3/2013 | PVL | 955.00 | 2.60 | Tcn Shelnitz, Finke, Donley, Paul, Engel, Esayian, Frankel, LMK, KCM et al (1.4); cn LMK & KCM (1.2) |
| 1/3/2013 | ZDO | 215.00 | 1.40 | Perform research per LMK; return results. |
| 1/4/2013 | PVL | 955.00 | 1.50 | Cn KCM re brief (.8); rv revised draft response to Garlock (.7) |
| 1/4/2013 | RCT | 555.00 | 0.20 | Review emails to local counsel/EB re: CNOs (.2). |
| 1/7/2013 | PVL | 955.00 | 4.00 | Rv emails re briefing (.2); rv AMH filing (.1); rv revised drafts of resp. to Garlock (2.1); cn LMK re same (.7); rv revised brief intro (.1); rv revised draft of Montana response (.8) |
| 1/7/2013 | ACM | 660.00 | 0.10 | Teleconference claimant. |
| 1/7/2013 | EI | 1,000.00 | 0.10 | Telephone conference J. Rice re: Sealed Air (.1). |
| 1/8/2013 | PVL | 955.00 | 2.60 | Rv emails (.1); cn LMK (.3); rv revised draft resp. to Garlock & cn LMK re same (.9); rv revised draft Montana resp. & cn LMK re same (1.3) |
| 1/8/2013 | JAL | 565.00 | 0.40 | Confer w/PVNL and LMK re: issues raised in Third Circuit briefing. |
| 1/8/2013 | ZDO | 215.00 | 2.20 | Assist with research per JMR. |
| 1/9/2013 | ZDO | 215.00 | 1.20 | Expand previous search to include underlying plan documentation; continue search for requested documents. |
| 1/9/2013 | PVL | 955.00 | 0.60 | Rv draft resp. re Lenders |
| 1/10/2013 | PVL | 955.00 | 2.90 | Rv emails re briefing (.2); cn LMK re resp. to AMH (.8); work on resp. to Garlock brief (1.0); rv draft resp. to Lender br. (.9) |

| | | | | |
|---|---|---|---|---|
| 1/11/2013 | PVL | 955.00 | 5.00 | Rv emails re briefing (.1); rv revised draft Montana & intro portions of resp. brief (1.8); rv draft resp. to AMH (1.5); rv draft motion to consolidate briefs (.1); tcn Shelnitz, Finke, Donley et al re briefs (1.2); rv draft Garlock revs. and email comments (.2); email comments re Lender resp. (.1) |
| 1/13/2013 | PVL | 955.00 | 2.40 | Rv emails re briefing & reply (.2); email comments re response to AMH (.1); rv revised draft resp. to Montana & email comments re same (.8); rv revised resp. to Lenders (1.1); rv draft resp. to Amici (.2) |
| 1/15/2013 | PVL | 955.00 | 5.10 | Rv emails re briefing (.2); rv revised draft Garlock brief (1.4); cns LMK re same (.2); rv revised brief intro (.4); rv revised draft AMH brief & email comments (1.2); rv Montana revised resp. (.5); cn LMK re Montana & Garlock resps. (.5); rv revised Lender resp. & email comments (.7) |
| 1/16/2013 | PVL | 955.00 | 4.10 | Rv emails re briefing (.2); rv revised response to AMH and email comments (.6); rv overview draft revs. (.1); rv draft resp. to Garlock (1.1); tcn Shelnitz, Finke, Donley, Paul, Esayian, Bentley, Frankel, LMK, KCM et al (.7); rv PD FCR draft resp. (.2); tcn LMK & KCM re Garlock draft (.7); rv revised Lender resp. and email comments (.5) |
| 1/17/2013 | PVL | 955.00 | 1.20 | Rv revised resp. to Garlock (.3); rv draft motion re page limit (.1); rv emails re briefing & reply (.4); rv PD FCR brief as filed (.2); rv resp. to AMH as filed (.2) |
| 1/18/2013 | PVL | 955.00 | 1.00 | Rv filed versions of Appellees' briefs (.9); rv CA 3 notices (.1) |
| 1/22/2013 | PVL | 955.00 | 0.50 | Tcn Donley, Shelnitz, Finke, Paul, Frankel, Wyron, Blabey, LMK et al |
| 1/22/2013 | ACM | 660.00 | 0.10 | Teleconference J. Block re document repository. |
| 1/24/2013 | PVL | 955.00 | 0.90 | Rv CA 3 notices re ITCAN (.2); rv ITCAN amicus brief & emails Donley et al re same (.7) |
| 1/25/2013 | PVL | 955.00 | 0.10 | Rv Garlock motion re brief |
| 1/28/2013 | PVL | 955.00 | 0.10 | Rv revised ITCAN motion & CA 3 notices |

