## EXHIBIT B

### Business Operations (.30 Hours; $ 286.50)

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations…

**Total Task Code .03**                    **.30**

### Case Administration (5.10 Hours; $ 3,623.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**                    **5.10**

### Employee Benefits/Pension) (.60 Hours; $ 573.00)

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**                    **.60**

### Fee Applications, Applicant (25.50 Hours; $ 11,065.00)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**                    **25.50**

### Litigation and Litigation Consulting (309.40 Hours; $ 167,282.50)

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from automatic stay.

**Total Task Code .16**                    **309.40**

### Plan & Disclosure Statement (64.80 Hours; $ 58,091.50)

Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17          64.80**