**EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $57.87 |
| Research Material | $174.17 |
| Conference Call Services | $25.09 |
| Database Research | $1,557.97 |
| Xeroxing | $1.10 |
| Long Distance-Equitrac In-House | $0.24 |
| **Total** | **$1,816.44** |

```
Client Number: 4642              Grace Asbestos Personal Injury Claimants                                   Page: 1
Matter         000               Disbursements                                                              2/21/2013

Attn:                                                                                        Print Date/Time: 02/21/2013 11:46:31AM
                                                                                                          Invoice #

                                           PREBILL/CONTROL REPORT

                                                                        Trans Date Range: 1/1/1950 to: 1/31/2013

Matter         000
Disbursements

Bill Cycle:    Monthly           Style:    i1       Start:    4/16/2001    Last Billed :   1/22/2013

Client Retainers Available       $4,806.34          Committed to Invoices:      $0.00      Remaining:       $4,806.34

                                       Total Expenses Billed To Date     $3,946,935.59

                                                                           Billing Empl:        0120    Elihu    Inselbuch    13,655
                                                                           Responsible Empl:    0120    Elihu    Inselbuch
                                                                           Alternate Empl:      0120    Elihu    Inselbuch
                                                                           Originating Empl:    0120    Elihu    Inselbuch

Summary by Employee

                                                 -------- A C T U A L --------        -------- B I L L I N G --------
Empl    Initials   Name                          Hours              Amount            Hours              Amount
0390    SJD        Sara Joy DelSavio             0.00               4.04              0.00               4.04
0999    C&D        Caplin & Drysdale             0.00               218.60            0.00               218.60

Total Fees                                       0.00               222.64            0.00               222.64


Detail Time / Expense by Date

                                                                                       -------- A C T U A L --------    -------- B I L L I N G --------
TransNo.    Description                          TransType  Trans Date    Work Empl    Rate    Hours    Amount          Rate    Hours    Amount    Cumulative

2937670     Equitrac - Long Distance to 1813626133 4          E   01/07/2013   0999  C&D              0.00    $0.16              0.00    $0.16     0.16

2938561     Bank of America -Coporate Card Charges, re: Case   E   01/17/2013   0390  SJD             0.00    $4.04              0.00    $4.04     4.20
            document, 12/20/12 (SJD)

2940864     Equitrac - Long Distance to 12126056270            E   01/22/2013   0999  C&D             0.00    $0.08              0.00    $0.08     4.28

2941899     Pacer Service Center -Database Svc., 10/1/12 -     E   01/28/2013   0999  C&D             0.00    $20.00             0.00    $20.00    24.28
```

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                           Page: 1
Matter          000              Disbursements                                                    2/21/2013

Attn:                                                                          Print Date/Time: 02/21/2013 11:46:31AM
                 12/31/12                                                                      Invoice #

2943952   Database Research - WESTLAW by LK on Jan 6-14     E   01/31/2013   0999   C&D         $108.32      0.00   $108.32   132.60
2943953   Database Research - WESTLAW by AJS on Jan 8, 10   E   01/31/2013   0999   C&D          $90.04      0.00    $90.04   222.6
Total Expenses                                                                                  $222.64              $222.64

          Matter Total Fees                                                                       0.00       0.00      0.00
          Matter Total Expenses                                                                 222.64               222.64
          Matter Total                                                       0.00                222.64      0.00    222.64

          Prebill Total Fees                                                                              $222.64
          Prebill Total Expenses                                                                          $222.64
          Prebill Total                                                      0.00                           0.00

Previous Billings

InvoiceNo   InvoiceDate   InvoiceTotal   OpenTotal
74,007      04/22/2010      55,577.50       137.53
86,825      03/26/2012      73,596.50    14,719.30
89,295      08/20/2012      50,812.00    10,162.40
89,820      09/18/2012      28,956.50     5,791.30
90,312      10/15/2012      23,367.50     4,673.50
90,875      11/21/2012      32,514.00     6,502.80
91,409      12/13/2012      13,536.00     2,707.20
91,996      01/22/2013     175,766.51   175,766.51

