IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date:  June 4, 2013 @ 4 p.m.** |

**NOTICE OF ANDERSON, KILL & OLICK, P.C.'S QUARTERLY FEE APPLICATION
FOR THE FORTY-EIGHTH INTERIM PERIOD OF
JANUARY 1, 2013 THROUGH MARCH 31, 2013 FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR
THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS OF W. R. GRACE & CO., *ET AL.*[1]**

| | |
|---|---|
| Name of Applicant: | Anderson Kill & Olick, P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 14, 2005, nunc pro tunc to March 17, 2005 |
| Period for which compensation and reimbursement is sought: | January 1, 2013 through March 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $392,374.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $124.41 |
| Total amount of holdback fees sought for applicable period: | $78,474.90 |

This is an: _____monthly ____**X**____ interim _____final application.

If this is not the first application filed, disclose the following for each prior application:

---

1    Per discussion with B. Ruhlander on 5/5/11, hereinafter our quarterly applications shall mirror her numbering system, making this our 31st Quarterly Application covering the 48th Interim Period of January, February and March 2013.

**Monthly Interim Fee Applications for January 1, 2013 through March 31, 2013:**

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 03/06/13 D.I. 30372 | 01/1/13 through 01/31/13 | $100,742.40 (80% of $125,928.00) | $60.30 | Pending | Pending |
| 04/03/13 D.I. 30472 | 02/1/13 through 02/28/13 | $111,668.00 (80% of $139,585.00) | $58.11 | Pending | Pending |
| 05/03/13 D.I. 30597 | 03/1/13 through 03/31/13 | $101,489.20 (80% of $126,861.50) | $6.00 | Pending | Pending |

**Interim Fee Applications:**

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/15/05 1st Interim | July through September 2005 | $16,348.00 | $186.75 | $16,348.00 | $186.75 |
| 2/14/06 2nd Interim | October through December 2005 | $7,283.00 | $129.06 | $7,283.00 | $129.06 |
| 5/15/06 3rd Interim | January through March 2006 | $ 17,264.50 | $ 46.48 | $17,264.50 | $46.48 |
| 8/14/06 4th Interim | April through June 2006 | $ 214,295.00 | $ 844.80 | $214,295.00 | $844.80 |
| 11/14/06 5th Interim | July through September 2006 | $ 84,800.00 | $ 596.91 | $84,800.00 | $596.91 |
| 2/15/07 6th Interim | October through December 2006 | $ 74,785.00 | $ 525.88 | $74,785.00 | $525.88 |
| 5/15/07 7th Interim | January through March 2007 | $ 21,533.00 | -$ 152.20 | $21,533.00 | -$152.20 |
| 8/14/07 8th Interim | April through June 2007 | $ 54,146.50 | $ 2,665.63 | $54,146.50 | $2,665.63 |
| 11/15/07 9th Interim | July through September 2007 | $ 330,831.00 | $ 2,643.22 | $330,831.00 | $2,643.22 |
| 2/15/08 10th Interim | October through December 2007 | $ 136,058.50 | $ 69.88 | $ 136,058.50 | $ 69.88 |
| 5/15/08 11th Interim | January through March 2008 | $ 250,420.50 | $ 3,199.44 | $250,420.50 | $3,199.44 |
| 8/14/08 12th Interim | April through June 2008 | $ 522,325.00 | $ 5,879.01 | $552,325.00 | $5,879.01 |
| 11/17/08 13th Interim | July through September 2008 | $ 449,116.00 | $ 2,897.32 | $449,116.00 | $2,897.32 |
| 2/13/09 14th Interim | October through December 2008 | $ 578,214.50 | $ 4,659.16 | $578,214.50 | $4,659.16 |
| 5/13/09 15th Interim | January through March 2009 | $ 750,505.00 | $ 7.987.34 | $ 750,505.00 | $ 7.987.34 |

