IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: June 4, 2013 @ 4:00 pm** |
| | ) | **Hearing Date: To be determined** |

**NOTICE OF TWENTY-THIRD INTERIM FEE APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC, FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS**
<u>**THE PERIOD JANUARY 1, 2013 THROUGH MARCH 31, 2013**</u>

| | |
|---|---|
| Name of Applicant: | <u>Charter Oak Financial Consultants, LLC</u> |
| Authorized to Provide Professional Services to: | <u>The Official Committee of Asbestos Personal Injury Claimants</u> |
| Date of retention: | <u>August 29, 2007, *nunc pro tunc* to July 30, 2007</u> |
| Period for which compensation and reimbursement is sought: | <u>January 1, 2013 through March 31, 2013</u> |
| Amount of compensation sought as actual, reasonable and necessary: | <u>$52,313.50</u> |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | <u>$39.10</u> |
| Total amount of holdback fees sought for applicable period: | <u>$10,462.70</u> |

This is an: _____ monthly   <u> X </u>  interim  _____ final application.

Charter Oak Financial Consultants, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

**Monthly Interim Fee Applications for January 1, 2013 through March 31, 2013:**

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/6/2013 D.I. 30373 | January 2013 | $4,698.00 (80% of $5,872.50) | $4.10 | Pending | Pending |
| 4/3/2013 D.I. 30473 | February 2013 | $17,039.60 (80% of $21,299.50) | $0.00 | Pending | Pending |
| 5/3/2013 D.I. 30593 | March 2013 | $20,113.20 (80% of $25,141.50) | $35.00 | Pending | Pending |

**Prior Interim Fee Applications:**

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/15/07 First Interim | July through September 2007 | $ 116,569.00 | $ 489.59 | $116,569.00 | $489.59 |
| 2/15/08 Second Interim | October Through December 2007 | $ 44,379.84 | $ 12.50 | $44,379.84 | $12.50 |
| 5/15/08 Third Interim | January Through March 2008 | $ 203,193.80 | $ 336.00 | $203,193.80 | $336.00 |
| 8/14/08 Fourth Interim | April through June 2008 | $ 147,959.00 | $ 108.00 | $147,959.00 | $108.00 |
| 11/17/08 Fifth Interim | July through September 2008 | $ 108,192.75 | $ 84.00 | $ 108,192.75 | $ 84.00 |
| 2/13/09 Sixth Interim | October through December 2008 | $ 85,245.50 | $ 170.88 | $ 85,245.50 | $ 170.88 |
| 5/13/09 Seventh Interim | January through March 2009 | $ 68,992.50 | $ 3.92 | $68,992.50 | $3.92 |
| 8/17/09 Eighth Interim | April through June 2009 | $44,357.50 | $0.00 | $44,357.50 | $0.00 |
| 11/16/09 Ninth Interim | July through September 2009 | $43,775.50 | $0.00 | $43,775.50 | $0.00 |
| 2/12/10 Tenth Interim | October through December 2009 | $ 74,236.50 | $ 156.00 | $ 74,236.50 | $ 156.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/14/10 Eleventh Interim | January through March 2010 | $ 80,530.00 | $ 39.96 | $ 80,530.00 | $ 39.96 |
| 8/13/10 Twelfth Interim | April through June 2010 | $47,787.00 | $0.00 | $47,787.00 | $0.00 |
| 11/15/2010 Thirteenth Interim | July through September 2010 | $29,189.50 | $46.69 | $29,189.50 | $46.69 |
| 2/15/2011 Fourteenth Interim | October through December 2010 | $37,525.00 | $0.00 | $37,525.00 | $0.00 |
| 5/15/2011 Fifteenth Interim | January through March 2011 | $62,819.00 | $0.00 | $62,819.00 | $0.00 |
| 8/16/2011 Sixteenth Interim | April through June 2011 | $84,294.00 | $10.32 | $84,294.00 | $10.32 |
| 11/14/2011 Seventeenth Interim | July through September 2011 | $91,455.50 | $251.00 | $91,455.50 | $251.00 |
| 2/15/2012 Eighteenth Interim | October through December 2011 | $43,074.00 | $2.08 | $43,074.00 | $2.08 |
| 5/15/2012 Nineteenth Interim | January through March 2012 | $57,652.00 | $35.00 | $57,652.00 | $35.00 |
| 8/14/2012 Twentieth Interim | April through June 2012 | $91,849.00 | $388.00 | $91,849.00 | $388.00 |
| 11/14/2012 Twenty First Interim | July through September 2012 | $57,753.00 | $7.00 | $57,753.00 | $7.00 |
| 2/14/2013 Twenty Second Interim | October through December 2012 | $33,984.00 | $25.00 | Pending | Pending |

*(Remainder of Page Intentionally Left Blank)*

{D0262217.2}    3

**SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD JANUARY 1, 2013 THROUGH MARCH 31, 2013**

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Bradley Rapp, Senior Managing Director | 15.0 | $680.00 | $10,200.00 |
| James Sinclair, Senior Managing Director | 33.2 | $680.00 | $22,576.00 |
| Peter Cramp, Associate | 36.3 | $375.00 | $13,612.50 |
| Gibbons Sinclair, Associate | 15.8 | $375.00 | $5,925.00 |
| Duncan Sinclair, Senior Analyst | 0.0 | $300.00 | $0.00 |
| **Total** | **100.3** | | **$52,313.50** |

*(Remainder of Page Intentionally Left Blank)*

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 1/1/13 through 3/31/13 | Total Fees for the Period 1/1/13 through 3/31/13 |
|---|---|---|
| Asset Analysis and Recovery | 61.9 | $30,166.50 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 4.4 | $2,260.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0.00 |
| Committee Administration | 0 | $0.00 |
| Data Analysis | 0 | $0.00 |
| Employee Benefits/Pension | 16.5 | $10,823.50 |
| Employment Applications (applicant) | 0 | $0.00 |
| Employment Applications (others) | 0 | $0.00 |
| Fee Applications (applicant) | 3.3 | $1,237.50 |
| Fee Applications (others) | 0 | $0.00 |
| Financing | 0 | $0.00 |
| Hearings | 0 | $0.00 |
| Litigation | 0 | $0.00 |
| Plan and Disclosure Statement | 0 | $0.00 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Retention (Others) | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 14.2 | $7,826.00 |
| ZAI Science Trial | 0 | $0.00 |
| **Totals:** | **100.3** | **$52,313.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Interim Period |
|---|---|---|
| Long Distance Telephone | | $0 |
| Xerox ($0.10 per page) | | $0 |
| Overnight Delivery | Federal Express | $0 |
| Facsimile | | $0 |
| Postage | | $0 |
| Travel | | $0 |
| Online Research | PACER | $4.10 |
| Online Research | Alacra (Thomson Financial I/B/E/S) | $0 |
| Online Research | Bonds Online | $35.00 |
| **TOTAL:** | | **$39.10** |

CHARTER OAK FINANCIAL
CONSULTANTS, LLC

/s/James P. Sinclair
James P. Sinclair
430 Center Avenue
Mamaroneck, NY 10543
(914) 372-1874

*Financial Advisor for the Official Committee of Asbestos Personal Injury Claimants*

Dated: May 15, 2013

{D0262217.2 }  6