# EXHIBIT A

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2013 through January 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 10-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 15-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 15-Jan-13 | BR | Review of docket report. | 0.30 | $ 680.00 | $ 204.00 |
| 22-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 23-Jan-13 | BR | Review of monthly financial report for November 2012. | 2.10 | $ 680.00 | $ 1,428.00 |
| | | Total Bradley Rapp | 2.70 | | $ 1,836.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 09-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 14-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 22-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| | | Total James Sinclair | 1.80 | | $ 1,224.00 |
| Peter Cramp - Associate | | | | | |
| 07-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.4 | $375.00 | $ 525.00 |
| 14-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| 21-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.5 | $375.00 | $ 562.50 |
| 28-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| 28-Jan-13 | PC | Review press release regarding adjustment to asbestos-related liability, email to J. Sinclair. | 0.4 | $375.00 | $ 150.00 |
| | | Total Peter Cramp | 6.70 | | $ 2,512.50 |
| Gibbons Sinclair - Associate | | | | | |
| 28-Jan-13 | GS | Draft December 2012 Fee Statement | 0.80 | $375.00 | $ 300.00 |
| | | Total Gibbons Sinclair | 0.80 | | $ 300.00 |
| | | **TOTAL** | 12.00 | | $ 5,872.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2013 through January 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 07-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.4 | $375.00 | $ 525.00 |
| 09-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 10-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 14-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 14-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| 15-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 15-Jan-13 | BR | Review of docket report. | 0.30 | $ 680.00 | $ 204.00 |
| 21-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.5 | $375.00 | $ 562.50 |
| 22-Jan-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 22-Jan-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 23-Jan-13 | BR | Review of monthly financial report for November 2012. | 2.10 | $ 680.00 | $ 1,428.00 |
| 28-Jan-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| 28-Jan-13 | PC | Review press release regarding adjustment to asbestos-related liability, email to J. Sinclair. | 0.4 | $375.00 | $ 150.00 |
| | | Total Asset Analysis and Recovery | 11.20 | | $ 5,572.50 |
| Fee Applications (Applicant) | | | | | |
| 29-Jan-13 | GS | Draft December 2012 Fee Statement | 0.80 | $375.00 | $ 300.00 |
| | | Total Fee Applications (Applicant) | 0.80 | | $ 300.00 |
| | | **TOTAL** | 12.00 | | $ 5,872.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2013 through January 31, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.70 | $ 680.00 | $ 1,836.00 |
| James Sinclair - Senior Managing Director | 1.80 | $ 680.00 | $ 1,224.00 |
| Peter Cramp - Associate | 6.70 | $ 375.00 | $ 2,512.50 |
| Gibbons Sinclair - Associate | 0.80 | $ 375.00 | $ 300.00 |
| Total Professional Hours and Fees | 12.00 | | $ 5,872.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2013 through January 31, 2013

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | Online Research - Pacer | $4.10 |
|      | Total Expenses January 1, 2013 through January 31, 2013 | $4.10 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2013 through February 28, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 08-Feb-13 | BR | Review of draft motion for authorization to make pension funding contribution. | 0.80 | $680.00 | $ 544.00 |
