# EXHIBIT A

```
Date: 04/02/13            Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                HOURS/RATE    AMOUNT
---------------------------------------------------------------------------
01/22/13   Peterson  / (15) Evaluation_of_other_parties'_methods  0.3   240.00
#0901      Telephone Relles re: interpreting regressions for    800.00
           Anderson-Kill

01/22/13   Peterson  / (15) Evaluation_of_other_parties'_methods  1.2   960.00
#0902      Review regressions and draft email to Grabowski and  800.00
           Horkovich re: exposure years

01/22/13   Relles    / (15) Evaluation_of_other_parties'_methods  0.3   162.00
#1101      Telephone Peterson re: interpreting regressions for  540.00
           Anderson-Kill
---------------------------------------------------------------------------
```

{D0260438.1 }

```
Date: 04/02/13            Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 2

                    W. R. Grace

             Summary Of Time Charges, By Month and Activity
                    January 2013 - January 2013

 MONTH      ACTIVITY                                    HOURS    AMOUNT
 ----------------------------------------------------------------------
 January  - (15) Evaluation_of_other_parties'_methods     1.8    1362.00
 January  - (99) Total                                    1.8    1362.00

 Total    - (15) Evaluation_of_other_parties'_methods     1.8    1362.00
 Total    - (99) Total                                    1.8    1362.00

 ----------------------------------------------------------------------
```

{D0260438.1 }

```
Date: 04/02/13           Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 3

                   W. R. Grace

              Summary Of Time Charges, By Month and Person
                     January 2013 - January 2013

    MONTH       PERSON                                HOURS      AMOUNT
    ------------------------------------------------------------------

    January   - Relles                                  0.3      162.00
    January   - Peterson                                1.5     1200.00
    January   - Total                                   1.8     1362.00

    Total     - Relles                                  0.3      162.00
    Total     - Peterson                                1.5     1200.00
    Total     - Total                                   1.8     1362.00

    ------------------------------------------------------------------
```

{D0260438.1 }

```
Date: 04/02/13            Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 4

                    W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                      January 2013 - January 2013

   MONTH      PERSON                                HOURS    RATE     AMOUNT
   ----------------------------------------------------------------------

   (15) Evaluation_of_other_parties'_methods

   January   - Relles                                 0.3    540.      162.00
   January   - Peterson                               1.5    800.     1200.00


   ----------------------------------------------------------------------------
```

{D0260438.1 }