# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: March 27, 2013, at 4:00 p.m. |
| | | Hearing Date: Only if Objections are Filed |

**SUMMARY OF APPLICATION OF REED SMITH LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO
DEBTORS FOR THE ONE HUNDRED THIRTY-NINTH MONTHLY INTERIM
PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

Name of Applicant:                                    Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., *et al*., Debtors and
                                                  Debtors-in-Possession

Date of Retention:                                July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                          January 1 Through January 31, 2013

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of fees sought as actual,
reasonable and necessary:          $14,051.50[2]

Amount of expenses sought as actual,
reasonable and necessary           $37.90[3]

This is a(n): <u>X</u> monthly    __ interim    __ final application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|----------------|--------------------|----------------|--------------------|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |

---

2       The total amount of fees described in this application is $51,930.50.  This amount includes fees incurred in November 2012 (in the amount of $21,898.75) and December 2012 (in the amount of $15,980.25) on the matter titled "Unclaimed Property Advice."  Due to an administrative error, Reed Smith sent its invoices for the November 2012 and December 2012 fees  in the "Unclaimed Property Advice" matter directly to the Debtors, who made payment of both invoices prior to the filing of this application.  As such, Reed Smith is not seeking payment of those amounts in this application; rather, it has attached the November 2012 and December 2012 invoices for the "Unclaimed Property Advice" matter to this application, and has reflected credits in those amounts, as they were charged to and paid by the Debtors.  In seeking approval of this application, the Debtors also seek approval of the prior payments of those amounts, and to the extent that any objections to any fees charged in the November 2012 and December 2012 invoices in the "Unclaimed Property Advice" matter are sustained by the Court, Reed Smith will reduce its fee and reimburse the Debtors accordingly.  The only fees for which Reed Smith seeks approval in this application for prospective payment by the Debtors is the $14,051.50 incurred in January 2013.

3       The total amount of expenses described in this application is $54.40.  This amount includes expenses incurred in November and December 2012 (in the amount of $16.50), which for the reasons stated in Footnote 2 above were already invoiced to and paid by the Debtors.  As such, Reed Smith is not seeking payment of the $16.50 amount in this application; rather, it has attached to this application the previously billed invoice for that amount, and has reflected a credit in that amount, as it was charged to and paid by the Debtors.  In seeking approval of this application, the Debtors also seek approval of the prior payment of the $16.50, and to the extent that any objections to the expenses charged in the November and December 2012 invoices in the "Unclaimed Property Advice" matter are sustained sustained by the Court, Reed Smith will reduce its fee and reimburse the Debtors accordingly.  The only expenses for which Reed Smith seeks approval in this application for prospective payment by the Debtors is the $37.90 incurred in January 2013.

| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[4] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |

---

[4] Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |

| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |

| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |

| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred thirty-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately eight hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are: [5]

---

[5]     The Reed Smith attorneys who rendered professional services on the "Unclaimed Property Advice" Matter in November 2012 and December 2012, for which payment have already been made by Debtors, are:

Kyle O. Sollie, Partner –Hourly Billing Rate:  $655.00 – Nov. and Dec. hours billed:  3.55 – Total:  $2,325.25
Sara A. Lima, Associate – Hourly Rate: $485.00 – Nov. and Dec. hours billed:  23.90 – Total:  $11,591.50
Jaime S. Reichardt, Associate – Hourly Rate:  $365.00 – Nov. and Dec. hours billed:  65.65 – Total:  $23,962.25

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $690.00 | 4.80 | $3,312.00 |
| Kyle O. Sollie | Partner | 1996 | Business & Finance | $680.00 | 1.70 | $1,156.00 |
| Anthony B. Klapper | Partner | 1996 | Litigation | $635.00 | 3.20 | $2,032.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $610.00 | 5.90 | $3,599.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $570.00 | 1.30 | $741.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | .90 | $445.50 |
| Sara A. Lima | Associate | 2002 | Business & Finance | $470.00 | 2.90 | $1,363.00 |
| Jaime S. Reichardt | Associate | 2009 | Business & Finance | $380.00 | .50 | $190.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 1.90 | $513.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 3.50 | $700.00 |

**Total Fees: $14,051.50**

## COMPENSATION BY PROJECT CATEGORY[6]

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Consulting | 1.50 | $986.00 |
| Fee Application | 7.90 | $2,811.50 |
| Claims | 1.70 | $1,173.00 |
| Specifications Inquiry | 9.10 | $5,631.00 |
| Correa | 1.30 | $741.00 |
| Unclaimed Property Advice | 5.10 | $2,709.00 |
| **Total** | **26.60** | **$14,051.50** |

## EXPENSE SUMMARY[7]

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Postage Expense | $2.60 | $0.00 |
| Duplicating/Printing/Scanning | $20.80 | $0.00 |
| Outside Duplicating | $14.40 | $0.00 |
| Telephone Expense | $.10 | $0.00 |
| SUBTOTAL | $21.40 | $0.00 |
| **TOTAL** | **$37.90** | **$0.00** |

---

6      For the "Unclaimed Property Advice " Matter, a total of $16.50 for duplicating/printing/scanning expenses were incurred between November 25, 2012 and December 26, 2012, and were paid by the Debtors.

7      For the "Unclaimed Property Advice" matter in November 2012, total hours were 53.75, and total fees were $21,898.75.  For the "Unclaimed Property Advice" matter in December 2012, total hours were 39.35, and total fees were $15,980.25.

