# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: April 22, 2013, at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FORTIETH MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

Name of Applicant:    Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:    July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:    February 1 Through February 28, 2013

Amount of fees sought as actual, reasonable and necessary:    $4,560.50

Amount of expenses sought as actual, reasonable and necessary    $382.29

This is a(n):  X  monthly   __ interim   __ final application.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food   N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 | $115,576.00 | $12,630.85 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
|  | through 11/30/02 |  |  | served on counsel | served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through | $21,116.00 | $2,537.94 | No objections served on | No objections served on |

---

2    Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 2/29/04 | | | counsel | counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |

Case 01-01139-AMF   Doc 30480   Filed 09/29/13   Page 6 of 32

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 | $449,619.00 | $13,006.42 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | through 12/31/06 | | | served on counsel | served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on | No objections served on |

6

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | | | | counsel | counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through | $29,967.50 | $1,110.22 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/11 | | | served on counsel | served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | | | | counsel | counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served no counsel | No objections served on counsel |

As indicated above, this is the one hundred fortieth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately eight hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $690.00 | 2.10 | $1,449.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $610.00 | .30 | $183.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | 1.50 | $742.50 |
| Sara A. Lima | Associate | 2002 | Business & Finance | $470.00 | 1.00 | $470.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 2.80 | $756.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 4.80 | $960.00 |

**Total Fees: $4,560.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Consulting | .40 | $80.00 |
| Fee Application | 10.80 | $3,827.50 |
| Specifications Inquiry | .30 | $183.00 |
| Unclaimed Property Advice | 1.00 | $470.00 |
| **Total** | **12.50** | **$4,560.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $94.50 | $0.00 |
| Duplicating/Printing/Scanning | $42.00 | $0.00 |
| Outside Duplicating | $225.53 | $0.00 |
| Postage Expense | $3.84 | $0.00 |
| Courier Service – Outside | $5.00 | $0.00 |
| Telephone – Outside | $11.42 | $0.00 |
| SUBTOTAL | $382.29 | $0.00 |
| **TOTAL** | **$382.29** | **$0.00** |

Dated:  March 29, 2013                            REED SMITH LLP
        Wilmington, Delaware

                                          By: /s/ Kurt F. Gwynne
                                              Kurt F. Gwynne (No. 3951)
                                              1201 Market Street, Suite 1500
                                              Wilmington, DE  19801
                                              Telephone:  (302) 778-7500
                                              Facsimile:  (302) 778-7575
                                              E-mail: kgwynne@reedsmith.com

                                                 and

                                              James J. Restivo, Jr., Esquire
                                              Douglas E. Cameron, Esquire
                                              Reed Smith Centre
                                              225 Fifth Avenue
                                              Pittsburgh, PA 15222
                                              Telephone:  (412) 288-3131
                                              Facsimile:  (412) 288-3063

                                              Special Asbestos Products Liability Defense
                                              Counsel

Case 01-01139-JKF    Doc 30480-1    Filed 05/15/13    Page 15 of 18

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                     Invoice Number      2389739
7500 Grace Drive                     Invoice Date       03/28/13
Columbia, Maryland 21044             Client Number       172573
USA
```

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
     Fees                              80.00
     Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT        $80.00
                                                ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2389739 |
| 7500 Grace Drive | Invoice Date    03/28/13 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2013

| Date | Name | | Hours |
|------|------|---|-------|
| 02/11/13 | Ament | E-mails with P. Cuniff re: schedule of hearing dates and filing deadlines (.10); review agenda received from P. Cuniff re: 2/25/13 hearing (.10); update hearing binder received from Pachulski (.10); coordinate hand delivery of agenda and hearing binder to Judge Fitzgerald per J. O'Neill request (.10). | .40 |

