# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: May 24, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FORTY-FIRST MONTHLY INTERIM PERIOD FROM MARCH 1, 2013 THROUGH MARCH 31, 2013

Name of Applicant:  Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:  July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:  March 1 Through March 31, 2013

Amount of fees sought as actual, reasonable and necessary:  $13,962.00

Amount of expenses sought as actual, reasonable and necessary  $336.74

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a(n): X monthly ___ interim ___ final application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44.498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through | $172,838.75 | $34,384.69 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 10/31/02 | | | counsel | counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through | $21,531.00 | $85.71 | No objections | No objections |

---

2    Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/04 | | | served on counsel | served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served on counsel | No objections served on counsel |
| 3/29/13 | 2/1/13 through 2/28/13 | $4,560.50 | $382.29 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred fortieth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately nine hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James C. Martin | Partner | 1978 | Litigation | $775.00 | 1.10 | $852.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $690.00 | 5.20 | $3,588.00 |
| Anthony B. Klapper | Partner | 1994 | Litigation | $635.00 | 3.20 | $2,032.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $610.00 | 2.50 | $1,525.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | 3.30 | $1,633.50 |
| Sara A. Lima | Associate | 2002 | Business & Finance | $470.00 | 3.40 | $1,598.00 |
| Jaime S. Reichardt | Associate | 2009 | Business & Finance | $380.00 | 4.30 | $1,634.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 1.70 | $459.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 3.20 | $640 |

**Total Fees: $13,962.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Consulting | .40 | $    80.00 |
| Fee Application | 9.40 | $ 3,756.50 |
| Claims | 3.90 | $ 2,784.50 |
| Specifications Inquiry | 6.50 | $ 4,109.00 |
| Unclaimed Property Advice | 7.70 | $ 3,232.00 |
| **Total** | **27.90** | **$13,962.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $16.70 | $0.00 |
| Duplicating/Printing/Scanning | $57.40 | $0.00 |
| Postage Expense | $3.84 | $0.00 |
| Courier Service – Outside | $24.20 | $0.00 |
| Rail Travel Expense | $179.00 | $0.00 |
| Taxi Expense | $17.50 | $0.00 |
| Meal Expense | $38.10 | $0.00 |
| SUBTOTAL | $336.74 | $0.00 |
| **TOTAL** | **$336.74** | **$0.00** |

Dated:   May 1, 2013                            REED SMITH LLP
         Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne_____
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE  19801
                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                                and

                                            James J. Restivo, Jr., Esquire
                                            Douglas E. Cameron, Esquire
                                            Reed Smith Centre
                                            225 Fifth Avenue
                                            Pittsburgh, PA 15222
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number       2401543
7500 Grace Drive                          Invoice Date         04/29/13
Columbia, Maryland 21044                  Client Number        172573
USA


=============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                               80.00
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $80.00
                                                   ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2401543
7500 Grace Drive                    Invoice Date        04/29/13
Columbia, Maryland 21044            Client Number        172573
USA                                 Matter Number         60026
```

```
===========================================================================
```

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

```
   Date   Name                                             Hours
 -------- -----------                                       -----

03/11/13 Ament          Review agenda and hearing binder     .40
                        received from Pachulski (.10);
                        e-mails with P. Cuniff re: same
                        (.10); update hearing binder
                        (.10); coordinate hand delivery of
                        agenda and hearing binder to Judge
                        Fitzgerald per J. O'Neill request
                        (.10).

                                                           ------
                                         TOTAL HOURS         .40
```

```
TIME SUMMARY              Hours       Rate        Value
-----------------------   ----------------------  -------
Sharon A. Ament           0.40  at  $  200.00  =   80.00

                          CURRENT FEES                        80.00

                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $80.00
                                                        =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2401544
7500 Grace Drive                        Invoice Date      04/29/13
Columbia, Maryland 21044                Client Number      172573
USA
```

==========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
     Fees                          3,756.50
     Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT      $3,756.50
                                                 =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number    2401544
7500 Grace Drive                          Invoice Date     04/29/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60029
```

