## EXHIBIT A
### (Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | $12,791.00 |
|---|---|
| FEE APPLICATION – APPLICANT | $665.00 |
| TOTAL FEES | $13,456.00 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 9, 2013
Bill Number  163192
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH MARCH 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 03/01/13 | ARA | Quality control deposition binders received from copy service re: in-house counsel's request. | 3.00 Hrs | 420.00 |
| 03/01/13 | ARA | Document control. | 1.80 Hrs | 162.00 |
| 03/04/13 | RAM | Read selected documents filed in Bankruptcy Court. | 0.30 Hrs | 105.00 |
| 03/04/13 | ARA | Quality control deposition binders received from copy service re: in-house counsel's request. | 3.30 Hrs | 462.00 |
| 03/04/13 | ARA | Document control. | 3.00 Hrs | 270.00 |
| 03/05/13 | ARA | Quality control deposition binders received from copy service re: in-house counsel's request. | 5.20 Hrs | 728.00 |
| 03/05/13 | ARA | Document control. | 0.50 Hrs | 45.00 |
| 03/06/13 | ARA | Quality control WRG lab research books. | 1.70 Hrs | 238.00 |
| 03/06/13 | ARA | Document control. | 4.70 Hrs | 423.00 |
| 03/07/13 | ARA | Quality control WRG lab research books. | 5.50 Hrs | 770.00 |

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting


THROUGH MARCH 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 03/08/13 | ARA | Document control. | 5.60 Hrs | 504.00 |
| 03/11/13 | ARA | Document control. | 3.80 Hrs | 342.00 |
| 03/12/13 | MTM | Email from in-house counsel re: certified copy of interrogatory answer re: warnings (.1); telephone call to in-house counsel re: same and question on personnel files (.2); conference with ARA re: interrogatory answers, personnel files and Libby storage boxes (.3); telephone call from ARA and to in-house counsel re: same (.1). | 0.70 Hrs | 210.00 |
| 03/12/13 | ARA | Per MTM's telephone call; review master interrogatories in briefing books; review TX general files for a signature on master interrogatories; also review info binder re: Libby inventory; determine number of Libby boxes; search boxes to determine if contents are originals or copies (4.5); telephone call to MTM with findings (.3). Quality control files reviewed (.7). | 5.50 Hrs | 770.00 |
| 03/12/13 | ARA | Document control. | 1.20 Hrs | 108.00 |
| 03/13/13 | MTM | Telephone call from in-house counsel requesting copies of briefing book; telephone call to ARA re: same. | 0.10 Hrs | 30.00 |
| 03/13/13 | ARA | Per telephone call from MTM, locate and produce documents to him. | 1.40 Hrs | 196.00 |
| 03/13/13 | ARA | Document control. | 5.10 Hrs | 459.00 |
| 03/14/13 | ARA | Quality control, review and update repository inventory. | 4.60 Hrs | 644.00 |
| 03/14/13 | ARA | Document control. | 1.70 Hrs | 153.00 |
| 03/15/13 | ARA | Quality control, review and update repository inventory. | 5.00 Hrs | 700.00 |
| 03/15/13 | ARA | Document control. | 0.60 Hrs | 54.00 |
| 03/18/13 | ARA | Quality control, review and update repository inventory. | 4.30 Hrs | 602.00 |
| 03/18/13 | ARA | Document control. | 1.60 Hrs | 144.00 |
| 03/19/13 | ARA | Document control. | 5.70 Hrs | 513.00 |
| 03/20/13 | ARA | Document control. | 6.30 Hrs | 567.00 |

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting


## THROUGH MARCH 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 03/22/13 | MTM | Telephone call from ARA re: search for Massachusetts interrogatory answers in response to document subpoena. | 0.10 Hrs | 30.00 |
| 03/22/13 | ARA | Per MTM's request, review Massachusetts general files for signed answers to master interrogatories re: document subpoena from NY. | 6.00 Hrs | 840.00 |
| 03/25/13 | MTM | Meeting with ARA to review Massachusetts master interrogatories re: response to document subpoena; email to in-house counsel re: same. | 0.10 Hrs | 30.00 |
| 03/25/13 | ARA | Document control. | 0.40 Hrs | 36.00 |
| 03/25/13 | ARA | Per MTM's request, review Massachusetts general files for signed answers to master interrogatories re: document subpoena from NY. | 5.90 Hrs | 826.00 |
| 03/26/13 | MTM | Telephone call to in-house counsel re: last dates of employment for 75-100 Libby workers. | 0.20 Hrs | 60.00 |
| 03/26/13 | ARA | Document control. | 6.30 Hrs | 567.00 |
| 03/27/13 | ARA | Document control. | 6.50 Hrs | 585.00 |
| 03/28/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | No Charge |
| 03/28/13 | ARA | Document control. | 1.20 Hrs | 108.00 |
| 03/29/13 | ARA | Document control. | 1.00 Hrs | 90.00 |

TOTAL LEGAL SERVICES    $12,791.00


## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.30 | 350.00 | 105.00 |
| Matthew T. Murphy | 1.20 | 300.00 | 360.00 |
| Angela R. Anderson | 51.40 | 140.00 | 7,196.00 |
| Angela R. Anderson | 57.00 | 90.00 | 5,130.00 |
| Robert A. Murphy | 0.20 | 350.00 | No Charge |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

|  | 110.10 | $12,791.00 |
|---|---|---|
|  | TOTAL THIS BILL | $12,791.00 |

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 9, 2013
Bill Number  163193
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

THROUGH MARCH 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 03/04/13 | RAM | Finalize January Fee Application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |
| 03/08/13 | RAM | Read Fee Auditor's Report approving and/or commenting on Fee Applications for July-Sept. 2012. | 0.10 Hrs | 35.00 |
| 03/09/13 | RAM | Review and approve letter to Fee Auditor with January Fee Application. | 0.10 Hrs | 35.00 |
| 03/19/13 | RAM | Work on February Fee Application. | 0.90 Hrs | 315.00 |
| 03/22/13 | RAM | Work on February fee application and send it to in house counsels to review. | 0.30 Hrs | 105.00 |
| 03/28/13 | RAM | Finalize February fee application and send it to Delaware counsel to file. | 0.30 Hrs | 105.00 |

TOTAL LEGAL SERVICES        $665.00

Mark A. Shelnitz
Re:    Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.90 | 350.00 | 665.00 |
| | 1.90 | | $665.00 |

TOTAL THIS BILL                    $665.00