**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,726.16 |
| **FEE APPLICATION – APPLICANT** | $22.68 |
| **TOTAL EXPENSES** | $12,748.84 |

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 9, 2013
Bill Number 163194
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH MARCH 31, 2013

**OUTSIDE PHOTOCOPYING**
| | | |
|---|---|---|
| 03/08/13 | BOSTON LITIGATION SOLUTIONS: Copies of various Grace employee deposition requested by in-house counsel re: subpoena for documents (2/21/13). | 134.61 |
| | | $134.61 |

**PHOTOCOPYING**
| | | |
|---|---|---|
| 03/11/13 | 20 copies at $.10 per copy | 2.00 |
| 03/13/13 | 43 copies at $.10 per copy | 4.30 |
| | | $6.30 |

**RENT REIMBURSEMENT**
| | | |
|---|---|---|
| 03/01/13 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square. | 12,176.95 |
| | | $12,176.95 |

**MISCELLANEOUS**
| | | |
|---|---|---|
| 03/11/13 | RECORDKEEPER ARCHIVE CENTERS,: Storage from 3/1/13 through 3/31/13. | 408.30 |
| | | $408.30 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |
|---|---|
| TOTAL COSTS | $12,726.16 |
| TOTAL THIS BILL | $12,726.16 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 9, 2013
Bill Number 163195
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

### COSTS

THROUGH MARCH 31, 2013

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 03/31/13 | EXCESS POSTAGE | 1.72 | |
| | | | $1.72 |

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 03/19/13 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones, Lynzy McGee from Casner and Edwards on March 6, 2013 by R A Murphy. | 20.96 | |
| | | | $20.96 |
| | TOTAL COSTS | | $22.68 |

| | | |
|---|---|---|
| | TOTAL THIS BILL | $22.68 |

Page 1