IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 4, 2013 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO SIXTY-SIXTH MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>APRIL 1, 2013 THROUGH APRIL 30, 2013</u>**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | April 1, 2013 through April 30, 2013 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,551.50 |
| 80% of fees to be paid: | $1,241.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |
| Total Fees @ 80% and 100% Expenses: | $1,241.20 |

This is an:   __ interim   X monthly   __ final application.

**COMPENSATION SUMMARY**
**April 2013**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (28 years) FCAS | $750 | 2.00 | $1,500.00 |
| Jeff Kimble | Consulting Actuary (12 years) ACAS | $515 | 0.10 | $51.50 |
| **Total Blended Rate: $738.81** | | | **2.10** | **$1,551.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 2.00 | $1,551.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | 0.00 |
| **Total Expenses** | **0.00** |

| | |
|---|---|
| **April 2013 – Grand Total** | **$1,551.50** |

Respectfully submitted,

TOWERS WATSON

By:  */S/ JENNIFER L. BIGGS*
   Jennifer L. Biggs, FCAS, MAAA
   101 S. Hanley Rd.
   St. Louis, MO 63105
   (314) 719-5843

Dated: May 10, 2013

-2-