# EXHIBIT A

## April 2013
## Summary of Hours

**Apr-13**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 4/1/2013 | 1.80 | $750 | $1,350.00 | Review/response regarding memo on insurer settlement demands |
| Jenni Biggs | 4/16/2013 | <u>0.20</u> | $750 | <u>$150.00</u> | Discuss April 1 memo with J. Kimble; prepare updated response to Orrick |
|  |  | 2.00 |  | $1,500.00 |  |
| Jeff Kimble | 4/16/2013 | <u>0.10</u> | $515 | <u>$51.50</u> | Review April 1 memo and discuss with J. Biggs |
|  |  | 0.10 |  | $51.50 |  |
|  |  | 2.10 |  | $1,551.50 |  |