## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

      Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline: June 10, 2013 at 4:00 p.m.**
**Hearing Date: Sept. 23, 2013 at 9:00 a.m.**

---

### FORTY-FOURTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH MARCH 31, 2013

Name of Applicant:        *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:      *Official Committee of Equity Security Holders*

Date of Retention:       *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:    *January 1, 2013 through and including March 31, 2013*

Amount of Compensation sought as
actual, reasonable and necessary:   *$ 137,895.50*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:         *$ 6,557.86*

This is a(n):    _   monthly     **X**    interim application

KL2 2798272.1

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – JANUARY 1, 2013 THROUGH MARCH 31, 2013

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid | Amount of Expenses Paid | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 3/1/2013 D.I. 30336 January 2013 | $112,216.00 | $5,314.72 | $117,530.72 | $89,772.79 | $5,314.72 | 3/26/2013 D.I. 30433 |
| 3/29/2013 D.I. 30454 February 2013 | $17,179.50 | $774.45 | $17,953.95 | $13,743.60 | $774.45 | 4/23/2013 D.I. 30541 |
| 4/29/2013 D.I. 30564 March 2013 | $8,500.00 | $468.69 | $8,968.69 | $0 | $0 | n/a |
| **Total** | **$137,895.50** | **$6,557.86** | **$144,453.36** | **$103,516.39** | **$6,089.17** | |

Current Period Unpaid:      Fees          $ 34,379.11
                            Expenses      $      468.69
                            **Total**     **$ 34,847.80**

Prior Periods Unpaid:       Fees          $ 12,104.70
                            Expenses      $      0.00
                            **Total**     **$ 12,104.70**

### TOTAL DUE:          $46,952.50

## SUMMARY OF OUTSTANDING FEES OWED TO
## KRAMER LEVIN NAFTALIS & FRANKEL THROUGH MARCH, 2013

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50 $ 5,356.96 | $ 73,418.50 $ 5,356.96 | $ 73,418.50 $ 5,356.96 | $-0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50 $ 10,070.69 | $ 86,576.50 $ 9,737.19 | $ 86,576.50 $ 9,737.19 | $-0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00 $ 3,575.61 | $ 70,445.00 $ 3,575.61 | $ 70,445.00 $ 3,575.61 | $-0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00 $ 1,619.93 | $ 51,487.00 $ 1,619.93 | $ 51,487.00 $ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00 $ 1,839.08 | $ 27,447.00 $ 1,839.08 | $ 27,447.00 $ 1,839.08 | $-0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00 $ 497.86 | $ 34,092.00 $ 497.86 | $ 34,092.00 $ 497.86 | $-0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00 $ 2,046.18 | $ 45,266.00 $ 2,046.18 | $ 45,266.00 $ 2,046.18 | $-0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50 $ 1,451.43 | $ 31,674.50 $ 1,451.43 | $ 31,674.50 $ 1,451.43 | $-0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50 $ 1,840.66 | $ 48,415.50 $ 1,840.66 | $ 48,415.50 $ 1,840.66 | $-0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00 $ 995.20 | $ 47,550.00 $ 995.20 | $ 47,550.00 $ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00 $ 14,406.04 | $ 400,556.50 $ 14,265.04 | $ 400,556.50 $ 14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00 $12,593.68 | $ 183,897.00 $ 12,593.68 | $ 183,897.00 $ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50 $3,641.49 | $ 74,471.50 $ 3,641.49 | $ 74,471.50 $ 3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00 $5,348.72 | $ 79,556.00 $ 5,348.72 | $ 79,556.00 $ 5,348.72 | $-0- |
| October 1, 2005 December 31, 2005 | $75,544.50 $2,953.30 | $ 75,544.50 $ 2,953.30 | $ 75,544.50 $ 2,953.30 | $-0- |
| January 1, 2006 March 31, 2006 | $74,750.00 $5,452.00 | $ 74,750.00 $ 5,452.00 | $ 74,750.00 $ 5,452.00 | $-0- |
| April 1, 2006 June 30, 2006 | $74,596.00 $2,815.18 | $ 74,596.00 $ 2,815.18 | $ 74,596.00 $ 2,815.18 | $-0- |
| July 1, 2006 September 30, 2006 | $147,269.00 $4,500.72 | $ 147,269.00 $ 4,500.72 | $ 147,269.00 $ 4,500.72 | $-0- |
| October 1, 2006 December 31, 2006 | $238,312.00 $14,195.38 | $ 238,312.00 $ 14,195.38 | $ 238,312.00 $ 14,195.38 | $-0- |
| January 1, 2007 March 31, 2007 | $163,379.00 $15,286.40 | $ 163,379.00 $ 15,286.40 | $ 163,379.00 $ 15,286.40 | $-0- |

