# EXHIBIT A

### (Horton Iron & Metal)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

February 28, 2013  
Client/Matter # 01246-015355  
Invoice # 152605  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/13 in Connection With:

**Horton Iron & Metal**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/04/13 | P. Marks | L120 | 0.60 | Review status of and prepare email to Department of Justice (DOJ). |
| 01/09/13 | P. Marks | L120 | 0.40 | Check status and call DOJ. |
| 01/15/13 | P. Marks | L120 | 3.00 | Check status, prepare for meeting and try to reach DOJ. |
| 01/16/13 | R. Brager | C100 | 0.30 | Review materials and prep call with Grace. |
| 01/16/13 | P. Marks | L120 | 0.70 | Review email, prepare for and conduct client call, and follow-up task re same. |
| 01/16/13 | S. Albert | L120 | 0.10 | Telephone conference in preparation for call with United States. |
| 01/17/13 | R. Brager | L160 | 0.70 | Post government telephone conference with Grace, and review and discuss emails. |
| 01/17/13 | R. Brager | L160 | 0.50 | Telephone conference with government. |
| 01/17/13 | P. Marks | L120 | 0.70 | Follow-up emails and telephone conferences with client team, and email to DOJ and EPA. |
| 01/17/13 | P. Marks | L120 | 0.20 | Telephone conference with client re communications. |
| 01/17/13 | P. Marks | L120 | 0.50 | Telephone conference with DOJ and EPA re guidance. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 152605
                                                             February 28, 2013
                                                             PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/17/13 | S. Albert | L120 | 0.30 | Post-call to discuss email. |
| 01/17/13 | S. Albert | L120 | 0.50 | Conference call with government and taking of notes re same. |
| 01/24/13 | R. Brager | L160 | 0.50 | Telephone conference with Grace re letter issues. |
| 01/24/13 | P. Marks | L120 | 1.00 | Communications with DOJ, and communications with client team re same. |
| 01/30/13 | R. Brager | C100 | 1.50 | Conference with P. Marks re strategy and telephone conference with Grace re same. |
| 01/30/13 | P. Marks | L120 | 1.50 | Prepare for and conduct conference with Grace team and R. Brager. |

**Total Hours :**   13.00

**Total Fees :**   $7,694.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152605
February 28, 2013
PAGE   3

### Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 3.50 | $750.00 | $2,625.00 |
| P. Marks | 8.60 | $545.00 | $4,687.00 |
| S. Albert | 0.90 | $425.00 | $382.50 |
|  | | Total Fees : | $7,694.50 |
|  | | 10% Discount : | (769.45) |
|  | | Total Fees Due : | $6,925.05 |

### Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 1.80 | $1,350.00 |
| Total | 1.80 | $1,350.00 |
| L100 |  |  |
| L120 | 9.50 | $5,069.50 |
| L160 | 1.70 | $1,275.00 |
| Total L100 | 11.20 | $6,344.50 |
| Total Fees : | 13.00 | $7,694.50 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152605
February 28, 2013
PAGE   4

|  |  |
|---|---|
| 10% Discount : | (769.45) |
| Total Fees Due : | $6,925.05 |

**Summary by Disbursement Codes :**

|  |  |  | Bill Amount |
|---|---|---|---|
| E110 | Out-of-town Travel | | $200.95 |
| E111 | Meals | | $138.64 |
| | | Total Disbursements : | $339.59 |
| | | **TOTAL DUE :** | **$7,264.64** |