# EXHIBIT E

(Bankruptcy Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn            February 28, 2013
Attn: Lydia B. Duff, Esq.            Client/Matter #   01246-012629
7500 Grace Drive                     Invoice # 152602
Columbia, MD  21044                  Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| Date | Attorney | Task | Hours | Description |
|---|---|---|---|---|
| 01/30/13 | P. Marks | L190 | 0.70 | Prepare fee application and address requests for information re same. |

Total Hours :        0.70

Total Fees  :     $381.50

BEVERIDGE & DIAMOND, P.C.
INVOICE # 152602
February 28, 2013
PAGE  2

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.70 | $545.00 | $381.50 |
|  | Total Fees : |  | $381.50 |
|  | 10% Discount : |  | (38.15) |
|  | Total Fees Due : |  | $343.35 |

Summary by Task Codes :

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L190 |  | 0.70 | $381.50 |
| Total L100 |  | 0.70 | $381.50 |
|  | Total Fees : | 0.70 | $381.50 |
|  | 10% Discount : |  | (38.15) |
|  | Total Fees Due : |  | $343.35 |

Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $2.00 |
| E108 | Postage | $3.20 |

BEVERIDGE & DIAMOND, P.C.	INVOICE # 152602
	February 28, 2013
	PAGE   3

---

| | |
|---|---|
| Total Disbursements : | $5.20 |
| **TOTAL DUE :** | $348.55 |

Case 01-01139-AMC    Doc 30650-5    Filed 05/21/13    Page 4 of 4

BEVERIDGE & DIAMOND, P.C.