# EXHIBIT F

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn　　　　　　　　　　　　February 28, 2013
Attn: Lydia B. Duff, Esq.　　　　　　　　　　　Client/Matter #   01246-013923
7500 Grace Drive　　　　　　　　　　　　　　　　Invoice # 152603
Columbia, MD  21044　　　　　　　　　　　　　　Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/13 in Connection With:

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| | | | | |
|---|---|---|---|---|
| 01/25/13 | A. Goldberg | C300 | 1.50 | Telephone conference with L. Duff and B. O'Connell re potential regulatory issues associated with solvent materials at a California facility; research re same. |
| 01/27/13 | A. Goldberg | C300 | 6.00 | Research and prepare extended e-mail re potential regulatory issues associated with solvent materials at a California facility. |
| 01/29/13 | A. Goldberg | C300 | 3.00 | Research and finalize extended e-mail to L. Duff re potential regulatory issues associated with solvent materials at a California facility. |

　　　　　　　　　　　　　　　　　　Total Hours :　　　10.50

　　　　　　　　　　　　　　　　　　Total Fees  :　　$6,562.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152603
February 28, 2013
PAGE   2

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 10.50 | $625.00 | $6,562.50 |

| | |
|---|---|
| Total Fees : | $6,562.50 |
| 10% Discount : | (656.25) |
| Total Fees Due : | $5,906.25 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.50 | $6,562.50 |
| Total | 10.50 | $6,562.50 |

| | | |
|---|---|---|
| Total Fees : | 10.50 | $6,562.50 |
| 10% Discount : | | (656.25) |
| Total Fees Due : | | $5,906.25 |

Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $5,906.25 |