# EXHIBIT G

## (Petition)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          February 28, 2013
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015504
7500 Grace Drive                           Invoice # 152606
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/13 in Connection With:

**Petition**

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 01/02/13 | K. Bourdeau | C300 | 0.50 | Review P. Marks comments on draft petition and respond to same. |
| 01/03/13 | K. Bourdeau | C300 | 2.00 | Work on petition. |
| 01/04/13 | K. Bourdeau | C300 | 1.50 | Work on petition; communication with P. Marks re same. |
| 01/11/13 | P. Marks | C300 | 3.20 | Evaluate draft petition and prepare additions to same. |
| 01/13/13 | P. Marks | C300 | 1.50 | Prepare petition. |
| 01/14/13 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re approach to petition. |
| 01/14/13 | P. Marks | C300 | 1.40 | Analyze expert presentation preparation. |
| 01/18/13 | P. Marks | C300 | 0.30 | Organize materials. |
| 01/21/13 | P. Marks | C300 | 4.60 | Prepare petition and work on expert reports re same. |
| 01/22/13 | P. Marks | C300 | 3.70 | Research and prepare petition. |
| 01/23/13 | P. Marks | C300 | 0.50 | Research and prepare petition. |
| 01/27/13 | P. Marks | C300 | 4.20 | Prepare petition, including detailed gathering of facts and policy statements. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152606
February 28, 2013
PAGE  2

| 01/28/13 | P. Marks | C300 | 2.80 | Prepare petition, including detailed gathering of facts and policy statements. |
| 01/29/13 | P. Marks | C300 | 2.00 | Research and prepare petition. |
| 01/30/13 | P. Marks | C300 | 4.80 | Prepare petition, including research. |

Total Hours :        33.50

Total Fees :     $19,180.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152606
February 28, 2013
PAGE   3

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 4.50 | $750.00 | $3,375.00 |
| P. Marks | 29.00 | $545.00 | $15,805.00 |
| Total Fees : | | | $19,180.00 |
| 10% Discount : | | | (1,918.00) |
| Total Fees Due : | | | $17,262.00 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 33.50 | $19,180.00 |
| Total | 33.50 | $19,180.00 |
| Total Fees : | 33.50 | $19,180.00 |
| 10% Discount : | | (1,918.00) |
| Total Fees Due : | | $17,262.00 |

## Summary by Disbursement Codes :

TOTAL DUE :                $17,262.00