# EXHIBIT "B"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph: (302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                              January 1, 2013 to January 31, 2013

Invoice #:        46425

RE:   WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 6.90 | 2,208.00 |
| B18 | Fee Applications, Others - | 2.50 | 471.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 622.00 |
| B36 | Plan and Disclosure Statement - | 10.80 | 4,104.00 |
| B45 | Professional Retention Issues - | 0.10 | 38.00 |
| | **Total** | **23.10** | **$7,443.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 310.00 | 1.80 | 558.00 |
| Regina Matozzo | 250.00 | 2.40 | 600.00 |
| Theodore J. Tacconelli | 380.00 | 15.00 | 5,700.00 |
| Legal Assistant - KC | 150.00 | 3.90 | 585.00 |
| **Total** | | **23.10** | **$7,443.00** |

### DISBURSEMENT SUMMARY

**Total Disbursements**                                                                          $1,128.45

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-01-13 | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Substitution of Counsel for MCC | 0.10 | TJT |
| Jan-02-13 | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Applicant* - Revisions to Dec. 2012 invoice; to T. Tacconelli for review of same | 0.10 | KC |
| | *Fee Applications, Applicant* - Format invoice for efiling as Exhibit A to Nov. 2012 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft Nov. 2012 monthly fee app and related documents; to LLC for review | 0.30 | KC |
| Jan-03-13 | *Case Administration* - Review additional notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review notice of substitution of counsel of Connolly Gallagher LLP for Maryland Casualty Co., revisions to 2002 service list | 0.20 | KC |
| Jan-05-13 | *Plan and Disclosure Statement* - Review Notice of Substation of Counsel for MCC in appeal 12-1402 | 0.10 | TJT |
| Jan-07-13 | *Case Administration* - Review case management memo re: week ending 1.4.2013 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Oct. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Nov. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin 46th Quarterly fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Nov. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: 46th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 1/4/2013; memo to T. Tacconelli and L. Coggins re: same | 0.50 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.60 | RM |
| | *Case Administration* - Review Notice from Clerk re: problem with docket no. 30116 | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: memos | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 1/4 | 0.10 | TJT |
| Jan-08-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review letter from Garlock to J. Stark in appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare CNO to Bilzin's 46th Quarterly fee app for July 2012 through Sept. 2012 for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* - Prepare Bilzin Oct. 2012 fee app for filing, efile and service of same | 0.30 | KC |
| Jan-09-13 | *Fee Applications, Applicant* - Review correspondence from B. Ruhlander re: Question regarding 46th Interim Quarterly Fee app. | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with K. Callahan re: question by Fee Auditor re: August 2012 Fee App time entry | 0.10 | TJT |

