# EXHIBIT C

**Summary Chart of Time Spent and Fees Incurred by Stroock Attorneys and Paraprofessionals During the Compensation Period**

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2013 - MARCH 31, 2013**

|  | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 2.3 | $ 1,085 | $ 2,495.50 |
| Pasquale, Kenneth | 7.7 | 950 | 7,315.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 8.4 | 735 | 6,174.00 |
| Wildes, Denise | 22.0 | 735 | 16,170.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 1.1 | 345 | 379.50 |
| Mohamed, David | 47.7 | 220 | 10,494.00 |
| | | | |
| **Total** | **89.2** | | **$ 43,028.00** |