# EXHIBIT D

## Summary of Fees by Project Category
## January 1, 2013 – March 31, 2013

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2013 - MARCH 31, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claims Analysis Objection, Resolution & Estimate (Asbestos) | 0.2 | $   147.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 4.6 | 3,510.00 |
| 0013 | Business Operations | 4.7 | 3,454.50 |
| 0014 | Case Administration | 26.5 | 6,293.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 4.9 | 3,822.00 |
| 0018 | Fee Application, Applicant | 22.4 | 8,619.00 |
| 0019 | Creditor Inquiries | 0.9 | 855.00 |
| 0020 | Fee Application, Others | 8.0 | 1,914.50 |
| 0022 | Enviormental Matters/Regulations/Litigation | 4.9 | 3,601.50 |
| 0036 | Plan and Disclosure Statement | 10.4 | 9,561.50 |
| 0037 | Hearings | 0.4 | 294.00 |
| 0040 | Employment Applications - Others | 1.3 | 955.50 |
|  |  |  |  |
|  | **Total** | **89.2** | **$ 43,028.00** |