# EXHIBIT E

# Expense Summary

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2013 - MARCH 31, 2013**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 198.98 |
| Long Distance Telephone | | 9.55 |
| O/S Information Services | | 277.10 |
| | | |
| **TOTAL** | | **$485.63** |