# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**                          **Date:**            4/4/2013
**c/o Lauzon Belanger Lesperance**                  **File Number:**     ZAI/WRG 060124-01
Attention:  Careen Hannouche                        **Invoice Number:** 21167
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Re:**  Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|------|----------|------------------------|-------|------|--------|
| 03/01/2013 | KEH | E-mail correspondence from Grace Accounts Payable - correction of THF's November fee application payment; revised WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 03/01/2013 | LNC | E-mail correspondence with Info-LBLavocats transmitting the certification for the 12th Quarterly fee application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 03/01/2013 | DKH | E-mail correspondence with LBL avocats transmitting a copy of the Certification pursuant to Del. Bankr. L.R.  2016-2(f) Twelfth Quarterly. Reviewed same. | 0.20 | 400.00 | 80.00 |
| 03/04/2013 | LNC | Email correspondence to service parties transmitting the 12th Quarterly Application of Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |
| 03/04/2013 | LNC | Email correspondence to service parties transmitting the 12th Quarterly Application of Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 03/04/2013 | LNC | Email correspondence to service parties transmitting the 12th Quarterly Application of The Hogan Firm. | 0.20 | 195.00 | 39.00 |
| 03/04/2013 | LNC | Email correspondence to the fee auditor transmitting the 12th Quarterly Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 03/04/2013 | LNC | Email correspondence to the fee auditor transmitting the 12th Quarterly Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 03/04/2013 | LNC | Email correspondence to the fee auditor transmitting the 12th Quarterly Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 03/04/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Quarterly Application for Compensation (Twelfth) of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses for the period October 1, 2012 to December 31, 2012 Filed by Canadian ZAI Claimants. Hearing scheduled for 7/1/2013 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 3/26/2013. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Certificate of Service # (7) Proposed Form of Order) | 0.30 | 195.00 | 58.50 |

| 4/4/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 03/04/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Quarterly Application for Compensation (Twelfth) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses for the period October 1, 2012 to December 31, 2012 Filed by Canadian ZAI Claimants. Hearing scheduled for 7/1/2013 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 3/26/2013. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Certificate of Service # (7) Proposed Form of Order) | 0.30 | 195.00 | 58.50 |
| 03/04/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Quarterly Application for Compensation (Twelfth) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period October 1, 2012 to December 31, 2012 Filed by Canadian ZAI Claimants. Hearing scheduled for 7/1/2013 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 3/26/2013. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Certificate of Service # (7) Proposed Form of Order) | 0.30 | 195.00 | 58.50 |
| 03/04/2013 | LNC | Email correspondence with orders@digitallegal.net transmitting the 12th Quarterly Application Notice of Lauzon Belanger Lesperance for hand delivery. | 0.10 | 195.00 | 19.50 |
| 03/04/2013 | LNC | Email correspondence with orders@digitallegal.net transmitting the 12th Quarterly Application Notice of Scarfone Hawkins for hand delivery. | 0.10 | 195.00 | 19.50 |
| 03/04/2013 | LNC | Email correspondence with orders@digitallegal.net transmitting the 12th Quarterly Application Notice of The Hogan Firm for hand delivery. | 0.10 | 195.00 | 19.50 |
| 03/04/2013 | LNC | Prepared for and filed LBL's 12th Quarterly Application. | 0.30 | 195.00 | 58.50 |
| 03/04/2013 | LNC | Prepared for and filed the 12th Quarterly Application of Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 03/04/2013 | LNC | Prepared for and filed The Hogan Firm's 12th Quarterly Application. | 0.30 | 195.00 | 58.50 |
| 03/04/2013 | DKH | Reviewed and revised Quarterly Application for Compensation (Twelfth) of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses for the period October 1, 2012 to December 31, 2012. | 0.40 | 400.00 | 160.00 |
| 03/04/2013 | DKH | Reviewed and revised Quarterly Application for Compensation (Twelfth) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses for the period October 1, 2012 to December 31, 2012. | 0.40 | 400.00 | 160.00 |
| 03/04/2013 | DKH | Reviewed and revised Quarterly Application for Compensation (Twelfth) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period October 1, 2012 to December 31, 2012. | 0.50 | 400.00 | 200.00 |
| 03/06/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Opinion Regarding Appeal of Bankruptcy Orders and Order of the Bankruptcy Court in the nine asbestos-related cases are REVERSED; the Judicial Notice Motion is GRANTED. Signed by Judge Leonard P. Stark on 3/1/13. | 0.80 | 400.00 | 320.00 |

