# EXHIBIT A

1

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE: March 31, 2013  
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

### CANADIAN ZAI MONTHLY FEE APPLICATION
**(March 1, 2013 – March 31, 2013)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03 /04/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 03 /05/13 | receipt of and respond to class member inquiries, re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 03 /07/13 | receipt of and respond to class member inquiry re status of CDN ZAI settlement | DT | $575.00 | 0.10 | $57.50 |
| 03 /08/13 | receipt Careen Hannouche email | DT | $575.00 | 0.10 | $57.50 |
| 03 /08/13 | emails to and from Careen Hannouche, memos to and from Cindy Yates | DT | $575.00 | 0.25 | $143.75 |
| 03 /11/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.10 | $57.50 |
| 03 /12/13 | receipt of and respond to various class member inquiries as to status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 03 /14/13 | receipt of and respond to class member inquiry re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.10 | $57.50 |
| 03 /17/13 | receipt Careen Hannouche letter, memo to Cindy Yates | DT | $575.00 | 0.10 | $57.50 |
| 03 /19/13 | memo to Matt Moloci and Cindy Yates | DT | $575.00 | 0.10 | $57.50 |
| 03 /22/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 03 /22/13 | memos to and from Matt Moloci, memos to and from Cindy Yates | DT | $575.00 | 0.15 | $86.25 |
| 03 /25/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 03 /27/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |

| 03/29/13 | review dockets for period March 1, 2013 to March 31, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of March 1, 2013 to March 31, 2013 | LC | $150.00 | 2.00 | $300.00 |
|---|---|---|---|---|---|
| | | | **SUB-TOTAL** | **4.50** | **$1,737.50** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years - 1988 | DT | 2.50 | $575.00 | $1,437.50 | $186.87 |
| LAW CLERK Cindy Yates 31 years - 1982 | CY | 2.00 | *$150.00 | $300.00 | $39.00 |
| **SUB-TOTAL:** | | 4.50 | | $1,737.50 | $225.87 |
| **TOTAL FEES AND TAXES:** | | | | | $1,963.37 |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**

                                  **\* NEW HOURLY FEE RATES EFFECTIVE MARCH 1, 2013**