# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

May 21, 2013

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(March 1st 2013 to March 31st 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-03-05 | CH | Telephone conversation with a class member re: status of file | 0.42 | 285.00 | 119.70 |
| 2013-03-08 | CH | Email to Cindy Yates re: receipt of portion of the Hogan Firm fees | 0.17 | 285.00 | 48.45 |
| 2013-03-08 | CH | Email to David Thompson re: payment of portion of The Hogan Firm's fees for November 2012 | 0.25 | 285.00 | 71.25 |
| 2013-03-13 | CH | Letter to David Thompson re: portion of the Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| 2013-03-14 | CH | Review of monthly time statements January and February 2013 | 0.42 | 285.00 | 119.70 |
| 2013-03-14 | CH | Email to Lauren Campbell re: monthly time statements January and February 2013 | 0.17 | 285.00 | 48.45 |
| 2013-03-18 | CH | Review of 35th Monthly Application | 0.33 | 285.00 | 94.05 |
| 2013-03-18 | CH | Email to Lauren Campbell re: execution of certification 35th monthly fee application | 0.17 | 285.00 | 48.45 |
| 2013-03-25 | CH | Email to Karen Harvey re: receipt of corrected November payment for use in the preparation of LBL's fee applications | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES:** | **2.35** | | **$ 669.75** |

**TIME SUMMARY BY LAWYER**

CH      285.00     2.35      $ 669.75

**Our Disbursements:**

Fax                3.75
Photocopies        0.70

**Total Disbursements**                      **$ 4.45**

| | |
|---|---:|
| G.S.T. 5% | 33.71 |
| Q.S.T. 9.975% | 67.25 |
| **TOTAL** | **$775.16** |

# G.S.T.   814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001