EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
APRIL 1, 2013 THROUGH
APRIL 30, 2013

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


May 9, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

                                              File    WRG-AUS/JCP
                                              Invoice number   106577

     Re:  W. R. Grace & Co.
          David T. Austern
Case No.:  01-01139 (RLB)


              Subtotal for FEES only:  04/30/13      $1,831.50
              Subtotal for COSTS only: 04/30/13        $130.70
                                                   ------------
        CURRENT PERIOD FEES AND COSTS: 04/30/13      $1,962.20
                                                   ------------


***************************************************************

     Please send remittance copy with payment.  Thank you.

***************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

May 9, 2013

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number   106577

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 4.8 | 1,056.00 |
| LITIGATION | 1.3 | 643.50 |
| PLAN AND DISCLOSURE STATEMENT | 0.2 | 99.00 |
| CASE ADMINISTRATION | 0.2 | 33.00 |
| Subtotal for FEES only: 04/30/13 | 6.5 | $1,831.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 2.30 | 2.30 | 1,138.50 | 0.00 | 0.00 |
| 165.00 | TLB | 0.10 | 0.10 | 16.50 | 0.00 | 0.00 |
| 165.00 | CAH | 4.10 | 4.10 | 676.50 | 0.00 | 0.00 |
| Totals | | 6.50 | 6.50 | 1,831.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 106577 to 106577

                                   Act  Trans                                       Billable        Billable  Gr
Cl code Grouping code description  Emp  Date     Transaction description               Hours         Dollars  Cd

WRG     CASE ADMINISTRATION        CAH  04/16/13 Update docket to system.                0.10           16.50  Ca

WRG     CASE ADMINISTRATION        CAH  04/30/13 Update docket to system.                0.10           16.50
                                                                                       ------         -------
                                                                                         0.20           33.00
                                                                                       ------         -------
                                                                                         0.20           33.00
                                                                                       ------         -------
```

Total records this group:   2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 04/03/13 | Review of Order setting Status Conference to Establish Protocol re: 2019 Statements; memorandum to file re: same; calendar same. | 0.20 | 99.00 | Li |
| WRG | LITIGATION | JCP | 04/15/13 | Review of Karl Schieneman's affidavit re: no conflicts to serving as E-Discovery Master re: 2019 statements; review of Agenda for 4/22/13 Hearing. | 0.20 | 99.00 | |
| WRG | LITIGATION | JCP | 04/16/13 | Review of Garlock's Attorney Verification re: proposed Special Master (.1); review of Garlock's Corrected Attorney Verification re: proposed Special Master with Exhibit A (.1); review of Judge Fitzgerald's 4/15/13 Order designating E-Discovery Special Master regarding production of 2019 Exhibits (.1); review of Notice of Motion, Motion, Proposed Order, Proposed Notice of Sale and Declaration in Support of Sale of 66 Acres of Unused Land in Columbia, MD (.3); review of 4/16/13 Executed Order Authorizing 2013 Long Term Incentive Plan and Stock Grants to Directors (.1). | 0.70 | 346.50 | |
| WRG | LITIGATION | JCP | 04/17/13 | Review of Order approving settlement with Markel Insurance. | 0.10 | 49.50 | |
| WRG | LITIGATION | JCP | 04/18/13 | Review of Amended Agenda for 4/22/13 Hearing. | 0.10 | 49.50 | |
| | | | | | ------ | -------- | |
| | | | | | 1.30 | 643.50 | |
| | | | | | ------ | -------- | |
| | | | | | 1.30 | 643.50 | |
| | | | | | ------ | -------- | |

Total records this group:    5

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/04/13 | Review of e-mail from D. Fullem and download Orrick's 28th Quarterly Fee Application; file same and e-mail docket information to D. Fullem. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/08/13 | Reconcile payment to Fee Applications. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/16/13 | Check docket and draft Certificate of No Objection for Phillips, Goldman & Spence February Fee Application and forward to John C. Phillips, Jr. for review. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/16/13 | Draft Phillips, Goldman & Spence March Fee Application and forward to John C. Phillips, Jr. for review. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/18/13 | Review of and revise Certificate of No Objection for February Fee Application and forward to John C. Phillips, Jr. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/18/13 | Review of e-mail from D. Fullem and download and file Certificate of No Objection for Orrick's Fee Application and e-mail docket number to her. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/18/13 | Scan, file and serve Phillips, Goldman & Spence Certificate of No Objection for February. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/19/13 | Scan OCR, file and serve Phillips, Goldman & Spence March Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/19/13 | Review of e-mail from D. Fullem; download and file Towers' October- December Quarterly Fee Application and e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/30/13 | Draft 36th Quarterly Fee Application for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. for review. | 1.20 | 198.00 | |
| | | | | | 3.90 | 643.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/03/13 | Review of and revise March 2013 pre-bill downward. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/16/13 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 105th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 106 Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 148.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/30/13 | Review of, revise and execute Phillips, Goldman & Spence 36th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 148.50 | |
| | | | | | 0.80 | 396.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 04/25/13 | E-file Orrick's 86th Monthly Fee Application. | 0.10 | 16.50 | |
| | | | | | 0.10 | 16.50 | |
| | | | | | 4.80 | 1,056.00 | |

Total records this group:  14

PLANCASTER DOCUMENT Transfer
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/04/13 | Review of Substitution of Counsel for Travelers. | 0.10 | 49.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 04/05/13 | Review of Amended Oral Argument Notification; memorandum to file. | 0.10 | 49.50 | |
| | | | | | 0.20 | 99.00 | |
| | | | | | 0.20 | 99.00 | |

Total records this group:  2

                                                                                          6.50      1,831.50

23 records printed.