# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# APRIL 1, 2013 THROUGH
# APRIL 30, 2013

Phillips, Goldman & Spence, P.A.

Page  2

May 9, 2013

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  106577

Re:  W. R. Grace & Co.
     David T. Austern


COSTS ADVANCED.

| 03/12/13 | Photocopies | 105.30 |
|---|---|---|
| 03/19/13 | Facsimile | 1.00 |
| 04/01/13 | On-line docket research | 24.40 |

Subtotal for COSTS only: 04/30/13     $130.70