# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: 6/17/13<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2013 THROUGH APRIL 30, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4133304.v1

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 1.4 | $ 900.20 |
| TOTAL | | | | 1.4 | $ 900.20 |

4133304.v1



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

May 28, 2013
Invoice No.: 519497
Matter No.: 08743.00088

Re:   Acton Site OU3

For Professional Services rendered through April 30, 2013

      Fees              $900.20

      **Total Fees and Disbursements**    **$900.20**

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON  WASHINGTON  EMERGING ENTERPRISE CENTER  FOLEYHOAG.COM

Matter No.: 08743.00088　　　　　　　　　　　　　　　　　　　　Invoice No.: 519497
Re: Acton Site OU3　　　　　　　　　　　　　　　　　　　　　　　May 28, 2013
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 04/30/13 | Jaffe | P230 | Attention to Northeast Area treatment system closure issues, including reviewing comments from Town, emails with team regarding same, and email to Ms. Muench at EPA regarding same (1.4). | 1.4 |
|  |  |  | **Total Hours** | **1.4** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 519497  
May 28, 2013  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.4 | at | 643.00 | = | 900.20 |

| | |
|---|---|
| **Total Fees** | $900.20 |
| | |
| **Total Fees** | $900.20 |
| **Total Fees and Disbursements** | $900.20 |

To ensure proper credit to your account,  
please include remittance page with your payment.



**FOLEY HOAG LLP**

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2013
Invoice No.: 519497
Matter No.: 08743.00088

Re:   Acton Site OU3

Total Fees and Disbursements            $900.20

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP - Wire Receipt Account |

Reference Information:

Client/Matter #: 08743.00088, Invoice #: 519497
Billing Attorney: Seth D. Jaffe
Wire Originator: W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON     WASHINGTON     EMERGING ENTERPRISE CENTER     FOLEYHOAG.COM

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 1.2 | $ 771.60 |
| | | | | | |
| TOTAL | | | | 1.2 | $ 771.60 |

4133304.v1



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

May 28, 2013
Invoice No.: 519498
Matter No.: 08743.00102

**Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through April 30, 2013

      Fees       $771.60

    **Total Fees and Disbursements**     $771.60

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON  WASHINGTON  EMERGING ENTERPRISE CENTER  FOLEYHOAG.COM

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 519498  
May 28, 2013  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 04/05/13 | Jaffe | P230 | Team telephone conference regarding remedial action status and negotiations with EPA and Town, and preparing for same (1.2). | 1.2 |
| | | | **Total Hours** | **1.2** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 519498  
May 28, 2013  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.2 | at | 643.00 | = | 771.60 |

| | |
|---|---|
| Total Fees | $771.60 |
| | |
| Total Fees | $771.60 |
| Total Fees and Disbursements | $771.60 |

To ensure proper credit to your account,  
please include remittance page with your payment.



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2013
Invoice No.: 519498
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

Total Fees and Disbursements          $771.60

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP - Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 519498
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 6.8 | $ 4,372.40 |
| TOTAL | | | | 6.8 | $ 4,372.40 |

4133304.v1

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

May 28, 2013
Invoice No.: 519499
Matter No.: 08743.00103

Re:   Wells G&H Superfund Site

For Professional Services rendered through April 30, 2013

|  |  |
|---|---|
| Fees | $4,372.40 |
| **Total Fees and Disbursements** | **$4,372.40** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 519499  
May 28, 2013  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 04/09/13 | Jaffe | P230 | Attention to Grace property issues, including reviewing, revising, draft letter to EPA and emails with team regarding same (.6). | 0.6 |
| 04/10/13 | Jaffe | P230 | Attention to Central Area issues, including telephone call with Mr. Bibler and emails with team regarding same (.9). | 0.9 |
| 04/11/13 | Jaffe | P230 | Final review of groundwater scope letter to EPA (.2). | 0.2 |
| 04/16/13 | Jaffe | P230 | Attention to Central Area issues, including team telephone conference regarding allocation with UniFirst, review of Mr. Guswa memorandum regarding same, and preparing for same (2.9). | 2.9 |
| 04/29/13 | Jaffe | P230 | Attention to Central Area allocation issues, including emails with Mr. Bibler, UniFirst counsel, and Grace team, and reviewing documents to be provided to UniFirst (1.7). | 1.7 |
| 04/30/13 | Jaffe | P230 | Attention to Central Area allocation issues, including emails with Mr. Bibler and team and reviewing UniFirst documents (.5). | 0.5 |
| | | | **Total Hours** | **6.8** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 519499  
May 28, 2013  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 6.8 | at | 643.00 | = | 4,372.40 |

Total Fees                                                          $4,372.40

Total Fees                                                          $4,372.40  
**Total Fees and Disbursements**                        $4,372.40

To ensure proper credit to your account,  
please include remittance page with your payment.


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2013
Invoice No.: 519499
Matter No.: 08743.00103

Re:   Wells G&H Superfund Site

Total Fees and Disbursements          $4,372.40

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP - Wire Receipt Account |

Reference Information:
Client/Matter #: 08743.00103, **Invoice #:** 519499
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company