**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


May 28, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11358


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/1/2013 | BSR | Detailed review of The Hogan Firm's quarterly and monthly fee applications for the 47th interim period | 1.10 | 341.00 |
|  | BSR | Review of Foley Hoag's Dec. 2012 monthly fee application and fee and expense summary re same and quarterly fee application for the 47th interim period | 0.40 | 124.00 |
|  | BSR | Review of Ferry Joseph's Dec. 2012 monthly fee application and fee and expense summary re same (.2); review quarterly fee application for the 47th interim period (.1) | 0.30 | 93.00 |
|  | BSR | Draft exhibit to email to The Hogan Firm regarding 47th interim fee application (.8); email to Dan Hogan re same (.2) | 1.00 | 310.00 |
|  | BSR | Review of Kirkland & Ellis' Dec. 2012 monthly fee application (and fee and expense summary re same) and quarterly fee application for the 47th interim period | 2.50 | 775.00 |
|  | AL | Update database with Rich's March fee application (.2) and electronic detail (.1); Casner's February electronic detail (.1); Sanders' March fee application (.2) and electronic detail (.1) | 0.70 | 56.00 |
|  | BSR | Review of Fragomen's monthly fee applications for the 47th interim period (including fee and expense summaries re same) and quarterly fee appliation for the 47th interim period | 0.40 | 124.00 |
| 4/2/2013 | BSR | telephone conference with Roger Higgins re changes requested by US Trustee in draft order revising Baker Donelson's retention (.1); exchange emails with Warren Smith re same and calendaring hearing (.1); email to Anthony Lopez re same (.1) | 0.30 | 93.00 |
|  | BSR | Research server and docket for Kramer Levin's November and quarterly fee applications (47Q) (.2); detailed review of Nov. 2012 monthly fee application, and review of Dec. 2012 monthly fee application and fee and expense | 0.80 | 248.00 |

---

W.R. Grace & Co.                                                                                     Page    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | summary re same (.5); email to David Blabey inquiring as to status of quarterly fee application (.1) | | |
| 4/2/2013 | BSR | Draft initial report re K&E's 47th interim fee application | 0.70 | 217.00 |
| | BSR | Research server and docket for monthly and quarterly fee applications of various applicants for the the 47th interim period | 1.70 | 527.00 |
| | BSR | Download and review motion to modify Baker Donelson's retention to § 328(a) (.7); email to Warren Smith re same (.3) | 1.00 | 310.00 |
| | BSR | Detailed review of Scarfone Hawkins' monthly fee applications and quarterly fee application for October through December 2012 (47th interim) | 0.30 | 93.00 |
| | BSR | Review of Lauzon Belanger Lesperance's monthly fee applications and quarterly fee application for October through December 2012 (47th interim) | 0.20 | 62.00 |
| | BSR | Review of Legal Analysis System's quarterly fee application for October through Dec. 2012 (47Q) (monthly application previously reviewed) | 0.10 | 31.00 |
| | BSR | E-mail to Debra Fullem at Orrick inquiring as to Orrick's quarterly fee application for the 47th interim period and expense itemization | 0.10 | 31.00 |
| | BSR | E-mail to Kirkland & Ellis re initial report (47Q) | 0.10 | 31.00 |
| | BSR | Review of Orrick's Dec. 2012 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
| | JAW | Detailed review of Bilzin's January 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Ferry's January 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Casner's January 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Capstone's January 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Beveridge's January 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Blackstone's January 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Kirkland's January 2013 fee application (2.00) | 2.00 | 350.00 |

