# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2013 - APRIL 30, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 11.1 | $8,158.50 |
| 0014 | Case Administration | 6.4 | 1,565.50 |
| 0017 | Committee, Creditors', or Equity Holders' | 0.7 | 665.00 |
| 0018 | Fee Application, Applicant | 4.0 | 1,072.00 |
| 0019 | Creditor Inquiries | 0.5 | 475.00 |
| 0020 | Fee Application, Others | 1.9 | 418.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 3.3 | 2,425.50 |
| 0036 | Plan and Disclosure Statement | 0.8 | 588.00 |
| 0037 | Hearings | 0.2 | 147.00 |
| 0040 | Employment Applications - Others | 0.1 | 73.50 |
| | | | |
| | **Total** | **29.0** | **$ 15,588.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | May 3, 2013 |
| INVOICE NO. | 592424 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2013, including:

| | |
|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2013 | Review and mark-up draft memo from Capstone re: Debtor's proposed 2013 LTIP (.5) and email Frezza re: comments and re: deadline for objections to motion (.1). | Wildes, D. | 0.6 |
| 04/03/2013 | Review revised memo from Capstone re: Debtor's proposed 2013 LTIP (.1); email Frezza re: circulating memo to committee (.1). | Wildes, D. | 0.2 |
| 04/04/2013 | Review Capstone's draft memo to Committee re: REDS acquisition of Chemind and mark-up same (.2); email Frezza re: comments (.1). | Wildes, D. | 0.3 |
| 04/08/2013 | Review Cert. of Counsel re: Order Approving 2013 LTIP. | Wildes, D. | 0.1 |
| 04/11/2013 | Emails Frezza re: communications with Blackstone re potential acquisition by WR Grace and obtaining information re: same (.1); review Debtors' notice of rejection of unexpired non-residential lease re: Burlington Railway (.2). | Wildes, D. | 0.3 |
| 04/15/2013 | T/c Higgins re: Debtors' potential acquisition of business and motion for approval of due diligence expenditures for acquisition and Debtors' motion for approval of private sale of Maryland undeveloped real property. | Wildes, D. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/16/2013 | Review Motion and Declaration in support of Debtors for approval of private sale of real property in Columbia, Maryland (.5); email Frezza re: terms of same and re discussion with Higgins re: same and re: information re: potential acquisition and motion(s) to approve same and diligence expenditures (.3); review Order authorizing 2013 LTIP (.1). | Wildes, D. | 0.9 |
| 04/17/2013 | Review order approving settlement with Markel Insurance. | Wildes, D. | 0.1 |
| 04/18/2013 | Review Purchase and Sale Agreement between Debtors and GAP for sale of real property in Columbia (.5); work on memo to Committee re: proposed sale of real property and summary of business terms and conditions (2.0). | Wildes, D. | 2.5 |
| 04/19/2013 | Review/revise draft memo to Committee re: proposed sale of real property in Maryland (.4); email Frezza re: same (.1); emails Higgins re: conf. call re: Project Larch II transaction (.1). | Wildes, D. | 0.6 |
| 04/22/2013 | Review email and Frezza's comments to draft memo to Committee re: proposed sale of real property in Maryland (.1); revise and send memo to Committee re: proposed sale (.4); conf. call w/ Higgins and Kirkland attorneys re: proposed Project Larch II transaction and motion for approval of same (.3); emails Frezza re: same and re: Blackstone's deck re: same (.2). | Wildes, D. | 1.0 |
| 04/23/2013 | Review coresp. from Frezza re: discussions with Blackstone re: Project Larch II and seeking committee's prior approval (.2); review coresp. from Debtor's counsel re: same (.2). | Wildes, D. | 0.4 |
| 04/24/2013 | Review presentation/materials from Grace re: Project Larch II and Committee approval (.5); emails Pasquale re: same (.3); email Frezza re: position re: Project Larch and recommendation to Committee (.3); tel. conf. w/ Frezza to discuss same and preparing memo and timing (.2); emails w/ Debtors' counsel re Project Larch and adjustment to notice period for Committee in event higher bid needed (.2); review Debtor's draft motion for authorization to participate in bidding and consummate transaction (.5); review and mark-up memo | Wildes, D. | 3.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | draft committee re: Project Larch II (.9); email Frezza re: draft memo and comments (.1). | | |
| 04/25/2013 | T/c Pasquale re: Project Larch II (.1); review revised memo to Committee re: Project Larch II (.1); emails Frezza re: same and re recent announcement re: WR Grace's first quarter sales and earnings (.1). | Wildes, D. | 0.3 |
| 04/25/2013 | Review Debtors' Notice/Report re: Sales of De Minimis Assets. | Wildes, D. | 0.1 |
| 04/26/2013 | Review corresp. from Katchen and Pasquale re: Project Larch II and motion for approval (.1) emails Frezza re: status re: committee approval re Project Larch II (.1). | Wildes, D. | 0.2 |
| 04/30/2013 | Review email from Debtors' counsel re: postponement of Project Larch II motion (.1); emails Frezza and Pasquale re: same and reasons for same (.1); draft/send email to Committee re: update re: Project Larch II motion (.1). | Wildes, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 11.1 | $ 735 | $ 8,158.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 8,158.50 | |
| TOTAL FOR THIS MATTER | | $ 8,158.50 | |

