# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**APRIL 1, 2013 - APRIL 30, 2013**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Pasquale, Kenneth | 1.2 | $ 950.00 | $ 1,140.00 |
| | | | |
| **Associates** | | | |
| Wildes, Denise | 15.8 | 735 | 11,613.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.3 | 345 | 103.50 |
| Mohamed, David | 10.2 | 220 | 2,244.00 |
| Siegel, Scott D. | 1.5 | 325 | 487.50 |
| | | | |
| **Total** | **29.0** | | **$ 15,588.00** |