IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )   Chapter 11
                                            )
W.R. GRACE & CO., et al.,                   )   Case No. 01-1139 (JKF)
                                            )
         Debtors.                           )   Objection Deadline: June 18, 2013 at 4:00 p.m.
_____)    Hearing: Schedule if Necessary (Negative Notice)


NOTICE OF FILING OF EIGHTY-SEVENTH MONTHLY INTERIM
APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP,
BANKRUPTCY COUNSEL TO DAVID T. AUSTERN,
<u>ASBESTOS PI  FUTURE CLAIMANTS' REPRESENTATIVE</u>


TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
      (4) Counsel to the Official Committee of Unsecured Creditors;
      (5) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
      (6) Counsel to the Official Committee of Asbestos Property Damage Claimants;
      (7) Counsel to the Official Committee of Equity Holders; (8) Counsel to the
      Debtors-in-Possession Lender; and (9) the Fee Auditor

   Orrick, Herrington & Sutcliffe LLP, bankruptcy counsel to David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR")[1], has filed and served its Eighty-Seventh Monthly Application of Orrick, Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of Expenses as bankruptcy counsel to the FCR for the time period April 1, 2013 through April 30, 2013, seeking payment of fees in the amount of $80,714.80

---

[1] Mr. Austern died on May 16, 2013.  On May 24, 2013, the Debtors filed a motion seeking the appointment of Roger Frankel to serve as Mr. Austern's successor [Dkt. No. 30671].  Mr. Frankel has represented Mr. Austern in these cases since 2004, and joined Orrick as a partner in 2006.  This application covers Orrick's fees and expenses incurred during April 2013 as counsel to Mr. Austern.

(80% of $100,893.50), and expenses of $1,119.76, for a total amount of $81,834.56 (the "Application").

This Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 18, 2013 at 4:00 P.M., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, John Donley, Esquire, and Adam Paul, Esquire, Kirkland & Ellis, LLP, 300 North LaSalle, Chicago, IL 60654 and Laura Davis Jones, Esquire, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 222

Delaware Avenue, Suite 1600, Wilmington, DE 19801; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Rita C. Tobin, Esquire, Caplin & Drysdale, Chartered, 600 Lexington Avenue, 21st Floor, New York, NY 10022-6000 and Marla R. Eskin, Esquire, Mark T. Hurford, Esquire, Kathleen Campbell Davis, Esquire, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: David M. Klauder, Esquire, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, 2235 Ridge Road, Suite 105, Rockwall, TX 75087.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

>ORRICK, HERRINGTON & SUTCLIFFE LLP
>
>By: */S/ DEBRA L. FELDER*
>  Roger Frankel, admitted *pro hac vice*
>  Richard H. Wyron, admitted *pro hac vice*
>  Debra L. Felder, admitted *pro hac vice*
>  Columbia Center
>  1152 15th Street, NW
>  Washington, DC  20005
>  (202) 339-8400
>
>—and—
>
>  PHILLIPS, GOLDMAN & SPENCE, P.A.
>  John C. Phillips, Jr. (#110)
>  1200 North Broom Street
>  Wilmington, DE 19806
>  (302) 655-4200
>
>  *Co-Counsel to David T. Austern,*
>  *Asbestos PI Future Claimants' Representative*

Dated: May 29, 2013