**EXHIBIT A**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

**INVOICES FOR THE TIME PERIOD**

**APRIL 1-30, 2013**



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

+1-202-339-8400
+1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 14, 2013
Client No. 17367
Invoice No. 1418602

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through April 30, 2013 in connection with the matters described on the attached pages: | $ | 100,893.50 |
| DISBURSEMENTS as per attached pages: | | 1,119.76 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | 102,013.26 |

Matter(s): 17367/11, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$193,480.67
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| Lockbox #774619 | ABA Number 121000248 | c/o Wells Fargo |
| 4619 Solutions Center | SWIFT CODE: WFBIUS6S | Attn: Lockbox #774619 |
| Chicago, IL 60677-4006 | Account Number: 4123701088 | 350 East Devon Avenue |
| Reference: 17367/ Invoice: 1418602 | Wells Fargo | Itasca, IL 60143 |
| | 420 Montgomery Street | (213) 614-3248 |
| | San Francisco, CA 94104 | Reference: 17367/ Invoice: 1418602 |
| | Account of | |
| | Orrick, Herrington & Sutcliffe LLP | |
| | Reference: 17367/ Invoice: 1418602 | |
| | E.I.N. 94-2952627 | |


**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 14, 2013
Client No. 17367
Invoice No. 1418602

Orrick Contact: Roger Frankel

For Legal Services Rendered Through April 30, 2013 in Connection With:

Matter: 7 - Insurance Matters

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/01/13 | R. Wyron | Review materials from R. Horkovich (1.1); call with J. Biggs (.6); organize notes for meeting with P. Mahaley (.2). | 1.90 |
| 04/02/13 | R. Wyron | Confer with P. Mahaley regarding settlement strategy and offers to insurers interested in settlement, and e-mails regarding same. | 0.70 |
| 04/02/13 | R. Frankel | Review R. Horkovich memo and J. Biggs e-mail memo with related comments. | 0.80 |
| 04/03/13 | P. Mahaley | Respond to R. Horkovich regarding proposed settlement demand to insurer. | 0.60 |
| 04/03/13 | R. Wyron | Review Allstate e-mails and R. Horkovich proposal. | 0.40 |

Total Hours 4.40
Total For Services $3,820.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.80 | 995.00 | 796.00 |
| Peri N. Mahaley | 0.60 | 665.00 | 399.00 |
| Richard H. Wyron | 3.00 | 875.00 | 2,625.00 |
| Total All Timekeepers | 4.40 | $868.18 | $3,820.00 |

Total For This Matter $3,820.00


# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

May 14, 2013
Invoice No. 1418602

For Legal Services Rendered Through April 30, 2013 in Connection With:

## Matter: 8 - Litigation

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/15/13 | D. Fullem | Review 2019 opinion and circulate. | 0.20 |
| 03/20/13 | D. Fullem | Review and respond to e-mail from R. Wyron regarding April 1 date for Court's draft protocol. | 0.20 |
| 03/27/13 | D. Fullem | Review Court's protocol for April 4 hearing. | 0.20 |
| 04/01/13 | D. Fullem | Follow-up with D. Felder, R. Wyron and R. Frankel regarding appeal documents. | 0.20 |
| 04/01/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/01/13 | D. Felder | Review Third Circuit dockets and notices regarding oral argument (.4); review e-mail correspondence from R. Frankel, R. Wyron and D. Fullem regarding same (.4); review memorandum from R. Frankel regarding effective date issues (.3). | 1.10 |
| 04/01/13 | R. Wyron | Review appeal times and call with J. Donley regarding same. | 0.40 |
| 04/01/13 | R. Frankel | Review issues regarding Third Circuit panel (.3); telephone conference with R. Wyron, J. Donley regarding same (.4). | 0.70 |
| 04/01/13 | R. Frankel | Finalize effective date issues list (1.0); e-mails with E. Inselbuch regarding same (.4). | 1.40 |
| 04/02/13 | R. Wyron | Review and respond to e-mails regarding timing of argument and Sealed Air issues. | 0.30 |
| 04/02/13 | R. Frankel | Prepare for meeting with Sealed Air (.4); telephone conference with D. Austern regarding same (.3). | 0.70 |
| 04/02/13 | R. Frankel | Confer with E. Inselbuch in preparation for meeting with Sealed Air (1.7); confer with S. Birnbaum, D. Turetsky regarding effective date issues (1.3). | 3.00 |
| 04/03/13 | R. Wyron | Review Sealed Air issues with R. Frankel. | 0.20 |
| 04/03/13 | R. Frankel | Review J. Donley e-mails regarding Third Circuit panel, CE transcript (.2); telephone conference with J. Donley regarding meeting with Sealed Air (.2); notes regarding appeal issues (.3). | 0.70 |
| 04/04/13 | D. Fullem | Review recently filed pleadings in main case. | 0.20 |
| 04/04/13 | D. Fullem | Review recently filed pleadings in appeal case. | 0.10 |
| 04/04/13 | D. Fullem | Update Grace master service list. | 0.30 |
| 04/04/13 | R. Wyron | Attend hearing on 2019 statements and follow-up regarding same. | 0.30 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

May 14, 2013
Invoice No. 1418602

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/05/13 | D. Fullem | Review recent filings in appeal cases regarding oral argument notification; review D. Felder e-mail regarding same and related follow-up from R. Frankel and R. Wyron. | 0.40 |
| 04/05/13 | D. Felder | Review amended argument notice from Third Circuit and e-mail correspondence regarding same (.4); review e-mail from R. Frankel regarding argument preparation and begin review of same (1.0). | 1.40 |
| 04/05/13 | R. Frankel | Review amended notice regarding oral argument (.2); series of e-mails regarding same (.3). | 0.50 |
| 04/08/13 | D. Felder | Conference with R. Frankel regarding oral argument issues (.2); follow-up regarding same (.5); begin review of lower court documents in preparation for oral argument (4.0). | 4.70 |
| 04/08/13 | R. Frankel | Review FCR issues regarding oral argument before Third Circuit in preparation for conference call. | 0.60 |
| 04/08/13 | R. Frankel | Telephone conference with J. Donley, P. Lockwood regarding oral argument issues (.6); notes regarding same (.1). | 0.70 |
| 04/09/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/09/13 | D. Felder | Review lower court briefs, transcripts and opinions in preparation for oral argument. | 6.50 |
| 04/09/13 | R. Wyron | Status call with Grace team and follow-up regarding same (.8); calls to B. Loeb and R. Frankel, and follow-up (.4). | 1.20 |
| 04/09/13 | R. Frankel | Review forms for instructions regarding oral argument, allocation of time for multiple parties. | 0.60 |
| 04/09/13 | R. Frankel | Telephone conference with J. Donley, P. Lockwood, R. Wyron regarding appeal issues (.8); telephone conference with J. Donley regarding same (.1); confer with R. Wyron regarding same (.3). | 1.20 |
| 04/10/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/10/13 | D. Felder | Review lower court briefs and record in preparation for Third Circuit oral argument. | 4.00 |
| 04/10/13 | R. Wyron | Telephone conference with J. Radecki and J. Solganick regarding potential M & A motion. | 0.30 |
| 04/10/13 | R. Frankel | Telephone conference with J. Radecki and J. Solganick regarding M&A transaction (.4); prepare notes regarding same (.2). | 0.60 |
| 04/11/13 | D. Fullem | Review recently filed pleadings. | 0.20 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 4

May 14, 2013  
Invoice No. 1418602

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/11/13 | D. Felder | Review closing checklist from Debtors (1.0); e-mail correspondence with J. Gettleman regarding same (.1); continue review of briefs and record regarding oral argument preparation (5.1). | 6.20 |
| 04/11/13 | R. Wyron | Review and respond to e-mails regarding appeal briefs and moot court (.3); review effective date planning e-mail and chart (.9). | 1.20 |
| 04/12/13 | D. Fullem | Review appeal docket and division of time form; discuss with D. Felder. | 0.40 |
| 04/12/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/12/13 | D. Felder | Review Third Circuit division of time filing (.1); review environmental settlement notice and e-mail correspondence with R. Frankel and R. Wyron regarding same (.3); continue review of record and briefs regarding Third Circuit oral argument preparation (4.0). | 4.40 |
| 04/15/13 | D. Felder | Review pleadings regarding oral argument preparation. | 0.50 |
| 04/16/13 | R. Frankel | Prepare preliminary notes for oral argument before Third Circuit. | 1.10 |
| 04/17/13 | D. Fullem | Schedule CourtCall conferences for hearing on April 22; e-mail to R. Frankel, R. Wyron and D. Felder regarding same. | 0.40 |
| 04/17/13 | R. Wyron | Review agenda and pending motion (.7); conference with A. Paul regarding M & A issue (.9). | 1.60 |
| 04/17/13 | R. Frankel | Confer with A. Paul, R. Wyron regarding appeals, M&A transaction (.8); notes regarding same (.2). | 1.00 |
| 04/18/13 | D. Fullem | Update appeals docket and circulate to group; follow-up on latest filings with D. Felder. | 0.40 |
| 04/18/13 | D. Felder | Review Third Circuit docket regarding amended argument notices (.3); follow-up e-mails regarding same (.1); review and consider issues regarding Third Circuit argument (1.0); conference with R. Frankel regarding same (.1). | 1.50 |
| 04/18/13 | R. Wyron | Review Montana issues list (.9); review Third Circuit panel change (.3). | 1.20 |
| 04/18/13 | R. Frankel | Review, consider notices from Third Circuit regarding appeal, e-mails from J. Donley, D. Felder regarding preparation and panel. | 0.70 |
| 04/18/13 | R. Frankel | Review record below and briefs regarding second FCR issue. | 1.80 |
| 04/18/13 | R. Frankel | Review Grace M&A transaction (.6); telephone conferences with D. Austern regarding M&A transaction (.2). | 0.80 |
| 04/19/13 | D. Fullem | Review recently filed pleadings. | 0.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

May 14, 2013  
Invoice No. 1418602

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/19/13 | D. Felder | Review case law regarding Third Circuit argument. | 1.50 |
| 04/19/13 | R. Frankel | Telephone conference with J. Donley regarding panel change and mock panel (.3); prepare notes regarding argument (.3); telephone conference with J. Guy regarding preparation (.3). | 0.90 |
| 04/19/13 | R. Frankel | Review notebook in preparation for argument regarding second FCR issue. | 1.20 |
| 04/22/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/22/13 | D. Fullem | Review/respond to e-mail from R. Frankel regarding appeal briefs and orders for J. Guy and review briefs regarding same. | 0.90 |
| 04/22/13 | D. Felder | Conference with D. Fullem regarding Third Circuit argument preparation and follow-up regarding same. | 0.30 |
| 04/22/13 | R. Frankel | Review issues in preparation for oral argument (1.9); prepare notes regarding argument (.7). | 2.60 |
| 04/23/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/23/13 | D. Felder | E-mail correspondence with Kirkland regarding status reports in Chakarian and Scotts adversary proceedings (.1); review draft status report regarding same (.2). | 0.30 |
| 04/23/13 | R. Wyron | Telephone conference with Grace team (.6); continue review of briefs (.5). | 1.10 |
| 04/23/13 | R. Frankel | Prepare detailed notes regarding argument before Third Circuit. | 1.30 |
| 04/23/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron, P. Lockwood regarding appeal issues (.6); notes regarding same (.1). | 0.70 |
| 04/23/13 | R. Frankel | Review notes from C&D regarding Montana Reply Brief. | 1.30 |
| 04/23/13 | R. Frankel | Review status report draft regarding Chakarian, e-mails regarding same. | 0.30 |
| 04/23/13 | R. Frankel | Read Third Circuit brief regarding fair and equitable 524(g) argument (2.0); prepare notes regarding same (.6). | 2.60 |
| 04/24/13 | R. Wyron | Review Project Larch materials for calls on 4/25 (.8); call with R. Frankel (.3). | 1.10 |
| 04/24/13 | R. Frankel | Review series of e-mails regarding Sealed Air issues. | 0.30 |
| 04/24/13 | R. Frankel | Review Project Larch presentation and series of e-mails regarding same (1.0); telephone conference with R. Wyron regarding same (.3). | 1.30 |
| 04/24/13 | R. Frankel | Review briefs regarding fair and equitable argument (1.6); prepare notes regarding argument (1.3). | 2.90 |



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

May 14, 2013  
Invoice No. 1418602

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/25/13 | D. Felder | Conference with R. Wyron regarding Project Larch (.4); review pleadings and related materials regarding same and follow-up e-mail correspondence with R. Frankel and R. Wyron regarding same (2.5); review draft status report regarding Scotts and Chakarian adversary proceedings and e-mail correspondence with Debtors regarding same (.3). | 3.20 |
| 04/25/13 | R. Wyron | Telephone conference with J. Radecki regarding Project Larch and follow-up regarding same (.8); telephone conferences with A. Paul, J. Sakalo and A. Rich regarding Project Larch issues and follow-up regarding same (1.3); review draft motion and follow-up regarding same (.6). | 2.70 |
| 04/25/13 | R. Frankel | Telephone conference with J. Radecki, R. Wyron regarding Project Larch presentation, issues (.5); telephone conference with E. Inselbuch regarding same (.3); prepare notes regarding same (.3); review presentation (.5). | 1.60 |
| 04/25/13 | R. Frankel | Review draft motion regarding Project Larch assets (.9); consider procedure (.3); telephone conference with R. Wyron regarding same (.3). | 1.50 |
| 04/25/13 | R. Frankel | Review AMH Reply Brief chart from Kirkland. | 1.70 |
| 04/25/13 | R. Frankel | Series of telephone conferences with J. Radecki, E. Inselbuch, R. Wyron regarding Project Larch (.5); review D. Felder comments on Kirkland draft (.4). | 0.90 |
| 04/26/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/26/13 | D. Felder | Conference and e-mail correspondence with R. Wyron regarding Project Larch and related issues (.2); review and revise and forward comments to Debtors regarding same (.8). | 1.00 |
| 04/26/13 | R. Wyron | Review Project Larch proposal and telephone conferences with committee counsel regarding same (1.3); telephone conference with D. Austern (.5); telephone conference with A. Paul and follow-up (.4). | 2.20 |
| 04/26/13 | R. Frankel | Review Third Circuit briefs, related cases and prepare notes regarding same. | 2.40 |
| 04/26/13 | R. Frankel | Review e-mails and drafts regarding proposed order for Project Larch motion. | 0.70 |
| 04/26/13 | R. Frankel | Telephone conference with D. Austern, R. Wyron regarding Project Larch (.3); notes regarding same (.2). | 0.50 |
| 04/26/13 | R. Frankel | Review Project Larch materials in preparation for client call (1.0); telephone conferences with J. Radecki regarding same (.5); confer with R. Wyron regarding same (.4). | 1.90 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 7

May 14, 2013  
Invoice No. 1418602

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/29/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/29/13 | D. Felder | Review Debtors' revised motion regarding potential acquisition (.5); various conferences and e-mail correspondence with R. Frankel and R. Wyron regarding same (.6); review issues and note revisions regarding same (.6); e-mail correspondence with Debtors regarding same (.3). | 2.00 |
| 04/29/13 | R. Wyron | Respond to e-mails regarding Project Larch and follow-up regarding same (.4); telephone conferences regarding issues on Project Larch (.3). | 0.70 |
| 04/29/13 | R. Frankel | Review revisions to draft motion and order. | 0.60 |
| 04/29/13 | R. Frankel | Review Quigley opinion in connection with Third Circuit argument (1.2); review Congoleum opinion (.6). | 1.80 |
| 04/29/13 | R. Frankel | Confer with R. Wyron, D. Felder regarding Project Larch (.5); review draft motion, order, declaration with marked changes (.8). | 1.30 |
| 04/29/13 | R. Frankel | Review Third Circuit briefs in preparation for argument. | 1.10 |
| 04/30/13 | D. Felder | E-mail correspondence and conferences with R. Wyron regarding Project Larch (.3); telephone conference with J. Gettleman regarding same (.1). | 0.40 |
| 04/30/13 | R. Wyron | Conferences with D. Felder, J. Radecki and R. Frankel regarding Project Larch and follow-up regarding same. | 0.60 |
| 04/30/13 | R. Frankel | Review notes, Third Circuit briefs in preparation for oral argument. | 1.30 |

Total Hours     108.80  
Total For Services     $88,711.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 39.00 | 650.00 | 25,350.00 |
| Roger Frankel | 48.80 | 995.00 | 48,556.00 |
| Debra O. Fullem | 5.90 | 270.00 | 1,593.00 |
| Richard H. Wyron | 15.10 | 875.00 | 13,212.50 |
| Total All Timekeepers | 108.80 | $815.36 | $88,711.50 |


ORRICK

| | | |
|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | May 14, 2013 |
| page 8 | | Invoice No. 1418602 |

Disbursements
    Document Reproduction      166.10
    Express Delivery      14.65
    Outside Services      51.00
    Taxi Expense      44.78
    Westlaw Research      113.58
        Total Disbursements      $390.11

**Total For This Matter**      **$89,101.61**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

May 14, 2013
Invoice No. 1418602

For Legal Services Rendered Through April 30, 2013 in Connection With:

## Matter: 11 - Compensation of Professionals - Other

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/05/13 | D. Fullem | Review status of fee application filings by other FCR professionals. | 0.20 |
| 04/09/13 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 04/11/13 | D. Fullem | Review and respond to e-mail from K. Boeger at Towers regarding Oct-Dec 2012 quarterly fee application. | 0.50 |
| 04/11/13 | D. Fullem | Review recently filed fee application. | 0.20 |
| 04/16/13 | D. Fullem | Review Towers Watson's Oct-Dec 2012 fee application. | 0.20 |
| 04/18/13 | D. Felder | Review Towers Watson's quarterly fee application and conference with D. Fullem regarding same. | 0.30 |
| 04/19/13 | D. Fullem | Review Towers Watson's Oct-Dec quarterly fee application (.5); revise same (.2); prepare for filing/serving (.3). | 1.00 |
| 04/19/13 | D. Felder | Review Towers Watson's revised fee application. | 0.10 |
| 04/29/13 | D. Fullem | Respond to e-mail from A. Choi regarding Lincoln fee applications. | 0.20 |
| 04/30/13 | D. Fullem | Review/finalize Lincoln fee applications for the Dec 2012 - Mar 2013 time period and quarterly for Oct-Dec 2012 (1.1); confer with D. Felder regarding same (.2); e-mail to Lincoln regarding same (.2). | 1.50 |
| 04/30/13 | D. Felder | Review Lincoln's October-December quarterly fee application (.3); review Lincoln's monthly fee applications for December, January, February and March (.5). | 0.80 |

Total Hours    5.20
Total For Services    $1,860.00


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

May 14, 2013
Invoice No. 1418602

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.20 | 650.00 | 780.00 |
| Debra O. Fullem | 4.00 | 270.00 | 1,080.00 |
| Total All Timekeepers | 5.20 | $357.69 | $1,860.00 |

**Total For This Matter**     $1,860.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

May 14, 2013
Invoice No. 1418602

For Legal Services Rendered Through April 30, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/03/13 | D. Fullem | Review and finalize Orrick's 28th quarterly fee application for Oct-Dec 2012. | 0.50 |
| 04/04/13 | D. Fullem | Review March prebill. | 1.00 |
| 04/04/13 | D. Fullem | Coordinate filing and serving of Orrick's quarterly fee application for Oct-Dec 2012. | 0.60 |
| 04/04/13 | D. Fullem | Review expense charts for Oct-Dec 2012 and prepare e-mail to B. Ruhlander with requested detail. | 0.60 |
| 04/05/13 | D. Fullem | Coordinate service of Orrick's quarterly fee application for Oct-Dec 2012. | 0.30 |
| 04/05/13 | D. Fullem | Update fee/expense charts. | 0.20 |
| 04/08/13 | D. Fullem | Review/respond to e-mail from D. Felder regarding March prebill. | 0.20 |
| 04/08/13 | D. Felder | Review March prebill. | 0.80 |
| 04/10/13 | R. Wyron | Review March bill. | 0.30 |
| 04/11/13 | D. Fullem | Review recently filed fee application. | 0.20 |
| 04/11/13 | D. Fullem | Review and respond to B. Ruhlander regarding request for back-up detail on Oct-Dec quarterly fee application. | 0.20 |
| 04/12/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO for February fee application. | 0.20 |
| 04/15/13 | D. Fullem | Review e-mail and report from fee auditor regarding questions on expenses from Oct-Dec quarterly fee application; e-mail to R. Wyron regarding same; discuss with D. Felder. | 0.50 |
| 04/15/13 | D. Fullem | Prepare CNO for February fee application; e-mail to D. Felder for review/comment/approval. | 0.40 |
| 04/15/13 | D. Felder | Review CNO for February fee application (.1); review Fee Auditor's initial report and conference with D. Fullem regarding same (.2). | 0.30 |
| 04/15/13 | R. Wyron | Review fee auditor's report and respond to e-mails regarding same. | 0.30 |
| 04/16/13 | D. Fullem | Confer with R. Wyron regarding response to fee auditor's initial report for Oct-Dec 2012 quarterly fee application. | 0.20 |
| 04/17/13 | D. Fullem | Prepare CNO and COS for Orrick's February fee application; coordinate filing/serving of same. | 0.50 |



ORRICK

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | May 14, 2013 |
| page 12 | | | Invoice No. 1418602 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/18/13 | D. Fullem | Review initial report from fee auditor for Oct-Dec 2012 time period (.2); draft reply to initial report (.8); discuss with R. Wyron (.2). | 1.20 |
| 04/18/13 | D. Fullem | Review edits by R. Wyron to Orrick reply to fee auditor initial report and revise same. | 0.50 |
| 04/18/13 | D. Fullem | Finalize Orrick's reply to fee auditor's initial report and e-mail same to B. Ruhlander for review/comment. | 0.40 |
| 04/18/13 | R. Wyron | Finalize response to fee auditor. | 0.30 |
| 04/19/13 | D. Fullem | Review recent payment from client; update fee/expense analysis. | 0.40 |
| 04/19/13 | D. Fullem | Review e-mail from B. Ruhlander for additional information for expenses by R. Wyron and review R. Wyron reply. | 0.30 |
| 04/22/13 | D. Fullem | Review proposed response to B. Ruhlander's request for additional detail on travel expense and e-mail to B. Ruhlander regarding same. | 0.50 |
| 04/22/13 | R. Wyron | Review draft response to fee auditor's expense inquiry and follow-up regarding same. | 0.30 |
| 04/23/13 | D. Fullem | Review status of filing of fee applications/payments. | 0.20 |
| 04/23/13 | D. Fullem | Review final report filed by fee auditor. | 0.20 |
| 04/23/13 | D. Fullem | Prepare March fee application. | 1.00 |
| 04/23/13 | D. Fullem | Review edits by D. Felder to draft March fee application. | 0.20 |
| 04/23/13 | D. Felder | Review Orrick's March fee application and e-mail correspondence with D. Fullem regarding same. | 0.40 |
| 04/23/13 | R. Wyron | Review March pre-bill and comments re same (.3); respond to email re fee auditor's report (.1). | 0.40 |
| 04/24/13 | D. Fullem | Review and revise fee application based on edits by R. Wyron. | 0.40 |
| 04/25/13 | D. Fullem | Finalize March fee application and coordinate filing/serving of same. | 0.70 |

Total Hours                    14.70
Total For Services                                  $5,507.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.50 | 650.00 | 975.00 |
| Debra O. Fullem | 11.60 | 270.00 | 3,132.00 |
| Richard H. Wyron | 1.60 | 875.00 | 1,400.00 |
| Total All Timekeepers | 14.70 | $374.63 | $5,507.00 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

May 14, 2013
Invoice No. 1418602

Disbursements
    Color Document Reproduction    11.25
    Document Reproduction    443.60
    Postage    274.80
    Total Disbursements    $729.65

**Total For This Matter**    $6,236.65



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 14

May 14, 2013
Invoice No. 1418602

For Legal Services Rendered Through April 30, 2013 in Connection With:

Matter: 15 - Travel Time (Non-Working)

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/07/13 | R. Frankel | Travel from NY to DC (Sealed Air meeting). | 2.00 |

|  | Total Hours | 2.00 |
|---|---|---|
|  | Total For Services | $995.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 2.00 | 497.50 | 995.00 |
| Total All Timekeepers | 2.00 | $497.50 | $995.00 |

**Total For This Matter**     $995.00

*** COMBINED TOTALS ***

| Total Hours | 135.10 |  |
|---|---|---|
| Total Fees, all Matters |  | $100,893.50 |
| Total Disbursements, all Matters |  | $1,119.76 |
| Total Amount Due |  | $102,013.26 |