# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2195040 |
| Invoice Date | 05/09/13 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/13 | TKD | Review all filings and share with team | 0.6 | 390.00 |
| 04/01/13 | TKD | Review letters scheduling argument on Third Circuit Appeal | 0.3 | 195.00 |
| 04/02/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/03/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/04/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/05/13 | TKD | E-mail with M. Kenney about Committee intention to object to Motion to Seal | 0.2 | 130.00 |
| 04/05/13 | TKD | Review Trustee's objection to Motion to Seal | 0.3 | 195.00 |
| 04/05/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/08/13 | TKD | Review all daily filings and share with team | 0.3 | 195.00 |
| 04/09/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/10/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/11/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 04/12/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/15/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/16/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/17/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 04/22/13 | TKD | Review Monthly Operating Report | 0.2 | 130.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2195040 |
| 00004 | Holders | Page 2 |
| 05/09/13 | Case Administration | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/22/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/23/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/24/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/25/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/29/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/30/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| | | TOTAL HOURS | 9.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 9.6 | at | $650.00 | = | 6,240.00 |

CURRENT FEES                                                                 6,240.00

**TOTAL AMOUNT OF THIS INVOICE**                                             6,240.00

**NET AMOUNT OF THIS INVOICE**                                               6,240.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2195041 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/09/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/03/13 | TKD | Review memo to committee about appeals process | 0.4 | 260.00 |
| 04/30/13 | TKD | REview memo and report to committee to prepare for May 9 call | 0.5 | 325.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.9 at | $650.00 = | 585.00 |

CURRENT FEES 585.00

TOTAL AMOUNT OF THIS INVOICE 585.00

NET AMOUNT OF THIS INVOICE 585.00

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2195043 |
| Invoice Date | 05/09/13 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/03/13 | TKD | Responded to inquiry by Fee Auditor | 0.1 | 65.00 |
| 04/04/13 | TKD | Review and approve quarterly fee app | 0.4 | 260.00 |
| 04/04/13 | TBB | Draft Saul Ewing's fifteenth quarterly fee application. | 0.7 | 136.50 |
| 04/05/13 | TBB | File and serve Saul Ewing's fifteenth quarterly fee application. | 0.8 | 156.00 |
| 04/05/13 | TBB | Calendar dates | 0.1 | 19.50 |
| 04/19/13 | TKD | Review and approve our CNO for filing | 0.2 | 130.00 |
| 04/19/13 | TBB | Draft CNO to Saul Ewing's forty fourth monthly fee application. | 0.2 | 39.00 |
| 04/19/13 | TBB | File and serve CNO to Saul Ewing's forty fourth monthly fee application. | 0.8 | 156.00 |
| 04/26/13 | TBB | Review docket for objections. | 0.2 | 39.00 |
| 04/29/13 | TKD | Review and approve Saul Ewing CNO | 0.2 | 130.00 |
| 04/29/13 | TKD | Review and approve Saul Ewing Monthly Fee App | 0.4 | 260.00 |
| 04/29/13 | TBB | Draft CNO to Saul Ewing's fifteenth quarterly fee application. | 0.2 | 39.00 |
| 04/29/13 | TBB | File and serve CNO to Saul Ewing's fifteenth quarterly fee application. | 0.8 | 156.00 |
| 04/29/13 | TBB | Draft Saul Ewing's forty fifth monthly fee application. | 0.5 | 97.50 |
| 04/29/13 | TBB | File and serve Saul Ewing's forty fifth monthly fee application. | 0.8 | 156.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  WR Grace - Official Committee of Equity Security  Invoice Number 2195043
00015   Holders                                            Page 2
05/09/13 Fee Applications/Applicant

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/30/13 | TBB | Calendar dates. | 0.1 | 19.50 |

|  |  |  | TOTAL HOURS | 6.5 |  |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 5.2 | at | $195.00 | = | 1,014.00 |
| Teresa K.D. Currier | 1.3 | at | $650.00 | = | 845.00 |

|  | CURRENT FEES |  | 1,859.00 |
|---|---|---|---|
|  | **TOTAL AMOUNT OF THIS INVOICE** |  | 1,859.00 |
|  | **NET AMOUNT OF THIS INVOICE** |  | 1,859.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2195045 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/09/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/05/13 | TKD | Review Kramer Levin fee app and approve for filing | 0.3 | 195.00 |
| 04/08/13 | TKD | Reviewed and approved Kramer Levin quarterly fee app for filing | 0.2 | 130.00 |
| 04/08/13 | TBB | Draft Notice to Kramer Levin's forty third quarterly fee application. | 0.2 | 39.00 |
| 04/08/13 | TBB | File and serve Kramer Levin's forty third quarterly fee application. | 0.8 | 156.00 |
| 04/08/13 | TBB | Calendar dates | 0.1 | 19.50 |
| 04/22/13 | TBB | Draft CNo to Kramer Levin's one hundred and thirty eighth monthly fee application. | 0.2 | 39.00 |
| 04/23/13 | TKD | Review and approve Kramer CNO for filing | 0.2 | 130.00 |
| 04/23/13 | TBB | File and serve CNO to Kramer Levin's one hundred and thirty eighth monthly fee application. | 0.8 | 156.00 |
| 04/29/13 | TKD | Review and approve Kramer Levin fee app | 0.2 | 130.00 |
| 04/29/13 | TBB | Draft Notice to Kramer Levin's one hundred and thirty-ninth monthly fee application. | 0.2 | 39.00 |
| 04/29/13 | TBB | File and serve Kramer Levin's one hundred and thirty-ninth monthly fee application. | 0.8 | 156.00 |
| 04/29/13 | TBB | E-mails with D. Blabley re: Kramer Levin's fee application. | 0.1 | 19.50 |
| 04/30/13 | TBB | Calendar dates. | 0.1 | 19.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2195045 |
| 00016 | Holders | Page 2 |
| 05/09/13 | Fee Applications/Others | |

|  |  |
|---|---|
| TOTAL HOURS | 4.2 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.3 | at | $195.00 | = | 643.50 |
| Teresa K.D. Currier | 0.9 | at | $650.00 | = | 585.00 |

| | |
|---|---|
| CURRENT FEES | 1,228.50 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 1,228.50 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 1,228.50 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2195048 |
| Invoice Date | 05/09/13 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/05/13 | TKD | Review another notice from the Third Circuit about argument in our appeals and calendared same | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

CURRENT FEES                                                         130.00

**TOTAL AMOUNT OF THIS INVOICE**                                     130.00

**NET AMOUNT OF THIS INVOICE**                                       130.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number   2195042 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date   05/09/13 |
| Peninsula Capital Advisors LLC | Client Number   359022 |
| 404B East Main Street | Matter Number   00014 |
| Charlottesville, VA 22902 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 33.50 |
| Federal Express | 70.11 |
| CURRENT EXPENSES | 103.61 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 103.61 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 103.61 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP