IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace, *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtor(s) | Chapter 11 |
| | Jointly Administered |
| | |
| | Related to Doc. No. 30671, Motion for Entry of an Order Appointing Roger Frankel as the Successor Legal Representative for Future Asbestos Personal Injury Claimants *Nunc Pro Tunc* to May 16, 2013 |

**INTERIM ORDER APPOINTING ROGER FRANKEL AS SUCCESSOR LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS *NUNC PRO TUNC* TO MAY 16, 2013**

AND NOW, this **29th** day of **May, 2013, WHEREAS** David T. Austern, the Asbestos Personal Injury Future Claimants' Representative ("FCR") originally appointed by the Court in 2004, passed away on May 16, 2013;

**WHEREAS** Roger Frankel had been counsel to the FCR until Mr. Austern's death and therefore is extremely familiar with all aspects of this case;

**WHEREAS** due to the exigencies of the case including but not limited to the fact that oral argument before the Court of Appeals for the Third Circuit is scheduled for June 17, 2013, and therefore it is advisable that a successor FCR be appointed;

It is **ORDERED** that Roger Frankel is hereby appointed as Legal Representative for Future Asbestos Personal Injury Claimants ("Future Claimants' Representative" or "FCR") on an interim basis.

It is **FURTHER ORDERED** that if no objections are timely filed by the objection date of **June 14, 2013, at 4:00 p.m. Eastern**, this **Order** shall become **final** without further notice.

*Judith K. Fitzgerald*    rmab
Judith K. Fitzgerald
United States Bankruptcy Judge