

**Potter Anderson Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

December 14, 2012
Bill Number       158181
File Number      WGRACE 39647

W. R. Grace & Co. - Conn.
c/o Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia PA  19104-2891

For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---|
| Legal Services | $1,502.00 |
| Disbursements | $384.00 |
| Bill Total | $1,886.00 |
| Total Due | $1,886.00 |



Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

December 14, 2012
Bill Number    158181
File Number    WGRACE 39647

W. R. Grace & Co. - Conn.
c/o Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia PA  19104-2891

Re: W.R. Grace & Co.- Conn. V. Propex Operating Company, LLC

Through November 30, 2012

| Date | Atty | Description | Hours | Value |
|---|---|---|---|---|
| 11/04/12 | DEM | Pleadings<br>Review pleading and related communications | 0.20 Hrs | $96.00 |
| 11/04/12 | RLH | Analysis/Strategy<br>Review complaint and related documents, emails re: same | 0.40 Hrs | $278.00 |
| 11/05/12 | DEM | Pleadings<br>Complaint and related documents - review and file; related communications | 0.70 Hrs | $336.00 |
| 11/05/12 | KEL | Pleadings<br>Assist with filing of Complaint with exhibits, Civil Cover, Patent/Trademark Report, 7.1 Disclosure Statement | 1.00 Hrs | $85.00 |
| 11/05/12 | LMF | Pleadings<br>Review and analysis of new complaint; verify exhibits and exhibit references; draft civil cover sheet and patent report; prepare documents for court filing | 1.00 Hrs | $205.00 |
| 11/05/12 | RLH | Pleadings<br>Emails re: complaint | 0.10 Hrs | $69.50 |
| 11/07/12 | KEL | Document/File Management<br>Set up new case files, update docket sheet, download court notices & filings, update pleading & case files, update file index | 1.00 Hrs | $85.00 |
| 11/07/12 | RLH | Analysis/Strategy<br>Call and emails re: contact from defendants | 0.20 Hrs | $139.00 |
| 11/08/12 | RLH | Analysis/Strategy<br>Call and emails re: contact with defendant's counsel | 0.20 Hrs | $139.00 |

W. R. Grace & Co. - Conn.

Re W.R. Grace & Co.- Conn. V. Propex Operating Company,

| Date | Atty | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/12 | RLH | Analysis/Strategy<br>Emails re: judge assignment and status | 0.10 Hrs | $69.50 |
| | | Total | | $1,502.00 |

### LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Kim E. Lutthans | 2.00 Hrs | 85.00/hr | $170.00 |
| Laura M. Fernandes | 1.00 Hrs | 205.00/hr | $205.00 |
| Richard L. Horwitz | 1.00 Hrs | 695.00/hr | $695.00 |
| David E. Moore | 0.90 Hrs | 480.00/hr | $432.00 |
| | 4.90 Hrs | | $1,502.00 |

### DISBURSEMENTS

Through December 4, 2012

| | |
|---|---|
| Photocopies | $29.00 |
| U. S. District Court | $350.00 |
| Parcels - Special Delivery | $5.00 |
| Total Disbursements | $384.00 |
| Total Due This Bill | $1,886.00 |