**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

May 07, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001     Invoice# 1858584          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 0.80 hrs. at | $795.00 | /hr. = | $636.00 | |
| WS KATCHEN | OF COUNSEL | 7.60 hrs. at | $915.00 | /hr. = | $6,954.00 | |
| S LENKIEWICZ | PARALEGAL | 6.60 hrs. at | $195.00 | /hr. = | $1,287.00 | |
| | | | | | | $8,877.00 |

DISBURSEMENTS
OVERNIGHT MAIL                                            $21.91
PACER FEDERAL DOCKET COSTS                                $15.90
PRINTING & DUPLICATING                                    $15.40
PRINTING & DUPLICATING - EXTERNAL                        $550.12
TOTAL DISBURSEMENTS                                                $603.33

DUANE MORRIS LLP

Duane Morris
May 07, 2013
Page 2

File # K0248-00001                                                                                       INVOICE# 1858584
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/25/2013 | 002 | MR LASTOWSKI | REVIEW DEBTOR'S QUARTERLY REPORT OF ASSET SALES | 0.10 | $79.50 |
| | | | Code Total | 0.10 | $79.50 |

File # K0248-00001                                                                              INVOICE# 1858584
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/2/2013 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET AND RECENTLY FILED PLEADINGS | 0.70 | $136.50 |
| 4/22/2013 | 004 | MR LASTOWSKI | REVIEW NOTICE OF CANCELLATION OF HEARING | 0.10 | $79.50 |
| | | | Code Total | 0.80 | $216.00 |

Duane Morris
May 07, 2013
Page 4

File # K0248-00001 INVOICE# 1858584
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/11/2013 | 012 | MR LASTOWSKI | INQUIRY FROM FEE AUDITOR | 0.10 | $79.50 |
| 4/11/2013 | 012 | S LENKIEWICZ | REVIEW INVOICES RE QUARTERLY FEE APPLICATION AND PREPARE SPREADSHEET RE SAME | 0.70 | $136.50 |
| 4/12/2013 | 012 | S LENKIEWICZ | REVIEW EMAIL FROM FEE AUDITOR RE ERROR IN DUANE MORRIS' NOVEMBER 2012 MONTHLY FEE APPLICATION (.1); PREPARE NOTICE OF WITHDRAWAL RE SAME (.2); EFILE SAME (.2); PREPARE CORRECTED COPY OF NOVEMBER 2012 FEE APPLICATION AND EFILE SAME (.3); EMAIL TO B. RUHLANDER ATTACHING CORRECTED COPY OF NOVEMBER 2012 FEE APPLICATION (.1) | 0.90 | $175.50 |
| 4/12/2013 | 012 | S LENKIEWICZ | PREPARE NOTICE OF DUANE MORRIS 47TH QUARTERLY FEE APPLICATION (.2); PREPARE DUANE MORRIS 47TH QUARTERLY FEE APPLICATION AND EXHIBITS TO SAME (.5); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); REVISE APPLICATION AND FINALIZE FOR EFILING (.2); EFILE 47TH QUARTERLY FEE APPLICATION (.3); COORDINATE SERVICE OF SAME (.2); FORWARD AS-FILED COPY OF FEE APPLICATION TO B. RUHLANDER (.1) | 1.70 | $331.50 |
| 4/22/2013 | 012 | S LENKIEWICZ | REVIEW DUANE MORRIS INVOICE FOR MARCH 2013 AND PREPARE SAME AS EXHIBIT FOR EFILING | 0.30 | $58.50 |
| | | | Code Total | 3.70 | $781.50 |

Duane Morris
May 07, 2013
Page 5

File # K0248-00001  INVOICE# 1858584
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/9/2013 | 013 | S LENKIEWICZ | PREPARE CNO RE CAPSTONE'S 108TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 4/9/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 109TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE NOTICE, APPLICATION, EXHIBITS AND COS RE CAPSTONE'S 109TH MONTHLY FEE APPLICATION (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 4/22/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL'S 143RD MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL'S 143RD MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 4/29/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 144TH MONTHLY FEE APPLICATION FOR EFILING (.2); FINALIZE APPLICATION AND EXHIBITS AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | | Code Total | 2.30 | $448.50 |

Duane Morris
May 07, 2013
Page 6

File # K0248-00001 INVOICE# 1858584
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/25/2013 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S NOTICE OF SETTLEMENTS | 0.10 | $79.50 |
| | | | Code Total | 0.10 | $79.50 |

Duane Morris
May 07, 2013
Page 7

File # K0248-00001  INVOICE# 1858584
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/17/2013 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPELLATE FILINGS | 0.30 | $238.50 |
| 4/18/2013 | 017 | MR LASTOWSKI | REVIEW THIRD CIRCUIT"S NOTICE OF ORAL ARGUMENT | 0.10 | $79.50 |
| | | | Code Total | 0.40 | $318.00 |

Duane Morris
May 07, 2013
Page 8

File # K0248-00001                                                                 INVOICE# 1858584
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/1/2013 025 | WS KATCHEN | ADVISING CREDITORS ON APPEAL | 0.30 | $274.50 |
| 4/3/2013 025 | WS KATCHEN | REVIEW CAPSTONE REPORT TO COMMITTEE - LONG TERM INCENTIVE PROGRAM. | 0.20 | $183.00 |
| 4/4/2013 025 | WS KATCHEN | REVIEW CAPSTONE MEMO TO COMMITTEE ON CONFIDENTIAL TRANSACTION ("REDS"). | 0.20 | $183.00 |
| 4/5/2013 025 | WS KATCHEN | ATTENTION TO APPEAL ISSUE RAISED BY AMICI CURIAE | 1.20 | $1,098.00 |
| 4/8/2013 025 | WS KATCHEN | REVIEW ORDER GRANTING ACCESS TO GARLOCK SEALING (.3); PREPARE FOR CONFERENCE AMICI ON APPEAL FROM CONFIRMATION (.9) | 1.20 | $1,098.00 |
| 4/9/2013 025 | WS KATCHEN | ADDITIONAL RESEARCH ON APPEAL ISSUE (.9); REVIEW APPEAL BRIEFS ON POINT IN GGP LTD. PARTNERSHIP (2D. CIR.) PREPARE FOR CONFERENCE AMICI (.5). | 1.40 | $1,281.00 |
| 4/9/2013 025 | WS KATCHEN | ATTENTION TO APPEAL ISSUE FOLLOWING GEN GROWTH ANALYSIS. | 0.60 | $549.00 |
| 4/15/2013 025 | WS KATCHEN | REVIEW CITINGS (.2); REVIEW COMBINED ORDER (.2); REVIEW SETTLEMENT STIPULATION USG (.2). | 0.60 | $549.00 |
| 4/16/2013 025 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOK. | 0.30 | $274.50 |
| 4/22/2013 025 | WS KATCHEN | REVIEW STROOK MEMO TO COMMITTEE REGARDING COLUMBUS MARYLAND PROPERTY SALE. | 0.20 | $183.00 |
| 4/22/2013 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO SELL AND AGREEMENT OF SALE | 0.30 | $274.50 |
| 4/22/2013 025 | WS KATCHEN | REVIEW ORDER E-DISCOVERY SPECIAL MATTER | 0.10 | $91.50 |
| 4/22/2013 025 | WS KATCHEN | REVIEW DECLARATION REGARDING SECTION 363. | 0.10 | $91.50 |
| 4/26/2013 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS (.5); PREPARE MEMO TO STROOK ON ABOVE (.2); EMAIL RESPONSE TO STROOK (.1); EMAIL ON ABOVE (.1) | 0.90 | $823.50 |
| | | Code Total | 7.60 | $6,954.00 |
| | | TOTAL SERVICES | 15.00 | $8,877.00 |

Duane Morris
May 07, 2013
Page 9

File # K0248-00001                                                                INVOICE# 1858584
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 04/30/2013 | PRINTING & DUPLICATING - EXTERNAL | 550.12 |
| | Total: | $550.12 |
| 04/12/2013 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITHASSOCIATES - ROCKWALL, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #799511897434) | 12.05 |
| 04/12/2013 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #799515028118) | 9.86 |
| | Total: | $21.91 |
| 04/30/2013 | PACER FEDERAL DOCKET COSTS | 15.90 |
| | Total: | $15.90 |
| 04/30/2013 | PRINTING & DUPLICATING | 15.40 |
| | Total: | $15.40 |
| | TOTAL DISBURSEMENTS | $603.33 |

Duane Morris
May 07, 2013
Page 10

File # K0248-00001                                         INVOICE# 1858584
         W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 0.80 | 795.00 | $636.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 7.60 | 915.00 | $6,954.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.60 | 195.00 | $1,287.00 |
|  |  |  | 15.00 |  | $8,877.00 |