IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace, *et al.*                     Bankruptcy No. 01-1139-JKF
    Debtor(s)                            Chapter 11

**ORDER RESCINDING ORDER REQUIRING COUNSEL
TO SEND MONTHLY FEE APPLICATIONS TO CHAMBERS**

**AND NOW,** this **29th** day of **May, 2013**, it is **ORDERED** that the Order requiring counsel to submit monthly fee applications to Chambers once filed is **rescinded**.

*Judith K. Fitzgerald*     **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge