# EXHIBIT A

## KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

May 20, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 620813
056772

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $1,114.00 |
| DISBURSEMENTS | 195.76 |
| MATTER TOTAL | $1,309.76 |

#### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $298.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $298.00 |

#### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $9,796.50 |
| DISBURSEMENTS | 48.56 |
| MATTER TOTAL | $9,845.06 |

#### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $3,269.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,269.00 |

| | |
|---|---:|
| CLIENT GRAND TOTAL | $14,721.82 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 620813 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP                                    Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                      May 20, 2013
056772-00001                                                          Invoice No. 620813

**CASE ADMINISTRATION**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/21/13 | HALVERSON, DARREN C | Review bankruptcy docket for previous two weeks and summarize substantive pleadings for D. Blabey. | 2.10 | 1,039.50 |
| 04/22/13 | BLABEY, DAVID E | Review D. Halverson email re case update. | 0.10 | 74.50 |

**TOTAL HOURS AND FEES**                                            **2.20**   **$1,114.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RESEARCH SERVICES | 42.00 |
| WESTLAW ON-LINE RESEARCH | 153.76 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                **$195.76**

**TOTAL FOR THIS MATTER**                                **$1,309.76**

Kramer Levin Naftalis & Frankel LLP                                    Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                          May 20, 2013
056772-00002                                              Invoice No. 620813

## CREDITOR COMMITTEE

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/02/13 | BLABEY, DAVID E | Edit memo to committee re appellate developments. | 0.20 | 149.00 |
| 04/29/13 | BLABEY, DAVID E | Discuss upcoming Committee call with P. Bentley. | 0.20 | 149.00 |
| **TOTAL HOURS AND FEES** | | | **0.40** | **$298.00** |

**TOTAL FOR THIS MATTER**                          **$298.00**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

May 20, 2013
Invoice No. 620813

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/01/13 | BENTLEY, PHILIP | Trade emails re appeal issues | 0.20 | 179.00 |
| 04/02/13 | BENTLEY, PHILIP | Review and edit memo to committee re appeals | 0.20 | 179.00 |
| 04/04/13 | BENTLEY, PHILIP | Review appeal issues | 0.30 | 268.50 |
| 04/04/13 | BLABEY, DAVID E | Review bios of appellate panel. | 0.10 | 74.50 |
| 04/05/13 | BENTLEY, PHILIP | Review emails re appeal | 0.10 | 89.50 |
| 04/10/13 | BENTLEY, PHILIP | Review and analyze issues for Lender appeal oral argument | 1.80 | 1,611.00 |
| 04/11/13 | BLABEY, DAVID E | Review decisions from appellate panel (2) and discuss with P. Bentley (.3). | 2.30 | 1,713.50 |
| 04/11/13 | BENTLEY, PHILIP | Discs DB re appeal issues | 0.30 | 268.50 |
| 04/12/13 | BLABEY, DAVID E | Draft email to Debtors counsel re appellate issues. | 0.90 | 670.50 |
| 04/12/13 | BENTLEY, PHILIP | Work on appeal issues, and trade emails re same | 0.40 | 358.00 |
| 04/15/13 | BLABEY, DAVID E | Email to Debtors counsel re appeal. | 0.10 | 74.50 |
| 04/22/13 | BENTLEY, PHILIP | Review emails re appeal issues | 0.10 | 89.50 |
| 04/25/13 | BENTLEY, PHILIP | Discs DB re appeal issues | 0.10 | 89.50 |
| 04/25/13 | BLABEY, DAVID E | Discuss appeal issues with P. Bentley. | 0.10 | 74.50 |
| 04/26/13 | BENTLEY, PHILIP | Conf call with J. Donley/DB (.9) and discs DB (.2) re prep for 3d Circuit argument, and notes re same (.9). | 2.00 | 1,790.00 |
| 04/26/13 | BLABEY, DAVID E | Call with J. Donley and P. Bentley re appellate strategy (.9); and follow up discussion with P. Bentley (.2). | 1.10 | 819.50 |
| 04/29/13 | TRACHTMAN, JEFFREY S. | TC with P. Bentley re appellate issues. | 0.50 | 462.50 |
| 04/29/13 | BENTLEY, PHILIP | Discs A. Paul, J. Donley (.5) and DB (.2) re Lender appeal, and trade emails re same (.4). | 1.10 | 984.50 |

**TOTAL HOURS AND FEES**                                                        **11.70**   **$9,796.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| BLOOMBERG LAW RETRIEVAL FEES | 48.56 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$48.56** |

**TOTAL FOR THIS MATTER**                               **$9,845.06**

## FEE APPLICATIONS, APPLICANT

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/02/13 | HALVERSON, DARREN C | Cf. D. Blabey re: quarterly app (.1); review docket to confirm filing of quarterly (.3); review materials for quarterly fee app (.7). | 1.10 | 544.50 |
| 04/05/13 | HALVERSON, DARREN C | Draft 46th Quarterly Fee Application. | 2.00 | 990.00 |
| 04/06/13 | BLABEY, DAVID E | Review and edit quarterly fee application. | 0.60 | 447.00 |
| 04/09/13 | HALVERSON, DARREN C | Emails w/ D. Blabey re: fee application. | 0.20 | 99.00 |
| 04/10/13 | HALVERSON, DARREN C | Cf. D. Blabey re: latest fee application (.1); cf. w/ F. Arias re: same (.2). | 0.30 | 148.50 |
| 04/11/13 | HALVERSON, DARREN C | Edit invoice. | 0.30 | 148.50 |
| 04/12/13 | HALVERSON, DARREN C | Revise invoice (.4); draft fee application and exhibits. (1.1). | 1.50 | 742.50 |
| 04/29/13 | BLABEY, DAVID E | Review draft of fee app for filing. | 0.20 | 149.00 |

**TOTAL HOURS AND FEES**                                         **6.20**   **$3,269.00**


**TOTAL FOR THIS MATTER**                          **$3,269.00**