# EXHIBIT B

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    1
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/20/2013 10:49:15

Matter No: 056772-00001                                 Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    4549889
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
------------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                               TO:
              UNBILLED DISB FROM:   04/01/2013                  TO:     04/30/2013
------------------------------------------------------------------------------------------------------------------------------
                                         FEES                           COSTS

        GROSS BILLABLE AMOUNT:           0.00                           195.76
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                                          04/30/2013
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
    EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:


------------------------------------------------------------------------------------------------------------------------------
                                  ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                        FEES:          0.00
                DISBURSEMENTS:        195.76       UNIDENTIFIED RECEIPTS:     0.00
                  FEE RETAINER:         0.00          PAID FEE RETAINER:     0.00
                 DISB RETAINER:         0.00          PAID DISB RETAINER:    0.00
              TOTAL OUTSTANDING:      195.76        TOTAL AVAILABLE FUNDS:   0.00
                                                           TRUST BALANCE:
                                              BILLING HISTORY

           DATE OF LAST BILL:       04/11/13         LAST PAYMENT DATE:    04/29/13
           LAST BILL NUMBER:         618395 ACTUAL FEES BILLED TO DATE:   371,886.50
                                             ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                TOTAL FEES BILLED TO DATE: 371,886.50
           LAST BILL THRU DATE:    03/31/13    FEES WRITTEN OFF TO DATE:   85,932.00
                                                COSTS WRITTEN OFF TO DATE: 24,521.28
    FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
         (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
         (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding        (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```


```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    2
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/20/2013 10:49:15

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    4549889
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest        Total
                                           Entry       Entry         Amount
----  ----------------------------         ------      ------        -----------
0841  RESEARCH SERVICES                    04/04/13    04/26/13           42.00
0917  WESTLAW ON-LINE RESEARCH             04/01/13    04/30/13          153.76

         Total                                                           195.76


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                 Employee            Date         Amount       Index#   Batch No  Batch Date
-----------------------------------------        --------            ------       -----------  -------  --------  ----------

RESEARCH SERVICES 0841
    RESEARCH SERVICES                            GOMEZ, E G          04/04/13       28.00      9868439  1386362   04/09/13
    D.Blabey - bios and/or evaluations of federal
    judges Ambro, Chagares, and Fisher of the 3rd
    circuit. IntelliConnect
    RESEARCH SERVICES                            BOYLE, B B          04/26/13       14.00      9878918  1393213   04/29/13
    CCH judge bio for D Blabey
                                                 0841 RESEARCH SERVICES Total :     42.00

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/01/13        3.74      9886488  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/02/13        3.74      9886489  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/03/13        3.74      9886490  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/04/13        3.74      9886491  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/05/13        3.74      9886492  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/08/13        3.74      9886493  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/09/13        3.74      9886494  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/10/13        3.74      9886495  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/11/13        3.74      9886496  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/12/13        3.74      9886497  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/15/13        3.74      9886498  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/16/13        3.74      9886499  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/17/13        3.74      9886500  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/18/13        3.74      9886501  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/19/13        3.74      9886502  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/22/13        3.74      9886503  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/23/13        3.74      9886504  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/24/13        3.74      9886505  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/25/13        3.74      9886506  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/26/13        3.74      9886507  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/26/13       71.48      9886508  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/29/13        3.74      9886509  1397642   05/02/13
    WESTLAW ON-LINE RESE                         BLABEY, D E         04/30/13        3.74      9886510  1397642   05/02/13
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                             PAGE    3
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/20/2013 10:49:15

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    4549889
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                   Employee           Date           Amount      Index#  Batch No  Batch Date
-----------------------------------------------    --------           ------         -----------  ------- --------- ----------

                                             0917 WESTLAW ON-LINE RESE Total :        153.76


         Costs Total :                                                                 195.76
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    4
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/20/2013 10:49:15

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    4549889
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

B I L L I N G    I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount            Bill        W/o / W/u       Transfer  To   Clnt/Mtr    Carry Forward
-----------------------    -------------------  ----------- --------------- ----------------------------------- --------------

0841 RESEARCH SERVICES               42.00      _____  _____ _____ _____

0917 WESTLAW ON-LINE RESEARCH       153.76      _____  _____ _____ _____


            Costs Total :           195.76      _____  _____ _____ _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    5
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/20/2013 10:49:15

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    4549889
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status       : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:   04/08/2013                 TO:     04/08/2013
-------------------------------------------------------------------------------------------------------------------------------
                                         FEES                             COSTS
                                         ----                             -----
       GROSS BILLABLE AMOUNT:            0.00                             48.56
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
          ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                                              04/08/2013
   CLOSE MATTER/FINAL BILLING?      YES   OR   NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
           BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------------------------

                                    ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                                    --------------------------                 --------------
                       FEES:           0.00
               DISBURSEMENTS:          48.56       UNIDENTIFIED RECEIPTS:        0.00
                FEE RETAINER:          0.00           PAID FEE RETAINER:         0.00
               DISB RETAINER:          0.00          PAID DISB RETAINER:         0.00
           TOTAL OUTSTANDING:          48.56         TOTAL AVAILABLE FUNDS:      0.00
                                                              TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
           DATE OF LAST BILL:          04/11/13         LAST PAYMENT DATE:      04/29/13
            LAST BILL NUMBER:          618395    ACTUAL FEES BILLED TO DATE: 1,296,737.00
                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                    TOTAL FEES BILLED TO DATE: 1,296,737.00
          LAST BILL THRU DATE:         03/31/13    FEES WRITTEN OFF TO DATE:      440.50
                                                  COSTS WRITTEN OFF TO DATE:    2,162.00
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         --------------------------
        (1) Exceeded Fixed Fee           (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted     (5) Business Development    (8) Premium
        (3) Pre-arranged Discount        (6) Summer Associate        (9) Rounding         (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    6
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/20/2013 10:49:15

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    4549889
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                            Oldest     Latest         Total
                                             Entry      Entry          Amount
----  ------------------------------         ------     ------         -----------
0979  BLOOMBERG LAW RETRIEVAL FEES           04/08/13   04/08/13             48.56

           Total                                                             48.56


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee          Date         Amount       Index#  Batch No  Batch Date
-------------------------------------        --------          ------       -----------  ------  --------  ----------

BLOOMBERG LAW RETRIEVAL FEES 0979
   BLOOMBERG  FINANCE L.P.                   HALVERSON, D C    04/08/13         48.56    9868034 1386114   04/08/13
   BLOOMBERG LAW RETRIEVAL FEES - VENDOR-
   BLOOMBERG  FINANCE L.P.
                                             0979 BLOOMBERG LAW RETRIE Total :  48.56



           Costs Total :                                                        48.56
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/20/2013 10:49:15

Matter No: 056772-00007                                 Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    4549889
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount            Bill         W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
-----------------------     -------------     ----------   -----------     -------------------------  --------------

0979 BLOOMBERG LAW RETRIEVAL F    48.56       _____   _____     _____  _____


            Costs Total :         48.56       _____   _____     _____  _____
```