**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| ***Debtors.*** | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 6/23/2013; 4:00 PM ET** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-SEVENTH MONTHLY INTERIM PERIOD FROM MAY 1, 2013 THROUGH MAY 31, 2013**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2013 through May 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $18,704.00 [80% of $23,380.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,289.82 |

This is a(n): ☒Monthly ☐Interim ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
|---|---|---|---|---|---|
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 28 years, and his billing rate is $700 per hour. In this Application period Mr. Rich billed 33.4 hours,[2] for a total amount billed of $23,380.00 of which 80% is currently sought, in the amount of $18,704.00. Reasonable expenses were incurred for this period in the amount of $1,289.82. The total sought in this Application is $19,993.82.

As stated above, this is the Fifty-Seventh application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 22.9 | $16,030.00 |
| Fee Application Matters | 5.0 | $3,500.00 |
| Travel | 11.0 (at 100%) | $3,850.00 (at 50%) |
| TOTAL | 38.9 | $23,380.00 |

[2] Travel Time, if any, is included in this figure at 50% of actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Copies<br>Courtcall<br>Travel | $37.06<br>$51.00<br>$1,201.76 |
| TOTAL | $1,289.82 |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of June, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

______________________________

# EXHIBIT A

ALAN B. RICH
*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

# INVOICE FOR PROFESSIONAL SERVICES (May, 2013)

**Client**

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

***In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 5/1/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/1/2013 | Emails to and from Judge Sanders re 6.3 form | 0.1 |
| 5/1/2013 | Prepare, file and serve 56th monthly fee application and notice of filing thereof | 1.5 |
| 5/1/2013 | Revise section 6.3 nomination form | 0.1 |
| 5/2/2013 | Prepare, file and serve Notice of Filing of Corrected Page 1 to 56th Monthly Fee Application | 0.1 |
| 5/2/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/2/2013 | Emails to and from Judge Sanders re 6.3 form | 0.1 |
| 5/3/2013 | Prepare, file and serve Quarterly Fee Application for the 48th Quarter and notice of filing thereof | 1.5 |

| | | |
|---|---|---|
| 5/3/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 5/3/2013 | Prepare, file and serve Quarterly Fee Application of the PD FCR for the 48th Quarter and notice of filing thereof | 0.5 |
| 5/3/2013 | Review CNO re Notice of Settlement of Claim of USG Corporation as Assignee of DAP | 0.1 |
| 5/6/2013 | Review CNO re Motion for Order Authorizing the Private Sale of Real Property and Approving the Purchase and Sale Agreement | 0.1 |
| 5/6/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/6/2013 | Review Debtor-In-Possession Quarterly Operating Report for 1Q2013 | 0.3 |
| 5/7/2013 | Review Order Authorizing Private Sale of Real Property and Approving the Purchase and Sale Agreement | 0.3 |
| 5/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/7/2013 | Review Status Report in Scotts Adversary Proceeding | 0.2 |
| 5/7/2013 | Review Status Report in Chakarian Adversary Proceeding | 0.2 |
| 5/8/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/8/2013 | Review nomination form from client | 0.1 |
| 5/8/2013 | Review March fee application of local counsel for the Property Damage Committee | 0.1 |
| 5/8/2013 | Review March fee application of counsel for the Property Damage Committee | 0.1 |
| 5/8/2013 | Prepare, file and serve 44th Monthly Fee Application of the PD FCR and Notice of Filing thereof | 0.8 |
| 5/8/2013 | Conference with PD Trustee-designate re status | 0.1 |
| 5/8/2013 | Review Amended Agenda for May Omnibus | 0.1 |
| 5/8/2013 | Email to client re cancellation of May Omnibus hearing | 0.1 |

| | | |
|---|---|---|
| 5/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/9/2013 | Review Certificate of No Objection to 142nd Monthly Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 5/9/2013 | Conferences re Project Larch | 0.3 |
| 5/10/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/13/2013 | Review 48th Quarterly Application for compensation of counsel to the Property Damage Committee | 0.1 |
| 5/13/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/14/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/15/2013 | Emails to and from John Donley re appeal | 0.1 |
| 5/15/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 5/16/2013 | Letter from Clerk re division of oral argument | 0.1 |
| 5/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/16/2013 | Telephone call with J. Donley | 0.1 |
| 5/16/2013 | Email from Debtors' counsel meeting | 0.1 |
| 5/17/2013 | Email to J. Donley re meeting | 0.1 |
| 5/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/18/2013 | Email from J. Donley re meeting | 0.1 |
| 5/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/19/2013 | Emails to and from J. Donley re meeting | 0.1 |
| 5/20/2013 | Conference with John Donley re meeting | 0.1 |
| 5/20/2013 | Review Judge Fitzgerald's Bondex estimation opinion for any language helpful to Grace appeal | 1.0 |

| | | |
|---|---|---|
| 5/20/2013 | Review Third Circuit Division of Argument form for Garlock/MT/Canada appeal | 0.1 |
| 5/20/2013 | Review Third Circuit Division of Argument form for Bank Lenders appeal | 0.1 |
| 5/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/20/2013 | Review Third Circuit Division of Argument form for Anderson Memorial appeal | 0.1 |
| 5/21/2013 | Review Appellants' Third Circuit Division of Argument form for Bank Lenders appeal | 0.1 |
| 5/21/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/22/2013 | Prepare, file and serve CNO for monthly fee application | 0.2 |
| 5/23/2013 | Review 48th Quarterly Fee Application of local counsel for the Property Damage Committee | 0.1 |
| 5/23/2013 | Review Judge Fitzgerald's Pittsburgh Corning confirmation opinion re any issues helpful to Grace appeal | 1.5 |
| 5/23/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 5/23/2013 | Prepare, file and serve CNO for Judge Sanders' Quarterly fee application | 0.2 |
| 5/23/2013 | Prepare, file and serve CNO for Quarterly Fee Application | 0.2 |
| 5/24/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 5/24/2013 | Review email from Debtors' counsel re appeal issues | 0.2 |
| 5/24/2013 | Review Monthly fee applications of Canadian ZAI counsel | 0.3 |
| 5/24/2013 | Review Motion to Appoint Roger Frankel new PI FCR | 0.5 |
| 5/24/2013 | Email to client re pending PI FCR motion | 0.1 |
| 5/24/2013 | Email re meeting at Debtors' counsels' office | 0.1 |
| 5/25/2013 | Email re meeting at Debtors' counsels' office | 0.1 |

| | | |
|---|---|---|
| 5/26/2013 | Preparation for oral argument meeting | 2.5 |
| 5/27/2013 | Travel to Washington DC for oral argument meeting (5.2 hrs. @ 50%) | 2.6 |
| 5/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/28/2013 | Meeting at Kirkland & Ellis re oral argument preparation and strategy | 8.5 |
| 5/28/2013 | Prepare, file and serve CNO for Judge Sanders' monthly fee application | 0.2 |
| 5/28/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/28/2013 | Travel to Dallas from Washington DC (5.8 hrs. @ 50%) | 2.9 |
| 5/29/2013 | Review Claim Settlement Notice 13308 | 0.2 |
| 5/29/2013 | Review Interim Order appopinting Roger Frankel PI FCR | 0.1 |
| 5/29/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/29/2013 | Review Third Circuit argument allocation form for AMH | 0.1 |
| 5/29/2013 | Review Fee Auditor's Report for the 47th Quarter | 0.3 |
| 5/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/30/2013 | Review Amended Order Appointing Frankel as PI FCR | 0.1 |
| 5/30/2013 | Review Order Rescinding Order Requiring fee applications be delivered to chambers | 0.1 |
| 5/31/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 5/31/2013 | Review Certificates of No Objection re Canadian ZAI counsels' monthly fee applications | 0.1 |
| 5/31/2013 | Review Order from Third Circuit re AMH brief | 0.1 |
| 5/31/2013 | Emails to and from 7A PD Trustee-designee re status | 0.1 |
| 5/31/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total: 33.4 hours @ $700/hour = $23,380.00

<u>Expenses</u>: $1,289.82 (for detail, see Attachment)

Total Fees and Expenses Due: $24,669.82

EXPENSES FOR MAY 2013 EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 4/15/2013 | Courtcall | $51.00 |
| 5/24/2013 | Copies (Fed Ex Office) | $37.06 |
| 5/27/2013 | RT Coach Airfare DFW-DCA | $833.80 |
| 5/27/2013 | Taxi | $18.00 |
| 5/27/2013 | Dinner | $51.10 |
| 5/28/2013 | Hotel | $250.76 |
| 5/28/2013 | Taxi | $18.00 |
| 5/28/2013 | Dinner | $11.10 |
| 5/28/2013 | DFW Parking | $19.00 |
| | TOTAL EXPENSES | $1,289.82 |