```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                           Invoice Number      2414171
   7500 Grace Drive                           Invoice Date        05/31/13
   Columbia, Maryland 21044                   Client Number        172573
   USA
```

================================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
      Fees                                     80.00
      Expenses                                  0.00

                   TOTAL BALANCE DUE UPON RECEIPT              $80.00
                                                          =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number        2414171
   7500 Grace Drive                          Invoice Date          05/31/13
   Columbia, Maryland 21044                  Client Number          172573
   USA                                       Matter Number           60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

   Date    Name                                                  Hours
   ------- -----------                                           -----

   04/08/13 Ament         E-mails with P. Cuniff re: agenda       .40
                          and hearing binder for 4/22/13
                          hearing (.10); review CNO's and
                          COC's re: same (.10); update
                          hearing binder (.10); coordinate
                          hand delivery of same to Judge
                          Fitzgerald (.10).

                                                                ------
                                                   TOTAL HOURS    .40


   TIME SUMMARY               Hours        Rate         Value
   -----------------------    ---------------------     -------
   Sharon A. Ament            0.40  at $  200.00 =       80.00

                              CURRENT FEES                              80.00

                                                               ------------
                              TOTAL BALANCE DUE UPON RECEIPT         $80.00
                                                               ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number       2414178
    7500 Grace Drive                         Invoice Date         05/31/13
    Columbia, Maryland 21044                 Client Number         172573
    USA



================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                              2,555.00
    Expenses                              0.00

                     TOTAL BALANCE DUE UPON RECEIPT         $2,555.00
                                                           =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



   W.R. Grace & Co.                            Invoice Number       2414178
   7500 Grace Drive                            Invoice Date         05/31/13
   Columbia, Maryland 21044                    Client Number         172573
   USA                                         Matter Number          60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

  Date    Name                                                       Hours
--------  -----------                                                 -----


03/28/13  Lord              Communicate with S. Ament re:              .40
                            monthly fee application (.1);
                            research docket and draft January
                            monthly fee CNO (.3).

03/29/13  Lord              Revise, e-file and serve 140th            1.30
                            monthly fee application (1.0);
                            e-file and serve CNO to 139th
                            monthly fee application (.3).

04/08/13  Ament             Attention to billing matters               .40
                            (.20); various e-mails and
                            meetings re: same (.20).

04/09/13  Ament             Attention to billing matters               .20
                            (.10); e-mails re: same (.10).

04/10/13  Ament             Attention to billing matters               .20
                            (.10); e-mails re: same (.10).

04/10/13  Cameron           Review fee application materials.          .60

04/10/13  Muha              Review and revise March 2013               .30
                            monthly fee and expense detail.

04/11/13  Ament             Attention to billing matters               .30
                            (.10); various e-mails and meeting
                            re: same (.10); review e-mail re:
                            March monthly fee application
                            (.10).
```

```
172573 W. R. Grace & Co.                          Invoice Number   2414178
60029  Fee Applications-Applicant                 Page    2
       May 31, 2013


  Date    Name                                                        Hours
 -------- -----------                                                 -----

 04/12/13 Ament           Attention to billing matters                  .30
                          (.10); various e-mails and
                          meetings re: same (.20).

 04/12/13 Cameron         Review fee application materials              .60
                          (.40); emails re: same (.20).

 04/25/13 Ament           Review e-mail re: billing matters             .20
                          (.10); begin drafting March
                          monthly fee application (.10).

 04/29/13 Ament           E-mails re: CNO for Jan. monthly             1.10
                          fee application, March monthly fee
                          application and quarterly fee
                          application (.10); attention to
                          billing matters (.10); e-mails re:
                          same (.10); review invoices
                          received relating to March monthly
                          fee application (.10); calculate
                          fees and expenses for said fee
                          application (.30); prepare
                          spreadsheet re: same (.20); draft
                          141st monthly fee application
                          (.10); provide same to A. Muha for
                          review (.10).

 04/29/13 Lord            Draft, e-file and serve CNO to                .50
                          Reed Smith February monthly fee
                          application (.4); communicate with
                          S. Ament re: upcoming
                          monthly/quarterly (.1).

 04/30/13 Ament           E-mails re: billing matters (.10);            .40
                          review A. Muha comments to 141st
                          monthly fee application (.10);
                          finalize fee application (.10);
                          e-mail same to J. Lord for DE
                          filing (.10).

 04/30/13 Lord            Revise and prepare Reed Smith's               .80
                          141st monthly fee application for
                          e-filing and service.

 04/30/13 Muha            Review and revise final draft of              .30
                          March 2013 monthly fee application.
                                                                      ------
                                                    TOTAL HOURS         7.90
```

```
172573 W. R. Grace & Co.                         Invoice Number    2414178
60029  Fee Applications-Applicant                Page    3
       May 31, 2013


   TIME SUMMARY                  Hours          Rate           Value
  -------------------------   ----------------------        -------
   Douglas E. Cameron          1.20  at  $  690.00  =        828.00
   Andrew J. Muha              0.60  at  $  495.00  =        297.00
   John B. Lord                3.00  at  $  270.00  =        810.00
   Sharon A. Ament             3.10  at  $  200.00  =        620.00

                              CURRENT FEES                                2,555.00


                                                              ------------
                              TOTAL BALANCE DUE UPON RECEIPT     $2,555.00
                                                              ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number       2414181
   7500 Grace Drive                          Invoice Date        05/31/13
   Columbia, Maryland 21044                  Client Number        172573
   USA



===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                                  508.50
     Expenses                                0.00

                        TOTAL BALANCE DUE UPON RECEIPT         $508.50
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



    W.R. Grace & Co.                       Invoice Number      2414181
    7500 Grace Drive                       Invoice Date       05/31/13
    Columbia, Maryland 21044               Client Number       172573
    USA                                    Matter Number        60033



==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

   Date    Name                                                    Hours
 -------- -----------                                               -----

 04/14/13 Cameron        Review materials re: appeal issues.         .40

 04/18/13 Martin         Follow-up on panel substitution             .30
                         and provide input on Third Circuit
                         judge.

                                                                   ------
                                                  TOTAL HOURS         .70


 TIME SUMMARY               Hours         Rate          Value
 ------------------------   ----------------------      -------
 Douglas E. Cameron         0.40   at  $  690.00   =     276.00
 James C. Martin            0.30   at  $  775.00   =     232.50

                          CURRENT FEES                                508.50

                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT      $508.50
                                                        ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



    W.R. Grace & Co.                        Invoice Number      2414184
    62 Whittemore Avenue                    Invoice Date        05/31/13
    Cambridge, MA  02140                    Client Number        172573




===============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

     Fees                          42,793.50
     Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $42,793.50
                                                          ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



W.R. Grace & Co.                              Invoice Number       2414184
62 Whittemore Avenue                          Invoice Date        05/31/13
Cambridge, MA   02140                         Client Number         172573
                                              Matter Number          60041


==============================================================================

Re: (60041)   Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

  Date    Name                                                        Hours
--------  -----------                                                 -----

04/01/13 Klapper        Review documents re:  limited                  2.20
                        status design.

04/01/13 Luchini        Review documentation re: limited               1.30
                        states design and related issues.

04/02/13 Luchini        Review Canadian material and                   1.00
                        outline questions for conference
                        call.

04/03/13 Klapper        Confer with J. Luchini.                         .50

04/03/13 Luchini        Review materials and telecon with              1.70
                        T. Klapper to prepare for meeting.

04/05/13 Klapper        Prepare for and participate on                 2.20
                        call with client re Canadian
                        issues.

04/05/13 Luchini        Review notes and prepare for call              2.70
                        (.4); conference call with J.
                        Hughes (.5); conference call with
                        J. Hughes, T. Klapper, B. Simspon,
                        P. Hanlon, et. al (1.6);
                        telephone call from T. Klapper to
                        discuss other legal issues (.2).

04/08/13 Luchini        Review specifications literature                .40
                        for call with J. Hughes.

04/09/13 Klapper        Prepare for and participate in                 2.10
                        call with client.
```

```
172573  W. R. Grace & Co.                            Invoice Number   2414184
60041   Specifications Inquiry                       Page    2
        May 31, 2013
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/09/13 | Luchini | Attention to strategy (.5); internal/external communications regarding same (.4); review/analyze matter materials (1.1); prepare for call and conference call with J. Hughes (.8). | 2.80 |
| 04/10/13 | Klapper | Review new listings and prior correspondence forwarded by client and confer with J. Luchini re same. | 1.80 |
| 04/10/13 | Luchini | Review new tables and discuss issues raised (1.1); draft questions for discussion with J. Hughes (1.1). | 2.20 |
| 04/11/13 | Klapper | Confer with J. Luchini and participate in call with client re: opinion letter. | 1.60 |
| 04/11/13 | Luchini | Prepare for and conference call with J. Hughes re: results of investigation and opinion letter (1.3); discuss outline and approach (1.0). | 2.30 |
| 04/12/13 | Klapper | Work on opinion letter. | 4.20 |
| 04/14/13 | Klapper | Continue drafting opinion letter. | 3.80 |
| 04/15/13 | Klapper | Complete initial draft of opinion letter. | 3.60 |
| 04/16/13 | Klapper | Work on further edits to opinion letter (2.5); draft section on "next steps" (1.8); confer with client re questions (.7); confer with J. Luchini re same (.8). | 5.80 |
| 04/16/13 | Luchini | Review/edit opinion letter (1.1); attention to strategy issues (.3); review/analyze matter materials and conference call with J. Hughes, B. Simpson re: same (1.1). | 2.50 |
| 04/16/13 | Sagstetter | Discussed new research assignment with J. Luchini. | .30 |

```
172573  W. R. Grace & Co.                         Invoice Number   2414184
60041   Specifications Inquiry                    Page    3
        May 31, 2013


   Date     Name                                                     Hours
 --------  -----------                                                -----

 04/17/13  Klapper        Confer with J. Luchini and G.                3.30
                          Sagstetter re opinion letter
                          (1.0); complete additional edits
                          on legal analysis and send to J.
                          Luchini for review (2.3).

 04/17/13  Luchini        Review/edit opinion letter (2.6);            3.80
                          review/analyze matter materials,
                          conference call with T. Klapper
                          re: letter and legal issues (1.0);
                          discuss research results (.2).

 04/17/13  Sagstetter     Conference call with J. Luchini              3.00
                          and T. Klapper (1.0); began
                          research to identify relevant
                          precedent (1.8); discussed
                          research findings with J. Luchini
                          (.2).

 04/18/13  Luchini        Edit opinion letter.                         1.00

 04/19/13  Sagstetter     Began research re viability of               2.50
                          certain claims.

 04/22/13  Klapper        Confer with J. Luchini re opinion             .50
                          letter.

 04/22/13  Luchini        Edit opinion letter (2.3);                   2.80
                          telephone call from T. Klapper to
                          discuss edits and approach (.5).

 04/22/13  Sagstetter     Continued research re viability of            .50
                          claims (.2); draft memo to J.
                          Luchini re: same (.3).

 04/23/13  Klapper        Make additional restructuring                2.10
                          changes to opinion letter.

 04/23/13  Luchini        Telephone call from T. Klapper               1.30
                          (.4); review/edit latest version
                          of opinion letter (.9).

 04/23/13  Sagstetter     Discussed research findings with              .20
                          J. Luchini via email.

 04/24/13  Klapper        Confer with J. Luchini re opinion            2.50
                          letter and finalize draft for
                          client.
```

```
172573 W. R. Grace & Co.                      Invoice Number   2414184
60041  Specifications Inquiry                  Page     4
       May 31, 2013


    Date    Name                                                 Hours
   -------- -----------                                          -----

  04/24/13 Luchini        Final reviews and edits of opinion      2.40
                          letter (1.8); telephone call from
                          T. Klapper to discuss
                          changes/edits (.6).

  04/26/13 Luchini        Review issues re:  opinion letter.       .40

  04/26/13 Luchini        Edit section of opinion letter.          .30
                                                                 ------
                                               TOTAL HOURS       71.60


 TIME SUMMARY               Hours         Rate        Value
 ------------------------   ---------------------    -------
 Joseph S. Luchini          28.90  at  $  610.00  =  17,629.00
 Antony B. Klapper          36.20  at  $  635.00  =  22,987.00
 Gregory J. Sagstetter       6.50  at  $  335.00  =   2,177.50

                          CURRENT FEES                            42,793.50

                                                              ------------
                          TOTAL BALANCE DUE UPON RECEIPT         $42,793.50
                                                              ============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number       2414185
    7500 Grace Drive                         Invoice Date        05/31/13
    Columbia, Maryland 21044                 Client Number        172573
    USA




==============================================================================

Re: W. R. Grace & Co.


(80001)   Unclaimed Property Advice

     Fees                                 2,961.00
     Expenses                                 0.00

                      TOTAL BALANCE DUE UPON RECEIPT         $2,961.00
                                                             =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630



W.R. Grace & Co.                          Invoice Number       2414185
7500 Grace Drive                          Invoice Date        05/31/13
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         80001


===========================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

  Date   Name                                                     Hours
-------- -----------                                              -----

04/04/13 Reichardt        Continue and complete research for      1.70
                          ART joint venture unclaimed
                          property memorandum regarding
                          customer credits (.2); review
                          priority rules and analyze case
                          law (.5); review articles on the
                          application of unclaimed property
                          to foreign transactions (.5); and
                          search for federal preemption
                          issues pertaining to the delivery
                          of catalyst (.5).

04/04/13 Reichardt        Draft memorandum on unclaimed           3.40
                          property issues (2.8); analyze
                          priority rules, similarities to
                          tax (.6).

04/04/13 Sollie           Follow up with S. Lima on impact         .30
                          of McKesson litigation on issue C.
                          Finke had discussed.

04/05/13 Reichardt        Review memo for unclaimed property       .10
                          and submitted to S. Lima.

04/09/13 Lima             Prepare Kovel letter and response      1.00
                          to unclaimed property question
                          concerning excess catalyst.

04/10/13 Lima             Prepare recommendation to client         .50
                          regarding ART foreign credits.
```

```
172573 W. R. Grace & Co.                    Invoice Number   2414185
 80001   Unclaimed Property Advice          Page    2
         May 31, 2013


    Date    Name                                                Hours
  --------  -----------                                         -----

  04/10/13 Reichardt       Discussion with S. Lima regarding      .20
                           memo on ART customer credits and
                           other issues.

                                                                ------
                                                  TOTAL HOURS     7.20


  TIME SUMMARY                 Hours          Rate          Value
  -------------------------    ---------------------        -------
  Kyle O. Sollie               0.30   at  $  680.00    =     204.00
  Sara A. Lima                 1.50   at  $  470.00    =     705.00
  Jaime S. Reichardt           5.40   at  $  380.00    =   2,052.00

                           CURRENT FEES                            2,961.00


                                                               ------------
                           TOTAL BALANCE DUE UPON RECEIPT         $2,961.00
                                                               ============
```