```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                          Invoice Number     2414176
   7500 Grace Drive                          Invoice Date       05/31/13
   Columbia, Maryland 21044                  Client Number       172573
   USA
```

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
     Fees                                    0.00
     Expenses                               35.34

                 TOTAL BALANCE DUE UPON RECEIPT            $35.34
                                                      =============
```

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number     2414176
    7500 Grace Drive                        Invoice Date       05/31/13
    Columbia, Maryland 21044                Client Number       172573
    USA                                     Matter Number        60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                           5.80
    Duplicating/Printing/Scanning                  21.50
    Postage Expense                                 3.04
    Courier Service - Outside                       5.00

                CURRENT EXPENSES                                     35.34
                                                                -------------

                TOTAL BALANCE DUE UPON RECEIPT                      $35.34
                                                                =============
```

```
                                REED SMITH LLP
                                PO Box 360074M
                            Pittsburgh, PA  15251-6074
                              Tax ID# 25-0749630



W.R. Grace & Co.                              Invoice Number      2414176
7500 Grace Drive                              Invoice Date        05/31/13
Columbia, Maryland 21044                      Client Number        172573
USA                                           Matter Number         60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting



FOR COSTS ADVANCED AND EXPENSES INCURRED:

03/31/13   PACER                                                      1.90

04/01/13   Duplicating/Printing/Scanning                              2.00
           ATTY # 000559: 20 COPIES

04/01/13   Duplicating/Printing/Scanning                              2.00
           ATTY # 000559: 20 COPIES

04/01/13   Duplicating/Printing/Scanning                              2.00
           ATTY # 000559: 20 COPIES

04/05/13   Postage Expense                                            3.04
           Postage Expense: ATTY # 000718 User: Equitrac By

04/08/13   Duplicating/Printing/Scanning                              5.00
           ATTY # 000559: 50 COPIES

04/09/13   Duplicating/Printing/Scanning                              2.00
           ATTY # 000559: 20 COPIES

04/12/13   Duplicating/Printing/Scanning                               .10
           ATTY # 000559: 1 COPIES

04/15/13   Courier Service - Outside -- VENDOR: AL STILES:            5.00
           Messenger Trip - U.S. Bankruptcy Court -
           Honorable Judith Fitzgerald - 4/8/13

04/25/13   Duplicating/Printing/Scanning                              1.30
           ATTY # 000559: 13 COPIES

04/25/13   Duplicating/Printing/Scanning                               .10
           ATTY # 000559: 1 COPIES

04/25/13   Duplicating/Printing/Scanning                              1.30
           ATTY # 000559: 13 COPIES
```

```
172573 W. R. Grace & Co.                        Invoice Number   2414176
 60026 Litigation and Litigation Consulting     Page    2
       May 31, 2013


 04/25/13   Duplicating/Printing/Scanning                          2.00
            ATTY # 000559: 20 COPIES

 04/29/13   Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

 04/29/13   Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

 04/29/13   Duplicating/Printing/Scanning                          1.30
            ATTY # 000559: 13 COPIES

 04/29/13   Duplicating/Printing/Scanning                          1.30
            ATTY # 000559: 13 COPIES

 04/30/13   Duplicating/Printing/Scanning                           .90
            ATTY # 000559: 9 COPIES

 04/30/13   PACER                                                  3.90

                           CURRENT EXPENSES                       35.34
                                                             ------------
                           TOTAL BALANCE DUE UPON RECEIPT       $35.34
                                                             ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



    W.R. Grace & Co.                       Invoice Number      2414183
    62 Whittemore Avenue                   Invoice Date       05/31/13
    Cambridge, MA  02140                   Client Number       172573




===============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

    Fees                                     0.00
    Expenses                               102.70

                    TOTAL BALANCE DUE UPON RECEIPT         $102.70
                                                       =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


   W.R. Grace & Co.                            Invoice Number      2414183
   62 Whittemore Avenue                        Invoice Date        05/31/13
   Cambridge, MA   02140                       Client Number        172573
                                               Matter Number         60041



==============================================================================

Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning                 12.40
      Westlaw                                       90.30

                 CURRENT EXPENSES                                     102.70
                                                                 -------------

                 TOTAL BALANCE DUE UPON RECEIPT                      $102.70
                                                                 =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



W.R. Grace & Co.                            Invoice Number      2414183
62 Whittemore Avenue                        Invoice Date        05/31/13
Cambridge, MA  02140                        Client Number        172573
                                            Matter Number         60041



===============================================================================

Re: (60041)   Specifications Inquiry



FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/16/13   Duplicating/Printing/Scanning                           1.00
           ATTY # 007015: 10 COPIES

04/17/13   Duplicating/Printing/Scanning                           1.30
           ATTY # 007015: 13 COPIES

04/17/13   Duplicating/Printing/Scanning                           1.30
           ATTY # 007015: 13 COPIES

04/17/13   Duplicating/Printing/Scanning                           1.30
           ATTY # 007015: 13 COPIES

04/17/13   Duplicating/Printing/Scanning                           1.40
           ATTY # 007015: 14 COPIES

04/17/13   Duplicating/Printing/Scanning                           1.40
           ATTY # 007015: 14 COPIES

04/17/13   Duplicating/Printing/Scanning                           1.40
           ATTY # 007015: 14 COPIES

04/17/13   Westlaw                                                90.30
           Westlaw

04/22/13   Duplicating/Printing/Scanning                           1.60
           ATTY # 007015: 16 COPIES

04/22/13   Duplicating/Printing/Scanning                            .40
           ATTY # 007015: 4 COPIES

04/24/13   Duplicating/Printing/Scanning                           1.30
           ATTY # 007015: 13 COPIES

                       CURRENT EXPENSES                          102.70
                                                              ------------
```

```
172573 W. R. Grace & Co.                          Invoice Number   2414183
 60041 Specifications Inquiry                     Page     2
       May 31, 2013


                              TOTAL BALANCE DUE UPON RECEIPT           $102.70
                                                                 =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



    W.R. Grace & Co.                             Invoice Number      2414186
    7500 Grace Drive                             Invoice Date       05/31/13
    Columbia, Maryland 21044                     Client Number       172573
    USA


===============================================================================

Re: W. R. Grace & Co.


(80001)   Unclaimed Property Advice

     Fees                                    0.00
     Expenses                                2.50

                     TOTAL BALANCE DUE UPON RECEIPT              $2.50
                                                          =============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number      2414186
    7500 Grace Drive                         Invoice Date        05/31/13
    Columbia, Maryland 21044                 Client Number        172573
    USA                                      Matter Number         80001


===============================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning                  2.50

                       CURRENT EXPENSES                                2.50
                                                               -------------

                       TOTAL BALANCE DUE UPON RECEIPT                 $2.50
                                                               =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



W.R. Grace & Co.                         Invoice Number       2414186
7500 Grace Drive                         Invoice Date        05/31/13
Columbia, Maryland 21044                 Client Number         172573
USA                                      Matter Number          80001


==============================================================================

Re: (80001)  Unclaimed Property Advice



FOR COSTS ADVANCED AND EXPENSES INCURRED:


04/08/13    Duplicating/Printing/Scanning                         .10
            ATTY # 008690: 1 COPIES

04/08/13    Duplicating/Printing/Scanning                         .10
            ATTY # 008690: 1 COPIES

04/08/13    Duplicating/Printing/Scanning                         .10
            ATTY # 008690: 1 COPIES

04/09/13    Duplicating/Printing/Scanning                         .40
            ATTY # 008690: 4 COPIES

04/09/13    Duplicating/Printing/Scanning                         .30
            ATTY # 008690: 3 COPIES

04/09/13    Duplicating/Printing/Scanning                         .30
            ATTY # 008690: 3 COPIES

04/09/13    Duplicating/Printing/Scanning                         .40
            ATTY # 008690: 4 COPIES
```

```
172573 W. R. Grace & Co.                         Invoice Number   2414186
 80001 Unclaimed Property Advice                 Page    2
       May 31, 2013


 04/09/13   Duplicating/Printing/Scanning                              .80
            ATTY # 008690: 8 COPIES

                          CURRENT EXPENSES                            2.50
                                                               ------------
                          TOTAL BALANCE DUE UPON RECEIPT             $2.50
                                                               ============
```