# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

February 28, 2013

Invoice Number **102740**        **91100  00001**        **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:  January 31, 2013 | $86,888.37 |
| Payments received since last invoice, last payment received -- May 20, 2013 | $60,912.28 |
| A/R Adjustments | -$6,133.31 |
| Net balance forward | $19,842.78 |

Re:   W.R. Grace and Co.

## Statement of Professional Services Rendered Through          02/28/2013

|  |  |  | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Appeals [B430]** | | | | | |
| 02/01/13 | PEC | Review service of Third Circuit Filings related to the Appellee Brief (.4); Draft Supplemental Affidavit of Service and related Exhibits (.8) | 1.20 | 290.00 | $348.00 |
| 02/01/13 | JEO | Email with co-counsel regarding appeal issues. | 0.50 | 695.00 | $347.50 |
| 02/06/13 | JEO | Review status of appeals. | 0.50 | 695.00 | $347.50 |
| 02/07/13 | KPM | Conference with Patricia E. Cuniff regarding service list for Chakarian appeal | 0.10 | 525.00 | $52.50 |
| 02/08/13 | JEO | Review lender reply brief and forward to client. | 0.80 | 695.00 | $556.00 |
| 02/08/13 | KPM | Review and respond to email from J. Gettleman (Kirkland) regarding Chakarian statement (.1); Draft email to Patricia E. Cuniff regarding same (.1) | 0.20 | 525.00 | $105.00 |
| 02/15/13 | JEO | Review AMH extension requests and forward to client and co-counsel. | 0.80 | 695.00 | $556.00 |
| 02/15/13 | JEO | Email exchange regarding AMH extension. | 0.80 | 695.00 | $556.00 |
| 02/19/13 | JEO | Work on opposition to AMH request for extension. | 2.00 | 695.00 | $1,390.00 |
| 02/19/13 | KPM | Address filing and service of objection to Anderson Memorial Hospital motion of extension of time | 0.50 | 525.00 | $262.50 |
| 02/20/13 | KPM | Review lender's reply brief | 0.40 | 525.00 | $210.00 |
| 02/20/13 | KPM | Review Montana's reply brief | 0.40 | 525.00 | $210.00 |
| 02/20/13 | KPM | Review Canada's reply brief | 0.10 | 525.00 | $52.50 |
| 02/20/13 | KPM | Review Garloch reply brief | 0.40 | 525.00 | $210.00 |
| 02/21/13 | JEO | Review status of Confirmation appeal. | 0.50 | 695.00 | $347.50 |

**Invoice number  102740**      91100   00001                                      **Page  2**

| | | | | | |
|---|---|---|---|---|---|
| 02/24/13 | JEO | Review reply brief from State of Montana and forward to client. | 0.50 | 695.00 | $347.50 |
| 02/26/13 | JEO | Review AMH reply brief and send to client and co-counsel. | 0.80 | 695.00 | $556.00 |
| 02/26/13 | JEO | Review lender letter regarding subsequent authority and send to client and co-counsel. | 0.40 | 695.00 | $278.00 |
| | **Task Code Total** | | **10.90** | | **$6,732.50** |

### Case Administration [B110]

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/01/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 02/01/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 02/01/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/04/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 02/04/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/04/13 | SLP | Maintain docket control. | 0.80 | 195.00 | $156.00 |
| 02/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/05/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 02/05/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 02/05/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/06/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/06/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 02/07/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/07/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 02/07/13 | KSN | Prepare hearing binders for 2/25/13 hearing. | 0.70 | 195.00 | $136.50 |
| 02/07/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 195.00 | $58.50 |
| 02/08/13 | CAK | Review documents and organize to file | 0.10 | 290.00 | $29.00 |
| 02/08/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/08/13 | PEC | Update critical dates | 1.00 | 290.00 | $290.00 |
| 02/08/13 | KSN | Maintain document control. | 0.30 | 195.00 | $58.50 |
| 02/08/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/11/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/11/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 02/11/13 | JEO | Review inquiry regarding schedules. | 0.20 | 695.00 | $139.00 |

| 02/11/13 | KSN | Maintain document control. | 0.30 | 195.00 | $58.50 |
|---|---|---|---|---|---|
| 02/11/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/12/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/12/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 02/13/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/13/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 02/13/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 02/13/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/14/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/14/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/15/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 02/15/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 02/15/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/19/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/19/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 02/19/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/20/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/20/13 | KSN | Maintain document control. | 0.40 | 195.00 | $78.00 |
| 02/20/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/21/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/21/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 02/21/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/22/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/22/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 02/22/13 | PEC | Prepare Post-Confirmation Report -Report Period December 2012-Quarterly  for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 290.00 | $116.00 |
| 02/22/13 | JEO | Review post confirmation report. | 0.40 | 695.00 | $278.00 |
| 02/25/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 02/26/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/26/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/27/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/27/13 | PEC | Coordinate and review 2002 service for the Monitor Company Group in preparation of a Grace filing | 0.80 | 290.00 | $232.00 |
| 02/27/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 02/27/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 02/28/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 02/28/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 02/28/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| | | **Task Code Total** | **21.10** | | **$5,840.00** |

**WRG-Claim Analysis (Asbestos)**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/13 | KPM | Review and respond to email from R. Higgins regarding call to discuss Norfolk Southern claim | 0.20 | 525.00 | $105.00 |
| 02/06/13 | KPM | Telephone conference with James E. O'Neill and R. Higgins regarding Norfolk Southern matter | 0.50 | 525.00 | $262.50 |
| 02/11/13 | KPM | Review and respond to email from R. Higgins regarding inquiry from claims trader (.1); Conference with James E. O'Neill regarding same (.1) | 0.20 | 525.00 | $105.00 |
| 02/13/13 | PEC | Prepare Notice of Settlement of Claim Asserted Pursuant to the EPA Settlement Agreement Regarding the Nashville, Tennessee Site for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 02/13/13 | KPM | Review and execute notice and certificate of service for settlement of Nashville TN EPA claim | 0.10 | 525.00 | $52.50 |
| | | **Task Code Total** | **1.50** | | **$670.00** |

**WRG-Employ. App., Others**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/13 | PEC | Prepare Thirty-Second Supplemental Affidavit of Disinterestedness Under 11 U.S.C. Section 327(a) and Fed.R.Bankr.P. 2014 of Adam Paul for Kirkland & Ellis for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 02/13/13 | KPM | Attend teleconference with James E. O'Neill and R. Higgins regarding Baker Donaldson retention | 0.40 | 525.00 | $210.00 |
| 02/13/13 | KPM | Address filing and service of Kirkland's supplemental affidavit in support of their retention | 0.20 | 525.00 | $105.00 |
| 02/14/13 | KPM | Address filing and service of notices of appearance for R. Higgins in adversary proceedings | 0.30 | 525.00 | $157.50 |
| 02/14/13 | KPM | Review emails from R. Higgins and James E. O'Neill regarding status of filing motion concerning Baker | 0.20 | 525.00 | $105.00 |

**Invoice number  102740**          91100   00001                                              **Page  5**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Donaldson retention | | | |
| 02/20/13 | KPM | Telephone call with R. Higgins regarding information for Baker Donaldson revised retention application | 0.10 | 525.00 | $52.50 |
| | | **Task Code Total** | **1.70** | | **$775.00** |

**Employee Benefit/Pension-B220**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/14/13 | PEC | Draft Notice of Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/14/13 | KPM | Address filing and service of motion authorizing payments to retirement plans | 0.30 | 525.00 | $157.50 |
| 02/15/13 | JEO | Review status of pension motion and email from Roger Higgins. | 0.20 | 695.00 | $139.00 |
| 02/15/13 | KPM | Review email from R. Higgins regarding Cert of No Obj. for Defined Benefit Plan Contribution motion | 0.10 | 525.00 | $52.50 |
| | | **Task Code Total** | **1.20** | | **$523.00** |

**Executory Contracts [B185]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/27/13 | PEC | Prepare Response of W. R. Grace & Co. - Conn to Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing Debtors' Rejection of Certain Contracts  for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 290.00 | $174.00 |
| 02/27/13 | KPM | Address filing and service of response to MONITOR contract rejection | 0.30 | 525.00 | $157.50 |
| | | **Task Code Total** | **0.90** | | **$331.50** |

**WRG-Fee Apps., Applicant**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/13 | CAK | Update spreadsheet in preparation of 47th Quarterly Fee Application and prepare exhibits to same. | 0.50 | 290.00 | $145.00 |
| 02/05/13 | CAK | Review and update 47th Quarterly Fee Application. | 0.50 | 290.00 | $145.00 |
| 02/06/13 | LDJ | Review and finalize forty-seventh quarterly fee application | 0.30 | 975.00 | $292.50 |
| 02/07/13 | CAK | Edit 47th Quarterly Fee Application; coordinate filing and service of same. | 0.20 | 290.00 | $58.00 |
| 02/07/13 | KPM | Review and execute notice and certificate of service for PSZ&J 47th interim fee application | 0.10 | 525.00 | $52.50 |
| 02/20/13 | PEC | Draft Certificate of No Objection (No Order Required) Regarding One Hundred and Forty-First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Debtors for the period December 1, 2012 to December 31, 2012 and Certificate of Service (.3); | 0.60 | 290.00 | $174.00 |

**Invoice number  102740**       91100   00001                                    **Page  6**

|          |     | Prepare for filing and service (.3)                    |      |        |            |
|----------|-----|-------------------------------------------------------|------|--------|------------|
| 02/20/13 | WLR | Prepare Jan. 2013 fee application                     | 0.70 | 595.00 | $416.50    |
| 02/23/13 | WLR | Draft Jan. 2013 monthly fee application               | 0.50 | 595.00 | $297.50    |
| 02/24/13 | WLR | Review and revise Jan. 2013 monthly fee application   | 0.70 | 595.00 | $416.50    |
| 02/28/13 | CAK | Review and update January Fee Application.             | 0.30 | 290.00 | $87.00     |

|          | **Task Code Total** | | **4.40** | | **$2,084.50** |
|---|---|---|---|---|---|

**WRG-Fee Applications, Others**

| 02/04/13 | PEC | Prepare Beveridge & Diamond LLP's December 2012 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
|----------|-----|---|------|--------|---------|
| 02/04/13 | PEC | Prepare The Blackstone Group's December 2012 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 02/04/13 | JEO | Call with R. Higgins re: Baker Donelson fee issues | 0.20 | 695.00 | $139.00 |
| 02/05/13 | PEC | Prepare Kirkland & Ellis LLP's December 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 02/05/13 | PEC | Draft Certificate of No Objection Regarding Woodcock Washburn LLP's November 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/05/13 | PEC | Draft Notice of Filing Beveridge & Diamond LLP's Thirtieth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 02/05/13 | KPM | Review and execute notice and certificate of service for Beveridge & Diamond's 30th interim fee application | 0.10 | 525.00 | $52.50 |
| 02/05/13 | KPM | Review and execute Cert of No Obj. for Woodcock Washburn's November 2012 fee application | 0.10 | 525.00 | $52.50 |
| 02/06/13 | PEC | Prepare The BMC Group LLP's October 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 02/06/13 | PEC | Prepare The BMC Group LLP's November 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 02/06/13 | PEC | Prepare The BMC Group LLP's December 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 02/06/13 | PEC | Draft Notice of Filing The BMC Group LLP's Quarterly Fee Application for the Period of October Through December 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 02/06/13 | PEC | Prepare Woodcock Washburn LLP's Amended December 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 02/07/13 | PEC | Draft Notice of Filing PSZ&J LLP's Forty-Seventh Quarterly Fee Application for the Period of October through December 2012 and Certificates of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |

| 02/07/13 | PEC | Prepare Casner & Edwards LLP's December 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
|---|---|---|---|---|---|
| 02/07/13 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond LLP's November 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/07/13 | KPM | Review and execute Cert of No Obj. for Beveridge & Diamond November fee application | 0.10 | 525.00 | $52.50 |
| 02/12/13 | PEC | Draft Certificate of No Objection Regarding The Blackstone Group LP's November 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/12/13 | PEC | Draft Fragomen, Del Rey, Bernsen & Loewy LLP's July 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/12/13 | PEC | Draft Fragomen, Del Rey, Bernsen & Loewy LLP's August 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/12/13 | PEC | Draft Fragomen, Del Rey, Bernsen & Loewy LLP's September 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/12/13 | PEC | Draft Fragomen, Del Rey, Bernsen & Loewy LLP's October 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/12/13 | PEC | Draft Fragomen, Del Rey, Bernsen & Loewy LLP's November 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/12/13 | PEC | Draft Fragomen, Del Rey, Bernsen & Loewy LLP's December 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/12/13 | JEO | Review Baker Donelson motion. | 0.80 | 695.00 | $556.00 |
| 02/12/13 | JEO | Email R. Higgins regarding same. | 0.20 | 695.00 | $139.00 |
| 02/12/13 | MLM | Draft and coordinate filing of certificate of no objection re: Fragomen's July 2012 fee application (.2); prepare and coordinate service of same (.2) | 0.40 | 295.00 | $118.00 |
| 02/12/13 | MLM | Draft and coordinate filing of certificate of no objection re: Fragomen's August 2012 fee application (.2);  coordinate service of same (.1) | 0.30 | 295.00 | $88.50 |
| 02/12/13 | MLM | Draft and coordinate filing of certificate of no objection re: Fragomen's September 2012 fee application (.2); coordinate service of same (.1) | 0.30 | 295.00 | $88.50 |
| 02/12/13 | MLM | Draft and coordinate filing of certificate of no objection re: Fragomen's October 2012 fee application (.2);  coordinate service of same (.1) | 0.30 | 295.00 | $88.50 |
| 02/12/13 | MLM | Draft and coordinate filing of certificate of no objection re: Fragomen's November 2012 fee application (.2); coordinate service of same (.1) | 0.30 | 295.00 | $88.50 |
| 02/12/13 | MLM | Draft and coordinate filing of certificate of no objection re: Fragomen's December 2012 fee application (.2); coordinate service of same (.1) | 0.30 | 295.00 | $88.50 |
| 02/12/13 | MLM | Draft and coordinate filing of certificate of no objection re: | 0.30 | 295.00 | $88.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Blackstone's November 2012 fee application (.2); coordinate service of same (.1) | | | |
| 02/13/13 | PEC | Draft Notice of Thirteenth Application of Deloitte Tax LLP for Allowance of Interim Compensation and Expenses Reimbursement for the Interim Period from October 1, 2011 Through September 30, 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 02/13/13 | PEC | Draft Notice of Forty-Seventh Application of Deloitte Tax LLP for Allowance of Interim Compensation and Expenses Reimbursement for the Interim Period from October 1, 2011 Through September 30, 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 02/13/13 | PEC | Draft Notice of Thirtieth Application of Foley Hoag LLP for Allowance of Interim Compensation and Expenses Reimbursement for the Interim Period from October 1, 2011 Through September 30, 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 02/13/13 | JEO | Continued Review of Baker Donelson Motion and conference call with R. Higgins regarding same. | 1.50 | 695.00 | $1,042.50 |
| 02/13/13 | KPM | Review and execute notice and certificate of service for Deloitte's 13th interim fee application | 0.10 | 525.00 | $52.50 |
| 02/13/13 | KPM | Review and execute notice and certificate of service for Casner & Edwards' 47th interim fee application | 0.10 | 525.00 | $52.50 |
| 02/13/13 | KPM | Review and execute notice and certificate of service for Foley Hoag's 30th interim fee application | 0.10 | 525.00 | $52.50 |
| 02/14/13 | PEC | Draft Notice of Forty-Seventh Quarterly Fee Application of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period October 1, 2012 to December 31, 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 02/14/13 | PEC | Draft Notice of Eighth Interim Verified Application of The Law Offices of Roger J. Higgins, LLC for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W.R. Grace & Co., et al. for the period October 1, 2012 to December 31, 2012 and Certificates of Service (.4);  Prepare for filing and service 9.4) | 0.80 | 290.00 | $232.00 |
| 02/14/13 | JEO | Review email from R. Higgins regarding Baker Donelson matter. | 0.20 | 695.00 | $139.00 |
| 02/14/13 | KPM | Review and execute notice and certificate of service for R. Higgins' 8th interim fee application | 0.20 | 525.00 | $105.00 |
| 02/15/13 | PEC | Draft Notice of Forty-Third Quarterly Interim Fee Application of Blackstone Advisory Partners L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the period October 1, 2012 Through December 31, 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 02/15/13 | JEO | Review Blackstone Quarterly fee application. | 0.20 | 695.00 | $139.00 |
| 02/20/13 | PEC | Draft Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation and | 0.60 | 290.00 | $174.00 |

**Invoice number  102740**      91100   00001                                      **Page  9**

|            |     |                                                                                                                                                                                                                                                                                              |       |        |            |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
|            |     | Reimbursement of Expenses of Foley Hoag LLP as Counsel to W.R. Grace & Co., et al. for the period December 1, 2012 to December 31, 2012 and Certificate of Service (.3); Prepare for filing and service (.3)                                                                                    |       |        |            |
| 02/20/13   | PEC | Draft Certificate of No Objection (No Order Required) Regarding Summary Application of the Law Offices of Roger Higgins, LLC, for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W.R. Grace & Co., Et Al., for the Monthly Interim Period from December 1, 2012 Through December 31, 2012 and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60  | 290.00 | $174.00    |
| 02/20/13   | KPM | Review execute Cert of No Obj. for Foley Hoag December 2012 fee application                                                                                                                                                                                                                   | 0.10  | 525.00 | $52.50     |
| 02/20/13   | KPM | Review execute Cert of No Obj. for R. Higgins December 2012 fee application                                                                                                                                                                                                                   | 0.10  | 525.00 | $52.50     |
| 02/21/13   | PEC | Prepare Summary Application of Kayescholer LLP for Compensation for Services and Reimbursement of Expenses as Special Counsel for Intellectual Property for W.R. Grace & Co., Et Al., Through the Monthly Period of January 31, 2013 for filing and service (.4); Draft Affidavit of Service (.1) | 0.50  | 290.00 | $145.00    |
| 02/21/13   | PEC | Draft Notice of Quarterly Application of Woodcock Washburn for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel and Ordinary Course Professionals for W.R. Grace & Co., et al., for the Forty-Third Quarterly Interim Period of October through December 2012 and Certificates of Service (.3); Prepare for filing and service (.3) | 0.60  | 290.00 | $174.00    |
| 02/28/13   | PEC | Prepare Summary of Application of Foley Hoag LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to W.R. Grace & Co., Et Al. for the Interim Period from January 1, 2013 Through January 31, 2013 for filing and service (.4); Draft Certificate of Service (.1) | 0.50  | 290.00 | $145.00    |

|            |                                                                          | 25.30 |        | $8,838.50  |
|------------|--------------------------------------------------------------------------|-------|--------|------------|
| **Task Code Total** |                                                                 |       |        |            |

**Financing [B230]**

| 02/11/13   | PEC | Draft Certificate of No Objection Regarding Motion for an Order Extending the Term of the Credit Agreement With Advanced Refining Technologies LLC and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60  | 290.00 | $174.00    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 02/11/13   | JEO | Review status of ART extension motion.                                                                                                                                                                                | 0.40  | 695.00 | $278.00    |
| 02/13/13   | JEO | Review entered ART order.                                                                                                                                                                                             | 0.20  | 695.00 | $139.00    |

|            |                | 1.20 |  | $591.00 |
|------------|----------------|------|--|---------|
| **Task Code Total** |       |      |  |         |

**Litigation (Non-Bankruptcy)**

**Invoice number  102740**     91100   00001                              **Page   10**

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | JEO | Review court's letter rescheduling 3/25 hearing and email co-counsel regarding same. | 0.30 | 695.00 | $208.50 |
| 02/04/13 | JEO | Review emails re: Scotts adversary action status report | 0.20 | 695.00 | $139.00 |
| 02/04/13 | KPM | Review emails from R. Fink (Grace) and R. Higgins regarding statement for Scotts adversary | 0.20 | 525.00 | $105.00 |
| 02/06/13 | PEC | Draft Notice of Agenda for 2/25/13 Hearing | 0.50 | 290.00 | $145.00 |
| 02/06/13 | KPM | Conference with Patricia E. Cuniff regarding preliminary agenda for 2/25/13 hearing (.1); Draft email to R. Higgins and A. Paul regarding same (.1) | 0.20 | 525.00 | $105.00 |
| 02/07/13 | PEC | Prepare Joint Statement on Rule to Show Cause for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 02/07/13 | KPM | Circulate preliminary agenda for 2/25/13 hearing | 0.20 | 525.00 | $105.00 |
| 02/08/13 | PEC | Review and revise Agenda for 2/25/13 Hearing (.4); Review Preliminary Hearing Binders (.3) | 0.70 | 290.00 | $203.00 |
| 02/08/13 | PEC | Prepare Statement Regarding Rule to Show Cause Hearing for filing and service in the Chakarian Adversary | 0.50 | 290.00 | $145.00 |
| 02/08/13 | KPM | Review and respond to email from R. Higgins regarding notice of appearance for adversary proceedings (.1); Draft email to Patricia E. Cuniff regarding same (.1) | 0.20 | 525.00 | $105.00 |
| 02/08/13 | KPM | Address finalizing and submitting preliminary agenda for 2/25/13 hearing | 0.30 | 525.00 | $157.50 |
| 02/11/13 | PEC | Revise and review Notice of Agenda for 2/25/13 Hearing | 0.40 | 290.00 | $116.00 |
| 02/11/13 | JEO | Review correspondence filed on docket. | 0.50 | 695.00 | $347.50 |
| 02/11/13 | KPM | Address submission of preliminary agenda | 0.20 | 525.00 | $105.00 |
| 02/13/13 | JEO | Review Status of Chakarian adversary and conference with Kathleen P. Makowski regarding same. | 0.50 | 695.00 | $347.50 |
| 02/13/13 | JEO | Email exchange with L. Esayian regarding Insurance Settlement Motion and email co-counsel regarding new deadline for Chakarian status report. | 0.20 | 695.00 | $139.00 |
| 02/13/13 | KPM | Draft email to Chambers regarding deadlines for 4/2/13 hearing | 0.10 | 525.00 | $52.50 |
| 02/14/13 | JEO | Review status of 2/25 hearing and email to court regarding same. | 0.20 | 695.00 | $139.00 |
| 02/14/13 | JEO | Email with court regarding status of 2/25 hearing. | 0.10 | 695.00 | $69.50 |
| 02/15/13 | PEC | Revise and review Agenda for 2/25/13 Hearing | 0.50 | 290.00 | $145.00 |
| 02/15/13 | PEC | File and serve Notice of Agenda Cancelling the 2/25/13 Hearing (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 02/27/13 | PEC | Draft Notice of Appearance of W. R. Grace & Co. - Conn in Monitor Company case and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 02/27/13 | JEO | Review issues regarding Monitor Bankruptcy filing and conference with Kathleen P. Makowski regarding same. | 0.50 | 695.00 | $347.50 |

|  |  |  |
|---|---|---|
| **Task Code Total** | **8.00** | **$3,661.50** |

|  |  |  |
|---|---|---|
| **Total professional services:** | 76.20 | **$30,047.50** |

*Costs Advanced:*

| 02/01/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-01-13 | $20.76 |
| 02/01/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-01-13 | $11.27 |
| 02/01/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 02/01/2013 | RE | ( 39 @0.10 PER PG) | $3.90 |
| 02/01/2013 | RE | ( 46 @0.10 PER PG) | $4.60 |
| 02/01/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/01/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 02/01/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/01/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 02/01/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 02/01/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 02/01/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 02/04/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-04-13 | $31.88 |
| 02/04/2013 | PO | 91100.00001 :Postage Charges for 02-04-13 | $39.90 |
| 02/04/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 02/04/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 02/04/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 02/04/2013 | RE | ( 80 @0.10 PER PG) | $8.00 |
| 02/04/2013 | RE | ( 136 @0.10 PER PG) | $13.60 |
| 02/04/2013 | RE | ( 190 @0.10 PER PG) | $19.00 |
| 02/04/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 02/04/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 02/04/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 02/04/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 02/04/2013 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 02/04/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 02/04/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 02/05/2013 | DC | 91100.00001 Digital Legal Charges for 02-05-13 | $5.00 |
| 02/05/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-05-13 | $31.88 |
| 02/05/2013 | FE | 91100.00001 FedEx Charges for 02-05-13 | $12.50 |
| 02/05/2013 | FE | 91100.00001 FedEx Charges for 02-05-13 | $8.27 |
| 02/05/2013 | PO | 91100.00001 :Postage Charges for 02-05-13 | $67.20 |
| 02/05/2013 | PO | 91100.00001 :Postage Charges for 02-05-13 | $9.00 |
| 02/05/2013 | PO | 91100.00001 :Postage Charges for 02-05-13 | $229.60 |
| 02/05/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 02/05/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 02/05/2013 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 02/05/2013 | RE | ( 49 @0.10 PER PG) | $4.90 |
| 02/05/2013 | RE | ( 90 @0.10 PER PG) | $9.00 |
| 02/05/2013 | RE | ( 100 @0.10 PER PG) | $10.00 |
| 02/05/2013 | RE | ( 106 @0.10 PER PG) | $10.60 |
| 02/05/2013 | RE | ( 137 @0.10 PER PG) | $13.70 |
| 02/05/2013 | RE | ( 146 @0.10 PER PG) | $14.60 |

| 02/05/2013 | RE  | ( 1056 @0.10 PER PG ) | $105.60 |
| 02/05/2013 | RE  | ( 2408 @0.10 PER PG ) | $240.80 |
| 02/05/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG ) | $2.70 |
| 02/05/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG ) | $0.60 |
| 02/05/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG ) | $1.20 |
| 02/05/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG ) | $0.20 |
| 02/05/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG ) | $0.60 |
| 02/06/2013 | DC  | 91100.00001 Digital Legal Charges for 02-06-13 | $18.00 |
| 02/06/2013 | DC  | 91100.00001 Digital Legal Charges for 02-06-13 | $18.00 |
| 02/06/2013 | FE  | 91100.00001 FedEx Charges for 02-06-13 | $12.50 |
| 02/06/2013 | FE  | 91100.00001 FedEx Charges for 02-06-13 | $8.27 |
| 02/06/2013 | PO  | 91100.00001 :Postage Charges for 02-06-13 | $37.44 |
| 02/06/2013 | PO  | 91100.00001 :Postage Charges for 02-06-13 | $229.60 |
| 02/06/2013 | PO  | 91100.00001 :Postage Charges for 02-06-13 | $9.00 |
| 02/06/2013 | RE  | ( 6 @0.10 PER PG ) | $0.60 |
| 02/06/2013 | RE  | ( 21 @0.10 PER PG ) | $2.10 |
| 02/06/2013 | RE  | ( 51 @0.10 PER PG ) | $5.10 |
| 02/06/2013 | RE  | ( 437 @0.10 PER PG ) | $43.70 |
| 02/06/2013 | RE  | ( 596 @0.10 PER PG ) | $59.60 |
| 02/06/2013 | RE  | ( 1061 @0.10 PER PG ) | $106.10 |
| 02/06/2013 | RE  | ( 1349 @0.10 PER PG ) | $134.90 |
| 02/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG ) | $0.70 |
| 02/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG ) | $0.70 |
| 02/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG ) | $0.70 |
| 02/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG ) | $0.70 |
| 02/06/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG ) | $0.60 |
| 02/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG ) | $0.70 |
| 02/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG ) | $0.70 |
| 02/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG ) | $0.70 |
| 02/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG ) | $0.70 |
| 02/06/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG ) | $0.60 |
| 02/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG ) | $0.70 |
| 02/06/2013 | RE2 | SCAN/COPY ( 63 @0.10 PER PG ) | $6.30 |
| 02/06/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG ) | $3.00 |
| 02/06/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG ) | $3.00 |
| 02/06/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG ) | $3.60 |
| 02/06/2013 | RE2 | SCAN/COPY ( 222 @0.10 PER PG ) | $22.20 |
| 02/06/2013 | RE2 | SCAN/COPY ( 69 @0.10 PER PG ) | $6.90 |
| 02/06/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG ) | $5.10 |
| 02/06/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG ) | $3.10 |
| 02/07/2013 | DC  | 91100.00001 Digital Legal Charges for 02-07-13 | $9.00 |
| 02/07/2013 | DC  | 91100.00001 Digital Legal Charges for 02-07-13 | $18.00 |

| | | | |
|---|---|---|---|
| 02/07/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-07-13 | $31.88 |
| 02/07/2013 | FE | 91100.00001 FedEx Charges for 02-07-13 | $12.50 |
| 02/07/2013 | FE | 91100.00001 FedEx Charges for 02-07-13 | $8.27 |
| 02/07/2013 | PO | 91100.00001 :Postage Charges for 02-07-13 | $13.44 |
| 02/07/2013 | PO | 91100.00001 :Postage Charges for 02-07-13 | $1,148.00 |
| 02/07/2013 | PO | 91100.00001 :Postage Charges for 02-07-13 | $22.40 |
| 02/07/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 02/07/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 02/07/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 02/07/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 02/07/2013 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 02/07/2013 | RE | ( 43 @0.10 PER PG) | $4.30 |
| 02/07/2013 | RE | ( 60 @0.10 PER PG) | $6.00 |
| 02/07/2013 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 02/07/2013 | RE | ( 80 @0.10 PER PG) | $8.00 |
| 02/07/2013 | RE | ( 84 @0.10 PER PG) | $8.40 |
| 02/07/2013 | RE | ( 128 @0.10 PER PG) | $12.80 |
| 02/07/2013 | RE | ( 136 @0.10 PER PG) | $13.60 |
| 02/07/2013 | RE | ( 136 @0.10 PER PG) | $13.60 |
| 02/07/2013 | RE | ( 205 @0.10 PER PG) | $20.50 |
| 02/07/2013 | RE | ( 547 @0.10 PER PG) | $54.70 |
| 02/07/2013 | RE | ( 7362 @0.10 PER PG) | $736.20 |
| 02/07/2013 | RE | ( 22756 @0.10 PER PG) | $2,275.60 |
| 02/07/2013 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 02/07/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 02/07/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/08/2013 | DC | 91100.00001 Digital Legal Charges for 02-08-13 | $468.00 |
| 02/08/2013 | DC | 91100.00001 Digital Legal Charges for 02-08-13 | $9.38 |
| 02/08/2013 | DC | 91100.00001 Digital Legal Charges for 02-08-13 | $477.00 |
| 02/08/2013 | DC | 91100.00001 Digital Legal Charges for 02-08-13 | $7.25 |
| 02/08/2013 | DC | 91100.00001 Digital Legal Charges for 02-08-13 | $468.00 |
| 02/08/2013 | DC | 91100.00001 Digital Legal Charges for 02-08-13 | $8.46 |
| 02/08/2013 | DC | 91100.00001 Digital Legal Charges for 02-08-13 | $18.00 |
| 02/08/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-08-13 | $20.67 |
| 02/08/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-08-13 | $11.22 |
| 02/08/2013 | FE | 91100.00001 FedEx Charges for 02-08-13 | $15.11 |
| 02/08/2013 | FE | 91100.00001 FedEx Charges for 02-08-13 | $12.50 |
| 02/08/2013 | FE | 91100.00001 FedEx Charges for 02-08-13 | $8.27 |
| 02/08/2013 | PO | 91100.00001 :Postage Charges for 02-08-13 | $229.60 |
| 02/08/2013 | PO | 91100.00001 :Postage Charges for 02-08-13 | $9.00 |
| 02/08/2013 | PO | 91100.00001 :Postage Charges for 02-08-13 | $14.56 |
| 02/08/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 02/08/2013 | RE | ( 27 @0.10 PER PG) | $2.70 |

| | | | |
|---|---|---|---|
| 02/08/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 02/08/2013 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 02/08/2013 | RE | ( 67 @0.10 PER PG) | $6.70 |
| 02/08/2013 | RE | ( 164 @0.10 PER PG) | $16.40 |
| 02/08/2013 | RE | ( 39 @0.10 PER PG) | $3.90 |
| 02/08/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 02/08/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 02/08/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 02/08/2013 | RE | ( 1061 @0.10 PER PG) | $106.10 |
| 02/08/2013 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 02/08/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 02/08/2013 | RE | ( 26 @0.10 PER PG) | $2.60 |
| 02/08/2013 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 02/08/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 02/08/2013 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 02/08/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 02/11/2013 | DC | 91100.00001 Digital Legal Charges for 02-11-13 | $8.46 |
| 02/11/2013 | DC | 91100.00001 Digital Legal Charges for 02-11-13 | $387.00 |
| 02/11/2013 | DC | 91100.00001 Digital Legal Charges for 02-11-13 | $6.48 |
| 02/11/2013 | DC | 91100.00001 Digital Legal Charges for 02-11-13 | $18.00 |
| 02/11/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-11-13 | $20.67 |
| 02/11/2013 | RE | ( 59 @0.10 PER PG) | $5.90 |
| 02/11/2013 | RE | ( 53 @0.10 PER PG) | $5.30 |
| 02/11/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 02/11/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 02/12/2013 | DC | 91100.00001 Digital Legal Charges for 02-12-13 | $13.32 |
| 02/12/2013 | DC | 91100.00001 Digital Legal Charges for 02-12-13 | $81.00 |
| 02/12/2013 | PO | 91100.00001 :Postage Charges for 02-12-13 | $14.52 |
| 02/12/2013 | RE | ( 259 @0.10 PER PG) | $25.90 |
| 02/12/2013 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | $1.50 |
| 02/12/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 02/12/2013 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 02/12/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/12/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 02/12/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 02/13/2013 | DC | 91100.00001 Digital Legal Charges for 02-13-13 | $9.38 |
| 02/13/2013 | DC | 91100.00001 Digital Legal Charges for 02-13-13 | $63.00 |
| 02/13/2013 | DC | 91100.00001 Digital Legal Charges for 02-13-13 | $25.98 |
| 02/13/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-13-13 | $31.88 |
| 02/13/2013 | PO | 91100.00001 :Postage Charges for 02-13-13 | $1,148.00 |
| 02/13/2013 | PO | 91100.00001 :Postage Charges for 02-13-13 | $27.80 |
| 02/13/2013 | PO | 91100.00001 :Postage Charges for 02-13-13 | $67.20 |
| 02/13/2013 | RE | ( 204 @0.10 PER PG) | $20.40 |

| | | | |
|---|---|---|---|
| 02/13/2013 | RE | ( 380 @0.10 PER PG) | $38.00 |
| 02/13/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 02/13/2013 | RE | ( 981 @0.10 PER PG) | $98.10 |
| 02/13/2013 | RE | ( 7848 @0.10 PER PG) | $784.80 |
| 02/13/2013 | RE | ( 93 @0.10 PER PG) | $9.30 |
| 02/13/2013 | RE | ( 87 @0.10 PER PG) | $8.70 |
| 02/13/2013 | RE | ( 1900 @0.10 PER PG) | $190.00 |
| 02/13/2013 | RE | ( 6498 @0.10 PER PG) | $649.80 |
| 02/13/2013 | RE | ( 1788 @0.10 PER PG) | $178.80 |
| 02/13/2013 | RE | ( 2150 @0.10 PER PG) | $215.00 |
| 02/13/2013 | RE | ( 8372 @0.10 PER PG) | $837.20 |
| 02/13/2013 | RE | ( 70 @0.10 PER PG) | $7.00 |
| 02/13/2013 | RE | ( 168 @0.10 PER PG) | $16.80 |
| 02/13/2013 | RE | ( 141 @0.10 PER PG) | $14.10 |
| 02/13/2013 | RE | ( 252 @0.10 PER PG) | $25.20 |
| 02/13/2013 | RE | ( 240 @0.10 PER PG) | $24.00 |
| 02/13/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/13/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/13/2013 | RE2 | SCAN/COPY ( 85 @0.10 PER PG) | $8.50 |
| 02/13/2013 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | $7.00 |
| 02/13/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/14/2013 | DC | 91100.00001 Digital Legal Charges for 02-14-13 | $8.46 |
| 02/14/2013 | DC | 91100.00001 Digital Legal Charges for 02-14-13 | $450.00 |
| 02/14/2013 | DC | 91100.00001 Digital Legal Charges for 02-14-13 | $18.00 |
| 02/14/2013 | DC | 91100.00001 Digital Legal Charges for 02-14-13 | $18.00 |
| 02/14/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-14-13 | $37.24 |
| 02/14/2013 | PO | 91100.00001 :Postage Charges for 02-14-13 | $22.36 |
| 02/14/2013 | PO | 91100.00001 :Postage Charges for 02-14-13 | $293.24 |
| 02/14/2013 | PO | 91100.00001 :Postage Charges for 02-14-13 | $11.40 |
| 02/14/2013 | PO | 91100.00001 :Postage Charges for 02-14-13 | $72.24 |
| 02/14/2013 | RE | ( 469 @0.10 PER PG) | $46.90 |
| 02/14/2013 | RE | ( 306 @0.10 PER PG) | $30.60 |
| 02/14/2013 | RE | ( 584 @0.10 PER PG) | $58.40 |
| 02/14/2013 | RE | ( 3297 @0.10 PER PG) | $329.70 |
| 02/14/2013 | RE | ( 1873 @0.10 PER PG) | $187.30 |
| 02/14/2013 | RE | ( 82 @0.10 PER PG) | $8.20 |
| 02/14/2013 | RE | ( 551 @0.10 PER PG) | $55.10 |
| 02/14/2013 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 02/14/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/14/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 02/14/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 02/14/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/14/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | $1.90 |

| 02/14/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/14/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 02/15/2013 | DC | 91100.00001 Digital Legal Charges for 02-15-13 | $5.00 |
| 02/15/2013 | DC | 91100.00001 Digital Legal Charges for 02-15-13 | $7.25 |
| 02/15/2013 | DC | 91100.00001 Digital Legal Charges for 02-15-13 | $450.00 |
| 02/15/2013 | DC | 91100.00001 Digital Legal Charges for 02-15-13 | $18.00 |
| 02/15/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-15-13 | $20.60 |
| 02/15/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-15-13 | $20.67 |
| 02/15/2013 | PO | 91100.00001 :Postage Charges for 02-15-13 | $30.16 |
| 02/15/2013 | PO | 91100.00001 :Postage Charges for 02-15-13 | $229.60 |
| 02/15/2013 | PO | 91100.00001 :Postage Charges for 02-15-13 | $2.25 |
| 02/15/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 02/15/2013 | RE | ( 39 @0.10 PER PG) | $3.90 |
| 02/15/2013 | RE | ( 39 @0.10 PER PG) | $3.90 |
| 02/15/2013 | RE | ( 192 @0.10 PER PG) | $19.20 |
| 02/15/2013 | RE | ( 528 @0.10 PER PG) | $52.80 |
| 02/15/2013 | RE | ( 1056 @0.10 PER PG) | $105.60 |
| 02/15/2013 | RE | ( 894 @0.10 PER PG) | $89.40 |
| 02/15/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 02/15/2013 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 02/15/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/15/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/15/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 02/18/2013 | DC | 91100.00001 Digital Legal Charges for 02-18-13 | $18.00 |
| 02/19/2013 | BM | Business Meal [E111] JEO: Rodney Grille,working meal, (DE-pc) | $13.97 |
| 02/19/2013 | DC | 91100.00001 Digital Legal Charges for 02-19-13 | $18.00 |
| 02/19/2013 | DC | 91100.00001 Digital Legal Charges for 02-19-13 | $150.00 |
| 02/19/2013 | DC | 91100.00001 Digital Legal Charges for 02-19-13 | $15.00 |
| 02/19/2013 | FE | 91100.00001 FedEx Charges for 02-19-13 | $13.88 |
| 02/19/2013 | FE | 91100.00001 FedEx Charges for 02-19-13 | $12.40 |
| 02/19/2013 | FE | 91100.00001 FedEx Charges for 02-19-13 | $12.40 |
| 02/19/2013 | FX | (CORRA 6 @1.00 PER PG) | $6.00 |
| 02/19/2013 | FX | (CORRA 6 @1.00 PER PG) | $6.00 |
| 02/19/2013 | PO | 91100.00001 :Postage Charges for 02-19-13 | $57.12 |
| 02/19/2013 | PO | 91100.00001 :Postage Charges for 02-19-13 | $2.25 |
| 02/19/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 02/19/2013 | RE | ( 73 @0.10 PER PG) | $7.30 |
| 02/19/2013 | RE | ( 72 @0.10 PER PG) | $7.20 |
| 02/19/2013 | RE | ( 643 @0.10 PER PG) | $64.30 |
| 02/19/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 02/19/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 02/19/2013 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |

| | | | |
|---|---|---|---|
| 02/19/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 02/19/2013 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | $3.90 |
| 02/19/2013 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 02/19/2013 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | $6.50 |
| 02/19/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 02/19/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 02/20/2013 | DC | 91100.00001 Digital Legal Charges for 02-20-13 | $7.78 |
| 02/20/2013 | DC | 91100.00001 Digital Legal Charges for 02-20-13 | $468.00 |
| 02/20/2013 | FE | 91100.00001 FedEx Charges for 02-20-13 | $12.40 |
| 02/20/2013 | PO | 91100.00001 :Postage Charges for 02-20-13 | $6.95 |
| 02/20/2013 | PO | 91100.00001 :Postage Charges for 02-20-13 | $14.56 |
| 02/20/2013 | RE | ( 127 @0.10 PER PG) | $12.70 |
| 02/20/2013 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 02/20/2013 | RE | ( 308 @0.10 PER PG) | $30.80 |
| 02/20/2013 | RE | ( 156 @0.10 PER PG) | $15.60 |
| 02/20/2013 | RE | ( 148 @0.10 PER PG) | $14.80 |
| 02/20/2013 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 02/20/2013 | RE | ( 134 @0.10 PER PG) | $13.40 |
| 02/20/2013 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | $3.90 |
| 02/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 02/20/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 02/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 02/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 02/20/2013 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | $3.70 |
| 02/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 02/21/2013 | DC | 91100.00001 Digital Legal Charges for 02-21-13 | $5.00 |
| 02/21/2013 | DC | 91100.00001 Digital Legal Charges for 02-21-13 | $6.83 |
| 02/21/2013 | DC | 91100.00001 Digital Legal Charges for 02-21-13 | $72.00 |
| 02/21/2013 | DC | 91100.00001 Digital Legal Charges for 02-21-13 | $6.48 |
| 02/21/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-21-13 | $20.67 |
| 02/21/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-21-13 | $20.67 |
| 02/21/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-21-13 | $20.67 |
| 02/21/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-21-13 | $20.67 |
| 02/21/2013 | FE | 91100.00001 FedEx Charges for 02-21-13 | $12.50 |
| 02/21/2013 | FE | 91100.00001 FedEx Charges for 02-21-13 | $8.27 |
| 02/21/2013 | PO | 91100.00001 :Postage Charges for 02-21-13 | $27.56 |
| 02/21/2013 | PO | 91100.00001 :Postage Charges for 02-21-13 | $228.48 |
| 02/21/2013 | PO | 91100.00001 :Postage Charges for 02-21-13 | $9.00 |
| 02/21/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 02/21/2013 | RE | ( 34 @0.10 PER PG) | $3.40 |
| 02/21/2013 | RE | ( 1062 @0.10 PER PG) | $106.20 |
| 02/21/2013 | RE | ( 815 @0.10 PER PG) | $81.50 |
| 02/21/2013 | RE | ( 37 @0.10 PER PG) | $3.70 |

| 02/21/2013 | RE  | ( 204 @0.10 PER PG) | $20.40 |
| 02/21/2013 | RE  | Reproduction Expense. [E101] 33 pgs, WLR | $3.30 |
| 02/21/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 02/21/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/21/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 02/21/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/21/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 02/22/2013 | DC  | 91100.00001 Digital Legal Charges for 02-22-13 | $7.25 |
| 02/22/2013 | DC  | 91100.00001 Digital Legal Charges for 02-22-13 | $468.00 |
| 02/22/2013 | DC  | 91100.00001 Digital Legal Charges for 02-22-13 | $18.00 |
| 02/22/2013 | PO  | 91100.00001 :Postage Charges for 02-22-13 | $17.16 |
| 02/22/2013 | RE  | ( 18 @0.10 PER PG) | $1.80 |
| 02/22/2013 | RE  | ( 40 @0.10 PER PG) | $4.00 |
| 02/22/2013 | RE  | ( 339 @0.10 PER PG) | $33.90 |
| 02/22/2013 | RE  | ( 56 @0.10 PER PG) | $5.60 |
| 02/22/2013 | RE  | ( 87 @0.10 PER PG) | $8.70 |
| 02/23/2013 | RE  | Reproduction Expense. [E101] 8 pgs, WLR | $0.80 |
| 02/25/2013 | DC  | 91100.00001 Digital Legal Charges for 02-25-13 | $7.25 |
| 02/25/2013 | DC  | 91100.00001 Digital Legal Charges for 02-25-13 | $81.00 |
| 02/25/2013 | DC  | 91100.00001 Digital Legal Charges for 02-25-13 | $25.98 |
| 02/25/2013 | PO  | 91100.00001 :Postage Charges for 02-25-13 | $1.12 |
| 02/25/2013 | RE  | ( 8 @0.10 PER PG) | $0.80 |
| 02/25/2013 | RE  | ( 7 @0.10 PER PG) | $0.70 |
| 02/25/2013 | RE  | ( 144 @0.10 PER PG) | $14.40 |
| 02/25/2013 | RE  | ( 30 @0.10 PER PG) | $3.00 |
| 02/25/2013 | RE  | ( 49 @0.10 PER PG) | $4.90 |
| 02/25/2013 | RE  | ( 76 @0.10 PER PG) | $7.60 |
| 02/25/2013 | RE  | ( 430 @0.10 PER PG) | $43.00 |
| 02/25/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 02/25/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 02/25/2013 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | $3.90 |
| 02/26/2013 | RE  | ( 3 @0.10 PER PG) | $0.30 |
| 02/26/2013 | RE  | ( 28 @0.10 PER PG) | $2.80 |
| 02/26/2013 | RE  | ( 26 @0.10 PER PG) | $2.60 |
| 02/26/2013 | RE  | ( 145 @0.10 PER PG) | $14.50 |
| 02/26/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 02/26/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 02/27/2013 | DC  | 91100.00001 Digital Legal Charges for 02-27-13 | $25.98 |
| 02/27/2013 | DH  | 91100.00001 DHL Worldwide Express Charges for 02-27-13 | $37.24 |
| 02/27/2013 | DH  | 91100.00001 DHL Worldwide Express Charges for 02-27-13 | $37.24 |
| 02/27/2013 | PO  | 91100.00001 :Postage Charges for 02-27-13 | $26.88 |
| 02/27/2013 | RE  | ( 228 @0.10 PER PG) | $22.80 |
| 02/27/2013 | RE  | ( 409 @0.10 PER PG) | $40.90 |

**Invoice number  102740**       91100  00001                                        **Page  19**

| | | | |
|---|---|---|---|
| 02/27/2013 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | $6.10 |
| 02/27/2013 | RE2 | SCAN/COPY ( 124 @0.10 PER PG) | $12.40 |
| 02/27/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 02/28/2013 | DC | 91100.00001 Digital Legal Charges for 02-28-13 | $8.46 |
| 02/28/2013 | DC | 91100.00001 Digital Legal Charges for 02-28-13 | $108.00 |
| 02/28/2013 | DC | 91100.00001 Digital Legal Charges for 02-28-13 | $29.78 |
| 02/28/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 02-28-13 | $20.67 |
| 02/28/2013 | FE | 91100.00001 FedEx Charges for 02-28-13 | $8.27 |
| 02/28/2013 | FE | 91100.00001 FedEx Charges for 02-28-13 | $12.50 |
| 02/28/2013 | PAC | Pacer - Court Research | $1,197.50 |
| 02/28/2013 | RE | ( 46 @0.10 PER PG) | $4.60 |
| 02/28/2013 | RE | ( 70 @0.10 PER PG) | $7.00 |
| 02/28/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 02/28/2013 | RE | ( 160 @0.10 PER PG) | $16.00 |
| 02/28/2013 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 02/28/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 02/28/2013 | RE | ( 122 @0.10 PER PG) | $12.20 |
| 02/28/2013 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | $3.90 |
| 02/28/2013 | RE2 | SCAN/COPY ( 116 @0.10 PER PG) | $11.60 |
| 02/28/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 02/28/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 02/28/2013 | RE2 | SCAN/COPY ( 73 @0.10 PER PG) | $7.30 |
| 02/28/2013 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | $7.20 |
| 02/28/2013 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | $7.40 |
| 02/28/2013 | RE2 | SCAN/COPY ( 66 @0.10 PER PG) | $6.60 |
| 02/28/2013 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | $5.80 |

Total Expenses:                                                        **$20,177.93**

## Summary:

| | | |
|---|---|---|
| Total professional services | $30,047.50 | |
| Total expenses | $20,177.93 | |
| **Net current charges** | $50,225.43 | |
| | | |
| Net balance forward | $19,842.78 | |
| **Total balance now due** | $70,068.21 | |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 2.00 | 195.00 | $390.00 |
| CAK | Knotts, Cheryl A. | 1.60 | 290.00 | $464.00 |
| JEO | O'Neill, James E. | 14.60 | 695.00 | $10,147.00 |
| KPM | Makowski, Kathleen P. | 7.50 | 525.00 | $3,937.50 |

**Invoice number  102740**          91100   00001                                                           **Page   20**

| | | | | |
|---|---|---|---|---|
| KSN | Neil, Karen S. | 1.70 | 195.00 | $331.50 |
| LDJ | Jones, Laura Davis | 0.30 | 975.00 | $292.50 |
| MLM | McGee, Margaret L. | 2.30 | 295.00 | $678.50 |
| PEC | Cuniff, Patricia E. | 42.50 | 290.00 | $12,325.00 |
| SLP | Pitman, L. Sheryle | 1.80 | 195.00 | $351.00 |
| WLR | Ramseyer, William L. | 1.90 | 595.00 | $1,130.50 |
| | | 76.20 | | $30,047.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AP | Appeals [B430] | 10.90 | $6,732.50 |
| CA | Case Administration [B110] | 21.10 | $5,840.00 |
| CR01 | WRG-Claim Analysis (Asbestos) | 1.50 | $670.00 |
| EA01 | WRG-Employ. App., Others | 1.70 | $775.00 |
| EB | Employee Benefit/Pension-B220 | 1.20 | $523.00 |
| EC | Executory Contracts [B185] | 0.90 | $331.50 |
| FA | WRG-Fee Apps., Applicant | 4.40 | $2,084.50 |
| FA01 | WRG-Fee Applications, Others | 25.30 | $8,838.50 |
| FN | Financing [B230] | 1.20 | $591.00 |
| LN | Litigation (Non-Bankruptcy) | 8.00 | $3,661.50 |
| | | 76.20 | $30,047.50 |

## Expense Code Summary

| | |
|---|---|
| Working Meals [E1 | $13.97 |
| Delivery/Courier Service | $4,658.21 |
| DHL- Worldwide Express | $468.45 |
| Federal Express [E108] | $190.81 |
| Fax Transmittal [E104] | $12.00 |
| Pacer - Court Research | $1,197.50 |
| Postage [E108] | $4,368.59 |
| Reproduction Expense [E101] | $8,940.40 |
| Reproduction/ Scan Copy | $328.00 |
| | $20,177.93 |