

May 30, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   235252

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH April 30, 2013

### CLIENT SUMMARY

**BALANCE AS OF- 04/30/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $506.00 | $212.50 | $718.50 |
| **.15538 -** 02 - Debtors' Business Operations | $3,445.00 | $0.00 | $3,445.00 |
| **.15540 -** 04 - Retention of Professionals | $0.00 | $0.00 | $0.00 |
| **.15543 -** 07 - Applicant's Fee Application | $1,340.50 | $0.00 | $1,340.50 |
| **.15544 -** 08 - Hearings | $4,514.00 | $0.00 | $4,514.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $0.00 | $0.00 | $0.00 |
| *Client Total* | **$9,805.50** | **$212.50** | **$10,018.00** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593          www.bilzin.com

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.50 | $725.00 | $1,087.50 |
| Jones, Jason Z | 6.50 | $515.00 | $3,347.50 |
| Sakalo, Jay M | 5.50 | $575.00 | $3,162.50 |
| Snyder, Jeffrey I | 0.70 | $445.00 | $311.50 |
| Donaire, Gloria | 2.60 | $230.00 | $598.00 |
| Flores, Luisa M | 5.30 | $245.00 | $1,298.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** $9,805.50

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Pacer - Online Services | $211.90 |
| Copies | $0.60 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$212.50** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$10,018.00** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/02/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/03/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/04/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/05/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/08/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/09/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/10/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/11/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/12/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/15/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/16/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/17/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/18/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/19/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/22/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/23/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/24/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/25/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/26/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/29/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/30/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** $506.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 03/31/13 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q12013; DATE: 4/4/2013 - Account#BILSUM | 195.10 |
| 03/31/13 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q12013; DATE: 4/4/2013 - Account#BILSUM | 16.80 |
| 04/25/13 | Copies 6 pgs @ 0.10/pg | 0.60 |

**TOTAL COSTS ADVANCED** $212.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.20 | $230.00 | $506.00 |
| *TOTAL* | *2.20* | | *$506.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Pacer - Online Services | $211.90 |
| Copies | $0.60 |
| *TOTAL* | *$212.50* |

**CURRENT BALANCE DUE THIS MATTER** $718.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Case 01-01139-AMC  Doc 30708-2  Filed 06/04/13  Page 5 of 9

Page 5

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/27/13 | JMS | 0.30 | 172.50 | Review "REDS" acquisition materials. |
| 04/24/13 | JMS | 0.80 | 460.00 | Review Project Larch materials. |
| 04/25/13 | SLB | 1.10 | 797.50 | Emails from S. Arnold and memo to committee regarding Larchmont transaction (1.1). |
| 04/25/13 | JMS | 1.50 | 862.50 | Telephone conference with R. Wyron regarding Project Larch (.4); emails from S. Arnold regarding same (.3); review package provided by the Debtors (.8). |
| 04/26/13 | JMS | 1.30 | 747.50 | Email memo to Committee regarding Project Larch and respond to inquiries regarding same. |
| 04/29/13 | SLB | 0.20 | 145.00 | Email from and to S. Arnold regarding Project Larch II (.2). |
| 04/29/13 | JMS | 0.20 | 115.00 | Email from Grace's counsel regarding Project Larch. |
| 04/30/13 | SLB | 0.20 | 145.00 | Email from J. Gettleman and to PD Committee regarding Project Larch (.2). |

**PROFESSIONAL SERVICES** $3,445.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.50 | $725.00 | $1,087.50 |
| Sakalo, Jay M | 4.10 | $575.00 | $2,357.50 |
| **TOTAL** | **5.60** | | ***$3,445.00*** |

**CURRENT BALANCE DUE THIS MATTER** $3,445.00

Atty – SLB
Client No.: 74817/15540

RE:  04 - Retention of Professionals

| **PROFESSIONAL SERVICES** | | | **$0.00** |

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** — **$0.00**

Atty – SLB  
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 04/24/13 | LMF | 0.40 | 98.00 | Follow up for fees for March 2013 in preparation for quarterly fee application |
| 04/24/13 | JIS | 0.20 | 89.00 | Review and revise March prebill and confer with L. Flores thereon |
| 04/25/13 | LMF | 0.20 | 49.00 | Follow up for final invoice for March 2013. |
| 04/26/13 | LMF | 0.60 | 147.00 | Prepare notice and summary for March fees and submit to local counsel for filing. |
| 04/29/13 | LMF | 1.80 | 441.00 | Begin working on quarterly fee application for Bilzin Sumberg. |
| 04/30/13 | LMF | 1.20 | 294.00 | Complete quarterly fee application for attorney's review; (.8) meet with attorney and attend to edits to same (.4). |
| 04/30/13 | JIS | 0.50 | 222.50 | Conference with L. Flores; review and revise 48th quarterly interim fee application; emails from/to L. Flores thereon |

**PROFESSIONAL SERVICES** $1,340.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.70 | $445.00 | $311.50 |
| Flores, Luisa M | 4.20 | $245.00 | $1,029.00 |
| **TOTAL** | **4.90** | | **$1,340.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,340.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 03/08/13 | JZJ | 2.40 | 1,236.00 | Prepare for and attend hearing on 2019 disclosures. |
| 03/19/13 | JMS | 0.20 | 115.00 | Review hearing agenda and email to committee regarding same. |
| 03/22/13 | JMS | 0.20 | 115.00 | Review revised agenda canceling April hearing and email to committee (.2). |
| 04/01/13 | LMF | 0.30 | 73.50 | Attend to emails regarding telephone appearance at case management status conference and research agenda for same. |
| 04/01/13 | JMS | 0.30 | 172.50 | Emails with M. Dies and D. Speights regarding 2019 hearing. |
| 04/02/13 | JZJ | 0.20 | 103.00 | Interoffice conference with Jay Sakalo regarding hearing on 2019 protocols. |
| 04/02/13 | LMF | 0.60 | 147.00 | Arrange for various attorneys to appear at status conference by phone and submit confirmations to all. |
| 04/02/13 | JMS | 0.30 | 172.50 | Conference with Jason Jones regarding 2019 protocol hearing. |
| 04/03/13 | JZJ | 0.80 | 412.00 | Review Garlock documents in preparation for hearing. |
| 04/03/13 | JZJ | 1.40 | 721.00 | Attend hearing on Garlock status conference. |
| 04/03/13 | JZJ | 0.90 | 463.50 | Prepare lengthy email to J. Sakalo regarding Garlock status conference. |
| 04/03/13 | LMF | 0.20 | 49.00 | Arrange to transfer court call appearance from J. Sakalo to J. Jones for status conference regarding 2019 protocol. |
| 04/04/13 | JZJ | 0.80 | 412.00 | Review district court order and protocol regarding 2019 statements and review docket. |
| 04/11/13 | JMS | 0.20 | 115.00 | Emails regarding special master on 2019 issues. |
| 04/16/13 | JMS | 0.20 | 115.00 | Review hearing agenda and email to Committee regarding same. |
| 04/17/13 | GD | 0.30 | 69.00 | Arrange court call appearance for Jay M. Sakalo for hearing scheduled on April 22,2013. |
| 04/18/13 | GD | 0.10 | 23.00 | Follow up regarding telephonic appearance for Jay Sakalo with regards to hearing scheduled for 4/22/2013. |

**PROFESSIONAL SERVICES** $4,514.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jones, Jason Z | 6.50 | $515.00 | $3,347.50 |
| Sakalo, Jay M | 1.40 | $575.00 | $805.00 |
| Donaire, Gloria | 0.40 | $230.00 | $92.00 |
| Flores, Luisa M | 1.10 | $245.00 | $269.50 |
| *TOTAL* | *9.40* | | *$4,514.00* |

**CURRENT BALANCE DUE THIS MATTER** $4,514.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

RE: 18 - Plan & Disclosure Statement

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP