**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                April 1, 2013- April 30, 2013

Inv   #:                47370

**RE:**       WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 10.70 | 3,618.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.50 | 570.00 |
| B18 | Fee Applications, Others - | 2.00 | 348.00 |
| B25 | Fee Applications, Applicant - | 3.80 | 710.00 |
| B36 | Plan and Disclosure Statement - | 0.30 | 114.00 |
| B37 | Hearings - | 1.60 | 608.00 |
| B45 | Professional Retention Issues - | 0.10 | 38.00 |
| | **Total** | **20.00** | **$6,006.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 2.10 | 651.00 |
| Regina Matozzo | 250.00 | 1.40 | 350.00 |
| Theodore J. Tacconelli | 380.00 | 11.00 | 4,180.00 |
| Legal Assistant - KC | 150.00 | 5.50 | 825.00 |
| **Total** | | **20.00** | **$6,006.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                              **$159.50**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-01-13 | *Fee Applications, Others* - Email to LLC re: status of Bilzin monthly fee apps, Jan. and Feb. 2013 | 0.10 | KC |
| | *Fee Applications, Applicant* - Revisions to Feb. invoice; to T. Tacconelli for review | 0.10 | KC |
| Apr-02-13 | *Case Administration* - Memo to K. Callahan re: case status | 0.10 | TJT |
| | Hearings - Prepare for 4/4 hearing | 0.10 | TJT |
| Apr-03-13 | *Case Administration* - Emails from and confer with KC re: certain filings and proceeding with same | 0.30 | LLC |
| | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Garlock's Motion to Amend or Clarify Order Implementing Access to 2019 Statements in appeal 11-1130 | 0.40 | TJT |
| | *Case Administration* - Review Response to Garlock's Motion to Amend or Clarify Order Implementing Access to 2019 Statements in appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review order denying Garlock's Motion to Amend or Clarify Order Implementing Access to 2019 Statements in appeal 11-1130 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Substitution of Counsel for Travelers | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re case status, review and respond to same | 0.20 | KC |
| | *Fee Applications, Applicant* - Discussion with LLC re: notice of exhibit re: January 2013 fee app, revision to same and prepare cos | 0.30 | KC |
| | *Fee Applications, Applicant* - Efile and service of notice of exhibit re: January 2013 fee app | 0.20 | KC |
| Apr-04-13 | *Case Administration* - Confer with TJT re: status of matter and 4.4 Hearing | 0.20 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin 47th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Garlock's Statement re: proposed protocol re: access to 2019 Statements with attachments | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from committee Member re: question re: docket entries | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review docket re: question by committee member | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: response to Question re: docket entries | 0.20 | TJT |
| | Hearings - Attend Bankruptcy Court hearing | 1.20 | TJT |
| Apr-08-13 | *Case Administration* - Review case management memo re: week ending 4-5-2013 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.50 | RM |
| | *Case Administration* - Review main docket re: status for week ending 4/5/13; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review case status memo for week ending 4/5 | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel by Debtors re: Debtor's Motion to Establish 2013 LTIP | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from committee member re: question re: plan confirmation | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: response to question re: plan confirmation | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review file re: question by committee member | 0.20 | TJT |
| | Professional Retention Issues - Review Certificate of Counsel by Debtors re: Debtor's Motion to Modify Baker Donelson Retention | 0.10 | TJT |
| Apr-09-13 | *Case Administration* - Memo from and confer with KC re: updating service list | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: 47th Quarterly for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Jan 2013 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Hogan Firm for Oct. 2012 - Dec. 2012 period | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's 47th Quarterly fee app for Oct. 1, 2012-Dec. 31, 2012 for efiling; efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to January 2013 monthly fee | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to 47th Quarterly fee app for Oct. 1, 2012- Dec. 31, 2012 | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection to January 2013 monthly fee app and cos to same; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft CNO to 47th Quarterly fee app for Oct. 1, 2012-Dec. 31, 2012 and cos to same; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Finalize Feb. 2013 invoice as Exhibit "A" to Feb. 2013 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft Feb. 2013 monthly fee app and related documents; to LLC for review of same | 0.20 | KC |
| Apr-11-13 | *Fee Applications, Applicant* - Review Feb. 2013 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review statement by Certain Law Firms re: selection of Special Master re: 2019 Statements | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Statement of Amounts Paid to OCP | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare CNO to Jan 2013 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to 47th Quarterly fee app for efiling, efile and service of same | 0.20 | KC |
| Apr-12-13 | *Case Administration* - Confer with TJT re: case status and follow up with KC re: same | 0.30 | LLC |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by USCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Division of Time between Garlock, Montana and Queen re: oral argument | 0.10 | TJT |
| Apr-13-13 | *Case Administration* - Review Notice of Settlement Filed by Debtors re: USG Claim with attachment | 0.30 | TJT |
| | *Case Administration* - Review Notice of Rejection of Lease filed by Debtors re: BNSF/Libby site | 0.20 | TJT |
| | *Case Administration* - Review order establishing Protocol re: production of 2019 Statements to Garlock | 0.60 | TJT |
| Apr-15-13 | *Case Administration* - Review notice of agenda re: April 22 hearing | 0.10 | LLC |
| | *Case Administration* - Review Affidavit of K. Schieneman | 0.10 | TJT |

Case 01-01139-AMC    Doc 30709-2    Filed 06/04/13    Page 5 of 7

| Invoice #: | 47370 | Page 4 | April 1-30, 2013 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Verification by Counsel for Garlock re: special master | 0.10 | TJT |
| | *Case Administration* - Voice mail message to WR Grace Accounts Payable re: missed holdback payment from July 2012 | 0.10 | KC |
| | *Case Administration* - Prepare and send fax correspondence to WR Grace re: outstanding balance due from July 2012 holdback amount | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare Feb. 2013 fee app for filing, efile and service of same | 0.30 | KC |
| Apr-16-13 | *Case Administration* - Confer with T. Tacconelli re: status | 0.10 | LLC |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Motion to Approve Settlement with Markel Intl. Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Motion for Protective Order re: Shelnitz Affidavit | 0.10 | TJT |
| | *Case Administration* - Review corrected Verification by Counsel for Garlock re: Special Master | 0.10 | TJT |
| | *Case Administration* - Review order designating Special Master re: 2019 Statements | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Private Sale of Real Estate in MD with attachments | 1.30 | TJT |
| | *Hearings* - Review Agenda for 4/22 hearing | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli re: case status, review and respond to same | 0.20 | KC |
| Apr-17-13 | *Case Administration* - Review Order granting Debtor's Motion to Approve Settlement with Markel Intl. Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review Declaration by D. Baird re: Debtor's Motion to Approve Private Sale of Real Estate in MD | 0.10 | TJT |
| | *Case Administration* - Review Order granting Debtor's Motion to Establish 2013 LTIP | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: Agenda for 4/22 hearing | 0.10 | TJT |
| Apr-20-13 | *Case Administration* - Review Fee Auditor's Final Report re: Baker Donelson 32nd Quarterly Fee App | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Amended Notice from 3rd Circuit Clerk re: oral argument | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 4/22 hearing | 0.10 | TJT |
| Apr-22-13 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Apr-23-13 | *Case Administration* - Review Fee Auditor's Final Report re: Orrick 47th Interim Period Quarterly Fee App. | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin Jan. 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin Feb. 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection and cos to Bilzin Jan. 2013 fee app | 0.20 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection and cos to Bilzin Feb. 2013 fee app | 0.20 | KC |
| Apr-25-13 | *Case Administration* - Review case management memo re: week ending 4-23-2013 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review main docket re: status for week ending 4/23/13; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
|  | *Case Administration* - Review case status memo for week ending 4/19 | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review correspondence from S. Baena re: case status | 0.10 | TJT |
| Apr-26-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
|  | *Case Administration* - Review document re: case status | 0.40 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from S. Baena and committee members re: case status | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: case status | 0.10 | TJT |
| Apr-27-13 | *Case Administration* - Review Debtor's 47th Quarterly Report of Asset Sales | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's 47th Quarterly Report of Settlements | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review documents re: case status | 0.50 | TJT |
| Apr-29-13 | *Fee Applications, Others* - Review CNO re: Bilzin Jan. 2013 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review CNO re: Bilzin Feb. 2013 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce March Prebill | 0.40 | TJT |
|  | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's Jan 2013 fee app for filing, efile and service of same | 0.20 | KC |
|  | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's Feb. 2013 fee app for filing, efile and service of same | 0.20 | KC |
|  | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin March 2013 fee app; download documents attached to same | 0.20 | KC |
|  | *Fee Applications, Others* - Revisions to Notice of Bilzin's March 2013 monthly fee app, draft cos to same; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Prepare draft invoice for March 2013 monthly fee app; to T. Tacconelli for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Revisions to draft invoice for March 2013 | 0.10 | KC |
|  | *Fee Applications, Applicant* - Finalize March 2013 invoice as exhibit for monthly fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft March 2013 monthly fee app; to LLC for review | 0.30 | KC |
| Apr-30-13 | *Case Administration* - Review letter from J. Fitzgerald re: miscellaneous 2019 Statements | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from S. Baena re: case status | 0.10 | TJT |
|  | Totals | 20.00 |  |

| Invoice #: | 47370 | Page  6 | April 1- 30, 2013 |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Apr-03-13 | Photocopy Cost | 1.80 |
| Apr-08-13 | Cost Advance -   Lexis Nexis - legal research March (Inv #1303364606) | 55.98 |
| Apr-09-13 | Photocopy Cost | 0.60 |
| Apr-11-13 | Photocopy Cost | 1.50 |
| Apr-25-13 | Cost Advance - Pacer Service Center - 1/1/13- 3/31/13 (TJT) Account # FJ0093 | 88.60 |
| Apr-29-13 | Photocopy Cost | 7.80 |
| | Cost Advance - postage - 7@   $.46 | 3.22 |
| | Totals | $159.50 |

**Total Fees & Disbursements**           **$6,165.50**