# **EXHIBIT A**

# **To Quarterly Application**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: April 10, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## THIRTY-FIFTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2013, through January 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $  6,901.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $       40.35 |

This is Applicant's Thirty-Fifth Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed 3/19/2013
Dkt. No. 30413

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 | $ 450.95 | $ 5,644.80 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 | $ 116.60 | $ 9,476.00 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 | $ 834.05 | $ 5,996.40 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 | $ 54.90 | $ 7,494.00 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 | $ 59.25 | $ 7,507.60 | $ 59.25 |
| 2/21/2013 Dkt. #30303 | December 1, 2012- December 31, 2012 | $ 8,250.50 | $ 301.94 | Pending | Pending |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

**Fee Detail by Professional for the Period of January 1, 2013, through January 31, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 11.50 | $ 4,600.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 3.80 | $ 741.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 7.80 | $ 1,521.00 |
| Gabrielle Palagruto | Paralegal- since 2008 | $ 195.00 | .20 | $ 39.00 |
| **Grand Total** | | | **23.30** | **$ 6,901.00** |
| Blended Rate | | | | $ 296.18 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of January 1, 2013, through January 31, 2013**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 3.40 | $ 1,360.00 |
| 11 - Fee Applications, Applicant | 12.50 | $ 3,667.50 |
| 12 - Fee Applications, Others | 7.40 | $ 1,873.50 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **23.30** | **$ 6,901.00** |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

**Monthly Expense Summary for the Period January 1, 2013, through January 31, 2013**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (90 x .10) | 9.00 |
| Postage | First Class Mail | 4.20 |
| Outside Copy & Serve | Blue Marble Logistics, LLC | 27.15 |
| **TOTAL** | | **$ 40.35** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for January 1, 2013, through January 31, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before April 10, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[4] Applicant's Invoice for December 1, 2012, through December 31, 2012, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period January 1, 2013, through January 31, 2013, an allowance be made to The Hogan Firm for compensation in the amount of $6,901.00 and actual and necessary expenses in the amount of $40.35 for a total allowance of $6,941.35; Actual Interim Payment of $5,520.80 (80% of the allowed fees) and reimbursement of $40.35 (100% of the allowed expenses) be authorized for a total payment of $5,561.15; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: March 19, 2013							Respectfully submitted,

By:	*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com

**Counsel to Representative Counsel
for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention:  Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:**           2/6/2013  
**File Number:**    ZAI/WRG 060124-01  
**Invoice Number:** 20989

**Re:**  Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/2013 | KEH | E-mail correspondence from Bobbi Ruhlander transmitting the fee auditor's initial report regarding The Hogan Firm's fees for July-Sept. 2012; review same and meet with Lauren Campbell, re: time entries. | 0.30 | 195.00 | 58.50 |
| 01/03/2013 | KEH | E-mail correspondence from/to Careen Hannouche, re: wire transfer in the amount of $573.12 on December 18th - confirm holdback payment with Careen; post to WRGrace payment spreadsheet for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 01/03/2013 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's initial report regarding The Hogan Firm's fees for July-Sept. 2012; reviewed same. | 0.70 | 400.00 | 280.00 |
| 01/03/2013 | KEH | Review payments received; e-mail correspondence to 'Careen Hannouche' re: holdback payment for April – June 2012 fee applications and date/amount of each - info needed in preparation of fee application. | 0.20 | 195.00 | 39.00 |
| 01/04/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Statement for December 1, 2012 – December 31, 2012.  Reviewed same. | 0.60 | 400.00 | 240.00 |
| 01/04/2013 | LNC | E-mail correspondence with Cindy Yates transmitting the December time statement; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 01/04/2013 | LNC | E-mail correspondence with Karen Harvey regarding entries on the fee auditor's initial report. | 0.10 | 195.00 | 19.50 |
| 01/07/2013 | DKH | Conducted research on the issues raised by the fee auditor regarding my time entries. | 1.60 | 400.00 | 640.00 |
| 01/07/2013 | KEH | E-mail correspondence with 'Bobbi Ruhlander' transmitting The Hogan Firm's response to the Fee Auditor's Initial Report for the 46th Quarter. | 0.10 | 195.00 | 19.50 |
| 01/07/2013 | KEH | Meeting with DKHogan, re: response to fee auditor's initial response for the 46Q - July 1, 2012 through Sept 30, 2012. | 0.30 | 195.00 | 58.50 |
| 01/07/2013 | KEH | Prepare response to Fee Auditor's initial report for the 46Q; meet with DKHogan and make revisions to same. | 1.20 | 195.00 | 234.00 |
| 01/07/2013 | DKH | Worked on the Hogan Firm's response to the Fee Auditor's Initial Report for the 46th Quarter. | 1.60 | 400.00 | 640.00 |

| 2/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 01/08/2013 | LNC | E-mail correspondence with Careen Hannouche transmitting the December time statement; save as exhibit to file. | | 0.20 | 195.00 | 39.00 |
| 01/14/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Statement of Professionals' Compensation /Debtors' Statement of Amounts Paid to Ordinary Course Professionals from October 1, 2012, Through December 31, 2012 Filed by W.R. Grace & Co., et al. | | 0.40 | 400.00 | 160.00 |
| 01/15/2013 | LNC | Calculated project codes for LBL's November Time Statement. | | 0.30 | 195.00 | 58.50 |
| 01/15/2013 | LNC | Calculated project codes for Scarfone Hawkins November Time Statement. | | 0.30 | 195.00 | 58.50 |
| 01/15/2013 | LNC | Calculated project codes for The Hogan Firm's November Time Statement. | | 1.00 | 195.00 | 195.00 |
| 01/15/2013 | LNC | Prepared the 33rd Monthly Fee Application for Lauzon Belanger Lesperance. | | 1.30 | 195.00 | 253.50 |
| 01/16/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed FINAL ORDER AUTHORIZING THIRD AMENDMENT TO POST-PETITION LETTER OF CREDIT FACILITY AGREEMENT (Related Doc # [30070]) Order Signed on 1/16/2013. | | 0.30 | 400.00 | 120.00 |
| 01/16/2013 | LNC | Prepared the 33rd Monthly Fee Application for Scarfone Hawkins. | | 1.30 | 195.00 | 253.50 |
| 01/16/2013 | LNC | Prepared the 33rd Monthly Fee Application for The Hogan Firm. | | 1.30 | 195.00 | 253.50 |
| 01/17/2013 | DKH | E-mail correspondence with Careen Hannouche transmitting her executed certification for the LBL fee application. Reviewed same. | | 0.20 | 400.00 | 80.00 |
| 01/17/2013 | LNC | E-mail correspondence with Careen Hannouche transmitting the executed certification for the 32nd Monthly Fee Applications; save as exhibit to file. | | 0.20 | 195.00 | 39.00 |
| 01/17/2013 | LNC | E-mail correspondence with Cindy Yates transmitting the executed certification for the 32nd monthly fee application; save as exhibit to file. | | 0.20 | 195.00 | 39.00 |
| 01/17/2013 | DKH | E-mail correspondence with Cindy Yates transmitting the signed certification executed by Dave Thompson. Reviewed same. | | 0.20 | 400.00 | 80.00 |
| 01/17/2013 | DKH | Reviewed and revised LBL's 33rd Fee Application and supporting documentation. | | 0.80 | 400.00 | 320.00 |
| 01/17/2013 | DKH | Reviewed and revised Scarfone Hawkins 33rd Fee Application and supporting documentation. | | 0.90 | 400.00 | 360.00 |
| 01/17/2013 | DKH | Reviewed and revised the Monthly Application for Compensation (Thirty-Third) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2012 to November 30, 2012. | | 1.00 | 400.00 | 400.00 |
| 01/18/2013 | LNC | E-mail correspondence with Blue Marble Logistics transmitting the 33rd Monthly Fee Applications for hand delivery. | | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/document re: e-filing Monthly Application for Compensation (Thirty-Third) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2012 to November 30, 2012 Filed by Canadian ZAI Claimants. Objections due by 2/11/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | | 0.30 | 195.00 | 58.50 |
| 01/18/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents re: e-filed Monthly Application for Compensation (Thirty-Third) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2012 to November 30, 2012 Filed by Canadian ZAI Claimants. Objections due by 2/11/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | | 0.30 | 195.00 | 58.50 |

| 2/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 01/18/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents re: e-filing of Monthly Application for Compensation (Thirty-Third) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2012 to November 30, 2012 Filed by Canadian ZAI Claimants. Objections due by 2/11/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 01/18/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Extend [Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC] Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 01/18/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/4/2013 at 09:15 AM. | 0.30 | 400.00 | 120.00 |
| 01/18/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Sale Debtors' Forty-Sixth Quarterly Report of Asset Sales from October 1, 2012 through December 31, 2012, in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimus Assets (related document(s) [833]) Filed by W.R. Grace & Co., et al. | 0.20 | 400.00 | 80.00 |
| 01/18/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement Debtors' Forty-Sixth Quarterly Report of Settlements from October 1, 2012 through December 31, 2012 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding [Related to Docket No. 833] Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 01/18/2013 | LNC | | E-mail correspondence with service parties transmitting the 33rd Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | LNC | | E-mail correspondence with the fee auditor transmitting the 33rd Monthly Fee Application for review. | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | LNC | | E-mail correspondence with the fee auditor transmitting the 33rd Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | LNC | | E-mail correspondence with the fee auditor transmitting the 33rd Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 01/18/2013 | LNC | | Prepared for and filed the 33rd Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 01/18/2013 | LNC | | Prepared for and filed the 33rd Monthly Fee Application for Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 01/18/2013 | LNC | | Prepared for and filed the 33rd Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 01/21/2013 | DKH | | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's final report regarding The Hogan Firm's quarterly fee application for July-Sept. 2012 (46th interim) was filed with the court on January 21, 2013. | 0.10 | 400.00 | 40.00 |
| 01/21/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Fee Auditor's Report Regarding the Quarterly Application of The Hogan Firm for the Interim Period from July 1, 2012, through September 30, 2012 Filed by Warren H. Smith & Associates, P.C. | 0.40 | 400.00 | 160.00 |
| 01/22/2013 | GP | | Email correspondence with LNC, re: 33rd monthly fee apps. Print apps and prepare for mailing via regular mail. | 0.20 | 195.00 | 39.00 |

| 2/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 01/25/2013 | DKH | | Conducted research on the status of the 3rd Circuit appeals pending in the W.R. Grace case. Reviewed dockets and reviewed pleadings associated with the appeals to ascertain the likely time of emergence from bankruptcy. | 1.20 | 400.00 | 480.00 |
| 01/28/2013 | KEH | | Print and review Fee Auditor's Report Regarding the Quarterly Application of The Hogan Firm for the Interim Period from July 1, 2012, through September 30, 2012; Breakdown reductions by month and post reductions to WRGrace Payment Spreadsheet. | 0.60 | 195.00 | 117.00 |
| | | | **Total Fees** | **23.30** | | **$6,901.00** |

**Expenses**

| 01/17/2013 | Blue Marble Logistics, LLC- Hand Delivery of the 32nd Monthly Fee Applications to the US Trustee. | 10.35 | |
|---|---|---|---|
| 01/17/2013 | Blue Marble Logistics, LLC- Hand Delivery of the Certificate of No Objection to the 11th Quarterly Applications to the US Trustee. | 6.55 | |
| 01/17/2013 | Photocopies of the 33rd Monthly Fee Application for review by Daniel Hogan. | 4.50 | |
| 01/18/2013 | Photocopies of the 33rd Monthly Fee Application for review by the fee auditor. | 4.50 | |
| 01/18/2013 | Postage- Copies of the 33rd Monthly Fee Application sent to the fee auditor for review. | 4.20 | |
| 01/28/2013 | Blue Marble Logistics, LLC- Hand delivery of the 33rd Monthly Fee Applications. | 10.25 | |
| | **Total Expenses** | | **$40.35** |

| **TOTAL NEW CHARGES** | **$6,941.35** |
|---|---|

**STATEMENT OF ACCOUNT**

| Prior Balance | 9,042.44 |
|---|---|
| Payments | -9,042.44 |
| Current Fees | 6,901.00 |
| Current Expenses | 40.35 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,941.35** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 1/23/2013 | 9972205 | Payment on Account | 9,042.44 |

# EXHIBIT B

**CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)**

STATE OF DELAWARE    :
                     : ss
COUNTY OF NEW CASTLE :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 19th day of March, 2013

Notary Public
My Commission Expires:

GABRIELLE E. PALAGRUTO
MY COMMISSION EXPIRES
Feb. 15, 2015
NOTARY PUBLIC
STATE OF DELAWARE