# <u>EXHIBIT B</u>

# To Quarterly Application

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 20, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**THIRTY-SIX MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2013, through February 28, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $    9,507.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $       99.10 |

This is Applicant's Thirty-Six Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed 4/26/2013
Dkt. No. 30556

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 Reduction- $246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 Reducion- $ 369.00 | $ 59.25 | $ 7,507.60 | $ 59.25 |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

| 2/21/2013 Dkt. #30303 | December 1, 2012-December 31, 2012 | $ 8,250.50 | $ 301.94 | Pending | Pending |
| 3/19/2013 Dkt. #30413 | January 1, 2013-January 31, 2013 | $ 6,901.00 | $ 40.35 | Pending | Pending |

**Fee Detail by Professional for the Period of February 1, 2013, through February 28, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 14.70 | $ 5,880.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 5.30 | $ 1,033.50 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 13.30 | $ 2,593.50 |
| **Grand Total** | | | **33.30** | **$ 9,507.00** |
| Blended Rate | | | | $ 285.50 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |
| | | | | |

[Remainder of Page Intentionally Left Blank]

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

**Monthly Compensation by Matter Description for the Period of February 1, 2013, through February 28, 2013**:

| Project Category | Total Hours | Total Fees |
| --- | ---: | ---: |
| 04 - Case Administration | 4.40 | $ 1,760.00 |
| 11 - Fee Applications, Applicant | 11.00 | $ 3,108.50 |
| 12 - Fee Applications, Others | 17.60 | $ 4,518.50 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.30 | $ 120.00 |
| **TOTAL** | **33.30** | **$ 9,507.00** |

**Monthly Expense Summary for the Period February 1, 2013, through February 28, 2013**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | ---: |
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (800 x .10) | 80.00 |
| Postage | First Class Mail | 4.20 |
| Outside Copy & Serve | Digital Legal, LLC | 14.90 |
| **TOTAL** | | **$ 99.10** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for February 1, 2013, through February 28, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and

---

[4] Applicant's Invoice for December 1, 2012, through December 31, 2012, is attached hereto as **Exhibit A.**

Page | 5

Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before May 20, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period February 1, 2013, through February 28, 2013, an allowance be made to The Hogan Firm for compensation in the amount of $9,507.00 and actual and necessary expenses in the amount of $99.10 for a total allowance of $9,606.10; Actual Interim Payment of $7,605.60 (80% of the

allowed fees) and reimbursement of $99.10 (100% of the allowed expenses) be authorized for a total payment of $7,704.70; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: April 26, 2013              Respectfully submitted,

By:    */s/ Daniel K. Hogan*
      Daniel K. Hogan (DE Bar No. 2814)
      THE HOGAN FIRM
      1311 Delaware Avenue
      Wilmington, Delaware 19806
      Telephone: 302.656.7540
      Facsimile: 302.656.7599
      Email: dkhogan@dkhogan.com

      **Counsel to Representative Counsel**
      **for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention:  Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:**  3/6/2013  
**File Number:**  ZAI/WRG 060124-01  
**Invoice Number:**  21059

**Re:**  Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: e-filing of Monthly Certificate of No Objection (No Order Required) regarding the Thirty Second Monthly Application of The Hogan Firm as Counsel to the Canadian ZAI Claimants (related document(s)[30060]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.30 | 195.00 | 58.50 |
| 02/05/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: e-filing of Monthly Certificate of No Objection (No Order Required) Regarding the Thirty-Second Monthly Application of Lauzon Belanger Lesperance as Specil Counsel to the Canadian ZAI Claimants (related document(s)[30064]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.30 | 195.00 | 58.50 |
| 02/05/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: e-filing of Monthly Certificate of No Objection (No Order Required) Regarding the Thirty-Second Monthly Application of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants (related document(s)[30063]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.30 | 195.00 | 58.50 |
| 02/05/2013 | DKH | Reviewed and revised the Certificates of No Objection (No Order Required) regarding the Thirty Second Monthly Application of Scarfone Hawkins, LBL and The Hogan Firm as Counsel to the Canadian ZAI Claimants. | 0.50 | 400.00 | 200.00 |
| 02/05/2013 | DKH | Reviewed online docket for objections or responses to Thirty Second Monthly Applications of Scarfone Hawkins, LBL and The Hogan Firm as Counsel to the Canadian ZAI Claimants. | 0.60 | 400.00 | 240.00 |
| 02/05/2013 | DKH | Reviewed updated service list for service of Certificate of No Objection (No Order Required) regarding the Thirty Second Monthly Applications. | 0.30 | 400.00 | 120.00 |

| 3/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 02/06/2013 | LNC | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins' January time statement; save as exhibit to file. | | 0.20 | 195.00 | 39.00 |
| 02/06/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly invoice for January 1, 2013 – January 31, 2013. | | 0.10 | 400.00 | 40.00 |
| 02/07/2013 | DKH | Reviewed Scarfone Hawkins LLP Monthly invoice for January 1, 2013 – January 31, 2013 | | 0.50 | 400.00 | 200.00 |
| 02/08/2013 | KEH | Receive WRG payment for THF October 2012 Fee Application - review and revise WRG payment spreadsheet for use in preparation of fee applications. | | 0.30 | 195.00 | 58.50 |
| 02/11/2013 | KEH | E-mail correspondence to 'Careen Hannouche' inquiring about payment from WRGrace for LBL's October fee application. | | 0.10 | 195.00 | 19.50 |
| 02/11/2013 | KEH | E-mail correspondence with Cindy Yates regarding payment from WRGrace for SH's October fee application; review and revise WRGrace payment spreadsheet for use in preparation of fee applications. | | 0.40 | 195.00 | 78.00 |
| 02/11/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certificate of No Objection Regarding Motion for an Order Extending the Term of the Credit Agreement With Advanced Refining Technologies LLC. (related document(s) [30170]) Filed by W.R. Grace & Co., et al. Reviewed online docket for corresponding motion. | | 0.40 | 400.00 | 160.00 |
| 02/11/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Letter dated January 7, 2013, to Judge Fitzgerald from Eugene Mosley requesting copies of court documents. | | 0.20 | 400.00 | 80.00 |
| 02/12/2013 | KEH | E-mail correspondence with Careen Hannouche regarding payment from WRGrace for LBL's October fee application; review and revise WRGrace payment spreadsheet for use in preparation of fee applications. | | 0.30 | 195.00 | 58.50 |
| 02/12/2013 | KEH | Receive deposit advice from WRG - Payment is same amount as previous payment for THF October 2012 fee application; review and apply payment to THF November fee application showing the 80% fee payment as short $17.95 - revision to WRGrace payment spreadsheet for use in preparation of fee applications. | | 0.40 | 195.00 | 78.00 |
| 02/13/2013 | LNC | Calculate codes on LBL's December time statement. | | 0.30 | 195.00 | 58.50 |
| 02/13/2013 | LNC | Calculate project codes on The Hogan Firm's December Time Statement. | | 1.00 | 195.00 | 195.00 |
| 02/13/2013 | LNC | Calculated project codes on Scarfone Hawkins December time statement. | | 0.30 | 195.00 | 58.50 |
| 02/13/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Granting Motion to Extend the Term of the Credit Agreement With Advanced Refining Technologies LLC. (Related Doc # [30170], [30260]) Order Signed on 2/13/2013. | | 0.20 | 400.00 | 80.00 |
| 02/14/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize /Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions to the Grace Retirement Plans Filed by W.R. Grace & Co., et al.. | | 0.50 | 400.00 | 200.00 |
| 02/15/2013 | KEH | E-mail correspondence with Cindy Yates, re: February 8, 2013, we received payment of $1,468.24 via wire transfer with respect to SH's 32nd monthly fee application (October, 2012) and received another payment for the same amount today. Need to find out if this is in payment of October, 2012 account also; post additional payment to WRGrace payment spreadsheet and wait on answer for application of same. | | 0.30 | 195.00 | 58.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/15/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/25/2013 at 08:30 AM. | 0.30 | 400.00 | 120.00 |
| 02/15/2013 | LNC | Preparation of LBL's 34th Monthly Application | 1.30 | 195.00 | 253.50 |
| 02/15/2013 | LNC | Preparation of The Hogan Firm's 34th Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 02/18/2013 | LNC | Preparation of SH's 34th Monthly Application. | 1.30 | 195.00 | 253.50 |
| 02/19/2013 | DKH | E-mail correspondence with Ashlee White that Scarfone Hawkins' hourly rates have increased effective February 1, 2013. Responded that I would have to investigate the treatment and get back to her. | 0.30 | 400.00 | 120.00 |
| 02/20/2013 | DKH | Conducted research on attorney billing rate change in fee application process. Read case law and local rules. | 1.80 | 400.00 | 720.00 |
| 02/20/2013 | KEH | E-mail correspondence with 'Careen Hannouche' & Cindy Yates, re: payments received for November fee applications. | 0.10 | 195.00 | 19.50 |
| 02/20/2013 | DKH | E-mail correspondence with Careen Hannouche transmitting the duly executed copy of the LBL Certification pursuant to Del. Bankr. L.R. 2016-2(f) December – 2012. Reviewed same. | 0.20 | 400.00 | 80.00 |
| 02/20/2013 | DKH | E-mail correspondence with Cindy Yates transmitting the Scarfone Hawkins executed copy of the Certification for the December, 2012 fee application. Reviewed same. | 0.20 | 400.00 | 80.00 |
| 02/20/2013 | LNC | E-mail correspondence with Info-LBLavocats transmitting the certification for the 34th Monthly Fee Application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 02/20/2013 | KEH | Meet with Dan Hogan, re: WRGrace payments for October and November fee applications; emails with Cindy Yates & Careen Hannouche; E-mail to accounts.payable-na@grace.com, re: Deposit Advice, dated 2/8/2013 and 2/12/2013 - each deposit is in the amount of $7,548.90 - need clarification to know how to apply to fee application totals; 2/8/13 deposit is for The Hogan Firm's October 2012 fee application and is correct; 2/12/13 deposit is $17.95 short in the payment of 80% of the fees for THF's November 2012 application. Scarfone Hawkins having same issue and also need clarification to apply funds to fee application totals. | 0.50 | 195.00 | 97.50 |
| 02/20/2013 | DKH | Met with Karen Harvey to discuss the two duplicate deposits received in February 2013 and the steps to be taken to remedy the situation. | 0.40 | 400.00 | 160.00 |
| 02/20/2013 | DKH | Reviewed and revised Lauzon Belanger Lezparance's 34th Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 02/20/2013 | DKH | Reviewed and revised Scarfone Hawkins' 34th Monthly Fee Application. | 0.90 | 400.00 | 360.00 |
| 02/20/2013 | DKH | Reviewed and revised The Hogan Firm's 34th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 02/21/2013 | KEH | E-mail correspondence from DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: efiling of Monthly Application for Compensation (Thirty-Fourth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2012 to December 31, 2012 Filed by Canadian ZAI Claimants. Objections due by 3/15/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |

| 3/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 02/21/2013 | KEH | | E-mail correspondence from DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Monthly Application for Compensation (Thirty-Fourth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2012 to December 31, 2012 Filed by Canadian ZAI Claimants. Objections due by 3/15/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 02/21/2013 | KEH | | E-mail correspondence from DEBdb_ECF_Reply@deb.uscourts.gov, review receipt/documents, re: efiling of Monthly Application for Compensation (Thirty-Fourth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period December 1, 2012 to December 31, 2012 Filed by Canadian ZAI Claimants. Objections due by 3/15/2013. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 02/21/2013 | LNC | | Prepared for and filed LBL's 34 Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/21/2013 | LNC | | Prepared for and filed SH's 34 Monthly Application | 0.30 | 195.00 | 58.50 |
| 02/21/2013 | LNC | | Prepared for and filed The Hogan Firm's 34th Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/22/2013 | KEH | | E-mail correspondence with Careen Hannouche, re: second payment from WRGrace in the amount of $636.10; revise WRGrace payment spreadsheet to reflect payment to November fee application; shortage of $49.57. | 0.30 | 195.00 | 58.50 |
| 02/22/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Post-Confirmation Report -Report Period December 2012 -Quarterly Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 02/22/2013 | KEH | | E-mail from/to 'Garcia, Melissa C.'; Guzman, Marisa (WRG Accounting), re: second payment of $7,548.90 from WRGrace was applied to The Hogan Firm's November fee application, which leaves $17.95 owing in addition to the holdback; note on WRGrace payment spreadsheet | 0.20 | 195.00 | 39.00 |
| 02/22/2013 | LNC | | Prepared the Certificate of No Objection for LBL's 33rd Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/22/2013 | LNC | | Prepared the Certificate of No Objection for SH's 33rd Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/22/2013 | LNC | | Prepared the Certificate of No Objection for The Hogan Firm's 33rd Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/25/2013 | LNC | | Preparation of LBL's 12th Quarterly Fee Application. | 1.50 | 195.00 | 292.50 |
| 02/25/2013 | LNC | | Preparation of The Hogan Firm's 12th Quarterly Application. | 1.50 | 195.00 | 292.50 |
| 02/26/2013 | DKH | | Conducted some research on how to handle the 12th quarterly fee application for October 1, 2012, through December 31, 2012 in light of the Fee Auditor's most recent findings. | 0.50 | 400.00 | 200.00 |
| 02/26/2013 | DKH | | E-mail correspondence with Bobbi Ruhlander concerning the 12th quarterly fee application for October 1, 2012, through December 31, 2012 in light of the Fee Auditor's most recent findings. | 0.10 | 400.00 | 40.00 |
| 02/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/document, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[30167]) Filed by Canadian ZAI Claimants. | 0.20 | 195.00 | 39.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 02/26/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/document, re: efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (related document(s) [30169]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 02/26/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/document, re: efiling of Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of Scarfone Hawkins, LLP as Special Counsel to the Canadian ZAI Claimants (related document(s)[30168]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 02/26/2013 | DKH | Meeting with with Karen Harvey to discuss the 12th quarterly fee application for October 1, 2012, through December 31, 2012 in light of the Fee Auditor's most recent findings. | 0.30 | 400.00 | 120.00 |
| 02/26/2013 | LNC | Prepared for and filed the Certificate of No Objection to LBL's 33rd Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/26/2013 | LNC | Prepared for and filed the Certificate of No Objection to SH's 33rd Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/26/2013 | LNC | Prepared for and filed the Certificate of No Objection to The Hogan Firm's 33rd Monthly Application. | 0.30 | 195.00 | 58.50 |
| 02/26/2013 | LNC | Prepared SH's 12th Quarterly Fee Application. | 1.50 | 195.00 | 292.50 |
| 02/26/2013 | DKH | Reviewed and revised the Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of Lauzon Belanger Lesparance, Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/26/2013 | DKH | Reviewed and revised the Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of Scarfone Hawkins, Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/26/2013 | DKH | Reviewed and revised the Certificate of No Objection (No Order Required) Regarding the Thirty-Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/26/2013 | DKH | Reviewed online docket for objections or responses to the Thirty-Third Monthly Application of Scarfone Hawkins, LBL and The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 02/27/2013 | DKH | Reviewed and revised LBL's 12th Quarterly Fee Application and corresponding attachments. | 0.90 | 400.00 | 360.00 |
| 02/27/2013 | DKH | Reviewed and revised Scarfone Hawkins' 12th Quarterly Fee Application and corresponding attachments. | 1.20 | 400.00 | 480.00 |
| 02/27/2013 | DKH | Reviewed and revised The Hogan Firm's 12th Quarterly Fee Application and corresponding attachments. | 1.10 | 400.00 | 440.00 |
| 02/28/2013 | LNC | E-mail correspondence with Cindy Yates transmitting the certification for the 12th Quarterly Application; save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| | | **Total Fees** | **33.30** | | **$9,507.00** |

3/6/2013  ZAI/WRG 060124-01  Canadian ZAI Claimants  Page:6
c/o Lauzon Belanger Lesperance

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 02/21/2013 | Photocopies of the 34th Monthly Fee Application sent to the Fee Auditor for review. | 7.20 |
| 02/21/2013 | Postage-Copies of the 34th Monthly Applications sent to the fee auditor. | 4.20 |
| 02/25/2013 | Digital Legal, LLC- Hand Delivery of the 34th Monthly Application. | 9.30 |
| 02/27/2013 | Digital Legal, LLC- Hand delivery of the Certificate of No Objection to the 33rd Monthly Fee Applications. | 5.60 |
| 02/27/2013 | Photocopies- 12th Quarterly Applications printed for Daniel Hogan's review | 36.40 |
| 03/04/2013 | Photocopies-12th Quarterly Applications sent to the fee auditor for review. | 36.40 |

**Total Expenses** **$99.10**

**TOTAL NEW CHARGES** **$9,606.10**

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 6,941.35 |
| Payments | -6,941.35 |
| Current Fees | 9,507.00 |
| Current Expenses | 99.10 |
| **AMOUNT DUE AND OWING TO DATE** | **$9,606.10** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 2/15/2013 | 997 2217 | Payment on Account | 6,941.35 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                     : ss
COUNTY OF NEW CASTLE :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 26th day of April, 2013.

Notary Public
My Commission Expires: