# EXHIBIT B

## To Quarterly Application

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 20, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## THIRTY-SIXTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
## AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2013, through February 28, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $    2,942.50 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | CDN $     382.53 |

This Applicant's Thirty-Sixth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 $ 1,368.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 $ 1,006.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 $ 2,295.75 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 $ 4,415.25 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | $ 10,557.00 $ 2,639.25 | $ 2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | $ 4,974.00 $ 1,243.50 | $ 808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $ 17,471.25 | $ 2,475.77 | $ 13,977.00 $ 3,494.25 | $ 2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $ 3,720.00 | $ 493.40 | $ 2,976.00 $ 744.00 | $ 493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $ 7,965.00 | $ 1,067.51 | $ 6,372.00 $ 1,593.00 | $ 1,067.51 |
| 08/31/2011 Dkt. #27534 | July 1, 2011 – July 31, 2011 | $ 7,597.50 | $ 989.49 | $ 6,078.00 $ 1,519.50 | $ 989.49 |
| 10/04/2011 Dkt. #27716 | August 1, 2011 – August 31, 2011 | $ 6,483.75 | $ 851.59 | $ 5,187.00 $ 1,296.75 | $ 851.59 |
| 11/14/2011 Dkt. #27939 | September 1, 2011- September 30, 2011 | $ 15,104.64 | $ 4,604.40 | $ 12,083.71 $ 3,020.93 | $ 4,604.40 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/15/2011 Dkt. #28163 | October 1, 2011 – October 31, 2011 | $ 3,735.00 Reduction- $ 573.75 | $ 2,705.74 | $ 2,988.00 $ 173.25 | $ 2,705.74 |
| 01/25/2012 Dkt. #28414 | November 1, 2011- November 30, 2011 | $ 3,450.00 Reduction- $ 510.00 | $ 448.50 | $ 2,760.00 $ 180.00 | $ 448.50 |
| 2/21/2012 Dkt. #28556 | December 1, 2011- December 31, 2011 | $ 2,598.75 Reduction- $ 150.00 | $ 337.84 | $ 2,079.00 $ 369.75 | 337.84 |
| 3/9/2012 Dkt. #28647 | January 1, 2012- January 31, 2012 | $ 3,435.00 | $ 449.79 | $ 2,748.00 $ 529.50 | $ 449.79 |
| 4/17/2012 Dkt. #28788 | February 1, 2012- February 29, 2012 | $ 7,451.25 | $ 978.82 | $ 5,961.00 $ 1,496.25 | $ 978.82 |
| 5/4/2012 Dkt. #28879 | March 1, 2012 – March 31, 2012 | $ 4,796.25 | $ 627.60 | $ 3,837.00 $ 730.50 | $ 627.60 |
| 6/1/2012 Dkt. #29011 | April 1, 2012- April 30, 2012 | $ 2,812.50 | $ 368.23 | $ 2,250.00 $ 562.50 | 368.23 |
| 7/5/2012 Dkt. #29195 | May1, 2012- May 31, 2012 | $ 3,236.25 | $ 420.71 | $ 2,589.00 $ 647.25 | 420.71 |
| 8/8/2012 Dkt. #29419 | June 1, 2012- June 30, 2012 | $ 2,486.25 Reduction- $ 183.75 | $ 323.21 | $ 1,989.00 $ 313.50 | 323.21 |
| 9/5/2012 Dkt. #29578 | July 1, 2012- July 31, 2012 | $ 3,603.75 | $ 468.49 | $ 2,883.00 | $ 468.49 |
| 10/5/2012 Dkt. #29740 | August 1, 2012- August 31, 2012 | $ 2,272.50 | $ 295.43 | $ 1,818.00 | $ 295.43 |
| 10/26/2012 Dkt. #29819 | September 1, 2012- September 30, 2012 | $ 1,867.50 | $ 242.78 | $ 1,494.00 | $ 242.78 |
| 12/18/2012 Dkt. #30063 | October 1, 2012- October 31, 2012 | $ 1,578.75 | $ 205.24 | $ 1,263.00 | $ 205.24 |
| 1/18/2013 Dkt. #30168 | November 1, 2012- November 30, 2012 | $ 2,130.00 | $ 276.90 | $ 1,191.34 | $ 276.90 |
| 2/21/2013 Dkt. #30304 | December 1, 2012- December 31, 2012 | $ 1,631.25 | $ 215.00 | Pending | Pending |
| 3/19/2013 Dkt. #30414 | January 1, 2013- January 31, 2013 | $ 1,740.00 | $ 226.20 | Pending | Pending |

**Fee Detail by Professional for the Period of February 1, 2013, through February 28, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 25 Years; 1988 | $575.00 | 4.20 | $ 2,415.00 |
| Matthew G. Moloci | Partner, 15 Years; 1998 | $475.00 | 0.50 | $ 237.50 |
| Cindy Yates | Law Clerk, 31 Yrs. | $145.00 | 2.00 | $ 290.00 |
| **Grand Total** | | | **6.70** | **$ 2,942.50** |
| Blended Rate | | | | $ 439.18 |
| Blended Rate (excluding Law Clerk time) | | | | $ 564.26 |

**Monthly Compensation by Matter Description for the Period of February 1, 2013, through February 28, 2013**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 6.25 | $ 2,693.75 |
| 11 - Fee Applications, Applicant | 0.35 | $ 191.25 |
| 12 – Fee Applications, Others | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 0.10 | $ 57.50 |
| **TOTAL** | **6.70** | **$ 2,942.50** |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of February 1, 2013.

**Monthly Expense Summary for the Period February 1, 2013, through February 28, 2013**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Accommodations | | 0.00 |
| Travel – Airline | | 0.00 |
| Travel – Taxi & Parking | | 0.00 |
| Long Distance Calls | | 0.00 |
| Harmonized Sales Tax (HST) 13% | | $ 382.53 |
| **TOTAL** | | **$ 382.53** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for February 1, 2013, through February 28, 2013, (this "Monthly Fee Statement")[3] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before May 20, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[3] Applicant's Invoice for February 1, 2013, through February 28, 2013, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period February 1, 2013, through February 28, 2013, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $2,942.50 and actual and necessary expenses in the amount of CDN $382.53 (Includes 13% Harmonized Sales Tax) for a total allowance of CDN $3,325.03; Actual Interim Payment of CDN $2,354.00(80% of the allowed fees) and reimbursement of CDN $382.53 (100% of the allowed expenses) be authorized for a total payment of CDN $2,736.53; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustee.   A true and correct copy of the Certification of

David Thompson is attached hereto as **Exhibit B**.


Dated: April 26, 2013                           Respectfully submitted,

                                By:      */s/ Daniel K. Hogan*
                                         Daniel K. Hogan (DE Bar No. 2814)
                                         THE HOGAN FIRM
                                         1311 Delaware Avenue
                                         Wilmington, Delaware 19806
                                         Telephone: 302.656.7540
                                         Facsimile: 302.656.7599
                                         Email: dkhogan@dkhogan.com


                                         **Counsel to the Representative Counsel as Special**
                                         **Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
February 28, 2013
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
### B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH          TELEPHONE
14TH FLOOR                      905-523-1333
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO               TELEFAX
L8N 3P9                         905-523-5878

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

---

## CANADIAN ZAI MONTHLY FEE APPLICATION
## (February  1, 2013 – February 28, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02 /01/13 | receipt of and respond to various class member inquiries as to status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 02 /06/13 | receipt Dan Hogan emails, memos to and from Cindy Yates, receipt of and respond to various class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.50 | $287.50 |
| 02 /07/13 | receipt of and respond to class member inquiries as to status of action and appeals | DT | $575.00 | 0.25 | $143.75 |
| 02 /11/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.25 | $143.75 |
| 02 /11/13 | Emails from Cindy Yates and Karen Harvey regarding payment receipt for October 2012 account | MGM | $475.00 | 0.10 | $47.50 |
| 02 /12/13 | emails to and from Vasuda Sinha with respect to Grace Motion re extension of stay | DT | $575.00 | 0.20 | $115.00 |
| 02 /12/13 | receipt Careen Hannouche letter, memo to Cindy Yates to follow-up with Careen | DT | $575.00 | 0.10 | $57.50 |
| 02 /12/13 | Emails from and to Vasuda Sinha and David Thompson regarding change in scheduling of Grace motion seeking extension of stay | MGM | $475.00 | 0.10 | $47.50 |
| 02 /13/13 | receipt Vasuda Sinha email, receipt and review motion record for extension of stay, review information officer report, memo to file, letter to Vasuda Sinha, receipt Keith Ferbers' email | DT | $575.00 | 0.75 | $431.25 |
| 02 /13/13 | Email from Vasuda Sinha of Norton Rose with attached Grace motion record seeking extension of stay in CCAA proceedings; review motion record; email from David Thompson to Sinha confirming receipt of motion record and consent to extension of stay; email from Keith Ferbers to Sinha requesting further particulars from Information Officer; | MGM | $475.00 | 0.30 | $142.50 |

| 02 /14/13 | receipt of and respond to class member inquiries re: status of US appeals, CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
|---|---|---|---|---|---|
| 02 /15/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.35 | $201.25 |
| 02 /19/13 | receipt of and respond to class member inquiries re status of US appeals, CDN ZAI settlement administration | DT | $575.00 | 0.25 | $143.75 |
| 02 /19/13 | memos to and from Matt Moloci, discuss with Cindy Yates the Matt Moloci memo, letter to Dan Hogan | DT | $575.00 | 0.25 | $143.75 |
| 02 /19/13 | receipt Karen Harvey and Dan Hogan emails, memo to Cindy Yates | DT | $575.00 | 0.25 | $143.75 |
| 02 /26/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 02 /28/13 | receipt and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 02 /28/13 | review dockets for period February 1, 2013 to February 28, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of February 1, 2013 to February 28, 2013 | LC | $145.00 | 2.00 | $290.00 |
| | | | **SUB-TOTAL** | **6.70** | **$2,942.50** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years - 1988 | DT | 4.20 | *$575.00 | $2,415.00 | $313.95 |
| MATTHEW G. MOLOCI 15 years - 1998 | MGM | 0.50 | *$475.00 | $237.50 | $30.88 |
| LAW CLERK Cindy Yates 31 years - 1982 | CY | 2.00 | *$145.00 | $290.00 | $37.70 |
| **SUB-TOTAL:** | | **6.7** | | **$2,942.50** | **$382.53** |
| **TOTAL FEES AND TAXES:** | | | | | **$3,325.03** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**

**\* NEW HOURLY FEE RATES EFFECTIVE FEBRUARY 1, 2013**

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO   :

                          : ss

CITY OF HAMILTON        :

        I, David Thompson, after being duly sworn according to law, depose and say as follows:

        1.      I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

        2.      On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

        3.      On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

        4.      Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

        5.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

        6.      I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

        I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 26th day of April, 2013.

Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2015.