IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING THIRTEENTH QUARTERLY APPLICATION
OF SCARFONE HAWKINS FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES
FOR JANUARY 1, 2013, THROUGH MARCH 1, 2013**

Scarfone Hawkins ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its Thirteenth Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From January 1, 2013, through March 1, 2013 ("Thirteenth Quarterly Application"). The Court has reviewed the Thirteenth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Thirteenth Quarterly Application, and any hearing on the Thirteenth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Thirteenth Quarterly Application.  Accordingly, it is

ORDERED that the Thirteenth Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Scarfone Hawkins the sum of CDN $6,420.00 as compensation and CDN $834.60 as reimbursement of expenses, for a total of CDN $7,254.60 for services rendered and disbursements incurred by Scarfone Hawkins for the period January 1, 2013, through March 1, 2013, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____                          _____
                                                                                    Judith K. Fitzgerald
                                                                                    United States Bankruptcy Judge