**EXHIBIT A**

# Blackstone Advisory Partners L.P.

May 20, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of January 1, 2013 through January 31, 2013: | $ | 100,000.00 |
| Out-of-pocket expenses processed for the period through January 31, 2013: [1] | | |
| Communications $ 1.82 | | 1.82 |
| Subtotal | | 100,001.82 |
| Less: Payment Received | | (80,001.82) |
| **Total Amount Due** | $ | **20,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 78853**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through January 31, 2013**
**Invoice Number: 78853**

|  | GL Detail Jan-13 | | Total Expenses | |
|---|---|---|---|---|
| Communications - Teleconferencing | $ | 1.82 | $ | 1.82 |
| **Total Expenses** | $ | **1.82** | $ | **1.82** |
|  |  |  |  |  |
| **Communications** |  |  | $ | **1.82** |
|  |  |  |  |  |
| **Total Expenses** |  |  | $ | **1.82** |

W. R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2013
Invoice Number: 78853

Communications - Teleconferencing
Schlesinger

| | | | |
|---|---|---|---|
| 12/24/12 | 1.82 | | |
| Subtotal - Communications - Teleconferencing | | $ | 1.82 |
| Total Expenses | | $ | 1.82 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 3.0 |
| Adam Schlesinger | Associate | 26.5 |
| Benjamin Jaffe | Analyst | 93.9 |
| | **Total** | **123.4** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/02/13 | 2.0 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/02/13 | 2.0 | Case Administration | Analysis for brief preparation |
| Adam Schlesinger | 01/03/13 | 1.5 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/03/13 | 2.0 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/04/13 | 2.0 | Case Administration | Analysis for brief preparation |
| Adam Schlesinger | 01/07/13 | 0.7 | Case Administration | Analysis for brief preparation |
| Adam Schlesinger | 01/09/13 | 0.5 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/09/13 | 0.5 | Case Administration | Call with counsel regarding brief preparation |
| Adam Schlesinger | 01/11/13 | 0.5 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/11/13 | 6.0 | Case Administration | Analysis for brief preparation |
| Benjamin Jaffe | 01/11/13 | 0.3 | Case Administration | Call with counsel regarding brief preparation |
| Jamie O'Connell | 01/11/13 | 0.4 | Case Administration | Call with counsel and correspondence regarding draft brief |
| Benjamin Jaffe | 01/12/13 | 5.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 01/13/13 | 1.5 | Case Administration | Review draft brief |
| Adam Schlesinger | 01/13/13 | 0.2 | Case Administration | Call with management regarding draft brief |
| Benjamin Jaffe | 01/13/13 | 4.0 | Case Administration | Review draft motion |
| Jamie O'Connell | 01/13/13 | 0.6 | Case Administration | Review and comment on draft brief |
| Jamie O'Connell | 01/13/13 | 0.2 | Case Administration | Call with management regarding draft brief |
| Adam Schlesinger | 01/14/13 | 0.3 | Case Administration | Call with management and counsel regarding draft pension motion |
| Benjamin Jaffe | 01/14/13 | 0.3 | Case Administration | Call with management and counsel regarding draft pension motion |
| Jamie O'Connell | 01/14/13 | 0.3 | Case Administration | Call with management and counsel regarding draft pension motion |
| Adam Schlesinger | 01/18/13 | 0.5 | Case Administration | Call with management and counsel regarding draft motion |
| Adam Schlesinger | 01/23/13 | 0.6 | Case Administration | Review draft motion |
| Adam Schlesinger | 01/28/13 | 0.3 | Case Administration | Review draft motion |
| Adam Schlesinger | 01/28/13 | 0.5 | Case Administration | Call with management and counsel regarding draft motion |
| Benjamin Jaffe | 01/28/13 | 0.5 | Case Administration | Call with management and counsel regarding draft motion |
| Adam Schlesinger | 01/30/13 | 0.3 | Case Administration | Review draft motion |
| | | 34.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 01/02/13 | 1.0 | Claims Analysis Objection/Resolution | Call with professionals and counsel regarding claims analysis |
| Benjamin Jaffe | 01/02/13 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/11/13 | 0.5 | Claims Analysis Objection/Resolution | Response to counsel regarding claims question |
| Benjamin Jaffe | 01/14/13 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Benjamin Jaffe | 01/15/13 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/16/13 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Benjamin Jaffe | 01/16/13 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/17/13 | 1.0 | Claims Analysis Objection/Resolution | Various correspondences with Grace management regarding claims |
| Benjamin Jaffe | 01/22/13 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/23/13 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Benjamin Jaffe | 01/24/13 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Benjamin Jaffe | 01/28/13 | 6.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/29/13 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 01/31/13 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 27.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/03/13 | 1.3 | Committee | Committee information request |
| Adam Schlesinger | 01/08/13 | 1.0 | Committee | Committee information request |
| Adam Schlesinger | 01/09/13 | 0.2 | Committee | Committee information request |
| Adam Schlesinger | 01/10/13 | 0.4 | Committee | Committee information request |
| Adam Schlesinger | 01/11/13 | 0.3 | Committee | Committee information request |
| Adam Schlesinger | 01/14/13 | 0.2 | Committee | Committee information request |
| Adam Schlesinger | 01/23/13 | 0.7 | Committee | Committee information request |
| Adam Schlesinger | 01/25/13 | 0.3 | Committee | Committee information request |
|  |  | 4.4 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 01/01/13 | 3.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/02/13 | 2.5 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/02/13 | 0.5 | Corporate Finance | Meeting with J. O'Connell regarding financial analyses |
| Benjamin Jaffe | 01/02/13 | 3.0 | Corporate Finance | Year-end financial analysis |
| Jamie O'Connell | 01/02/13 | 0.5 | Corporate Finance | Meeting with B. Jaffe regarding financial analyses |
| Jamie O'Connell | 01/02/13 | 0.2 | Corporate Finance | Correspondence regarding financial analysis |
| Benjamin Jaffe | 01/03/13 | 7.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/04/13 | 0.8 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/04/13 | 8.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/05/13 | 0.5 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/05/13 | 5.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/06/13 | 1.5 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/06/13 | 4.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/07/13 | 1.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/07/13 | 1.0 | Corporate Finance | Internal meeting with B. Jaffe regarding year end analyses |
| Benjamin Jaffe | 01/07/13 | 6.0 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/07/13 | 1.0 | Corporate Finance | Internal meeting with A. Schlesinger regarding year end analyses |
| Adam Schlesinger | 01/08/13 | 1.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/09/13 | 0.5 | Corporate Finance | Internal team meeting regarding various matters |
| Benjamin Jaffe | 01/09/13 | 0.5 | Corporate Finance | Internal team meeting regarding various matters |
| Benjamin Jaffe | 01/09/13 | 2.5 | Corporate Finance | Year-end financial analysis |
| Jamie O'Connell | 01/09/13 | 0.5 | Corporate Finance | Internal team meeting regarding various matters |
| Benjamin Jaffe | 01/11/13 | 0.3 | Corporate Finance | Call with J. O'Connell regarding brief preparation |
| Benjamin Jaffe | 01/11/13 | 1.0 | Corporate Finance | Year-end financial analysis |
| Jamie O'Connell | 01/11/13 | 0.3 | Corporate Finance | Call with B. Jaffe regarding brief preparation |
| Adam Schlesinger | 01/15/13 | 1.0 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/17/13 | 0.4 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 01/17/13 | 1.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/22/13 | 0.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/28/13 | 0.5 | Corporate Finance | Year-end financial analysis |
| Adam Schlesinger | 01/29/13 | 0.5 | Corporate Finance | Year-end financial analysis |
| | | 57.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/17/13 | 0.5 | Fee Applications | Review draft fee application |
|  |  | 0.5 |  |  |

# Blackstone Advisory Partners L.P.

May 20, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly Fee for the period of February 1, 2013 through February 28, 2013: | $ | 12,500.00 |
| Monthly Fee for the period of March 1, 2013 through March 31, 2013: | | 12,500.00 |
| Out-of-pocket expenses processed for the period through March 31, 2013: [1] | | |
| Research | $ 75.50 | 75.50 |
| **Total Amount Due** | $ | **25,075.50** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 80410**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through March 31, 2013**
**Invoice Number: 80410**

| | GL Detail Mar-13 | | Total Expenses | |
|---|---|---|---|---|
| Internal Research | $ | 48.00 | $ | 48.00 |
| External Research - Online Database | | 27.50 | | 27.50 |
| **Total Expenses** | **$** | **75.50** | **$** | **75.50** |
| | | | | |
| **Research** | | | **$** | **75.50** |
| | | | | |
| **Total Expenses** | | | **$** | **75.50** |

W. R. Grace & Co.
Detail of Expenses Processed
Through March 31, 2013
Invoice Number: 80410

**Internal Research**
Jaffe (online data research)                                02/18/13                    $      48.00
                                            Subtotal - Internal Research                          $        48.00

**External Research – Online Database**
de Almeida (retrieved documents from Court docket via PACER)        10/16/12 - 12/21/12                    27.50
                                            Subtotal - External Research - Online Database                            27.50

                                            Total Expenses                                $        75.50

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 0.7 |
| Adam Schlesinger | Associate | 5.8 |
| Benjamin Jaffe | Analyst | 10.9 |
| | **Total** | **17.4** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/01/13 | 0.4 | Case Administration | Conference call with management and counsel regarding draft motion |
| Adam Schlesinger | 02/01/13 | 0.5 | Case Administration | Review draft motion |
| Benjamin Jaffe | 02/01/13 | 0.4 | Case Administration | Conference call with management and counsel regarding draft motion |
| Jamie O'Connell | 02/01/13 | 0.4 | Case Administration | Conference call with management and counsel regarding draft motion |
| Adam Schlesinger | 02/13/13 | 0.5 | Case Administration | Review emergence analyses |
| Adam Schlesinger | 02/21/13 | 0.8 | Case Administration | Review draft motion |
| | | 3.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 02/01/13 | 5.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 02/19/13 | 0.5 | Claims Analysis Objection/Resolution | Claims reconciliation |
| Benjamin Jaffe | 02/19/13 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 6.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/04/13 | 0.3 | Committee | Review response to committee information request |
| Adam Schlesinger | 02/06/13 | 0.7 | Committee | Respond to committee information request |
| Adam Schlesinger | 02/21/13 | 0.6 | Committee | Respond to committee information request |
| Adam Schlesinger | 02/25/13 | 0.5 | Committee | Call with committee professional to respond to information request |
| Adam Schlesinger | 02/25/13 | 0.3 | Committee | Respond to committee information request |
| | | 2.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/04/13 | 0.3 | Corporate Finance | Review financial analyses |
| Benjamin Jaffe | 02/04/13 | 1.0 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 02/12/13 | 1.0 | Corporate Finance | Year-end financial analysis |
| Benjamin Jaffe | 02/19/13 | 0.5 | Corporate Finance | Security analysis |
| | | 2.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/01/13 | 0.4 | Fee Applications | Review draft fee application |
| Benjamin Jaffe | 02/01/13 | 1.0 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 02/04/13 | 0.3 | Fee Applications | Review and comment on draft fee application |
| Benjamin Jaffe | 02/15/13 | 1.0 | Fee Applications | Review draft fee application |
| | | 2.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 2.4 |
| Adam Schlesinger | Associate | 8.2 |
| Benjamin Jaffe | Analyst | 9.0 |
| | **Total** | **19.6** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/01/13 | 0.2 | Business Analysis | Call with management regarding new business development |
| Jamie O'Connell | 03/27/13 | 0.2 | Business Analysis | Call with management regarding new business development |
| Jamie O'Connell | 03/29/13 | 0.5 | Business Analysis | Conference call with management and counsel regarding new business development |
| | | 0.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/01/13 | 0.4 | Case Administration | Conference call with management and counsel regarding LTIP |
| Adam Schlesinger | 03/06/13 | 0.3 | Case Administration | Review disclosure statement |
| | | 0.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 03/06/13 | 1.0 | Claims Analysis Objection/Resolution | Review of bankruptcy filings |
| Benjamin Jaffe | 03/28/13 | 2.0 | Claims Analysis Objection/Resolution | Review of bankruptcy filings |
| | | 3.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/18/13 | 0.2 | Committee | Discuss committee distribution with counsel |
| Adam Schlesinger | 03/19/13 | 0.5 | Committee | Review company presentation |
| Adam Schlesinger | 03/20/13 | 2.0 | Committee | Respond to committee information request |
| Adam Schlesinger | 03/26/13 | 2.0 | Committee | Respond to committee information request |
| Adam Schlesinger | 03/27/13 | 0.5 | Committee | Communicate new business development to committees |
| Adam Schlesinger | 03/28/13 | 0.5 | Committee | Call with committee regarding information request |
| | | 5.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 03/01/13 | 2.0 | Corporate Finance | Review of company 10-K |
| Benjamin Jaffe | 03/04/13 | 1.0 | Corporate Finance | Review of company 10-K |
| Benjamin Jaffe | 03/15/13 | 1.0 | Corporate Finance | Review of disclosure statement |
| Jamie O'Connell | 03/20/13 | 0.3 | Corporate Finance | Correspondence regarding RAP |
| | | 4.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/11/13 | 0.2 | Employee Benefits/Pension | Review and provide comments on draft order |
| Adam Schlesinger | 03/13/13 | 1.0 | Employee Benefits/Pension | Review and provide comments on draft motion |
| Adam Schlesinger | 03/14/13 | 0.5 | Employee Benefits/Pension | Review and provide comments on draft motion |
| Jamie O'Connell | 03/14/13 | 0.5 | Employee Benefits/Pension | Review and comment on draft LTIP motion |
| | | 2.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 03/05/13 | 2.0 | Fee Applications | Draft fee application |
| Adam Schlesinger | 03/06/13 | 0.5 | Fee Applications | Draft fee application |
| Jamie O'Connell | 03/16/13 | 0.3 | Fee Applications | Review and comment on fee application |
| | | 2.8 | | |