# EXHIBIT A
(Fee Detail)

## FEES

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $10,528.00 |
| **FEE APPLICATION – APPLICANT** | $280.00 |
| **TOTAL FEES** | $10,808.00 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 31, 2013
Bill Number 163595
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH APRIL 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/02/13 | ARA | Document control. | 5.30 Hrs | 477.00 |
| 04/03/13 | ARA | Document control. | 6.00 Hrs | 540.00 |
| 04/04/13 | ARA | Document control. | 6.50 Hrs | 585.00 |
| 04/05/13 | ARA | Document control. | 6.30 Hrs | 567.00 |
| 04/08/13 | ARA | Document control. | 4.80 Hrs | 432.00 |
| 04/09/13 | ARA | Document control. | 5.40 Hrs | 486.00 |
| 04/10/13 | ARA | Document control. | 4.00 Hrs | 360.00 |
| 04/11/13 | ARA | Document control. | 3.00 Hrs | 270.00 |
| 04/12/13 | ARA | Document control. | 6.20 Hrs | 558.00 |
| 04/15/13 | RAM | Read selected documents filed in Bankruptcy Court. | 0.40 Hrs | 140.00 |
| 04/16/13 | ARA | Document control. | 6.40 Hrs | 576.00 |
| 04/17/13 | ARA | Document control. | 6.10 Hrs | 549.00 |
| 04/18/13 | ARA | Document control. | 7.00 Hrs | 630.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH APRIL 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/22/13 | MTM | Telephone call from in-house counsel re: Libby employee termination date project (.2); receipt and review of email from in-house counsel re: same (.1); email to ARA re: same (.1); telephone call from ARA re: documents found (.2); email to in-house counsel re: same (.1). | 0.70 Hrs | 210.00 |
| 04/22/13 | ARA | Per MTM's email from in-house counsel, locate and review specific Libby personnel files for last day of employment (6.5); produce information/documents to MTM (.5). | 7.00 Hrs | 980.00 |
| 04/23/13 | ARA | Quality control Libby personnel files. | 5.10 Hrs | 714.00 |
| 04/23/13 | ARA | Document control. | 1.00 Hrs | 90.00 |
| 04/24/13 | ARA | Quality control Libby personnel files. | 4.50 Hrs | 630.00 |
| 04/25/13 | ARA | Document control. | 0.80 Hrs | 72.00 |
| 04/26/13 | ARA | Document control. | 4.50 Hrs | 405.00 |
| 04/29/13 | RAM | Read updated Bankruptcy Court docket entries to select documents to read. | 0.10 Hrs | No Charge |
| 04/29/13 | MTM | Email from in-house counsel re: Libby personnel file; email to ARA re: same. | 0.10 Hrs | 30.00 |
| 04/29/13 | ARA | Document control. | 6.20 Hrs | 558.00 |
| 04/29/13 | ARA | Per MTM's email, obtain Libby personnel file, review and make arrangements to have it copied. | 1.00 Hrs | 140.00 |
| 04/30/13 | ARA | Document control. | 5.10 Hrs | 459.00 |
| 04/30/13 | ARA | Receipt of Libby personnel file from copy service; quality control same. | 0.50 Hrs | 70.00 |

TOTAL LEGAL SERVICES   $10,528.00

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.40 | 350.00 | 140.00 |
| Matthew T. Murphy | 0.80 | 300.00 | 240.00 |
| Angela R. Anderson | 18.10 | 140.00 | 2,534.00 |

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Angela R. Anderson | 84.60 | 90.00 | 7,614.00 |
| Robert A. Murphy | 0.10 | 350.00 | No Charge |
| | 104.00 | | $10,528.00 |

TOTAL THIS BILL  $10,528.00

Page 3

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 31, 2013
Bill Number 163596
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH APRIL 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/01/13 | RAM | Send "as filed" February Fee Application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 04/26/13 | RAM | Work on March Fee Application. | 0.70 Hrs | 245.00 |
| | | TOTAL LEGAL SERVICES | | $280.00 |

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.80 | 350.00 | 280.00 |
| | 0.80 | | $280.00 |

TOTAL THIS BILL     $280.00

Page 1