**<u>EXHIBIT B</u>**
**(Expense Detail)**

**EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,788.96 |
| **FEE APPLICATION -- APPLICANT** | $20.96 |
| **TOTAL EXPENSES** | $12,809.92 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 31, 2013
Bill Number  163597
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH APRIL 30, 2013

PHOTOCOPYING
| | | | |
|---|---|---|---|
| 04/22/13 | 15 copies at $.10 per copy | 1.50 | |
| | | | $1.50 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 04/01/13 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square-April 2013. | 12,379.16 | |
| | | | $12,379.16 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 04/05/13 | RECORDKEEPER ARCHIVE CENTERS,: Storage from 04/01/2013 through 4/30/13. | 408.30 | |
| | | | $408.30 |

| | |
|---|---|
| TOTAL COSTS | $12,788.96 |
| | |
| TOTAL THIS BILL | $12,788.96 |

# CASNER & EDWARDS, LLP

A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 31, 2013
Bill Number  163598
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH APRIL 30, 2013

FEDERAL EXPRESS

| | | |
|---|---|---|
| 04/22/13 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on March 28, 2013 by R A Murphy. | 20.96 |
| | | $20.96 |
| | TOTAL COSTS | $20.96 |
| | TOTAL THIS BILL | $20.96 |