## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

IN RE REASSIGNMENT OF THE CASES OF          )
THE HONORABLE JUDITH K. FITZGERALD, RETIRED    )
_____    )

### ORDER OF REASSIGNMENTS

WHEREAS, Judge Judith K. Fitzgerald has retired and, therefore, cases assigned to Judge

Fitzgerald require reassignment,

IT IS THEREFORE ORDERED this 5th day of June, 2013, that the following cases and

associated cases, if any, are reassigned to the Judges indicated:

| Case Name | Case Number | Reassigned Judge |
|---|---|---|
| In re Swan Transportation Company | 01-11690 | Judge Brendan L. Shannon |
| In re A-Best Products Company, Inc. | 02-12734 | Judge Kevin J. Carey |
| In re Combustion Engineering, Inc. | 03-10495 | Judge Mary F. Walrath |
| In re ABB Lummus Global Inc. | 06-10401 | Judge Mary F. Walrath |
| In re W.R. Grace & Co., et al. | 01-1139 | Judge Kevin J. Carey |
| In re Federal-Mogul Global, Inc., et al. | 01-10578 | Judge Christopher S. Sontchi |
| In re The Flintkote Company | 04-11300 | Judge Mary F. Walrath |
| In re Specialty Products Holding Corp., et al. | 10-11780 | Judge Peter J. Walsh |
| In re Just for Feet, Inc., et al. | 99-4110 | Judge Christopher S. Sontchi |
| In re David J. Buchanan | 04-12419 | Judge Brendan L. Shannon |

Sherry Stiles of the Court's Clerk's Office, who served as Judge Fitzgerald's Courtroom

Deputy in Delaware, will continue to administer the cases and will handle scheduling.

Dated: June 5, 2013

_____
KEVIN GROSS, CHIEF JUDGE, U.S.B.C.