**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2013
ACCOUNT NO:      3000-01D
STATEMENT NO:              103

Asset Analysis and Recovery

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $663.00 |
| 04/17/2013 | | | |
| MTH | Reviewing Order entered re Markel insurance settlement | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

TOTAL CURRENT WORK                                                         39.00

BALANCE DUE                                                                    $702.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
04/30/2013
ACCOUNT NO:    3000-02D
STATEMENT NO:    143

Asset Disposition

PREVIOUS BALANCE                                                                $37.30

|            |     |                                                     | HOURS |        |
|------------|-----|-----------------------------------------------------|-------|--------|
| 04/12/2013 |     |                                                     |       |        |
|            | MTH | Reviewing Debtors' Notice of Rejection of Lease     | 0.20  | 78.00  |
| 04/16/2013 |     |                                                     |       |        |
|            | MTH | Reviewing Debtors' Motion re private sale of real property | 2.20 | 858.00 |
| 04/26/2013 |     |                                                     |       |        |
|            | MTH | Reviewing Debtors' Report re Asset Sales re de minimis assets | 0.10 | 39.00 |
|            |     | FOR CURRENT SERVICES RENDERED                       | 2.50  | 975.00 |

RECAPITULATION

| TIMEKEEPER       | HOURS | HOURLY RATE | TOTAL    |
|------------------|-------|-------------|----------|
| Mark T. Hurford  | 2.50  | $390.00     | $975.00  |

TOTAL CURRENT WORK                                                              975.00

BALANCE DUE                                                                   $1,012.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2013 |
| Wilmington DE | ACCOUNT NO:     3000-03D |
|  | STATEMENT NO:     129 |

Business Operations

| | PREVIOUS BALANCE | $7.80 |
|---|---|---|
| 04/08/2013 | Payment - Thank you. (September, 2012 - 20% Fees) | -7.80 |
| | BALANCE DUE | $0.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2013
ACCOUNT NO:       3000-04D
STATEMENT NO:           143

Case Administration


PREVIOUS BALANCE                                                                                                    $630.27

BALANCE DUE                                                                                                             $630.27


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
04/30/2013
ACCOUNT NO:    3000-05D
STATEMENT NO:    143

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                    $2,391.80

04/08/2013    Payment - Thank you. (July, 2012 - 20% Fees)              -70.20

BALANCE DUE                                                         $2,321.60

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
04/30/2013
ACCOUNT NO:        3000-06D
STATEMENT NO:           143

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | -$272.70 |

| Date | | | HOURS | |
|---|---|---|---|---|
| 04/11/2013 | | | | |
| | MTH | Reviewing Debtors' Notice of Settlement with DAP Products | 0.30 | 117.00 |
| 04/26/2013 | | | | |
| | MTH | Reviewing Debtors' Report re Claims Settlements | 0.10 | 39.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.40 | 156.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $390.00 | $156.00 |

TOTAL CURRENT WORK                                                              156.00

CREDIT BALANCE                                                              -$116.70

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2013

ACCOUNT NO:        3000-07D
STATEMENT NO:            143

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $11,964.44 |
| **04/01/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/02/2013** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/03/2013** | | | |
| PEM | Review memorandum re: motion to Implement 2013 LTIP. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Review correspondence from EI and memo from Charter Oak re Debtors' 2013 LTIP Motion | 0.50 | 195.00 |
| **04/04/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/05/2013** | | | |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | MTH | Prepare weekly recommendation memos; reviewing correspondence from SMC to Committee re same | 0.50 | 195.00 |
| 04/08/2013 |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 04/09/2013 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 04/10/2013 |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 0.10 |
| 04/11/2013 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 04/12/2013 |  |  |  |  |
|  | MK | Review committee events calendar. | 0.10 | 15.50 |
|  | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
|  | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | MTH | Prepare weekly recommendation memos; reviewing correspondence from SMC to Committee re same | 0.50 | 195.00 |
| 04/15/2013 |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | MTH | Reviewing Order entered on LTIP Motion; reviewing Agenda for hearing | 0.30 | 117.00 |

W.R. Grace

ACCOUNT NO: 3000-07D
STATEMENT NO: 143

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **04/16/2013** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/17/2013** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/18/2013** |  |  |  |
| PEM | Review report re: pleadings filed. | 0.10 | 47.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/19/2013** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing noticed; draft and distribute Daily Memo | 0.20 | 17.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| **04/22/2013** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing noticed;draft and distribute Daily Memo | 0.20 | 17.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/23/2013** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/24/2013** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/25/2013** |  |  |  |
| FKL | Review recently filed pleadings and electric filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

Page: 4
04/30/2013

W.R. Grace

ACCOUNT NO:      3000-07D
STATEMENT NO:          143

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **04/26/2013** |  |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.40 | 44.00 |
| PEM | Review memorandum and exhibits re: proposed transaction and correspondence from ACC re: same. | | 0.30 | 141.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | | 0.10 | 47.00 |
| DAC | Review counsel's weekly memo | | 0.20 | 104.00 |
| MTH | Review correspondence from EI and Charter Oak re proposed acquisition and various responses from committee members re same | | 0.40 | 156.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memos | | 0.90 | 351.00 |
| DAC | Review memo re: asset purchase | | 0.20 | 104.00 |
| **04/29/2013** |  |  |  |  |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **04/30/2013** |  |  |  |  |
| PEM | Review memo re: pleadings filed | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| MTH | Review correspondence from EI re possible acquisition | | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | | 12.80 | 3,759.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $520.00 | $416.00 |
| Philip E. Milch | 1.60 | 470.00 | 752.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 4.00 | 110.00 | 440.00 |
| Mark T. Hurford | 5.20 | 390.00 | 2,028.00 |
| Freddie Koenig-Leuck | 0.90 | 85.00 | 76.50 |

TOTAL CURRENT WORK                                                3,759.00

| 04/05/2013 | Payment - Thank you. (August, 2012 - 20% Fees) | -937.40 |
|---|---|---|
| 04/08/2013 | Payment - Thank you. (July, 2012 - 20% Fees) | -762.80 |

|  |  |
|---|---|
|  | Page: 5 |
| W.R. Grace | 04/30/2013 |
| | ACCOUNT NO:  3000-07D |
| | STATEMENT NO:  143 |

Committee, Creditors, Noteholders, Equity Holders

| | | |
|---|---|---|
| 04/08/2013 | Payment - Thank you. (September, 2012 - 20% Fees) | -847.40 |
| 04/15/2013 | Payment - Thank you. (January, 2013 - 80% Fees) | -2,712.40 |
| | TOTAL PAYMENTS | -5,260.00 |
| | BALANCE DUE | $10,463.44 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2013
ACCOUNT NO:    3000-08D
STATEMENT NO:    142

Employee Benefits/Pension

|  |  |  |  |  |
|---|---|---|---|---|
| PREVIOUS BALANCE |  |  |  | $139.10 |

|  |  | HOURS |  |
|---|---|---|---|
| | | HOURS | |
| 04/02/2013 | | | |
| MTH | Review correspondence from B. Rapp re LTIP Motion; additional review of same | 0.30 | 117.00 |
| 04/09/2013 | | | |
| MTH | Reviewing Debtors' COC re LTIP Motion | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 0.50 | 195.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $390.00 | $195.00 |

TOTAL CURRENT WORK                                                                        195.00

BALANCE DUE                                                                        $334.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
04/30/2013
ACCOUNT NO:     3000-10D
STATEMENT NO:        143

Employment Applications, Others

PREVIOUS BALANCE                                                                   $2,277.90

|            |                                                                    | HOURS |        |
|------------|--------------------------------------------------------------------|-------|--------|
| 04/17/2013 |                                                                    |       |        |
| MTH        | Reviewing Order entered re Baker Donelson                          | 0.10  | 39.00  |
| MTH        | Reviewing additional order entered re Baker Donelson (standard of review order) | 0.10  | 39.00  |
|            | FOR CURRENT SERVICES RENDERED                                      | 0.20  | 78.00  |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL   |
|-----------------|-------|-------------|---------|
| Mark T. Hurford | 0.20  | $390.00     | $78.00  |

TOTAL CURRENT WORK                                                                      78.00

04/08/2013     Payment - Thank you. (July, 2012 - 20% Fees)                            -31.20

BALANCE DUE                                                                         $2,324.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
04/30/2013

W.R. Grace
Wilmington  DE

ACCOUNT NO:     3000-11D
STATEMENT NO:        141

Expenses

PREVIOUS BALANCE                                                                          $5,670.82

| | | |
|---|---|---|
| 04/01/2013 | Printing - March 2013 | 100.70 |
| 04/01/2013 | Scanning - March 2013 | 0.30 |
| 04/01/2013 | Parcels - copy/service - Response to Motion | 215.08 |
| 04/01/2013 | Pacer charges for the month of March | 23.90 |
| 04/02/2013 | Parcels - hand delivery - U.S. District Court | 7.50 |
| 04/03/2013 | Parcels - copy/service - Fee Applications | 245.80 |
| 04/08/2013 | Parcels - copy/service - Certificates of No Objection | 46.20 |
| | TOTAL EXPENSES | 639.48 |
| | TOTAL CURRENT WORK | 639.48 |
| 04/15/2013 | Payment - Thank you. (January, 2013 - 100% Expenses) | -584.50 |
| | BALANCE DUE | $5,725.80 |

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2013
ACCOUNT NO:    3000-12D
STATEMENT NO:    141

Fee Applications, Applicant

|  |  | HOURS |  |
|---|---|---|---|
| | PREVIOUS BALANCE | | $3,677.60 |
| **04/03/2013** | | | |
| TS | Finalize and e-file C&L February fee application | 0.30 | 33.00 |
| MTH | Reviewing C&L's February fee application for service and filing | 0.20 | 78.00 |
| **04/08/2013** | | | |
| TS | Prepare Certificate of No Objection to C&L January fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| MTH | Reviewing docket and reviewing draft CNO for C&L fee application | 0.10 | 39.00 |
| **04/10/2013** | | | |
| TS | Review March prebill | 0.20 | 22.00 |
| MTH | Reviewing prebill | 0.50 | 195.00 |
| **04/16/2013** | | | |
| TS | Work related to final fee application | 3.20 | 352.00 |
| **04/17/2013** | | | |
| TS | Work related to final fee application | 2.00 | 220.00 |
| **04/18/2013** | | | |
| TS | Work related to final fee application | 0.40 | 44.00 |
| **04/23/2013** | | | |
| TS | Work related to final fee application | 1.30 | 143.00 |
| | FOR CURRENT SERVICES RENDERED | 8.60 | 1,170.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $390.00 | $312.00 |
| Timothy Simpson | 7.80 | 110.00 | 858.00 |

Page: 2
04/30/2013

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:          141

Fee Applications, Applicant

|  |  |  |
|---|---|---:|
| | TOTAL CURRENT WORK | 1,170.00 |

| | | |
|---|---|---:|
| 04/05/2013 | Payment - Thank you. (August, 2012 - 20% Fees) | -148.80 |
| 04/08/2013 | Payment - Thank you. (July, 2012 - 20% Fees) | -223.60 |
| 04/08/2013 | Payment - Thank you. (September, 2012 - 20% Fees) | -80.80 |
| 04/15/2013 | Payment - Thank you. (January, 2013 - 80% Fees) | -461.60 |
| | TOTAL PAYMENTS | -914.80 |
| | | |
| | BALANCE DUE | $3,932.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
04/30/2013
ACCOUNT NO: 3000-13D
STATEMENT NO: 128

Fee Applications, Others

|  | PREVIOUS BALANCE |  | $14,682.90 |
|---|---|---|---|
|  |  | HOURS |  |
| **04/01/2013** |  |  |  |
| TS | Correspondence with DR re: LAS January fees | 0.10 | 11.00 |
| MTH | Reviewing issues re Fee Auditor inquiry; drafting response to same | 0.50 | 195.00 |
| **04/02/2013** |  |  |  |
| MTH | Review correspondence from MS re Grant Thorton fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DR re LAS fees; discussion with TS re same | 0.10 | 39.00 |
| **04/03/2013** |  |  |  |
| TS | Review e-mail from DR re: LAS January bill (.1); Prepare LAS January fee application (.3); Finalize and e-file application (.3) | 0.70 | 77.00 |
| TS | Review e-mail from EB re: C&D February fee application (.1); Update C&D February fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| TS | Review e-mail from AP re: AKO February fee application (.1); Update AKO February fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| TS | Review e-mail from GS re: changes to Charter Oak February fee application (.1); Finalize and e-file application (.3) | 0.40 | 44.00 |
| MTH | Review correspondence from TS re draft fee application for LAS and reviewing response to same from D. Relles | 0.20 | 78.00 |
| MTH | Review correspondence from TT re Beveridge & Diamond fee application for February 2013 | 0.10 | 39.00 |
| MTH | Reviewing Charter Oak's February fee application for service and filing | 0.20 | 78.00 |
| MTH | Reviewing AKO's February fee application for service and filing | 0.20 | 78.00 |
| MTH | Reviewing LAS's February fee application for service and filing | 0.10 | 39.00 |
| MTH | Reviewing Caplin & Drysdale's February fee application for service and filing | 0.20 | 78.00 |
| MTH | Review correspondence from TS (x2) re service of fee applications to Fee Auditor and Notice Parties | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| **04/04/2013** | | | |
| MTH | Review correspondence from DF re Orrick quarterly fee application | 0.10 | 39.00 |
| **04/05/2013** | | | |
| TS | Correspondence with EB re: C&D payments and research same | 0.30 | 33.00 |
| SMB | Review March 2013 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Orrick Herrington & Sutcliffe (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Beveridge & Diamond (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2012 application of Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Woodcock Washburn (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Judge Alexander Sanders (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Kramer Levin Naftalis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Duane Morris (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Duane Morris (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Stroock & Stroock and Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Reed Smith (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Warren H. Smith & Associates (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of The Law Offices of Roger Higgins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Kirkland & Ellis (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Various correspondence re payments on fee applications for C&D | 0.20 | 78.00 |
| MTH | Review correspondence from TBB re Saul Ewing fee application for 15th Quarter | 0.10 | 39.00 |

Page: 3
04/30/2013
ACCOUNT NO:       3000-13D
STATEMENT NO:          128

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review correspondence from DP re BMC fee application for February 2013 | 0.10 | 39.00 |
| **04/08/2013** | | | | |
| | TS | Prepare Certificate of No Objection to C&D January fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection to AKO January fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection to Charter Oak January fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | MTH | Reviewing docket and reviewing draft CNO for Charter Oak fee application | 0.20 | 78.00 |
| | MTH | Reviewing docket and reviewing draft CNO for C&D fee application | 0.10 | 39.00 |
| | MTH | Reviewing docket and reviewing draft CNO for AKO fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from TS re service of CNO's to R. Finke | 0.10 | 39.00 |
| **04/09/2013** | | | | |
| | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| | MTH | Reviewing Debtors' COC re Baker Donelson Clarification Motion | 0.10 | 39.00 |
| **04/10/2013** | | | | |
| | MTH | Review correspondence from LC re various CNO's filed by the Hogan Firm | 0.10 | 39.00 |
| **04/11/2013** | | | | |
| | MTH | Reviewing Debtors' Statement of Amounts Paid to Ordinary Course Professionals | 0.10 | 39.00 |
| **04/12/2013** | | | | |
| | SMB | Review October through December 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **04/15/2013** | | | | |
| | MTH | Review correspondence from AP re draft fee application for AKO | 0.20 | 78.00 |
| **04/17/2013** | | | | |
| | MTH | Review correspondence from DP re PSZ&J fee application for January | 0.10 | 39.00 |
| **04/18/2013** | | | | |
| | MTH | Review correspondence from DF re Orrick CNO for February fee | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | application | 0.10 | 39.00 |
| MTH | Review correspondence from CH re CNO for PGS fee application | 0.10 | 39.00 |
| **04/19/2013** | | | |
| MTH | Review correspondence from MS re Kirkland fee application; Woodcock fee application | 0.10 | 39.00 |
| **04/22/2013** | | | |
| MTH | Review correspondence from EB re C&D fee application | 0.20 | 78.00 |
| MTH | Review correspondence from AP re draft fee application for AKO | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re CNO for Saul Ewing fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Towers Watson fee application | 0.10 | 39.00 |
| MTH | Review correspondence from CH re PGS fee application for March 2013 | 0.10 | 39.00 |
| **04/23/2013** | | | |
| MTH | Review correspondence from TBB re CNO for Kramer Levin monthly fee app | 0.10 | 39.00 |
| **04/24/2013** | | | |
| MTH | Review correspondence from TS re LAS fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DP re fee application for Grant Thorton | 0.10 | 39.00 |
| **04/25/2013** | | | |
| MTH | Review correspondence from GS re Charter Oak fee statement for March | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Orrick fee statement for March 2013 | 0.10 | 39.00 |
| **04/26/2013** | | | |
| SMB | Review March 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2012 and January through March 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2012 application of Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Warren H. Smith & Associates (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2012 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Ferry Joseph & Pearce, P.A. (.1); | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from LC re 36th monthly application of The Hogan Firm | 0.10 | 39.00 |
| MTH | Review correspondence from LC re 36th monthly fee application of Scarfone Hawkins | 0.10 | 39.00 |
| MTH | Reviewing correspondence from LC re fee application of Lauzon Belanger | 0.10 | 39.00 |
| TS | Review e-mail from GS re: Charter Oak March bill (.1); Prepare Charter Oak March fee application (.2) | 0.30 | 33.00 |
| 04/29/2013 | | | |
| MTH | Review correspondence from TBB (x3) re CNO, Saul Ewing fee application and Kramer Levin fee application | 0.20 | 78.00 |
| MTH | Reviewing correspondence from D.M. re SSL fee application for March 2013 | 0.10 | 39.00 |
| MTH | Review correspondence from MS re Foley Hoag fee application for March 2013 | 0.10 | 39.00 |
| MTH | Review correspondence from MS re fee application for Higgins LLC | 0.10 | 39.00 |
| TS | Correspondence with EB re: interim fee application | 0.10 | 11.00 |
| | FOR CURRENT SERVICES RENDERED | 16.50 | 3,439.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 6.40 | $110.00 | $704.00 |
| Mark T. Hurford | 5.80 | 390.00 | 2,262.00 |
| Timothy Simpson | 4.30 | 110.00 | 473.00 |

TOTAL CURRENT WORK                                    3,439.00

| 04/05/2013 | Payment - Thank you. (August, 2012 - 20% Fees) | -812.20 |
|---|---|---|
| 04/08/2013 | Payment - Thank you. (July, 2012 - 20% Fees) | -539.80 |
| 04/08/2013 | Payment - Thank you. (September, 2012 - 20% Fees) | -832.00 |
| 04/15/2013 | Payment - Thank you. (January, 2013 - 80% Fees) | -2,168.00 |
| | TOTAL PAYMENTS | -4,352.00 |
| | BALANCE DUE | $13,769.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2013
ACCOUNT NO:     3000-14D
STATEMENT NO:          100

Financing

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $132.60 |
| 04/15/2013 | Payment - Thank you. (January, 2013 - 80% Fees) | -62.40 |
| | BALANCE DUE | $70.20 |

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 04/30/2013 |
| Wilmington DE | ACCOUNT NO:    3000-15D |
| | STATEMENT NO:    143 |

Hearings

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,984.25 |

04/18/2013
| | | | HOURS | |
|---|---|---|---|---|
| MTH | Reviewing Agenda for hearing cancelled; correspondence re same; CourtCall | | 0.30 | 117.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.30 | 117.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $390.00 | $117.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 117.00 |

| | | |
|---|---|---|
| 04/05/2013 | Payment - Thank you. (August, 2012 - 20% Fees) | -31.20 |
| 04/08/2013 | Payment - Thank you. (September, 2012 - 20% Fees) | -7.80 |
| 04/15/2013 | Payment - Thank you. (January, 2013 - 80% Fees) | -124.80 |
| | TOTAL PAYMENTS | -163.80 |
| | BALANCE DUE | $3,937.45 |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 04/30/2013 |
| Wilmington  DE | ACCOUNT NO:     3000-16D |
| | STATEMENT NO:     128 |

Litigation and Litigation Consulting

| | PREVIOUS BALANCE | | $2,911.40 |
|---|---|---|---|
| | | HOURS | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| **04/01/2013** | | | | |
| | MTH | Correspondence and communications with counsel re draft and final versions of objection to Garlock's Motion to Amend or Clarify; correspondence re service and filing of same (split with Grace) | 1.40 | 546.00 |
| | SMB | Review Response to Garlock's Motion to Amend or Classify Order; prepare cos, service list; address filing and service | 0.30 | 33.00 |
| **04/02/2013** | | | | |
| | MK | Review order denying Garlock motion. Index same.  Review docket. Review motion. | 0.30 | 46.50 |
| | MTH | Reviewing Order entered Denying Garlock's Motion to Amend or Clarify | 0.20 | 78.00 |
| **04/04/2013** | | | | |
| | MTH | Reviewing Garlock's Response to JKF's proposed Protocol for production of 2019 statements; correspondence with lead counsel and counsel for certain firms re same; correspondence and communications with Pittsburgh office re hearing; preparing for and attending hearing (split with Flintkote) | 1.80 | 702.00 |
| **04/09/2013** | | | | |
| | MTH | Reviewing Order entered re Protocol on Garlock 2019 matters; various correspondence and communications with lead counsel re same; conference call with lead counsel and counsel to certain law firms; research re possible Special Masters | 1.60 | 624.00 |
| **04/10/2013** | | | | |
| | MTH | Multiple correspondence re pending issues re Garlock 2019 matter; discussions re same; reviewing draft statement re special master issues, reviewing orders re same (split with Flintkote) | 0.60 | 234.00 |

W.R. Grace

Litigation and Litigation Consulting

Page: 2
04/30/2013
ACCOUNT NO:   3000-16D
STATEMENT NO:   128

|  |  | HOURS |  |
|---|---|---|---|
| 04/11/2013 |  |  |  |
| MTH | Correspondence and communications with KCM and counsel in Pittsburgh and counsel to certain law firms re issues re implementation of Orders are Garlock 2019 Motions  (split with Flintkote) | 0.70 | 273.00 |
| 04/12/2013 |  |  |  |
| MTH | Reviewing Schieneman Affidavit re Garlock issues; reviewing 2019 Order and Memo re same; correspondence re same | 0.50 | 195.00 |
| 04/15/2013 |  |  |  |
| MTH | Reviewing Attorney verification; reviewing corrected attorney verification; reviewing various correspondence re vendors to complete services re Garlock 2019 matters; reviewing Order re Special Discovery Master | 0.60 | 234.00 |
| 04/16/2013 |  |  |  |
| MK | Review order entered.  Attention to document organization. | 0.10 | 15.50 |
|  | FOR CURRENT SERVICES RENDERED | 8.10 | 2,981.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michele Kennedy | 0.40 | $155.00 | $62.00 |
| Santae M. Boyd | 0.30 | 110.00 | 33.00 |
| Mark T. Hurford | 7.40 | 390.00 | 2,886.00 |

TOTAL CURRENT WORK                                                                2,981.00


BALANCE DUE                                                                        $5,892.40


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
04/30/2013
ACCOUNT NO:        3000-17D
STATEMENT NO:           128

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $15,075.20 |

|  |  | HOURS |  |
|---|---|---|---|
| **04/05/2013** | | | |
| MTH | Reviewing Amended Oral Argument notification; reviewing docket re same and revisions to same and correspondence to PVNL re same | 0.30 | 117.00 |
| **04/12/2013** | | | |
| MTH | Reviewing Notice filed by Garlock re oral argument and correspondence to PVNL re same | 0.20 | 78.00 |
| **04/18/2013** | | | |
| MTH | Reviewing multiple notices from CA3 re oral argument; discussion with JON re same | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 0.70 | 273.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 273.00 |

| | | |
|---|---|---|
| 04/05/2013 | Payment - Thank you. (August, 2012 - 20% Fees) | -694.60 |
| 04/08/2013 | Payment - Thank you. (July, 2012 - 20% Fees) | -1,304.40 |
| 04/08/2013 | Payment - Thank you. (September, 2012 - 20% Fees) | -105.80 |
| 04/15/2013 | Payment - Thank you. (January, 2013 - 80% Fees) | -3,338.40 |
| | TOTAL PAYMENTS | -5,443.20 |
| | BALANCE DUE | $9,905.00 |

W.R. Grace

Plan and Disclosure Statement

Page: 2
04/30/2013
ACCOUNT NO:      3000-17D
STATEMENT NO:           128

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2013
ACCOUNT NO:     3000-18D
STATEMENT NO:            128

Relief from Stay Proceedings

PREVIOUS BALANCE                                                          -$257.70

CREDIT BALANCE                                                           -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2013

ACCOUNT NO:      3000-20D
STATEMENT NO:           127

Tax Litigation

PREVIOUS BALANCE                                                                    $468.80

BALANCE DUE                                                                          $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-21D |
|  | STATEMENT NO:    119 |

Travel-Non-Working

|  |  |
|---|---|
| PREVIOUS BALANCE | -$4.00 |
| CREDIT BALANCE | -$4.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2013
ACCOUNT NO:        3000-22D
STATEMENT NO:            132

Valuation

PREVIOUS BALANCE                                                                        $1,185.00

BALANCE DUE                                                                                $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

|  |  |
|---|---|
| | Page: 1 |
| | 04/30/2013 |
| ACCOUNT NO: | 3000-23D |
| STATEMENT NO: | 132 |

ZAI Science Trial

PREVIOUS BALANCE                                                                    $1,203.30

BALANCE DUE                                                                          $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
04/30/2013
ACCOUNT NO:      3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 663.00 | 39.00 | 0.00 | 0.00 | 0.00 | $702.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 975.00 | 0.00 | 0.00 | 0.00 | $1,012.30 |
| 3000-03 Business Operations | | | | | |
| 7.80 | 0.00 | 0.00 | 0.00 | -7.80 | $0.00 |
| 3000-04 Case Administration | | | | | |
| 630.27 | 0.00 | 0.00 | 0.00 | 0.00 | $630.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,391.80 | 0.00 | 0.00 | 0.00 | -70.20 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -272.70 | 156.00 | 0.00 | 0.00 | 0.00 | -$116.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 11,964.44 | 3,759.00 | 0.00 | 0.00 | -5,260.00 | $10,463.44 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 139.10 | 195.00 | 0.00 | 0.00 | 0.00 | $334.10 |
| 3000-10 Employment Applications, Others | | | | | |
| 2,277.90 | 78.00 | 0.00 | 0.00 | -31.20 | $2,324.70 |
| 3000-11 Expenses | | | | | |
| 5,670.82 | 0.00 | 639.48 | 0.00 | -584.50 | $5,725.80 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,677.60 | 1,170.00 | 0.00 | 0.00 | -914.80 | $3,932.80 |
| 3000-13 Fee Applications, Others | | | | | |
| 14,682.90 | 3,439.00 | 0.00 | 0.00 | -4,352.00 | $13,769.90 |
| 3000-14 Financing | | | | | |
| 132.60 | 0.00 | 0.00 | 0.00 | -62.40 | $70.20 |
| 3000-15 Hearings | | | | | |
| 3,984.25 | 117.00 | 0.00 | 0.00 | -163.80 | $3,937.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 2,911.40 | 2,981.00 | 0.00 | 0.00 | 0.00 | $5,892.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 15,075.20 | 273.00 | 0.00 | 0.00 | -5,443.20 | $9,905.00 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 66,569.08 | 13,182.00 | 639.48 | 0.00 | -16,889.90 | $63,500.66 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.