# EXHIBIT A

**Business Operations (.80 Hours; $ 764.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $955 | 764.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/24/13 | PVL | 955.00 | 0.30 | Rv memo re Larch acq. |
| 04/25/13 | PVL | 955.00 | 0.50 | Teleconf. EI re Dow acq. (.2); rv Sinclair memo re same (.1); rv draft motion re same (.2) |

**Total Task Code .03    .80**


**Case Administration (2.20 Hours; $ 1,359.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $1,000 | 300.00 |
| Peter Van N. Lockwood | .50 | $955 | 477.50 |
| Rita C. Tobin | .80 | $555 | 444.00 |
| Eugenia Benetos | .60 | $230 | 138.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/04/13 | PVL | 955.00 | 0.10 | Rv Garlock stmt. re 2019 prop. protocol |
| 04/05/13 | PVL | 955.00 | 0.10 | Rv emails |
| 04/05/13 | RCT | 555.00 | 0.20 | Review docket and local counsel recommendations regarding EI update. |
| 04/12/13 | RCT | 555.00 | 0.20 | Review docket and local counsel recommendations regarding EI update. |
| 04/17/13 | PVL | 955.00 | 0.10 | Rv emails re 4/22 hearing & reply |
| 04/19/13 | RCT | 555.00 | 0.20 | Review docket and local counsel recommendations regarding EI update. |
| 04/23/13 | PVL | 955.00 | 0.20 | Rv 4 misc. filings (.1); rv draft status rept. (.1) |

706671v.1 6/4/2013

| 04/26/13 | RCT | 555.00 | 0.20 | Review docket and local counsel recommendations regarding EI update. |
| 04/29/13 | EI | 1,000.00 | 0.20 | Status inquiry regarding insurance (.1); telephone conference with A. Paul regarding acquisition (.1). |
| 04/29/13 | EB | 230.00 | 0.60 | Draft and send email to local counsel re interim. |
| 04/30/13 | EI | 1,000.00 | 0.10 | Read acquisition memorandum. |

**Total Task Code .04        2.20**

**Fee Applications, Applicant (7.60 Hours; $ 3,438.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.20 | $555 | 2,886.00 |
| Eugenia Benetos | 2.40 | $230 | 552.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/13 | RCT | 555.00 | 0.20 | Review fee application schedule for April. |
| 04/01/13 | RCT | 555.00 | 0.40 | Address fee/payment issue. |
| 04/05/13 | EB | 230.00 | 0.60 | Create check breakdown for EI, JR, and myself and update records accordingly. |
| 04/08/13 | RCT | 555.00 | 0.80 | Review and edit pre-bills. |
| 04/08/13 | RCT | 555.00 | 0.40 | Review exhibits and edit. |
| 04/08/13 | EB | 230.00 | 0.60 | Create check breakdown for EI, JR, and myself and update records accordingly. |
| 04/10/13 | RCT | 555.00 | 0.50 | Address fee issues. |
| 04/15/13 | RCT | 555.00 | 0.60 | Address fee/expense issues. |
| 04/16/13 | RCT | 555.00 | 0.50 | Address fee issues. |
| 04/22/13 | RCT | 555.00 | 1.10 | Review fee application. |
| 04/22/13 | EB | 230.00 | 1.20 | Work on fee application. |

| 04/24/13 | RCT | 555.00 | 0.70 | Address fee issues. |

**Total Task Code .12    7.60**

**Litigation and Litigation Consulting (51.10 Hours; $ 29,022.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $955 | 382.00 |
| Trevor W. Swett | .10 | $750 | 75.00 |
| Leslie M. Kelleher | 39.10 | $625 | 24,437.50 |
| Kevin C. Maclay | 4.10 | $565 | 2,316.50 |
| Ann M. Weber | 2.60 | $295 | 767.00 |
| Sara Joy DelSavio | .80 | $230 | 184.00 |
| Ashley M. Hutton | 4.00 | $215 | 860.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/13 | PVL | 955.00 | 0.40 | Rv email (.1); cn KCM (.2); rv revised resp. to Garlock 2019 motion (.1) |
| 04/01/13 | LMK | 625.00 | 1.20 | Review reply briefs /memo re same (1.2 hrs). |
| 04/01/13 | LMK | 625.00 | 0.40 | Conversation w/KCM re response to Garlock motion for reconsideration (.4); research re same (.8) (Total 1.2 hours divided amount 3 clients). |
| 04/01/13 | KCM | 565.00 | 1.80 | Draft/revise response to Garlock motion for reconsideration and review/analyze related cases and materials. [Total 5.4 hours divided ivided among 3 clients.] |
| 04/01/13 | AMH | 215.00 | 0.80 | 12 case appeal 2019 response cite check (1.6); QC edits re same (0.8). (Total 2.4 hours amoung 3 clients). |
| 04/01/13 | AMW | 295.00 | 1.60 | Review and revise response to motion to amend or clarify (4.4); review cases cited in same (0.5). (Total 4.9 hours divided among 3 clients.) |
| 04/02/13 | KCM | 565.00 | 0.20 | Plan/prepare for and communicate with co-parties re hearing and review/analyze related materials. [Total .6 hours divided among 3 clients.] |

| | | | | |
|---|---|---|---|---|
| 04/02/13 | AMH | 215.00 | 0.30 | Gather 12 case appeal pleading for KCM (0.3); research discovery response for JMR (0.6). (Total .09 hours divided among 3 clients). |
| 04/03/13 | TWS | 750.00 | 0.10 | Conferences with KCM re nine case appeal (x2) [Total .04 hours divided among 3 clients]. |
| 04/03/13 | LMK | 625.00 | 6.50 | Review reply briefs/memos re same. |
| 04/03/13 | KCM | 565.00 | 0.40 | Telephone conference with AMW and co-appellees re draft protocol and status conference, meet with TWS re draft protocol issues.[Total 1.2 hours divided among 3 clients.] |
| 04/03/13 | AMW | 295.00 | 0.30 | Confer with similarly situation parties re protocol. (Total 0.9 hour divided among 3 clients.) |
| 04/04/13 | LMK | 625.00 | 2.20 | Memo re Montana/Garlock reply briefs. |
| 04/04/13 | KCM | 565.00 | 0.80 | Meet with AMW re draft protocol and hearing; attend status conference hearing re draft protocol; review Garlock filing, draft of protocol and related materials and plan/prepare for hearing re same. [Total 2.4 hours divided among 3 clients) |
| 04/04/13 | AMW | 295.00 | 0.70 | Prepare for court hearing (0.3); confer with KCM re court hearing (0.3); attend hearing re protocol (1.4). (Total 2.0 hours divided among 3 clients.) |
| 04/05/13 | LMK | 625.00 | 2.80 | Memo re Montana reply brief. |
| 04/05/13 | KCM | 565.00 | 0.30 | Telephone conference with D. Parsons re 2019 issues (.3); communicate with TWS re 2019 and draft protocol issues (.6). [Total .9 hours divided among 3 clients.] |
| 04/06/13 | LMK | 625.00 | 4.00 | Memo re Montana/Garlock reply briefs. |
| 04/07/13 | LMK | 625.00 | 2.30 | Memo re reply briefs. |
| 04/08/13 | KCM | 565.00 | 0.10 | Review Special Master filing and related correspondence. [Total .4 hours divided among 3 clients.] |
| 04/09/13 | KCM | 565.00 | 0.10 | Telephone conference with co-appellees re Special Master issue (.2); review protocol (.3). [Total .5 hours divided among 3 clients.] |

| Date | Prof | Rate | Hours | Description |
|---|---|---|---|---|
| 04/10/13 | KCM | 565.00 | 0.30 | Plan/prepare for and communicate with co-parties re Special Master issue (.3); review/edit Statement to Court and review/analyze related materials (.5). [Total .8 hours divided among 3 clients.] |
| 04/11/13 | KCM | 565.00 | 0.10 | Plan/prepare for and communicate with Garlock and co-parties re protocol-related issues. [Total .4 hours divided among 3 clients.] |
| 04/15/13 | AMH | 215.00 | 1.20 | Gather Grace appeal material for KCM. |
| 04/17/13 | LMK | 625.00 | 3.20 | Conversation w/PVNL re Montana reply (1.2); revise outline re same (2.0). |
| 04/18/13 | LMK | 625.00 | 6.40 | Draft memo re Montana reply (5.2). Emails re same (.2); conversation w/PVNL re Garlock reply brief (1.0). |
| 04/22/13 | LMK | 625.00 | 4.50 | Notes on reply brief/Garlock. |
| 04/23/13 | LMK | 625.00 | 3.80 | Notes re reply brief/Garlock. |
| 04/23/13 | SJD | 230.00 | 0.80 | Update electronic files and organize same per LMK. |
| 04/23/13 | AMH | 215.00 | 1.10 | Gather briefs for LMK (0.8); update J drive re same (.3). |
| 04/25/13 | LMK | 625.00 | 1.80 | Review AMH surreply outline. |
| 04/26/13 | AMH | 215.00 | 0.60 | Gather briefs for LMK binder. |

**Total Task Code .16       51.10**


**Plan & Disclosure Statement (14.70 Hours; $ 14,155.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.90 | $1,000 | 3,900.00 |
| Peter Van N. Lockwood | 10.60 | $955 | 10,123.00 |
| Ann C. McMillan | .20 | $660 | 132.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/13 | PVL | 955.00 | 0.30 | Teleconf. Rapp (.1); rv Rapp memo re LTIP (.2). |
| 04/02/13 | PVL | 955.00 | 0.10 | Teleconf. EI |
| 04/02/13 | EI | 1,000.00 | 1.50 | Confer with R. Frankel (.3); confer with R. Frankel, S. Birnbaum and D. Turetsky (1.0); telephone conference with M. Shelnitz (.2). |
| 04/03/13 | EI | 1,000.00 | 0.30 | Memorandum to Committee re: LTIP (.2); memorandum to R. Horkovich re: insurance (.1). |
| 04/08/13 | PVL | 955.00 | 1.70 | Rv revised LMK outline re Montana arg. (.7); rv LMK draft outline re Garlock arg. (.4); tcn Donley & Frankel (.6) |
| 04/09/13 | PVL | 955.00 | 1.30 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |
| 04/11/13 | PVL | 955.00 | 0.40 | Rv draft Eff. date planning chart |
| 04/15/13 | PVL | 955.00 | 0.10 | Argument prep. |
| 04/16/13 | EI | 1,000.00 | 0.10 | Read Sinclair memorandum. |
| 04/16/13 | ACM | 660.00 | 0.20 | Exchange e-mails with PVNL and P. Kraus re Zonolite. |
| 04/17/13 | PVL | 955.00 | 3.50 | Revise draft outline re Montana arg. (1.4); teleconf. LMK re same (1.2); revise draft outline re Garlock arg. (.9) |
| 04/18/13 | PVL | 955.00 | 1.40 | Rv emails & reply re CA 3 arg. (.1); teleconf. LMK re Garlock outline (1.1); rv 3 CA 3 notices (.2) |
| 04/23/13 | PVL | 955.00 | 1.20 | Tcn Finke, Donley, Paul, Frankel & Wyron (.7); rv revised Montana outline (.3); rv revised Garlock outline (.2) |
| 04/25/13 | PVL | 955.00 | 0.10 | Rv emails from Donley et al and reply |
| 04/25/13 | EI | 1,000.00 | 1.00 | Acquisition issue with R. Frankel, J. Sinclair and A. Paul. |
| 04/26/13 | PVL | 955.00 | 0.50 | Rv AMH arg. outline |
| 04/26/13 | EI | 1,000.00 | 1.00 | Acquisition issues, telephone conference with J. Sinclair, memorandum to Committee, respond to S. Kazan . |

**Total Task Code   .17         14.70**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 15.43 |
| Database Research | 381.22 |
| Local Transportation - NY | 42.32 |
| Total | $ 438.97 |