**EXHIBIT B**

**Business Operations (.80 Hours; $ 764.00)**

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03          .80**

**Case Administration (2.20 Hours; $ 1,359.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          2.20**

**Fee Applications, Applicant (7.60 Hours; $ 3,438.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12          7.60**

**Litigation and Litigation Consulting (51.10 Hours; $ 29,022.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          51.10**

**Plan & Disclosure Statement (14.70 Hours; $ 14,155.00)**

Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17          14.70**