## EXHIBIT C

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 15.43 |
| Database Research | 381.22 |
| Local Transportation - NY | 42.32 |
| Total | $ 438.97 |

| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter      000** | **Disbursements** | | 5/24/2013 |

Print Date/Time: 05/24/2013   9:30:36AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 4/30/2013

**Matter      000**
**Disbursements**

Bill Cycle:       Monthly            Style:         i1           Start:    4/16/2001    Last Billed :    4/19/2013                                    13,655

$4,806.34
Client Retainers Available                    Committed to Invoices:            $0.00           Remaining:          $4,806.34

$3,948,752.03
Total Expenses Billed To Date     Billing Empl:        0120     Elihu  Inselbuch
                                  Responsible Empl:    0120     Elihu  Inselbuch
                                  Alternate Empl:      0120     Elihu  Inselbuch
                                  Originating Empl:    0120     Elihu  Inselbuch

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu   Inselbuch | 0.00 | 57.75 | 0.00 | 57.75 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 381.22 | 0.00 | 381.22 |
| **Total Fees** | | | **0.00** | **438.97** | **0.00** | **438.97** |

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| | | | | EI | | | | | | | |
| 2971557 | Federal Express -Delivery to T.Simpson, 3/25/13 (EI) | E | 04/10/2013 | 0120 | | 0.00 | $15.43 | | 0.00 | $15.43 | 15.43 |
| | | | | EI | | | | | | | |
| 2971942 | Elite Limousine Plus Inc. -Svc. to W. 43rd St., NY, 4/2/13  (EI; Voucher #3040245651) | E | 04/16/2013 | 0120 | | 0.00 | $42.32 | | 0.00 | $42.32 | 57.75 |
| | | | | C&D | | | | | | | |
| 2977670 | Database Research - Westlaw by LMK on April 1-22 | E | 04/30/2013 | 0999 | | 0.00 | $381.22 | | 0.00 | $381.22 | 438.97 |
| **Total Expenses** | | | | | | | | | | | |
| | | | | | | | $438.97 | | | | |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | 5/24/2013 |

Print Date/Time: 05/24/2013 9:30:36AM

Attn:

Invoice #

$438.97

| | | | 0.00 | | 0.00 | |
|---|---|---|---|---|---|---|
| | Matter Total Fees | | | 0.00 | | 0.00 |
| | Matter Total Expenses | | | 438.97 | | 438.97 |
| | Matter Total | | 0.00 | 438.97 | 0.00 | 438.97 |
| | Prebill Total Fees | | | | | |
| | Prebill Total Expenses | | | $438.97 | | $438.97 |
| | Prebill Total | | 0.00 | $438.97 | 0.00 | $438.97 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 90,875 | 11/21/2012 | 32,514.00 | 6,502.80 |
| 91,409 | 12/13/2012 | 13,536.00 | 2,707.20 |
| 91,996 | 01/22/2013 | 168,387.00 | 33,677.40 |
| 92,491 | 02/21/2013 | 165,664.00 | 33,132.80 |
| 92,999 | 03/22/2013 | 35,163.00 | 7,032.60 |
| 93,496 | 04/19/2013 | 41,240.92 | 41,240.92 |
| | | 585,678.92 | 139,150.55 |