# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                   EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| May 13, 2013 | INVOICE:         253849 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 04/30/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/01/13 | Continue analysis of selected settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 2.10 |
| 04/01/13 | Attention to calculations of demands on insurance companies. | W001 | RMH | 0.20 |
| 04/01/13 | Attention to potential revised demands in connection with updated projections of claims. | W001 | RYC | 2.30 |
| 04/02/13 | Begin to review and revise time and expense entries. | W011 | AHP | 0.40 |
| 04/02/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.30); continue review of settlement agreements re: "subject policies" and scope of release issues (1.10). | W001 | GFF | 3.10 |
| 04/02/13 | Continued to review and updated information on excess insurance policies, settlement agreements and reimbursement agreements re: indemnification, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 1.60 |
| 04/02/13 | Emails re: new demand allocations and basis for discount rates. | W001 | MG | 0.40 |
| 04/02/13 | Attention to revised settlement demand calculations. | W001 | RMH | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                              MATTER:       100055.WRG01

May 13, 2013                                                                         INVOICE:            253849

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/02/13 | Review and evaluation of post-bankruptcy insurance coverage summary documentation (1.30). Follow-up in connection with preparation of revised demands with updated projections of claims (1.80). | W001 | RYC | 3.10 |
| 04/03/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues. | W001 | GFF | 2.90 |
| 04/03/13 | Analyzed and updated information on excess insurance policies, reimbursement and settlement agreements re:  indemnities, insolvent insurance companies, following form language, payment issues and other insurance policy language. | W001 | IF | 2.40 |
| 04/03/13 | Attention to new settlement demand calculations (.60).  Receive approval from FCR and communicate with client (.30). | W001 | RMH | 0.90 |
| 04/04/13 | Begin preparing monthly fee application | W011 | AHP | 1.30 |
| 04/04/13 | Continue to review and revise time and expense entries. | W011 | AHP | 1.40 |
| 04/04/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.30); continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.60). | W001 | GFF | 2.90 |
| 04/04/13 | Continued to review and update information on excess insurance policies, reimbursement and settlement agreements re: indemnities, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 1.10 |
| 04/04/13 | Hearing before Judge Fitzgerald. | W001 | RMH | 1.30 |
| 04/04/13 | Continue evaluation of post-bankruptcy insurance coverage summary documentation. | W001 | RYC | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 13, 2013                                        INVOICE:         253849

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/05/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments issues (2.10). | W001 | GFF | 2.70 |
| 04/05/13 | Analyzed and updated information on excess insurance policies, reimbursement and settlement agreements re: indemnities, insolvent insurance companies, following form provisions, payment issues and other insurance policy language. | W001 | IF | 2.60 |
| 04/08/13 | Review and update monitoring chart and related documents. | W011 | AHP | 0.90 |
| 04/08/13 | Draft and revise insurance policy data spreadsheets (1.20); continue analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments issues (1.40). | W001 | GFF | 2.60 |
| 04/08/13 | Work on new allocations and revise based on existing settlement limitations and updated discount rates. | W001 | MG | 4.40 |
| 04/08/13 | Review and update regarding potential settlement status of remaining insurance companies. | W001 | RYC | 2.40 |
| 04/09/13 | Review changes (.60); prepare monthly fee application and forward for attorney review (1.20). | W011 | AHP | 1.80 |
| 04/09/13 | Review all relevant bills and begin preparing interim monitoring chart. | W011 | AHP | 1.80 |
| 04/09/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 2.40 |
| 04/09/13 | Continued to analyze and update information on excess insurance policies, coverage in place and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 1.90 |
| 04/09/13 | Work on allocations and revise based on updated discount rates. | W001 | MG | 3.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                      MATTER:    100055.WRG01

May 13, 2013                                         INVOICE:       253849

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/10/13 | Continue preparing interim fee application and exhibits. | W011 | AHP | 1.30 |
| 04/10/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments issues (1.90). | W001 | GFF | 2.70 |
| 04/10/13 | Reviewed and updated information on excess insurance policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, following form, payment issues and other insurance policy language. | W001 | IF | 2.20 |
| 04/10/13 | Work on allocations and revise future payment projections based on existing settlement provisions. | W001 | MG | 4.40 |
| 04/10/13 | Attention to revised analysis in connection with disputed coverage positions with non-settling insurance companies. | W001 | RYC | 1.80 |
| 04/11/13 | Revise time and expense entries, finalize fee application and exhibits (release held up pending receipt of final bill). | W011 | AHP | 1.30 |
| 04/11/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.30); continue analysis of selected insurance policies re: follow form, asbestos exclusion and voluntary payments issues (1.60). | W001 | GFF | 2.90 |
| 04/11/13 | Continued to review and update information on excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 2.40 |
| 04/11/13 | Work on allocations and revise projections based on existing settlement provisions. | W001 | MG | 3.90 |
| 04/11/13 | Review and comment upon fee application. | W011 | RYC | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 13, 2013 | | INVOICE: | | 253849 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/12/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, asbestos exclusion and voluntary payments issues (1.30); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.10). | W001 | GFF | 3.10 |
| 04/12/13 | Analyzed and updated information on certain excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 2.90 |
| 04/12/13 | Work on allocations and revise based on existing settlement provisions. | W001 | MG | 3.20 |
| 04/15/13 | Continue preparing draft of interim fee application for attorney review. | W011 | AHP | 1.20 |
| 04/15/13 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 0.90 |
| 04/15/13 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.80). | W001 | GFF | 2.90 |
| 04/15/13 | Searched files and in-house resources re: insurance company remaining coverage. | W001 | IF | 0.60 |
| 04/15/13 | Continued to review and update information on excess insurance policies, settlement agreements and coverage in place agreements re: indemnifications, insolvent insurance companies, following form provisions, payment issues and other insurance policy language. | W001 | IF | 2.70 |
| 04/15/13 | Work on revising allocations for coverage in place companies. | W001 | MG | 6.20 |
| 04/15/13 | Review and analysis of company by company evaluation of disputed coverage positions potentially affected by revised future claim projections. | W001 | RYC | 3.30 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                     MATTER:    100055.WRG01

May 13, 2013                                         INVOICE:          253849

MATTER: CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/16/13 | Continue working on interim fee application. | W011 | AHP | 0.60 |
| 04/16/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.20); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.60). | W001 | GFF | 2.80 |
| 04/16/13 | Analyzed and updated information on certain excess insurance policies, settlement and coverage in place agreements re: indemnities, insolvents, follow form language, payment issues and other insurance policy language. | W001 | IF | 2.90 |
| 04/16/13 | Update and revise payment stream analysis. | W001 | MG | 6.40 |
| 04/17/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.70). | W001 | GFF | 2.40 |
| 04/17/13 | Continued to review and update information on excess insurance policies, settlements and coverage in place agreements re: indemnities, insolvent insurance companies, following form, payment issues and other insurance policy language. | W001 | IF | 2.80 |
| 04/17/13 | Continue to update and revise payment stream analysis. | W001 | MG | 6.30 |
| 04/17/13 | Attention to entry of order approving the settlement of an insurance company. | W001 | RMH | 0.30 |
| 04/18/13 | Finish draft interim fee application and forward for attorney review. | W011 | AHP | 1.70 |
| 04/18/13 | Continue analysis of insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 2.20 |
| 04/18/13 | Analyzed and updated information on certain excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvents, follow form language, payment issues and other insurance policy language. | W001 | IF | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 13, 2013 | | INVOICE: | | 253849 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/18/13 | Work on allocations and revise based on updated discount rates. | W001 | MG | 6.70 |
| 04/18/13 | Review and comment upon interim fee application. | W011 | RYC | 0.60 |
| 04/19/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions issues, and voluntary payments issues. | W001 | GFF | 1.60 |
| 04/19/13 | Updated information and reviewed excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, following form language, payment concerns and other insurance policy language issues. | W001 | IF | 2.40 |
| 04/19/13 | Update and revise payment stream analysis. | W001 | MG | 3.80 |
| 04/19/13 | Work on allocations and revise based on updated discount rates. | W001 | MG | 3.40 |
| 04/19/13 | Continue company by company evaluation of disputed coverage positions potentially affected by revised future claim projections. | W001 | RYC | 2.20 |
| 04/22/13 | Finalize and release interim fee application and exhibit. | W011 | AHP | 1.30 |
| 04/22/13 | Revise insurance company allocations. | W001 | MG | 5.30 |
| 04/22/13 | Follow-up review of evaluations of disputed coverage positions regarding revised claim projections. | W001 | RYC | 2.60 |
| 04/23/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.20 |
| 04/23/13 | Updated information and analyzed certain excess insurance policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form language, payment concerns and other insurance policy language issues. | W001 | IF | 1.60 |
| 04/23/13 | Revise insurance company allocations. | W001 | MG | 4.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                                MATTER:     100055.WRG01

May 13, 2013                                                                        INVOICE:           253849

MATTER:  CLAIMANTS COMMITTEE                                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/24/13 | Communications with R. Chung re: settlement order (.10); research re: time for filing notice of appeal and impact on timing of payment in light of same (.10); prepare email to R. Chung re: analysis (.10); analyze docket to determine precise date settlement order entered (.10). | W001 | DJN | 0.40 |
| 04/24/13 | Continue analysis of selected insurance settlement agreements re: subject policies and scope of release issues (1.10); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 1.90 |
| 04/24/13 | Continued to review and update information on certain excess insurance policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form language, payment concerns and other insurance policy language issues. | W001 | IF | 1.90 |
| 04/24/13 | Revise allocations for new settlement demand. | W001 | MG | 2.10 |
| 04/24/13 | Evaluate insurance company's settlement payment schedule. | W001 | RYC | 1.20 |
| 04/25/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions and voluntary payments issues. | W001 | GFF | 2.20 |
| 04/25/13 | Analyzed and updated information on excess insurance policies, coverage in place and settlement agreements re: indemnification language, insolvents, following form language, payment concerns and other insurance policy language issues. | W001 | IF | 1.60 |
| 04/25/13 | Revise allocations for new settlement demand. | W001 | MG | 1.80 |
| 04/25/13 | Attention to funding of settlement agreement. | W001 | RMH | 0.80 |
| 04/26/13 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues. | W001 | GFF | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:   100055.WRG01

May 13, 2013                                       INVOICE:      253849

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 04/26/13 | Analyzed and updated information on umbrella and excess insurance policies, reimbursement and settlement agreements re: indemnification language, insolvents, following form language, payments and other insurance policy language issues. | W001 | IF | 1.70 |
| 04/29/13 | Continue review of selected settlement agreements re: subject policies and scope of release issues (1.40); draft and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 2.60 |
| 04/29/13 | Continued to review and update information on umbrella and excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, indemnification provisions, follow form language, payments and insurance policy language issues. | W001 | IF | 1.90 |
| 04/30/13 | Continue review of selected settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.70 |
| 04/30/13 | Analyzed and updated information on umbrella and excess insurance policies, reimbursement and settlement agreements re: follow form, insolvents, indemnification provisions, payments and insurance policy language issues. | W001 | IF | 1.80 |
| 04/30/13 | Communications with R. Horkovich re: new settlement figures and revise additional allocation amounts. | W001 | MG | 1.70 |
| 04/30/13 | Attention to demands against insurance companies (.60). Confer with FCR counsel (Mahaley) (.30). Confirm limits and NPV figures (.30). | W001 | RMH | 1.20 |

**TOTAL FEES:**                                              **$100,566.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

May 13, 2013                                                                      INVOICE:           253849

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 270.00 | 15.90 | 4,293.00 |
| Dennis J. Nolan | 495.00 | 0.40 | 198.00 |
| Glenn F Fields | 365.00 | 52.10 | 19,016.50 |
| Izak Feldgreber | 315.00 | 41.60 | 13,104.00 |
| Mark Garbowski | 650.00 | 67.90 | 44,135.00 |
| Robert M Horkovich | 925.00 | 5.30 | 4,902.50 |
| Robert Y Chung | 675.00 | 22.10 | 14,917.50 |
| **TOTAL FEES:** |  |  | **$100,566.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

May 13, 2013                                            INVOICE:            253849

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001     Asset Analysis and Recovery**

|  | HOURS | TOTALS |
|---|---|---|
| Dennis J. Nolan | 0.40 | 198.00 |
| Glenn F Fields | 52.10 | 19,016.50 |
| Izak Feldgreber | 41.60 | 13,104.00 |
| Mark Garbowski | 67.90 | 44,135.00 |
| Robert M Horkovich | 5.30 | 4,902.50 |
| Robert Y Chung | 20.70 | 13,972.50 |
| **TOTAL:** | **188.00** | **$95,328.50** |

**ACTIVITY CODE: W011     Fee Applications (Applicant)**

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 15.90 | 4,293.00 |
| Robert Y Chung | 1.40 | 945.00 |
| **TOTAL:** | **17.30** | **$5,238.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| May 13, 2013 | INVOICE:    253849 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

**COSTS through 04/30/13**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 03/20/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 03/21/13 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 03/22/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 03/29/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 03/29/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 04/02/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 04/08/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 04/09/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 04/10/13 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 04/11/13 | DI - PHOTOCOPYING - | E101 | 1.70 |
| 04/11/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 04/15/13 | DI - PHOTOCOPYING - | E101 | 2.10 |
| 04/19/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 04/23/13 | DI - PHOTOCOPYING - | E101 | 19.90 |
| 04/24/13 | TRANSCRIPTS & DEPOSITIONS | | (295.00) |
| 04/24/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 04/24/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 04/25/13 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 04/29/13 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 04/30/13 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:** **($262.80)**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 13, 2013                                         INVOICE:         253849

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| FE | FILING OR WITNESS FEES | (295.00) |
| XE | DI - PHOTOCOPYING - | 32.20 |
|    | **TOTAL COSTS:** | **($262.80)** |
|    | **TOTAL DUE:** | **$100,303.70** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 13, 2013                                        INVOICE:         253849

SUPREME COURT OF NEW JERSEY

MARK NEARY
CLERK

GAIL GRUNDITZ HANEY
DEPUTY CLERK



OFFICE OF THE CLERK
PO BOX 970
TRENTON, NEW JERSEY 08625-0970

April 08, 2013

KENNETH E. SHARPERSON, ESQ.
ANDERSON KILL & OLICK LLP
ONE GATEWAY CENTER STE 1510
NEWARK, NJ 07102

Re:  COMMISSIONER OF INSURANCE OF THE STATE OF NJ V. INTEGRITY
     INSURANCE COMPANY (070196)

Dear Mr. Sharperson:

  Enclosed please find check #13934 in the amount of $295.00,
which represents the balance of the security deposit for costs
that was filed with this Court on 03/08/2012.  A commission fee of
$5.00 has been deducted in accordance with N.J.S.A. 22A:2-20.

  Please be advised, this check is only valid for 90 days
beyond the issue date.  Failure to cash the check within this time
frame will result in the check being voided.

Sincerely,

Christine Muller
Administrative Supervisor

Enclosures

*[handwritten: Refund 100055 WRG01 for Chrgd in arr .95 advnc March voucher 103812]*

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W. R. GRACE/CLAIMANTS COMMITTEE            MATTER:        100055.WRG01

May 13, 2013                                                                  INVOICE:           253849



Check #13934 from Mark Neary, Clerk of the Supreme Court Security Account, Wells Fargo Bank N.A., dated 4/8/2013, payable to Anderson Kill & Olick LLP, in the amount of $295.00. Memo: Straight Return, Docket#070196.

Re: COMMISSIONER OF INSURANCE OF THE STATE OF NJ V. INTEGRITY INSURANCE COMPANY (070196)

Dear Mr. Sharperson:

Enclosed please find check #13934 in the amount of $295.00, which represents the balance of the security deposit for costs that was filed with this Court on 03/08/2012. A commission fee of $5.00 has been deducted in accordance with N.J.S.A. 22A:2-20.

Please be advised, this check is only valid for 90 days beyond the issue date. Failure to cash the check within this time frame will result in the check being voided.

Sincerely,

Christine Muller
Administrative Supervisor

Enclosures