# EXHIBIT A

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

May 23, 2013  
Client/Matter #  01246-015172  
Invoice # 154173  
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/13 in Connection With:

**IRIS**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 04/07/13 | P. Marks | C300 | 1.20 | Review emails and developments. |
| 04/09/13 | K. Bourdeau | C300 | 0.30 | Review minutes of last group call and results of recent meetings. |
| 04/10/13 | P. Marks | C300 | 1.10 | Telephone conference with L. Duff re tasks and issues and assess same. |
| 04/11/13 | K. Bourdeau | C300 | 0.20 | Review of EPA response to letter and communications with P. Marks re same. |
| 04/11/13 | K. Bourdeau | C300 | 0.80 | Participation in Grace team call. |
| 04/11/13 | K. Bourdeau | C300 | 0.30 | Follow-up communications with P. Marks and E. Wolk re materials from meetings. |
| 04/11/13 | P. Marks | C300 | 0.80 | Biweekly conference call with team. |
| 04/11/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff re issues and planning for technical meeting. |
| 04/12/13 | K. Bourdeau | C300 | 0.20 | Internal communications re materials and prepare email to L. Duff and S. Levin transmitting same. |
| 04/12/13 | K. Bourdeau | C300 | 1.10 | Review draft outline of topics to be covered in meeting and provide comments to P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 154173
                                                             May 23, 2013
                                                             PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 04/13/13 | K. Bourdeau | C300 | 0.50 | Communications with Grace team and P. Marks re approach to, and issues to be addressed in, preparation for meeting. |
| 04/15/13 | K. Bourdeau | C300 | 0.30 | Communications with E. Wolk re materials to send to L. Duff and work on transmittal letter re same. |
| 04/15/13 | P. Marks | C300 | 0.90 | Assess issues and plans for consultant meeting. |
| 04/15/13 | P. Marks | C300 | 1.40 | Evaluate response to data availability inquiry and coordinate with L. Duff, and prepare response to same. |
| 04/15/13 | E. Wolk | P280 | 1.80 | As directed by K. Bourdeau, prepare documents and send to L. Duff. |
| 04/16/13 | P. Marks | C300 | 0.90 | Prepare email related to FOIA issues. |
| 04/16/13 | P. Marks | C300 | 0.30 | Communications re planning for expert meeting. |
| 04/17/13 | P. Marks | C300 | 1.90 | Telephone conference with L. Duff and S. Levin re meeting planning and follow-up assessment re same. |
| 04/17/13 | J. Lanham | C300 | 0.50 | Follow-up activities re FOIA. |
| 04/18/13 | K. Bourdeau | C300 | 1.30 | Participate in team conference call and communications with P. Marks re status, various action items. |
| 04/18/13 | P. Marks | C300 | 3.40 | Conference with S. Levin re analyzing scientific issues and structuring meeting re same. |
| 04/18/13 | P. Marks | C300 | 1.00 | Weekly team telephone conference. |
| 04/18/13 | P. Marks | C300 | 0.40 | Follow-up emails in preparation for science meeting. |
| 04/19/13 | P. Marks | C300 | 1.50 | Review new developments re FOIA and EPA reports and emails to team re same. |
| 04/20/13 | K. Bourdeau | C300 | 1.80 | E-mail exchanges re EPA report and review same. |
| 04/20/13 | P. Marks | C300 | 3.10 | Review and analyze new EPA report, prepare key comments re same and share with K. Bourdeau. |
| 04/21/13 | K. Bourdeau | C300 | 1.50 | Finalize comments on report and transmit same to P. Marks. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 154173
                                                             May 23, 2013
                                                             PAGE  3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 04/21/13 | P. Marks | C300 | 2.10 | Coordinate with L. Duff and K. Bourdeau and prepare email and follow-up emails to team re developments. |
| 04/21/13 | P. Marks | C300 | 0.70 | Research re EPA procedures. |
| 04/22/13 | K. Bourdeau | C300 | 1.00 | Various e-mail exchanges. |
| 04/22/13 | P. Marks | C300 | 0.70 | Telephone conference with L. Duff re EPA report. |
| 04/22/13 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff and R. Medler re studies cited in EPA report. |
| 04/22/13 | P. Marks | C300 | 1.20 | Research related to new EPA report. |
| 04/22/13 | P. Marks | C300 | 0.30 | Correspondence with J. Goodman re technical issue. |
| 04/22/13 | J. Lanham | C300 | 1.50 | Follow-up communications re data request and research re procedures to challenge FOIA determination. |
| 04/23/13 | K. Bourdeau | C300 | 0.50 | E-mail communications relevant to issues posed by report and preparation for meeting. |
| 04/23/13 | P. Marks | C300 | 1.60 | Research re EPA procedures. |
| 04/23/13 | P. Marks | C300 | 1.80 | Telephone conferences with consultant re future guidance re scientific issues and follow-up coordination with client team re same. |
| 04/23/13 | J. Lanham | C300 | 1.00 | Research and prepare email correspondence. |
| 04/24/13 | P. Marks | C300 | 1.00 | Telephone conference with S. Levin re planning for science meeting. |
| 04/24/13 | P. Marks | C300 | 4.70 | Evaluate EPA guidance re assessment procedures. |
| 04/25/13 | K. Bourdeau | C300 | 1.30 | Participate in Grace team conference call and follow-up with P. Marks re status, various action items and path forward. |
| 04/25/13 | K. Bourdeau | C300 | 0.20 | Review EPA responses to report and related documents and e-mail communications with P. Marks re issues posed by same. |
| 04/25/13 | P. Marks | C300 | 0.40 | Research (including conversations with colleagues) re EPA procedure. |
| 04/25/13 | P. Marks | C300 | 4.50 | Evaluate EPA assessment process guidance documents and NAS materials re same. |

BEVERIDGE & DIAMOND, P.C.                                INVOICE # 154173
                                                         May 23, 2013
                                                         PAGE  4

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 04/25/13 | P. Marks | C300 | 1.00 | Weekly team conference call. |
| 04/26/13 | K. Bourdeau | C300 | 1.00 | Review notes of meeting (at request of P. Marks) and prepare summary of same on topics of interest. |
| 04/26/13 | P. Marks | C300 | 3.10 | Evaluate EPA guidance as it pertains to key issues. |
| 04/27/13 | K. Bourdeau | C300 | 0.30 | E-mail communications with P. Marks re status and path forward. |
| 04/29/13 | P. Marks | C300 | 1.70 | Review draft manuscript and telephone conference with client re same. |
| 04/30/13 | P. Marks | C300 | 1.40 | Telephone conference with L. Duff, H. Feichko and S. Levin re meeting preparation and consultant issues and plan follow-up re same. |
| 04/30/13 | P. Marks | C300 | 0.30 | Direct preparation of logistics for team meeting. |
| 04/30/13 | P. Marks | C300 | 0.30 | Email to consultant re issues. |

**Total Hours :**        63.90

**Total Fees :**    $36,256.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154173
May 23, 2013
PAGE  5

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 12.60 | $750.00 | $9,450.00 |
| P. Marks | 46.50 | $545.00 | $25,342.50 |
| J. Lanham | 3.00 | $365.00 | $1,095.00 |
| E. Wolk | 1.80 | $205.00 | $369.00 |
| Total Fees : |  |  | $36,256.50 |
| 10% Discount : |  |  | (3,625.65) |
| Total Fees Due : |  |  | $32,630.85 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 62.10 | $35,887.50 |
| P280 | 1.80 | $369.00 |
| Total | 63.90 | $36,256.50 |
| Total Fees : | 63.90 | $36,256.50 |
| 10% Discount : |  | (3,625.65) |
| Total Fees Due : |  | $32,630.85 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $7.50 |
| E109 | Local Travel | $53.00 |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE # 154173
                                                               May 23, 2013
                                                               PAGE  6

| | | |
|---|---|---:|
| E110 | Out-of-town Travel | $149.00 |
| E111 | Meals | $15.85 |

|  |  |
|---:|---:|
| Total Disbursements : | $225.35 |
| **TOTAL DUE :** | $32,856.20 |