# EXHIBIT B

(Petition)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 23, 2013
Client/Matter #  01246-015504
Invoice # 154174
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/13 in Connection With:

**Petition**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 04/15/13 | P. Marks | C300 | 2.60 | Prepare draft. |
| 04/17/13 | P. Marks | C300 | 1.50 | Prepare and update aspects of petition. |
| 04/22/13 | P. Marks | C300 | 1.40 | Prepare document. |
| 04/24/13 | P. Marks | C300 | 1.70 | Prepare petition. |
| 04/25/13 | P. Marks | C300 | 2.60 | Prepare petition. |
| 04/26/13 | P. Marks | C300 | 2.20 | Edit petition and add guidance information. |
| 04/27/13 | P. Marks | C300 | 0.50 | Additional review and revision of section 3 of petition, and send to client with explanatory email. |
| 04/28/13 | K. Bourdeau | C300 | 0.80 | Brief review of revised draft petition prepared by P. Marks and communications with P. Marks re same. |
| 04/29/13 | K. Bourdeau | C300 | 0.30 | Communications with P. Marks re petition. |

Total Hours :        13.60

Total Fees :     $7,637.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154174
May 23, 2013
PAGE   2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.10 | $750.00 | $825.00 |
| P. Marks | 12.50 | $545.00 | $6,812.50 |
|  | Total Fees : |  | $7,637.50 |
|  | 10% Discount : |  | (763.75) |
|  | Total Fees Due : |  | $6,873.75 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 13.60 | $7,637.50 |
| Total | 13.60 | $7,637.50 |
| Total Fees : | 13.60 | $7,637.50 |
| 10% Discount : |  | (763.75) |
| Total Fees Due : |  | $6,873.75 |

## Summary by Disbursement Codes :

**TOTAL DUE :**     $6,873.75