# EXHIBIT C

(Curtis Bay Air)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

May 23, 2013  
Client/Matter #  01246-015577  
Invoice # 154175  
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/13 in Connection With:

**Curtis Bay Air**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 04/05/13 | L. McAfee | C300 | 5.50 | Site meeting to discuss air issues. |
| 04/11/13 | P. Marks | C300 | 0.60 | Conferences with L. McAfee and L. Duff re air regulations. |
| 04/11/13 | L. McAfee | C300 | 0.50 | Discussion with P. Marks re air issues; research re same. |
| 04/16/13 | L. McAfee | C300 | 1.00 | Draft memorandum re project exemption. |
| 04/16/13 | L. McAfee | C300 | 3.00 | Site visit. |
| 04/16/13 | L. McAfee | C300 | 0.50 | Review materials from Zephyr. |
| 04/24/13 | L. McAfee | C300 | 2.00 | Telephone conference with L. Duff and B. O'Connell re various air issues. |
| 04/24/13 | L. McAfee | C300 | 0.50 | Prepare PowerPoint for May 7 meeting. |
| 04/24/13 | L. McAfee | C300 | 1.00 | Review project documentation. |
| 04/25/13 | L. McAfee | C300 | 1.00 | Review project documents and obtain and review additional information. |
| 04/26/13 | L. McAfee | C300 | 3.00 | Telephone conferences re air issues. |
| 04/26/13 | L. McAfee | C300 | 2.00 | Legal and factual research re air issues. |
| 04/27/13 | L. McAfee | C300 | 0.30 | Email L. Duff re air issues. |

BEVERIDGE & DIAMOND, P.C.                                   INVOICE # 154175
                                                            May 23, 2013
                                                            PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 04/29/13 | L. McAfee | C300 | 4.00 | Air issues research. |
| 04/29/13 | L. McAfee | C300 | 0.30 | Telephone conference with L. Duff re air issues. |

                             Total Hours :        25.20

                             Total Fees  :    $13,488.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154175
May 23, 2013
PAGE  3

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.60 | $545.00 | $327.00 |
| L. McAfee | 24.60 | $535.00 | $13,161.00 |
|  | Total Fees : |  | $13,488.00 |
|  | 10% Discount : |  | (1,348.80) |
|  | Total Fees Due : |  | $12,139.20 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 25.20 | $13,488.00 |
| Total | 25.20 | $13,488.00 |
| Total Fees : | 25.20 | $13,488.00 |
| 10% Discount : |  | (1,348.80) |
| Total Fees Due : |  | $12,139.20 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| 017 | Documents/Publications | $44.35 |
|  | Total Disbursements : | $44.35 |
|  | **TOTAL DUE :** | $12,183.55 |