# EXHIBIT D

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 23, 2013
Client/Matter #  01246-012100
Invoice # 154172
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/13 in Connection With:

**General Regulatory/Compliance Issues**
**100042**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 04/04/13 | A. Goldberg | C300 | 0.50 | Telephone conference with L. Duff re RCRA regulatory issue. |
| 04/11/13 | A. Goldberg | C300 | 4.00 | Telephone conference with L. Duff, et al., re potential requirement for waste streams and research and analysis re same. |
| 04/12/13 | A. Goldberg | C300 | 3.50 | Research and prepare extended e-mail re potential requirements for generation and management of materials. |
| 04/15/13 | A. Goldberg | C300 | 2.30 | Finalize and send to L. Duff extended e-mail re potential issues in California. |

Total Hours :           10.30

Total Fees :        $6,437.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154172
May 23, 2013
PAGE   2

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 10.30 | $625.00 | $6,437.50 |
|  | Total Fees : |  | $6,437.50 |
|  | 10% Discount : |  | (643.75) |
|  | Total Fees Due : |  | $5,793.75 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.30 | $6,437.50 |
| Total | 10.30 | $6,437.50 |
| Total Fees : | 10.30 | $6,437.50 |
| 10% Discount : |  | (643.75) |
| Total Fees Due : |  | $5,793.75 |

Summary by Disbursement Codes :

**TOTAL DUE :**          $5,793.75