# EXHIBIT E

## (Bankruptcy Fee Application)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 23, 2013
Client/Matter #  01246-012629
Invoice # 154176
Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/13 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                              SUITE 700
                              1350 I STREET, N.W.
                              WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application
100035

Disbursements:

| | |
|---|---|
| Copying | 4.90 |
| Postage | 3.44 |

Total Disbursements :     $8.34

TOTAL DUE :     $8.34