IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                               )

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (KJC) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 12, 2013 at 4:00 p.m. |
| | ) | Hearing: July 29, 2013 at 9:00 a.m. |

**NOTICE OF APPLICATION OF ROGER FRANKEL, SUCCESSOR
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY
CLAIMANTS, FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF LINCOLN PARTNERS ADVISORS LLC
AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO MAY 16, 2013**

TO:    Parties required to receive notice pursuant to Del. Bankr. LR 2001-1

On June 10, 2013, Roger Frankel, the successor legal representative for future asbestos personal injury claimants (the "FCR"), filed the attached *Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Lincoln Partners Advisors LLC as Financial Advisor to the FCR* Nunc Pro Tunc *to May 16, 2013* with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Application is attached hereto.

Responses to the relief requested in the Application, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time) on July 12, 2013. At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) Roger Frankel, Esquire, FCR, c/o Orrick, Herrington & Sutcliffe, LLP, 1152 15th Street, NW, Washington, DC 20005, Proposed Bankruptcy Counsel to the FCR, Richard H. Wyron, Esquire and Debra L. Felder, Esquire, Orrick, Herrington & Sutcliffe LLP,

1152 15th Street, NW, Washington, DC 20005, and Proposed Financial Advisor, Joseph J. Radecki, Jr., Managing Director, Lincoln Partners Advisors LLC, 360 Madison Avenue, 21st Floor, New York, NY 10017; (ii) Co-Counsel to the Debtors, John Donley, Esquire and Adam Paul, Esquire, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654, Roger J. Higgins, Esquire, The Law Offices of Roger Higgins, LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 and Laura Davis Jones, Esquire, James E. O'Neill, Esquire, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) Counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 222 Delaware Avenue, Suite 1600, Wilmington, DE 19801; (v) Counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) Counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, Chartered, 600 Lexington Avenue, 21st Floor, New York, NY 10022-6000 and Marla R. Eskin, Esquire, Mark T. Hurford, Esquire, Kathleen Campbell Davis, Esquire, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, DE 19801; (vii) Counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022 and Teresa K.D. Currier, Saul Ewing LLP, 222 Delaware Avenue, P.O. Box 1266, Wilmington, DE 19899-1397; (viii) the Office of the United States Trustee, ATTN: David M. Klauder, Esquire, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801; and (iv) Counsel to the Asbestos PD

Future Claimants' Representative, Karl Hill, Seitz, Van Ogtrop & Green P.A., 222 Delaware Avenue, Suite 1500, P.O. Box 68, Wilmington, DE 19899 and Alan B. Rich, Law office of Alan B. Rich, Esquire, 1201 Elm Street, Suite 4244, Dallas, TX 75270.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DELAWARE 19801, ON JULY 29, 2013 AT 9:00 A.M. PREVAILING EASTERN TIME.

Respectfully submitted,

*/s/ Roger Frankel*
Roger Frankel, in his capacity as the
Successor Legal Representative for Future Asbestos
Personal Injury Claimants
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005
Phone: 202.339.8400
Fax: 202.339.8500
Email: rfrankel@orrick.com

*Successor Legal Representative for*
*Future Asbestos Personal Injury Claimants*

Dated: June 10, 2013