IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-01139 (KJC) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Objection Deadline: July 12, 2013 at 4:00 p.m. |
| ) | Hearing Date: July 29, 2013 at 9:00 a.m. |

**NOTICE OF APPLICATION OF ROGER FRANKEL, SUCCESSOR LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS, FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS DELAWARE CO-COUNSEL *NUNC PRO TUNC* TO MAY 16, 2013**

PLEASE TAKE NOTICE that Roger Frankel, the successor legal representative for future asbestos personal injury claimants (the "FCR"), filed and served the *Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Phillips, Goldman & Spence, P.A. as Delaware Co-Counsel* Nunc Pro Tunc *to May 16, 2013* (the "Application"), attached hereto.

PLEASE TAKE FURTHER NOTICE that objections, if any to the Application, are to be served and filed as to be received by the Court and the following counsel on or before July 12, 2013:

| | |
|---|---|
| **Successor** | **Co-Counsel to Roger Frankel, Successor** |
| **Future Claimants' Representative** | **Future Claimants' Representative** |
| Roger Frankel, Esquire, FCR, | Richard Wyron, Esquire |
| c/o Orrick, Herrington & Sutcliffe LLP | Debra L. Felder, Esquire |
| Columbia Center | Orrick, Herrington & Sutcliffe LLP |
| 1152 15th Street, N.W. | Columbia Center |
| Washington, DC 20005 | 1152 15th Street, N.W. |
| | Washington, DC 20005 |
| | |
| **Co-Counsel to Roger Frankel, Successor** | **Co-Counsel to the Debtors** |
| **Future Claimants' Representative** | John Donley, Esquire |
| John C. Phillips, Jr., Esquire | Adam Paul, Esquire |
| Phillips, Goldman & Spence, P.A. | Kirkland & Ellis, LLP |
| 1200 North Broom Street | 300 North LaSalle |
| Wilmington, DE 19806 | Chicago, IL 60654 |

**Co-Counsel to the Debtors**
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-Counsel to the Debtors**
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

**Co-Counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**Co-Counsel to Official Committee**
**of Unsecured Creditors**
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of**
**Asbestos Property Damage Claimants**
Scott L. Baena, Esquire
Bilzin, Sumberg, Baena, Price & Axelrod,
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**Counsel to the Official Committee of**
**Asbestos Property Damage Claimants**
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Co-Counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

**Co-Counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Kathleen Campbell Davis, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to Official Committee**
**of Equity Holders**
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to Official Committee**
**of Equity Holders**
Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1397

**Counsel to the Asbestos PD**
**Future Claimants' Representative**
Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esquire
1201 Elm Street, Suite 4244
Dallas, TX 75270

HEARING ON THE APPLICATION IS SCHEDULED FOR JULY 29, 2013 AT 9:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY COURT, 824 N. MARKET STREET, COURTROOM 5, WILMINGTON, DE 19801.

IF NO OBJECTIONS ARE FILED AND RECEIVED BY THE OBJECTION DEADLINE, THE COURT MAY APPROVE THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.  IF OBJECTIONS ARE RECEIVED, THE COURT WILL SCHEDULE A HEARING ON THE MATTER.

Respectfully submitted,

*/s/ Roger Frankel*
Roger Frankel, in his capacity as the
Successor Legal Representative for Future Asbestos
Personal Injury Claimants
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC  20005
Phone: 202.339.8400
Fax:    202.339.8500
Email: rfrankel@orrick.com

*Successor Legal Representative for*
*Future Asbestos Personal Injury Claimants*

Date:   June 11, 2013