# EXHIBIT 1 TO THE PHILLIPS DECLARATION: LISTED PARTIES

## WR GRACE
## INTERESTED PARTIES

A.    Debtors

The Debtors consist of the following 62 entities:

W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.),
W. R. Grace & Co.-Conn.,
A-1 Bit & Tool Co., Inc., Alewife Boston Ltd.,
Alewife Land Corporation, Amicon, Inc.,
CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.),
CCHP, Inc., Coalgrace, Inc.,
Coalgrace II, Inc.,
Creative Food 'N Fun Company,
Darex Puerto Rico, Inc.,
Del Taco Restaurants, Inc.,
Dewey and Almy, LLC (f/k/a Dewey and Almy Company),
Ecarg, Inc.,
Five Alewife Boston Ltd.,
G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.),
G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.),
GEC Management Corporation,
GN Holdings, Inc.,
GPC Thomasville Corp.,
Gloucester New Communities Company, Inc.,
Grace A-B Inc.,
Grace A-B II Inc.,
Grace Chemical Company of Cuba,
Grace Culinary Systems, Inc.,
Grace Drilling Company,
Grace Energy Corporation,
Grace Environmental, Inc.,
Grace Europe, Inc.,
Grace H-G Inc.,
Grace H-G II Inc.,
Grace Hotel Services Corporation,
Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.),
Grace Offshore Company,
Grace PAR Corporation,
Grace Petroleum Libya Incorporated,
Grace Tarpon Investors, Inc.,
Grace Ventures Corp.,
Grace Washington, Inc.,

W. R. Grace Capital Corporation,
W. R. Grace Land Corporation,
Gracoal, Inc.,
Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation,
Hanover Square Corporation,
Homco International, Inc.,
Kootenai Development Company,
L B Realty, Inc.,
Litigation Management, Inc. (f/k/a GHSC Holding, Inc.),
Grace JVH, Inc.,
Asbestos Management, Inc.),
Monolith Enterprises, Incorporated,
Monroe Street, Inc.,
MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation),
MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.),
MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.),
Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.),
E&C Liquidating Corp., Emerson & Cuming, Inc.),
Southern Oil, Resin & Fiberglass, Inc.,
Water Street Corporation,
Axial Basin Ranch Company,
CC Partners (f/k/a Cross Country Staffing),
Hayden-Gulch West Coal Company,
H-G Coal Company.

B.    Debtors' Attorneys (general counsel and special bankruptcy counsel)

Kirkland & Ellis
Pachulski, Stang, Ziehl, Young, & Jones

C.    Debtors' Other Professionals (e.g. investment banker, financial advisor, real estate
consultant, etc.) retained in connection with the Chapter 11 proceeding

Blackstone Group, L.P.
R. R. Donnelley & Sons Company
Kekst and Company Incorporated
Wachtell, Lipton, Rosen & Katz
Legal Analysis Systems, Inc.
Pitney, Hardin, Kipp & Szuch LLP
Wallace King Marraro & Branson PLLC
Nelson Mullins Riley & Scarborough, LLP
Holmes Roberts & Owen LLP
Reed Smith LLP
Kinsella Communications
Casner & Edwards, LLP
Rust Consulting, Inc.

Steptoe & Johnson
PriceWaterhouseCoopers LLP
W.D. Hilton, Jr.
Carella, Byrne, Bain, Gilfillan, Cecchi, Steward & Olstein
Peter J. Solomon Co.
Bankruptcy Management Corporation

D.   Special Masters

Special Master William A. Dreier

E.   Debtors' Affiliates (any person or entity directly or indirectly controlling or controlled by
     or under direct or indirect common control with the Debtor) (note that these are the non-
     filing affiliates.

Grace Asia Pacific, Inc
Grace Collections, Inc.
Grace Management Services, Inc.
Grace Foundation, Inc.
The Separations Group
Grace Receivables Purchasing, Inc.
Ichiban Chemical Co., Inc.
Advanced Refining Technologies Management, Inc.
Advanced Refining Technologies LLC
Grace Germany Holdings, Inc.
Carbon-Dioxide Slurry Systems, L.P.
Advanced Refining Technologies LP
Construction Products Dubai, Inc.
Grace Chemicals, Inc.
Paramont Coal Co.
Grace Offshore Turnkey

F.   Debtors' Affiliates Attorneys

None

G.   Debtors' Affiliates Other Professionals (e.g. investment banker, financial advisor, real
     estate consultant, etc.) retained in connection with the Chapter 11 proceeding

None

H.   Debtors' Officers, including a crisis manger holding an officer title

O. Mario Favorito
Paul Bettacchi
Paul J. Norris
Paul McMahon

R. H. Locke
Robert A. Maggio
Robert F. Jenkins
Robert J. Bettacchi
Robert J. Medler
Robert M. Tarola
Robert P. Turner
Ronald C. Cambre
Ruth E. Rowan
Susan E. Farnsworth
Susan Eccher
Thomas A. Vanderslice
W. Brian McGowan
William L. Baker
William L. Monroe
William M. Corcoran

I.    Debtors' Officers Attorneys retained in connection with the Chapter 11 proceeding

To the best of the Debtors knowledge, none have been retained.

J.    Debtors' Officers' Other Business Affiliations (e.g. service as an officer or director of another entity)

Information not available

K.    Debtors' Directors

Akos L. Nagy
Alicia Burke
Anthony G. Riddlesperger
D. F. Garvey
David B. Siegel
David M. Cleary
David Nakashige
Dudley L. Bobolts
Elyse Napoli-Filon
Fabio Tegiacchi
Gregory E. Poling
Henry C. Lyons
J. Elder
John F. Akers
John J. Murphy
Kang Hui Shen
Mark A. Shelnitz
Martin Hunter
Marye Anne Fox

4

Michael A. Miller
Michael N. Piergrossi

L.   Debtors' Directors' Attorneys retained in connection with the Chapter 11 proceeding

To the best of the Debtors' knowledge, none have been retained.

M.   Debtors' Directors Other Business Affiliations (e.g. service as an officer or director of another entity)

Information not available

N.   Debtors' Major Shareholders

CEDE & CO
W R GRACE & CO BOOK ENTRY MEMO A/C
LORIOT & CO
JEANETTE L VACHON TR UA
PAUL J NORRIS
CHARLES H ERHART JR
BOB ROBERT SUNNESS
WACHOVIA BANK OF NORTH CAROLINA
M EVELYN BOWMAN
PHYLLIS SCHRIGER
JOHN W AUSTIN JR & PATSY W AUSTIN TR UA
QUENTIN ALEXANDER
PATRICIA STANLEY
ELLEN R SAXL
ANGUS W MERCER
RONALD C CAMBRE
JOYCE M MERCER
WAYNE T SMITH
ROSE M JOHNSTON
JOHN A SANTILLO & ROSE SANTILLO
EDNA M LOOS
JOANNA M FOLEY & JOSEPH P FOLEY
JOSEPH A RIGHTMYER
SIMON ATLAS
ALANNA FORSHAY FENSKE
FRED P BRANDT & CATHERINE A. BRANDT
GEORGE R PERRIN
R RONALD KLEIMAN
JOANNA M FOLEY & JOSEPH P FOLEY
MERLE REPPERT
DAVID B SIEGEL
WILLIAM M CORCORAN
ANN G FITZGERALD
W BRIAN MC GOWAN

5

HARRY S RINKER TR
RAYMOND E SMILEY
JANET L FARR & EDWARD S. FARR
HOLMES OIL COMPANY
LACK & LINDSAY
WILLIAM A MAUDE
WILLIAM L MONROE
GERALD W HALMO
DAISY SALZO CASILLA
FRED P BRANDT
DOROTHY G KLEIMAN
JAMES G SCHAEFER
EDMUND F GUARALDI REVOCABLE TRUST
JOHN O FLENDER
MAGDALEN SLEEMAN
ROBERT BENDHEIM
RUDOLF B PEEST
ROBERT E ANDERSON & MARY F ANDERSON
SYLVIA M ERHART
PHYLLIS SCHRIGER & WILLIAM D ROGER
EILEEN MARGARET GRIMSDITCH
RICHARD J SCHOOFS
NOEL A LEE
BETTY D GREEN
DOROTHY F SELLERS
LAWRENCE M PUCCI
HILDA SALZ O
BONNIE NAGAI
CMSS AS EXCHANGE AGENT FOR UNEXCHANGED HOLDERS OF
CHOMERICS, INC
GEORGE T FUKUI & KATHERINE K FUKUI
LILLIAN BERMAN
LEONARD L BROWN
JOHNNY P FOREHAND JR
KATHRYN C MATTINGLY
GREGORY E POLING
DOUGLAS V REYNOLDS
OLAF B SCHUBBE
THE SMILEY BBN FAMILY PARTNERSHIP
DAVID LAWRENCE
THOMAS ARLEN EVANS & DOTZIE KAY EVANS
FREDA E STRAHL
MARIA O DE SALZ
HAROLD A ECKMANN
THE ABRAHAM FAMILY TRUST
BARBARA CATES BAYNARD

6

WILLIE H BLANTON
CELWYN COMPANY INC
RAE C HEIPLE
BURREL LEONARD
MARY C KODIS TR
JOAN MCKAY YOUNG
MALECH 1989 FAMILY TRUST
MARGARET M SOKOL
HAIG TORIGIAN
QUENTIN L THELEN
ROBERT L COX JR
LOUISE LOFFREDO
ELYSE B NAPOLI
RICHARD J NOZEMACK
STEVEN S PALOUMBIS
MARK A SHELNITZ
GERT H TESKA
ROBERT H  & JOAN P BEBER
LAUREY MERCER RIGSBEE
GEORGE MONTGOMERY
P S DE BEAUMONT

O.    Debtors' Major Shareholders' Attorneys retained in connection with the Chapter 11
proceeding

To the best of the Debtors' knowledge, none have been retained.

P.    All Secured Lenders, including DIP lenders

The Chase Manhattan Bank (agent)
The Depository Trust Company
Bank of America, N.A.
J.P. Morgan & Chase Co.
First Union Bank
Credit Suisse First Boston Corp.
Dresdner Bank A.G.
Bank of Nova Scotia
ABN Amro Bank N.V.
Bank of New York
Northern Trust Bank
Wachovia Bank and Trust Company, N.A.
Hapoalim
Barclays Bank PLC
Citibank, N.A.
Commerzbank A.G.
Credit Lyonnais
HSBC/Marine Midland
Lloyds Bank, Dubai

7

Q.    All Secured Lenders' Attorneys retained in connection with the Chapter 11 proceeding

    To the best of the Debtors' knowledge, none have been retained.

R.    All Substantial Unsecured Bondholders or Lenders

    Chase Manhattan Bank
    First Union National Bank
    Dresdner Bank
    Northern Trust Bank
    Barclays Bank P.L.C.
    HSBC/Marine Midland
    ABN AMRO Bank N.V.
    Wachovia Bank and Trust Company
    Bank of America

S.    All Substantial Unsecured Bondholders or Lenders Attorneys retained in connection with
    the Chapter 11 proceeding

    To the best of the Debtors' knowledge, none have been retained.

T.    All Indenture Trustees

    CEDE & Co.
    Deposit Guaranty Corp.

U.    All Indenture Trustees' Attorneys retained in connection with the Chapter 11 proceeding

    To the best of the Debtors' knowledge, none have been retained.

V.    Official Statutory Committee members (All Committees)

### Unsecured Creditors' Committee

    Zhagrus Environmental, Inc.
    The Bank of New York
    Bankers Trust Company
    Sealed Air Corporation
    ABN Amro Bank N.V.
    First Union National Bank
    J.P. Morgan Chase & Co.
    Bank of America, N.A.
    Wachovia Bank & Trust Co., N.A.

### Property Damage Committee

    Marco Barbenti
    Pacific Freeholds
    The Trustees of Princeton University
    The Prudential Insurance Company of America
    Anderson Memorial Hospital

8

CH_DOCS\321000.1 [W97]

Catholic Archdiocese of New Orleans
Paul Price

### *Bodily Injury Committee (Asbestos Personal Injury Committee)*

John J. Russell
Thomas J. Jones
John Smutko
Jennette Parent, representative of estate of Thomas Parent
Steven Jones, representative of estate of Barbara Ellen Hammack
Royce N. Ryan
Roberta Jeffrey, Esq., representative of estate of Frank Jeffrey
Anthony Angiuli
Beverly Maulden, representative of John Wesley Maulden
Harvey Bair
Nathan O. Philips, Jr.

### *Equity Committee*

Peninsula Partners, LP
Dimensional Fund Advisors
Angus W. Mercer
Raymond E. Smiley

W.    Official Statutory Committees' Attorneys (for each Official Committee)

Stroock & Stroock & Lavan LLP (unsecured)
Bilzin Sumberg Dunn Baena Price & Axelrod (PD)
Caplin & Drysdale (PI)
Campbell & Levine
Kramer Levin Naftalis & Frankel LLP

X.    Official Statutory Committees' Other Professionals (e.g. investment banker, financial
advisor, real estate consultant, etc.) by each Official Committee

L. Tersigni Consulting P.C.
Duane, Morris & Heckscher LLP
Ferry & Joseph, P.A.


FTI Policano & Manzo
Legal Analysis Systems, Inc.
Conway, Del Genio, Gries, & Co. (local counsel PD Committee)
Ashby & Geddes, P.A. (local counsel PI Committee)
Klett Rooney Lieber & Schorling, P.C. (co-counsel to official committee of equity
holders)

9

Y.    Official Statutory Committees Members' Attorneys retained in connection with the
      Chapter 11 proceeding

                *Creditor's Committee*

                Walsh, Monzack, and Monaco
                Moses & Singer LLP
                Skadden, Arps, Slate, Meagher & Flom LLP
                Simpson Thatcher Bartlett
                The Bayard Firm
                Kilpatrick Stockton LLP

                *Property Damage Committee*

                Ness, Motley, Loadhold, Richardson & Poole
                McGarvey, Heberling, Sullivan & McGarvey PC
                Speight & Runyan
                Martin Dies, Esquire

                *Personal Injury Committee*

                Jacobs & Crumplar P.A.
                Kelley & Ferraro
                Cooney & Conway
                Ness, Motley, Loadhold, Richardson, & Poole
                Baron & Budd
                McGarvey, Heberling, Sullivan & McGarvey
                Kazan, McClain, Edises, Simon & Abrams
                Weitz & Luxenberg
                Silber Pearlman
                Goldberg, Persky, Jennings & White P.C.
                Robins, Cloud, Greenwood & Lubel LLP

Z.    Attorneys to Committees
                Cozen O'Connor and McKool Smith (Certification of counsel filed 1/10/02 -
                docket 1489) - Co-Special Counsel to PD Committee
                Stroock & Stroock & Lavan LLP
                Caplin & Drysdale, Chartered

                L. Tersigni Consulting P.C.
                FTI Policano & Manzo
                Duane, Morris & Heckscher LLP
                Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                Ferry & Jospeh
                Asby & Geddes, P.A.
                Campbell & Levine, LLC
                Conway, Del Genio, Gries & Co.
                Kramer Levin Naftalis & Frankel LLP

                                              10

Professor Elizabeth Warren
Klett Rooney Liebert & Schorling, a Professional Corporation
Hmailton, Rabinovitz & Alschuler, Inc.
Hilsoft Notifications

AA.  Special Counsel to handle objections to ZAI claims
Lukins & Annis, PS
Lieff, Cabraser, Heimann & Bernstein, LLP
Richardson, Patrick, Westbrook, Brickman
Ness, Motley, Loadholt, Richardson & Pole
McGarvey, Heberling, Sullivan & McGarvey, P.C.

AB.  Twenty Largest Unsecured Creditors (as of the date of filing)

The Chase Manhattan Bank
The Depository Trust Company
DEDE & Co.
Los Angeles Unified School District
Huntsman Corporation
Zhagrus Environmental, Inc.
DCP-Lohja Inc.
PCS Nitrogen Fertilizer, L.P.
Dupont Dow Elastomers
Cass Logistics Temporary
Union Carbide Corp
Southern Ionics, Inc.
BASF
CNA Insurance
Radian International
Stone Packaging System
Valeron Strength Films
Ingersoll-Rand Fluid Products
Delta Chemicals

AC.  Twenty Largest Unsecured Creditors Attorneys retained in connection with the Chapter 11 proceeding

To the best of Debtors knowledge, none have been retained.

AD.  Parties to the Debtors' Significant Executory Contracts and Leases

14901 North Scottsdale Road LLC / SM1/Southwestern Management, Inc.
2700 Stemmons
710, Inc.
A. Copeland Enterprises
A. Dong Oriental Grocery and Gift, Inc.
Abnet Realty Co. (Wm. Langfan & Aaron Ziegelman) / B E Holding Corp.
Accomplishments Through People, Inc.

11

AIP Properties
Alexander Summer, Inc.
Aliferis (UJ's Family Restaurant)
Allstore Realty Group
AMB Property, L.P.
AMCAP/Denver Ltd. Partnership
American Property Investors XI
American United Life Insuranc Co.
APAC Teleservices, Inc.
Appollo Cards, Inc.
Arbor Vitae Company N.V.
ASIC Alliance Corporation
Associates Enterprises of Houston
Atlash Corporation N.V.
Autozone, Inc.
Azteca Restaurants (El Torita-La Fiesta)
B & N Enterprises
Baltivest, N.V.
Baronial Corporation, N.V.
Barrand, Inc.
Baydale, Inc. // AMFAC Merchandising Corp.
Bell Canyon Investments Company N.V.
Berch Corporation N.V.
Besswell Corporation, N.V
Birchwood at Jericho Associates
Bixby Ranch Company
Blakenship Villas of Clovis, Inc.
Boeing Court Partners
Broadway Place I
Bruce & Brent Speckert, Tracey Deatsch, Deborah Frostholm
Buccola Family trust
Buen Dia Land Company N.V.
Builders Emporium Corp.
Builders Empourium (East), Inc.
Byer Properties
C & S, Inc.
Cabernet Company, N.V.
Caburan Land Company N.V.
Campamar Land Company N.V.
Caringello Investments II
Carlisle Property Co.
Carrow's
Casa Bonita, Inc.
Cassco Land Co., Inc.
Cavil Properties, Inc.
Cedar Square, A Texas General Partnership

12

CFS
Channel Home Centers
Channel Home Centers Realty Corp.
Channel Lumber Company
Channel of Route 10
Charger Land Company
Chart Towne Partnership
Chattanoooga Food Systems, Inc.
Chi Chi's, Inc.
Child World, Inc.
Citizens and Southern Bank of W. Georgia
City Federal Savings & Loan Association
City/County of San Francisco - Public Utilities Commission
Clayton Dean
Coco's
Community Distributors, Inc.
Craddock Diversified Enterprises
Crested Butte Equities Co.
D & B of Hollywood
DAS Restaurants, Inc.
Dave Christensen, Inc. (successor in-interest - Bellevue Hilton)
Daylin, Inc.
De Nada Restaurants, Inc.
DELCO Development Co. of Gastonia / H. C. Associates
DELCO Development Co. of Tyvola
Delta Acquisitons, Ltd.
Dr/Mrs Robert Schmit
DT Propiedades
Dunn International Corporation
Dunn International of Georgia, Inc.
El Torito
El Toro Properties/Corp & Ludo and  Gloria Bevilacqua
Elaine Power Figures Salons, Inc.
Eminent International Enterprises, Inc.
Evelyn Art Gallery
Fairlane Land Comapy, N.V.
Fast Food Properties
FBL Partners
Fedi, Fedi, Jaworski & Santini
FFCA/IIP
Fidelity Syndications, Inc.
First Harris Associates, Ltd.
First National Bank of Bloomington
Forshaw, Elizabeth
Frank & Marianne Sorci
Frederick J. and Pamela M. Axelberd

13

Freed Realty Company
Freeport Center Associates
Galahad Real Estate Corp.
Gardner-Smith Associates / Broad River Mall Assoc., L.P. /Hitchner, Witt & Co.
Garec Ltd. Partnership
Gaston Health Care, Inc.
Gene Biggli Properties
General Mills
Goodwill Industries fo Greater New York, Inc.
Green Angel Investments Co., N.V.
Green Pastures, Inc.
Grupe - Squaw Valley Company Ltd.
Handy City Division
Harry & Elise Grimmer
H-B, Inc.
Heathcliff Investment Co., N.V.
Herman's Sporting Goods, Inc.
Hines Interest Limited Partnership
Home Builders Emporium-NY
Homer J. Rader
HQ / Hechinger Property Company
H-T Enterprises V
Hugh M. Tarbutton
Ingram Plaza Company
International Protective Coating Corp. (successor to Pyrotec Industries, Inc.)
Investcal Develop Co.
Investcal Realty
J & J Rentals
J. E. Smith
J.C. Food Corporation
Jack Astor's Leasing
James G., James H. Ayres and Mary Jane Ayres
Jericho Restaurant Associates
Jew, Anthony, MD
John & Susan Youngson
John H. Baker III
John L. Stevenson
Jojo's
Joseph and Inez Foundation
Joyce Alyn
JP Forney Jr, Trustee;  Elinor L. Forney;  James B. Davis and R.C. Bennett,
Trustee

Keg Restaurants
Keystone Realty Company
Kravco Company;  Lehigh Valley Associates
Kwo-Tai Richard Sun & Ivy Hsiao-Ming Chen Sun

14

La Jolla Village Profesional Center Associates
La Mesa Crossroads
Lathampton Corporation
La Salle National Bank - Trust #100609
Laguna Hills Investment Company
Lampeter Joint Venture (Basser and Kaufman)
Larnet N.V.
Leverett Corporation N.V.
Lewis RE Trust, et al.
Life Time Floors, Inc.
Lismore Corporation N.V.
Lister Properties Co.
Listoville, N.V.
Lynda Ward
M.S.B. Properties
M/M John Santopadre
Malibu Land Company N.V.
Mamiye Brothers
Manor Develpoment Co.
Margaret & Mike Conrotto
Mark Hankin and Hanmar Assoc. MLP.
MARS, Inc.
Marshall's of Milford, Connecticut., Inc.
Marshall's of Waterbury, Connecticut., Inc.
Marshall's of Wayne
Marshall's, Inc.
Martinvest, Inc. N.V.
Mattatuck Plaza Associates (successor to Simon Konover)
MCC Group Northglenn, LTD.
MCC Group-Mesquite # Joint Venture
McCutchin Brothers Joint Venture II
Mercury Mall Associates
Merlot Company N.V.
MGSC Corp.
Milford Associates
Missouri Limited Partnership
Mr. Beef Restaurants, Inc.
Myers Corner Development Corporation
New England Mutual Life Ins. Co.
Ninfa's (Rodco, L.C.)
NoHy
Northern Hydraulics, Inc.
Northwest Village Limited
Olive Garden
Ollie's Bargin Outlet, Inc.
Orchard Supply Building Co.

15

Pacar, Inc.
Pancho's Mexican Buffet
Paragon Steakhouse Restaurants, Inc.
Parkland Realty
Paul Choi & Evelyn Youngrea Choi
Peckman, Peter H. & Nancy M.., c/o Investcal Realty Corp.
Pennsylvania Ltd. Partnership
Pepper Square Venture I
Perrot N.V. and Lowell Corporation
PFRS Dublin Corp.
PH Associates
Phoenix Concepts Corporation
Pier 1 Imports
Pike-Pal Associates
Pinata, Inc.
Plaza Camino Real
Plus Foods Discount, Inc.
Princessa Land Company, N.V.
Principle Life Insurance Co.
PRS Boyle Rd. Corp / Selden Center Associates / Net Realty Holding
Quick Foods, Inc. dba Taco Villa
Quivira 95 Company
Quortrup Petroleum Products, Inc.
Rhodes, Inc.
Richard & Kathryn Rossman
Richard L. Crawford and Geren Crawford Real Estate Investments
Robert V. McKeen & Co.
Robin Roach & Andrew P. Wieland
RREEF USA Fkund-III
Russell J. & Milton F. & Joyce Bruzzone
S. Klein Department Stores, Inc.
S.A.H. Partnership
Safari Realty Co., Inc.
Safeway Stores, Inc.
Safia, Inc.
Savmart of New Jersey, Inc.
Schantz, Schntz & Pernell
Scott William Wood
Serota & Sons
Shapell Industries of No. California, Inc.
Shepler's Inc.
Sheplers of Texas
Silver Shadow Land Company
Snack,Inc.
Soll Trust
Sota Bento Land Company, N.V.

16

South Plainfield Holding, Inc.
So. Pacific Dev. Co.
Southern Pacific Development
Southview Mexican Ltd. Partnership
Springs Assoc, L.P.
Springs Associates
Stanmel Corp.
Stein Mart, Inc.
Stephen Pontiac - Cadillac, Inc.
Sterling Projects, Inc.
Sylvor, Robert
Tony Roma's a/k/a Romacorp, Inc.
Taaz, L.L.C.
Taco Del Sur, Inc.
Taco Villa, Inc.
Terrin Holding, Co.
T/H Associates
The Fabric Emporium
The Great Atlantic and Pacific Tea Company
The Lincoln National Life Insurance Co.
The Lionel Corporation & Lionel Leisure, Inc.
The Oaks % Key Center
The Pep Boys - Manny, Moe & Jack
The Price Company
The Salvation Army
The Snyder Living Trust
The Voit Companies
Theodore, Judith, Edward & Thelma Bradford
Topps of Totowa
Trammel Crow Co.
Two Forty Associates
Two Guys from Harrison -- New York., Inc.
United Benefit Life Insurance Company
Urban Village Partners
Vess J. Barnes, Joyce A. Barnes, & Terry Smith as Trustees of Barnes Jewelry,
Inc. Employees Profit Sharing Trust
Village Parkway Venture
Vincent & Rose Di Tommaso
Vintage Faire Assocs
Virginia Square Ltd.
Volare Investments Co.
Vornado, Inc.
W. H. C. Realty Corp. (successor to Simon Konover)
Wal-Mart Stores, Inc.
Watson Land Company a/k/a Chomerics, Inc.
Wayne Industries, Inc.

17

Weingarten Realty Investors
Weingarten Realty, Inc.
Wendy's
West York Associates
Westbar Limited Partnership
Whataburger, Inc.
Whittaker/Valey River Partners
Who Songs & Larry's
Wickes Companies, Inc.
William K. Langfan and Aaron Ziegelman
Winfield Group
Wm. & Grace Garcia
Woodfair Venture, Ltd.
WRG Assoc. Four
WRG Assoc. Seven
WRG Assoc. Six
WRG Associates Five
WRG III, L.P.

AE.   Parties to the Debtors' Significant Executory Contracts and Leases Attorneys (retained in connection with the Chapter 11 proceeding)

To the best of the Debtors' knowledge, none have been retained.

AF.   Other Significant Parties-in-Interest (any party that has a substantial economic stake in the debtor; other parties-in-interest include parties in material litigation against The Debtor, public utility commissions of regulated entities, potential parties to M&A or asset transactions with the Debtor, etc.

Issuers of the Debtors' Outstanding Surety Bonds:
American International Group, Inc.
The Travelers Insurance Co.
Fireman's Fund Insurance Co.
The Hartford Financial Services Group, Inc.
St. Paul Companies, Inc.

Letter of Credit Issuers:
ABN AMRO Bank N.V.
Bank of America, N.A.
Citibank, N.A.
J.P. Morgan Chase & Co.
Wachovia Bank & Trust Company, N.A.

AG.   Other Significant Parties-in-Interest Attorneys retained in connection with the Chapter 11 proceeding

To the best of the Debtors' knowledge, non have been retained.

18

**W.R. Grace & Co., *et al.***
**Case No. 01-01139**
**Additional Parties and Professionals Entering Appearances from**
**June 2004-Present**

| | |
|---|---|
| Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company | James S. Yoder **Cuyler Burk, LLP** |
| | Stefano Calogero Andrew K. Craig **White and Williams LLP** |
| American Employers Insurance Company, Employers Commercial Union N/k/a/ One Beacon American Insurance Company and Unigard Insurance Company | David P Primack Michael F. Brown Andrea L D'Ambra **Drinker Biddle & Reath LLP** |
| American Legion Foss Drug/Al Foss, Fargo Housing Authority, St. Helena Catholic Church, Holy Redeemer Catholic Church, St. Leo The Great Church, Church of St. Joseph and School, St. Luke's Parochial School, Cherry Hill Plaza, City of Barnesville/City Hall, Diocese of Little Rock, First United Methodist Church, State of Washington, and the Port of Seattle | James M. Hughes **Motley Rice LLC** |
| | Frederick B. Rosner **Jaspan Schelesinger Hoffman, LLP** |
| American Premier Underwriters, Inc. | Matthew J. Siembieda Benjamin G. Stonelake Scott E. Coburn **Blank Rome LLP** |
| Ancel Abadie and 410 Additional Asbestos PI Claimants | Julie A Ardoin **Murray Law Firm** |
| Baron & Budd, P.C. | Steven A. Felsenthal **Smith, Katzenstein & Furlow, LLP** |
| CNA Financial Corporation and its subsidiaries | Daniel M. Glosband John D. Aldock Michael S. Giannotto **Goodwin Procter L.L.P** |
| Campbell-Cherry-Harrison-Davis-Dove, P.C. | Joseph D. Frank **Frank/Gecker LLP** |
| Certain Underwriters at Lloyd's, London and Certain London Market Companies | Mary K. Warren Brenda D. DiLuigi **Linklaters** |
| | Andrea Fort Ivan M. Morales Patrick J. Burke **Zuckerman Spaeder LLP** |

| | |
|---|---|
| City of Cambridge | Jeffrey L. Roelofs<br>**Anderson & Kreiger, LLP** |
| CHL Administration, Inc. | Elio Battista, Jr.<br>Michael B. Schaedle<br>**Blank Rome LLP** |
| | Richard C. Josephson<br>Paul S. Logan<br>**Stoel Rives LLP** |
| Charlotte Transit Center, Inc. | Amy Pritchard-Williams<br>Margaret R. Westbrook<br>**Kennedy Covington Lobdell & Hickman, LLP** |
| Citicorp Del-Lease, Inc. d/b/a/ Citicorp Dealer Finance | Sergio I Scuteri<br>**Farr, Burke, Gambacorta & Wright, P.C.** |
| Claimant Labor's Union Local 310 | Cara L. Santouosso<br>**Rotatori, Bender, Gragel, Stoper & Alexander<br>Co., L.P.A.** |
| David T. Austern, Future Claimants Representative | Joseph J. Radecki, Jr.<br>**CIBC World Markets Corp.** |
| | John C. Phillips, Jr.<br>**Phillips, Goldman & Spence, P.A.** |
| | Jennifer Biggs<br>**Towers Perrin Tillinghast** |
| David Slaughter | Robert Jacobs<br>**Jacobs & Crumplar** |
| D.K Acquisition Partners, L.P., Fernwood Associates L.P. &<br>Deutsche Bank Trust Co. American | Marc Abrams<br>**Willkie, Farr & Gallagher LLP** |
| Eaves Law Firm | Joseph D. Frank<br>**Frank/Gecker LLP** |
| Elliot International, L.P . | John H. Bae<br>Bruce R. Zirinksky<br>**Cadwalader, Wickersham & Taft LLP** |
| Enova Corporation | Steven T. Davis<br><br>D. Alexander Barnes<br>**Obermayer Rebmann Maxwell & Hippel LLP** |
| Environmental Litigation Group, P.C. | Steven A. Felsenthal<br>**Smith, Katzenstein & Furlow LLP** |
| Everest Reinsurance Company (f/k/a Prudential Reinsurance<br>Company) and Mt. McKinley Insurance Company (f/k/a<br>Gibralter Insurance Company) | Brian L Kasprzak<br>**Marks O'Neill O'Brian and Courtney PC** |
| | Mark D. Plevin<br>Leslie A. Epley<br>**Crowell & Moring LLP** |

| | |
|---|---|
| Federal Insurance Company | William P. Shelley<br>**Cozen O'Connor** |
| Fireman's Fund Insurance Company | Gerald F. Ellersdorfer<br>**Kaulman & Logal LLP** |
| Hartford Accident & Indemnity Company, First State Insurance Company and New England Insurance Company | Duane D. Morse<br>**Wilmer Cutler Pickering Hale and Door LLP**<br>Joanne B. Wills<br>Jennifer L. Scoliard<br>**Klehr, Harrison, Harvey, Branzburg & Ellers LLP** |
| Heard Robins Cloud & Lubel L.L.P. | Joseph D. Frank<br>**Frank/Gecker LLP** |
| Intercat, Inc | David M. Posner<br>Ira S. Greene<br>**Hogan & Hartson L.L.P.** |
| Keri Evans, et al. | Michael S. Etkin<br>Ira M. Levee<br>**Lowenstein Sandler, P.C.** |
| | Francis A. Monaco<br>**Monzack and Monaco PA** |
| The Lanier Law Firm Asbestos Claimants | Aaron Joseph DeLuca<br>**Fox Rothschild LLP** |
| The Law Office of Peter Angelos, A Professional Corporation | Steven A. Felsenthal<br>Smith Katzenstein & Furlow LLP |
| Libby Claimants | Christopher M. Candon<br>**Cohn & Whitesell LLP** |
| | Kerri K. Mumford<br>**Landis Rath & Cobb LLP** |
| Macerich Fresno Limited Partners | William P. Bowden<br>Amanda M. Winfree<br>**Ashby & Geddes, P.A** |
| | M. David Minnick<br>Michael P. Ellis<br>Gerald F. George<br>**Pillsbury Winthrop Shaw Pittman LLP** |
| Massachusetts Bay Transportation Authority | David C. Fixler<br>**Rubin and Rudman LLP** |
| Official Committee of Asbestos Property Damage Claimants | Richard C. Hile<br>J. Donald Carona<br>**Dies & Hile, LLP** |
| | Marvin A. Tenenbaum<br>**LECG, LLC** |
| | Donald J. Morgan<br>**GMA Research Corporation** |

| | |
|---|---|
| Official Committee of Asbestos Personal Injury Claimants | Matthew I. Kramer |
| | Theodore J. Tacconelli |
| | **Ferry, Joseph & Pearce, P.A.** |
| | Jeffrey Liesmer |
| | Elihu Inselbuch |
| | Peter Lockwood |
| | Nathan Finch |
| | **Caplin & Drysdale, Chartered** |
| | Robert M. Horkovich |
| | **Anderson Kill & Olick, P.C. (Special Insurance Counsel)** |
| Official Committee of Equity Security Holders | Gustavo E. Bamberger |
| | Lynette R. Neumann |
| | **Lexecon LLC, Asbestos Claims Consultant** |
| Official Committee of Unsecured Creditors | Ryan Papir |
| | **Stroock & Stroock & Lavan LLP** |
| | Edwin N. Ordway, Jr. |
| | **Capstone Corporate Recovery, LLC (financial advisors)** |
| Perini Corporation | Adrienne K. Walker |
| | Jeffrey R. Porter |
| | Lyn M. Lustig |
| | **Loizides & Associates** |
| Peters, Smith and Company | Brian A. Sullivan |
| | Amy D. Brown |
| | **Werb & Sullivan** |
| Prudential Insurance Company of America | Curtis M. Plaza |
| | Robert J. Gilson |
| | Joseph L. Schwartz |
| | **Riker Danzig Scherer Hyland & Perretti** |
| Reaud, Morgan & Quinn, Inc. | Steven A. Felsenthal |
| | **Stutzman Bromberg Esserman & Plifka** |
| San Diego Gas & Electric | Steven T. Davis |
| | D. Alexander Barnes |
| | **Obermayer Rebmann Maxwell & Hippel** |
| Sempra Energy | Steven T. Davis |
| | D. Alexander Barnes |
| | **Obermayer Rebmann Maxwell & Hippel** |
| Silber Pearlman, LLP | Steven A. Felsenthal |
| | **Stutzman Bromberg Esserman & Plifka** |
| Spaulding and Slye Construction LP | Bruce Levin |
| | Peter McGlynn |
| | **Bernkopf Goodman LLP** |
| State of Montana | Dale R. Cockrell |
| | **Christensen, Moore, Cockrell, Cummings & Axelberg, P.C.** |
| Travelers Casualty & Surety Co. | Mary Beth Forshaw |
| | Barbara L. Seniawski |
| | Elisa Alcabes |
| | **Simpson Thacher & Bartlett LLP** |

| | |
|---|---|
| Tennessee Department of Revenue | William F. McCormick<br>**Office of the Tennessee Attorney General** |
| Town of Acton, Massachusetts | Thomas O. Bean<br>Eric P. Magnuson<br>**Nutter McClennen & Fish LLP** |
| | Stephen D. Anderson<br>**Anderson & Kreiger LLP** |
| U.S. Fire Insurance Company | Ian Connor Bifferato<br>Joseph K. Koury<br>**Bifferato, Gentilotti & Biden** |
| | George R. Calhoun<br>March D. Coleman<br>**Steptoe & Johnson** |
| Vann Cott, Bagley, Cornwall & McCarthy 401(K) Profit Sharing Plan | J. Robert Nelson<br>**Vann Cott, Bagley, Cornwall & McCarthy** |
| W.R. Grace & Co. and affiliates | Barbara Harding<br>Brian T. Stansbury<br>Amanda C. Basta<br>Michael T. Dierkes<br>David E. Mendelson<br>**Kirkland & Ellis, LLP** |
| | Janet Baer<br>**David Bernick, P.C.** |
| | Stephen Kraus<br>**Deloitte Consulting LLP (Compensation Advisors)** |
| | T. Timothy Tuerff<br>**Deloitte Tax LLP (Tax Service Providers)** |
| | Michael Constantino<br>**Bear, Sterns & Co. Inc.** |
| | Carol Connor Flowe<br>**Arent Fox PLLC (Special Labor Counsel)** |
| | Patricia Saint James<br>**Beveridge & Diamond, P.C.** |
| | George B. Cauthen<br>**Nelson Mullins Riley & Scarborough, LLP** |
| | Seth D. Jaffe<br>**Foley Hoag LLP (Special Environmental Counsel)** |
| | Joan M. McEntee<br>James D. Range<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz P.C.** |
| | Kevin Burke<br>Floyd Abrams<br>Ira Dembrow<br>**Cahill, Gordon & Reindel** |

W.R. Grace                                                    5

| W.R. Grace & Co. and affiliates (Cont'd) | John McGahren<br>**Latham & Watkins LLP (Environmental**<br>**Counsel)** |
| --- | --- |

**W.R. Grace & Co., et al. - Case No. 01-1139**
**Additional Parties and Professionals for Conflict Search**
**February 1, 2006 through April 2, 2007**

| Party | Counsel and Other Professionals |
|---|---|
| Ad Hoc Committee of Equity Security Holders:<br><br>**Citadel Investment Group, LLC**<br>**Dune Capital LLC**<br>**Duma Capital Partners LP**<br>**Silver Point Capital LP** | Martin J. Bienenstock, Esq.<br>Judity G.Z. Liu, Esq.<br>David A. Hickerson, Esq.<br>M. Jarrad Wright, Esq.<br>Ralph I. Miller, Esq.<br>**Weil, Gotshal & Manges LLP**<br><br>Neil B. Glassman, Esq.<br>Steven M. Yoder, Esq.<br>Kathryn D. Sallie, Esq.<br>**The Bayard Firm** |
| **Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP** | Jeffrey S. Hebrank, Esq.<br>Carl P. McNulty, II, Esq. |
| **Canadian ZAI Claimants** | Yves Lauzon, Esq.<br>Michel Belanger, Esq.<br>**Lauzon Belanger, Inc.**<br><br>Daniel K. Hogan, Esq.<br>**The Hogan Firm** |
| David T. Austern, Future Claimants' Representative | Joseph J. Radecki, Managing Director<br>**Piper Jaffray & Co.** |
| **Del Taco, Inc.** | Richard W. Esterkin, Esq.<br>**Morgan Lewis & Bockius LLP** |
| **Iowa Department of Revenue** | John Waters, Esq.<br>Collections Section - Iowa Dept of Revenue |
| **Oracle USA, Inc.** | John Wadsworth, Esquire (in-house counsel) |

| Party | Counsel and Other Professionals |
|---|---|
| **PacifiCorp** | Richard S. Cobb, Esq.<br>Megan N. Harper, Esq.<br>**Landis Rath & Cobb LLP**<br><br>Steven J. McCardell, Esq.<br>Jared Inouye, Esq.<br>**Durham Jones & Pinegar** |
| **State of California, Department of General Services** | Steven J. Mandelsburg, Esq.<br>**Hahn & Hessen LLP**<br><br>Tobey M. Daluz, Esq.<br>**Ballard Spahr Andrews & Ingersoll LLP** |
| **The Scotts Company LLC** | Tiffany Strelow Cobb, Esq.<br>**Vorys, Sater, Seymour & Pease LLP** |
| **The Wartnik Law Firm** | Mark S. Bostick, Esq.<br>**Wendel, Rosen Black & Dean, LLP** |
| Various Asbestos Claimants | Leslie Ann James, Esq.<br>**Hartley & O'Brien** |
| W.R. Grace & Co., et al. | William J. Bowe, Esq.<br>**Bowe & Fernicola LLP**<br>(NJ real estate counsel)<br><br>Marcy B. Croft, Esq.<br>**Forman Perry Watkins Krutz & Tardy LLP**<br>(Special Asbestos Personal Injury Third Party Discovery Counsel)<br><br>Teresa J. Walsh, Esq.<br>**Ogilvy Renault LLP**<br>(Counsel on certain asbestos PI and PD claim matters)<br><br>David M. Setter, Esq.<br>**Socha, Perczak, Setter & Anderson, P.C.**<br>(Defense counsel on certain asbestos cases and product claims) |

**W.R. Grace & Co., et al. - Case No. 01-1139**
**Additional Parties and Professionals for Conflict Search**
**April 3, 2007 through January 3, 2008**

| Party | Counsel and Other Professionals |
|---|---|
| Asbestos PD Claimants (various select claimants) | **Pryor Cashman LLP** |
| Asbestos PI Claimants' Committee | **Charter Oak Financial Consultants LLC** Financial Advisor |
| Attorney General of Canada Her Majesty Queen in Right of Canada | **Jacqueline Dais-Visca** Counsel for **Her Majesty Queen in Right of Canada as represented by The Attorney General of Canada** |
| City of Charleston, SC | **Tara E. Nauful** **Haynsworth Sinkler Boyd, PA** Counsel for **City of Charleston, South Carolina** |
| Sealed Air Corporation | **Skadden Arps Slate Meagher & Flom LLP** Counsel for **Sealed Air Corporation** |
| W.R. Grace, *et al.* | **Deloitte Financial Advisory Services LLP** Due Diligence Services **Dickstein Shapiro LLP** Litigation Counsel **Farallon Law Group LLP** Litigation Counsel **Fragomen Del Rey, Bernsen & Loewy LLP** Special Immigration Counsel **Goodrich Riquelme y Asociados** **Levenfeld Pearlstein LLC** **Loyens & Leoff N.V.** **Lynch Daskal Emery LLP** |

| W.R. Grace, *et al.*, continued | **Morgan Lewis & Bockius LLP**<br>Labor and Employment Counsel<br><br>**Morrison & Foerster LLP**<br>Ordinary Course Counsel for State Tax Litigation<br><br>**Perkins Coie LLP**<br>Ordinary Course Counsel for Asbestos PD Claims<br><br>**Roe Cassidy Coates & Price P.A.** |

## W.R. Grace & Co., et al. - Case No. 01-1139
## Additional Parties and Professionals for Conflict Search
## January 3, 2008 through June 3, 2008

| Party | Counsel and Other Professionals |
|---|---|
| BNSF Railway Company | **Evelyn J. Meltzer**<br>**Pepper Hamilton LLP**<br>Counsel for **BNSF Railway Company** |
| David T. Austern | **Hanly Conroy Bierstein Sheridan Fisher &**<br>**Hayes LLP**<br>Special Asbestos Property Damage Settlement<br>Counsel to FCR |
| J.P. Bolduc and Audrey Benford | **George J. Marcus**<br>**Marcus Clegg & Mistretta P.A.**<br>Counsel for **J.P. Bolduc and Audrey Benford** |
| Kentucky Environmental and Public Protection Cabinet (formerly Natural Resources and Environmental Protection Cabinet) | **John Kevin Welch**<br>Counsel for **Commonwealth of Kentucky**<br>**Environmental and Public Protection Cabinet**<br>**(formerly Natural Resources and**<br>**Environmental Protection Cabinet)** |
| Mian Realty LLC | **Richard D. Trenk**<br>**Henry M. Karwowski**<br>**Trent DiPasquale Webster Della Fera &**<br>**Sodono LLP** and<br>**Patrick J. Reilly**<br>**Cole Schotz Meisel Forman & Leonard P.A.**<br>Counsel for **Mian Realty LLC** |

**W.R. Grace & Co., et al. - Case No. 01-1139**
**Additional Parties and Professionals for Conflict Search**
**January 3, 2008 through June 3, 2008**

| Party | Counsel and Other Professionals |
|---|---|
| BNSF Railway Company | **Evelyn J. Meltzer**<br>**Pepper Hamilton LLP**<br>Counsel for **BNSF Railway Company** |
| David T. Austern | **Hanly Conroy Bierstein Sheridan Fisher &**<br>**Hayes LLP**<br>Special Asbestos Property Damage Settlement<br>Counsel to FCR |
| J.P. Bolduc and Audrey Benford | **George J. Marcus**<br>**Marcus Clegg & Mistretta P.A.**<br>Counsel for **J.P. Bolduc and Audrey Benford** |
| Kentucky Environmental and Public Protection Cabinet (formerly Natural Resources and Environmental Protection Cabinet) | **John Kevin Welch**<br>Counsel for **Commonwealth of Kentucky**<br>**Environmental and Public Protection Cabinet**<br>**(formerly Natural Resources and**<br>**Environmental Protection Cabinet** |
| Mian Realty LLC | **Richard D. Trenk**<br>**Henry M. Karwowski**<br>**Trent DiPasquale Webster Della Fera &**<br>**Sodono LLP** and<br>**Patrick J. Reilly**<br>**Cole Schotz Meisel Forman & Leonard P.A.**<br>Counsel for **Mian Realty LLC** |

**W.R. Grace & Co., et al. - Case No. 01-1139**
**Additional Parties and Professionals for Conflict Search**
<u>**June 2008 through March 10, 2010**</u>

| <u>Party</u> | <u>Counsel and Other Professionals</u> |
| --- | --- |
| Anderson Memorial Hospital | **Kozyak Tropin & Throckmorton, PA**<br><br>**Stichter Riedel Blain & Prosser, PA** |
| AON Consulting | **Brian W. Bisignani, Esq.**<br>**Post & Schell P.C.** |
| Arrowood Indemnity Company<br>f/k/a Royal Indemnity Company | **Brad Elias, Esq.**<br>**O'Melveny & Meyers** |
| AXA Belgium, successor to<br>Royale Belge SA | **Eileen McCabe, Esq.**<br>**Anna Newsom, Esq.**<br>**Mendes & Mount LLP**<br><br>**John Spadaro, Esq.**<br>**John Sheehan Spadaro LLC** |
| Bank Debt Holders:<br>Anchorage Advisors LLC<br>Avenue Capital Group<br>Babson Capital Management Inc.<br>Bass Companies<br>Caspian Capital Advisors LLC<br>Catalyst Investment Management<br>   Co. LLC<br>Citigroup Special Situations<br>Intermarket Corp.<br>JD Capital Management LLC<br>JP Morgan Chase N.A.<br>Lehman Brothers Inc.<br>Loeb Partners Corporation<br>MSD Capital LP<br>Normandy Hill Capital LP<br>Ore Hill Partners LLC<br>P. Schoenfeld Asset Management<br>Restoration Capital Management | **Andrew N. Rosenberg, Esq.**<br>**Margaret A. Phillips, Esq.**<br>**Paul Weiss Rifkind Wharton & Garrison LLP**<br><br>**Adam G. Landis, Esq.**<br>**Richard S. Cobb, Esq.**<br>**Kerri K. Mumford, Esq.**<br>**Landis Rath & Cobb LLP** |

| | |
|---|---|
| BNSF Railway Company | **Nina M. Varughese, Esq.**<br>**Edward C. Toole, Jr., Esquire**<br>**Pepper Hamilton LLP** |
| Federal Insurance Company | **Barry M. Klayman, Esq.**<br>**Cozen O'Connor** |
| Garlock Sealing Technologies LLC | **Brett D. Fallon, Esq.**<br>**Morris James LLP**<br><br>**Garland Cassada, Esq.**<br>**Richard C. Worf, Esq.**<br>**Robinson Bradshaw & Hinson** |
| General Insurance Company | **Robert B. Millner, Esq.**<br>**Christopher E. Prince, Esq.**<br>**Sonnenschein Nath & Rosenthal LLP**<br><br>**Frederick B. Rosner, Esq.**<br>**Messana Rosner & Stern LLP** |
| Gloria Munoz | **Elihu E. Allinson, Esq.**<br>**Sullivan Hazeltine Allison LLC**<br><br>**Anthony Petru, Esq.**<br>**Quynh L. Nguyen, Esq.**<br>**Hildebrand McLeod & Nelson LLP** |
| London Market Insurers<br>(See attached list) | **Alexander J. Mueller, Esq.**<br>**Thomas J. Quinn, Esq.**<br>**Mendes & Mount, LLP** |
| Samson Hydrocarbons | **Rachel B. Mersky, Esq.**<br>**Monzack Mersky McLaughlin & Browder PA**<br><br>**Greg A. Lowry, Esq.**<br>**Locke Lord Bissell & Liddell LLP** |
| State of Indiana | **Brian D. Salwowski, Attorney General** |
| Texas Comptroller of Public Accounts | **William A. Frazell, Esq.** |

| United States Department of Agriculture – Forest Service | **Beth E. Cook, Trial Attorney**<br>**United States of America** |
|---|---|
| Zonolite Attic Insulation Class Plaintiffs | **Edward J. Westbrook Esq.**<br>**Richardson Patrick Westbrook & Brickman**<br><br>**William D. Sullivan, Esq.**<br>**Sullivan Hazeltine Allinson LLC** |

## LIST OF LONDON MARKET INSURERS

World Auxiliary Insurance Corp., Ltd.
River Thames Insurance Company, Ltd.
Excess Insurance Company, Ltd.
Home & Overseas Insurance Company, Ltd.
London & Edinburgh General Insurance Company, Ltd. ("WM" A/C)
Edinburgh Assurance Company (No. 2 A/C)
Dominion Insurance Company, Ltd.
Stronghold Insurance Company, Ltd.
Terra Nova Insurance Co., Ltd.
London & Edinburgh General Insurance Company Ltd. (per Tower Underwriting Management Ltd.)
National Casualty Company of America Ltd.
Accident & Casualty Insurance Company of Winterthur (2 A/C)
Argonaut Northwest Insurance Co., Ltd.
St. Katherine Insurance Co., Ltd.
Turegrum Insurance Company
Yasuda Fire and Marine Insurance Company of Europe Limited
St. Katherine Ins. Co. Ltd. (X A/C)
Assicurazioni Generali Di Trieste E. Veuezia
CNA Reinsurance of London Ltd.
Winterthur Swiss Insurance Co.
Compagne D'Assurances Maritimes Aeriennes & Terrestres Societe Anonyme
Ancon (UK)
Alba General Insurance Co. Ltd. (per R.W. Gibbon and Son (Underwriting Agencies), Ltd.)
Fidelidade Insurance Company of Lisbon (per R.W. Gibbon and Son (Underwriting Agencies), Ltd.
Helvetia Accident Swiss Insurance Company (per R.W. Gibbon and Son (Underwriting Agencies), Ltd.
Sphere Drake Insurance Company
Eagle Star Insurance Company (as successor in interest to British Northwestern Insurance Company)

W.R. Grace Appeal – Case No. 01-1139
Additional Parties and Professionals for Conflict Search
April, 2010 – June 2012

| |
|---|
| Ballard Spahr Andrew & Ingersol, LLP |
| Bowe & Fernicola LLP |
| Burroughs, Hepler, Broom, MacDonald, Bebrank & True, LLP |
| California Department of General Services |
| Canadian ZAI Claimants |
| Citadel Investment Group |
| Del Taco, Inc |
| Duma Capital Partners LP |
| Dune Capital LLC |
| Durham Jones & Pinegar |
| Farallon Capital |
| Forman Perry Watkins Krutz & Tardy LLP |
| Hahn & Hessen |
| Halcyon Asset |
| Hartley & O'Brien |
| Iowa Department of Revenue |
| Intrawest California |
| Landis Rath & Cobb LLP |
| Lauzon Belanger, Inc. |
| Morgan, Lewis & Bockius LLP |

| |
|---|
| Ogilvy Renault |
| Onex Debt |
| Oracle USA |
| Pacificorp |
| Piper Jaffray |
| Plum Creek Timberlands |
| Royal Bank of Scotland |
| Scotts Company |
| Silver Point Capital |
| Simmons Cooper |
| SimmonsCooper |
| Socha Perczak Setter & Anderson, P.C. |
| The Hogan Firm |
| The Wartnik Law Firm |
| Toyota Motor Credit |
| Visium |
| Vorys, Sater, Seymour & Pease LLP |
| Weil Gotshal & Manges LLP |
| Wendel, Rosen, Black & Dean LLP |
| York Capital |
| Goldman Sachs |
| Neurocrete |
| National Casualty Company |

Employers Insurance of Wassau

W.R. Grace Appeal – Case No. 01-1139
Additional Parties and Professionals for Conflict Search
(Bank Lender Group re Brief filed in Appeal)
July 2012 – May 2013

Bank of America, N.A.
Barclays Bank PLC
BBT Fund LP
BBT Master Fund LP
Caspian Capital Partners LP
Caspian Select Credit Master Fund Ltd.
Caspian Solitude Master Fund LP
Consumer Program Administrators Inc.
Halcyon Loan Trading Fund LLC
HCN LP
HLF LP
Intermarket Corp.
JPMorgan Chase Bank
LLT Ltd.
LMA SPC for and on behalf of the MAP98 Segregated Portfolio
Loeb Arbitrage Offshore Partners Ltd. (previously disclosed)
Macquarie Bank Limited
Mariner LDC
MSD Credit Opportunity Master Fund LP
Nomura Waterstone Market Neutral Fund
Oceana Master Fund Ltd
OCP Investment Trust
Onex Debt Opportunity Fund Ltd
Onex Senior Credit II LP
Onex Senior Credit Fund LP
Pentwater Equity Opportunities Master Fund Ltd
Prime Capital Master SPC, GOT WAT MAC Segregated Portfolio
PWCM Master Fund Ltd.
Royal Bank of Scotland PLC
SOLA Ltd.
Solus Core Opportunities LP
Solus Core Opportunities Master Fund Ltd.
Taconic Capital Partners 1.5 LP
Taconic Opportunity Fund LP
Thracia LLC
Ultra Master Ltd.
Visium Asset Management LP
Waterstone Distressed Opportunities Fund Ltd.
Waterstone Market Neutral Mac51, Ltd.

Waterstone Market Neutral Master Fund Ltd.
Waterstone MF Fund Ltd.
Waterstone Offshore AD Fund Ltd
Waterstone Offshore ER Fund Ltd.