# EXHIBIT B

## Sixty-Fifth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #29102 under case no. 01-01139. Also available upon request from Norton Rose Fulbright Canada LLP.