# EXHIBIT C

## Sixty-Sixth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #29406 under case no. 01-01139. Also available upon request from Norton Rose Fulbright Canada LLP.