# Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

June 14, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11374

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2013 | JAW | E-mail to A. Lopez forwarding summaries of prepared (0.10) | 0.10 | 17.50 |
|  | AL | Update database with Kramer's January CNO (.1); Lincoln's December electronic detail (.1); Lincoln's January electronic detail (.1); Lincoln's February electronic detail (.1); Lincoln's March electronic detail (.1); Lincoln's October through December electronic detail (.1); Rich's April electronic detail (.1) and fee application (.2); receive and review email from J. Wehrmann re fee summaries (.1); update database with Grant's October (.1) Grant's November (.1) Lasi's January (.1) Woodcock's January (.1) AKO's February (.2) Beveridge's February (.2) BMC's February (.1) Campbell's February (.1) Caplin's February (.1) Capstone's February (.2) Casner's February (.1) Charter's February (.2) Foley's February (.1) Scholer's February (.1) Kramer's February (.2) Orrick's February (.1) Reed's February (.1) and Stroock's February (.2) fee and expense summaries | 3.40 | 272.00 |
|  | AL | Update database with Stroock's March fee application | 0.20 | 16.00 |
| 5/2/2013 | JAW | Detailed review of Pachulski' s January 2013 fee application (1.40); draft summary of same (0.40) | 1.80 | 315.00 |
|  | JAW | Detailed review of Ferry Joseph' s February 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | AL | Update database with Scholer's March electronic detail | 0.20 | 16.00 |
|  | JAW | Detailed review of Woodcock' s February 2013 fee application (0.10); draft summary of same (0.20) | 0.30 | 52.50 |
|  | JAW | Detailed review of Kirkland's February 2013 fee application (2.30); draft summary of same (0.80) | 3.10 | 542.50 |
|  | JAW | Detailed review of Foley's March 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |

W.R. Grace & Co.                                                                                            Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/3/2013 | JAW | Detailed review of Saul Ewing's March 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Strock's March 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Higgin's March 2013 fee application (0.60); draft summary of same (0.90) | 1.50 | 262.50 |
| | JAW | Detailed review of Kramer's March 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | AL | Update database with Alan Rich's January through March fee application (.2) and electronic detail (.1); Campbell's March electronic detail (.1); Caplin's March electronic detail (.1); AKO's March electronic detail (.2); Charter's March electronic detail (.1) | 0.80 | 64.00 |
| 5/8/2013 | BSR | Review of Lincoln Partners' Dec. 2012 monthly fee application and quarterly fee application for the 47th interim period | 0.50 | 155.00 |
| | BSR | Continue drafting omnibus final report for the 47th interim period | 3.50 | 1,085.00 |
| | AL | Update database with Beveridge's March electronic detail (.1); Ferry's March electronic detail (.2);  Bilzin's March electronic detail (.2);  Austern's January through March electronic detail (.1); Woodcock's March electronic detail (.1) | 0.70 | 56.00 |
| 5/9/2013 | BSR | Continue drafting omnibus final report for the 47th interim period | 0.40 | 124.00 |
| | AL | Update database with K&E's March electronic detail (.2); Ferry's February CNO (.1) | 0.30 | 24.00 |
| 5/10/2013 | AL | Update database with Capstone's March electronic detail (.1); Pachulski's January CNO (.1) | 0.20 | 16.00 |
| | AL | Update database with Phillips' January through March fee application | 0.20 | 16.00 |
| 5/13/2013 | BSR | Draft exhibit to fee order for the 47th interim period | 0.30 | 93.00 |
| | BSR | Research docket for applications pertaining to the 47th interim period, as well as other pertinent filings | 0.40 | 124.00 |
| | AL | Update database with Foley's January through March electronic detail (.2); Pachulski's January through March electronic detail (.1);  Bilzin's January through March electronic detail (.2) | 0.50 | 40.00 |
| | AL | Update database with Ferry's March fee application (.2); Bilzin's March fee application (.2); Hogan's February fee application (.2); Scarfone's February fee application (.2); Lauzon's February fee application (.2); Grant's December fee application (.1); Capstone's March fee application (.2); Beveridge's March fee application (.2); Phillips' January through March fee application (.1) | 1.60 | 128.00 |

W.R. Grace & Co.                                                                                                    Page        3

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/14/2013 | BSR | receive, review, and respond to emails from Roger Higgins re conference call concerning Blackstone | 0.10 | 31.00 |
| | BSR | Continue drafting exhibit to 47th interim fee order | 0.50 | 155.00 |
| | AL | Draft WHSA's Interim fee application (2.3); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.60 | 208.00 |
| | AL | Update database with Woodcock's March fee application (.2); K&E's March fee application (.2); Charter's March fee application (.2); Caplin's March fee application (.2); Campbell's March fee application (.2); AKO's March fee application (.2) | 1.20 | 96.00 |
| 5/15/2013 | JAW | Proofread Warren H. Smith & Associates' 48th interim fee application (0.6); e-mail to A. Lopez regarding any revisions needed to same (0.1) | 0.70 | 122.50 |
| | BSR | Review of Woodcock Washburn's Jan. 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
| | BSR | Review of Stroock's Feb. 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
| | BSR | Review of Saul Ewing's Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.40 | 124.00 |
| | BSR | Review of Hon. Alexander Sanders' Jan. 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
| | BSR | Review of Alan Rich's Jan. 2013 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
| | BSR | Review of Reed Smith's Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.50 | 155.00 |
| | BSR | Review of Legal Analysis Systems' Jan. 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
| | BSR | Review of Orrick's Feb. 2013 monthly fee application and fee and expense summary re same (.3); email to Orrick requesting expense detail for Jan-Mar 2013 (.1) | 0.40 | 124.00 |
| | BSR | Continue drafting fee and expense exhibit chart for 47th interim fee order | 1.00 | 310.00 |
| | BSR | Review of Blackstone's Jan. 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
| | BSR | telephone conference with Roger Higgins and Adam Schlesinger re Blackstone filing a quarterly fee application combining its monthly applications | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                                                Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/15/2013 | BSR | Continue drafting omnibus final report for the 47th interim period | 0.80 | 248.00 |
| | BSR | Research docket for applications and other pertinent filings | 0.10 | 31.00 |
| | BSR | Review of Grant Thornton's Oct. and Nov. 2012 monthly fee applications and fee and expense summaries re same | 1.60 | 496.00 |
| | AL | receive and review email from W. Smith re approval of Lazard's 7th Interim FR (.1); prepare same for electronic filing with the court (.2); update database with same (.2); electronic filing with the court of Lazard's 7th Interim FR (.4); draft email to B. Ruhlander re service of same (.1) | 1.00 | 80.00 |
| 5/16/2013 | BSR | Review of Campbell & Levine's Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
| | BSR | Review of BMC's Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
| | BSR | Review of Caplin & Drysdale's Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
| | BSR | Review of Bilzin Sumberg's Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
| | BSR | Review of Beveridge & Diamond's Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.40 | 124.00 |
| | BSR | Continue drafting fee and expense recommendation exhibit for the 47th interim period | 1.00 | 310.00 |
| | BSR | Review of Anderson Kill & Olick's Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.50 | 155.00 |
| | AL | Update database with Casner's March fee application | 0.20 | 16.00 |
| 5/17/2013 | JAW | Detailed review of Hogan Firm's February 2013 fee application (0.30) | 0.30 | 52.50 |
| | JAW | Detailed review of Woodcock's March 2013 fee application (0.10) | 0.10 | 17.50 |
| | JAW | Detailed review of Phillips' 36th interim fee application (January 1, 2013 - March 31, 2013), includes time spent on PACER locating and obtaining copies of the month fee application not provided (0.7) | 0.70 | 122.50 |
| | JAW | Detailed review of Campbell's March 2013 fee application (0.50) | 0.50 | 87.50 |
| | BSR | Review of Capstone's Jan. and Feb. 2013 monthly fee applications as well as fee and expense summaries re same | 0.40 | 124.00 |
| | BSR | Conference with James Wehrmann re project category spreadsheet | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                                    Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/17/2013 | JAW | Detailed review of Ferry Joseph's March 2013 fee application (0.30) | 0.30 | 52.50 |
| | JAW | Detailed review of Kaye Scholer's March 2013 fee application (0.10) | 0.10 | 17.50 |
| | JAW | Detailed review of Reed Smith's March 2013 fee application (0.30) | 0.30 | 52.50 |
| | JAW | Detailed review of Grant Thornton's December 2012 fee application (0.10) | 0.10 | 17.50 |
| | JAW | Detailed review of Lauzon's February 2013 fee application (0.10) | 0.10 | 17.50 |
| | JAW | Detailed review of Casner's March 2013 fee application (0.20) | 0.20 | 35.00 |
| | JAW | Detailed review of Bilzin's March 2013 fee application (0.20) | 0.20 | 35.00 |
| | AL | Update database with Orrick's March CNO (.1); Casner's March electronic detail (.2); Scholer's April electronic detail (.2) | 0.50 | 40.00 |
| | AL | Research Pacer re objections to WHSA's March fee application (.6); draft of WHSA's March CNO (.5); update database with same (.1); electronic filing with the court of WHSA's March CNO (.4) | 1.60 | 128.00 |
| | JAW | Detailed review of Scarfone's February 2013 fee application (0.20) | 0.20 | 35.00 |
| 5/20/2013 | BSR | Review of Charter Oak's Jan. and Feb. 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | JAW | Review of 47th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Anderson (0.5), Beveridge (0.6), Bilzin (0.6), Blackstone (0.7), BMC (0.6) Campbell (0.6), Caplin (0.6), Capstone (0.7), Casner (0.5), Charter Oak (0.5), Duane Morris (0.5), and Ferry (0.6), Foley (0.5), and Fragomen (0.4) (7.90) | 7.90 | 1,382.50 |
| | BSR | Review of Foley Hoag's March 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
| | BSR | Review of Foley Hoag's Feb. 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
| | AL | Receive and review email from J. Wehrmann re fee summaries (.1); update database with Pachulski's January (.1) Ferry's February (.2) Woodcock's February (.2) K&E's February (.2) Foley's March (.1) Higgins' March (.1) Kramer's March (.2) Saul's March (.1) and Stroock's March (.1) fee and expense summaries; update database with Kramer's January through March interim electronic detail (.2) | 1.60 | 128.00 |
| | BSR | Receive and review email from James Wehrmann re recently completed fee summaries | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                    Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/20/2013 | BSR | Review of Foley Hoag's Jan. 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Ferry Joseph's Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
|  | BSR | Review of Casner & Edwards' Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
| 5/21/2013 | BSR | Review of Kaye Scholer's Feb. 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Kramer Levin's Jan., Feb., and March 2013 monthly fee applications and fee and expense summaries re same | 0.60 | 186.00 |
|  | BSR | Research server for Jan. 2013 monthly fee applications of the Canadian ZAI counsel (.1); email to Anthony Lopez re same (.1) | 0.20 | 62.00 |
|  | BSR | Review of Pachulski's Jan. 2013 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
|  | BSR | Review of Saul Ewing's March 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Stroock's March 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Woodcock Washburn's March 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | JAW | Continue review of 47th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Higgins (0.5), Hogan Firm (0.5), Kirkland (0.5), Kramer (0.5), Lauzon (0.4), LAS (0.4), Lincoln (0.4), Orrick (0.5), Pachulski (0.5), Phillips (0.4), PwC (0.6), Reed (0.4), Rich (0.4), Sanders (0.4), Saul (0.4), Scarfone (0.4), Warren Smith (0.4), Stroock (0.4), Towers (0.3) and Woodcock (0.4) (8.80) | 8.70 | 1,522.50 |
|  | AL | Update database with Capstone's January through March interim electronic detail (.2); Beveridge's January electronic detail (.1); Hogan's January fee application (.2); Lauzon's January fee application (.2); Scarfone's January electronic detail (.2) | 0.90 | 72.00 |
|  | BSR | Review of Kirkland & Ellis' Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.80 | 248.00 |
|  | BSR | Review of Law Office of Roger Higgins PC's Jan., Feb., and March 2013 monthly fee applications and fee and expense summaries re same | 0.50 | 155.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/22/2013 | AL | Update database with Ferry's January through March interim electronic detail (.2); Stroock's January through March interim electronic detail (.2); Kramer's February CNO (.1); Ewing's January through March electronic detail (.1) | 0.60 | 48.00 |
| | AL | Update database with PWC's January through March fee application (.2); Casner's January through March fee application (.2); Higgins' January through March fee application (.1); Campbell's January through March fee application (.1); Caplin's January through March fee application (.1); AKO's January through March fee application (.2); LAS's January through March fee application (.1); Charter's January through March fee application (.2); Casner's January through March fee application (.2); Foley's January through March fee application (.1); Kramer's January through March fee application (.1); Bilzin's January through March fee application (.1); PWC's February fee application (.2); PWC's March fee application (.2); Beveridge's Amended January fee application (.2) | 2.30 | 184.00 |
| | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
| 5/23/2013 | AL | Update database with Lincoln's December (.1) January (.1) February (.1) and March (.1) CNO's | 0.40 | 32.00 |
| 5/24/2013 | JAW | Detailed review of Charter Oak's March 2013 fee application (0.10) | 0.10 | 17.50 |
| | JAW | Detailed review of Caplin's March 2013 fee application (0.30) | 0.30 | 52.50 |
| | AL | Update database with Scholer's April fee application | 0.20 | 16.00 |
| | AL | Update database with Capstone's January through March fee application (.2); Ewing's January through March fee application (.2) | 0.40 | 32.00 |
| | AL | Update database with Lauzon's January fee application (.2); Hogan's January fee application (.2); Scarfone's January fee application (.2) | 0.60 | 48.00 |
| | AL | Update database with Stroock's January through March fee application | 0.20 | 16.00 |
| | JAW | Detailed review of Beveridge's March 2013 fee application (0.80) | 0.80 | 140.00 |
| | JAW | Detailed review of Capstone's March 2013 fee application (0.40) | 0.40 | 70.00 |
| | JAW | E-mail to B. Ruhlander forwarding 47th interim fee application project category spreadsheet (0.1) | 0.10 | 17.50 |
| | JAW | Detailed review of Anderson Kill's March 2013 fee application (1.00) | 1.00 | 175.00 |
| | JAW | Detailed review of Kirkland's March 2013 fee application (2.80) | 2.80 | 490.00 |
| | AL | Research WHSA's fees and expenses of April 2013 (.7); draft of WHSA's April fee application (1.3); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.30 | 184.00 |

W.R. Grace & Co.                                                                                                    Page       8

| | | Hours | Amount |
|---|---|---|---|
| 5/24/2013 AL | Update database with Hogan's March electronic detail (.2); Scarfone's March electronic detail (.1); Lauzon's March electronic detail (.1); Austern's April electronic detail (.2) | 0.60 | 48.00 |
| AL | Receive and review email from J. Wehrmann re 47th interim project category spreadsheet (.1); update database with same (.2); review of 47th interim project category spreadsheet (1.5) | 1.80 | 144.00 |
| 5/28/2013 JAW | Confirm revisions made to Warren H. Smith's April 2013 fee statement and Notice of Filing (0.10); e-mail to A. Lopez confirming made (0.1) | 0.20 | 35.00 |
| JAW | Proofread Warren H. Smith's April 2013 fee statement and Notice of Filing (0.60); e-mail to A. Lopez regarding any revisions need to same (0.1) | 0.70 | 122.50 |
| JAW | Draft summaries of the following monthly fee applications - Lauzon (February 2013) (0.1), Grant Thornton (December 2012) (0.1), Casner (March 2013) (0.1), Beveridge (March 2103) (0.1), Capstone (March 2013) (0.1), Anderson (March 2013) (0.1), Reed Smith (March 2013) (0.1), Kirkland (March 2013) (0.4), Kaye Scholer (March 2013) (0.1), Bilzin (March 2013) (0.1), Scarfone (February 2013) (0.1), Ferry Joseph (March 2013) (0.2), Hogan Firm (March 2013) (0.1), Woodcock (36th Interim) (0.2), Phillips (36th interim) (0.3), Campbell (March 2013) (0.1), Charter Oak (March 2013) (0.1), and Caplin (March 2013) (0.3) (2.70) | 2.70 | 472.50 |
| AL | Receive and review email from J. Wehrmann re revisions to WHSA's April fee application (.1); revise same (.8); update database with same (.2); draft email to W. Smith re approval of same (.1) | 1.20 | 96.00 |
| AL | Update database with Foley's April electronic detail | 0.20 | 16.00 |
| AL | Receive and review email from W. Smith re approval of WHSA's April fee application (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of WHSA's April fee application (.4); prepare same for service (.1) | 1.10 | 88.00 |
| 5/29/2013 JAW | Detailed review of Kaye Scholer's April 2013 fee applicaiton (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
| AL | Update database with Reed's January through March fee application (.2); Woodcock's January through March fee application (.2); Ferry's January through March fee application (.2); Bilzin's January through March fee application (.2) | 0.80 | 64.00 |
| AL | Receive and review email from B. Ruhlander re Omnibus' 47th Interim Final Report (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); update database with Orrick's April electronic detail (.2); Ewing's April electronic detail (.1); Stroock's April electronic detail (.2); order appointing new future claiments representative (.1); receive and review email from B. Ruhlander re Orrick's expense spreadsheet (.1); draft revisions to same (.2); update database with same (.1); draft email to B. Ruhlander re same (.1) | 1.50 | 120.00 |

W.R. Grace & Co.                                                                                           Page      9

|  |  | Hours | Amount |
|---|---|---|---|
| 5/29/2013 AL | Receive and review email from W. Smith re approval of Omnibus' 47th Interim Final Report (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of Omnibus' 47th Interim Final Report (.4); prepare same for service (.1) | 1.10 | 88.00 |
| JAW | Detailed review of PwC's March 2013 fee applicaiton (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| JAW | Detailed review of Beveridge's AMENDED January 2013 fee applicaiton (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
| JAW | Detailed review of Hogan Firm's January 2013 fee applicaiton (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| BSR | Finalize omnibus final report for the 47th interim period | 1.20 | 372.00 |
| BSR | Receive and review order appointing Roger Frankel as Future Claimants' representative (.1); email to Warren Smith re same (.1) | 0.20 | 62.00 |
| BSR | Detailed review of Orrick's expenses for the 47th interim period and reformat spreadsheet for inclusion in final report | 0.40 | 124.00 |
| BSR | E-mail to applicants regarding omnibus final report for the 47th interim period | 0.50 | 155.00 |
| BSR | Finalize fee and expense recommendation chart for the 47th interim period (.4); email to James Wehrmann re same (.1) | 0.50 | 155.00 |
| JAW | Detailed review of Scarfone's January 2013 fee applicaiton (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| JAW | Detailed review of Lauzon's January 2013 fee applicaiton (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| 5/30/2013 JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| AL | Receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Grant's December (.2) Beveridge's January (.1) Hogan's January (.1) Lauzon's January (.1) Scarfone's January (.1) Hogan's January (.1) Lauzon's February (.2) Scarfone's February (.1) Scholer's April (.2) AKO's March (.1) Beveridge's March (.1) Bilzin'z March (.2) Campbell's Mach (.2) Caplin's March (.2) Capstone's March (.1) Casner's March (.1) Charter's March (.1) Ferry's March (.1) Foley's March (.1) Higgins' March (.2) Scholer's March (.2) K&E's March (.2) Kramer's March (.1) PWC's March (.2) Reed's March (.1) Ewing's March (.1) and Stroock's March (.2) fee and expense summaries; update database with Capstone's April electronic detail (.2); Kramer's March electronic detail (.1) | 4.30 | 344.00 |
| 5/31/2013 BSR | Review of Saul Ewing's quarterly fee application for the 48th interim period (monthly fee applications previously reviewed) | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                                    Page    10

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/31/2013 | BSR | Review of Legal Analysis Systems' quarterly fee application for the 48th interim period (monthly application previously reviewed) | 0.10 | 31.00 |
| | BSR | Review of draft project category spreadsheet for the 47th interim period (.5); email to James Wehrmann re same (.2) | 0.70 | 217.00 |
| | AL | Update database with Foley's April fee application (.2); Ewing's April fee application (.2); Stroock's April fee application (.2); Kramer's April fee application (.2) | 0.80 | 64.00 |
| | AL | Update database with Hogan's March CNO (.1); Scarfone's March CNO (.1); Lauzon's March CNO (.1) | 0.30 | 24.00 |
| | AL | Receive and review email from J. Wehrmann re 47th interim project category spreadsheet (.1); update database with same (.2); review of 47th interim project category spreadsheet (1.2) | 1.50 | 120.00 |
| | **For professional services rendered** | | **102.70** | **$17,314.00** |

Additional Charges :

| | | Amount |
|---|---|---|
| 5/30/2013 | Third party copies & document prep/setup. | 177.98 |
| | FedEx | 52.36 |
| | Copying cost | 28.60 |
| | PACER Charges | 87.40 |
| | **Total additional charges** | **$346.34** |
| | **Total amount of this bill** | **$17,660.34** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 39.90 | 80.00 | $3,192.00 |
| Bobbi S. Ruhlander | 23.20 | 310.00 | $7,192.00 |
| James A. Wehrmann | 39.60 | 175.00 | $6,930.00 |