## EXHIBIT A

### October Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 30465 under Case No. 01-01139.  Also available upon request from Grant Thornton LLP.