## EXHIBIT B

### November Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 30542 under Case No. 01-01139. Also available upon request from Grant Thornton LLP.