<u>**EXHIBIT C**</u>

**December Fee Application**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 29976 under Case No. 01-01139. Also available upon request from Grant Thornton LLP.