## EXHIBIT A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/08/2013 | Lisa G Esayian | .30 | Correspond with various counsel re Terra Nova insurance settlement. |
| 4/24/2013 | Lisa G Esayian | .50 | Review and analyze order approving Terra Nova/Markel settlement (.2); correspond with ACC's counsel and insurer's counsel re same (.1); update chart re Grace insurance settlements (.2). |
| 4/26/2013 | Lisa G Esayian | .30 | Correspond with ACC's counsel and Markel's counsel re timing for Terra Nova/Markel insurance settlement. |
| | Total: | 1.10 | |

A-2

**Matter 23 - Business Operations - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/2013 | Jeffrey Gettleman | 1.20 | Conferences and correspond with working group re Project Larch issues and strategy. |
| 4/01/2013 | Brian T Stansbury | .10 | Telephone conference with C. Howell re Project Larch. |
| 4/02/2013 | Mike Jones | 3.70 | Correspond with working group re Project Larch timeline (.7); draft summary of same (2.1); review and revise same (.9). |
| 4/02/2013 | Jeffrey Gettleman | 4.50 | Conferences and correspond with working group re Project Larch timeline (2.0); review and revise summary of same (1.2); review and analyze issues re Project Larch (.5); conferences and correspond with working group re same (.8). |
| 4/02/2013 | Adam C Paul | 1.60 | Analyze and revise Project Larch timeline (1.2); telephone conference with M. Shelnitz re Project Larch (.4). |
| 4/02/2013 | James H M Sprayregen, P.C. | .40 | Review and analyze issues re Project Larch. |
| 4/03/2013 | Mike Jones | 1.10 | Review and revise Project Larch timeline summary (.8); correspond with working group re same (.3). |
| 4/03/2013 | Jeffrey Gettleman | .80 | Review and analyze summary of Project Larch timeline (.5); correspond with working group re same (.3). |
| 4/03/2013 | Adam C Paul | 1.30 | Analyze and revise Project Larch timeline (.7); correspond with M. Shelnitz, M. Jones and J. O'Connell re same (.6). |
| 4/03/2013 | James H M Sprayregen, P.C. | .60 | Review and analyze issues re Project Larch. |
| 4/04/2013 | James H M Sprayregen, P.C. | .60 | Review and analyze issues re Project Larch. |
| 4/05/2013 | Adam C Paul | 1.50 | Prepare for call re Project Larch (.5); telephone conference with M. Shelnitz and J. O'Connell re same (.7); telephone conference with D. Erie re same (.3). |
| 4/05/2013 | James H M Sprayregen, P.C. | .40 | Review and analyze issues re Project Larch. |
| 4/08/2013 | Mike Jones | .90 | Office conference with J. Gettleman re Project Larch (.3); review and analyze documents re same (.6). |
| 4/08/2013 | Jeffrey Gettleman | .80 | Review and analyze Project Larch talking points (.4); correspond and office conference with M. Jones re status of timeline re same (.2); review and analyze current draft of Project Larch timeline (.2). |

A-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/08/2013 | Adam C Paul | 1.20 | Analyze issues re Project Larch. |
| 4/09/2013 | Adam C Paul | .80 | Analyze issues re Project Larch. |
| 4/10/2013 | Jeffrey Gettleman | .30 | Review and analyze issues re Project Larch. |
| 4/10/2013 | Adam C Paul | .20 | Correspond with J. O'Connell re potential acquisition. |
| 4/11/2013 | Jeffrey Gettleman | 1.10 | Correspond with R. Higgins, M. Shelnitz, A. Paul and M. Jones re Project Larch issues and timeline. |
| 4/11/2013 | Adam C Paul | .50 | Telephone conferences with J. Gettleman and J. Sprayregen re Project Larch. |
| 4/12/2013 | Andrew Brniak | .40 | Prepare and compile precedent re Project Larch motions (.3); correspond with J. Gettleman re same (.1). |
| 4/12/2013 | Jeffrey Gettleman | 2.90 | Office conference with M. Jones re Project Larch timeline (.2); review and analyze same (.1); review and revise Project Larch motion and order (1.4); correspond with working group re same (.6); legal research re same (.6). |
| 4/12/2013 | Adam C Paul | .70 | Analyze issues re Project Larch. |
| 4/13/2013 | Jeffrey Gettleman | .10 | Correspond with R. Higgins re Project Larch motion and proposed order. |
| 4/14/2013 | Jeffrey Gettleman | .70 | Review and revise real estate motion and order (.4); correspond with R. Higgins and J. McFarland (.3). |
| 4/15/2013 | Jeffrey Gettleman | 2.40 | Telephone conference with R. Higgins re real estate sale motion and proposed order (.4); review and analyze issues re same (.7); correspond with R. Higgins and A. Paul re same (.4); review and revise same (.7); legal research re same (.2). |
| 4/15/2013 | Adam C Paul | 1.30 | Analyze and revise presentation re Project Larch (.7); correspond with J. O'Connell re same (.3); correspond with J. Sprayregen re same (.3). |
| 4/16/2013 | Mike Jones | .90 | Correspond with working group re Project Larch (.2); review and analyze documents re same (.7). |
| 4/16/2013 | Jeffrey Gettleman | 1.40 | Correspond with working group re financial advisor calls for Project Larch. |
| 4/16/2013 | Adam C Paul | 1.30 | Analyze issues re Project Larch. |
| 4/16/2013 | James H M Sprayregen, P.C. | .40 | Review and analyze issues re Project Larch. |
| 4/17/2013 | Adam C Paul | 2.20 | Office conference with R. Frankel re Project Larch (.9); analyze materials re same (.4); prepare for same (.9). |
| 4/17/2013 | James H M Sprayregen, P.C. | .70 | Review and analyze issues re Project Larch. |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/18/2013 | Jeffrey Gettleman | .40 | Correspond with A. Paul and M. Jones re timeline and Project Larch motion. |
| 4/18/2013 | Adam C Paul | 1.60 | Telephone conference with M. Shelnitz re Project Larch (.2); analyze same (1.4). |
| 4/18/2013 | James H M Sprayregen, P.C. | .60 | Review and analyze issues re Project Larch. |
| 4/19/2013 | Jeffrey Gettleman | 1.90 | Telephone conference with A. Paul and M. Jones re Project Larch (.5); telephone conferences and correspond with working group re same (1.4). |
| 4/19/2013 | Adam C Paul | 1.70 | Telephone conference with M. Shelnitz re Project Larch (.6); analyze issues re same (1.1). |
| 4/19/2013 | Daniel Lewis | .30 | Correspond with R. Higgins re Monitor agreement (.1); review and analyze same (.2). |
| 4/20/2013 | Mike Jones | 3.10 | Review and revise presentation re Project Larch (1.3); research re same (1.1); review and revise same (.3); correspond with working group re same (.4). |
| 4/20/2013 | Jeffrey Gettleman | 3.80 | Correspond with working group re Project Larch presentation (1.9); review and revise same (.7); correspond with working group re same (1.2). |
| 4/20/2013 | Adam C Paul | 1.70 | Analyze and review Project Larch presentation (1.1); correspond with J. O'Connell and R. Higgins re Project Larch (.6). |
| 4/21/2013 | Mike Jones | 6.90 | Draft Project Larch motion (3.4); research re same (.8); review and revise same (1.1); correspond with working group re same (.6); correspond with Blackstone re presentation re same (.3); review and revise same (.7). |
| 4/21/2013 | Jeffrey Gettleman | 1.90 | Review and analyze issues re Project Larch motion (.2); review and revise Project Larch presentation (.8); correspond with working group re same (.9). |
| 4/21/2013 | Adam C Paul | .50 | Telephone conference with J. O'Connell re Project Larch. |
| 4/22/2013 | Mike Jones | 1.60 | Review and revise Project Larch motion (1.2); correspond with working group and Blackstone re same (.4). |

A-5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/22/2013 | Jeffrey Gettleman | 4.70 | Review and analyze confidentiality issues (.7); correspond with working group re same (.4); review and analyze confidentiality agreement (.9); telephone conferences and correspond with working group re Project Larch process (.8); correspond with working group re Project Larch motion (1.1); telephone conference with M. Jones re same (.2); review and revise same (.6). |
| 4/22/2013 | Adam C Paul | 3.00 | Analyze issues re Project Larch (2.1); analyze confidentiality agreement (.9). |
| 4/22/2013 | Daniel Lewis | 1.00 | Review and analyze Monitor agreement (.7); telephone conference with R. Higgins re same (.3). |
| 4/23/2013 | Mike Jones | 2.70 | Review and analyze Project Larch motion (1.1); review and analyze documents re same (1.2); correspond with working group re same (.4). |
| 4/23/2013 | Jeffrey Gettleman | 8.60 | Review and analyze re Project Larch motion (2.7); conferences and correspond with working group re same (2.8); review and revise same (.9). review and analyze issues re filing motion under seal (1.0); conferences and correspond with working group re same (1.2). |
| 4/23/2013 | Adam C Paul | 4.50 | Review and revise papers re Project Larch (3.7); telephone conferences with R. Higgins and M. Shelnitz re same (.8). |
| 4/23/2013 | James H M Sprayregen, P.C. | .60 | Review and analyze issues re Project Larch. |
| 4/24/2013 | Mike Jones | 2.20 | Review and revise Project Larch motion (1.2); review and analyze documents re same (.6); correspond with working group and client re same (.4). |
| 4/24/2013 | Jeffrey Gettleman | 7.00 | Review and analyze Project Larch motion (2.3); conferences and correspond with working group re same (4.2); review and analyze issues re filing motion under seal (.5). |
| 4/24/2013 | Adam C Paul | 2.20 | Review and revise papers re Project Larch. |
| 4/25/2013 | Mike Jones | 5.50 | Draft motion to seal Project Larch motion (1.8); review and revise same (.9); correspond with working group re same (.4); correspond with local counsel re motion to shorten notice and scheduling of Project Larch motion (.6); telephone conference with local counsel re same (.4); draft summary of timing issues re same (.4); correspond with working group re same (.2); review and revise Project Larch motion (.8). |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/25/2013 | Jeffrey Gettleman | 2.70 | Review and analyze issues re O'Connell declaration (.2); telephone conference and correspond with A. Paul and M. Jones re same (.5); review and analyze issues re filing motion under seal (.3); correspond with M. Jones and A. Paul re same (.6); review and analyze issues re Project Larch motion (.2); telephone conference and correspond with working group re same (.9). |
| 4/25/2013 | Adam C Paul | 2.50 | Correspond with J. Rohan and M. Shelnitz re Project Larch (.4); review and revise documents re same (2.1). |
| 4/25/2013 | James H M Sprayregen, P.C. | .40 | Review and analyze issues re Project Larch. |
| 4/26/2013 | Mike Jones | 4.10 | Correspond with local counsel and working group re motion to shorten notice, motion to seal, and timing issues re same (1.2); telephone conference with working group re filing mechanics and strategy re Project Larch motion (.5); review and revise motion to seal (1.1); review and revise Project Larch motion (1.3). |
| 4/26/2013 | Jeffrey Gettleman | 5.70 | Correspond with M. Jones and A. Paul re revised seal motion (.5); telephone conference with M. Jones re edits to same (.2); review and revise same (.8); correspond with A. Paul and M. Jones re Project Larch motion (.6); telephone conferences with A. Paul and M. Jones re same (1.2); correspond with D. Felder re comments to Project Larch motion (.4); telephone conference with M. Shelnitz, J. Rohen, Blackstone and others re revised Project Larch motion (.2); research re same (.7); review and revise same (1.1). |
| 4/26/2013 | Adam C Paul | 3.40 | Telephone conferences with Blackstone and R. Wyron re Project Larch (1.2); review and revise documents re same (2.2). |
| 4/26/2013 | James H M Sprayregen, P.C. | .50 | Review and analyze issues re Project Larch. |
| 4/27/2013 | Jeffrey Gettleman | .30 | Review and analyze issues re seal motion. |
| 4/27/2013 | Adam C Paul | 1.30 | Analyze and revise transactional pleadings. |
| 4/28/2013 | Mike Jones | 2.70 | Review and revise motion to seal (.9); review and analyze documents re same (.4); correspond with working group and client re Project Larch motion (.6); review and revise same (.8). |
| 4/28/2013 | Jeffrey Gettleman | 1.20 | Correspond with M. Jones re seal motion (.2); correspond with working group re Project Larch motion (1.0). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/29/2013 | Mike Jones | 6.30 | Correspond with working group and client re motion to seal and Project Larch motion (.7); review and analyze documents re same (1.6); review and revise motion to shorten notice (.8); research re same (1.1); correspond with local counsel and working group re same (1.1); telephone conference with client and working group re Project Larch motion and strategy re same (1.0). |
| 4/29/2013 | Jeffrey Gettleman | 5.30 | Telephone conference with M. Shelnitz, Blackstone, A. Paul and others re Project Larch strategy (.6); review and analyze issues re Project Larch motion (1.3); telephone conferences and correspond with A. Paul and M. Jones re same (.7); review and revise same (.6); review and analyze issues re seal motion (.6); conferences and correspond with A. Paul and M. Jones re same (.8); review and analyze issues re motion ro shorten period (.3); review and revise same (.4). |
| 4/29/2013 | Adam C Paul | 3.70 | Review and revise transactional pleadings (2.1); telephone conference with M. Shelnitz re same (.8); telephone conference with J. O'Connell re same (.4); conference with J. Gettleman re same (.4). |
| 4/29/2013 | James H M Sprayregen, P.C. | .40 | Review and analyze issues re Project Larch. |
| 4/30/2013 | Jeffrey Gettleman | 2.50 | Review and analyze issues re Project Larch (.4); conferences and correspond with working group re same (1.8); telephone conferences with A. Paul and M. Jones re Project Larch process and strategy (.3). |
| 4/30/2013 | Adam C Paul | .30 | Telephone conference with M. Shelnitz re Project Larch. |
| 4/30/2013 | James H M Sprayregen, P.C. | .40 | Review and analyze issues re Project Larch. |
| | Total: | 150.70 | |

A-8

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/2013 | Maureen McCarthy | .90 | Revise and finalize K&E's forty-seventh quarterly fee application for filing and service. |
| 4/02/2013 | Adam C Paul | .50 | Analyze fee auditor response (.2); correspond with J. Donley re same (.3). |
| 4/02/2013 | John Donley, P.C. | .20 | Review fee auditor correspondence (.1); correspond with A. Paul re same (.1). |
| 4/03/2013 | Adam C Paul | 1.20 | Analyze and revise February fee statement. |
| 4/04/2013 | Adam C Paul | .10 | Correspond with fee auditor re quarterly report. |
| 4/09/2013 | Mike Jones | .30 | Correspond with working group re fee auditor report. |
| 4/10/2013 | Mike Jones | 2.60 | Draft response to fee auditor report (1.9); review and revise same (.4); correspond with working group re same (.3). |
| 4/10/2013 | Lisa G Esayian | .50 | Responses to certain fee auditor questions. |
| 4/12/2013 | Mike Jones | 1.20 | Review and revise response to fee auditor report (.9); correspond with working group re same (.3). |
| 4/16/2013 | Mike Jones | .60 | Review and revise response to fee auditor report (.4); correspond with working group re same (.2). |
| 4/16/2013 | Maureen McCarthy | .90 | Review and revise February fee application. |
| 4/18/2013 | Mike Jones | 1.20 | Review and revise response to fee auditor report (.6); correspond with working group re same (.3); coordinate delivery of same (.3). |
| 4/18/2013 | Maureen McCarthy | 1.30 | Finalize February fee application for filing and service. |
| 4/25/2013 | Mike Jones | 2.10 | Review and revise March invoice (1.8); correspond with working group re same (.3). |
| 4/27/2013 | Adam C Paul | 1.70 | Analyze and revise March invoices. |
|  | Total: | 15.30 |  |

A-9

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/2013 | Mike Jones | .70 | Correspond with working group re Effective Date planning chart (.3); review and analyze same (.4). |
| 4/01/2013 | Kimberly K Love | 1.90 | Prepare and organize information re Third Circuit panel for inclusion into case files (.8); prepare and organize recently filed materials for inclusion into various case files (1.1). |
| 4/01/2013 | Jeffrey Gettleman | .20 | Correspond with K. Love re 2019 exhibit protocols (.1); correspond with M. Jones re Effective Date planning chart (.1). |
| 4/01/2013 | Adam C Paul | 1.60 | Telephone conference with J. O'Connell re potential acquisition transaction (.8); office conference with J. Gettleman re same (.4); telephone conference with J. Donley re Third Circuit panel (.4). |
| 4/01/2013 | John Donley, P.C. | 5.40 | Review and analyze Third Circuit opinions and materials re panel (2.2); draft and revise summary memo re same (1.7); telephone conference with R. Frankel and R. Wyron re Third Circuit issues (.3); telephone conferences with A. Paul re same (.2); review authorities re bank lender appeal (1.0). |
| 4/01/2013 | Lisa G Esayian | 5.40 | Review and analyze issues re Third Circuit panel (1.7); correspond with working group re same (.4); review and analyze issues re AMH's 524(g) objections (3.3). |
| 4/02/2013 | Mike Jones | .40 | Correspond with working group re Effective Date planning issues. |
| 4/02/2013 | Kimberly K Love | 4.70 | Prepare and organize information re upcoming hearings (.4); prepare and organize information re Judge Jordan (1.7); telephone conference with J. Donley re preparation for Third Circuit oral argument (.5); prepare and organize various opinions from GIT (1.7); review files for information re Third Circuit hearing transcripts (.4). |
| 4/02/2013 | Jeffrey Gettleman | .90 | Office conference with A. Paul re corporate assistance re drafting undrafted closing documents (.2); correspond with M. Jones re same (.1); correspond with M. Jones re modifications to timeline (.2); correspond with R. Higgins re appointment of new judge after Judge Fitzgerald's retirement (.2); correspond with A. Paul re Judge Fitzgerald retaining cases after May 31 (.2). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/02/2013 | Adam C Paul | 1.30 | Prepare for appeals. |
| 4/02/2013 | Rana Barakat | 4.70 | Outline response to Garlock reply brief (1.1); review Third Circuit rules and procedures re oral argument (.9); draft summary re same (.7); review Third Circuit GIT opinion on standing and Judge Fitzgerald's opinion affirming confirmation of plan (1.6); telephone conference with J. Donley re GIT issues (.4). |
| 4/02/2013 | John Donley, P.C. | 4.70 | Telephone conference and correspond with A. Paul re Garlock discovery developments and current corporate issues (.3); continue research re Third Circuit appeal issues (2.4); telephone conference with A. Rich re Third Circuit appeal (.1); telephone conference with N. Dukov re lender issues (.2); review GIT remand opinion and research re standing (1.1); telephone conference with K. Love re Third Circuit record and JA issues (.3); telephone conference with M. Shelnitz and R. Finke re appeal (.3). |
| 4/02/2013 | Lisa G Esayian | 4.90 | Legal research re class action damages and issues re AMH's class claims (2.1); telephone conference with J. Donley re same (.3); draft key points re same (1.2); review and analyze issues re AMH appeal (1.3). |
| 4/03/2013 | Kimberly K Love | 5.90 | Prepare and organize various materials to be forwarded to client (2.7); prepare and organize materials re Garlock 2019 motion for inclusion into case files (.8); review information re bank lenders for use with Third Circuit oral argument (2.4). |
| 4/03/2013 | Adam C Paul | 1.10 | Prepare for appeals. |
| 4/03/2013 | Rana Barakat | 2.50 | Review Garlock reply in support of appeal (.8); draft outline of sur-reply to Garlock appellate brief (1.7). |
| 4/03/2013 | John Donley, P.C. | 5.90 | Telephone conference with R. Frankel re emergence and appeal issues (.3); continuing research re Third Circuit appeal issues (2.3); telephone conference and correspond with C. Landau re same (.4); telephone conference with R. Finke re lender issues and review materials re same (.3); telephone conference with S. Hessler and A. Paul re Third Circuit appeal (.5); review and analyze case law and research relevant to AMH class allegations (1.5); conference and correspond with L. Esayian re same (.3); draft memo to client re same (.3). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/03/2013 | Lisa G Esayian | 5.40 | Telephone conferences with working group re recent class action decisions (1.1); review and analyze issues re AMH's class claim (2.1); review and analyze arguments re AMH appeal (2.2). |
| 4/03/2013 | Christopher Landau, P.C. | .50 | Telephone conference with J. Donley re Third Circuit panel (.3); correspond with former Third Circuit clerks re same (.2). |
| 4/04/2013 | Mike Jones | .80 | Review and revise Effective Date planning chart (.6); correspond with working group re same (.2). |
| 4/04/2013 | Mark E Hervey | 1.00 | Telephone conference with B. Stansbury re production materials (.4); retrieve case materials re medical records (.6). |
| 4/04/2013 | Kimberly K Love | 6.80 | Prepare and organize additional bank lender materials to be forwarded to client (2.1); prepare and organize various materials re Garlock (4.7). |
| 4/04/2013 | Adam C Paul | 1.10 | Analyze and revise Effective Date chart (.8); correspond with M. Jones re same (.2); conference with J. Donley re same (.1). |
| 4/04/2013 | Brian T Stansbury | .50 | Analyze protective orders. |
| 4/04/2013 | Rana Barakat | 4.40 | Review court orders and opinions re disclosure of Rule 2019 exhibits (1.3); telephonically attend Rule 2109 hearing (1.2); review notes from hearing and draft memo to J. Donley re same (1.9). |
| 4/04/2013 | John Donley, P.C. | 6.00 | Review materials re Garlock hearing (.4); review summary of hearing by R. Barakat (.3); draft correspondence to R. Barakat and A. Paul re same (.1); review materials requested by R. Finke re lender issues (.2); review recent pleadings and filings (.2); review and analyze Garlock briefing in preparation for oral argument (4.8). |
| 4/04/2013 | Lisa G Esayian | 6.40 | Review and analyze recent briefs in other bankruptcy cases re section 524(g) and future demands and outline key points re same (4.7); correspond with J. Donley re same (.3); review and revise section 524(g) issues for AMH appeal (1.4). |
| 4/05/2013 | Mark E Hervey | 2.90 | Research case pleadings and case files re protective orders and confidential medical records produced. |
| 4/05/2013 | Kimberly K Love | 1.40 | Assist M. Hervey with location and information of Dr. Whitehouse medical records. |
| 4/05/2013 | Jeffrey Gettleman | .20 | Review correspondence from R. Higgins re court schedule (.1); correspond with M. Jones re same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/05/2013 | Adam C Paul | 1.20 | Analyze and revise May agenda (.4); analyze and revise Effective Date chart (.8). |
| 4/05/2013 | Rana Barakat | 1.50 | Draft outline of sur-reply to Garlock response brief in preparation for oral argument. |
| 4/05/2013 | John Donley, P.C. | 4.20 | Review and analyze precedent re claim/demand issues (.5); review, outline and analyze argument and authorities in preparation for oral argument (3.5); telephone conference with A. Paul re corporate issues (.2). |
| 4/05/2013 | Lisa G Esayian | 4.20 | Review and analyze issues re AMH good faith and feasibility arguments. |
| 4/08/2013 | Kimberly K Love | 2.90 | Prepare and organize various materials requested by L. Esayian (.6); prepare and organize various materials requested by J. Donley re Garlock (2.3). |
| 4/08/2013 | Jeffrey Gettleman | .90 | Office conference with M. Jones re status of Effective Date tracking chart (.2); review correspondence from A. Paul to M. Shelnitz and others re same (.1); correspond with working group re same (.6). |
| 4/08/2013 | Adam C Paul | 2.00 | Analyze Effective Date chart (1.6); correspond with M. Shelnitz re same (.2); correspond with R. Finke re Effective Date chart (.2). |
| 4/08/2013 | John Donley, P.C. | 7.00 | Review Garlock 2019 discovery filings (.2); review emergence documents and correspondence re same and corporate issues with A. Paul (.4); telephone conference with R. Frankel and P. Lockwood re oral argument issues (.5); telephone conferences with L. Esayian re appeal issues (.3); review Garlock briefing and authorities and outline issues re same (5.6). |
| 4/08/2013 | Lisa G Esayian | 4.20 | Review and analyze issues re Grossman's and Owens Corning opinions and future demands in connection with AMH's appeal. |
| 4/09/2013 | Mike Jones | .90 | Review and analyze Effective Date planning chart (.3); review and revise same (.4); correspond with working group re same (.2). |
| 4/09/2013 | Kimberly K Love | 5.20 | Prepare and organize materials re Garlock 2019 request for inclusion into case files (.4); prepare and organize various materials requested by J. Donley and R. Barakat re Garlock (3.9); prepare and organize AMH materials requested by L. Esayian (.9). |

K&E 26613295.4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/09/2013 | Jeffrey Gettleman | 1.30 | Review additional comments from M. Jones re Effective Date chart (.2); correspond with A. Paul re same (.1); telephone conference with A. Paul re further edits to Effective Date chart (.2); telephone conference with M. Jones re same (.2); correspond with A. Paul re same (.1); correspond with M. Jones re edits to Effective Date chart (.3); telephone conference with A. Paul re certificate of incorporation line item in Effective Date chart (.2). |
| 4/09/2013 | Jeffrey Gettleman | 2.30 | Correspond with working group re Effective Date chart (.8); draft, review and revise responses to comments re same (.3); conference call re bi-weekly update with counsel for plan proponents, clients, A. Paul and J. Donley (.9); correspond with A. Paul re proposed May 1st status report re Chakarian adversary proceeding (.1); telephone conference with A. Paul re same (.2). |
| 4/09/2013 | Adam C Paul | 2.00 | Telephone conference with J. Donley and ACC/FCR re status and appeals (.8); analyze and revise Effective Date chart (1.2). |
| 4/09/2013 | Rana Barakat | 1.80 | Draft outline of sur-reply to Garlock response brief. |
| 4/09/2013 | John Donley, P.C. | 7.80 | Biweekly strategy call with M. Shelnitz, P. Lockwood, R. Frankel, A. Paul and plan proponent team (.9); prepare for same (.4); conference with A. Paul re emergence and other current issues (.2); review, analyze, annotate and begin outlining points and arguments re Garlock appellate argument (6.3). |
| 4/09/2013 | Lisa G Esayian | 3.40 | Review and analyze discrimination arguments and evidence in AMH reply brief. |
| 4/10/2013 | Mike Jones | 1.60 | Review and revise Effective Date planning chart (1.3); correspond with working group re same (.3). |
| 4/10/2013 | Mark E Hervey | 1.80 | Research case pleadings and case files re protective orders and confidential medical records produced. |
| 4/10/2013 | Kimberly K Love | 6.90 | Prepare and organize materials re Garlock 2019 issue (.3); telephone conference with L. Fairley re upcoming projects for oral argument preparation (.5); prepare and organize various Garlock materials for use with oral argument preparation (2.2); prepare and organize chart of various issue re 26 appellate cases cited in Garlock appeal briefs (3.9). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/10/2013 | Jeffrey Gettleman | 1.20 | Telephone conferences and correspond with working group re Effective Date chart (.6); review and revise same (.6). |
| 4/10/2013 | Adam C Paul | .30 | Correspond with J. Gettleman re Effective Date chart. |
| 4/10/2013 | John Donley, P.C. | 5.10 | Review and analyze record and authorities and outline points and arguments in preparation for Garlock Third Circuit argument (4.8); draft correspondence to R. Barakat re Garlock prep issues (.3). |
| 4/10/2013 | Lisa G Esayian | 3.40 | Review and analyze AMH arguments. |
| 4/10/2013 | Lesley Fairley | 6.90 | Review appeal briefing re bank lenders and prepare index of all case law cited in preparation for upcoming hearing. |
| 4/11/2013 | Mark E Hervey | 2.50 | Research case pleadings and case files re protective orders and confidential medical records produced. |
| 4/11/2013 | Kimberly K Love | 3.40 | Prepare and organize appeal materials requested by L. Esayian (.2); prepare and organize materials requested by C. Hraban re Lexis cases (.6); prepare and organize cases cited in Montana and Crown appeal briefs (2.6). |
| 4/11/2013 | Jeffrey Gettleman | 2.00 | Correspond with working group re Effective Date chart (1.0); draft, review and revise status report for Chakarian adversary proceeding (.6); review Chakarian and Third Circuit dockets re same (.3); correspond with A. Paul re same (.1). |
| 4/11/2013 | Adam C Paul | .40 | Analyze and revise Effective Date chart. |
| 4/11/2013 | Rana Barakat | 2.30 | Draft outline of sur-reply to Grace responsive brief. |
| 4/11/2013 | Nia Dukov | .30 | Draft sur-reply outline on lender issues. |
| 4/11/2013 | John Donley, P.C. | 7.60 | Review and analyze cases and record re Garlock appeal (4.5); draft and revise outline of points in preparation for appellate argument re FCR and standing issues (3.1). |
| 4/11/2013 | Lisa G Esayian | 2.90 | Review and analyze AMH feasibility arguments. |
| 4/12/2013 | Kimberly K Love | 2.90 | Review Montana and Crown appeal briefs and prepare and organize various Montana and Crown cited exhibits for use with oral argument preparation. |
| 4/12/2013 | Adam C Paul | .40 | Analyze statement re show cause order. |
| 4/12/2013 | Brian T Stansbury | .50 | Analyze protective orders to determine permissible use of medical records. |
| 4/12/2013 | Rana Barakat | 1.70 | Draft outline of sur-reply to Grace responsive brief. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/12/2013 | John Donley, P.C. | 6.50 | Review and analyze transcripts, plan documents and case law re Garlock appeal (3.8); draft and revise appellate prep outline re Garlock (2.7). |
| 4/12/2013 | Lisa G Esayian | 4.70 | Review and analyze AMH good faith and discrimination arguments. |
| 4/2013/2013 | Rana Barakat | 1.40 | Draft outline of sur-reply to Garlock reply brief in preparation for oral argument. |
| 4/15/2013 | Kimberly K Love | 4.90 | Prepare and organize various JA materials requested by L. Esayian (.8); prepare and organize recently filed materials for inclusion into case files (1.2); prepare and organize exhibit materials cited in Montana and Crown appeal briefs (2.9). |
| 4/15/2013 | Jeffrey Gettleman | .40 | Correspond with working group re Effective Date chart. |
| 4/15/2013 | Rana Barakat | 3.30 | Legal research re settlement trusts (1.2); draft outline of sur-reply to Garlock response brief (2.1). |
| 4/15/2013 | John Donley, P.C. | 6.20 | Correspond with A. Rich, A. Paul, D. Blabey and P. Lockwood re various appeal issues (.5); review new filings re Garlock 2019 issue and new pleadings and filings (.3); analyze fair and equitable argument prep for Garlock, reviewing record and outlining points and responses (5.2); telephone conference with M. Shelnitz re appeal issues (.2). |
| 4/15/2013 | Lisa G Esayian | 5.80 | Review and analyze AMH 524(g) and bar date issues (2.6); review and revise chart of arguments re AMH reply brief (3.2). |
| 4/16/2013 | Kimberly K Love | 6.90 | Review AMH Appeal briefs and create index of cases, statutes and legislative materials cited within (3.3); prepare and organize materials requested by R. Barakat and L. Esayian (2.4); prepare and organize set of cases and materials cited in AMH appeal briefs (1.2). |
| 4/16/2013 | Jeffrey Gettleman | .30 | Correspond with working group re appeals. |
| 4/16/2013 | Adam C Paul | 1.10 | Prepare for appeals. |
| 4/16/2013 | John Donley, P.C. | 5.90 | Review, analyze and outline issues re Third Circuit appeal re fair and equitable argument (3.3); review and analyze AMH issues (1.0); correspond with K. Love re same (.2); review lender issues (1.1); correspond with D. Blabey re same (.3). |
| 4/16/2013 | Lisa G Esayian | 2.50 | Review and revise arguments re AMH reply brief. |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/17/2013 | Kimberly K Love | 3.90 | Prepare and organize materials requested by R. Finke (.6); prepare and organize Court Call numbers for upcoming Hearing (1.1); review AMH appeal briefs and identify exhibits (2.2). |
| 4/17/2013 | Andrew Brniak | .70 | Prepare and compile docketed pleadings re retention of experts and of ordinary course professionals (.6); correspond with J. Gettleman re same (.1). |
| 4/17/2013 | Jeffrey Gettleman | .90 | Correspond with working group re retention of professionals (.5); review correspondence from A. Paul re review of amended agenda for April 22 omnibus hearing (.1); review and revise amended agenda (.1); correspond with K. Makowski re same (.2). |
| 4/17/2013 | Rana Barakat | 2.30 | Draft outline of sur-reply to Garlock response brief. |
| 4/17/2013 | Lesley Fairley | .50 | Collect and organize materials in preparation for upcoming hearing in Third Circuit Court of Appeals. |
| 4/18/2013 | Justin Bernbrock | 3.80 | Research re retention of ordinary course professionals and experts (1.9); review and analyze pleadings and orders re same (1.6); correspond with J. Gettleman re same (.3). |
| 4/18/2013 | Andrew Brniak | .50 | Research and compile precedent re Delaware asbestos bankruptcy proceedings (.4); correspond with J. Gettleman re same (.1). |
| 4/18/2013 | Jeffrey Gettleman | 1.30 | Telephone conference with K. Makowski re court schedule (.2); telephone conferences and correspond with working group re same (1.1). |
| 4/18/2013 | Adam C Paul | 1.40 | Prepare for appeals (1.1); correspond with R. Finke re appellate panel (.3). |
| 4/18/2013 | Rana Barakat | 5.70 | Review and analyze research re settlement facilities (.9); draft summary of same (.6); draft and revise sur-reply to Garlock reply brief in preparation for oral argument (2.9); research re Third Circuit panel (.6); draft summary of same for J. Donley (.7). |
| 4/18/2013 | John Donley, P.C. | 6.50 | Review and analyze AMH and Garlock appeal record and issues and revise outlines. |
| 4/18/2013 | Lisa G Esayian | .90 | Review and analyze issues re Crown's Third Circuit briefing. |
| 4/18/2013 | Lesley Fairley | .90 | Collect and organize materials in preparation for upcoming hearing in Third Circuit Court of Appeals. |
| 4/18/2013 | Christopher Landau, P.C. | .80 | Correspond with J. Donley re appellate strategy. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/2013 | Kimberly K Love | 2.40 | Prepare and organize exhibits cited in AMH appeal briefs for use with oral argument preparation. |
| 4/19/2013 | Jeffrey Gettleman | 2.50 | Review J. Bernbrock analysis re OCP and expert motions (.3); correspond with working group re same (1.3); correspond with A. Paul re review of draft Chakarian status report (.1); review A. Paul markup of status report (.2); review and revise Chakarian status report (.4); correspond with M. Shelnitz and others for review (.1); correspond with J. O'Neill re Judge Fitzgerald retirement (.1). |
| 4/19/2013 | Adam C Paul | 1.70 | Prepare for appeals. |
| 4/19/2013 | Rana Barakat | 5.70 | Review research re settlement and trust facility agreements (1.3); review and analyze cases cited in Garlock reply brief (1.3); draft and revise sur-reply to Garlock reply brief (3.1). |
| 4/19/2013 | John Donley, P.C. | 4.80 | Review, analyze and outline Third Circuit arguments (3.2); telephone conferences and correspond with R. Frankel, R. Finke, A. Paul, J. O'Neill and P. Lockwood re same (1.0); telephone conference and correspond with C. Landau re appeal issues (.3); correspond with A. Paul and J. Gettleman and review J. Gettleman memorandum re retention issues (.3). |
| 4/19/2013 | Lisa G Esayian | 1.50 | Correspond with J. Donley re Crown arguments in Third Circuit briefs (.3); analyze same (1.2). |
| 4/20/2013 | Jeffrey Gettleman | .20 | Review correspondence from J. O'Neill re Judge Fitzgerald retirement (.1); correspond with A. Paul re same (.1). |
| 4/22/2013 | Kimberly K Love | 5.30 | Prepare and organize various materials requested by N. Dukov re bank lenders (.9); prepare and organize materials requested by R. Barakat re Garlock (.9); prepare and organize cases and exhibits cited within AMH briefs (3.5). |
| 4/22/2013 | Jeffrey Gettleman | .30 | Correspond with R. Finke re Chakarian status report (.1); correspond with J. O'Neill re Judge Fitzgerald retirement (.1); correspond with A. Paul and J. Donley re same (.1). |
| 4/22/2013 | Nia Dukov | 5.20 | Draft argument outline on lender issues. |
| 4/22/2013 | John Donley, P.C. | 2.60 | Review and analyze Montana appeal issues (1.4); review and revise AMH outline (1.2). |
| 4/22/2013 | Lisa G Esayian | 1.80 | Review and analyze Crown arguments re Canadian ZAI settlement. |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/23/2013 | Mark E Hervey | 2.00 | Identify confidential medical records. |
| 4/23/2013 | Kimberly K Love | 5.40 | Review JA index and identify potential key documents for use with oral argument preparation (2.2); create index of potential key JA documents and revise and update same (1.4); review files and obtain Federal-Mogul opinion requested by J. Donley (.6); prepare and organize various materials requested by R. Barakat (1.2). |
| 4/23/2013 | Andrew Brniak | .60 | Prepare and compile precedent re seal motions (.5); correspond with J. Gettleman re same (.1). |
| 4/23/2013 | Jeffrey Gettleman | .80 | Review correspondence from J. Donley re oral argument issues (.1); correspond with working group status report (.7). |
| 4/23/2013 | Jeffrey Gettleman | 1.40 | Correspond with working group re status reports (.6); review and revise same (.2); review correspondence from J. Rohen re exercise of warrants (.1); correspond with M. Jones re Effective Date chart re same (.1); correspond with working group re appeal issues (.4). |
| 4/23/2013 | Adam C Paul | 1.90 | Prepare for appeals (1.2); telephone conference with ACC and FCR re status and appeals (.7). |
| 4/23/2013 | Rana Barakat | 1.40 | Review joint appendix and PPA indices for documents to include in key document set for oral argument preparation (1.1); telephone conference with J. Donley re same (.3). |
| 4/23/2013 | Nia Dukov | 9.20 | Draft argument outline re lender issues. |
| 4/23/2013 | John Donley, P.C. | 9.60 | Correspond with J. Garrity re oral argument preparation (.2); correspond with L. Esayian, R. Barakat and N. Dukov re same (.2); prepare for biweekly strategy call with ACC and FCR (.3); participate in same (.7); research re oral argument preparation (1.2); telephone conference with A. Paul re appeal issues (.2); analyze Third Circuit argument preparation and outline re Montana (1.4); analyze Third Circuit argument preparation and outline re AMH (2.7); analyze Third Circuit argument preparation and outline re Garlock (2.5); review recent pleadings and filings (.2). |
| 4/23/2013 | Lisa G Esayian | 4.90 | Identify key documents re AMH issues for Third Circuit argument preparation (.4); review and analyze Crown arguments for Third Circuit (4.5). |
| 4/23/2013 | Lesley Fairley | 3.00 | Collect and organize materials in preparation for upcoming hearing in Third Circuit Court of Appeals. |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/24/2013 | Carrie Sroka | .50 | Compile contact information re asbestos and creditors' committees (.4); telephone conference with J. Gettleman re same (.1). |
| 4/24/2013 | Mark E Hervey | 3.00 | Prepare case materials for B. Stansbury to review re hearing transcripts (1.1); review and identify case materials re patient records (1.9). |
| 4/24/2013 | Kimberly K Love | 2.90 | Prepare and organize various materials requested by L. Esayian and R. Barakat (1.3); prepare and organize various materials cited within AMH appeal briefs (1.6) |
| 4/24/2013 | Jeffrey Gettleman | .60 | Correspond with working group re status reports (.3); correspond with A. Paul re issues re appeal (.1); telephone conference with A. Paul re same (.2). |
| 4/24/2013 | Adam C Paul | 1.10 | Prepare for appeals. |
| 4/24/2013 | Brian T Stansbury | 1.20 | Telephone conference with J. Hughes re Spear and Whitehouse materials (.8); identify Whitehouse and Spear materials responsive to J. Hughes' request (.2); telephone conference with M. Hervey re preparing materials for J. Hughes (.2). |
| 4/24/2013 | John Donley, P.C. | 6.10 | Analyze AMH appeal issues, prepping for argument and revising sur-reply (4.3); review and revise Garlock appeal outline re standing and other issues (1.8). |
| 4/24/2013 | Lisa G Esayian | 2.70 | Analyze responses to Crown-specific arguments (1.7); analyze AMH standing issues (1.0). |
| 4/24/2013 | Lesley Fairley | 7.00 | Review appeal briefing re bank lenders and prepare index of all case law cited in preparation for upcoming hearing. |
| 4/25/2013 | Mark E Hervey | 4.70 | Prepare case materials for B. Stansbury re hearing transcripts (3.3); review and identify case materials re patient records (1.4). |
| 4/25/2013 | Kimberly K Love | 2.40 | Prepare and organize various materials requested by L. Esayian (1.2); review and obtain payment percentages and back up to same as requested by C. Hraban (1.2). |
| 4/25/2013 | Jeffrey Gettleman | .70 | Correspond with A. Paul re Sealed Air settlement agreement issue (.1); correspond with M. Jones re same (.1); correspond with working group re status reports (.4); correspond with M. Jones re researching precedent for Effective Date closing documents (.1). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/25/2013 | Brian T Stansbury | 1.50 | Analyze Spear and Whitehouse materials (.8); draft letter to J. Hughes (.7). |
| 4/25/2013 | Rana Barakat | 1.60 | Review bankruptcy court opinions for references to substantial contributions supporting 524(g) "fair and equitable" finding (1.3); correspond with J. Donley re same (.3). |
| 4/25/2013 | John Donley, P.C. | 7.60 | Analyze bank lender and Garlock appeals, reviewing and analyzing record, cases and briefing, and revising outlines. |
| 4/25/2013 | Lisa G Esayian | 4.90 | Correspond with J. Donley re AMH issues (.2); review and revise outline of responses to same (2.1); analyze Crown issues (2.6). |
| 4/25/2013 | Lesley Fairley | 6.80 | Edit and update index of all case law cited in bank lenders Third Circuit appeal briefing (3.4); collect and organize case law cited in appeal briefing (3.4). |
| 4/26/2013 | Mike Jones | .50 | Correspond with working group re Effective Date planning chart (.2); review and revise same (.3). |
| 4/26/2013 | Kimberly K Love | 2.90 | Revise and update key document chart (.8); prepare and organize materials requested by R. Barakat and L. Esayian (1.2); prepare and organize materials cited in Montana and the Crown briefs (.9). |
| 4/26/2013 | Jeffrey Gettleman | .70 | Correspond with J. Wisler re status report (.1); telephone conference with A. Paul re Sealed Air issues (.1); correspond with M. Jones re Effective Date chart (.1); retrieve research re Sealed Air settlement agreement (.2); correspond with A. Paul re same (.2). |
| 4/26/2013 | John Donley, P.C. | 9.30 | Analyze Garlock FCR argument and draft and revise sur-reply outline re same (3.1); analyze 524(g)(4)(B)(ii) argument and draft and revise sur-reply outline (4.3); analyze lender issues (.8); telephone conference with D. Blabey and P. Bentley re same (.7); correspond with P. Bentley re same (.2); review recent pleadings and filings (.2). |
| 4/26/2013 | Lisa G Esayian | 2.70 | Analyze AMH 524(g) issues. |
| 4/26/2013 | Lesley Fairley | 2.50 | Collect and organize case law cited in Third Circuit appeal briefing. |
| 4/27/2013 | John Donley, P.C. | 5.20 | Edit Garlock due process/FCR sur-reply (1.3); correspond with K. Love and R. Barakat re same (.2); draft Garlock sur-reply/oral argument outline re fair and equitable test (3.7). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/28/2013 | Jeffrey Gettleman | 1.20 | Draft, review and revise analysis of Sealed Air settlement agreement and related issues (.4); correspond with A. Paul re same (.2); review Sealed Air settlement agreement, motion to approve same and confirmation order re same (.6). |
| 4/28/2013 | Adam C Paul | 2.50 | Analyze plan documents for Effective Date issues. |
| 4/28/2013 | John Donley, P.C. | 4.40 | Draft and revise sur-reply and conterarguments in Garlock fair and equitable outline. |
| 4/29/2013 | Kimberly K Love | 5.50 | Prepare and organize various materials requested by L. Esayian re AMH (.8); prepare and organize information requested by R. Barakat re Garlock (1.1); prepare and organize citation information requested by C. Hraban (.4); review, edit and cite check Garlock FCR outline (3.2). |
| 4/29/2013 | Rana Barakat | 2.60 | Review and revise outline responding to Garlock multiple-FCR argument (2.3); office conference with J. Donley re outlining topics for oral argument in response to Garlock appeal brief (.3). |
| 4/29/2013 | Nia Dukov | 4.10 | Draft argument outline re lender issues. |
| 4/29/2013 | John Donley, P.C. | 8.90 | Telephone conference with R. Barakat re appellate preparation (.3); correspond with R. Barakat re same (.2); revise FCR outline (1.3); draft Q&A section, inserts and revisions to fair and equitable outline (6.6); telephone conference with K. Love re outline and record issues (.3); telephone conference and correspond with P. Bentley re appellate preparation (.2). |
| 4/29/2013 | Lisa G Esayian | 5.90 | Analyze AMH standing issues (4.3); analyze 524(g)/demands issues (1.6). |
| 4/29/2013 | Lesley Fairley | 4.40 | Collect and organize materials in preparation for upcoming hearing. |
| 4/30/2013 | Mike Jones | 2.40 | Research re consultant costs (1.6); draft summary of same (.5); correspond with working group re same (.3). |
| 4/30/2013 | Kimberly K Love | 7.80 | Prepare and organize JA and GARAPP materials and key documents for use with appeal preparation (3.2); prepare and organize materials from AMR case re "Make-Whole" for use with bank lender materials (1.9); prepare and organize various Garlock materials and briefs requested by R. Barakat (1.2); prepare and organize materials used with Montana and Crown appellate briefs (1.5). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/30/2013 | Jeffrey Gettleman | 1.70 | Correspond with A. Paul re Sealed Air issues (.1); office conference with A. Paul re preparation for oral argument (.2); telephone conference with M. Jones re review of plan terms re same (.2); legal research re same (.4); office conference with A. Paul re Effective Date issues (.2); review Chakarian status report (.2); correspond with J. O'Neill and K. Makowski re filing of same (.2); review correspondence from R. Higgins re filing of status report in Scotts adversary proceeding (.1); correspond with K. Makowski re same (.1). |
| 4/30/2013 | Adam C Paul | 1.10 | Telephone conference with J. Gettleman re appeals (.3); prepare for appeals (.8). |
| 4/30/2013 | Rana Barakat | 6.20 | Review Garlock briefings in bankruptcy and district court (1.6); draft summary for J. Donley re same (.8); draft, review and revise outline for oral argument responding to Garlock appeal arguments (3.8). |
| 4/30/2013 | John Donley, P.C. | 6.80 | Analyze Garlock fair and equitable, FCR and standing appellate issues and edit outlines and inserts re same (4.7); telephone conferences with A. Paul re appeal issues and corporate issues (.3); analyze AMH appeal issues (1.8). |
| 4/30/2013 | Lisa G Esayian | 4.50 | Review new briefs filed in other bankruptcy cases re 524(g) and demands (1.7); summarize key points re same (1.1); analyze AMH issues re same (1.7). |
| 4/30/2013 | Lesley Fairley | 3.90 | Collect and organize materials in preparation for upcoming hearing. |
|  | Total: | 503.70 |  |

A-23

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/2013 | Stephen H Butler | .70 | Telephone conference with C. Finke and J. Gettleman re qualified settlement fund tax issues (.2); research re same (.3); correspond with T. Maynes re same (.2). |
| 4/01/2013 | Jeffrey Gettleman | 1.60 | Telephone conference with C. Finke, R. Higgins and S. Butler re motion to transfer additional funds to QSF (.6); correspond with A. Paul re same (.2); telephone conference with S. Butler re corporate structure post-effective date (.3); telephone conference with M. Jones re same (.1); correspond with S. Butler re Effective Date chart (.1); review correspondence from S. Butler to M. Jones re same (.1); review correspondence from S. Butler re answer to taxable year question (.1); correspond with M. Jones re same (.1). |
| 4/01/2013 | Todd F Maynes, P.C. | .50 | Correspond with working group re grantor trust issues. |
| 4/02/2013 | Jeffrey Gettleman | .70 | Correspond with R. Higgins re QSF (.2); review correspondence from C. Finke re amendment of certificate of incorporation re same (.1); correspond with M. Jones re same (.1); review correspondence from S. Butler re Effective Date actions affecting taxable year question (.2); correspond with M. Jones re same (.1). |
| 4/15/2013 | Jeffrey Gettleman | .30 | Correspond with S. Butler re opinion letters re PI and PD trusts (.2); correspond with M. Jones re same (.1). |
| 4/16/2013 | Mike Jones | .30 | Correspond with working group re QSF opinion. |
| 4/16/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones re tax opinion letters (.1); correspond with S. Butler re same (.1). |
| 4/19/2013 | Todd F Maynes, P.C. | 1.50 | Telephone conferences with working group re interest deductions (.4); review Dow Corning case re same (1.1). |
| 4/22/2013 | Todd F Maynes, P.C. | .50 | Review Dow Corning case re interest deductions. |
| 4/23/2013 | Todd F Maynes, P.C. | .90 | Telephone conferences with working group re Dow Corning (.6); correspond with working group re same (.3). |
| 4/24/2013 | Todd F Maynes, P.C. | .80 | Correspond and telephone conferences re Dow Corning issue. |
| 4/25/2013 | Stephen H Butler | 2.00 | Draft tax opinion re asbestos PI trust. |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/25/2013 | Todd F Maynes, P.C. | .50 | Review Dow Corning case re interest deductions. |
| | Total: | 10.50 | |

A-25