# EXHIBIT B

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $69.70 |
| Standard Copies or Prints | $3,427.40 |
| Overnight Delivery | $74.56 |
| Computer Database Research | $3,284.81 |
| **Total:** | **$6,856.47** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 3/06/2013 | 7.25 | West, Computer Database Research, Barakat, Rana, March 2013 |
| 3/11/2013 | 72.90 | LexisNexis, Computer Database Research, Rhode, Benjamin, 3/11/2013 |
| 3/15/2013 | 90.21 | West, Computer Database Research, Gettleman, Jeffrey, March 2013 |
| 3/20/2013 | 156.23 | West, Computer Database Research, Esayian, Lisa G., March 2013 |
| 3/27/2013 | 207.60 | LexisNexis, Computer Database Research, Eggert, Mary, 3/27/2013 |
| 3/28/2013 | 129.28 | West, Computer Database Research, Donley, John W., March 2013 |
| 3/28/2013 | 145.79 | West, Computer Database Research, Love, Kimberly, March 2013 |
| 3/28/2013 | 30.46 | West, Computer Database Research, Mosquera, Clara C., March 2013 |
| 3/28/2013 | 284.12 | LexisNexis, Computer Database Research, Eggert, Mary, 3/28/2013 |
| 3/28/2013 | 27.57 | LexisNexis, Computer Database Research, Waldron, Anne, 3/28/2013 |
| 4/01/2013 | 6.50 | Standard Prints |
| 4/01/2013 | 10.50 | Standard Prints |
| 4/01/2013 | 3.90 | Standard Prints |
| 4/02/2013 | 7.10 | Standard Prints |
| 4/02/2013 | 15.30 | Standard Prints |
| 4/02/2013 | 3.60 | Standard Prints |
| 4/04/2013 | 2,098.40 | Pacer Service Center, Computer Database Research, 01/01/2013 to 3/31/2013 |
| 4/05/2013 | 234.70 | Standard Copies or Prints |
| 4/05/2013 | 3.10 | Standard Prints |
| 4/05/2013 | .50 | Standard Prints |
| 4/05/2013 | 66.30 | Standard Prints |
| 4/05/2013 | 14.90 | Standard Prints |
| 4/05/2013 | 42.60 | Standard Prints |
| 4/05/2013 | 4.40 | Standard Prints |
| 4/05/2013 | 16.30 | Standard Prints |
| 4/08/2013 | 1.20 | Standard Copies or Prints |
| 4/08/2013 | 67.10 | Standard Prints |
| 4/08/2013 | 1.20 | Standard Prints |
| 4/08/2013 | 22.10 | Standard Prints |
| 4/09/2013 | 37.00 | Standard Prints |
| 4/09/2013 | 27.30 | Standard Prints |
| 4/09/2013 | 23.20 | Standard Prints |
| 4/10/2013 | 18.70 | Standard Copies or Prints |
| 4/10/2013 | 79.70 | Standard Prints |
| 4/12/2013 | 130.20 | Standard Prints |

| Date | Amount | Description |
|---|---:|---|
| 4/16/2013 | 32.98 | Jeffrey Gettleman, Cell Phone Calls, 03/17/2013 to 04/16/2013, (Cellular Calls) |
| 4/16/2013 | 13.30 | Standard Prints |
| 4/16/2013 | 4.80 | Standard Prints |
| 4/16/2013 | 18.90 | Standard Prints |
| 4/16/2013 | 15.60 | Standard Prints |
| 4/17/2013 | 89.50 | Standard Prints |
| 4/18/2013 | 194.10 | Standard Copies or Prints |
| 4/18/2013 | 46.20 | Standard Prints |
| 4/18/2013 | 22.42 | Fed Exp to: Warren H. Smith, Rockwall, TX from: Adam Paul |
| 4/19/2013 | .60 | Standard Prints |
| 4/19/2013 | 22.40 | Standard Prints |
| 4/22/2013 | 640.40 | Standard Copies or Prints |
| 4/22/2013 | 11.80 | Standard Prints |
| 4/23/2013 | 431.80 | Standard Copies or Prints |
| 4/23/2013 | 11.50 | Standard Prints |
| 4/24/2013 | 17.40 | Standard Prints |
| 4/24/2013 | 2.40 | Standard Prints |
| 4/24/2013 | .50 | Standard Prints |
| 4/25/2013 | 3.20 | Standard Copies or Prints |
| 4/25/2013 | 2.60 | Standard Prints |
| 4/25/2013 | .30 | Standard Prints |
| 4/25/2013 | 95.80 | Standard Prints |
| 4/25/2013 | 17.10 | Standard Prints |
| 4/25/2013 | 13.85 | Fed Exp to: Jay Hughes Cambridge, MA from: Brian Stansbury |
| 4/26/2013 | 35.00 | Restructuring Concepts, LLC, Computer Database Research, Chapter 11 Dockets Usage for 04/2013, Mike Jones |
| 4/30/2013 | 31.20 | Intercall - Third Party Telephone Charges, J. Donley, 4/30/2013 |
| 4/30/2013 | 3.64 | Intercall - Third Party Telephone Charges, M. Jones, 4/30/2013 |
| 4/30/2013 | 1.88 | Intercall - Third Party Telephone Charges, A. Paul, 4/30/2013 |
| 4/30/2013 | 27.00 | Standard Prints |
| 4/30/2013 | 10.30 | Standard Prints |
| 4/30/2013 | 6.80 | Standard Prints |
| 4/30/2013 | 595.50 | Standard Prints |
| 4/30/2013 | 7.70 | Standard Prints |
| 4/30/2013 | 4.00 | Standard Prints |
| 4/30/2013 | 195.30 | Standard Prints |
| 4/30/2013 | 75.40 | Standard Prints |

K&E 26613295.4

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 4/30/2013 | 27.80 | Standard Prints |
| 4/30/2013 | 27.87 | Fed Exp to: Arlene Fickler, Philadelphia, PA from: General Services |
| 4/30/2013 | 10.42 | Fed Exp to: Richard C. Finke, Columbia, MD from: General Services |
| Total: | 6,856.47 | |

B-5

K&E 26613295.4