EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
MAY 1, 2013 THROUGH
MAY 16, 2013

```
                 Phillips, Goldman & Spence, P.A.
                         1200 N. Broom Street
                        Wilmington, DE  19806
                           (302) 655-4200
                          EI #: 51-0328786
```

June 13, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

                                            File    WRG-AUS/JCP
                                         Invoice number   106913

    Re:  W. R. Grace & Co.
         David T. Austern
Case No.:  01-01139 (RLB)


             Subtotal for FEES only:  05/16/13        $957.00
             Subtotal for COSTS only: 05/16/13          $8.00
                                                    -------------
    CURRENT PERIOD FEES AND COSTS:    05/16/13        $965.00
                                                    -------------


************************************************************

    Please send remittance copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

June 13, 2013

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    106913

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 2.8 | 528.00 |
| LITIGATION | 0.6 | 297.00 |
| CASE ADMINISTRATION | 0.5 | 82.50 |
| PLAN AND DISCLOSURE STATEMENT | 0.1 | 49.50 |
| Subtotal for FEES only: 05/16/13 | 4.0 | $957.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 0.90 | 0.90 | 445.50 | 0.00 | 0.00 |
| 165.00 | CAH | 3.10 | 3.10 | 511.50 | 0.00 | 0.00 |
| Totals | | 4.00 | 4.00 | 957.00 | 0.00 | 0.00 |

```
    Sorts:  Grouping code           (Paginate)
            Client code
            Actual employee code    (Subtotal)
            Transaction date

    Ranges:
        Include "Client code" from WRG to WRG
        Exclude "Billable $" from 0.00 to 0.00
        Include "Invoice Number" from 106913 to 106913

                                                  Act   Trans                                                             Billable         Billable  Gr
Cl code Grouping code description                 Emp   Date    Transaction description                                   Hours            Dollars   Cd

WRG     CASE ADMINISTRATION                       CAH   05/10/13 Update docket to system.                                    0.10            16.50  Ca

WRG     CASE ADMINISTRATION                       CAH   05/13/13 Update docket to system.                                    0.10            16.50

WRG     CASE ADMINISTRATION                       CAH   05/13/13 Scan, OCR and file Certificate of No Objection for          0.30            49.50
                                                                 Phillips, Goldman & Spence March Fee Application.
                                                                                                                           ------          -------
                                                                                                                             0.50            82.50
                                                                                                                           ------          -------
                                                                                                                             0.50            82.50
                                                                                                                           ------          -------
```

Total records this group:  3

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 05/02/13 | Review of Status Report re: Scotts Co.; review of Status Report re: Chakarian adversary action. | 0.20 | 99.00 | Li |
| WRG | LITIGATION | JCP | 05/07/13 | Review of miscellaneous pleadings; review of Post-Confirmation Quarterly Summary Report for Q1 2013. | 0.20 | 99.00 | |
| WRG | LITIGATION | JCP | 05/09/13 | Review of Order Authorizing Private Sale of Real Estate; review of Lipsitz and Ponterio's Notice of Filing 2019 Statement. | 0.20 | 99.00 | |
| | | | | | ------ | -------- | |
| | | | | | 0.60 | 297.00 | |
| | | | | | ------ | -------- | |
| | | | | | 0.60 | 297.00 | |
| | | | | | ------ | -------- | |

Total records this group:    3

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/01/13 | Review of 5 e-mails from D. Fullem; download and file the following Fee Applications for Lincoln Partners: December 2012, January 2013, February 2013, March 2013 and 14 Quarterly Fee Application and send Verification of all filings to D. Fullem. | 0.80 | 132.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/08/13 | Scan, OCR, file and serve Phillips, Goldman & Spence 36th Quarterly Fee Application. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/10/13 | Draft April Fee Application for Phillips, Goldman & Spence. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/10/13 | Check docket; draft Certificate of No Objection for Phillips, Goldman & Spence March Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/15/13 | Review of e-mail from D. Fullem; download and file Towers April Fee Application and send docket to D. Fullem. | 0.30 | 49.50 | |
| | | | | | ------ | -------- | |
| | | | | | 2.60 | 429.00 | |
| | | | | | ------ | -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/10/13 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 106th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 99.00 | |
| | | | | | ------ | ------- | |
| | | | | | 0.20 | 99.00 | |
| | | | | | ------ | ------- | |
| | | | | | 2.80 | 528.00 | |
| | | | | | ------ | ------- | |

Total records this group:   6

-Fees-

```
                                    Act  Trans                                                              Billable        Billable  Gr
Cl code  Grouping code description  Emp  Date      Transaction description                                    Hours         Dollars   Cd

WRG      PLAN AND DISCLOSURE        JCP  05/16/13  Letter from 3rd Circuit Clerk requesting parties to file a  0.10            49.50  ps
         STATEMENT                                 division of time for oral argument.
                                                                                                             ------         -------
                                                                                                               0.10            49.50
                                                                                                             ------         -------
                                                                                                               0.10            49.50
                                                                                                             ------         -------
Total records this group:    1


                                                                                                             ------         -------
                                                                                                               4.00           957.00
                                                                                                             ======         =======
13 records printed.
```