EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
MAY 1, 2013 THROUGH
MAY 16, 2013

Phillips, Goldman & Spence, P.A.

Page   2

June 13, 2013

Orrick, Herrington & Sutcliffe, LLP

                        File   WRG-AUS/JCP
                Invoice number   106913

Re:  W. R. Grace & Co.
     David T. Austern

       COSTS ADVANCED

05/08/13 Photocopies                                                              8.00
                                                             -------------
        Subtotal for COSTS only: 05/16/13       $8.00
                                                              -------------