# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE SIXTEENTH QUARTERLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2013 THROUGH MARCH 31, 2013**
**[RE: DOCKET NO. 30653]**

On May 22, 2013, Saul Ewing LLP ("Saul Ewing"), co-counsel to the Official Committee of Equity Security Holders, filed its Sixteenth Quarterly Fee Application for Compensation and Reimbursement of Expenses [Docket No. 30653] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on June 11, 2013. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Saul Ewing respectfully requests that the Court enter an order approving this Application at its earliest convenience.

WILM 597794

                **SAUL EWING LLP**

By:   /s/ Teresa K.D. Currier
       Teresa K. D. Currier (No. 3080)
       222 Delaware Avenue
       P.O. Box 1266
       Wilmington, DE 19899
       (302) 421-6800

       Co-Counsel to the Official Committee of Equity Security Holders

Dated: June 19, 2013

WILM 597794