IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF APPEARANCE**

I, Charles J. Nerko of O'Melveny & Myers LLP, hereby withdraw my appearance in this case on behalf of Arrowood Indemnity Company ("Arrowood"), f/k/a Royal Indemnity Company, because I am joining another law firm. Other counsel of record for Arrowood will remain as counsel of record.

Dated: June 12, 2013          By: /s/ Charles J. Nerko, Esq.
    New York, New York              Charles J. Nerko, Esq.

Charles J. Nerko, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorney for Arrowood Indemnity Company*