**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>**Related Docket No. 30330** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 30330

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Forty-Seventh Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2012 through December 31, 2012* (the "Application") [Docket No. 30330] filed on February 28, 2013.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 14, 2013 at 4:00 p.m.

Dated: June 20, 2013
       Wilmington, Delaware

                                   */s/ Michael R. Lastowski*
                                   Michael R. Lastowski (DE 3892)
                                   Richard W. Riley (DE 4052)
                                   DUANE MORRIS LLP
                                   222 Delaware Avenue, Suite 1600
                                   Wilmington, DE 19801-1246
                                   Telephone:    (302)-657-4900
                                   Facsimile:    (302)-657-4901
                                   Email:    mlastowski@duanemorris.com
                                                        rwriley@duanemorris.com

                                   *Co-Counsel for the Official
                                   Committee of Unsecured Creditors*

DM3\2577520.1