IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>**Related to Docket No. 30335** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 30335

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Thirty-Sixth Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From October 1, 2012 through December 31, 2012*** (the "Application") [Docket No. 30335] filed on March 1, 2013.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 14, 2013 at 4:00 p.m.

Dated: June 20, 2013
       Wilmington, Delaware

                                         */s/ Michael R. Lastowski*
                                         Michael R. Lastowski (DE 3892)
                                         Richard W. Riley (DE 4052)
                                         DUANE MORRIS LLP
                                         222 Delaware Avenue, Suite 1600
                                         Wilmington, DE 19801-1246
                                         Telephone:    (302)-657-4900
                                         Facsimile:     (302)-657-4901
                                         Email:         mlastowski@duanemorris.com
                                                                     rwriley@duanemorris.com

                                         *Co-Counsel for the Official*
                                         *Committee of Unsecured Creditors*

DM3\2577532.1