IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING QUARTERLY APPLICATION OF THE LAW OFFICES OF ROGER J. HIGGINS, LLC, FOR THE INTERIM PERIOD FROM JANUARY 1, 2013, THROUGH MARCH 31, 2013**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Application of the Law Offices of Roger J. Higgins, LLC, for the Interim Period from January 1, 2013, through March 31, 2013 (the "Application").

**BACKGROUND**

1.  The Law Offices of Roger J. Higgins, LLC ("Higgins"), was retained as co-counsel to the Debtors and Debtors-in-Possession. In the Application, Higgins seeks approval of fees totaling $203,537.50 and expenses totaling $1,956.30 for its services from January 1, 2013, through March 31, 2013 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2013, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.


§ 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Higgins based upon our review, and we received a response from Higgins, portions of which response are quoted herein.

## DISCUSSION

3.  We noted several time entries in which there was a discrepancy between the amount of time billed and the amount of time recorded within the work description. See Exhibit A. We asked Higgins about these time entries, and Higgins responded:

> You noted several time entries in which the sum of the parenthetical time entries did not match the total time entered. We have verified these errors, which should result in a net reduction in the amount owed for fees and services by $855.50. Please reduce the total amount requested for fees for the quarter by that amount.

We appreciate Higgins' response and recommend a reduction of $855.50 in fees.

4.  We noted the following Lexis Nexis charges which were an equal amount each month:

| | | |
|---|---|---|
| 01/31/2013 | $503.28 | Lexis Nexis - Grace charges for November |
| 03/15/2013 | $503.28 | Lexis Nexis - Grace charges for February |
| 04/16/2013 | $503.28 | Lexis Nexis - Grace charges for March |

Pursuant to Local Rule 2016-2(e)(iii), computer-assisted legal research shall not be more than the actual cost. We asked Higgins to confirm that it billed the estate for an amount not exceeding the actual cost of the charges, and Higgins responded:

> You also noted that the Lexis-Nexis charges for Grace were the same for three months (11/12, 2/13 & 3/13). My firm has a fixed fee monthly contract with Lexis for legal research, which is used for Grace. Occasionally, there are additional

charges for services and databases that are outside the contract. There were no such additional charges during those months, and my firm listed the fixed monthly fee in those months' expense reports at the actual expense amount. The 1/31/13 charge should have been for December 2012 (billed in arrears) and not for November 2012 (which was expensed in my firm's December 2012 monthly application).

We asked Higgins if the Lexis Nexis charges were exclusively for the W.R. Grace case. Higgins estimated that, for the current Application Period, at least 95% of the charges were attributable to the W.R. Grace case and offered to reduce its reimbursement for these expenses by 5%. Thus we recommend a reduction equal to 5% of the Lexis Nexis charges, or $75.49 in expenses.

## CONCLUSION

5.  Thus, we recommend approval of $202,682.00 in fees ($203,537.50 minus $855.50) and $1,880.81 in expenses ($1,956.30 minus $75.49) for Higgins' services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: /s/ Warren H. Smith
Warren H. Smith
Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th day of June, 2013.

                                                       Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**
Roger J. Higgins
The Law Offices of Roger J. Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Kenneth Pasquale
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.

Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036


Teresa K.D. Currier
SAUL EWING LLP

222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

# EXHIBIT A

  a. On February 22, 2013, RJH ($475) billed under one time entry 0.30 hours for a total fee of $142.50. The subparts of the time entry totaled 0.50 hours for a total fee of $237.50. Thus, the Applicant may have under billed this time entry by $95.00.

| | | | | |
|---|---|---|---|---|
| 02/22/13 | RJH | 0.30 | 142.50 | Exchange correspondence with counsel for Monitor re various matters (.30); exchange correspondence with R. Finke re same (.20). |

  b. On March 1, 2013, RJH ($475) billed under one time entry 2.30 hours for a total fee of $1,092.50. The subparts of the time entry totaled 1.80 hours for a total fee of $855.00. Thus, the Applicant may have over billed this time entry by $237.50.

| | | | | |
|---|---|---|---|---|
| RJH | 3/15/2013 | 2.30 | $1,092.50 | Exchange correspondence with M. Shelnitz and others re proposed business transaction (.50); legal analysis re same (.80); telephone conference with M. Shelnitz, M. Conron and J. McFarland re same (.50). |

  c. On March 12, 2013, RJH ($475) billed under one time entry 2.90 hours for a total fee of $1,377.50. The subparts of the time entry totaled 3.00 hours for a total fee of $1,425.00. Thus, the Applicant may have under billed this time entry by $47.50.

| | | | | |
|---|---|---|---|---|
| RJIH | 3/12/2013 | 2.90 | $1,377.50 | Prepare for telephone conference with C. Finke, D. Teichen, T. Maynes et al. re IRS claim (.30); participate in same (1.10); exchange correspondence with various parties re same (.50); analyze Hanmar/Hankin claim issues (.50); exchange correspondence with V. Finkelstein re same (.30); analyze issues re DAP/USG claim (.30). |


  d. On March 14, 2013, RJH ($475) billed under one time entry 5.50 hours for a total fee of $2,612.50. The subparts of the time entry totaled 0.50 hours for a total fee of $237.50. Thus, the Applicant may have over billed this time entry by $2,375.00.

| RJH | 3/14/2013 | 5.50 | $2,612.50 | Exchange correspondence with various parties re IRS claim objection and related issues (.30); analyze issues re same (.20). |
|---|---|---|---|---|

  e. On March 14, 2013, RJH ($475) billed under one time entry 0.50 hours for a total fee of $237.50. The subparts of the time entry totaled 2.20 hours for a total fee of $1,045.00. Thus, the Applicant may have under billed this time entry by $807.50.

| RJH | 3/14/2013 | .50 | $237.50 | Telephone conference with J. Gettleman re 2013 LTIP motion (.50); revise motion (1.50); circulate same to counsel and financial advisors for the committees and FCRs (.20). |
|---|---|---|---|---|

  f. On March 15, 2013, RJH ($475) billed under one time entry 1.80 hours for a total fee of $855.00. The subparts of the time entry totaled 1.00 hour for a total fee of $475.00. Thus, the Applicant may have over billed this time entry by $380.00.

| RJH | 3/15/2013 | 1.80 | $855.00 | Analyze issues re 2013 LTIP motion (.30); exchange correspondence with various parties re same (.70). |
|---|---|---|---|---|

  g. On March 7, 2013, RJH ($475) billed under one time entry 5.30 hours for a total fee of $2,517.50. The subparts of the time entry totaled 5.60 hours for a total fee of $2,660.00. Thus, the Applicant may have under billed this time entry by $142.50.

| RJH | 3/7/2013 | 5.30 | $2,517.50 | Exchange correspondence with F. Childress re Baker |
|---|---|---|---|---|

Donelson matter (.40); revise motion re same (2.50); review and revise draft Baker Donelson affidavit re same (.80); review and revise motion to seal (.90); review and revise company affidavit (.60); circulate draft documents to working group for comment (.40).

      h.      On March 14, 2013, RJH ($475) billed under one time entry 1.00 hours for a total fee of $475.00. The subparts of the time entry totaled 4.50 hours for a total fee of $2,137.50. Thus, the Applicant may have under billed this time entry by $1,662.50.

| | | | | |
|---|---|---|---|---|
| RJH | 3/14/2013 | 1.00 | $475.00 | Revise Shelnitz affidavit (1.50); revise Baker Donelson motion (2.50); exchange correspondence with various parties re the Baker Donelson matter (.50). |

      i.      On March 15, 2013, RJH ($475) billed under one time entry 2.20 hours for a total fee of $1,045.50. The subparts of the time entry totaled 2.40 hours for a total fee of $1,140.00. Thus, the Applicant may have under billed this time entry by $94.50.

| | | | | |
|---|---|---|---|---|
| RJH | 3/15/2013 | 2.20 | $1,045.00 | Revise Baker Donelson motion (.80); revise seal motion (1.20); exchange correspondence with various parties re Baker Donelson matter (.40). |

      j.      On March 15, 2013, RJH ($475) billed under one time entry 2.40 hours for a total fee of $1,140.00. The subparts of the time entry totaled 0.90 hours for a total fee of $427.50. Thus, the Applicant may have over billed this time entry by $712.50.

| | | | | |
|---|---|---|---|---|
| RJH | 3/15/2013 | 2.40 | $1,140.00 | Exchange correspondence with A. Paul re Baker Donelson motion (.40); revise same (.50). |