# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of April 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Kathleen Bradley** | | | | |
| 4/5/2013 | 7.0 | Fee application preparation | $ 250.19 | $ 1,751.33 |
| | **7.0** | | | |
| | **7.0** | Total Grace Fee Application Charged Hours | | **$ 1,751.33** |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 2.0 | 2,212.34 |
| Jonathan W Gochoco | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Nicole S. Berman | Audit Director | 12 | Integrated Audit | 886.46 | 1.5 | 1,329.69 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 27.0 | 22,597.11 |
| Kevin C Knight | Audit Partner | 20+ | Integrated Audit | 781.05 | 2.0 | 1,562.10 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 723.90 | 2.5 | 1,809.75 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 719.90 | 27.0 | 19,437.30 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 623.13 | 15.0 | 9,346.95 |
| James C Horvath | Audit Director | 11 | Integrated Audit | 596.90 | 9.7 | 5,789.93 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | 505.46 | 110.0 | 55,600.60 |
| David C Sands | Audit Director | 10 | Integrated Audit | 459.74 | 4.0 | 1,838.96 |
| Ann C McCowan | Tax Director | 10 | Integrated Audit | 442.00 | 8.5 | 3,757.00 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | 368.30 | 5.5 | 2,025.65 |
| Todd S. Chesla | Tax Manager | 8 | Integrated Audit | 338.00 | 5.7 | 1,926.60 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 14.0 | 4,658.36 |
| Daniel James Burke | Tax Manager | 7 | Integrated Audit | 322.40 | 26.9 | 8,672.56 |
| Brendan Witt | Audit Senior Associate | 6 | Integrated Audit | 300.99 | 3.0 | 902.97 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | 254.80 | 30.0 | 7,644.00 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 254.00 | 168.0 | 42,672.00 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 250.19 | 97.0 | 24,268.43 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 5.0 | 1,238.25 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 234.95 | 206.4 | 48,493.68 |
| Yang Zhao | Audit Experienced Associate | 2 | Integrated Audit | 212.09 | 9.0 | 1,908.81 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 25.5 | 4,825.37 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 176.80 | 18.4 | 3,253.12 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 184.0 | 32,247.84 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 143.51 | 106.3 | 15,255.11 |
| Jenna Michele Ricci | Project Specialist | 1 | Integrated Audit | 126.70 | 0.3 | 38.01 |
| Lucina Schiaffarino | Project Specialist | 1 | Integrated Audit | 126.70 | 0.5 | 63.35 |
| Romina M Cantero | Project Specialist | 1 | Integrated Audit | 126.70 | 0.5 | 63.35 |
| Marcela Brandone | Project Specialist | 1 | Integrated Audit | 126.70 | 0.5 | 63.35 |
| Amber A. Berntsen | Project Specialist | 1 | Integrated Audit | 126.70 | 0.2 | 25.34 |
| Daniel Kieffer | Project Specialist | 1 | Integrated Audit | 126.70 | 0.2 | 25.34 |
| Laura Alonso | Project Specialist | 1 | Integrated Audit | 126.70 | 0.1 | 12.67 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 126.70 | 2.0 | 253.40 |
| Carie Lee Hall | Project Specialist | 1 | Integrated Audit | 126.70 | 1.5 | 190.05 |
| Marianela Garaglia | Project Specialist | 1 | Integrated Audit | 126.70 | 1.5 | 190.05 |
| Karina Portugal | Project Specialist | 1 | Integrated Audit | 126.70 | 1.5 | 190.05 |
| Carolina Sanchez Hernandez | Project Specialist | 1 | Integrated Audit | 126.70 | 0.8 | 101.36 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 126.70 | 9.5 | 1,203.65 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 126.70 | 3.5 | 443.45 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 126.70 | 5.5 | 696.85 |

| Name | Title | | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Jordan Schwartz | Project Specialist | 1 | Integrated Audit | 126.70 | 7.5 | 950.25 |
| Julian Stagnaro | Project Specialist | 1 | Integrated Audit | 126.70 | 7.5 | 950.25 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | 126.70 | 11.5 | 1,457.05 |
| Lucila Herrero | Project Specialist | 1 | Integrated Audit | 126.70 | 5.0 | 633.50 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | 126.70 | 3.0 | 380.10 |
| Julian Martin Kosinski | Project Specialist | 1 | Integrated Audit | 126.70 | 3.0 | 380.10 |
| Rachel Connor | Project Specialist | 1 | Integrated Audit | 126.70 | 2.9 | 367.43 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | 126.70 | 0.8 | 101.36 |
| Maximiliano Benitez | Project Specialist | 1 | Integrated Audit | 126.70 | 0.3 | 38.01 |
| Sandipan Mandal | Project Specialist | 1 | Integrated Audit | 114.31 | 1.0 | 114.31 |
| Pratik Kanodia | Project Specialist | 1 | Integrated Audit | 114.31 | 0.8 | 91.45 |
| Pratistha Jha | Project Specialist | 1 | Integrated Audit | 114.31 | 1.0 | 114.31 |
| Anwaya Mukherjee | Project Specialist | 1 | Integrated Audit | 114.31 | 0.2 | 22.86 |
| | | | | Total | 1,187.5 | $ 335,541.90 |