# EXHIBIT - B

**CONSOLIDATED AUDIT EXPENSE DETAIL**
For the period ended April 2013

| Personnel | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Drew Levy | Audit | 1-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 2-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 3-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 4-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 5-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 8-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 9-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 10-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 11-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 12-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 15-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 16-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 17-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 18-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 19-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 22-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 23-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 24-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 25-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 26-Apr | $ 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | Audit | 29-Apr | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 30-Apr | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Russell Moore | Audit | 28-Mar | | | | $ 61.66 | Travel dinner while visiting Grace client site in Columbia, MD. |
| Eric Meyer | Audit | 11-Apr | $ 57.64 | | | | Mileage in excess of daily commute (102 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 102 miles excess * .565 = 57.64). |
| | Audit | 11-Apr | $ 4.50 | | | | SunPass tolls (fluctuate depending on traffic) incurred during commute to client. |
| Katherine Matheson | Audit | 4-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 7-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 11-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 13-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 14-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 18-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 19-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 21-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 27-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 28-Mar | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 2-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 4-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 8-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 10-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 11-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 15-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 17-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 18-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 22-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 24-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 25-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 29-Apr | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| Alexandra Schmidt | Audit | 14-Mar | | | | $ 158.11 | Overtime meal with Katie Matheson, Alexandra Schmidt, Kathleen Bradley, Sara Balthazor, Ian Thomas, Katey Webber, and Drew Levy (all PwC) |
| Ian Thomas | Audit | 7-Apr | $ 204.51 | | | | Roundtrip coach flight to Boston, MA from Baltimore, MD for travel to client site in Cambridge, MA. |
| Sara Balthazor | Audit | 7-Apr | $ 204.51 | | | | Roundtrip coach flight to Boston, MA from Baltimore, MD for travel to client site in Cambridge, MA. |
| Phillip Crosby | Audit | 8-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 11-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 12-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 13-Mar | $ 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Audit | 14-Mar | $ | 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 15-Mar | $ | 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | Audit | 18-Mar | $ | 39.56 | | | | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| **Tom E. Smith** | Audit | 28-Mar | $ | 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.565 per mile). |
| | Audit | 17-Apr | $ | 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.565 per mile). |
| | Audit | 22-Apr | $ | 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.565 per mile). |

| **Summary** | | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|---|---|
| | | | $ 2,388.29 | $ 2,168.52 | $ - | $ - | $ 219.77 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended April 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Drew Levy | 1-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 2-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 3-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 4-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 5-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 8-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 9-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 10-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 11-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 12-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 15-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 16-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 17-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 18-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 19-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 22-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 23-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 24-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 25-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 26-Apr | Audit Associate | $ 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .565 = 22.60). |
| | 29-Apr | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 30-Apr | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Russell Moore | 28-Mar | Audit Partner | $ 61.66 | Travel dinner while visiting Grace client site in Columbia, MD. |
| Eric Meyer | 11-Apr | Tax Associate | $ 57.64 | Mileage in excess of daily commute (102 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 102 miles excess * .565 = 57.64). |
| | 11-Apr | Tax Associate | $ 4.50 | SunPass tolls (fluctuate depending on traffic) incurred during commute to client. |
| Katherine Matheson | 4-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 7-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 11-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 13-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 14-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 18-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 19-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 21-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 27-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 28-Mar | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 2-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 4-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 8-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 10-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 11-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 15-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 17-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 18-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 22-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 24-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 25-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 29-Apr | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| Alexandra Schmidt | 14-Mar | Audit Senior Associate | $ 158.11 | Overtime meal with Katie Matheson, Alexandra Schmidt, Kathleen Bradley, Sara Balthazor, Ian Thomas, Katey Webber, and Drew Levy (all PwC) |

| Name | Date | Title | Amount | Description |
|---|---|---|---|---|
| **Ian Thomas** | 7-Apr | Audit Associate | $ 204.51 | Roundtrip coach flight to Boston, MA from Baltimore, MD for travel to client site in Cambridge, MA. |
| **Sara Balthazor** | 7-Apr | Audit Senior Associate | $ 204.51 | Roundtrip coach flight to Boston, MA from Baltimore, MD for travel to client site in Cambridge, MA. |
| **Phillip Crosby** | 8-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 11-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 12-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 13-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 14-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 15-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| | 18-Mar | Audit Manager | $ 39.56 | Mileage in excess of daily commute (90 mile - 20 miles normal commute * rate .565 per mile). |
| **Tom E. Smith** | 28-Mar | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.565 per mile). |
| | 17-Apr | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.565 per mile). |
| | 22-Apr | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.565 per mile). |
| | | **Total** | **$ 2,388.29** | |