**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the period June 2012 through September 2012**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the period June 2012 through September 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James H Prettyman | Tax Partner | 20+ | Global Restructuring | $ 707.14 | 7.0 | $ 4,949.98 |
| Jennifer E Breen | Tax Director | 8 | Global Restructuring | $ 673.34 | 4.0 | $ 2,693.36 |
| Lauren Janosy | Tax Director | 8 | Global Restructuring | $ 687.50 | 2.5 | $ 1,718.75 |
| Robert Stitt Black II | Tax Director | 8 | Global Restructuring | $ 204.69 | 66.0 | $ 13,509.54 |
| Matthew Lamorena | Tax Senior Associate | 4 | Global Restructuring | $ 208.49 | 92.0 | $ 19,181.08 |
| Victor Sebastian Diaz Parro | Tax Senior Associate | 4 | Global Restructuring | $ 148.72 | 16.0 | $ 2,379.52 |
| Eric Meyer | Tax Experienced Associate | 1 | Global Restructuring | $ 176.00 | 4.0 | $ 704.00 |
|  |  |  |  | **Total** | **191.5** | **45,136.23** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

**Totals**          0                                          $ 0

**Summary of PwC's Fees By Project Category:**
**For the period June 2012 through September 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** |  |  |
| **02-Asset Disposition** |  |  |
| **03-Business Operations** |  |  |
| **04-Case Administration** |  |  |
| **05-Claim Analysis Objection & Resolution (Asbestos)** |  |  |

{02411:PHV:10206514.DOCX}

| | | |
|---|---|---|
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | **191.5** | **$45,136.23** |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | | |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **191.5** | **$45,136.23** |

{02411:PHV:10206514.DOCX}

**Expense Summary**
**June 2012 through September 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $0.00 |
| **Lodging** | N/A | $0.00 |
| **Sundry** | N/A | $0.00 |
| **Business Meals** | N/A | $0.00 |
| **TOTAL:** | | $ 0.00 |

{02411:PHV:10206514.DOCX}