# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James H Prettyman | Tax Partner | 20+ | Global Restructuring | $ 707.14 | 7.0 | $ 4,949.98 |
| Jennifer E Breen | Tax Director | 8 | Global Restructuring | $ 673.34 | 4.0 | $ 2,693.36 |
| Lauren Janosy | Tax Director | 8 | Global Restructuring | $ 687.50 | 2.5 | $ 1,718.75 |
| Robert Stitt Black II | Tax Director | 8 | Global Restructuring | $ 204.69 | 66.0 | $ 13,509.54 |
| Matthew Lamorena | Tax Senior Associate | 4 | Global Restructuring | $ 208.49 | 92.0 | $ 19,181.08 |
| Victor Sebastian Diaz Parro | Tax Senior Associate | 4 | Global Restructuring | $ 148.72 | 16.0 | $ 2,379.52 |
| Eric Meyer | Tax Experienced Associate | 1 | Global Restructuring | $ 176.00 | 4.0 | $ 704.00 |
| | | | | Total | 191.5 | 45,136.23 |