IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 12, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date: Mon., Sept 23, 2013 at 9:00 a.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 30651

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Eighth Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2013 through March 31, 2013 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than Weds., June 12, 2013 at 4:00 p.m.

Dated:   June 25, 2013                                FERRY, JOSEPH & PEARCE, P.A.

                                                        /s/ Lisa L. Coggins
                                                       Michael B. Joseph (No. 392)
                                                       Theodore J. Tacconelli (No. 2678)
                                                       Lisa L. Coggins (No. 4234)
                                                       824 Market Street, Suite 1000
                                                       P.O. Box 1351
                                                       Wilmington, DE 19899
                                                       Tel:    (302) 575-1555
                                                       Fax:   (302) 575-1714

                                                       *Counsel to the Official Committee of*
                                                       *Asbestos Property Damage Claimants*