# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

| | |
|---|---|
| **Canadian ZAI Claimants** | **Date:** 5/3/2013 |
| **c/o Lauzon Belanger Lesperance** | **File Number:** ZAI/WRG 060124-01 |
| Attention: Careen Hannouche | **Invoice Number:** 21240 |
| 286 rue Street | |
| Paul Quest bureau 100 Montreal QC H2Y 2A3 | |

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/2013 | DKH | E-mail correspondence from Bobbie Ruhlander that she will draft the final report accordingly. | 0.10 | 400.00 | 40.00 |
| 04/03/2013 | DKH | E-mail correspondence with Bobbi Ruhlander that we agree to the proposed reductions to The Hogan Firm's monthly fee applications and quarterly application for the 47th interim period (Oct-Dec. 2012). | 0.10 | 400.00 | 40.00 |
| 04/03/2013 | LNC | Email correspondence with Careen Hannouche transmitting the 35th Monthly Application of LBL for review | 0.10 | 195.00 | 19.50 |
| 04/05/2013 | KEH | E-mail correspondence from Grace Accounts Payable transmitting Remittance Advice for deposit of holdback payments on April 8, 2013, for the period July-September 2012; review same in regards to which THF applications they are applied. | 0.40 | 195.00 | 78.00 |
| 04/05/2013 | KEH | E-mail correspondence with Grace Accounts Payable, re: 4/8/2013 remittance advice and need for clarification to apply to correct THF fee applications. | 0.20 | 195.00 | 39.00 |
| 04/05/2013 | DKH | Met with Karen Harvey to review remittance advice and need for clarification on remittance and application to fee application spreadsheet. | 0.30 | 400.00 | 120.00 |
| 04/08/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Authorizing the 2013 Long-Term Incentive Plan and Stock Grants to Directors, and the Amendment of 2011 Stock Incentive Plan to Implement Such Plan and Grants. (related document(s)[30408]) Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 04/09/2013 | KEH | E-mail correspondence from Bobbie Ruhlander transmitting Fee Auditor's Final Report regarding The Hogan Firm's quarterly fee application for the 47th period; review final report and revise WRGrace payment spreadsheet accordingly to show reductions; meet with Dan Hogan, re: same. | 0.40 | 195.00 | 78.00 |
| 04/09/2013 | DKH | E-mail correspondence with Bobbie Ruhlander transmitting attached fee auditor's final report regarding The Hogan Firm's quarterly fee application for the 47th interim period was filed with the court today, April 9, 2013 | 0.10 | 400.00 | 40.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Fee Auditor's Report Regarding the Quarterly Application of The Hogan Firm for the Interim Period from October 1, 2012, through December 31, 2012 Filed by Warren H. Smith & Associates, P.C. | 0.30 | 400.00 | 120.00 |
| 04/09/2013 | KEH | E-mails with Patty Cuniff for Debtors' counsel, re: The Hogan Firm's quarterly application for the period October 1, 2012, through December 31, 2012. | 0.20 | 195.00 | 39.00 |
| 04/09/2013 | LNC | Preparation of the Certificate of No Objection for the 12th Quarterly Application of Lauzon Belanger Lesperance. | 1.00 | 195.00 | 195.00 |
| 04/09/2013 | LNC | Preparation of the Certificate of No Objection for the 12th Quarterly Application of Scarfone Hawkins. | 1.00 | 195.00 | 195.00 |
| 04/09/2013 | LNC | Preparation of the Certificate of No Objection for the 12th Quarterly Application of The Hogan Firm. | 1.00 | 195.00 | 195.00 |
| 04/09/2013 | KEH | Telephone call from Jason Day at WRGrace, re: THF's holdback payments for July-Sept 2012 - explained the split of payments on "Remittance Advice"; Update WRGrace payment spreadsheet for use in preparation of fee applications. | 0.50 | 195.00 | 97.50 |
| 04/09/2013 | KEH | Telephone call to and e-mail with 'Bobbi Ruhlander' regarding THF's CNO. | 0.20 | 195.00 | 39.00 |
| 04/10/2013 | KEH | E-mail correspondence from Grace Accounts Payable transmitting "Remittance Advice" for THF's December fee application; update WRGrace payment spreadsheet for use with fee application preparation. | 0.30 | 195.00 | 58.50 |
| 04/10/2013 | KEH | E-mail correspondence with 'Careen Hannouche at LBL and Cindy Yates at SH, re: THF received holdback payment for July-Sept 2012 and Remittance Advice for December THF application for deposit on 4/11/13 - Please advise status of your payments. | 0.10 | 195.00 | 19.50 |
| 04/10/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: Certificate of No Objection Regarding the Twelfth Quarterly Application of Lauzon Belanger Lesperance as Counsel to the Canadian ZAI Claimants (related document(s)[30351]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 04/10/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: Certificate of No Objection Regarding the Twelfth Quarterly Application of Scarfone Hawkins LLP as Counsel to The Canadian ZAI Claimants (related document(s) [30349]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 04/10/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: efiling of Certificate of No Objection Regarding the Twelfth Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Canadian ZAI Claimants (related document(s)[30346]) Filed by Canadian ZAI Claimants. | 0.20 | 195.00 | 39.00 |
| 04/10/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Statement of Professionals' Compensation from January 1, 2013 through March 31, 2013 Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 04/10/2013 | LNC | E-mail correspondence with 'orders@digitallegal.net' transmitting the certificate of no objection to the 12th quarterly applications for hand delivery. | 0.10 | 195.00 | 19.50 |
| 04/10/2013 | LNC | E-mail correspondence with the service parties transmitting the certificate of no objection to the 12th Quarterly fee applications. | 0.10 | 195.00 | 19.50 |
| 04/10/2013 | LNC | Prepared for and filed the Certificate of No Objection to the 12th Quarterly Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 04/10/2013 | LNC | Prepared for and filed the Certificate of No Objection to the 12th Quarterly Application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |

5/3/2013          ZAI/WRG 060124-01          Canadian ZAI Claimants                                    Page:3
                                              c/o Lauzon Belanger Lesperance

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/2013 | LNC | Prepared for and filed the Certificate of No Objection to the 12th Quarterly Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 04/10/2013 | DKH | Reviewed and revised Certificate of No Objection Regarding the Twelfth Quarterly Application of Lauzon Belanger Lesperance as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/10/2013 | DKH | Reviewed and revised Certificate of No Objection Regarding the Twelfth Quarterly Application of Scarfone Hawkins LLP as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/10/2013 | DKH | Reviewed and revised Certificate of No Objection Regarding the Twelfth Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 04/10/2013 | DKH | Reviewed docket for objections to the Twelfth Quarterly Application of Scarfone Hawkins, Lauzon Belanger Lesperance, and the Hogan Firm as Counsel to the Canadian ZAI Claimants. | 0.50 | 400.00 | 200.00 |
| 04/15/2013 | LNC | E-mail correspondence with Cindy Yates transmitting the time statement for March from Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 04/15/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Motion to Sell Property Free and Clear of Liens /Motion for an Order Authorizing the Private Sale of Real Property and Approving the Purchase and Sale Agreement Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 04/15/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/22/2013 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 04/15/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Order Designating E-Discovery Special Master Regarding The Production of 2019 Exhibits (related document(s) [30404]) Order Signed on 4/15/2013. | 0.30 | 400.00 | 120.00 |
| 04/15/2013 | DKH | Reviewed Scarfone Hawkins LLP Monthly Fee Statement for March 1, 2013 – March 31, 2013. | 0.50 | 400.00 | 200.00 |
| 04/16/2013 | KEH | E-mail correspondence from Careen Hannouche - no payment received from WRGrace for July-Sept 2012 holdback or for December 2012 fee application for LBL. | 0.10 | 195.00 | 19.50 |
| 04/16/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Order Authorizing the 2013 Long-Term Incentive Plan and Stock Grants to Directors, and teh Amendment of 2011 Stock Incentive Plan to Implement Such Plan and Grants (related document(s)[30408], [30483]). Signed on 4/16/2013. | 0.30 | 400.00 | 120.00 |
| 04/17/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s)[30515]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/22/2013 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 04/17/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Order Approving the Settlement Agreement Between W.R. Grace & Co. and Markel Insurance Company (F/K/A Terra Nova Insurance Company Limited) (related document(s)[30375], [30481]). Signed on 4/16/2013. | 0.30 | 400.00 | 120.00 |
| 04/23/2013 | LNC | Calculated project codes on Lauzon Belanger Lesperance's February time statement. | 0.30 | 195.00 | 58.50 |
| 04/23/2013 | LNC | Calculated project codes on Scarfone Hawkins' February time statement. | 0.30 | 195.00 | 58.50 |
| 04/23/2013 | LNC | Calculated project codes on The Hogan Firm's February time statement. | 1.00 | 195.00 | 195.00 |
| 04/24/2013 | KEH | E-mail correspondence from Cindy Yates - no payment received from WRGrace; advised Lauren Campbell re: SH's fee application. | 0.10 | 195.00 | 19.50 |

ZAI/WRG 060124-01          Canadian ZAI Claimants                    Page:4
c/o Lauzon Belanger Lesperance

| 04/24/2013 | KEH | E-mail correspondence with Cindy Yates at SH and Careen Hannouche at LBL, re: preparation of the drafts for February fee applications - checking re: payment for July through September holdback and/or December fee application. | 0.10 | 195.00 | 19.50 |
|---|---|---|---|---|---|
| 04/24/2013 | LNC | Prepared the 36th monthly fee application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| 04/24/2013 | LNC | Prepared the 36th monthly fee application for The Hogan Firm. | 1.30 | 195.00 | 253.50 |
| 04/24/2013 | LNC | Prepared the 36th monthly fee application of Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 04/25/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Notice of Sale /Debtors' Forty-Seventh Quarterly Report of Asset Sales From January 1, 2013, Through March 31, 2013, in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets. (related document(s)[833]) Filed by W.R. Grace & Co., et al | 0.30 | 400.00 | 120.00 |
| 04/25/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Notice of Settlement /Debtors' Forty-Seventh Quarterly Report of Settlements From January 1, 2013 Through March 31, 2013 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding. (related document(s) [833]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 04/25/2013 | DKH | Reviewed and revised LBL's 36th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 04/25/2013 | DKH | Reviewed and revised Scarfone Hawkin's 36th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 04/25/2013 | DKH | Reviewed and revised the Hogan Firm's 36th Monthly Fee Application. | 0.90 | 400.00 | 360.00 |
| 04/26/2013 | KEH | E-mail correspondence from Careen Hannouche - no payment received from WRGrace; advised Lauren Campbell re: LBL's fee application. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | KEH | E-mail correspondence from/to Careen Hannouche to confirm amounts owing to LBL by WRGrace for July-Sept holdback and December 2012 fee application. | 0.20 | 195.00 | 39.00 |
| 04/26/2013 | LNC | E-mail correspondence with Careen Hannouche transmitting the 36th monthly fee application of Lauzon Belanger Lesperance for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | E-mail correspondence with Careen Hannouche transmitting the signed certification from LBL. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | E-mail correspondence with 'Cindy Yates' transmitting the 36th monthly fee application of Scarfone Hawkins for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | E-mail correspondence with Cindy Yates transmitting the signed certification of Dave Thompson. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: efiling of Monthly Application for Compensation (Thirty-Six) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period February 1, 2013 to February 28, 2013 Filed by Canadian ZAI Claimants. Objections due by 5/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 04/26/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Monthly Application for Compensation (Thirty-Sixth) Application of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants for the period February 1, 2013 to February 28, 2013 Filed by Canadian ZAI Claimants. Objections due by 5/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/26/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Thirty-Sixth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2013 to February 28, 2013 Filed by Canadian ZAI Claimants. Objections due by 5/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 04/26/2013 | LNC | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting the 36th monthly fee application of Lauzon Belanger Lesperance for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting the 36th monthly fee application of Scarfone Hawkins for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting the 36th monthly fee application of the Hogan Firm for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | E-mail correspondence with 'orders@digitallegal.net' transmitting the 36th monthly fee application for hand delivery. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | E-mail correspondence with the service parties transmitting the 36th monthly fee application of LBL | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | E-mail correspondence with the service parties transmitting the 36th monthly fee application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | E-mail correspondence with the service parties transmitting the 36th monthly fee application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | Prepared for and filed the 36th monthly fee application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 04/26/2013 | LNC | Prepared for and filed the 36th monthly fee application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 04/26/2013 | LNC | Prepared for and filed the 36th monthly fee application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| | | **Total Fees** | **24.70** | | **$6,559.00** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 04/11/2013 | Digital Legal Inv. 73052; CNO 12 Quarterly | 6.80 |
| 04/26/2013 | Photocopies of the 36th Monthly Fee Applications sent to the fee auditor for review. | 8.00 |
| 04/26/2013 | Postage-Photocopies of the 36th Monthly Fee Applications sent to the fee auditor for review. | 4.20 |
| 04/29/2013 | Digital Legal, LLC- Hand delivery and mailing of the 36th Monthly Fee Applications. | 10.50 |
| | **Total Expenses** | **$29.50** |

**TOTAL NEW CHARGES**                                        **$6,588.50**

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 9,867.79 |
| Payments | -9,867.79 |
| Current Fees | 6,559.00 |
| Current Expenses | 29.50 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,588.50** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

5/3/2013          ZAI/WRG 060124-01          Canadian ZAI Claimants                                    Page:6
                                            c/o Lauzon Belanger Lesperance

## Payments

| Date | Ref # | Description | Amount |
|------|-------|-------------|--------|
| 4/16/2013 | 013 4402 | Payment on Account | 9,867.79 |