# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
April 30, 2013
OUR FILE NO: 05L121

# Scarfone Hawkins LLP

B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (April 1, 2013 – April 30, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|---------------------|--------|---------|-------|--------|
| 04 /02/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.25 | $143.75 |
| 04 /04/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 04 /05/13 | receipt of and respond to claimant inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 04 /08/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.25 | $143.75 |
| 04 /08/13 | receipt of and respond to further claimants inquiries, memo to CY to obtain information and report on numbers | DT | $575.00 | 0.25 | $143.75 |
| 04 /09/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US Appeals | DT | $575.00 | 0.25 | $143.75 |
| 04 /15/13 | Email from Cindy Yates to Karen Harvey with attached SH Monthly Fee Application for March 2013; review | MGM | $475.00 | 0.10 | $47.50 |
| 04 /16/13 | memos to and from Cindy Yates | DT | $575.00 | 0.10 | $57.50 |
| 04 /17/13 | receipt of and respond to class member inquiries, etc., re status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 04 /19/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.25 | $143.75 |
| 04 /22/13 | receipt of and respond to class member inquiries, etc., re status of CDN ZAI settlement and status of US appeals | DT | $575.00 | 0.25 | $143.75 |
| 04 /23/13 | receipt of and respond to various class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |

| 04 /24/13 | receipt claimant inquiry re status, letter from counsel, memo to Cindy Yates | DT | $575.00 | 0.10 | $57.50 |
|---|---|---|---|---|---|
| 04 /25/13 | receipt of and respond to various class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 04 /26/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 04 /29/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.10 | $57.50 |
| 04 /30/13 | receipt of and respond to class member inquiries, re status of US appeals | DT | $575.00 | 0.25 | $143.75 |
| 04 /30/13 | review dockets for period April 1, 2013 to April 30, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of April 1, 2013 to April 30, 2013 | LC | $150.00 | 2.00 | $300.00 |
| | | | SUB-TOTAL | 5.65 | $2,388.75 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years - 1988 | DT | 3.55 | $575.00 | $2,041.25 | $265.36 |
| MATTHEW G. MOLOCI 15 years – 1998 | MGM | 0.10 | $475.00 | $47.50 | $6.18 |
| LAW CLERK Cindy Yates 31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| **SUB-TOTAL:** | | **5.65** | | **$2,388.75** | **$310.54** |
| **TOTAL FEES AND TAXES:** | | | | | **$2,699.29** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 04/01/13 04/30/13 | Long Distance Calls – Various calls | | $2.58 | $0.34 | $2.92 |
| **TOTAL DISBURSEMENTS:** | | | **$2.58** | **$0.34** | **$2.92** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$2,702.21** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**