# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

May 21, 2013

RE :  W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(April 1st 2013 to April 30th 2013)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-04-15 | CH | Review and modification of the information contained on our web site regarding the status of the file | 0.50 | 285.00 | 142.50 |
| 2013-04-15 | CH | Email response regarding a class member's inquiry | 0.25 | 285.00 | 71.25 |
| 2013-04-16 | CH | Review of modifications to our web site | 0.75 | 285.00 | 213.75 |
| 2013-04-16 | CH | Review of emails from class members | 0.25 | 285.00 | 71.25 |
| 2013-04-26 | CH | Email to Cindy Yates and Karen Harvey re: update requested as to payment from WR Grace of holdbacks and December fee application | 0.17 | 285.00 | 48.45 |
| 2013-04-26 | CH | Review of the 36th Monthly Fee Application | 0.33 | 285.00 | 94.05 |
| 2013-04-26 | CH | Email to Lauren Campbell re: 36th Monthly Fee Application and executed certification | 0.17 | 285.00 | 48.45 |
| 2013-04-30 | CH | Email to Cindy Yates re: confirmation receipt portion of The Hogan Firm fees | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES:** | **2.59** | | **$738.15** |

**TIME SUMMARY BY LAWYER**
  CH    285.00    2.59    $ 738.15
**Our Disbursements:**
Photocopies                     1.50

**Total Disbursements**                  **$ 1.50**

| | | |
|---|---|---|
| G.S.T. 5% | | 36.98 |
| Q.S.T. 9.975% | | 73.78 |
| **TOTAL** | | **$850.41** |

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001