Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2197831 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 06/10/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA 22902 | | |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 37.50 |
| Docket Entries | 63.80 |
| Federal Express | 312.77 |
| CURRENT EXPENSES | 414.07 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 414.07 |
| **NET AMOUNT OF THIS INVOICE** | 414.07 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
#### LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2197828 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 06/10/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00001 |
| Charlottesville, VA 22902 | | |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/29/13 | TKD | Review Stipulation Resolving Claims of Avatek, as part of the Claims Settlement Notice Procedure | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |
| | CURRENT FEES | | | | 130.00 |

**TOTAL AMOUNT OF THIS INVOICE**          130.00

**NET AMOUNT OF THIS INVOICE**          130.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2197829 |
|---|---|---|
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 06/10/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00004 |
| Charlottesville, VA 22902 | | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 05/02/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/03/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/06/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/07/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/08/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 05/09/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 05/10/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/13/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/14/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/15/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/17/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/20/13 | TKD | Review all filings and share with team | 0.5 | 325.00 |
| 05/21/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/22/13 | TKD | Reviewed all case filings and share with team | 0.5 | 325.00 |
| 05/23/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/24/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 05/28/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/29/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
06/10/13

WR Grace - Official Committee of Equity Security
Holders
Case Administration

Invoice Number 2197829
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/30/13 | TKD | Review all case filings | 0.5 | 325.00 |
| 05/30/13 | TKD | Review Order appointing Roger Frankel as successor representative | 0.1 | 65.00 |
| 05/30/13 | TBB | Forward ECF filings to team. | 0.2 | 39.00 |
| 05/31/13 | TKD | Review all case filings | 0.4 | 260.00 |
| 05/31/13 | TBB | Forward ECF filings to team. | 0.2 | 39.00 |
| | | TOTAL HOURS | 10.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|---------|---|----------|
| Tracy B. Buck | 0.4 | at | $195.00 | = | 78.00 |
| Teresa K.D. Currier | 10.2 | at | $650.00 | = | 6,630.00 |

CURRENT FEES     6,708.00

**TOTAL AMOUNT OF THIS INVOICE**     6,708.00

**NET AMOUNT OF THIS INVOICE**     6,708.00

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2197830 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 06/10/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00008 |
| Charlottesville, VA 22902 | | |

Re:  Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/09/13 | TKD | Attend quarterly committee meeting | 1.2 | 780.00 |
| 05/09/13 | TKD | Review Piper Jaffray report sent by Ted Weschler | 0.3 | 195.00 |
| | | TOTAL HOURS | 1.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.5 | at | $650.00 | = | 975.00 |

CURRENT FEES  975.00

**TOTAL AMOUNT OF THIS INVOICE**  975.00

**NET AMOUNT OF THIS INVOICE**  975.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2197833 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/10/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/21/13 | TBB | Draft Saul Ewing's sixteenth quarterly fee application. | 0.5 | 97.50 |
| 05/22/13 | TKD | Review our fee application and our CNO for filing | 0.4 | 260.00 |
| 05/22/13 | TBB | Draft CNO to Saul Ewing's forty fifth monthly fee application. | 0.2 | 39.00 |
| 05/22/13 | TBB | File and serve CNO to Saul Ewing's forty fifth monthly fee application. | 0.8 | 156.00 |
| 05/22/13 | TBB | File and serve Saul Ewing's sixteenth quarterly fee application. | 0.8 | 156.00 |
| 05/22/13 | TBB | Draft Notice to Saul Ewing's sixteenth quarterly fee application. | 0.2 | 39.00 |
| 05/28/13 | TBB | Draft Saul Ewing's forty sixth monthly fee application. | 0.7 | 136.50 |
| 05/29/13 | TKD | Review our fee application before filing | 0.3 | 195.00 |
| 05/29/13 | TBB | File and serve Saul Ewing's forty sixth monthly fee application. | 0.8 | 156.00 |
| 05/29/13 | TBB | Calendar dates. | 0.1 | 19.50 |

TOTAL HOURS                4.8

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022    WR Grace - Official Committee of Equity Security   Invoice Number 2197833
00015     Holders                Page 2
06/10/13     Fee Applications/Applicant

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 4.1 | at | $195.00 | = | 799.50 |
| Teresa K.D. Currier | 0.7 | at | $650.00 | = | 455.00 |

       CURRENT FEES           1,254.50

      **TOTAL AMOUNT OF THIS INVOICE**    1,254.50

      **NET AMOUNT OF THIS INVOICE**     1,254.50

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number   2197834 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date   06/10/13 |
| Peninsula Capital Advisors LLC | Client Number   359022 |
| 404B East Main Street | Matter Number   00016 |
| Charlottesville, VA 22902 | |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/13 | TBB | Draft CNO to Kramer Levin's forty fifth quarterly fee application. | 0.2 | 39.00 |
| 05/01/13 | TBB | File and serve CNO to Kramer Levin's forty fifth quarterly fee application. | 0.8 | 156.00 |
| 05/01/13 | TBB | E-mails with D. Blabey re: CNO | 0.1 | 19.50 |
| 05/19/13 | TKD | Review Kramer Levin quarterly fee app and prepare for filing | 0.2 | 130.00 |
| 05/20/13 | TKD | Approve Kramer Levin fee app and file same | 0.1 | 65.00 |
| 05/20/13 | TBB | Draft Notice to Kramer Levin's forty fourth quarterly fee application. | 0.2 | 39.00 |
| 05/20/13 | TBB | File and serve Kramer Levin's forty fourth quarterly fee application. | 0.8 | 156.00 |
| 05/20/13 | TBB | Calendar dates | 0.1 | 19.50 |
| 05/22/13 | TKD | Review Kramer Levin CNO for filing | 0.1 | 65.00 |
| 05/22/13 | TBB | Draft CNO to Kramer Levin's one hundred and thirty ninth monthly fee application. | 0.2 | 39.00 |
| 05/22/13 | TBB | File and serve CNO to Kramer Levin's one hundred and thirty ninth monthly fee application. | 0.8 | 156.00 |
| 05/22/13 | TBB | E-mails with D. Blabey re: Kramer CNO. | 0.1 | 19.50 |
| 05/30/13 | TKD | Review Kramer Levin fee application for filing | 0.2 | 130.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
06/10/13

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Others

Invoice Number 2197834
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/30/13 | TBB | Draft Notice to Kramer Levin's one hundred and fortieth monthly fee application. | 0.2 | 39.00 |
| 05/30/13 | TBB | File and serve Kramer Levin's one hundred and fortieth monthly fee application. | 0.8 | 156.00 |
| 05/30/13 | TBB | E-mails with D. Blabley re: fee application. | 0.1 | 19.50 |
| 05/30/13 | TBB | Calendar dates. | 0.1 | 19.50 |
| 05/31/13 | TKD | Review order rescinding requirement that fee apps be sent to chambers | 0.1 | 65.00 |

TOTAL HOURS 5.2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| Tracy B. Buck | 4.5 | at | $195.00 | = | 877.50 |
| Teresa K.D. Currier | 0.7 | at | $650.00 | = | 455.00 |

CURRENT FEES 1,332.50

TOTAL AMOUNT OF THIS INVOICE 1,332.50

NET AMOUNT OF THIS INVOICE 1,332.50

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2197835 |
| Invoice Date | 06/10/13 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/07/13 | TBB | Review docket and disclosure statement. | 0.2 | 39.00 |
| 05/07/13 | TBB | Create hearing chart for upcoming appeals. | 0.5 | 97.50 |
| 05/16/13 | TKD | Review letter from Third Circuit on setting time and allocating for appeal oral argument | 0.2 | 130.00 |
| 05/20/13 | TKD | Review three Third Circuit filings, setting time for arguments on June 17 | 0.4 | 260.00 |
| 05/21/13 | TKD | Reviewed another Division of Time for Oral Argument from the Third Circuit | 0.2 | 130.00 |

TOTAL HOURS    1.5

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.7 | at | $195.00 | = | 136.50 |
| Teresa K.D. Currier | 0.8 | at | $650.00 | = | 520.00 |

CURRENT FEES    656.50

**TOTAL AMOUNT OF THIS INVOICE**    656.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
06/10/13

WR Grace - Official Committee of Equity Security
Holders
Plan and Disclosure Statement

Invoice Number  2197835
Page 2

**NET AMOUNT OF THIS INVOICE**                                    656.50