**EXHIBIT A**
(Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | $10,341.00 |
|---|---|
| FEE APPLICATION – APPLICANT | $735.00 |
| TOTAL FEES | $11,076.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 25, 2013
Bill Number 164647
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH MAY 31, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/01/13 | ARA | Document control. | 6.00 Hrs | 540.00 |
| 05/06/13 | ARA | Document control. | 7.00 Hrs | 630.00 |
| 05/07/13 | ARA | Document control. | 4.70 Hrs | 423.00 |
| 05/08/13 | ARA | Document control. | 6.20 Hrs | 558.00 |
| 05/09/13 | ARA | Document control. | 4.80 Hrs | 432.00 |
| 05/10/13 | ARA | Document control. | 6.00 Hrs | 540.00 |
| 05/13/13 | ARA | Document control. | 5.00 Hrs | 450.00 |
| 05/14/13 | RAM | Read selected documents filed in bankruptcy court. Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | 105.00 |
| 05/14/13 | ARA | Document control. | 6.00 Hrs | 540.00 |
| 05/15/13 | ARA | Document control. | 6.30 Hrs | 567.00 |
| 05/16/13 | ARA | Document control. | 4.40 Hrs | 396.00 |
| 05/17/13 | ARA | Document control. | 6.30 Hrs | 567.00 |
| 05/21/13 | ARA | Document control. | 5.80 Hrs | 522.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH MAY 31, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/22/13 | MTM | Receipt and review of emails from in-house counsel re: document request (.1); telephone call to him re: same (.2). | 0.30 Hrs | 90.00 |
| 05/23/13 | RAM | Email to MTM re: his search for Fenner letter to P. Kostic re: Beverly Hills High School. | 0.05 Hrs | No Charge |
| 05/23/13 | MTM | Telephone call to ARA re: request for two Kostic documents from counsel in California (.3); telephone call from ARA re: found one such document and chron printout but can't find second document (.3); email to in-house counsel re: same (.2). | 0.80 Hrs | 240.00 |
| 05/23/13 | ARA | Telephone call to and from MTM (.3); per his request, review Kostic binder and search for documents from Kostic (3.0); produce document to MTM (.3). Per MTM, search for D. Hershman printout and locate information in question (2.4); discussion with MTM per in-house counsel's request (.3). | 6.30 Hrs | 882.00 |
| 05/23/13 | ARA | Document control. | 0.30 Hrs | 27.00 |
| 05/24/13 | RAM | Telephone conference with in-house counsel re: Grace salesmen in NYC area. Read emails re: search for Fenner to Kostic letter. Read selected documents filed in bankruptcy court. Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 70.00 |
| 05/24/13 | MTM | Telephone call from in-house counsel re: invoices for MK-4 and MK-5 in the 1980's (.2); telephone call to ARA re: same (.2); telephone call from ARA re: review of instructions to paralegals re: 2000-2002 document review re: same (.1); review said instructions (.1); email to in-house counsel re: same (.2). | 0.80 Hrs | 240.00 |
| 05/24/13 | ARA | Per telephone call from MTM, search for and review EPA production materials/documents re: MK-4 and MK-5 per in-house counsel's request (3.4); quality control EPA production project materials/documents (1.7). | 5.10 Hrs | 714.00 |
| 05/28/13 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 35.00 |
| 05/28/13 | ARA | Document control. | 3.00 Hrs | 270.00 |

Page 2

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH MAY 31, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/29/13 | ARA | Document control. | 4.60 Hrs | 414.00 |
| 05/30/13 | ARA | Document control. | 6.00 Hrs | 540.00 |
| 05/31/13 | ARA | Document control. | 6.10 Hrs | 549.00 |

TOTAL LEGAL SERVICES    $10,341.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.60 | 350.00 | 210.00 |
| Matthew T. Murphy | 1.90 | 300.00 | 570.00 |
| Angela R. Anderson | 11.40 | 140.00 | 1,596.00 |
| Angela R. Anderson | 88.50 | 90.00 | 7,965.00 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 102.45 | | $10,341.00 |

TOTAL THIS BILL    $10,341.00

# Casner & Edwards, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 25, 2013
Bill Number 164648
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH MAY 31, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/01/13 | RAM | Work on March fee application and send it to in-house counsels to review. | 0.30 Hrs | 105.00 |
| 05/02/13 | RAM | Email from in-house counsel that fee application may be filed. | 0.05 Hrs | No Charge |
| 05/14/13 | RAM | Finalize March fee application and send it to Delaware counsel to file (.3). Work on Quarterly fee application and send it to Delaware counsel to file (.5) | 0.80 Hrs | 280.00 |
| 05/17/13 | RAM | Send "as filed" fee application to fee auditor. | 0.10 Hrs | 35.00 |
| 05/26/13 | RAM | Work on April fee application. | 0.30 Hrs | 105.00 |
| 05/28/13 | RAM | Work on April fee application. | 0.40 Hrs | 140.00 |
| 05/29/13 | RAM | Work on April fee application; send it to in-house counsels to review. | 0.20 Hrs | 70.00 |
| 05/30/13 | RAM | Emails from both in-house counsels that April fee application may be filed. | 0.05 Hrs | No Charge |

TOTAL LEGAL SERVICES     $735.00

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.10 | 350.00 | 735.00 |
| Robert A. Murphy | 0.10 | 350.00 | No Charge |
| | 2.20 | | $735.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $735.00 |