**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | $12,613.25 |
|---|---:|
| **FEE APPLICATION – APPLICANT** | $1.50 |
| **TOTAL EXPENSES** | $12,614.75 |

# Casner & Edwards, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 25, 2013
Bill Number 164649
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS
THROUGH MAY 31, 2013

| | | |
|---|---|---|
| **EXCESS POSTAGE** | | |
| 05/31/13   EXCESS POSTAGE | 1.72 | |
| | | $1.72 |
| **PACER ONLINE SEARCH** | | |
| 05/10/13   PACER ONLINE SEARCH - January 1 - March 28, 2013 - Delaware Bankruptcy Court Searches | 47.80 | |
| | | $47.80 |
| **OUTSIDE PHOTOCOPYING** | | |
| 05/08/13   BOSTON LITIGATION SOLUTIONS: Copy of Libby Personnel file for in-house counsel (4/29/13). | 41.65 | |
| | | $41.65 |
| **RENT REIMBURSEMENT** | | |
| 05/02/13   ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square MAY 2013. | 12,113.78 | |
| | | $12,113.78 |
| **MISCELLANEOUS** | | |
| 05/20/13   RECORDKEEPER ARCHIVE CENTERS,: Storage | 408.30 | |

CASNER & EDWARDS
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH MAY 31, 2013

    5/01/13 through 5/31/13.

|  |  |
|---|---|
|  | $408.30 |
| TOTAL COSTS | $12,613.25 |
| TOTAL THIS BILL | $12,613.25 |

**Casner & Edwards, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 25, 2013
Bill Number 164650
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

### COSTS

THROUGH MAY 31, 2013

PACER ONLINE SEARCH
| | | |
|---|---|---|
| 05/10/13 | PACER ONLINE SEARCH - January 1 - March 28, 2013 - Delaware Bankruptcy Court searches | 1.50 |

|  |  |
|---|---|
|  | $1.50 |
| TOTAL COSTS | $1.50 |
| TOTAL THIS BILL | $1.50 |

Page 1