# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MAY 1, 2013 - MAY 31, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.1 | $73.50 |
| 0013 | Business Operations | 0.7 | $514.50 |
| 0014 | Case Administration | 8.8 | 1,936.00 |
| 0017 | Committee, Creditors', or Equity Holders' | 0.6 | 570.00 |
| 0018 | Fee Application, Applicant | 11.0 | 4,697.00 |
| 0019 | Creditor Inquiries | 0.9 | 855.00 |
| 0020 | Fee Application, Others | 6.0 | 1,371.50 |
| 0036 | Plan and Disclosure Statement | 0.2 | 147.00 |
| 0040 | Employment Applications - Others | 0.2 | 147.00 |
| | | | |
| | **Total** | **28.5** | **$10,311.50** |

# STROOCK

## INVOICE

| DATE | June 5, 2013 |
|---|---|
| INVOICE NO. | 595021 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2013, including:

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/06/2013 | Review Order approving private sale of real property. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.1 | $ 735 | $ 73.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 73.50 |
|---|---|

# STROOCK

| RE | Business Operations 699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/20/2013 | Emails Frezza re WR Grace's Investment Highlights and update to Committee re same and re 1Q13 report (.1); review GRA Investment Highlights (.1). | Wildes, D. | 0.2 |
| 05/28/2013 | Review corresp. from Frezza and draft of Capstone Report for Committee re Grace's 1Q13 performance. | Wildes, D. | 0.3 |
| 05/29/2013 | Email Frezza re proposed changes to draft report to committee re 1Q 2013. | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.7 | $ 735 | $ 514.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 514.50 |
|---|---|---|---|

| TOTAL FOR THIS MATTER | | | $ 514.50 |
|---|---|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 05/02/2013 | Review appeals case docket no. 11-199 (.1); review and organize case file documents (1.5); update internal case docket (.1). | Mohamed, D. | 1.7 |
| 05/03/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 05/06/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2); update internal case docket (.1). | Mohamed, D. | 0.6 |
| 05/07/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 05/08/2013 | Review appeals case docket nos. 11-199 and 12-1402 (.2); obtain documents for attorney review (.3). | Mohamed, D. | 0.5 |
| 05/09/2013 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 05/10/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 05/13/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 05/14/2013 | Review appeals case docket no. 11-199 (.1); update internal case docket (.1). | Mohamed, D. | 0.2 |
| 05/15/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 05/16/2013 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 05/17/2013 | Review appeals case docket no. 11-199 (.1); | Mohamed, D. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | obtain recent pleading re appeals case no. 12-1402 for attorney review (.2). | | |
| 05/20/2013 | Review appeals case docket no. 11-199 (.1); obtain recent pleading re case no. 12-1402 for attorney review (.2). | Mohamed, D. | 0.3 |
| 05/21/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 05/22/2013 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleading re appeals case no. 12-1402 for attorney review (.2); review and organize case file documents (.9);  review appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.4 |
| 05/23/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 05/29/2013 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 05/30/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 05/31/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 8.8 | $ 220 | $ 1,936.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,936.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,936.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|---|---|
|    | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/28/2013 | Review motion for successor Future's Rep. | Pasquale, K. | 0.4 |
| 05/29/2013 | Review Capstone report. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.6 | $ 950 | $ 570.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 570.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 570.00 |
|---|---|

# STROOCK

| | |
|---|---|
| RE | Fee Application, Applicant<br>699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/03/2013 | Review April fee detail. | Magzamen, M. | 0.5 |
| 05/06/2013 | Review revised fee detail and prepare draft of SSL's 145th monthly fee application for attorney review. | Mohamed, D. | 0.9 |
| 05/06/2013 | Emails and confs. Mohamed re quarterly fee application and dates/deadlines (.1); begin drafting 48th quarterly fee application (.5). | Wildes, D. | 0.6 |
| 05/08/2013 | Work on draft 48th quarterly fee application (1.0); emails Mohamed re CNOs and re Order approving 46th quarterly (.1); review same (.1). | Wildes, D. | 1.2 |
| 05/09/2013 | Continue drafting 48th quarterly fee application. | Wildes, D. | 1.0 |
| 05/13/2013 | Review and edit draft of monthly fee application. | Wildes, D. | 0.2 |
| 05/14/2013 | Finalize draft of 48th quarterly fee application (.6); emails Mohamed re same and re inserting charts for same (.1). | Wildes, D. | 0.7 |
| 05/15/2013 | Review & revise draft of SSL's 48th quarterly fee application for attorney review. | Mohamed, D. | 1.0 |
| 05/16/2013 | Review and revise draft of SSL's 145th monthly fee application. | Mohamed, D. | 0.5 |
| 05/16/2013 | Emails Mohamed re inclusion of additional provisions re matter narrative (.1); review and revise same (.2). | Wildes, D. | 0.3 |
| 05/21/2013 | Review final draft of 48th quarterly fee application (.2); conf. Mohamed re minor edits and finalizing same (.1). | Wildes, D. | 0.3 |
| 05/22/2013 | Finalize SSL's 48th quarterly fee application for filing (.6); prepare notice and CoS re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/29/2013 | Finalize SSL's 145th monthly fee application for filing (.7); prepare notice and CoS re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.5 | $ 345 | $ 172.50 |
| Mohamed, David | 6.2 | 220 | 1,364.00 |
| Wildes, Denise K. | 4.3 | 735 | 3,160.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 4,697.00 |
| TOTAL FOR THIS MATTER | | | $ 4,697.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843 0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/17/2013 | T/c lender re status of confirmation appeals. | Pasquale, K. | 0.3 |
| 05/22/2013 | T/c lender re confirmation appeal issues. | Pasquale, K. | 0.3 |
| 05/29/2013 | T/c lender re default interest issues. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.9 | $ 950 | $ 855.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 855.00 |
| TOTAL FOR THIS MATTER | | | $ 855.00 |

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others 699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/10/2013 | Review and finalize Capstone's 110th monthly fee application for filing (.7); prepare notice and CoS re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |
| 05/21/2013 | Review and finalize Capstone's 37th quarterly fee application for filing (.7); prepare notice and CoS re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 2.0 |
| 05/29/2013 | Review Fee Auditor Report re 47th fee application. | Wildes, D. | 0.1 |
| 05/30/2013 | Review and finalize Capstone's 111th monthly fee application for filing (.8); prepare notice and CoS re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 5.9 | $ 220 | $ 1,298.00 |
| Wildes, Denise K. | 0.1 | 735 | 73.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 1,371.50 | |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,371.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Expenses 699843 0024 | |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 136.33 |
| Long Distance Telephone | 0.28 |
| Duplicating Costs-in House | 63.30 |
| O/S Information Services | 289.80 |
| TOTAL DISBURSEMENTS/CHARGES | $ 489.71 |
| TOTAL FOR THIS MATTER | $ 489.71 |

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/17/2013 | Review letter from Ct of Appeals to counsel re oral argument and division of time. | Wildes, D. | 0.1 |
| 05/20/2013 | Review Division of Time Form filed re 3d circuit oral argument re confirmation appeal. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.2 | $ 735 | $ 147.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 147.00 |

| TOTAL FOR THIS MATTER | $ 147.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employment Applications - Others<br>699843 0040 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/28/2013 | Review motion to appoint Frankel as successor Legal Representative for Future Asbestos Personal Injury Claimants to Austern (.1); emails Pasquale re same (.1). | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.2 | $ 735 | $ 147.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 147.00 |

| TOTAL FOR THIS MATTER | $ 147.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,311.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 489.71 |
| TOTAL BILL | $ 10,801.21 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.