# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MAY 1, 2013 - MAY 31, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Pasquale, Kenneth | 1.5 | $ 950.00 | $ 1,425.00 |
| | | | |
| **Associates** | | | |
| Wildes, Denise | 5.6 | 735 | 4,116.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.5 | 345 | 172.50 |
| Mohamed, David | 20.9 | 220 | 4,598.00 |
| | | | |
| **Total** | **28.5** | | **$ 10,311.50** |