# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**MAY 1, 2013 - MAY 31, 2013**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 136.33 |
| Long Distance Telephone | | 0.28 |
| Duplicating Costs-in House | | 63.30 |
| O/S Information Services | | 289.8 |
| **TOTAL** | | **$489.71** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | June 5, 2013 |
|---|---|
| INVOICE NO. | 595021 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR DISBURSEMENTS INCURRED in the captioned matter for the period through May 31, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 04/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827183 05.04.13 Tracking #: 1Z10X8270195958228 Shipment Date: 04/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.29 |
| 04/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827183 05.04.13 Tracking #: 1Z10X8270197720613 Shipment Date: 04/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.29 |
| 04/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827183 05.04.13 Tracking #: 1Z10X8270797503605 Shipment Date: 04/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.65 |
| 05/10/2013 | Vendor: United Parcel Service Invoice #: 00000010X827203 05.18.13 Tracking #: 1Z10X8270196832825 Shipment Date: 05/10/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 05/10/2013 | Vendor: United Parcel Service Invoice #: 00000010X827203 05.18.13 Tracking #: 1Z10X8270197079219 Shipment Date: 05/10/2013 | 8.19 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | |
| 05/10/2013 | Vendor: United Parcel Service Invoice #: 00000010X827203 05.18.13 Tracking #: 1Z10X8270796803033 Shipment Date: 05/10/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 05/21/2013 | Vendor: United Parcel Service Invoice #: 00000010X827213 05.25.13 Tracking #: 1Z10X8270198180124 Shipment Date: 05/21/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 05/21/2013 | Vendor: United Parcel Service Invoice #: 00000010X827213 05.25.13 Tracking #: 1Z10X8270199068512 Shipment Date: 05/21/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 05/21/2013 | Vendor: United Parcel Service Invoice #: 00000010X827213 05.25.13 Tracking #: 1Z10X8270792326637 Shipment Date: 05/21/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 05/22/2013 | Vendor: United Parcel Service Invoice #: 00000010X827213 05.25.13 Tracking #: 1Z10X8270195374608 Shipment Date: 05/22/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 05/22/2013 | Vendor: United Parcel Service Invoice #: 00000010X827213 05.25.13 Tracking #: 1Z10X8270197851615 Shipment Date: 05/22/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 05/22/2013 | Vendor: United Parcel Service Invoice #: 00000010X827213 05.25.13 Tracking #: 1Z10X8270798949221 Shipment Date: 05/22/2013 | 7.55 |

# STROOCK

| PAGE: 3 | | |
|---|---|---|

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | |
| 05/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827223 06.01.13 Tracking #: 1Z10X8270192462956 Shipment Date: 05/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 05/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827223 06.01.13 Tracking #: 1Z10X8270198279859 Shipment Date: 05/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 05/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827223 06.01.13 Tracking #: 1Z10X8270798332440 Shipment Date: 05/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 05/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827223 06.01.13 Tracking #: 1Z10X8270194500160 Shipment Date: 05/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 05/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827223 06.01.13 Tracking #: 1Z10X8270199384475 Shipment Date: 05/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |

**Outside Messenger Service Total**      **136.33**

**Long Distance Telephone**

| 05/20/2013 | EXTN.795562, TEL.2015877123, S.T.10:55, DUR.00:00:32 | 0.28 |
|---|---|---|

**Long Distance Telephone Total**      **0.28**

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Duplicating Costs-in House** | | |
| 05/22/2013 | | 63.30 |
| | **Duplicating Costs-in House Total** | **63.30** |
| **O/S Information Services** | | |
| 05/02/2013 | Pacer Search Service on 1/2/2013 | 289.80 |
| | **O/S Information Services Total** | **289.80** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 136.33 |
| Long Distance Telephone | 0.28 |
| Duplicating Costs-in House | 63.30 |
| O/S Information Services | 289.80 |

| TOTAL DISBURSEMENTS/CHARGES | $ 489.71 |
|---|---|