**EXHIBIT 1**


information management

WR Grace
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/1/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30329-30332 |
| JAY GIL - CAS | | $95.00 | 3/1/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30329-30332; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2013 | 0.2 | $42.00 | Prep email to R Higgins re follow-up re Tannor Partners inquiry re schedule register (.1); analyze R Higgins response (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2013 | 1.0 | $210.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2013 | 0.4 | $84.00 | Telephone from S Fritz re open invoices, status of fee app hearings (.1); analyze open invoice report and fee app hearing dates (.2); telephone to S Fritz re open invoices and hearing dates (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 3/1/2013 | 0.2 | $9.00 | Review COA's Postage for previous month (.1); complete production billing (.1) |
| NOREVE ROA - CAS | | $95.00 | 3/1/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30322-30328 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/1/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/2/2013 | 0.2 | $19.00 | Review Court docket nos 30333-30345 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2013 | 0.5 | $105.00 | Analyze S Fritz email re draft Feb invoice (.1); analyze draft Feb invoice (.3); prep email to S Fritz re approval of Feb invoice (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2013 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.5); revise b-Linx per audit (.5) |
| NOREVE ROA - CAS | | $95.00 | 3/4/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30333-30338, 30340-30345 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/4/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2013 | 0.4 | $84.00 | Analysis of team status memos (.2); prep status memo to team re case status and project status (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2013 | 0.3 | $63.00 | Analysis of correspondence received from Cassman |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2013 | 2.0 | $420.00 | Analysis of notes and files re claims and pending items (1.0); review data and b-Linx re same (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/5/2013 | 0.1 | $19.50 | Weekly status report |
| NOREVE ROA - CAS | | $95.00 | 3/5/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30346-30354 categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/5/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/5/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/6/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30346-30354 |
| JAY GIL - CAS | | $95.00 | 3/6/2013 | 0.3 | $28.50 | Review Court Docket Nos. 30355-30365; categorize each new docket entry and flag for further action and follow up as needed. |
| JESSICA BANG - CAS | | $55.00 | 3/6/2013 | 0.1 | $5.50 | Process 1 piece of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/6/2013 | 0.2 | $42.00 | Analysis of P Cuniff email re CNO filing set (.1); prep email to L Gardner re CNO to be filed on the 7th (.1) |

Page 1 of 10

EXHIBIT 1

# bmcgroup
information management

**WR Grace**
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/6/2013 | 0.4 | $84.00 | Analysis of Cassman correspondence re creditor inquiries |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/6/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 3/7/2013 | 0.1 | $6.50 | Review & respond to emails from M Booth transmitting docs for service |
| JAMES MYERS - CAS | | $65.00 | 3/7/2013 | 0.2 | $13.00 | Review & respond to email from M Booth forwarding doc for filing (.1); ECF file Dkt 30339 (.1) |
| JAY GIL - CAS | | $95.00 | 3/7/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30366-30374; categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2013 | 0.1 | $21.00 | Analysis of B. Ruhlander email re Fee Examiners report for 46th quarterly fee period |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2013 | 0.3 | $63.00 | Analysis of L Gardner email re requesting confirmation of filing CNO for Nashville (.1); analysis of D Potts email re filing confirmation for CNO (.1); prep email to L Gardner re confirmation received for CNO filing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2013 | 0.2 | $42.00 | Prep email to M John re fee app sig page for Jan fee app (.1); prep email to S Fritz re confirmation of Jan fee app amt (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2013 | 3.5 | $735.00 | Continue analysis of notes and files re pending items (2.0) review data and b-Linx re same (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2013 | 1.3 | $273.00 | Update pending items worksheet per analysis |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/7/2013 | 0.1 | $19.50 | Review notice of transfer of Raba-Kistner claim to Fai Harbor forwarded to NoticeGroup for production and service; coordinate fulfillment |
| NOREVE ROA - CAS | | $95.00 | 3/7/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos.30355-30365, 30367-30374 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/7/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/8/2013 | 0.1 | $9.50 | Review Court docket nos 30375-30382 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/8/2013 | 3.7 | $777.00 | Continue analysis of notes and files re pending items (2.3); review data and b-Linx re same (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/8/2013 | 1.3 | $273.00 | Revise pending items worksheet per analysis |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/8/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| NOREVE ROA - CAS | | $95.00 | 3/9/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30375-30376, 30382-30387 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2013 | 0.2 | $42.00 | Analysis of P Cuniff email re confirmation of filing of Jan 2013 fee app (.1); prep email to S Fritz re confirmation of Jan 2013 fee app filing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2013 | 3.3 | $693.00 | Analysis of R Higgins open claims task list vs pending items items worksheet (2.0); revise pending items worksheet and b-Linx per analysis (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2013 | 1.6 | $336.00 | Analysis of files and info re admin bar date research |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ERIN KRAMER - CAS | | $65.00 | 3/12/2013 | 0.1 | $6.50 | Review correspondence received from claimant, transmit to Cassman for handling |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/12/2013 | 2.0 | $420.00 | Analysis of Court docket re case status (1.0); project planning updates (1.0) |

EXHIBIT 1

# bmcgroup
**information management**

WR Grace
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/12/2013 | 0.6 | $126.00 | Analysis of emails from Cassman re correspondence and calls received (.3); analysis of b-Linx re creditor claims status in prep for responses (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/12/2013 | 2.2 | $462.00 | Continue analysis of files and info re admin bar date research |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/12/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/13/2013 | 0.4 | $84.00 | Analysis of S Cohen email re corresp received from E Mosley (.1); analysis of correspondence and claims info from b-Linx (.2); analysis of files re prior corresp from E Mosley and referral to R Higgins (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/13/2013 | 2.8 | $588.00 | Analysis of prior correspondence and reports from R Higgins and Grace re verification data and info reflected in b-Linx |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/13/2013 | 1.6 | $336.00 | Revise b-Linx per analysis of prior correspondence and reports |
| MIKE BOOTH - MANAGER | | $165.00 | 3/13/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/13/2013 | 0.2 | $22.00 | Review non-claim correspondence received by BMC at claims PO Box (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/13/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| JAMES MYERS - CAS | | $65.00 | 3/14/2013 | 0.2 | $13.00 | Email exchange w/ M Booth transmitting docs for service (.1); prep Ntc Transfer Claim for service (.1) |
| JAMES MYERS - CAS | | $65.00 | 3/14/2013 | 0.2 | $13.00 | Review & respond to email from M Booth transmitting Proof of Service for filing (.1); ECF file Proof of Service- Ntc of Transfer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2013 | 0.2 | $42.00 | Prep email to K Becker re E Mosley letter and allegation of 3 claims vs 2 on file, inquiry re check received |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2013 | 2.0 | $420.00 | DRTT analysis and b-Linx audit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2013 | 1.3 | $273.00 | Revise b-Linx per DRTT audit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2013 | 0.9 | $189.00 | Analysis of files re open schedules |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/14/2013 | 0.2 | $39.00 | Review Notice of Transfer re ICI Americas claim to Halcyon Asset Management forwarded to NoticeGroup for production and service (.1); coordinate fulfillment (.1) |
| NOREVE ROA - CAS | | $95.00 | 3/14/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30395-30399 categorize each new docket entry and flag for further action and follow up as needed |
| NOREVE ROA - CAS | | $95.00 | 3/14/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30384-30385, 30387-30388, 30390, 30392-30394 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/14/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/15/2013 | 1.0 | $210.00 | Review case project list re status of projects |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/15/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 3/18/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (30395 30396 30397 30398 30399 ) |



WR Grace
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2013 | 0.4 | $84.00 | Analysis of M Booth email re K Stewart web inquiry (.1); research b-Linx re K Stewart claim (.1); prep email to K Stewart re status of ZAI claim and case status (.1); email from/to S Cohen re E Mosley correspondence (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2013 | 3.5 | $735.00 | DRTT analysis and b-Linx audit (2.5); revise b-Linx per audit (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2013 | 1.5 | $315.00 | Revise pending item spreadsheet per b-Linx and DRTT audit |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/18/2013 | 0.2 | $39.00 | Review (.1) and respond (.1) to email from M Araki re case status and status of asbestos ZAI claims, and appropriate responses to claimants' inquiries |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/18/2013 | 3.2 | $624.00 | Continue audit of claims affected by order/stipulations, analysis of related pleadings (2.0); revise claims and distribution databases per audit (1.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/18/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: non-claim correspondence recently received by BMC at claims PO Box |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/18/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LUCINA SOLIS - CAS | | $45.00 | 3/19/2013 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2013 | 0.4 | $84.00 | Analysis of K Becker email re E Mosley research results (.1); prep email to R Higgins re E Mosley new correspondence, confusion re check and ZAI claims (.2); prep email to K Becker re 3rd ZAI house claim for E Mosley (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2013 | 0.3 | $63.00 | Analysis of R Higgins email re Pharmaceutical litigation info for E Mosley (.1); analysis of K Becker email re 3rd Mosley ZAI claim in unprocessed (.1); prep email to K Becker re R Higgins request for E Mosley Pharmaceutical litigation info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2013 | 3.8 | $798.00 | DRTT analysis and b-Linx audit (2.0); revise b-Linx per audit (.8); update distribution tracking chart per audit (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2013 | 0.3 | $63.00 | Analysis of team status reports from S Cohen, K Martin and M John (.2); prep team status report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2013 | 0.3 | $63.00 | Analysis of K Becker email re R Higgins request for Pharmaceutical litigation info (.1); prep email to R Higgins re E Mosley ZAI claims, Pharmaceutical litigation info (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2013 | 0.2 | $42.00 | Prep email to G Kruse re E Perley appearance in PI data (.1); analysis of G Kruse response re no info on E Perley (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2013 | 0.3 | $63.00 | Analysis of S Fritz email re payment received (.1); analysis of payment, update payment chart and prep email to S Fritz re application of funds (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/19/2013 | 0.1 | $19.50 | Email exchanges with case team re status reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/19/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/19/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/20/2013 | 0.2 | $42.00 | Analysis of K Becker email re approx count for unprocessed ZAI claims (.1); analysis of S Cohen email re claimant calls for response (.1) |

EXHIBIT 1

**bmcgroup**
information management

WR Grace
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/20/2013 | 0.3 | $63.00 | Analysis of corresp from S Cohen re follow-ups |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/20/2013 | 0.1 | $11.00 | Telephone with Mark at (503) 227-2900 / RE: inquiry related to proofs of claim filed on behalf of his client |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/20/2013 | 0.1 | $11.00 | Telephone with Lillian Marshall at (516) 742-7674 / RE: inquiry related to status of claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/20/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/21/2013 | 0.4 | $84.00 | Analysis of S Cohen email re follow-up on creditor requests on call center line (.1); continue analysis of prior corresp from S Cohen re follow-ups (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/21/2013 | 2.5 | $525.00 | Analysis of notes and files re pending items (1.5); revise pending items worksheet per analysis (1.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/21/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/22/2013 | 0.5 | $105.00 | Telephone to L Marshall re creditor inquiry (.1); telephone to M Sondry/Hagen O'Connell re Walter Pelett claims, case status (.2); prep email to R Higgins re M Sondry inquiry on appeal status (.1); analysis of R Higgins email and prep email to M Sondry re availability (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/22/2013 | 2.6 | $546.00 | Continue analysis of notes and files re pending items (1.6); revise pending items worksheet per analysis (1.0) |
| NOREVE ROA - CAS | | $95.00 | 3/22/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30400-30408, 30411-30415 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/22/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/25/2013 | 0.1 | $9.50 | Review Court docket Nos 30425-30420 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/25/2013 | 1.5 | $315.00 | Analysis of Court docket re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/25/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/26/2013 | 0.1 | $9.50 | Review Court docket Nos 30431-30432 categorize each new docket entry and flag for further action and follow up as needed. |
| MARISTAR GO - CAS | | $95.00 | 3/26/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. (30417-30424 ) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/26/2013 | 3.9 | $819.00 | Continue analysis of pending items list re claims (1.8); analysis of b-Linx re claims info in prep for updated claims registers (1.3); revise pending items list re claims resolved (.8) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/26/2013 | 0.2 | $39.00 | Email exchanges with M Araki re claims transfer issues and appropriate follow up re same |
| NOREVE ROA - CAS | | $95.00 | 3/26/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30425-30432 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/26/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/27/2013 | 0.1 | $9.50 | Review Court docket Nos 30433-30435 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/27/2013 | 2.0 | $420.00 | Analysis of M John project re status of audit of orders affecting claims, issues for further review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/27/2013 | 2.0 | $420.00 | Analysis of issues and claims for further review from M John audit project |

# bmcgroup
information management

WR Grace
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| NOREVE ROA - CAS | | $95.00 | 3/27/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30433-30434 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/27/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 3/28/2013 | 0.3 | $19.50 | Email exchange w/ M Booth transmitting docs for service and filing (.1); prep docs for service (.1); ECF file Proof of Servicer - Proofs of Service re Trans Claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/28/2013 | 2.5 | $525.00 | Continue analysis of reports vs pending items list (1.5); revise data islands per analysis (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/28/2013 | 2.6 | $546.00 | Analysis of R Higgins corresp files re open items, reports and data updates (1.6); analysis and verification of R Higgins requests (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/28/2013 | 0.2 | $39.00 | Review Notice of Transfer re claim of Neutrocrete System to Tannor Partners forwarded to NoticeGroup for production and service (.1); coordinate fulfillment (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/28/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2013 | 0.2 | $42.00 | Analysis of K Becker email re inquiry re status of response to E Mosley (.1); analysis of S Cohen email re pending DRTT items and follow-up (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/29/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MIREYA CARRANZA - CAS | | $45.00 | 3/29/2013 | 0.2 | $9.00 | Review COA's Postage for previous month (.1); complete production billing (.1) |
| NOREVE ROA - CAS | | $95.00 | 3/29/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30436-30441 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/29/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| | | | Total: | 84.5 | $16,558.50 | |
| **WRG Data Analysis** | | | | | | |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/7/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/21/2013 | 1.2 | $180.00 | Generate updated monthly active and inactive claims detail report (.8). Export to Excel (.3) and forward to S Cohen for review (.1). |
| | | | Total: | 1.3 | $189.50 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2013 | 2.0 | $420.00 | Continue analysis of prior draft allowed claims reports re revisions and last version |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/1/2013 | 0.2 | $39.00 | Email exchanges with M Araki re audit of insurance settlement and appropriate update for distribution database |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2013 | 2.0 | $420.00 | Continue analysis of prior draft allowed claims report re revisions and last version. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/6/2013 | 2.5 | $525.00 | Work on split of claim 9634, distribution tracker, L Gardner expanded notes workbook and info for G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/6/2013 | 2.4 | $504.00 | Continue work on split claims, distribution tracker, split claim worksheet for G Kruse |

EXHIBIT 1

**bmcgroup**
information management

WR Grace
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/7/2013 | 2.0 | $390.00 | Continue audit of claims affected by stipulation/orders, analysis of related pleadings (1.1); revise distribution databases per audit (0.9) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/8/2013 | 1.0 | $195.00 | Review email from M Araki re distribution obligations under Claim 15175 (.2); analysis of settlement agreement (.6); prepare memo to M Araki re audit (.2 |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/11/2013 | 1.2 | $234.00 | Continue analysis of claims affected by stipulation and orders and related pleadings for audit of distribution and claims databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/13/2013 | 4.1 | $799.50 | Review (.2) and respond (.1) to email from M. Araki re recording distribution re insurance claims, R Higgins review; continue audit of claims affected by order/stipulations, analysis of related pleadings (2.5); revise claims and distribution databases per audit (1.: |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/14/2013 | 4.5 | $877.50 | Continue audit of claims affected by order/stipulations, analysis of related pleadings (2.7); revise claims and distribution databases per audit (1.i |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/15/2013 | 3.2 | $624.00 | Further audit of claims affected by order/stipulations, analysis of related pleadings (2.0); revise claims and distribution databases per audit (1.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/15/2013 | 4.5 | $877.50 | Continue audit of claims affected by order/stipulations, analysis of related pleadings (2.5); revise claims and distribution databases per audit (2.( |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/19/2013 | 3.6 | $702.00 | Further audit of claims affected by order/stipulations, analysis of related pleadings (2.1); revise claims and distribution databases per audit (1.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/19/2013 | 2.4 | $468.00 | Audit of claims affected by order/stipulations, analysis of related pleadings (1.2); revise claims and distribution databases per audit (1.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/20/2013 | 5.0 | $975.00 | Continue audit of claims affected by order/stipulations, analysis of related pleadings (2.9); revise claims and distribution databases per audit (2. |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/21/2013 | 3.6 | $702.00 | Audit of claims affected by order/stipulations, analysis of related pleadings (2.3); revise claims and distribution databases per audit (1.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/28/2013 | 2.8 | $546.00 | Continue audit of claims affected by order/stipulations, analysis of related pleadings (1.7); revise claims and distribution databases per audit (1. |
| | | | Total: | 47.0 | $9,298.50 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2013 | 0.5 | $105.00 | Prep 47Q Fee Examiner data extracts (.4); prep emai to B Ruhlander re 47Q data files (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2013 | 0.4 | $84.00 | Analysis of B Ruhlander email re duplicate entries for Oct 2012 fee app (.1); analysis of Oct fee app re duplicate issue (.2); prep email to B Ruhlander re approving reduction for duplicate entries (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/5/2013 | 0.2 | $39.00 | Email from and to Bobbi Ruhlander re possible duplicate entries in BMC's 47th Qtrly fee appl (.1); email to and from M Araki re review and appropriate corrections (.1) |



WR Grace
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/8/2013 | 0.7 | $147.00 | Analysis of M John email re sig pages for Jan fee app (.1); prep revised exhibits for Jan 2013 fee app (.2); finalize Jan 2013 fee app (.3); prep email to P Cuniff re Jan 2013 fee app for filing (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/8/2013 | 0.2 | $39.00 | Review monthly fee application (.1); approve and deliver to M Araki for filing with USBC (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2013 | 1.8 | $378.00 | Prep Feb 13 draft billing detail report (.4); analysis of Feb 13 billing report for prof reqts and Court imposed categories (.8); revise Feb 13 entries for fee app compliance (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2013 | 2.0 | $420.00 | Continue analysis of Feb 13 billing report for prof reqts and Court imposed categories (1.0); continue revision of Feb 13 entries for fee app compliance (1.0 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2013 | 0.8 | $168.00 | Draft Feb 13 fee app (.7); prep email to S Fritz re info for Feb 13 fee app (.1) |
| | | | Total: | 6.6 | $1,380.00 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2013 | 1.1 | $231.00 | Analyze Fireman's Fund/Allianz claims and settlemen docs per issue raised by M John (.8); prep email to M John re resolution of issue (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2013 | 0.3 | $63.00 | Analyze R Higgins email re Fair Harbor claims inquiry (.1); research claims for R Higgins (.1); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2013 | 0.7 | $147.00 | Analyze R Higgins email re Trumbull Hospital claim and Trustee's motion (.2); research b-Linx and pleadings re claim (.3); prep email to R Higgins re Trumbull Hospital research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2013 | 0.2 | $42.00 | Analyze R Higgins email re transfers filed against Trumbull Hospital claim (.1); research b-Linx and respond to R Higgins (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2013 | 2.1 | $441.00 | Analyze status of split claims project (.6); continue preparation of split claims data file for G Kruse (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2013 | 2.0 | $420.00 | Analyze split claim data file, distribution notes and interest tables to verify data and info reflected |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2013 | 0.3 | $63.00 | Analysis of L Gardner email re CNO filing for Nashville settlement (.1); prep email to L Gardner re CNO filing (.1); prep email to P Cuniff re CNO filing timing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2013 | 1.2 | $252.00 | Revise enviro worksheet, distribution tracking workbook and split claim worksheet re Nashville settlement |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2013 | 0.8 | $168.00 | Analysis of M John email re claim 15175, secured portion and status of claim (.3); analysis of docs re issues raised by M John and files re R Higgins corresp re claim 15175 (.4); prep email to M John re referral to R Higgins (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/7/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer filed a docket 30339. |
| MIKE BOOTH - MANAGER | | $165.00 | 3/7/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 3/7/2013 | 0.3 | $49.50 | Prepare two courtesy notices (Docket 30339) (.2); forward to notice group for service (.1) |



WR Grace
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MIKE BOOTH - MANAGER | | $165.00 | 3/7/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notices (docket 30339) (.1); email to notice group for filing (.1 |
| MIKE BOOTH - MANAGER | | $165.00 | 3/7/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30339). |
| MIKE BOOTH - MANAGER | | $165.00 | 3/14/2013 | 0.2 | $33.00 | Analysis of Court docket re: claim transfer, Dkt 30380 |
| MIKE BOOTH - MANAGER | | $165.00 | 3/14/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 3/14/2013 | 0.4 | $66.00 | Prepare four transfer notices (Docket 30380) (.3); forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/14/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notice filed at docket no. 30380 (.1); email to notice group fo filing (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/14/2013 | 0.2 | $33.00 | Revise b-Linx re: one claim transfer (Docket 30380), including set up of new transfer agent in database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/15/2013 | 4.0 | $840.00 | Analysis of environmental settlements re non-govt settlements, notice and payment requirements (2.5); revise distribution tracker and ANP list (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2013 | 0.4 | $84.00 | Analysis of ICI America's transfer and split (.2); prep email to L Gardner re ICI America's transfer and split (.1); analysis of L Gardner response re ICI America's split (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2013 | 0.5 | $105.00 | Revise distribution tracking and split worksheets re ICI America's transfer and split |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/19/2013 | 0.4 | $44.00 | Initialize analysis and preparation of monthly reports (.3); email correspondence with M.Booth re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/20/2013 | 3.0 | $630.00 | Analysis of pending items list re claims (1.5); analysis of b-Linx re claims info in prep for updated claims registers (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/20/2013 | 1.5 | $315.00 | Revise b-Linx re claims info in prep for updated claims registers |
| MIKE BOOTH - MANAGER | | $165.00 | 3/20/2013 | 0.3 | $49.50 | Discussion with S Cohen re: issues regarding recent and pending Court docket entries related to transfers of claims and additional analysis, claim database updates required. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/20/2013 | 0.3 | $33.00 | Continue analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, additional email correspondence with M.Booth re: reporting requirements and additional claim database updates (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/20/2013 | 0.3 | $33.00 | Discussion with M.Booth re: issues related to recent and pending Court docket entries related to transfers of claims and additional analysis, claim database updates required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/21/2013 | 0.6 | $126.00 | Analysis of S Cohen emails to K Becker re updated claims and transfer info |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/21/2013 | 0.3 | $33.00 | Finalize analysis and preparation of monthly reports (.2); email correspondence with K.Becker at Rust (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/26/2013 | 1.0 | $210.00 | Analysis of K Becker email re Ave TC Fund request for verification of split-transfer of Zhagrus claim 13352 (.1); analysis of b-Linx and DRTT re transfer (.4); analysis of master transfer worksheet (.2); analysis of subsidiary Court dockets re possible mis-filed transfer (.3) |



WR Grace
Date Range 3/1/2013 - 3/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/26/2013 | 0.2 | $42.00 | Telephone to V Jelasvcic/Longacre re partial transfer of 13352 to Ave TC Fund (.1); prep email to K Becker re no transfer on record for Ave TC Fund for claim 13352; request proof (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/27/2013 | 2.0 | $420.00 | Prep ART reports re open claims/schedules (.5); analysis of reports vs pending items list (1.5) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/28/2013 | 0.1 | $16.50 | Analysis of Court docket no. 30435 re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 3/28/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer for NOT filed at docket 30435. |
| MIKE BOOTH - MANAGER | | $165.00 | 3/28/2013 | 0.4 | $66.00 | Prepare two 21 day notices (Docket 30435) (.3); forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/28/2013 | 0.2 | $33.00 | Prepare one Proof of Service related to transfer notice (.1); email to notice group for filing (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/28/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30435). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2013 | 1.0 | $210.00 | Prep ART report re current Longacre transferred claims (.2); analysis of files re claim 9553 and transfer status (.3); prep email to Cassman re transfe processing for claim 9553 (.1); continue analysis of Longacre transferred claims re status (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/29/2013 | 0.7 | $77.00 | Analyze Court docket numbers 30290 to 30435 (.3); audit claim updates (.1); update claim database (.2); email correspondence with M.Araki re: pending Court docket entries (.1) |
| | | | Total: | 28.0 | $5,540.50 | |
| | | | Grand Total: | 167.4 | $32,967.00 | |

# bmcgroup
Information management

WR Grace
Professional Activity Summary
Date Range: 3/1/2013 - 3/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Case Administration** | | | |
| CAS | | | |
|     Lucina Solis | $45.00 | 0.1 | $4.50 |
|     Mireya Carranza | $45.00 | 0.4 | $18.00 |
| CAS | | | |
|     Airgelou Romero | $95.00 | 0.8 | $76.00 |
|     Erin Kramer | $65.00 | 0.1 | $6.50 |
|     James Myers | $65.00 | 1.0 | $65.00 |
|     Jay Gil | $95.00 | 0.6 | $57.00 |
|     Jessica Bang | $55.00 | 0.1 | $5.50 |
|     Maristar Go | $95.00 | 0.3 | $28.50 |
|     Noreve Roa | $95.00 | 1.4 | $133.00 |
| MANAGER | | | |
|     Mike Booth | $165.00 | 0.4 | $66.00 |
|     Myrtle John | $195.00 | 4.3 | $838.50 |
| REC_TEAM | | | |
|     Steffanie Cohen | $110.00 | 4.9 | $539.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 70.1 | $14,721.00 |
| | Total: | 84.5 | $16,558.50 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
|     Gunther Kruse | $150.00 | 1.2 | $180.00 |
| SR_ANALYST | | | |
|     Jacqueline Conklin | $95.00 | 0.1 | $9.50 |
| | Total: | 1.3 | $189.50 |
| **WRG Distribution** | | | |
| MANAGER | | | |
|     Myrtle John | $195.00 | 38.1 | $7,429.50 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 8.9 | $1,869.00 |
| | Total: | 47.0 | $9,298.50 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
|     Myrtle John | $195.00 | 0.4 | $78.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 6.2 | $1,302.00 |
| | Total: | 6.6 | $1,380.00 |
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
|     Mike Booth | $165.00 | 3.1 | $511.50 |
| REC_TEAM | | | |
|     Steffanie Cohen | $110.00 | 2.0 | $220.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 22.9 | $4,809.00 |
| | Total: | 28.0 | $5,540.50 |

Page 1 of 2

EXHIBIT 1

## bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 3/1/2013 - 3/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| | Grand Total: | 167.4 | $32,967.00 |