**EXHIBIT 2**



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_130131
Expense Summary

**Period Ending** 1/31/2013

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $89.90 |
| Noticing Production | $1.82 |
| Website Hosting | $250.00 |
| **Total** | **$1,541.72** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20130131-1 | 1/31/2013 | $1.82 |
|  | **Total Due** | **$1.82** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 1/31/2013
**Reference #:** 021-20130131-1
**Notes:** Postage other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Return of Documents | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 2 Pieces | $0.90 |
| | Transfers | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 2 Pieces | $0.92 |
| | | | | **Total Due:** | **$1.82** |

*Invoice Due Upon Receipt*                                   Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_130228
Expense Summary

**Period Ending** 2/28/2013

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $89.90 |
| Noticing Production | $2.24 |
| Pacer | $138.80 |
| Website Hosting | $250.00 |
| **Total** | **$1,680.94** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | | Total |
|---|---|---|---|
| Reference #  021-20130228-1 | 2/28/2013 | | $2.24 |
| | | Total Due | $2.24 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 2/28/2013
**Reference #:** 021-20130228-1
**Notes:** Postage other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfer | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 4 Pieces | $2.24 |
| | | | | **Total Due:** | **$2.24** |

*Invoice Due Upon Receipt*                                                         *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_130331
Expense Summary

| Period Ending | 3/31/2013 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $3.68 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,543.58** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20130331-1 | 3/31/2013 | $3.68 |
| | Total Due | $3.68 |

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 3/31/2013
**Reference #:** 021-20130331-1
**Notes:** Postage other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfer | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 8 Pieces | $3.68 |
| | | | | **Total Due:** | **$3.68** |

*Invoice Due Upon Receipt*    *Page 1 of 1*

EXHIBIT 2