IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.,*[1] | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 28th day of June, 2013, I caused

a true and correct copy of the following documents to be served on the individuals on the attached

service list in the manner indicated herein:

> **Notice of Quarterly Application of BMC Group for Compensation for Services
> Rendered and Reimbursement of Expenses as Claims Reconciliation
> Consultant to the Debtors for the Forty-Eighth Quarterly Interim Period from
> January 1, 2013 through March 31, 2013; and**

---

1 The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Quarterly Application of BMC Group for Compensation for Services Rendered and Reimbursement of Expenses as Claims Reconciliation Consultant to the Debtors for the Forty-Eighth Quarterly Interim Period from January 1, 2013 through March 31, 2013.**

/s/ Kathleen P. Makowski
Kathleen P. Makowski (Bar No. 3648)

DOCS_DE:117382.28 91100/001

**Grace Fee Application Service List**
Case No. 01-1139 (KJC)
Doc. No. 33512v4
08 – Hand Delivery
12 – First Class Mail


(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)

*Hand Delivery*
(Trustee)
Richard L. Schepacarter
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

*Hand Delivery*
(Co-Counsel to the debtor-in-possession
lender)
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

*Hand Delivery*
(Counsel for the Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Ave, 16th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel to the Official Committee of
Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899

*Hand Delivery*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE  19806

*Hand Delivery*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

*First Class Mail*
(Debtors)
Attn: Mark Shelnitz
Senior Vice President and General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

*First Class Mail*
(Co-Counsel for the Debtors)
Adam Paul, Esquire
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

*First Class Mail*
(Co-Counsel for the Debtors)
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

*First Class Mail*
(Co-Counsel to the debtor-in-possession lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*First Class Mail*
(Counsel for the Official Committee of Unsecured Creditors)
Rudolph J. Massa, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel for the Official Committee of Unsecured Creditors)
Michael Magzamen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*First Class Mail*
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to the Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

*First Class Mail*
(Counsel to the Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

***First Class Mail***
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270