# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Objection Deadline: July 24, 2013, at 4:00 p.m.** |
| ) | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FORTY-THIRD MONTHLY INTERIM PERIOD FROM MAY 1, 2013 THROUGH MAY 31, 2013

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1 Through May 31, 2013 |
| Amount of fees sought as actual, reasonable and necessary: | $6,124.50 |
| Amount of expenses sought as actual, reasonable and necessary | $710.37 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a(n):  X  monthly    __ interim    __ final application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through | $172,838.75 | $34,384.69 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 10/31/02 | | | counsel | counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through | $21,531.00 | $85.71 | No objections | No objections |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

3

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
|  | 1/31/04 |  |  | served on counsel | served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |

Case 01-01139-AMC    Doc 30791    Filed 07/01/13    Page 5 of 13

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |

5

| **Date Filed** | **Period Covered** | **Requested Fees** | **Requested Expenses** | **Status of Fees** | **Status of Expenses** |
|---|---|---|---|---|---|
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served on counsel | No objections served on counsel |
| 3/29/13 | 2/1/13 through 2/28/13 | $4,560.50 | $382.29 | No objections served on counsel | No objections served on counsel |
| 5/1/13 | 3/1/13 through 3/31/13 | $13,962.00 | $336.74 | No objections served on counsel | No objections served on counsel |
| 6/3/13 | 4/1/13 through 4/30/13 | $48,898.00 | $140.54 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred forty-third application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

10

The total time expended for the preparation of this application is approximately nine hours, and the corresponding estimated compensation that will be requested in a future application is approximately $3,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $690.00 | 2.00 | $1,380.00 |
| Anthony B. Klapper | Partner | 1994 | Litigation | $635.00 | 1.10 | $698.50 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $610.00 | 2.90 | $1,769.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | 1.20 | $594.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 2.90 | $783.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 4.50 | $900.00 |

**Total Fees: $6,124.50**

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Hours | Amount |
|---|---:|---|
| Litigation and Litigation Consulting | .40 | $   80.00 |
| Fee Application | 9.90 | $3,370.00 |
| Claims | .30 | $  207.00 |
| Specifications Inquiry | 4.00 | $2,467.50 |
| **Total** | **14.60** | **$6,124.50** |

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $.80 | $0.00 |
| Duplicating/Printing/Scanning | $52.80 | $0.00 |
| Outside Duplicating | $646.90 | $0.00 |
| Postage Expense | $3.04 | $0.00 |
| Courier Service – Outside | $6.83 | $0.00 |
| SUBTOTAL | $710.37 | $0.00 |
| **TOTAL** | **$710.37** | **$0.00** |

| | |
|---|---|
| Dated: July 1, 2013<br>Wilmington, Delaware | REED SMITH LLP<br><br>By: /s/ Kurt F. Gwynne<br>    Kurt F. Gwynne (No. 3951)<br>    1201 Market Street, Suite 1500<br>    Wilmington, DE 19801<br>    Telephone: (302) 778-7500<br>    Facsimile: (302) 778-7575<br>    E-mail: kgwynne@reedsmith.com<br><br>    and<br><br>    James J. Restivo, Jr., Esquire<br>    Douglas E. Cameron, Esquire<br>    Reed Smith Centre<br>    225 Fifth Avenue<br>    Pittsburgh, PA 15222<br>    Telephone: (412) 288-3131<br>    Facsimile: (412) 288-3063<br><br>    Special Asbestos Products Liability Defense Counsel |