```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                           Invoice Number     2426478
7500 Grace Drive                           Invoice Date       06/28/13
Columbia, Maryland 21044                   Client Number       172573
USA
```

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
        Fees                                      0.00
        Expenses                                708.97

                TOTAL BALANCE DUE UPON RECEIPT           $708.97
                                                    =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number       2426478
7500 Grace Drive                          Invoice Date         06/28/13
Columbia, Maryland 21044                  Client Number         172573
USA                                       Matter Number          60026



==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                                              0.80
        Duplicating/Printing/Scanning                     51.40
        Postage Expense                                    3.04
        Courier Service - Outside                          6.83
        Outside Duplicating                              646.90

                  CURRENT EXPENSES                                   708.97
                                                                -----------

             TOTAL BALANCE DUE UPON RECEIPT                          $708.97
                                                                ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2426478
7500 Grace Drive                          Invoice Date        06/28/13
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting



     FOR COSTS ADVANCED AND EXPENSES INCURRED:

     04/30/13   PACER                                             .80

     05/01/13   Duplicating/Printing/Scanning                   11.70
                ATTY # 000559: 117 COPIES

     05/02/13   Duplicating/Printing/Scanning                    2.00
                ATTY # 000559: 20 COPIES

     05/02/13   Duplicating/Printing/Scanning                    2.00
                ATTY # 000559: 20 COPIES

     05/02/13   Postage Expense                                  3.04
                Postage Expense: ATTY # 000718 User: Equitrac By

     05/09/13   Duplicating/Printing/Scanning                     .70
                ATTY # 000559: 7 COPIES

     05/09/13   Duplicating/Printing/Scanning                    1.00
                ATTY # 000559: 10 COPIES

     05/09/13   Duplicating/Printing/Scanning                    1.00
                ATTY # 000559: 10 COPIES

     05/09/13   Duplicating/Printing/Scanning                    2.00
                ATTY # 000559: 20 COPIES

     05/10/13   Duplicating/Printing/Scanning                     .10
                ATTY # 4810; 1 COPIES

     05/10/13   Duplicating/Printing/Scanning                     .70
                ATTY # 000559: 7 COPIES

     05/10/13   Duplicating/Printing/Scanning                     .10
                ATTY # 000559: 1 COPY
```

```
172573 W. R. Grace & Co.                           Invoice Number   2426478
60026  Litigation and Litigation Consulting        Page     2
June 28, 2013


       05/10/13   Duplicating/Printing/Scanning                         .70
                  ATTY # 000559: 7 COPIES

       05/10/13   Duplicating/Printing/Scanning                         .70
                  ATTY # 000559: 7 COPIES

       05/10/13   Duplicating/Printing/Scanning                         .80
                  ATTY # 000559: 8 COPIES

       05/10/13   Duplicating/Printing/Scanning                         .90
                  ATTY # 000559: 9 COPIES

       05/13/13   Duplicating/Printing/Scanning                         .80
                  ATTY # 000559: 8 COPIES

       05/13/13   Duplicating/Printing/Scanning                         .80
                  ATTY # 000559: 8 COPIES

       05/15/13   Duplicating/Printing/Scanning                         .80
                  ATTY # 000559: 8 COPIES

       05/15/13   Duplicating/Printing/Scanning                         .10
                  ATTY # 000559: 1 COPY

       05/15/13   Duplicating/Printing/Scanning                         .70
                  ATTY # 000559: 7 COPIES

       05/15/13   Duplicating/Printing/Scanning                         .70
                  ATTY # 000559: 7 COPIES

       05/15/13   Duplicating/Printing/Scanning                        2.00
                  ATTY # 000559: 20 COPIES

       05/16/13   Duplicating/Printing/Scanning                         .10
                  ATTY # 000559: 1 COPY

       05/21/13   Courier Service - Outside -- VENDOR: JET             6.83
                  MESSENGER: Messenger Trip - U.S. Bankruptcy
                  Court - Judge Fitzgerald - 5/6/2013

       05/21/13   Duplicating/Printing/Scanning                        2.00
                  ATTY # 000559: 20 COPIES

       05/21/13   Duplicating/Printing/Scanning                        2.00
                  ATTY # 000559: 20 COPIES

       05/22/13   Duplicating/Printing/Scanning                        2.00
                  ATTY # 000559: 20 COPIES

       05/22/13   Duplicating/Printing/Scanning                        2.00
                  ATTY # 000559: 20 COPIES
```

```
172573 W. R. Grace & Co.                         Invoice Number   2426478
60026  Litigation and Litigation Consulting      Page     3
June 28, 2013


    05/28/13    Outside Duplicating -- VENDOR: DIGITAL LEGAL         360.18
                SERVICES, LLC: Copies, envelopes & postage

    05/28/13    Outside Duplicating -- VENDOR: DIGITAL LEGAL         286.72
                SERVICES, LLC: Copies, envelopes & postage

    05/29/13    Duplicating/Printing/Scanning                          1.30
                ATTY # 000559: 13 COPIES

    05/29/13    Duplicating/Printing/Scanning                          1.30
                ATTY # 000559: 13 COPIES

    05/29/13    Duplicating/Printing/Scanning                          2.00
                ATTY # 000559: 20 COPIES

    05/30/13    Duplicating/Printing/Scanning                          1.30
                ATTY # 000559: 13 COPIES

    05/30/13    Duplicating/Printing/Scanning                          1.30
                ATTY # 000559: 13 COPIES

    05/30/13    Duplicating/Printing/Scanning                           .10
                ATTY # 000559: 1 COPY

    05/30/13    Duplicating/Printing/Scanning                           .10
                ATTY # 000559: 1 COPY

    05/30/13    Duplicating/Printing/Scanning                           .10
                ATTY # 000559: 1 COPY

    05/31/13    Duplicating/Printing/Scanning                           .10
                ATTY # 000559: 1 COPY

    05/31/13    Duplicating/Printing/Scanning                          1.20
                ATTY # 000559: 12 COPIES

    05/31/13    Duplicating/Printing/Scanning                          1.30
                ATTY # 000559: 13 COPIES

    05/31/13    Duplicating/Printing/Scanning                          1.30
                ATTY # 000559: 13 COPIES

    05/31/13    Duplicating/Printing/Scanning                          1.60
                ATTY # 000559: 16 COPIES

                              CURRENT EXPENSES                       708.97
                                                                 ------------
                              TOTAL BALANCE DUE UPON RECEIPT        $708.97
                                                                 ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2426479
62 Whittemore Avenue                      Invoice Date        06/28/13
Cambridge, MA  02140                      Client Number        172573
```

==============================================================================

Re: W. R. Grace & Co.

(60041)   Specifications Inquiry

```
          Fees                                       0.00
          Expenses                                   1.40

                    TOTAL BALANCE DUE UPON RECEIPT             $1.40
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630

W.R. Grace & Co.                       Invoice Number        2426479
62 Whittemore Avenue                   Invoice Date         06/28/13
Cambridge, MA  02140                   Client Number         172573
                                       Matter Number          60041



=============================================================================

Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning                1.40

                CURRENT EXPENSES                                 1.40
                                                         -------------

                TOTAL BALANCE DUE UPON RECEIPT                  $1.40
                                                         =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2426479
62 Whittemore Avenue                      Invoice Date       06/28/13
Cambridge, MA  02140                      Client Number       172573
                                          Matter Number        60041


==============================================================================

Re: (60041)   Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    05/01/13   Duplicating/Printing/Scanning                     1.40
               ATTY # 007015: 14 COPIES

                         CURRENT EXPENSES                        1.40
                                                         ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $1.40
                                                         ============
```