```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number        2426472
7500 Grace Drive                        Invoice Date          06/28/13
Columbia, Maryland 21044                Client Number          172573
USA
```

===============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
        Fees                                       80.00
        Expenses                                    0.00

                    TOTAL BALANCE DUE UPON RECEIPT           $80.00
                                                         =============
```

US_ACTIVE-113542251.1-SAAMENT

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2426472
7500 Grace Drive                          Invoice Date       06/28/13
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60026



=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2013

       Date    Name                                                Hours
       ------- -----------                                          -----

       05/06/13 Ament        E-mails with P. Cuniff re: agenda,      .40
                             CNO and hearing binder for 5/20
                             (.10); review CNO and update
                             hearing binder per J. O'Neill
                             request (.10); coordinate hand
                             delivery of same to Judge
                             Fitzgearld (.10); follow-up
                             e-mails with P. Cuniff re: same
                             (.10).

                                                                   ------
                                          TOTAL HOURS                 .40


       TIME SUMMARY              Hours         Rate        Value
       -------------------       -----------------------   -------
       Sharon A. Ament           0.40  at  $  200.00  =      80.00

                             CURRENT FEES                              80.00

                                                                 ------------
                             TOTAL BALANCE DUE UPON RECEIPT           $80.00
                                                                 ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number      2426473
7500 Grace Drive                         Invoice Date        06/28/13
Columbia, Maryland 21044                 Client Number        172573
USA
```

===============================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

```
        Fees                                     3,370.00
        Expenses                                     0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $3,370.00
                                                     =============
```

```
                          REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



W.R. Grace & Co.                         Invoice Number      2426473
7500 Grace Drive                         Invoice Date       06/28/13
Columbia, Maryland 21044                 Client Number       172573
USA                                      Matter Number        60029



=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2013

     Date    Name                                             Hours
     -------- -----------                                     -----

     05/01/13 Lord           E-file and perfect service of Reed     .50
                             Smith 141st monthly fee
                             application.

     05/02/13 Ament          Attention to billing matters           .20
                             (.10); e-mails re: same (.10).

     05/09/13 Ament          Begin drafting narrative and           .20
                             summary for quarterly fee
                             application.

     05/10/13 Ament          Calculate fees and expenses           1.00
                             relating to quarterly fee
                             application (.50); prepare
                             spreadsheets re: same (.20);
                             continue drafting 48th quarterly
                             fee application narrative and
                             summary (.20); e-mails re: same
                             (.10).

     05/14/13 Ament          E-mails re: quarterly fee              .10
                             application.

     05/14/13 Cameron        Review fee application materials;      .80
                             emails re: same

     05/14/13 Muha           Review and revise 48th Quarterly       .40
                             fee application.

     05/15/13 Ament          E-mails re: quarterly fee              .60
                             application (.10); review A. Muha
                             comments re: same (.10); finalize
                             summary and narrative re: 48th
                             quarterly fee application (.10);
```

```
172573 W. R. Grace & Co.                          Invoice Number   2426473
60029  Fee Applications-Applicant                 Page    2
June 28, 2013
```

|   Date   | Name    | Description | Hours |
|----------|---------|-------------|-------|
|          |         | e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); e-mails re: same (.10). | |
| 05/15/13 | Lord    | Review, revise and e-file Reed Smith's 48th quarterly fee application. | 1.40 |
| 05/16/13 | Muha    | Review and revise April 2013 monthly application materials. | .40 |
| 05/17/13 | Lord    | Draft and e-file COS for 48th quarterly fee application | .40 |
| 05/21/13 | Cameron | E-mails regarding file applications. | .20 |
| 05/22/13 | Cameron | Attention to fee application issue. | .20 |
| 05/26/13 | Cameron | Review fee application, new matters | .50 |
| 05/29/13 | Ament   | Various e-mails re: billing matters (.20); review draft invoices relating to April monthly fee application (.20); begin calculating fees and expenses re: April monthly fee application (.20); begin drafting spreadsheets re: same (.10); begin drafting fee application (.10). | .80 |
| 05/29/13 | Lord    | Communicate with S. Ament re: April monthly fee application (.1); draft, e-file and coordinate service of CNO to Reed Smith LLP March monthly fee application (.5) | .60 |
| 05/30/13 | Ament   | Continue calculating fees and expenses for April monthly fee application (.20); prepare spreadsheets re: same (.20); draft April monthly fee application (.10). | .50 |
| 05/31/13 | Ament   | Various e-mails, meetings and conference calls re: billing matters (.40); finalize fee application (.10); provide same to A. Muha for review (.10); e-mail same to J. Lord for DE filing | .70 |

```
172573 W. R. Grace & Co.                         Invoice Number   2426473
60029  Fee Applications-Applicant                Page     3
June 28, 2013


     Date    Name                                                    Hours
   -------- -----------                                               -----

                           (.10).

   05/31/13 Muha           Review and revisions to April 2013          .40
                           monthly application, and emails
                           and discussions with S. Ament re:
                           same.

                                                                    ------
                                                      TOTAL HOURS     9.90


   TIME SUMMARY                 Hours          Rate          Value
   ------------------------     ----------------------      -------
   Douglas E. Cameron            1.70   at  $  690.00   =   1,173.00
   Andrew J. Muha                1.20   at  $  495.00   =     594.00
   John B. Lord                  2.90   at  $  270.00   =     783.00
   Sharon A. Ament               4.10   at  $  200.00   =     820.00

                  CURRENT FEES                             3,370.00


                                                          ------------
                  TOTAL BALANCE DUE UPON RECEIPT            $3,370.00
                                                          ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2426474
7500 Grace Drive                          Invoice Date        06/28/13
Columbia, Maryland 21044                  Client Number        172573
USA




==============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                                      207.00
          Expenses                                    0.00

                       TOTAL BALANCE DUE UPON RECEIPT         $207.00
                                                          =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



W.R. Grace & Co.                            Invoice Number      2426474
7500 Grace Drive                            Invoice Date        06/28/13
Columbia, Maryland 21044                    Client Number        172573
USA                                         Matter Number         60033




==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2013

       Date    Name                                              Hours
       ------- -----------                                       -----

       05/07/13 Cameron    Communication with R. Finke re:         .30
                           bankruptcy issues.

                                                              ------
                                              TOTAL HOURS         .30


       TIME SUMMARY              Hours        Rate       Value
       ------------------------  -----------  ----------  -------
       Douglas E. Cameron         0.30  at  $  690.00  =    207.00

                           CURRENT FEES                           207.00

                                                             ------------
                           TOTAL BALANCE DUE UPON RECEIPT        $207.00
                                                             ============
```

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2426475
62 Whittemore Avenue                      Invoice Date        06/28/13
Cambridge, MA  02140                      Client Number        172573




==============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

          Fees                                    2,467.50
          Expenses                                    0.00

                     TOTAL BALANCE DUE UPON RECEIPT          $2,467.50
                                                             =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



W.R. Grace & Co.                          Invoice Number      2426475
62 Whittemore Avenue                      Invoice Date       06/28/13
Cambridge, MA  02140                      Client Number       172573
                                          Matter Number        60041



=============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2013

       Date    Name                                                  Hours
     -------- -----------                                            -----

     05/01/13 Klapper      Participate on call with client re         1.10
                           memo (0.5); make revisions to same
                           (0.6).

     05/01/13 Luchini      Telephone call to J. Hughes to             2.60
                           discuss questions about memo
                           (0.5); revise memo (2.1).

     05/31/13 Luchini      Review proposal from Canadian               .30
                           building code expert for survey
                           (0.2); letter to J. Hughes (0.1).
                                                                    ------
                                                   TOTAL HOURS        4.00


    TIME SUMMARY              Hours          Rate           Value
    ------------------------ -----------------------       -------
    Joseph S. Luchini         2.90  at  $ 610.00   =      1,769.00
    Antony B. Klapper         1.10  at  $ 635.00   =        698.50

                           CURRENT FEES                                2,467.50


                                                                   ------------
                           TOTAL BALANCE DUE UPON RECEIPT              $2,467.50
                                                                   ============
```