## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 7/22/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

## SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-EIGHTH MONTHLY INTERIM PERIOD FROM JUNE 1, 2013 THROUGH JUNE 30, 2013

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2013 through June 30, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $34,980.00   [80% of $43,725.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $3,478.25 |

This is a(n):  ☒Monthly     ☐Interim     ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
|---|---|---|---|---|---|
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 28 years, and his billing rate is $750 per hour.  In this Application period Mr. Rich billed 58.3 hours,[2] for a total amount billed of $43,725.00, of which 80% is currently sought, in the amount of $34,980.00.  Reasonable expenses were incurred for this period in the amount of $3,478.25.  The total sought in this Application is $38,458.25.

As stated above, this is the Fifty-Eighth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 46.7 | $35,025.00 |
| Fee Application Matters | 1.7 | $1,275.00 |
| Travel | 19.8   (at 100%) | $7,425.00    (at 50%) |
| TOTAL | 68.2 | $43,725.00 |

[2] Travel Time, if any, is included in this figure at 50% of actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Westlaw<br>Travel | $449.17<br>$3,029.08 |
| TOTAL | $3,478.25 |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 1st day of July, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# **EXHIBIT A**

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (June, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace**, No. 01-1139 (Bankr. D. Del)*

| Date | Services Performed | Time |
|------|--------------------|------|
| 6/1/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/2/2013 | Prepare, file and serve 57th Monthly Fee Application and Notice of Filing thereof | 1.5 |
| 6/3/2013 | Review Certificates of no objection to 36th monthly fee applications of Canadian ZAI counsel | 0.1 |
| 6/3/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/4/2013 | Review Monthly Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 6/4/2013 | Review Monthly Fee Application of Counsel to the Property Damage Committee | 0.1 |
| 6/4/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/4/2013 | Emails to and from J. Donley re meeting | 0.1 |

| | | |
|---|---|---|
| 6/4/2013 | Review Certificate of No Objection to monthly fee application (141st) of Counsel to the Property Damage Committee | 0.1 |
| 6/4/2013 | Review quarterly Fee Applications of the Canadian ZAI special counsels | 0.4 |
| 6/5/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/5/2013 | Preparation for oral argument | 4.0 |
| 6/5/2013 | Travel to Washington DC for moot court  (5.0 hrs. @ 50%) | 2.5 |
| 6/5/2013 | Review Anderson Memorial Hospital's motion to extend brief filing deadline | 0.1 |
| 6/5/2013 | Review Order re assigning case to Judge Carey | 0.1 |
| 6/5/2013 | Review PI FCR's motion to employ counsel | 0.5 |
| 6/6/2013 | Moot Court | 7.2 |
| 6/6/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/6/2013 | Review Order granting Anderson Memorial Hospital's motion for extension | 0.1 |
| 6/6/2013 | Review Anderson Memorial's Revised Brief | 1.0 |
| 6/6/2013 | Review Supplemental Appendix filed by Anderson Memorial | 2.1 |
| 6/6/2013 | Review Certificate of No Objection to quarterly fee application of PD committee counsel | 0.1 |
| 6/7/2013 | Meeting re oral argument | 3.6 |
| 6/7/2013 | Travel from Meeting   (4.8 hours @ 50%) | 2.4 |
| 6/7/2013 | Review notice from Third Circuit re AMH brief | 0.1 |
| 6/8/2013 | Review of bench memos | 2.7 |
| 6/8/2013 | Emails to and from J. Donley | 0.3 |
| 6/10/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/10/2013 | Oral Argument preparations | 1.1 |

| | | |
|---|---|---|
| 6/10/2013 | Review Order from Third Circuit re argument time | 0.1 |
| 6/10/2013 | Email to client re oral argument | 0.1 |
| 6/11/2013 | Review PI FCR's motion to retain Lincoln Partners | 0.5 |
| 6/11/2013 | Review notice from Third Circuit re AMH appendix | 0.1 |
| 6/11/2013 | Emails to and from client re oral argument | 0.1 |
| 6/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/11/2013 | Review PI FCR's motion to hire local Delaware counsel | 0.5 |
| 6/11/2013 | Emails with J. Donley re argument | 0.1 |
| 6/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/12/2013 | Preparation for oral argument | 1.2 |
| 6/12/2013 | Emal re oral argument meeting | 0.1 |
| 6/14/2013 | Review Miscellaneous pleadings received today | 0.2 |
| 6/14/2013 | Emails with PD Trustee-designate | 0.1 |
| 6/14/2013 | Prepare for oral argument | 1.0 |
| 6/16/2013 | Prepare for oral argument | 4.0 |
| 6/16/2013 | Travel (non-working) to Philadelphia for oral argument   (2.0 hrs. @ 50%) | 1.0 |
| 6/17/2013 | Preparation for oral argument and presentation of oral argument before the Third Circuit | 7.0 |
| 6/17/2013 | Travel (non-working) from Philadelphia to Dallas (including weather and mechanical delays)   (9.0 hrs. @ 50%) | 4.5 |
| 6/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/17/2013 | Review letter from Third Circuit re transcript | 0.1 |
| 6/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| 6/19/2013 | Emails re transcript of oral argument | 0.1 |
| 6/19/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/19/2013 | Review withdrawal of appearance of Nerko of Arrowood | 0.1 |
| 6/19/2013 | Review Certificate of No Objection of Appointment of Roger Frankel as PI FCR | 0.1 |
| 6/19/2013 | Conference with PD trustee-designee re oral argument | 0.1 |
| 6/20/2013 | Review Fee Auditor's report re 48th Quarterly fee application of Stroock | 0.1 |
| 6/20/2013 | Review Certificate of No Objection re Claim Settlement Notice 13308 | 0.1 |
| 6/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/20/2013 | Review Fee Auditor's report re 48th Quarterly fee application of Higgins | 0.1 |
| 6/21/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/21/2013 | Review Certification of Counsel re August 1 Omnibus hearing | 0.1 |
| 6/24/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/24/2013 | Review Order re August Omnibus Hearing and vacating omnibus hearing orders | 0.1 |
| 6/24/2013 | Review Transcript of Bank Lender appeal | 1.3 |
| 6/24/2013 | Prepare, file and serve CNO re 57th Monthly Fee Application | 0.2 |
| 6/25/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/25/2013 | Review Certificate of No Objection re Quarterly Fee Application of local counsel to the Property Damage committee | 0.1 |
| 6/25/2013 | Review decision in In the Matter of the Liquidation of Integrity Insurance Company/the Celotex Asbestos Trust re PD issues | 1.0 |
| 6/25/2013 | Emails with R. Higgins re omnibus hearings | 0.1 |
| 6/26/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 6/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/27/2013 | Email to M. Eveland re ZAI TDP | 0.1 |
| 6/28/2013 | Review Monthly Fee Applications of counsel to the Canadian ZAI claimants | 0.3 |
| 6/28/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/28/2013 | Email from M. Eveland re ZAI TDP | 0.1 |
| 6/29/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total:   58.3 hours @ $750/hour = $43,725.00

Expenses:   $3,478.25  (For detail, see Attachment)

Total Fees and Expenses Due:  $47,203.25

EXPENSES FOR JUNE 2013                                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 6/1/2013 | Westlaw | $449.17 |
| | Washington DC | |
| 6/5/2013 | RT Coach Airfare and Change Fees | $972.25 |
| 6/5/2013 | Taxi | $18.00 |
| 6/5/2013 | Dinner | $20.19 |
| 6/5/2013 | Hotel (2 nights) | $465.09 |
| 6/6/2013 | Taxi | $9.00 |
| 6/6/2013 | Hotel tips | $5.00 |
| 6/6/2013 | Lunch | $10.22 |
| 6/6/2013 | Taxi | $8.00 |
| 6/6/2013 | Taxi | $10.00 |
| 6/6/2013 | Dinner | $33.22 |
| 6/6/2013 | Metro | $7.00 |
| 6/7/2013 | Taxi | $8.00 |
| 6/7/2013 | Taxi | $18.00 |
| 6/7/2013 | Dinner | $11.31 |
| 6/10/2013 | DFW Parking | $41.00 |
| | Philadelphia | |
| 6/16/2013 | RT Coach Airfare and change fee | $737.80 |
| 6/16/2013 | Taxi | $35.40 |
| 6/16/2013 | Lunch | $14.06 |
| 6/16/2013 | Dinner | $41.98 |
| 6/17/2013 | Hotel | $390.53 |
| 6/17/2013 | Hotel tips | $5.00 |
| 6/17/2013 | Taxi | $10.00 |
| 6/17/2013 | Taxi | $35.40 |
| 6/17/2013 | Dinner | $14.69 |
| 6/17/2013 | Inflight internet access | $11.95 |
| 6/17/2013 | DFW Airport Transportation (round trip) | $95.99 |
| | Total Expenses | $3,478.25 |