Exhibit A

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

June 30, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 623085
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $600.50 |
| DISBURSEMENTS | 1,256.22 |
| MATTER TOTAL | $1,856.72 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES | $2,265.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $2,265.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $29,344.00 |
| DISBURSEMENTS | 1,163.26 |
| MATTER TOTAL | $30,507.26 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $2,281.50 |
| DISBURSEMENTS | 50.41 |
| MATTER TOTAL | $2,331.91 |

---

Amounts due may be remitted by wire transfer.

To: Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019
By Order of: Invoice No. 623085
Citibank Contact: Gaetana Mauceli (212) 559-0165

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP

Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE
056772

June 30, 2013
Invoice No. 623085

### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES | $1,237.50 |
| DISBURSEMENTS | 3,265.45 |
| MATTER TOTAL | $4,502.95 |
| | |
| CLIENT GRAND TOTAL | $41,464.34 |

Kramer Levin Naftalis & Frankel LLP                                          Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                            June 30, 2013
056772-00001                                                                 Invoice No. 623085

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/06/13 | HALVERSON, DARREN C | Turn-over responsibilities to A. Kaup--draft e-mail re: same. | 0.20 | 99.00 |
| 05/28/13 | SHAIN, ALIYA | Prepare cases for litigation binder. | 1.70 | 501.50 |
| **TOTAL HOURS AND FEES** | | | **1.90** | **$600.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 42.00 |
| LONG-DISTANCE TEL. | 23.37 |
| WESTLAW ON-LINE RESEARCH | 620.00 |
| LEXIS/NEXIS ON-LINE RESEARCH | 570.85 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$1,256.22** |

**TOTAL FOR THIS MATTER**                                                    **$1,856.72**

Kramer Levin Naftalis & Frankel LLP                                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                            June 30, 2013
056772-00002                                                                 Invoice No. 623085

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/13 | BLABEY, DAVID E | Email to client re upcoming committee meeting. | 0.10 | 74.50 |
| 05/07/13 | BLABEY, DAVID E | Prepare notes for Committee call (1) and discuss same with P. Bentley (.1). | 1.10 | 819.50 |
| 05/08/13 | BLABEY, DAVID E | Call with T. Wescher and P. Bentley (partial) in prep for Committee meeting. | 0.30 | 223.50 |
| 05/09/13 | BLABEY, DAVID E | Participate in quarterly committee call. | 0.70 | 521.50 |
| 05/09/13 | BENTLEY, PHILIP | Attend committee call | 0.70 | 626.50 |

**TOTAL HOURS AND FEES**                                                     **2.90**   **$2,265.50**

**TOTAL FOR THIS MATTER**                                       **$2,265.50**

Kramer Levin Naftalis & Frankel LLP  Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE  June 30, 2013
056772-00007  Invoice No. 623085

## REORGANIZATION PLAN

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/13 | BENTLEY, PHILIP | Trade emails re appeal | 0.10 | 89.50 |
| 05/03/13 | BLABEY, DAVID E | Call with P. Bentley re Grace appeal. | 0.10 | 74.50 |
| 05/03/13 | BENTLEY, PHILIP | Review and analyze Lender appeal issues | 0.90 | 805.50 |
| 05/06/13 | BENTLEY, PHILIP | TC J. Donley re appeal issues | 0.10 | 89.50 |
| 05/07/13 | KAUP, ANASTASIA N | Research re: Third Circuit appeals (1.2); draft/revise document re: parties/roles in same (.5); emails w/ P. Bentley, D. Blabey, D. Halverson re: same (.8). | 2.50 | 1,237.50 |
| 05/07/13 | BENTLEY, PHILIP | Work on appeal issues, and trade emails re same | 0.60 | 537.00 |
| 05/08/13 | BENTLEY, PHILIP | Conf call with TW and DB re 3d Circuit appeal (.3); notes and trade emails re same (.4). | 0.70 | 626.50 |
| 05/09/13 | KAUP, ANASTASIA N | Research re: creditor interests (.7); emails w/ P. Bentley, D. Blabey re: same (.1). | 0.80 | 396.00 |
| 05/09/13 | BENTLEY, PHILIP | Trade emails re plan issues | 0.20 | 179.00 |
| 05/14/13 | TRACHTMAN, JEFFREY S. | Emails re: moot prep. | 0.30 | 277.50 |
| 05/15/13 | BENTLEY, PHILIP | Trade emails re appeal issues | 0.10 | 89.50 |
| 05/16/13 | BENTLEY, PHILIP | TC J. Donley and trade emails re appeal issues | 0.40 | 358.00 |
| 05/16/13 | TRACHTMAN, JEFFREY S. | Emails re: oral argument and preparations. | 0.30 | 277.50 |
| 05/22/13 | BLABEY, DAVID E | Review new Judge Ambro decision for relevance to appeal. | 0.30 | 223.50 |
| 05/23/13 | BENTLEY, PHILIP | Review emails re current developments | 0.10 | 89.50 |
| 05/28/13 | BLABEY, DAVID E | Discuss oral argument prep with P. Bentley (.4); discuss research for same with M. Ziegler (.1); email to J. Trachtman re appeal prep (.1). | 0.60 | 447.00 |
| 05/28/13 | ZIEGLER, MATTHEW C | Discuss postpetition interest research w/ D. Blabey (0.2); review briefing and internal memoranda re foregoing (2.8). | 3.00 | 1,680.00 |
| 05/28/13 | TRACHTMAN, JEFFREY S. | Emails with D. Blabey and P. Bentley re: assignment prep. | 0.20 | 185.00 |
| 05/28/13 | BENTLEY, PHILIP | oral arg prep, including discs DB re same | 0.50 | 447.50 |

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                                        June 30, 2013
056772-00007                                                                                     Invoice No. 623085

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/29/13 | ZIEGLER, MATTHEW C | Research re 502(b)(2) (5.3); research re standards of statutory construction (1.0); email memo re research findings (0.8). | 7.10 | 3,976.00 |
| 05/29/13 | BLABEY, DAVID E | Discuss research on statutory construction with M. Ziegler. | 0.10 | 74.50 |
| 05/29/13 | TRACHTMAN, JEFFREY S. | Meet with P. Bentley (1.1) and read materials (.7). | 1.80 | 1,665.00 |
| 05/29/13 | BENTLEY, PHILIP | conf JST (1.1) re lender appeal and notes re same (0.8) | 1.90 | 1,700.50 |
| 05/30/13 | TRACHTMAN, JEFFREY S. | Read briefs and materials and outline questions and comments. | 4.50 | 4,162.50 |
| 05/30/13 | BENTLEY, PHILIP | Oral argument prep | 0.20 | 179.00 |
| 05/31/13 | BENTLEY, PHILIP | Prep for Lender appeal argument (1.2), and conf JST/DB re same (2.2) | 3.40 | 3,043.00 |
| 05/31/13 | TRACHTMAN, JEFFREY S. | Met with P. Bentley, D. Blabey re: argument prep (2.4), review briefs and materials, misc. emails (2.3). | 4.70 | 4,347.50 |
| 05/31/13 | BLABEY, DAVID E | Email to P. Bentley and J. Trachtman re oral argument discussion point (.3); meet with P. Bentley and J. Trachtman in prep for oral argument (2.4); email to client re appointment of successor FCR (.1). | 2.80 | 2,086.00 |

**TOTAL HOURS AND FEES**                                                                          **38.30**    **$29,344.00**

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OUT-OF-TOWN TRAVEL | 1,086.50 |
| BLOOMBERG LAW RETRIEVAL FEES | 76.76 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                              **$1,163.26**

**TOTAL FOR THIS MATTER**                                                                **$30,507.26**

| | | |
|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | | Page No. 7 |
| W.R. GRACE & CO. EQUITY COMMITTEE | | June 30, 2013 |
| 056772-00008 | | Invoice No. 623085 |

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/07/13 | BLABEY, DAVID E | Review bill for fee app. | 0.10 | 74.50 |
| 05/10/13 | KAUP, ANASTASIA N | Emails w/ D. Blabey re: monthly fee statement (.1). | 0.10 | 49.50 |
| 05/13/13 | KAUP, ANASTASIA N | Draft monthly fee application pleading (.5); review order and precedents re: same (.2); emails w/ D. Blabey, F. Arias re: same (.2). | 0.90 | 445.50 |
| 05/17/13 | BLABEY, DAVID E | Prepare quarterly fee application. | 0.80 | 596.00 |
| 05/19/13 | BLABEY, DAVID E | Prepare quarterly fee application. | 0.80 | 596.00 |
| 05/20/13 | KAUP, ANASTASIA N | Emails w/ D. Blabey, F. Arias re: monthly fee application and supporting information/materials re: same (.2). | 0.20 | 99.00 |
| 05/23/13 | KAUP, ANASTASIA N | Draft monthly fee application pleading (.3); emails w/ D. Blabey re: same (.1). | 0.40 | 198.00 |
| 05/28/13 | KAUP, ANASTASIA N | Emails w/ D. Blabey re: monthly fee application, filing of same (.2); review/revise monthly fee application (.1). | 0.30 | 148.50 |
| 05/28/13 | BLABEY, DAVID E | Edits to monthly fee app. | 0.10 | 74.50 |
| **TOTAL HOURS AND FEES** | | | **3.70** | **$2,281.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| BLOOMBERG LAW RETRIEVAL FEES | 50.41 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$50.41** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$2,331.91** |

| Kramer Levin Naftalis & Frankel LLP | Page No. 8 |
|---|---|
| W.R. GRACE & CO. EQUITY COMMITTEE | June 30, 2013 |
| 056772-00019 | Invoice No. 623085 |

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/28/13 | KAUP, ANASTASIA N | Prepare/coordinate preparation of binders of materials and tables of contents re: same for KL Team in preparation for Third Circuit COA oral argument of briefs (1.6); O/Cs, T/Cs and emails w/ D. Blabey, S. Gribbon, A. Shain, KL staff re: same (.9). | 2.50 | 1,237.50 |

**TOTAL HOURS AND FEES**                                                                  2.50    $1,237.50

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 45.00 |
| TABS | 57.00 |
| PHOTOCOPYING | 191.10 |
| RESEARCH SERVICES | 252.00 |
| WESTLAW ON-LINE RESEARCH | 2,720.35 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**      $3,265.45

**TOTAL FOR THIS MATTER**      $4,502.95