**Exhibit B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    1
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS    - 06975          Proforma Number: 4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                                TO:
            UNBILLED DISB FROM: 05/01/2013                     TO: 05/31/2013

                                  FEES                      COSTS
                                  ----                      -----
       GROSS BILLABLE AMOUNT:     0.00                    1,256.22
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:                              05/31/2013
 CLOSE MATTER/FINAL BILLING?  YES OR NO
  EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

            BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------------------
                                 ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH
                                 --------------------------                                    --------------

                     FEES:             0.00
            DISBURSEMENTS:         1,256.22           UNIDENTIFIED RECEIPTS:          0.00
             FEE RETAINER:             0.00               PAID FEE RETAINER:          0.00
            DISB RETAINER:             0.00              PAID DISB RETAINER:          0.00
         TOTAL OUTSTANDING:        1,256.22           TOTAL AVAILABLE FUNDS:          0.00
                                                             TRUST BALANCE:
                                                            BILLING HISTORY
                                                            ---------------
        DATE OF LAST BILL:    05/20/13               LAST PAYMENT DATE:       06/03/13
         LAST BILL NUMBER:    620813   ACTUAL FEES BILLED TO DATE:          373,000.50
                                       ON ACCOUNT FEES BILLED TO DATE:           0.00
                                            TOTAL FEES BILLED TO DATE:      373,000.50
     LAST BILL THRU DATE:     04/30/13    FEES WRITTEN OFF TO DATE:          85,932.00
                                          COSTS WRITTEN OFF TO DATE:         24,521.28
FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____   Processed by:_____  FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS     - 06975          Proforma Number:    4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE

UNBILLED COSTS SUMMARY ----------- Total Unbilled -----------
Code  Description                   Oldest       Latest       Total
                                    Entry        Entry        Amount
----  -----------                   ------       ------       ------
0841  RESEARCH SERVICES             05/29/13     05/29/13         42.00
0885  LONG-DISTANCE TEL.            05/20/13     05/20/13         23.37
0917  WESTLAW ON-LINE RESEARCH      05/01/13     05/31/13        620.00
0921  LEXIS/NEXIS ON-LINE RESEARCH  05/29/13     05/29/13        570.85

              Total                                            1,256.22


UNBILLED COSTS DETAIL
Description/Code                    Employee          Date           Amount         Index#     Batch No   Batch Date
----------------                    --------          ----           ------         ------     --------   ----------

RESEARCH SERVICES 0841
RESEARCH SERVICES                   BOYLE, B B        05/29/13         42.00       9903187    1407153    05/30/13
NYLI Proquest and Westlaw legis docs for M
Ziegler

                                    0841 RESEARCH SERVICES Total :     42.00

LONG-DISTANCE TEL. 0885
PREMIERE CONFERENCING               BLABEY, D E       05/20/13         23.37       9897239    1403298    05/20/13
PREMIERE CONFERENCING

                                    0885 LONG-DISTANCE TEL. Total :    23.37

WESTLAW ON-LINE RESEARCH 0917
WESTLAW ON-LINE RESE                BLABEY, D E       05/01/13          4.09       9906439    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/02/13          4.09       9906440    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/03/13          4.09       9906441    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/06/13          4.09       9906442    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/07/13          4.09       9906443    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/08/13          4.09       9906444    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/09/13          4.09       9906445    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/10/13          4.09       9906446    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/13/13          4.09       9906447    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/14/13          4.09       9906448    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/15/13          4.09       9906449    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/16/13          4.09       9906450    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/17/13          4.09       9906451    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/20/13          4.09       9906452    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/21/13          4.09       9906453    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/22/13          4.09       9906454    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/23/13          8.18       9906455    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/24/13          4.09       9906456    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E       05/27/13          4.09       9906457    1409967    06/03/13
WESTLAW ON-LINE RESE                BLABEY, D E                         4.09       9906458    1409967    06/03/13
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status       : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code

                              Employee              Date         Amount        Index#     Batch No    Batch Date
                              --------              ----         ------        ------     --------    ----------
WESTLAW ON-LINE RESE          KAUP, A N             05/28/13     481.47        9906459    1409967     06/03/13
WESTLAW ON-LINE RESE          BLABEY, D E           05/28/13       4.09        9906460    1409967     06/03/13
WESTLAW ON-LINE RESE          BLABEY, D E           05/29/13       4.09        9906461    1409967     06/03/13
WESTLAW ON-LINE RESE          BOYLE, B B            05/29/13      36.28        9906462    1409967     06/03/13
WESTLAW ON-LINE RESE          BLABEY, D E           05/30/13       4.09        9906463    1409967     06/03/13
WESTLAW ON-LINE RESE          BLABEY, D E           05/31/13       4.09        9906464    1409967     06/03/13
0917 WESTLAW ON-LINE RESE Total :                                620.00

LEXIS/NEXIS ON-LINE RESEARCH 0921
LEXIS/NEXIS ON-LINE           ZIEGLER, M C          05/29/13     570.85        9907715    1410522     06/03/13
0921 LEXIS/NEXIS ON-LINE Total :                                 570.85


           Costs Total :                                       1,256.22
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                 Amount                         Bill            W/o / W/u     Transfer To   Clnt/Mtr   Carry Forward
----------------------------     ------                         ----            ---------     -----------   --------   -------------

0841 RESEARCH SERVICES            42.00
0885 LONG-DISTANCE TEL.           23.37
0917 WESTLAW ON-LINE RESEARCH    620.00
0921 LEXIS/NEXIS ON-LINE RESEA   570.85


         Costs Total :         1,256.22
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:    4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP  - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status        : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:                              TO:
             UNBILLED DISB FROM:  05/17/2013                  TO: 05/30/2013

                                  FEES                              COSTS

GROSS BILLABLE AMOUNT:           0.00                              1,163.26
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                        05/30/2013
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                          ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

               FEES:            0.00
      DISBURSEMENTS:        1,163.26      UNIDENTIFIED RECEIPTS:     0.00
       FEE RETAINER:            0.00         PAID FEE RETAINER:      0.00
      DISB RETAINER:            0.00        PAID DISB RETAINER:      0.00
   TOTAL OUTSTANDING:        1,163.26     TOTAL AVAILABLE FUNDS:     0.00
                                                  TRUST BALANCE:
                                            BILLING HISTORY

   DATE OF LAST BILL:       05/20/13      LAST PAYMENT DATE:          06/03/13
   LAST BILL NUMBER:         620813   ACTUAL FEES BILLED TO DATE:  1,306,533.50
                                      ON ACCOUNT FEES BILLED TO DATE:     0.00
                                          TOTAL FEES BILLED TO DATE: 1,306,533.50
   LAST BILL THRU DATE:     04/30/13       FEES WRITTEN OFF TO DATE:    440.50
                                          COSTS WRITTEN OFF TO DATE:  2,162.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding         (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
                                         Oldest      Latest       Total
Code Description                         Entry       Entry        Amount
---- -----------                         ------      ------       ------
0950 OUT-OF-TOWN TRAVEL                  05/30/13    05/30/13     1,086.50
0979 BLOOMBERG LAW RETRIEVAL FEES        05/17/13    05/17/13         76.76

                               Total                              1,163.26


U N B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee          Date        Amount       Index#    Batch No   Batch Date
----------------                     --------          ----        ------       ------    --------   ----------

OUT-OF-TOWN TRAVEL 0950
  DINERS CLUB CITICORP DIN            BENTLEY, P       05/30/13      543.25     9927418   1421649    07/01/13
  6/5/2013 NYP TO WAS TO NYP
  DINERS CLUB CITICORP DIN            BLABEY, D E      05/30/13      543.25     9927419   1421649    07/01/13
  6/5/2013 NYP TO WAS TO NYP

                              0950 OUT-OF-TOWN TRAVEL Total :      1,086.50

BLOOMBERG LAW RETRIEVAL FEES 0979
  BLOOMBERG FINANCE L.P.              BENTLEY, P       05/17/13       76.76     9896533   1402495    05/17/13
  BLOOMBERG LAW RETRIEVAL FEES - VENDOR-
  BLOOMBERG FINANCE L.P.

                              0979 BLOOMBERG LAW RETRIE Total :       76.76


                   Costs Total :                                   1,163.26
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    7
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number: 4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount             Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------

0950 OUT-OF-TOWN TRAVEL      1,086.50
0979 BLOOMBERG LAW RETRIEVAL P  76.76


        Costs Total :        1,163.26
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    8
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00008                             Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                         TO:
                UNBILLED DISB FROM:  05/17/2013             TO:  05/17/2013

                              FEES                                     COSTS

GROSS BILLABLE AMOUNT:        0.00                                     50.41
AMOUNT WRITTEN DOWN:
          PREMIUM:
 ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
         THRU DATE:                                                    05/17/2013
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


ACCOUNTS RECEIVABLE TOTALS                                     UNAPPLIED CASH

         FEES:                0.00
 DISBURSEMENTS:              50.41         UNIDENTIFIED RECEIPTS:          0.00
   FEE RETAINER:              0.00           PAID FEE RETAINER:            0.00
  DISB RETAINER:              0.00          PAID DISB RETAINER:            0.00
TOTAL OUTSTANDING:           50.41         TOTAL AVAILABLE FUNDS:          0.00
                                                 TRUST BALANCE:
                                           BILLING HISTORY

DATE OF LAST BILL:   05/20/13            LAST PAYMENT DATE:         06/03/13
LAST BILL NUMBER:    620813    ACTUAL FEES BILLED TO DATE:      253,337.00
                                ON ACCOUNT FEES BILLED TO DATE:       0.00
                                   TOTAL FEES BILLED TO DATE:   253,337.00
LAST BILL THRU DATE: 04/30/13          FEES WRITTEN OFF TO DATE:  20,252.00
                                        COSTS WRITTEN OFF TO DATE:    944.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    9
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS     - 06975            Proforma Number:    4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ---------- Total Unbilled ----------
Code Description                              Oldest        Latest         Total
                                              Entry         Entry          Amount
---- ---------------------------------------  ---------     ---------      ---------
0979 BLOOMBERG LAW RETRIEVAL FEES             05/17/13      05/17/13           50.41

                        Total                                                  50.41


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                     Employee          Date          Amount       Index#   Batch No   Batch Date
---------------------------------------------------  ---------------   ---------     ---------    -------  ---------  ----------

BLOOMBERG LAW RETRIEVAL FEES 0979
   BLOOMBERG  FINANCE L.P.
   BLOOMBERG LAW RETRIEVAL FEES - VENDOR--           BENTLEY, P        05/17/13          50.41    9896534  1402495    05/17/13
   BLOOMBERG  FINANCE L.P.

                                                 0979 BLOOMBERG LAW RETRIE Total :       50.41


                  Costs Total :                                                          50.41
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE   10
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:     4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS   SUMMARY
Code Description            Amount         Bill         W/o / W/u         Transfer To   Clnt/Mtr   Carry Forward
-----------------------     -----------    -------      ----------        ---------------------    -------------

0979 BLOOMBERG LAW RETRIEVAL F    50.41    _____    _____    _____    _____


          Costs Total :         50.41      _____    _____    _____    _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   11
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00019                                          Orig Prtnr : CRED. RGTS     - 06975       Proforma Number:   4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status       : ACTIVE

Special Billing Instructions:

=====================================================================================================================================

                                          PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:                                    TO:
               UNBILLED DISB FROM:     05/28/2013                     TO:    05/28/2013

                                  FEES                                       COSTS

                                                    0.00                              3,265.45
    GROSS BILLABLE AMOUNT:
    AMOUNT WRITTEN DOWN:
               PREMIUM:
      ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:                                                              05/28/2013
  CLOSE MATTER/FINAL BILLING?    YES  OR  NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------------------------------

                                 ACCOUNTS RECEIVABLE TOTALS                                               UNAPPLIED CASH

              FEES:                                 0.00
     DISBURSEMENTS:                             3,265.45      UNIDENTIFIED RECEIPTS:              0.00
      FEE RETAINER:                                 0.00          PAID FEE RETAINER:              0.00
     DISB RETAINER:                                 0.00         PAID DISB RETAINER:              0.00
  TOTAL OUTSTANDING:                            3,265.45      TOTAL AVAILABLE FUNDS:              0.00
                                                                      TRUST BALANCE:
                                         BILLING HISTORY

  DATE OF LAST BILL:           05/31/12      LAST PAYMENT DATE:                  10/17/12
  LAST BILL NUMBER:    594534  ACTUAL FEES BILLED TO DATE:                      472,813.50
                              ON ACCOUNT FEES BILLED TO DATE:                         0.00
                                   TOTAL FEES BILLED TO DATE:                   472,813.50
  LAST BILL THRU DATE:         04/30/12      FEES WRITTEN OFF TO DATE:           11,993.18
                                             COSTS WRITTEN OFF TO DATE:           2,020.63

  FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee          (4) Excessive Legal Time         (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development         (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding       (10) Client Arrangement

  BILL NUMBER:           DATE OF BILL:           Processed by:                  FRC:                  CRC:
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   12
Run Date & Time: 07/01/2013 11:00:39               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                            Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:    4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ------- Total Unbilled -------
Code  Description                          Oldest        Latest         Total
                                            Entry         Entry        Amount
----  -----------                          ------        ------        ------
0816  VELOBINDINGS                         05/28/13     05/28/13         45.00
0817  TABS                                 05/28/13     05/28/13         57.00
0820  PHOTOCOPYING                         05/28/13     05/28/13        191.10
0841  RESEARCH SERVICES                    05/28/13     05/28/13        252.00
0917  WESTLAW ON-LINE RESEARCH             05/28/13     05/28/13      2,720.35

            Total                                                    3,265.45


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                                Employee              Date        Amount       Index#   Batch No    Batch Date
                                                                --------              ----        ------       ------   --------    ----------
VELOBINDINGS 0816
  VELOBINDINGS            17625    BINDING
    KAUP, ANASTASIA N                                           KAUP, A N           05/28/13       22.50      9903827   1407379      05/30/13
  VELOBINDINGS            17625    BINDING
    KAUP, ANASTASIA N                                           KAUP, A N           05/28/13       22.50      9903828   1407379      05/30/13
                                                                0816 VELOBINDINGS Total :          45.00

TABS 0817
  TABS                    17625    TABS
    KAUP, ANASTASIA N                                           KAUP, A N           05/28/13       21.00      9903814   1407376      05/30/13
  TABS                    17625    TABS
    KAUP, ANASTASIA N                                           KAUP, A N           05/28/13       36.00      9903815   1407376      05/30/13
                                                                0817 TABS Total :                  57.00

PHOTOCOPYING 0820
  PHOTOCOPYING
    KAUP, ANASTASIA N                                           KAUP, A N           05/28/13        0.90      9903279   1407362      05/30/13
  PHOTOCOPYING
    KAUP, ANASTASIA N                                           KAUP, A N           05/28/13        0.90      9903280   1407362      05/30/13
  PHOTOCOPYING                                                  KAUP, A N           05/28/13      189.30      9905187   1408555      05/31/13
                                                                0820 PHOTOCOPYING Total :         191.10

RESEARCH SERVICES 0841
  RESEARCH SERVICES
    Westlaw, Pacer etc cases for A Kaup                         BOYLE, B B          05/28/13       84.00      9903174   1407152      05/30/13
  RESEARCH SERVICES
    Case pull for A KAUP                                        NG, E N             05/28/13      168.00      9903987   1407747      05/31/13
                                                                0841 RESEARCH SERVICES Total :    252.00

WESTLAW ON-LINE RESEARCH 0917
  WESTLAW ON-LINE RESE                                          KAUP, A N           05/28/13      101.61      9906465   1409967      06/03/13
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   13
Run Date & Time: 07/01/2013 11:00:39               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : HEARINGS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status       : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/code                  Employee          Date           Amount      Index#    Batch No   Batch Date

WESTLAW ON-LINE RESE              NG, E N           05/28/13        965.66    9906466    1409967    06/03/13
WESTLAW ON-LINE RESE              BOYLE, B B        05/28/13      1,653.08    9906467    1409967    06/03/13
0917 WESTLAW ON-LINE RESE Total :                                 2,720.35


           Costs Total :                                          3,265.45
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE   14
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/01/2013 11:00:39

Matter No: 056772-00019                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    4601097
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description           Amount              Bill        W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward
-----------------------    -----------------   ---------   ---------------   -------------------------- -----------------

0816 VELOBINDINGS                    45.00     _____   _____   _____ _____

0817 TABS                            57.00     _____   _____   _____ _____

0820 PHOTOCOPYING                   191.10     _____   _____   _____ _____

0841 RESEARCH SERVICES              252.00     _____   _____   _____ _____

0917 WESTLAW ON-LINE RESEARCH     2,720.35     _____   _____   _____ _____


           Costs Total :          3,265.45     _____   _____   _____ _____
```