IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 21, 2013 |
| | ) | |

**SUMMARY APPLICATION OF THE LAW OFFICES OF ROGER HIGGINS, LLC, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM MAY 1, 2013, THROUGH MAY 31, 2013**

| | |
|---|---|
| Name of Applicant: | The Law Offices of Roger Higgins, LLC[2] |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order entered February 4, 2011, effective as of March 1, 2011 |
| Period for which compensation and reimbursement is sought: | May 1, 2013, to May 31, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary: | $50,540.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $581.59 |

This is a X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Please note that, as of April 2, 2012, Baer Higgins Fruchtman LLC changed its name to the Law Offices of Roger J. Higgins, LLC.

The total time expended for the preparation of this application is approximately 5.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $2,000.00.

This is the monthly application of The Law Offices of Roger Higgins, LLC ("RJH") for interim compensation of services for the interim fee period May 1, 2013, through May 31, 2013. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 28, 2011 | Jan. 1-31, 2011 | $106,532.50 | $7,884.34 | Interim approval | Interim approval |
| March 28, 2011 | Feb. 1-28, 2011 | $141,095.00 | $6,912.07 | Interim approval | Interim approval |
| April 29, 2011 | March 1-31, 2011 | $94,245.00 | $5,623.31 | Interim approval | Interim approval |
| May 31, 2011 | Jan.- Mar., 2011 | $341,872.50 | $20,419.72 | Interim approval | Interim approval |
| June 6, 2011 | April 1-30, 2011 | $126,115.00 | $6,719.75 | Interim approval | Interim approval |
| June 28, 2011 | May 1-31, 2011 | $137,742.50 | $649.13 | Interim approval | Interim approval |
| July 28, 2011 | June 1-31, 2011 | $179,485.00 | $7,869.26 | Interim approval | Interim approval |
| August 2, 2011 | Apr.-June 2011 | $443,342.50 | $15,238.14 | Interim approval | Interim approval |
| August 29, 2011 | July 1-31, 2011 | $117,850.00 | $5,127.01 | Interim approval | Interim approval |
| September 28, 2011 | Aug. 1-31, 2011 | $95,347.50 | $812.62 | Interim approval | Interim approval |
| October 28, 2011 | Sept. 1-30, 2011 | $146,110.00 | $1,716.51 | Interim approval | Interim approval |
| November 8, 2011 | July – Sept. 2011 | $359,307.50 | $7,656.14 | Interim approval | Interim approval |
| November 29, 2011 | Oct. 1-31, 2011 | $127,765.00 | $2,158.14 | Interim approval | Interim approval |
| December 28, 2011 | Nov. 1-30, 2011 | $104,060.00 | $2,036.03 | Interim approval | Interim approval |
| January 30, 2012 | Dec. 1-31, 2011 | $75,292.50 | $1,761.64 | Interim approval | Interim approval |
| February 10, 2012 | Oct. – Dec. 2011 | $307,117.50 | $5,955.81 | Interim approval | Interim approval |
| February 28, 2012 | Jan. 1-31, 2012 | $106,890.00 | $3,990.82 | Interim approval | Interim approval |
| March 28, 2012 | Feb. 1-29, 2012 | $107,737.50 | $1,069.63 | Interim approval | Interim approval |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| April 30, 2012 | Mar. 1-31, 2012 | $77,852.50 | $1,046.00 | Interim approval | Interim approval |
| May 2, 2012 | Jan.- Mar., 2012 | $292,480.00 | $6,106.45 | Interim approval | Interim approval |
| May 28, 2012 | Apr. 1-30, 2012 | $70,585.00 | $1,148.83 | Interim approval | Interim approval |
| July 3, 2012 | May 1-31, 2012 | $77,995.00 | $1,044.40 | Interim approval | Interim approval |
| July 30, 2012 | June 1-30, 2012 | $43,557.50 | $742.78 | Interim approval | Interim approval |
| August 7, 2012 | Apr.-June 2012 | $192,137.50 | $2,838.97 | Interim approval | Interim approval |
| August 31, 2012 | July 1-31, 2012 | $33,820.00 | $1,151.82 | Interim approval | Interim approval |
| October 1, 2012 | Aug.1-31, 2012 | $44,157.50 | $530.23 | Interim approval | Interim approval |
| November 7, 2012 | Sept. 1-30, 2012 | $36,147.50 | $571.31 | Interim approval | Interim approval |
| November 16, 2012 | July -Sept. 2012 | $114,125.00 | $2,350.40 | Interim approval | Interim approval |
| November 28, 2012 | Oct. 1-31, 2012 | $62,082.50 | $2,488.31 | Interim approval | Interim approval |
| January 2, 2013 | Nov. 1-30, 2012 | $62,993.50 | $1,188.23 | Interim approval | Interim approval |
| January 28, 2013 | Dec. 1-31, 2012 | $38,902.50 | $520.23 | Interim approval | Interim approval |
| February 14, 2013 | Oct.-Dec. 2013 | $163,978.50 | $3,528.77 | Pending | Pending |
| March 4, 2013 | Jan. 1-31, 2013 | $86,877.50 | $520.23 | Interim approval | Interim approval |
| March 28, 2013 | Feb. 1-28, 2013 | $70,585.00 | $711.47 | Interim approval | Interim approval |
| April 29, 2013 | Mar. 1-31, 2013 | $46,075.00 | $724.60 | Interim approval | Interim approval |
| May 15, 2013 | Jan.-Mar. 2013 | $203, 537.50 | $1,956.30 | Pending | Pending |
| May 28, 2013 | April 1-30 | $77,472.50 | $992.93 | Interim approval | Interim approval |

The following RJH attorney rendered professional services in these cases during the Fee Period:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Roger J. Higgins | Member | 1999 | Restructuring | $475.00 | 106.40 | $50,540.00 |
| Totals for Attorneys | | | | | 106.40 | $50,540.00 |

3

There are no paraprofessionals of RJH who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees:    $50,540.00

Grand Total for Expenses:    $581.59

## COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---:|---:|
| 2 | Asset Disposition | 7.30 | $3,467.50 |
| 3 | Business Operations | 0.40 | $190.00 |
| 4 | Case Administration | 3.00 | $1,425.00 |
| 5 | Claim Analysis Objection & Resolution (Asbestos) | 8.70 | $4,132.50 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 51.30 | $24,367.50 |
| 7 | Committee, Creditors', Noteholders', or Equity Holders' | 2.30 | $1,092.50 |
| 11 | Fee Applications, Applicant | 3.60 | $1,710.00 |
| 12 | Fee Applications, Others | 2.80 | $1,330.00 |
| 14 | Hearings | 1.00 | $475.00 |
| 15 | Litigation and Litigation Consulting | 6.20 | $2,945.00 |
| 16 | Plan and Disclosure Statement | 19.80 | $9,405.00 |
| **Totals for Matters** | | **106.40** | **$50,540.00** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $15.00 |
| Long Distance/Conference Telephone Charges/Internet | $91.59 |
| Online research | $475.00 |
| Total: | $581.59 |

WHEREFORE, RJH respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of $50,540.00 for reasonable and necessary professional services RJH has rendered to the Debtors during the Fee Period ($40,432.00); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by RJH during the Fee Period ($581.59); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated:  July 1, 2013                                      Respectfully submitted,

The Law Offices of Roger Higgins, LLC

_____
Roger J. Higgins

The Law Offices of Roger Higgins, LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 836-4022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[3] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: July 21, 2013 |
| | ) |

**FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF ROGER HIGGINS, LLC, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM MAY 1, 2013, THROUGH MAY 31, 2013**

Compensation by Matter Summary

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 2 | Asset Disposition | 7.30 | $3,467.50 |
| 3 | Business Operations | 0.40 | $190.00 |
| 4 | Case Administration | 3.00 | $1,425.00 |
| 5 | Claim Analysis Objection & Resolution (Asbestos) | 8.70 | $4,132.50 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 51.30 | $24,367.50 |
| 7 | Committee, Creditors', Noteholders', or Equity Holders' | 2.30 | $1,092.50 |
| 11 | Fee Applications, Applicant | 3.60 | $1,710.00 |
| 12 | Fee Applications, Others | 2.80 | $1,330.00 |

---

[3] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---:|---:|
| 14 | Hearings | 1.00 | $475.00 |
| 15 | Litigation and Litigation Consulting | 6.20 | $2,945.00 |
| 16 | Plan and Disclosure Statement | 19.80 | $9,405.00 |
| **Totals for Matters** | | **106.40** | **$50,540.00** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $15.00 |
| Long Distance/Conference Telephone Charges/Internet | $91.59 |
| Online research | $475.00 |
| Total: | **$ 581.59** |