<u>**EXHIBIT A**</u>

**May 2013 Fee Detail**

**Matter 2**                                    **Asset Disposition**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/1/2013 | Legal research re 7600 Grace Drive sale issues (3.80); telephone conference with J. Gettleman re same (.50); exchange correspondence with various parties re same (.50); telephone conference with V. Finkelstein re same (.30); telephone conference with B. McGowan re same (.40). | 5.50 | $475 | $2,612.50 |
| RJH | 5/2/2013 | Analyze issues re Monitor software side letter (.30); telephone conference with J. Dipchand re same (.30); exchange correspondence with R. Finke re same (.30). | .90 | $475 | $427.50 |
| RJH | 5/6/2013 | Attend to matters re motion and CNO re 7600 Grace Drive (.40). | .40 | $475 | $190.00 |
| RJH | 5/7/2013 | Attend to matters re entry of order re 7600 Grace Drive and related matters (.50). | .50 | $475 | $237.50 |
| Total | | | 7.30 | | $3,467.50 |

**Matter 3**                                   **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/2/2013 | Telephone conference with B. Jaffe re proposed business transaction (.20); attend to matters re same (.20). | .40 | $475 | $190.00 |
| Total | | | 0.40 | | $ 190.00 |

**Matter 4**                                    **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/3/2013 | Correspond with Q. Nguyen re Munoz claim (.40). | .40 | $475 | $190.00 |
| RJH | 5/13/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 5/14/2013 | Respond to M. Araki re creditor inquiries (.30); telephone conferences with M. Araki re same (.40); telephone conference with J. Gettleman re same (.30). | 1.00 | $475 | $475.00 |
| RJH | 5/21/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 5/23/2013 | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| RJH | 5/29/2013 | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| Total | | | 3.00 | | $1,425.00 |

**Matter 5**                                        **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/14/2013 | Legal research re proposed asbestos property damage claim transfer and related draft documentation thereof (.30); revised proposed draft agreement (1.50);  telephone conference with J. Cohen re same (.40); exchange correspondence with J. Cohen re same (.30). | 2.50 | $475 | $1,187.50 |
| RJH | 5/17/2013 | Review and analyze Oldon & Southpaw comments to claim transfer agreement (.40); revise same (.20); exchange correspondence with R. Finke re same (.40); exchange correspondence with J. Cohen re same (.30); analyze issues re ZAI claims (.40); exchange correspondence with M. Araki re same (.30); telephone conference with M. Araki re same (.30). | 2.30 | $475 | $1,092.50 |
| RJH | 5/22/2013 | Legal research re ZAI claims issue (1.00); telephone conference with K. Becker and M. Araki re same (.40); exchange correspondence with D. Boll re same (.20); telephone conference with D. Boll re same (.30). | 1.90 | $475 | $902.50 |
| RJH | 5/24/2013 | Analyze ZAI claims issue (.70); exchange correspondence with K. Becker re same (.40). | 1.10 | $475 | $522.50 |
| RJH | 5/31/2013 | Analyze issues re ZAI claims (.50); exchange correspondence with R. Finke and others re same (.40). | .90 | $475 | $427.50 |
| Total | | | 8.70 | | $4,132.50 |

4

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/1/2013 | Attend to matters re Paulsboro claim settlement (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| RJH | 5/2/2013 | Telephone conference with H. Feichko re USG-DAP settlement (.40); telephone conference with L. Gardner re National Aluminum (.30); analyze issues re same (.20); update open claims report (1.50); legal research re same (.70). | 3.10 | $475 | $1,472.50 |
| RJH | 5/2/2013 | Analyze issues re Novak PRP correspondence (.30); exchange correspondence with H. Feichko re same (.20). | .50 | $475 | $237.50 |
| RJH | 5/6/2013 | Attend to matters re DAP settlement (.30); exchange correspondence with  various parties re same (.40); analyze issues re National Aluminum claim (.50); exchange correspondence with various parties re same (.40). | 1.60 | $475 | $760.00 |
| RJH | 5/7/2013 | Legal analysis re National Aluminum issue (.50). | .50 | $475 | $237.50 |
| RJH | 5/8/2013 | Draft and revise form of stipulation re National Aluminum claim (2.00); draft form of settlement notice re same (1.40); draft correspondence to L. Duff, M. Araki and L. Gardner re same (.50); exchange correspondence to R. Stone re same (.40); analyze issues raised by R. Stone re same (1.40); telephone conference with M. Araki re same (.60). | 6.30 | $475 | $2,992.50 |
| RJH | 5/9/2013 | Analysis re National Aluminum claim (.80); telephone conference with C. Greco (.40); telephone conference with L. Duff (.50); revise stipulation (.50); exchange correspondence with various parties (.40). | 2.60 | $475 | $1,235.00 |
| RJH | 5/10/2013 | Telephone conference with R. Stone re National Aluminum claim (.40); draft correspondence to L. Duff re same (.30); prepare for telephone conference with R. Finke re Hanmar claim (.20); participate in same (.50); legal research re same (1.50) attend to matters re lease rejection claims bar date (.80). | 3.70 | $475 | $1,757.50 |
| RJH | 5/13/2013 | Legal research re lease rejection claim (1.50). | 1.50 | $475 | $712.50 |
| RJH | 5/15/2013 | Revise and prepare National Aluminum stipulation for execution (.80); circulate same for execution (.20); legal research re additional environmental claims (.90); telephone conference with S. Levin re National Aluminum and other issues (.60). | 2.50 | $475 | $1,187.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/16/2013 | Exchange correspondence with J. Cohen re National Aluminum (.30); review and analyze client documents re Hanmar lease rejection claim (1.00). | 1.30 | $475 | $617.50 |
| RJH | 5/17/2013 | Telephone conference with C. Finke re claim issue (.50); legal research re same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 5/20/2013 | Legal research re Hanmar claim (1.00); prepare analysis of Hanmar assertions re renovations (5.00). | 6.00 | $475 | $2,850.00 |
| RJH | 5/21/2013 | Analyze Hanmar POC and other documents (2.00); draft letter re same (3.00). | 5.00 | $475 | $2,375.00 |
| RJH | 5/22/2013 | Legal research re Hanmar claim (2.30); draft and revise letter re same (1.20); attend to matters re National Aluminum (.30). | 3.80 | $475 | $1,805.00 |
| RJH | 5/23/2013 | Analysis re state tax issue (.80); participate in telephone conference with D. Teichen, C. Finke, T. Maynes et al. (.50); analyze issues re pending claim transfer (.60); telephone conference with J. Cohen re same (.30); attend to matters re execution of National Aluminum stipulation (.40). | 2.60 | $475 | $1,235.00 |
| RJH | 5/27/2013 | Review and analyze F. Rinke comments to draft Hanmar/Hankin documents (1.00); telephone conference with R. Finke re same (.80); revise document re same (.60). | 2.40 | $475 | $1,140.00 |
| RJH | 5/28/2013 | Revise Hanmar/Hankin documents (2.40); circulate same to client for comment (.30); attend to matters re filing of notice of settlement for National Aluminum stipulation (.80). | 3.50 | $475 | $1,662.50 |
| RJH | 5/29/2013 | Analyze VSPP issues and Blackstone documents (.80); participate in telephone conference with Blackstone and BMC re same (.60). | 1.40 | $475 | $665.00 |
| RJH | 5/31/2013 | Analyze issues re Hanmar/Hankin (.50); exchange correspondence with various parties re same (.50). | 1.00 | $475 | $475.00 |
| Total | | | 51.30 | | $24,367.50 |

6

Matter 7                           Committee, Creditors', Noteholders', or Equity Holders'

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/21/2013 | Review and comment on FCR motion (.80). | .80 | $475 | $380.00 |
| RJH | 5/22/2013 | Review and comments on revised FCR motion (.80). | .80 | $475 | $380.00 |
| RJH | 5/23/2013 | Review and comment on final draft of FCR motion (.70). | .70 | $475 | $332.50 |
| Total |  |  | 2.30 |  | $1,092.50 |

**Matter 11**                              **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/14/2013 | Prepare RJH first quarter 2013 fee application (.50). | .50 | $475 | $237.50 |
| RJH | 5/15/2013 | Prepare RJH first quarter 2013 fee application (1.50). | 1.50 | $475 | $712.50 |
| RJH | 5/22/2013 | Prepare April fee application (.60). | .60 | $475 | $285.00 |
| RJH | 5/24/2013 | Prepare April fee application (1.00). | 1.00 | $475 | $475.00 |
| Total | | | 3.60 | | $1,710.00 |

**Matter 12**                              **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/14/2013 | Review Grant Thornton fee application and draft response re same (.40). | .40 | $475 | $190.00 |
| RJH | 5/15/2013 | Telephone conference with B. Ruhlander and A. Schlesinger re fee application question (.30). | .30 | $475 | $142.50 |
| RJH | 5/21/2013 | Telephone conference with R. Finke re Venable fee applications issue (.50); legal research re same (.50); exchange correspondence with various parties re same (.30). | 1.30 | $475 | $617.50 |
| RJH | 5/22/2013 | Legal research re Venable issue (.50); exchange correspondence with various parties re same (.30). | .80 | $475 | $380.00 |
| Total |  |  | 2.80 |  | $1,330.00 |

**Matter 14**                                          **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/3/2013 | Review and comment on draft 5/20 hearing agenda (.30). | .30 | $475 | $142.50 |
| RJH | 5/8/2013 | Telephone conference with K. Makowski re service issues (.40). | .40 | $475 | $190.00 |
| RJH | 5/22/2013 | Attend to matters re potential filings for June hearing (.30). | .30 | $475 | $142.50 |
| Total | | | 1.00 | | $ 475.00 |

**Matter 15**                                    **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/2/2013 | Exchange correspondence with E. Wolfe and others re Norfolk Southern (.30); analyze issues re same (.40). | .70 | $475 | $332.50 |
| RJH | 5/3/2013 | Prepare for telephone conference with D. Baldwin re Norfolk Southern (.30); participate in same (.70); analyze issues re same (.40); exchange correspondence with J. Hughes re same (.20). | 1.60 | $475 | $760.00 |
| RJH | 5/6/2013 | Analysis re mediation issues in Norfolk Southern matter (1.30); telephone conference with J. Hughes re same (.40); exchange correspondence with D. Baldwin re same (.20). | 1.90 | $475 | $902.50 |
| RJH | 5/9/2013 | Analyze client documents re claim litigation matter (.50). | .50 | $475 | $237.50 |
| RJH | 5/15/2013 | Telephone conference with J. Hughes re Norfolk Southern (.50). | .50 | $475 | $237.50 |
| RJH | 5/20/2013 | Legal research re Norfolk Southern claim (.50); telephone conference with J. Hughes re same (.50). | 1.00 | $475 | $475.00 |
| Total | | | 6.20 | | $2,945.00 |

**Matter 16**                              **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 5/6/2013 | Analyze issues re effective date checklist (2.00); legal research re same (.50); exchange correspondence with J. Gettleman re same (.20). | 2.70 | $475 | $1,282.50 |
| RJH | 5/7/2013 | Participate in bi-weekly plan proponents' professionals conference call (.70); legal research re effective date checklist issues (1.00); exchange correspondence with J. Gettleman re same (.30); telephone conference with J. Gettleman re same (.40); review and comment on draft checklist (.70); exchange correspondence with various parties re allowed claims exhibit (.60); telephone conference with M. Araki re same (.20); telephone conference with A. Schlesinger re same (.30); legal research and analysis re same (.70). | 4.90 | $475 | $2,327.50 |
| RJH | 5/9/2013 | Analyze effective date issues (.70); prepare for telephone conference with M. Araki, A. Schlesinger and B. Jaffe re allowed claims exhibit (.30); participate in same (.80). | 1.80 | $475 | $855.00 |
| RJH | 5/15/2013 | Telephone conference with J. Gettleman re plan issues (.70); legal analysis re same (1.00). | 1.70 | $475 | $807.50 |
| RJH | 5/17/2013 | Review and comment on effective date checklist (.50); telephone conference with J. Gettleman re same (1.40); legal research re same (1.40); analyze issue re PD guarantee (1.20); telephone conference with J. Gettleman re same (.30). | 3.60 | $475 | $1,710.00 |
| RJH | 5/21/2013 | Prepare for and participate in bi-weekly plan sponsors' counsels conference call (1.00); telephone conference with J. Gettleman re various issues (.50). | 1.50 | $475 | $712.50 |
| RJH | 5/23/2013 | Analyze draft allowed claims exhibit (.80); exchange correspondence re same (.30). | 1.10 | $475 | $522.50 |
| RJH | 5/29/2013 | Participate in telephone conference with BMC and Blackstone re allowed claims exhibit (1.00); analyze issues re same (1.50). | 2.50 | $475 | $1,187.50 |
| Total | | | 19.80 | | $9,405.00 |