## EXHIBIT B

## May 2013 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $15.00 |
| Long Distance/Conference Telephone Charges/Internet | $91.59 |
| Online research | $475.00 |
| Total: | $ 581.59 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 6/17/13 | $475.00 | Lexis Nexis - Grace charges for May |
| 6/6/13 | $15.00 | Fax and other charges for May |
| 6/5/13 | $91.59 | ICI Telecon IC -Grace conference call charges for May |
| Total | $ 581.59 | |

Total May 2013 Expenses: $ 581.59