<u>**EXHIBIT A**</u>

**April 2013 Fee Detail**

**Matter 2**                                                    **Asset Dispositions**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/11/2013 | Draft motion re asset disposition (4.00); draft declaration re same (1.50); telephone conference with J. McFarland re same (.30); draft sale order re same (.30); exchange correspondence with various parties re same (.30). | 6.40 | $475 | $3,040.00 |
| RJH | 4/12/2013 | Legal research re property sale issues (.50); draft and revise motion re same (5.00); draft and revise Baird declaration re same (2.00); draft form of sale order (3.50); draft form of sale notice (1.50). | 12.50 | $475 | $5,937.50 |
| RJH | 4/13/2013 | Draft and revise form of order re property sale (2.00); legal research re same (.70); revise motion re same (2.00). | 4.70 | $475 | $2,232.50 |
| RJH | 4/14/2013 | Legal research re property sale issues (1.50); revise motion re same (2.00); revise form of order (.50); revise Baird declaration (.70); revise sale hearing notice (.60); exchange correspondence with V. Finkelstein re property sale issues (.40); incorporate Grace comments to Motion (.70). | 6.40 | $475 | $3,040.00 |
| RJH | 4/15/2013 | Incorporate various comments into motion (1.50); further revise motion (1.00); revise Baird declaration (1.00); incorporate comments into form of order (1.50); further revise order (.30); review and revise form of sale notice (.80); legal research re sale issues (1.00); prepare motion and associated documents for filing (.50); telephone conference with J. Gettleman re sale issues (.30); multiple telephone conferences with K. Makowski re same (.80); telephone conferences with J. O'Neill re notice and related issues (.70). | 9.40 | $475 | $4,465.00 |
| RJH | 4/16/2013 | Attend to matters re filing of Baird Declaration (.40); attend to matters re 7600 Grace Drive sale motion (.30); telephone conferences with K. Makowski re same (.50); exchange correspondence with various parties re same (.40). | 1.60 | $475 | $760.00 |
| RJH | 4/22/2013 | Analyze issues raised by J. Freeman regarding form of order for 7600 Grace Drive property sale (.40); exchange correspondence with J. Freeman re same (.30). | .70 | $475 | $332.50 |
| RJH | 4/29/2013 | Telephone conference with I. Walker re 7600 Grace Drive transaction (.50); analyze issues re same (.40); exchange correspondence with various parties re same (.30). | 1.20 | $475 | $570.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/30/2013 | Exchange correspondence with I. Walker re 7600 Grace Drive transaction (.50); exchange correspondence with V. Finkelstein, B. McGowan and D. Baird re same (.40); analyze issues and legal research re same (1.50); prepare for telephone conference with V. Finkelstein, B. McGowan and D. Baird re same (.20); participate in same (.90); draft materials re same (.40); telephone conferences with I. Walker re same (.40); telephone conference with J. McFarland re same (.30). | 4.60 | $475 | $2,185.00 |
| Total | | | 47.50 | | $22,562.50 |

| Matter 3 | | Business Operations | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 4/1/2013 | Legal analysis re proposed business transaction (1.00); prepare for telephone conference re same (.70); participate in same (.50). | 2.20 | $475 | $1,045.00 |
| RJH | 4/2/2013 | Telephone conference with J. O'Connell re proposed business transaction (.40); exchange correspondence with J. Gettleman et al. re same (.20); telephone conferences with J. Gettleman re same (.40); analyze issues re same (2.50); telephone conferences with J. O'Neill re same (.40). | 3.90 | $475 | $1,852.50 |
| RJH | 4/3/2013 | Analyze issues re Monitor software contract (1.50); exchange correspondence with L. Andriate and R. Finke re same (.50); draft correspondence to J. Dipchand re same (.40); telephone conference with A. Goldstein re same (.40); analyze and comment on timeline for proposed business transaction (.30); exchange correspondence with various parties re same (.50). | 3.60 | $475 | $1,710.00 |
| RJH | 4/4/2013 | Exchange correspondence with J. Dipchand re Monitor software contract (.20); analyze issues re same (.60); exchange correspondence with R. Finke and L. Andriate re same (.40). | 1.20 | $475 | $570.00 |
| RJH | 4/5/2013 | Legal analysis re proposed business transaction (1.00); prepare for telephone conference re same (.70); participate in same (.50). | 2.20 | $475 | $1,045.00 |
| RJH | 4/8/2013 | Review and analyze draft talking points re proposed business transaction (.50); exchange correspondence with various parties re same (.20). | .70 | $475 | $332.50 |
| RJH | 4/9/2013 | Telephone conference with J. Dipchand re Monitor contract rejection issue (.30); exchange correspondence with L. Andriate and R. Finke re same (.30); review and analyze issues re same (.20). | .80 | $475 | $380.00 |
| RJH | 4/10/2013 | Review and analyze information regarding potential business transaction (.30). | .30 | $475 | $142.50 |
| RJH | 4/16/2013 | Telephone conference with A. Schlesinger re potential business transaction (.50); telephone conference with J. O'Connell re same (.40); exchange correspondence with A. Paul re same (.30); analyze issues re same (.50); review and comment on proposed presentation re same (.40). | 2.10 | $475 | $997.50 |
| RJH | 4/19/2013 | Exchange correspondence with J. Dipchand re Monitor contract rejection issue (.30); exchange correspondence with R. Finke and L. Andriate re same (.40); legal research re same (.80); attend to matters re same (.20). | 1.70 | $475 | $807.50 |
| RJH | 4/20/2013 | Analyze proposed business transaction (.50); exchange correspondence with A. Paul, P. Schumacher and J. O'Connell re same (.70). | 1.20 | $475 | $570.00 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/21/2013 | Prepare for telephone conference with A. Paul, P. Schumacher and J. O'Connell (.30); participate in same (.60). | .90 | $475 | $427.50 |
| RJH | 4/22/2013 | Legal research re Monitor contract rejection issue (.50); telephone conference with D. Lewis re same (.40); prepare for telephone conference with D. Wildes and A. Paul re proposed business transaction (.30); participate in same (.50); telephone conferences with J. O'Connell and A. Schlesinger re same (.50); telephone conferences with A. Paul re same (.60); review and analyze Blackstone materials re same (.70); exchange correspondence with various parties re same (.30); multiple additional telephone conferences with A. Paul re various matters relating to business transaction (.70); draft memorandum re same (2.30); telephone conference with K. Makowski re same (.40). | 7.20 | $475 | $3,420.00 |
| RJH | 4/23/2013 | Prepare for telephone conference with L. Andriate and R. Finke re Monitor contract matter (.20); participate in same (.40); draft correspondence re same (.50); exchange additional correspondence with various parties re same (.30); review and analyze issues re proposed business transaction (.70); exchange correspondence with various parties re same (.50); multiple telephone conferences with A. Paul re same (.60); mutliple telephone conferences with J. Gettleman re same (.50); review and comment on draft motion re same (.80). | 4.50 | $475 | $2,137.50 |
| RJH | 4/24/2013 | Analyze legal issues re Monitor contract rejection issue (.80); exchange correspondence with J. Dipchand and other Deloitte counsel re same (1.00); exchange correspondence with A. Goldstein re same (.40); exchange correspondence with L. Andriate and R. Finke re same (.60); telephone conference with R. Finke re same (.30); review Ropes & Gray draft order re same (.30); revise same (.60); exchange correspondence with R. Finke re same (.40); analyze proposed Skadden changes (.30); analyze issues and review correspondence re proposed business transaction (.30); exchange correspondence with various parties re same (.40); telephone conference with J. Gettleman re same (.40); review and comment on revised draft motion re same (.70); review and analyze client comments re same (.30). | 6.80 | $475 | $3,230.00 |
| RJH | 4/26/2013 | Review and analyze D. Felder comments to draft business acquisition motion (.40); legal research re motion to seal issues (.40); exchange correspondence with M. Jones re same (.20); | 1.00 | $475 | $475.00 |
| RJH | 4/27/2013 | Review and comment on business transaction motion (1.00). | 1.00 | $475 | $475.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/29/2013 | Review and comment on motion to seal business transaction motion (.50); review and analyze draft Deloitte side letter re Monitor contract rejection (.40); exchange correspondence with various parties re same (.30). | 1.20 | $475 | $570.00 |
| RJH | 4/30/2013 | Analyze issues re Monitor software contract rejection (.40); exchange correspondence with various parties re same (.50); analyze various issues re potential business transaction (.30); telephone conference with R. Finke re form of Monitor order (.40). | 1.60 | $475 | $760.00 |
| Total | | | 44.10 | | $20,947.50 |

Matter 4            Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/5/2013 | Review and analyze 10-Q excerpt (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| RJH | 4/8/2013 | Telephone conference with T. Hurley re case status (.30); telephone conference with M. Sandri re same (.30); respond to various creditor inquiries (.40). | 1.00 | $475 | $475.00 |
| RJH | 4/9/2013 | Respond to creditor inquiries (.50); exchange correspondence with M. Araki re potential claims trading issue (.30). | .80 | $475 | $380.00 |
| RJH | 4/10/2013 | Exchange correspondence with S. Kalb re claims trading issue (.20); exchange correspondence with M. Araki re same (.30); review quarterly OCP report and prepare same for filing (.70); respond to creditor inquiries (.40); exchange correspondence with D. Leon re claims transfer issue (.30); analyze issues re same (.30); exchanger correspondence with M. Araki re same (.20); draft correspondence to E. Mosley (.70); legal research re same (1.00). | 4.10 | $475 | $1,947.50 |
| RJH | 4/11/2013 | Legal research re 10-Q input (1.30); multiple conference calls with M. Araki re same (1.00); revise same (.40); correspondence with various parties re same (.30). | 3.00 | $475 | $1,425.00 |
| RJH | 4/23/2013 | Legal analysis re Brenda Helms claim transfer (.30); exchange correspondence with M. Araki re same (.20). | .50 | $475 | $237.50 |
| RJH | 4/25/2013 | Analyze issues re prior quarter settlement reports (.40); review and prepare 1st quarter 2013 settlement report for filing (.50); review and prepare 1st quarter 2013 asset sale report for filing (.50). | 1.40 | $475 | $665.00 |
| RJH | 4/25/2013 | Telephone conference with R. Finke re 10-Q insert (.40); respond to creditor inquiries (.30). | .70 | $475 | $332.50 |
| RJH | 4/26/2013 | Exchange correspondence with D. Borowy re settlement notice matter and analyze issues re same (.30). | .30 | $475 | $142.50 |
| RJH | 4/30/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| Total | | | 12.60 | | $5,985.00 |

6

Matter 5                      Claim Analysis Objection & Resolution (Asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/16/2013 | Legal research re asbestos claim transfer issue (.30); telephone conference with M. Araki re same (.30); exchange correspondence with various parties re same (.50); telephone conferences with J. Cohen re same (.40); telephone conference with R. Finke re same and other issues (.40). | 1.90 | $475 | $902.50 |
| RJH | 4/23/2013 | Exchange correspondence with M. Araki re asbestos property damage claim transfer (.30); analyze issues re same (.20); telephone conference with J. Cohen re same (.20). | .70 | $475 | $332.50 |
| RJH | 4/24/2013 | Analyze draft Southpaw form of consent for asbestos property damage claim transfer (.30); correspond with R. Finke re same (.30); correspond with M. Araki and J. Cohen re same (.40). | 1.00 | $475 | $475.00 |
| RJH | 4/26/2013 | Attend to matters re asbestos property damage claim transfer (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| Total | | | 4.10 | | $1,947.50 |

**Matter 6**                               **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/1/2013 | Legal analysis re IRS claim objection (1.50); telephone conference with C. Finke re same (.70). | 2.20 | $475 | $1,045.00 |
| RJH | 4/2/2013 | Legal analysis re IRS claim objection (.30). | .30 | $475 | $142.50 |
| RJH | 4/4/2013 | Telephone conference with C. Finke re IRS claim (.50); telephone conference with C. Finke and D. Teichen re same (.60); analyze issues re same (.40); review and revise draft claims settlement notice re Paulsboro site (.80); review proposed stipulation and analyze issues re same (.50); exchange correspondence with S. Levin re same (.30). | 3.10 | $475 | $1,472.50 |
| RJH | 4/5/2013 | Legal analysis re lease claim (1.00). | 1.00 | $475 | $475.00 |
| RJH | 4/8/2013 | Telephone conference with M. Araki re lease claim (.30); legal research re same (.40). | .70 | $475 | $332.50 |
| RJH | 4/9/2013 | Legal research re lease rejection issues (1.50); draft and exchange correspondence with R. Finke re same (.30). | 1.80 | $475 | $855.00 |
| RJH | 4/10/2013 | Prepare lease rejection notice (2.00); exchange correspondence with various parties re same (.30); legal analysis re same (.50); exchange correspondence with Q. Nguyen re Munoz claim (.30); legal research re same (.80); review and analyze open claims report (.70). | 4.60 | $475 | $2,185.00 |
| RJH | 4/11/2013 | Telephone conference with S. Levin et al. re questions regarding Paulsboro settlement notice (.70); prepare for same (.20); exchange correspondence with various parties re same (.30); revise lease rejection notice (1.00); legal research re same (.30); prepare same for filing (.30). | 2.80 | $475 | $1,330.00 |
| RJH | 4/15/2013 | Prepare for telephone conference with D. Wildes and S. Levin re Paulsboro site settlement (.30); participate in same (.50). | .80 | $475 | $380.00 |
| RJH | 4/19/2013 | Exchange correspondence with R. Finke re Hanmar/Hankin claim and attend to matters re same (.30). | .30 | $475 | $142.50 |
| RJH | 4/23/2013 | Analyze client documents re Hanmar/Hankin claim (.50); telephone conference with R. Finke re same (.30). | .80 | $475 | $380.00 |
| Total | | | 18.40 | | $8,740.00 |

8

**Matter 8**                                                  **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/1/2013 | Telephone conference with J. O'Neill re 2013 LTIP motion (.30); legal analysis of issues re same (.40). | .70 | $475 | $332.50 |
| RJH | 4/2/2013 | Telephone conference with A. Schlesinger re 2013 LTIP motion (.30); telephone conference with J. Forgach re same (.20); exchange correspondence with various parties re same (.40); analyze issues re same (.70); telephone conference with J. O'Neill re same (.30); draft certificate of counsel re same (.20). | 2.10 | $475 | $997.50 |
| RJH | 4/3/2013 | Draft and revise certificate of counsel re 2013 LTIP Motion (1.50); revise order re same (.80); circulate same for comment (.50). | 2.80 | $475 | $1,330.00 |
| RJH | 4/5/2013 | Telephone conference with c. Finke re 2013 LTIP Motion (.50); legal analysis re same (.30). | .80 | $475 | $380.00 |
| RJH | 4/17/2013 | Exchange correspondence with M. Conron and attend to matters re 2013 LTIP (.40). | .40 | $475 | $190.00 |
| RJH | 4/25/2013 | Respond to J. Forgach information request re 2013 LTIP motion (.50). | .50 | $475 | $237.50 |
| Total | | | 7.30 | | $3,467.50 |

| | Matter 10 | | Employment Applications, Others | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | | Description | Time | Rate | Amount |
| RJH | 4/1/2013 | | Analyze issues re retention of professional (1.30); telephone conference with K. Makowski re same (.30); telephone conference with C. Finke re same (.30); draft correspondence to C. Finke re same (.50). | 2.40 | $475 | $1,140.00 |
| RJH | 4/2/2013 | | Telephone conference with J. O'Neill re Baker Donelson (.30); telephone conferences with R. Finke re same (.50); analyze issues re same (.60); telephone conference with J. O'Neill and R. Shepacarter re same (.30); telephone conference with B. Ruhlander re same (.30); exchange correspondence with R. Shepacarter re same (.40). | 2.40 | $475 | $1,140.00 |
| RJH | 4/3/2013 | | Revise order re Baker Donelson motion (.50). | .50 | $475 | $237.50 |
| RJH | 4/4/2013 | | Further revise Baker Donelson order (.50); exchange correspondence with R. Shepacarter re same (.40); exchange correspondence with R. Finke re same (.50); exchange correspondence re certificate of counsel with J. O'Neill re same (.30). | 1.70 | $475 | $807.50 |
| RJH | 4/16/2013 | | Analyze issues re Baker Donelson certificate of counsel (.30); telephone conferences with K. Makowski re same (.30); exchange correspondence with various parties re same (.30). | .90 | $475 | $427.50 |
| RJH | 4/17/2013 | | Attend to and resolve issues re Baker Donelson matter (.50); exchange correspondence with R. Finke, B. Ruhlander and E. F. Childress re same (.50). | 1.00 | $475 | $475.00 |
| Total | | | | 8.90 | | $4,227.50 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 4/24/2013 | Prepare March fee application (.50). | .50 | $475 | $237.50 |
| RJH | 4/29/2013 | Prepare March fee application (1.30); prepare same for filing (.20). | 1.50 | $475 | $712.50 |
| Total | | | 2.00 | | $ 950.00 |

**Matter 12**      **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/22/2013 | Review and analyze draft fee auditor's report re Baker Donelson quarterly application (.60); review draft Grant Thornton fee application and exchange correspondence with M. Abraham re same (.70). | 1.30 | $475 | $617.50 |
| RJH | 4/30/2013 | Exchange correspondence with R. Schepacarter and others re UST review of fee applications (.40); telephone conferences with J. O'Neill and K. Makowski re same (.30); analyze issues re same (.60); exchange correspondence with R. Finke re same (.30); telephone conference with R. Finke re same and other issues (.40). | 2.00 | $475 | $950.00 |
| Total | | | 3.30 | | $1,567.50 |

| Matter 14 | | | Hearings | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 4/8/2013 | Revise Baker Donelson form of order (.40); prepare certificate of counsel (1.00); exchange correspondence with K. Makowski and J. O'Neill re 4/22 hearing issues (.40); analysis re same (.50). | | 2.30 | $475 | $1,092.50 |
| RJH | 4/22/2013 | Analyze issues re Scotts adversary proceeding report issues (.30); participate in telephone conference with T. Cobb re same (.40); draft status report (1.80); exchange correspondence with T. Cobb re same (.30). | | 2.80 | $475 | $1,330.00 |
| RJH | 4/23/2013 | Telephone conference with T. Cobb re Scotts adversary status report (.30); revise same (.80); circulate same for comment from client and Scotts (.40); telephone conference with J. Gettleman re same (.30). | | 1.80 | $475 | $855.00 |
| RJH | 4/24/2013 | Revise Scotts adversary status report (.40); exchange correspondence with T. Cobb re same (.30); circulate same to plan sponsors' counsel for comment (.30). | | 1.00 | $475 | $475.00 |
| RJH | 4/30/2013 | Telephone conference with T. Cobb re Scotts adversary status report (.30); prepare same for filing (.50). | | .80 | $475 | $380.00 |
| Total | | | | 8.70 | | $4,132.50 |

| Matter 16 | | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 4/1/2013 | Legal analysis re QSF fund (.80); prepare for telephone conference with S. Butler, J. Gettleman and C. Finke re same (.30); participate in same (.50). | 1.60 | $475 | $760.00 |
| RJH | 4/9/2013 | Participate in plan proponent's counsel conference call (1.00). | 1.00 | $475 | $475.00 |
| RJH | 4/10/2013 | Analyze plan distribution issue (.30). | .30 | $475 | $142.50 |
| RJH | 4/23/2013 | Prepare for and participate in telephone conference with plan participants' counsel re appellate matters (1.00). | 1.00 | $475 | $475.00 |
| RJH | 4/29/2013 | Legal analysis re confirmation appeal issue (.30); telephone conference with J. O'Neill and J. Gettleman re same (.50). | .80 | $475 | $380.00 |
| RJH | 4/30/2013 | Legal research re confirmation appeals issue (1.00); telephone conference with J. Gettleman re same (.20); exchange correspondence with J. Gettleman re same (.30). | 1.50 | $475 | $712.50 |
| Total | | | 6.20 | | $2,945.00 |