## Exhibit B

**April 2013 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Online research | $503.28 |
| Pacer Court Charges | $472.70 |
| Total: | $ 992.93 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 5/5/2013 | 472.70 | Pacer Court charges for Grace (1/1/13 - 3/31/13) |
| 5/7/2013 | 16.95 | Fax and other charges |
| 5/16/2013 | 503.28 | Lexis Nexis - Grace charges for April |
| Total | $ 992.93 | |

Total April 2013 Expenses: $992.93