# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# MAY 1-15, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern
c/o Roger Frankel, Successor Future Claimants' Representative for W.R. Grace & Co.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

June 27, 2013
Client No. 17367
Invoice No. 1425690

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through May 15, 2013 in connection with the matters described on the attached pages: | $ | 50,324.50 |
| DISBURSEMENTS as per attached pages: | | 1,615.38 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **51,939.88** |

Matter(s): 17367/10, 11, 13, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$229,450.57
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1425690*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
***Account Number: 4123701088***
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1425690*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1425690*



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern
c/o Roger Frankel, Successor Future Claimants' Representative for W.R. Grace & Co.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

June 27, 2013
Client No. 17367
Invoice No. 1425690

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 15, 2013 in Connection With:

**Matter: 8 - Litigation**

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/13 | D. Felder | Review filed status reports in Chakarian and Scotts adversaries. | 0.20 |
| 05/01/13 | R. Frankel | Prepare oral arguments notes regarding FCR issues. | 3.20 |
| 05/02/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/02/13 | R. Frankel | Prepare argument notes regarding second FCR issues (1.6); review briefs, notes regarding same (1.6). | 3.20 |
| 05/03/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/03/13 | D. Felder | Review issues regarding equitable mootness. | 0.60 |
| 05/03/13 | R. Frankel | Review cases in preparation for oral argument. | 0.70 |
| 05/06/13 | R. Frankel | Review argument notes, memo from Kirkland regarding fair and equitable argument. | 2.40 |
| 05/06/13 | R. Frankel | Consider issues, review file regarding oral argument (.6); telephone conference with R. Wyron (.2). | 0.80 |
| 05/07/13 | R. Wyron | Telephone conference with Grace team (.4); review issues with R. Frankel (.2). | 0.60 |
| 05/07/13 | R. Frankel | Review argument notes/memo regarding 2nd FCR from Kirkland (1.4); prepare notes regarding argument (.3). | 1.70 |
| 05/07/13 | R. Frankel | Telephone conference with R. Wyron regarding call with Grace team, M&A transaction (.3); review issues regarding allocation of oral argument time (.5). | 0.80 |
| 05/08/13 | D. Fullem | Review e-mail from D. Felder regarding May 20 omnibus hearing. | 0.20 |
| 05/08/13 | D. Felder | Review effective date issues and closing checklist (1.5); organize notes regarding same (.5). | 2.00 |
| 05/08/13 | R. Frankel | Review briefs in preparation for preparatory sessions with Kirkland. | 3.60 |
| 05/09/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/09/13 | R. Frankel | Telephone conference with J. Radecki regarding M&A deal (.3); telephone conference with R. Wyron regarding same and call with client (.3). | 0.60 |
| 05/09/13 | R. Frankel | Review notebook in preparation for argument (1.7); review USDC memorandum opinion (.9). | 2.60 |



ORRICK

| | | | |
|---|---|---|---|
| 05/10/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/11/13 | R. Wyron | Review and respond to e-mail regarding call with D. Austern. | 0.30 |
| 05/13/13 | R. Wyron | Review D. Austern issues and follow-up regarding same (.7); conference with R. Frankel and e-mails regarding same (.5); analyze issues and follow-up (.9). | 2.10 |
| 05/13/13 | R. Frankel | Review oral argument outlines in preparation for meetings. | 2.80 |
| 05/13/13 | R. Frankel | Review closing chart regarding effective date issues from J. Gettleman (1.2); e-mails from R. Wyron, M. Wallace regarding same (.2). | 1.40 |
| 05/14/13 | D. Felder | Review closing checklist from Debtors and respond to M. Wallace regarding same. | 1.50 |
| 05/14/13 | M. Wallace | Review closing checklist against draft prepared by OHS and Plan requirements (1.0); draft summary of questions/comments to same (2.8). | 3.80 |
| 05/14/13 | R. Frankel | Review outlines, briefs in preparation for oral argument. | 2.70 |
| 05/14/13 | R. Frankel | Review, consider M. Wallace memo regarding effective date issues. | 0.60 |
| 05/15/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/15/13 | R. Frankel | Review transcript from Buckwalter argument. | 1.90 |

| | | |
|---|---|---|
| Total Hours | 41.30 | |
| Total For Services | | $37,411.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 4.30 | 650.00 | 2,795.00 |
| Roger Frankel | 29.00 | 995.00 | 28,855.00 |
| Debra O. Fullem | 1.20 | 270.00 | 324.00 |
| Mary A. Wallace | 3.80 | 740.00 | 2,812.00 |
| Richard H. Wyron | 3.00 | 875.00 | 2,625.00 |
| Total All Timekeepers | 41.30 | $905.84 | $37,411.00 |

David Austern, c/o Roger Frankel, Successor Future Claimants' Representative for W.R. Grace & Co. - 17367
page 3

June 27, 2013
Invoice No. 1425690

| Disbursements | | |
|---|---|---|
| Outside Reproduction Services | 1.65 | |
| Outside Services | 302.50 | |
| Telephone | 0.00 | |
| Travel Expense, Air Fare | 835.80 | |
| Westlaw Research | 454.03 | |
| | Total Disbursements | $1,593.98 |
| | **Total For This Matter** | **$39,004.98** |



David Austern, c/o Roger Frankel, Successor Future Claimants' Representative for W.R. Grace & Co. - 17367
page 4

June 27, 2013
Invoice No. 1425690

For Legal Services Rendered Through May 15, 2013 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/13/13 | D. Fullem | Research and provide copies to R. Wyron of FCR appointments (motions and orders) in Grace, Garlock, and Bondex. | 1.00 |
| 05/13/13 | D. Fullem | Review indemnification issues and e-mail to R. Wyron regarding same. | 0.30 |
| 05/13/13 | R. Frankel | Review FCR succession issues (.5); telephone conferences with R. Wyron, J. Donley regarding same (.4). | 0.90 |
| 05/14/13 | R. Wyron | Review provisions on FCR succession and draft memo regarding same (2.0); conference with R. Frankel regarding issues and follow-up (.8). | 2.80 |
| 05/14/13 | R. Frankel | Review memo regarding succession issues (.7); confer with R. Wyron regarding same (.7). | 1.40 |
| 05/14/13 | R. Frankel | Review revised memo regarding successor Future Claimants' Representative. | 0.60 |
| 05/15/13 | R. Wyron | Conference with R. Frankel and e-mails regarding FCR succession issues (1.8); telephone conference with A. Paul and follow-up (.4); telephone conferences regarding D. Austern and succession issues (.3). | 2.50 |
| 05/15/13 | R. Frankel | Confer with R. Wyron regarding succession issues (1.2); series of e-mails with Orrick team regarding succession (.6). | 1.80 |

Total Hours 11.30
Total For Services $9,665.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 4.70 | 995.00 | 4,676.50 |
| Debra O. Fullem | 1.30 | 270.00 | 351.00 |
| Richard H. Wyron | 5.30 | 875.00 | 4,637.50 |
| Total All Timekeepers | 11.30 | $855.31 | $9,665.00 |

**Total For This Matter** **$9,665.00**



For Legal Services Rendered Through May 15, 2013 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/01/13 | D. Fullem | Coordinate finalizing, filing, and serving of Lincoln's Dec 2012, Jan 2013, Feb 2013, Mar 2013 and quarterly for Oct-Dec 2012 fee applications. | 1.00 |
| 05/02/13 | D. Fullem | Confer with R. Wyron regarding status of Towers Watson's fee applications; follow-up with J. Biggs regarding same. | 0.20 |
| 05/02/13 | D. Fullem | Review and calendar fee application filings and objection deadlines. | 0.40 |
| 05/03/13 | D. Fullem | Confer with R. Wyron regarding status of D. Austern's billings; review latest information; update R. Wyron with details. | 0.40 |
| 05/10/13 | D. Fullem | Review e-mail from K. Boeger regarding April fee application for Towers. | 0.20 |
| 05/15/13 | D. Fullem | Prepare final version of Towers Notice and related filings regarding April fee application; coordinate filing and serving of same. | 0.70 |

| | | |
|---|---|---|
| Total Hours | 2.90 | |
| Total For Services | | $783.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 2.90 | 270.00 | 783.00 |
| Total All Timekeepers | 2.90 | $270.00 | $783.00 |

Disbursements

| | | |
|---|---|---|
| Outside Services | 1.80 | |
| Total Disbursements | | $1.80 |

| | |
|---|---|
| **Total For This Matter** | **$784.80** |



David Austern, c/o Roger Frankel, Successor Future Claimants' Representative for W.R. Grace & Co. - 17367
page 6

June 27, 2013
Invoice No. 1425690

For Legal Services Rendered Through May 15, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/02/13 | D. Fullem | Review status of Orrick April invoice. | 0.20 |
| 05/03/13 | D. Fullem | Update fee/expense spreadsheet. | 0.50 |
| 05/03/13 | R. Wyron | Follow-up on inquiry from Grace and response regarding same. | 0.20 |
| 05/07/13 | D. Fullem | Review April prebill. | 1.00 |
| 05/07/13 | D. Felder | Review April prebill. | 1.10 |
| 05/07/13 | R. Wyron | Review April prebill. | 0.30 |
| 05/09/13 | D. Fullem | Review recent payment from Grace; update fee/expense charts. | 0.50 |
| 05/09/13 | D. Fullem | Review edits to Orrick April prebill. | 0.50 |
| 05/14/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO due for Orrick's March invoices. | 0.20 |
| 05/14/13 | D. Fullem | Confer with P. Reyes regarding status of final April invoice. | 0.20 |
| 05/14/13 | D. Felder | E-mail correspondence with D. Fullem regarding CNO (.1); review docket regarding same (.3). | 0.40 |
| 05/15/13 | D. Fullem | Prepare CNO for March fee application; forward to D. Felder for review/comment/approval. | 0.40 |
| 05/15/13 | D. Fullem | Review status of fee application filings, payments on account. | 0.20 |
| 05/15/13 | D. Fullem | Review e-mail from B. Ruhlander regarding expense spreadsheet for Jan-Mar 2013 time period. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 5.90 | |
| Total For Services | | $2,465.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.50 | 650.00 | 975.00 |
| Debra O. Fullem | 3.90 | 270.00 | 1,053.00 |
| Richard H. Wyron | 0.50 | 875.00 | 437.50 |
| Total All Timekeepers | 5.90 | $417.88 | $2,465.50 |



David Austern, c/o Roger Frankel, Successor Future Claimants' Representative for W.R. Grace & Co. - 17367
page 7

June 27, 2013
Invoice No. 1425690

| Disbursements | | |
|---|---|---|
| Outside Services | 19.60 | |
| | Total Disbursements | $19.60 |
| | **Total For This Matter** | **$2,485.10** |

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 61.40 | |
| Total Fees, all Matters | | $50,324.50 |
| Total Disbursements, all Matters | | $1,615.38 |
| Total Amount Due | | $51,939.88 |