IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )    Chapter 11
                                            )
W.R. GRACE & CO., et al.,                   )    Case No. 01-1139 (KJC)
                                            )
            Debtors.                        )
_____)

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.   I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

2.   I personally performed the work as set forth in the attached Exhibit A.

3.   I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                               */S/ ROGER FRANKEL*
                               ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 3RD DAY OF JULY, 2013

*/S/ MARILYN TOLEDO*
Notary Public

My commission expires: March 30, 2014