# EXHIBIT A
# ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD MAY 16-31, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC  20005

June 27, 2013
Client No. 29500
Invoice No. 1425870

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED May 16 through May 31, 2013 in connection with the matters described on the attached pages: | $ | 69,152.50 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **69,152.50** |

Matter(s):  29500/4, 6

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL  60677-4006<br>Reference: 29500/ Invoice: 1425870 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE:  WFBIUS6S*<br>***Account Number: 4123701088***<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA  94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 29500/ Invoice: 1425870*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn:  Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL  60143<br>(213) 614-3248<br>Reference: 29500/ Invoice: 1425870 |



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC  20005

June 27, 2013
Client No. 29500
Invoice No. 1425870

Orrick Contact: Roger Frankel

## BILLING SUMMARY

**Client:** 29500 - Roger Frankel, Futures Claims Representative for W.R. Grace
**Matter:** 4 - Litigation

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 46.40 | 995.00 | 46,168.00 |
| Total All Timekeepers | 46.40 | $995.00 | $46,168.00 |

Total For This Matter                $46,168.00

**Matter:** 6 - Retention of FCR

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 23.10 | 995.00 | 22,984.50 |
| Total All Timekeepers | 23.10 | $995.00 | $22,984.50 |

Total For This Matter                $22,984.50



Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

June 27, 2013
Client No. 29500
Invoice No. 1425870

Orrick Contact: Roger Frankel

For Legal Services Rendered May 16 through May 31, 2013 in Connection With:

**Matter: 4 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/16/13 | R. Frankel | Review outlines from Kirkland, 3rd Circuit briefs in preparation for argument, preparation for sessions. | 2.20 |
| 05/16/13 | R. Frankel | Telephone conference with J. Donley, P. Lockwood regarding allocation of oral argument (.8); prepare notes regarding same (.3). | 1.10 |
| 05/17/13 | R. Frankel | Review outline, briefs in preparation for oral argument, prep sessions. | 2.70 |
| 05/20/13 | R. Frankel | Confer with J. Biggs, J. Kimble regarding Towers Watson status, J. Biggs retirement. | 1.40 |
| 05/20/13 | R. Frankel | Review and consider allocation of time for appellate argument. | 0.40 |
| 05/20/13 | R. Frankel | Review outline for oral argument. | 1.70 |
| 05/21/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, P. Lockwood, R. Finke, R. Wyron regarding appeal issues (.7); confer with R. Wyron regarding same (.3). | 1.00 |
| 05/21/13 | R. Frankel | Review Bondex estimation opinion by Judge Fitzgerald and note issues relevant to Grace. | 1.30 |
| 05/21/13 | R. Frankel | Review Third Circuit briefs in preparation for argument, prep sessions. | 1.60 |
| 05/22/13 | R. Frankel | Review Ortiz Third Circuit and Crowder Third Circuit cases from Kirkland regarding death of party. | 1.40 |
| 05/22/13 | R. Frankel | Review Third Circuit briefs, memos from Kirkland in preparation for prep sessions and argument. | 1.60 |
| 05/24/13 | R. Frankel | Review and consider Kirkland memo regarding AMH issues on appeal. | 1.30 |
| 05/24/13 | R. Frankel | Review Kirkland memo regarding Montana-Canada issues. | 0.80 |
| 05/24/13 | R. Frankel | Prepare notes, review arguments regarding fair and equitable issues (1.3); review J. Biggs expert report (.9). | 2.20 |
| 05/25/13 | R. Frankel | Telephone conference with J. Donley regarding argument (.2); prepare notes regarding same (.3). | 0.50 |



Roger Frankel, Future Claimants' Representative for W.R. Grace - 29500     June 27, 2013
page 2     Invoice No. 1425870

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/27/13 | R. Frankel | Review Kirkland memo regarding oral argument questions on fair and equitable and second FCR. | 2.10 |
| 05/28/13 | R. Frankel | Review notes in preparation for sessions at K&E. | 2.20 |
| 05/28/13 | R. Frankel | Confer with J. Donley, R. Finke, P. Lockwood, A. Paul, R. Wyron in preparation for oral argument. | 8.10 |
| 05/28/13 | R. Frankel | Series of e-mails regarding preparation with J. Guy, R. Wyron. | 0.40 |
| 05/29/13 | R. Frankel | Review pleadings in preparation for fair and equitable arguments (2.2); prepare notes regarding argument (.6). | 2.80 |
| 05/29/13 | R. Frankel | Review Third Circuit issues with J. Guy, R. Wyron. | 0.40 |
| 05/30/13 | R. Frankel | Review USDC order and opinion, affirming confirmation order, USBC opinion confirming plan of reorganization. | 1.60 |
| 05/30/13 | R. Frankel | Review record before J. Fitzgerald, confirmation hearing transcripts in preparation for oral argument. | 2.80 |
| 05/30/13 | R. Frankel | Prepare notes with respect to argument regarding fair and equitable record. | 1.40 |
| 05/31/13 | R. Frankel | Prepare, modify oral argument notes, record cites to joint appendix. | 1.40 |
| 05/31/13 | R. Frankel | Exchange of e-mails with J. Donley regarding argument (.2); review Third Circuit clerk's order regarding AMH (.2). | 0.40 |
| 05/31/13 | R. Frankel | Review record of lower courts in preparation for appeal. | 1.60 |

                Total Hours     46.40
                Total For Services     $46,168.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 46.40 | 995.00 | 46,168.00 |
| Total All Timekeepers | 46.40 | $995.00 | $46,168.00 |

                **Total For This Matter**     **$46,168.00**


**ORRICK**

Roger Frankel, Future Claimants' Representative for W.R. Grace - 29500      June 27, 2013
page 3      Invoice No. 1425870

For Legal Services Rendered May 16 through May 31, 2013 in Connection With:

**Matter: 6 - Retention of FCR**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/16/13 | R. Frankel | Confer with R. Wyron regarding issues in connection with successor FCR (1.2); confer with R. Wyron regarding death of FCR (1.2). | 2.40 |
| 05/16/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron regarding successor FCR issues (.5); confer with R. Wyron regarding same (.4). | 0.90 |
| 05/16/13 | R. Frankel | Draft outline of affidavit to serve as successor FCR per J. Donley telephone conference. | 0.80 |
| 05/17/13 | R. Frankel | Confer with R. Wyron regarding succession issues regarding FCR position (.8); review, consider succession issues (.5). | 1.30 |
| 05/17/13 | R. Frankel | Series of e-mails with R. Wyron, D. Felder regarding Declaration in Support of Application. | 0.60 |
| 05/20/13 | R. Frankel | Review, edit Declaration in Support of Motion to Appoint Successor FCR. | 1.20 |
| 05/20/13 | R. Frankel | Confer with R. Wyron, D. Felder regarding Declaration. | 0.40 |
| 05/20/13 | R. Frankel | Telephone conference with E. Inselbuch regarding successor FCR (.3); review issues regarding FCR duties (.4). | 0.70 |
| 05/20/13 | R. Frankel | Review, edit Frankel Declaration (.5); e-mail with J. Donley regarding same (.2). | 0.70 |
| 05/21/13 | R. Frankel | Confer with R. Wyron regarding succession issues (.8); review FRAP 43 (.5). | 1.30 |
| 05/21/13 | R. Frankel | Review revised declaration of R. Frankel (1.1); confer with R. Wyron regarding same (.4). | 1.50 |
| 05/22/13 | R. Frankel | Review, edit Kirkland motion to appoint R. Frankel as Successor FCR. | 1.50 |
| 05/22/13 | R. Frankel | Confer with R. Wyron, D. Felder regarding motion to appoint, declaration (.5); review revised Declaration (.6). | 1.10 |
| 05/22/13 | R. Frankel | Review revised motion to appoint successor FCR. | 0.90 |
| 05/22/13 | R. Frankel | Confer with R. Wyron regarding motion to employ (.5); series of e-mails regarding successor FCR (.5). | 1.00 |
| 05/23/13 | R. Frankel | Review final motion to appoint R. Frankel (.9); series of e-mails with D. Felder regarding same. (.3). | 1.20 |
| 05/23/13 | R. Frankel | Review revised R. Frankel Declaration, series of e-mails regarding disclosures. | 1.20 |
| 05/24/13 | R. Frankel | Review final motion and declaration to be filed by Kirkland. | 1.20 |


ORRICK

Roger Frankel, Future Claimants' Representative for W.R. Grace - 29500  
page 4

June 27, 2013  
Invoice No. 1425870

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/29/13 | R. Frankel | Review, consider order approving FCR (.4); confer with R. Wyron, D. Felder regarding changes to order (.5); series of e-mails regarding same (.4). | 1.30 |
| 05/30/13 | R. Frankel | Review series of e-mails, draft language modifying order appointing FCR. | 0.70 |
| 05/30/13 | R. Frankel | Review Lincoln Declaration and prior Engagement Letter between Lincoln and D. Austern (.5); review schedule of fees paid (.3). | 0.80 |
| 05/31/13 | R. Frankel | Telephone conference with R. Wyron regarding retention of professionals for FCR (.3); notes regarding same (.1). | 0.40 |

Total Hours 23.10  
Total For Services $22,984.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 23.10 | 995.00 | 22,984.50 |
| Total All Timekeepers | 23.10 | $995.00 | $22,984.50 |

Total For This Matter $22,984.50

\* \* \* COMBINED TOTALS \* \* \*

Total Hours 69.50  
Total Fees, all Matters $69,152.50  
Total Disbursements, all Matters $0.00  
Total Amount Due $69,152.50