**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-01D |
|  | STATEMENT NO:              104 |

Asset Analysis and Recovery

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $702.00 |
| 05/15/2013 | Payment - Thank you. (February, 2013 - 80% Fees) | -187.20 |
| BALANCE DUE |  | $514.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2013 |
| Wilmington  DE | ACCOUNT NO:     3000-02D |
|  | STATEMENT NO:          144 |

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $1,012.30 |

| | | | HOURS | |
|---|---|---|---|---|
| 05/06/2013 | | | | |
| | MTH | Reviewing Order entered re private sale | 0.10 | 39.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 39.00 |
| BALANCE DUE | $1,051.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                              05/31/2013
Wilmington  DE                                    ACCOUNT NO:      3000-04D
                                                  STATEMENT NO:           144

Case Administration

PREVIOUS BALANCE                                                      $630.27

BALANCE DUE                                                          $630.27

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-05D |
|  | STATEMENT NO:        144 |

Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                                                                    $2,321.60


BALANCE DUE                                                                                         $2,321.60


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013
ACCOUNT NO:        3000-06D
STATEMENT NO:              144

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | -$116.70 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/29/2013 |  |  |  |  |
| MTH | Reviewing Debtor's Notice of Settlement |  | 0.30 | 117.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.30 | 117.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $390.00 | $117.00 |

| TOTAL CURRENT WORK |  | 117.00 |
|---|---|---|

| 05/15/2013 | Payment - Thank you. (February, 2013 - 80% Fees) | -62.40 |
|---|---|---|

| CREDIT BALANCE |  | -$62.10 |
|---|---|---|

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013
ACCOUNT NO:        3000-07D
STATEMENT NO:            144

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                        $10,463.54

|            |                                                                              | HOURS |        |
|------------|------------------------------------------------------------------------------|-------|--------|
| 05/01/2013 |                                                                              |       |        |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00  |
| MTH        | Review daily memo                                                            | 0.10  | 39.00  |
| 05/02/2013 |                                                                              |       |        |
| PEM        | Review memo re: pleadings filed.                                             | 0.10  | 47.00  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00  |
| MTH        | Review daily memo                                                            | 0.10  | 39.00  |
| 05/03/2013 |                                                                              |       |        |
| PEM        | Review weekly recommendation re: pending motions and matters.                | 0.10  | 47.00  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00  |
| SMB        | Prepare weekly recommendation memorandum                                     | 0.30  | 33.00  |
| MTH        | Review daily memo                                                            | 0.10  | 39.00  |
| MTH        | Prepare weekly recommendation memos; correspondence to Committee re same     | 0.40  | 156.00 |
| 05/06/2013 |                                                                              |       |        |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00  |
| MTH        | Review daily memo                                                            | 0.10  | 39.00  |
| 05/07/2013 |                                                                              |       |        |
| MTH        | Review daily memo                                                            | 0.10  | 39.00  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memos | 0.20  | 22.00  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **05/08/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memos | 0.20 | 22.00 |
| **05/09/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memos | 0.20 | 22.00 |
| **05/10/2013** | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Preparing weekly recommendation memos; reviewing correspondence from SC to Committee re same | 0.50 | 195.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memos | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| **05/11/2013** | | | | |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **05/13/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **05/14/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **05/15/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **05/16/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |

W.R. Grace

|  |  |  |  |
|---|---|---|---|
| | | ACCOUNT NO: | 3000-07D |
| | | STATEMENT NO: | 144 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **05/17/2013** | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SMC to Committee re same | 0.60 | 234.00 |
| **05/20/2013** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **05/21/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **05/22/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **05/23/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **05/24/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | DAC | Review of counsel's weekly memo | 0.20 | 104.00 |
| **05/28/2013** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |

W.R. Grace

05/31/2013
ACCOUNT NO:     3000-07D
STATEMENT NO:     144

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Telephone conference with asbestos claimant (Jones Jacko) re status | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 05/29/2013 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | DAC | Review motion re: new FCR | 0.30 | 156.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 05/30/2013 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 05/31/2013 | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to Committee re same | 1.00 | 390.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | | FOR CURRENT SERVICES RENDERED | 13.40 | 3,736.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.90 | $520.00 | $468.00 |
| Philip E. Milch | 1.10 | 470.00 | 517.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 5.80 | 110.00 | 638.00 |
| Mark T. Hurford | 5.30 | 390.00 | 2,067.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 3,736.50 |

| 05/15/2013 | Payment - Thank you. (February, 2013 - 80% Fees) | -2,670.40 |
|---|---|---|

| BALANCE DUE | $11,529.64 |
|---|---|

W.R. Grace

Page: 5
05/31/2013
ACCOUNT NO:        3000-07D
STATEMENT NO:              144

Committee, Creditors, Noteholders, Equity Holders

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-08D |
|  | STATEMENT NO:           143 |

Employee Benefits/Pension

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $334.10 |
| 05/15/2013 | Payment - Thank you. (February, 2013 - 80% Fees) | -405.60 |
| | CREDIT BALANCE | -$71.50 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013
ACCOUNT NO:       3000-10D
STATEMENT NO:              144

Employment Applications, Others

PREVIOUS BALANCE                                                                            $2,324.70

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/28/2013 |  |  |  |  |
| MTH | Reviewing Debtors' Motion to appoint Roger Frankel as successor Legal Representative |  | 0.60 | 234.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.60 | 234.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $390.00 | $234.00 |

TOTAL CURRENT WORK                                                                         234.00

BALANCE DUE                                                                                  $2,558.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 05/31/2013 |
| Wilmington  DE | ACCOUNT NO:     3000-11D |
| | STATEMENT NO:            142 |

Expenses

| | PREVIOUS BALANCE | $5,725.80 |
|---|---|---|

| | | |
|---|---|---|
| 05/01/2013 | Printing - April 2013 | 88.80 |
| 05/01/2013 | Scanning - April 2013 | 3.40 |
| 05/01/2013 | Pacer charges for the month of April | 60.90 |
| 05/03/2013 | Parcels - copy/service - Certificates of No Objection and Interim Fee Applications | 351.80 |
| 05/15/2013 | Parcels - copy/service - Interim Fee Application | 801.48 |
| 05/15/2013 | Parcels - copy/service - Interim Fee Application | 1,307.49 |
| 05/21/2013 | Court Call - MTH - Hearing date 4/2/2013 at 9 am | 51.00 |
| 05/21/2013 | Court Call - Peter Lockwood - Hearing date 4/2/2013 at 9 am | 51.00 |
| 05/31/2013 | Printing - May 2013 | 90.60 |
| 05/31/2013 | Scanning - May 2013 | 3.20 |
| | TOTAL EXPENSES | 2,809.67 |
| | TOTAL CURRENT WORK | 2,809.67 |
| 05/15/2013 | Payment - Thank you. (February, 2013 - 100% Expenses) | -2,573.39 |
| | BALANCE DUE | $5,962.08 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 05/31/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-12D |
|  | STATEMENT NO: | 142 |

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,932.80 |
| **05/01/2013** | | | |
| TS | Review e-mail from DS re: March bill (.1); Prepare C&L March fee application (.3) | 0.40 | 44.00 |
| **05/02/2013** | | | |
| TS | Prepare Certificate of No Objection to C&L February fee application | 0.20 | 22.00 |
| **05/03/2013** | | | |
| TS | Work related to final fee application | 1.10 | 121.00 |
| TS | Finalize and e-file CNO to C&L February fee application | 0.20 | 22.00 |
| TS | Finalize and e-file C&L March fee application | 0.30 | 33.00 |
| MTH | Reviewing C&L Interim Fee Application for March 2013 for filing and service | 0.30 | 117.00 |
| MTH | Reviewing docket and reviewing CNO for C&L monthly fee application | 0.10 | 39.00 |
| **05/10/2013** | | | |
| MTH | Reviewing pre-bill | 0.50 | 195.00 |
| **05/14/2013** | | | |
| MTH | Reviewing C&L Interim Fee Application for January 2013 through March 2013 | 0.30 | 117.00 |
| TS | Draft C&L interim fee application | 0.30 | 33.00 |
| **05/15/2013** | | | |
| TS | Finalize and e-file C&L interim fee application | 0.30 | 33.00 |
| | FOR CURRENT SERVICES RENDERED | 4.00 | 776.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $390.00 | $468.00 |

Page: 2
05/31/2013
W.R. Grace

ACCOUNT NO:    3000-12D
STATEMENT NO:         142

Fee Applications, Applicant

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Timothy Simpson | 2.80 | 110.00 | 308.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 776.00 |

| 05/15/2013 | Payment - Thank you. (February, 2013 - 80% Fees) | -587.20 |
|---|---|---|

|  |  |
|---|---|
| BALANCE DUE | $4,121.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013
ACCOUNT NO:      3000-13D
STATEMENT NO:            129

Fee Applications, Others

PREVIOUS BALANCE                                                                              $13,769.90

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/01/2013 |  |  |  |  |
|  | TS | Correspondence with EB re: March fee application | 0.10 | 11.00 |
|  | MTH | Review correspondence from DF re Lincoln fee application for October through December 2012 | 0.10 | 39.00 |
|  | MTH | Review correspondence from DF re four monthly fee applications for Lincoln Partners | 0.20 | 78.00 |
|  | MTH | Review correspondence from TBB re CNO for Kramer Levin fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from EB re C&D interim fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from JBL re Reed Smith fee application for March 2013 | 0.10 | 39.00 |
| 05/02/2013 |  |  |  |  |
|  | TS | Prepare Certificate of No Objection to C&D February fee application | 0.20 | 22.00 |
|  | TS | Prepare Certificate of No Objection to AKO February fee application | 0.20 | 22.00 |
|  | TS | Prepare Certificate of No Objection to Charter Oak February fee application | 0.20 | 22.00 |
|  | TS | Prepare Certificate of No Objection to LAS January fee application | 0.20 | 22.00 |
|  | TS | Review e-mail from EB re: C&D March fee application (.1); Update C&D March fee application (.2) | 0.30 | 33.00 |
|  | TS | Review e-mail from AP re: AKO March fee application (.1); Update AKO March fee application (.2) | 0.30 | 33.00 |
|  | MTH | Review correspondence from MS re KayeScholer March 2013 fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from TS to Committee professionals re CNO's to be filed | 0.10 | 39.00 |
| 05/03/2013 |  |  |  |  |
|  | TS | Finalize and e-file CNO to C&D February fee application | 0.20 | 22.00 |
|  | TS | Finalize and e-file CNO to AKO February fee application | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| TS | Finalize and e-file CNO to Charter Oak February fee application | 0.20 | 22.00 |
| TS | Finalize and e-file CNO to LAS January fee application | 0.20 | 22.00 |
| SMB | Review March 2013 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of  Lincoln Partner Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of Alan B. Rich (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of The Law Offices of Roger Higgins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Kramer Levin Naftalis & Frankel (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Address filing of Application for Compensation of Charter Oak | 0.20 | 22.00 |
| SMB | Address filing of Application of Compensation of Caplin & Drysdale | 0.20 | 22.00 |
| SMB | Address filing of Application for Compensation of Anderson Kill & Olick | 0.20 | 22.00 |
| MTH | Reviewing AKO Interim Fee Application for March 2013 for filing and service | 0.20 | 78.00 |
| MTH | Reviewing C&D Interim Fee Application for March 2013 for filing and service | 0.20 | 78.00 |
| MTH | Reviewing docket; reviewing draft CNO for AKO monthly fee application | 0.20 | 78.00 |
| MTH | Reviewing Charter Oak fee application for March 2013 for filing and service | 0.20 | 78.00 |
| MTH | Reviewing docket; reviewing draft CNO for C&D monthly fee application | 0.10 | 39.00 |
| MTH | Reviewing docket; reviewing draft CNO for Charter Oak monthly fee | | |

Page: 3
W.R. Grace                                                                    05/31/2013
ACCOUNT NO:        3000-13D
STATEMENT NO:              129

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | | application | 0.10 | 39.00 |
|  | MTH | Reviewing docket; reviewing draft CNO for LAS monthly fee application | 0.10 | 39.00 |
| 05/07/2013 | MTH | Review correspondence from MS re Beveridge fee application | 0.10 | 39.00 |
| 05/08/2013 | MTH | Review correspondence from MS re Woodcock Washburn fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from CH re PG&S Interim Fee Application | 0.10 | 39.00 |
| 05/09/2013 | MTH | Review correspondence from TS re draft interim fee application for LAS | 0.10 | 39.00 |
|  | MTH | Review correspondence from TS re draft interim fee application for Charter Oak | 0.10 | 39.00 |
|  | MTH | Review correspondence from DP re K&E fee application for March 2013 | 0.10 | 39.00 |
|  | TS | Draft interim fee application of LAS | 0.30 | 33.00 |
|  | TS | Draft interim fee application of Charter Oak | 0.50 | 55.00 |
| 05/10/2013 | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
|  | SMB | Review January through March 2013 application of Alan B. Rich (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January through March 2013 application of Judge Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review March 2013 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review March 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review March 2013 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review March 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January through March 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April 2013 application of Alexander M. Sanders Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review March 2013 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review March 2013 application of Bilzin Sumberg Baena Price & Axelrod (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 05/13/2013 | MTH | Review correspondence from CH re CNO for PG&S fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from AP re AKO draft fee application | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/14/2013 |  |  |  |  |
| | MTH | Reviewing C&D Interim Fee Application for January 2013 through March 2013 | 0.20 | 78.00 |
| | MTH | Reviewing LAS Interim Fee Application for January 2013 through March 2013 | 0.20 | 78.00 |
| | MTH | Reviewing Charter Oak Interim Fee Application for January 2013 through March 2013 | 0.30 | 117.00 |
| | MTH | Reviewing AKO Interim Fee Application for January 2013 through March 2013 | 0.20 | 78.00 |
| | TS | Review e-mail from EB re: C&D interim fee application (.1); Update C&D interim fee application (.2) | 0.30 | 33.00 |
| | TS | Review e-mail from AP re: AKO interim fee application (.1); Update AKO interim fee application (.2) | 0.30 | 33.00 |
| | MTH | Review correspondence from GS re revised fee application for Charter Oak (Interim) | 0.10 | 39.00 |
| | MTH | Review correspondence from DR re LAS fee application | 0.10 | 39.00 |
| 05/15/2013 |  |  |  |  |
| | TS | Finalize and e-file C&D interim fee application | 0.30 | 33.00 |
| | TS | Finalize and e-file AKO interim fee application | 0.30 | 33.00 |
| | TS | Finalize and e-file Charter Oak interim fee application | 0.30 | 33.00 |
| | TS | Finalize and e-file LAS interim fee application | 0.30 | 33.00 |
| | MTH | Reviewing correspondence from DF re Towers Watson fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from TS to Fee auditor re Interim fee application for ACC professionals | 0.10 | 39.00 |
| | MTH | Review correspondence from TS re service of Interim Fee Applications on notice parties | 0.10 | 39.00 |
| | MTH | Review correspondence from YS re combined fee application for January through February 2013 for PWC; March fee application for PWC; and Quarterly Fee Application for January through March 2013 | 0.20 | 78.00 |
| | MTH | Review correspondence from DP re Grant Thorton fee application | 0.10 | 39.00 |
| 05/17/2013 |  |  |  |  |
| | SMB | Review January through March 2013 application of Law Offices of Roger Higgins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2013 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2013 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Review January through March 2013 application of Warren H. Smith & Associates (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2012 application of Grant & Thornton LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2013 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2013 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DF re CNO to Orrick fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DP re KayeScholer fee application for April 2013 | 0.10 | 39.00 |

05/20/2013
| MTH | Review correspondence from TBB re Kramer Levin's 44th Fee Application | 0.10 | 39.00 |

05/21/2013
| MTH | Review correspondence from DP re Amended Fee Application for Beveridge & Diamond for January 2013 | 0.10 | 39.00 |
| MTH | Review correspondence from D.M. re Capstone 37th Quarterly | 0.10 | 39.00 |

05/22/2013
| MTH | Review correspondence from TBB re Saul Ewing 16th quarterly | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re CNO for Kramer Levin 139th monthly fee application | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re CNO for Saul ewing monthly | 0.10 | 39.00 |
| MTH | Review correspondence from D.M. re 48th Quarterly for Stroock | 0.10 | 39.00 |

05/23/2013
| MTH | Review correspondence from DF re four CNO's for Lincoln fee applications | 0.10 | 39.00 |
| MTH | Review correspondence from TS to Charter Oak re April monthly | 0.10 | 39.00 |

05/24/2013
| MTH | Review correspondence from LC re 37th Monthly Fee Application of Hogan Firm | 0.10 | 39.00 |
| MTH | Review correspondence from LC re Scarfone Hawkins 37th Fee Application | 0.10 | 39.00 |
| MTH | Review correspondence from LC re 37th Fee Application of Lauzon | 0.10 | 39.00 |
| MTH | Review correspondence from PVNL re fee applications filed; review regarding same and telephone discussion with PVNL re same | 0.70 | 273.00 |

Page: 6
05/31/2013
ACCOUNT NO:        3000-13D
STATEMENT NO:        129

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SMB | Review April 2013 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2013 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2013 amended application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Correspondence with EB re: C&D fee application | 0.10 | 11.00 |
| 05/28/2013 | | | | |
| | MTH | Review correspondence from MS re Foley fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from EB re draft fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from GS re Charter Oak time for April fee application | 0.10 | 39.00 |
| 05/29/2013 | | | | |
| | MTH | Reviewing Fee Auditor's Report of various fee applications | 0.30 | 117.00 |
| | MTH | Review correspondence from D.M. re Stroock fee application for April 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re Saul Ewing 46th monthly fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re Orrick fee application for April 2013 | 0.10 | 39.00 |
| 05/30/2013 | | | | |
| | MTH | Reviewing Order entered re fee applications | 0.10 | 39.00 |
| | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re Kramer Levin's 104th monthly fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from TS re fee auditor's report re various fee applications | 0.10 | 39.00 |
| 05/31/2013 | | | | |
| | MTH | Reviewing correspondence from LC re three CNO's filed for Canadian ZAI counsel | 0.10 | 39.00 |
| | TS | Review Fee Auditor's report re: 47th interim fee applications | 0.20 | 22.00 |
| | SMB | Review April 2013 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2013 application of Young Conaway Stargatt & Taylor LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

Page: 7
05/31/2013
ACCOUNT NO:        3000-13D
STATEMENT NO:              129

W.R. Grace

Fee Applications, Others

|     |     | HOURS |     |
|-----|-----|------:|----:|
| SMB | Review April 2013 application of Vorys, Sater, Seymour & Pease LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of James J. McMonagle (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of Warren H. Smith & Associates P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|     | FOR CURRENT SERVICES RENDERED | 25.40 | 5,034.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|-----------|------:|------------:|------:|
| Santae M. Boyd | 12.20 | $110.00 | $1,342.00 |
| Mark T. Hurford | 8.00 | 390.00 | 3,120.00 |
| Timothy Simpson | 5.20 | 110.00 | 572.00 |

|     |     |     |
|-----|-----|----:|
| TOTAL CURRENT WORK | | 5,034.00 |
| 05/15/2013 | Payment - Thank you. (February, 2013 - 80% Fees) | -3,440.80 |
| BALANCE DUE | | $15,363.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013
ACCOUNT NO:        3000-14D
STATEMENT NO:              101

Financing

PREVIOUS BALANCE                                                                                  $70.20

BALANCE DUE                                                                                            $70.20

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2013 |
| Wilmington  DE | ACCOUNT NO:     3000-15D |
|  | STATEMENT NO:            144 |

Hearings

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,937.45 |

| | | | HOURS | |
|---|---|---|---|---|
| 05/08/2013 | | | | |
| MTH | Reviewing Agenda re hearing cancellation; reviewing correspondence from SMC to PVNL and RH re same | | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.20 | 78.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $390.00 | $78.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 78.00 |

| | |
|---|---|
| 05/15/2013     Payment - Thank you. (February, 2013 - 80% Fees) | -93.60 |

| | |
|---|---|
| BALANCE DUE | $3,921.85 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013
ACCOUNT NO:        3000-16D
STATEMENT NO:             129

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $5,892.40 |
| 05/01/2013 |  |  |  |
| MTH | Reviewing Debtor's Status Report | 0.20 | 78.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.20 | 78.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $390.00 | $78.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 78.00 |
| 05/15/2013   Payment - Thank you. (February, 2013 - 80% Fees) | -1,042.00 |
| BALANCE DUE | $4,928.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013
ACCOUNT NO:    3000-17D
STATEMENT NO:    129

Plan and Disclosure Statement

PREVIOUS BALANCE $9,905.00

|  |  | HOURS |  |
|---|---|---|---|
| 05/16/2013 |  |  |  |
| MTH | Review correspondence from CA3 re Order re division of time re oral argument | 0.10 | 39.00 |
| 05/20/2013 |  |  |  |
| MTH | Reviewing three filings re division of time for oral argument with CA3 | 0.20 | 78.00 |
| 05/21/2013 |  |  |  |
| MTH | Reviewing CA3 filing re division of time for oral argument | 0.10 | 39.00 |
| 05/29/2013 |  |  |  |
| MTH | Reviewing filing from Anderson Memorial re division of time | 0.10 | 39.00 |
| 05/30/2013 |  |  |  |
| MTH | Reviewing Interim Order re appointment of FCR | 0.10 | 39.00 |
| 05/31/2013 |  |  |  |
| MTH | Reviewing Court's Order re briefing filed with CA3 | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.70 | 273.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |

TOTAL CURRENT WORK 273.00

| 05/15/2013 | Payment - Thank you. (February, 2013 - 80% Fees) | -2,589.60 |
|---|---|---|

Page: 2
05/31/2013
W.R. Grace

ACCOUNT NO:      3000-17D
STATEMENT NO:           129

Plan and Disclosure Statement

BALANCE DUE                                                              $7,588.40

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                    05/31/2013
Wilmington  DE                                    ACCOUNT NO:        3000-18D
                                                  STATEMENT NO:              129

Relief from Stay Proceedings

PREVIOUS BALANCE                                                  -$257.70

CREDIT BALANCE                                                   -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013
ACCOUNT NO:        3000-20D
STATEMENT NO:              128

Tax Litigation

PREVIOUS BALANCE                                                                                     $468.80

BALANCE DUE                                                                                               $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                        |                              |            |
|------------------------|------------------------------|------------|
|                        | Page: 1                      |            |
| W.R. Grace             | 05/31/2013                   |            |
| Wilmington DE          | ACCOUNT NO:                  | 3000-21D   |
|                        | STATEMENT NO:                | 120        |

Travel-Non-Working

| PREVIOUS BALANCE | -$4.00 |
|------------------|--------|
| CREDIT BALANCE   | -$4.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                            05/31/2013
Wilmington  DE                                                        ACCOUNT NO:        3000-22D
                                                                      STATEMENT NO:              133

Valuation

PREVIOUS BALANCE                                                                              $1,185.00

BALANCE DUE                                                                                    $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013
ACCOUNT NO:      3000-23D
STATEMENT NO:            133

ZAI Science Trial

PREVIOUS BALANCE                                                          $1,203.30

BALANCE DUE                                                               $1,203.30

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2013

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 702.00 | 0.00 | 0.00 | 0.00 | -187.20 | $514.80 |
| 3000-02 Asset Disposition | | | | | |
| 1,012.30 | 39.00 | 0.00 | 0.00 | 0.00 | $1,051.30 |
| 3000-04 Case Administration | | | | | |
| 630.27 | 0.00 | 0.00 | 0.00 | 0.00 | $630.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -116.70 | 117.00 | 0.00 | 0.00 | -62.40 | -$62.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 10,463.54 | 3,736.50 | 0.00 | 0.00 | -2,670.40 | $11,529.64 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 334.10 | 0.00 | 0.00 | 0.00 | -405.60 | -$71.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 2,324.70 | 234.00 | 0.00 | 0.00 | 0.00 | $2,558.70 |
| 3000-11 Expenses | | | | | |
| 5,725.80 | 0.00 | 2,809.67 | 0.00 | -2,573.39 | $5,962.08 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,932.80 | 776.00 | 0.00 | 0.00 | -587.20 | $4,121.60 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 13,769.90 | 5,034.00 | 0.00 | 0.00 | -3,440.80 | $15,363.10 |
| 3000-14 Financing | | | | | |
| 70.20 | 0.00 | 0.00 | 0.00 | 0.00 | $70.20 |
| 3000-15 Hearings | | | | | |
| 3,937.45 | 78.00 | 0.00 | 0.00 | -93.60 | $3,921.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 5,892.40 | 78.00 | 0.00 | 0.00 | -1,042.00 | $4,928.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 9,905.00 | 273.00 | 0.00 | 0.00 | -2,589.60 | $7,588.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 63,500.76 | 10,365.50 | 2,809.67 | 0.00 | -13,652.19 | $63,023.74 |

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.