# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| June 6, 2013 | INVOICE:              254140 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 05/31/13**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/01/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues. | W001 | GFF | 2.60 |
| 05/01/13 | Continued to review and update information on umbrella and excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, following form provision, indemnity language, payments and insurance policy language issues. | W001 | IF | 1.70 |
| 05/01/13 | Revise allocations for new settlement demand. | W001 | MG | 2.80 |
| 05/02/13 | Begin preparing monthly fee application. | W011 | AHP | 1.30 |
| 05/02/13 | Draft and revise insurance policy data spreadsheets (.70); continue review of insurance company settlement agreements re: "subject policies" and scope of agreement issues (1.10). | W001 | GFF | 1.80 |
| 05/02/13 | Analyzed and updated information on excess insurance policies, reimbursement and settlement agreements re:  insolvents, follow form language, indemnification language, payment issues and insurance policy language issues. | W001 | IF | 1.80 |
| 05/02/13 | Revise allocations for new settlement demand. | W001 | MG | 2.80 |
| 05/02/13 | Attention to demand to be made upon insurance company. | W001 | RMH | 0.80 |
| 05/03/13 | Continue review of insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

June 6, 2013                                       INVOICE:         254140

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/03/13 | Continued to review and update information on excess insurance policies, reimbursement and settlement agreements re: following form language, insolvent insurance companies, indemnification language, payment issues and insurance policy language issues. | W001 | IF | 1.90 |
| 05/03/13 | Revise allocations for new settlement demand. | W001 | MG | 3.40 |
| 05/03/13 | Review of revised insurance asset analysis in connection with disposition and revisions from recent insurance activity. | W001 | RYC | 1.70 |
| 05/06/13 | Review and revise time and expense entries, requesting backup for expenses. | W011 | AHP | 1.40 |
| 05/06/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: follow form, pollution exclusion and voluntary payments issues (1.20). | W001 | GFF | 2.10 |
| 05/06/13 | Reviewed and updated information on umbrella and excess policies, coverage-in-place and settlement agreements re: follow form provisions, insolvent insurance companies, indemnifications, payment issues and insurance policy language issues. | W001 | IF | 2.10 |
| 05/06/13 | Revise allocations for new settlement demand and cash flow analysis. | W001 | MG | 4.80 |
| 05/06/13 | Attention to calculation of insurance company demands. | W001 | RMH | 1.20 |
| 05/06/13 | Continue review of revised insurance asset analysis in connection with updates to insurance projections. | W001 | RYC | 2.80 |
| 05/07/13 | Review and revise additional changes (.90); prepare backup (.30). | W011 | AHP | 1.20 |
| 05/07/13 | Analyzed umbrella and excess policies, coverage-in-place and settlement agreements re: following form, insolvent insurance companies, indemnities, payment issues and other insurance policy language issues. | W001 | IF | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                       MATTER:      100055.WRG01

June 6, 2013                                          INVOICE:        254140

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/07/13 | Revise allocations for new settlement demand and cash flow analysis. | W001 | MG | 3.70 |
| 05/08/13 | Additional changes to monthly fee application. | W011 | AHP | 1.10 |
| 05/08/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90). | W001 | GFF | 1.70 |
| 05/08/13 | Continued to review and update information on umbrella and excess insurance policies, reimbursement and settlement agreements re: follow form, insolvent insurance companies, indemnities, payment issues and other insurance policy language issues. | W001 | IF | 2.10 |
| 05/08/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.30 |
| 05/08/13 | Review of revised insurance asset analysis in connection with application to insolvency proceedings. | W001 | RYC | 1.80 |
| 05/09/13 | Finalize draft monthly fee application for attorney review. | W011 | AHP | 1.20 |
| 05/09/13 | Continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.20); continue analysis of selected insurance policies re: follow form, asbestos coverage issues and voluntary payments issues (1.60). | W001 | GFF | 2.80 |
| 05/09/13 | Reviewed and updated information on umbrella and excess policies, reimbursement and settlement agreements re: following form language, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.40 |
| 05/10/13 | Continue analysis of selected settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:     100055.WRG01

June 6, 2013                              INVOICE:         254140

MATTER:  CLAIMANTS COMMITTEE              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/10/13 | Analysis and updating of information on umbrella and excess policies, settlement and coverage-in-place agreements re: follow form language, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.70 |
| 05/10/13 | Revise allocations for new settlement demand and cash flow analysis. | W001 | MG | 3.80 |
| 05/13/13 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 0.90 |
| 05/13/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: follow form, voluntary payments and other coverage issues (1.30). | W001 | GFF | 2.20 |
| 05/13/13 | Continued to review and update of information on excess insurance policies, settlements and coverage-in-place agreements re: following form language, insolvents, indemnifying insurance companies, payment issues and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/13/13 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 05/14/13 | Communications with R. Horkovich and M. Garbowski re: trust expenses in connection with potential settlement. | W001 | DJN | 0.30 |
| 05/14/13 | Continue analysis of selected insurance policies re: follow form, voluntary payments, and other coverage issues (1.30); continue analysis of selected settlement agreements re: subject policies and scope of release issues (1.30). | W001 | GFF | 2.60 |
| 05/14/13 | Continued to review and update of information on excess insurance policies, reimbursement and settlement agreements re: follow form language, insolvents, indemnifications of insurance companies, payment issues and other insurance policy language issues. | W001 | IF | 2.20 |
| 05/14/13 | Emails R. Horkovich and D. Nolan re: trust expenses in connection with potential settlement and review allocation materials re: same. | W001 | MG | 0.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 6, 2013                                       INVOICE:         254140

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/14/13 | Attention to calculation of discount for insurance settlement demands. | W001 | RMH | 1.70 |
| 05/15/13 | Analyze Armstrong, Owens-Corning and DII asbestos trusts and prepare chart and emails to R. Horkovich concerning claims processing expenses in connection with settlement discussions. | W001 | DJN | 0.90 |
| 05/15/13 | Continue analysis of selected insurance settlement agreements re: subject policies and scope of release issues. | W001 | GFF | 1.60 |
| 05/15/13 | Continued reviewing and updating information on excess insurance policies, reimbursement and settlement agreements re: following form, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 1.40 |
| 05/15/13 | Attention to revised insurance asset analysis in connection with revised settlement proposal. | W001 | RYC | 0.60 |
| 05/16/13 | Review documents and create listing for storage. | W001 | AHP | 1.80 |
| 05/16/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form, asbestos exclusion, and voluntary payments issues (1.40). | W001 | GFF | 2.20 |
| 05/16/13 | Continued to analyze and update information on certain excess insurance policies, reimbursement and settlement agreements re: follow form language, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 1.90 |
| 05/16/13 | Emails R. Horkovich and D. Nolan re: trust expenses in connection with potential settlement and review spreadsheet re: same. | W001 | MG | 0.70 |
| 05/16/13 | Attention to recalculation of settlement demands on insurance reimbursement insurance companies (1.60). Confer with W R Grace executive Jeff Posner re: same (.20). | W001 | RMH | 1.80 |
| 05/16/13 | Follow-up analysis in connection with revised settlement proposal. | W001 | RYC | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                                MATTER:        100055.WRG01

June 6, 2013                                                                              INVOICE:            254140

MATTER:  CLAIMANTS COMMITTEE                                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/17/13 | Draft and revise insurance policy data spreadsheets (.90); continue review of selected insurance settlement agreements re: "subject policies" and scope of release issue (1.40). | W001 | GFF | 2.30 |
| 05/17/13 | Continued reviewing and updating of information on excess insurance policies, reimbursement and settlement agreements re: following form, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 1.60 |
| 05/17/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 2.60 |
| 05/17/13 | Attention to settlement demand and communicate with Mr. Inselbuch re: same. | W001 | RMH | 1.40 |
| 05/20/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected settlement agreements re: subject policies and scope of agreement issues (.80); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.80 |
| 05/20/13 | Continued to review and update of information on excess insurance policies, coverage in place and settlement agreements re: follow form language, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.20 |
| 05/20/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 1.80 |
| 05/20/13 | Conference call with FCR counsel regarding proposed demand. | W001 | RMH | 0.60 |
| 05/21/13 | Review and prepare outstanding documents for records. | W011 | AHP | 1.20 |
| 05/21/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.70). | W001 | GFF | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| June 6, 2013 | | INVOICE: | 254140 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/21/13 | Continued reviewing and updating information on certain excess insurance policies, coverage-in-place and settlement agreements re: following form, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/21/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.10 |
| 05/22/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of agreement issues (1.90). | W001 | GFF | 2.70 |
| 05/22/13 | Continued to analyze and update information on excess and umbrella insurance policies, reimbursement and settlement agreements re: follow form, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/22/13 | Assemble material to draft proposed demand to insurance company. | W001 | RMH | 2.20 |
| 05/23/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments issues (2.10). | W001 | GFF | 2.70 |
| 05/23/13 | Continued reviewing and updating information on excess and umbrella insurance policies, reimbursement and settlement agreements re: following form language, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.10 |
| 05/24/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.90); continue analysis of selected settlement agreements re: "subject policies" and scope of agreement issues (1.20). | W001 | GFF | 2.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 6, 2013                                       INVOICE:          254140

MATTER: CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/24/13 | Continued to review and update information on excess insurance policies, reimbursement and settlement agreements re: following form, insolvent insurance companies, indemnities, payments and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/24/13 | Draft proposed demand letter to insurance company (2.20). Share with FCR's counsel and Debtor's counsel (.30). Communicate with insurance company counsel (.30). | W001 | RMH | 2.80 |
| 05/28/13 | Draft and revise insurance policy data spreadsheets (1.70); continue analysis of selected insurance policies re: follow form, asbestos exclusion, and voluntary payments issues (1.20). | W001 | GFF | 2.90 |
| 05/28/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.20 |
| 05/28/13 | Update analysis in connection with revised settlement proposals. | W001 | RYC | 1.10 |
| 05/29/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance settlement agreements re: subject policies and scope of release issues (1.90). | W001 | GFF | 2.80 |
| 05/29/13 | Continued to analyze and update information on excess and umbrella insurance policies, coverage in place and settlement agreements re: follow form information, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.20 |
| 05/29/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.20 |
| 05/29/13 | Follow-up in connection with updating analysis in connection with revised settlement proposals. | W001 | RYC | 0.70 |
| 05/30/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.60); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                                   MATTER:        100055.WRG01

June 6, 2013                                                                                  INVOICE:              254140

MATTER:  CLAIMANTS COMMITTEE                                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/30/13 | Continued reviewing and updating information about excess and umbrella insurance policies, reimbursement agreements and settlement agreements re: following form provisions, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.40 |
| 05/30/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 2.80 |
| 05/31/13 | Continue analysis of selected insurance policies re: follow form, and voluntary payments issues. | W001 | GFF | 1.70 |
| 05/31/13 | Continued to analyze and update information on excess and umbrella insurance policies, coverage in place agreements and settlement agreements re: follow form provisions, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/31/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 4.10 |

**TOTAL FEES:**                                                                                                    **$83,496.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE         MATTER:    100055.WRG01

June 6, 2013                            INVOICE:      254140

MATTER:  CLAIMANTS COMMITTEE            ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | **RATE** | **HOURS** | **TOTALS** |
|---|---|---|---|
| Arline H Pelton | 270.00 | 10.10 | 2,727.00 |
| Dennis J. Nolan | 495.00 | 1.20 | 594.00 |
| Glenn F Fields | 365.00 | 48.20 | 17,593.00 |
| Izak Feldgreber | 315.00 | 44.80 | 14,112.00 |
| Mark Garbowski | 650.00 | 46.50 | 30,225.00 |
| Robert M Horkovich | 925.00 | 12.50 | 11,562.50 |
| Robert Y Chung | 675.00 | 9.90 | 6,682.50 |
| **TOTAL FEES:** | | | **$83,496.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE                       MATTER:       100055.WRG01

June 6, 2013                                                                              INVOICE:             254140

MATTER:  CLAIMANTS COMMITTEE                                         ROBERT M. HORKOVICH

### SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 1.80 | 486.00 |
| Dennis J. Nolan | 1.20 | 594.00 |
| Glenn F Fields | 48.20 | 17,593.00 |
| Izak Feldgreber | 44.80 | 14,112.00 |
| Mark Garbowski | 46.50 | 30,225.00 |
| Robert M Horkovich | 12.50 | 11,562.50 |
| Robert Y Chung | 9.30 | 6,277.50 |
| **TOTAL:** | **164.30** | **$80,850.00** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 8.30 | 2,241.00 |
| Robert Y Chung | 0.60 | 405.00 |
| **TOTAL:** | **8.90** | **$2,646.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| June 6, 2013 | INVOICE:            254140 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

**COSTS through 05/31/13**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 05/02/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 05/02/13 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 05/08/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 05/22/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| **TOTAL COSTS:** | | | **$2.30** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| XE | DI - PHOTOCOPYING - | 2.30 |
| | **TOTAL COSTS:** | **$2.30** |
| | **TOTAL DUE:** | **$83,498.30** |