## EXHIBIT A

### Case Administration (13.40 Hours; $ 9,367.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.70 | $1,000 | 2,700.00 |
| Peter Van N. Lockwood | .70 | $955 | 668.50 |
| Leslie M. Kelleher | 9.20 | $625 | 5,750.00 |
| Rita C. Tobin | .20 | $555 | 111.00 |
| Eugenia Benetos | .60 | $230 | 138.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/13 | EI | 1,000.00 | 0.20 | Prepare memorandum on acquisition (.1); telephone conference with R. Paul (.1). |
| 05/02/13 | EI | 1,000.00 | 0.20 | Telephone conference with J. Sinclair regarding acquisition issue. |
| 05/03/13 | RCT | 555.00 | 0.20 | Review docket and local counsel records regarding EI update. |
| 05/06/13 | EI | 1,000.00 | 0.20 | Prepare memorandum to R. Horkovitch regarding status. |
| 05/07/13 | EI | 1,000.00 | 0.20 | Read insurance settlement memorandum. |
| 05/13/13 | PVL | 955.00 | 0.10 | Rv 5 misc. filings. |
| 05/13/13 | EB | 230.00 | 0.60 | Perform review of emails. |
| 05/15/13 | EI | 1,000.00 | 0.50 | Telephone conference with R. Frankel regarding D. Austern (.3); telephone conference with PVNL regarding same (.2). |
| 05/16/13 | EI | 1,000.00 | 0.50 | Prepare memorandum regarding D. Austern death (.3); telephone conference with PVNL regarding same (.2). |
| 05/20/13 | EI | 1,000.00 | 0.20 | Telephone conference with R. Frankel regarding succession. |
| 05/21/13 | EI | 1,000.00 | 0.70 | Committee meeting regarding R. Frankel (.3); telephone conference with R. Frankel (.2); telephone conference with PVNL (.2). |

| 05/23/13 | PVL | 955.00 | 0.30 | Rv draft motion to appoint Frankel as FCR |
| 05/24/13 | PVL | 955.00 | 0.10 | Rv revised Frankel/FCR motion and email comment. |
| 05/28/13 | LMK | 625.00 | 9.20 | Review memos/attend Grace prep session. |
| 05/30/13 | PVL | 955.00 | 0.20 | Rv FCR order and email (.1); cn ACM re same (.1) |

**Total Task Code .04    13.40**

**Fee Applications, Applicant (9.00 Hours; $ 3,727.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.10 | $555 | 2,830.50 |
| Eugenia Benetos | 3.90 | $230 | 897.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/13 | RCT | 555.00 | 0.20 | Review fee application for May. |
| 05/01/13 | RCT | 555.00 | 1.80 | Review interim fee application. |
| 05/01/13 | EB | 230.00 | 1.50 | Work on fee application. |
| 05/03/13 | RCT | 555.00 | 0.30 | Address fee issues. |
| 05/15/13 | RCT | 555.00 | 0.60 | Review pre bills. |
| 05/15/13 | EB | 230.00 | 0.60 | Create check breakdown of payments received and update fee application schedule accordingly. |
| 05/17/13 | RCT | 555.00 | 0.30 | Address fee issues. |
| 05/20/13 | RCT | 555.00 | 0.60 | Review and edit exhibits. |
| 05/24/13 | RCT | 555.00 | 1.00 | Review monthly fee application. |
| 05/24/13 | EB | 230.00 | 1.20 | Work on fee application. |

| 05/28/13 | EB | 230.00 | 0.60 | Draft and send email to local counsel re fee application. |
|---|---|---|---|---|
| 05/29/13 | RCT | 555.00 | 0.30 | Review e-mails regarding omnibus fee, order no objection (.2); review order (.1). |

**Total Task Code .12      9.00**


**Fee Applications, Others (.40 Hours; $ 382.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $955 | 382.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/21/13 | PVL | 955.00 | 0.10 | Rv 11 fee apps. |
| 05/24/13 | PVL | 955.00 | 0.30 | Email and teleconf. Hurford re fee apps. |

**Total Task Code .13      .40**


**Litigation and Litigation Consulting (13.60 Hours; $ 8,049.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Leslie M. Kelleher | 12.50 | $625 | 7,812.50 |
| Ashley M. Hutton | 1.10 | $215 | 236.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/13 | LMK | 625.00 | 1.50 | Review AMH reply brief. |
| 05/01/13 | AMH | 215.00 | 1.10 | Assemble appellate brief binders for LMK. |
| 05/24/13 | LMK | 625.00 | 1.50 | Review email/memo /briefs re Montana appeal. |
| 05/27/13 | LMK | 625.00 | 9.50 | Review briefs/memos re potential questions for Grace prep session. |

**Total Task Code .16**          13.60

**Plan & Disclosure Statement (19.70 Hours; $ 18,341.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 18.10 | $955 | 17,285.50 |
| Ann C. McMillan | 1.60 | $660 | 1,056.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/02/13 | PVL | 955.00 | 1.20 | Rv revised eff. date closing test (1.0); rv revised Garlock outline and email LMK re same (.2) |
| 05/06/13 | PVL | 955.00 | 1.30 | Rv K&E outline re Garlock arg. (1.1); rv Sealed Air 1st qtr 2013 release (.2) |
| 05/07/13 | PVL | 955.00 | 0.40 | Tcn Shelnitz, Finke, Donley, Paul & Wyron. |
| 05/15/13 | PVL | 955.00 | 1.40 | Teleconf. Donley (1.2); teleconf. EI (.2) |
| 05/16/13 | PVL | 955.00 | 1.30 | Rv CA 3 ltr and email Donley, et al (.1); tcn Donley & Frankel (.6); teleconf. EI (.2); teleconf. Donley (.4) |
| 05/17/13 | PVL | 955.00 | 0.10 | Teleconf. FH & rv emails re FCR. |
| 05/21/13 | PVL | 955.00 | 1.00 | Teleconfs. Donley (.3); tcn Finke, Donley, Paul, Frankel & Wyron (.6); teleconf. EI (.1) |
| 05/21/13 | ACM | 660.00 | 0.50 | Committee call re FCR successor (.3); teleconference R. Wyron re same (.1); conference EI re same (.1). |
| 05/23/13 | ACM | 660.00 | 0.20 | Teleconference LMK re TDP and indirect claims. |
| 05/24/13 | PVL | 955.00 | 0.50 | Rv Donley emails re arg. prep. and LMK replies. |
| 05/28/13 | PVL | 955.00 | 10.00 | Rv Donley outline re Garlock (.7); prepare for mtg at K&E (.2); cn Shelnitz, Finke, Donley, Paul, Esayian, Rich, Frankel, Wyron, Landau & LMK (8.9); cn LMK (.2) |

| 05/29/13 | PVL | 955.00 | 0.80 | Teleconf. EI re arg. prep. (.1); cn ACM re Comm. issues (.7) |
| 05/29/13 | ACM | 660.00 | 0.50 | Conference PVNL re FCR issues and review notes re same. |
| 05/30/13 | ACM | 660.00 | 0.40 | Teleconference EI re FCR issues (.2); conference PVNL re same (.1); teleconference R. Wyron re same (.1). |
| 05/31/13 | PVL | 955.00 | 0.10 | Rv Donley et al emails & reply. |

**Total Task Code   .17          19.70**

**Travel – Non Working (.20 Hours; $ 95.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $477.50 | 95.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/28/13 | PVL | 477.50 | 0.20 | To K&E office. |

**Total Task Code   .21          .20**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | 15.57 |
| Conference Call Services | 24.15 |
| Pacer - Database Charges | 11.60 |
| **Total:** | **$ 51.32** |