**EXHIBIT B**

**Case Administration (13.40 Hours; $ 9,367.50)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**  13.40

**Fee Applications, Applicant (9.00 Hours; $ 3,727.50)**

  Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**  9.00

**Fee Applications, Others (.40 Hours; $ 382.00)**

  Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**  .40

**Litigation and Litigation Consulting (13.60 Hours; $ 8,049.00)**

  Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**  13.60

**Plan & Disclosure Statement (19.70 Hours; $ 18,341.50)**

  Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**  19.70

**Travel – Non Working (.20 Hours; $ 95.50)**

    Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21   .20**