## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 15.57 |
| Conference Call Services | 24.15 |
| Pacer - Database Charges | 11.60 |
| **Total:** | **$ 51.32** |

| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter     000** | **Disbursements** | | 6/19/2013 |

Print Date/Time: 06/19/2013  4:10:43PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 5/31/2013

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 5/24/2013 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$4,806.34

Client Retainers Available          Committed to Invoices:          $0.00          Remaining:          $4,806.34

$3,949,191.00
Total Expenses Billed To Date

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0338 | KCM | Kevin C Maclay | 0.00 | 24.15 | 0.00 | 24.15 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 27.17 | 0.00 | 27.17 |
| **Total Fees** | | | **0.00** | **51.32** | **0.00** | **51.32** |

**Detail Time / Expense  by  Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2982210 | Premiere Global Services -Teleconference Svc., 3/2013  (KCM) | E | 05/08/2013 | 0338 KCM | | 0.00 | $24.15 | | 0.00 | $24.15 | 24.15 |
| 2984531 | Pacer Service Center -Database Svc., 1/1/13 - 3/31/13 | E | 05/20/2013 | 0999 C&D | | 0.00 | $11.60 | | 0.00 | $11.60 | 35.75 |
| 2984619 | Federal Express -Delivery to T.Simpson, 5/1/13 | E | 05/22/2013 | 0999 C&D | | 0.00 | $15.57 | | 0.00 | $15.57 | 51.32 |

**Total Expenses**
$51.32

| | | | | |
|---|---|---|---|---|
| **Client Number:** 4642 | **Grace Asbestos Personal Injury Claimants** | | | Page: 1 |
| **Matter** 000 | **Disbursements** | | | 6/19/2013 |

Print Date/Time: 06/19/2013  4:10:43PM

Attn:

| | | | | Invoice # |
|---|---|---|---|---|
| | | | | $51.32 |
| | | 0.00 | | 0.00 |
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 51.32 | | 51.32 |
| Matter Total | 0.00 | 51.32 | 0.00 | 51.32 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $51.32 | | $51.32 |
| Prebill Total | 0.00 | $51.32 | 0.00 | $51.32 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 90,875 | 11/21/2012 | 32,514.00 | 6,502.80 |
| 91,409 | 12/13/2012 | 13,536.00 | 2,707.20 |
| 91,996 | 01/22/2013 | 168,387.00 | 33,677.40 |
| 92,491 | 02/21/2013 | 165,664.00 | 33,132.80 |
| 92,999 | 03/22/2013 | 35,163.00 | 7,032.60 |
| 93,496 | 04/19/2013 | 41,240.92 | 41,240.92 |
| 94,156 | 05/24/2013 | 49,177.47 | 49,177.47 |
| | | 634,856.39 | 188,328.02 |