Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2013 through May 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 06-May-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 11-May-13 | BR | Review of Grace's post-confirmation summary report for March 2013. | 0.20 | $680.00 | $ 136.00 |
| 11-May-13 | BR | Review of Grace's monthly financial report for March 2013. | 1.10 | $680.00 | $ 748.00 |
| 17-May-13 | BR | Review and analysis of financial statements set forth in the 1Q13 10-Q. | 2.10 | $680.00 | $ 1,428.00 |
| 17-May-13 | BR | Review of text of Grace 1Q13 10-Q. | 2.50 | $680.00 | $ 1,700.00 |
| 25-May-13 | BR | Review of docket report and selected items set forth therein. | 1.00 | $680.00 | $ 680.00 |
| 29-May-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| | | Total Bradley Rapp | 7.10 | | $ 4,828.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 02-May-13 | JS | Call with Inselbuch regarding Grace transaction. | 0.20 | $680.00 | $ 136.00 |
| 06-May-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.70 | $680.00 | $ 476.00 |
| 15-May-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 23-May-13 | JS | Review, analyze pricing information and date for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 28-May-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $680.00 | $ 408.00 |
| | | Total James Sinclair | 2.50 | | $ 1,700.00 |
| Peter Cramp - Associate | | | | | |
| 06-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 06-May-13 | PC | Review 10-Q filing for due diligence. | 1.40 | $375.00 | $ 525.00 |
| 06-May-13 | PC | Review 1st quarter earnings release of Sealed Air, email to J. Sinclair. | 0.60 | $375.00 | $ 225.00 |
| 13-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 20-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 28-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $375.00 | $ 712.50 |
| | | Total Peter Cramp | 8.30 | | $ 3,112.50 |
| Gibbons Sinclair - Associate | | | | | |
| 14-May-13 | GS | Review and revise Interim Fee Application | 0.60 | $375.00 | $ 225.00 |
| | | Total Gibbons Sinclair | 0.60 | | $ 225.00 |
| | | **TOTAL** | 18.50 | | $ 9,865.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  May 1, 2013 through May 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 06-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 13-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 20-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 28-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $375.00 | $ 712.50 |
| | | Total Asset Analysis and Recovery | 6.30 | | $ 2,362.50 |
| Business Operations | | | | | |
| 02-May-13 | JS | Call with Inselbuch regarding Grace transaction. | 0.20 | $680.00 | $ 136.00 |
| | | Total Business Operations | 0.20 | | $ 136.00 |
| Case Administration | | | | | |
| 06-May-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.70 | $680.00 | $ 476.00 |
| 06-May-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 06-May-13 | PC | Review 10-Q filing for due diligence. | 1.40 | $375.00 | $ 525.00 |
| 06-May-13 | PC | Review 1st quarter earnings release of Sealed Air, email to J. Sinclair. | 0.60 | $375.00 | $ 225.00 |
| 11-May-13 | BR | Review of Grace's post-confirmation summary report for March 2013. | 0.20 | $680.00 | $ 136.00 |
| 11-May-13 | BR | Review of Grace's monthly financial report for March 2013. | 1.10 | $680.00 | $ 748.00 |
| 15-May-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 17-May-13 | BR | Review and analysis of financial statements set forth in the 1Q13 10-Q. | 2.10 | $680.00 | $ 1,428.00 |
| 17-May-13 | BR | Review of text of Grace 1Q13 10-Q. | 2.50 | $680.00 | $ 1,700.00 |
| 23-May-13 | JS | Review, analyze pricing information and date for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 25-May-13 | BR | Review of docket report and selected items set forth therein. | 1.00 | $680.00 | $ 680.00 |
| 28-May-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $680.00 | $ 408.00 |
| 29-May-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| | | Total Case Administration | 11.40 | | $ 7,142.00 |
| Fee Applications (Applicant) | | | | | |
| 14-May-13 | GS | Review and revise Interim Fee Application | 0.60 | $375.00 | $ 225.00 |
| | | Total Fee Applications (Applicant) | 0.60 | | $ 225.00 |
| | | **TOTAL** | 18.50 | | $ 9,865.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  May 1, 2013 through May 31, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 7.10 | $ 680.00 | $ 4,828.00 |
| James Sinclair - Senior Managing Director | 2.50 | $ 680.00 | $ 1,700.00 |
| Peter Cramp - Associate | 8.30 | $ 375.00 | $ 3,112.50 |
| Gibbons Sinclair - Associate | 0.60 | $ 375.00 | $ 225.00 |
| Total Professional Hours and Fees | 18.50 | | $ 9,865.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  May 1, 2013 through May 31, 2013

| Date | Description of Item | Amount |
|---|---|---|
| 31-May-13 | Online Research - PACER | $5.00 |
| | Total Expenses May 1, 2013 through May 31, 2013 | $5.00 |