**EXHIBIT 2**



WR Grace
Date Range 4/1/2013 - 4/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/9/2013 | 0.2 | $42.00 | Analysis of T Feil email re claims inquiry from S Kalb/Claims Recovery LLC re Olympus 555 (.1); analysis of S Cohen email re info re claim inquiry (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/9/2013 | 0.5 | $105.00 | Analysis of b-Linx and DRTT re Claims Recovery LLC inquiry re Olympus 555 claim (.3); prep email to R Higgins re S Kalb/Claims Recovery LLC inquiry and research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 0.5 | $105.00 | Analysis of M Booth email re transfer notice filed by Southpaw re Macerich Fresno claim (.1); analysis of transfer, claim and DRTT (.3); prep email to M Booth re hold transfer pending R Higgins response (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2013 | 0.2 | $42.00 | Telephone to R Higgins re Southpaw transfer of asbestos PD claim 12758 (.1); prep email to M Booth re R Higgins to review transfer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2013 | 0.2 | $42.00 | Analysis of R Higgins email to J Cohen/Southpaw re issues with transfer of asbestos PD claim (.1); analysis of R Higgins email re J Cohen working to resolve issues (.1) |
| | | | Total: | 1.6 | $336.00 | |
| **WRG Asbestos PI Claims** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/9/2013 | 0.2 | $22.00 | Research claim status per T.Feil request (.1); email correspondence with T.Feil, M.Araki re: claim status (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/10/2013 | 0.1 | $11.00 | Email correspondence with claim buyer inquiry regarding asbestos claim and follow-up correspondence with counsel |
| | | | Total: | 0.3 | $33.00 | |
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/1/2013 | 2.3 | $483.00 | DRTT analysis and b-Linx audit (1.3); revise b-Linx per audit (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/1/2013 | 1.4 | $294.00 | Analysis of corresp and docs re projects (.8); revise/update project list (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/1/2013 | 0.3 | $63.00 | Analysis of returned mail reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/1/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/2/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30457-30459 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/2/2013 | 0.4 | $84.00 | Email exchange with K Becker, R Higgins re E Mosle corresp (.2); analysis of S Fritz email re draft March numbers (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/2/2013 | 1.6 | $336.00 | Analysis of Court docket re case status; planning |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/2/2013 | 0.1 | $19.50 | Weekly status report |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/2/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/2/2013 | 0.1 | $11.00 | Telephone with Johnette Parmelee at (585) 250-5397 / RE: inquiry regarding a change of address and requesting status update for case; email sent to M.Araki re: follow-up required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/2/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |



**WR Grace**
Date Range 4/1/2013 - 4/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/3/2013 | 0.1 | $9.50 | Review Court docket Nos 30460-30465 categorize each new docket entry and flag for further action and follow up |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/3/2013 | 0.2 | $42.00 | Analysis of S Cohen email re Johnette Parmalee inquiry (.1); telephone to J Parmalee re ZAI claim 17550 and COA (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/3/2013 | 0.3 | $63.00 | Work with S Fritz re revision of March draft numbers, finalize |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/3/2013 | 0.2 | $42.00 | Prep email to P Cuniff re filing Feb 13 fee app (.1); analysis of S Cohen/M Booth emails re COAs via BMC website (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/3/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/3/2013 | 0.1 | $11.00 | Email correspondence with M.Araki, M.Booth re: creditor change of address request and required documentation for processing |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/4/2013 | 0.1 | $9.50 | Review Court docket Nos 30466-30473 categorize each new docket entry and flag for further action and follow up |
| ERIN KRAMER - CAS | | $65.00 | 4/4/2013 | 0.1 | $6.50 | Review correspondence received from claimant, transmit to Cassman for handling |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/4/2013 | 0.4 | $84.00 | Analysis of S Cohen email re 1st Qtr SEC info for reporting |
| NOREVE ROA - CAS | | $95.00 | 4/4/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30442-30465 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/4/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/5/2013 | 0.1 | $9.50 | Review Court docket Nos 30475-30476 categorize each new docket entry and flag for further action and follow up . |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/5/2013 | 0.2 | $42.00 | Analysis of R Higgins email re narrative insertion for 1st Qtr reporting |
| MIKE BOOTH - MANAGER | | $165.00 | 4/5/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| NOREVE ROA - CAS | | $95.00 | 4/5/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30466-30473, 30476 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/5/2013 | 0.5 | $55.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/5/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/6/2013 | 0.1 | $9.50 | Review Court docket Nos 30477-30478 categorize each new docket entry and flag for further action and follow up |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/8/2013 | 1.5 | $315.00 | Analysis of files and data for 1st Qtr 2013 SEC reporting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/8/2013 | 1.3 | $273.00 | Analyze case status and project notes in prep for punchlist per R Higgins request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/8/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/9/2013 | 1.4 | $294.00 | Analysis of S Cohen reports re 1st Qtr SEC claim status and transfer changes |



**WR Grace**
Date Range 4/1/2013 - 4/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/9/2013 | 0.4 | $84.00 | Prep email to T Feil, S Cohen re asbestos pd claims inquiry from S Kalb, handling per R Higgins request (.2); analysis of T Feil response (.1); prep email to S Kalb/Claims Recovery LLC re R Higgins to contact to discuss claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/9/2013 | 2.6 | $546.00 | Analysis of S Cohen 1st Qtr SEC data for reporting (.6); review files for 1st Qtr SEC reporting (2.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/9/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/10/2013 | 0.3 | $28.50 | Review Court docket Nos 30479-30494 categorize each new docket entry and flag for further action and follow up |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 0.3 | $63.00 | Prep emails to project managers re custom notices fo lease rejection (.1); analysis of responses (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 0.4 | $84.00 | Analysis of R Higgins email re BMC services re claim transfers (.1); prep email to R Higgins re BMC services re claim transfers/claims registers (.2); analysis of R Higgins corresp to E Mosley (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 2.0 | $420.00 | Continue analysis of files re 1st Qtr SEC reporting (1.8); prep email to R Higgins re 46th Qtrly Settlemen Ntc and payment to US DOT pending or completed (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 0.4 | $84.00 | Analysis of webpage re attorney name, address revisions (.2); prep email to WebPages re updates to BMC website re attorney name, address revisions (.1); analysis of revised webpage (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 4/10/2013 | 0.2 | $33.00 | Review Notice of Transfer of Asbestos Property Damage Claim 12758 filed at docket 30496, EOD 4/10/13 (.1); draft email to M Araki re: processing requirements related to same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/10/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERRI MARSHALL - MANAGER | | $185.00 | 4/10/2013 | 0.5 | $92.50 | Analysis of M Araki email re custom contract rejectior notices (.1); analysis of files re custom contract rejection notices (.2); discussion with M Araki re custom contract rejection noticing and service (.2) |
| JAY GIL - CAS | | $95.00 | 4/11/2013 | 0.3 | $28.50 | Review Court Docket Nos. 30495, 30497-30502, categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2013 | 0.2 | $42.00 | Analysis of K Becker email re confirmation of addresses for filing WR Grace claims for Lease Rejection Notice (.1); prep email to R Higgins re confirmation of Rust address (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2013 | 0.8 | $168.00 | Prepare revised 1st Qtr 2013 SEC narrative for R Higgins (.6); prep comparison for R Higgins (.1); prep email to R Higgins re revised 1st Qtr 2013 SEC narrative (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2013 | 0.4 | $84.00 | Analysis of R Higgins email re revision to employee numbers in revised 1st Qtr 2013 SEC narrative (.1); research employee paragraph change (.2); prep emai to R Higgins re revision to employee paragraph language (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2013 | 0.5 | $105.00 | Telephone with R Higgins (2x) re issues with employee info on 1st Qtr 2013 SEC narrative, history of narrative revisions, analysis of comparison of prior versions |

EXHIBIT 1



WR Grace
Date Range 4/1/2013 - 4/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2013 | 2.1 | $441.00 | Analysis of employee claims, counts, narratives, Omr 28 info, SERP claims extinguished in subsidiary consolidation (1.7); prep emails to R Higgins re research results (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2013 | 0.4 | $84.00 | Prep email to S Cohen re issues with employee data on qtrly reports (.1); analysis of S Cohen research results (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2013 | 0.3 | $63.00 | Analysis of S Cohen email re A Mondoux correspondence (.1); prep email to K Bergland, ZAI paralegal, re correspondence received from A Mondoux (.1); prep email to K Becker/Rust Consulting re adding correspondence to A Mondoux ZAI claim (. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/11/2013 | 0.2 | $22.00 | Review non-claim correspondence received by BMC at claims PO Box (.1); email correspondence with M.Araki (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/12/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30504-30506 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/12/2013 | 1.6 | $336.00 | Analysis of files re R Higgins prior task lists (.4); analysis of prior task lists re updates (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/12/2013 | 0.3 | $63.00 | Prep email to R Higgins re final version of 1st Qtr 2013 SEC narrative sent to WR Grace (.1); analysis of R Higgins email re final version transmitted (.1); prep email to R Higgins re follow-up on status of Macerich Fresno transfer review (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/12/2013 | 0.4 | $84.00 | Analysis of K Makowski email re service of Vermiculite Sale Motion on entire matrix (.1); analysis of production files re service (.2); prep email to K Makowski re service limited to certain parties, not entire matrix (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/12/2013 | 2.4 | $504.00 | DRTT analysis and b-Linx audit (1.4); revise b-Linx per audit (1.0) |
| NOREVE ROA - CAS | | $95.00 | 4/12/2013 | 0.1 | $9.50 | Review Court Docket Nos. 3053-3056, categorize each new docket entry and flag for further action and follow up |
| NOREVE ROA - CAS | | $95.00 | 4/12/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30477-30480, 30482-30489, 30491-30495, 30497-30499, 30501-30502 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/12/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/15/2013 | 1.5 | $315.00 | Follow-up with R Higgins re review of Southpaw asbestos PD transfer (.1); analysis of Court docket re case status (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/15/2013 | 2.4 | $504.00 | Analysis of projects list re updates for R Higgins task list |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/15/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 4/16/2013 | 0.3 | $28.50 | Review Court Docket Nos. 30507-30516, categorize each new docket entry and flag for further action and follow up as needed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2013 | 0.4 | $84.00 | Prep bi-monthly status update memo to team re case status, 3rd Circuit, estimated timing (.3); analysis of b monthly status from S Cohen and K Martin (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2013 | 2.5 | $525.00 | Continue analysis of projects list re updates for R Higgins task list |

EXHIBIT 1



WR Grace
Date Range 4/1/2013 - 4/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2013 | 1.3 | $273.00 | Continue analysis of b-Linx and interest tool re updates on R Higgins task list re claims |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/16/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/16/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| NOREVE ROA - CAS | | $95.00 | 4/17/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30507-30509, 30511-30512 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/17/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/18/2013 | 0.1 | $9.50 | Review Court docket Nos 30517-30524 categorize each new docket entry and flag for further action and follow up |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/18/2013 | 0.4 | $84.00 | Prep email to R Higgins re follow-up on transfers for E Helms, Southpaw (.1); prep email to R Higgins re 46tl Qtrly Ntc of Settlements and US DOT possible claim (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/18/2013 | 2.1 | $441.00 | DRTT analysis and b-Linx audit (1.5); revise b-Linx re audit results (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/18/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/19/2013 | 1.7 | $357.00 | Analysis of Court docket re case status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/19/2013 | 1.3 | $273.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx re audit results (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/19/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 4/22/2013 | 0.2 | $13.00 | Email exchange w/ M Booth transmitting doc for filing (.1); ECF file Proof of Service - Ntc Trans (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/22/2013 | 0.3 | $63.00 | Analysis of M Booth email re creditor call - Perry Bahr (.1); analysis of b-Linx re Reiney Bahr claim (.1); telephone to P Bahr re father's claim and case status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/22/2013 | 0.2 | $42.00 | Analysis of S Fritz email re payment receipt (.1); revise payment application worksheet and email to S Fritz re application of payment (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/22/2013 | 1.0 | $210.00 | Analysis of project status, planning |
| MIKE BOOTH - MANAGER | | $165.00 | 4/22/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MIREYA CARRANZA - CAS | | $45.00 | 4/22/2013 | 0.2 | $9.00 | Prepare Transfer Notice Southpaw Koufax LLC re: dk 30521 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 4/22/2013 | 0.2 | $9.00 | Prepare Transfer Notice Brenda Helms re: dkt 30521 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 4/22/2013 | 0.2 | $9.00 | Prepare Transfer Notice Law Offices of John E. Wall, Jr. re: dkt 30521 for service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/22/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/22/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/23/2013 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.4); revise b-Linx per audit (.6) |
| NOREVE ROA - CAS | | $95.00 | 4/23/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30517, 30518, 30520, 30523 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/23/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |

EXHIBIT 1



WR Grace
Date Range 4/1/2013 - 4/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/24/2013 | 1.7 | $357.00 | Review open item list, b-Linx and docket (1.2); revise open item list re resolved issues (.5) |
| NOREVE ROA - CAS | | $95.00 | 4/24/2013 | 0.2 | $19.00 | Review Court Docket No. 30525-30537 categorize each new docket entry and flag for further action and follow up |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/24/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAY GIL - CAS | | $95.00 | 4/25/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30543-30545, categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/25/2013 | 2.8 | $588.00 | Continue review of open item list, b-Linx and docket (1.8); revise open item list re resolved issues, pending issues (1.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/25/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/26/2013 | 0.3 | $63.00 | Telephone from Mr Eustis re change of address for deceased father's claims (.1); analysis of R Higgins email re Southpaw re-filing of Macerich transfer with consent (.1); prep email to M Booth re hold on defective first transfer as amended transfer to be filed (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/26/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/27/2013 | 0.4 | $38.00 | Audit categorization updates related to Court Docket nos 30526-30536,30538-30542,30546-30551 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/29/2013 | 0.2 | $42.00 | Analysis of K Becker email re calls received at Rust re Grace payments (.1); analysis of K Bergland/Scott Law Group email re A Mondoux correspondence (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/29/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/30/2013 | 0.4 | $84.00 | Analysis of emails from K Martin, S Cohen and M John re bi-monthly status updates (.1); prep bi-monthly case update to team (.1); prep email to K Becker re calls received at Rust re Grace payments, case status (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/30/2013 | 2.4 | $504.00 | DRTT analysis and b-Linx audit (1.6); revise b-Linx per audit (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/30/2013 | 2.3 | $483.00 | Continue analysis of open item list, b-Linx and docket (1.5); revise open item list re resolved issues, pending items (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/30/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/30/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| | | | Total: | 65.3 | $12,581.50 | |
| **WRG Data Analysis** | | | | | | |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 4/10/2013 | 0.2 | $19.00 | Update General Info page for WR Grace website |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/11/2013 | 0.7 | $77.00 | Discussion with M.Araki re: additional analysis of employee, former employee claims required (.2); analyze and prepare employee claim/status data (.4); email correspondence with M.Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/22/2013 | 1.4 | $210.00 | Generate monthly active and inactive claims detail report (.9). Export to Excel (.4) and forward to S Cohen (.1). |
| | | | Total: | 2.3 | $306.00 | |

EXHIBIT 1



WR Grace
Date Range 4/1/2013 - 4/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/2/2013 | 3.1 | $604.50 | Audit of claims affected by order/stipulations, analysis of related pleadings (1.5); revise claims and distribution databases per audit (1.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/17/2013 | 3.0 | $630.00 | Prep list of punchlist items per R Higgins request re overall list of items to address prior to Effective Date |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/17/2013 | 2.5 | $525.00 | Organize research, samples and other info for punchlist items |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/18/2013 | 3.0 | $630.00 | Analysis of M John research re admin bar date, effective date in other asbestos-related bankruptcy cases (2.0); analysis of current BMC cases re admin bar date/effective date notices (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/22/2013 | 2.8 | $588.00 | Continue work on data file updates for G Kruse for distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/23/2013 | 2.7 | $567.00 | Continue work on data file updates for G Kruse for distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/24/2013 | 3.0 | $630.00 | Analysis of R Higgins task list re updates/additions (1.5); revise task list re updates/additions (1.5) |
| | | | Total: | 20.1 | $4,174.50 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/3/2013 | 0.8 | $168.00 | Revise/finalize Feb 13 fee app (.5); revise exhibits (.2); prep email to M John re review/sig of fee app for filing (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/3/2013 | 0.3 | $58.50 | Email exchanges with M Araki re BMC monthly fee application for Feb 2013 (.1); review fee application and approve (.1); prep email to M Araki re approval for filing and service (.1) |
| | | | Total: | 1.1 | $226.50 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| MIKE BOOTH - MANAGER | | $165.00 | 4/3/2013 | 0.2 | $33.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/4/2013 | 0.7 | $147.00 | Analysis of R Higgins email re BNSF and Libby Tank Farm claim (.2); research BNSF/Libby Tank Farm per request (.3); prep email to R Higgins re research results (.1); analysis of R Higgins email re request for add'l research (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/4/2013 | 2.3 | $253.00 | Prepare and analyze 2013 Q1 reports (2.1); email correspondence with M.Araki re: reporting requirements, analysis performed (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 4/5/2013 | 0.2 | $33.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/8/2013 | 0.5 | $105.00 | Analysis of R Higgins email re add'l research on BNSF and Libby Tank Farm claim (.1); telephone to F Higgins re research request (.1); prep ART report of BNSF claims (.1); analyze ART report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/8/2013 | 0.7 | $147.00 | Research b-Linx and DRTT re BNSF claim 12942 per R Higgins request (.4); research POS re Order on claim 12942 and service (.2); prep email to R Higgins re BNSF claim 12942 research results (.1) |

Page 7 of 9

EXHIBIT 1



**bmcgroup**
Information management

WR Grace
Date Range 4/1/2013 - 4/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/9/2013 | 0.3 | $63.00 | Prep email to K Becker re follow-up on Avenue TC Fund alleged partial transfer of claim 13352 (.1); review docket for Avenue TC Fund updated partial transfer (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 0.3 | $63.00 | Analysis of R Higgins email re ICI Americas transfer (.1); analysis of b-Linx re transfer (.1); prep email to R Higgins re ICI Americas transfer status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 0.9 | $189.00 | Analysis of R Higgins email re draft Notice of Lease Rejection for review (.1); analysis of draft Notice of Lease Rejection (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 1.1 | $231.00 | Prep revised Notice of Lease Rejection (.7); prep email to K Becker/Rust re confirmation of address for filing claims (.1); prep comparison of revised vs original Notice (.1); prep email to R Higgins re revised Notice of Lease Rejection (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 1.2 | $252.00 | Telephone from M Kiley and C Albert re Ntc of Commencement/Bar Date to tax jurisdictions, State o Virginia (.1); analysis of Ntc of Commencement/Bar Date re service on State of Virginia (.9); prep email to M Kiley/C Albert re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 0.5 | $105.00 | Analysis of M Kiley email re Texas Comptroller claim withdrawal (.1); analysis of corresp and files re Texas Comptroller claim withdrawal (.3); prep email to M Kiley/C Albert re confirmation of withdrawal of claim by Texas Comptroller (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 0.3 | $63.00 | Analysis of L Gardner email re USG Corporation settlement, distribution interest (.2); prep email to L Gardner re settlement/interest (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/10/2013 | 0.2 | $42.00 | Prep email to R Higgins re add'l revision to Notice of Lease Rejection draft re Campbell & Levine, Rust info pending (.1); prep email to K Becker re request for claims address verification (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2013 | 0.3 | $63.00 | Prep email to R Higgins re Macerich Fresno claim transfer to Southpaw, issues to review (.1); analysis c R Higgins email re review of transfer (.1); analysis of K Becker email re no further evidence from Avenue TC Fund of partial transfer 13352 (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/11/2013 | 1.0 | $210.00 | Analysis of claim transfer master tracking sheet (.7); analysis of DRTT re status of transfers (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/15/2013 | 1.6 | $336.00 | Analysis of b-Linx re updates on R Higgins task list re claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2013 | 0.5 | $105.00 | Analysis of K Becker email re verification for partial transfers requested by DK Acquisitions (.1); analysis of b-Linx re partial transfers claim 13352 and 9553 (.3); prep email to K Becker re neither claim owned by DK Acquisitions (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2013 | 0.2 | $42.00 | Analysis of K Becker email re possibility DK Acquisitions is Midtown Acquisitions, to verify (.1); analysis of K Becker email re no evidence from Avenue TC Fund of split transfer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/17/2013 | 0.5 | $105.00 | Analysis of R Higgins email re claim transfer for claim 601 (.1); research claim 601 and related pleadings (.3); prep email to R Higgins re research results (.1) |

Page 8 of 9

EXHIBIT 1

**bmcgroup**
information management

WR Grace
Date Range 4/1/2013 - 4/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/17/2013 | 0.3 | $63.00 | Analysis of K Becker email re confirmation DK Acquisitions is Midtown Acquisitions (.2); prep email to K Becker re confirmation of partial transfers to Midtown/DK for claims 13352-A and 9553-A (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/18/2013 | 0.6 | $126.00 | Analysis of K Makowski email re Georgia Pacific request for removal from service list (.1); analysis of b Linx and pleadings re Georgia Pacific claim, current address, service (.4); prep email to K Makowski re Georgia Pacific claim 367 (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/19/2013 | 0.3 | $33.00 | Initialize analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, M.Booth re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/22/2013 | 0.7 | $147.00 | Analysis of S Cohen emails to K Becker/Rust Consulting re claims data and transfer data updates |
| MIKE BOOTH - MANAGER | | $165.00 | 4/22/2013 | 0.2 | $33.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration (.1); update tracking spreadsheet and b-Linx database as required (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 4/22/2013 | 0.1 | $16.50 | Analysis of Court docket 30521 re: new claim transfer |
| MIKE BOOTH - MANAGER | | $165.00 | 4/22/2013 | 0.4 | $66.00 | Prepare two transfer notices (Docket 30521) (.3); forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 4/22/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 4/22/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notice (.1 email to notice group for filing (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 4/22/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30521). |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/22/2013 | 0.3 | $33.00 | Complete analysis and preparation of monthly reports (.2); email correspondence with K.Becker at Rust (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/23/2013 | 0.3 | $63.00 | Analysis of R Higgins email re B Helms transfer review (.1); prep email to R Higgins re Southpaw consent status for Macerich transfer (.1); analysis of R Higgins email re Southpaw transfer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/24/2013 | 0.5 | $105.00 | Analysis of R Higgins email re Southpaw receipt of Grace consent for transfer (.1); prep email to M Booth re action for original Southpaw transfer of Macerich claim (.1); analysis of corresp re schedule register issue (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/25/2013 | 0.2 | $42.00 | Analysis of R Higgins email re request to Grace to verify payment of 46th Qtrly settlement (.1); analysis of R Higgins email re follow-up with Grace re 47th Qtrly settlement payments (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 4/29/2013 | 0.1 | $16.50 | Discussion with S Cohen re: recently filed Court Docket entries related to Transfer of Claim. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/29/2013 | 0.1 | $11.00 | Discussion with M.Booth re: recently filed Court Docket entries related to Transfer of Claim |
| | | | Total: | 18.0 | $3,408.00 | |
| | | | Grand Total: | 108.7 | $21,065.50 | |

EXHIBIT 1

**bmcgroup**
Information management

WR Grace
Professional Activity Summary
Date Range: 4/1/2013 - 4/30/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.6 | $336.00 |
| | Total: | 1.6 | $336.00 |
| **WRG Asbestos PI Claims** | | | |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.3 | $33.00 |
| | Total: | 0.3 | $33.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.6 | $27.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 1.4 | $133.00 |
| Erin Kramer | $65.00 | 0.1 | $6.50 |
| James Myers | $65.00 | 0.2 | $13.00 |
| Jay Gil | $95.00 | 0.8 | $76.00 |
| Noreve Roa | $95.00 | 1.0 | $95.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.6 | $99.00 |
| Myrtle John | $195.00 | 0.1 | $19.50 |
| Terri Marshall | $185.00 | 0.5 | $92.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 5.8 | $638.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 54.2 | $11,382.00 |
| | Total: | 65.3 | $12,581.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.2 | $19.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 1.4 | $210.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.7 | $77.00 |
| | Total: | 2.3 | $306.00 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 3.1 | $604.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 17.0 | $3,570.00 |
| | Total: | 20.1 | $4,174.50 |

Page 1 of 2

EXHIBIT 1

**bmcgroup**
information management

WR Grace
Professional Activity Summary
Date Range: 4/1/2013 - 4/30/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.8 | $168.00 |
| | Total: | 1.1 | $226.50 |
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.6 | $264.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 3.0 | $330.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 13.4 | $2,814.00 |
| | Total: | 18.0 | $3,408.00 |
| | Grand Total: | 108.7 | $21,065.50 |