# EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/15/2013 | 0.5 | $105.00 | Analysis of L Esayian/K&E email re Canadian/Crown ZAI claims (.1); research b-Linx re Canadian/Crown ZAI claims (.2); prep email to L Esayian re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/15/2013 | 0.2 | $42.00 | Analysis of K Love/K&E email re claims 17613, 17656 (.1); prep email to K Love re copies of claims requested, add'l info on ZAI claim filed (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/15/2013 | 0.7 | $147.00 | Analysis of L Esayian/K&E email re Class 8 claims/ballots (.1); research b-Linx, solicitation files re Association des Consommateurs claims/ballots (.4); prep email to L Esayian re ballots, claims and tabulation info for Association des Consommateurs (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/15/2013 | 0.3 | $63.00 | Analysis of L Esayian/K&E email re confirmation re Canadian/Crown claims (.1); analyze b-Linx re Canadian/Crown claims (.1); prep email to L Esayian re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/15/2013 | 0.6 | $126.00 | Analysis of L Esayian/K&E email re report of Canadian ZAI claims (.1); prep email to G Kruse re report of Canadian ZAI claims filed (.1); analysis of G Kruse email re data for Canadian ZAI claims and report prep (.1); analysis of G Kruse email re Canadian ZAI claims report (.1); analysis of report (.1); prep email to L Esayian re Canadian ZAI claims report (.1) |
| | | | Total: | 2.3 | $483.00 | |
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/1/2013 | 1.4 | $294.00 | Analysis of K Becker email re claims registers (.1); analysis of files re last claims registers (.2); DRTT analysis and b-Linx audit re open items for claims register (.8); revise b-Linx per audit (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/1/2013 | 1.2 | $252.00 | Continue DRTT analysis and b-Linx audit re open items for claims register (.7); revise b-Linx per audit (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/1/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/2/2013 | 0.3 | $63.00 | Analysis of L Gardner email re National Aluminum (.1); analysis of G Kruse email re claim 13961 split/transfer (.1); analysis of G Kruse email re draft consolidated alpha claims register (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/2/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/2/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/2/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/3/2013 | 2.1 | $441.00 | Prep email to L Gardner re follow-up National Aluminum (.1); begin analysis of draft consolidated alpha claims register (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/3/2013 | 1.0 | $210.00 | Analysis of b-Linx re cross check of revised claims data vs appearance on draft claims register |
| NOREVE ROA - CAS | | $95.00 | 5/3/2013 | 0.3 | $28.50 | Review Court Docket Nos. 30559-30583, categorize each new docket entry and flag for further action and follow up |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/6/2013 | 0.4 | $38.00 | Audit categorization updates related to Court Docket nos 30559-30570,30572-30583 |
| JAMES MYERS - CAS | | $65.00 | 5/6/2013 | 0.1 | $6.50 | Review & respond to emails from M Booth transmitting docs for service |
| JAMES MYERS - CAS | | $65.00 | 5/6/2013 | 0.2 | $13.00 | Review & respond to email from M Booth transmitting Ntc Amend Transfer for filing (.1); ECF file Ntc of Amend Transfer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/6/2013 | 0.3 | $63.00 | Analyze draft invoice from S Fritz and approve (.1); analyze misc corresp from creditors (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/6/2013 | 1.7 | $357.00 | Analysis of Court docket re case status; planning |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/6/2013 | 0.1 | $19.50 | Review Amended Notice of Transfer re Macerich Fresno to Southpaw Koufax forwarded to NoticeGrou for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/7/2013 | 0.6 | $57.00 | Quarterly review of Court Dockets to identify new filed ECF claims from PACER for case 01-01139 confirmed Zero files 4/8-5/7 |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/7/2013 | 0.3 | $28.50 | Review Court docket Nos 30584-30597 categorize each new docket entry and flag for further action and follow up |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/7/2013 | 3.0 | $630.00 | Analysis of draft consolidated claims register from G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/7/2013 | 2.5 | $525.00 | Work with G Kruse re data normalization, revisions to claims register |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/7/2013 | 0.2 | $42.00 | Telephone with R Higgins re allowed claims exhibit (.1); analysis of M John email re claims review issue (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/7/2013 | 0.2 | $42.00 | Prep email to DevTeam re update of DRTT (.1); review DRTT re confirmation of update (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/8/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30599,30600,30602-30605 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/8/2013 | 0.9 | $189.00 | Analysis of G Kruse email re data normalization and issues (.1); prep email to G Kruse re data normalization resolution re dkts 9311/9315 (.2); analysis of b-Linx re verification of data updates from G Kruse (.4); prep email to G Kruse re data issues (.2 |
| MIREYA CARRANZA - CAS | | $45.00 | 5/8/2013 | 0.2 | $9.00 | Review COA's Postage for previous month (.1), prep production billing (.1) |
| NOREVE ROA - CAS | | $95.00 | 5/8/2013 | 0.2 | $19.00 | Review Court Docket Nos.30598-30605 - categorize each new docket entry and flag for further action and follow up |
| NOREVE ROA - CAS | | $95.00 | 5/8/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30584-30587, 30589, 30591-30597 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/8/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/9/2013 | 0.2 | $19.00 | Review Court docket Nos 30606-30615 categorize each new docket entry and flag for further action and follow up |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/9/2013 | 0.2 | $42.00 | Telephone from D Eustis re follow-up on COA for father's claims (.1); analysis of S Cohen email re Stur Dee Metal claim inquiry (.1) |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/9/2013 | 0.9 | $189.00 | Analysis of G Kruse email re next round data updates to claims (.1); analysis of b-Linx data updates (.3); prep email to G Kruse re add'l revisions (.1); analysis of G Kruse email re add'l revisions completed (.1); analysis of b-Linx re verification of revisions (.3) |
| NOREVE ROA - CAS | | $95.00 | 5/9/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30606-30613, 30615 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/9/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/9/2013 | 0.1 | $11.00 | Provide Call Center support for creditor inquiry related to claim and anticipated distribution |
| WILLIAM DOWNING - SR_ANALYST | | $95.00 | 5/9/2013 | 0.5 | $47.50 | Analysis of M Araki email re exhibit to be added to Dkt 13047 (.1); prep Exh A for DRTT upload (.1); upload Exhibit A to DRTT (.1); revise DRTT description and test links (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/10/2013 | 0.5 | $105.00 | Analysis of G Kruse email re revised consolidated alfa claims register (.1); analysis of revised consolidated alfa claims register and approve (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/10/2013 | 0.3 | $63.00 | Prep email to Cassman re D Eustis COA via web (.1) analysis of S Cohen email re web corresp (.1); prep email to S Cohen re D Eustis email with COA info (.1) |
| NOREVE ROA - CAS | | $95.00 | 5/10/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30616-30619 - categorize each new docket entry and flag for further action and follow up |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/10/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: creditor inquiry related to change of address request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/10/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/13/2013 | 0.4 | $84.00 | Analysis of S Cohen email re T Lidner inquiry (.1); research b-Linx re T Lidner claim (.1); telephone to T Lidner re ZAI claim, Scott Law Group documents (.1); prep email to K Bergland/Scott Law re T Lidner (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/13/2013 | 0.3 | $63.00 | Analysis of K Martin email re Daniel Speitz inquiry re service lists for K Martin solicitation declaration (.1); telephone to D Speitz (.1); prep email to R Higgins re D Speitz inquiry (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/13/2013 | 0.3 | $63.00 | Prep email to K Becker re claims register link for consolidated and case claims registers (.1); prep email to G Kruse re posting updated claims register on BMC website (.1); review website re updated claims registers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/13/2013 | 0.3 | $63.00 | Email from/to L Gardner re enviro workbook update (.1); prep email to Mr Kaliski/Stur-Dee Metal re claim and case status (.1); prep email to T Feil re Scott Law Group and ZAI claimants (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/13/2013 | 0.2 | $33.00 | Telephone with Dan Speitz at (803) 943-4444 /  RE: inquiry regarding the solicitation POS filed at docket no. 21923 and request for missing exhibits (.1); prep email to BMC project team for review and follow-up. (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/13/2013 | 0.1 | $19.50 | Review email from M Araki re creditor inquiries re ZAI claim status |
| NOREVE ROA - CAS | | $95.00 | 5/13/2013 | 0.1 | $9.50 | Review Court Docket No. 30620- categorize each new docket entry and flag for further action and follow up |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/13/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |

EXHIBIT 1


**bmcgroup**
information management

WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/13/2013 | 0.2 | $22.00 | Provide Call Center support for creditor inquiry regarding Zonolite claim (.1); email correspondence with M.Araki (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/14/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30617-30620 |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/14/2013 | 0.1 | $9.50 | Review Court docket Nos 30621-30626 categorize each new docket entry and flag for further action and follow up |
| DEBRA CHOULOCK - CAS | | $45.00 | 5/14/2013 | 0.2 | $9.00 | Analysis of corresp and returned mail (.1); prep emails to Cassman re processing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/14/2013 | 0.5 | $105.00 | Telephone to D Speitz re request for exhibits to solicitation declaration, walk through exhibits for service lists (.3); prep email to R Higgins re D Speitz call, results (.1); prep email to K Martin re D Speitz resolution (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/14/2013 | 0.3 | $63.00 | Prep email to K Becker re new data file for new claim received (.1); prep email to R Higgins re unprocessed ZAI claims with Rust (.2) |
| NOREVE ROA - CAS | | $95.00 | 5/14/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30621-30626 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/14/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/14/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 5/15/2013 | 0.1 | $6.50 | Email exchange w/ M Booth transmitting docs for service - Ntc Trans of Claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/15/2013 | 0.4 | $84.00 | Analysis of K Becker email re data file for new processed claims (.1); prep email to K Becker re name of new asbestos claimant (.1); analysis of S Cohen email re changes of address and updates to Rust (.1); prep email to S Cohen re COA data to Rust (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/15/2013 | 0.3 | $63.00 | Analysis of D Eustis email re change of address request for father's claims (.1); prep email to Cassman re COA request (.1); analysis of S Cohen re COA request processed for D Eustis (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/15/2013 | 0.1 | $19.50 | Review courtesy notice re transfer of claim of Chemtreat to Tannor Partners forwarded to NoticeGroup for production and service; coordinate fulfillment as appropriate |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/15/2013 | 0.2 | $22.00 | Update claim database per creditor change of address request received at BMC claims PO box on 5/14/13 (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/15/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/15/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: employee change of address request and claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/15/2013 | 0.3 | $33.00 | Update claims database per M.Araki request re: employee change of address (.2); additional email correspondence with M.Araki (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/16/2013 | 0.1 | $9.50 | Review Court docket Nos 30627 categorize each new docket entry and flag for further action and follow up |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/16/2013 | 1.5 | $315.00 | Analysis of Court docket re case status, planning |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/16/2013 | 2.8 | $588.00 | DRTT analysis and b-Linx audit (1.8); revise b-Linx per audit (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/16/2013 | 0.6 | $126.00 | Analysis of master transfer tracking report re transfers received, processed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/16/2013 | 1.8 | $378.00 | Analysis of pending items tracker re info impacting updated Blackstone report data |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/16/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/17/2013 | 0.3 | $28.50 | Audit categorization updates related to Court Docket nos 30628-30643 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/17/2013 | 0.3 | $63.00 | Telephone with R Higgins re unprocessed ZAI claims at Rust (.2); prep email to K Becker re R Higgins request for conf call to discuss unprocessed ZAI claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/17/2013 | 0.2 | $42.00 | Analysis of K Becker email re new processed claims file (.1); prep email to J Conklin re new processed claims file and delivery (.1) |
| NOREVE ROA - CAS | | $95.00 | 5/17/2013 | 0.3 | $28.50 | Review Court Docket Nos. 30628-30643- categorize each new docket entry and flag for further action and follow up |
| NOREVE ROA - CAS | | $95.00 | 5/17/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No. 30627 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/17/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/20/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30644-30645 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2013 | 0.4 | $84.00 | Analysis of S Cohen email re J Hunter email inquiry (.1); prep email to S Cohen re response (.1); research J Hunter claim and prep email to J Hunter re case and claim status (.1); analysis of J Conklin email re Rust CD and password (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/20/2013 | 0.2 | $33.00 | Semi-monthly conference call with s Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| NOREVE ROA - CAS | | $95.00 | 5/20/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30644-30645; categorize each new docket entry and flag for further action and follow up |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/20/2013 | 0.2 | $22.00 | Provide Call Center support for creditor inquiry regarding claim status (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/20/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/20/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/21/2013 | 0.1 | $9.50 | Review Court docket Nos 30646-30648 categorize each new docket entry and flag for further action and follow up . |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/21/2013 | 0.3 | $63.00 | Analysis of M Booth email re inquiry from G Burnett (.1); research G Burnett claim (.1); prep email to G Burnett re status of ZAI claim and case (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/21/2013 | 2.7 | $567.00 | Work on master list of items to be addressed prior to distribution and effective date |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/21/2013 | 0.1 | $19.50 | Review email exchange with M Araki and Mr. Bennett re case status and claim disposition |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/21/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/21/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: creditor inquir received by Call Center on 5/21/13 |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/22/2013 | 0.1 | $9.50 | Review Court docket Nos 30649-30650 categorize each new docket entry and flag for further action and follow up |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/22/2013 | 1.0 | $210.00 | Conf call with R Higgins and K Becker re unprocessed ZAI claims, research (.4); analysis of files re US and Canadian ZAI bar dates and services (.4); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/22/2013 | 0.4 | $84.00 | Analysis of S Cohen email re creditor info change report for Rust (.1); analysis of report (.2); prep email to S Cohen re revision to report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/22/2013 | 0.7 | $147.00 | Analysis of S Cohen email and attachments to K Becker/Rust re claims affected by orders, transfer activity and change of address updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/22/2013 | 0.3 | $63.00 | Analysis of K Becker/R Higgins emails re amount of unprocessed ZAI claims (.2); analysis of J Conklin email re Rust cd with new claims data/images received and processed (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/22/2013 | 0.1 | $16.50 | Telephone with Johnette Parmelee at (585) 297-2030 / RE: information on how to have her mailing address updated. Caller will submit a COA using the inquiry tab on the BMC website. |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/22/2013 | 0.1 | $19.50 | Email exchanges with M Araki and J Conklin re processing claims received from Rust Consulting |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/22/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/23/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30651-30657 |
| NOREVE ROA - CAS | | $95.00 | 5/23/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30648-30650 |
| NOREVE ROA - CAS | | $95.00 | 5/23/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30651-30657; categorize each new docket entry and flag for further action and follow up |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/23/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/24/2013 | 0.1 | $9.50 | Review Court docket Nos 30658-30659 categorize each new docket entry and flag for further action and follow up |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/24/2013 | 0.2 | $42.00 | Analysis of R Higgins email re Oldon transfer for payment only (.1); analysis of docs (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/24/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| DEBRA CHOULOCK - CAS | | $45.00 | 5/28/2013 | 0.2 | $9.00 | Analysis of corresp and returned mail (.1); prep emails to Cassman re processing (.1) |
| ERIN KRAMER - CAS | | $65.00 | 5/28/2013 | 0.1 | $6.50 | Analysis of correspondence received from claimant |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/28/2013 | 1.5 | $315.00 | Analysis of emails from S Cohen, M John and K Martin re project status (.1); analysis of Court docket re case status, planning (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/28/2013 | 1.8 | $378.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit (.8) |
| NOREVE ROA - CAS | | $95.00 | 5/28/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30658-30659 |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|----------------|-------------|------|-------|-----------|-------------|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/28/2013 | 0.3 | $33.00 | Begin preparation of claim change of address report per M.Araki direction (.2); email correspondence with G.Kruse re: reporting requirements (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/28/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/28/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 5/29/2013 | 0.3 | $28.50 | Audit categorization updates related to Court Docket nos 30660-30665, 30667-30670,30672-30675 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/29/2013 | 2.3 | $483.00 | Analysis of R Barakat/K&E email re request for research on 17 parties re ballots/voting (.1); emails to/from R Barakat re confirmation of research requested (.1); research files and docs re ballot types sent, votes received (1.7); prep email to R Barakat re research results (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/29/2013 | 0.6 | $126.00 | Prep email to G Kruse re Blackstone interest data file revisions to allowed claims exhibit once data received and migrated (.3); analysis of S Cohen email re Rust COA data file for approval (.1); prep bi-monthly updat to team (.1); analysis of B Ruhlander email re 47 Q fee auditor report (.1) |
| NOREVE ROA - CAS | | $95.00 | 5/29/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30660-30665, 30667-30675; categorize each new docket entry and flag for further action and follow up |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/29/2013 | 0.2 | $22.00 | Review claim change of address report prepared by G.Kruse (.1); email correspondence with M.Araki re: report (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/29/2013 | 0.3 | $33.00 | Review non-claim correspondence received by BMC at claims PO Box (.1); discussion, email correspondence with M.Booth (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/29/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/30/2013 | 3.4 | $714.00 | Emails from/to R Barakat email re request for claims and ballots sent to 17 parties (.2); research b-Linx re claims (1.3); research ballot tool and production folders re ballots (1.8); prep email to G Kruse re 3 ballots to locate (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/30/2013 | 0.4 | $84.00 | Emails from/to G Kruse email re 3 ballots located, zip file (.2); review ballots and approve (.1); prep email to R Barakat re zip link for claims/ballots (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/30/2013 | 0.2 | $42.00 | Analysis of M Booth email re transfer of Oldon claim and approval to process (.1); analysis of S Cohen email re ZAI inquiry and response (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/30/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| NOREVE ROA - CAS | | $95.00 | 5/30/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30676, 30678-30683; categorize each new docket entry and flag for further action and follow up |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/30/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: creditor change of address report prepared by G.Kruse |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/30/2013 | 0.1 | $11.00 | Provide Call Center support for creditor inquiry related to claim status update |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/30/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/30/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/31/2013 | 1.9 | $399.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit (.7) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/31/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| | | | Total: | 60.3 | $11,052.00 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/2/2013 | 1.2 | $180.00 | Update data source for claims registers and verify claim counts. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/2/2013 | 0.5 | $75.00 | Split claim 13961 into three separate claims as per M Araki (.2). Add new creditor and amount records for the split claims (.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/2/2013 | 1.5 | $225.00 | Prepare alpha order claims register (1.4) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/6/2013 | 1.4 | $210.00 | Review/audit of distribution classes table (.7). Add distribution classes for new split claims. (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/7/2013 | 1.5 | $225.00 | Review/audit of transfers table (.8). Add new transfer records for split claims. (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/7/2013 | 2.5 | $375.00 | Review and update objection records order number and dates for selected Property Damage claims as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/7/2013 | 1.7 | $255.00 | Add new objection records for selected Property Damage claims as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/7/2013 | 1.3 | $195.00 | Update reconciliation notes for all modified Property damage claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/8/2013 | 1.7 | $255.00 | Review and maintenance of client FTP folder for upload and transfer of files (1.0). Remove and archive old files from FTP folder (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/8/2013 | 1.2 | $180.00 | Generate current backup and archive image of Objections table. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/8/2013 | 2.1 | $315.00 | Review/audit of objections table (.6). Verify counts of recent objections with any missing data and forward t M Araki for review (1.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/10/2013 | 1.2 | $180.00 | Update claims registers source data. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/10/2013 | 2.2 | $330.00 | Run updated versions of consolidated claims register sorted by alpha and sorted by claim number. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/10/2013 | 1.5 | $225.00 | Run first batch of individual case claims registers sorted by alpha and sorted by claim number. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/10/2013 | 1.5 | $225.00 | Run second batch of individual case claims registers sorted by alpha and sorted by claim number. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/10/2013 | 1.5 | $225.00 | Run third batch of individual case claims registers sorted by alpha and sorted by claim number. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/10/2013 | 1.6 | $240.00 | Run fourth batch of individual case claims registers sorted by alpha and sorted by claim number. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/13/2013 | 1.8 | $270.00 | Generate split alpha order claims registers (1.2). Parse PDF and post to public case website (.6). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/15/2013 | 1.7 | $255.00 | Review of source ZAI claim files from Rust (.4). Verify counts of Canadian ZAI claims (.4). Generate detail listing, export to Excel (.8) and forward to M Araki (.1) |

EXHIBIT 1


**bmcgroup**
information management

WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/15/2013 | 0.6 | $90.00 | Review/audit current counts and amounts of all ZAI claims and verify counts as per source files from Rust |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/17/2013 | 1.5 | $225.00 | Prep and update source data for distribution detail report. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/17/2013 | 1.8 | $270.00 | Generate distribution claims detail report (1.2). Export to Excel (.5) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/17/2013 | 2.2 | $330.00 | Generate distribution claims change report showing any records with changes between the last and current report (1.5). Export to Excel (.6) and forward to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/17/2013 | 1.5 | $225.00 | Generate current list of active and inactive claims (.9) Export to Excel (.5), and forward to S Cohen for review (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 5/22/2013 | 0.1 | $9.50 | Upload bankruptcy claims to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 5/22/2013 | 0.1 | $9.50 | Migrate bankruptcy claims' images from CD to server |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 5/22/2013 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 5/22/2013 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 5/22/2013 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 5/22/2013 | 0.1 | $9.50 | Review and respond to correspondence with project manager regarding the new Rust CD. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/29/2013 | 1.9 | $285.00 | Review of claimant address data (.6). Flag all records where an address change was executed in 2013 (.4). Generate detail report showing current address and old address (.5). Export to Excel (.3) and forward to S Cohen for review. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 5/30/2013 | 1.7 | $255.00 | Research tabulation database for selected ballot records and ballot images (1.0). Prep images of ballots per M Araki request (.3). Prep zip files of all Barakat Appeal source documents (.3) and copy to FTP folder (.1). |
| | | | Total: | 41.4 | $6,177.00 | |
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/1/2013 | 4.6 | $897.00 | Continued audit of claims affected by order/stipulations, analysis of related pleadings (3.0); revise claims and distribution data bases per audit (1.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/3/2013 | 2.6 | $507.00 | Audit of claims affected by order/stipulations, analysis of related pleadings (1.3); revise claims and distribution databases per audit (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/6/2013 | 1.4 | $294.00 | Analysis of prior Blackstone report re data islands, updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/7/2013 | 0.2 | $42.00 | Analyze R Higgins email re allowed claims exhibit draft preparation (.1); emails from B Jaffe and R Higgins re planning (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/7/2013 | 4.2 | $819.00 | Continued audit of claims affected by orders/stipulations for updating claims and distribution databases (2.0); analysis of related pleadings (2.0); email to M Araki re inconsistency with spreadsheet data in entered order re claim amount (.2) |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/7/2013 | 3.1 | $604.50 | Review and analysis of additional claims affected by orders/stips/settlement for updating claims and distribution databases (1.5); analysis of related pleadings (1.4); email to M Araki re inconsistency with spreadsheet data in entered order re claim amount (.2 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/9/2013 | 0.6 | $126.00 | Conf call with R Higgins, A Schlesinger, B Jaffe re draft allowed claims exhibit planning (.4); prep email t G Kruse re prior version allowed claims exhibit (.1); prep email to L Gardner re update to enviro tracking report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/9/2013 | 0.8 | $168.00 | Analysis of G Kruse email re prior version allowed claims exhibit (.1); analysis of prior version (.3); prep email to G Kruse re schedule for draft allowed claims exhibit (.3); prep email to R Higgins, A Schlesinger and B Jaffe re prior version allowed claims exhibit (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/9/2013 | 3.3 | $643.50 | Continue audit of claims affected by order/stipulations analysis of related pleadings (2.0); revise claims and distribution databases per audit (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/10/2013 | 0.2 | $42.00 | Analysis of M John email re distribution addresses on transferred claims (.1); prep email to M John re possible scenarios for addresses (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/10/2013 | 5.8 | $1,131.00 | Continue auditing claims affected by order/stipulations, analysis of related pleadings (3.5); revise claims and distribution databases per audit (2.: |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/10/2013 | 0.2 | $39.00 | Email exchanges with M Araki re updating distributior addresses for transferred claims |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/14/2013 | 2.9 | $565.50 | Continued audit of claims affected by Order/Stipulations (1.9); analysis of related pleadings (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/15/2013 | 3.1 | $604.50 | Further audit of claims affected by orders/stipulations (2.0), analysis of related pleadings and claims database as appropriate (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/17/2013 | 0.3 | $63.00 | Prep email to G Kruse re updated Blackstone data report and change file (.1); analysis of G Kruse email re est prep time for report (.1); analysis of G Kruse re completed reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/17/2013 | 4.7 | $987.00 | Analysis of updated Blackstone data report and change files (3.0); revise Blackstone data report (1.5) prep email to B Jaffe, A Schlesinger and R Higgins re updated Blackstone data file (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/17/2013 | 3.8 | $741.00 | Continuing audit of claims affected by stipulation/orders/settlements (2.8); review and revise claims and distribution databases as appropriate (1.0 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2013 | 0.7 | $147.00 | Telephone to B Jaffe re environmental reconciliation, estimated allowed amts for claims from L Gardner (.5); analysis of B Jaffe email re enviro reconciliation (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2013 | 0.5 | $105.00 | Analysis of B Jaffe enviro reconciliation, claims (.3); prep emails to B Jaffe re confirmation of Oldon, issue with Irving Shaffer (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2013 | 1.8 | $378.00 | Revise pending items tracker re updated Blackstone report data |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/20/2013 | 4.3 | $838.50 | Continued analysis and audit of claims affected by stips/orders/settlements (3.1); update claims and distribution databases per audit (1.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/20/2013 | 3.3 | $643.50 | Further audit of claims affected by order/stipulations/settlements, analysis of related pleadings (2.0); revise claims and distribution databases per audit (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/21/2013 | 1.2 | $252.00 | Emails from B Jaffe, R Higgins, S Scarlis re conf call to discuss post-retirement claims for allowed claims report (.2); analysis of post-retirement and other employee claims re status (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/21/2013 | 3.1 | $604.50 | Continued analysis of claims affected by orders/stipulations for updating claims and distribution databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/23/2013 | 4.0 | $780.00 | Continuing audit of claims affected by order/stipulations, analysis of related pleadings (2.8); revise claims and distribution databases per audit (1.2 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/28/2013 | 0.5 | $105.00 | Analysis of B Jaffe email re comparison of BMC post-retirement numbers vs Grace info (.1); review files (.4 |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/28/2013 | 1.9 | $370.50 | Continued analysis of claims affected by orders/stipulations for updating claims and distribution databases |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/29/2013 | 1.5 | $315.00 | Conf call with B Jaffe, S Scarlis, K Blood, A Schlesinger, R Higgins re review of VSPP claims, calculations for distribution, handling, objections, taxes; interest calculations, data file for allowed claim exhibit drafts |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/29/2013 | 2.0 | $420.00 | Analysis of updated VSPP numbers from S Scarlis vs BMC database (1.0); prep report of analysis of VSPP claims (.9); prep email to B Jaffe, S Scarlis, R Higgins, K Blood, A Schlesinger re results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/31/2013 | 0.2 | $42.00 | Telephone from B Jaffe re BOA claims, status of interest database and delivery to BMC for upload |
| | | | **Total:** | 66.8 | $13,275.00 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/22/2013 | 2.5 | $525.00 | Prep Mar 13 draft billing detail report (.4); analysis of Mar 13 billing report for prof reqts and Court imposed categories (1.1); revise Mar 13 entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/24/2013 | 3.0 | $630.00 | Continue analysis of Mar 13 billing report for prof reqts and Court imposed categories (1.0); revise Mar 13 entries for fee app compliance (.6); prep Apr 13 draft billing detail report (.4); analysis of Apr 13 billing report for prof reqts and Court imposed categories (.5); revise Apr 13 entries for fee app compliance (.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 5/29/2013 | 0.3 | $58.50 | Review email and attachments from Bobbi Ruhlander re 47th Qtr fee applications (.1); review non-objection report (.1); email to M Araki re Fe Examiner's report (.1) |
| | | | **Total:** | 5.8 | $1,213.50 | |
| **WRG Non-Asbestos Claims** | | | | | | |

EXHIBIT 1

# bmcgroup
#### information management

WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/1/2013 | 0.3 | $63.00 | Analysis of R Higgins email re Nat'l Aluminum & Southpaw potential purchase of claim (.1); prep email to R Higgins re Nat'l Aluminum history re stip required by Multi-Site Agmt (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/1/2013 | 0.6 | $126.00 | Analysis of R Higgins email re L Duff confirmation that DOT claim in 46 Qtrly Settlement Ntc paid (.1); revise DRTT re R Higgins info (.1); emails to/from Cassman and G Kruse re split/transfer of claim 1396" (.2); prepare split data for G Kruse (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/1/2013 | 0.3 | $63.00 | Analysis of R Higgins email re D Borowy/Grace email re 1st Qtr 2013 Settlements and amts already paid (.1); revise DRTT to reflect R Higgins info (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/6/2013 | 0.7 | $147.00 | Analyze R Higgins email re settlement stips to other PRP groups (.1); analyze pleadings re settlement stips signed by other PRPs (.4); prep email to R Higgins re PRP settlement stips (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/6/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 5/6/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 5/6/2013 | 0.4 | $66.00 | Prepare two amended transfer notices (Docket 30555) (.3), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/6/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notice filed at docket 30555 (.1), email to notice group for filing (.1). |
| MIKE BOOTH - MANAGER | | $165.00 | 5/6/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30555). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/8/2013 | 0.4 | $84.00 | Analysis of R Higgins email re PRP stips and filings/notice (.1); research pleadings re filings (.2); prep email to R Higgins re Qtrly Claims Settlement Ntc used to approve PRP Stips (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/8/2013 | 0.7 | $147.00 | Analysis of R Higgins email re service of multi-site motion/notice on Nat'l Aluminum (.1); research docke re service of motion/order (.4); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/8/2013 | 2.0 | $420.00 | Telephone with R Higgins re service of multi-site motion/order, add'l docs to research (.5); research pleadings related to multi-site motion/order (1.2); prep email to G Kruse re zip file for docs (.1); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/8/2013 | 0.4 | $84.00 | Analysis of recon notes re claim 9634 and revise notes per R Higgins research results |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/9/2013 | 1.1 | $121.00 | Analyze Court docket numbers 30339 to 30614 (.4); audit claim updates (.3); update claim database (.3); email correspondence with M.Araki re: pending Court docket entries (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/10/2013 | 0.4 | $84.00 | Analysis of R Higgins email re lease rejection and POC filing (.1); prep email to K Becker/Rust re BNSF lease rejection claim (.1); analysis of docket re BNSF lease rejection claim (.1); analysis of K Becker email re new asbestos PD filing, no BNSF claim (.1); |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/10/2013 | 0.4 | $84.00 | Prep email to R Higgins re verification with Pachulski that BNSF notice not returned as undeliverable (.1); analysis of K Becker email re BNSF claim received (.2); prep email to R Higgins re BNSF lease rejection claim (.1) |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/14/2013 | 0.3 | $63.00 | Analysis of R Higgins email re Oldon transfer to Southpaw Koufax (.1); telephone with R Higgins re Oldon transfer, D Speitz request (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/14/2013 | 0.6 | $126.00 | Analysis of L Gardner email re new enviro workbook (.2); review updated workbook (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/14/2013 | 0.5 | $105.00 | Analysis of C Albert/WR Grace email re Darex Puerto Rico claims and notice (.1); prep ART report re Darex PR claims/schedules (.1); review/revise report (.2); prep email to C Albert re report of Darex Puerto Rico claims/schedules (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/14/2013 | 0.9 | $189.00 | Analysis of C Albert/WR Grace email re add'l request re service info on Puerto Rico gov't (.1); analysis bar date notice POS per request (.7); prep email to C Albert re confirmation Puerto Rico gov't served (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/15/2013 | 0.5 | $105.00 | Analysis of R Higgins email re S Evans/WR Grace inquiry re other PRP stips (.1); analysis of b-Linx and pleadings re other PRP stips executed (.3); prep ema to R Higgins re Central Chemical only other outstanding PRP with no stip (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/15/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 5/15/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 5/15/2013 | 0.4 | $66.00 | Prepare two courtesy notices (Docket 30616) (.3), forward to notice group for service. (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/15/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30616). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/17/2013 | 0.8 | $168.00 | Analysis of L Gardner updated enviro report, verify data in b-Linx, interest tool |
| MIKE BOOTH - MANAGER | | $165.00 | 5/17/2013 | 0.2 | $33.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration (.1); update transfer of claim 601 in b-Linx as required. (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/17/2013 | 0.5 | $55.00 | Begin analysis and preparation of monthly reports, including creditor change of address report (.4); emai correspondence with G.Kruse, M.Booth re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/20/2013 | 1.2 | $252.00 | Analysis of master transfer database, transfer status, review b-Linx data |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 5/22/2013 | 0.4 | $44.00 | Complete analysis and preparation of monthly reports including creditor change of address report (.3); emai correspondence with K.Becker, M.Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 5/28/2013 | 0.2 | $42.00 | Analysis of L Gardner email re filing of stip for National Aluminum per multi site agreement, negative notice, interest (.1); analysis of R Higgins email re interest (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 5/30/2013 | 0.2 | $33.00 | Review TRANSFER OF ASBESTOS PROPERTY DAMAGE CLAIM / Docket 30666, EOD 5/24/13 / Claim no. 11301 in b-Linx (.1);  prep email to M Araki re: required database updates.  (.1) |
| | | | **Total:** | 15.2 | $2,902.00 | |
| **WRG Plan & Disclosure Statement** | | | | | | |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 5/13/2013 | 0.4 | $54.00 | Communication w/ M Araki re: solicitation certificate c service inquiry from D Speitz (.1), identified requestec exhibit (.2), prep email to M Araki re inquiry and exhik (.1) |

EXHIBIT 1



WR Grace
Date Range 5/1/2013 - 5/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Plan & Disclosure Statement** | | | | | | |
| | | Total: | | 0.4 | $54.00 | |
| | | Grand Total: | | 192.2 | $35,156.50 | |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Professional Activity Summary
Date Range: 5/1/2013 - 5/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 2.3 | $483.00 |
| | Total: | 2.3 | $483.00 |
| | | | |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 3.0 | $285.00 |
| Debra Choulock | $45.00 | 0.4 | $18.00 |
| Erin Kramer | $65.00 | 0.1 | $6.50 |
| James Myers | $65.00 | 0.4 | $26.00 |
| Noreve Roa | $95.00 | 2.6 | $247.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.9 | $148.50 |
| Myrtle John | $195.00 | 0.5 | $97.50 |
| SR_ANALYST | | | |
| William Downing | $95.00 | 0.5 | $47.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 6.9 | $759.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 44.8 | $9,408.00 |
| | Total: | 60.3 | $11,052.00 |
| | | | |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 40.8 | $6,120.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 0.6 | $57.00 |
| | Total: | 41.4 | $6,177.00 |
| | | | |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 50.2 | $9,789.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 16.6 | $3,486.00 |
| | Total: | 66.8 | $13,275.00 |
| | | | |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 5.5 | $1,155.00 |
| | Total: | 5.8 | $1,213.50 |

EXHIBIT 1

# bmcgroup
### information management
WR Grace
Professional Activity Summary
Date Range: 5/1/2013 - 5/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 2.0 | $330.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 2.0 | $220.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 11.2 | $2,352.00 |
| | Total: | 15.2 | $2,902.00 |
| | | | |
| **WRG Plan & Disclosure Statement** | | | |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.4 | $54.00 |
| | Total: | 0.4 | $54.00 |
| | Grand Total: | 192.2 | $35,156.50 |

EXHIBIT 1