**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_130531
Expense Summary

**Period Ending** 5/31/2013

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $89.90 |
| Noticing Production | $4.14 |
| Website Hosting | $250.00 |
| B-Linx User Fee | $350.00 |
| **Total** | **$1,544.04** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20130501-1 | 5/1/2013 | $1.38 |
| Reference # 021-20130531-1 | 5/31/2013 | $2.76 |
| | Total Due | $4.14 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 5/1/2013
**Reference #:**  021-20130501-1
**Notes:**  Postage other misc mailings.

| Job Type | Job Item | Step | Task | Details | | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Transfer | | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 3 Pieces | | $1.38 |
| | | | | | **Total Due:** | **$1.38** |

*Invoice Due Upon Receipt*                                                                 *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 5/31/2013
**Reference #:** 021-20130531-1
**Notes:** Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 6 Pieces | $2.76 |
| | | | | **Total Due:** | **$2.76** |

*Invoice Due Upon Receipt*                                        *Page 1 of 1*

EXHIBIT 2