**ONE HUNDRED AND TWELFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2013 THROUGH MAY 31, 2013)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 05-01-13 through 05-31-13**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $830 | 6.50 | $5,395.00 |
| R. Frezza | Member | $760 | 59.80 | $45,448.00 |
| L. Ahearn | Director | $420 | 31.70 | $13,314.00 |
| M. Viola | Paraprofessional | $120 | 2.10 | $252.00 |
| **For the Period 05-01-13 through 05-31-13** | | | **100.10** | **$64,409.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 05-01-13 through 05-31-13**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 02. Case Administration | During the Fee Application Period, the Applicant reviewed the docket for new postings. | 2.80 | $2,128.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared March and April 2013 monthly fee statements and the 37th Quarterly statement. | 4.70 | $2,228.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 1Q13 results, prepared various analyses and prepared a report to the Committee thereon. | 88.80 | $57,165.00 |
| 27. Plan of Reorganization/Disclaimer Statement | During the Fee Application Period, the Applicant responded to Creditor questions and updated interest scenarios. | 3.80 | $2,888.00 |
| **For the Period 05-01-13 through 05-31-13** | | **100.10** | **$64,409.00** |

## W.R. Grace & Co.
Capstone Advisory Group, LLC
**Detailed Time Description by Task Code**
**For the Period 05-01-13 through 05-31-13**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 02. Case Administration | | | |
| 5/6/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 5/13/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 5/20/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 5/27/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| Subtotal | | 2.80 | |
| 07. Fee Applications & Invoices | | | |
| 5/6/2013 | R. Frezza | 0.50 | Prepared March 2013 fee application. |
| 5/7/2013 | M. Viola | 0.20 | Prepared March 2013 fee application. |
| 5/10/2013 | M. Viola | 0.50 | Prepared 37th quarterly fee application. |
| 5/13/2013 | M. Viola | 0.30 | Prepared April 2013 fee application. |
| 5/14/2013 | R. Frezza | 1.10 | Prepared and edited 37th quarterly fee application. |
| 5/14/2013 | R. Frezza | 0.60 | Began preparation of Capstone's April 2013 fee application. |
| 5/14/2013 | M. Viola | 0.10 | Prepared 37th quarterly fee application. |
| 5/14/2013 | M. Viola | 0.30 | Prepared April 2013 fee application. |
| 5/22/2013 | M. Viola | 0.30 | Prepared April 2013 fee application. |
| 5/23/2013 | M. Viola | 0.30 | Prepared April 2013 fee application. |
| 5/28/2013 | R. Frezza | 0.40 | Reviewed and edited April 2013 fee application. |
| 5/29/2013 | M. Viola | 0.10 | Prepared April 2013 fee application. |
| Subtotal | | 4.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2013 | R. Frezza | 1.30 | Replayed Grace's investment highlights update presentation investor call in support of preparing Capstone's 1Q13 financial report to the Committee. |
| 5/3/2013 | E. Ordway | 0.80 | Read and analyzed financial update materials received from Debtors' and noted items for 1Q13 report to the Committee. |
| 5/3/2013 | R. Frezza | 2.90 | Read and analyzed Grace's Investment Highlights report. |
| 5/6/2013 | R. Frezza | 2.90 | Read and analyzed Grace's March 2013 Financial Statement reporting package. |
| 5/7/2013 | E. Ordway | 1.10 | Read and analyzed Grace's March 2013 Financial Statement reporting package. |
| 5/7/2013 | R. Frezza | 2.90 | Read and analyzed the 1Q13 earnings release and reviewed annual report in preparation for preparing Capstone's 1Q13 financial report to the Committee. |
| 5/8/2013 | E. Ordway | 0.70 | Read and analyzed 1Q13 financial information including earnings release data. |
| 5/8/2013 | R. Frezza | 2.50 | Continued reading and analyzing 1Q13 earnings release and annual report in preparation for Q1 financial report to Committee. |
| 5/9/2013 | L. Ahearn | 2.00 | Reviewed 1Q13 press release and supplemental earnings report from the Company in preparation for update report. |
| 5/9/2013 | R. Frezza | 2.80 | Began analyzing divisional results for Capstone's report to the Committee on Grace's 1Q13 performance. |
| 5/10/2013 | R. Frezza | 2.80 | Began drafting Overview section for Capstone's report to the Committee on Grace's 1Q13 performance. |
| 5/10/2013 | E. Ordway | 1.20 | Prepared and edited 1Q13 financial report to the Committee. |
| 5/10/2013 | R. Frezza | 2.90 | Prepared and edited new financial analysis charts on divisional results for Capstone's report to the Committee on Grace's 1Q13 performance. |
| 5/14/2013 | R. Frezza | 2.20 | Prepared consolidating financial charts for Consolidated section of Capstone's 1Q13 financial report to the Committee. |
| 5/15/2013 | R. Frezza | 2.50 | Read and analyzed updated Investment Highlights report issued by Grace. |
| 5/16/2013 | R. Frezza | 2.80 | Began analyzing cash flow components and related variances for 1Q13 financial report to the Committee. |
| 5/16/2013 | L. Ahearn | 0.50 | Prepared charts for inclusion of Executive Summary in report. |
| 5/16/2013 | L. Ahearn | 2.50 | Drafted executive summary and sales by segment summary of report of 1Q13 report to UCC. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/17/2013 | L. Ahearn | 2.00 | Drafted EBITDA section of the report company-wide and by segment. |
| 5/17/2013 | L. Ahearn | 2.50 | Drafted report section re: gross profit performance company-wide and by segment. |
| 5/17/2013 | R. Frezza | 2.80 | Continued analyzing divisional results for Capstone's report to the Committee on Grace's 1Q13 performance. |
| 5/17/2013 | L. Ahearn | 1.00 | Prepared charts for EBITDA section and corporate expense charts in the report. |
| 5/17/2013 | L. Ahearn | 0.50 | Prepared gross profit margin charts for inclusion in the report. |
| 5/18/2013 | L. Ahearn | 1.00 | Drafted EBIT section of the earnings report. |
| 5/18/2013 | L. Ahearn | 2.00 | Listened to earnings conference call for information to include in 1Q13 financial report to Committee. |
| 5/20/2013 | E. Ordway | 1.10 | Read selected analyst reports on chemical industry peers. |
| 5/20/2013 | L. Ahearn | 1.50 | Reviewed and analyzed third party analysts report re: Grace's 1Q13 performance. |
| 5/20/2013 | R. Frezza | 2.70 | Continued detail analysis of divisional results for 1Q13 financial report to Committee. |
| 5/20/2013 | L. Ahearn | 2.00 | Prepared ROIC charts and drafted ROIC section of earnings report. |
| 5/20/2013 | L. Ahearn | 1.00 | Drafted analyst opinion section of the earnings report. |
| 5/20/2013 | L. Ahearn | 2.00 | Drafted report section summarizing points outlined in Grace's Investment Highlights presentation. |
| 5/21/2013 | L. Ahearn | 0.80 | Prepared charts for inclusion in 2014 outlook section. |
| 5/21/2013 | R. Frezza | 2.70 | Began drafting summary of analyst views for Capstone's report to the Committee on Grace's 1Q13 performance. |
| 5/21/2013 | E. Ordway | 0.70 | Prepared and edited 1Q13 financial report to the Committee. |
| 5/21/2013 | L. Ahearn | 2.50 | Drafted 2013 and 2014 outlook section of the earnings report. |
| 5/21/2013 | L. Ahearn | 0.80 | Drafted report sections re: liquidity, hedging, acquisitions, and exit financing. |
| 5/21/2013 | L. Ahearn | 2.00 | Drafted emerging markets section of the earnings report. |
| 5/22/2013 | L. Ahearn | 2.00 | Reviewed comparable company analysis and drafted related section of the report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/23/2013 | L. Ahearn | 2.50 | Quality checked 1Q13 earnings report and made changes based on errors and other nits found in the presentation. |
| 5/24/2013 | R. Frezza | 2.90 | Reviewed and edited drafting of Return on Invested Capital and Peer Group Comparables sections of 1Q13 financial report to Committee. |
| 5/28/2013 | R. Frezza | 2.50 | Reviewed and edited drafting of Overview section of 1Q13 financial report to Committee. |
| 5/28/2013 | R. Frezza | 2.70 | Reviewed and edited drafting of Cash flow and Liquidity sections of 1Q13 financial report to Committee. |
| 5/28/2013 | E. Ordway | 0.60 | Reviewed comparable company valuation data and compared to prior period analyses. |
| 5/28/2013 | R. Frezza | 2.90 | Reviewed and edited drafting of Divisional section for 1Q13 financial report to Committee. |
| 5/29/2013 | L. Ahearn | 0.60 | Made changes to 1Q13 report based on comments from Counsel. |
| 5/29/2013 | E. Ordway | 0.30 | Read revised 1Q13 financial report to Committee reflecting Counsel's commentary. |
| 5/29/2013 | R. Frezza | 2.90 | Communicated with and addressed comments from Counsel on Capstone's 1Q13 financial report to Committee and issued to Committee. |
| Subtotal | | 88.80 | |

27. Plan of Reorganization/Disclaimer Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/8/2013 | R. Frezza | 1.10 | Responded to questions from certain Creditor's re: case progress. |
| 5/27/2013 | R. Frezza | 1.40 | Responded to Creditor questions re: interest scenarios. |
| 5/27/2013 | R. Frezza | 1.30 | Updated interest scenarios at request of Counsel and responded to Creditor questions. |
| Subtotal | | 3.80 | |
| **Total Hours** | | **100.10** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 05-01-13 through 05-31-13

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Telecom | | | |
| 5/8/2013 | Capstone Expense | May telecom | $115.12 |
| Subtotal - Telecom | | | $115.12 |
| **For the Period 05-01-13 through 05-31-13** | | | $115.12 |

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the 05-01-13 - 05-31-13 Fee Application**