**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the month of May 2013**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of May 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1106.17 | 4.0 | 4,424.68 |
| Jonathan W Gochoco | Audit Partner | 20+ | Integrated Audit | 1106.17 | 1.0 | 1,106.17 |
| Nicole S. Berman | Audit Director | 12 | Integrated Audit | 886.46 | 7.5 | 6,648.45 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 19.0 | 15,901.67 |
| Jennifer Yeu See Chen | Audit Senior Manager | 12 | Integrated Audit | 801.37 | 2.0 | 1,602.74 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 723.90 | 2.0 | 1,447.80 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 4.0 | 2,895.60 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 620.13 | 1.0 | 620.13 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | 505.46 | 73.0 | 36,898.58 |
| Stanislaus Richard Gomes | Audit Manager | 7 | Integrated Audit | 416.56 | 2.0 | 833.12 |
| Brendan Witt | Audit Senior Associate | 6 | Integrated Audit | 300.99 | 6.0 | 1,805.94 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 254.00 | 107.5 | 27,305.00 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 250.19 | 84.8 | 21,216.11 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 2.0 | 495.30 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 234.95 | 43.7 | 10,267.32 |
| Yang Zhao | Audit Experienced Associate | 2 | Integrated Audit | 212.09 | 1.0 | 212.09 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 2.5 | 473.08 |
| Pamela Felder | Audit Experienced Associate | 2 | Integrated Audit | 176.54 | 0.5 | 88.27 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 112.0 | 19,629.12 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.26 | 0.7 | 121.98 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 143.51 | 21.0 | 3,013.71 |
| Maria F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 126.70 | 1.0 | 126.70 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 126.70 | 0.5 | 63.35 |
| Andrea Vernengo | Project Specialist | 1 | Integrated Audit | 126.70 | 1.5 | 190.05 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | 126.70 | 3.5 | 443.45 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | 126.70 | 1.8 | 228.06 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 126.70 | 3.5 | 443.45 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 126.70 | 15.2 | 1,925.84 |
| Maximiliano Benitez | Project Specialist | 1 | Integrated Audit | 126.70 | 9.5 | 1,203.65 |
| Leonardo D Zarate | Project Specialist | 1 | Integrated Audit | 126.70 | 10.0 | 1,267.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 126.70 | 1.0 | 126.70 |
| Franco Petracca | Project Specialist | 1 | Integrated Audit | 126.70 | 11.0 | 1,393.70 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 126.70 | 4.0 | 506.80 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | 126.70 | 0.8 | 101.36 |
| | | | | Total | 560.5 | $ 165,026.96 |

{02411:PLDG:10155541.DOC}

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**          0.0                                                                                 $ 0.00

## Summary of PwC's Fees By Project Category:
## For the month of May 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---:|---:|
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 560.5 | $165,026.96 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 560.5 | $165,026.96 |

## Expense Summary
## For the month of May 2013

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 1,447.58 |
| Lodging | N/A | $2,084.52 |
| Sundry | N/A | $20.00 |
| Business Meals | N/A | $240.17 |
| TOTAL: | | $ 3,792.27 |

{02411:PLDG:10155541.DOC}