# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended May 2013**

| Personnel | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Drew Levy | Audit | 5/1/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/2/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/3/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/6/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/7/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/8/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/9/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/10/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/13/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/14/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/15/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/20/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/21/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/22/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/23/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/24/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/29/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/30/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 5/31/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Ian Thomas | Audit | 5/1/13 | $ 21.48 | | | | Mileage in excess of daily commute (82 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 38 miles excess * .565 = 21.48 ) |
| | Audit | 5/9/13 | | | $ 20.00 | | Confirmation.com expense to send W.R. Grace cash confirmation. |
| | Audit | 5/15/13 | | | | $ 23.83 | Travel dinner for one (Ian Thomas, PwC) during travel to client site in Cambridge, MA. |
| | Audit | 5/17/13 | $ 97.29 | | | | Difference in cost of originally booked flight and return flight actually taken from client site in Cambridge, MA to Baltimore, MD due to change in client schedule |
| | Audit | 5/17/13 | $ 50.00 | | | | BWI airport parking fee during travel to client site in Cambridge, MA (5 days). |
| | Audit | 5/18/13 | | $ 996.00 | | | Nightly rate at Homewood Suites for ($249 per night for 4 nights) in Cambridge, MA while working at client site. |
| | Audit | 5/18/13 | | $ 116.52 | | | Hotel taxes at Homewood Suites for four nights in Cambridge, MA while working at client site. |
| | Audit | 5/20/13 | $ 21.48 | | | | Mileage in excess of daily commute (82 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 38 miles excess * .565 = 21.48 ) |
| Katherine Matheson | Audit | 5/1/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles = 64 miles everyday excess * 0 .565 per mile = 36.16) |
| | Audit | 5/2/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles = 64 miles everyday excess * 0 .565 per mile = 36.16) |
| | Audit | 5/9/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles = 64 miles everyday excess * 0 .565 per mile = 36.16) |
| | Audit | 5/13/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles = 64 miles everyday excess * 0 .565 per mile = 36.16) |
| Sara L Balthazor | Audit | 5/14/13 | | | | $ 62.13 | Travel dinner for 2 (S. Balthazor-PwC, I. Thomas-PwC) during travel to client site in Cambridge, MA |
| | Audit | 5/16/13 | | | | $ 86.06 | Travel dinner for 2 (S. Balthazor-PwC, I. Thomas-PwC) during travel to client site in Cambridge, MA |
| | Audit | 5/13/13 | | | | $ 43.45 | Travel dinner for 2 (S. Balthazor-PwC, I. Thomas-PwC) during travel to client site in Cambridge, MA |
| | Audit | 5/15/13 | | | | $ 24.70 | Travel dinner for 1 (S. Balthazor - PwC) during travel to client site in Cambridge, MA |
| | Audit | 5/17/13 | $ 50.00 | | | | BWI airport parking fee during travel to client site in Cambridge, MA (5 days). |
| | Audit | 5/17/13 | $ 12.42 | | | | Fuel for rental car for 2 days in Cambridge, MA |
| | Audit | 5/17/13 | $ 97.29 | | | | Difference in cost of originally booked flight and return flight actually taken from client site in Cambridge, MA to Baltimore, MD due to change in client schedule |
| | Audit | 5/18/13 | | $ 870.20 | | | Nightly rate at Homewood Suites for four nights ($217.55 per night) in Cambridge, MA while working at client site. |
| | Audit | 5/18/13 | | $ 101.80 | | | Hotel taxes at Homewood Suites for four nights (5/13/13 - 5/16/13) in Cambridge, MA while working at client site. |
| | Audit | 5/17/13 | $ 239.90 | | | | Avis rental car charge for 5 days during travel to client site in Cambridge, MA. |
| Tom E. Smith | Audit | 5/27/13 | $ 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56) |
| | Audit | 5/17/13 | $ 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56) |
| | Audit | 5/3/13 | $ 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56) |
| | Audit | 5/2/13 | $ 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56) |
| | Audit | 5/1/13 | $ 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56) |
| **Summary** | | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
| | | | $ 3,792.27 | $ 1,447.58 | $ 2,084.52 | $ 20.00 | $ 240.17 |

**CONSOLIDATED AUDIT EXPENSE DETAIL**
**For the period ended May 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Drew Levy | 1-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 2-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 3-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 6-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 8-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 9-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 10-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 13-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 14-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 15-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 20-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 21-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 22-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 23-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 24-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 29-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 30-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 31-May | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Ian Thomas | 1-May | Audit Associate | $ 21.48 | Mileage in excess of daily commute (82 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 38 miles excess * .565 = 21.48 ). |
| | 9-May | Audit Associate | $ 20.00 | Confirmation.com expense to send W.R. Grace cash confirmation. |
| | 15-May | Audit Associate | $ 23.83 | Travel dinner for one (Ian Thomas, PwC) during travel to client site in Cambridge, MA. |
| | 17-May | Audit Associate | $ 97.29 | Difference in cost of originally booked flight and return flight actually taken from client site in Cambridge, MA to Baltimore, MD due to change in client schedule. |
| | 17-May | Audit Associate | $ 50.00 | BWI airport parking fee during travel to client site in Cambridge, MA (5 days). |
| | 18-May | Audit Associate | $ 996.00 | Nightly rate at Homewood Suites for ($249 per night for 4 nights) in Cambridge, MA while working at client site. |
| | 18-May | Audit Associate | $ 116.52 | Hotel taxes at Homewood Suites for four nights in Cambridge, MA while working at client site. |
| | 20-May | Audit Associate | $ 21.48 | Mileage in excess of daily commute (82 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 38 miles excess * .565 = 21.48 ). |
| Katherine Matheson | 1-May | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles = 64 miles everyday excess * 0 .565 per mile = 36.16). |
| | 2-May | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles = 64 miles everyday excess * 0 .565 per mile = 36.16). |
| | 9-May | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles = 64 miles everyday excess * 0 .565 per mile = 36.16). |
| | 13-May | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles = 64 miles everyday excess * 0 .565 per mile = 36.16). |
| Sara L Balthazor | 14-May | Audit Senior Associate | $ 62.13 | Travel dinner for 2 (S. Balthazor-PwC, I. Thomas-PwC) during travel to client site in Cambridge, MA |
| | 16-May | Audit Senior Associate | $ 86.06 | Travel dinner for 2 (S. Balthazor-PwC, I. Thomas-PwC) during travel to client site in Cambridge, MA |
| | 13-May | Audit Senior Associate | $ 43.45 | Travel dinner for 2 (S. Balthazor-PwC, I. Thomas-PwC) during travel to client site in Cambridge, MA |
| | 15-May | Audit Senior Associate | $ 24.70 | Travel dinner for 1 (S. Balthazor - PwC) during travel to client site in Cambridge, MA |
| | 17-May | Audit Senior Associate | $ 50.00 | BWI airport parking fee during travel to client site in Cambridge, MA (5 days). |
| | 17-May | Audit Senior Associate | $ 12.42 | Fuel for rental car for 2 days in Cambridge, MA |
| | 17-May | Audit Senior Associate | $ 97.29 | Difference in cost of originally booked flight and return flight actually taken from client site in Cambridge, MA to Baltimore, MD due to change in client schedule. |
| | 18-May | Audit Senior Associate | $ 870.20 | Nightly rate at Homewood Suites for four nights ($217.55 per night) in Cambridge, MA while working at client site. |
| | 18-May | Audit Senior Associate | $ 101.80 | Hotel taxes at Homewood Suites for four nights (5/13/13 - 5/16/13) in Cambridge, MA while working at client site. |
| | 17-May | Audit Senior Associate | $ 239.90 | Avis rental car charge for 5 days during travel to client site in Cambridge, MA. |
| Tom E. Smith | 27-May | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56). |
| | 17-May | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56). |
| | 3-May | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56). |
| | 2-May | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56). |
| | 1-May | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56). |
| | | **Total** | $ 3,792.27 | |