**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

June 13, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1869695            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.80 hrs. at | $795.00 | /hr. = | $1,431.00 |
| WS KATCHEN | OF COUNSEL | 1.60 hrs. at | $915.00 | /hr. = | $1,464.00 |
| S LENKIEWICZ | PARALEGAL | 6.00 hrs. at | $195.00 | /hr. = | $1,170.00 |

$4,065.00

DISBURSEMENTS
DOCUMENT E-FILING                           $221.46
MISCELLANEOUS                               $203.03
PACER FEDERAL DOCKET COSTS                   $16.30
POSTAGE                                     $108.36
PRINTING & DUPLICATING                      $100.00

TOTAL DISBURSEMENTS                                    $649.15

BALANCE DUE THIS INVOICE                             $4,714.15

Duane Morris
June 13, 2013
Page 2

File # K0248-00001    INVOICE# 1869695
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/13/2013 | 004 | S LENKIEWICZ | REVIEW DOCKET RE UPCOMING HEARING DATES/FEE HEARINGS | 0.20 | $39.00 |
| 5/24/2013 | 004 | MR LASTOWSKI | REVIEW MOTION TO APPROVE FRANKEL SUCCESSOR | 0.20 | $159.00 |
| 5/29/2013 | 004 | MR LASTOWSKI | REVIEW ORDER APPROVING ROGER FRANKEL ON INTERIM BASIS | 0.10 | $79.50 |
| | | | Code Total | 0.50 | $277.50 |

Duane Morris
June 13, 2013
Page 3

File # K0248-00001  INVOICE# 1869695
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/30/2013 | 010 | MR LASTOWSKI | REVIEW AMENDED INTERIM ORDER RE: FRANKEL APPOINTMENT | 0.10 | $79.50 |
| | | | Code Total | 0.10 | $79.50 |

Duane Morris
June 13, 2013
Page 4

File # K0248-00001  INVOICE# 1869695
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/7/2013 | 012 | S LENKIEWICZ | PREPARE ONE-HUNDRED THIRTY FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP (.6); EFILE SAME (.2); COORDINATE SERVICE OF SAME (.1) | 0.90 | $175.50 |
| 5/7/2013 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO 132ND AND 133RD MONTHLY FEE APPLICATIONS OF DUANE MORRIS (.1); PREPARE CERTIFICATE OF NO OBJECTION RE 132ND MONTHLY FEE APPLICATION AND EFILE SAME (.3); PREPARE CERTIFICATE OF NO OBJECTION RE 133RD MONTHLY FEE APPLICATION AND EFILE SAME (.3) | 0.70 | $136.50 |
| 5/29/2013 | 012 | MR LASTOWSKI | REVIEW FINAL FEE AUDITOR REPORT | 0.10 | $79.50 |
| 5/30/2013 | 012 | S LENKIEWICZ | REVIEW DOCKET RE DUANE MORRIS' 134TH MONTHLY FEE APPLICATION FOR MARCH 2013 (.1); PREPARE CNO RE SAME) (.2) | 0.30 | $58.50 |
| 5/30/2013 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 135TH MONTHLY FEE APPLICATION FOR APRIL 2013 (.5); EFILE SAME (.2); PREPARE AS-FILED COPY OF SAME (.1) | 0.80 | $156.00 |
| | | | Code Total | 2.80 | $606.00 |

Duane Morris
June 13, 2013
Page 5

File # K0248-00001 INVOICE# 1869695
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/7/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 109TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 5/21/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 37TH QUARTERLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF SERVICE RE 2002 SERVICE OF NOTICE (.2); FINALIZE APPLICATION AND EXHIBITS AND EFILE SAME (.2); COORDINATE SERVICE OF APPLICATION (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $136.50 |
| 5/23/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 144TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 5/29/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 145TH FEE APPLICATION (.1); FINALIZE APPLICATION AND EXHIBITS AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 5/30/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 111TH MONTHLY FEE APPLICATION (.2); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $136.50 |
| | | | Code Total | 3.10 | $604.50 |

Duane Morris
June 13, 2013
Page 6

File # K0248-00001  INVOICE# 1869695
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/1/2013 | 016 | MR LASTOWSKI | REVIEW CHAKARIAN STATUS REPORT | 0.10 | $79.50 |
| | | | Code Total | 0.10 | $79.50 |

Duane Morris
June 13, 2013
Page 7

File # K0248-00001  INVOICE# 1869695
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/9/2013 | 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKETS IN CONNECTION WITH ORAL ARGUMENT | 0.40 | $318.00 |
| 5/15/2013 | 017 | MR LASTOWSKI | REVIEW APPELLATE STATUS | 0.40 | $318.00 |
| 5/21/2013 | 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKET RE: ARGUMENT STATUS | 0.30 | $238.50 |
| 5/29/2013 | 017 | MR LASTOWSKI | E-MAIL FROM 3D CIRCUIT RE: ORAL ARGUMENT | 0.10 | $79.50 |
| | | | Code Total | 1.20 | $954.00 |

Duane Morris
June 13, 2013
Page 8

File # K0248-00001  INVOICE# 1869695
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/30/2013 | 025 | WS KATCHEN | RESEARCH PLAN CONFIRMATION ISSUE - ANALOGY TO SCHOOL SPECIALTY OPINION | 0.30 | $274.50 |
| 5/1/2013 | 025 | WS KATCHEN | E-MAIL COMMITTEE MEMBER REGARDING PLAN APPEAL ISSUE (.2); E-MAIL CREDITOR ON ABOVE (.2). | 0.40 | $366.00 |
| 5/6/2013 | 025 | WS KATCHEN | STATUS REPORTS - SCOTTS CO. AND CHAKARIAN | 0.20 | $183.00 |
| 5/14/2013 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING PRIVATE SALE | 0.20 | $183.00 |
| 5/29/2013 | 025 | WS KATCHEN | REVIEW MOTION OF DEBTOR TO APPOINT ROGER FRANKEL AS SUCCESSOR LEGAL REP. (.3); REVIEW CAPSTONE REPORT 1ST QUARTER 2013 (.2). | 0.50 | $457.50 |
| | | | Code Total | 1.60 | $1,464.00 |
| | | | TOTAL SERVICES | 9.40 | $4,065.00 |

Duane Morris
June 13, 2013
Page 9

File # K0248-00001    INVOICE# 1869695
  W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 05/31/2013 | POSTAGE | | 108.36 |
| | | Total: | $108.36 |
| 05/31/2013 | PACER FEDERAL DOCKET COSTS | | 16.30 |
| | | Total: | $16.30 |
| 05/29/2013 | MISCELLANEOUS PARCELS - VIRTUAL DOCKET | | 203.03 |
| | | Total: | $203.03 |
| 05/31/2013 | DOCUMENT E-FILING | | 221.46 |
| | | Total: | $221.46 |
| 05/31/2013 | PRINTING & DUPLICATING | | 100.00 |
| | | Total: | $100.00 |
| | | TOTAL DISBURSEMENTS | $649.15 |

Duane Morris
June 13, 2013
Page 10

File # K0248-00001 INVOICE# 1869695
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 1.80 | 795.00 | $1,431.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.60 | 915.00 | $1,464.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.00 | 195.00 | $1,170.00 |
| | | | 9.40 | | $4,065.00 |