IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING QUARTERLY FEE APPLICATION OF ANDERSON KILL & OLICK, P.C., FOR THE FORTY-EIGHTH INTERIM PERIOD OF JANUARY 1, 2013, THROUGH MARCH 31, 2013

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Fee Application of Anderson Kill & Olick, P.C., for the Forty-Eighth Interim Period of January 1, 2013, through March 31, 2013 (the "Application").

### BACKGROUND

1. Anderson Kill & Olick, P.C. ("AKO"), was retained as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, AKO seeks approval of fees totaling $392,374.50 and expenses totaling $124.41 for its services from January 1, 2013, through March 31, 2013 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Effective February 1, 2013, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued

January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. Based on our review, we sent to AKO an e-mail inquiry, and received a response from AKO, portions of which response are quoted herein.

## DISCUSSION

3.      We noted the following time entry pertaining to fee payments:

01/15/13      W011            AHP     0.90     Attention to enabling electronic payments.

This time entry appeared to pertain to bookkeeping or administrative matters, rather than fee applications. We asked AKO to explain why the estate should reimburse these fees, and AKO responded:

> With respect to AHP's entry on 01/15/13, Ms. Pelton advised me that it refers to fee payments made by W R Grace to AKO. Ms. Pelton's task was to assist the debtor in resolving impediments to fee application payments which arose in December of 2012 and coordinate a solution. The bookkeeping administrative component was handled by Mr. Robyn Hess in our accounting department, who's time is not billed to the debtor.

AKO further responded:

> We never confirmed what the debtor's issue was, but it resulted in a significant delay. As a result, the decision was made to use electronic payment to short-cut the matter and the debtor assisted us by completing the appropriate paper work.

We appreciate AKO's response, however, it appears to us that this was an accounts receivable or bookkeeping matter which we consider to be noncompensable overhead. Thus, we recommend disallowance of same for a reduction of $243.00 in fees.

## CONCLUSION

4.      Thus, we recommend approval of $392,131.50 in fees ($392,374.50 minus $243.00)

and $124.41 in expenses for AKO's services for the Application Period.

                                        Respectfully submitted,

                                        **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
                                          Warren H. Smith
                                          Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

                                          **FEE AUDITOR**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 12th day of July, 2013.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Robert Y. Chung
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Kenneth Pasquale
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899