IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: August 2, 2013 at 4:00 pm (ET) |

NINETY-FIRST MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MAY 1, 2013 THROUGH MAY 31, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2013 through May 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $53,474.85 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $26.82 |

This is a:    ___XX___ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 - 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 - 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 - 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/7/10 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | Pending | Pending |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | Pending | Pending |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $     84.79 | Pending | Pending |
| 5/21/13 | 1/1/13 – 1/31/13 (Amended) | $ 72,915.30 | $ 370.59 | Pending | Pending |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | Pending | Pending |
| 5/7/13 | 3/1/13 – 3/31/13 | $ 52,251.30 | $1,406.51 | Pending | Pending |
| 6/6/13 | 5/1/13 – 5/30/13 | $ 57,437.55 | $ 278.04 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $545.00 | 64.90 | $35,370.50 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $750.00 | 17.20 | $12,900 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $365.00 | 4.30 | $1,569.50 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $535.00 | 17.90 | $9,576.50 |

|  |  |
|---|---|
| Fees: | $  59,416.50 |
| Less 10% Discount: | ($5,941.65) |
| Total Fees: | $ 53,474.85 |
| Total Hours: | 104.30 |
| Blended Rate: | $  513.00 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 104.30 | $53,474.85 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $12.00 |
| Postage | | $5.62 |
| Long Distance Telephone | | $9.20 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

May 1, 2013 through May 31, 2013, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $53,474.85 and actual and necessary expenses in the

amount of $26.82 for a total allowance of $53,501.67 and payment of $42,779.88 (80% of the

allowed fees) and reimbursement of $26.82 (100% of the allowed expenses) be authorized for a

total payment of $42,806.70 and for such other and further relief as this Court may deem just and

proper.

Dated:   July _10_, 2013

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:   410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

<u>VERIFICATION</u>

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 10th day of July, 2013.

Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
MAY 1, 2013 THROUGH MAY 31,  2013

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                              June 26, 2013
Attn: Lydia B. Duff, Esq.                      Client/Matter #   01246-015172
7500 Grace Drive                               Invoice # 154680
Columbia, MD  21044                            Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/13 in Connection With:

**IRIS**

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 05/01/13 | P. Marks | C300 | 1.60 | Prepare for and telephone conference with consultant re scientific issues. |
| 05/02/13 | K. Bourdeau | C300 | 0.80 | Conference call with Grace team re status and path forward, and internal communications re recent developments. |
| 05/02/13 | P. Marks | C300 | 1.10 | Prepare for and conduct weekly team call, and follow-up call with H. Feichko and L. Duff. |
| 05/02/13 | P. Marks | C300 | 2.10 | Evaluate and prepare agenda and slides for science meeting and review related guidance for same. |
| 05/03/13 | K. Bourdeau | C300 | 0.50 | Communications re recent developments, and preparation for meetings. |
| 05/03/13 | P. Marks | C300 | 1.40 | Telephone conference with L. Duff, H. Feichko and S. Levin re science meeting and related issues. |
| 05/03/13 | P. Marks | C300 | 0.60 | Review information on pertinent regulatory developments. |
| 05/06/13 | P. Marks | C300 | 1.40 | Preparation for meeting. |
| 05/07/13 | K. Bourdeau | C300 | 0.50 | Review recent developments relevant to Grace, and communications with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154680
June 26, 2013
PAGE  2

| 05/07/13 | P. Marks | C300 | 0.80 | Email exchanges re meeting preparation agenda and participation. |
| 05/07/13 | P. Marks | C300 | 2.40 | Telephone conference with S. Levin and L. Duff re format and substance of science meting and follow-up tasks re same. |
| 05/08/13 | K. Bourdeau | C300 | 0.50 | Review new developments and communications with P. Marks re same. |
| 05/08/13 | P. Marks | C300 | 0.70 | Address meeting preparation, direct staff re same and multiple emails re same. |
| 05/09/13 | P. Marks | C300 | 0.40 | Emails to consultant re coordination and information. |
| 05/09/13 | P. Marks | C300 | 1.80 | Review consultant comments and questions, and revise meeting materials to incorporate same. |
| 05/09/13 | P. Marks | C300 | 1.60 | Telephone conference with L. Duff, H. Feichko and S. Levin re meeting materials. |
| 05/09/13 | P. Marks | C300 | 0.70 | Follow-up telephone conference with client team re meeting materials. |
| 05/10/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re preparation for scientific team meeting. |
| 05/10/13 | P. Marks | C300 | 1.30 | Multiple communications with J. Flynn and address preparation of presentation. |
| 05/10/13 | P. Marks | C300 | 1.20 | Prepare review slides and materials. |
| 05/12/13 | P. Marks | C300 | 1.60 | Review materials for meeting. |
| 05/13/13 | K. Bourdeau | C300 | 0.30 | Conference with P. Marks re preparation for client meeting, action items, and path forward. |
| 05/13/13 | K. Bourdeau | C300 | 6.00 | Participate in meeting with client and follow-up review of report to inform subsequent discussion. |
| 05/13/13 | P. Marks | C300 | 1.20 | Prepare for conference with science team. |
| 05/13/13 | P. Marks | C300 | 6.00 | Conduct conference with science team. |
| 05/13/13 | P. Marks | C300 | 1.30 | Post meeting evaluation with L. Duff. |
| 05/14/13 | K. Bourdeau | C300 | 5.00 | Participate in Grace team meeting and follow-up conferences re same, path forward. |

BEVERIDGE & DIAMOND, P.C.

| 05/14/13 | P. Marks | C300 | 6.40 | Prepare for and conduct client's science meeting and post meeting discussion with experts. |
| 05/14/13 | P. Marks | C300 | 2.30 | Post meeting evaluations with K. Bourdeau and with L. Duff, H. Feichko and S. Levin. |
| 05/14/13 | P. Marks | C300 | 0.40 | Coordinate with J. Lanham re FOIA and update client re same. |
| 05/14/13 | J. Lanham | C300 | 1.30 | Prepare email and FOIA request. |
| 05/15/13 | K. Bourdeau | C300 | 0.80 | Prepare summary of key policy arguments requested by P. Marks. |
| 05/16/13 | P. Marks | C300 | 0.60 | Emails re meeting follow-up with experts. |
| 05/20/13 | P. Marks | C300 | 1.00 | Telephone conference with consultant re meeting results and next steps. |
| 05/20/13 | P. Marks | C300 | 1.70 | Evaluate FOIA issues and prepare letter. |
| 05/21/13 | K. Bourdeau | C300 | 0.50 | Review new developments and communications with P. Marks and E. Wolk re same. |
| 05/21/13 | P. Marks | C300 | 0.30 | Telephone conference with B. Corcoran re tasks. |
| 05/21/13 | P. Marks | C300 | 1.30 | Review new information from consultants and re regulatory developments and emails re same. |
| 05/21/13 | J. Lanham | C300 | 1.00 | Prepare and send FOIA request. |
| 05/22/13 | P. Marks | C300 | 2.90 | Telephone conference with H. Feichko and prepare summary of issues. |
| 05/23/13 | K. Bourdeau | C300 | 0.50 | Participate in Grace team strategy/status call. |
| 05/23/13 | P. Marks | C300 | 0.80 | Telephone conference with consultant re strategy issues. |
| 05/23/13 | P. Marks | C300 | 0.50 | Weekly update call. |
| 05/23/13 | P. Marks | C300 | 0.60 | Emails with client team re legislative developments. |
| 05/23/13 | P. Marks | C300 | 0.50 | Telephone conference with L. Duff re tasks. |
| 05/24/13 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff re results of meetings and tasks. |
| 05/24/13 | P. Marks | C300 | 0.50 | Assess developments and email exchanges re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154680
June 26, 2013
PAGE  4

| 05/24/13 | P. Marks | C300 | 1.10 | Prepare summary document. |
|----------|----------|------|------|---------------------------|
| 05/25/13 | P. Marks | C300 | 4.10 | Prepare summary document re science/policy issues. |
| 05/28/13 | P. Marks | C300 | 0.70 | Preparation and emails re strategy meeting. |
| 05/28/13 | P. Marks | C300 | 2.90 | Prepare memorandum re science meeting. |
| 05/29/13 | P. Marks | C300 | 1.10 | Telephone conference with J. Flynn re technical issues and follow-up telephone conferences and emails with client. |
| 05/29/13 | P. Marks | C300 | 1.80 | Telephone conference with consultant and H. Feichko re background concentration assessments and follow-up emails re same. |
| 05/29/13 | J. Lanham | C300 | 1.00 | Research re FOIA issues. |
| 05/30/13 | P. Marks | C300 | 1.40 | Telephone conference with L. Duff, H. Feichko and J. Flynn re studies and follow-up emails re same. |
| 05/30/13 | J. Lanham | C300 | 1.00 | Research re FOIA litigation process and prepare email to P. Marks re same. |

**Total Hours :**        83.10

**Total Fees :**     $47,734.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154680
June 26, 2013
PAGE  5

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 15.70 | $750.00 | $11,775.00 |
| P. Marks | 63.10 | $545.00 | $34,389.50 |
| J. Lanham | 4.30 | $365.00 | $1,569.50 |
| Total Fees : | | | $47,734.00 |
| 10% Discount : | | | (4,773.40) |
| Total Fees Due : | | | $42,960.60 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 83.10 | $47,734.00 |
| Total | 83.10 | $47,734.00 |
| Total Fees : | 83.10 | $47,734.00 |
| 10% Discount : | | (4,773.40) |
| Total Fees Due : | | $42,960.60 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $9.20 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154680
June 26, 2013
PAGE  6

Total Disbursements :                    $9.20


TOTAL DUE :          $42,969.80

# EXHIBIT B

## (Petition)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                        June 26, 2013
Attn: Lydia B. Duff, Esq.                                Client/Matter #   01246-015504
7500 Grace Drive                                         Invoice # 154681
Columbia, MD  21044                                      Federal ID# 52-1247549

---

For Legal Services Rendered Through 05/31/13 in Connection With:

**Petition**

05/18/13   K. Bourdeau      C300          1.50   Review new court decision and prepare detailed
                                                 e-mail to client analyzing same.

                                        Total Hours :          1.50

                                        Total Fees :      $1,125.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154681
June 26, 2013
PAGE   2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.50 | $750.00 | $1,125.00 |

|  |  |  |
|---|---|---|
| Total Fees : | | $1,125.00 |
| 10% Discount : | | (112.50) |
| Total Fees Due : | | $1,012.50 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.50 | $1,125.00 |
| Total | 1.50 | $1,125.00 |

|  |  |  |
|---|---|---|
| Total Fees : | 1.50 | $1,125.00 |
| 10% Discount : | | (112.50) |
| Total Fees Due : | | $1,012.50 |

## Summary by Disbursement Codes :

| | | |
|---|---|---|
| TOTAL DUE : | | $1,012.50 |

# EXHIBIT C

## (Curtis Bay Air)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                     June 26, 2013
Attn: Lydia B. Duff, Esq.                             Client/Matter #  01246-015577
7500 Grace Drive                                      Invoice # 154682
Columbia, MD  21044                                   Federal ID# 52-1247549

---

For Legal Services Rendered Through 05/31/13 in Connection With:

### Curtis Bay Air

| | | | | |
|---|---|---|---|---|
| 05/01/13 | L. McAfee | C300 | 0.50 | Review revised project documents. |
| 05/08/13 | L. McAfee | C300 | 0.80 | Communications with Zephyr, client re air permitting issues. |
| 05/16/13 | L. McAfee | C300 | 0.50 | Emails re project issues. |
| 05/17/13 | L. McAfee | C300 | 2.50 | Site meeting. |
| 05/31/13 | L. McAfee | C300 | 3.00 | Site meeting. |

Total Hours :          7.30

Total Fees :      $3,905.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154682
June 26, 2013
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 7.30 | $535.00 | $3,905.50 |
| Total Fees : | | | $3,905.50 |
| 10% Discount : | | | (390.55) |
| Total Fees Due : | | | $3,514.95 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 7.30 | $3,905.50 |
| Total | 7.30 | $3,905.50 |
| Total Fees : | 7.30 | $3,905.50 |
| 10% Discount : | | (390.55) |
| Total Fees Due : | | $3,514.95 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $3,514.95 |

# EXHIBIT D

## (General Regulatory/Compliance Issues)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                June 26, 2013
Attn: Lydia B. Duff, Esq.               Client/Matter #  01246-012100
7500 Grace Drive                        Invoice # 154677
Columbia, MD  21044                     Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/13 in Connection With:

**General Regulatory/Compliance Issues**
**100042**

| | | | | |
|---|---|---|---|---|
| 05/06/13 | L. McAfee | C300 | 0.30 | Telephone conference with L. Duff. |
| 05/06/13 | L. McAfee | C300 | 0.50 | Preparation for 5/7 meeting. |
| 05/07/13 | L. McAfee | C300 | 2.50 | Prepare for and conduct air training. |
| 05/14/13 | L. McAfee | C300 | 4.50 | Draft memorandum re air regulatory issue and send to L. Duff. |
| 05/17/13 | L. McAfee | C300 | 2.50 | Review, revise, and send memorandum. |
| 05/24/13 | L. McAfee | C300 | 0.30 | Emails with H. Feichko re good air pollution control practices. |

Total Hours :        10.60

Total Fees :     $5,671.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154677
June 26, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 10.60 | $535.00 | $5,671.00 |

|  |  |
|---|---|
| Total Fees : | $5,671.00 |
| 10% Discount : | (567.10) |
| Total Fees Due : | $5,103.90 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.60 | $5,671.00 |
| Total | 10.60 | $5,671.00 |

|  |  |  |
|---|---|---|
| Total Fees : | 10.60 | $5,671.00 |
| 10% Discount : |  | (567.10) |
| Total Fees Due : |  | $5,103.90 |

**Summary by Disbursement Codes :**

| TOTAL DUE : | $5,103.90 |
|---|---|

# EXHIBIT E

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                    June 26, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 154678
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 05/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| 05/17/13 | P. Marks | C300 | 0.80 | Address fee petition issues. |
| 05/29/13 | P. Marks | L190 | 0.70 | Bankruptcy fee issues. |

Total Hours :          1.50

Total Fees :        $817.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154678
June 26, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.50 | $545.00 | $817.50 |
|  | Total Fees : |  | $817.50 |
|  | 10% Discount : |  | (81.75) |
|  | Total Fees Due : |  | $735.75 |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| C300 |  | 0.80 | $436.00 |
| Total |  | 0.80 | $436.00 |
| L100 |  |  |  |
| L190 |  | 0.70 | $381.50 |
| Total L100 |  | 0.70 | $381.50 |
|  | Total Fees : | 1.50 | $817.50 |
|  | 10% Discount : |  | (81.75) |
|  | Total Fees Due : |  | $735.75 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $12.00 |
| E108 | Postage | $5.62 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154678
June 26, 2013
PAGE  3

---

Total Disbursements :          $17.62


TOTAL DUE :          $753.37

# EXHIBIT F

## (Trivalent Chromium)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                              June 26, 2013
Attn: Lydia B. Duff, Esq.                      Client/Matter #  01246-014988
7500 Grace Drive                               Invoice # 154679
Columbia, MD  21044                            Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/13 in Connection With:

**Trivalent Chromium**

05/30/13   P. Marks      C300          0.30   Check in with MDE re status.


                                     Total Hours :          0.30

                                     Total Fees :        $163.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154679
June 26, 2013
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.30 | $545.00 | $163.50 |

|  |  |
|---|---|
| Total Fees : | $163.50 |
| 10% Discount : | (16.35) |
| Total Fees Due : | $147.15 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.30 | $163.50 |
| Total | 0.30 | $163.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 0.30 | $163.50 |
| 10% Discount : |  | (16.35) |
| Total Fees Due : |  | $147.15 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $147.15 |