# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related to Docket No. 30804** |

## NOTICE OF WITHDRAWAL OF CERTIFICATION OF NO OBJECTION REGARDING THE INTERIM APPLICATION OF ANDERSON, KILL & OLICK, P.C., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W. R. GRACE & CO., ET AL FOR THE PERIOD OF JANUARY 1, 2013 THROUGH MARCH 31, 2013

PLEASE TAKE NOTICE that the Certificate of No Objection Regarding the Interim Application of Anderson, Kill & Olick, P.C. for Compensation of Services Rendered and Reimbursement of Expenses as Special Insurance Counsel for the Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Co., et al., for the Period of January 1, 2013 through March 31, 2013 [DI No. 30804] is hereby withdrawn.

Dated: July 12, 2013

ANDERSON, KILL, & OLICK, P.C.
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1039

-and-

CAMPBELL & LEVINE, LLC

*/s/Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
222 Delaware Avenue, Ste 1620
Wilmington, DE  19801
(302) 426-1900
mhurford@camlev.com

*Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*

{D0266620.1 }