IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Reference Docket No. 30752** |
| | ) | |

**(NO ORDER REQUIRED)**
**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 30752**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *One Hundred Eighth Monthly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of May 1, 2013 through May 16, 2013*[1] (the "Application"), filed with the Court on June 19, 2012, and entered on the Court's docket as Docket No. 30752. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than July 10, 2013.

Pursuant to the *Amended, Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, dated April 17, 2002 [Docket No. 1949], the

---

[1] TheApplication covered only the period of May 1, 2013 through May 16, 2013. Following Mr. Austern's death on May 16, 2013, this Court entered the order on May 29, 2013 [Dkt. No. 30681], which was amended on May 30, 2013 [Dkt. No. 30689], appointing Mr. Frankel, on an interim basis, as the successor FCR in these Chapter 11 Cases *nunc pro* tunc to May 16, 2013. No objections to the Interim Appointment Order were timely filed and the Interim Appointment Order became a Final Order. Mr. Frankel has filed an application seeking to retain PG&S as his local bankruptcy Counsel nunc pro tunc to May 16, 2013 [Dkt. No. 30737]. PG&S will file a separate interim fee application as proposed counsel to Mr. Frankel for the period of May 17, 2013 through May 31, 2013.

   Debtor is authorized to pay Phillips, Goldman & Spence, P.A. $765.60 which represents 80% of the fees of $957.000 and $8.00 which represents 100% of the expenses requested in the Application for the Period, for a total due of $773.60 upon the filing of this Certification and without the need for the entry of an Order of this Court approving the Application.

              PHILLIPS, GOLDMAN & SPENCE, P.A.


              _____
              JOHN C. PHILLIPS, JR., ESQUIRE (#110)
              1200 North Broom Street
              Wilmington, DE 19806
              (302) 655-4200
              (302) 655-4210 (fax)
              Co-counsel to David T. Austern, PI
              Future Claimants' Representative


Dated: July 15, 2013