**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W.R. GRACE & CO., et al. ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| Debtors. ) | Objection Deadline: July 12, 2013 |
| ) | Ref. No. 30734 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 30734

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Lincoln Partners Advisors, LLC as Financial Advisor Nunc Pro Tunc to May 16, 2013* ("Application") filed with the Court on June 10, 2013, and entered on the Court's docket as Docket No. 30734. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than July 12, 2013.[1]

---

[1] The July 12, 2013 objection deadline, which provided parties-in-interest with thirty-two (32) days to file an objection to the Application, was based on the deadlines established by Judge Fitzgerald's Order Scheduling Omnibus Hearing Dates For 2012 and 2013 (the "Order") [Dkt. No. 27531]. The Order was vacated by this Court on June 24, 2013 [Dkt. No. 27531]. Accordingly, to the extent the objection deadline is now governed by the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the July 12, 2013 objection period complies with the deadlines established by Local Rule 9006-1(c)(ii).

The undersigned respectfully requests this Court enter the Order attached to the Application at its earliest convenience.

                              Respectfully submitted,

                              By:*/S/ ROGER FRANKEL*
                                  Roger Frankel, in his capacity as the
                                  Successor Legal Representative for Future Asbestos
                                  Personal Injury Claimants
                                  Orrick, Herrington & Sutcliffe LLP
                                  1152 15th Street, N.W.
                                  Washington, DC  20005-1706
                                  Phone: 202.339.8400
                                  Fax:    202.339.8500
                                  Email: rfrankel@orrick.com

                             *Successor Legal Representative for*
                            *Future Asbestos Personal Injury Claimants*

Dated: July 16, 2013