## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Reference No. 30737** |

---

## <u>CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 30737</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the *Application for Entry of an Order Authorizing the*

*Retention and Employment of Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel to*

*Roger Frankel, the Successor Legal Representative for Future Asbestos Personal Injury*

*Claimants, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to May 16, 2013* (the "Application"), filed with the Court on June 11,

2013, and entered on the Court's docket as Docket No. 30737.  The undersigned further certifies

that he has caused the Court's docket in this case to be reviewed and no answer, objection or

other responsive pleading to the Application appears thereon.  Pursuant to the Application,

objections to the Application were to be filed no later than July 12, 2013.[1]

---

[1]   The July 12, 2013 objection deadline, which provided parties-in-interest with thirty-two (32) days to
file an objection to the Application, was based on the deadlines established by Judge Fitzgerald's Order
Scheduling Omnibus Hearing Dates For 2012 and 2013 (the "Order") [Dkt. No. 27531].  The Order was
vacated by this Court on June 24, 2013 [Dkt. No. 27531].  Accordingly, to the extent the objection
deadline is now governed by the Local Rules of Bankruptcy Practice and Procedure of the United States
Bankruptcy Court for the District of Delaware (the "Local Rules"), the July 12, 2013 objection period
complies with the deadlines established by Local Rule 9006-1(c)(ii).

The undersigned respectfully requests this Court enter the Order attached to the

Application at its earliest convenience.


By:/S/ ROGER FRANKEL
Roger Frankel, in his capacity as the
Successor Legal Representative for Future Asbestos
Personal Injury Claimants
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC  20005-1706
Phone: 202.339.8400
Fax:    202.339.8500
Email: rfrankel@orrick.com

*Successor Legal Representative for
Future Asbestos Personal Injury Claimants*


Dated: July 16, 2013