

June 30, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   237023

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH May 31, 2013

## CLIENT SUMMARY

**BALANCE AS OF- 05/31/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| **.15537 -** 01- Case Administration | $992.00 | $157.40 | $1,149.40 |
| **.15539 -** 03 - Creditors Committee | $605.00 | $0.00 | $605.00 |
| **.15543 -** 07 - Applicant's Fee Application | $536.50 | $0.00 | $536.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $230.00 | $0.00 | $230.00 |
| **.15563 -** 27 - Litigation Consulting | $72.50 | $0.00 | $72.50 |
| ***Client Total*** | **$2,436.00** | **$157.40** | **$2,593.40** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 0.30 | $725.00 | $217.50 |
| Sakalo, Jay M | 2.00 | $575.00 | $1,150.00 |
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Donaire, Gloria | 2.10 | $230.00 | $483.00 |
| Flores, Luisa M | 1.30 | $245.00 | $318.50 |

|  |  |
|---|---|
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$2,436.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $153.00 |
| Copies | $4.40 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$157.40*** |

| **TOTAL BALANCE DUE THIS PERIOD** | ***$2,593.40*** |
|---|---|

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/02/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/03/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/06/13 | LMF | 0.20 | 49.00 | Attention to request for document from Attorney, locate and obtain same, and email to Attorney thereon. |
| 05/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/21/13 | JMS | 0.80 | 460.00 | Review J. Fitzgerald's ruling on PI estimation for potential impact on case. |
| 05/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/31/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** $992.00


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/15/13 | Long Distance Telephone-Outside Services COURTCALL #5529035 - VENDOR: DINERS CLUB; INVOICE#: 04/23/13; DATE: 4/23/2013 - Acct. # | 51.00 |
| 04/15/13 | Long Distance Telephone-Outside Services COURTCALL #5529033 - VENDOR: DINERS CLUB; INVOICE#: 04/23/13; DATE: 4/23/2013 - Acct. # | 51.00 |
| 04/15/13 | Long Distance Telephone-Outside Services COURTCALL #5529038 - VENDOR: DINERS CLUB; INVOICE#: 04/23/13; DATE: 4/23/2013 - Acct. # | 51.00 |
| 04/29/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/29/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/30/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/30/13 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/03/13 | Copies 14 pgs @ 0.10/pg | 1.40 |

**TOTAL COSTS ADVANCED** $157.40

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $575.00 | $460.00 |
| Donaire, Gloria | 2.10 | $230.00 | $483.00 |
| Flores, Luisa M | 0.20 | $245.00 | $49.00 |
| **TOTAL** | **3.10** | | **$992.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone-Outside Services | $153.00 |
| Copies | $4.40 |
| **TOTAL** | **$157.40** |

**CURRENT BALANCE DUE THIS MATTER** $1,149.40

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 04/08/13 | SLB | 0.20 | 145.00 | Telephone call from committee member regarding committee positions concerning ZAI (.2). |
| 04/08/13 | JMS | 0.40 | 230.00 | Telephone conference with Committee member regarding timing of appeals. |
| 04/24/13 | JMS | 0.40 | 230.00 | Telephone conference with committee member regarding status of appeals. |

**PROFESSIONAL SERVICES** $605.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $725.00 | $145.00 |
| Sakalo, Jay M | 0.80 | $575.00 | $460.00 |
| **TOTAL** | **1.00** | | **$605.00** |

**CURRENT BALANCE DUE THIS MATTER** $605.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/03/13 | JIS | 0.30 | 133.50 | Review revised quarterly interim fee application, further revise same, and email to L. Flores thereon |
| 05/06/13 | LMF | 0.30 | 73.50 | Finalize and submit quarterly fee application to local counsel for filing. |
| 05/15/13 | JIS | 0.30 | 133.50 | Review and revise April prebill. |
| 05/30/13 | LMF | 0.80 | 196.00 | Follow up for final statement of fees for month of April 2013 and prepare summary and notice for filing with the court. |

**PROFESSIONAL SERVICES** $536.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Flores, Luisa M | 1.10 | $245.00 | $269.50 |
| **TOTAL** | *1.70* | | *$536.50* |

**CURRENT BALANCE DUE THIS MATTER** $536.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB  
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| 05/16/13 | JMS | 0.20 | 115.00 | Review schedule for oral arguments at 3rd Circuit. |
| 05/26/13 | JMS | 0.20 | 115.00 | Emails with M. Dies regarding 3rd Circuit appeal. |

**PROFESSIONAL SERVICES** $230.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Sakalo, Jay M | 0.40 | $575.00 | $230.00 |
| *TOTAL* | *0.40* | | *$230.00* |

**CURRENT BALANCE DUE THIS MATTER** $230.00

Atty – SLB
Client No.: 74817/15563

**RE: 27 - Litigation Consulting**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/07/13 | SLB | 0.10 | 72.50 | Attention to status reports filed by Grace in adversary proceedings (.1). |

**PROFESSIONAL SERVICES** $72.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.10 | $725.00 | $72.50 |
| *TOTAL* | *0.10* | | *$72.50* |

**CURRENT BALANCE DUE THIS MATTER** $72.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP