# Exhibit A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

January 31, 2013

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Gyung Ho SONG

Invoice #: 13.40174784

Preparation and submission of Application for Permanent Resident Card, Form I-90, including appearance at the United States Citizenship and Immigration Services to assist with execution of application.

| | |
|---|---:|
| **Total Legal Fees** | $750.00 |
| **Disbursements** | |
| USCIS Filing Fee for I-90 | $365.00 |
| USCIS Biometric Fee | $85.00 |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $37.50 |
| **Total Disbursements** | $516.50 |
| **Please Remit** | **$1,266.50** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

January 31, 2013

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Alexander NIELSEN

Invoice #: 13.40174785

Preparation of Nonimmigrant Visa Petition requesting extension of L-1A Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and Petition for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Application for Extension of Stay, Form I-539, for extension of L-2 status. Submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,675.00 |
| **Disbursements** | |
| Fedex (domestic) | $29.00 |
| USCIS Filing Fee for I-129 (L-1 case) | $325.00 |
| Dependent USCIS Filing Fee for Form I-539 | $290.00 |
| Miscellaneous expenses | $83.75 |
| **Total Disbursements** | $727.75 |
| **Please Remit** | **$2,402.75** |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries please call 305-774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

January 31, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Enzo ORELLANA**

Invoice #: 13.40174786

Preparation of petition for temporary nonimmigrant classification as a Free Trade Agreement (FTA) Singaporean and/or Chilean professional to extend H-1B1 status. Preparation of Form I-129 with supplements and letter of support requesting continued temporary employment. Transmittal of prepared forms and documents to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,100.00 |
| **Disbursements** | |
| USCIS Filing Fee for I-129 (H-1B case) | $325.00 |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $55.00 |
| **Total Disbursements** | $409.00 |
| **Please Remit** | **$1,509.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries please call 305-774-5800.

LAW OFFICES

## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

January 31, 2013

FOR PROFESSIONAL SERVICES RENDERED

RE: Elio HERNANDEZ FERRER

Invoice #: 13.40174787

| | |
|---|---:|
| Total Legal Fees | $0.00 |

**Disbursements**

| | |
|---|---:|
| Translation services | $100.00 |
| Total Disbursements | $100.00 |
| Please Remit | $100.00 |

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For billing inquiries, please call 305-774-5800.