# Exhibit A

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

February 28, 2013

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Chun-jen WU

Invoice #: 13.40194005

Application for Adjustment of Status to Lawful Permanent Resident of the United States for family member, including preparation of Forms I-485, G-325A and supporting documentation.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel for family member(s) during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the USCIS.

Preparation of Form I-765 on behalf of family member(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service.

| | |
|---|---:|
| **Total Legal Fees** | **$3,725.00** |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $186.25 |
| **Total Disbursements** | **$215.25** |
| **Please Remit** | **$3,940.25** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**

For billing inquiries, please call 305-774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

26-February-2013

FOR PROFESSIONAL SERVICES RENDERED

    Employee: LEONID LEZNIK

    Fragomen Invoice Number: IN-US00287772

    Fragomen Manager: GRAHAM LEES

    Fragomen Case Number: 594790

    Client: W.R. GRACE & CO.

    Total Legal Fees:    0.00

    Total Disbursements: 1,432.22

    Invoice Total: (USD)  1,432.22

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - LONDON) | |
| Assistance with translation and Chinese legalisation of a Ukrainian marriage certificate on behalf of Leonid Leznik. Fees authorised by Kshama Sindgikar 26 Nov 2012 | 319.04 |
| Government fees paid by third party vendor on behalf of (PO-0000594790-00001) | 17.93 |
| Third party vendor out of pocket expenses (PO-0000594790-00001) | 49.29 |
| Third party vendor professional fees (PO-0000594790-00001) | 980.96 |
| Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 65.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: LEONID LEZNIK

Comments:
Application Approval Date:
Application File Date: 30 Nov 2013
Authorizing Manager:
Case Initiation Date: 26 Nov 2012
Cost Center:
Employee ID:
Number of Dependents: 1
PO #:
Receiving Country: CHINA, THE PEOPLE'S REPUBLIC OF
Sending Country: UKRAINE