IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |

Obj. Deadline: 8/7/13

**MONTHLY APPLICATION OF FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS IMMIGRATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2013 TO JUNE 30, 2013**

| | |
|---|---|
| Name of Applicant: | Fragomen, Del Rey, Bernsen & Loewy, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 2, 2007 |
| Period of which Compensation and Reimbursement is Sought: | June 1, 2013 to June 30, 2013 |
| Amount of compensation Sought as Actual, Reasonable and Necessary: | $4,050.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $6,678.77 |

This is a _X_ monthly    __interim    __final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Following is a listing of the legal fees and disbursements rendered by Fragomen, Del Rey, Bernsen & Loewy, LLP in connection with services rendered for immigration law related matters. Attached as **Exhibit A**, are the invoices associated with these services. Attached as **Exhibit B**, is a legend listing all appropriate matter codes. Finally, attached as **Exhibit C**, is the most current fee schedule between W. R. Grace & Co., et al., and Fragomen Del Rey, Bernsen & Loewy, LLP.

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 30-Jun-13 | DU, Zhijie | H1-B/539/EXT | $1,725.00 | $1,996.00 | $3,721.00 |
| 30-Jun-13 | NGURE, Charity | H1-B/EXT | $1,100.00 | $456.00 | $1,556.00 |
| 30-Jun-13 | NGURE, Charity | Additional Correspondence | $150.00 | $0.00 | $150.00 |
| 30-Jun-13 | PAN, Yong | REP | $1,075.00 | $517.00 | $1,592.00 |
| 30-Jun-13 | LEZNIK, Leonid | G-CHN-P | $0.00 | $3,709.77 | $3,709.77 |
| | | USD/Totals for W.R. Grace & CO. | $4,050.00 | $6,678.77 | $10,728.77 |

WHEREFORE, Fragomen, Del Rey, Bernsen & Loewy, LLP respectfully requests that, for the period June 1, 2013 through June 30, 2013, an interim allowance be made for compensation in the amount of $4,050.00, and actual and necessary expenses in the amount of $6,678.77, for a total allowance of $10,728.77, and payment of $3,240.00 (80% of the allowed fees), and reimbursement of $6,678.77 (100% of the allowed expenses) be authorized for a total payment of **$9,918.77**, and for such other and future relief as this Court may deem just and proper.

Dated: _July 16, 2013_

FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

_____
Frederick D. Goosen, Esq. (Bar No. FL 0205842)
Partner
One Alhambra Plaza, Suite 600
Coral Gables, Florida 33134
(305) 774-5800

VERIFICATION

STATE OF FLORIDA         :
                         :
COUNTY OF MIAMI-DADE  :

Frederick D. Goosen, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Fragomen, Del Rey, Bernsen & Loewy, LLP (FDBL).

b) I am familiar with many of the legal services rendered by FDBL, as counsel to the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of FDBL.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members", signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Frederick D. Goosen, Esq.

SWORN AND SUBSCRIBED
before me this 10 day of July, 2013.

Notary Public
My Commission Expires:



JENNIFER H. ESTRELLA
MY COMMISSION # EE 159231
EXPIRES: May 12, 2016
Bonded Thru Notary Public Underwriters