# Exhibit A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2013

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Zhijie DU

Invoice #: 13.40276082

Preparation of application to Extend H-4 Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

| | |
|---|---:|
| **Total Legal Fees** | $1,725.00 |
| **Disbursements** | |
| Fedex (domestic) | $87.00 |
| USCIS Filing Fee for I-129 (H-1B case) | $325.00 |
| Dependent USCIS Filing Fee for Form I-539 | $290.00 |
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 |
| Miscellaneous expenses | $69.00 |
| **Total Disbursements** | $1,996.00 |
| **Please Remit** | **$3,721.00** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2013

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Charity NGURE

Invoice #: 13.40276083

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,100.00 |
| **Disbursements** | |
| USCIS Filing Fee for I-129 (H-1B case) | $325.00 |
| Fedex (domestic) | $87.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $456.00 |
| **Please Remit** | **$1,556.00** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Charity NGURE

Invoice #: 13.40276084

Consultations regarding immigration matter, including discussion of requirements, procedures and supporting documentation. Preparation of letter confirming status for purposes of obtaining visa to France and related email correspondence.

| | |
|---|---:|
| **Total Legal Fees** | $150.00 |

**Disbursements**

| | |
|---|---:|
| **Total Disbursements** | $0.00 |
| **Please Remit** | $150.00 |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Yong PAN

Invoice #: 13.40276085

Preparation of Form I-131, Application for Travel Document (Reentry Permit) and draft letter of support documenting need for extended term of stay outside of the United States. Transmittal of the Application and supporting documents to client for final review and signature. Submission to the Regional Service Center of the USCIS.

Consultations regarding immigration matter, including discussion of requirements, procedures and supporting documentation. Travel abroad for 4 years. Consultation regarding effect on LPR status and Naturalization. Phone conference with foreign national and company, and email correspondence.

| | |
|---|---:|
| **Total Legal Fees** | $1,075.00 |
| **Disbursements** | |
| USCIS Filing Fee for I-131 | $360.00 |
| USCIS Biometric Fee | $85.00 |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $43.00 |
| **Total Disbursements** | $517.00 |
| **Please Remit** | **$1,592.00** |

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** **Please return invoice with check or include invoice number on wire transfer instructions** ***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

13-June-2013

FOR PROFESSIONAL SERVICES RENDERED

Employee: LEONID LEZNIK

Fragomen Invoice Number: IN-US00308824

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 531485

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 3,709.77

Invoice Total: (USD)   3,709.77

|  | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BEIJING)<br><br>For professional services rendered with respect to the work permit and residence permit on behalf of the employee | 1,700.00 |
| For professional services rendered with respect to the Residence permit on behalf of the dependant | 600.00 |
| For professional services rendered with respect to the 2nd Tier City Fee - Qingdao on behalf of the employee and one dependant | 300.00 |
| Translation (300.00 CNY on 27-NOV-2012 by JULIE ZHANG) | 48.64 |
| Translation (400.00 CNY on 10-DEC-2012 by JULIE ZHANG) | 64.86 |
| Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 130.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Employee: LEONID LEZNIK

Fragomen Reference Number: IN-US00308824

|  | Fee/Disbursement |
|---|---|
| Courier charges paid (254.15 CNY on 08-JAN-2013 by JULIE ZHANG) | 41.21 |
| Medical Examination (543.00 CNY on 29-MAR-2013 by JULIE ZHANG) | 88.04 |
| Visa Invitation Letter (100.00 CNY on 29-MAR-2013 by JULIE ZHANG) | 16.21 |
| Work Permit (600.00 CNY on 29-MAR-2013 by JULIE ZHANG) | 97.29 |
| Residence Permit (1200.00 CNY on 29-MAR-2013 by JULIE ZHANG): | 194.57 |
| Visa Application (in China) (940.00 CNY on 29-MAR-2013 by JULIE ZHANG) | 152.41 |
| Vendor Expedite Fee (500.00 CNY on 29-MAR-2013 by JULIE ZHANG): | 81.07 |
| (102.00 CNY on 29-MAR-2013 by JULIE ZHANG): transportation-expense | 16.54 |
| Foreign Tax | 178.93 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: LEONID LEZNIK

|  |  |
|---:|:---|
| Comments: | |
| Application Approval Date: | 28 Dec 2012 |
| Application File Date: | 15 Oct 2012 |
| Authorizing Manager: | |
| Case Initiation Date: | 14 Jun 2012 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 16 Dec 2013 |
| Number of Dependents: | 1 |
| PO #: | |
| Receiving Country: | CHINA, THE PEOPLE'S REPUBLIC OF |
| Sending Country: | CHINA, THE PEOPLE'S REPUBLIC OF |