**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


July 18, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #11389


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/4/2013 | AL | Update database with Sanders' April fee application (.2) and electronic detail (.1); Campbell's April electronic detail (.1); Charter's April electronic detail (.2); AKO's April electronic detail (.2); Caplin's April electronic detail (.1); Casner's April electronic detail (.2); Bilzin's March CNO (.1) | 1.20 | 96.00 |
|  | BSR | Receive and review email from James Wehrmann re additional fee summaries for 48th interim period | 0.20 | 62.00 |
| 6/5/2013 | BSR | Review of Anderson Kill & Olick's March 2013 fee application and fee and expense summary re same and quarterly fee application for the period of January through March 2013 (48th Interim) (.3); email to Robert Chung re same (.2) | 0.50 | 155.00 |
|  | JAW | Detailed review of PwC January 1, 2013 - February 28, 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | review several e-mail froms B. Ruhlander regarding revisions to 47th P.C. Spreadsheet (0.20); several revisions and updates 47th P.C. Spreadsheet per same (0.50); e-mails to B. Ruhlander forwarding update spreadsheet (0.20). | 0.90 | 157.50 |
|  | JAW | Detailed review of Kramer Levin April 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Stroock April 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Saul Ewing April 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | BSR | Review of Beveridge & Diamond's Amended January 2013 monthly fee application | 0.20 | 62.00 |

---

W.R. Grace & Co.												Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/5/2013 | BSR | Review of Bilzin Sumberg's March 2013 monthly fee application and fee and expense summary re same, as well as quarterly fee application for the period of January through March 2013 (48th Interim) (.3); email to Jay Sakalo re same (.2) | 0.50 | 155.00 |
|  | BSR | Review of Beveridge & Diamond's March 2013 monthly fee application, as well as fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Receive and review order reassigning Judge Fitzgerald's cases and email to Warren Smith re same (.2 split between W.R. Grace and Flintkote cases) | 0.10 | 31.00 |
|  | JAW | Detailed review of Foley Hoag April 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | AL | Receive and review email from J. Wehrmann re 47th interim project category spreadsheet (.1); update database with same (.2); review of project category spreadsheet (1.4) | 1.70 | 136.00 |
|  | BSR | Receive and review most recent draft of project category spreadsheet for the 47th interim period (1.1); email to James Wehrmann re same (.3) | 1.40 | 434.00 |
| 6/6/2013 | BSR | Review of Kramer Levin's quarterly fee application for the period of January through March 2013 (48th Interim) (monthly applications previously reviewed) | 0.30 | 93.00 |
|  | AL | Receive, review and finalize Caplin's 48th Interim IR (.4); update database with same (.2); draft email to B. Ruhlander re service of same (.1); Receive, review and finalize Higgins' 48th Interim IR (.4); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | 1.40 | 112.00 |
|  | BSR | Review of Law Office of Roger Higgins' quarterly fee application for the period of January through March 2013 (monthly applications previously reviewed) | 0.20 | 62.00 |
|  | BSR | Review of Kirkland & Ellis' March 2013 monthly fee application and fee and expense summary re same | 0.40 | 124.00 |
|  | BSR | E-mail to debtor's counsel re project category spreadsheet (.1); email to James Wehrmann re same (.1) | 0.20 | 62.00 |
|  | BSR | Draft initial report re Caplin & Drysdale's 48th interim fee application | 0.60 | 186.00 |
|  | BSR | Review of Caplin & Drysdale's March 2013 monthly fee application, as well as fee and expense summary re same, and quarterly fee application for the 48th interim period (January through March 2013) | 0.30 | 93.00 |
|  | BSR | Review of Campbell & Levine's March 2013 monthly fee application and fee and expense summary re same (.2) and quarterly fee application for the 48th interim period (.1); email to Mark Hurford re same (.2) | 0.50 | 155.00 |

W.R. Grace & Co.                                                                                                      Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/7/2013 | BSR | Receive and review final version of project category spreadsheet for the 47th interim period (.3); telephone conference with Anthony Lopez re same (.1); email to Jamie O'Neill re same (.2) | 0.60 | 186.00 |
|  | BSR | Draft initial report re Law Offices of Roger Higgins for the 48th interim period (1.1); email to Roger Higgins re same (.1) | 1.20 | 372.00 |
|  | BSR | E-mail to Caplin & Drysdale re initial report (48Q) | 0.10 | 31.00 |
|  | AL | Update database with Beveridge's April electronic detail (.1); receive and review email from B. Ruhlander re revisions to 47th Interim Project Category spreadsheet (.1); revise same (.5); update database with same (.2); draft email to B. Ruhlander re revised project category spreadsheet (.1) | 1.00 | 80.00 |
| 6/10/2013 | AL | Update database with Pachulski's February fee application (.2); Casner's April fee application (.2); Capstone's April fee application (.2); Beveridge's April fee application (.2); Ferry's April fee application (.2); Bilzin's April fee application (.2); Campbell's April fee application (.2); Caplin's April fee application (.2); Charter's April fee application (.2); AKO's April fee application (.2); Woodcock's April fee application (.2); Reed's April fee application (.2) | 2.40 | 192.00 |
|  | AL | Update database with Tower's April CNO (.1); Rose's January through March electronic detail (.2) | 0.30 | 24.00 |
| 6/11/2013 | BSR | receive, review, and respond to email from Grant Thornton re 2nd quarterly fee application | 0.30 | 93.00 |
|  | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
| 6/12/2013 | BSR | telephone conference with Roger Higgins re matters pertaining to various applicants | 0.10 | 31.00 |
|  | AL | Draft of WHSA's May fee application (2.4); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.70 | 216.00 |
|  | BSR | E-mail to Warren Smith re fee hearing on July 1, 2013 (.2 split between WR Grace and Flintkote cases) | 0.10 | 31.00 |
|  | BSR | Draft email for Warren Smith's approval concerning project category spreadsheet and fee and expense chart (.6); telephone conference with Warren Smith re same (.1) | 0.70 | 217.00 |
|  | BSR | E-mail to Warren Smith re project category spreadsheet (.2); respond to email from Warren Smith re same (.1) | 0.30 | 93.00 |
|  | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
|  | WHS | Revise email re project category spreadsheet (.3); t/c with Bobbi Ruhlander re same (.2) | 0.50 | 167.50 |

W.R. Grace & Co.              Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/13/2013 | JAW | Detailed review of Campbell April 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | JAW | Detailed review of Woodcock April 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Casner April 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Bilzin April 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Charter Oak April 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Capstone April 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | JAW | Detailed review of Caplin April 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
| | JAW | Detailed review of Beveridge April 2013 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
| | JAW | Detailed review of Anderson April 2013 fee application (1.10); draft summary of same (0.10) | 1.20 | 210.00 |
| | JAW | Detailed review of Reed Smith April 2013 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
| | JAW | Proofread Warren H. Smith May 2013 fee statement and Notice of Filing (0.90); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 1.00 | 175.00 |
| | JAW | Detailed review of Pachulski February 2013 fee application (1.00) | 1.00 | 175.00 |
| | BSR | E-mail to Warren Smith re email to Judge Carey's office concerning preparation of project category spreadsheet | 0.40 | 124.00 |
| | AL | Update database with Grant's January through March electronic detail (.2); Pachulski's February CNO (.1); Pachulski's March CNO (.1); Norton's November electronic detail (.2) | 0.60 | 48.00 |
| | JAW | Detailed review of Ferry Joseph April 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| 6/14/2013 | BSR | Continue drafting email to be sent to Judge Carey's chambers (.2); telephone conference with Warren Smith re same (.1); email to Warren Smith re same (.1) | 0.40 | 124.00 |

W.R. Grace & Co.     Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/14/2013 | AL | Receive and review email from B. Ruhlander re August 1st hearing (.1); update database with same (.2); telephone conference with B. Ruhlander re hearing (.1); draft email to W. Smith re hearing (.1) | 0.50 | 40.00 |
| | AL | Receive and review email from W. Smith re approval of WHSA's May fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.2); electronic filing with the court of WHSA's fee application (.3); prepare same for service (.1) | 0.90 | 72.00 |
| | AL | Receive and review email from J. Wehrmann re revisions to WHSA's May fee application (.1); revise same (.8); update database with same (.2); draft email to J. Wehrmann re revised fee application (.1) | 1.20 | 96.00 |
| | JAW | Review revisions to Warren H. Smith May 2013 fee statement and Notice of Filing (0.10); e-mail to A. Lopez confirming revisions made (0.10) | 0.20 | 35.00 |
| 6/15/2013 | BSR | Review of Stroock's 48th interim fee application (monthly applications previously reviewed) | 1.00 | 310.00 |
| 6/17/2013 | JAW | Draft summary of Pachulski's February 2013 fee application (0.10) | 0.10 | 17.50 |
| | BSR | E-mail to James Wehrmann re fee summary for Woodcock Washburn's March 2013 monthly fee application | 0.10 | 31.00 |
| | BSR | Continued review of Stroock's 48th interim fee application (1.0); draft initial report re same (1.0); exchange emails with Warren Smith re same (.1) | 2.10 | 651.00 |
| | BSR | E-mail to Stroock re initial report (48Q) | 0.10 | 31.00 |
| | AL | Receive, review and finalize Stroock's 28th Interim IR (.4); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | 0.70 | 56.00 |
| 6/18/2013 | BSR | Draft final report re Law Offices of Roger Higgins' quarterly fee application for the 48th interim period | 0.60 | 186.00 |
| | BSR | Draft final report re Stroock's 48th interim fee application | 0.50 | 155.00 |
| | BSR | Receive and review email from James Werhmann re most recent fee summaries prepared | 0.10 | 31.00 |
| | BSR | telephone conference with Roger Higgins re matters pertaining to various fee applications (.1); review of response of Law Office of Roger Higgins to initial report for the 48th interim period (.1) | 0.20 | 62.00 |
| | JAW | E-mail to A Lopez forwarding summaries prepared (0.10). | 0.10 | 17.50 |
| | JAW | Detailed review of Norton's November 2012 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| | BSR | telephone conference with Denise Wildes re initial report for Stroock (.1); review email response from Denise Wildes re same (.2) | 0.30 | 93.00 |

W.R. Grace & Co.                                                                                                    Page      6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/19/2013 | AL | Receive and review email from B. Ruhlander re Stroock's 48th interim IR response (.1); update database with same (.2); receive and review email from B. Ruhlander re Stroock's 48th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Receive and review email from B. Ruhlander re Higgins' 48th interim IR response (.1); update database with same (.2); receive and review email from B. Ruhlander re Higgins' 48th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); K&E's April electronic detail (.2); Phillips' April CNO (.1); Phillips's May CNO (.1); Kramer's April electronic detail (.2); receive and review email from B. Ruhlander re revised Higgins' 48th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Orrick's March electronic detail (.1) | 2.50 | 200.00 |
|  | BSR | Continued review of Saul Ewing's fee applications for the 48th interim period (monthly and quarterly) | 0.40 | 124.00 |
|  | BSR | Review of Woodcock Washburn's March 2013 and 48th quarterly fee applications and fee and expense summaries re same (.3); email to Gary Levin re same (.1) | 0.40 | 124.00 |
|  | BSR | Multiple e-mails to Roger Higgins with follow-up question re Lexis/Nexis charges | 0.30 | 93.00 |
|  | BSR | Receive and review email from Warren Smith re draft final report for Law Offices of Roger Higgins (48Q) | 0.10 | 31.00 |
|  | BSR | Review of Legal Analysis Systems' quarterly fee application for the 48th interim period (monthly fee application previously reviewed) | 0.10 | 31.00 |
|  | BSR | Continue drafting final report re Law Offices of Roger Higgins (48Q) | 0.30 | 93.00 |
|  | BSR | E-mail to Stroock re final report (48Q) | 0.10 | 31.00 |
|  | BSR | Research server and docket for applications pertaining to the 48th interim period, as well as other pertinent filings | 1.00 | 310.00 |
|  | JAW | Detailed review of Rich's April 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
|  | AL | Receive and review email from W. Smith re approval of Stroock's 48th Interim FR (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of Stroock's FR (.3); Draft email to B. Ruhlander re service of same (.1) | 1.00 | 80.00 |
|  | BSR | receive, review, and respond to email from Warren Smith concerning allocation of charges (in reference to final report on Law Offices of Roger Higgins - 48Q) | 0.20 | 62.00 |
|  | BSR | Review of Grant Thornton's 2nd quarterly fee application (for the period of Oct-Dec. 2012) (monthly applications previously reviewed) | 0.40 | 124.00 |

W.R. Grace & Co.             Page     7

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/19/2013 | WHS | detailed review of FR Stroock 48Q 1-3.13 | 0.30 | 100.50 |
| 6/20/2013 | BSR | Draft initial report re Grant Thornton's 2nd quarterly fee application | 1.40 | 434.00 |
|  | BSR | E-mail to Roger Higgins re final report for the 48th interim period | 0.10 | 31.00 |
|  | BSR | E-mail to Grant Thornton re initial report for the 47th interim period (their 2nd quarterly) | 0.10 | 31.00 |
|  | WHS | Detailed review of, and revisions to, 48th - Final Report re Law Offices of Roger Higgins | 0.30 | 100.50 |
|  | AL | Receive and review email from W. Smith re approval of Higgins' 48th Interim FR (.1); prepare same for electronic filing with the court (.2); update database with same (.2); electronic filing with the court of Higgins' FR (.4); Draft email to B. Ruhlander re service of same (.1) | 1.00 | 80.00 |
|  | AL | Receive, review and finalize Grant's 28th Interim IR (.4); update database with same (.2); draft email to B. Ruhlander re service of same (.1); update database with Orrick's April CNO (.1) | 0.80 | 64.00 |
| 6/21/2013 | AL | Update database with Blackstone's April electronic detail | 0.10 | 8.00 |
|  | AL | Update database with K&E's April fee application | 0.20 | 16.00 |
|  | BSR | Review of Foley Hoag's quarterly fee application for the 48th interim period (monthly applications previously reviewed) | 0.10 | 31.00 |
|  | BSR | Review of Ferry Joseph's March 2013 monthly fee application (including fee and expense summary re same), as well as quarterly fee application (.2); email to Ted Tacconelli re same (.1) | 0.30 | 93.00 |
|  | BSR | Review of Charter Oak's March 2013 monthly fee application (including fee and expense summary re same), as well as quarterly fee application for the 48th interim period | 0.20 | 62.00 |
|  | BSR | Review of Casner & Edwards' March 2013 monthly fee application (and fee and expense summary re same), as well as quarterly fee application for the 48th interim period | 0.20 | 62.00 |
|  | BSR | Review of Capstone's March 2013 monthly fee application and fee and expense summary re same, as well as quarterly fee application for the 48th interim period | 0.30 | 93.00 |
|  | BSR | Review of Reed Smith's March 2013 monthly fee application and fee and expense summary re same, as well as quarterly fee applicationn for the 48th interim period | 0.30 | 93.00 |
|  | BSR | Review of PwC's quarterly fee application for the 48th interim period (Jan-Mar 2013), monthly fee applications, and fee and expense summaries re same | 0.50 | 155.00 |

W.R. Grace & Co.											Page	8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/21/2013 | BSR | Review of Phillips Goodman & Spence's quarterly fee application for the 48th interim period (Jan-Mar 2013) and fee and expense summary re same (.2); email to John Phillips re same (.1) | 0.30 | 93.00 |
| 6/24/2013 | AL | Receive and review email from J. Wehrmann re summaries (.1); update database with Norton's November (.1) Rich's May (.1) Pachulski's February (.2) AKO's April (.2) Beveridge's April (.1) Bilzin's April (.1) Campbell's April (.2) Caplin's April (.1) Capstone's April (.1) Casner's April (.2) Charter's April (.2) Ferry's April (.2) Foley's April (.1) Scholer's April (.1) Kramer's April (.1) Pachulski's April (.2) Reed's April (.2) Ewing's April (.1) Stroock's April (.2) and Woodcock's April (.1) fee and expense summaries; update database with PWC's April electronic detail (.2) and PWC's June through September fee application (.2) | 3.40 | 272.00 |
|  | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
|  | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| 6/25/2013 | AL | Update database with Norton's April through June fee application (.2); Grant's October through December fee application (.2); Blackstone's April fee application (.2) | 0.60 | 48.00 |
| 6/27/2013 | AL | Update database with Hogan's May electronic detail (.2); Scarfone's May electronic detail (.1); Lauzon's May electronic detail (.1) | 0.40 | 32.00 |
| 6/28/2013 | AL | Update database with Ewing's May electronic detail (.2); Casner's May electronic detail (.1); Foley's May electronic detail (.1) | 0.40 | 32.00 |
|  | AL | Update database with BMC's March electronic detail (.1); Scholer's May electronic detail (.1); Stroock's May electronic detail (.2) | 0.40 | 32.00 |
|  | AL | Update database with PWC's June through September fee application (.2); PWC's April fee application (.2) | 0.40 | 32.00 |
| 6/30/2013 | JAW | Detailed review of Kirkland's April 2013 fee application (4.5); draft summary of same (0.6); e-mail summary to A. Lopez (0.1) | 5.20 | 910.00 |
|  |  | **For professional services rendered** | **66.00** | **$12,272.00** |

Additional Charges :

| 6/30/2013 | FedEx |  | 76.26 |
|---|---|---|---:|
|  | Copying cost |  | 28.70 |
|  | Third party copies & document prep/setup. |  | 527.57 |
|  | PACER Charges |  | 27.30 |

W.R. Grace & Co.                                                                                                           Page    9

|  | **Amount** |
|---|---:|
| **Total additional charges** | **$659.83** |
| **Total amount of this bill** | **$12,931.83** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 25.80 | 80.00 | $2,064.00 |
| Bobbi S. Ruhlander | 22.20 | 310.00 | $6,882.00 |
| James A. Wehrmann | 16.90 | 175.00 | $2,957.50 |
| Warren H Smith | 1.10 | 335.00 | $368.50 |