IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. Grace & Co., et al. ) | Case No. 01-1139 |
| ) | (Jointly Administered) |
| Debtors ) | |
| ) | |

### AFFIDAVIT UNDER 11 U.S.C. 327(e)
(Westerman, Hattori, Daniels & Adrian, LLP)

STATE OF (District of Columbia) )
                                ) ss:
COUNTY OF (Washington)

Stephen G. Adrian, being duly sworn, upon his/her oath, deposes and says:

1. I am a Partner of Westerman, Hattori, Daniels & Adrian, LLP, located at 1250 Connecticut Ave., NW, Suite 700, Washington, DC 20036 (the "Firm").

2. The Debtors have requested that the Firm provide intellectual property services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

5. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $0.00 for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on July 16, 2013
[Date of Signature]

_Westerman, Hattori, Daniels & Adrian, LLP_
_____
Signature

_____Partner_____
Title

Sworn to and subscribed before me
this 16th day of July, 2013

_____
Notary Public
My Commission expires: July 14, 2017

(Notarization in state where signed)

JANET R. MAHUMED.
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2017

2