## EXHIBIT A

**W. R. Grace & Co., et al.,**
**District of Delaware, Bankruptcy Case No. 01-1139**

**Report on De Minimis Asset Sales**
**April 1, 2013, through June 30, 2013**

*Part I – Sales in excess of $25,000, but less than $250,000*

NONE

*Part II – Sales equal to or less than $25,000*

NONE