## EXHIBIT A

### W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### April 1, 2013 through June 30, 2013

#### Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|---|---|---|
| -- | -- | None |

#### Settlements Less Than $50,000

| Date | Claim | Settlement |
|---|---|---|
| 05/23/2013 | | NuTec, Inc. (4800 Hwy 90 East, Lake Charles, LA 70615) v. W. R. Grace & Co., Docket No. 2012-4289(Dist. Ct. Calcasieu, Parish, La.), plaintiff alleged breach of contract, Grace agreed to pay $8,000 to NuTec, Inc. in exchange for a release of all claims. |

DOCS_DE:188656.1 91100/001