**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on the 25th day of July, 2013, I caused a true and correct copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 30669
(THIRTY-SEVENTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP AS
SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE PERIOD
MARCH 1, 2013, THROUGH MARCH 31, 2013)**

  */s/Daniel K. Hogan*
  Daniel K. Hogan (DE Bar #2814)