## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et_. _al_., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel K. Hogan, hereby certify that on the 25th day of July, 2013, I caused a true and correct copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 30670 (THIRTY-SEVENTH MONTHLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE PERIOD MARCH 1, 2013, THROUGH MARCH 31, 2013)**

_/s/Daniel K. Hogan_____
Daniel K. Hogan (DE Bar #2814)

# Grace Fee Application Service List

***Hand Delivery***
(Trustee)
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

***Federal Express & E-mail:***
***Richard.finke@grace.com***
(Debtors)
Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

***Federal Express & E-mail:***
***feeaudit@whsmithlaw.com***
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

***E-mail:*** ***joneill@pszjlaw.com***
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

***E-mail:*** ***mlastowski@duanemorris.com***
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

***E-mail:*** ***mjoseph@ferryjoseph.com***
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

***E-mail:*** ***mhurford@camlev.com***
(Counsel to Official Committee of Personal
Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

***E-mail:*** ***tcurrier@saul.com***
(Counsel to Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

***E-mail:*** ***khill@svglaw.com***
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

***E-mail:*** ***rhiggins@rogerhigginslaw.com***
(Co-counsel for Debtors)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins LLC
111 East Wacker Dr, Ste 2800
Chicago IL 60601

***E-mail:*** ***david.heller@lw.com***
(Co-Counsel to Debtor-In-Possession
Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

***E-mail:*** ***wskatchen@duanemorris.com***
(Counsel for Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

***E-mail:*** ***lkruger@stroock.com***
(Counsel for Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

***E-mail:*** ***sbaena@bilzin.com***
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

***E-mail:*** ***ei@capdale.com***
(Counsel to Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

***E-Mail:*** ***john.donley@kirkland.com***
(Counsel to Debtor)
John Donley, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

***E-mail:*** ***arich@alanrichlaw.com***
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202