<u>**NO ORDER REQUIRED**</u>

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Thurs., June 24, 2013 at 4:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 30709

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the One Hundred and Forty-Fourth Application of Ferry, Joseph & Pearce, P.A. ("the Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2013 through April 30, 2013 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than June 24, 2013 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $4,804.80 which represents 80% of the fees ($6,006.00) and $159.50 which represents 100% of the expenses requested in the Application for the period

April 1, 2013 through April 30, 2013, upon the filing of this certification and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated:   July 25, 2013 | FERRY, JOSEPH & PEARCE, P.A. |
| | |
| |  /s/ Lisa L. Coggins |
| | Michael B. Joseph (No. 392) |
| | Theodore J. Tacconelli (No. 2678) |
| | Lisa L. Coggins (No. 4234) |
| | 824 Market Street, Suite 1000 |
| | P.O. Box 1351 |
| | Wilmington, DE. 19899 |
| | (302) 575-1555 |
| | |
| | *Counsel to the Official Committee of Asbestos Property Damage Claimants* |