# Exhibit "A"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555  Fax:  (302) 575-1714

WR Grace PD Committee                                              May 1, 2013    to    May 31, 2013

Inv  #:          47931

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 5.10 | 1,653.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.10 | 418.00 |
| B18 | Fee Applications, Others - | 0.90 | 183.00 |
| B25 | Fee Applications, Applicant - | 2.00 | 401.00 |
| B36 | Plan and Disclosure Statement - | 0.40 | 152.00 |
| B37 | Hearings - | 0.10 | 38.00 |
| | **Total** | **9.60** | **$2,845.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 310.00 | 0.80 | 248.00 |
| Regina Matozzo | 250.00 | 1.50 | 375.00 |
| Theodore J. Tacconelli | 380.00 | 4.90 | 1,862.00 |
| Paralegal - MAG | 150.00 | 1.30 | 195.00 |
| Legal Assistant - KC | 150.00 | 1.10 | 165.00 |
| **Total** | | **9.60** | **$2,845.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                    **$1,200.75**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-02-13 | *Fee Applications, Others* - Review Bilzin March 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review March 2013 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Amended 2019 Statement by Lipsitz & Ponterio | 0.10 | TJT |
| | *Case Administration* - Review Status Report by Debtors in Adversary No. 01-771 | 0.10 | TJT |
| May-04-13 | *Case Administration* - review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - review Status Report filed in Adversary No. 04-55083 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review correspondence from committee member re: question re: confirmation | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review docket re: question by committee member re: confirmation | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* -prepare correspondence to committee member re: confirmation | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: confirmation | 0.20 | TJT |
| May-06-13 | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to approve Private Sale of Real Estate | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: confirmation | 0.20 | TJT |
| May-07-13 | *Case Administration* - Review modified order granting Debtor's Motion to approve Private Sale of Real Estate | 0.20 | TJT |
| May-08-13 | *Case Administration* - review Certificate of No Objection filed by Debtors re: Notice of Settlement of Claim asserted by USG | 0.10 | TJT |
| May-09-13 | *Hearings* - Review Agenda for 5/20 hearing | 0.10 | TJT |
| | *Fee Applications, Others* - File Bilzen monthly fee application for March 2013 | 0.10 | MAG |
| | *Fee Applications, Applicant* - File monthly fee application for March 2013 | 0.10 | MAG |
| May-10-13 | *Fee Applications, Others* - Review Bilzin 48th Quarterly fee app and confer with M. Guggenberger re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Review, revise Bilzin 48th quarterly fee application, draft cos to same | 0.30 | MAG |
| May-11-13 | *Case Administration* - Review Debtors Post-Confirmation Quarterly Summary Report | 0.20 | TJT |
| May-13-13 | *Fee Applications, Others* - File and serve Bilzin's 48th quarterly fee app | 0.20 | MAG |
| | *Case Administration* - Review memo from T. Tacconelli re: case status, review and respond to same | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation and drafting of 48th quarterly fee app for Jan, Feb, March 2013 | 0.40 | KC |
| May-14-13 | *Case Administration* - Review docket re: status of pending 3rd Circuit, District Court and adversary proceedings; memo to T. Tacconelli | 0.40 | RM |
| | *Case Administration* - Case management memos week ending 5/13/13 | 0.40 | RM |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| May-16-13 | *Plan and Disclosure Statement* - Review letter from clerk re: argument time division | 0.10 | TJT |
| | *Fee Applications, Applicant* - Complete drafting of Ferry, Joseph & Pearce's 48th quarterly fee app | 0.40 | MAG |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Fee Applications, Applicant* - Discussion wtih MAG re: 48th Quarterly fee application preparation, status | 0.10 | KC |
| May-20-13 | *Plan and Disclosure Statement* - Review Division of Argument Time form between Debtors, and PIFCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Division of Argument Time form between Debtors, PI Committee and PIFR | 0.10 | TJT |
| May-21-13 | *Fee Applications, Applicant* - Review 48th Quarterly fee app for filing | 0.10 | LLC |
| May-22-13 | *Fee Applications, Applicant* - File Ferry, Joseph & Pearce's 48th quarterly fee app | 0.20 | MAG |
| May-24-13 | *Fee Applications, Applicant* - Prepare draft invoice for April 2013 monthly fee app; to T. Tacconelli for review of same | 0.10 | KC |
| May-25-13 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve R. Frankel as Successor PIFCR with attachments | 0.60 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce April prebill | 0.30 | TJT |
| May-28-13 | *Case Administration* - Review case management memo re: week ending 5.24.2013 | 0.10 | LLC |
| | *Case Administration* - Review docket re: status of pending 3rd Circuit, District Court and Adversary proceedings, memo to TJT | 0.40 | RM |
| | *Case Administration* - Case management memos - week ending 5/24 | 0.30 | RM |
| | Fee Applications, Applicant -Revisions to April 2013 draft invoice | 0.20 | KC |
| May-29-13 | *Case Administration* - Review case status memo for week ending 5/24 | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Rhulander re: Fee Auditor's Final Report re: No Objection for 47th Period | 0.10 | TJT |
| May-30-13 | *Case Administration* - Review fee auditor's report for fees apps with no issues and forward same to KC | 0.10 | LLC |
| | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's omnibus final report | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: memos | 0.10 | TJT |
| | *Case Administration* - Revie Fee Auditor's Final Report re: No Objections for 47th Period | 0.10 | TJT |
| | *Case Administration* - Memo to K. Callahan re: Fee Auditor's Final Report re: No Objections for 47th Period | 0.10 | TJT |
| | *Case Administration* - Review memo from K. Callahan re: Fee Auditor's Final Report re: No Objectiosn for 47th Period | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Notice of Settlement re: claim no. 13308 | 0.30 | TJT |
| | *Case Administration* - Review Interim Order Appointing R. Frankel as Sucessor PIFCR | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli re: 47th Quarterly fees and costs, respond to same | 0.10 | KC |
| May-31-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order from 3rd Circuit re: AMH brief | 0.10 | TJT |
| | Totals | 9.60 | |

| Invoice #: | 47931 | Page 4 | May 1- May 31, 2013 |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| May-02-13 | Cost Advance - Pacer Service Center - 1/1/13- 3/31/13 (RM) Account # FJ0497 | 24.80 |
| | Cost Advance - Pacer Service Center - 1/1/13- 3/31/13 (RSM) Account # FJ0091 | 19.50 |
| May-10-13 | Cost Advance - Digital Legal - postage (Inv # 72726) | 1.92 |
| May-24-13 | Cost Advance - Digital Legal - copies/service   (Inv # 73904) | 491.06 |
| May-30-13 | Cost Advance - Digital Legal - copies/service   (Inv #74077) | 663.47 |
| | Totals | $1,200.75 |
| | **Total Fees & Disbursements** | **$4,045.75** |