IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 1, 2013, AT 11:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY**

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), **no later than 12:00 p.m., July 31, 2013**

## CONTINUED MATTERS:

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

   Response Deadline: September 12, 2008 at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Responses Received:

a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

b. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to the next omnibus hearing date.

**QUARTERLY FEE APPLICATIONS:**

2. Forty-Seventh Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2012 through December 31, 2012

   Related Documents:

   a. Certification of Counsel Regarding Forty-Seventh Quarter Project Category Summary [Filed: 7/23/13] (Docket No. 30866)

   b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Seventh Period [Filed: 7/23/13] (Docket No. 30865)

   Status: The Fee Auditor has advised that all professionals have agreed to accept the Fee Auditor's recommendations. A Certification of Counsel and Proposed Fee Order containing the Fee Auditor's recommendations has been filed. If the Proposed Fee Order is acceptable to the Court no hearing is required.

**UNCONTESTED MATTERS:**

3. Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel Nunc Pro Tunc to May 16, 2013 [Filed: 6/5/13] (Docket No. 30718)

   Response Deadline: July 12, 2013, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel to Roger Frankel, the Successor Legal Representative for Future Asbestos Personal Injury Claimants, Nunc Pro Tunc to May 16, 2013 [Filed: 6/5/13] (Docket No. 30718, Exhibit A)

b. Declaration of Richard H. Wyron in Support of the Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel Nunc Pro Tunc to May 16, 2013 [Filed: 6/5/13] (Docket No. 30718, Exhibit B)

c. Certification of No Objection Regarding Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel Nunc Pro Tunc to May 16, 2013 [Filed: 7/16/13] (Docket No. 30835)

Status: No parties have objected to the relief requested in the Application. Accordingly, the Successor Legal Representative for the Future Asbestos Personal Injury Claimants has filed a certification of no objection and respectfully requests the entry of the order attached to the Application. If the proposed order is acceptable to the Court, no hearing is required.

4. Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Lincoln Partners Advisors LLC as Financial Advisor Nunc Pro Tunc to May 16, 2013 [Filed: 6/10/13] (Docket No. 30734)

Response Deadline: July 12, 2013, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Authorizing the Retention and Employment of Lincoln Partners Advisors LLC as Financial Advisor to Roger Frankel, the Successor Legal Representative for Future Asbestos Personal Injury Claimants, Nunc Pro Tunc to May 16, 2013 [Filed: 6/10/13] (Docket No. 30734, Exhibit A)

b. Declaration of Joseph J. Radecki, Jr. Under Fed. R. Bankr. P. 2014, 2016 and 5002 In Support of the Application of Roger Frankel, Successor Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Lincoln Partners Advisors LLC as Financial Advisor Nunc Pro Tunc to May 16, 2013 [Filed: 6/10/13] (Docket No. 30734, Exhibit B)

c. Certification of No Objection Regarding Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Lincoln Partners Advisors LLC as Financial Advisor Nunc Pro Tunc to May 16, 2013 [Filed: 7/16/13] (Docket No. 30836)

Status: No parties have objected to the relief requested in the Application. Accordingly, the Successor Legal Representative for the Future Asbestos Personal Injury Claimants has filed a certification of no objection and respectfully requests the entry of the order attached to the Application. If the proposed order is acceptable to the Court, no hearing is required.

5. Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Phillips, Goldman & Spence, P.A. as Delaware Co-Counsel Nunc Pro Tunc to May 16, 2013 [Filed: 6/11/13] (Docket No. 30737)

   Response Deadline: July 12, 2013, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Authorizing the Retention and Employment of Phillips, Goldman & Spence, P.A. as Delaware Co-Counsel to Roger Frankel, the Successor Legal Representative for Future Asbestos Personal Injury Claimants, Nunc Pro Tunc to May 16, 2013 [Filed: 6/11/13] (Docket No. 30737, Exhibit A)

   b. Declaration of John C. Phillips, Jr. Under Fed. R. Bankr. P. 2014 and 2016(b) In Support of Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Phillips, Goldman & Spence, P.A. as Delaware Co-Counsel Nunc Pro Tunc to May 16, 2013 [Filed: 6/11/13] (Docket No. 30737, Exhibit B)

   c. Certification of No Objection Regarding Application of Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Phillips, Goldman & Spence, P.A. as Delaware Co-Counsel Nunc Pro Tunc to May 16, 2013 [Filed: 7/16/13] (Docket No. 30837)

*[Remainder of Page Intentionally Left Blank]*

DOCS_DE:188765.1 91100/001

Status: No parties have objected to the relief requested in the Application. Accordingly, the Successor Legal Representative for the Future Asbestos Personal Injury Claimants has filed a certification of no objection and respectfully requests the entry of the order attached to the Application. If the proposed order is acceptable to the Court, no hearing is required.

Dated: July 25, 2013

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession