# EXHIBIT A

Case 01-01139-AMC    Doc 30879-1    Filed 07/26/13    Page 1 of 6



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:**  6/6/2013  
**File Number:**  ZAI/WRG 060124-01  
**Invoice Number:**  21280

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/2013 | KEH | E-mail correspondence with 'Cindy Yates' and Careen Hannouche regarding payment status from WRGrace. | 0.10 | 195.00 | 19.50 |
| 05/03/2013 | KEH | E-mail correspondence from Careen Hannouche re: LBL's payment from WRGrace yesterday in the amount of $1 285.77 - more than expected; investigate same. | 0.30 | 195.00 | 58.50 |
| 05/06/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed ORDER AUTHORIZING THE PRIVATE SALE OF REAL PROPERTY AND APPROVING THE PURCHASE AND SALE AGREEMENT (Sale Agreement attached to Order) (Related Doc # [30517], [30598]) Order Signed on 5/6/2013. | 0.30 | 400.00 | 120.00 |
| 05/06/2013 | DKH | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period March 1, 2013 to March 31, 2013 Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 05/07/2013 | KEH | E-mail correspondence from Cindy Yates at Scarfone Hawkins, re: wire received from WRGrace $1,533.75 ($1,548.75 less $15.00 wire receipt charge) in payment of July, August and September, 2012 holdback on fee applications; revise WRGrace payment spreadsheet accordingly - for use in preparation of fee applications; confirmed that payment has not been received for December, 2012. | 0.40 | 195.00 | 78.00 |
| 05/08/2013 | DKH | E-mail correspondence with Careen Hannouche concerning fact that Revenue Québec has asked them for clarifications. Reviewed emails. | 0.30 | 400.00 | 120.00 |
| 05/08/2013 | KEH | E-mail correspondence with 'Careen Hannouche' explaining payment breakdown from WRG for LBL's fee applications - WRG paid all of the holdback for July-September and an additional $34.57 on the fees for December 2012 - leaving holdback for December in the amount of $127.31. | 0.30 | 195.00 | 58.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | Page:2 | |
| 05/08/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 5/20/2013 at 09:00 AM (hearing cancelled). | | 0.30 | 400.00 | 120.00 |
| 05/10/2013 | KEH | E-mail correspondence from Cindy Yates, re: payment from WRG for SH's December, 2012 monthly fee account in the amount of $1,520.00; revise WRGrace payment spreadsheet for use in preparation of fee applications. | | 0.30 | 195.00 | 58.50 |
| 05/14/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Statement for April 1, 2013 – April 30, 2013; reviewed same. | | 0.60 | 400.00 | 240.00 |
| 05/14/2013 | LNC | Email correspondence with Cindy Yates transmitting Scarfone Hawkins Monthly Statement for April; save as exhibit to file | | 0.20 | 195.00 | 39.00 |
| 05/20/2013 | LNC | Calculated project codes on The Hogan Firms monthly statement in order to prepare the 37th monthly fee application. | | 1.00 | 195.00 | 195.00 |
| 05/20/2013 | LNC | Preparation of the 37th Monthly Fee Application of The Hogan Firm | | 1.30 | 195.00 | 253.50 |
| 05/21/2013 | LNC | Calculate project codes on Lauzon Belanger Lesperance monthly statement to prepare the 37th Monthly fee application | | 0.30 | 195.00 | 58.50 |
| 05/21/2013 | LNC | Calculate project codes on Scarfone Hawkins monthly statement to prepare the 37th Monthly fee application | | 0.30 | 195.00 | 58.50 |
| 05/21/2013 | LNC | Email correspondence with Careen Hannouche transmitting LBL's Monthly Statement for April and May; save as exhibit to file | | 0.20 | 195.00 | 39.00 |
| 05/21/2013 | LNC | Preparation of the 37th Monthly fee application of Scarfone Hawkins | | 1.30 | 195.00 | 253.50 |
| 05/21/2013 | DKH | Reviewed and revised LBL's 37th Monthly Fee Application. | | 0.80 | 400.00 | 320.00 |
| 05/21/2013 | DKH | Reviewed and revised Scarfone Hawkins' 37th Monthly Fee Application. | | 0.60 | 400.00 | 240.00 |
| 05/22/2013 | LNC | Preparation of the 37th Monthly fee Application of Lauzon Belanger Lesperance | | 1.30 | 195.00 | 253.50 |
| 05/22/2013 | DKH | Reviewed and revised The Hogan Firm's 37th Monthly Fee Application. | | 0.70 | 400.00 | 280.00 |
| 05/23/2013 | LNC | Email correspondence with Careen Hannouche transmitting the 37th Monthly Application for review | | 0.10 | 195.00 | 19.50 |
| 05/23/2013 | LNC | Email correspondence with Cindy Yates transmitting the 37th Monthly Application for review | | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | Email correspondence with Careen Hannouche transmitting LBL's certification for the 37th Monthly Fee Application Monthly; save to file | | 0.20 | 195.00 | 39.00 |
| 05/24/2013 | DKH | E-mail correspondence with Careen Hannouche transmitting the signed certification for LBL 37th monthly fee application. | | 0.10 | 400.00 | 40.00 |
| 05/24/2013 | LNC | Email correspondence with Cindy Yates transmitting Scarfone Hawkins certification for the 37th Monthly Fee Application; save to file | | 0.20 | 195.00 | 39.00 |
| 05/24/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Thirty-Seventh) of Lauzon Belanger Lesperance for the period March 1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 6/17/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit A) | | 0.20 | 195.00 | 39.00 |
| 05/24/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Thirty-Seventh) of Scarfone Hawkins LLP as Special Counsel for the Candian ZAI Claimants for the period March 1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 6/17/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | | 0.20 | 195.00 | 39.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/24/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Thirty-Seventh) of The Hogan Firm as Representative Counsel for The Candian ZAI Claimants for the period March 1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 6/17/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 05/24/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion for Entry of an Order Appointing Roger Frankel as the Successor Legal Representative for Future Asbestos Personal Injury Claimants Nunc Pro Tunc to May 16, 2013] Filed by W.R. Grace & Co., et al. | 0.60 | 400.00 | 240.00 |
| 05/24/2013 | LNC | Email correspondence with orders@digitallegal.net transmitting the 37th Monthly Applications for service and hand delivery | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | Email correspondence with the fee auditor transmitting the 37th Monthly Application for Lauzon Belanger Lesperance | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | Email correspondence with the fee auditor transmitting the 37th Monthly Application for Scarfone Hawkins | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | Email correspondence with the fee auditor transmitting the 37th Monthly Application for The Hogan Firm | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | Email correspondence with the service parties transmitting the 37th Monthly Application for Lauzon Belanger Lesperance | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | Email correspondence with the service parties transmitting the 37th Monthly Application for Scarfone Hawkins | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | Email correspondence with the service parties transmitting the 37th Monthly Application for The Hogan Firm | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | DKH | Met with Lauren Campbell to review the service of the various monthly fee applications. | 0.40 | 400.00 | 160.00 |
| 05/24/2013 | LNC | Prepare for and filed the 37th monthly fee application of Lauzon Belanger Lesperance | 0.30 | 195.00 | 58.50 |
| 05/24/2013 | LNC | Prepare for and filed the 37th monthly fee application of Scarfone Hawkins | 0.30 | 195.00 | 58.50 |
| 05/24/2013 | LNC | Prepare for and filed the 37th monthly fee application of The Hogan Firm | 0.30 | 195.00 | 58.50 |
| 05/28/2013 | LNC | Preparation of the 13th Quarterly Application of The Hogan Firm | 2.30 | 195.00 | 448.50 |
| 05/28/2013 | LNC | Preparation of the 13th quarterly fee application of Lauzon Belanger Lesperance | 2.30 | 195.00 | 448.50 |
| 05/29/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty Seventh Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.40 | 400.00 | 160.00 |
| 05/29/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed INTERIM ORDER APPOINTING ROGER FRANKEL AS SUCCESSORLEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONALINJURY CLAIMANTS NUNC PRO TUNC TO MAY 16, 2013. If no objections are filed by response date (June 14, 2013, at 4:00 p.m. Eastern) the Order will become final without further notice. (Related Doc # [30671]) Order Signed on 5/29/2013. | 0.30 | 400.00 | 120.00 |
| 05/29/2013 | LNC | Preparation of the 13th quarterly application of Scarfone Hawkins | 2.30 | 195.00 | 448.50 |
| 05/29/2013 | KEH | Review Fee Auditor's Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty Seventh Interim Period Filed by Warren H. Smith & Associates, P.C.; meet with DKHogan, re: same. | 0.20 | 195.00 | 39.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | Page:4 | |
| 05/30/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Rescinding Order Requiring Counsel To Send Monthly Fee Applications To Chambers. Signed on 5/29/2013. | 0.30 | 400.00 | 120.00 |
| 05/30/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed AMENDED INTERIM ORDER APPOINTING ROGER FRANKEL AS SUCCESSOR LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS NUNC PRO TUNC TO MAY 16, 2013 Signed on 5/30/2013. | 0.30 | 400.00 | 120.00 |
| 05/30/2013 | LNC | | Preparation of the Certificate of No Objection to Lauzon Belanger Lesperance's 35th Monthly Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Preparation of the Certificate of No Objection to Scarfone Hawkins 35th Monthly Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Preparation of the Certificate of No Objection to The Hogan Firm's 35th Monthly Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Prepare for and filed the Certificate of no Objection to Lauzon Belanger Lesperances 35th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Prepare for and filed the Certificate of no Objection to Scarfone Hawkins 35th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Prepare for and filed the Certificate of no Objection to The Hogan Firm's 35th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 05/31/2013 | LNC | | Email correspondence with Careen Hannouche transmitting the 13th Quarterly Application of Lauzon Belanger Lesperance for review. | 0.10 | 195.00 | 19.50 |
| 05/31/2013 | LNC | | Email correspondence with Cindy Yates transmitting the 13th Quarterly Application of Scarfone Hawkins for review. | 0.10 | 195.00 | 19.50 |
| 05/31/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Compensation Application of The Hogan firm as Special Counsel to the Canadian ZAI Claimants (related document(s)[30413]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 05/31/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (related document(s)[30414]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 05/31/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Compensation Application of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants (related document(s) [30415]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 05/31/2013 | LNC | | Email correspondence with the service parties transmitting the certificate of no objection to the 35th monthly fee applications | 0.10 | 195.00 | 19.50 |
| 05/31/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Compensation Application of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 05/31/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Compensation Application of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/31/2013 | DKH | | Reviewed and revised LBL's 13th Quarterly Fee Application. | 1.10 | 400.00 | 440.00 |
| 05/31/2013 | DKH | | Reviewed and revised SH's 13th Quarterly Fee Application. | 1.20 | 400.00 | 480.00 |

| 6/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 05/31/2013 | DKH | | Reviewed and revised The Hogan Firm's 13th Quarterly Fee Application. | 1.20 | 400.00 | 480.00 |
| 05/31/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| | | | **Total Fees** | **30.70** | | **$8,200.50** |

**Expenses**

| 05/24/2013 | Digital Legal, LLC- Service of the 37th Monthly fee Applications | 10.45 | |
|---|---|---|---|
| 05/24/2013 | Photocopies of the 37th Monthly Fee Application | 8.00 | |
| 05/30/2013 | Photocopies of the 13th Quarterly Fee Application for review by Daniel Hogan | 18.00 | |
| 05/31/2013 | Digital Legal, LLC- Service of the CNO to the 35th Monthly Fee Applications. | 7.10 | |
| 06/03/2013 | Digital Legal, LLC- Service of the CNO to the 36th Monthly Fee Applications. | 7.10 | |
| 06/04/2013 | Photocopies of the 13th Quarterly Applications sent to the fee auditor for review | 18.00 | |
| 06/04/2013 | Postage- First Class Mail- Copies of the 13th Quarterly Applications sent to the fee auditor for review | 16.00 | |
| | **Total Expenses** | | **$84.65** |

| **TOTAL NEW CHARGES** | **$8,285.15** |
|---|---|

**STATEMENT OF ACCOUNT**

| Prior Balance | 6,588.50 |
|---|---|
| Payments | -6,488.50 |
| Current Fees | 8,200.50 |
| Current Expenses | 84.65 |
| Interest to date 06/06/2013 | 0.20 |
| **AMOUNT DUE AND OWING TO DATE** | **$8,385.35** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 5/17/2013 | 013 4410 | Payment on Account | 6,488.50 |