# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
May 31, 2013  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH        TELEPHONE  
14TH FLOOR                    905-523-1333  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO             TELEFAX  
L8N 3P9                       905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
**(May 1, 2013 – May 31, 2013)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05 /01/13 | memo to Matt Moloci re: possible settlement administration, meeting in Montreal | DT | $575.00 | 0.10 | $57.50 |
| 05 /01/13 | memo to Matt Moloci | DT | $575.00 | 0.10 | $57.50 |
| 05 /02/13 | memo to Matt Moloci | DT | $575.00 | 0.10 | $57.50 |
| 05 /03/13 | receipt of and respond to class member inquires re status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 05 /03/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 05 /08/13 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 05 /09/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement, etc., and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 05 /10/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN settlement | DT | $575.00 | 0.25 | $143.75 |
| 05 /13/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 05 /13/13 | receipt of and respond to class member inquiries, etc., re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 05 /14/13 | receipt of and respond to class member inquiries re status of US appeals | DT | $575.00 | 0.25 | $143.75 |
| 05 /16/13 | memo to file re: follow-up with Dan Hogan in June re: status of US appeals | DT | $575.00 | 0.10 | $57.50 |

| 05/17/13 | receipt of and respond to class member inquiries re: status of USA appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
|---|---|---|---|---|---|
| 05/21/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 05/24/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 05/28/13 | receipt of and respond to class member inquiries, etc. | DT | $575.00 | 0.25 | $143.75 |
| 05/29/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 05/31/13 | Email from Lauren Campbell with attached Scarfone Hawkins 13th Quarterly Fee Application and Certification; review and sign Certification; email from Cindy Yates to Campbell with attached Certification as signed; emails from Lauren Campbell with attached Certificates of No Objection for 35th monthly fee applications of Lauzon Belanger Lesperance, Scarfone Hawkins and The Hogan Firm; review | MGM | $475.00 | 0.20 | $95.00 |
| 05/31/13 | review dockets for period May 1, 2013 to May 31, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of May 1, 2013 to May 31, 2013 | LC | $150.00 | 2.00 | $300.00 |
| | | | **SUB-TOTAL** | **5.85** | **$2,493.75** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years - 1988 | DT | 3.65 | $575.00 | $2,098.75 | $272.84 |
| MATTHEW G. MOLOCI 15 years – 1998 | MGM | 0.20 | $475.00 | $95.00 | $12.35 |
| LAW CLERK Cindy Yates 31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| **SUB-TOTAL:** | | **5.85** | | **$2,493.75** | **$324.19** |
| **TOTAL FEES AND TAXES:** | | | | | **$2,817.94** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 05/01/13 05/31/13 | Long Distance Calls – Various calls | | $1.20 | $0.16 | $1.36 |
| **TOTAL DISBURSEMENTS:** | | | **$1.20** | **$0.16** | **$1.36** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$2,819.30** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**