# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS · ATTORNEYS

May 21, 2013

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(April 1st 2013 to April 30th 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-05-03 | CH | Email to Karen Harvey re: confirmation wire transfer for use in preparation of LBL monthly fee applications | 0.25 | 285.00 | 71.25 |
| 2013-05-15 | CH | Telephone conversation with class member | 0.42 | 285.00 | 119.70 |
| 2013-05-21 | CH | Review of monthly time statements for March and April 2013 | 0.33 | 285.00 | 94.05 |
| 2013-05-21 | CH | Email to Lauren Campbell re: monthly time statements for March and April 2013 | 0.17 | 285.00 | 48.45 |
| 2013-05-24 | CH | Email to Lauren Campbell re: signed certification and review of monthly application | 0.33 | 285.00 | 94.05 |
| 2013-05-31 | CH | Review of 13th Quarterly Fee application | 0.33 | 285.00 | 94.05 |
| 2013-05-31 | CH | Email to Lauren Campbell re: signed certification 13th Quarterly Fee application | 0.17 | 285.00 | 48.45 |
|   |   | **OUR FEES:** | **2.00** |   | **$570.00** |

**TIME SUMMARY BY LAWYER**
   CH     285.00    2.00     $ 570.00

**Our Disbursements:**
Photocopies                    0.80

**Total Fee and disbursements**                                          570.80

   G.S.T. 5%                                                              28.54
   Q.S.T. 9.975%                                                          56.94
       **TOTAL**                                                      **$656.28**

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001