# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1106.17 | 1.0 | 1,106.17 |
| Jonathan W Gochoco | Audit Partner | 20+ | Integrated Audit | 1106.17 | 2.0 | 2,212.34 |
| Matthew E Sabatini | Audit Partner | 20+ | Integrated Audit | 1084.58 | 1.5 | 1,626.87 |
| Christopher Gerdau | Audit Partner | 20+ | Integrated Audit | 1036.32 | 0.5 | 518.16 |
| Kevin Catalano | Audit Partner | 20+ | Integrated Audit | 1036.32 | 1.5 | 1,554.48 |
| Nicole S. Berman | Audit Director | 12 | Integrated Audit | 886.46 | 2.0 | 1,772.92 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 8.5 | 7,113.91 |
| Jennifer Yeu See Chen | Audit Senior Manager | 12 | Integrated Audit | 801.37 | 1.0 | 801.37 |
| Teresa Yannacone | Audit Director | 12 | Integrated Audit | 793.75 | 4.0 | 3,175.00 |
| Jesse Reed Tracey | Audit Director | 20+ | Integrated Audit | 787.40 | 0.5 | 393.70 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 723.90 | 1.0 | 723.90 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 15.0 | 10,858.50 |
| Jennifer D Kennedy | Tax Partner | 20+ | Integrated Audit | 717.50 | 0.3 | 215.25 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 620.13 | 4.3 | 2,666.56 |
| Lorie Fale McDonald | Tax Partner | 20+ | Integrated Audit | 620.13 | 1.5 | 930.20 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 37.5 | 18,954.75 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 2.0 | 919.48 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 435.63 | 0.8 | 348.50 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 3.0 | 998.22 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 317.75 | 4.5 | 1,429.88 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 254.00 | 74.0 | 18,796.00 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 250.19 | 66.0 | 16,512.54 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 234.95 | 27.9 | 6,555.11 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 68.0 | 11,917.68 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 174.25 | 0.2 | 34.85 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 143.51 | 25.5 | 3,659.51 |
| Taryn Mitchell | Audit Associate | 1 | Integrated Audit | 137.16 | 6.0 | 822.96 |
| Chandini Priyanka Sarna | Project Specialist | 1 | Integrated Audit | 123.60 | 0.7 | 86.52 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 123.60 | 6.0 | 741.60 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | 123.60 | 0.8 | 98.88 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 123.60 | 0.8 | 98.88 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | 123.60 | 1.0 | 123.60 |
| Franco Petracca | Project Specialist | 1 | Integrated Audit | 123.60 | 6.5 | 803.40 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | 123.60 | 1.0 | 123.60 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 123.60 | 0.5 | 61.80 |
| Hester Magdalena Lambert | Project Specialist | 1 | Integrated Audit | 123.60 | 2.5 | 309.00 |
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 123.60 | 1.0 | 123.60 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 123.60 | 21.0 | 2,595.60 |
| Maria Arispe | Project Specialist | 1 | Integrated Audit | 123.60 | 15.0 | 1,854.00 |
| Mariano Romero | Project Specialist | 1 | Integrated Audit | 123.60 | 8.5 | 1,050.60 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | 123.60 | 4.0 | 494.40 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | 123.60 | 16.0 | 1,977.60 |
| Maria C Zeballos | Project Specialist | 1 | Integrated Audit | 114.30 | 0.7 | 80.01 |
| | | | | **Total** | **446.0** | **127,241.88** |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of June 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Kathleen Bradley** | | | | |
| 6/15/2013 | 4.5 | Fee application preparation | $ 250.19 | $ 1,125.86 |
| | **4.5** | | | |
| | **4.5** | Total Grace Fee Application Charged Hours | | **$ 1,125.86** |