# EXHIBIT - B

**WR Grace**
**EXPENSE DETAIL**
**For the Month Ended June 2013**

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Drew Levy | Audit | 6/5/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 6/6/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 6/7/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 6/20/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 6/24/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 6/25/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 6/26/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 6/27/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 6/28/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Ian Thomas | Audit | 6/10/13 | $ 21.48 | | | | Excess travel to client site in Columbia, MD (82 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 38 miles excess * .565 = 21.48 ). |
| Katherine Matheson | Audit | 6/5/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 6/6/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 6/10/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | Audit | 6/13/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| Lorie McDonald | Audit | 6/11/13 | $ 42.38 | | | | Mileage to client site in excess of daily commute (83 miles - 8 normal commute miles = 75 miles everyday excess * 0 .565 per mile = 42.38). |
| Tom E. Smith | Audit | 6/13/13 | $ 39.56 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56). |
| Taryn Mitchell | Audit | 6/4/13 | $ 23.74 | | | | Mileage in excess of daily commute (46 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 42 miles every day excess * .565 = 23.74). |
| | Audit | 6/4/13 | $ 6.00 | | | | Roundtrip tolls during daily commute to client site |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 521.88 | $ 521.88 | $ - | $ - | $ - |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended June 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Drew Levy** | 6/5/13 | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 6/6/13 | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 6/7/13 | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 6/20/13 | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 6/24/13 | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 6/25/13 | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 6/26/13 | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 6/27/13 | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 6/28/13 | Audit Associate | $ 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| **Ian Thomas** | 6/10/13 | Audit Associate | $ 21.48 | Excess travel to client site in Columbia, MD (82 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 38 miles excess * .565 = 21.48 ). |
| **Katherine Matheson** | 6/5/13 | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 6/6/13 | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 6/10/13 | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 6/13/13 | Audit Senior Manager | $ 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| **Lorie McDonald** | 6/11/13 | Tax Partner | $ 42.38 | Mileage to client site in excess of daily commute (83 miles - 8 normal commute miles = 75 miles everyday excess * 0 .565 per mile = 42.38). |
| **Tom E. Smith** | 6/13/13 | Audit Partner | $ 39.56 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56). |
| **Taryn Mitchell** | 6/4/13 | Audit Associate | $ 23.74 | Mileage in excess of daily commute (46 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 42 miles every day excess * .565 = 23.74). |
| | 6/4/13 | Audit Associate | $ 6.00 | Roundtrip tolls during daily commute to client site |
| | | | **Total** | |
| | | | $ 521.88 | |