## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## For the month of May 2013

**Professional Profiles**
**W.R. Grace & Co. Time Tracking – IRS Audit**
**For the month of May 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Tamara S Moravia-Israel | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 730.00 | 5.5 | 4,015.00 |
| Sean O'Connor | Tax Principal | 20+ | Tax Consulting-IRS Controversy | 700.00 | 5.1 | 3,570.00 |
| Alexandra M Bond | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 605.00 | 4.0 | 2,420.00 |
| Daniel J. Wiles | Tax Managing Director | 20+ | Tax Consulting-IRS Controversy | 675.00 | 7.0 | 4,725.00 |
| Ann C McCowan | Tax Director | 10 | Tax Consulting-IRS Controversy | 425.00 | 1.0 | 425.00 |
| **Totals** | | | | | **22.6** | **$ 15,155.00** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

| | | | |
|---|---|---|---|
| **Totals** | 2.0 | | $ 509.60 |

## Summary of PwC's Fees By Project Category:
## For the month of May 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors',** | | |

{02411:PLDG:10155550.DOCX}

| | | |
|---|---|---|
| **Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **2.0** | **$509.60** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | **22.6** | **$15,155.00** |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | | |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **24.6** | **$15,664.60** |

**Expense Summary**
**May 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $0.00 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $ 0.00 |

{02411:PLDG:10155550.DOCX}