# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Tamara S Moravia-Israel | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 730.00 | 5.5 | 4,015.00 |
| Sean O'Connor | Tax Principal | 20+ | Tax Consulting-IRS Controversy | 700.00 | 5.1 | 3,570.00 |
| Alexandra M Bond | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 605.00 | 4.0 | 2,420.00 |
| Daniel J. Wiles | Tax Managing Director | 20+ | Tax Consulting-IRS Controversy | 675.00 | 7.0 | 4,725.00 |
| Ann C McCowan | Tax Director | 10 | Tax Consulting-IRS Controversy | 425.00 | 1.0 | 425.00 |
| | | | Total | | 22.6 | $ 15,155.00 |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of May 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Elizabeth Sama** | | | | |
| 6/14/2013 | 2.0 | Fee application preparation | $ 254.80 | $ 509.60 |
| | **2.0** | | | |
| | **2.0** | Total Grace Fee Application Charged Hours | | **$ 509.60** |