# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2013 - JUNE 30, 2013**

| Matter Code | Project Category | Hours | Amount |
|:---:|:---|:---:|---:|
| 0014 | Case Administration | 5.4 | $ 1,342.50 |
| 0017 | Committee, Creditors', or Equity Holders' | 0.5 | 475.00 |
| 0018 | Fee Application, Applicant | 3.9 | 1,192.00 |
| 0019 | Creditor Inquiries | 5.4 | 5,001.00 |
| 0035 | Travel - Non Working | 3.0 | 2,850.00 |
| 0036 | Plan and Disclosure Statement | 0.8 | 588.00 |
| 0037 | Hearings | 6.7 | 6,365.00 |
| 0040 | Employment Applications - Others | 0.4 | 294.00 |
| | | | |
| | **Total** | **26.1** | **$18,107.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | July 3, 2013 |
| INVOICE NO. | 597491 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through June 30, 2013, including:

| | |
|---|---|
| RE | Case Administration |
| | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/03/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 06/04/2013 | Review appeals case docket no. 11-199 (.1); update internal case docket (.1). | Mohamed, D. | 0.2 |
| 06/05/2013 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 06/06/2013 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1); obtain pleadings re case no. 12-1402 for attorney review (.3). | Mohamed, D. | 0.6 |
| 06/07/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 06/10/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 06/11/2013 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/12/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 06/13/2013 | Review appeals case docket no. 11-199 (.1); update internal case docket (.1). | Mohamed, D. | 0.2 |
| 06/14/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 06/14/2013 | Review corresp. from Fee Auditor to Judge Carey re project category spreadsheet. | Wildes, D. | 0.1 |
| 06/17/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 06/17/2013 | Review Fee Auditor's initial report re Stroock's 48th Interim Fee Application (.1); conf. Mohamed re same (.1). | Wildes, D. | 0.2 |
| 06/19/2013 | Obtain and circulate recently docketed pleadings re case nos. 11-1139 and 12-1402 for attorney review (.4); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 06/20/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 06/21/2013 | Obtain and circulate recently docketed pleading in main case (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.3 |
| 06/24/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 06/26/2013 | Obtain recent pleading re appeals case no. 12-1402 for attorney review (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 06/28/2013 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Mohamed, David | 5.1 | $ 220 | $ 1,122.00 |
| Wildes, Denise K. | 0.3 | 735 | 220.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,342.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,342.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/18/2013 | Memo to committee re: 3d Cir arguments. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.5 | $ 950 | $ 475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 475.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 475.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/05/2013 | Review May fee detail. | Magzamen, M. | 0.2 |
| 06/06/2013 | Review revised fee detail and prepare draft of SSL's 146th monthly fee application. | Mohamed, D. | 1.1 |
| 06/13/2013 | Review revised draft of SSL's 146th monthly fee application. | Mohamed, D. | 0.4 |
| 06/18/2013 | Attn to Fee Auditor's re initial report (.1); draft response (.4). | Wildes, D. | 0.5 |
| 06/19/2013 | Review Fee Auditor final report re: 48th Interim Fee Application. | Wildes, D. | 0.1 |
| 06/28/2013 | Finalize SSL's 146th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.3); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.2 | $ 345 | $ 69.00 |
| Mohamed, David | 3.1 | 220 | 682.00 |
| Wildes, Denise K. | 0.6 | 735 | 441.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,192.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,192.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|----|--------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/03/2013 | Emails Freedgood, Pasquale re creditor inquiries re claim transfer and re timing re decision re appeal. | Wildes, D. | 0.2 |
| 06/04/2013 | T/c w/lender re: appeal status & issues. | Pasquale, K. | 0.5 |
| 06/05/2013 | T/c w/lender re: confirmation appeals. | Pasquale, K. | 0.2 |
| 06/06/2013 | T/c lender re: appeals & confirmation issues; review appellate briefs re: same. | Pasquale, K. | 1.2 |
| 06/07/2013 | T/c lender re: bank debt issues. | Pasquale, K. | 0.3 |
| 06/10/2013 | T/c lender re: appeal arguments. | Pasquale, K. | 0.3 |
| 06/18/2013 | Multiple t/c's with various creditors re 3d circuit argument. | Pasquale, K. | 2.0 |
| 06/19/2013 | T/c creditor re appeals & status. | Pasquale, K. | 0.3 |
| 06/27/2013 | Emails Krieger re: responding to creditor (CompPro) inquiry re: status of case. | Wildes, D. | 0.1 |
| 06/28/2013 | Review corresp. from Krieger re: prior corresp. w/ Tokar and CompPro re status of bankruptcy proceedings (.1); draft email update to Mr. Tokar CompPro re: status re: WR Grace bankruptcy case and confirmation and pending appeal to 3rd circuit (.2). | Wildes, D. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 4.8 | $ 950 | $ 4,560.00 |
| Wildes, Denise K. | 0.6 | 735 | 441.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,001.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,001.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Expenses<br>699843  0024 | |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 7.55 |
| Local Transportation | 22.84 |
| Long Distance Telephone | 2.03 |
| Travel Expenses - Transportation | 242.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 274.42 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 274.42 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| R E | Travel - Non Working<br>699843  0035 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/17/2013 | Travel to attend court hearing in Philadelphia PA. | Pasquale, K. | 3.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 3.0 | $ 950 | $ 2,850.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,850.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,850.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/18/2013 | Conf. Pasquale re oral argument re confirmation appeals and memo to committee re same (.2); review same (.1). | Wildes, D. | 0.3 |
| 06/26/2013 | Review transcript from Third Circuit oral argument re confirmation appeals. | Wildes, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Wildes, Denise K. | 0.8 | $ 735 | $ 588.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 588.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 588.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/16/2013 | Review appellate briefs re lenders' appeal in prep for 3d Cir. argument. | Pasquale, K. | 1.2 |
| 06/17/2013 | Prep for & Court hearing in 3d Cir. of confirmation appeals. | Pasquale, K. | 5.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 6.7 | $ 950 | $ 6,365.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,365.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,365.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employment Applications - Others 699843  0040 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/05/2013 | Review application to retain Orrick as counsel to futures representative. | Wildes, D. | 0.2 |
| 06/11/2013 | Review Futures Rep.'s  Application to retain Phillips Goldman & Spence as Delaware co-counsel. | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.4 | $ 735 | $ 294.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 294.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 294.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 18,107.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 274.42 |
| TOTAL BILL | $ 18,381.92 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM