# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JUNE 1, 2013 - JUNE 30, 2013**

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| **Partners** |  |  |  |
| Pasquale, Kenneth | 15.0 | $ 950 | $ 14,250.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Wildes, Denise | 2.7 | 735 | 1,984.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.2 | 345 | 69.00 |
| Mohamed, David | 8.2 | 220 | 1,804.00 |
|  |  |  |  |
| **Total** | **26.1** |  | **$ 18,107.50** |