# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JUNE 1, 2013 - JUNE 30, 2013**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 7.55 |
| Local Transportation | | 22.84 |
| Long Distance Telephone | | 2.03 |
| Travel Expenses - Transportation | | 242.00 |
| | | |
| Total | $ | 274.42 |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | July 3, 2013 |
|---|---|
| INVOICE NO. | 597491 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR DISBURSEMENTS INCURRED in the captioned matter for the period through June 30, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| 05/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827233 06.08.13 Tracking #: 1Z10X8270797453688 Shipment Date: 05/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
|---|---|---|

**Outside Messenger Service Total** **7.55**

**Local Transportation**

| 06/25/2013 | VENDOR(EE): KPASQUALE: 06/17/13 - 06/17/13; DATE: 06-25-2013; Travel to Philadelphia, PA for court hearing. | 22.84 |
|---|---|---|

**Local Transportation Total** **22.84**

**Long Distance Telephone**

| 06/18/2013 | EXTN.796023, TEL.9723690646, S.T.11:49, DUR.00:06:38 | 1.95 |
|---|---|---|
| 06/18/2013 | EXTN.795562, TEL.2038626208, S.T.12:39, DUR.00:00:30 | 0.08 |

**Long Distance Telephone Total** **2.03**

**Travel Expenses - Transportation**

| 06/25/2013 | VENDOR(EE): KPASQUALE: 06/17/13 - 06/17/13; DATE: 06-25-2013; Travel to Philadelphia, PA for court hearing. | 242.00 |
|---|---|---|

**Travel Expenses - Transportation Total** **242.00**

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 7.55 |
| Local Transportation | 22.84 |
| Long Distance Telephone | 2.03 |
| Travel Expenses - Transportation | 242.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 274.42 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM