<u>EXHIBIT A</u>

**June 2013 Fee Detail**

| | **Matter 3** | | **Business Operations** | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | | **Time** | **Rate** | **Amount** |
| RJH | 6/28/2013 | Analyze issues re subsidiary elimination and exchange correspondence with D. Poole re same (.50). | | .50 | $475 | $237.50 |
| Total | | | | 0.50 | | $ 237.50 |

| Matter 4 | | Case Administration | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 6/6/2013 | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| RJH | 6/7/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 6/18/2013 | Telephone conferences with various creditors re case status (.80). | .80 | $475 | $380.00 |
| RJH | 6/21/2013 | Respond to creditor inquiries (.20). | .20 | $475 | $95.00 |
| RJH | 6/28/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| Total | | | 2.00 | | $ 950.00 |

**Matter 6**  **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/3/2013 | Telephone conference with R. Finke re VSPP claims and other issues (.70); legal research re same (.70); analyze claims trading issues (.50); exchange correspondence with S. August and others re same (.40). | 2.30 | $475 | $1,092.50 |
| RJH | 6/4/2013 | Exchange correspondence with R. Finke re VSPP claims (.30); legal research re same (.50). | .80 | $475 | $380.00 |
| RJH | 6/5/2013 | Analyze VSPP issues (1.20); exchange correspondence with R. Finke re same (.40). | 1.60 | $475 | $760.00 |
| RJH | 6/7/2013 | Exchange correspondence with J. Carignan re Hanmar claim (.20); analysis re VSPP issue & Scarlis correspondence re same (.50); analyze VSPP proofs of claim (1.70). | 2.40 | $475 | $1,140.00 |
| RJH | 6/11/2013 | Telephone conference with R. Finke re VSPP claims and other issues (1.20); prepare for same (.20); legal research re same (.30). | 1.70 | $475 | $807.50 |
| RJH | 6/12/2013 | Exchange correspondence with various parties re Hanmar/Hankin (.50); prepare for telephone conference re DAREX Puerto Rico issue (.20); participate in same (.60). | 1.30 | $475 | $617.50 |
| RJH | 6/17/2013 | Analyze issues re LA County tax claim (.50); exchange correspondence with various parties re same (.50); analyze claims objection issues (1.00). | 2.00 | $475 | $950.00 |
| RJH | 6/18/2013 | Attend to matters re National Aluminum (.40); exchange correspondence with L. Gardner re same (.30). | .70 | $475 | $332.50 |
| RJH | 6/19/2013 | Legal research re VSPP matter (.70); outline issues re same (1.50); prepare for call re Hanmar/Hankin (.80); participate in same (.60); exchange correspondence with various parties re same (.30). | 3.90 | $475 | $1,852.50 |
| RJH | 6/20/2013 | Legal research re VSPP issues (.70); draft form of VSPP settlement letter (5.00); attend to matters and exchange correspondence with various parties re National Aluminum claim (.60). | 6.30 | $475 | $2,992.50 |
| RJH | 6/21/2013 | Draft form of settlement agreement re VSPP claimants (3.00); draft and revise form of settlement letter re same (3.00). | 6.00 | $475 | $2,850.00 |
| RJH | 6/24/2013 | Telephone conference with M. Araki re VSPP settlement matters (.40); telephone conference with K. Makowski re same (.50); revise settlement agreement re same (2.00); revise letter re same (1.00). | 3.90 | $475 | $1,852.50 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/25/2013 | Telephone conference with J. Hughes re Norfolk Southern (.40); analysis re same (.50); analysis re VSPP issue (1.00); telephone conference with K. Makowski re same (.70); exchange correspondence with various parties re environmental claim issues (.50); exchange correspondence with various parties re Hanmar Hankin (.40). | 3.50 | $475 | $1,662.50 |
| RJH | 6/26/2013 | Telephone conferences with R. Finke re US Forest Service letter (.80); analyze client documents re same (1.50); legal research re same (2.00); analysis re Hanmar/Hankin claim (1.00); prepare for telephone conference re same (.50); participate in same (1.10); revise letter re same (2.00); review and analyze M. Araki comments to draft VSPP materials (1.00). | 9.90 | $475 | $4,702.50 |
| RJH | 6/27/2013 | Analyze remaining open employee claims (2.00); revise Hanmar-Hankin letter (1.30); analyze issues raised by client re same (1.00); telephone conference with R. Finke re same and other issues (.70); exchange correspondence with various parties re VSPP (.30). | 5.30 | $475 | $2,517.50 |
| RJH | 6/28/2013 | Review and analyze Sukenik claims (.80); draft proposed stipulation re same (3.50); telephone conference and exchange correspondence with M. Araki re same (.40); revise claims task list (1.50). | 6.20 | $475 | $2,945.00 |
| Total | | | 57.80 | | $27,455.00 |

4

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 6/28/2013 | Prepare May fee application (1.50). | 1.50 | $475 | $712.50 |
| Total | | | 1.50 | | $ 712.50 |

**Matter 12**                                              **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/5/2013 | Analyze documents re Venable compensation (1.00). | 1.00 | $475 | $475.00 |
| RJH | 6/11/2013 | Legal research re Venable matter (.60); telephone conference with B. Ruhlander re same and other issues (.50); analyze and resolve issues re Grant Thornton fee application (.50); exchange correspondence with various parties re same (.40); telephone conference with K. Makowski re same and other issues (.40). | 2.40 | $475 | $1,140.00 |
| RJH | 6/18/2013 | Exchange correspondence with S. Solow re Kaye Scholer compensation issues (.40); analyze issues re Venable (.50); telephone conference with B. Ruhlander re various professional compensation issues (.60); telephone conference with R. Finke re same (.10). | 1.60 | $475 | $760.00 |
| RJH | 6/20/2013 | Telephone conference with R. Finke re Venable matter and other issues (.50). | .50 | $475 | $237.50 |
| RJH | 6/25/2013 | Exchange correspondence and follow up re Kaye Scholer fee application issue (.30). | .30 | $475 | $142.50 |
| Total | | | 5.80 | | $2,755.00 |

| Matter 14 | | Hearings | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 6/6/2013 | Exchange correspondence with T. Cobb re Scott adversary issues (.30); analysis re same (.30). | .60 | $475 | $285.00 |
| RJH | 6/7/2013 | Exchange correspondence and analyze issues re upcoming hearing dates (.50). | .50 | $475 | $237.50 |
| RJH | 6/21/2013 | Exchange correspondence with various parties and consider issues re future omnibus hearing dates (.40). | .40 | $475 | $190.00 |
| Total | | | 1.50 | | $ 712.50 |

**Matter 15**  **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/28/2013 | Telephone conference with D. Baldwin re Norfolk Southern (.70); telephone conference with J. Hughes re same (.30). | 1.00 | $475 | $475.00 |
| Total | | | 1.00 | | $ 475.00 |

| Matter 16 | | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 6/5/2013 | Analyze allowed claims exhibit issues (1.00); exchange correspondence with various parties re same (.30). | 1.30 | $475 | $617.50 |
| RJH | 6/7/2013 | Analyze allowed claims exhibit issues (.90); exchange correspondence with various parties re same (.30); telephone conference with J. Gettleman re plan confirmation issues (.50); consider issues re same (.60); telephone conference with M. Davis re appeal (.30). | 2.60 | $475 | $1,235.00 |
| RJH | 6/14/2013 | Telephone conference with R. Finke re press inquiry (.50); attend to matters re same (.30). | .80 | $475 | $380.00 |
| RJH | 6/18/2013 | Analyze and comment on draft allowed claims exhibit (2.00). | 2.00 | $475 | $950.00 |
| RJH | 6/19/2013 | Review and analyze allowed claims exhibit (3.30); exchange correspondence with various parties re same (.70). | 4.00 | $475 | $1,900.00 |
| RJH | 6/24/2013 | Prepare for telephone conference re allowed claims exhibit (.50); participate in same with A. Schlesinger, M. Araki et al. (.70). | 1.20 | $475 | $570.00 |
| RJH | 6/24/2013 | Review and analyze oral argument transcript (.30). | .30 | $475 | $142.50 |
| RJH | 6/25/2013 | Review and analyze oral argument transcript (.80). | .80 | $475 | $380.00 |
| Total | | | 13.00 | | $6,175.00 |