## Exhibit B

**June 2013 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $15.00 |
| Online research | $475.00 |
| Long Distance/Conference Telephone Charges/Internet | $60.95 |
| Total: | **$ 550.95** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| Total | **$  0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 7/5/2013 | $15.00 | Fax and other charges for June |
| 7/6/2013 | $60.95 | ICI Telecon IC -Grace  conference call charges for June |
| 7/16/2013 | $475.00 | Lexis Nexis - Grace charges for June |
| Total | **$ 550.95** | |

Total June 2013 Expenses:  $550.95