**ONE HUNDRED AND THIRTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2013 THROUGH JUNE 30, 2013)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 06-01-13 through 06-30-13**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $830 | 1.40 | $1,162.00 |
| R. Frezza | Member | $760 | 8.00 | $6,080.00 |
| M. Viola | Paraprofessional | $120 | 0.70 | $84.00 |
| **For the Period 06-01-13 through 06-30-13** | | | **10.10** | **$7,326.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 06-01-13 through 06-30-13**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 02. Case Administration | During the Fee Application period, the Applicant reviewed docket for new postings. | 2.80 | $2,128.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared May 2013 monthly fee statements. | 2.30 | $1,328.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed April 2013 monthy financial report and the fee auditors report. | 4.10 | $3,165.00 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed counsel memorandum re: Third Circuit ligitation update. | 0.90 | $705.00 |
| **For the Period 06-01-13 through 06-30-13** | | **10.10** | **$7,326.00** |

**Capstone Advisory Group, LLC**
**Invoice for the 06-01-13 - 06-30-13 Fee Application**

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 06-01-13 through 06-30-13

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 02. Case Administration | | | |
| 6/3/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 6/10/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 6/17/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| 6/24/2013 | R. Frezza | 0.70 | Reviewed docket for new postings. |
| Subtotal | | 2.80 | |
| 07. Fee Applications & Invoices | | | |
| 6/11/2013 | M. Viola | 0.30 | Prepared May 2013 fee application. |
| 6/11/2013 | R. Frezza | 0.50 | Prepared May 2013 fee application. |
| 6/17/2013 | M. Viola | 0.10 | Prepared May 2013 fee application. |
| 6/17/2013 | E. Ordway | 0.40 | Prepared May 2013 fee application. |
| 6/21/2013 | R. Frezza | 0.70 | Read and analyzed Capstone's May 2013 fee application detail. |
| 6/25/2013 | M. Viola | 0.30 | Prepared May 2013 fee application. |
| Subtotal | | 2.30 | |
| 08. Financial Analysis - Schedules & Statements | | | |
| 6/6/2013 | R. Frezza | 2.90 | Read and analyzed April 2013 monthly financial report. |
| 6/6/2013 | E. Ordway | 0.70 | Read and analyzed April 2013 monthly financial report. |
| 6/17/2013 | R. Frezza | 0.50 | Read and analyzed fee auditors report for interim payment filing. |
| Subtotal | | 4.10 | |
| 11. Financial Analysis - Other | | | |
| 6/18/2013 | R. Frezza | 0.60 | Read and analyzed counsel memorandum re: Third Circuit litigation update. |

Capstone Advisory Group, LLC                                                                                                   Page 1 of 2
 Invoice for the 06-01-13 - 06-30-13 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/24/2013 | E. Ordway | 0.30 | Read and analyzed counsel memorandum re: Third Circuit litigation update. |
| Subtotal | | 0.90 | |
| **Total Hours** | | **10.10** | |

**Capstone Advisory Group, LLC**  Page 2 of 2
**Invoice for the 06-01-13 - 06-30-13 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 06-01-13 through 06-30-13

| Date | Professional | Detail | Amount |
|---|---|---|---|
| | | | |

Telecom

| | 6/10/2013 | Capstone Expense | June telecom | $11.62 |

| Subtotal - Telecom | | | $11.62 |

**For the Period 06-01-13 through 06-30-13**     $11.62

**Capstone Advisory Group, LLC**     Page 1 of 1
**Invoice for the  Fee Application**