# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2201195 |
| Invoice Date | 07/10/13 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 06/04/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 06/05/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 06/06/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 06/07/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 06/10/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 06/12/13 | TKD | Review all case filings | 0.4 | 260.00 |
| 06/13/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 06/14/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 06/18/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 06/19/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 06/20/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 06/21/13 | TKD | Review all case filings and share with client | 0.5 | 325.00 |
| 06/24/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 06/25/13 | TKD | Review all filings and share with team | 0.5 | 325.00 |
| 06/26/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 06/28/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

TOTAL HOURS    8.1

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2201195 |
| 00004 | Holders | Page 2 |
| 07/10/13 | Case Administration | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value | |
|---|---|---|---|---|---|---|
| Teresa K.D. Currier | 8.1 | at | $650.00 | = | 5,265.00 | |
| CURRENT FEES | | | | | | 5,265.00 |
| | | | | | | |
| **TOTAL AMOUNT OF THIS INVOICE** | | | | | | 5,265.00 |
| | | | | | | |
| **NET AMOUNT OF THIS INVOICE** | | | | | | 5,265.00 |

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2201196 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 07/10/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/19/13 | TKD | Review memo to the Committee updating them on the Third Circuit arguments | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

CURRENT FEES                                                                                     130.00

TOTAL AMOUNT OF THIS INVOICE                                                       130.00

NET AMOUNT OF THIS INVOICE                                                            130.00

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2201198 |
| Invoice Date | 07/10/13 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/18/13 | TKD | Reviewed Saul CNO | 0.1 | 65.00 |
| 06/18/13 | TBB | Draft CNO to Saul Ewing's Forty Sixth Monthly Fee Application. | 0.2 | 39.00 |
| 06/18/13 | TBB | File and serve CNO to Saul Ewing's Forty Sixth Monthly Fee Application. | 0.8 | 156.00 |
| 06/19/13 | TBB | Draft CNO to Saul Ewing's Sixteenth Quarterly Fee APplication. | 0.2 | 39.00 |
| 06/19/13 | TBB | File and serve CNO to Saul Ewing's Sixteenth Quarterly Fee APplication. | 0.8 | 156.00 |
| 06/20/13 | TKD | Approve CNO for us | 0.2 | 130.00 |
| 06/28/13 | TKD | Review and approve our fee application for filing | 0.3 | 195.00 |
| 06/28/13 | TBB | Draft Saul Ewing's Forty Seventh Monthly Fee Application. | 0.5 | 97.50 |
| 06/28/13 | TBB | File and serve Saul Ewing's Forty Seventh Monthly Fee Application. | 0.8 | 156.00 |
| 06/28/13 | TBB | Calendar dates. | 0.1 | 19.50 |
| | | TOTAL HOURS | 4.0 | |

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2201198 |
| 00015 | Holders | Page 2 |
| 07/10/13 | Fee Applications/Applicant | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.4 | at | $195.00 | = | 663.00 |
| Teresa K.D. Currier | 0.6 | at | $650.00 | = | 390.00 |

CURRENT FEES     1,053.00

**TOTAL AMOUNT OF THIS INVOICE**     1,053.00

**NET AMOUNT OF THIS INVOICE**     1,053.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2201200 |
| Invoice Date | 07/10/13 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/18/13 | TKD | Reviewed Kramer CNO | 0.1 | 65.00 |
| 06/18/13 | TBB | Draft CNO to Kramer Levin's One Hundred and Fortieth Monthly Fee Application. | 0.2 | 39.00 |
| 06/18/13 | TBB | File and serve CNO to Kramer Levin's One Hundred and Fortieth Monthly Fee Application. | 0.8 | 156.00 |
| 06/18/13 | TBB | E-mails with D. Blabely re: CNO. | 0.1 | 19.50 |
| 06/19/13 | TBB | Draft CNO to Kramer Levin's Forty Fourth Quarterly Fee Application. | 0.2 | 39.00 |
| 06/19/13 | TBB | File and serve CNO to Kramer Levin's Forty Fourth Quarterly Fee Application. | 0.8 | 156.00 |
| 06/20/13 | TKD | Approved Kramer CNO for filing | 0.2 | 130.00 |
| 06/30/13 | TKD | Review Kramer Levin fee app before filing | 0.2 | 130.00 |
| | | TOTAL HOURS | 2.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.1 | at | $195.00 | = | 409.50 |
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
07/10/13

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2201200
Page 2

|  |  |
|---|---|
| CURRENT FEES | 734.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 734.50 |
| **NET AMOUNT OF THIS INVOICE** | 734.50 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number  2201201 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  07/10/13 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00020 |
| Charlottesville, VA 22902 | |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/10/13 | TKD | Reviewed more Orders from the Third Circuit setting forth argument times | 0.3 | 195.00 |
| 06/17/13 | TKD | Travel to court, attend THird Circuit arguments; travel back | 6.5 | 4,225.00 |
| | | TOTAL HOURS | 6.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 6.8 | at | $650.00 | = | 4,420.00 |

CURRENT FEES                                                                                                   4,420.00

TOTAL AMOUNT OF THIS INVOICE                                                                4,420.00

NET AMOUNT OF THIS INVOICE                                                                    4,420.00

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2201197 |
| Invoice Date | 07/10/13 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 13.80 |
| Federal Express | 98.64 |
| CURRENT EXPENSES | 112.44 |
| | |
| **TOTAL AMOUNT OF THIS INVOICE** | 112.44 |
| | |
| **NET AMOUNT OF THIS INVOICE** | 112.44 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP