**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  April 18, 2013 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED THIRTY SECOND MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **January 1, 2013 through**<br>**January 31, 2013** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$17,113.20 (80% of $21,391.50)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$75.20** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred thirty second monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01- 7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02- 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | $3,032.00 | $435.55 |
| November 6, 2012 | 9/1/12 – 9/30/12 | $4,630.50 | $0.00 | $3,704.40 | $0.00 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 29, 2012 | 10/1/12 – 10/31/12 | $7,846.00 | $533.95 | $6,276.80 | $533.95 |
| January 8, 2013 | 11/1/12 – 11/30/12 | $4,272.00 | $21.55 | $3,417.60 | $21.55 |
| January 28, 2013 | 12/1/12 – 12/31/12 | $11,810.50 | $792.77 | $9,448.40 | $792.77 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $915.00 | 16.30 | $14,914.50 |
| Michael R. Lastowski | Partner/25 years | $795.00 | 6.70 | $5,326.50 |
| Stephanie Lenkiewicz | Paralegal | $195.00 | 5.10 | $994.50 |
| Catherine Dooley | Research Librarian | $260.00 | 0.30 | $78.00 |
| Sonia Anderson | Research Librarian | $260.00 | 0.30 | $78.00 |
| **Total** | | | **28.70** | **$21,391.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 0.70 | $196.50 |
| Fee Application (Applicant) (12) | 1.70 | $331.50 |
| Fee Application (Others) (13) | 2.80 | $546.00 |
| Plan and Disclosure Statement (17) | 6.60 | $5,247.00 |
| Other (25) | 16.90 | $15,070.50 |
| **TOTAL** | **28.70** | **$21,391.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Research | Lexis | $45.50 |
| Pacer Federal Docket Costs | | $29.70 |
| **TOTAL** | | **$ 75.20** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period January 1, 2013 through January 31, 2013, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $17,113.20 (80% of allowed fees totaling $21,391.50) and reimbursement of expenses in the amount of $75.20, and for such other and further relief as this Court may deem just and proper.

Dated: March 29, 2013
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:      mlastowski@duanemorris.com
               rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:      wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of  W. R. Grace & Co., et al.*

**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
PALO ALTO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

February 07, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1832902                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 6.70 hrs. at | $795.00 | /hr. = | $5,326.50 |
| WS KATCHEN | OF COUNSEL | 16.30 hrs. at | $915.00 | /hr. = | $14,914.50 |
| S LENKIEWICZ | PARALEGAL | 5.10 hrs. at | $195.00 | /hr. = | $994.50 |
| CM DOOLEY | MISCELLANEOUS | 0.30 hrs. at | $260.00 | /hr. = | $78.00 |
| SW ANDERSON | MISCELLANEOUS | 0.30 hrs. at | $260.00 | /hr. = | $78.00 |
| | | | | | $21,391.50 |

DISBURSEMENTS
LEXIS LEGAL RESEARCH                          $45.50
PACER FEDERAL DOCKET COSTS                    $29.70
TOTAL DISBURSEMENTS                                           $75.20

BALANCE DUE THIS INVOICE                                      $21,466.70

Duane Morris
February 07, 2013
Page 2

File # K0248-00001                                              INVOICE# 1832902
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/16/2013 004 | MR LASTOWSKI | REVIEW ORDER AUTHORIZING THIRD AMENDMENT TO POST PETITION LETTER OF CREDIT FACILITY | 0.10 | $79.50 |
| 1/25/2013 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET AND RECENTLY FILED BRIEFS | 0.30 | $58.50 |
| 1/29/2013 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET RE BRIEFS | 0.30 | $58.50 |
| | | Code Total | 0.70 | $196.50 |

Duane Morris
February 07, 2013
Page 3

File # K0248-00001                                              INVOICE# 1832902
W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|---|-------|-------|
| 1/2/2013 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE DUANE MORRIS MONTHLY FEE APPLICATION FOR OCTOBER, 2012 (.3); EFILE SAME (.2) | 0.50 | $97.50 |
| 1/28/2013 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 130TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); EFILE SAME (.2) | 0.50 | $97.50 |
| 1/28/2013 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 131ST MONTHLY FEE APPLICATION FOR DECEMBER 2012 (.5); EFILE SAME (.2) | 0.70 | $136.50 |
| | | Code Total | 1.70 | $331.50 |

Duane Morris
February 07, 2013
Page 4

File # K0248-00001                                                    INVOICE# 1832902
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/2/2013 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE SSL 139TH MONTHLY FEE APPLICATION FOR OCTOBER, 2012 (.3); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 1/2/2013 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 105TH MONTHLY FEE APPLICATION FOR OCTOBER, 2012 (.3); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 1/2/2013 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 140TH MONTHLY FEE APPLICATION (.1); PREPARE 140TH APPLICATION FOR EFILING AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 1/8/2013 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 106TH MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, NOTICE, EXHIBITS AND CERTIFICATE OF SERVICE AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 1/28/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 140TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | Code Total | 2.80 | $546.00 |

Duane Morris
February 07, 2013
Page 5

File # K0248-00001                                        INVOICE# 1832902
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/2/2013 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.30 | $238.50 |
| 1/8/2013 017 | MR LASTOWSKI | REVIEW MULTIPLE APPELLATE DOCKETS | 0.40 | $318.00 |
| 1/17/2013 017 | MR LASTOWSKI | REVIEW APPELLEE'S MOTION TO FILE CONSOLIDATED RESPONSE BRIEF | 0.10 | $79.50 |
| 1/18/2013 017 | MR LASTOWSKI | REVIEW APPELLEE'S BRIEF IN RESPONSE TO ANDERSON MEMORIAL'S OPENING BRIEF | 1.20 | $954.00 |
| 1/22/2013 017 | MR LASTOWSKI | REVIEW MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX AND MOTION TO EXCEED PAID LIMITS | 0.40 | $318.00 |
| 1/23/2013 017 | MR LASTOWSKI | REVIEW APPELLEES' BRIEF IN RESPONSE TO OPENING BRIEF OF ANDERSON MEMORIAL HOSPITAL | 0.90 | $715.50 |
| 1/23/2013 017 | MR LASTOWSKI | REVIEW APPELLEES' BRIEF IN RESPONSE TO OPENING BRIEF OF GARLOCK, THE CROWN AND MONTANA | 1.20 | $954.00 |
| 1/23/2013 017 | MR LASTOWSKI | REVIEW JUDGE ALEXANDER'S BRIEF | 0.30 | $238.50 |
| 1/25/2013 017 | MR LASTOWSKI | REVIEW AMICUS BRIEF OF IMPERIAL TOBACCO CANADA | 0.30 | $238.50 |
| 1/25/2013 017 | MR LASTOWSKI | REVIEW SCHEDULING ORDER | 0.30 | $238.50 |
| 1/28/2013 017 | MR LASTOWSKI | REVIEW APPELLEE'S RESPONSE TO BANK LENDER'S OPENING BRIEF | 1.20 | $954.00 |
| | | Code Total | 6.60 | $5,247.00 |

Duane Morris
February 07, 2013
Page 6

File # K0248-00001                                                INVOICE# 1832902
   W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|---|-------|-------|
| 1/5/2013 025 | WS KATCHEN | WORK ON APPEAL ISSUE. | 2.40 | $2,196.00 |
| 1/7/2013 025 | WS KATCHEN | ADDITIONAL RESEARCH ON APPEAL ISSUE FROM GEN GROWTH 2D CIRCUIT APPEAL BRIEF (COMPTROLLER OF THE STATE OF NEW YORK) 12-0497 - BK (1.7); EMAIL STROOK (.1); RESEARCH 269 F2D 827 (.4); RESEARCH 470 BR 126 (.5). | 2.70 | $2,470.50 |
| 1/7/2013 025 | WS KATCHEN | ADDITIONAL WORK ON APPEAL ISSUE RESEARCH OF 440 BR 587 AND 552 F3D 289. | 1.20 | $1,098.00 |
| 1/8/2013 025 | WS KATCHEN | REVIEW CAPSTONE REPORT ON LC AMENDMENT. | 0.20 | $183.00 |
| 1/9/2013 025 | WS KATCHEN | REVIEW CAPSTONE REPORT 3Q 2012 | 0.30 | $274.50 |
| 1/10/2013 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING PLEADINGS FROM PATRIOT COAL BANKRUPTCY CASE FOR WKATCHEN | 0.30 | $78.00 |
| 1/11/2013 025 | WS KATCHEN | REVIEW PLAN ISSUE TRAVELERS APPEAL | 0.10 | $91.50 |
| 1/23/2013 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION REGARDING BRIEF IN RESPONSE TO BANK LENDER APPEAL (.1); REVIEW DEBTOR'S MOTION RE SUPPLEMENTAL APPENDIX (.1); REVIEW DEBTOR'S BRIEF IN RESPONSE TO ANDERSON MEMORIAL HOSPITAL (1.3). | 1.50 | $1,372.50 |
| 1/23/2013 025 | SW ANDERSON | LEGAL RESEARCH CONCERNING PLEADINGS FOR US SUPREME COURT CASE, OWENS CORNING, 12-301. (W.KATCHEN) | 0.30 | $78.00 |
| 1/25/2013 025 | WS KATCHEN | REVIEW AMICUS BRIEF IMPERIAL TOBACCO (.3); REVIEW JUDGE SANDERS BRIEF PD FUTURES REP. (.4); REVIEW DEBTOR'S BRIEF TO ANDERSON MEMORIAL (.6); REVIEW DEBTOR'S REPLY BRIEF TO BANK LENDERS (.9). | 2.20 | $2,013.00 |
| 1/25/2013 025 | WS KATCHEN | ADDITIONAL ERVIEW DEBTOR'S REPLY TO BANNK LENDERS (.8); RESEARCH PLAN ISSUE (.7). | 1.50 | $1,372.50 |
| 1/27/2013 025 | WS KATCHEN | ADDITIONAL WORK ON RESEARCH FOR APPEAL ISSUES ON CONFIRMATION (2.6) PREPARE CONFERENCE - STROOK (.6). | 3.20 | $2,928.00 |
| 1/28/2013 025 | WS KATCHEN | STROOK EMAIL (.1) ADDITIONAL REVIEW APPELLEES' RESPONSE BRIEF (.9) | 1.00 | $915.00 |

Duane Morris
February 07, 2013
Page 7

File # K0248-00001                                              INVOICE# 1832902
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|------------|-------|-------|
| | | Code Total | 16.90 | $15,070.50 |
| | | TOTAL SERVICES | 28.70 | $21,391.50 |

Duane Morris
February 07, 2013
Page 8

File # K0248-00001                                    INVOICE# 1832902
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 01/23/2013 | LEXIS LEGAL RESEARCH ANDERSON, SONIA | | 45.50 |
| | | Total: | $45.50 |
| | | | |
| 01/31/2013 | PACER FEDERAL DOCKET COSTS | | 29.70 |
| | | Total: | $29.70 |
| | | TOTAL DISBURSEMENTS | $75.20 |

Duane Morris
February 07, 2013
Page 9

File # K0248-00001                                          INVOICE# 1832902
        W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 6.70 | 795.00 | $5,326.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 16.30 | 915.00 | $14,914.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 5.10 | 195.00 | $994.50 |
| 00815 | CM DOOLEY | MISCELLANEOUS | 0.30 | 260.00 | $78.00 |
| 03168 | SW ANDERSON | MISCELLANEOUS | 0.30 | 260.00 | $78.00 |
| | | | 28.70 | | $21,391.50 |