**<u>EXHIBIT D</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al</u>., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  May 28, 2013 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED THIRTY FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS
LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM MARCH 1, 2013 THROUGH MARCH 31, 2013</u>**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **March 1, 2013 through March**<br>**31, 2013** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$3,740.40 (80% of $4,675.50)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$39.02** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred thirty fourth monthly fee application of Duane Morris LLP.

DM3\2533133.1

Docket No.:  30602
Date Filed: 5/7/13

## PRIOR APPLICATIONS FILED

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | $3,032.00 | $435.55 |
| November 6, 2012 | 9/1/12 – 9/30/12 | $4,630.50 | $0.00 | $3,704.40 | $0.00 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 29, 2012 | 10/1/12 – 10/31/12 | $7,846.00 | $533.95 | $6,276.80 | $533.95 |
| January 8, 2013 | 11/1/12 – 11/30/12 | $4,272.00 | $21.55 | $3,417.60 | $21.55 |
| January 28, 2013 | 12/1/12 – 12/31/12 | $11,810.50 | $792.77 | $9,448.40 | $792.77 |
| March 29, 2013 | 1/1/13 – 1/31/13 | $21,391.50 | $75.20 | Pending | Pending |
| March 29, 2013 | 2/1/13 – 2/28/13 | $3,313.50 | $10.20 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME**

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $915.00 | 2.40 | $2,196.00 |
| Michael R. Lastowski | Partner/25 years | $795.00 | 1.50 | $1,192.50 |
| Stephanie Lenkiewicz | Paralegal | $195.00 | 6.60 | $1,287.00 |
| **Total** | | | **10.50** | **$4,675.50** |

**COMPENSATION SUMMARY BY TASK CODE**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 0.50 | $397.50 |
| Fee Application (Applicant) (12) | 2.10 | $529.50 |
| Fee Application (Others) (13) | 4.70 | $916.50 |
| Plan and Disclosure Statement (17) | 0.80 | $636.00 |
| Other (25) | 2.40 | $2,196.00 |
| **TOTAL** | **10.50** | **$4,675.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Document Retrieval | Pacer | $35.80 |
| Postage | | $3.22 |
| **TOTAL** | | **$ 39.02** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period March 1, 2013 through March 31, 2013, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $3,740.40 (80% of allowed fees totaling $4,675.50) and reimbursement of expenses in the amount of $39.02, and for such other and further relief as this Court may deem just and proper.

Dated: May 7, 2013
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:     mlastowski@duanemorris.com
          rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:     wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of  W. R. Grace & Co., et al.*

**<u>EXHIBIT A</u>**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
PALO ALTO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

April 05, 2013


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001          Invoice# 1850243          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.50 | hrs. at | $795.00 | /hr. = | $1,192.50 |
| WS KATCHEN | OF COUNSEL | 2.40 | hrs. at | $915.00 | /hr. = | $2,196.00 |
| S LENKIEWICZ | PARALEGAL | 6.60 | hrs. at | $195.00 | /hr. = | $1,287.00 |
| | | | | | | $4,675.50 |


DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                $35.80
POSTAGE                                   $3.22
TOTAL DISBURSEMENTS                                      $39.02

BALANCE DUE THIS INVOICE                                 $4,714.52

Duane Morris
April 05, 2013
Page 2

File # K0248-00001                                          INVOICE# 1850243
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/18/2013 004 | MR LASTOWSKI | REVIEW 4/2/13 HEARING AGENDA AND MATTERS SET FORTH THEREIN | 0.50 | $397.50 |
| | | Code Total | 0.50 | $397.50 |

Duane Morris
April 05, 2013
Page 3

File # K0248-00001                                                INVOICE# 1850243
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/7/2013 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT | 0.10 | $79.50 |
| 3/8/2013 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS LLP'S INVOICE FOR THE PERIOD FEBRUARY 2013 | 0.20 | $39.00 |
| 3/14/2013 012 | S LENKIEWICZ | RECEIPT OF PROPOSED QUARTERLY FEE ORDER FROM M. LASTOWSKI (.1); REVIEW DUANE MORRIS' 46TH QUARTERLY FEE APPLICATION RE AMOUNTS (.1); EMAIL TO M. LASTOWSKI RE SAME (.1) | 0.30 | $58.50 |
| 3/27/2013 012 | MR LASTOWSKI | REVIEW STATUS OF FEE HEARING | 0.10 | $79.50 |
| 3/29/2013 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 132ND MONTHLY FEE APPLICATION (.5); EFILE SAME (.2); PREPARE DUANE MORRIS' 133RD MONTHLY FEE APPLICATION (.5); EFILE SAME (.2) | 1.40 | $273.00 |
| | | Code Total | 2.10 | $529.50 |

Duane Morris
April 05, 2013
Page 4

File # K0248-00001                                          INVOICE# 1850243
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/1/2013 013 | S LENKIEWICZ | EMAIL TO CLERK RE CORRECTION TO DOCKET ENTRY RE CAPSTONE'S 36TH MONTHLY FEE APPLICATION (.1); RECEIPT OF RESPONSE RE SAME (.1) | 0.20 | $39.00 |
| 3/1/2013 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 36TH QUARTERLY FEE APPLICATION FOR EFILING (.2); PREPARE CERTIFICATE OF SERVICE AND LABELS RE NOTICE PARTIES (.3); FINALIZE NOTICE, APPLICATION, CERTIFICATES OF SERVICE AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1); COORDINATE SERVICE OF NOTICE (.2) | 1.20 | $234.00 |
| 3/1/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 107TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 3/4/2013 013 | S LENKIEWICZ | EMAILS TO/FROM D. MOHAMMAD RE CERTIFICATE OF SERVICE REGARDING SSL'S 47TH QUARTERLY FEE APPLICATION (.2); REVIEW DOCKET RE SAME (.1) | 0.30 | $58.50 |
| 3/12/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO 35TH QUARTERLY FEE APPLICATION OF CAPSTONE AND 46TH QUARTERLY FEE APPLICATION OF SSL (.1); PREPARE CNO RE 35TH QUARTERLY FEE APPLICATION OF CAPSTONE AND EFILE SAME (.3); PREPARE CNO RE 46TH QUARTERLY FEE APPLICATION OF SSL AND EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.80 | $156.00 |
| 3/15/2013 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S NOTICE OF MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 3/27/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS | 0.60 | $117.00 |

Duane Morris
April 05, 2013
Page 5

File # K0248-00001                                                INVOICE# 1850243
W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|---|-------|-------|
| | | TO SSL'S 142ND MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | | |
| 3/29/2013 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 143RD MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE AND EFILE SAME (.3); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD RE SAME (.1) | 0.50 | $97.50 |
| | | Code Total | 4.70 | $916.50 |

Duane Morris
April 05, 2013
Page 6

File # K0248-00001                                          INVOICE# 1850243
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/4/2013 017 | MR LASTOWSKI | REVIEW 3RD CIRCUIT ORDER GRANTING APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF | 0.10 | $79.50 |
| 3/12/2013 017 | MR LASTOWSKI | REVIEW DOCKET RE: APPEAL STATUS | 0.60 | $477.00 |
| 3/28/2013 017 | MR LASTOWSKI | REVIEW ARGUMENT NOTICE FROM THE 3RD CIRCUIT | 0.10 | $79.50 |
| | | Code Total | 0.80 | $636.00 |

Duane Morris
April 05, 2013
Page 7

File # K0248-00001                                          INVOICE# 1850243
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/28/2013 025 | WS KATCHEN | REVIEW CAPSTONE REPORT ON PENSION FUNDING | 0.20 | $183.00 |
| 3/1/2013 025 | WS KATCHEN | ADDITIONAL RESEARCH ON APPEAL ISSUE PREPARE CONFERENCE COMMITTEE MEMBER | 1.70 | $1,555.50 |
| 3/13/2013 025 | WS KATCHEN | REVIEW MOTION FOR ORDER TO APPROVE MARKEL SETTLEMENT. | 0.20 | $183.00 |
| 3/18/2013 025 | WS KATCHEN | REVIEW CERTIFICATION NO - OBJECTION ON CONTRIBUTION TO RETIREMENT PLANS. | 0.10 | $91.50 |
| 3/28/2013 025 | WS KATCHEN | SCHEDULING ON APPEAL 3RD CIR. (.1); TELEPHONE K. PASQUALE ON APPEAL 3RD CIR. (.1). | 0.20 | $183.00 |
| | | Code Total | 2.40 | $2,196.00 |
| | | TOTAL SERVICES | 10.50 | $4,675.50 |

Duane Morris
April 05, 2013
Page 8

File # K0248-00001                                          INVOICE# 1850243
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 03/31/2013 | POSTAGE | | 3.22 |
| | | Total: | $3.22 |
| | | | |
| 03/31/2013 | PACER FEDERAL DOCKET COSTS | | 35.80 |
| | | Total: | $35.80 |
| | | | |
| | | TOTAL DISBURSEMENTS | $39.02 |

Duane Morris
April 05, 2013
Page 9

File # K0248-00001                                    INVOICE# 1850243
        W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 1.50 | 795.00 | $1,192.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.40 | 915.00 | $2,196.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.60 | 195.00 | $1,287.00 |
| | | | 10.50 | | $4,675.50 |