```
                          REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number      2436203
   7500 Grace Drive                          Invoice Date       07/23/13
   Columbia, Maryland 21044                  Client Number       172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

     Fees                                   1,640.00
     Expenses                                   0.00

                    TOTAL BALANCE DUE UPON RECEIPT           $1,640.00
                                                             =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2436203 |
| 7500 Grace Drive | Invoice Date      07/23/13 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number       60029 |

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2013

| Date | Name | | Hours |
|---|---|---|---|
| 06/03/13 | Ament | Attention to billing matters (.10); e-mails re: same (.10); e-mails re: April monthly fee application (.10). | .30 |
| 06/03/13 | Lord | Revise, e-file and serve Reed Smith's 142nd monthly fee application. | 1.20 |
| 06/04/13 | Ament | Review e-mail re: billing matters. | .10 |
| 06/06/13 | Ament | Attention to billing matters (.10); e-mails re: same (.10). | .20 |
| 06/07/13 | Ament | E-mails re: billing matters. | .10 |
| 06/11/13 | Cameron | Emails re: fee applications. | .30 |
| 06/11/13 | Muha | Revisions to initial draft of fee and expense invoices for May 2013 monthly application. | .30 |
| 06/13/13 | Cameron | Emails re: fee applications | .30 |
| 06/14/13 | Muha | Additional changes to fee and expense detail for May 2013 monthly application. | .20 |
| 06/24/13 | Ament | E-mails re: billing matters. | .10 |
| 06/26/13 | Muha | Review and revise fee and expense invoices for May 2013 monthly application. | .20 |

```
172573 W. R. Grace & Co.                      Invoice Number   2436203
 60029 Fee Applications-Applicant             Page    2
       July 23, 2013


   Date     Name                                               Hours
 --------  -----------                                         -----

 06/28/13  Ament          Various e-mails re: billing           1.10
                          matters (.10); e-mails re: May
                          monthly fee application (.10);
                          calculate fees and expenses for
                          May monthly fee application (.20);
                          draft May monthly fee application
                          (.20); prepare spreadsheet re:
                          same (.10); provide same to A.
                          Muha for review (.10); review A.
                          Muha comments re: fee application
                          (.10); finalize fee application
                          (.10); e-mail same to J. Lord for
                          DE filing (.10).

 06/28/13  Lord           Communicate with S. Ament re: Reed     .10
                          Smith monthly fee application.

 06/28/13  Muha           Final review and revisions to May      .30
                          2013 monthly fee application
                          materials.
                                                              ------
                                              TOTAL HOURS       4.80


 TIME SUMMARY              Hours         Rate          Value
 ------------------------  ----------------------     -------
 Douglas E. Cameron        0.60  at  $  690.00  =      414.00
 Andrew J. Muha            1.00  at  $  495.00  =      495.00
 John B. Lord              1.30  at  $  270.00  =      351.00
 Sharon A. Ament           1.90  at  $  200.00  =      380.00

                          CURRENT FEES                              1,640.00


                                                             ------------
                          TOTAL BALANCE DUE UPON RECEIPT        $1,640.00
                                                             ============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number      2436204
   7500 Grace Drive                          Invoice Date       07/23/13
   Columbia, Maryland 21044                  Client Number       172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

      Fees                                        897.00
      Expenses                                      0.00

                        TOTAL BALANCE DUE UPON RECEIPT         $897.00
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number     2436204
   7500 Grace Drive                         Invoice Date      07/23/13
   Columbia, Maryland 21044                 Client Number      172573
   USA                                      Matter Number       60033


==============================================================================

   Re: (60033)  Claim Analysis Objection Resolution & Estimation
                (Asbestos)

   FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2013

     Date   Name                                                Hours
   -------- -----------                                         -----

   06/13/13 Cameron       Emails, calls re: status request        .50

   06/29/13 Cameron       Review case status for call with        .50
                          Solow counsel.

   06/30/13 Cameron       Continued review of status,             .30
                          prepare for call with R. Finke.

                                                               ------
                                            TOTAL HOURS          1.30


   TIME SUMMARY            Hours        Rate          Value
   ------------------     -----------------          -------
   Douglas E. Cameron      1.30  at  $  690.00  =     897.00

                          CURRENT FEES                             897.00

                                                              ------------
                          TOTAL BALANCE DUE UPON RECEIPT          $897.00
                                                              ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



    W.R. Grace & Co.                          Invoice Number      2436205
    7500 Grace Drive                          Invoice Date       07/23/13
    Columbia, Maryland 21044                  Client Number       172573
    USA



============================================================================

Re: W. R. Grace & Co.


(80001)   Unclaimed Property Advice

     Fees                                      47.00
     Expenses                                    0.00

                       TOTAL BALANCE DUE UPON RECEIPT            $47.00
                                                          =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number    2436205
   7500 Grace Drive                          Invoice Date      07/23/13
   Columbia, Maryland 21044                  Client Number      172573
   USA                                       Matter Number       80001



   ===============================================================================

   Re: (80001)  Unclaimed Property Advice

   FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2013

     Date    Name                                               Hours
   -------- -----------                                         -----

   06/10/13 Lima          Follow up concerning Delaware VDA       .10
                          status

                                                                ------
                                           TOTAL HOURS            .10


   TIME SUMMARY                    Hours        Rate        Value
   ------------------------       ----------------------   -------
   Sara A. Lima                    0.10  at  $  470.00  =    47.00

                          CURRENT FEES                                   47.00

                                                                   ------------
                          TOTAL BALANCE DUE UPON RECEIPT                $47.00
                                                                   ============
```