```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


  W.R. Grace & Co.                          Invoice Number      2436204
  7500 Grace Drive                          Invoice Date       07/23/13
  Columbia, Maryland 21044                  Client Number        172573
  USA


==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

   Fees                                         0.00
   Expenses                                    88.73

                  TOTAL BALANCE DUE UPON RECEIPT              $88.73
                                                         =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number      2436207
   7500 Grace Drive                          Invoice Date       07/23/13
   Columbia, Maryland 21044                  Client Number       172573
   USA                                       Matter Number        60033



   ==============================================================================

   Re: Claim Analysis Objection Resolution & Estimation
       (Asbestos)


   FOR COSTS ADVANCED AND EXPENSES INCURRED:

       PACER                                              44.60
       Duplicating/Printing/Scanning                      23.40
       Postage Expense                                     3.44
       Outside Duplicating                                17.29

                     CURRENT EXPENSES                                  88.73
                                                                -------------

                     TOTAL BALANCE DUE UPON RECEIPT                   $88.73
                                                                ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number      2436207
7500 Grace Drive                         Invoice Date       07/23/13
Columbia, Maryland 21044                 Client Number       172573
USA                                      Matter Number        60033
```

================================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/31/13 | PACER | 19.20 |
| 05/31/13 | PACER | 12.90 |
| 05/31/13 | PACER | 3.00 |
| 05/31/13 | PACER | 9.50 |
| 06/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 06/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 06/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 88 COPIES | 8.80 |
| 06/04/13 | Postage Expense<br>Postage Expense: ATTY #  User: Equitrac Bypass | 3.44 |
| 06/06/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 06/10/13 | Outside Duplicating -- VENDOR: DIGITAL LEGAL<br>SERVICES, LLC: Copies, envelopes & postage | 17.29 |
| 06/13/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 06/28/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                            Invoice Number   2436207
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       July 23, 2013


 06/28/13   Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

 06/28/13   Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

 06/28/13   Duplicating/Printing/Scanning                          1.30
            ATTY # 000559: 13 COPIES

 06/28/13   Duplicating/Printing/Scanning                          1.30
            ATTY # 000559: 13 COPIES

 06/28/13   Duplicating/Printing/Scanning                          1.30
            ATTY # 000559: 13 COPIES

 06/28/13   Duplicating/Printing/Scanning                          1.30
            ATTY # 000559: 13 COPIES

 06/28/13   Duplicating/Printing/Scanning                           .80
            ATTY # 000559: 8 COPIES

 06/28/13   Duplicating/Printing/Scanning                          1.00
            ATTY # 000559: 10 COPIES

                            CURRENT EXPENSES                           88.73
                                                                  ------------
                            TOTAL BALANCE DUE UPON RECEIPT            $88.73
                                                                  ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                           Invoice Number        2436205
    7500 Grace Drive                           Invoice Date         07/23/13
    Columbia, Maryland 21044                   Client Number         172573
    USA
```

==============================================================================

Re: W. R. Grace & Co.

(80001)  Unclaimed Property Advice

```
        Fees                                    0.00
        Expenses                                 .90

                    TOTAL BALANCE DUE UPON RECEIPT            $.90
                                                         =============
```

```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number     2436208
   7500 Grace Drive                       Invoice Date      07/23/13
   Columbia, Maryland 21044               Client Number      172573
   USA                                    Matter Number       80001


==============================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                      0.90

                       CURRENT EXPENSES                                 0.90
                                                                -------------

                       TOTAL BALANCE DUE UPON RECEIPT                  $.90
                                                                =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



   W.R. Grace & Co.                            Invoice Number      2436208
   7500 Grace Drive                            Invoice Date       07/23/13
   Columbia, Maryland 21044                    Client Number        172573
   USA                                         Matter Number         80001


==============================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

06/07/13   Duplicating/Printing/Scanning                              .20
           ATTY # 008690: 2 COPIES

06/07/13   Duplicating/Printing/Scanning                              .30
           ATTY # 008690: 3 COPIES

06/07/13   Duplicating/Printing/Scanning                              .40
           ATTY # 008690: 4 COPIES

                     CURRENT EXPENSES                                0.90
                                                              ------------
                     TOTAL BALANCE DUE UPON RECEIPT                 $.90
                                                              ============
```