# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

AMENDED[2] EIGHTY-SEVENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2013 through January 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $72,915.30 (Amended) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $370.59 |

This is a:   ___XX____ monthly   _____ interim   _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Amended to add an additional invoice for the "Petition" matter (See Exhibit G).

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[3] | $ 57.62 | $46,587.50[4] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[5] | $1,308.41 | $ 5,726.25[6] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 – 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[6] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $2,778.00 | $ 36.85 | $2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/7/10 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | Pending | Pending |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | Pending | Pending |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | Pending | Pending |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | Pending | Pending |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | Pending | Pending |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | Pending | Pending |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | Pending | Pending |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | Pending | Pending |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $ 84.79 | Pending | Pending |

## B&D PROFESSIONALS[7]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $545.00 | 90.30 | $49,213.50 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $750.00 | 18.50 | $13,875.00 |
| Robert Brager | Principal; Joined Firm 1981; Member NY bar since 1980 | $750.00 | 3.50 | $2,625.00 |
| Elizabeth A. Wolk | Paralegal | $205.00 | 1.50 | $307.50 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $365.00 | 8.90 | $3,248.50 |
| Sarah E. Albert | Associate; Joined Firm 2006; Member MD Bar since 2005 | $425.00 | 0.90 | $382.50 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $535.00 | 8.90 | $4,761.50 |

---

[7] These amounts are the sum total from all of the invoices attached hereto.

| Aaron H. Goldberg | Principal; Joined Firm, 1987; Member of DC Bar since 1985 | $625.00 | 10.50 | $6,562.50 |
|---|---|---|---|---|
| Denise Paul | Paralegal | $205.00 | 0.20 | $41.00 |

Fees:            $ 81,017.00
Less 10% Discount:   ($8,101.70)
Total Fees:        $72,915.30
Total Hours:         143.20
Blended Rate:      $ 509.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 143.10 | $72,915.30 |

## EXPENSE SUMMARY[8]

| Expense Category | Service Provider (if applicable)[9] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $2.00 |
| Postage | | $3.20 |
| Long Distance Telephone | | $11.80 |
| Local Travel | | $14.00 |
| Out-of-town Travel | Hotel in Denver, November trip $184.75; Meal during Denver November trip $16.20 | $200.95 |
| Meals | Dinner with W.R. Grace (4 people) while in Denver. | $138.64 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period January 1, 2013 through January 31, 2013, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $72,915.30 and actual and necessary expenses in the amount of $370.59 for a total allowance of $73,285.89 and payment of $58,332.24 (80% of the allowed fees) and reimbursement of $370.59 (100% of the allowed expenses) be authorized for a total payment of $58,702.83 and for such other and further relief as this Court may deem just and proper.

---

[8] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[9] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

Dated: May 17, 2013

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED 2013
before me this 17 day of May, 2013.

Notary Public: Debora R. Melnyk
My Commission Expires: May 27, 2013
2017

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[10] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD JANUARY 1, 2013 THROUGH JANUARY 31, 2013

---

[10] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Horton Iron & Metal)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                February 28, 2013
Attn: Lydia B. Duff, Esq.                        Client/Matter #  01246-015355
7500 Grace Drive                                 Invoice # 152605
Columbia, MD  21044                              Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/13 in Connection With:

**Horton Iron & Metal**

| Date | Timekeeper | Code | Hours | Description |
|------|-----------|------|-------|-------------|
| 01/04/13 | P. Marks | L120 | 0.60 | Review status of and prepare email to Department of Justice (DOJ). |
| 01/09/13 | P. Marks | L120 | 0.40 | Check status and call DOJ. |
| 01/15/13 | P. Marks | L120 | 3.00 | Check status, prepare for meeting and try to reach DOJ. |
| 01/16/13 | R. Brager | C100 | 0.30 | Review materials and prep call with Grace. |
| 01/16/13 | P. Marks | L120 | 0.70 | Review email, prepare for and conduct client call, and follow-up task re same. |
| 01/16/13 | S. Albert | L120 | 0.10 | Telephone conference in preparation for call with United States. |
| 01/17/13 | R. Brager | L160 | 0.70 | Post government telephone conference with Grace, and review and discuss emails. |
| 01/17/13 | R. Brager | L160 | 0.50 | Telephone conference with government. |
| 01/17/13 | P. Marks | L120 | 0.70 | Follow-up emails and telephone conferences with client team, and email to DOJ and EPA. |
| 01/17/13 | P. Marks | L120 | 0.20 | Telephone conference with client re communications. |
| 01/17/13 | P. Marks | L120 | 0.50 | Telephone conference with DOJ and EPA re guidance. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152605
February 28, 2013
PAGE   2

| 01/17/13 | S. Albert | L120 | 0.30 | Post-call to discuss email. |
| 01/17/13 | S. Albert | L120 | 0.50 | Conference call with government and taking of notes re same. |
| 01/24/13 | R. Brager | L160 | 0.50 | Telephone conference with Grace re letter issues. |
| 01/24/13 | P. Marks | L120 | 1.00 | Communications with DOJ, and communications with client team re same. |
| 01/30/13 | R. Brager | C100 | 1.50 | Conference with P. Marks re strategy and telephone conference with Grace re same. |
| 01/30/13 | P. Marks | L120 | 1.50 | Prepare for and conduct conference with Grace team and R. Brager. |

Total Hours :        13.00

Total Fees :      $7,694.50

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 3.50 | $750.00 | $2,625.00 |
| P. Marks | 8.60 | $545.00 | $4,687.00 |
| S. Albert | 0.90 | $425.00 | $382.50 |

|  |  |  |
|---|---|---|
| Total Fees : | | $7,694.50 |
| 10% Discount : | | (769.45) |
| Total Fees Due : | | $6,925.05 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 1.80 | $1,350.00 |
| Total | 1.80 | $1,350.00 |
| L100 | | |
| L120 | 9.50 | $5,069.50 |
| L160 | 1.70 | $1,275.00 |
| Total L100 | 11.20 | $6,344.50 |
| Total Fees : | 13.00 | $7,694.50 |

BEVERIDGE & DIAMOND, P.C.

| | | |
|---|---|---:|
| 10% Discount : | | (769.45) |
| **Total Fees Due** : | | $6,925.05 |

## Summary by Disbursement Codes :

| | | Bill<br>Amount |
|---|---|---:|
| E110 | Out-of-town Travel | $200.95 |
| E111 | Meals | $138.64 |
| | **Total Disbursements** : | $339.59 |
| | **TOTAL DUE** : | $7,264.64 |

# EXHIBIT B

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                               February 28, 2013
Attn: Lydia B. Duff, Esq.                       Client/Matter #  01246-015172
7500 Grace Drive                                Invoice # 152604
Columbia, MD  21044                             Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/13 in Connection With:

**IRIS**

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 01/02/13 | P. Marks | C300 | 4.80 | Detailed review of slide presentation and matrix and telephone conference with client team re same. |
| 01/03/13 | K. Bourdeau | C300 | 1.00 | Participate in team status/strategy call. |
| 01/03/13 | P. Marks | C300 | 1.30 | Weekly team call and follow-up tasks re same. |
| 01/04/13 | P. Marks | C300 | 2.80 | Prepare for and conduct telephone conference with H. Feichko and J. Goodman re matrix and presentation and follow-up scheduling emails. |
| 01/04/13 | J. Lanham | C300 | 0.30 | Communications re documents. |
| 01/04/13 | E. Wolk | C300 | 0.30 | Monitoring of regulatory developments. |
| 01/07/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re scientific background information. |
| 01/07/13 | P. Marks | C300 | 1.30 | Review and provide client with updated information re developments and FOIA issues. |
| 01/07/13 | J. Lanham | C300 | 0.50 | Communications re FOIA request. |
| 01/08/13 | P. Marks | C300 | 1.40 | Follow-up re client inquiry and preparation re presentation. |
| 01/09/13 | K. Bourdeau | C300 | 0.30 | Review recent developments and communications with W.R. Grace re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152604
February 28, 2013
PAGE 2

| 01/09/13 | P. Marks | C300 | 2.30 | Prepare presentations. |
|---|---|---|---|---|
| 01/09/13 | P. Marks | C300 | 1.00 | Review regulatory developments. |
| 01/10/13 | P. Marks | C300 | 1.00 | Client team call. |
| 01/10/13 | P. Marks | C300 | 1.10 | Prepare matrix and prepare suggested edits. |
| 01/10/13 | P. Marks | C300 | 0.40 | Emails to J. Lanham and with J. Flynn re FOIA. |
| 01/10/13 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko re matrix and FOIA issues and follow-up telephone conference with J. Flynn re same. |
| 01/11/13 | P. Marks | C300 | 0.40 | Conference with J. Lanham re document research and contact J. Flynn and consultant re same. |
| 01/11/13 | J. Lanham | C300 | 0.50 | FOIA related activities. |
| 01/11/13 | E. Wolk | C300 | 0.30 | Monitoring of regulatory developments. |
| 01/14/13 | P. Marks | C300 | 1.70 | Prepare matrix, telephone conference with H. Feichko and J. Goodman re same and assess handouts. |
| 01/15/13 | P. Marks | C300 | 0.80 | Evaluate meeting materials and email H. Feichko re same. |
| 01/15/13 | P. Marks | C300 | 1.40 | Analyze expert presentation preparation. |
| 01/16/13 | P. Marks | C300 | 1.90 | Follow-up tasks re meeting handout selection and preparation, telephone conference with H. Feichko re same and follow-up tasks. |
| 01/16/13 | P. Marks | C300 | 0.60 | FOIA related tasks. |
| 01/17/13 | K. Bourdeau | C300 | 0.80 | Participate in team status and strategy call. |
| 01/17/13 | P. Marks | C300 | 0.40 | Emails with consultant and H. Feichko re presentation. |
| 01/17/13 | P. Marks | C300 | 0.60 | Email to client re consultant calls and FOIA requests. |
| 01/17/13 | P. Marks | C300 | 0.80 | Participate in weekly team telephone conference. |
| 01/17/13 | J. Lanham | C300 | 0.30 | Prepare email correspondence to L. Spencer re FOIA request. |
| 01/17/13 | E. Wolk | C300 | 0.30 | As directed by P. Marks, conduct research re regulatory issue. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152604
February 28, 2013
PAGE   3

| 01/18/13 | E. Wolk | C300 | 0.30 | Monitoring of regulatory developments. |
|---|---|---|---|---|
| 01/23/13 | K. Bourdeau | C300 | 1.00 | Review and prepare comments re new comments and report language forwarded by P. Marks. |
| 01/23/13 | P. Marks | C300 | 3.10 | Prepare for and attend conference with team re presentation. |
| 01/23/13 | P. Marks | C300 | 1.70 | Review and evaluate documents and prepare email to client team re same. |
| 01/23/13 | J. Lanham | C300 | 7.00 | Review documents and prepare email summary to P. Marks re same. |
| 01/24/13 | K. Bourdeau | C300 | 2.50 | Review revised draft of report and participate in Grace status and strategy call. |
| 01/24/13 | P. Marks | C300 | 2.00 | Review materials and conduct conference with client team. |
| 01/25/13 | K. Bourdeau | C300 | 0.80 | Conference with P. Marks re issues posed by report and follow up e-mail communications. |
| 01/25/13 | P. Marks | C300 | 1.10 | Telephone conference with H. Feichko and consultant representative. |
| 01/25/13 | P. Marks | C300 | 0.30 | Telephone conference with K. Bourdeau re draft report. |
| 01/25/13 | P. Marks | C300 | 2.30 | Assessment re technical/legal issues related to draft report. |
| 01/25/13 | P. Marks | C300 | 2.80 | Telephone conference with client team and consultants re presentation and follow-up review and comment on documents re same, including government revised draft report. |
| 01/25/13 | E. Wolk | C300 | 0.30 | Monitoring of regulatory issues. |
| 01/26/13 | K. Bourdeau | C300 | 2.80 | Continued review of updated material and prepare summary of observations re same. |
| 01/27/13 | K. Bourdeau | C300 | 2.00 | Further review of report and preparation of notes thereon. |
| 01/28/13 | K. Bourdeau | C300 | 2.50 | Finalize review of updated materials and preparation of summary of key excerpts. |
| 01/28/13 | P. Marks | C300 | 2.30 | Prepare presentation and coordinate issues and provide consultant with detailed comments re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152604
February 28, 2013
PAGE   4

| 01/28/13 | P. Marks | C300 | 0.60 | Gather new citations and coordinate with client re search on same. |
| 01/28/13 | P. Marks | C300 | 0.60 | Document request and follow-up tasks. |
| 01/28/13 | J. Lanham | C300 | 0.30 | Email correspondence re documents. |
| 01/29/13 | P. Marks | C300 | 2.20 | Work with consultant re presentation materials. |
| 01/31/13 | P. Marks | C300 | 1.00 | Assess new references in revised draft report and emails re same. |
| 01/31/13 | P. Marks | C300 | 0.50 | Team debriefing call. |
| 01/31/13 | P. Marks | C300 | 1.50 | Analyze legal issues re report. |
| 01/31/13 | D. Paul | C200 | 0.20 | Locate regulatory document as requested by P. Marks. |

Total Hours :          73.80

Total Fees :     $40,911.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 14.00 | $750.00 | $10,500.00 |
| P. Marks | 49.20 | $545.00 | $26,814.00 |
| J. Lanham | 8.90 | $365.00 | $3,248.50 |
| D. Paul | 0.20 | $205.00 | $41.00 |
| E. Wolk | 1.50 | $205.00 | $307.50 |

|  |  |
|---|---|
| Total Fees : | $40,911.00 |
| 10% Discount : | (4,091.10) |
| Total Fees Due : | $36,819.90 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C200 | 0.20 | $41.00 |
| C300 | 73.60 | $40,870.00 |
| Total | 73.80 | $40,911.00 |

|  |  |  |
|---|---|---|
| Total Fees : | 73.80 | $40,911.00 |
| 10% Discount : |  | (4,091.10) |
| Total Fees Due : |  | $36,819.90 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $11.80 |
| E109 | Local Travel | $14.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152604
February 28, 2013
PAGE  6

Total Disbursements :                $25.80

TOTAL DUE :            $36,845.70

# EXHIBIT C

## (General Regulatory/Compliance Issues)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 28, 2013
Client/Matter #  01246-012100
Invoice # 152601
Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/13 in Connection With:


**General Regulatory/Compliance Issues**
**100042**


| 01/11/13 | P. Marks | C300 | 1.40 | Audit letter response preparation. |
|----------|----------|------|------|-------------------------------------|
| 01/15/13 | P. Marks | C300 | 0.50 | Conduct inquiries and prepare audit response letter. |
| 01/16/13 | P. Marks | C300 | 0.90 | Prepare audit response letter. |


Total Hours :          2.80

Total Fees :      $1,526.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|-------------|----------------|-------------|
| P. Marks   | 2.80        | $545.00        | $1,526.00   |

|                     |             |
|---------------------|-------------|
| Total Fees :        | $1,526.00   |
| 10% Discount :      | (152.60)    |
| Total Fees Due :    | $1,373.40   |

**Summary by Task Codes :**

| CODE  | Hours | Bill Amount |
|-------|-------|-------------|
| C300  | 2.80  | $1,526.00   |
| Total | 2.80  | $1,526.00   |

|                     |       |             |
|---------------------|-------|-------------|
| Total Fees :        | 2.80  | $1,526.00   |
| 10% Discount :      |       | (152.60)    |
| Total Fees Due :    |       | $1,373.40   |

**Summary by Disbursement Codes :**

|               |             |
|---------------|-------------|
| TOTAL DUE :   | $1,373.40   |

# EXHIBIT D

## (Curtis Bay Air)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                          February 28, 2013
Attn: Lydia B. Duff, Esq.                                 Client/Matter #  01246-015577
7500 Grace Drive                                          Invoice # 152607
Columbia, MD  21044                                       Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/13 in Connection With:

**Curtis Bay Air**

| | | | | |
|---|---|---|---|---|
| 01/02/13 | L. McAfee | C300 | 0.80 | Review new information and team call re project. |
| 01/10/13 | L. McAfee | C300 | 0.50 | Telephone conferences and emails re projects; review materials re same; emails with H. Feichko re synthetic minor permitting issue. |
| 01/11/13 | L. McAfee | C300 | 2.50 | Review materials re projects; site meeting re same. |
| 01/15/13 | L. McAfee | C300 | 0.50 | Review project details. |
| 01/16/13 | L. McAfee | C300 | 0.50 | Telephone conferences and emails re projects and review information re same. |
| 01/17/13 | L. McAfee | C300 | 0.30 | Emails with R. Brower re projects. |
| 01/21/13 | L. McAfee | C300 | 0.80 | Telephone conference and emails with L. Duff re project. |
| 01/25/13 | L. McAfee | C300 | 3.00 | Review project documents and site visit. |

Total Hours :          8.90

Total Fees :      $4,761.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152607
February 28, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 8.90 | $535.00 | $4,761.50 |

|  |  |  |
|---|---|---|
| Total Fees : | | $4,761.50 |
| 10% Discount : | | (476.15) |
| Total Fees Due : | | $4,285.35 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 8.90 | $4,761.50 |
| Total | 8.90 | $4,761.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 8.90 | $4,761.50 |
| 10% Discount : | | (476.15) |
| Total Fees Due : | | $4,285.35 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $4,285.35 |

# EXHIBIT E

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 28, 2013
Client/Matter #  01246-012629
Invoice # 152602
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| 01/30/13 | P. Marks | L190 | 0.70 | Prepare fee application and address requests for information re same. |

Total Hours :      0.70

Total Fees :     $381.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152602
February 28, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.70 | $545.00 | $381.50 |

|  |  |  |
|---|---|---|
| Total Fees : | | $381.50 |
| 10% Discount : | | (38.15) |
| Total Fees Due : | | $343.35 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 0.70 | $381.50 |
| Total L100 | 0.70 | $381.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 0.70 | $381.50 |
| 10% Discount : | | (38.15) |
| Total Fees Due : | | $343.35 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $2.00 |
| E108 | Postage | $3.20 |

BEVERIDGE & DIAMOND, P.C.

**Total Disbursements :**                    $5.20

**TOTAL DUE :**                    $348.55

# EXHIBIT F

## (Curtis Bay RCRA 2)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                    February 28, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #   01246-013923
7500 Grace Drive                            Invoice # 152603
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/13 in Connection With:

<u>Curtis Bay RCRA 2</u>
<u>100104</u>


| 01/25/13 | A. Goldberg | C300 | 1.50 | Telephone conference with L. Duff and B. O'Connell re potential regulatory issues associated with solvent materials at a California facility; research re same. |
|----------|-------------|------|------|---|
| 01/27/13 | A. Goldberg | C300 | 6.00 | Research and prepare extended e-mail re potential regulatory issues associated with solvent materials at a California facility. |
| 01/29/13 | A. Goldberg | C300 | 3.00 | Research and finalize extended e-mail to L. Duff re potential regulatory issues associated with solvent materials at a California facility. |


                    Total Hours :          10.50

                    Total Fees :      $6,562.50

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 10.50 | $625.00 | $6,562.50 |
| | | Total Fees : | $6,562.50 |
| | | 10% Discount : | (656.25) |
| | | Total Fees Due : | $5,906.25 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.50 | $6,562.50 |
| Total | 10.50 | $6,562.50 |
| Total Fees : | 10.50 | $6,562.50 |
| 10% Discount : | | (656.25) |
| Total Fees Due : | | $5,906.25 |

**Summary by Disbursement Codes :**

|  | TOTAL DUE : | $5,906.25 |
|---|---|---|

# EXHIBIT G

## (Petition)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                           February 28, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-015504
7500 Grace Drive                            Invoice # 152606
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/13 in Connection With:

**Petition**

| | | | | |
|---|---|---|---|---|
| 01/02/13 | K. Bourdeau | C300 | 0.50 | Review P. Marks comments on draft petition and respond to same. |
| 01/03/13 | K. Bourdeau | C300 | 2.00 | Work on petition. |
| 01/04/13 | K. Bourdeau | C300 | 1.50 | Work on petition; communication with P. Marks re same. |
| 01/11/13 | P. Marks | C300 | 3.20 | Evaluate draft petition and prepare additions to same. |
| 01/13/13 | P. Marks | C300 | 1.50 | Prepare petition. |
| 01/14/13 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re approach to petition. |
| 01/14/13 | P. Marks | C300 | 1.40 | Analyze expert presentation preparation. |
| 01/18/13 | P. Marks | C300 | 0.30 | Organize materials. |
| 01/21/13 | P. Marks | C300 | 4.60 | Prepare petition and work on expert reports re same. |
| 01/22/13 | P. Marks | C300 | 3.70 | Research and prepare petition. |
| 01/23/13 | P. Marks | C300 | 0.50 | Research and prepare petition. |
| 01/27/13 | P. Marks | C300 | 4.20 | Prepare petition, including detailed gathering of facts and policy statements. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152606
February 28, 2013
PAGE  2

| 01/28/13 | P. Marks | C300 | 2.80 | Prepare petition, including detailed gathering of facts and policy statements. |
| 01/29/13 | P. Marks | C300 | 2.00 | Research and prepare petition. |
| 01/30/13 | P. Marks | C300 | 4.80 | Prepare petition, including research. |

Total Hours :          33.50

Total Fees :     $19,180.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 152606
February 28, 2013
PAGE  3

### Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 4.50 | $750.00 | $3,375.00 |
| P. Marks | 29.00 | $545.00 | $15,805.00 |
|  |  | Total Fees : | $19,180.00 |
|  |  | 10% Discount : | (1,918.00) |
|  |  | Total Fees Due : | $17,262.00 |

### Summary by Task Codes :

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| C300 |  | 33.50 | $19,180.00 |
| Total |  | 33.50 | $19,180.00 |
|  | Total Fees : | 33.50 | $19,180.00 |
|  | 10% Discount : |  | (1,918.00) |
|  | Total Fees Due : |  | $17,262.00 |

### Summary by Disbursement Codes :

|  | TOTAL DUE : | $17,262.00 |
|---|---|---|