# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

EIGHTY-NINTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MARCH 1, 2013 THROUGH MARCH 31, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2013 through March 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $52,251.30 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,406.51 |

This is a:    ___XX___ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $15,246.00 | $ 75.86 | $15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $9,082.00 | $ 0.20 | $9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | Pending | Pending |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | Pending | Pending |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $ 84.79 | Pending | Pending |
| 3/22/13 | 1/1/13 – 1/31/13 | $ 55,653.30 | $ 370.59 | Pending | Pending |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | 49.40 | $545.00 | $26,923.00 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | 20.40 | $750.00 | $15,300.00 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | 12.60 | $365.00 | $4,599.00 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | 21.00 | $535.00 | $11,235.00 |

|  |  |
|---|---|
| Fees: | $ 58,057.00 |
| Less 10% Discount: | ($5,805.70) |
| Total Fees: | $52,251.30 |
| Total Hours: | 103.40 |
| Blended Rate: | $ 505.00 |

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 103.40 | $52,251.30 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $8.90 |
| Postage | | $20.47 |
| Long Distance Telephone | | $12.30 |
| Travel | Amtrak tickets ($57) and parking ($15) for travel to Washington, DC for meeting | $72.00 |
| Meals | Lunch with clients during meeting (3 people) | $25.44 |
| Other | Court Reporter for SAB hearing | $1,267.40 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

March 1, 2013 through March 31, 2013, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $52,251.30 and actual and necessary expenses in the

amount of $1,406.51 for a total allowance of $53,657.81 and payment of $41,801.04 (80% of the

allowed fees) and reimbursement of $1,406.51 (100% of the allowed expenses) be authorized for

a total payment of $43,207.55 and for such other and further relief as this Court may deem just

and proper.

Dated:  April 30 , 2013                           BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

<u>VERIFICATION</u>

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 30 day of April, 2013.

_____
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
MARCH 1, 2013 THROUGH MARCH 31,  2013

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                April 24, 2013
Attn: Lydia B. Duff, Esq.                        Client/Matter #  01246-015172
7500 Grace Drive                                 Invoice # 153625
Columbia, MD  21044                              Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/13 in Connection With:

<u>IRIS</u>

| 03/01/13 | P. Marks | C300 | 1.10 | Assess and telephone conferences with L. Duff and S. Levin re summary of meeting and strategy adjustment. |
|----------|----------|------|------|-----------|
| 03/02/13 | K. Bourdeau | C300 | 0.50 | Review (S. Levin) outline of path forward (on advocacy with EPA) and prepare requested comments on same. |
| 03/03/13 | K. Bourdeau | C300 | 0.80 | Review sets of draft talking points furnished by P. Marks and provide P. Marks comments on same. |
| 03/04/13 | P. Marks | C300 | 1.40 | Review L. Duff presentation and conference with L. Duff and S. Levin re same. |
| 03/04/13 | P. Marks | C300 | 4.70 | Evaluate EPA reforms in detail as applied to assessment issues, and revise draft analysis re same. |
| 03/05/13 | K. Bourdeau | C300 | 0.50 | Review new developments and communications with P. Marks and E. Wolk re same. |
| 03/05/13 | P. Marks | C300 | 1.40 | Prepare comments re consultant, presentation and client talking points. |
| 03/05/13 | P. Marks | C300 | 5.70 | Prepare for and attend presentation/meeting with L. Duff and pre and post meetings re strategic issues with same and with in-house counsel from another company. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE  2

| | | | | |
|---|---|---|---|---|
| 03/06/13 | K. Bourdeau | C300 | 1.00 | Review J. Goodman slides and evaluate potential comments thereto and prepare e-mail to P. Marks re comments on same. |
| 03/06/13 | P. Marks | C300 | 1.40 | Telephone conference with client team re meeting preparation and goals. |
| 03/06/13 | P. Marks | C300 | 2.70 | Fact checking and address client comments re talking points. |
| 03/06/13 | P. Marks | C300 | 0.50 | Send client team comments on revised consultant presentation. |
| 03/06/13 | P. Marks | C300 | 0.30 | Coordinate with J. Lanham re update on FOIA issues. |
| 03/06/13 | J. Lanham | C300 | 1.00 | Telephone conference re FOIA request and prepare email communications re FOIA request. |
| 03/07/13 | K. Bourdeau | C300 | 1.00 | Review of draft outline of Grace comments and prepare and transmit comments to P. Marks re same. |
| 03/07/13 | K. Bourdeau | C300 | 0.80 | Participate in Grace status/strategy call. |
| 03/07/13 | P. Marks | C300 | 0.80 | Team weekly update call. |
| 03/07/13 | P. Marks | C300 | 0.70 | Coordinate with consultants. |
| 03/07/13 | P. Marks | C300 | 0.30 | Email to J. Lanham explaining new FOIA task. |
| 03/07/13 | P. Marks | C300 | 0.90 | Telephone conferences with S. Levin re preparation of talking points for upcoming meeting. |
| 03/07/13 | P. Marks | C300 | 3.10 | Prepare talking points for upcoming meeting, including incorporation of client comments and review supporting documents. |
| 03/07/13 | P. Marks | C300 | 0.30 | Telephone conference with L. Duff re consultant assignments. |
| 03/07/13 | P. Marks | C300 | 0.70 | Review and respond to emails with K. Bourdeau to coordinate tasks and re document comments. |
| 03/07/13 | J. Lanham | C300 | 0.70 | Review documents. |
| 03/08/13 | K. Bourdeau | C300 | 0.80 | E-mail communications and review revised outline of comments. |
| 03/08/13 | P. Marks | C300 | 1.60 | Review comments on talking points, edit and email communications re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE   3

| 03/08/13 | J. Lanham | C300 | 2.30 | Review documents. |
|---|---|---|---|---|
| 03/11/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re path forward. |
| 03/12/13 | P. Marks | C300 | 0.70 | Compile and circulate information to consultants. |
| 03/12/13 | P. Marks | C300 | 1.30 | Email correspondence with outside entities for coordination of presentations and schedules and telephone conference with L. Duff re same. |
| 03/13/13 | K. Bourdeau | C300 | 0.50 | Communications re advocacy. |
| 03/13/13 | P. Marks | C300 | 0.40 | Review FOIA correspondence and coordinate with J. Lanham re same. |
| 03/13/13 | P. Marks | C300 | 0.70 | Review and evaluate email comments re approaches to issues. |
| 03/13/13 | J. Lanham | C300 | 3.80 | Review documents. |
| 03/14/13 | K. Bourdeau | C300 | 0.60 | Conference with P. Marks re strategy on FOIA requests. |
| 03/14/13 | K. Bourdeau | C300 | 0.90 | Participate in team strategy call and follow-up communications re same. |
| 03/14/13 | P. Marks | C300 | 0.60 | Telephone conference with K. Bourdeau re FOIA and other strategy, and evaluate same. |
| 03/14/13 | P. Marks | C300 | 0.30 | Direct J. Lanham re FOIA issues. |
| 03/14/13 | P. Marks | C300 | 0.90 | Team weekly telephone conference. |
| 03/14/13 | P. Marks | C300 | 0.50 | Telephone conference with consultant re strategic issues. |
| 03/14/13 | J. Lanham | C300 | 0.50 | Telephone conference with P. Marks re FOIA request and call re same. |
| 03/15/13 | P. Marks | C300 | 1.10 | Address FOIA and data collection issues, and meeting logistics and planning issues. |
| 03/15/13 | J. Lanham | C300 | 0.30 | Document and FOIA related telephone conference. |
| 03/16/13 | K. Bourdeau | C300 | 0.30 | Review of agenda of meeting and review communications related to advocacy. |
| 03/18/13 | K. Bourdeau | C300 | 0.50 | Participate in conference call with Grace team re preparation for meeting. |

| 03/18/13 | P. Marks | C300 | 0.80 | Telephone conferences with consultant re meeting preparation. |
|---|---|---|---|---|
| 03/18/13 | P. Marks | C300 | 0.50 | Telephone conference with team re meeting preparation. |
| 03/18/13 | P. Marks | C300 | 0.40 | Direct J. Lanham re task for presentation preparation and gather documents re same. |
| 03/19/13 | P. Marks | C300 | 1.90 | Telephone conference with EPA re possibility of assistance in obtaining FOIA documents, and follow-up evaluations and communications with client re same and related issues. |
| 03/19/13 | J. Lanham | C300 | 3.50 | Prepare talking points and telephone conference re documents. |
| 03/20/13 | K. Bourdeau | C300 | 0.50 | Review communications from P. Marks and prepare and transmit e-mail to P. Marks. |
| 03/21/13 | K. Bourdeau | C300 | 1.00 | Participate in Grace team strategy call and e-mail communications re preparation for meeting and attendance at meeting. |
| 03/21/13 | P. Marks | C300 | 0.60 | Team telephone conference. |
| 03/21/13 | P. Marks | C300 | 3.10 | Review materials for, participate in meeting and follow-up telephone conferences and emails with client re same. |
| 03/25/13 | P. Marks | C300 | 1.20 | Telephone conference with L. Duff and consultant re cited studies, and follow-up telephone conference with L. Duff re same. |
| 03/25/13 | P. Marks | C300 | 0.80 | Prepare talking points and circulate to team. |
| 03/26/13 | K. Bourdeau | C300 | 0.30 | Review recent developments and meeting information. |
| 03/26/13 | P. Marks | C300 | 0.90 | Update call with L. Duff and follow-up emails re same and meetings. |
| 03/27/13 | K. Bourdeau | C300 | 4.30 | Attend select portions of meeting and communications with P. Marks re results of meeting. |
| 03/28/13 | K. Bourdeau | C300 | 1.30 | Participate in Grace team call. |
| 03/28/13 | K. Bourdeau | C300 | 3.70 | Attend a portion of meeting. |
| 03/28/13 | P. Marks | C300 | 1.70 | Evaluate EPA issues and telephone conference with L. Duff re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE  5

| 03/28/13 | P. Marks | C300 | 0.40 | Provide edits to correspondence. |
| 03/28/13 | P. Marks | C300 | 1.30 | Team conference call. |
| 03/28/13 | P. Marks | C300 | 0.50 | FOIA tasks and multiple emails re same. |
| 03/28/13 | J. Lanham | C300 | 0.50 | Email communications. |
| 03/29/13 | K. Bourdeau | C300 | 0.80 | Conference with E. Wolk re obtaining and assembling materials and brief review of materials re same. |

Total Hours :          81.20

Total Fees :      $46,168.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE   6

## Time Summary :

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 20.40 | $750.00 | $15,300.00 |
| P. Marks | 48.20 | $545.00 | $26,269.00 |
| J. Lanham | 12.60 | $365.00 | $4,599.00 |

| | | |
|---|---|---|
| Total Fees : | | $46,168.00 |
| 10% Discount : | | (4,616.80) |
| Total Fees Due : | | $41,551.20 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 81.20 | $46,168.00 |
| Total | 81.20 | $46,168.00 |

| | | |
|---|---|---|
| Total Fees : | 81.20 | $46,168.00 |
| 10% Discount : | | (4,616.80) |
| Total Fees Due : | | $41,551.20 |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $12.30 |
| E110 | Out-of-town Travel | $72.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153625
April 24, 2013
PAGE   7

| E111 | Meals | $25.44 |
|------|-------|--------|
| E124 | Other | $1,267.40 |

Total Disbursements :    $1,377.14

TOTAL DUE :    $42,928.34

# EXHIBIT B

## (Trivalent Chromium)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON D.C. 20005-3311**
**(202) 789-6000**

W. R. Grace & Co.                                  April 22, 2013
Attn: Lydia B. Duff, Esq.                          Client/Matter #  01246-014988
7500 Grace Drive                                   Invoice # 153601
Columbia, MD  21044                                Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/13 in Connection With:

**Trivalent Chromium**

| Date | Name | Task | Hours | Description |
|------|------|------|-------|-------------|
| 03/08/13 | P. Marks | C300 | 0.30 | Telephone conference with M. Obradovic re pending petition and associated questions. |

Total Hours :          0.30

Total Fees :        $163.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153601
April 22, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.30 | $545.00 | $163.50 |

|  |  |
|---|---|
| Total Fees : | $163.50 |
| 10% Discount : | (16.35) |
| Total Fees Due : | $147.15 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.30 | $163.50 |
| Total | 0.30 | $163.50 |

| | | |
|---|---|---|
| Total Fees : | 0.30 | $163.50 |
| 10% Discount : | | (16.35) |
| Total Fees Due : | | $147.15 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $147.15 |

# EXHIBIT C

**(Curtis Bay Air)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                         April 22, 2013
Attn: Lydia B. Duff, Esq.                                 Client/Matter #  01246-015577
7500 Grace Drive                                          Invoice # 153602
Columbia, MD  21044                                       Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/13 in Connection With:

**Curtis Bay Air**

| | | | | |
|---|---|---|---|---|
| 03/06/13 | L. McAfee | C300 | 0.30 | Emails re new projects. |
| 03/08/13 | L. McAfee | C300 | 1.00 | Prepare draft presentation for meeting. |
| 03/08/13 | L. McAfee | C300 | 3.50 | Site visit. |
| 03/08/13 | L. McAfee | C300 | 1.00 | Meeting with L. Duff re presentation. |
| 03/11/13 | L. McAfee | C300 | 0.20 | Emails re proposed project. |
| 03/13/13 | L. McAfee | C300 | 0.50 | Review project materials re burner replacement; email Zephyr re same. |
| 03/20/13 | L. McAfee | C300 | 3.20 | Revise PowerPoint presentation, discussion with L. Duff re presentation, and review additional information re same. |
| 03/20/13 | L. McAfee | C300 | 0.30 | Review new project information. |
| 03/22/13 | L. McAfee | C300 | 1.00 | Review and revise presentation. |
| 03/22/13 | L. McAfee | C300 | 4.50 | Team site meeting. |
| 03/26/13 | L. McAfee | C300 | 0.30 | Emails with J. Seinfeld re documents. |
| 03/26/13 | L. McAfee | C300 | 1.00 | Revise presentation and review L. Duff presentation. |
| 03/26/13 | L. McAfee | C300 | 0.20 | Emails re projects. |

BEVERIDGE & DIAMOND, P.C.                              INVOICE # 153602
                                                      April 22, 2013
                                                      PAGE  2


03/27/13   L. McAfee        C300          4.00   Preparation for and attend/conduct air
                                                 permitting briefing at plant.


                                   Total Hours :        21.00

                                   Total Fees :      $11,235.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

|              | Hours<br>Worked | Billed<br>Per Hour | Bill<br>Amount |
|--------------|-----------------|--------------------|----------------|
| L. McAfee    | 21.00           | $535.00            | $11,235.00     |

|                    |              |
|--------------------|--------------|
| Total Fees :       | $11,235.00   |
| 10% Discount :     | (1,123.50)   |
| Total Fees Due :   | $10,111.50   |

**Summary by Task Codes :**

| CODE  | Hours  | Bill<br>Amount |
|-------|--------|----------------|
| C300  | 21.00  | $11,235.00     |
| Total | 21.00  | $11,235.00     |

|                    |        |              |
|--------------------|--------|--------------|
| Total Fees :       | 21.00  | $11,235.00   |
| 10% Discount :     |        | (1,123.50)   |
| Total Fees Due :   |        | $10,111.50   |

**Summary by Disbursement Codes :**

|              |              |
|--------------|--------------|
| TOTAL DUE :  | $10,111.50   |

# EXHIBIT D

**(Bankruptcy Fee Application)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                    April 22, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #   01246-012629
7500 Grace Drive                            Invoice # 153600
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| | | | | |
|---|---|---|---|---|
| 03/01/13 | P. Marks | L190 | 0.30 | Address billing inquiry and contacts with client re same. |
| 03/05/13 | P. Marks | L190 | 0.30 | Address fee auditor issues with L. Duff. |
| 03/07/13 | P. Marks | L190 | 0.30 | Review report. |

Total Hours :        0.90

Total Fees :      $490.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153600
April 22, 2013
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.90 | $545.00 | $490.50 |
| Total Fees : | | | $490.50 |
| 10% Discount : | | | (49.05) |
| Total Fees Due : | | | $441.45 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 0.90 | $490.50 |
| Total L100 | 0.90 | $490.50 |
| Total Fees : | 0.90 | $490.50 |
| 10% Discount : | | (49.05) |
| Total Fees Due : | | $441.45 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $8.90 |
| E108 | Postage | $20.47 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 153600
April 22, 2013
PAGE   3

Total Disbursements :                    $29.37

TOTAL DUE :                    $470.82