**EXHIBIT "A"**

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax:   (302) 575-1714

WR Grace PD Committee                                    June 1, 2013- June 30, 2013

Invoice  #:        47987

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|-------|--------|
| B14 | Case Administration - | 4.70 | 1,508.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.70 | 1,406.00 |
| B18 | *Fee Applications, Others*   - | 1.90 | 402.00 |
| B25 | Fee Applications, Applicant - | 2.30 | 439.00 |
| B35 | Travel/Non-working - | 2.00 | 380.00 |
| B36 | Plan and Disclosure Statement - | 10.10 | 3,838.00 |
| B45 | *Professional Retention Issues -* | 1.20 | 456.00 |
| | **Total** | **25.90** | **$8,429.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 310.00 | 2.60 | 806.00 |
| Theodore J. Tacconelli | 190.00 | 2.00 | 380.00 |
| Theodore J. Tacconelli | 380.00 | 17.60 | 6,688.00 |
| Legal Assistant - KC | 150.00 | 3.70 | 555.00 |
| **Total** | | **25.90** | **$8,429.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| **Total Disbursements** | **$125.04** |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jun-03-13 | *Case Administration* - Confer with T. Tacconelli re: status of case and remaining appeals | 0.30 | LLC |
| | *Fee Applications, Others*   - Review Bilzin April 2013 fee app for filing and confer with KC re: revision to same | 0.10 | LLC |
| | *Fee Applications, Others*   - Review CNO re: Bilzin March 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review April 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: March 2013 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Amended Interim Order Appointing R. Frankel as PIFCR | 0.10 | TJT |
| | *Case Administration* - Review order re: sending fee apps to Chambers | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli re: case status, review and respond to same | 0.20 | KC |
| | *Fee Applications, Others*   - Review e-mail from L. Flores re: Bilzin April 2013 monthly fee app; download documents, revisions to notice, and preparation of cos to same; to LLC for review | 0.30 | KC |
| | *Fee Applications, Others*   - Review docket for objections to Bilzin's March 2013 fee application, draft certificate of no objection, to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft April 2013 monthly fee application; to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to March 2013 fee application, draft certificate of no objection, to LLC for review | 0.20 | KC |
| Jun-04-13 | *Fee Applications, Applicant* - Prepare Bilzin April 2013 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare April 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| Jun-05-13 | *Case Administration* - Review Order re: Judge reassignment and confer with T. Tacconelli re: same | 0.30 | LLC |
| | *Fee Applications, Others*   - Review CNO re: Bilzin 48th Quarterly fee app for filing and confer with KC re: same | 0.10 | LLC |
| | *Case Administration* - Review Order reassigning case to Judge Carey | 0.10 | TJT |
| | *Case Administration* - Correspondence with M. Joseph re: Reassignment of case | 0.10 | TJT |
| | *Case Administration* - Prepare correspondence to J. Sakalo re: Order reassigning case to Judge Carey | 0.20 | TJT |
| | *Case Administration* - Confer with LLC re: Reassignment of case to Judge Carey | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - review correspondence from J. Sakalo re: Order reassigning case to Judge Carey | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review correspondence from committee Member re Order reassigning case to Judge Carey | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review correspondence from S. Baena re: Order reassigning case to Judge Carey | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: Order reassigning case to Judge Carey | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: Order reassigning case to Judge Carey | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Motion by AMH to Extend Time to file Corrected Answering Brief | 0.10 | TJT |
| | *Fee Applications, Others*  - Review docket for objections to Bilzin's 48th Quarterly fee app | 0.10 | KC |
| | *Fee Applications, Others*  - Draft certificate of no objection to Bilzin's 48th Quarterly | 0.20 | KC |
| Jun-06-13 | *Plan and Disclosure Statement* - Review Order granting AMH's Motion to Extend Time to File Corrected Answering Brief | 0.10 | TJT |
| | *Professional Retention Issues* - Review Interim PIFCR's Motion to Retain Orrick with attachments | 0.80 | TJT |
| | *Fee Applications, Others*  - Prepare certificate of no objection to 48th Quarterly fee app of Bilzin Sumberg for efiling, efile and service re: same | 0.20 | KC |
| Jun-07-13 | *Plan and Disclosure Statement* - Start reviewing AMH's Amended Answering Brief with citations to Supplemental Appendix | 1.80 | TJT |
| Jun-08-13 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of AMH's Amended Answering Brief with citations to Supplemental Appendix | 1.80 | TJT |
| Jun-10-13 | *Plan and Disclosure Statement* - Review order changing starting time for oral argument | 0.10 | TJT |
| | *Professional Retention Issues* - Review Motion by Interim PIFCR to Retain Lincoln Partners with attachments | 0.40 | TJT |
| Jun-15-13 | *Plan and Disclosure Statement* - Review various documents re: argument time division re: oral argument | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review four briefs re:AMH appeal | 1.20 | TJT |
| Jun-17-13 | *Case Administration* -   review Reuters article re: WR Grace | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - correspondence with J. Sakalo and committee member re: oral argument today | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* -confer with committee members prior to appellate oral argument | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* -confer with committee members after to appellate oral argument | 0.30 | TJT |
| | *Travel/Non-working* -   Travel to Philadelphia | 1.00 | TJT |
| | *Travel/Non-working* -   Travel  from Philadelphia | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Attend appellate oral argument | 3.40 | TJT |
| Jun-18-13 | *Case Administration* - Review Notice of Withdrawal of Document filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review correspondence from J. Salako re: Committtee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review correspondence from Committtee Member re: Committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notes from oral argument | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review letter from 3rd Circuit Clerk re: transcript of oral argument | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 3rd Circuit procedures re: transcripts | 0.10 | TJT |
| Jun-19-13 | *Case Administration* - Confer with TJT re: oral argument in 3rd Circuit appeal | 0.30 | LLC |
| | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* -   review Notice of Withdrawal of Appearance by | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | counsel for Arrowood Indemnity Co. | | |
| | *Committee, Creditors', Noteholders' or* - review correspondence from J. Salako re: Committee meeting | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli re: case status; review and respond to same | 0.20 | KC |
| | *Fee Applications, Applicant* -   Review docket for objections to 48th Quarterly fee app for Jan.-March 2013 | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection   to 48th Quarterly fee app for Jan-March 2013; to LLC for review | 0.20 | KC |
| Jun-20-13 | *Case Administration* - Review docket and certain pleadings re: updating of service list and confer with KC re: same | 0.40 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: 48th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - review Fee Auditor's Final Report re: Stoock re: 48th Interim Period | 0.10 | TJT |
| | *Case Administration* - review CNO filed by Debtor's re: Motion to Appoint Roger Frankel as Successor PIFCR | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - prepare for Committee meeting | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* - attend Committee meeting | 0.70 | TJT |
| Jun-21-13 | *Case Administration* - review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - review Fee Auditor's Final Report re: R. Higgins re: 48th Interim Period | 0.10 | TJT |
| | *Fee Applications, Others*   - review correspondence from B. Rhulander re: question regarding Digital Legal charge | 0.10 | TJT |
| | *Fee Applications, Others*   - confer with K. Callahan re: Digital Legal charge | 0.10 | TJT |
| | *Fee Applications, Others*   - prepare correspondence to B. Rhulander re: Digital Legal charge | 0.10 | TJT |
| | *Case Administration* - Discussion with T. Tacconelli re: case status, research and follow up with T. Tacconelli re: same | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft invoice for May 2013 monthly fee application, to TJT for review | 0.20 | KC |
| Jun-22-13 | *Case Administration* - review CNO filed by Debtors re: Claim Settlement Notice re: claim no. 3308 | 0.10 | TJT |
| | *Case Administration* - review Certificate of Counsel filed by Debtors re: August Omnibus date | 0.10 | TJT |
| Jun-24-13 | *Case Administration* - Review Omnibus Hearings Order and confer with KC re: same | 0.20 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: fee categories | 0.10 | LLC |
| | *Case Administration* - Review order scheduling omnibus hearing for August and vacating previous order re: omnibus dates | 0.10 | TJT |
| | *Case Administration* - Confer with LLC re: order vacating previous order re: omnibus hearing dates for 2013 | 0.20 | TJT |
| | *Case Administration* - Discussion with LLC re: assignment of new Judge, Order scheduling Onmibus hearing date | 0.10 | KC |
| Jun-25-13 | *Fee Applications, Applicant* - review and revise Ferry Joseph and Pearce May prebill | 0.20 | TJT |
| | *Fee Applications, Applicant* - Revisions to CNO to 48th Quarterly fee application and prepare same for efiling | 0.10 | KC |
| | *Fee Applications, Applicant* - Efile certificate of no objection to 48th Quarterly fee application, service of same | 0.20 | KC |

Invoice #:     47987                    Page   6                    June 1-30, 2013

| | | | |
|---|---|---|---|
| | *Fee Applications, Applicant -* Discussion with LLC re: updates to service list, update same | 0.20 | KC |
| Jun-26-13 | *Case Administration -* Retrieve vm from A. Cronk re: status of case and P.D. claims and confer with T. Tacconelli re: same | 0.20 | LLC |
| | *Case Administration -* Retrurn call to A. Cronk re: status of matter and P.D. claims | 0.10 | LLC |
| Jun-29-13 | *Committee, Creditors', Noteholders' or -* teleconference with committee member re: August omnibus hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement -* Review transcript of 3rd Circuit oral argument | 0.90 | TJT |
| | Totals | 25.90 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jun-03-13 | Cost Advance - Court Call - 4/4/13 hearing | 51.00 |
| Jun-04-13 | Photocopy Cost | 11.40 |
| Jun-06-13 | Photocopy Cost | 1.00 |
| Jun-07-13 | Photocopy Cost | 6.90 |
| Jun-25-13 | Photocopy Cost | 0.80 |
| Jun-26-13 | Cost Advance - Theodore J. Tacconelli - parking 6/17/13 | 17.00 |
| | Cost Advance - Theodore J. Tacconelli - mileage reimb. 6/17/13 | 36.94 |
| | Totals | $125.04 |

**Total Fees & Disbursements**                              **$8,554.04**