

July 15, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   237750

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH June 30, 2013

**CLIENT SUMMARY**

**BALANCE AS OF- 06/30/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| **.15537 -** 01- Case Administration | $558.00 | $1,053.63 | $1,611.63 |
| **.15543 -** 07 - Applicant's Fee Application | $182.50 | $0.00 | $182.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $6,785.50 | $0.00 | $6,785.50 |
| *Client Total* | **$7,526.00** | **$1,053.63** | **$8,579.63** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 0.20 | $725.00 | $145.00 |
| Sakalo, Jay M | 10.10 | $575.00 | $5,807.50 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Donaire, Gloria | 2.00 | $230.00 | $460.00 |
| Flores, Luisa M | 4.00 | $245.00 | $980.00 |
| | | *TOTAL PROFESSIONAL FEES THIS PERIOD* | *$7,526.00* |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Airfare | $284.80 |
| Fares, Mileage, Parking | $144.75 |
| Internet Connection (Outside Services) | $10.00 |
| Long Distance Telephone | $12.16 |
| Lodging | $334.08 |
| Meals | $229.64 |
| Parking | $34.00 |
| Copies | $4.20 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$1,053.63** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$8,579.63** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/03/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/24/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/26/13 | LMF | 0.40 | 98.00 | Follow up with attorney for possible attendance at omnibus hearing on July 1, 2013; check court docket to confirm if hearing is going forward. |
| 06/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** $558.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 06/03/13 | Long Distance Telephone (212)735-2569; 13 Mins. | 9.88 |
| 06/17/13 | Fares, Mileage, Parking VENDOR: JAY M. SAKALO INVOICE#: 0378222706191310 DATE: 6/19/2013<br>WR Grace (trip) Philadelphia (taxi from airport to hotel) | 91.75 |
| 06/17/13 | Internet Connection (Outside Services) VENDOR: JAY M. SAKALO INVOICE#: 0378222706191310 DATE: 6/19/2013<br>WR Grace (trip) Philadelphia (internet service/airplane) | 10.00 |
| 06/17/13 | Parking VENDOR: JAY M. SAKALO INVOICE#: 0378222706191310 DATE: 6/19/2013<br>WR Grace (trip) Philadelphia (airport parking) | 34.00 |
| 06/17/13 | Airfare Travel to Philadephia - VENDOR: TMC Travel Management; INVOICE#: 295449; DATE: 5/17/2013  -  Client - 15537 | 284.80 |
| 06/17/13 | Meals VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013<br>WR Grace Trip (June 16 & 17) Dinner | 212.40 |
| 06/17/13 | Fares, Mileage, Parking VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013<br>WR Grace Trip (June 16 & 17) CAB to hotel | 10.00 |
| 06/17/13 | Fares, Mileage, Parking VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013<br>WR Grace Trip (June 16 & 17) CAB to Courthouse | 10.00 |
| 06/17/13 | Meals VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013<br>WR Grace Trip (June 16 & 17) Breakfast | 7.57 |
| 06/17/13 | Lodging VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013<br>WR Grace Trip (June 16 & 17) Hotel 06/17/2013 - 06/18/2013 | 334.08 |
| 06/18/13 | Fares, Mileage, Parking VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013<br>WR Grace Trip (June 16 & 17) CAB | 33.00 |
| 06/18/13 | Meals VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013<br>WR Grace Trip (June 16 & 17) Breakfast | 9.67 |
| 06/19/13 | Long Distance Telephone (843)727-6500; 1 Mins. | 0.76 |
| 06/26/13 | Long Distance Telephone (484)567-5734; 1 Mins. | 0.76 |
| 06/27/13 | Long Distance Telephone (484)567-5734; 1 Mins. | 0.76 |
| 06/05/13 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/05/13 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/06/13 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 06/07/13 | Copies 1 pgs @ 0.10/pg | 0.10 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| **TOTAL COSTS ADVANCED** | **$1,053.63** |
|---|---|

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.00 | $230.00 | $460.00 |
| Flores, Luisa M | 0.40 | $245.00 | $98.00 |
| **TOTAL** | **2.40** | | **$558.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $284.80 |
| Fares, Mileage, Parking | $144.75 |
| Internet Connection (Outside Services) | $10.00 |
| Long Distance Telephone | $12.16 |
| Lodging | $334.08 |
| Meals | $229.64 |
| Parking | $34.00 |
| Copies | $4.20 |
| **TOTAL** | **$1,053.63** |

| **CURRENT BALANCE DUE THIS MATTER** | **$1,611.63** |
|---|---|

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 06/06/13 | LMF | 0.20 | 49.00 | Attend to email from fee auditor regarding 48th quarterly fee application regarding credit outstanding of $967.21 and respond to same. |
| 06/28/13 | JIS | 0.30 | 133.50 | Review and revise May 2013 prebill |

**PROFESSIONAL SERVICES** $182.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Flores, Luisa M | 0.20 | $245.00 | $49.00 |
| **TOTAL** | *0.50* | | *$182.50* |

**CURRENT BALANCE DUE THIS MATTER** $182.50

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/04/13 | LMF | 0.30 | 73.50 | Office conference with J. Sakalo, R. Kelley and R. Gutierrez regarding electronic digital notebook needed for oral argument on appeal briefs in Third Circuit Court. |
| 06/05/13 | LMF | 2.80 | 686.00 | Assist with preparation of materials for and attendance at oral argument. |
| 06/06/13 | LMF | 0.30 | 73.50 | Review contents of e-notebook with appellate briefs. |
| 06/10/13 | SLB | 0.20 | 145.00 | Email from and to Ed Westbrook regarding appeals. |
| 06/10/13 | JMS | 1.90 | 1,092.50 | Begin reviewing briefs on confirmation appeals to 3rd Circuit and email of same to E. Westbrook. |
| 06/17/13 | JMS | 7.70 | 4,427.50 | Prepare for and attend hearing on Third Circuit confirmation appeals (6.2); post-hearing discussions with Scott Baena (.6); conference with M. Dies regarding post-hearing analysis (.9). |
| 06/26/13 | JMS | 0.10 | 57.50 | Telephone conference to A. Allen regarding Grace plan. |
| 06/27/13 | JMS | 0.40 | 230.00 | Telephone conference with A. Cronk (counsel to PD creditor) regarding status of plan, appeals and timing. |

**PROFESSIONAL SERVICES** **$6,785.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $725.00 | $145.00 |
| Sakalo, Jay M | 10.10 | $575.00 | $5,807.50 |
| Flores, Luisa M | 3.40 | $245.00 | $833.00 |
| *TOTAL* | *13.70* | | *$6,785.50* |

**CURRENT BALANCE DUE THIS MATTER** **$6,785.50**