# Exhibit A

# EXHIBIT A

## W.R. Grace – 47th Interim Period (October 1, 2012 – December 31, 2012)
### Fee and Expense Chart with Recommendations

| ANDERSON KILL & OLICK, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30285 | TOTAL: | $341,590.50 | $121.57 | $341,590.50 | $121.57 |

| BEVERIDGE & DIAMOND, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30428 | TOTAL: | $190,485.08 | $6,284.25 | $190,485.08 | $6,284.25 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30334 | TOTAL: | $6,554.50 | $233.20 | $6,554.50 | $233.20 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30291 | TOTAL: | $175,000.00 | $341.40 | $175,000.00 | $341.40 |

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30248 | TOTAL: | $120,314.50 | $4,638.38 | $120,314.50 | $4,638.38 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30286 | TOTAL: | $37,816.50 | $4,083.66 | $37,805.50 | $4,083.66 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30284 | TOTAL: | $214,437.00 | $7,651.86 | $214,437.00 | $7,651.86 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30335 | TOTAL: | $154,568.00 | $291.11 | $154,568.00 | $291.11 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30274 | TOTAL: | $30,434.00 | $37,908.96 | $30,434.00 | $37,908.96 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30283 | TOTAL: | $33,984.00 | $25.00 | $33,984.00 | $25.00 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30509 | TOTAL: | $23,928.50 | $1,348.27 | $23,928.50 | $1,348.27 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30387 | TOTAL: | $14,764.50 | $548.80 | $14,764.50 | $548.80 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30276 | TOTAL: | $60,230.30 | $1,188.93 | $60,230.30 | $1,188.93 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30191 TOTAL: | $10,550.00 | $5,289.78 | $10,550.00 | $5,289.78 |

| GRANT THORNTON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30747 TOTAL: | $236,077.88 | $3,184.33 | $65,437.50 | $2,969.33 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30287 TOTAL: | $163,978.50 | $3,528.77 | $163,978.50 | $3,528.77 |

| THE HOGAN FIRM | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30346 TOTAL: | $27,002.50 | $416.09 | $26,080.00 | $416.09 |

| KIRKLAND & ELLIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30459 TOTAL: | $1,657,730.50 | $31,425.99 | $1,657,730.50 | $31,425.99 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30479 TOTAL: | $60,523.50 | $3,617.71 | $60,523.50 | $3,617.71 |

3

| LAUZON BÉLANGER LESPÉRANCE ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30351 | TOTAL: | CDN $2,194.50 | CDN $336.86 | CDN $2,194.50 | CDN $336.86 |

| LEGAL ANALYSIS SYSTEMS, INC. ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30282 | TOTAL: | $9,066.00 | $0.00 | $9,066.00 | $0.00 |

| LINCOLN PARTNERS ADVISORS LLC ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30578 | TOTAL: | $200,000.00 | $4,286.56 | $200,000.00 | $4,286.56 |

| NORTON ROSE FULBRIGHT CANADA LLP (45th Interim Period)[1] ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30739 | TOTAL: | CDN $5,696.00 | CDN $108.72 | CDN $5,696.00 | CDN $108.72 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30476 | TOTAL: | $382,951.50 | $4,642.92 | $382,951.50 | $3,983.65 |

| PACHULSKI STANG ZIEHL & JONES LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30256 | TOTAL: | $77,602.50 | $42,607.25 | $77,602.50 | $42,607.25 |

---

[1] The Forty-Fifth Interim Period encompasses April 1, 2012, through June 30, 2012.

| PHILLIPS, GOLDMAN & SPENCE, P.A. ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30279 | TOTAL: | $7,352.00 | $869.67 | $7,352.00 | $869.67 |

| PRICEWATERHOUSECOOPERS LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30280 | TOTAL: | $954,965.73 | $18,537.63 | $954,965.73 | $18,537.63 |

| REED SMITH LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30261 | TOTAL: | $16,979.00 | $840.80 | $16,979.00 | $840.80 |

| RICH, ALAN B. ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30295 | TOTAL: | $48,370.00 | $369.28 | $48,370.00 | $369.28 |

| HON. ALEXANDER M. SANDERS, JR. ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30343 | TOTAL: | $5,850.00 | $30.00 | $5,850.00 | $30.00 |

| SAUL EWING LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30478 | TOTAL: | $26,806.00 | $635.17 | $26,806.00 | $635.17 |

| SCARFONE HAWKINS LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30349 | TOTAL: | CDN $5,340.00 | CDN $697.14 | CDN $5,340.00 | CDN $697.14 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30318 | TOTAL: | $63,332.00 | $1,417.39 | $63,332.00 | $1,417.39 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30330 | TOTAL: | $94,431.50 | $547.76 | $94,431.50 | $547.76 |

| TOWERS WATSON | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30532 | TOTAL: | $3,692.50 | $0.00 | $3,692.50 | $0.00 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30307 | TOTAL: | $12,088.50 | $1,886.00 | $12,088.50 | $1,886.00 |