# EXHIBIT A

# KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

July 31, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 626697
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 2,969.51 |
| MATTER TOTAL | $2,969.51 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $72,255.50 |
| DISBURSEMENTS | 2,363.39 |
| MATTER TOTAL | $74,618.89 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $644.00 |
| DISBURSEMENTS | 28.20 |
| MATTER TOTAL | $672.20 |

### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES | $7,767.00 |
| DISBURSEMENTS | 26.60 |
| MATTER TOTAL | $7,793.60 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 626697 |
| Citibank Contact: | Gaetana Manceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2372230.1

| | |
|---|---|
| Kramer Levin Naftalis & Frankel LLP | Page No. 2 |
| W.R. GRACE & CO. EQUITY COMMITTEE | July 31, 2013 |
| 056772 | Invoice No. 626697 |

### 056772-00028/TRAVEL\NON-WORKING

| | |
|---|---|
| FEES | $6,209.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $6,209.50 |
| CLIENT GRAND TOTAL | $92,263.70 |

| | |
|---|---|
| Kramer Levin Naftalis & Frankel LLP | Page No. 3 |
| W.R. GRACE & CO. EQUITY COMMITTEE | July 31, 2013 |
| 056772-00001 | Invoice No. 626697 |

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| DOCUMENT PREP. | 12.50 |
| LONG-DISTANCE TEL. | 35.44 |
| WESTLAW ON-LINE RESEARCH | 1,358.76 |
| LEXIS/NEXIS ON-LINE RESEARCH | 316.57 |
| OUT-OF-TOWN TRAVEL | 1,126.70 |
| MEALS/T & E | 33.84 |
| DOCUMENT RETRIEVAL FEES | 56.90 |
| TRANSCRIPT FEES | 28.80 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,969.51** |
| **TOTAL FOR THIS MATTER** | **$2,969.51** |

KL4 2372230.1

Kramer Levin Naftalis & Frankel LLP

Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

July 31, 2013
Invoice No. 626697

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/13 | BLABEY, DAVID E | Review cases cited in third circuit briefs in prep for meeting with debtors (2); review recent decision on proper rate of interest and briefs submitted in connection therewith (.9); review equity committee and debtor responses to interrogatories (1.5). | 4.40 | 3,278.00 |
| 06/03/13 | BENTLEY, PHILIP | Notes re Lender appeal. | 0.60 | 537.00 |
| 06/04/13 | BENTLEY, PHILIP | Prep for Lender Appeal argument | 1.60 | 1,432.00 |
| 06/04/13 | BLABEY, DAVID E | Call with equity holder re appeal (.3); review cases in prep for meeting with Debtors re appeals (1.1); email to J. Donley re discovery issue (.1). | 1.50 | 1,117.50 |
| 06/05/13 | BLABEY, DAVID E | Working travel to DC (prep for moot argument session with Kirkland) (3.0); meet with J. Donley, A. Paul, E. Leon, M. Shelnitz to discuss lender arguments (4); review confirmation hearing transcript (.7); recap points discussed with Kirkland with P. Bentley (.5). | 8.20 | 6,109.00 |
| 06/05/13 | BENTLEY, PHILIP | Conf with K&E and M. Shelnitz (3.7), and discs DB (2.4), to prepare for Lender Appeal argument, and work on same (0.4) | 6.50 | 5,817.50 |
| 06/06/13 | BLABEY, DAVID E | Review briefs in prep for moot arguments (.7) and discuss arguments with P. Bentley (.5); attend moot arguments (4.9) and follow up discussions with P. Bentley (.8); call with client re arguments (.8); follow up research (.5) and discuss research with M. Ziegler (.1). | 8.30 | 6,183.50 |
| 06/06/13 | BENTLEY, PHILIP | Attend moot court prep for 3d Circuit arguments (5.6), and discs T. Weschler, M. Shelnitz, R. Finke and DB re same (0.8); additional work on 3d Circuit prep and related issues (2.8) | 9.20 | 8,234.00 |
| 06/07/13 | BENTLEY, PHILIP | Multiple confs at K&E with plan proponents' counsel re prep for 3d Circuit argument and related issues (5.5); additional work on same (3.0) | 8.50 | 7,607.50 |

KL4 2372230.1

Kramer Levin Naftalis & Frankel LLP                                                Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                  July 31, 2013
056772-00007                                                                       Invoice No. 626697

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/07/13 | BLABEY, DAVID E | Review cases re bankruptcy court jurisdiction (.3); meeting at Kirkland DC offices with Plan Proponents' counsel to prep for oral argument including pre-meeting limited to Equity Committee and Debtors (5.5). | 5.80 | 4,321.00 |
| 06/07/13 | ZIEGLER, MATTHEW C | Research re: retention of bankruptcy court jurisdiction over plan subject to appeal (4.7). | 4.70 | 2,632.00 |
| 06/10/13 | BENTLEY, PHILIP | Trade emails re appeal issues | 0.10 | 89.50 |
| 06/10/13 | BLABEY, DAVID E | Review legal rate cases (3.9); draft talking points re lender arguments (.5). | 4.40 | 3,278.00 |
| 06/11/13 | BENTLEY, PHILIP | Additional analysis of appeal issues and oral arg., prep notes | 1.60 | 1,432.00 |
| 06/11/13 | BLABEY, DAVID E | Review briefs re best interests arguments (.6) and discuss same with P. Bentley (.1). | 0.70 | 521.50 |
| 06/12/13 | BENTLEY, PHILIP | additional analysis and notes re appeal issues | 0.60 | 537.00 |
| 06/12/13 | BLABEY, DAVID E | Exchange emails with P. Bentley (.1) and Kirkland (.1) re legal rate; calls with equity holder re appeal (.3). | 0.50 | 372.50 |
| 06/13/13 | BLABEY, DAVID E | Review revised AMH appellate brief. | 0.10 | 74.50 |
| 06/13/13 | BENTLEY, PHILIP | Trade emails re appeal | 0.10 | 89.50 |
| 06/14/13 | BENTLEY, PHILIP | Additional notes and analysis to prep for 3d cir arg. | 1.60 | 1,432.00 |
| 06/15/13 | BLABEY, DAVID E | Review materials in prep for Monday oral argument. | 0.20 | 149.00 |
| 06/16/13 | BENTLEY, PHILIP | conf call with K&E (0.6), and notes and analysis (1.1), re prep for 3rd Cir arg. | 1.70 | 1,521.50 |
| 06/17/13 | BENTLEY, PHILIP | Conf w/Kirkland (3.0) and discs. T. Weschler and DB re prep for argument and re next steps, and notes re same (1.2). | 4.20 | 3,759.00 |
| 06/17/13 | BLABEY, DAVID E | Prep for oral arguments with P. Bentley on travel to Philadelphia (2.1); prep meeting with Plan Proponents in advance of hearing (3) | 5.10 | 3,799.50 |
| 06/18/13 | BLABEY, DAVID E | Calls with equity holders re oral argument (.4); review new interest decision (.5); call with Plan Proponents to debrief re oral argument (1.5) and follow up call with client (.7). | 3.10 | 2,309.50 |
| 06/18/13 | BENTLEY, PHILIP | Conf call with plan proponents (1.5) and t/c T. Weschler (.7) and notes (.5) re yesterday's argument and next steps. | 2.70 | 2,416.50 |
| 06/19/13 | BLABEY, DAVID E | Draft memo to Committee re oral arguments (1.1); discuss same with P. Bentley (.1). | 1.20 | 894.00 |

KL4 2372230.1

| | Kramer Levin Naftalis & Frankel LLP | | | Page No. 6 |
|---|---|---|---|---|
| | W.R. GRACE & CO. EQUITY COMMITTEE | | | July 31, 2013 |
| | 056772-00007 | | | Invoice No. 626697 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/19/13 | BENTLEY, PHILIP | review and comment on draft memo to cmtee re 3d cir arg | 0.30 | 268.50 |
| 06/20/13 | BLABEY, DAVID E | Call with holder re appeal. | 0.50 | 372.50 |
| 06/27/13 | BLABEY, DAVID E | Call with P. Bentley re bank lender issues (.1) and email to P. Bentley re same (.1). | 0.20 | 149.00 |
| 06/27/13 | BENTLEY, PHILIP | t/c DB and trade e-mails re lender appeal issues | 0.60 | 537.00 |
| 06/28/13 | BLABEY, DAVID E | Discuss appeal issues with P. Bentley (.1) and call with Debtors counsel re same (.5). | 0.60 | 447.00 |
| 06/28/13 | BENTLEY, PHILIP | Discs J. Gettelman (.5) and DB (.1) re lender issues. | 0.60 | 537.00 |

**TOTAL HOURS AND FEES**   **90.00**   **$72,255.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER MISCELLANEOUS CHARGES | 10.00 |
| CAB FARES | 41.00 |
| OUT-OF-TOWN TRAVEL | 2,144.95 |
| MEALS/T & E | 120.90 |
| DOCUMENT RETRIEVAL FEES | 12.30 |
| BLOOMBERG LAW RETRIEVAL FEES | 2.94 |
| MEETINGS | 31.30 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**   **$2,363.39**

**TOTAL FOR THIS MATTER**   **$74,618.89**

KL4 2372230.1

Kramer Levin Naftalis & Frankel LLP
Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

July 31, 2013
Invoice No. 626697

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/10/13 | BLABEY, DAVID E | Review bill for fee app. | 0.10 | 74.50 |
| 06/11/13 | KAUP, ANASTASIA N | Draft portion of monthly fee application pleading (.5); emails w/ D. Blabey, F. Arias re: same (.2). | 0.70 | 346.50 |
| 06/17/13 | KAUP, ANASTASIA N | Emails w/ D. Blabey, F. Arias re: monthly fee application (.2). | 0.20 | 99.00 |
| 06/28/13 | KAUP, ANASTASIA N | O/C w/ D. Blabey re: monthly fee application, preparation for filing same (.1). | 0.10 | 49.50 |
| 06/30/13 | BLABEY, DAVID E | Review A. Kaup draft of fee app. | 0.10 | 74.50 |

**TOTAL HOURS AND FEES**                                    **1.20**        **$644.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 28.20 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$28.20**

**TOTAL FOR THIS MATTER**                                          **$672.20**

KL4 2372230.1

Kramer Levin Naftalis & Frankel LLP                                Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                  July 31, 2013
056772-00019                                                       Invoice No. 626697

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/13 | KAUP, ANASTASIA N | Prepare materials for Third Circuit hearing re: bank lender group appeal (1.1); O/C and emails with D. Blabey re: same (.3). | 1.40 | 693.00 |
| 06/05/13 | KAUP, ANASTASIA N | Prepare excerpt of joint appendix in connection with preparation for 3d Cir. hearing/oral argument, emails w/ D. Blabey re: same (.1). | 0.10 | 49.50 |
| 06/10/13 | KAUP, ANASTASIA N | Research/prepare joint appendix excerpts for hearing preparation (1.2); emails w/ D. Blabey re: same (.1). | 1.30 | 643.50 |
| 06/17/13 | BENTLEY, PHILIP | Attend 3d Cir. argument | 3.80 | 3,401.00 |
| 06/17/13 | BLABEY, DAVID E | Attendance at third circuit oral arguments (4). | 4.00 | 2,980.00 |

**TOTAL HOURS AND FEES**                                           **10.60**   **$7,767.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 26.60 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                          **$26.60**

**TOTAL FOR THIS MATTER**                                          **$7,793.60**

KL4 2372230.1

Kramer Levin Naftalis & Frankel LLP

Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00028

July 31, 2013
Invoice No. 626697

## TRAVEL\NON-WORKING

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/05/13 | BLABEY, DAVID E | Travel to DC to meet with Kirkland to prep for oral argument. | 0.60 | 223.50 |
| 06/05/13 | BENTLEY, PHILIP | Travel to D.C. | 1.20 | 537.00 |
| 06/07/13 | BENTLEY, PHILIP | Return trip to NYC | 1.90 | 850.25 |
| 06/07/13 | BLABEY, DAVID E | Travel back from DC meetings with Plan Proponents counsel. | 4.00 | 1,490.00 |
| 06/17/13 | BENTLEY, PHILIP | travel to and from Philadelphia | 4.20 | 1,879.50 |
| 06/17/13 | BLABEY, DAVID E | Travel for Philadelphia oral arguments. | 3.30 | 1,229.25 |

**TOTAL HOURS AND FEES**                                                                         **15.20   $6,209.50**

**TOTAL FOR THIS MATTER**                                              **$6,209.50**

KL4 2372230.1