# EXHIBIT B

17

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/31/2013 12:13:02

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                TO:
              UNBILLED DISB FROM:   06/03/2013                   TO:      06/30/2013
-----------------------------------------------------------------------------------------------------------------------
                                          FEES                           COSTS
                                          ------                         -----------
        GROSS BILLABLE AMOUNT:                     0.00                       2,969.51
          AMOUNT WRITTEN DOWN:          _____                  _____
                      PREMIUM:          _____                  _____
             ON ACCOUNT BILLED:         _____                  _____
    DEDUCTED FROM PAID RETAINER:        _____                  _____
                AMOUNT BILLED:          _____                  _____
                    THRU DATE:                                               06/30/2013
    CLOSE MATTER/FINAL BILLING?     YES   OR   NO
   EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:     _____        _____
                                     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:
```

-----------------------------------------------------------------------------------------------------------------------

```
                          ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                          --------------------------                         --------------
              FEES:                     0.00
     DISBURSEMENTS:                  2,969.51      UNIDENTIFIED RECEIPTS:         0.00
       FEE RETAINER:                    0.00          PAID FEE RETAINER:         0.00
      DISB RETAINER:                    0.00         PAID DISB RETAINER:         0.00
  TOTAL OUTSTANDING:                 2,969.51      TOTAL AVAILABLE FUNDS:        0.00
                                                        TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
      DATE OF LAST BILL:             06/30/13         LAST PAYMENT DATE:       07/02/13
      LAST BILL NUMBER:              623085 ACTUAL FEES BILLED TO DATE:     373,601.00
                                            ON ACCOUNT FEES BILLED TO DATE:       0.00
                                               TOTAL FEES BILLED TO DATE:   373,601.00
  LAST BILL THRU DATE:               05/31/13   FEES WRITTEN OFF TO DATE:    85,932.00
                                                COSTS WRITTEN OFF TO DATE:   24,521.28
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:
                                          ----------------------------
           (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
           (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
           (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding           (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____  Processed by:_____  PRC:_____  CRC:_____
```

```
alp_132r: Matter Total                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/31/2013 12:13:02

Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS - 06975                Proforma Number:  4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CASE ADMINISTRATION               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y   ------------- Total Unbilled -------------
Code  Description                    Oldest      Latest        Total
                                     Entry       Entry         Amount
                                     -------     -------       -------
0842  DOCUMENT PREP.                 06/13/13    06/13/13        12.50
0885  LONG-DISTANCE TEL.             06/16/13    06/27/13        35.44
0917  WESTLAW ON-LINE RESEARCH       06/13/13    06/28/13     1,358.76
0921  LEXIS/NEXIS ON-LINE RESEARCH   06/07/13    06/07/13     1,318.57
0950  OUT-OF-TOWN TRAVEL             06/05/13    06/05/13     1,126.70
0951  MEALS/T & E                    06/06/13    06/07/13        33.84
0972  DOCUMENT RETRIEVAL FEES        06/30/13    06/30/13        56.90
0980  TRANSCRIPT FEES                06/07/13    06/07/13        28.60

      Total                                                  2,969.51


U N B I L L E D   C O S T S   D E T A I L
Description/Code                        Employee           Date          Amount         Index#    Batch No   Batch Date
                                                                         ------         ------    --------   ----------

DOCUMENT PREP. 0842
  DOCUMENT PREP.                        ROSENBLUM, A       06/13/13        12.50         9917883   1415880    06/14/13
   Convert 2 documents to word deltaview
   request and email to D. Blabey.

                   0842 DOCUMENT PREP. Total :            12.50


LONG-DISTANCE TEL. 0885
  PREMIERE CONFERENCING                 BLABEY, D E        06/16/13        15.14         9946383   1433990    07/29/13
  PREMIERE CONFERENCING
  PREMIERE CONFERENCING                 BLABEY, D E        06/27/13        20.30         9927521   1421717    06/28/13
  PREMIERE CONFERENCING

             0885 LONG-DISTANCE TEL. Total :              35.44


WESTLAW ON-LINE RESEARCH 0917
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/03/13       360.85         9930546   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        05/03/13         4.83         9930547   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        05/04/13         4.83         9930548   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/05/13         4.83         9930549   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        05/06/13         4.83         9930550   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/06/13       263.26         9930551   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/07/13         4.83         9930552   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/09/13       495.96         9930553   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/10/13         4.83         9930554   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/11/13         4.83         9930555   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/12/13         4.83         9930556   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/13/13         4.83         9930557   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/14/13         4.83         9930558   1425010    07/02/13
  WESTLAW ON-LINE RESE                  BLABEY, D E        06/15/13        91.15         9930559   1425010    07/02/13
```

alp_132: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE      3

Run Date & Time: 07/31/2013 12:13:02

Matter No: 056772-00001                    Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code

| Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/17/13 | 4.83 | 9930560 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/18/13 | 4.83 | 9930561 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/19/13 | 4.83 | 9930562 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/20/13 | 4.83 | 9930563 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/21/13 | 4.83 | 9930564 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/24/13 | 4.83 | 9930565 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/25/13 | 4.83 | 9930566 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/25/13 | 50.94 | 9930567 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/26/13 | 4.83 | 9930568 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/27/13 | 4.83 | 9930569 | 1425010 | 07/02/13 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 06/28/13 | 4.83 | 9930570 | 1425010 | 07/02/13 |

0917 WESTLAW ON-LINE RESE Total :             1,358.76

LEXIS/NEXIS ON-LINE RESEARCH 0921
LEXIS/NEXIS ON-LINE              ZIEGLER, M C    06/07/13     316.57    9930060   1424889   07/02/13

0921 LEXIS/NEXIS ON-LINE Total :               316.57

OUT-OF-TOWN TRAVEL 0950
DAVID E BLABEY                  BLABEY, D E     06/25/13    1,126.70   99395520  1426699   07/09/13
 Name: JW Marriott; City: Washington, DC;
 Date(s): 6/5-7

0950 OUT-OF-TOWN TRAVEL Total :              1,126.70

MEALS/T & E 0951
DAVID E BLABEY                  BLABEY, D E     06/06/13       8.62    9939512   1430270   07/19/13
 Establishment: Subway (L); Guests: David
 Blabey; Affiliation: --; Business Discussed: --
DAVID E BLABEY                  BLABEY, D E     06/06/13       7.70    9939513   1430270   07/19/13
 Establishment: District Taco (D); Guests: David
 Blabey; Affiliation: --; Business Discussed: --
DAVID E BLABEY                  BLABEY, D E     06/07/13       6.44    9939514   1430270   07/19/13
 Establishment: Starbucks (B); Guests: David
 Blabey; Affiliation: --; Business Discussed: --
DAVID E BLABEY                  BLABEY, D E     06/07/13      11.08    9939515   1430270   07/19/13
 Establishment: Pret A Manger (L); Guests: David
 Blabey; Affiliation: --; Business Discussed: --

0951 MEALS/T & E Total :                        33.84

DOCUMENT RETRIEVAL FEES 0972
DOCUMENT RETRIEVAL F            PIZZARELLO, C   06/30/13      56.90    9935811   1426931   07/09/13

0972 DOCUMENT RETRIEVAL F Total :               56.90

TRANSCRIPT FEES 0980
ESCRIBERS, LLC                  BESSNER, D B    06/07/13      28.80    9913368   1414351   06/12/13
ESCRIBERS, LLC

alp_132r: Matter Detail

Run Date & Time: 07/31/2013 12:13:02

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 4722652
Bill Frequency: M

Status    : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| | | | 28.80 | | | |

0980 TRANSCRIPT FEES Total :    28.80

Costs Total :    2,969.51

aip_132r: Matter Detail

Run Date & Time: 07/31/2013 12:13:02

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 4722652
Bill Frequency: M

Status    : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0842 | DOCUMENT PREP. | 12.50 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 35.44 | | | | | |
| 0917 | WESTLAW ON-LINE RESEARCH | 1,358.76 | | | | | |
| 0921 | LEXIS/NEXIS ON-LINE RESEA | 316.57 | | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 1,126.70 | | | | | |
| 0951 | MEALS/T & E | 33.84 | | | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 56.90 | | | | | |
| 0980 | TRANSCRIPT FEES | 28.80 | | | | | |

Costs Total :    2,969.51

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
Run Date & Time: 07/31/2013 12:11:03                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                               Orig Prtnr : CRED. RGTS - 06975          Proforma Number:     4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                     Status      : ACTIVE

Special Billing Instructions:

-----------------------------------------------------------------------------------------------------------------------------------------------
                                                          PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------------------

                UNBILLED TIME FROM:                          TO:
                UNBILLED DISB FROM: 06/01/2013               TO: 06/30/2013

                            FEES                                            COSTS
                            ----                                            -----
    GROSS BILLABLE AMOUNT:                  0.00                                        2,363.39
    AMOUNT WRITTEN DOWN:
                 PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:                                                                06/30/2013
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------------------------------------
                ACCOUNTS RECEIVABLE TOTALS                                        UNAPPLIED CASH
                -------------------------                                         -------------
    FEES:                            0.00
    DISBURSEMENTS:              2,363.39               UNIDENTIFIED RECEIPTS:            0.00
    FEE RETAINER:                    0.00                   PAID FEE RETAINER:           0.00
    DISB RETAINER:                   0.00                  PAID DISB RETAINER:           0.00
    TOTAL OUTSTANDING:         2,363.39              TOTAL AVAILABLE FUNDS:             0.00
                                                              TRUST BALANCE:
                                                            BILLING HISTORY

    DATE OF LAST BILL:    06/30/13          LAST PAYMENT DATE:       07/02/13
    LAST BILL NUMBER:     623085   ACTUAL FEES BILLED TO DATE:  1,335,877.50
                                     ON ACCOUNT FEES BILLED TO DATE:        0.00
                                              TOTAL FEES BILLED TO DATE:  1,335,877.50
    LAST BILL THRU DATE:  05/31/13     FEES WRITTEN OFF TO DATE:       440.50
                                      COSTS WRITTEN OFF TO DATE:     2,162.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development        (8) Premium
   (3) Pre-arranged Discount     (6) Summer Associate            (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____         CRC: _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/31/2013 12:13:03

Matter No.: 056772-00007                                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                       Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
Code  Description                            Oldest       Latest        Total
                                             Entry        Entry         Amount
------  ----------------------------------   --------     --------     --------
0905   OTHER MISCELLANEOUS CHARGES           06/07/13     06/07/13        10.00
0940   CAB FARES                             06/17/13     06/17/13        41.00
0950   OUT-OF-TOWN TRAVEL                    06/05/13     06/28/13     2,144.95
0951   MEALS/T & E                           06/05/13     06/17/13       120.90
0972   DOCUMENT RETRIEVAL FEES               06/30/13     06/30/13        12.30
0979   BLOOMBERG LAW RETRIEVAL FEES          06/24/13     06/24/13         2.94
0988   MEETINGS                              06/01/13     06/01/13        31.30

          Total                                                        2,363.39


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                       Employee             Date          Amount       Index#     Batch No   Batch Date
                                                                                        --------     --------    --------    --------

OTHER MISCELLANEOUS CHARGES 0905
    PHILIP BENTLEY                                     BENTLEY, P           06/07/13        10.00     9926721    1420818     06/28/13
      Hotel tips

                                         0905 OTHER MISCELLANEOUS Total :                  10.00

CAB FARES 0940
    PHILIP BENTLEY                                     BENTLEY, P           06/17/13        15.00     9926724    1420818     06/28/13
      Cab Fare to Penn Station
    PHILIP BENTLEY                                     BENTLEY, P           06/17/13        10.00     9926725    1420818     06/28/13
      Cab Fare to Union Station
    PHILIP BENTLEY                                     BENTLEY, P           06/17/13        16.00     9926726    1420818     06/28/13
      Cab Fare from Penn Station

                                         0940 CAB FARES Total :                            41.00

OUT-OF-TOWN TRAVEL 0950
    PHILIP BENTLEY                                     BENTLEY, P           06/05/13     1,183.75     9926713    1420818     06/28/13
      Name :JW Marriott; City: Washington; Date(s):
      6/5/13 - 6/7/13
    PHILIP BENTLEY                                     BENTLEY, P           06/05/13        17.00     9926714    1420818     06/28/13
      Name : Cab to Penn Station; Start: 6/5/13; End:
      6/5/13
    PHILIP BENTLEY                                     BENTLEY, P           06/05/13        12.00     9926716    1420818     06/28/13
      Name : Cab from Union Station; Start: 6/5/13;
      End: 6/5/13
    PHILIP BENTLEY                                     BENTLEY, P           06/06/13        12.00     9926718    1420818     06/28/13
      Name : Cab to Georgetown Law Center; Start:
      6/6/13; End: 6/6/13
    PHILIP BENTLEY                                     BENTLEY, P           06/07/13        11.00     9926720    1420818     06/28/13
      Name : Cab to Union Station; Start: 6/7/13;
      End: 6/7/13
```

alp_132: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Run Date & Time: 07/31/2013 12:13:03

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:    4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHILIP BENTLEY | | | | | | |
| Name : Cab from Penn Station; Start: 6/7/13; | BENTLEY, P | 06/07/13 | 35.00 | 9926723 | 1420818 | 06/28/13 |
| End: 6/7/13 | | | | | | |
| DINERS CLUB CITICORP DIN | BENTLEY, P | 06/11/13 | 296.25 | 9927422 | 1421649 | 07/01/13 |
| 6/17/2013 NYP TO PHL TO NYP | | | | | | |
| DINERS CLUB CITICORP DIN | BLABEY, D E | 06/11/13 | 296.25 | 9927423 | 1421649 | 07/01/13 |
| 6/17/2013 NYP TO PHL TO NYP | | | | | | |
| DINERS CLUB CITICORP DIN | BENTLEY, P | 06/13/13 | 344.25 | 9927420 | 1421649 | 07/01/13 |
| 6/17/2013 NYP TO PHL TO NYP | | | | | | |
| DINERS CLUB CITICORP DIN | BLABEY, D E | 06/13/13 | 344.25 | 9927421 | 1421649 | 07/01/13 |
| 6/17/2013 NYP TO PHL TO NYP | | | | | | |
| DINERS CLUB CITICORP DIN | BENTLEY, P | 06/28/13 | -203.40 | 9948252 | 1434952 | 07/30/13 |
| 6/17/2013 NYP TO PHL TO NYP | | | | | | |
| DINERS CLUB CITICORP DIN | BLABEY, D E | 06/28/13 | -203.40 | 9948253 | 1434952 | 07/30/13 |
| 6/17/2013 NYP TO PHL TO NYP | | | | | | |
| 0950 OUT-OF-TOWN TRAVEL Total : | | | 2,144.95 | | | |
| | | | | | | |
| MEALS/T & E 0951 | | | | | | |
| PHILIP BENTLEY | BENTLEY, P | 06/05/13 | 74.90 | 9926717 | 1420818 | 06/28/13 |
| Establishment: (D) Neyla; Guests: David Blabey; | | | | | | |
| Affiliation: Ku. Business Discussed: W.R. Grace | | | | | | |
| PHILIP BENTLEY | BENTLEY, P | 06/05/13 | 7.00 | 9926715 | 1420818 | 06/28/13 |
| Establishment: (B) on Acela; Guests: n/a; | | | | | | |
| Affiliation: n/a; Business Discussed: n/a | | | | | | |
| PHILIP BENTLEY | BENTLEY, P | 06/06/13 | 15.00 | 9926719 | 1420818 | 06/28/13 |
| Establishment: (L) Unknown; Guests: n/a; | | | | | | |
| Affiliation: n/a; Business Discussed: n/a | | | | | | |
| PHILIP BENTLEY | BENTLEY, P | 06/07/13 | 16.00 | 9926722 | 1420818 | 06/26/13 |
| Establishment: (L) Unknow; Guests: n/a; | | | | | | |
| Affiliation: n/a; Business Discussed: n/a | | | | | | |
| PHILIP BENTLEY | BENTLEY, P | 06/17/13 | 8.00 | 9926727 | 1420818 | 06/28/13 |
| Establishment: Food on Train; Guests: Bentley; | | | | | | |
| Affiliation: , Business Discussed: , | | | | | | |
| 0951 MEALS/T & E Total : | | | 120.90 | | | |
| | | | | | | |
| DOCUMENT RETRIEVAL FEES 0972 | | | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 06/30/13 | 12.30 | 9935812 | 1426831 | 07/09/13 |
| 0972 DOCUMENT RETRIEVAL F Total : | | | 12.30 | | | |
| | | | | | | |
| BLOOMBERG LAW RETRIEVAL FEES 0979 | | | | | | |
| BLOOMBERG FINANCE L.P. | BENTLEY, P | 06/24/13 | 2.94 | 9923842 | 1419195 | 06/24/13 |
| BLOOMBERG LAW RETRIEVAL FEES    VENDOR- | | | | | | |
| BLOOMBERG FINANCE L.P. | | | | | | |

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/31/2013 12:13:03

Matter No: 056772-00007                                      Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:      4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                 Employee           Date           Amount        Index#  Batch No  Batch Date
------------------------------------------       --------           ------         -----------   ------- --------- ----------

                                                0979 BLOOMBERG LAW RETRIE Total :    2.94


MEETINGS 0988
     AMERICAN EXPRESS                            BENTLEY, P         06/01/13        31.30         9938675 1430451    07/19/13
     AMERICAN EXPRESS 6/1/13--FRESH & CO--P.
     Bentley--lunch for W.R. Grace meeting--JM
                                                0988 MEETINGS Total :               31.30



          Costs Total :                                                          2,363.39

alp_132r: Matter Detail
Run Date & Time: 07/31/2013 12:13:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   10

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    4722652
Bill Frequency: M

Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer  To  Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0905 OTHER MISCELLANEOUS CHARG | 10.00 | | | | |
| 0940 CAB FARES | 41.00 | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 2,144.95 | | | | |
| 0951 MEALS/T & E | 120.90 | | | | |
| 0972 DOCUMENT RETRIEVAL FEES | 12.30 | | | | |
| 0979 BLOOMBERG LAW RETRIEVAL F | 2.94 | | | | |
| 0988 MEETINGS | 31.30 | | | | |
| Costs Total : | 2,363.39 | | | | |

```
slp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     11
Run Date & Time: 07/31/2013 12:13:03                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS   - 06975              ProForma Number:      4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

Special Billing Instructions:

-----------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------

        UNBILLED TIME FROM:                            TO:
        UNBILLED DISB FROM: 06/30/2013                 TO: 06/30/2013

                                      FEES                                         COSTS
                                      ----                                         -----
        GROSS BILLABLE AMOUNT:             0.00                                          28.20
        AMOUNT WRITTEN DOWN:
                   PREMIUM:
         ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                                         06/30/2013
    CLOSE MATTER/FINAL BILLING?  YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------------------
    ACCOUNTS RECEIVABLE TOTALS                                      UNAPPLIED CASH
    --------------------------                                      --------------
             FEES:              0.00
    DISBURSEMENTS:             28.20            UNIDENTIFIED RECEIPTS:       0.00
    FEE RETAINER:               0.00                 PAID FEE RETAINER:     0.00
    DISB RETAINER:              0.00                PAID DISB RETAINER:     0.00
    TOTAL OUTSTANDING:         28.20            TOTAL AVAILABLE FUNDS:      0.00
                                                        TRUST BALANCE:
                                                   BILLING HISTORY
    DATE OF LAST BILL:   06/30/13                LAST PAYMENT DATE:    07/02/13
    LAST BILL NUMBER:    623085  ACTUAL FEES BILLED TO DATE:     255,618.50
                                     ON ACCOUNT FEES BILLED TO DATE:        0.00
                                        TOTAL FEES BILLED TO DATE:   255,618.50
    LAST BILL THRU DATE: 05/31/13       FEES WRITTEN OFF TO DATE:    20,499.50
                                        COSTS WRITTEN OFF TO DATE:      944.50

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ------------------------------
    (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____        FRC: _____        CRC: _____
```

alp_132r: Matter Detail

Run Date & Time: 07/31/2013 12:13:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00008                             Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------- Total Unbilled -------
Code  Description                              Oldest      Latest      Total
                                               Entry       Entry       Amount
----  -----------                              ------      ------      ------
0972  DOCUMENT RETRIEVAL FEES                  06/30/13    06/30/13     28.20

        Total                                                          28.20

U N B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee              Date        Amount    Index#    Batch No   Batch Date
----------------                      --------              ----        ------    ------    --------   ----------

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F              PIZZARELLO, C         06/30/13     12.10     9935813   1426831    07/09/13
    DOCUMENT RETRIEVAL F              PIZZARELLO, C         06/30/13     16.10     9935814   1426831    07/09/13
    0972 DOCUMENT RETRIEVAL F Total :                                   28.20


        Costs Total :                                                   28.20

alp_132r: Matter Detail

Run Date & Time: 07/31/2013 12:13:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      4722652
Bill Frequency: M

Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                          Amount            Bill        W/o / W/u        Transfer  To    Clnt/Mtr    Carry Forward

0972 DOCUMENT RETRIEVAL FEES              28.20

         Costs Total :                    28.20

alp_132r: Matter Detail

Run Date & Time: 07/31/2013 12:13:03

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    4722652
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                          TO:
UNBILLED DISB FROM:    06/30/2013            TO:    06/30/2013

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 26.60 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 06/30/2013 |
| CLOSE MATTER/FINAL BILLING?    YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| DISBURSEMENTS: | 26.60 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 26.60 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 06/30/13 | LAST PAYMENT DATE: | 10/17/12 |
|---|---|---|---|
| LAST BILL NUMBER: | 623005 | ACTUAL FEES BILLED TO DATE: | 474,051.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 474,051.00 |
| LAST BILL THRU DATE: | 05/31/13 | FEES WRITTEN OFF TO DATE: | 12,970.68 |
| | | COSTS WRITTEN OFF TO DATE: | 2,020.63 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development       (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

```
alp_132r: Matter Detail                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE   15
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/31/2013 12:13:03

Matter No: 056772-00019                      Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                             Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest        Total
                                           Entry       Entry         Amount
----  ----------------------------         ------      ------        -----------
0972  DOCUMENT RETRIEVAL FEES              06/30/13    06/30/13          26.60

            Total                                                        26.60

U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee       Date        Amount      Index#  Batch No  Batch Date
------------------------------------------ --------       ------      ----------- ------- --------- ----------

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                    PIZZARELLO, C  06/30/13      26.60     9935815  1426831   07/09/13
                                            0972 DOCUMENT RETRIEVAL F Total :  26.60

            Costs Total :                                                26.60
```

alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    16
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/31/2013 12:13:03

Matter No: 056772-00019                                  Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:     4722652
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill         W/o / W/u          Transfer  To   Clnt/Mtr    Carry Forward
-----------------------  ------------------    -----------  ---------------  ------------------------------  ----------------

0972 DOCUMENT RETRIEVAL FEES       26.60       _____  _____  _____  _____


          Costs Total :            26.60       _____  _____  _____  _____