# SIGN-IN-SHEET

CASE NAME: W.R. Grace & Co., et al
CASE NO.      01-1139-KJC

COURTROOM LOCATION: 5
DATE:   August 1, 2013

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| Richard L. Schepacarter | USDOJ-OUST | UST |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

| Calendar Date: | 08/01/2013 |
| Calendar Time: | 11:00 AM ET |

2nd Revision 07/31/2013 03:40 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747082 | Philip Bentley | (212) 715-9505 | Kramer Levin Naftalis & Frankel, LLP | Creditor, The official / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5739743 | Elizabeth J. Cabraser | 415-956-1000 | Lieff, Cabraser, Heimann & Bernstein, | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747083 | Teresa Currier | (302) 421-6826 | Saul Ewing LLP | Creditor, Official Committee Of Equity Security Holders / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5744389 | Gabriella Daniel | (202) 659-6000 | Eckert, Seamans, Cherin & Mellott, LL | Creditor, Maryland Casualty Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5739751 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5748331 | John Donley | (312) 862-2068 | Kirkland & Ellis, LLP | Debtor, W. R. Grace & Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5746978 | Debra Felder | (202) 339-8567 | Orrick, Herrington & Sutcliffe LLP | Other Prof., Roger Frankel - Future Claimants Representative / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5746958 | Richard Finke | 410-531-4355 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5746971 | Roger Frankel | (202) 339-8513 | Orrick, Herrington & Sutcliffe LLP | Other Prof., Roger Frankel - Future Claimants Representative / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5748345 | Roger Higgins | (312) 836-4047 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co., et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 5748352 | Daniel K. Hogan | 302-656-7540 | The Hogan Firm | Claimant, Canadian ZAI Claimants / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2012

| Case | No. | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5692812 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick, P.C. | Creditor, Official Committee of Asbestos Personal Injury Claimants / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747236 | Mark Hurford | (302) 426-1900 | Campbell & Levine | Creditor, Official Committee of Unsecured Creditors / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5742106 | Matthew Jacobson | (212) 667-1438 | Nomura Holding America Inc. | Interested Party, Nomura Holding America Inc. / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5746998 | Michael R. Lastowski | 302-657-4900 | Duane Morris LLP | Interested Party, Unsecured Creditor Committee / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747257 | Peter Lockwood | (202) 862-5065 | Caplin & Drysdale | Creditor, Committee of Asbestos Personal Injury Claimants / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5744402 | Edward Longosz | (215) 851-8431 | Eckert, Seamans, Cherin & Mellott | Creditor, Maryland Casualty Co. / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5748481 | Francis Monaco | (302) 652-4340 | Womble Carlyle Sandridge & Rice, PLL | Creditor, The State of Montana / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747015 | James E. O'Neill | (302) 778-6407 | Pachulski Stang Ziehl & Jones (All Offi | Debtor, W.R. Grace & Co., et al / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5746340 | Adam Paul | (312) 862-3120 | Kirkland & Ellis LLP | Debtor, W.R Grace & Co., et al / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747902 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof., David T. Austem Future Claims Representative / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5746980 | Joseph Radecki | (212) 277-8117 | Lincoln International LLC | Other Prof., Roger Frankel - Future Claimants Representative / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747204 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Interested Party, Property Damage FCR / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747136 | Jay Sakalo | (305) 375-6156 | Bilzin Sumberg Baena Price Axelrod, L | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5739874 | Darrel Scott | 509-455-3966 | Scott Law Group, P.S. | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747543 | Warren H. Smith | (214) 698-3868 ext. 1 | Warren H. Smith & Associates, P.C. | Fee Auditor, Warren H. Smith / LIVE |

| Case | Number | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5741083 | Gibson Solomons | (803) 943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5741075 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5749593 | Theodore J. Tacconelli | 302-575-1555 | Ferry Joseph & Pearce P.A. | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5747247 | Rita Tobin | (212) 379-6000 | Caplin & Drysdale | Creditor, Creditors Committee / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5748486 | Matthew P. Ward | (302) 252-4369 | Womble Carlyle Sandridge & Rice, PLL | Creditor, The State of Montana / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5742902 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook & Brickl | Creditor, CAI / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5749780 | Denise Wildes | 212-806-6023 ext. 00 | Stroock & Stroock & Lavan LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5746975 | Richard H. Wyron | (202) 339-8514 ext. 00 | Orrick, Herrington & Sutcliffe LLP | Other Prof., Roger Frankel - Future Claimants Representative / LIVE |