**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 8/21/2013; 4:00 PM ET** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR**
**FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND**
**HOLDERS OF DEMANDS FOR THE FIFTY-NINTH MONTHLY**
**INTERIM PERIOD FROM JULY 1, 2013 THROUGH JULY 31, 2013**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2013 through July 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $11,940.00   [80% of $14,925.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $287.83 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 28 years, and his billing rate is $750 per hour.  In this Application period Mr. Rich billed 19.9 hours,[2] for a total amount billed of $14,925.00, of which 80% is currently sought, in the amount of $11,940.00.  Reasonable expenses were incurred for this period in the amount of $287.83.  The total sought in this Application is $12,227.83.

As stated above, this is the Fifty-Ninth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 17.5 | $13,125.00 |
| Fee Application Matters | 2.4 | $1,800.00 |
| TOTAL | 19.9 | $14,925.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel (cancellation fees) | $287.83 |
| TOTAL | $287.83 |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 1st day of August, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (July, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace***, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 7/1/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/1/2013 | Emails with client | 0.1 |
| 7/1/2013 | Prepare, file and serve 58th Monthly Fee Application and Notice of Filing same | 1.5 |
| 7/2/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/2/2013 | Email to PI FCR counsel re August Omnibus | 0.1 |
| 7/2/2013 | Email to client re meeting | 0.1 |
| 7/3/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/5/2013 | Emails with Fee Auditor re Judge Sanders' Amended 17th Quarterly Fee Application | 0.1 |
| 7/6/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 7/8/2013 | Email from client re meeting | 0.1 |
| 7/8/2013 | Review Project Lantern Confidentiality materials and revision to consent form and emails re same | 0.5 |
| 7/8/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/9/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/9/2013 | Emails re project Lantern | 0.1 |
| 7/10/2013 | Review Fee Auditor Report re Grant Thornton 47th Quarter Fee Application | 0.1 |
| 7/10/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/10/2013 | Emails re project Lantern | 0.1 |
| 7/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/11/2013 | Emails re project Lantern | 0.1 |
| 7/11/2013 | Review Project Lantern materials | 1.1 |
| 7/12/2013 | Review Withdrawal of CNO of Anderson Kill Quarterly Fee Application | 0.1 |
| 7/12/2013 | Review 2Q13 Statement of Ordinary Course Professional Payments | 0.2 |
| 7/12/2013 | Review Fee Auditor Report re AKO 48th Quarter Fee Application | 0.1 |
| 7/12/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/13/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/16/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/17/2013 | Prepare for and attend Project Lantern Conference Call | 1.2 |
| 7/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/17/2013 | Email from PI FCR counsel re Project Lantern | 0.1 |

| | | |
|---|---|---|
| 7/17/2013 | Review Fee Auditor's Amended Final Report for the 47th Quarter | 0.3 |
| 7/18/2013 | Review CNO's for Canadian ZAI Counsels' 13th Quarterly Fee Applications | 0.1 |
| 7/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/18/2013 | Conference with PI FCR counsel re project Lantern | 0.3 |
| 7/18/2013 | Email to A. Schlesinger and R. Higgins re facility and research re same | 0.3 |
| 7/18/2013 | Review compensation application of counsel to the Property Damage Committee | 0.1 |
| 7/19/2013 | Review Draft Project Lantern materials | 1.0 |
| 7/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/19/2013 | Emails with A. Paul re Project Lantern | 0.1 |
| 7/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/21/2013 | Emails to and from PI FCR counsel re project Lantern | 0.1 |
| 7/22/2013 | Emails re project Lantern | 0.4 |
| 7/22/2013 | Prepare, file and serve CNO for 58th Monthly Fee Application | 0.2 |
| 7/22/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/23/2013 | Emails and phone calls re project Lantern | 0.7 |
| 7/23/2013 | Review PI FCR redline of Project Lantern motion papers | 0.3 |
| 7/24/2013 | Review Certification of Counsel re 47Q Fee Applications | 0.2 |
| 7/24/2013 | Review Report of 48th Quarter Asset Sales | 0.1 |
| 7/24/2013 | Review Certification of Counsel re 47Q Project Categories | 0.3 |
| 7/24/2013 | Review Report of 48th Quarter Settlements | 0.1 |

| | | |
|---|---|---|
| 7/24/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/24/2013 | Review Third Circuit Opinion and Notice of Judgment in Garlock Appeal | 0.5 |
| 7/24/2013 | Emails with A. Paul re Project Lantern | 0.2 |
| 7/24/2013 | Review Clerk's Order amending Garlock Opinion | 0.1 |
| 7/24/2013 | Emails re status of appeals | 0.2 |
| 7/24/2013 | Email update to client | 0.2 |
| 7/24/2013 | Emails with PI FCR counsel re Project Lantern motions | 0.2 |
| 7/25/2013 | Email from Judge Sanders re status | 0.1 |
| 7/25/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/25/2013 | Emails with R. Higgins re Omnibus hearing | 0.1 |
| 7/25/2013 | Review Certificate of No Objection to Monthly Fee Application of the Hogan Firm, counsel to Canadian ZAI Counsel | 0.1 |
| 7/25/2013 | Review Certificate of No Objection to Monthly Fee Application of the Lauzon firm, Canadian ZAI Counsel | 0.1 |
| 7/25/2013 | Review Certificate of No Objection to Monthly Fee Application of the Scarfone Hawkins firm, Canadian ZAI Counsel | 0.1 |
| 7/25/2013 | Review Certificate of No Objection re 142nd monthly fee application of counsel to the PD Committee | 0.1 |
| 7/25/2013 | Review Certificate of No Objection re 144th monthly fee application of local counsel to the PD Committee | 0.1 |
| 7/25/2013 | Review Certificate of No Objection re 145th monthly fee application of local counsel to the PD Committee | 0.1 |
| 7/25/2013 | Review Agenda for August 1 Omnibus hearing | 0.2 |
| 7/26/2013 | Email to client re omnibus hearing | 0.1 |
| 7/26/2013 | Review monthly fee applications of Canadian ZAI counsels | 0.3 |

| | | |
|---|---|---|
| 7/26/2013 | Telephone call from A. Paul re Project Lantern | 0.1 |
| 7/26/2013 | Email to A. Paul re Project Lantern | 0.1 |
| 7/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/29/2013 | Review revised Project Lantern motion | 0.6 |
| 7/29/2013 | Review PI FCR proposed modification to revised Project Lantern Motion | 0.2 |
| 7/29/2013 | Emails with PI FCR counsel re Project Lantern motion | 0.1 |
| 7/29/2013 | Review Miscellaneous Pleadings received today | 0.3 |
| 7/29/2013 | Email from ACC counsel re project Lantern | 0.1 |
| 7/30/2013 | Email from Debtors' counsel re July Omnibus hearing | 0.1 |
| 7/30/2013 | Emails with client re July Omnibus hearing | 0.1 |
| 7/30/2013 | Emails with client re bills | 0.1 |
| 7/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/30/2013 | Review Amended Agenda for July Omnibus Hearing | 0.2 |
| 7/30/2013 | Emails re project Lantern | 0.2 |
| 7/31/2013 | Draft, file and serve PD FCR's 46th Monthly Fee Application and Notice of Filing thereof | 0.3 |
| 7/31/2013 | Draft, file and serve PD FCR's 45th Monthly Fee Application and Notice of Filing thereof | 0.3 |
| 7/31/2013 | Emails with PI FCR counsel re Project Lantern | 0.1 |
| 7/31/2013 | Review of further revisions to Project Lantern Motion | 0.3 |
| 7/31/2013 | Review Order allowing PI PCR retention of Lincoln Partners | 0.1 |
| 7/31/2013 | Review Order allowing PI PCR retention of Delaware counsel | 0.1 |
| 7/31/2013 | Review Order allowing PI PCR retention of Orrick | 0.1 |

| | | |
|---|---|---|
| 7/31/2013 | Review 144th Monthly Fee Application of counsel<br>to the Property Damage committee | 0.1 |
| 7/31/2013 | Review 146th Monthly Fee Application of Delaware counsel<br>to the Property Damage committee | 0.1 |
| 7/31/2013 | Review Order Approving 47th Quarterly Fee Applications | 0.2 |
| 7/31/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total:   19.9 hours @ $750/hour = $14,925.00

Expenses:     $287.83  (various cancellation fees when omnibus changed to telephonic only)

Total Fees and Expenses Due:  $15,212.83