**EXHIBIT A**
(Fee Detail)

# FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $11,153.00 |
| **FEE APPLICATION – APPLICANT** | $525.00 |
| **TOTAL FEES** | $11,678.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 30, 2013
Bill Number 165812
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH JUNE 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/06/13 | ARA | Document control. | 6.50 Hrs | 585.00 |
| 06/07/13 | ARA | Document control. | 6.70 Hrs | 603.00 |
| 06/10/13 | ARA | Document control. | 6.50 Hrs | 585.00 |
| 06/11/13 | ARA | Document control. | 6.00 Hrs | 540.00 |
| 06/12/13 | ARA | Document control. | 6.20 Hrs | 558.00 |
| 06/13/13 | RAM | Telephone conference with in-house counsel re: whether there are videos or outlines of oral presentations re: mining and milling process at Libby; conference with MTM re: same (.2), Review historical materials in office (.5). Have certain volumes of Briefing Books and Zucker materials sent from Winthrop Square repository (.1) | 0.80 Hrs | 280.00 |
| 06/13/13 | MTM | Telephone call from in-house counsel and telephone call to ARA re: Searchlink searches and access to actual documents. | 0.10 Hrs | 30.00 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JUNE 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/13/13 | ARA | Per telephone call from RAM, retrieve the revised set of briefing books and discuss contents with him (.5). Search for, locate and prepare Zucker binders per RAM's request (1.0). Telephone call from MTM re: Searchlink searches (.1). | 1.60 Hrs | 224.00 |
| 06/13/13 | ARA | Document control. | 5.10 Hrs | 459.00 |
| 06/14/13 | RAM | Review Zucker deposition transcripts and papers for references to Libby mining and milling process (1.2). Conference with MTM re: Libby videos (.1). Telephone conference with in-house counsel re: what has been located and send selected materials to him (.2). | 1.50 Hrs | 525.00 |
| 06/14/13 | MTM | Conference with RAM re: Libby operations video request form in-house counsel (.1); telephone call to ARA re: same (.2); telephone call from ARA re: found a video matching the description (.1). | 0.40 Hrs | 120.00 |
| 06/14/13 | ARA | Per telephone call from MTM, re: Libby operations video for in-house counsel, search for and review resource materials (2.0); produce documents to MTM and discuss (.3). | 2.30 Hrs | 322.00 |
| 06/14/13 | ARA | Document control. | 3.90 Hrs | 351.00 |
| 06/16/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 06/17/13 | RAM | Email from MTM with results of ARA's search of Libby Common Exhibits for any videos of Libby operations. Read selected documents filed in bankruptcy court. | 0.10 Hrs | 35.00 |
| 06/17/13 | MTM | Telephone call from ARA re: no other reference to Libby videos in Libby common exhibits (.1); email to RAM re: same and conference with him re: canisters of film (.1); telephone call to ARA re: same (.1). | 0.30 Hrs | 90.00 |
| 06/17/13 | ARA | Per MTM's request, review Libby common exhibits and box of films re: Libby operations. | 5.20 Hrs | 728.00 |
| 06/18/13 | RAM | Email from MTM re: slides, photos and film re: Libby operations found by ARA; send information to J. Hughes. | 0.10 Hrs | 35.00 |

Page 2

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH JUNE 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/18/13 | MTM | Telephone call from ARA re: found multiple VHS tapes in Cambridge (.2); email to RAM re: same (.1); telephone call from RAM re: films and tapes (.1). | 0.40 Hrs | 120.00 |
| 06/18/13 | ARA | Continue search for Libby operations videos (5.1); telephone calls to MTM re: same (.2). | 5.30 Hrs | 742.00 |
| 06/19/13 | ARA | Document control. | 5.20 Hrs | 468.00 |
| 06/20/13 | ARA | Document control. | 5.30 Hrs | 742.00 |
| 06/21/13 | ARA | Document control. | 5.60 Hrs | 504.00 |
| 06/24/13 | ARA | Document control. | 1.50 Hrs | 135.00 |
| 06/25/13 | ARA | Document control. | 6.50 Hrs | 585.00 |
| 06/26/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.05 Hrs | No Charge |
| 06/26/13 | MTM | Email from in-house counsel re: Libby personnel file (.1); email from in-house counsel re; second Libby personnel file and telephone call to ARA re: same (.1). | 0.20 Hrs | 60.00 |
| 06/26/13 | ARA | Document control. | 3.10 Hrs | 279.00 |
| 06/26/13 | ARA | Per MTM's calls and emails, search for and review Libby personnel files (2.8); arrange to have files copied (.5); notify MTM third personnel file not available (.1). | 3.40 Hrs | 476.00 |
| 06/27/13 | ARA | Document control. | 3.80 Hrs | 342.00 |
| 06/27/13 | ARA | Quality control Libby personnel files and return them to the repository. | 2.20 Hrs | 308.00 |
| 06/28/13 | ARA | Document control. | 2.80 Hrs | 252.00 |
| 06/29/13 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES $11,153.00

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.70 | 350.00 | 945.00 |
| Matthew T. Murphy | 1.40 | 300.00 | 420.00 |

Page 3

**CASNER & EDWARDS LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Angela R. Anderson | 25.30 | 140.00 | 3,542.00 |
| Angela R. Anderson | 69.40 | 90.00 | 6,246.00 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 98.85 | | $11,153.00 |

|  |  |
|---|---:|
| TOTAL THIS BILL | $11,153.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 30, 2013
Bill Number 165813
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH JUNE 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/03/13 | RAM | Finalize April fee application; send it to Delaware counsel to file. | 0.30 Hrs | 105.00 |
| 06/06/13 | RAM | Send "as filed" April fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 06/23/13 | RAM | Work on May fee application. | 0.30 Hrs | 105.00 |
| 06/24/13 | RAM | Work on May fee application. Emails from in-house counsels that fee application may be filed. | 0.60 Hrs | 210.00 |
| 06/26/13 | RAM | Finalize May fee application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |

TOTAL LEGAL SERVICES   $525.00

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.50 | 350.00 | 525.00 |

Page 1

CASNER & EDWARDS LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Fee Applications, Applicant

                              1.50                      $525.00

                TOTAL THIS BILL        $525.00