# EXHIBIT B
**(Expense Detail)**

## EXPENSES

| LITIGATION AND LITIGATION CONSULTING | $11,815.68 |
|---|---|
| FEE APPLICATION – APPLICANT | $28.50 |
| TOTAL EXPENSES | $11,844.18 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 30, 2013
Bill Number 165825
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH JUNE 30, 2013

### EXCESS POSTAGE

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 06/30/13 | EXCESS POSTAGE | 1.72 | |
| | | | $1.72 |

### RENT REIMBURSEMENT

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 06/03/13 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - June 2013. | 11,405.66 | |
| | | | $11,405.66 |

### MISCELLANEOUS

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 06/18/13 | RECORDKEEPER ARCHIVE CENTERS,: Storage from June 1, 2013 through June 30, 2013. | 408.30 | |
| | | | $408.30 |

|  |  |
|---|---:|
| TOTAL COSTS | $11,815.68 |
| TOTAL THIS BILL | $11,815.68 |

Page 1

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 30, 2013
Bill Number 165826
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JUNE 30, 2013

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 06/10/13 | FEDERAL EXPRESS CORPORATION: To 919 North Market, Pachulski Stang Ziehl & Jones, Lynzy McGee from Casner and Edwards on May 14, 2013 by R A Murphy. | 28.50 |
| | | $28.50 |
| | TOTAL COSTS | $28.50 |
| | TOTAL THIS BILL | $28.50 |

Page 1