# EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 6/1/2013 - 6/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2013 | 2.5 | $525.00 | Analysis of R Barakat/K&E email re BNSF and the Crown ballots/voting (.1); research files re BNSF and Crown ballots, claims (1.7); research tabulation re BNSF/Crown ballots returned (.4); prep email to G Kruse re zip file (.1); prep email to R Barakat re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2013 | 0.3 | $63.00 | Analysis of R Higgins email re H Feichko inquiry re Libby settlement order (.1); research DRTT re Libby settlement order (.1); prep email to R Higgins re Libby settlement order (.1) |
| | | | Total: | 2.8 | $588.00 | |
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2013 | 0.2 | $42.00 | Telephone from Tia at Sierra Liquidity re interest in purchasing claim 13308, referred to R Higgins as claim 13308 subject of recent claims issues (.1); prep email to R Higgins re Tia at Sierra Liquidity and inquiry (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2013 | 1.3 | $273.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2013 | 0.2 | $42.00 | Prep email to S Cohen re response for John Barry ZAI inquiry (.1); prep email to S Cohen re approval of data change report for COAs to send to Rust (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 6/3/2013 | 0.2 | $9.00 | Review COA's Postage for previous month (.1), prep production billing (.1) |
| NOREVE ROA - CAS | | $95.00 | 6/3/2013 | 0.3 | $28.50 | Review Court Docket Nos. 30684-30698 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/3/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/4/2013 | 0.4 | $84.00 | Analysis of B Jaffe email re status of interest data file (.1); analysis of S Fritz email re draft May invoice (.1); revise draft invoice and email S Fritz re revisions (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/4/2013 | 0.3 | $33.00 | Email correspondence with M.Araki re: recent creditor inquiry to Call Center and follow-up correspondence required (.1); review related claim data (.1); email correspondence with creditor (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/4/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/4/2013 | 0.1 | $11.00 | Email correspondence with K.Becker at Rust, M.Araki re; creditor change of address report |
| MARISTAR GO - CAS | | $95.00 | 6/5/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. (30676, 30678-30680, 30682-30688, 30691-30698 ) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/5/2013 | 0.2 | $42.00 | Analysis of S Fritz email re revised May draft invoice (.1); review and approve (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/5/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/6/2013 | 0.4 | $38.00 | Review Court docket Nos 30699-30701, 30703-30726 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/6/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 6/7/2013 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos. (30700 30701-30706 30708-30726 ) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2013 | 0.4 | $84.00 | Analysis of S Cohen email re updates to b-Linx recon notes re split claims (.1); prep email to S Cohen re recon notes for splits (.1); analysis of G Kruse email re Blackstone interest data and report, revision to programming (.1); prep email to G Kruse re reporting schedule (.1) |

# bmcgroup
information management

WR Grace
Date Range 6/1/2013 - 6/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| NOREVE ROA - CAS | | $95.00 | 6/7/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30727-30729 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/7/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/8/2013 | 0.1 | $9.50 | Review Court docket Nos 30730 |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/8/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30727-30729 |
| MARISTAR GO - CAS | | $95.00 | 6/10/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (30730 ) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.1 | $16.50 | Discussion with S Cohen re: recently filed Notices of Transfer of Claim and required claim database updates. |
| MIREYA CARRANZA - CAS | | $45.00 | 6/10/2013 | 0.2 | $9.00 | Prep Transfer Notice SOUTHPAW KOUFAX LLC re: dkt 30666 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 6/10/2013 | 0.2 | $9.00 | Prep Transfer Notice OLDON LIMITED PARTNERSHIP re: dkt 30666 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 6/10/2013 | 0.2 | $9.00 | Prep Courtesy Notice Tannor Partners Credit re: Dkt 30702 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 6/10/2013 | 0.2 | $9.00 | Prep Courtesy Notice ADTECH SYSTEMS INC re: Dkt 30702 for service |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/10/2013 | 0.3 | $58.50 | Claims Transfers: Analysis of Notices of Transfer - Stone Pigman, Southpaw Koufax, and Adtech claims forwarded to NoticeGroup for production and service (.2); approve for fulfillment as appropriate (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/10/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 6/11/2013 | 0.2 | $13.00 | Review & respond to email from M Booth transmitting doc for ECF filing (.1); ECF file doc - Ntc Transfer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/11/2013 | 1.1 | $231.00 | Analysis of emails from S Cohen, K Martin and M John re project status (.1); analysis of Court docket re case status (1.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/11/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/12/2013 | 0.2 | $42.00 | Telephone from/to D Speitz/Speitz & Runyan re solicitation declaration and inquiry re exhibits |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/12/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 6/13/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (30727 30728 30729) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/13/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| NOREVE ROA - CAS | | $95.00 | 6/13/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30731-30738 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/13/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/13/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/14/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket nos 30731-30733, 30736, 30738-30742 |
| BARBARA COLBY - CAS | | $55.00 | 6/14/2013 | 0.2 | $11.00 | Review returned mail (.1); prep email to Cassman re returned mail for updating Notice System (.1) |
| NOREVE ROA - CAS | | $95.00 | 6/14/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30739-30742 |

Page 2 of 9

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 6/1/2013 - 6/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/14/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/15/2013 | 0.1 | $9.50 | Review Court docket Nos 30743-30745 |
| MARISTAR GO - CAS | | $95.00 | 6/17/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (30743 ) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2013 | 1.6 | $336.00 | Continue analysis of status of projects, pending items (.9); revise/update project and pending items tracking lists (.7) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/17/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/18/2013 | 0.3 | $63.00 | Analysis of R Higgins email re info for LA County Tax Collector withdrawal (.1); prep email to G Kruse re excel extract of data from undisputed claims report (.1); analysis of G Kruse email re data availability (.1) |
| NOREVE ROA - CAS | | $95.00 | 6/18/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30746-30747 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/18/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 6/19/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/19/2013 | 0.4 | $84.00 | Analysis of S Cohen email re K White inquiry (.1); analysis of R Higgins email re call to discuss draft undisputed claims report (.1); emails with R Higgins, A Schlesinger re undisputed claims report schedule (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/19/2013 | 0.1 | $11.00 | Provide Call Center support for creditor inquiry related to proof of claim status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/19/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/20/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30748-30755, 30758 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/20/2013 | 0.1 | $21.00 | Analysis of T Feil email re stock distribution, analysis of K Martin response, prep email to T Feil, K Martin re stock distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/20/2013 | 0.7 | $147.00 | Analysis of S Cohen emails to K Becker re updated claims info, transfer (.6); analysis of R Higgins email re schedule updates (.1) |
| NOREVE ROA - CAS | | $95.00 | 6/20/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30748-30758 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/20/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/20/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/21/2013 | 0.2 | $42.00 | Research b-Linx re K White claim (.1); prep email to K White re claim status (.1) |
| NOREVE ROA - CAS | | $95.00 | 6/21/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30759-3076 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/21/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/22/2013 | 0.1 | $9.50 | Review Court docket Nos 30764-30767 |
| MARISTAR GO - CAS | | $95.00 | 6/24/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (30764 30765 30766 30767 ) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2013 | 1.5 | $315.00 | Analysis of Court docket re case status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2013 | 2.3 | $483.00 | DRTT analysis and b-Linx audit (1.5); revise b-Linx per audit (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/24/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/25/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30769-30775 |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 6/1/2013 - 6/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2013 | 0.4 | $84.00 | Analysis of G Kruse email re merge fields for VSPP letter/Stip (.1); analysis of team emails re case/project status (.1); prep email to team re case status per info from R Higgins re appeal (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2013 | 1.6 | $336.00 | Analysis of project status (.8); revise/update project tracking list (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2013 | 0.9 | $189.00 | Analysis of files re non-VSPP claims for R Higgins |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/25/2013 | 0.1 | $19.50 | Email case status report to case team |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/25/2013 | 0.2 | $39.00 | Review email response from M Araki re case status and response to Canadian Zonolite claim inquiry |
| NOREVE ROA - CAS | | $95.00 | 6/25/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30768-30775 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/25/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/25/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/26/2013 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit (.8) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/26/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| NOREVE ROA - CAS | | $95.00 | 6/26/2013 | 0.1 | $9.50 | Review Court Docket No. 30776 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/26/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/26/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/27/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/28/2013 | 0.1 | $9.50 | Review Court docket Nos 30779-30781 |
| JAMES MYERS - CAS | | $65.00 | 6/28/2013 | 0.2 | $13.00 | Email exchange w/ M Booth transmitting docs for service (.1); ECF file Proof of Svc - Ntc Trans Claims (.1) |
| MARISTAR GO - CAS | | $95.00 | 6/28/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (30776 30778 ) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2013 | 1.5 | $315.00 | Analysis of pending items list and update |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/28/2013 | 0.2 | $39.00 | Analysis of notices of transfer of claim of National Aluminum Corp to Southpaw Koufax forwarded to NoticeGroup for production and service |
| NOREVE ROA - CAS | | $95.00 | 6/28/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30779-30781 |
| | | | Total: | 29.3 | $4,917.50 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/4/2013 | 2.5 | $375.00 | Review/audit of current claims eligible for distribution (1.0). Flag all claims that were transferred (.8). Update current deemed amounts and addresses of current claim owners (.7). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/5/2013 | 1.3 | $195.00 | Review/audit of Blackstone distribution file to compare against BMC claims (.7). Flag claims that have been split for distribution purposes. (.6) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/6/2013 | 0.3 | $45.00 | Compress BNSF claims docs (.2), upload to FTP folder and create link for client download. (.1) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 6/1/2013 - 6/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/6/2013 | 1.5 | $225.00 | Review of split claims worksheet prepared by M Araki (.5). Implement splits on affected names (.5). Generate associated amount records. (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/6/2013 | 1.3 | $195.00 | Generate new creditor records for split claims distribution addresses (.6). Associate new distribution addresses with new split claims. (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/6/2013 | 1.7 | $255.00 | Continue to generate new creditor records for split claims additional notice parties (.9). Associate new additional notice party addresses with new split claims. (.8) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/6/2013 | 1.1 | $165.00 | Append distribution related data for new split claims into distribution database. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/6/2013 | 1.0 | $150.00 | Append objections data for new split claims into objection database. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/7/2013 | 0.3 | $45.00 | Compress VSPP claims docs (.2), upload to FTP folder and create link for client download. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/7/2013 | 1.0 | $150.00 | Review/audit and modifications to split claims as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/7/2013 | 2.5 | $375.00 | Modify allowed claims custom report per counsel request (.7). Update report query and template to utilize distribution amounts as per Blackstone calculations (1.8). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/7/2013 | 1.5 | $225.00 | Run draft of allowed claims reports. (.7). Review and audit to verify all updates were properly implemented. (.8) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/10/2013 | 1.2 | $180.00 | Update claims and distribution data source to prep data for run of allowed claims distribution report. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/10/2013 | 1.0 | $150.00 | Generate revised draft of allowed claims distribution report (.7); review (.2); prep email to M Araki re report (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/10/2013 | 1.5 | $225.00 | Update selected split claims distribution data and modify report template as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/10/2013 | 1.2 | $180.00 | Generate second draft of allowed claims distribution report (.9); review (.2); prep email to M Araki re revised report (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/13/2013 | 1.1 | $165.00 | Review of Interest Rates database and generate listing of allowed claims with incomplete distribution data (1.0). Forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/13/2013 | 1.2 | $180.00 | Run updated distribution data source for all active reconciled claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/13/2013 | 1.2 | $180.00 | Generate updated listing of allowed claims with associated distribution data. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/13/2013 | 1.3 | $195.00 | Update allowed claims report template (.3); prep updated allowed claims report (.6); review report (.2); prep email to M Araki re report (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/18/2013 | 1.5 | $225.00 | Generate detail listing of all allowed claims with associated distribution data (.6). Export to Excel (.7) and forward to M Araki for review (.2). |
| | | | Total: | 27.2 | $4,080.00 | |
| **WRG Distribution** | | | | | | |

# bmcgroup
information management

WR Grace
Date Range 6/1/2013 - 6/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/4/2013 | 3.4 | $663.00 | Continued audit of proofs of claim affected by order/stipulation; analysis of related pleadings (1.9); revise claims and distribution databases as appropriate per audit (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/5/2013 | 0.9 | $189.00 | Analysis of B Jaffe/Blackstone email re interest calculations file for upload (.2); prep email to G Kruse re Blackstone interest data file for upload (.2); analysis of Blackstone interest data file re splits (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/5/2013 | 1.2 | $252.00 | Analysis of G Kruse email re review of Blackstone interest data file (.2); revise/finalize split worksheet for G Kruse verification vs Blackstone interest file (.8); prep email to G Kruse re split worksheet, data updates (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/5/2013 | 0.6 | $126.00 | Analysis of G Kruse email re split review, comments (.2); revise b-Linx per G Kruse comments (.3); prep email to G Kruse re b-Linx revisions (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2013 | 0.6 | $126.00 | Analysis of G Kruse email re review of split data update (.1); analysis of b-Linx re split data verification (.4); prep email to G Kruse re verification (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2013 | 0.2 | $42.00 | Analysis of R Higgins email re effective date report format/sorting (.1); prep email to R Higgins re effective date report format/sorting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2013 | 2.8 | $588.00 | Analysis of G Kruse email re undisputed claims report draft (.1); analysis of draft report (2.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2013 | 1.0 | $210.00 | Emails to/from G Kruse re issues on undisputed claims report, resolution (.8); analysis of G Kruse email re next generation undisputed claims report (.1); prep email to R Higgins, B Jaffe re schedule for undisputed claims report (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/11/2013 | 1.5 | $292.50 | Review pleadings affecting proofs of claims for distribution (.8); analyzing claims for updating distribution and claims databases as appropriate (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2013 | 0.6 | $126.00 | Analysis of G Kruse email re claims with no interest data on undisputed claims report (.1); analysis of interest tool re claims and interest info to report (.4); prep email to G Kruse re revision to interest info to report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2013 | 1.9 | $399.00 | Analysis of G Kruse email re 2nd draft undisputed claims report (.1); analysis of 2nd draft undisputed claims report (1.5); prep email to R Higgins, B Jaffe et al re undisputed claims report for review (.1); analysis of B Jaffe email re excel extract of report (.1); prep email to B Jaffe re excel extract (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/14/2013 | 2.9 | $565.50 | Review pleadings affecting proofs of claims for distribution (1.7); analyzing claims for updating distribution and claims databases as appropriate (1.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/17/2013 | 1.0 | $195.00 | Review pleadings affecting proofs of claims for distribution (.5); analyzing claims for updating distribution and claims databases as appropriate (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/19/2013 | 0.4 | $84.00 | Analysis of G Kruse email re Excel version of undisputed claims report for B Jaffe (.3); prep email to B Jaffe re Excel version of undisputed claims report (.1) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 6/20/2013 | 0.5 | $67.50 | Communication w/ T Feil re: stock distribution for New Co, if shares to be listed and DTC eligible (.1), reviewed Plan (.3); prep response to T Feil (.1) |

**bmcgroup**
information management

WR Grace
Date Range 6/1/2013 - 6/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 6/20/2013 | 0.2 | $27.00 | Call w/ R Giordano at DTC Mandatory Reorg Announcement Department re: status of Plan Confirmation and anticipated distribution |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/21/2013 | 1.8 | $351.00 | Continue to review pleadings affecting proofs of claims for distribution (1.0); analyzing claims for updating distribution and claims databases as appropriate (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2013 | 0.8 | $168.00 | Conf call with R Higgins, A Schlesinger, B Jaffe and D Bernstein re review of undisputed claims report, revisions, case status (.6); telephone from B Jaffe re claim 18549 interest revision (.1); analysis of D Bernstein email re confirmation of claim 18549 interest (.1) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 6/25/2013 | 0.2 | $27.00 | Case status with project team (.1), forwarded DTC inquiry regarding Plan Confirmation and anticipated distribution (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/27/2013 | 2.0 | $420.00 | Analysis of undisputed claims report re R Higgins comments |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2013 | 1.1 | $231.00 | Continue analysis of undisputed claims report re R Higgins comments |
| | | | Total: | 25.6 | $5,149.50 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/25/2013 | 0.2 | $39.00 | Review monthly and quarterly fee application (.1), execute and forward to M Araki for filing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/26/2013 | 3.0 | $630.00 | Analysis of Apr 13 billing report for prof reqts and Court imposed categories (1.3); revise Apr 13 entries for fee app compliance (.7); prep exhibits for Mar 13 fee app (.3); review Mar 13 exhibits re revisions made (.4); revise Mar 13 exhibits (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/27/2013 | 1.5 | $315.00 | Draft Mar 13 fee app (.6); draft 48 Qtrly fee app (.7); draft Ntc filing 48 Qtrly fee app (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/27/2013 | 1.8 | $378.00 | Prep 48 Qtrly fee app exhibits (.4); analyze exhibits (.5); finalize Mar fee app (.4); finalize 48 Qtrly fee app (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2013 | 1.0 | $210.00 | Analysis of docket re revised hearing dates from new Judge (.2); revise 48 Qtrly fee app (.2); review/update fee app tracking report (.3); emails to/from M John re fee apps (.1) prep emails to Pachulski re filing/service 48 Qtrly and Mar 13 fee apps (.2) |
| | | | Total: | 7.5 | $1,572.00 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/5/2013 | 0.2 | $42.00 | Analysis of R Higgins emails re VSPP claimants, treatment under plan, claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2013 | 2.5 | $525.00 | Analysis of b-Linx and files re VSPP claims for R Higgins per request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2013 | 1.0 | $210.00 | Continue analysis of b-Linx and files re VSPP claims for R Higgins per request (.8); prep email to G Kruse re zip file (.1); prep email to R Higgins re VSPP claims research, zip file (.1) |

# bmcgroup
information management

WR Grace
Date Range 6/1/2013 - 6/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2013 | 0.4 | $84.00 | Analysis of J Gettleman email re JP Morgan claims and claims register listing (.1); research J Gettleman request (.2); prep email to J Gettleman re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2013 | 0.6 | $126.00 | Analysis of S Scarlis email re VSPP review status, plan (.2); prep email to S Scarlis re VSPP claim file (.1); analysis of files re VSPP Order (.2); prep email to S Scarlis re VSPP Order (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/7/2013 | 0.8 | $88.00 | Analyze Court docket numbers 30500 to 30717 (.3); audit claim updates performed (.2); update claim database (.2); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/7/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: claim database updates performed and additional database updates required pursuant to Order approving settlement agreement |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.1 | $16.50 | Analysis of Court docket no. 30702 re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.2 | $33.00 | Analysis of Court docket no. 30666 re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.1 | $16.50 | Analysis of b-Linx re: claim transfer filed at docket no. 30702. |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.2 | $33.00 | Analysis of Court docket re: new claim transfer filed at docket no. 30666. |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.3 | $49.50 | Prepare two courtesy notices (Docket 30702) (.2), forward to notice group for service. (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.4 | $66.00 | Prepare two 21 day notices (Docket 30666) (.3), forward to notice group for service (.1). |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notice (.1), email to notice group for filing. (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30666). |
| MIKE BOOTH - MANAGER | | $165.00 | 6/10/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30702). |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/10/2013 | 0.1 | $11.00 | Discussion with M.Booth re: recently filed Notices of Transfer of Claim and required claim database updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2013 | 0.7 | $147.00 | Analysis of C Greco email re LA County Tax Collector claim withdrawal per Order (.2); analysis of b-Linx and pleadings re LA County Tax Collector claim withdrawal (.4); prep email to C Greco and R Higgins re no withdrawal filed by LA County Tax Collector per Order (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2013 | 0.7 | $147.00 | Prep ART report of Effective Date Contingency claims (.3); analysis of report (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2013 | 0.3 | $63.00 | Analysis of R Higgins email re LA County Tax Collector claim withdrawal/objection (.1); revise pending items list to add LA County Tax Collector (.1); revise b-Linx re LA County Tax Collector (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/19/2013 | 0.3 | $33.00 | Begin analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, M.Booth re: reporting requirements (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/20/2013 | 0.2 | $33.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration (.1); update and finalize NOT related to docket no. 30555, claim 12758. (.1) |

# bmcgroup
information management

WR Grace
Date Range 6/1/2013 - 6/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/20/2013 | 0.3 | $33.00 | Complete analysis and preparation of monthly reports (.2); email correspondence with K.Becker at Rust (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2013 | 0.5 | $105.00 | Analysis of R Higgins email re VSPP draft letter (.1); brief review of VSPP draft letter and stip (.1); telephone to R Higgins re letter and agreement, distribution (.2); prep email to G Kruse re review of VSPP letter and stip re merging data (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/24/2013 | 0.7 | $77.00 | Analyze Court docket numbers 30555 to 30762 (.2); audit claim updates (.3); update claim database (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2013 | 2.0 | $420.00 | Analysis of R Higgins draft VSPP letter and Stip (1.1); prep revised draft of VSPP letter and Stip (.7); prep comparison of revisions (.1); prep email to R HIggins re revised VSPP letter and Stip (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2013 | 0.9 | $189.00 | Analysis of R Higgins email re Sukenik draft stip (.1); analysis of draft Stip, b-Linx and docket (.5); telephone to R Higgins re research results (.1); prep email to R Higgins re Sukenik claims, status and remaining open claim (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2013 | 1.6 | $336.00 | Analysis of open schedules re prep for review of pending status |
| MIKE BOOTH - MANAGER | | $165.00 | 6/28/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 6/28/2013 | 0.4 | $66.00 | Prepare two 21 Day notices (Docket 30777) (.3), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/28/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notice filed at docket no. 30777 (.1); email to notice group for filing (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/28/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30777). |
| | | | Total: | 16.4 | $3,092.50 | |
| | | | Grand Total: | 108.8 | $19,399.50 | |

# bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 6/1/2013 - 6/30/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 2.8 | $588.00 |
| Total: | | 2.8 | $588.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 1.0 | $45.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 1.3 | $123.50 |
| Barbara Colby | $55.00 | 0.2 | $11.00 |
| James Myers | $65.00 | 0.4 | $26.00 |
| Maristar Go | $95.00 | 1.1 | $104.50 |
| Noreve Roa | $95.00 | 1.4 | $133.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.5 | $82.50 |
| Myrtle John | $195.00 | 0.8 | $156.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 5.1 | $561.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 17.5 | $3,675.00 |
| Total: | | 29.3 | $4,917.50 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 27.2 | $4,080.00 |
| Total: | | 27.2 | $4,080.00 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 10.6 | $2,067.00 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.9 | $121.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 14.1 | $2,961.00 |
| Total: | | 25.6 | $5,149.50 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 7.3 | $1,533.00 |
| Total: | | 7.5 | $1,572.00 |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 6/1/2013 - 6/30/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 2.7 | $445.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 2.3 | $253.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 11.4 | $2,394.00 |
| | Total: | 16.4 | $3,092.50 |
| | Grand Total: | 108.8 | $19,399.50 |

EXHIBIT 1