# EXHIBIT 2


information management

BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_130630
Expense Summary

**Period Ending** 6/30/2013

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $89.90 |
| Noticing Production | $0.92 |
| Website Hosting | $250.00 |
| **Total** | **$1,540.82** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20130630-1 | 6/30/2013 | $0.92 |
| | **Total Due** | **$0.92** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 6/30/2013
**Reference #:** 021-20130630-1
**Notes:** Postage other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Transfer | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 2 Pieces | $0.92 |
| | | | | **Total Due:** | **$0.92** |

*Invoice Due Upon Receipt*                    Page 1 of 1

EXHIBIT 2