## Exhibit A

### January 2013 Fee Detail

**Matter 18**   Section 199 Tax Study

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wetcher, Andrew D. | 1/15/2013 | WR Grace - 2010 Section 199 calculation preparation- preparation of the 2010 calculation workbook. (6.0 hours) | 6 | $350.00 | $2,100.00 |
| Wetcher, Andrew D. | 1/16/2013 | WR Grace - 2010 Sec. 199 workbook preparation (3.5 hours) | 3.5 | $350.00 | $1,225.00 |
| Wetcher, Andrew D. | 1/17/2013 | WR Grace - 2010 Section 199 deduction - preparation of the 2010 Sec. 199 calculation workbook (4.3 hours) | 4.3 | $350.00 | $1,505.00 |
| Wetcher, Andrew D. | 1/18/2013 | WR Grace - 2010 Sec. 199 calculation workbook preparation (4.1 hours) | 4.1 | $350.00 | $1,435.00 |
| Wetcher, Andrew D. | 1/21/2013 | WR Grace - 2010 WR Grace Sec. 199 calculation preparation (1.3 hours) | 1.3 | $350.00 | $455.00 |
| Wetcher, Andrew D. | 1/22/2013 | WR Grace - 2010 WR Grace Sec. 199 calculation preparation (1.4 hours) | 1.4 | $350.00 | $490.00 |
| Wetcher, Andrew D. | 1/23/2013 | WR Grace - 2010 WR Grace Sec. 199 calculation preparation (2.8 hours) | 2.8 | $350.00 | $980.00 |
| Wetcher, Andrew D. | 1/24/2013 | WR Grace - 2010 WR Grace Sec. 199 calculation preparation (3.8 hours) | 3.8 | $350.00 | $1,330.00 |
| Wetcher, Andrew D. | 1/25/2013 | WR Grace - 2010 WR Grace Sec. 199 calculation preparation (4.1hours) | 4.1 | $350.00 | $1,435.00 |
| Wetcher, Andrew D. | 1/28/2013 | WR Grace - 2010 Section 199 Calculation - continued preparation of the 2010 Sec. 199 workbook (3.1 hours) | 3.1 | $350.00 | $1,085.00 |
| Wetcher, Andrew D. | 1/29/2013 | WR Grace - 2010 Section 199 Calculation - continued preparation of the 2010 Sec. 199 workbook (3.2 hours) | 3.2 | $350.00 | $1,120.00 |
| Wetcher, Andrew D. | 1/30/2013 | WR Grace - 2010 Section 199 Calculation - preparation of the 2010 Sec. 199 workbook (1.9 hours) | 1.9 | $350.00 | $665.00 |
| Wetcher, Andrew D. | 01/31/2013 | WR Grace - 2010 Section 199 Calculation - continued preparation of the 2010 Sec. 199 workbook (0.7 hours) | 0.7 | $350.00 | $245.00 |
| **Total** | | | **40.20** | | **$14,070.00** |