EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
MAY 17, 2013 THROUGH
MAY 31, 2013

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

June 13, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   106914

Re:  W. R. Grace & Co.
     Roger Frankel
Case No.:  01-01139 (RLB)

```
            Subtotal for FEES only: 05/31/13     $1,633.50
                                                 -------------
    CURRENT PERIOD FEES AND COSTS: 05/31/13      $1,633.50
                                                 -------------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please send remittance copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

June 13, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   106914

Re:  W. R. Grace & Co.
     Roger Frankel

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 3.3 | 643.50 |
| LITIGATION | 1.7 | 841.50 |
| PLAN AND DISCLOSURE STATEMENT | 0.3 | 148.50 |
| Subtotal for FEES only: 05/31/13 | 5.3 | $1,633.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 2.30 | 2.30 | 1,138.50 | 0.00 | 0.00 |
| 165.00 | CAH | 3.00 | 3.00 | 495.00 | 0.00 | 0.00 |
| Totals | | 5.30 | 5.30 | 1,633.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code          (Paginate)
        Client code
        Actual employee code   (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 106914 to 106914
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | LITIGATION | JCP | 05/17/13 | E-mail from and e-mail to Rick Wyron re: David Austern's death. | 0.10 | 49.50 | Li |
| WRG | LITIGATION | JCP | 05/24/13 | Review of Debtors' Motion to Appoint Roger Frankel as successor legal representative for future Personal Injury claimants; review of Frankel Declaration in support of same; review of Notice of Motion and proposed Order re: same. | 0.40 | 198.00 | |
| WRG | LITIGATION | JCP | 05/29/13 | Review of Interim Order Appointing Roger Frankel as Successor Future Personal Injury Claimants' Representative; e-mail from and e-mail to Rick Wyron (3x) re: Frankel retaining Orrick and Phillips, Goldman & Spence; e-mail to Celeste A. Hartman (2x) re: preparing necessary disclosure. | 0.30 | 148.50 | |
| WRG | LITIGATION | JCP | 05/30/13 | Review of and revise (2x) Declaration in support of retention by FCR Frankel; conference with Celeste A. Hartman re: same; review of Amended Interim Order appointing R. Frankel as successor future Personal Injury Claimants' Representative. | 0.90 | 445.50 | |
| | | | | | ------ | -------- | |
| | | | | | 1.70 | 841.50 | |
| | | | | | ------ | -------- | |
| | | | | | 1.70 | 841.50 | |
| | | | | | ------ | -------- | |

Total records this group:  4

LAW OFFICES OF JANET S. BAER, P.C.
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/17/13 | Scan and e-mail April Fee Application to John C. Phillips, Jr.; review of return e-mail. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/17/13 | Review of e-mail from D. Fullem; download and file Certificate of No Objection for Orrick's March Fee Application and e-mail filing information to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/28/13 | Scan, OCR and file Certificate of No Objection for Phillips, Goldman & Spence April Fee Application; serve same via e-mail after revising same. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/29/13 | Review of e-mail from D. Fullem and download and file Orrick's April Fee Application; e-mail docket information to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/30/13 | Review of several e-mails re: appointment of R. Frankel as new FCR and need for application to represent. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/30/13 | Draft initial declaration for John C. Phillips, Jr. to be retained as Frankel's counsel; review of and revise same and convert to Word after John C. Phillips, Jr. review of same. | 1.20 | 198.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/31/13 | Further review of and revise John C. Phillips, Jr.'s Declaration. | 0.40 | 66.00 | |
| | | | | | 3.00 | 495.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/28/13 | Review of, revise and execute Phillips, Goldman & Spence 107th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 148.50 | |
| | | | | | 0.30 | 148.50 | |
| | | | | | 3.30 | 643.50 | |

Total records this group:  8

```
                                    Act   Trans                                                                  Billable           Billable   Gr
Cl code  Grouping code description  Emp   Date    Transaction description                                           Hours            Dollars   Cd

WRG      PLAN AND DISCLOSURE        JCP   05/21/13 Review of Debtors', Personal Injury FCR' et al Division of        0.10              49.50   ps
         STATEMENT                                 Time Form as filed.

WRG      PLAN AND DISCLOSURE        JCP   05/22/13 Review of Bank Lenders' and Debtor's/ Personal Injury              0.10              49.50
         STATEMENT                                 FRC's et al Division of Time Form.

WRG      PLAN AND DISCLOSURE        JCP   05/30/13 Review of Anderson Memorial's Division of Time Form.              0.10              49.50
         STATEMENT
                                                                                                                   ------            --------
                                                                                                                     0.30              148.50
                                                                                                                   ------            --------
                                                                                                                     0.30              148.50
                                                                                                                   ------            ----------
Total records this group:  3

                                                                                                                   ------            ----------
                                                                                                                     5.30            1,633.50
                                                                                                                   ======            ==========
15 records printed.
```