# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JUNE 1, 2013 THROUGH
# JUNE 30, 2013

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

July 26, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC 20007--5135

File    WRG-AUS/JCP
Invoice number   107480

Re:  W. R. Grace & Co.
     Roger Frankel
Case No.: 01-01139 (RLB)

```
         Subtotal for FEES only: 06/30/13    $10,791.00
        Subtotal for COSTS only: 06/30/13       $902.37
                                             -------------
 CURRENT PERIOD FEES AND COSTS: 06/30/13     $11,693.37
                                             -------------
```

************************************************************

Please send remittance copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

July 26, 2013

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    107480

Re:  W. R. Grace & Co.
     Roger Frankel

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 20.3 | 6,253.50 |
| PLAN AND DISCLOSURE STATEMENT | 8.8 | 4,323.00 |
| CASE ADMINISTRATION | 1.0 | 165.00 |
| LITIGATION | 0.1 | 49.50 |
| Subtotal for FEES only: 06/30/13 | 30.2 | $10,791.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 17.60 | 17.60 | 8,712.00 | 0.00 | 0.00 |
| 165.00 | TLB | 0.20 | 0.20 | 33.00 | 0.00 | 0.00 |
| 165.00 | CAH | 12.40 | 12.40 | 2,046.00 | 0.00 | 0.00 |
| Totals | | 30.20 | 30.20 | 10,791.00 | 0.00 | 0.00 |

```
Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date

 Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 107480 to 107480
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | CASE ADMINISTRATION | CAH | 06/05/13 | Review of notice Judge Carey has been assigned case. | 0.10 | 16.50 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 06/12/13 | Merge filed pleading and label same. | 0.20 | 33.00 | |
| WRG | CASE ADMINISTRATION | CAH | 06/14/13 | Update docket to system. | 0.10 | 16.50 | |
| WRG | CASE ADMINISTRATION | CAH | 06/14/13 | Update email service list. | 0.50 | 82.50 | |
| WRG | CASE ADMINISTRATION | CAH | 06/17/13 | Update docket to system. | 0.10 | 16.50 | |
|     |                      |     |          |                           | ------ | -------- | |
|     |                      |     |          |                           | 1.00 | 165.00 | |
|     |                      |     |          |                           | ------ | -------- | |
|     |                      |     |          |                           | 1.00 | 165.00 | |
|     |                      |     |          |                           | ------ | -------- | |

```
Total records this group:   5
```

-Fees-

```
                                    Act  Trans                                                          Billable      Billable  Gr
Cl code Grouping code description   Emp  Date    Transaction description                                   Hours       Dollars  Cd

WRG     LITIGATION                  JCP  06/24/13 Review of Order scheduling Omnibus Hearing and vacating   0.10         49.50  Li
                                                  old dates; calendar same; memorandum to file re: same.
                                                                                                          ------       -------
                                                                                                           0.10          49.50
                                                                                                          ------       -------
                                                                                                           0.10          49.50
                                                                                                          ------       -------
```

Total records this group:   1

```
                                       Act   Trans                                                                       Billable        Billable   Gr
Cl code  Grouping code description     Emp   Date      Transaction description                                           Hours           Dollars    Cd

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/04/13  Review of e-mail from D. Fullem re: filing to retain              0.10              16.50    fa
                                                      Orrick Herrington and respond.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/04/13  Review of and revise John C. Phillips, Jr. declaration.           0.10              16.50

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/05/13  Review of proposed retention of Orrick as counsel to FCR.         0.50              82.50

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/05/13  Draft proposed retention of Phillips, Goldman & Spence as         1.30             214.50
                                                      local counsel to FCR.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/05/13  Add Judge Carey to our filing; review of and revise notice        0.60              99.00
                                                      to update service parties.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/05/13  Download file, combine and send Orrick retention                  0.30              49.50
                                                      application back to D. Fullem with receipt.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/06/13  Further review of and revise Phillips, Goldman & Spence           0.40              66.00
                                                      declaration; conference with John C. Phillips, Jr. re:
                                                      same.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/06/13  Review of and revise application to employ Phillips,              2.10             346.50
                                                      Goldman & Spence; review of and revise John C. Phillips,
                                                      Jr. declaration, order and notice.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/07/13  E-mail Phillips, Goldman & Spence retention documents to          0.10              16.50
                                                      D. Felder for review.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/10/13  Review of e-mail from D. Felder re: changes to Phillips,          0.70             115.50
                                                      Goldman & Spence retention application and e-mail from
                                                      John C. Phillips, Jr.; make requested changes and e-mail
                                                      to John C. Phillips, Jr.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/10/13  Review of e-mails from D. Fullem re: CNO filing today for         0.10              16.50
                                                      Lincoln.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/10/13  Forward revised Phillips, Goldman & Spence retention              0.10              16.50
                                                      application to D. Felder.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/10/13  Teleconference with D. Fullem re: upcoming filings.               0.20              33.00

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/10/13  Review of emails concerning specifics of application and          0.50              82.50
                                                      declaration.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/10/13  Download and file retention application of Lincoln as             0.40              66.00
                                                      financial advisor to Frankel; merge and email filed
                                                      document to D. Fullem.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/11/13  Work on new conflict check for continued retention.               0.70             115.50

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/13/13  Review of pre-bill and conference with Tasha C. Steward           0.20              33.00
                                                      re: splitting month.

WRG      FEE/EMPLOYMENT APPLICATIONS   CAH   06/13/13  Set 2 invoices for filing.                                        0.20              33.00
```

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/14/13 | Draft Certificate of No Objection for Phillips, Goldman & Spence April fee application. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/14/13 | Draft May 1 - May 16 fee application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/14/13 | Conference with John C. Phillips, Jr. on formatting future fee applications; e-mail to Orrick on same and review of response. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/17/13 | Draft first fee application as counsel to Roger Frankel; e-mail to Orrick question on timing. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/17/13 | Review of fee application and email status to John C. Phillips, Jr. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/19/13 | Scan, OCR and file Certificate of No Objection for Phillips, Goldman & Spence April fee application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/19/13 | Scan, OCR and file Phillips, Goldman & Spence fee application for May 1- May 16, 2013. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/24/13 | Respond to e-mail from B. Ruhlander after conference with John C. Phillips, Jr. | 0.10 | 16.50 | |
| | | | | | 11.30 | 1,864.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/01/13 | Review of and further revise John C. Phillips, Jr.'s Declaration in support of Application to Retain Phillips, Goldman & Spence. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/05/13 | E-mail from and e-mail to Debbie Felder (2x) re: preparation of Phillips, Goldman & Spence employment application (.1); review of Frankel Application to Employ Orrick, Declaration in support of same and proposed Order (.9); e-mail to Celeste A. Hartman re: drafting Frankel Application to Employ Phillips, Goldman & Spence as Delaware counsel (.1); e-mail from and e-mail to Celeste A. Hartman re: filing Orrick application (.1); review of as filed Orrick application (.3); review of and revise Application to Employ Phillips, Goldman & Spence (.6); review of and revise proposed Order to retain Phillips, Goldman & Spence (.1); review of and revise draft Declaration in support of Phillips, Goldman & Spence retention (.6); review of Order reassigning case to Judge Carey(.1). | 2.90 | 1,435.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/06/13 | Review of revised Application to Retain Phillips, Goldman & Spence (.2); review of revised proposed Order re: same (.1); review of and further revise Phillips Declaration in support of retention (.4); review of and revise Notice of Retention Application (.1); conference with Celeste A. Hartman re: revisions (.1); review of revised Notice (.1); review of further revised Phillips Declaration (.2). | 1.20 | 594.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/06/13 | E-mail from Debbie Felder re: revisions to Phillips, Goldman & Spence retention documents; review of revisions to Order, Application, Declaration and Notice of Application; e-mail to Celeste A. Hartman re: accepting revisions. | 0.40 | 198.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/08/13 | Review of and revise May 2013 pre-bill; memorandum to Celeste A. Hartman re: same. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/10/13 | E-mail from Celeste A. Hartman re: revised Phillips, Goldman & Spence Retention Notice (.1), Retention Application (.2), Phillips Declaration (.2) and proposed Retention Order (.1) with enclosure; review of all 4; e-mail to Celeste A. Hartman approving same (.1); e-mail from and e-mail to Debbie Felder re: preferred way to refer to Phillips, Goldman & Spence in Retention filing (.1); e-mail from and e-mail to D. Felder (5x) re: revisions to Phillips' Declaration re: conflicts check (.3); e-mail from D. Felder re: updated list of interested partied, attorneys and accountants and review of same (.3); e-mail to and e-mail from Celeste A. Hartman (2x) re: reviewing same (.1); e-mail to paralegal re: running conflicts check re: same (.1); review of D. Felder's revisions to Phillips Declaration (.2); review of D. Felder's revisions to Application to Retain Phillips, Goldman & Spence (.1); e-mail to D. Felder re: further revisions to Phillips Declaration and approving revisions to Application (.1); review of and approve final version of Declaration (.1); review of and approve final version of Application (.1). | 2.20 | 1,089.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/11/13 | Conference with paralegal re: completion of conflicts check (.1); review of database printout re: same (.4); e-mail to D. Felder re: same and no further revision to Phillips Declaration (.1); e-mail from and e-mail to D. Felder (2x) re: revisions to Phillips Declaration (.2); review of clean revised Declaration (.2); phone conference with D. Felder re: holdback amount quoted in John C. Phillips, Jr.'s Declaration (.1) | 1.10 | 544.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/14/13 | Conference with Celeste A. Hartman re: proper way to segregate fee applications between Austern and Frankel; review of draft e-mail to Orrick re: same; e-mail from D. Felder approving proposed format. | 0.20 | 99.00 | |

```
                                        Act   Trans                                                                               Billable            Billable  Gr
Cl code  Grouping code description      Emp   Date    Transaction description                                                        Hours             Dollars  Cd

WRG      FEE/EMPLOYMENT APPLICATIONS    JCP   06/18/13 Review of and execute Certificate of No Objection re:                           0.40              198.00 fa
                                                      Phillips, Goldman & Spence 107th Monthly Fee Application;
                                                      e-mail from Celeste A. Hartman re: Phillips, Goldman &
                                                      Spence 108th Monthly Fee Application; review of, revise
                                                      and execute same; conference with Celeste A. Hartman re:
                                                      revisions to same.
                                                                                                                                      ------          ----------
                                                                                                                                        8.80            4,356.00
                                                                                                                                      ------          ----------

WRG      FEE/EMPLOYMENT APPLICATIONS    TLB   06/11/13 E-file Application to Employ & Retain Phillips, Goldman &                       0.20               33.00
                                                      Spence, P.A. as Delaware Co-Counsel Nunc Pro Tunc to May
                                                      16, 2013; e-file Certificate of No Objection re:
                                                      Sixty-Sixth Monthly Application of Tower Watson, Actuarial
                                                      Consultants to David T. Austern, Asbestos Plaintiff Future
                                                      Claimants' Representative for the Period 4/1/13 through
                                                      4/30/13.
                                                                                                                                      ------           -------
                                                                                                                                        0.20             33.00
                                                                                                                                      ------           -------
                                                                                                                                       20.30           6,253.50
                                                                                                                                      ------           -------
```

Total records this group:   36

```
                                    Act  Trans                                                                Billable      Billable   Gr
Cl code  Grouping code description  Emp  Date      Transaction description                                       Hours       Dollars   Cd

WRG      PLAN AND DISCLOSURE        CAH  06/04/13  Locate better Court appearance address for BMC Group.          0.10         16.50   ps
         STATEMENT
                                                                                                                ------       -------
                                                                                                                  0.10         16.50
                                                                                                                ------       -------

WRG      PLAN AND DISCLOSURE        JCP  06/01/13  Review of ECF Notification re: requiring Anderson Memorial    0.10         49.50
         STATEMENT                                 to re-file its brief.

WRG      PLAN AND DISCLOSURE        JCP  06/06/13  Review of Anderson Memorial's Motion to Extend Time to        0.10         49.50
         STATEMENT                                 file corrected brief.

WRG      PLAN AND DISCLOSURE        JCP  06/10/13  Review of ECF Notification re: changing 6/17/13 oral          0.10         49.50
         STATEMENT                                 argument time; memorandum to file re: same; re-calendar
                                                   same.

WRG      PLAN AND DISCLOSURE        JCP  06/17/13  Review of appellate briefing (2.6); drive to and from         7.80      3,861.00
         STATEMENT                                 Philadelphia, PA (1.0 hr. only billed 1/2 of actual time);
                                                   conference with Roger Frankel and Rick Wyron re: oral
                                                   argument (.7); Court appearance re: Oral Argument (3.5).

WRG      PLAN AND DISCLOSURE        JCP  06/18/13  Review of Clerk's letter re: filing 6/17/13 Hearing           0.10         49.50
         STATEMENT                                 transcript.

WRG      PLAN AND DISCLOSURE        JCP  06/19/13  E-mail from Court Clerk re: filing 6/17/13 Hearing            0.10         49.50
         STATEMENT                                 transcript; e-mail from Court Reporter re: same; e-mail
                                                   from local counsel for Debtors to Court Reporter re: same.

WRG      PLAN AND DISCLOSURE        JCP  06/25/13  Review of 6/17/13 Bank Lenders' oral argument transcript.     0.40        198.00
         STATEMENT
                                                                                                                ------      ---------
                                                                                                                  8.70      4,306.50
                                                                                                                ------      ---------
                                                                                                                  8.80      4,323.00
                                                                                                                ------      ---------
Total records this group:    8

                                                                                                                ------      ---------
                                                                                                                 30.20     10,791.00
                                                                                                                ======     ==========
50 records printed.
```