# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JUNE 1, 2013 THROUGH
# JUNE 30, 2013

Phillips, Goldman & Spence, P.A.

Page   2

July 26, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   107480

Re:  W. R. Grace & Co.
     Roger Frankel

    COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/01/13 | Federal Express | 48.86 |
| 06/03/13 | Check No.: 51853 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 836.51 |
| 06/28/13 | Check No.: 52071 - John C. Phillips, Jr. - Court parking, oral argument. | 17.00 |
| | Subtotal for COSTS only: 06/30/13 | $902.37 |