# EXHIBIT A

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 25, 2013
Client/Matter #  01246-015172
Invoice # 155203
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/13 in Connection With:

**IRIS**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 06/02/13 | P. Marks | C300 | 0.90 | Prepare for meeting and edit summary document re same. |
| 06/03/13 | P. Marks | C300 | 1.30 | Participate in scientific call re statistics. |
| 06/03/13 | P. Marks | C300 | 0.40 | Review H. Feichko comments re edits to summary. |
| 06/03/13 | J. Lanham | C300 | 0.30 | Email communications with P. Marks and J. Charles re data requests. |
| 06/05/13 | P. Marks | C300 | 1.80 | Evaluation of FOIA legal issues, provide summary to client re same and status, and direct J. Lanham re same. |
| 06/05/13 | J. Lanham | C300 | 2.00 | Telephone conference with P. Marks re outstanding FOIA requests and FOIA litigation procedures, research re same, and prepare FOIA request to EPA. |
| 06/06/13 | K. Bourdeau | C300 | 0.70 | Participate in team conference call. |
| 06/06/13 | K. Bourdeau | C300 | 0.80 | Brief review of summary of conclusions/findings from meeting and begin review of and preparation of comments of consultant critique of assessment. |
| 06/06/13 | P. Marks | C300 | 0.70 | Weekly telephone conference with team and follow-up telephone conference with L. Duff re planning. |

BEVERIDGE & DIAMOND, P.C.
INVOICE # 155203
July 25, 2013
PAGE  2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 06/06/13 | J. Lanham | C300 | 0.30 | Telephone conference re requests for additional data. |
| 06/07/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re action items. |
| 06/07/13 | P. Marks | C300 | 0.70 | Telephone conferences with H. Feichko re study issues. |
| 06/07/13 | P. Marks | C300 | 0.70 | Telephone conference with research agency and J. Lanham re FOIA and follow-up evaluation re same. |
| 06/07/13 | P. Marks | C300 | 0.40 | Prepare agenda for strategy meeting. |
| 06/07/13 | P. Marks | C300 | 1.60 | Conference with Grace and PNG re strategy and tasks and follow-up telephone conference with L. Duff. |
| 06/07/13 | J. Lanham | C300 | 0.50 | Telephone conference with P. Marks and research agency re request for additional data. |
| 06/09/13 | P. Marks | C300 | 0.90 | Add backup information to summary of issues and send to consultant. |
| 06/10/13 | K. Bourdeau | C300 | 0.50 | Review new developments re reform and communications with P. Marks re same. |
| 06/10/13 | K. Bourdeau | C300 | 2.00 | Finalize review and preparation of comments on consultant critique of assessment. |
| 06/10/13 | P. Marks | C300 | 1.00 | Review case and telephone conference with L. Duff and H. Feichko re same. |
| 06/10/13 | P. Marks | C300 | 0.80 | Gather information for consultant re science meeting. |
| 06/10/13 | P. Marks | C300 | 0.50 | Review FOIA related research and direct paralegal re follow-up. |
| 06/10/13 | P. Marks | C300 | 0.30 | Coordinate with client and consultants re EPA meeting. |
| 06/10/13 | J. Lanham | C300 | 2.00 | Research re FOIA issues. |
| 06/11/13 | K. Bourdeau | C300 | 0.50 | Review recent developments and communications with Grace team re same. |
| 06/11/13 | P. Marks | C300 | 1.00 | Emails and communications re studies and evaluate same. |
| 06/11/13 | P. Marks | C300 | 0.60 | Prepare FOIA requests and coordinate with J. Lanham re same. |

BEVERIDGE & DIAMOND, P.C.                                  INVOICE # 155203
                                                           July 25, 2013
                                                           PAGE   3

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 06/11/13 | J. Lanham | C300 | 6.50 | Research case law, prepare FOIA requests and prepare FACA request and follow-up communications with CDC and P. Marks re same. |
| 06/12/13 | K. Bourdeau | C300 | 1.30 | Further review of draft paper and communications with P. Marks re various action items. |
| 06/12/13 | P. Marks | C300 | 0.70 | Prepare supplemental FOIA and FACA requests and send to client. |
| 06/12/13 | P. Marks | C300 | 1.40 | Review correspondence re FOIA, evaluate same and legal issues, and communications with client re same. |
| 06/12/13 | P. Marks | C300 | 1.30 | Review documents and prepare comments re same. |
| 06/13/13 | K. Bourdeau | C300 | 0.80 | Conference with P. Marks re tasks. |
| 06/13/13 | P. Marks | C300 | 0.80 | Telephone conference with K. Bourdeau re comments. |
| 06/13/13 | P. Marks | C300 | 2.80 | Evaluate FOIA litigation, conference with J. Lanham and K. Bourdeau (by telephone) re same, and prepare litigation proposal to client re same. |
| 06/13/13 | P. Marks | C300 | 1.50 | Telephone conference with team re research and FOIA issues and emails re same. |
| 06/13/13 | P. Marks | C300 | 3.40 | Prepare comments re document. |
| 06/13/13 | J. Lanham | C300 | 4.00 | Prepare FACA and FOIA requests and related research and conference with P. Marks re FOIA litigation. |
| 06/14/13 | K. Bourdeau | C300 | 0.50 | Communications with P. Marks re tasks. |
| 06/14/13 | P. Marks | C300 | 0.50 | Emails and telephone conference with K. Bourdeau re coordination. |
| 06/17/13 | P. Marks | C300 | 0.70 | Emails to client related to tasks. |
| 06/17/13 | P. Marks | C300 | 0.30 | Telephone conference with L. Duff re tasks. |
| 06/17/13 | P. Marks | C300 | 0.40 | Telephone conferences with H. Feichko re document. |
| 06/17/13 | P. Marks | C300 | 0.80 | Conference with J. Lanham re FOIA request and review material re same. |

BEVERIDGE & DIAMOND, P.C.                                          INVOICE # 155203
                                                                   July 25, 2013
                                                                   PAGE   4

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 06/17/13 | J. Lanham | C300 | 2.00 | Prepare and file FOIA requests to EPA and CDC and FACA request to EPA SAB and prepare email correspondence to University of Cincinnati. |
| 06/18/13 | P. Marks | C300 | 1.80 | Prepare for and conduct telephone conference with H. Feichko and consultant. |
| 06/18/13 | P. Marks | C300 | 0.80 | Telephone conference with H. Feichko and different consultant re feedback on analysis. |
| 06/18/13 | P. Marks | C300 | 0.90 | Telephone conference with H. Feichko (and R. Finke for part of call) re consultants and scientific issues. |
| 06/18/13 | P. Marks | C300 | 0.30 | Review FACA and FOIA correspondence. |
| 06/18/13 | J. Lanham | C300 | 0.30 | Telephone conference with EPA re FACA request and email correspondence to P. Marks re same. |
| 06/19/13 | P. Marks | C300 | 0.70 | Address consultant and study issues. |
| 06/19/13 | P. Marks | C300 | 1.70 | Review comments and information re science points. |
| 06/20/13 | P. Marks | C300 | 0.30 | Emails with client team re tasks. |
| 06/24/13 | P. Marks | C300 | 1.20 | Prepare for and conduct telephone conference with H. Feichko and R. Finke re preparation for consultant meeting. |
| 06/24/13 | P. Marks | C300 | 2.10 | Telephone conference with consultants and clients, including follow-up telephone conferences with H. Feichko and R. Finke. |
| 06/25/13 | P. Marks | C300 | 1.40 | Review information from consultants re science issues. |
| 06/25/13 | J. Lanham | C300 | 2.20 | Research and prepare spreadsheets. |
| 06/26/13 | P. Marks | C300 | 1.50 | Review FOIA research, conference with J. Lanham re same and conference with client re same. |
| 06/26/13 | P. Marks | C300 | 0.80 | Review consultant information re scientific issues. |
| 06/26/13 | P. Marks | C300 | 2.40 | Prepare for and conduct telephone conference with R. Finke, H. Feichko, consultant and researchers re scientific research and follow-up telephone conferences re same. |
| 06/26/13 | J. Lanham | C300 | 6.50 | Research and prepare spreadsheet and email correspondence. |

BEVERIDGE & DIAMOND, P.C.                               INVOICE # 155203
                                                        July 25, 2013
                                                        PAGE   5

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 06/27/13 | K. Bourdeau | C300 | 0.50 | Participate in client update call and prepare e-mail communications re recent developments. |
| 06/27/13 | P. Marks | C300 | 1.10 | Prepare for and telephone conference with H. Feichko, R. Finke and J. Lanham re FOIA litigation. |
| 06/27/13 | P. Marks | C300 | 0.50 | Weekly update call. |
| 06/27/13 | P. Marks | C300 | 0.70 | Follow-up telephone conference and email with H. Feichko re tasks. |
| 06/27/13 | J. Lanham | C300 | 6.00 | Research re FOIA litigation and factual background. |
| 06/28/13 | T. Horch | L140 | 1.00 | Research for a study per J. Lanham. |

**Total Hours :**      87.90

**Total Fees :**    $43,317.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155203
July 25, 2013
PAGE   6

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 7.90 | $750.00 | $5,925.00 |
| P. Marks | 46.40 | $545.00 | $25,288.00 |
| J. Lanham | 32.60 | $365.00 | $11,899.00 |
| T. Horch | 1.00 | $205.00 | $205.00 |

|  |  |
|---|---:|
| **Total Fees :** | $43,317.00 |
| **10% Discount :** | (4,331.70) |
| **Total Fees Due :** | $38,985.30 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---:|---:|
| C300 | 86.90 | $43,112.00 |
| Total | 86.90 | $43,112.00 |
| L100 |  |  |
| L140 | 1.00 | $205.00 |
| Total L100 | 1.00 | $205.00 |
| **Total Fees :** | 87.90 | $43,317.00 |
| **10% Discount :** |  | (4,331.70) |

BEVERIDGE & DIAMOND, P.C.                                          INVOICE # 155203
                                                                    July 25, 2013
                                                                    PAGE   7

|  |  |
|---|---:|
| Total Fees Due : | $38,985.30 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---:|
| 043 | Travel Meals | $5.81 |
| E105 | Telephone | $56.47 |
| E110 | Out-of-town Travel | $163.00 |
| E111 | Meals | $956.89 |
|  | Total Disbursements : | $1,182.17 |
|  | **TOTAL DUE :** | **$40,167.47** |