# EXHIBIT B

(Petition)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044  

July 25, 2013  
Client/Matter #  01246-015504  
Invoice # 155204  
Federal ID# 52-1247549  

For Legal Services Rendered Through 06/30/13 in Connection With:

**Petition**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 06/11/13 | P. Marks | C300 | 0.50 | Coordinate with client re petition preparation and scheduling to discuss. |
| 06/11/13 | P. Marks | C300 | 0.50 | Emails to client re petition and study tasks. |
| 06/26/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re petition issues. |
| 06/30/13 | K. Bourdeau | C300 | 0.80 | Evaluate J. Goodman comments on draft petition and portion of petition requesting correction. |

**Total Hours :**       2.10

**Total Fees :**    $1,370.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155204
July 25, 2013
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.10 | $750.00 | $825.00 |
| P. Marks | 1.00 | $545.00 | $545.00 |
|  | **Total Fees :** |  | $1,370.00 |
|  | **10% Discount :** |  | (137.00) |
|  | **Total Fees Due :** |  | $1,233.00 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 2.10 | $1,370.00 |
| Total | 2.10 | $1,370.00 |
| **Total Fees :** | 2.10 | $1,370.00 |
| **10% Discount :** |  | (137.00) |
| **Total Fees Due :** |  | $1,233.00 |

**Summary by Disbursement Codes :**

**TOTAL DUE :**         $1,233.00