# EXHIBIT C

## (Curtis Bay Air)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 25, 2013
Client/Matter #  01246-015577
Invoice # 155205
Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/13 in Connection With:

**Curtis Bay Air**

| 06/04/13 | L. McAfee | C300 | 0.50 | Emails and research re project issues. |
| 06/05/13 | L. McAfee | C300 | 0.50 | Communications with R. Brower re project issue. |
| 06/11/13 | L. McAfee | C300 | 5.00 | Title V meeting. |
| 06/14/13 | L. McAfee | C300 | 2.00 | Site meeting. |
| 06/20/13 | L. McAfee | C300 | 0.50 | Project emails and review. |
| 06/28/13 | L. McAfee | C300 | 1.50 | Team meeting to discuss projects. |

Total Hours :          10.00

Total Fees :     $5,350.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155205
July 25, 2013
PAGE  2

## Time Summary :

|           | Hours Worked | Billed Per Hour | Bill Amount |
|-----------|--------------|-----------------|-------------|
| L. McAfee | 10.00        | $535.00         | $5,350.00   |

|                  |             |
|------------------|-------------|
| Total Fees :     | $5,350.00   |
| 10% Discount :   | (535.00)    |
| Total Fees Due : | $4,815.00   |

## Summary by Task Codes :

| CODE  | Hours | Bill Amount |
|-------|-------|-------------|
| C300  | 10.00 | $5,350.00   |
| Total | 10.00 | $5,350.00   |

|                  |       |           |
|------------------|-------|-----------|
| Total Fees :     | 10.00 | $5,350.00 |
| 10% Discount :   |       | (535.00)  |
| Total Fees Due : |       | $4,815.00 |

## Summary by Disbursement Codes :

|             |           |
|-------------|-----------|
| TOTAL DUE : | $4,815.00 |