# EXHIBIT D

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 25, 2013
Client/Matter #  01246-012100
Invoice # 155200
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/13 in Connection With:

## General Regulatory/Compliance Issues
## 100042

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 06/06/13 | L. McAfee | C300 | 0.30 | Revise and analyze air regulatory memorandum. |
| 06/06/13 | K. LaMotte | C300 | 0.50 | Discuss conflict minerals with L. Duff. |
| 06/28/13 | L. McAfee | C300 | 0.30 | Discussion with client re air regulatory and permitting issues. |

Total Hours :           1.10

Total Fees :         $583.50

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 155200
                                                             July 25, 2013
                                                             PAGE   2


**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 0.60 | $535.00 | $321.00 |
| K. LaMotte | 0.50 | $525.00 | $262.50 |
| Total Fees : | | | $583.50 |
| 10% Discount : | | | (58.35) |
| Total Fees Due : | | | $525.15 |


**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.10 | $583.50 |
| Total | 1.10 | $583.50 |
| Total Fees : | 1.10 | $583.50 |
| 10% Discount : | | (58.35) |
| Total Fees Due : | | $525.15 |


**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $525.15 |