# EXHIBIT E

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 25, 2013
Client/Matter #  01246-012629
Invoice # 155201
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| | | | | |
|---|---|---|---|---|
| 06/25/13 | P. Marks | C300 | 0.40 | Address petition and billing issues. |

Total Hours :   0.40

Total Fees :   $218.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155201
July 25, 2013
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.40 | $545.00 | $218.00 |
|  | Total Fees : |  | $218.00 |
|  | 10% Discount : |  | (21.80) |
|  | Total Fees Due : |  | $196.20 |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| C300 |  | 0.40 | $218.00 |
| Total |  | 0.40 | $218.00 |
|  | Total Fees : | 0.40 | $218.00 |
|  | 10% Discount : |  | (21.80) |
|  | Total Fees Due : |  | $196.20 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $7.40 |
| E108 | Postage | $2.58 |
|  | Total Disbursements : | $9.98 |
|  | **TOTAL DUE :** | $206.18 |