# EXHIBIT F

(Trivalent Chromium)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

July 25, 2013  
Client/Matter #  01246-014988  
Invoice # 155202  
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/13 in Connection With:

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 06/03/13 | P. Marks | C300 | 0.20 | Call E. Hammerberg (MDE) and call L. Duff re status of petition. |
| 06/05/13 | P. Marks | C300 | 0.30 | Telephone conference with MDE re petition. |
| 06/13/13 | P. Marks | C300 | 0.50 | Communications with MDE and emails to Grace team re same. |
| 06/18/13 | P. Marks | C300 | 0.30 | Telephone conference with MDE and emails to client re same. |
| 06/20/13 | P. Marks | C300 | 0.20 | Telephone conference with MDE. |
| 06/20/13 | P. Marks | C300 | 0.20 | Telephone conference with MDE re status of petition decision. |
| 06/25/13 | P. Marks | C300 | 0.30 | Contact with MDE re status. |
| 06/28/13 | P. Marks | C300 | 0.30 | Telephone conference with MDE and email to client re same. |

Total Hours :        2.30

Total Fees :    $1,253.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155202
July 25, 2013
PAGE   2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.30 | $545.00 | $1,253.50 |
|  | Total Fees : |  | $1,253.50 |
|  | 10% Discount : |  | (125.35) |
|  | Total Fees Due : |  | $1,128.15 |

## Summary by Task Codes :

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| C300 |  | 2.30 | $1,253.50 |
| Total |  | 2.30 | $1,253.50 |
|  | Total Fees : | 2.30 | $1,253.50 |
|  | 10% Discount : |  | (125.35) |
|  | Total Fees Due : |  | $1,128.15 |

## Summary by Disbursement Codes :

|  | TOTAL DUE : | $1,128.15 |
|---|---|---|