| 1/28/2013 | EI | 1,000.00 | 0.30 | Status inquiry with J. Rice (.1); memo to R. Horkovich re: insurance (.2). |
|---|---|---|---|---|
| 1/30/2013 | PVL | 955.00 | 0.30 | Rv LMK memo and cn LMK |
| 2/4/2013 | EI | 1,000.00 | 0.10 | Sealed Air status inquiry (.1). |
| 2/5/2013 | EI | 1,000.00 | 1.10 | Conference call with R. Horkovich et al re: insurance demands (1.0); attention to telephone conference with Birnbaum re: Sealed Air (.1). |
| 2/7/2013 | PVL | 955.00 | 0.60 | Research re future claims discharge |
| 2/7/2013 | RCT | 555.00 | 0.20 | Respond to CNO email from local counsel. |
| 2/10/2013 | PVL | 955.00 | 0.50 | Rv Bank Lender reply brief |
| 2/12/2013 | EI | 1,000.00 | 0.20 | Pension plan motion. |
| 2/12/2013 | PVL | 955.00 | 1.00 | Tcn Shelnitz, Finke, Donley, Frankel, Wyron et al |
| 2/13/2013 | EI | 1,000.00 | 0.20 | Telephone conference R. Horkovich re: insurance issue. |
| 2/14/2013 | EI | 1,000.00 | 0.30 | Reviewed R. Horkovich materials and attention to telephone conference with R. Horkovich.. |
| 2/15/2013 | EI | 1,000.00 | 0.30 | Telephone conference R. Horkovich re: insurance issue and reviewed memo. |
| 2/19/2013 | PVL | 955.00 | 0.10 | Rv emails & reply |
| 2/20/2013 | PVL | 955.00 | 1.10 | Rv emails & reply (.1); rv Garlock reply brief (.5); rv Montana reply (.4); rv Canada reply (.1) |
| 2/25/2013 | PVL | 955.00 | 3.40 | Rv Garlock, Montana & Canada reply briefs in preparation for telephone conf. re same (2.1); tcn Donley, Paul, Finke, Frankel, Wyron, et al (1.3) |
| 2/26/2013 | PVL | 955.00 | 0.50 | Rv Bank lender ltr and suppl. authority (.1); rv AMH reply brief (.4) |
| 3/1/2013 | EI | 1,000.00 | 0.10 | Read JPS report (.1). |
| 3/4/2013 | EI | 1,000.00 | 0.40 | Telephone conference with S. Birnbaum (.1); telephone conference with R. Frankel (.2); telephone conference with both re: Solid Air (.1). |

| 3/8/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with L. Busch re document depository. |
|----------|-----|--------|------|------------------------------------------------------|
| 3/11/2013 | PVL | 955.00 | 0.50 | Rv Grace 8-K (.3); rv WSJ article (.1); rv emails & reply (.1) |
| 3/12/2013 | PVL | 955.00 | 1.80 | Tcn Shelnitz, Finke, Donley, Esayian, Paul, Frankel, Wyron, LMK et al |
| 3/13/2013 | PVL | 955.00 | 1.60 | Rv Bondex 3/14/13 tr. of closing arg. |
| 3/14/2013 | EI | 1,000.00 | 0.30 | Telephone conference with D. Turetsky (.1); memorandum to R. Frankel (.1); memorandum to both re: Sealed Air (.1). |
| 3/20/2013 | PVL | 955.00 | 0.30 | Rv CE CA 3 transcript |
| 3/20/2013 | EI | 1,000.00 | 0.10 | Memorandum to R. Frankel re: Sealed Air (.1). |
| 3/25/2013 | EI | 1,000.00 | 0.20 | Telephone conferences with PVNL re: R. Frankel Sealed Air inquiry. |
| 3/25/2013 | PVL | 955.00 | 0.30 | Teleconf. EI |
| 3/26/2013 | EI | 1,000.00 | 0.20 | Telephone conference with PVNL re: Sealed air issue. |
| 3/26/2013 | PVL | 955.00 | 1.20 | Tcn Shelnitz, Finke, Donley, Frankel & LMK (.9); rv email & SA agmt (.1); teleconf. EI (.2) |
| 3/27/2013 | PVL | 955.00 | 1.50 | Rv draft outline of Montana arg. (1.4); rv email & reply (.1) |
| 3/27/2013 | EI | 1,000.00 | 0.10 | Memo to R. Horkovich re: issues. |
| 3/28/2013 | EI | 1,000.00 | 0.20 | Memorandum to R. Frankel re: Sealed Air. |
| 3/28/2013 | PVL | 955.00 | 1.00 | Cn LMK (.6); teleconf. Donley re CA 3 orders. |
| 3/28/2013 | ACM | 660.00 | 0.10 | Teleconference claimant re status of case. |

**Total Task Code .17**      **64.80**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $57.87 |
| Research Material | $174.17 |
| Conference Call Services | $25.09 |
| Database Research | $1,557.97 |
| Xeroxing | $1.10 |
| Long Distance-Equitrac In-House | $0.24 |
| **Total** | **$1,816.44** |