                          454,126.51   220,460.54
```

```
Client Number:  4642           Grace Asbestos Personal Injury Claimants                                                                    Page: 1
Matter          000            Disbursements                                                                                               3/22/2013
Attn:                                                                                                                   Print Date/Time: 03/22/2013 11:57:16AM
                                                                                                                                    Invoice #

                                        PREBILL / CONTROL REPORT

                                                              Trans Date Range:   1/1/1950  to: 2/28/2013

Matter          000
Disbursements
Bill Cycle:     Monthly        Style:    i1          Start:    4/16/2001     Last Billed : 2/21/2013                          13,655

Client Retainers Available     $4,806.34         Committed to Invoices:         $0.00         Remaining:       $4,806.34

                                                                          $3,947,158.23
                               Total Expenses Billed To Date                              Billing Empl:         0120    Elihu Inselbuch
                                                                                          Responsible Empl:     0120    Elihu Inselbuch
                                                                                          Alternate Empl:       0120    Elihu Inselbuch
                                                                                          Originating Empl:     0120    Elihu Inselbuch


Summary by Employee
                                                   --------- A C T U A L ---------        --------- B I L L I N G ---------
Empl    Initials    Name                             Hours              Amount              Hours              Amount
0020    PVL         Peter Van N Lockwood              0.00               18.73                                  18.73
0120    EI          Elihu Inselbuch                   0.00               42.58                                  42.58
0999    C&D         Caplin & Drysdale                 0.00              386.57                                 386.57

Total Fees                                            0.00              447.88                                 447.88


Detail Time / Expense by Date
                                                                                              --------- A C T U A L ---------   --------- B I L L I N G ---------
TransNo.    Description                                   TransType  Trans Date    Work Empl    Rate   Hours     Amount     Rate   Hours    Amount   Cumulative

2945515     Federal Express -Delivery to T.Simpson, 1/24/13    E     02/04/2013    0120  EI                0.00  $15.29            0.00    $15.29    15.29
            (EI)

2952427     Premiere Global Services -Teleconference Svc.,     E     02/21/2013    0020  PVL               0.00  $18.73            0.00    $18.73    34.02
            12/2012  (PVNL)

2953516     Federal Express -Delivery to T.Simpson, 2/12/13    E     02/27/2013    0120  EI                0.00  $27.29            0.00    $27.29    61.31
```

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                          Page: 1
Matter          000             Disbursements                                                     3/22/2013

Attn:                                                                        Print Date/Time: 03/22/2013 11:57:16AM
                                                                                                 Invoice #
       (EI)

2956777    Database Research- Westlaw by AMW February 1-28,    E   02/28/2013    0999  C&D    0.00   $386.57   447.88
           2013
Total Expenses                                                                                0.00   $447.88

                   Matter Total Fees                                                          0.00     0.00
                   Matter Total Expenses                                                      0.00   447.88
                   Matter Total                                                               0.00   447.88

                   Prebill Total Fees                                                                 $447.88
                   Prebill Total Expenses                                                             $447.88
                   Prebill Total                                                              0.00    $447.88


Previous Billings

InvoiceNo   InvoiceDate   InvoiceTotal    OpenTotal
74,007      04/22/2010      55,577.50       137.53
86,825      03/26/2012      73,596.50    14,719.30
89,295      08/20/2012      50,812.00    10,162.40
89,820      09/18/2012      28,956.50     5,791.30
90,312      10/15/2012      23,367.50     4,673.50
90,875      11/21/2012      32,514.00     6,502.80
91,409      12/13/2012      13,536.00     2,707.20
91,996      01/22/2013     168,387.00    33,677.40
92,491      02/21/2013     165,886.64   165,886.64

                           612,633.64   244,258.07
```

```
Client Number:  4642       Grace Asbestos Personal Injury Claimants                                                    Page: 1
Matter         000         Disbursements                                                                               4/19/2013

Attn:                                                                                        Print Date/Time: 04/19/2013 9:58:34AM
                                                                                                             Invoice #

                                    PREBILL/CONTROL REPORT

                                                        Trans Date Range: 1/1/1950 to: 3/31/2013

Matter         000
Disbursements
Bill Cycle:    Monthly     Style: il    Start: 4/16/2001    Last Billed:    3/22/2013

Client Retainers Available  $4,806.34       Committed to Invoices:    $0.00    Remaining:    $4,806.34

                                        Total Expenses Billed To Date     $3,947,606.11

                                                                     Billing Empl:     0120      Elihu Inselbuch
                                                                     Responsible Empl: 0120      Elihu Inselbuch                13,655
                                                                     Alternate Empl:   0120      Elihu Inselbuch
                                                                     Originating Empl: 0120      Elihu Inselbuch

Summary by Employee
                                              ---------- A C T U A L ----------      ---------- B I L L I N G ----------
Empl   Initials   Name                         Hours          Amount                   Hours          Amount
0043   LIB        Paralegal &. Library Staff    0.00           170.13                   0.00          170.13
0120   EI         Elihu Inselbuch               0.00            15.29                   0.00           15.29
0255   DAT        Denise A Tolbert              0.00             0.70                   0.00            0.70
0338   KCM        Kevin C Maclay                0.00             6.36                   0.00            6.36
0999   C&D        Caplin & Drysdale             0.00           953.44                   0.00          953.44

Total Fees                                     0.00          1,145.92                  0.00         1,145.92


Detail Time / Expense by Date
                                                                                    -------- A C T U A L --------   -------- B I L L I N G --------
TransNo.   Description                                       TransType Trans Date    Work Empl   Rate  Hours  Amount      Rate  Hours   Amount   Cumulative

2961185    Photocopy                                         E    03/01/2013   0999    C&D            0.00    $0.40             0.00   $0.40     0.40
2961977    Photocopy                                         E    03/01/2013   0255    DAT            0.00    $0.70             0.00   $0.70     1.10
2958337    Federal Express -Delivery to T.Simpson, 2/28/13   E    03/12/2013   0120    EI             0.00   $15.29             0.00  $15.29    16.39
```

```
Client Number:  4642          Grace Asbestos Personal Injury Claimants                                          Page: 1
Matter          000           Disbursements                                                                  4/19/2013
Attn:                                                                              Print Date/Time: 04/19/2013  9:58:34AM
                                                                                                          Invoice #
        (EI)

2964509   Premiere Global Services -Teleconference Svc.,    E   03/21/2013  0338  KCM        $4.54      0.00     20.93
          2/2013  (KCM)
2965747   Premiere Global Services -Teleconference Svc.,    E   03/24/2013  0338  KCM        $1.82      0.00     22.75
          1/2013  (KCM)
2965781   West Payment Center -Research, re: WCX Tier 2     E   03/24/2013  0043  LIB      $170.13      0.00    192.88
          Federal Court, 1/10/13
2968864   Database Research - Lexis by SJD/AMH on March 22, E   03/31/2013  0999  C&D       $27.46      0.00    220.34
          2013
2968895   Database Research - Westlaw by AMH on March 28    E   03/31/2013  0999  C&D       $38.13      0.00    258.47
2968896   Database Research - Westlaw by LK on March 2631   E   03/31/2013  0999  C&D      $887.45      0.00  1,145.92
Total Expenses                                                                           $1,145.92
                                                                                                        0.00
                    Matter Total Fees                                                         0.00
                    Matter Total Expenses                                                 1,145.92
                    Matter Total                                                          1,145.92      0.00

                    Prebill Total Fees                                                                $1,145.92
                    Prebill Total Expenses                                                            $1,145.92
                    Prebill Total                                                 0.00       0.00     $1,145.92

Previous Billings

InvoiceNo   InvoiceDate    InvoiceTotal    OpenTotal
74,007      04/22/2010       55,577.50       137.53
86,825      03/26/2012       73,596.50    14,719.30
90,875      11/21/2012       32,514.00     6,502.80
91,409      12/13/2012       13,536.00     2,707.20
91,996      01/22/2013      168,387.00    33,677.40
92,491      02/21/2013      165,664.00    33,132.80
92,999      03/22/2013       35,610.88    35,610.88
                            544,885.88   126,487.91
```