**Interim Fee Applications:**

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 8/17/09<br>16th Interim | April through<br>June 2009 | $ 986,833.00 | $ 11,359.81 | $ 986,833.00 | $ 11,359.81 |
| 11/16/09<br>17th Interim | July through<br>September 2009 | $ 1,199,112.00 | $ 22,671.58 | $ 1,199,112.00 | $ 22,671.58 |
| 2/12/10<br>18th Interim | October through<br>December 2009 | $ 632,543.50 | $ 8,688.60 | $ 632,543.50 | $ 8,688.60 |
| 5/14/10<br>19th Interim | January through<br>March 2010 | $ 454,788.00 | $ 8,691.58 | $ 454,788.00 | $ 8,691.58 |
| 8/13/10<br>20th Interim | April through<br>June 2010 | $477,320.50 | $3,175.40 | $477,320.50 | $3,175.40 |
| 11/15/10<br>21st Interim | July through<br>September 2010 | $522,461.00 | $8,741.24 | $522,461.00 | $8,741.24 |
| 2/15/11<br>22s Interim | October through<br>December 2010 | $452,438.50 | $1,862.82 | $452,438.50 | $1,862.82 |
| 5/16/11<br>23rd Interim | January through<br>March 2011 | $440,943.00 | ($1,471.63)[2] | $440,943.00 | ($1,471.63)[3] |
| 8/15/2011<br>24th Interim | April through<br>June 2011 | $360,916.50 | $327.07 | $360,916.50 | $327.07 |
| 11/14/2011<br>25th Interim | July through<br>September 2011 | $226,658.50 | $426.29 | $226,658.50 | $426.29 |
| 02/15/2012<br>26th Interim | October through<br>December 2011 | $233,851.10 | $6,479.80 | $233,851.10 | $6,479.80 |
| 05/15/2012<br>27th Interim | January through<br>March 2012 | $402,648.50 | $4,061.99 | $402,648.50 | $4,061.99 |
| 08/14/2012<br>28th Interim | April through<br>June 2012 | $336,373.00 | $3,705.65 | $336,373.00 | $3,705.65 |
| 11/14/2012<br>29th Interim | July through<br>September 2012 | $297,555.00 | $2,896.74 | $297,555.00 | $2,896.74 |
| 02/14/2013<br>30th Interim | October through<br>December 2012 | $341,590.50 | $121.57 | Pending | Pending |
| **05/15/2013<br>31st Interim** | January through<br>March 2013 | $392,374.50 | $121.41 | Pending | Pending |

---

[2]    Negative balance reflects two credits for $1,962.99 and $620.62, previously for entries dated January 20, 2010 and April 14, 2010, respectively, as addressed in the Fee Auditor's report filed under D.I. 26232 on February 10, 2011 and reflected on AKO's January 2011 application.

[3]    See footnote 2.

**SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD JANUARY 1, 2013 THROUGH MARCH 31, 2012**

| Name and Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Robert M. Horkovich, Esq. | 32.20 | $925.00 | $29,785.00 |
| Robert Y. Chung, Esq. | 98.10 | $675.00 | $66,217.50 |
| Mark Garbowski, Esq. | 301.30 | $650.00 | $195,845.00 |
| Dennis J. Nolan | 11.20 | $495.00 | $5,544.00 |
| Glenn F. Fields, Insurance Specialist | 118.60 | $365.00 | $43,289.00 |
| Izak Feldgreber, Paralegal | 130.60 | $315.00 | $41,139.00 |
| Harris E. Gershman, Paralegal | 6.40 | $295.00 | $1,888.00 |
| Arline Pelton, Paralegal | 32.10 | $270.00 | $8,667.00 |
| **Totals:** | **730.50** | | **$392,374.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 01/01/13 through 03/31/13 | Total Fees for the Period 01/01/13 through 03/31/13 |
|---|---|---|
| Asset Analysis & Recovery | 695.60 | $381,817.50 |
| Case Administration | 0.00 | $0.00 |
| Committee Matters | 0.00 | $0.00 |
| Non-Working Travel Time | 0.00 | $0.00 |
| Plan and Disclosure Statement | 0.00 | $0.00 |
| Hearings | 0.00 | $0.00 |
| Fee Applications, Applicant | 34.90 | $10,557.00 |
| Litigation | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| **TOTAL:** | **730.50** | **$392,374.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period 01/1/13 through 03/31/13 |
|---|---|---|
| Airfreight | | $0.00 |
| Filing/Witness Fees | | $0.00 |
| Facsimile ($0.50 per page) | | $0.00 |
| Local Travel | First Corporate Sedans | 26.61 |
| Messenger | | $0.00 |
| Outside Messenger | | $0.00 |
| Other (Court Documents) | | $0.00 |
| Postage | | $0.00 |
| In-House Reproduction ($.10 per copy) | | $97.80 |
| Library and Legal Research | | $0.00 |
| Library and Legal Research | | $9.17 |
| Telephone | | ($90.00) |
| | | |
| **Total:** | | **$124.41** |

Dated:  May 15, 2013

ANDERSON KILL & OLICK, P.C.

*/s/Robert Y. Chung*
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1039

*Special Insurance Coverage Counsel for the*
*Official Committee of Asbestos Claimants*