| 08-Feb-13 | BR | Review of prior year motions for pension fund contributions, together with exhibits thereto. | 1.50 | $680.00 | $ 1,020.00 |
| 08-Feb-13 | BR | Preparation of e-mail memo to Peter Lockwood re Grace's proposed pension funding motion. | 0.40 | $680.00 | $ 272.00 |
| 08-Feb-13 | BR | Review of financial information set forth in Grace's 4Q12 earnings release. | 2.50 | $680.00 | $ 1,700.00 |
| 09-Feb-13 | BR | Listened to replay of Grace's 4Q12 earnings conference call. | 0.60 | $680.00 | $ 408.00 |
| 09-Feb-13 | BR | Drafted memorandum relating to Grace's proposed motion for authorization to make pension plan contribution. | 0.80 | $680.00 | $ 544.00 |
| 15-Feb-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 15-Feb-13 | BR | Review and analysis of monthly financial report for December 2012. | 2.30 | $680.00 | $ 1,564.00 |
| | | Total Bradley Rapp | 9.00 | | $ 6,120.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 06-Feb-13 | JS | Review, analyze Motion Authorizing but not Requiring Debtors to make contributions in excess of minimum requirement to Defined Benefit Pension Plans for purposes of advising ACC counsel. | 2.70 | $680.00 | $ 1,836.00 |
| 13-Feb-13 | JS | Write memorandum to ACC counsel regarding Grace's 4th quarter and full year 2012 earnings report for purposes of advising ACC counsel. | 1.20 | $680.00 | $ 816.00 |
| 14-Feb-13 | JS | Review 8-K filing "Investment Highlights" incorporating projections and business plan for due diligence and valuation. | 2.80 | $680.00 | $ 1,904.00 |
| 27-Feb-13 | JS | Re-evaluate potential rating of Deferred Payment Obligation (DPO), determine net present value of DPO, update accrued interest from Sealed Air and Grace for valuation and recovery analysis. | 3.30 | $680.00 | $ 2,244.00 |
| 27-Feb-13 | JS | Review, analyze current equity research reports on Sealed Air Corp. for valuation and recovery analysis. | 1.90 | $680.00 | $ 1,292.00 |
| | | Total James Sinclair | 11.90 | | $ 8,092.00 |
| Peter Cramp - Associate | | | | | |
| 04-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 06-Feb-13 | PC | Review Q4 earnings release for due diligence. | 1.80 | $375.00 | $ 675.00 |
| 06-Feb-13 | PC | Participation in Q4 earnings conference call for due diligence. | 0.60 | $375.00 | $ 225.00 |
| 06-Feb-13 | PC | Review Q4 Business Update. | 1.80 | $375.00 | $ 675.00 |
| 08-Feb-13 | PC | Review Defined Benefit Plan Contribution Motion for due diligence. | 1.30 | $375.00 | $ 487.50 |
| 12-Feb-13 | PC | Further review of Q4 and full-year earnings release. | 1.30 | $375.00 | $ 487.50 |
| 12-Feb-13 | PC | Prepare summary of earnings release for purposes of advising ACC counsel. | 1.10 | $375.00 | $ 412.50 |
| 12-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $375.00 | $ 675.00 |
| 19-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 19-Feb-13 | PC | Review and analyze 8-K filing, "Investment Highlights", for due diligence. | 1.80 | $375.00 | $ 675.00 |
| 25-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 25-Feb-13 | PC | Review Credit Suisse equity research report covering Sealed Air for due diligence, email to J. Sinclair. | 1.30 | $375.00 | $ 487.50 |
| | | Total Peter Cramp | 17.50 | | $ 6,562.50 |
| Gibbons Sinclair - Associate | | | | | |
| 14-Feb-13 | GS | Review and revise Interim Fee Application | 0.60 | $375.00 | $ 225.00 |
| 28-Feb-13 | GS | Draft and revise WR Grace Fee Statement. | 0.80 | $375.00 | $ 300.00 |
| | | Total Gibbons Sinclair | 1.40 | | $ 525.00 |
| | | **TOTAL** | 39.80 | | $ 21,299.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2013 through February 28, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 04-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 08-Feb-13 | BR | Review of financial information set forth in Grace's 4Q12 earnings release. | 2.50 | $680.00 | $ 1,700.00 |
| 12-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $375.00 | $ 675.00 |
| 19-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 25-Feb-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 25-Feb-13 | PC | Review Credit Suisse equity research report covering Sealed Air for due diligence, email to J. Sinclair. | 1.30 | $375.00 | $ 487.50 |
| | | Total Asset Analysis and Recovery | 10.30 | | $ 4,625.00 |
| Case Administration | | | | | |
| 06-Feb-13 | PC | Participation in Q4 earnings conference call for due diligence. | 0.60 | $375.00 | $ 225.00 |
| 06-Feb-13 | PC | Review Q4 Business Update. | 1.80 | $375.00 | $ 675.00 |
| 09-Feb-13 | BR | Listened to replay of Grace's 4Q12 earnings conference call. | 0.60 | $680.00 | $ 408.00 |
| 15-Feb-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| | | Total Case Administration | 3.10 | | $ 1,376.00 |
| Employee Benefits/Pensions | | | | | |
| 06-Feb-13 | JS | Review, analyze Motion Authorizing but not Requiring Debtors to make contributions in excess of minimum requirement to Defined Benefit Pension Plans for purposes of advising ACC counsel. | 2.70 | $ 680.00 | $ 1,836.00 |
| 08-Feb-13 | BR | Review of draft motion for authorization to make pension funding contribution. | 0.80 | $ 680.00 | $ 544.00 |
| 08-Feb-13 | BR | Review of prior year motions for pension fund contributions, together with exhibits thereto. | 1.50 | $ 680.00 | $ 1,020.00 |
| 08-Feb-13 | BR | Preparation of e-mail memo to Peter Lockwood re Grace's proposed pension funding motion. | 0.40 | $ 680.00 | $ 272.00 |
| 08-Feb-13 | PC | Review Defined Benefit Plan Contribution Motion for due diligence. | 1.30 | $ 375.00 | $ 487.50 |
| 09-Feb-13 | BR | Drafted memorandum relating to Grace's proposed motion for authorization to make pension plan contribution. | 0.80 | $ 680.00 | $ 544.00 |
| 27-Feb-13 | JS | Re-evaluate potential rating of Deferred Payment Obligation (DPO), determine net present value of DPO, update accrued interest from Sealed Air and Grace for valuation and recovery analysis. | 3.30 | $ 680.00 | $ 2,244.00 |
| | | Total Employee Benefits/Pensions | 10.80 | | $ 6,947.50 |
| Fee Applications (Applicant) | | | | | |
| 14-Feb-13 | GS | Review and revise Interim Fee Application. | 0.60 | $375.00 | $ 225.00 |
| 28-Feb-13 | GS | Draft and revise WR Grace Fee Statement. | 0.80 | $375.00 | $ 300.00 |
| | | Total Fee Applications (Applicant) | 1.40 | | $ 525.00 |
| Valuation | | | | | |
| 06-Feb-13 | PC | Review Q4 earnings release for due diligence. | 1.80 | $375.00 | $ 675.00 |
| 12-Feb-13 | PC | Further review of Q4 and full-year earnings release. | 1.30 | $375.00 | $ 487.50 |
| 12-Feb-13 | PC | Prepare summary of earnings release for purposes of advising ACC counsel. | 1.10 | $375.00 | $ 412.50 |
| 13-Feb-13 | JS | Write memorandum to ACC counsel regarding Grace's 4th quarter and full year 2012 earnings report for purposes of advising ACC counsel. | 1.20 | $680.00 | $ 816.00 |
| 14-Feb-13 | JS | Review 8-K filing "Investment Highlights" incorporating projections and business plan for due diligence and valuation. | 2.80 | $680.00 | $ 1,904.00 |
| 15-Feb-13 | BR | Review and analysis of monthly financial report for December 2012. | 2.30 | $680.00 | $ 1,564.00 |
| 19-Feb-13 | PC | Review and analyze 8-K filing, "Investment Highlights", for due diligence. | 1.80 | $375.00 | $ 675.00 |
| 27-Feb-13 | JS | Review, analyze current equity research reports on Sealed Air Corp. for valuation and recovery analysis. | 1.90 | $680.00 | $ 1,292.00 |
| | | Total Valuation | 14.20 | | $ 7,826.00 |
| | | **TOTAL** | 39.80 | | $ 21,299.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2013 through February 28, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 9.00 | $ 680.00 | $ 6,120.00 |
| James Sinclair - Senior Managing Director | 11.90 | $ 680.00 | $ 8,092.00 |
| Peter Cramp - Associate | 17.50 | $ 375.00 | $ 6,562.50 |
| Gibbons Sinclair - Associate | 1.40 | $ 375.00 | $ 525.00 |
| Total Professional Hours and Fees | 39.80 | | $ 21,299.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2013 through February 28, 2013

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period. |  |

Total Expenses February 1, 2013 through February 28, 2013     $0.00

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2013 through March 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 04-Mar-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 08-Mar-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 15-Mar-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 15-Mar-13 | BR | Review of COFC calculation of NPV of insurance payment stream. | 1.00 | $680.00 | $ 680.00 |
| 28-Mar-13 | BR | Review of Grace motion for authorization to implement 2013 LTIP. | 1.20 | $680.00 | $ 816.00 |
| 28-Mar-13 | BR | Review of prior Grace LTIP's and comparison with proposed 2013 LTIP. | 0.80 | $680.00 | $ 544.00 |
| | | Total Bradley Rapp | 3.30 | | $ 2,244.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Mar-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.80 | $680.00 | $ 544.00 |
| 01-Mar-13 | JS | Review, analyze 8-K filing of 2012 pro-forma financial statements adjusted for the effect of the Plan of Reorganization for recover analysis. | 1.80 | $680.00 | $ 1,224.00 |
| 05-Mar-13 | JS | Review analyze 2012 10-K for monitoring, valuation and recovery analysis. | 3.50 | $680.00 | $ 2,380.00 |
| 06-Mar-13 | JS | Review, analyze selected specialty chemical reports and equity research reports for valuation and recovery analysis for purposes of advising ACC counsel. | 3.30 | $680.00 | $ 2,244.00 |
| 07-Mar-13 | JS | Write analysis to ACC counsel regarding Grace earnings performance and financial considerations for purposes of advising ACC counsel. | 0.90 | $680.00 | $ 612.00 |
| 11-Mar-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.70 | $680.00 | $ 476.00 |
| 14-Mar-13 | JS | Review insurance schedule from Mark Garbowski of Gilbert, Gibbons Sinclair's determination of discount rates for present value, make revisions, write memorandum to Garbowski in response to his inquiry as requested. | 2.50 | $680.00 | $ 1,700.00 |
| 15-Mar-13 | JS | Review, analyze draft motion for 2013 LTIP for purposes of advising ACC counsel. | 2.60 | $680.00 | $ 1,768.00 |
| 19-Mar-13 | JS | Review, analyze pricing data and information , review Grace's change in pricing for its fluid cracking catalysts for purposes of advising ACC counsel. | 1.10 | $680.00 | $ 748.00 |
| 22-Mar-13 | JS | Review additional list of insurance payers and payment schedules at request of Mark Garbowski of Gilbert, review ratings for present value determination. | 0.80 | $680.00 | $ 544.00 |
| 22-Mar-13 | JS | Review schedule of present value developed by G. Sinclair of insurance payments for Mark Garbowski at Gilbert. | 0.60 | $680.00 | $ 408.00 |
| 28-Mar-13 | JS | Review Mark Garbowski's latest schedule of insurance streams, review G. Sinclair's computation of present value of such streams as requested by Garbowski. | 0.90 | $680.00 | $ 612.00 |
| | | Total James Sinclair | 19.50 | | $ 13,260.00 |
| Peter Cramp - Associate | | | | | |
| 04-Mar-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.9 | $375.00 | $ 712.50 |
| 04-Mar-13 | PC | Review 10-K and 8-K filings for due diligence. | 4.3 | $375.00 | $ 1,612.50 |
| 11-Mar-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.5 | $375.00 | $ 562.50 |
| 18-Mar-13 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.2 | $375.00 | $ 825.00 |
| 22-Mar-13 | PC | Review credit ratings for AXA Belgium, email to J. Sinclair and G. Sinclair. | 0.5 | $375.00 | $ 187.50 |
| 26-Mar-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| | | Total Peter Cramp | 12.10 | | $ 4,537.50 |
| Gibbons Sinclair - Associate | | | | | |
| 04-Mar-13 | GS | Review, revise WR Grace Fee Application. | 0.40 | $375.00 | $ 150.00 |
| 13-Mar-13 | GS | Commence research on value of Insurance company insurance payment streams per request of Committee member. | 0.70 | $375.00 | $ 262.50 |
| 13-Mar-13 | GS | Gather relevant data for computation of Net Present Value of payment streams. | 2.30 | $375.00 | $ 862.50 |
| 13-Mar-13 | GS | Compute Net Present Value of insurance cash flows, send to relevant parties. | 3.60 | $375.00 | $ 1,350.00 |
| 14-Mar-13 | GS | Additional changes to insurance company insurance payment streams. | 0.40 | $375.00 | $ 150.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2013 through March 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| 22-Mar-13 | GS | Commence financial analysis of second set of insurance company payment streams, revise market data. | 2.20 | $375.00 | $ 825.00 |
| 24-Mar-13 | GS | Finalize schedule of Net Present Value of insurance cash flows. | 1.50 | $375.00 | $ 562.50 |
| 27-Mar-13 | GS | Draft WR Grace Fee Statement. | 0.70 | $375.00 | $ 262.50 |
| 28-Mar-13 | GS | Compute Net Present Value using new insurance payment stream values. | 1.80 | $375.00 | $ 675.00 |
| | | Total Gibbons Sinclair | 13.60 | | $ 5,100.00 |
| | | **TOTAL** | 48.50 | | $ 25,141.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2013 through March 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 01-Mar-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.80 | $680.00 | $ 544.00 |
| 01-Mar-13 | JS | Review, analyze 8-K filing of 2012 pro-forma financial statements adjusted for the effect of the Plan of Reorganization for recover analysis. | 1.80 | $680.00 | $ 1,224.00 |
| 04-Mar-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $375.00 | $ 712.50 |
| 04-Mar-13 | PC | Review 10-K and 8-K filings for due diligence. | 4.30 | $375.00 | $ 1,612.50 |
| 05-Mar-13 | JS | Review analyze 2012 10-K for monitoring, valuation and recovery analysis. | 3.50 | $680.00 | $ 2,380.00 |
| 06-Mar-13 | JS | Review, analyze selected specialty chemical reports and equity research reports for valuation and recovery analysis for purposes of advising ACC | 3.30 | $680.00 | $ 2,244.00 |
| 07-Mar-13 | JS | Write analysis to ACC counsel regarding Grace earnings performance and financial considerations for purposes of advising ACC counsel. | 0.90 | $680.00 | $ 612.00 |
| 11-Mar-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.70 | $680.00 | $ 476.00 |
| 11-Mar-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 13-Mar-13 | GS | Commence research on value of Insurance company insurance payment streams per request of Committee member. | 0.70 | $375.00 | $ 262.50 |
| 13-Mar-13 | GS | Gather relevant data for computation of Net Present Value of payment streams. | 2.30 | $375.00 | $ 862.50 |
| 13-Mar-13 | GS | Compute Net Present Value of insurance cash flows, send to relevant parties. | 3.60 | $375.00 | $ 1,350.00 |
| 14-Mar-13 | JS | Review insurance schedule from Mark Garbowski of Gilbert, Gibbons Sinclair's determination of discount rates for present value, make revisions, write memorandum to Garbowski in response to his inquiry as requested. | 2.50 | $680.00 | $ 1,700.00 |
| 14-Mar-13 | GS | Additional changes to insurance company insurance payment streams. | 0.40 | $375.00 | $ 150.00 |
| 18-Mar-13 | PC | Review news articles and prepare weekly share price and settlement package value update for E. Inselbuch. | 2.20 | $375.00 | $ 825.00 |
| 22-Mar-13 | JS | Review additional list of insurance payers and payment schedules at request of Mark Garbowski of Gilbert, review ratings for present value determination. | 0.80 | $680.00 | $ 544.00 |
| 22-Mar-13 | JS | Review schedule of present value developed by G. Sinclair of insurance payments for Mark Garbowski at Gilbert. | 0.60 | $680.00 | $ 408.00 |
| 22-Mar-13 | PC | Review credit ratings for AXA Belgium, email to J. Sinclair and G. Sinclair. | 0.5 | $375.00 | $ 187.50 |
| 22-Mar-13 | GS | Commence financial analysis of second set of insurance company payment streams, revise market data. | 2.20 | $375.00 | $ 825.00 |
| 24-Mar-13 | GS | Finalize schedule of Net Present Value of insurance cash flows. | 1.50 | $375.00 | $ 562.50 |
| 26-Mar-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $375.00 | $ 637.50 |
| 28-Mar-13 | JS | Review Mark Garbowski's latest schedule of insurance streams, review G. Sinclair's computation of present value of such streams as requested by Garbowski. | 0.90 | $680.00 | $ 612.00 |
| 28-Mar-13 | GS | Compute Net Present Value using new insurance payment stream values. | 1.80 | $375.00 | $ 675.00 |
| | | Total Asset Analysis and Recovery | 40.40 | | $ 19,969.00 |
| Case Administration | | | | | |
| 04-Mar-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 08-Mar-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 15-Mar-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 15-Mar-13 | BR | Review of COFC calculation of NPV of insurance payment stream. | 1.00 | $680.00 | $ 680.00 |
| | | Total Case Administration | 1.30 | | $ 884.00 |
| Employee Benefits/Pensions | | | | | |
| 15-Mar-13 | JS | Review, analyze draft motion for 2013 LTIP for purposes of advising ACC counsel. | 2.60 | $680.00 | $ 1,768.00 |
| 19-Mar-13 | JS | Review, analyze pricing data and information , review Grace's change in pricing for its fluid cracking catalysts for purposes of advising ACC counsel. | 1.10 | $680.00 | $ 748.00 |
| 28-Mar-13 | BR | Review of Grace motion for authorization to implement 2013 LTIP. | 1.20 | $680.00 | $ 816.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2013 through March 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| 28-Mar-13 | BR | Review of prior Grace LTIP's and comparison with proposed 2013 LTIP. | 0.80 | $680.00 | $ 544.00 |
|  |  | Total Employee Benefits/Pensions | 5.70 |  | $ 3,876.00 |
| Fee Applications (Applicant) |  |  |  |  |  |
| 04-Mar-13 | GS | Review, revise WR Grace Fee Application. | 0.40 | $375.00 | $ 150.00 |
| 27-Mar-13 | GS | Draft WR Grace Fee Statement. | 0.70 | $375.00 | $ 262.50 |
|  |  | Total Fee Applications (Applicant) | 1.10 |  | $ 412.50 |
|  |  | **TOTAL** | 48.50 |  | $ 25,141.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2013 through March 31, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 3.30 | $ 680.00 | $ 2,244.00 |
| James Sinclair - Senior Managing Director | 19.50 | $ 680.00 | $ 13,260.00 |
| Peter Cramp - Associate | 12.10 | $ 375.00 | $ 4,537.50 |
| Gibbons Sinclair - Associate | 13.60 | $ 375.00 | $ 5,100.00 |
| Total Professional Hours and Fees | 48.50 | | $ 25,141.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2013 through March 31, 2013

| Date | Description of Item | Amount |
|---|---|---|
| 13-Mar-13 | Online Research - Bonds Online | $35.00 |
| | Total Expenses March 1, 2013 through March 31, 2013 | $35.00 |