Dated:   March 4, 2013                        REED SMITH LLP
         Wilmington, Delaware

                                          By: /s/ Kurt F. Gwynne
                                              Kurt F. Gwynne (No. 3951)
                                              1201 Market Street, Suite 1500
                                              Wilmington, DE  19801
                                              Telephone:  (302) 778-7500
                                              Facsimile:  (302) 778-7575
                                              E-mail: kgwynne@reedsmith.com

                                                 and

                                              James J. Restivo, Jr., Esquire
                                              Lawrence E. Flatley, Esquire
                                              Douglas E. Cameron, Esquire
                                              Reed Smith Centre
                                              225 Fifth Avenue
                                              Pittsburgh, PA 15222
                                              Telephone:  (412) 288-3131
                                              Facsimile:  (412) 288-3063

                                              Special Asbestos Products Liability Defense
                                              Counsel

11

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2376934
7500 Grace Drive                          Invoice Date      02/26/13
Columbia, Maryland 21044                  Client Number       172573
USA


===============================================================================
Re: W. R. Grace & Co.
(50001)  Correa v. W.R. Grace
       Fees                        741.00
       Expenses                      0.00
                    TOTAL BALANCE DUE UPON RECEIPT        $741.00
                                                    =============

Case 01-01139-JKF   Doc 30636-1   Filed 05/15/13   Page 14 of 26

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number    2376934
   7500 Grace Drive                          Invoice Date      02/26/13
   Columbia, Maryland 21044                  Client Number      172573
   USA                                       Matter Number       50001
===============================================================================
Re: (50001)  Correa v. W.R. Grace
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013
   Date    Name                                             Hours
                                                            -----
01/17/13 Husar           Work on follow up regarding status   .80
                         of workers compensation
                         settlement, review and respond to
                         audit request, prepare email to
                         workers compensation attorney
                         regarding status of settlement
01/18/13 Husar           Work on follow up regarding status   .50
                         of workers compensation settlement
                         and finalization of the civil
                         settlement
                                                           ------
                                        TOTAL HOURS          1.30

TIME SUMMARY                Hours        Rate       Value
------------------------  ----------------------  -------
Linda S. Husar             1.30  at  $  570.00 =   741.00
                          CURRENT FEES                               741.00
                                                                ------------
                          TOTAL BALANCE DUE UPON RECEIPT          $741.00
                                                                ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2376935
7500 Grace Drive                          Invoice Date        02/26/13
Columbia, Maryland 21044                  Client Number         172573
USA


```
==============================================================================
```
Re: W. R. Grace & Co.
(60026)  Litigation and Litigation Consulting
     Fees                              986.00
     Expenses                            0.00
                    TOTAL BALANCE DUE UPON RECEIPT         $986.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
 W.R. Grace & Co.                        Invoice Number    2376935
 7500 Grace Drive                        Invoice Date     02/26/13
 Columbia, Maryland 21044                Client Number     172573
 USA                                     Matter Number      60026
================================================================================
```
Re: (60026)  Litigation and Litigation Consulting
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013

```
   Date   Name                                              Hours
 -------- -----------                                       -----
01/12/13 Cameron       Review materials re: status of        .50
                       proceeding, appeals
01/17/13 Cameron       Attention to audit letter             .90
                       information
01/25/13 Ament         E-mails re: settlement motions.       .10
                                                           ------
                                          TOTAL HOURS        1.50
```

```
TIME SUMMARY              Hours          Rate       Value
------------------------  ---------------------     -------
Douglas E. Cameron        1.40  at  $ 690.00  =      966.00
Sharon A. Ament           0.10  at  $ 200.00  =       20.00
                          CURRENT FEES                            986.00
                                                             ------------
                          TOTAL BALANCE DUE UPON RECEIPT       $986.00
                                                             =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2376936
7500 Grace Drive                             Invoice Date        02/26/13
Columbia, Maryland 21044                     Client Number         172573
USA

========================================================================
Re: W. R. Grace & Co.
(60029)  Fee Applications-Applicant
     Fees                          2,811.50
     Expenses                          0.00
                    TOTAL BALANCE DUE UPON RECEIPT        $2,811.50
                                                       =============

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                        Invoice Number      2376936
  7500 Grace Drive                        Invoice Date       02/26/13
  Columbia, Maryland 21044                Client Number       172573
  USA                                     Matter Number        60029
==============================================================================
Re: (60029)  Fee Applications-Applicant
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013
   Date    Name                                                      Hours
 --------  -----------                                               -----
 01/10/13 Ament          Prepare spreadsheet relating to              .90
                         billing matters and provide same
                         to D. Cameron (.70); attention to
                         billing matters (.10); e-mail to
                         D. Cameron and A. Muha re: same
                         (.10).
 01/10/13 Muha           Emails re: inquiry regarding July            .30
                         fee entries, and response to same.
 01/11/13 Cameron        Review fee application materials             .60
 01/18/13 Ament          Attention to billing matters.                .10
 01/23/13 Muha           Review and revise fee and expense            .30
                         detail for Dec. 2012 monthly fee
                         application.
 01/24/13 Cameron        Review fee application materials             .50
 01/25/13 Ament          E-mails re: billing matters.                 .10
 01/25/13 Lord           Draft, e-file and serve CNO to               .60
                         Reed Smith November monthly fee
                         application (.4); research docket
                         and update service information for
                         upcoming interim and monthly fee
                         applications (.2).
 01/28/13 Ament          Attention to billing matters                 .90
                         (.10); various e-mails re: billing
                         matters (.10); review and respond
                         to e-mail from J. Lord re: Dec.
                         monthly fee application (.10);
```

```
172573 W. R. Grace & Co.                          Invoice Number  2376936
60029  Fee Applications-Applicant                 Page   2
       February 26, 2013
    Date   Name                                                    Hours
 --------  -----------                                             -----
                          review invoices received from Dec.
                          monthly fee application (.10);
                          calculate fees and expenses re:
                          same (.10); prepare spreadsheets
                          re: same (.10); draft Dec. monthly
                          fee application (.20); provide
                          same to A. Muha for review (.10).
 01/28/13 Lord            Communicate with S. Ament re:              .60
                          monthly fee application (.1);
                          prepare same for e-filing and
                          service (.5)
 01/28/13 Muha            Final review of and revisions to          .30
                          Dec. 2012 monthly fee application.
 01/29/13 Ament           Attention to billing matters              .70
                          (.20); e-mails re: same (.10);
                          review comments from A. Muha re:
                          Dec. monthly fee application
                          (.10); finalize same (.10); e-mail
                          Dec. monthly fee application to J.
                          Lord for DE filing (.10); e-mails
                          with A. Muha and J. Lord re: Nov.
                          monthly fee application (.10).
 01/29/13 Lord            Finalize, e-file and serve Reed           .70
                          Smith's December monthly fee
                          application.
 01/30/13 Ament           E-mails re: billing matters (.10);        .30
                          review memo re: same (.10); meet
                          with D. Cameron re: same (.10).
 01/31/13 Ament           Attention to billing matters              .40
                          (.20); various e-mails re: same
                          (.20).
 01/31/13 Cameron         Multiple emails regarding fee             .60
                          application issues
                                                                  ------
                                                 TOTAL HOURS        7.90
 TIME SUMMARY              Hours          Rate           Value
 -----------------------  --------------------   -------
 Douglas E. Cameron        1.70  at $ 690.00  =   1,173.00
 Andrew J. Muha            0.90  at $ 495.00  =     445.50
 John B. Lord              1.90  at $ 270.00  =     513.00
 Sharon A. Ament          3.40  at $ 200.00  =     680.00
```

172573 W. R. Grace & Co.                         Invoice Number  2376936
60029  Fee Applications-Applicant               Page   3
        February 26, 2013


                         CURRENT FEES                         2,811.50
                                                           ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $2,811.50
                                                           =============

Case 01-01139-JKF   Doc 30933-1   Filed 05/04/13   Page 21 of 28

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2376937
7500 Grace Drive                          Invoice Date      02/26/13
Columbia, Maryland 21044                  Client Number       172573
USA

========================================================================
Re: W. R. Grace & Co.
(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)
      Fees                              1,173.00
      Expenses                              0.00
                  TOTAL BALANCE DUE UPON RECEIPT      $1,173.00
                                                      =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


     W.R. Grace & Co.                        Invoice Number     2376937
     7500 Grace Drive                        Invoice Date      02/26/13
     Columbia, Maryland 21044                Client Number      172573
     USA                                     Matter Number       60033
  ============================================================================
  Re: (60033)  Claim Analysis Objection Resolution & Estimation
               (Asbestos)
  FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013
     Date   Name                                               Hours
  -------- -----------                                         -----
  01/01/13 Cameron       Year end review of status of open       .90
                         issues, 2013 issues re: asbestos
                         property damage claims.
  01/24/13 Cameron       Attention to asbestos P.D. claims        .80
                         issues.
                                                              ------
                                            TOTAL HOURS         1.70
  TIME SUMMARY               Hours          Rate         Value
  ------------------------   --------------------        -------
  Douglas E. Cameron         1.70 at $  690.00  =   1,173.00
                             CURRENT FEES                        1,173.00
                                                             ------------
                             TOTAL BALANCE DUE UPON RECEIPT     $1,173.00
                                                             =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2376938
62 Whittemore Avenue                      Invoice Date      02/26/13
Cambridge, MA  02140                      Client Number       172573

===============================================================================
Re: W. R. Grace & Co.
(60041)  Specifications Inquiry
        Fees                           5,631.00
        Expenses                           0.00
                        TOTAL BALANCE DUE UPON RECEIPT        $5,631.00
                                                           =============

Case 01-01139-JKF   Doc 30535-1   Filed 05/04/13   Page 12 of 28

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA 15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number    2376938
   62 Whittemore Avenue                  Invoice Date      02/26/13
   Cambridge, MA  02140                  Client Number      172573
                                         Matter Number       60041
===========================================================================
Re: (60041)  Specifications Inquiry
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013
    Date   Name                                              Hours
                                                             -----
-------- -----------
01/16/13 Luchini          Telephone call from J. Hughes        .90
                          (0.3); review consultant materials
                          for conference call tomorrow (0.6).
01/17/13 Luchini          Prepare for Friday call, including  1.10
                          review of past memoranda (0.8),
                          current consultant correspondence
                          (0.3).
01/18/13 Klapper          Review materials re specifications  3.20
                          analysis, participate in call and
                          follow-up calls.
01/18/13 Luchini          Review consultant materials.         .60
01/18/13 Luchini          Prepare for call with J. Hughes      .90
                          re: specifications issue.
01/18/13 Luchini          Teleconference with J. Hughes and   2.40
                          consultant re: report and other
                          issues.
                                                             ------
                                             TOTAL HOURS       9.10
TIME SUMMARY              Hours        Rate         Value
------------------------  ---------------------     -------
Joseph S. Luchini         5.90 at $ 610.00 =     3,599.00
Antony B. Klapper         3.20 at $ 635.00 =     2,032.00
                          CURRENT FEES                        5,631.00
```

172573  W. R. Grace & Co.                    Invoice Number  2376938
60041   Specifications Inquiry               Page   2
        February 26, 2013


                                                    ------------
              TOTAL BALANCE DUE UPON RECEIPT         $5,631.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2376939
7500 Grace Drive                          Invoice Date      02/26/13
Columbia, Maryland 21044                  Client Number       172573
USA

========================================================================
Re: W. R. Grace & Co.
(80001)  Unclaimed Property Advice
     Fees                        2,709.00
     Expenses                        0.00
                    TOTAL BALANCE DUE UPON RECEIPT        $2,709.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2376939 |
| 7500 Grace Drive | Invoice Date    02/26/13 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    80001 |

============================================================================
Re: (80001)  Unclaimed Property Advice
FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2013

| Date | Name | | Hours |
|------|------|---|-------|
| 01/02/13 | Lima | Review and revise legal memorandum regarding credits. | 1.00 |
| 01/07/13 | Sollie | Review opinion memo regarding unclaimed property. | 1.00 |
| 01/08/13 | Lima | Prepare correspondence to client regarding legal opinion and next steps | .30 |
| 01/08/13 | Reichardt | Reviewed and revised memorandum regarding rebates/credit memos prior to sending to the client. | .50 |
| 01/23/13 | Lima | Review client correspondence and participate in call regarding agreement. | .50 |
| 01/23/13 | Sollie | Review emails regarding unclaimed property. | .20 |
| 01/24/13 | Lima | Review correspondence from client regarding agreement and respond. | .30 |
| 01/24/13 | Sollie | Review email from C. Finke and discuss with S. Lima. | .30 |
| 01/28/13 | Lima | Confer with client regarding agreement. | .30 |
| 01/28/13 | Sollie | Review emails regarding unclaimed property. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  2376939
80001  Unclaimed Property Advice            Page   2
       February 26, 2013
    Date    Name                                            Hours
 --------  ----------                                       -----
 01/29/13 Lima             Review filing and confer with M.   .50
                           Kline regarding same.

                                                            ------
                                           TOTAL HOURS       5.10

 TIME SUMMARY               Hours            Rate      Value
 ------------------------  ---------------------    -------
 Kyle O. Sollie             1.70  at  $  680.00  =   1,156.00
 Sara A. Lima               2.90  at  $  470.00  =   1,363.00
 Jaime S. Reichardt         0.50  at  $  380.00  =     190.00
                           CURRENT FEES                            2,709.00
                                                              ------------
                           TOTAL BALANCE DUE UPON RECEIPT        $2,709.00
                                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2360179
7500 Grace Drive                          Invoice Date     01/09/13
Columbia, Maryland 21044                  Client Number      172573
USA

================================================================================

Re: W. R. Grace & Co.

(80001)  Unclaimed Property Advice

      Fees                           15,980.25
      Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT     $15,980.25
                                                     =============
                        PAID 2/11/2013                ($15,980.25
                                                     =============

                    BALANCE DUE                             **0.00**

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2360179
7500 Grace Drive                        Invoice Date      01/09/13
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        80001

=============================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2012

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 12/03/12 | Sollie | Review UP memo. | .25 |
| 12/04/12 | Lima | Confer with client regarding status of project and preliminary conclusions; draft correspondence to client regarding information needed; follow up internally regarding next steps | 1.00 |
| 12/04/12 | Reichardt | Reviewed purchase order and credit memo documentation sent from client to determine if there are points to be included in the client memo. | .20 |
| 12/04/12 | Sollie | Discussion with S. Lima regarding status of project and memo. | .20 |
| 12/05/12 | Reichardt | Revised memo to client incorporating new information received; then reviewed and proofed. | 1.60 |
| 12/07/12 | Lima | Review comments to memorandum; draft correspondence to client regarding same. | 1.00 |
| 12/07/12 | Reichardt | Revised memo to client for final time before sending and reviewed accordingly.  Prepared memo to be distributed. | 1.70 |

Case 01-01139-JKF   Doc 30653-2   Filed 05/04/13   Page 19 of 28

```
172573 W. R. Grace & Co.                    Invoice Number  2360179
80001  Unclaimed Property Advice            Page    2
       January 9, 2013
```

| Date | Name | | Hours |
|------|------|---|------:|
| 12/07/12 | Sollie | Review and revise unclaimed property memo; finalize Delaware letter. | 1.00 |
| 12/10/12 | Reichardt | Discussion of Grace memo with Sara Lima and made revisions to send final copy to client. | .30 |
| 12/11/12 | Lima | Final review and revision of memorandum concerning rare earth rebates. | .50 |
| 12/11/12 | Sollie | Review finalized memorandum. | .40 |
| 12/12/12 | Lima | Participate in client meeting regarding rare earth surcharge credits and follow up. | 1.50 |
| 12/12/12 | Reichardt | Call with Sara Lima and representatives from Grace and consultants to discuss unclaimed property research and memo.  Also discussed follow up steps and further research inquiries. | 1.30 |
| 12/12/12 | Reichardt | Began research into unclaimed property laws, cases and contract/obligation law for Delaware, Louisiana and Tennessee. | 1.10 |
| 12/13/12 | Lima | Internal meeting regarding next steps related to unclaimed property; confer with J. Reichardt regarding additional Texas research; revise draft correspondence from Grace to Texas customers; draft correspondence to Grace regarding project action items. | 2.50 |
| 12/13/12 | Reichardt | Follow up research to confirm the state of Texas law regarding unclaimed property, especially when determining what to do with unclaimed rebates for those that want to claim them following the expiration date. | 1.30 |

172573 W. R. Grace & Co.                          Invoice Number  2360179
80001  Unclaimed Property Advice                  Page    3
       January 9, 2013


   Date    Name                                              Hours
 --------  -----------                                       -----


 12/13/12 Reichardt      Grace research into B2B exemption,    1.00
                         definitions of property, dormancy
                         periods and case law for Delaware.
                          Also analyzed Staples case to
                         distinguish from our case as that
                         involved customer credits.

 12/13/12 Reichardt      Researching basic                     .60
                         contract-offer/acceptance law in
                         Tennessee and Louisiana.

 12/13/12 Reichardt      Discussed with Sara Lima what        1.40
                         language can be included in new
                         offer to customers that did not
                         claim credits.  Then drafting
                         terms of new offer for customers
                         to claim expired catalyst credits.

 12/13/12 Reichardt      Meet with Kyle Sollie and Sara        .60
                         Lima to discuss Grace conference
                         call and follow up
                         projects/research.

 12/13/12 Reichardt      Continued researching unclaimed       .40
                         property case law in new states
                         for memo.

 12/13/12 Reichardt      Reviewed and revised Grace current    .30
                         offer letter to clients for
                         expired rebates.

 12/13/12 Reichardt      Continuing research inquiries for    1.00
                         new states for citations to
                         statutes and codes to support
                         legal conclusions in memo for all
                         states.

 12/13/12 Sollie         Discussion with S. Lima regarding     .50
                         strategy; review draft email to
                         client.

 12/14/12 Reichardt      Identified and located LA and TN      .60
                         statutes to include in memo
                         pertaining to obligors and
                         contracts generally.

 12/14/12 Reichardt      Completed all Delaware research to    .90
                         include in memo - unclaimed
                         property generally, definition of
                         property, effect of SOL, prvate
                         agreements, and general contract

Case 01-01139-JKF    Doc 30555-1    Filed 05/04/13    Page 21 of 26

```
172573  W. R. Grace & Co.                       Invoice Number  2360179
80001   Unclaimed Property Advice               Page    4
        January 9, 2013


    Date   Name                                                      Hours
  -------- -----------                                               -----

                           law.

  12/14/12 Reichardt        Completed Tennessee research and         1.40
                           reviewing Tennessee and Louisiana
                           case law to include in the memo.

  12/14/12 Reichardt        Completed all research for               1.40
                           Louisiana law to insert into
                           unclaimed property memo.

  12/14/12 Reichardt        Completed review of all Grace            1.80
                           research and identified all case
                           law, statutes, regulations and
                           administrative guidance that will
                           be included in latest memo draft.
                           Began redrafting

  12/17/12 Lima             Review Texas v. New Jersey U.S.           .30
                           Supreme Court case concerning
                           foreign property

  12/17/12 Reichardt        Rewriting memorandum to Grace            2.70
                           regarding unclaimed rare earth
                           rebates to provide legal
                           conclusions and analysis of three
                           additional states--Delaware,
                           Louisiana and Tennessee.

  12/17/12 Reichardt        Continued rewriting memorandum           1.60
                           providing legal analysis and
                           conclusions regarding unclaimed
                           rare earth rebates to incorporate
                           new research for additional states.

  12/18/12 Reichardt        Completed revisions and rewriting        2.40
                           of memo to incorporate new
                           research and analysis of three new
                           states.  Completed proofreading
                           and final revisions prior to
                           review.  Submitted to Sara Lima
                           for review.  Also provided brief
                           analysis of ramifications of
                           foreign transactions in terms of
                           unclaimed property.

  12/18/12 Reichardt        Continued revising and rewriting         1.00
                           memorandum regarding unclaimed
                           rare earth rebates.
```

```
172573 W. R. Grace & Co.                        Invoice Number   2360179
80001  Unclaimed Property Advice                Page    5
       January 9, 2013


   Date   Name                                               Hours
-------- -----------                                         -----


12/20/12 Lima           Review and revise memorandum          1.00
                        regarding rare earth surcharge
                        rebates

12/26/12 Reichardt      Proofed and Revised Grace memo        2.30
                        accordingly to include suggested
                        edits, new information/research
                        and changes to the format and
                        content order.

12/26/12 Reichardt      Met with Sara Lima to discuss          .30
                        final draft of Grace memorandum
                        giving a legal opinion and adding
                        research for the additional states
                        requested.

                                                         ------
                                        TOTAL HOURS       39.35


TIME SUMMARY             Hours         Rate          Value
-----------------------  ------------  -----------   -------
Kyle O. Sollie            2.35  at  $  655.00  =     1,539.25
Sara A. Lima              7.80  at  $  485.00  =     3,783.00
Jaime S. Reichardt       29.20  at  $  365.00  =    10,658.00

                        CURRENT FEES                             15,980.25


                                                           ------------
                 TOTAL BALANCE DUE UPON RECEIPT             $15,980.25
                                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number    2350723
7500 Grace Drive                             Invoice Date      12/10/12
Columbia, Maryland 21044                     Client Number      172573
USA


==============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

        Fees                            21,898.75
        Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $21,898.75
                                                         =============

                         PAID 1/30/2013                  ($21,898.75
                                                         =============

                         BALANCE DUE                           0.00

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                        Invoice Number     2350723
  7500 Grace Drive                        Invoice Date       12/10/12
  Columbia, Maryland 21044                Client Number       172573
  USA                                     Matter Number        80001
```

==============================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2012

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 11/06/12 | Lima | Participate in call with client and follow up concerning material issues for analysis | 1.80 |
| 11/14/12 | Lima | WR Grace: Participate in call with client; prepare correspondence summarizing go-forward steps; confer with J. Reichardt regarding research | .80 |
| 11/14/12 | Reichardt | Discussion with Sara Lima over this unclaimed property matter and research needed. | .30 |
| 11/15/12 | Reichardt | Research into California and Texas property law and basic contract law to determine if credit offered is a contract or offer that gives right to an interest that is escheatable. | .40 |
| 11/16/12 | Reichardt | Continued research to identify what has been promised in the credit memos and whether such an interest is escheatable.  Review of case law, statutes, regulations, agency materials and restatements of law. | 2.80 |
| 11/16/12 | Reichardt | Continued research into California and Texas law on contracts and escheatable property. | 1.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  2350723
80001  Unclaimed Property Advice                Page   2
       December 10, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/16/12 | Reichardt | Continued research into California and Texas case law regarding conditions and demand for performance in contracts; the effect of an expiration date for escheat purposes and the presence of any consumer protection statutes that could affect the analysis. | 1.50 |
| 11/18/12 | Reichardt | Continued research into California and Texas unclaimed property and contract law. Researched potential federal preemption issue for consumer protection. | 1.30 |
| 11/19/12 | Lima | Follow up with J. Reichardt regarding research on rare earth credits; research validity of time limitations | 2.00 |
| 11/19/12 | Reichardt | Texas case law research into contracts, the nature of property, transferability and expiration dates for performance.  Also researched categories of Texas unclaimed property. | 1.70 |
| 11/19/12 | Reichardt | Continued research into offer/acceptance and option contracts in CA and TX. | .70 |
| 11/19/12 | Reichardt | Discussion with Sara Lima regarding research into contractual and unclaimed property issues for Grace matter - rebates. | .70 |
| 11/20/12 | Lima | Prepare for and participate in internal meeting regarding anticipated conclusions; draft correspondence to client regarding B2B exemptions and scope of Texas exemption in particular. | 2.00 |
| 11/20/12 | Reichardt | Continued researching contract case law; UCC provisions and case law and Texas regulations for abandoned property. | 3.10 |

172573 W. R. Grace & Co.                        Invoice Number  2350723
80001  Unclaimed Property Advice                Page    3
       December 10, 2012


   Date   Name                                                     Hours
 -------- -----------                                              -----


 11/20/12 Reichardt        Continue researching contractual,        2.00
                           unclaimed property, and sales laws
                           in TX and CA to draft memo.

 11/20/12 Reichardt        Meeting with Kyle Sollie and Sara         .60
                           Lima to discuss research, memo and
                           next steps for providing unclaimed
                           property advice.

 11/20/12 Reichardt        Researching California and Texas          .90
                           statutes and regulations to find
                           arguments supporting that rebates
                           are not subject to escheat.

 11/20/12 Sollie           Discussion with S. Lima and J.            .75
                           Reichardt regarding rare earth
                           credits as property; and next
                           steps for project with Grace.

 11/21/12 Lima             Draft memorandum to client               1.00
                           regarding rare earth surcharges

 11/21/12 Reichardt        Research into whether the right to        .50
                           accept a contract by performing is
                           a right or property interest that
                           can be transferred for
                           consideration in TX and CA

 11/21/12 Reichardt        Complete Grace research into             1.80
                           contractual and unclaimed property
                           issues to draft memorandum.

 11/21/12 Reichardt        Research into revocation of offer       1.00
                           contracts, firm offers and the UCC.

 11/23/12 Reichardt        Draft and revise memorandum on          4.00
                           contractual, property and escheat
                           issues.

 11/25/12 Lima             Continue drafting memorandum            1.50
                           regarding rare earth surcharges

 11/25/12 Sollie           Follow up with S. Lima regarding         .20
                           status of research, etc.

 11/27/12 Lima             Draft and revise memorandum            2.50
                           concerning rare earth surcharges

```
172573  W. R. Grace & Co.                          Invoice Number  2350723
80001  Unclaimed Property Advice                   Page    4
        December 10, 2012


   Date   Name                                                     Hours
 -------- -----------                                              -----


 11/27/12 Reichardt        Redrafted portions of Grace memo         2.60
                           regarding unclaimed
                           rebates--revised memo sections
                           pertaining to property rights,
                           contractual issues, the effect of
                           the expiration date and whether
                           the property is subject to escheat.


 11/27/12 Reichardt        Reviewed Costco case documents and        .50
                           filings to include facts in Grace
                           memo regarding unclaimed rebates.
                           Also researched regulations
                           regarding the presumption of
                           abandonment for unclaimed property
                           law.


 11/27/12 Reichardt        Research case law in CA and TX to        2.75
                           find cases for citations in the
                           memo regarding property and
                           contract rights.


 11/28/12 Lima             Draft and revise rare earth credit       2.50
                           memorandum


 11/28/12 Reichardt        Reviewed and revised Grace memo at       1.20
                           Sara Lima's request.  Made edits
                           and added citations and case
                           references.


 11/28/12 Reichardt        Rewrote memo sections to include         2.60
                           new research on statutory and
                           regulatory provisions dealing with
                           abandonment and the effect of
                           private agreements.  Found new
                           case law to include to strengthen
                           arguments in CA and TX that the
                           rebates are not subject to escheat
                           laws.  Also included information
                           and research on waiver issue
                           regarding honoring expired rebates.


 11/29/12 Lima             Revise unclaimed property memo           2.00
                           regarding rare earth surcharges


 11/29/12 Reichardt        Discussion with Sara Lima                 .20
                           regarding further research needed
                           and structure of memorandum.
```

```
172573  W. R. Grace & Co.                    Invoice Number  2350723
80001   Unclaimed Property Advice            Page    5
        December 10, 2012
```

```
   Date   Name                                            Hours
 -------- -----------                                     -----

 11/29/12 Reichardt      Researched and reviewed Connect    .60
                         Mutual US Supreme court case on
                         unclaimed property to analogize
                         and distinguish from Grace's facts
                         in the memorandum.

 11/29/12 Reichardt      Reviewing and editing memo for    1.50
                         final edit to be submitted to Kyle
                         Sollie.  Proofed document, edited
                         for mistakes, and added new
                         research to complete. Submitted to
                         Kyle Sollie.

 11/29/12 Sollie         Review unclaimed property          .25
                         memorandum.

                                                          ------
                                         TOTAL HOURS       53.75
```

```
TIME SUMMARY             Hours        Rate         Value
------------------------ ---------------------     -------
Kyle O. Sollie            1.20  at  $  655.00  =     786.00
Sara A. Lima             16.10  at  $  485.00  =   7,808.50
Jaime S. Reichardt       36.45  at  $  365.00  =  13,304.25

                         CURRENT FEES                      21,898.75


                                                      ------------
                 TOTAL BALANCE DUE UPON RECEIPT        $21,898.75
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2376946
7500 Grace Drive                          Invoice Date       02/26/13
Columbia, Maryland 21044                  Client Number        172573
USA


=============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                              0.00
        Expenses                          1.00

                  TOTAL BALANCE DUE UPON RECEIPT          $1.00
                                                   =============

Case 01-01139-JKF   Doc 30363-2   Filed 05/05/13   Page 22 of 15

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2376946
7500 Grace Drive                          Invoice Date      02/26/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       50001


===============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                1.00

                        CURRENT EXPENSES                  1.00
                                                  -------------

                TOTAL BALANCE DUE UPON RECEIPT          $1.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2376946
7500 Grace Drive                          Invoice Date    02/26/13
Columbia, Maryland 21044                  Client Number     172573
USA                                       Matter Number      50001


==============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/16/13   Duplicating/Printing/Scanning                    1.00
           ATTY # 000349: 10 COPIES

                           CURRENT EXPENSES                 1.00
                                                      ------------
                   TOTAL BALANCE DUE UPON RECEIPT          $1.00
                                                      =============

Case 01-01139-JKF    Doc 30833-2    Filed 05/04/13    Page 44 of 56

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2376947
7500 Grace Drive                          Invoice Date        02/26/13
Columbia, Maryland 21044                  Client Number       172573
USA


===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                          0.00
    Expenses                     27.40

                  TOTAL BALANCE DUE UPON RECEIPT        $27.40
                                                    ==============

Case 01-01139-JKF   Doc 30933-2   Filed 05/04/13   Page 5 of 16

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number     2376947
    7500 Grace Drive                        Invoice Date       02/26/13
    Columbia, Maryland 21044                Client Number       172573
    USA                                     Matter Number        60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Duplicating/Printing/Scanning              10.40
       Postage Expense                             2.60
       Outside Duplicating                        14.40

                      CURRENT EXPENSES                        27.40
                                                     -------------

                      TOTAL BALANCE DUE UPON RECEIPT         $27.40
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number    2376947
7500 Grace Drive                           Invoice Date      02/26/13
Columbia, Maryland 21044                   Client Number       172573
USA                                        Matter Number        60026


=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/31/12   Duplicating/Printing/Scanning                    6.80
           ATTY # 0718; 68 COPIES

01/02/13   Postage Expense                                  2.60
           Postage Expense: ATTY # 000718 User: Equitrac By

01/09/13   Duplicating/Printing/Scanning                     .50
           ATTY # 4810; 5 COPIES

01/09/13   Duplicating/Printing/Scanning                     .50
           ATTY # 000559: 5 COPIES

01/09/13   Duplicating/Printing/Scanning                     .50
           ATTY # 000559: 5 COPIES

01/10/13   Duplicating/Printing/Scanning                     .10
           ATTY # 000559: 1 COPIES

01/23/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL    14.40
           SERVICES, LLC: Copies, envelopes & postage

01/28/13   Duplicating/Printing/Scanning                    1.00
           ATTY # 000559: 10 COPIES

01/28/13   Duplicating/Printing/Scanning                    1.00
           ATTY # 000559: 10 COPIES

                         CURRENT EXPENSES                   27.40
                                                      ------------
                 TOTAL BALANCE DUE UPON RECEIPT           $27.40
                                                      =============

Case 01-01139-JKF    Doc 30983-2    Filed 05/04/13    Page 47 of 56

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    2376948
62 Whittemore Avenue                    Invoice Date      02/26/13
Cambridge, MA  02140                    Client Number      172573


========================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

      Fees                              0.00
      Expenses                          0.10

                    TOTAL BALANCE DUE UPON RECEIPT          $.10
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      2376948
62 Whittemore Avenue               Invoice Date      02/26/13
Cambridge, MA  02140               Client Number       172573
                                    Matter Number        60041


===============================================================================
Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                          0.10
                        CURRENT EXPENSES                    0.10
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT          $.10
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2376948
62 Whittemore Avenue                      Invoice Date      02/26/13
Cambridge, MA  02140                      Client Number       172573
                                          Matter Number        60041


===============================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/16/13   Telephone Expense                              .10
           16174983826/CAMBRIDGE, MA/2

                         CURRENT EXPENSES                0.10
                                                   ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $.10
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 2376949 |
|---|---|---|
| 7500 Grace Drive | Invoice Date | 02/26/13 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

===========================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

| Fees | 0.00 |
|---|---|
| Expenses | 9.40 |

TOTAL BALANCE DUE UPON RECEIPT        $9.40
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2376949
7500 Grace Drive                          Invoice Date      02/26/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       80001

===============================================================================

Re: Unclaimed Property Advice

FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning                    9.40

                          CURRENT EXPENSES                      9.40
                                                        -------------

                  TOTAL BALANCE DUE UPON RECEIPT              $9.40
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2376949
7500 Grace Drive                        Invoice Date      02/26/13
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       80001

========================================================================

Re: (80001)  Unclaimed Property Advice

FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/02/13   Duplicating/Printing/Scanning                    1.60
           ATTY # 008690: 16 COPIES

01/03/13   Duplicating/Printing/Scanning                    1.60
           ATTY # 008690: 16 COPIES

01/08/13   Duplicating/Printing/Scanning                    1.60
           ATTY # 008690: 16 COPIES

01/08/13   Duplicating/Printing/Scanning                    1.50
           ATTY # 008690: 15 COPIES

01/08/13   Duplicating/Printing/Scanning                    1.50
           ATTY # 008690: 15 COPIES

01/08/13   Duplicating/Printing/Scanning                    1.60
           ATTY # 008690: 16 COPIES

                        CURRENT EXPENSES                     9.40
                                                      ------------
              TOTAL BALANCE DUE UPON RECEIPT               $9.40
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2360179
7500 Grace Drive                          Invoice Date        01/09/13
Columbia, Maryland 21044                  Client Number        172573
USA


=============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

        Fees                                0.00
        Expenses                           16.50

                        TOTAL BALANCE DUE UPON RECEIPT        $16.50
                                                       =============

                        PAID 2/11/2013                      ($16.50)
                                                       =============

                        BALANCE DUE                            0.00

Case 01-01139-JKF    Doc 30635-2    Filed 05/14/13    Page 54 of 56

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number    2360179
   7500 Grace Drive                    Invoice Date      01/09/13
   Columbia, Maryland 21044            Client Number      172573
   USA                                 Matter Number       80001
```

=============================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning              16.50

```
                         CURRENT EXPENSES                  16.50
                                                    -------------

                 TOTAL BALANCE DUE UPON RECEIPT          $16.50
                                                    =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                        Invoice Number    2360179
  7500 Grace Drive                        Invoice Date      01/09/13
  Columbia, Maryland 21044                Client Number      172573
  USA                                     Matter Number       80001


========================================================================

Re: (80001)  Unclaimed Property Advice



FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/26/12   Duplicating/Printing/Scanning                       .70
           ATTY # 008690: 7 COPIES

11/27/12   Duplicating/Printing/Scanning                       .80
           ATTY # 008690: 8 COPIES

11/28/12   Duplicating/Printing/Scanning                       .80
           ATTY # 008690: 8 COPIES

11/28/12   Duplicating/Printing/Scanning                       .30
           ATTY # 008690: 3 COPIES

11/28/12   Duplicating/Printing/Scanning                       .90
           ATTY # 008690: 9 COPIES

11/28/12   Duplicating/Printing/Scanning                      1.10
           ATTY # 008690: 11 COPIES

11/29/12   Duplicating/Printing/Scanning                      1.20
           ATTY # 008690: 12 COPIES

11/29/12   Duplicating/Printing/Scanning                      1.20
           ATTY # 008690: 12 COPIES

11/29/12   Duplicating/Printing/Scanning                      1.20
           ATTY # 008690: 12 COPIES

12/07/12   Duplicating/Printing/Scanning                       .10
           ATTY # 008690: 1 COPIES

12/07/12   Duplicating/Printing/Scanning                      1.20
           ATTY # 008690: 12 COPIES

12/07/12   Duplicating/Printing/Scanning                      1.20
           ATTY # 008690: 12 COPIES
```

172573 W. R. Grace & Co.                     Invoice Number  2360179
80001  Unclaimed Property Advice             Page   2
        January 9, 2013


12/11/12   Duplicating/Printing/Scanning                    1.30
           ATTY # 008690: 13 COPIES

12/11/12   Duplicating/Printing/Scanning                    1.30
           ATTY # 008690: 13 COPIES

12/18/12   Duplicating/Printing/Scanning                    1.60
           ATTY # 008690: 16 COPIES

12/26/12   Duplicating/Printing/Scanning                    1.60
           ATTY # 008690: 16 COPIES

                        CURRENT EXPENSES                    16.50
                                                     -------------
                  TOTAL BALANCE DUE UPON RECEIPT         $16.50
                                                     =============