```
                                                      ------
                                   TOTAL HOURS      .40
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 0.40  at  $  200.00  = | | 80.00 |
| | CURRENT FEES | | 80.00 |

```
                                                ------------
                    TOTAL BALANCE DUE UPON RECEIPT        $80.00
                                                ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2389740
7500 Grace Drive                        Invoice Date        03/28/13
Columbia, Maryland 21044                Client Number        172573
USA

========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                            3,827.50
    Expenses                            0.00

            TOTAL BALANCE DUE UPON RECEIPT        $3,827.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2389740 |
| 7500 Grace Drive | Invoice Date    03/28/13 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    60029 |

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2013

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|------|
| 02/01/13 | Ament | Attention to billing matters (.20); various e-mails and meetings re: same (.30); begin calculating fees and expenses for 47th quarterly fee application (.20); begin preparation of spreadsheet re: same (.10); begin drafting narrative and summary re: same (.20). | 1.00 |
| 02/05/13 | Lord | Communicate with S. Ament re: quarterly | .10 |
| 02/05/13 | Muha | Emails re: status of invoices for fee applications, and attend to issues re: same. | .20 |
| 02/06/13 | Lord | Research and respond to S. Ament re: retention and fee procedures information | .50 |
| 02/06/13 | Muha | Attend to issues re: submission of invoices for monthly fee application. | .30 |
| 02/07/13 | Cameron | Attention to fee application issues | .90 |
| 02/08/13 | Ament | Attention to billing matters (.30); various e-mails re: same (.10); continue calculating fees and expenses for 47th quarterly fee application (.20); continue preparing spreadsheet re: same (.20); continue drafting summary | 1.10 |

172573 W. R. Grace & Co.                          Invoice Number  2389740
60029  Fee Applications-Applicant                 Page    2
       March 28, 2013


   Date   Name                                                    Hours
 -------- -----------                                             -----
                          and narrative re: same (.20);
                          provide same to A. Muha for review
                          (.10).

 02/08/13 Muha            Review and revise 47th Quarterly         .30
                          fee application.

 02/09/13 Cameron         Review fee application materials         .70

 02/11/13 Ament           Attention to billing matters            .50
                          (.10); e-mails re: same (.10);
                          review A. Muha comments re:
                          summary and narrative of 47th
                          quarterly fee application (.10);
                          finalize same (.10); e-mail
                          narrative and summary to J. Lord
                          for DE filing (.10).

 02/11/13 Lord            Revise, finalize and serve Reed         1.40
                          Smith's 47th quarterly fee
                          application.

 02/12/13 Cameron         Review materials relating to fee        .50
                          application.

 02/12/13 Lord            Revise and e-file COS for 47th          .30
                          quarterly fee application.

 02/21/13 Ament           Begin drafting Jan. monthly fee         .20
                          application (.10); begin preparing
                          spreadsheets re: same (.10).

 02/22/13 Ament           E-mails and meet with A. Muha re:       .10
                          Jan. monthly fee application.

 02/22/13 Muha            Revisions to January monthly app.       .30
                          materials and multiple emails re:
                          preparation of final invoices for
                          submission with fee app.

 02/25/13 Muha            Attend to issues re: invoices for       .20
                          January monthly application.

 02/26/13 Ament           Review invoices relating to Jan.        .50
                          monthly fee application (.20);
                          begin calculating fees and
                          expenses for Jan. monthly fee
                          application (.20); prepare
                          spreadsheets re: same (.10).

```
172573  W. R. Grace & Co.                        Invoice Number  2389740
60029   Fee Applications-Applicant              Page    3
        March 28, 2013


    Date    Name                                              Hours
   -------- -----------                                       -----


   02/26/13 Lord              Draft and e-file CNO to Reed       .50
                             Smith's December monthly fee
                             application following docket
                             research for objections.

   02/27/13 Ament            Calculate fees and expenses for    1.00
                             Jan. monthly fee application
                             (.40); prepare spreadsheets re:
                             same (.20); draft Jan. monthly fee
                             application (.30); provide same to
                             A. Muha for review (.10).

   02/27/13 Muha             Discussion with S. Ament re: Jan.   .20
                             monthly application, and begin
                             review of materials re: same.

                                                              ------
                                          TOTAL HOURS          10.80


   TIME SUMMARY             Hours        Rate          Value
   ------------------------ --------------------- -------
   Douglas E. Cameron       2.10  at $ 690.00  =  1,449.00
   Andrew J. Muha           1.50  at $ 495.00  =    742.50
   John B. Lord             2.80  at $ 270.00  =    756.00
   Sharon A. Ament          4.40  at $ 200.00  =    880.00

                            CURRENT FEES                      3,827.50


                                                           ------------
                   TOTAL BALANCE DUE UPON RECEIPT           $3,827.50
                                                           ============
```

Case 01-01139-JKF    Doc 30480-3    Filed 05/25/13    Page 21 of 32

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2389741 |
| 62 Whittemore Avenue | Invoice Date | 03/28/13 |
| Cambridge, MA  02140 | Client Number | 172573 |

===========================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

| | |
|---|---|
| Fees | 183.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT            $183.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2389741
62 Whittemore Avenue                      Invoice Date       03/28/13
Cambridge, MA  02140                      Client Number       172573
                                          Matter Number         60041


===============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2013

   Date   Name                                              Hours
 -------- -----------                                       -----

02/26/13 Luchini      Review most recent consultant           .30
                      report.

                                                           ------
                                          TOTAL HOURS         .30


TIME SUMMARY             Hours        Rate        Value
------------------------ ---------------------    -------
Joseph S. Luchini         0.30  at  $  610.00  =   183.00

                      CURRENT FEES                          183.00


                                                      ------------
                   TOTAL BALANCE DUE UPON RECEIPT        $183.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2389742
7500 Grace Drive                        Invoice Date        03/28/13
Columbia, Maryland 21044                Client Number        172573
USA


===============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

       Fees                                470.00
       Expenses                              0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $470.00
                                                        =============

Case 01-01139-JKF    Doc 30456-1    Filed 05/25/13    Page 15 of 19

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number    2389742
    7500 Grace Drive                        Invoice Date      03/28/13
    Columbia, Maryland 21044                Client Number      172573
    USA                                     Matter Number       80001



================================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2013

    Date   Name                                             Hours
    ------ -----------                                      -----

    02/07/13 Lima          Prepare for and participate in    1.00
                           call concerning Delaware VDA
                           program

                                                            ------
                                             TOTAL HOURS      1.00


TIME SUMMARY              Hours        Rate          Value
----------------------   ----------------------   -------
Sara A. Lima             1.00  at  $  470.00  =    470.00

                         CURRENT FEES                        470.00


                                                         ------------
                 TOTAL BALANCE DUE UPON RECEIPT             $470.00
                                                         =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2389746
7500 Grace Drive                          Invoice Date      03/28/13
Columbia, Maryland 21044                  Client Number       172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                          0.00
    Expenses                    370.87

            TOTAL BALANCE DUE UPON RECEIPT        $370.87
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2389746 |
| 7500 Grace Drive | Invoice Date | 03/28/13 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 60026 |


==========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| PACER | 94.50 |
| Duplicating/Printing/Scanning | 42.00 |
| Postage Expense | 3.84 |
| Courier Service - Outside | 5.00 |
| Outside Duplicating | 225.53 |

CURRENT EXPENSES     370.87
-------------

TOTAL BALANCE DUE UPON RECEIPT     $370.87
=============

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number    2389746
    7500 Grace Drive                        Invoice Date      03/28/13
    Columbia, Maryland 21044                Client Number      172573
    USA                                     Matter Number       60026


=============================================================================

Re: (60026)  Litigation and Litigation Consulting


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/10/13   Duplicating/Printing/Scanning                          2.00
           ATTY # 000559: 20 COPIES

01/28/13   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

01/28/13   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

01/28/13   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

01/28/13   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

01/28/13   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

01/28/13   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

01/28/13   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

01/28/13   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

01/28/13   Duplicating/Printing/Scanning                           .50
           ATTY # 000559: 5 COPIES

01/28/13   Duplicating/Printing/Scanning                           .90
           ATTY # 000559: 9 COPIES

01/28/13   Duplicating/Printing/Scanning                           .90
           ATTY # 000559: 9 COPIES
```

172573 W. R. Grace & Co.                          Invoice Number  2389746
60026  Litigation and Litigation Consulting       Page   2
       March 28, 2013


01/28/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

01/28/13   Duplicating/Printing/Scanning                      2.00
           ATTY # 000559: 20 COPIES

01/29/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

01/29/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

01/29/13   Duplicating/Printing/Scanning                      2.00
           ATTY # 000559: 20 COPIES

01/29/13   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

01/29/13   Duplicating/Printing/Scanning                      8.10
           ATTY # 000559: 81 COPIES

01/31/13   PACER                                             84.80

01/31/13   PACER                                              9.70

02/01/13   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

02/01/13   Duplicating/Printing/Scanning                       .70
           ATTY # 000559: 7 COPIES

02/01/13   Duplicating/Printing/Scanning                       .70
           ATTY # 000559: 7 COPIES

02/01/13   Duplicating/Printing/Scanning                       .90
           ATTY # 000559: 9 COPIES

02/01/13   Duplicating/Printing/Scanning                       .90
           ATTY # 000559: 9 COPIES

02/02/13   Postage Expense                                    3.84
           Postage Expense: ATTY # 000718 User: Equitrac By

02/07/13   Duplicating/Printing/Scanning                      2.00
           ATTY # 000559: 20 COPIES

02/08/13   Duplicating/Printing/Scanning                       .20
           ATTY # 4810; 2 COPIES

02/08/13   Duplicating/Printing/Scanning                       .70
           ATTY # 000559: 7 COPIES

```
172573 W. R. Grace & Co.                        Invoice Number   2389746
60026  Litigation and Litigation Consulting     Page    3
       March 28, 2013
```

```
02/08/13   Duplicating/Printing/Scanning                         .90
           ATTY # 000559: 9 COPIES

02/11/13   Duplicating/Printing/Scanning                         .70
           ATTY # 000559: 7 COPIES

02/11/13   Duplicating/Printing/Scanning                         .90
           ATTY # 000559: 9 COPIES

02/12/13   Duplicating/Printing/Scanning                        9.10
           ATTY # 0718; 91 COPIES

02/20/13   Courier Service - Outside -- VENDOR: AL STILES:      5.00
           Messenger Trip - U.S. Bankruptcy Court - Ramona
           Baker - 2/11/13

02/21/13   Duplicating/Printing/Scanning                        1.00
           ATTY # 000559: 10 COPIES

02/21/13   Duplicating/Printing/Scanning                        2.00
           ATTY # 000559: 20 COPIES

02/27/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL       225.53
           SERVICES, LLC: Copies, envelopes & postage

                   CURRENT EXPENSES                            370.87
                                                          ------------
                   TOTAL BALANCE DUE UPON RECEIPT             $370.87
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2389747
62 Whittemore Avenue                      Invoice Date        03/28/13
Cambridge, MA  02140                      Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

        Fees                          0.00
        Expenses                     11.42

                    TOTAL BALANCE DUE UPON RECEIPT        $11.42
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2389747
62 Whittemore Avenue                      Invoice Date      03/28/13
Cambridge, MA  02140                      Client Number      172573
                                          Matter Number       60041

===============================================================================

Re: Specifications Inquiry

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone - Outside                        11.42
                          CURRENT EXPENSES                    11.42
                                                        -------------

                     TOTAL BALANCE DUE UPON RECEIPT         $11.42
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                           Invoice Number    2389747
62 Whittemore Avenue                       Invoice Date      03/28/13
Cambridge, MA  02140                       Client Number      172573
                                           Matter Number       60041

===============================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/18/13   Telephone - Outside                           11.42
           Global Crossing Inv No: 9034093660 -  KLAPPER,
           ANTONY

                      CURRENT EXPENSES                    11.42
                                                     ------------
                 TOTAL BALANCE DUE UPON RECEIPT         $11.42
                                                     =============