=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/13 | Ament | Review and respond to e-mail from J. Lord re: Jan. monthly fee application (.10); meet with A. Muha re: same (.10); update spreadsheet re: same (.10); revisions to Jan. monthly fee application (.20). | .50 |
| 03/01/13 | Cameron | Review fee application materials. | .50 |
| 03/01/13 | Lord | Communicate with S. Ament re: monthly fee application. | .10 |
| 03/01/13 | Muha | Review and revise Jan. 2013 application, with extensive changes and preparation of description for treatment of Nov. and Dec. 2012 invoices for unclaimed property matter. | 1.40 |
| 03/04/13 | Ament | E-mails and meet with A. Muha re: Jan. monthly fee application (.10); finalize Jan. fee application (.10); e-mail same to J. Lord for DE filing (.10). | .30 |
| 03/04/13 | Lord | Revise, e-file and serve Reed Smith's January 2013 monthly fee application. | 1.30 |
| 03/04/13 | Muha | Review and additional revisions to Jan. 2013 monthly application. | .50 |

```
172573 W. R. Grace & Co.                        Invoice Number  2401544
60029  Fee Applications-Applicant              Page    2
       April 29, 2013
```

| Date | Name | | Hours |
|------|------|---|------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/05/13 | Lord | Research and respond to S. Ament re: fee issues | .30 |
| 03/06/13 | Ament | Attention to billing matters. | .10 |
| 03/08/13 | Cameron | Review issues relating to fee applications. | .30 |
| 03/08/13 | Muha | Emails and meeting with S. Ament re: revisions to Feb. 2013 monthly fee application materials. | .40 |
| 03/19/13 | Ament | Call with A. Muha re: billing matters. | .10 |
| 03/20/13 | Cameron | Attention to fee application materials. | .40 |
| 03/21/13 | Ament | Attention to billing issues (.10); various e-mails and meetings re: same (.20). | .30 |
| 03/21/13 | Muha | Revisions to Feb. 2013 monthly application (0.2); meetings with S. Ament re: invoices and application of credits for charges in fee app (0.2). | .40 |
| 03/26/13 | Muha | Review and revisions to fee and expense detail for Feb. 2013 monthly application. | .30 |
| 03/27/13 | Cameron | Review fee application materials. | .40 |
| 03/28/13 | Ament | Review and respond to e-mail from J. Lord re: Feb. monthly fee application (.10); review invoices relating to Feb. fees and expenses (.10); calculate fees and expenses for same (.30); prepare spreadsheets re: same (.10); draft Feb. monthly fee application (.20); provide same to A. Muha for review (.10). | .90 |
| 03/28/13 | Muha | Final review of and revisions to Feb. 2013 monthly fee application. | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  2401544
60029  Fee Applications-Applicant           Page    3
       April 29, 2013


       Date   Name                                           Hours
       ------ ------------                                    -----

       03/29/13 Ament        Review A. Muha comments re: Feb.      .60
                             monthly fee application (.10);
                             finalize same (.10); e-mail 140th
                             monthly fee application to J. Lord
                             for DE filing (.10); e-mails with
                             J. Lord re: CNO for 139th fee
                             application (.10); attention to
                             billing matters (.10); e-mail to
                             D. Cameron and A. Muha re: same
                             (.10).

                                                             ------
                                          TOTAL HOURS          9.40


       TIME SUMMARY          Hours        Rate          Value
       -------------------   ----------------------    -------
       Douglas E. Cameron    1.60  at  $  690.00  =   1,104.00
       Andrew J. Muha        3.30  at  $  495.00  =   1,633.50
       John B. Lord          1.70  at  $  270.00  =     459.00
       Sharon A. Ament       2.80  at  $  200.00  =     560.00

                             CURRENT FEES                     3,756.50

                                                          ------------
                      TOTAL BALANCE DUE UPON RECEIPT        $3,756.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2401545
7500 Grace Drive                          Invoice Date      04/29/13
Columbia, Maryland 21044                  Client Number      172573
USA


========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                           2,784.50
    Expenses                           0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $2,784.50
                                                       =============

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


    W.R. Grace & Co.                      Invoice Number      2401545
    7500 Grace Drive                      Invoice Date       04/29/13
    Columbia, Maryland 21044              Client Number       172573
    USA                                   Matter Number         60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

   Date   Name                                              Hours
 -------- -----------                                       -----


 03/09/13 Cameron          Review materials relating to       .80
                           Anderson Memorial claims.

 03/28/13 Cameron          Review materials regarding Third    .60
                           Circuit appeal.

 03/29/13 Cameron          Meet with J. Martin and emails re:  .60
                           Third Circuit Appeal.

 03/29/13 Martin           Review and analysis for issues for 1.10
                           oral argument and on panel in
                           Asbestos trust matter and talk to
                           Mr. Finke regarding same.

 03/30/13 Cameron          Review materials re: Third Circuit  .80
                           appeal issues.

                                                          ------
                                          TOTAL HOURS       3.90


TIME SUMMARY              Hours        Rate        Value
------------------------  ---------------------   -------
Douglas E. Cameron        2.80 at $  690.00  =   1,932.00
James C. Martin           1.10 at $  775.00  =     852.50

                          CURRENT FEES                     2,784.50


                                                       ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $2,784.50
                                                       ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


     W.R. Grace & Co.                   Invoice Number    2401546
     62 Whittemore Avenue               Invoice Date      04/29/13
     Cambridge, MA  02140               Client Number      172573



========================================================================
Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

     Fees                        4,109.00
     Expenses                        0.00

               TOTAL BALANCE DUE UPON RECEIPT        $4,109.00
                                                   =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2401546
62 Whittemore Avenue                    Invoice Date       04/29/13
Cambridge, MA  02140                    Client Number       172573
                                        Matter Number        60041
```

===========================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

| Date | Name | | Hours |
|------|------|---|-------|
| 03/12/13 | Klapper | Participate in call with client re Canadian issue and note brainstorming thoughts. | .40 |
| 03/15/13 | Klapper | Assess options and draft email analysis (1.8); discuss same with client (0.5). | 2.30 |
| 03/17/13 | Cameron | Review summary/outline of issues from T. Klapper. | .80 |
| 03/18/13 | Luchini | Telephone call from T. Klapper re: Grace call and status (0.7); review email correspondence (0.4). | 1.10 |
| 03/20/13 | Klapper | Confer with J. Luchini re current issue. | .50 |
| 03/20/13 | Luchini | Review issues and correspondence (0.9); telephone call from T. Klapper re: issues and approach (0.5). | 1.40 |

```
                                                      ------
                                       TOTAL HOURS      6.50
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 0.80 at $ 690.00 = | | 552.00 |
| Joseph S. Luchini | 2.50 at $ 610.00 = | | 1,525.00 |
| Antony B. Klapper | 3.20 at $ 635.00 = | | 2,032.00 |

```
                      CURRENT FEES                          4,109.00
```

```
172573 W. R. Grace & Co.                    Invoice Number   2401546
60041  Specifications Inquiry               Page   2
       April 29, 2013
```

```
                                            ------------
                     TOTAL BALANCE DUE UPON RECEIPT    $4,109.00
                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2401547
7500 Grace Drive                          Invoice Date      04/29/13
Columbia, Maryland 21044                  Client Number      172573
USA


========================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

        Fees                          3,232.00
        Expenses                          0.00

                TOTAL BALANCE DUE UPON RECEIPT        $3,232.00
                                                  =============

```
                          REED SMITH LLP
                           PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2401547
7500 Grace Drive                        Invoice Date      04/29/13
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        80001
```

==========================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2013

| Date | Name | | Hours |
|------|------|------|-------|
| 03/13/13 | Lima | Meet with C. Finke to discuss unclaimed property issues. | 1.00 |
| 03/18/13 | Lima | Discuss credits to foreign customers with J. Reichardt | .40 |
| 03/18/13 | Reichardt | Began researching the Delaware unclaimed property ramifications of foreign customer credits. | .40 |
| 03/20/13 | Reichardt | Researched unclaimed property escheat priority rules (0.4); continued research into unclaimed property ramifications of customer "credits" (1.4). | 1.80 |
| 03/21/13 | Lima | Review and analyze non-disclosure agreement. | 1.00 |
| 03/21/13 | Reichardt | Discussion with S. Lima regarding unclaimed property advice on customer credits. | .20 |
| 03/22/13 | Reichardt | Continued research into federal regulations pertaining to potential federal preemption issues. | .20 |
| 03/27/13 | Lima | Review and revise Non-Disclosure agreement. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  2401547
80001  Unclaimed Property Advice            Page   2
       April 29, 2013


    Date   Name                                             Hours
    -------- -----------                                    -----

    03/28/13 Reichardt      Researched federal regulations on     .30
                            the shipment and
                            packaging/delivery of certain
                            industrial materials.

    03/28/13 Reichardt      Researched legislative history and   1.40
                            text of exemption in Delaware law.

                                                            ------
                                            TOTAL HOURS     7.70


    TIME SUMMARY            Hours        Rate         Value
    ------------------------ ---------------------- -------
    Sara A. Lima            3.40  at  $  470.00  =  1,598.00
    Jaime S. Reichardt      4.30  at  $  380.00  =  1,634.00

                            CURRENT FEES                   3,232.00


                                                    ------------
                            TOTAL BALANCE DUE UPON RECEIPT   $3,232.00
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2401553
7500 Grace Drive                        Invoice Date       04/29/13
Columbia, Maryland 21044                Client Number       172573
USA


=======================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          0.00
        Expenses                     82.34

                TOTAL BALANCE DUE UPON RECEIPT        $82.34
                                              =============

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number      2401553
   7500 Grace Drive                    Invoice Date        04/29/13
   Columbia, Maryland 21044            Client Number        172573
   USA                                 Matter Number         60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

   PACER                                    16.70
   Duplicating/Printing/Scanning            56.80
   Postage Expense                           3.84
   Courier Service - Outside                 5.00

                     CURRENT EXPENSES                        82.34
                                                    --------------

                 TOTAL BALANCE DUE UPON RECEIPT             $82.34
                                                    ==============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number     2401553
    7500 Grace Drive                        Invoice Date      04/29/13
    Columbia, Maryland 21044                Client Number       172573
    USA                                     Matter Number        60026


    =========================================================================

    Re: (60026)  Litigation and Litigation Consulting


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    02/26/13   Duplicating/Printing/Scanning                  .10
               ATTY # 000559: 1 COPIES

    02/26/13   Duplicating/Printing/Scanning                  .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                 1.60
               ATTY # 000559: 16 COPIES

    02/27/13   Duplicating/Printing/Scanning                 2.80
               ATTY # 000559: 28 COPIES

    02/27/13   Duplicating/Printing/Scanning                  .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                  .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                  .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                  .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                  .10
               ATTY # 000559: 1 COPIES

    02/27/13   Duplicating/Printing/Scanning                  .30
               ATTY # 000559: 3 COPIES

    02/27/13   Duplicating/Printing/Scanning                 1.00
               ATTY # 000559: 10 COPIES

    02/27/13   Duplicating/Printing/Scanning                 1.00
               ATTY # 000559: 10 COPIES
```

```
172573 W. R. Grace & Co.                        Invoice Number  2401553
60026  Litigation and Litigation Consulting     Page   2
       April 29, 2013
```

| Date | Description | Amount |
|---|---|---|
| 02/27/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 02/28/13 | PACER | 12.10 |
| 02/28/13 | PACER | 4.60 |
| 03/01/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 03/01/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 03/01/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 03/01/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/01/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/04/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 03/04/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 03/04/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 232 COPIES | 23.20 |
| 03/05/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 03/06/13 | Postage Expense<br>Postage Expense: ATTY # 000718 User: Equitrac By | 3.84 |
| 03/19/13 | Courier Service - Outside -- VENDOR: AL STILES:<br>Messenger Trip - U.S. Bankruptcy Court - Ramona<br>Baker - 3/11/13 | 5.00 |
| 03/19/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 03/28/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/28/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/28/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                    Invoice Number  2401553
60026  Litigation and Litigation Consulting  Page   3
       April 29, 2013


03/28/13   Duplicating/Printing/Scanning                    1.00
           ATTY # 000559: 10 COPIES

03/28/13   Duplicating/Printing/Scanning                    1.10
           ATTY # 000559: 11 COPIES

03/28/13   Duplicating/Printing/Scanning                    1.00
           ATTY # 000559: 10 COPIES

03/28/13   Duplicating/Printing/Scanning                    1.00
           ATTY # 000559: 10 COPIES

03/28/13   Duplicating/Printing/Scanning                    1.00
           ATTY # 000559: 10 COPIES

03/29/13   Duplicating/Printing/Scanning                     .90
           ATTY # 000559: 9 COPIES

03/29/13   Duplicating/Printing/Scanning                     .80
           ATTY # 000559: 8 COPIES

03/29/13   Duplicating/Printing/Scanning                    2.00
           ATTY # 000559: 20 COPIES

03/29/13   Duplicating/Printing/Scanning                    6.80
           ATTY # 000559: 68 COPIES

                             CURRENT EXPENSES               82.34
                                                      -------------
                   TOTAL BALANCE DUE UPON RECEIPT          $82.34
                                                      =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number    2401554
7500 Grace Drive                      Invoice Date      04/29/13
Columbia, Maryland 21044              Client Number      172573
USA
```

==========================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

```
        Fees                           0.00
        Expenses                     254.40

              TOTAL BALANCE DUE UPON RECEIPT        $254.40
                                                ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


    W.R. Grace & Co.                    Invoice Number     2401554
    7500 Grace Drive                    Invoice Date      04/29/13
    Columbia, Maryland 21044            Client Number       172573
    USA                                 Matter Number        80001



================================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning            0.60
      Courier Service - Outside               19.20
      Rail Travel Expense                    179.00
      Taxi Expense                            17.50
      Meal Expense                            38.10


                    CURRENT EXPENSES                     254.40
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT     $254.40
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2401554
7500 Grace Drive                          Invoice Date     04/29/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       80001


==============================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

03/08/13    Rail Travel Expense                            179.00
            Rail - VENDOR: Kyle O. Sollie, Mar 08, 2013
            Roundtrip Amtrak tickets from Philadelphia to
            Baltimore to meet with W.R. Grace tax officials
            to discuss pending case.
            AMTRAK .CO0671000117877

03/12/13    Duplicating/Printing/Scanning                     .10
            ATTY # 008690: 1 COPIES

03/12/13    Duplicating/Printing/Scanning                     .10
            ATTY # 008690: 1 COPIES

03/12/13    Duplicating/Printing/Scanning                     .10
            ATTY # 008690: 1 COPIES

03/13/13    Taxi Expense                                     8.74
            Taxi - VENDOR: Kyle O. Sollie, Mar 13, 2013
            Taxi from work to Amtrak to travel to Baltimore
            to meet with W.R. Grace tax officials to discuss
            pending case.
            PHILADELPHIA TAXI

03/13/13    Taxi Expense                                     8.76
            Taxi - VENDOR: Kyle O. Sollie, Mar 13, 2013
            Taxi from Amtrak to work returning from
            Baltimore to meet with W.R. Grace tax officials
            to discuss pending case.
            PHILADELPHIA TAXI

03/13/13    Meal Expense                                    14.21
            Lunch - VENDOR: Kyle O. Sollie, Mar 13, 2013
            Lunch in Baltimore to meet with W.R. Grace tax
            officials to discuss pending case.
            SUBWAY    00120519

```
172573 W. R. Grace & Co.                    Invoice Number  2401554
80001  Unclaimed Property Advice            Page   2
       April 29, 2013
```

| | | |
|---|---|---|
| 03/13/13 | Meal Expense<br>Meals Other - VENDOR: Kyle O. Sollie, Mar 13, 20<br>Snack at Amtrak returning from Baltimore to meet<br>with W.R. Grace tax officials to discuss pending<br>case.<br>AMTRAK PENN STATIONQPS | 21.96 |
| 03/13/13 | Meal Expense<br>Breakfast - VENDOR: Kyle O. Sollie, Mar 13, 2013<br>Coffee before traveling to Baltimore to meet<br>with W.R. Grace tax officials to discuss pending<br>case. | 1.93 |
| 03/15/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 1 COPIES | .10 |
| 03/15/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 1 COPIES | .10 |
| 03/15/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 1 COPIES | .10 |
| 03/15/13 | Courier Service - Outside 00843 UPS - Shipped<br>from Mary Ryder Reed Smith LLP - Philadelph to<br>W.R. Grace & Co. Donald J. Teichen (BOCA RATON<br>FL 33487) | 11.24 |
| 03/15/13 | Courier Service - Outside 00843 UPS - Shipped<br>from  REED SMITH LLP to W.R. Grace & Co. Donald<br>J. Teichen (BOCA RATON FL 33487) | 7.96 |

```
                      CURRENT EXPENSES                   254.40
                                                    ------------
                      TOTAL BALANCE DUE UPON RECEIPT      $254.40
                                                    ==============
```