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2007 June 30, 2007 | $187,246.00 $19,482.62 | $ 186,592.23 $ 19,482.62 | $ 186,592.23 $ 19,482.62 | $-0- |
| July 1, 2007 September 30, 2007 | $208,619.50 $9,223.40 | $ 205,265.50 $ 9,223.40 | $ 205,265.50 $ 9,223.40 | $-0- |
| October 1, 2007 December 31, 2007 | $398,236.50 $76,834.62 | $ 394,987.81 $ 76,834.62 | $ 394,987.81 $ 76,834.62 | $-0- |
| January 1, 2008 March 31, 2008 | $247,502.75 $9,033.91 | $ 247,502.75 $ 9,033.91 | $ 247,108.84 $ 9,033.91 | $-0- |
| April 1, 2008 June 30, 2008 | $240,744.75 $11,571.63 | $ 240,744.75 $ 11,571.63 | $ 240,744.75 $ 11,571.63 | $-0- $-0- |
| July 1, 2008 September 30, 2008 | $271,548.00 $6,211.59 | $ 271,548.00 $ 6,211.59 | $ 271,548.00 $ 6,211.59 | $-0- $-0- |
| October 1, 2008 December 31, 2008 | $207,976.00 $9,026.63 | $206,706.00 $8,976.63 | $206,706.00 $8,976.63 | $-0- $-0- |
| January 1, 2009 March 31, 2009 | $197,550.00 $5,059.19 | $197,494.00 $5,059.19 | $197,494.00 $5,059.19 | $-0- $-0- |
| April 1, 2009 June 30, 2009 | $215,996.50 $5,645.60 | $215,996.50 $5,645.60 | $215,996.50 $5,645.60 | $-0- $-0- |
| July 1, 2009 September 30, 2009 | $170,241.50 $20,322.43 | $169,905.50 $20,322.43 | $170,227.30 $20,322.43 | ($321.80) $-0- |
| October 1, 2009 December 31, 2009 | $68,306.75 $3,366.52 | $68,306.75 $3,366.52 | $68,306.75 $3,366.52 | $-0- $-0- |
| January 1, 2010 March 31, 2010 | $47,226.50 $2,139.19 | $47,226.50 $2,139.19 | $47,226.50 $1,817.39 | $-0- $321.80 |
| April 1, 2010 June 30, 2010 | $14,079.00 $650.36 | $14,079.00 $650.36 | $14,079.00 $650.36 | $-0- $-0- |
| July 1, 2010 September 30, 2010 | $5,229.00 $131.96 | $5,229.00 $131.96 | $5,229.00 $131.96 | $-0- $-0- |
| October 1, 2010 December 31, 2010 | $16,846.00 $247.86 | $16,846.00 $247.86 | $16,846.00 $247.86 | $-0- $-0- |
| January 1, 2011 March 31, 2011 | $54,094.50 $2,044.81 | $54,094.50 $2,044.81 | $54,094.50 $2,044.81 | $-0- $-0- |
| April 1, 2011 June 30, 2011 | $91,902.50 $2,143.07 | $91,886.26 $2,143.07 | $91,886.26 $2,143.07 | $-0- $-0- |
| July 1, 2011 September 30, 2011 | $49,894.00 $2,308.18 | $49,894.00 $2,308.18 | $49,894.00 $2,308.18 | $-0- $-0- |
| October 1, 2011 December 31, 2011 | $13,989.00 $93.02 | $13,989.00 93.02 | $13,989.00 $93.02 | $-0- $-0- |

4

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| January 1, 2012 March 31, 2012 | $35,118.50 $152.90 | $35,118.50 $152.90 | $35,118.50 $152.90 | $-0- $-0- |
| April 1, 2012 June 30, 2012 | $40,781.00 $1,404.21 | $40,781.00 $1,404.21 | $32,624.80 $1,404.21 | $-0- $-0- |
| July 1, 2012 September 30, 2012 | $31,544.00 $816.69 | $31,544.00 $816.69 | $31,544.00 $816.69 | $-0- $-0- |
| October 1, 2012 December 31, 2012 | $60,523.50 $3,617.71 | $-0- $-0- | $48,418.80 $3,617.71 | $12,104.70 $-0- |
| **January 1, 2013 March 31, 2013** | **$137,895.50 $6,557.86** | **$-0- $-0-** | **$ 103,516.39 $ 6,089.17** | **$34,379.11 $468.69** |
| **TOTAL** | **$5,048,445.15 $307,464.57** | **$4,834,441.05 $297,872.40** | **$5,000,604.90 $306,624.17** | **$46,483.81 $468.69** |

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Trachtman, Jeffrey | $925.00 | 0.5 | $462.50 |
| Bentley, Philip | $895.00 | 47.9 | $42,870.50 |
| Blabey, David E. | $745.00 | 87.4 | $65,113.00 |
| Halverson, Darren | $495.00 | 59.3 | $29,353.50 |
| Chouprouta, Andrea | $320.00 | 0.3 | $96.00 |
| **Total** | | **195.4** | **$137,895.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY FOR BILLING PERIOD

| Project Category | Total Hours for the Period | Total Fees for the Period |
|------------------|----------------------------|---------------------------|
| Case Administration | 3.2 | $1,659.00 |
| Bankruptcy Motions | 0.7 | $521.50 |
| Creditor Committee | 5.5 | $4,217.50 |
| Reorganization Plan | 179.0 | $127,832.50 |
| Fee Applications, Applicant | 7.0 | $3,665.00 |
| **Total** | **195.4** | **$137,895.50** |

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period |
|---|---|
| Research Services | $154.00 |
| Westlaw On-Line Research | $4,955.47 |
| Document Retrieval Fees | $642.52 |
| Photocopying | $131.00 |
| Meals in House | $202.59 |
| Cab Fares | $182.68 |
| Lexis-Nexis On-Line Research | $229.38 |
| Document Prep | $12.50 |
| Bloomberg On-Line Research | $47.72 |
| **Total** | **$6,557.86** |

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period **January 1, 2013 through March 31, 2013**, it be allowed the total amount of fees of **$137,895.50** and disbursements of **$6,557.86**, and that the Debtor be directed to pay all outstanding unpaid amounts.


Dated: May 20, 2013                       KRAMER LEVIN NAFTALIS & FRANKEL LLP


                                  By:   /s/ David E. Blabey, Jr.
                                        Philip Bentley
                                        David E. Blabey, Jr.
                                        1177 Avenue of the Americas
                                        New York, New York 10022
                                        (212) 715-9100

                                        Counsel to the Official Committee of
                                        Equity Security Holders