| Invoice #: | 46425 | Page 3 | March 5, 2013 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review August 2012 time entries re: question by Fee Auditor re: August 2012 Fee App time entry | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Nov. 2012 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to 46th quarterly fee app for filing, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare Nov. 2012 fee app for efling, efile and service of same | 0.30 | KC |
| Jan-10-13 | *Professional Retention Issues* - Review Notice of Withdrawal of Debtors Motion to Modify and Expand Retention for Baker Donelson | 0.10 | TJT |
| Jan-12-13 | *Case Administration* - Review Order re: Rule to Show Cause Why Adv. Pro. 01-771 Should not be Dismissed | 0.10 | TJT |
| | *Case Administration* - Review docket and various documents in Adv. Pro. 01-771 | 0.50 | TJT |
| Jan-14-13 | *Plan and Disclosure Statement* - Review Appellee's Motion to Consolidate Briefing | 0.20 | TJT |
| Jan-15-13 | *Case Administration* - Review CNO filed by Debtors re: Debtor's Motion to Authorize 3rd Amendment to Postpetition Credit Facility | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Statement of Amounts Paid to OCP | 0.10 | TJT |
| Jan-16-13 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Order granting Debtor's Motion to Authorize 3rd Amendment to Postpetition Credit Facility | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Appearance by Louisiana Dept. of Env. Quality | 0.10 | TJT |
| Jan-17-13 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - review Notice of Withdrawal of Appearance by Morris James for Bryan Cave | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Appellee's Motion for Leave to File Supplemental Appendix | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Appellees Motion for To Exceed Page Limit For Response to BLG Brief and Amici brief | 0.10 | TJT |
| Jan-18-13 | *Plan and Disclosure Statement* - Review PDFCR's Answering Brief | 0.80 | TJT |
| Jan-19-13 | *Case Administration* - review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Debtor's 46th Quarterly Report of Settlements | 0.10 | TJT |
| | *Case Administration* - Review Debtor's 46th Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review Amended and Restated 2019 Statement by David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review Request for Removal from Mailing List by C. Kunz | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Extend Term of ART Credit Agreement | 0.20 | TJT |
| Jan-21-13 | *Case Administration* - Review case management memo re: week ending 1.18.2013 | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 1/18/2013; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration*  - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.50 | RM |
|  | *Case Administration*  - Review case status memo for week ending 1/18 | 0.10 | TJT |
|  | *Case Administration*  - Review Fee Auditor's Final Report re: PSZY&J 46th Interim Period | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Start reviewing Appellee's Answering Brief re: Bank Lenders | 1.50 | TJT |
| Jan-22-13 | *Case Administration*  - Review memos re: status of various appeals | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - complete review of Appellee's Answering Brief re: Bank Lenders | 2.20 | TJT |
| Jan-23-13 | *Plan and Disclosure Statement* - Review docket entry order granting St. of Montana extension to file Reply Brief | 0.10 | TJT |
| Jan-24-13 | *Case Administration*  - Review notice of withdrawal and forward same to KC | 0.10 | LLC |
|  | *Case Administration*  - Review Notice of Withdrawal of Appearance by L. Krepto | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - State reviewing Appellee's Answering Brief re: AMH | 1.20 | TJT |
|  | *Fee Applications, Others* - Emails from L. Flores re: Bilzin Dec. 2012 monthly fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare draft invoice for December 2012 fee app; to TJT for review | 0.20 | KC |
| Jan-25-13 | *Case Administration*  - Review four miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| Jan-26-13 | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce's   December Prebill | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review Corporate Disclosure Statement by Imperial Tobacco | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - complete review of Appellee's Answering Brief re: AMH | 0.90 | TJT |
| Jan-28-13 | *Case Administration*  - Review case management memo re: week ending 1.25.2013 | 0.10 | LLC |
|  | *Case Administration*  - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration*  - Review main docket re: status for week ending 1/25/2013; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Case Administration*  - Review case status memo for week ending 1/25 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Docket entry order Granting Extension to AMH to file Reply Brief | 0.10 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin October 2012 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Others* - Draft certificate of no objection, cos to Bilzin Oct. 2012 monthly fee app; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Revisions to draft invoice re: Dec. 2012 monthly fees. discussion with MAG re: same; to and from TJT for final approval | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft Dec. 2012 monthly fee application and related documents | 0.20 | KC |
| Jan-29-13 | *Fee Applications, Others* - Review CNO regarding Bilzin Oct. 2012 fee app for filing | 0.10 | LLC |
|  | *Case Administration*  - Review memos re: status of Various appeals | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order allowing Appellee's to | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | file Supplemental Appendix | | |
| | *Plan and Disclosure Statement* - Review Imperial Tobacco's Amicus Brief | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Start review of Appellee's Answering Brief re: Montana, Crown and Garlock | 0.30 | TJT |
| Jan-30-13 | *Case Administration* - Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue review of Appellee's Answering brief re: Montana, Crown and Garlock | 2.40 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin CNO to Oct. 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Others* - E-mail from L. Flores with attached revised Bilzin statement for Dec. 2012; download to file; review prior e-mail dated 12.23 from L. Flores with additional Bilzin Dec. 2012 fee app documents attached, notice and cos, download same | 0.30 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's Nov. 2012 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - *Fee Applications, Others* - Review docket for objections to Nov. 2012 fee application | 0.10 | KC |
| Jan-31-13 | *Fee Applications, Others* - Review Bilzin Sumberg Dec. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin Nov. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Nov. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Oct. 2012 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Dismissal of Adversary Pro. 05-52724 filed by Debtors | 0.10 | TJT |
| | Totals | 23.10 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jan-08-13 | Photocopy Cost | 2.00 |
| | Cost Advance - Digital Legal - copies/service (Inv #70208) | 788.45 |
| Jan-09-13 | Photocopy Cost | 6.40 |
| | Cost Advance - Lexis Nexis - legal research December (Inv #1212367249) | 120.00 |
| | Cost Advance - Parcels - document retrieval charge | 31.20 |
| Jan-14-13 | Photocopy Cost | 0.90 |
| Jan-18-13 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 3.00 |
| Jan-21-13 | Photocopy Cost | 8.00 |
| | Photocopy Cost | 22.10 |
| Jan-23-13 | Cost Advance - First State Deliveries - hand deliveries 1/8 and 1/9 | 15.00 |
| Jan-24-13 | Cost Advance - First State Deliveries - hand deliveries 9/21/12 | 45.00 |
| Jan-25-13 | Cost Advance - Pacer Service Center - 10/1/12-12/31/12 (TJT) Account # FJ0093 | 73.40 |
| Jan-26-13 | Photocopy Cost | 2.30 |
| Jan-29-13 | Photocopy Cost | 2.10 |
| Jan-30-13 | Photocopy Cost | 3.90 |

| | | | |
|---|---|---|---|
| Invoice #: | 46425 | Page  6 | January 1-January 31, 2013 |

|  |  |
|---|---|
| Photocopy Cost | 3.90 |
| Totals | $1,128.45 |
| **Total Fees & Disbursements** | **$8,571.45** |

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:  (302) 575-1714

WR Grace PD Committee                                       Feb.1, 2013 to Feb. 28, 2013

Invoice No.   46755

RE:    WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 9.00 | 3,071.00 |
| B18 | Fee Applications, Others - | 1.90 | 317.00 |
| B25 | Fee Applications, Applicant - | 0.90 | 167.00 |
| B36 | Plan and Disclosure Statement - | 7.80 | 2,964.00 |
| B37 | Hearings - | 0.40 | 152.00 |
| | Total | 20.00 | $6,671.00 |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 1.10 | 341.00 |
| Regina Matozzo | 250.00 | 1.60 | 400.00 |
| Theodore J. Tacconelli | 380.00 | 14.50 | 5,510.00 |
| Legal Assistant - KC | 150.00 | 2.80 | 420.00 |
| Total | | 20.00 | $6,671.00 |

### DISBURSEMENT SUMMARY

**Total Disbursements**                                                $175.14

| | | | |
|---|---|---|---|
| Invoice #: | 46755 | Page 2 | Feb. 1, 2013-Feb. 28, 2013 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-13 | *Plan and Disclosure Statement* - Continue review of Appellee's Answering Brief re: Montana, Crown and Garlock | 1.00 | TJT |
| | *Hearings* - Review Notice of Change of March Omnibus hearing date | 0.10 | TJT |
| | *Hearings* - Correspondence with J. Sakalo re: Notice of Change of March Omnibus hearing date | 0.20 | TJT |
| Feb-02-13 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue review of Appellee's Answering Brief re: Montana, Crown and Garlock | 0.70 | TJT |
| Feb-04-13 | *Case Administration* - Review case management memo re: week ending 2-1-2013 | 0.10 | LLC |
| | *Case Administration* - Confer with KC re: review and filing of certain pleadings | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.20 | RM |
| | *Case Administration* - Review main docket re: status for week ending 2/1/2013; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 2/1 | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Dec. 2012 fee app for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection to Bilzin Nov. 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to Oct. 2012 fee app for efling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to Nov. 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| Feb-05-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Feb-06-13 | *Plan and Disclosure Statement* - Continue review of Appellee's Answering Brief re: Montana Crown and Garlock | 2.30 | TJT |
| Feb-07-13 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Feb-08-13 | *Plan and Disclosure Statement* - Finish review of Appellee's Answering Brief re: Montana, Crown and Garlock | 1.30 | TJT |
| Feb-09-13 | *Case Administration* - Review Joint Statement by Scotts and Debtors re: Rule to Show Cause re: adv pro. 01-771 | 0.10 | TJT |
| Feb-11-13 | *Case Administration* - Review Debtor's Statement re: Rule to Show Cause re: Adv. Pro. No. 01-771 | 0.10 | TJT |
| Feb-12-13 | *Fee Applications, Applicant* - Review Dec. 2012 monthly fee app and confer with KC re: filing of same | 0.20 | LLC |
| | *Case Administration* - Review letter from E. Mosley to Judge Fitzgerald | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtor's re: Debtor's Motion to Extend Credit Term for ART | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare Dec. 2012 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| Feb-13-13 | *Case Administration* - Review letter from Judge Fitzgerald to E. Mosley | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Order granting Debtor's Motion to Extend Credit Term for ART | 0.10 | TJT |
| | *Case Administration* - Review 32nd Supplemental Affidavit by K&E | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Feb-14-13 | *Case Administration* - Prepare memo to K. Callahan re: case status | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli re: case status, review and response to same | 0.20 | KC |
| Feb-15-13 | *Case Administration* - Review Notice of Change of Address for Campbell & Levine | 0.10 | TJT |
| | *Hearings* - Review Agenda for 2/25 hearing | 0.10 | TJT |
| Feb-16-13 | *Case Administration* - Review Notice of Entry of Appearance by R. Higgins re: Adv. Pro 04-55083 | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Make Contributions to Retirement Plans | 0.30 | TJT |
| | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Motion by AMH to Extend Time to file Reply Brief | 0.10 | TJT |
| Feb-18-13 | *Case Administration* - Review Notice of Entry of Appearance by R. Higgins re: Adv. Pro 01-771 | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Notice of Settlement of Claim by EPA re: Nashville, TN site with attachments | 2.30 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin's 47th Quarterly fee app for Oct- Dec. 2012; download to file | 0.20 | KC |
| | *Fee Applications, Others* - Begin review of Bilzin's 47th Quarterly fee app for Oct-Dec. 2012, prepare cos to same | 0.20 | KC |
| Feb-19-13 | *Case Administration* - Review case management memo re: week ending 2-18-2013 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 2/18/2013; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Confer with R. Matozzo re: status memos | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 2/15 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Appellee's Opposition to AMH's Motion for Extension | 0.10 | TJT |
| Feb-20-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review order entered in appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review order entered in adversary 04-55083 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Orrick 46th Interim Period Quarterly fee app | 0.10 | TJT |
| Feb-21-13 | *Case Administration* - Review Fee Auditor's Final Report re: Grant Thornton 46th Interim Period Quarterly fee app | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's Reply Brief | 0.70 | TJT |
| Feb-22-13 | *Case Administration* - Review Fee Auditor's Amended Final Report re: Grant Thornton 46th Interim Period Quarterly fee app | 0.10 | TJT |
| Feb-23-13 | *Plan and Disclosure Statement* - Review Queen's Reply Brief | 0.60 | TJT |
| Feb-25-13 | *Case Administration* - Review case management memo re: week ending 2-22-2013 | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 2/22/2013; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 2/22 | 0.10 | TJT |
| | *Case Administration* - E-mail from L. Flores at Bilzin re: hearing deadline; forward same to LLC | 0.10 | KC |

| Invoice #: | 46755 | Page 4 | Feb. 1, 2013-Feb. 28, 2013 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Response e-mail from LLC and return e-mail to L. Flores re: hearing deadline | 0.10 | KC |
| Feb-26-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review docket entries in appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Post-Confirmation Quarterly Report | 0.30 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin Dec. 2012 monthly fee application | 0.10 | KC |
| | *Fee Applications, Others* - Prepare CNO to Bilzin Dec. 2012 fee app; to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Revisions to Notice of Bilzin's 47th Quarterly fee application for Oct-Dec. 2012; to LLC for review | 0.20 | KC |
| Feb-27-13 | *Fee Applications, Others* - Review certificate of no objection re: Bilzin Dec. 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review two miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Motion to Exceed Page Limitation for Reply Brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start review of AMH's Reply Brief | 0.40 | TJT |
| | *Fee Applications, Others* - Prepare CNO to Bilzin Dec. 2012 for efiling, efile and service of same | 0.30 | KC |
| Feb-28-13 | *Case Administration* - Confer with T. Tacconelli re: status of case and of 3rd Circuit appeal | 0.30 | LLC |
| | *Case Administration* - Confer with LLC re: status of Confirmation appeals | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Continue review of AMH's Reply Brief | 0.50 | TJT |
| | Totals | 20.00 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Feb-04-13 | Photocopy Cost | 7.90 |
| | Cost Advance - Pacer Service Center - 10/1/12-12/31/12 (RSM) Account # FJ0091) | 19.20 |
| Feb-06-13 | Photocopy Cost | 2.60 |
| Feb-07-13 | Photocopy Cost | 15.90 |
| | Cost Advance - Lexis Nexis - legal research January (Inv #1301366956) | 66.14 |
| Feb-11-13 | Cost Advance - First State Deliveries - 6 hand deliveries | 45.00 |
| Feb-12-13 | Photocopy Cost | 3.00 |
| Feb-20-13 | Photocopy Cost | 3.90 |
| Feb-23-13 | Photocopy Cost | 1.30 |
| Feb-27-13 | Photocopy Cost | 3.40 |
| | Photocopy Cost | 3.90 |
| Feb-28-13 | Photocopy Cost | 2.90 |
| | Totals | $175.14 |

**Total Fees & Disbursements**  $6,846.14

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                       March 1, 2013 to March 31, 2013

Invoice   #:     47027

RE:    WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 8.10 | 2,839.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.90 | 342.00 |
| B18 | Fee Applications, Others - | 2.50 | 423.00 |
| B25 | Fee Applications, Applicant - | 4.60 | 892.00 |
| B36 | Plan and Disclosure Statement - | 3.00 | 1,140.00 |
| B37 | Hearings - | 0.10 | 38.00 |
| B45 | Professional Retention Issues - | 1.90 | 722.00 |
| | **Total** | **21.10** | **$6,396.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 1.50 | 465.00 |
| Regina Matozzo | 250.00 | 0.70 | 175.00 |
| Theodore J. Tacconelli | 380.00 | 12.70 | 4,826.00 |
| Legal Assistant - KC | 150.00 | 6.20 | 930.00 |
| **Total** | | **21.10** | **$6,396.00** |

### DISBURSEMENT SUMMARY

**Total Disbursements**                                                                       **$1,970.19**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-13 | *Fee Applications, Others* - Review Bilzin 47th Quarterly fee app for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Continue review of AMH's Reply Brief | 0.60 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin 47th Quarterly fee app for efiling, efile and coordinate service of same | 0.40 | KC |
| Mar-02-13 | *Plan and Disclosure Statement* - complete review of AMH's Reply Brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Start review of Garlock's Reply Brief | 0.40 | TJT |
| Mar-04-13 | *Case Administration* - Confer with R. Matozzo re: memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce January 2013 prebill | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review order granting Imperial Tobacco's Motion to Proceed as Amicus Curiae | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli re: case status | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare draft invoice for Jan. 2013 monthly fee application, to TJT for review of same | 0.10 | KC |
| | *Fee Applications, Applicant* -  Prepare for and draft 47th Quarterly fee application for Oct. through Dec. 2012 and related documents, to LLC for review of same | 1.50 | KC |
| Mar-05-13 | *Case Administration* - Confer with T. Tacconelli re: recent District Court opinion and status of matter | 0.30 | LLC |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review District Court Opinion reversing Bankruptcy Court re: Garlock's Motion for Access to Rule 2019 Statements | 0.50 | TJT |
| | *Case Administration* - Confer with LLC re: District Court Opinion and related issues | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to Dec. 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to Dec. 2012 fee app with cos of same; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to Jan. 2013 draft invoice as exhibit to monthly fee app ; to TJT for final review of same | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft January 2013 monthly fee application and related documents | 0.40 | KC |
| Mar-06-13 | *Case Administration* - Review Fee Auditor's Final Report re: Deloitte 43rd-46th Interim Fee Period | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous   certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting AMH's Motion to Extend Time to File Reply Brief | 0.10 | TJT |
| Mar-07-13 | *Case Administration* - Review Fee Auditor's Final Report re: Beveridge & Diamond for 46th Interim Fee Period | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re: Final Report for 46 Interim fee Period re: no objections | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice from clerk re: possible oral argument | 0.10 | TJT |
| Mar-08-13 | *Case Administration* - E-mail from B. Ruhlander re: 46th Omnibus Final Report and e-mail to KC re:same | 0.20 | LLC |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review Jan. 2013 monthly fee app for filng | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: Dec. 2012 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 47th Quarterly fee app for filng | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final report for 46 Interim Fee Period re: Combined No Objections | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Notice of Settlement of Claim re: EPA Nashville TN site | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: Garlock 2019 Statement Access Opinion | 0.10 | TJT |
| Mar-09-13 | *Case Administration* - Review order re: 2019 Statement Access Opinion | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Settlement with Markel Intl. Ins. Co. with attachment | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: Garlock 2019 statement Access Opinion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel for PD FCR | 0.10 | TJT |
| Mar-11-13 | *Fee Applications, Applicant* - E-mail from A. Rich re: exhibit to January 2013 monthly fee app and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review letter from Garlock to Judge Stark re: agreed order re: Garlock 2019 Statement Access appeal | 0.10 | TJT |
| | *Case Administration* - Review letter from Georgia-Pacific re: request for removal from service list | 0.10 | TJT |
| | *Case Administration* - confer with LLC re: requests for removal from service list | 0.10 | TJT |
| | *Case Administration* - Prepare memo to K. Callahan re: removal Georgia-Pacific from service list | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Authorize Contributions to Retirement Plans | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare CNO to Dec. 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare January 2013 fee application for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare 47th Quarterly fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Email forwarded from LLC re: invoice to January 2012 monthly fee app | 0.10 | KC |
| Mar-12-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review order granting Debtor's Motion to Authorize Contributions to Retirement Plans | 0.10 | TJT |
| | *Fee Applications, Others* - Email to L. Flores re: status of Bilzin's January 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare notice of exhibit, in reference to Exh. A of January 2013 monthly fee app; to LLC for review of same | 0.20 | KC |
| Mar-13-13 | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by PI FCR | 0.10 | TJT |
| Mar-14-13 | *Case Administration* - Review correspondence from P. Cuniff re: 46th Interim Period Fee and Expense Chart | 0.10 | TJT |

|  |  | | |
|---|---|---|---|
|  | *Case Administration* - Review 46th Interim Period Fee and Expense Chart | 0.10 | TJT |
|  | *Case Administration* - Confer with K. Callahan re: 46th Interim Period Fee and Expense Chart | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee member re: plan question | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review plan documents re: question by committee member | 0.30 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Prepare correspondence to committee member re: plan question | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review 46th Quarterly Fee and Expense Chart forwarded from T. Tacconelli; confirm fee and expense amounts | 0.20 | KC |
| Mar-15-13 | *Case Administration* - Review memo from K. Callahan re: 46th Interim Period Fee and Expense Chart | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by PI Committee | 0.10 | TJT |
| Mar-16-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review Affidavit by Boies Schiller | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by St. Of Montana | 0.10 | TJT |
| Mar-18-13 | *Case Administration* - Review certificate of counsel re: 46th Quarterly fee apps and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review Certificate of Counsel re: proposed order re: 46th Interim Period Quarterly Fees and Expenses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by AMH | 0.10 | TJT |
| Mar-19-13 | *Case Administration* - Review Certificate of Counsel re: 46th Interim Period Quarterly Fee and Expense chart | 0.20 | TJT |
|  | *Case Administration* - Review Debtor's Motion for Protective order re: Affidavit of M. Shelnitz | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by BLG | 0.10 | TJT |
|  | *Fee Applications, Others* - Download Bilzin January 2013 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Others* - Download Bilzin Feb. 2013 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Others* -  Review Bilzin Jan. 2013 fee app, revisions to notice to same, prepare cos; to LLC for review | 0.30 | KC |
|  | *Fee Applications, Others* - Review  Bilzin Feb. 2013 fee app, revisions to notice and preparation of cos to same; to LLC for review | 0.30 | KC |
| Mar-20-13 | *Fee Applications, Others* - Review Bilzin Feb. 2013 monthly fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review four miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by Equity Committee | 0.10 | TJT |
|  | *Hearings* - Review Amended Agenda for 4/2 hearing | 0.10 | TJT |
|  | *Professional Retention Issues* - Review Debtor's Motion to Modify Retention of Baker Donelson with attachments | 1.90 | TJT |
| Mar-21-13 | *Fee Applications, Others* - Review Bilzin Jan 2013 monthly fee app for filing | 0.10 | LLC |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Debtor's Motion to Authorize 2013 LTIP | 0.40 | TJT |
|  | *Case Administration* - Review order from District Court Implementing access to 2019 Statements | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by Travelers | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare Bilzin Jan. 2013 fee app for filing, efile and service of same | 0.30 | KC |
|  | *Fee Applications, Others* - Prepare Bilzin Feb. 2013 fee app for filing, efile and service of same | 0.30 | KC |
| Mar-22-13 | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by PIFCR | 0.10 | TJT |
| Mar-23-13 | *Case Administration* - Review Order scheduling status conference for 4/4 re: 2019 Statements | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Acknowledgment and Designation of Arguing Counsel by the Queen | 0.10 | TJT |
| Mar-25-13 | *Case Administration* - Review case management memo re: week ending 3-22-13 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 3/23/2013; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Case Administration* - Review case status memo for week ending 3/22 | 0.10 | TJT |
| Mar-26-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
|  | *Case Administration* - Confer with LLC re: status of case and case ending issues | 0.10 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin's 47th Quarterly fee app for Oct. 2012 through Dec. 2012 | 0.10 | KC |
|  | *Fee Applications, Others* - Draft certificate of no objection to Bilzin 47th Quarterly fee app for Oct. 2012 through Dec. 2012; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Prepare draft invoice for Feb. 2012 as exhibit to monthly fee app; to TJT for review | 0.20 | KC |
| Mar-27-13 | *Case Administration* - Review Order approving 46th period quarterly apps and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review order approving 46th Interim Period Quarterly Fees | 0.10 | TJT |
|  | *Case Administration* - Review Draft Protocol by Judge Fitzgerald re: disclosure of Rule 2019 Statements to Garlock | 1.00 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce February Prebill | 0.30 | TJT |
| Mar-29-13 | *Plan and Disclosure Statement* - Review Letter from 3rd Circuit clerk re: oral argument date | 0.10 | TJT |
| Mar-30-13 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | Totals | 21.10 |  |

## DISBURSEMENTS

| Mar-01-13 | Photocopy Cost | 8.10 |
|---|---|---|
| Mar-02-13 | Photocopy Cost | 3.70 |
| Mar-07-13 | Cost Advance - Lexis Nexis - legal research February (Inv #1302366399) | 962.95 |
| Mar-11-13 | Photocopy Cost | 3.20 |

| | | |
|---|---|---|
| Invoice #: | 47027　　　Page　6 | March 1-March 31, 2013 |

| | | |
|---|---|---:|
| | Photocopy Cost | 6.00 |
| | Photocopy Cost | 0.60 |
| | Cost Advance - postage | 2.52 |
| Mar-18-13 | Cost Advance - Digital Legal - copies/service   (Inv # 72171) | 491.06 |
| Mar-27-13 | Photocopy Cost | 1.00 |
| | Cost Advance -   Digital Legal - copies/service (Inv #72429) | 491.06 |
| | Totals | $1,970.19 |

**Total Fees & Disbursements**     **$8,366.19**