| 4/4/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 03/06/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Approve Compromise under Rule 9019 Debtors Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of The Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Markel International Insurance Company Limited (f/k/a Terra Nova Insurance Company Limited) Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 03/07/2013 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's combined final report for the 46th interim period (July-Sept 2012).  Reviewed same for treatment of Scarfone Hawkins and LBL. | 0.30 | 400.00 | 120.00 |
| 03/07/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Requiring Clerk to Retain 2019 Statements and Exhibits (related document(s)[30366]). Signed on 3/7/2013. | 0.30 | 400.00 | 120.00 |
| 03/11/2013 | DKH | E-mail correspondence with Bobbi Ruhlander asking if I had reviewed her figures to see if we agree with them. | 0.10 | 400.00 | 40.00 |
| 03/11/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed ORDER AUTHORIZING, BUT NOT REQUIRING, THE DEBTORS TO MAKE CONTRIBUTIONS TO THE GRACE RETIREMENT PLANS (Related Doc # [30288]) Order Signed on 3/11/2013. | 0.20 | 400.00 | 80.00 |
| 03/12/2013 | DKH | Compared WR Grace - 45th - Project Category Spreadsheet (revised) against our figures. | 0.90 | 400.00 | 360.00 |
| 03/12/2013 | KEH | Comparison of WRGrace worksheet with charts from Bobbi Ruhlander; reconcile fee auditor's chart and show differences in revised chart. | 0.90 | 195.00 | 175.50 |
| 03/12/2013 | KEH | E-mail correspondence with 'Bobbi Ruhlander' re: all your figures on reconciliation agreed with THFs - only difference being reductions, which are noted on the spreadsheet. | 0.10 | 195.00 | 19.50 |
| 03/12/2013 | KEH | Meeting with DKHogan, re: reconciliation of figures from Bobbi Ruhlander with our WRGrace worksheet. | 0.20 | 195.00 | 39.00 |
| 03/13/2013 | LNC | Calculation of project codes on Scarfone Hawkins, LLP January invoice. | 0.30 | 195.00 | 58.50 |
| 03/13/2013 | LNC | Calculation of project codes on The Hogan Firm's January invoice. | 1.00 | 195.00 | 195.00 |
| 03/14/2013 | LNC | Prepared the 35th Monthly Fee Application for Scarfone Hawkins LLP. | 1.30 | 195.00 | 253.50 |
| 03/14/2013 | LNC | Prepared the 35th Monthly Fee Application for The Hogan Firm. | 1.30 | 195.00 | 253.50 |
| 03/15/2013 | LNC | Calculation of project codes on LBL's January invoice. | 0.30 | 195.00 | 58.50 |
| 03/15/2013 | DKH | E-mail correspondence with Cindy Yates transmitting the Scarfone Hawkins LLP Monthly Fee Statement for February 1, 2013 – February 28, 2013. Reviewed same. | 0.60 | 400.00 | 240.00 |
| 03/15/2013 | LNC | E-mail correspondence with Cindy Yates transmitting the signed certification for the 34th Monthly Application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 03/15/2013 | LNC | Prepared the 35th Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 03/18/2013 | LNC | Email correspondence with Cindy Yates transmitting the 35th Monthly Application of Scarfone Hawkins for review. | 0.10 | 195.00 | 19.50 |
| 03/18/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Sixth Period. Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 03/18/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Certification of Counsel Regarding Forty-Sixth Quarter Project Category Summary. Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |

| 4/4/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 03/18/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed CORRECTED OPINION re appeal of Bankruptcy Orders (related document(s)[30366]) (SJS). | 0.20 | 400.00 | 80.00 |
| 03/18/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize /Motion for Entry of an Order Authorizing the 2013 Long-Term Incentive Plan and Stock Grants to Directors, and the Amendment of 2011 Stock Incentive Plan to Implement Such Plan and Grants. Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 03/18/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al. Hearing scheduled for 4/2/2013 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 03/18/2013 | LNC | E-mail correspondence with Info-LBLavocats transmitting the signed certification for the 34th Monthly Application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 03/18/2013 | DKH | Reviewed and revised Monthly Application for Compensation (Thirty-Fifth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period January 1, 2013 to January 31, 2013. | 0.60 | 400.00 | 240.00 |
| 03/18/2013 | DKH | Reviewed and revised Monthly Application for Compensation (Thirty-Fifth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period January 1, 2013 to January 31, 2013. | 0.80 | 400.00 | 320.00 |
| 03/18/2013 | DKH | Reviewed and revised Monthly Application for Compensation (Thirty-Fifth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period January 1, 2013 to January 31, 2013. | 0.90 | 400.00 | 360.00 |
| 03/19/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: efiling of Monthly Application for Compensation (Thirty-Fifth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period January 1, 2013 to January 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 4/10/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 03/19/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Monthly Application for Compensation (Thirty-Fifth) of Lauzon Belanger LEsperance as Special Counsel for the Canadian ZAI Claimants for the period January 1, 2013 to January 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 4/10/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 03/19/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Monthly Application for Compensation (Thirty-Fifth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period January 1, 2013 to January 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 4/10/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 03/19/2013 | LNC | Email correspondence with orders@digitallegal.net transmitting the 35th Monthly Application of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance for hand delivery. | 0.10 | 195.00 | 19.50 |
| 03/19/2013 | LNC | Email correspondence with the fee auditor transmitting the 35th Monthly Application of LBL. | 0.10 | 195.00 | 19.50 |
| 03/19/2013 | LNC | Email correspondence with the fee auditor transmitting the 35th Monthly Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 03/19/2013 | LNC | Email correspondence with the fee auditor transmitting the 35th Monthly Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |

| 4/4/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:5 | |
|---|---|---|---|---|---|---|
| 03/19/2013 | LNC | Email correspondence with the service parties transmitting the 35th Monthly Application of LBL. | | 0.10 | 195.00 | 19.50 |
| 03/19/2013 | LNC | Email correspondence with the service parties transmitting the 35th Monthly Application of Scarfone Hawkins. | | 0.10 | 195.00 | 19.50 |
| 03/19/2013 | LNC | Email correspondence with the service parties transmitting the 35th Monthly Application of The Hogan Firm. | | 0.10 | 195.00 | 19.50 |
| 03/19/2013 | LNC | Prepared for and filed the 35th Monthly Fee Application of Lauzon Belanger Lesperance | | 0.30 | 195.00 | 58.50 |
| 03/19/2013 | LNC | Prepared for and filed the 35th Monthly Fee Application of Scarfone Hawkins LLP | | 0.30 | 195.00 | 58.50 |
| 03/19/2013 | LNC | Prepared for and filed the 35th Monthly Fee Application of The Hogan Firm | | 0.30 | 195.00 | 58.50 |
| 03/20/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s) [30409]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/2/2013 at 09:00 AM. | | 0.20 | 400.00 | 80.00 |
| 03/20/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Implementing Opinion and Order Reversing Bankruptcy Court Orders and Granting Garlock Sealing Technologies LLC Access to 2019 Exhibits (related document(s)[30404]). Signed on 3/14/2013. | | 0.50 | 400.00 | 200.00 |
| 03/20/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Setting Status Conference to Establish Protocol with Respect to Order of The District Court for the Western District of Pennsylvania and the Order of The District Court for the District of Delaware Regarding 2019 Statements (related document(s)[30404]). Signed on 3/20/2013. | | 0.40 | 400.00 | 160.00 |
| 03/21/2013 | KEH | E-mail correspondence with Careen Hannouche and Cindy Yates inquiry re: payment from WRGrace for November fee application - THF received shortage on 3/4/13. | | 0.10 | 195.00 | 19.50 |
| 03/21/2013 | KEH | E-mail correspondence with Cindy Yates, re: payment of shortage of SH's November, 2012 account was made on 3/6; +$512.66, for a total of $1,980.90; update WRGrace spreadsheet for use in preparation of fee applications. | | 0.30 | 195.00 | 58.50 |
| 03/21/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service of Order Setting Status Conference To Establish Protocol With Respect To Order Of The District Court For The Western District Of Pennsylvania And The Order Of The District Court For The District Of Delaware Regarding 2019 Statements (related document(s)[30404]) Filed by Garlock Sealing Technologies, LLC. | | 0.20 | 400.00 | 80.00 |
| 03/21/2013 | KEH | E-mail to Careen Hannouche and Cindy Yates inquiring about corrected payment from WRGrace for the LBL & SH November fee applications. | | 0.10 | 195.00 | 19.50 |
| 03/25/2013 | KEH | E-mail correspondence with Careen Hannouche, re: no additional payment has been received for LBL's November fee application. | | 0.10 | 195.00 | 19.50 |
| 03/26/2013 | LNC | Prepared the Certificate of No Objection to the 34th Monthly Application of Lauzon Belanger Lesperance. | | 1.00 | 195.00 | 195.00 |
| 03/26/2013 | LNC | Prepared the Certificate of No Objection to the 34th Monthly Application of Scarfone Hawkins LLP. | | 1.00 | 195.00 | 195.00 |
| 03/26/2013 | LNC | Prepared the Certificate of No Objection to the 34th Monthly Application of The Hogan Firm. | | 1.00 | 195.00 | 195.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-Fourth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants (related document(s)[30305]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.30 | 195.00 | 58.50 |
| 03/27/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-Fourth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants (related document(s)[30304]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.30 | 195.00 | 58.50 |
| 03/27/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-Fourth Monthly Application for Compensation of The Hogan Firm as Counsel to the Canadian ZAI Claimants (related document(s)[30303]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.30 | 195.00 | 58.50 |
| 03/27/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Approving Quarterly Fee Applications for the Forty-Sixth Period. Signed on 3/27/2013. | 0.30 | 400.00 | 120.00 |
| 03/27/2013 | LNC | Email correspondence with orders@digitallegal.net transmitting the Certificate of No Objection to the 34th Monthly Applications | 0.10 | 195.00 | 19.50 |
| 03/27/2013 | LNC | Email correspondence with the service parties transmitting the Certificate of No Objection to the 34th Monthly Applications | 0.10 | 195.00 | 19.50 |
| 03/27/2013 | LNC | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 03/27/2013 | LNC | Prepared for and filed the Certificate of No Objection for Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 03/27/2013 | LNC | Prepared for and filed the Certificate of No Objection for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 03/27/2013 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-Fourth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 03/27/2013 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-Fourth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 03/27/2013 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-Fourth Monthly Application for Compensation of The Hogan Firm as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 03/27/2013 | DKH | Reviewed docket for objections/responses to the Thirty-Fourth Monthly Application for Compensation of The Hogan Firm as Counsel to the Canadian ZAI Claimants, Scarfone Hawkins and LBL. | 0.40 | 400.00 | 160.00 |
| | | **Total Fees** | **30.50** | | **$8,346.00** |

**Expenses**

| Date | Description | Amount | |
|---|---|---|---|
| 03/15/2013 | Photocopies of the 35th Monthly Fee Applications for review by Daniel Hogan. | 7.60 | |
| 03/19/2013 | Photocopying | 15.20 | |
| 03/19/2013 | Postage-Copies of the 35th monthly fee application sent to the fee auditor for review. | 4.24 | |
| 03/29/2013 | Digital Legal Invs. 72265, 72266, 76667, 72586, & 72766 re: 12th Quarterly Applications/35th Monthly Applications/34th Mo. CNOs | 1,494.75 | |
| | **Total Expenses** | | **$1,521.79** |

| | | |
|---|---|---|
| **TOTAL NEW CHARGES** | | **$9,867.79** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 9,606.10 |
| Payments | -9,606.10 |
| Current Fees | 8,346.00 |
| Current Expenses | 1,521.79 |
| **AMOUNT DUE AND OWING TO DATE** | **$9,867.79** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 3/20/2013 | 013 4385 | Payment on Account | 9,606.10 |