W.R. Grace & Co.                                                                                              Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/2013 | AL | Update database with Woodcock's February electronic detail (.1); Beveridge's February electronic detail (.1); receive and review email from B. Ruhlander re April 22 hearing re Baker Donelson (.1); update database with same (.2) | 0.50 | 40.00 |
|  | AL | Receive, review and finalize K&E's 47th Interim IR (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | 0.60 | 48.00 |
| 4/3/2013 | BSR | Review of Saul Ewing's monthly fee applications for October through December 2012 (including fee and expense summaries of same) (.7); research server and docket for Saul Ewing's quarterly fee application for the 47th interim period (.2); email to Teresa Currier inquiring as to status of quarterly fee application (.1) | 1.00 | 310.00 |
|  | BSR | receive, review, and respond to email from Dan Hogan re our fee inquiry for the 47th interim period | 0.10 | 31.00 |
|  | BSR | Review of Judge Sanders' Oct. and Dec. 2012 monthly fee applications and quarterly fee application for the 47th interim period | 0.20 | 62.00 |
|  | BSR | Review of Alan Rich's Oct., Nov., and Dec. 2012 monthly fee applications (and fee and expense summaries re same), as well as quarterly fee application for the 47th interim period | 0.50 | 155.00 |
|  | BSR | Review of Stroock's monthly fee applications for the period of October through December 2012 (including fee and expense summaries re same) and 47th quarterly fee application | 0.40 | 124.00 |
|  | BSR | Review of Woodcock Washburn's monthly applications and quarterly application for the 47th interim period (including fee and expense summaries re same ) (.3); email to Gary Levin with questions re same (.2) | 0.50 | 155.00 |
|  | BSR | Review of PwC's monthly fee applications (including fee and expense summaries re same) and quarterly fee application for the 47th interim period | 0.60 | 186.00 |
|  | JAW | Continued detailed review of Kirkland's January 2013 fee application (8.40) | 8.40 | 1,470.00 |
|  | BSR | Review of Reed Smith's October, November, and December 2012 monthly fee applications (including fee and expense summaries re same) and quarterly fee application for the 47th interim period | 0.50 | 155.00 |
|  | BSR | Review of Pachulski's 47th quarterly fee application (monthlies previously reviewed) | 0.20 | 62.00 |
|  | BSR | Review of Pachulski's Dec. 2012 monthly fee application and fee and expense summary re same | 0.40 | 124.00 |
|  | BSR | Review of Pachulski's Nov. 2012 monthly fee application, as well as fee and expense summary re same | 0.50 | 155.00 |

W.R. Grace & Co.      Page 4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/3/2013 | AL | Update database with AKO's February electronic detail (.1); Caplin's February electronic detail (.1); Campbell's February electronic detail (.2); LAS's February electronic detail (.1); Ferry's January electronic detail (.2) | 0.70 | 56.00 |
| 4/4/2013 | AL | Update database with Orrick's October through December electronic detail (.1); BMC's February electronic detail (.1) | 0.20 | 16.00 |
|  | JAW | Detailed review of Bilzin's February 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Foley's February 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Saul's February 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Higgin's February 2013 fee application (0.50); draft summary of same (0.20) | 0.70 | 122.50 |
|  | JAW | Draft summary of Kirkland's January 2013 fee application (1.90) | 1.90 | 332.50 |
|  | BSR | Research docket to ascertain all applications filed for the 47th interim period and compile information for use in the fee and expense chart for the 47th interim fee order | 0.40 | 124.00 |
| 4/5/2013 | BSR | Draft final report re The Hogan Firm's fee application for the 47th interim period | 0.70 | 217.00 |
|  | AL | update database with Ewing's October through December interim electronic detail (.2); receive and review email from B. Ruhlander re Hogan's 47th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.60 | 48.00 |
|  | JAW | Detailed review of Orrick's November 2012 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
|  | JAW | Detailed review of Orrick's October 2012 fee application (1.40); draft summary of same (0.30) | 1.70 | 297.50 |
| 4/8/2013 | AL | update database with Kramer's February electronic detail (.1); Kramer's October through December interim electronic detail (.1); Bilzin's January CNO (.1) | 0.30 | 24.00 |
|  | AL | Receive and review email from W. Smith re Hogan's 47th Interim FR (.1); prepare same for electronic filing with the court (.2); update database with same (.2); electronic filing with the court of Hogan's 47th Interim FR (.4); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.10 | 88.00 |
|  | BSR | Receive and review Kramer Levin's quarterly fee application for the 47th interim period (monthly applications previously reviewed) | 0.10 | 31.00 |

W.R. Grace & Co. Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/9/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Austin's 44th and 45th interims (0.4); draft final fee chart for 44th and 45th interim for Austin reflecting same (0.2) | 0.60 | 105.00 |
| | AL | Update database with Capstone's February electronic detail (.2); Hogan's January CNO (.1); Scarfone's January CNO (.1); Lauzon's January CNO (.1) | 0.50 | 40.00 |
| | BSR | telephone conference with Karen Harvey re proper CNO procedure and with Lauren Campbell re updating WHSA's address on their service list | 0.10 | 31.00 |
| | WHS | Detailed review of FR Hogan Firm 47Q 10-12.12 | 0.10 | 33.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Anderson's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Anderson reflecting same (0.2) | 0.70 | 122.50 |
| | BSR | E-mail to Dan Hogan re final report for the Hogan Firm's 47th interim fee application | 0.10 | 31.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Bilzin's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Bilzin reflecting same (0.2) | 0.70 | 122.50 |
| 4/10/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Capstone's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Capstone reflecting same (0.2) | 0.70 | 122.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Casner's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Casner reflecting same (0.2) | 0.70 | 122.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Blackstone's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Blackstone reflecting same (0.2) | 0.70 | 122.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Caplin's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Caplin reflecting same (0.2) | 0.70 | 122.50 |

W.R. Grace & Co.                                                                                                               Page        6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/10/2013 JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Campbell's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Campbell reflecting same (0.2) | | 0.70 | 122.50 |
| JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: BMC's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for BMC reflecting same (0.2) | | 0.70 | 122.50 |
| JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Charter's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Charter reflecting same (0.2) | | 0.70 | 122.50 |
| JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Duane's 44th, 45th and 46th interims (0.7); draft final fee chart for 44th, 45th, and 46th interims for Duane reflecting same (0.3) | | 1.00 | 175.00 |
| JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Ferry's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Charter reflecting same (0.2) | | 0.70 | 122.50 |
| JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Foley's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Foley reflecting same (0.2) | | 0.70 | 122.50 |
| JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Fragomen's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Fragomen reflecting same (0.2) | | 0.70 | 122.50 |
| AL | Update database with Caplin's February fee application (.2); Campbell's February fee application (.2); Beveridge's February fee application (.2); McCarter's November through January fee application (.2); Morris' October through December interim fee application (.1); Kramer's October through December interim fee application (.1); K&E's October through December interim fee application (.1); Ewing's October through December interim fee application (.1) | | 1.20 | 96.00 |

W.R. Grace & Co.                                                      Page 7

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 4/11/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Hogan's 45th and 46th interims (0.6); draft final fee chart for 45th and 46th interims for Higgin reflecting same (0.2) | 0.80 | 140.00 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kirkland's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Kirkland reflecting same (0.2) | 0.70 | 122.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kramer's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Kramer reflecting same (0.2) | 0.70 | 122.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Lauzon's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Lauzon reflecting same (0.2) | 0.70 | 122.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Lincoln's 44th, 45th and 46th interims (0.7); draft final fee chart for 44th, 45th and 46th interims for Lauzon reflecting same (0.3) | 1.00 | 175.00 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Orrick's 45th and 46th interims (0.6); draft final fee chart for 45th and 46th interims for Orrick reflecting same (0.2) | 0.80 | 140.00 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Pachulski's 45th and 46th interims (0.7); draft final fee chart for 45th and 46th interims for Pachulski reflecting same (0.2) | 0.90 | 157.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Phillips' 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Phillips reflecting same (0.2) | 0.70 | 122.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PWC's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for PWC reflecting same (0.2) | 0.70 | 122.50 |

W.R. Grace & Co.      Page   8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/11/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PWC's-GRP 45th and 46th interims (0.2); draft final fee chart for 45th and 46th interims for PWC-GRP reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Higgins' 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Higgin reflecting same (0.2) | 0.70 | 122.50 |
| | AL | Receive and review email from J. Wehrmann re summaries (.1); update database with Higgins' December (.1) Higgins' November (.1) Higgins' October (.2) AKO's January (.1) BMC's January (.1) Campbell's January (.1) Caplin's January (.2) Casner's January (.1) Charter's January (.2) Foley's January (.1) Higgins' January (.2) Kramer's January (.2) Orrick's January (.1) Reed's January (.2) Rich's January (.1) Sanders' January (.1) Ewing's January (.1) and Stroock's January (.1) fee and expense summaries | 2.50 | 200.00 |
| | BSR | Detailed review of Kaye Scholer's December-January 2012 monthly fee application | 0.30 | 93.00 |
| | BSR | Detailed review of Duane Morris' monthly fee applications for October through December 2012 (.7); email to Mike Lastowski with questions re same (.1) | 0.80 | 248.00 |
| | BSR | Review of Lincoln Partners' Nov. 2012 monthly fee application | 0.10 | 31.00 |
| | BSR | Review of Lincoln Partners' Oct. 2012 monthly fee application | 0.10 | 31.00 |
| | BSR | Draft initial report re Orrick's 47th interim fee application | 0.80 | 248.00 |
| | BSR | Review of Orrick's Oct. and Nov. 2012 monthly fee applications (and fee and expense summaries re same), itemized list of expenses for the quarter, and quarterly fee application for the 47th interim period | 1.20 | 372.00 |
| | BSR | Review of Saul Ewing's quarterly fee application for the 47th interim period (monthly applications previously reviewed) | 0.20 | 62.00 |
| 4/12/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Rich's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Rich reflecting same (0.2). | 0.70 | 122.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Beveridge's 45th and 46th interims (0.6); draft final fee chart for 45th and 46th interims for Beveridge reflecting same (0.2). | 0.80 | 140.00 |

W.R. Grace & Co.       Page 9

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/12/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Tower's 44th, 45th and 46th interims (0.7); draft final fee chart for 44th, 45th and 46th interims for Tower reflecting same (0.3). | 1.00 | 175.00 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Stroock's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Stroock reflecting same (0.2). | 0.70 | 122.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Steptoe's 45th interim (0.3); draft final fee chart for 45th interim for Steptoe reflecting same (0.1). | 0.40 | 70.00 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Scarfone's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Scarfone reflecting same (0.2). | 0.70 | 122.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Saul's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Saul reflecting same (0.2). | 0.70 | 122.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Sanders' 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Sanders reflecting same (0.2). | 0.70 | 122.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Deloitte Tax's 43rd - 46th interims (0.3); draft final fee chart for 43rd - 46th interims for Deloitte Tax reflecting same (0.1). | 0.40 | 70.00 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Reed's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Reed reflecting same (0.2). | 0.70 | 122.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PWC's-Darex 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for PWC-Darex reflecting same (0.2). | 0.70 | 122.50 |

W.R. Grace & Co.                                                                                                         Page    10

|              |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | Hours | Amount |
|--------------|-----|---|---|---|
| 4/12/2013    | AL  | Update database with Capstone's February fee application (.2); Grant's October fee application (.2); Scholer's February fee application (.2); Austern's February fee application (.1); Kramer's February fee application (.1); Woodcock's January fee application (.2); Stroock's February fee application (.2); Receive and review email from J. Wehrmann re summaries (.1); update database with Orrick's October (.1) Orrick's November (.1) Beveridge's January (.1) Bilzin's January (.1) Blackstone's January (.2) Capstone's January (.1) Casner's January (.2) Ferry's January (.2) K&E's January (.1) Bilzin's February (.1) Foley's February (.1) Higgins' February (.1) and Ewing's February (.2) fee and expense summaries; update database with Casner's February fee application (.2); Reed's February fee application (.2); BMC's February fee application (.2); Casner's February fee application (.2); Charter's February fee application (.2); LAS's January fee application (.2); AKO's February fee application (.2) | 4.40  | 352.00 |
|              | AL  | Receive, review and finalize Orrick's 47th Interim IR (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | 0.60  | 48.00  |
|              | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Grant's 1st Interim (46th interim) (0.3); draft final fee chart for 1st interim (46th interim) for Grant reflecting same (0.2). | 0.50  | 87.50  |
| 4/15/2013    | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: LAS' 46th interim (0.3); draft final fee chart for 46th interim for LAS reflecting same (0.1). | 0.40  | 70.00  |
|              | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Woodcock's 45th and 46th interims (0.5); draft final fee chart for 45th and 46th interims for Woodcock reflecting same (0.2). | 0.70  | 122.50 |
|              | WHS | Receive and review agenda | 0.10  | 33.50  |
|              | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Hill's 46th interim (0.3); draft final fee chart for 46th interim for Hill reflecting same (0.1). | 0.40  | 70.00  |
|              | BSR | Receive and review April 22nd hearing agenda | 0.10  | 31.00  |
|              | AL  | Update database with Ferry's February electronic detail (.1); Ferry's January CNO (.1) | 0.20  | 16.00  |
|              | BSR | E-mail to Orrick re initial report (47Q) | 0.10  | 31.00  |
|              | BSR | Receive and review email from Anthony Lopez re Orrick initial report (47Q) | 0.10  | 31.00  |

W.R. Grace & Co.          Page 11

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/15/2013 | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
|  | BSR | Review of Duane Morris' quarterly fee application | 0.40 | 124.00 |
| 4/16/2013 | AL | Update database with Pachulski's January electronic detail | 0.10 | 8.00 |
| 4/17/2013 | JAW | Detailed review of Grant Thornton's October 2012 fee application (0.90); draft summary of same (0.20) | 1.10 | 192.50 |
|  | JAW | Detailed review of Reed Smith's February 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of LAS' January 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Casner's February 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Stroock's February 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Kramer's February 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Charter Oak's February 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of BMC's February 2013 fee application (0.50); draft summary of same (0.20) | 0.70 | 122.50 |
|  | JAW | Detailed review of Caplin's February 2013 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
|  | JAW | Detailed review of Capstone's February 2013 fee application (0.70); draft summary of same (0.10) | 0.80 | 140.00 |
|  | JAW | Detailed review of Campbell's February 2013 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
|  | JAW | Detailed review of Woodcock's January 2013 fee application (0.10); draft summary of same (0.20) | 0.30 | 52.50 |
|  | WHS | Receive and review amended agenda | 0.10 | 33.50 |
|  | JAW | Detailed review of Kaye Scholer's February 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | BSR | Receive and review email from Roger Higgins, along with attached order (.2); review our files on Baker Donelson's fee application for the 45th, 46th, and 47th periods (.2); check server for receipt of quarterly applications for | 1.00 | 310.00 |


W.R. Grace & Co.                                                                                     Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| | | the 46th and 47th periods (.1); email to Warren Smith re 45th period application (.2); respond to email from Roger Higgins (.3) | | |
| 4/17/2013 | BSR | Draft final report re Baker Donelson's 45th interim fee application | 0.50 | 155.00 |
| | WHS | receive, review, and respond to emails from Bobbi Ruhlander re Baker Donalson | 0.20 | 67.00 |
| 4/18/2013 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 45th-46th inteirm fee applicaton periods for the following - AKO (0.6), Bilzen (0.6), BMC (0.6), D. Austern 44th - 45th (0.6), Blackstone (0.6), Campbell (0.6), Caplin (0.6), Casner (0.6), Charter Oak (0.60) | 5.40 | 945.00 |
| | JAW | Detailed review of Anderson's February 2013 fee application (1.10); draft summary of same (0.20) | 1.30 | 227.50 |
| | JAW | Detailed review of Orrick's February 2013 fee application (0.70); draft summary of same (0.20) | 0.90 | 157.50 |
| | JAW | Detailed review of Beveridge's February 2013 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
| | WHS | Detailed review of FR Baker 45Q 4-6.12 | 0.20 | 67.00 |
| | AL | Update database with Pachulski's January CNO (.1); Orrick's February CNO (.1); receive and review email from B. Ruhlander re Baker's 45th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); update database with K&E's 47th Interim IR response (.1); Research Pacer re Baker Donelson hearing (.4); update database with cancellation of hearing and signed fee order (.2); draft email to W. Smith re cancellation (.1) | 1.40 | 112.00 |
| | AL | Receive and review email from W. Smith re approval of Baker's 45Q FR (.1); prepare same for electronic filing with the court (.2); update database with same (.2); electronic filing with the court Baker's 45Q FR (.3); draft email to B. Ruhlander re service of same (.1) | 0.90 | 72.00 |
| | BSR | E-mail to Frank Childress of Baker Donelson re final report for the 45th interim period | 0.10 | 31.00 |
| | BSR | Continue drafting final report regarding Baker Donelson's 45th interim fee application | 1.50 | 465.00 |
| 4/19/2013 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 45th-46th inteirm fee applicaton periods for the following - Duane Morris 44th - 46th (0.7), Ferry (0.6), Foley (0.6), Fragomen (0.6), Higgins (0.6), Hogan (0.6), Kirkland (0.6), Kramer (0.6), Lauzon (0.6), Linclon 44th - 46th (0.7), Orrick (0.7), Pachulski (0.8), Phillips (0.6) | 8.30 | 1,452.50 |
| | AL | Update database with Austern's March electronic detail (.1); Tower's October through December interim electronic detail (.2); K&E's February electronic detail (.1); Woodcock's February electronic detail (.2); receive and review email from B. Ruhlander re K&E's 47th Interim IR response (.1); | 1.50 | 120.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | update database with same (.2); Receive and review email from B. Ruhlander re K&E's 47th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); receive and review email from W. Smith re Omnibus (.1); update database with Ewing's January CNO (.1) |  |  |
| 4/19/2013 | BSR | Receive and review response of Orrick to initial report (47Q) (.3); email to Debra Fullem requesting additional information (.1) | 0.40 | 124.00 |
|  | BSR | Draft final report re Kirkland & Ellis for the 47th interim period | 1.20 | 372.00 |
|  | BSR | Review of Towers Watson's quarterly fee application and monthly fee application for Oct. 2012 | 0.30 | 93.00 |
| 4/22/2013 | BSR | Draft final report re Orrick's quarterly fee application for the 47th interim period | 0.80 | 248.00 |
|  | AL | Research WHSA's fees and expenses for the month of March (.6); update database with same (.1); draft of WHSA's March fee application (1.4); update database with same (.2); draft email to J. Wehrmann re review (.1) | 2.40 | 192.00 |
|  | AL | Update database with Pachulski's January fee application (.2); Woodcock's February fee application (.2); K&E's February fee application (.2) | 0.60 | 48.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 45th-46th inteirm fee applicaton periods for the following - PWC (0.6), PWC-GRS 45th only (0.3), PWC - Darex (0.6), Reed Smith (0.6), Rich (0.6), Sanders (0.6), Saul (0.6), Scarfone (0.6), Steptoe 45th only (0.3), Stroock (0.6), Towers 44th - 46th (0.7), Beveridge (0.5), Deloitte Tax 43rd - 46th (0.3), Grant Thornton 46th only (0.3), Karl Hill 46th only (0.3), LAS 46th only (0.3), Woodcock (0.5) | 8.30 | 1,452.50 |
|  | BSR | Receive and review email from Debra Fullem re additional expense information from Orrick (.5); email to Orrick re same (.1) | 0.60 | 186.00 |
| 4/23/2013 | JAW | Proofread Warren H. Smith & Associates March 2013 fee detail and Notice of Filing (0.50); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.60 | 105.00 |
|  | JAW | Review revisions made to Warren H. Smith & Associates March 2013 fee detail (0.10); e-mail to A. Lopez confirming revisions made (0.10) | 0.20 | 35.00 |
|  | BSR | Continue drafting final report re Orrick's quarterly fee application for the 47th interim period | 0.70 | 217.00 |
|  | WHS | Detailed review of, and revisions to, FR Orrick 47Q 10-12 | 0.30 | 100.50 |
|  | AL | Receive and review email from B. Ruhlander re revisions to WHSA's March fee application (.1); Draft revisions to same (.3); update database with same (.2); draft email to B. Ruhlander re review (.1) | 0.70 | 56.00 |

W.R. Grace & Co. Page 14

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 4/23/2013 | AL | Receive and review email from J. Wehrmann re revisions to WHSA's March fee application (.1); Draft revisions to same (.6); update database with same (.2); draft email to J. Wehrmann re review (.1) | 1.00 | 80.00 |
| | AL | Receive and review email from W. Smith re approval of Orrick's 47th Q FR (.1); prepare same for electronic filing with the court (.2); update database with same (.2); electronic filing with the court Orrick's 47th Q FR (.4); draft email to B. Ruhlander re service of same (.1) | 1.00 | 80.00 |
| | AL | Receive and review email from B. Ruhlander re Orrick's 47th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); update database with Kramer's February CNO (.1); Grant's November electronic detail (.2) | 0.70 | 56.00 |
| | BSR | Receive and review draft WHSA monthly fee application for March 2013 | 0.60 | 186.00 |
| | BSR | E-mail to Orrick re final report (47Q) | 0.10 | 31.00 |
| 4/24/2013 | AL | Receive and review email from W. Smith re approval of WHSA's March fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.2); electronic filing with the court WHSA's March fee application (.4); service of same (.1) | 1.00 | 80.00 |
| | AL | Receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Grant's October (.1) Lasi's January (.1) Woodcock's January (.1) AKO's February (.2) Beveridge's February (.1) Bilzin's February (.1) BMC's February (.2) Campbell's February (.1) Caplin's February (.1) Capstone's February (.2) Casner's February (.2) Charter's February (.1) Foley's February (.1) Higgins' February (.2) Scholer's February (.1) Kramer's February (.1) Orrick's February (.2) Reed's February (.2) Ewing's February (.1) and Stroock's February (.1) fee and expense summaries | 2.80 | 224.00 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| | BSR | Draft omnibus final report for the 47th interim period | 1.60 | 496.00 |
| | BSR | Receive and review email from James Wehrmann re completed fee and expense summaries | 0.10 | 31.00 |
| | BSR | receive, review, and respond to email from Anthony Lopez re WHSA March 2013 monthly fee application | 0.10 | 31.00 |
| | AL | Update database with Thornton's November fee application | 0.20 | 16.00 |
| 4/25/2013 | AL | Update database with Orrick's March electronic detail (.2); Hogan's February electronic detail (.1); Scarfone's February electronic detail (.1); Lauzon's February electronic detail (.2); receive and review email from B. Ruhlander re hearing cancellation (.1) | 0.70 | 56.00 |

W.R. Grace & Co.                                                                                                          Page      15

|              |     |                                                                                                                                                                                                                                         | Hours | Amount |
|--------------|-----|---|---|---|
| 4/29/2013    | JAW | Detailed review of Grant Thornton's November 2012 fee application (0.30); draft summary of same (0.30) | 0.60 | 105.00 |
|              | AL  | Research PACER for objections to WHSA's February fee application (.5); draft WHSA's February CNO (.6); update database with same (.1); electronic filing with the court of same (.3) | 1.50 | 120.00 |
|              | AL  | Update database with Foley's March electronic detail (.1); Stroock's March electronic detail (.1); Ewing's February electronic detail (.2); Kramer's February electronic detail (.2); Ewing's January CNO (.1); Ewing's February electronic detail (.1); Higgins' March electronic detail (.1) | 0.90 | 72.00 |
| 4/30/2013    | AL  | Update database with Ewing's March fee application (.2); Higgins' March fee application (.2); Kramer's March fee application (.2); Foley's March fee application (.2); Ferry's February fee application (.2) | 1.00 | 80.00 |
|              | BSR | Review of Orrick's Jan. 2013 monthly fee application and fee summary re same | 0.40 | 124.00 |
|              | BSR | Review of Stroock's Jan. 2013 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |

**For professional services rendered**                                                                                                                                                                           **144.80   $26,759.50**

Additional Charges :

4/30/2013  Third party copies & document prep/setup.                                                                                                                      309.29

PACER Charges                                                                                                                                                                                87.20

**Total additional charges**                                                                                                                                                                  **$396.49**

**Total amount of this bill**                                                                                                                                                                 **$27,155.99**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 32.50 | 80.00 | $2,600.00 |
| Bobbi S. Ruhlander | 32.20 | 310.00 | $9,982.00 |
| James A. Wehrmann | 79.10 | 175.00 | $13,842.50 |
| Warren H Smith | 1.00 | 335.00 | $335.00 |