# STROOCK

| RE | Case Administration 699843 0014 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 04/02/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 04/03/2013 | Monitor appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 04/04/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 04/05/2013 | Obtain recent pleading re: appeals case no. 12-1402 for attorney review (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 04/08/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 04/09/2013 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 04/10/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 04/11/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 04/12/2013 | Review appeals case docket nos. 11-199 and 12-1402 (.2); update internal case docket (.1). | Mohamed, D. | 0.3 |
| 04/15/2013 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 04/16/2013 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 04/17/2013 | Obtain and circulate WR Grace ch 11 filings & docket updates. | Siegel, S. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/18/2013 | Obtain and circulate WR Grace ch 11 filings & docket updates. | Siegel, S. | 0.2 |
| 04/22/2013 | Obtain and circulate WR Grace ch 11 filings & docket updates. | Siegel, S. | 0.2 |
| 04/23/2013 | Obtain and circulate WR Grace pleadings & docket updates. | Siegel, S. | 0.2 |
| 04/24/2013 | Obtain and circulate WR Grace pleadings and docket updates. | Siegel, S. | 0.2 |
| 04/25/2013 | Obtain & Circulate WR Grace filings & docket updates. | Siegel, S. | 0.2 |
| 04/26/2013 | Obtain and circulate WR Grace pleadings & docket updates. | Siegel, S. | 0.2 |
| 04/29/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 04/30/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Mohamed, David | 4.9 | $ 220 | $ 1,078.00 |
| Siegel, Scott D. | 1.5 | 325 | 487.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 1,565.50 | |
| TOTAL FOR THIS MATTER | | $ 1,565.50 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/24/2013 | Emails w/D. Wildes re: debtors' M&A transaction requests. | Pasquale, K. | 0.3 |
| 04/25/2013 | Review Capstone memo re: Project Larch II transaction (.2); confer DW re: same (.2). | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.7 | $ 950 | $ 665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 665.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 665.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant<br>699843  0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/04/2013 | Review March Fee Detail. | Magzamen, M. | 0.3 |
| 04/04/2013 | Review revised fee detail and prepare draft of SSL's 144th monthly fee application for attorney review. | Mohamed, D. | 1.0 |
| 04/04/2013 | Review monthly fee application for March and mark-up same (.2); confs. Mohamed, Azrilen re: changes to same (.1). | Wildes, D. | 0.3 |
| 04/05/2013 | Revise draft of SSL's 144th monthly fee application. | Mohamed, D. | 0.5 |
| 04/29/2013 | Finalize SSL's 144th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.3 | $ 345 | $ 103.50 |
| Mohamed, David | 3.4 | 220 | 748.00 |
| Wildes, Denise K. | 0.3 | 735 | 220.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,072.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,072.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|----|--------------------|
|    | 699843  0019       |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/22/2013 | T/c lender re: appeal status & PPI issues. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.5 | $ 950 | $ 475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 475.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 475.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Others 699843 0020 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/09/2013 | Review and finalize Capstone's 109th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 1.9 | $ 220 | $ 418.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 418.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 418.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 04/11/2013 | Review Notice of Settlement and Stipulation resolving Claims filed by USG, as assignee of DAP (.4); draft list of diligence questions for Debtors re: proposed settlement (.5); emails Higgins re: same and re: scheduling call for same (.1). | Wildes, D. | 1.0 |
| 04/15/2013 | Review Notice of proposed USG settlement re: Paulsboro Site and questions for Debtors re: same in preparation for call (.1); conf. call w/ Higgins and S. Levin at WR Grace re: proposed settlement of USG's environmental claims and questions re same (.4); begin work on draft memo to Committee re: proposed settlement w/ USG re: Paulsboro Site (1.0). | Wildes, D. | 1.5 |
| 04/16/2013 | Revise, finalize and send memo to Committee re: proposed settlement of USG claims re: Paulsboro Site. | Wildes, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Wildes, Denise K. | 3.3 | $ 735 | $ 2,425.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,425.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 2,425.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses 699843 0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 24.23 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 24.23 |
| TOTAL FOR THIS MATTER | $ 24.23 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/04/2013 | Review Garlock Statement re: draft Protocol for production of 2019 exhibits. | Wildes, D. | 0.1 |
| 04/05/2013 | Review amended oral argument notification from 3rd Circuit Court of Appeals. | Wildes, D. | 0.1 |
| 04/09/2013 | Review Order Establishing Protocol for 2019 exhibits. | Wildes, D. | 0.2 |
| 04/11/2013 | Review corresp. from law firms re: appointment of special master pursuant to Judge's Order/Protocol re: 2019 statements. | Wildes, D. | 0.2 |
| 04/16/2013 | T/c Pasquale re: oral argument before third circuit re: plan confirmation appeals (.1); email Committee re: date of oral argument and covering same (.1). | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.8 | $ 735 | $ 588.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 588.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 588.00 |
|---|---|

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/15/2013 | Review hearing agenda for 4/22 hearing. | Wildes, D. | 0.1 |
| 04/17/2013 | Review Notice from Court re: cancelation of hearing. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.2 | $ 735 | $ 147.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 147.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 147.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/17/2013 | Review Court's Order re: Baker Donelson's retention. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.1 | $ 735 | $ 73.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 73.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,588.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 24.23 |
| TOTAL BILL | $ 15,612.23 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM