**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                        Page: 1
W.R. Grace                                            06/30/2013
Wilmington  DE                      ACCOUNT NO:      3000-01D
                                    STATEMENT NO:         105

Asset Analysis and Recovery



       PREVIOUS BALANCE                                 $514.80


06/12/2013   Payment - Thank you. (March, 2013 - 80% Fees)    -312.00


       BALANCE DUE                                      $202.80
```

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                          Page: 1
W.R. Grace                                              06/30/2013
Wilmington  DE                        ACCOUNT NO:    3000-02D
                                      STATEMENT NO:        145

Asset Disposition
```

        PREVIOUS BALANCE                                    $1,051.30

        BALANCE DUE                                         $1,051.30

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:         145 |

Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $630.27 |
| 06/05/2013 | | | | |
| MTH | Correspondence and discussion re case reassignment | | 0.80 | 312.00 |
| 06/06/2013 | | | | |
| MTH | Reviewing notice re judicial reassignment and related Order | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.90 | 351.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $390.00 | $351.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 351.00 |
| 06/12/2013    Payment - Thank you. (March, 2013 - 80% Fees) | -93.60 |
| BALANCE DUE | $887.67 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                        Page: 1
W.R. Grace                                            06/30/2013
Wilmington  DE                         ACCOUNT NO:    3000-05D
                                       STATEMENT NO:        145
```

Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                        $2,321.60


BALANCE DUE                                             $2,321.60


Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                            Page: 1
W.R. Grace                                                06/30/2013
Wilmington  DE                          ACCOUNT NO:     3000-06D
                                        STATEMENT NO:         145
```

Claims Analysis Objection & Resol. (Non-Asbestos)


            PREVIOUS BALANCE                              -$62.10


            CREDIT BALANCE                                -$62.10


Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                               Page: 1
W.R. Grace                                                   06/30/2013
Wilmington  DE                              ACCOUNT NO:       3000-07D
                                            STATEMENT NO:          145
```

Committee, Creditors, Noteholders, Equity Holders


|            |     |                                                                                     | HOURS |          |
|------------|-----|-------------------------------------------------------------------------------------|-------|----------|
|            |     | PREVIOUS BALANCE                                                                     |       | $11,529.64 |
| 06/03/2013 |     |                                                                                     |       |          |
|            | MK  | Review committee events calendar.                                                   | 0.10  | 15.50    |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00    |
|            | MTH | Review daily memo                                                                   | 0.10  | 39.00    |
| 06/04/2013 |     |                                                                                     |       |          |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00    |
|            | PEM | Review memo re: pleadings filed.                                                    | 0.10  | 47.00    |
|            | MTH | Review daily memo                                                                   | 0.10  | 39.00    |
| 06/05/2013 |     |                                                                                     |       |          |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00    |
|            | DAC | Review counsel's weekly memo                                                        | 0.20  | 104.00   |
|            | MTH | Review daily memo                                                                   | 0.10  | 39.00    |
| 06/06/2013 |     |                                                                                     |       |          |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00    |
|            | MTH | Review daily memo                                                                   | 0.10  | 39.00    |
| 06/07/2013 |     |                                                                                     |       |          |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 22.00    |
|            | SMB | Prepare weekly recommendation memorandum                                            | 0.30  | 33.00    |
|            | MTH | Correspondence re status memorandum for Committee                                   | 0.10  | 39.00    |
|            | MTH | Review daily memo                                                                   | 0.10  | 39.00    |
|            | MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to Committee re same | 0.60  | 234.00   |
| 06/10/2013 |     |                                                                                     |       |          |
|            | MK  | Review committee events calendar and update attorney case calendar.                 | 0.10  | 15.50    |
|            | SMB | Review recently filed pleadings and electronic notices; draft and distribute daily memo | 0.20  | 22.00    |
|            | DAC | Review counsel's weekly memo                                                        | 0.20  | 104.00   |
|            | MTH | Review daily memo                                                                   | 0.10  | 39.00    |

W.R. Grace

ACCOUNT NO:   3000-07D
STATEMENT NO:   145

Committee, Creditors, Noteholders, Equity Holders

                                                          HOURS

06/11/2013
     SMB     Review recently filed pleadings and electronic
             notices; draft and distribute daily memo         0.20        22.00
     PEM     Review memo re: pleadings filed.                 0.10        47.00
     MTH     Review correspondence from DBS re memorandum to
             the Committee                                    0.10        39.00
     MTH     Review daily memo                                0.10        39.00

06/12/2013
     SMB     Review recently filed pleading and electronic
             filing notices; draft and distribute daily memo  0.20        22.00
     MTH     Review daily memo                                0.10        39.00

06/13/2013
     PEM     Correspondence with MH re: developments and appeal
             matters.                                         0.20        94.00
     SMB     Review recently filed pleading and electronic
             filing notices; draft and distribute daily memo  0.20        22.00
     MTH     Review daily memo                                0.10        39.00

06/14/2013
     MK      Review committee events calendar and update
             attorney case calendar.                         0.10        15.50
     SMB     Review recently filed pleading and electronic
             filing notices; draft and distribute daily memo  0.20        22.00
     SMB     Prepare weekly recommendation memorandum         0.30        33.00
     MTH     Review daily memo                                0.10        39.00
     MTH     Prepare weekly recommendation memo               0.50       195.00
     MTH     Correspondence to and from EI and PVNL re draft
             Committee memo; revising same and correspondence
             to Committee re same                            0.40       156.00

06/17/2013
     FKL     Review recently filed pleadings and electronic
             filing notices; draft and distribute Daily Memo  0.10         8.50
     PEM     Correspondence with MH re: Third Circuit argument. 0.20       94.00
     DAC     Review counsel's weekly memo                     0.20       104.00
     MTH     Review daily memo                                0.10        39.00

06/18/2013
     FKL     Review recently filed pleadings and electronic
             filing notices; draft and distribute Daily Memo  0.20        17.00
     MTH     Review daily memo                                0.10        39.00

06/19/2013
     FKL     Review recently filed pleadings and electronic
             filing notices; draft and distribute Daily Memo  0.10         8.50
     MTH     Review daily memo                                0.10        39.00
     MTH     Correspondence and review re Committee notices   0.20        78.00

Page: 3
06/30/2013
ACCOUNT NO:    3000-07D
STATEMENT NO:    145

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/20/2013 | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 06/21/2013 | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Prepare weekly recommendation memos; correspondence to counsel to Committee re same | 0.70 | 273.00 |
| 06/24/2013 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 11.00 |
| 06/25/2013 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 06/26/2013 | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 11.00 |
| 06/27/2013 | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 06/28/2013 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SMC to Committee re same | 0.50 | 195.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | | FOR CURRENT SERVICES RENDERED | 11.40 | 3,313.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $520.00 | $416.00 |
| Philip E. Milch | 0.90 | 470.00 | 423.00 |
| Michele Kennedy | 0.50 | 155.00 | 77.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 3.60 | 110.00 | 396.00 |
| Mark T. Hurford | 5.00 | 390.00 | 1,950.00 |
| Freddie Koenig-Leuck | 0.60 | 85.00 | 51.00 |

TOTAL CURRENT WORK                                            3,313.50

06/12/2013    Payment - Thank you. (March, 2013 - 80% Fees)        -2,711.20

BALANCE DUE                                            $12,131.94

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                            Page: 1
        W.R. Grace                                       06/30/2013
        Wilmington  DE                      ACCOUNT NO:   3000-08D
                                            STATEMENT NO:      144

        Employee Benefits/Pension



             PREVIOUS BALANCE                               -$71.50


06/12/2013   Payment - Thank you. (March, 2013 - 80% Fees)   -436.80


             CREDIT BALANCE                                -$508.30
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                              Page: 1
    W.R. Grace                                              06/30/2013
    Wilmington  DE                             ACCOUNT NO:   3000-10D
                                               STATEMENT NO:      145

    Employment Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $2,558.70 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/05/2013 | MTH | Reviewing Application to retain Orrick Herrington & Sutcliffe as counsel to Roger Frankel and related correspondence | 0.40 | 156.00 |
| 06/10/2013 | MTH | Reviewing application to retain Lincoln Partners as financial advisor to R. Frankel | 0.50 | 195.00 |
| 06/12/2013 | MTH | Reviewing Application to retain PG&S as counsel to new FCR | 0.40 | 156.00 |
| 06/27/2013 | MTH | Correspondence with DF re FCR retention applications | 0.20 | 78.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.50 | 585.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.50 | $390.00 | $585.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 585.00 |

| | | |
|---|---|---|
| 06/12/2013 | Payment - Thank you. (March, 2013 - 80% Fees) | -1,248.00 |

| | |
|---|---|
| BALANCE DUE | $1,895.70 |

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                        Page: 1
W.R. Grace                                           06/30/2013
Wilmington  DE                        ACCOUNT NO:     3000-11D
                                      STATEMENT NO:        143


Expenses
```

```
        PREVIOUS BALANCE                              $5,962.08


06/01/2013  Pacer charges for the month of May               40.90
06/11/2013  Parcels - copy/service - April 2013 Fee Applications
            and March 2013 Certificates of No Objection      427.45
06/17/2013  MTH - Parking in Philadelphia for 3rd Circuit Court
            Argument                                          17.00
06/30/2013  Printing - June 2013                              94.60

            TOTAL EXPENSES                                   579.95

            TOTAL CURRENT WORK                               579.95


06/12/2013  Payment - Thank you. (March, 2013 - 100% Expenses)   -693.50


            BALANCE DUE                               $5,848.53
```

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                              Page: 1
        W.R. Grace                                          06/30/2013
        Wilmington  DE                       ACCOUNT NO:    3000-12D
                                             STATEMENT NO:        143


        Fee Applications, Applicant
```

|  |  | HOURS |  |
|---|---|---|---|
| | PREVIOUS BALANCE | | $4,121.60 |
| **06/05/2013** | | | |
| TS | Prepare Certificate of No Objection to C&L March fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| TS | Finalize and e-file April fee application of C&L | 0.30 | 33.00 |
| MTH | Reviewing docket and reviewing and signing C&L March monthly | 0.10 | 39.00 |
| MTH | Reviewing C&L April 2013 fee application for filing and service | 0.30 | 117.00 |
| **06/06/2013** | | | |
| MTH | Review correspondence from BR re fee application question | 0.10 | 39.00 |
| **06/11/2013** | | | |
| TS | Review pre-bill for May | 0.20 | 22.00 |
| TS | Research re: duplicate entry on C&L interim fee application | 0.20 | 22.00 |
| MTH | Reviewing correspondence from fee auditor; review and response to same | 0.30 | 117.00 |
| MTH | Reviewing pre-bill | 0.60 | 234.00 |
| | FOR CURRENT SERVICES RENDERED | 2.50 | 667.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $390.00 | $546.00 |
| Timothy Simpson | 1.10 | 110.00 | 121.00 |

```
        TOTAL CURRENT WORK                                       667.00


06/12/2013   Payment - Thank you. (March, 2013 - 80% Fees)      -590.40


             BALANCE DUE                                      $4,198.20
```

W.R. Grace

Fee Applications, Applicant

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                                    Page: 1
        W.R. Grace                                                06/30/2013
        Wilmington  DE                               ACCOUNT NO:    3000-13D
                                                     STATEMENT NO:       130


        Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $15,363.10 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/2013 | | | | |
| | TS | Review e-mail from GS re: Charter Oak April bill (.1); Prepare Charter Oak April Fee application (.3) | 0.40 | 44.00 |
| | MTH | Review correspondence from LNC re CNO on 36th monthly fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from J. Lord re Reed Smith fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from GS re April time for fee application | 0.10 | 39.00 |
| 06/04/2013 | | | | |
| | TS | Review email from EB re: C&D April fee application (.1); Update C&D April fee application (.2) | 0.30 | 33.00 |
| | TS | Review email from EB re: AKO April fee application (.1); Update AKO April fee application (.2) | 0.30 | 33.00 |
| | MTH | Review correspondence from TS re draft fee application for Charter Oak | 0.20 | 78.00 |
| | MTH | Review correspondence from LE re Casner & Edwards fee application for April | 0.10 | 39.00 |
| | MTH | Review correspondence from TS, AP and GS re CNO's to be filed for March fee applications | 0.10 | 39.00 |
| | MTH | Review correspondence from LNC re Lauzon Belanger fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from LNC re Scarfone fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from LNC re Hogan fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from GS (x2) re revisions to Charter Oak fee application | 0.20 | 78.00 |
| 06/05/2013 | | | | |
| | TS | Prepare Certificate of No Objection to C&D March fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection to AKO March fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection to Charter Oak March fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |

W.R. Grace

Fee Applications, Others

|      |                                                                              | HOURS |        |
|------|------------------------------------------------------------------------------|-------|--------|
| TS   | Finalize and e-file April fee application of C&D                             | 0.30  | 33.00  |
| TS   | Finalize and e-file April fee application of AKO                             | 0.30  | 33.00  |
| TS   | Finalize and e-file April fee application of Charter Oak                     | 0.30  | 33.00  |
| MTH  | Reviewing docket and reviewing and signing CNO for Charter Oak March monthly | 0.20  | 78.00  |
| MTH  | Reviewing docket and reviewing and signing CNO for AKO March monthly         | 0.10  | 39.00  |
| MTH  | Reviewing docket and reviewing and signing CNO for C&D March monthly         | 0.10  | 39.00  |
| MTH  | Reviewing Charter Oak April 2013 fee application for filing and service      | 0.30  | 117.00 |
| MTH  | Reviewing Anderson Kill April 2013 fee application for filing and service    | 0.30  | 117.00 |
| MTH  | Reviewing C&D April 2013 fee application for filing and service              | 0.20  | 78.00  |
| MTH  | Review correspondence from TS to service parties re fee applications         | 0.10  | 39.00  |
| MTH  | Review correspondence from TS to fee auditor re fee applications             | 0.10  | 39.00  |

06/07/2013

|      |                                                                                                                          | HOURS |       |
|------|--------------------------------------------------------------------------------------------------------------------------|-------|-------|
| SMB  | Review April 2013 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1)                        | 0.20  | 22.00 |
| SMB  | Review May 2013 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1)                   | 0.20  | 22.00 |
| SMB  | Review April 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1)                  | 0.20  | 22.00 |
| SMB  | Review January through March 2013 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
| SMB  | Review January through March 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
| SMB  | Review January through March 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1)  | 0.20  | 22.00 |
| SMB  | Review January through March 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1)        | 0.20  | 22.00 |
| SMB  | Review April 2013 application of Ferry Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1)           | 0.20  | 22.00 |
| SMB  | Review April 2013 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
| SMB  | Review April 2013 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1)              | 0.20  | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MTH | Review correspondence from DP re Beveridge and Diamond fee application | 0.10 | 39.00 |
| 06/11/2013 | MTH | Review correspondence from DF re CNO for Towers Watson | 0.10 | 39.00 |
| 06/13/2013 | MTH | Review correspondence from DP re Norton Rose fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from YS re CNO's for two fee applications | 0.10 | 39.00 |
| 06/14/2013 | SMB | Review November 2012 application of Norton Rose Fulbright Canada LLP; update weekly recommendation memorandum | 0.20 | 22.00 |
|  | SMB | Review April 2013 application of Woodcock Washburn LLP; update weekly recommendation memorandum | 0.20 | 22.00 |
| 06/18/2013 | MTH | Review correspondence from DP re K&E fee application for April 2013 | 0.10 | 39.00 |
|  | MTH | Review correspondence from TBB re CNO's filed | 0.10 | 39.00 |
| 06/19/2013 | MTH | Review correspondence from CH re CNO for fee application and PG&S fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from TBB re CNO's for Saul Ewing and Kramer Levin fee applications | 0.10 | 39.00 |
| 06/20/2013 | MTH | Review correspondence from TS re CNO for Charter Oak fee application | 0.10 | 39.00 |
| 06/21/2013 | MTH | Review correspondence from LE re Blackstone fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from EB re draft C&D fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from DF re CNO for Orrick fee application | 0.10 | 39.00 |
| 06/24/2013 | MTH | Review correspondence from YS re two fee applications for PWC | 0.10 | 39.00 |
| 06/27/2013 | MTH | Reviewing correspondence from LNC re monthly fee application of the Hogan Firm | 0.10 | 39.00 |
|  | MTH | Review correspondence from LNC re monthly fee |  |  |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | application of Scarfone Hawkins | 0.10 | 39.00 |
|  | MTH | Review correspondence from LNC re monthly fee application of Lauzon Belanger | 0.10 | 39.00 |
| 06/28/2013 |  |  |  |  |
|  | SMB | Prepare April 2013 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare May 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare May 2013 application of Sidley Austin LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare May 2013 application of Schiff Hardin LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare May 2013 application of Irell & Manella LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare February through April 2013 application of James J. McMonagle (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare February through April 2013 application of Young Conaway Stargatt & Taylor (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare May 2013 application of Frantz Ward (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Prepare February through April 2013 application of Frantz Ward LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | MTH | Review correspondence from DP re BMG fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from DP re KayeScholer fee application for May 2013 | 0.10 | 39.00 |
|  | MTH | Review correspondence from D.M. re fee application for Strooch, Strooch and Lavan | 0.10 | 39.00 |
|  | MTH | Review correspondence from MS re Casner fee application for May; Foley fee application for May | 0.10 | 39.00 |
|  | MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 39.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 12.00 | 2,636.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 4.20 | $110.00 | $462.00 |
| Mark T. Hurford | 4.70 | 390.00 | 1,833.00 |
| Timothy Simpson | 3.10 | 110.00 | 341.00 |

TOTAL CURRENT WORK                                                      2,636.00

```
                                                                   Page: 5
W.R. Grace                                                       06/30/2013
                                               ACCOUNT NO:       3000-13D
                                               STATEMENT NO:          130

Fee Applications, Others
```

```
06/12/2013    Payment - Thank you. (March, 2013 - 80% Fees)        -2,753.60


              BALANCE DUE                                        $15,245.50
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                        Page: 1
W.R. Grace                                          06/30/2013
Wilmington  DE                       ACCOUNT NO:     3000-14D
                                     STATEMENT NO:        102

Financing



      PREVIOUS BALANCE                                  $70.20


      BALANCE DUE                                       $70.20
                                                    _____
```

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                        Page: 1
     W.R. Grace                                       06/30/2013
     Wilmington  DE                       ACCOUNT NO:   3000-15D
                                          STATEMENT NO:      145


     Hearings



          PREVIOUS BALANCE                            $3,921.85

                                              HOURS
06/10/2013
     MTH     Reviewing correspondence re oral argument before
             the CA3 and correspondence re same      0.10      39.00

06/13/2013
     MTH     Reviewing correspondence re hearing dates  0.10      39.00
     MTH     Preparing for hearing                    2.10     819.00
     MTH     Telephone conference with DF re CA3 oral argument  0.40     156.00

06/17/2013
     MTH     Attending Third Circuit Oral Argument    4.00   1,560.00

06/18/2013
     MTH     Drafting memorandum re oral argument on various
             CA3 appeals                              0.80     312.00

06/21/2013
     MTH     Various correspondence re hearing dates; Agenda  0.20      78.00
     MTH     Reviewing COC and proposed Order re hearing date  0.10      39.00
             FOR CURRENT SERVICES RENDERED            7.80   3,042.00

                          RECAPITULATION
     TIMEKEEPER                    HOURS    HOURLY RATE      TOTAL
     Mark T. Hurford                7.80      $390.00    $3,042.00



          TOTAL CURRENT WORK                          3,042.00


06/12/2013   Payment - Thank you. (March, 2013 - 80% Fees)     -124.80


          BALANCE DUE                                $6,839.05
```

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                    |
|--------------------|--------------------|
|                    | Page: 1            |
| W.R. Grace         | 06/30/2013         |
| Wilmington  DE     | ACCOUNT NO:   3000-16D |
|                    | STATEMENT NO:      130 |

Litigation and Litigation Consulting

| | |
|---|---|
| PREVIOUS BALANCE | $4,928.40 |
| 06/12/2013   Payment - Thank you. (March, 2013 - 80% Fees) | -3,378.00 |
| BALANCE DUE | $1,550.40 |

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                          Page: 1
     W.R. Grace                                         06/30/2013
     Wilmington  DE                        ACCOUNT NO:   3000-17D
                                           STATEMENT NO:      130


     Plan and Disclosure Statement
```

```
          PREVIOUS BALANCE                              $7,588.40

                                               HOURS
06/03/2013
     MTH     Reviewing Order from CA3 re Anderson Memorial and
             related correspondence                0.20       78.00

06/05/2013
     MTH     Reviewing Anderson Memorial's Motion to Extend
             Time                                  0.20       78.00

06/06/2013
     MTH     Reviewing Anderson Memorial's CA3 brief and
             correspondence to PVNL re same        0.70      273.00
     MTH     Reviewing Order on Anderson Memorial's Motion to
             extend time                           0.10       39.00
     MTH     Correspondence re CA3 hearing, appeals 0.30      117.00

06/14/2013
     MTH     Preparing for hearing                 1.50      585.00

06/19/2013
     MTH     Reviewing various correspondence re CA3 oral
             argument                              0.10       39.00

06/24/2013
     MTH     Telephone conference with PVNL re CA3 oral
             argument                              0.10       39.00
             FOR CURRENT SERVICES RENDERED         3.20     1,248.00

                          RECAPITULATION
     TIMEKEEPER                  HOURS   HOURLY RATE      TOTAL
     Mark T. Hurford              3.20      $390.00    $1,248.00


          TOTAL CURRENT WORK                            1,248.00


06/12/2013   Payment - Thank you. (March, 2013 - 80% Fees)    -1,653.60
```

Page: 2

W.R. Grace                                                        06/30/2013
                                                    ACCOUNT NO:   3000-17D
                                                    STATEMENT NO:      130

Plan and Disclosure Statement


        BALANCE DUE                                              $7,182.80


        Any payments received after the statement date will be applied to next
        month's statement.  Please note your account number on your payment.
        Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                    06/30/2013
Wilmington  DE                              ACCOUNT NO:    3000-18D
                                            STATEMENT NO:       130

Relief from Stay Proceedings


        PREVIOUS BALANCE                                     -$257.70


        CREDIT BALANCE                                       -$257.70


Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                         Page: 1
W.R. Grace                                             06/30/2013
Wilmington  DE                        ACCOUNT NO:     3000-20D
                                      STATEMENT NO:        129

Tax Litigation



        PREVIOUS BALANCE                              $468.80


        BALANCE DUE                                   $468.80
```

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                      Page: 1
        W.R. Grace                                  06/30/2013
        Wilmington  DE                    ACCOUNT NO:   3000-21D
                                          STATEMENT NO:      121


        Travel-Non-Working
```

```
        PREVIOUS BALANCE                                    -$4.00

                                                 HOURS
06/17/2013
    MTH     Non-working travel time to and from Third Circuit
            (billed at one half time)                1.00      390.00
            FOR CURRENT SERVICES RENDERED            1.00      390.00
                            RECAPITULATION
      TIMEKEEPER                     HOURS    HOURLY RATE       TOTAL
      Mark T. Hurford                 1.00       $390.00     $390.00


        TOTAL CURRENT WORK                                    390.00


        BALANCE DUE                                          $386.00
```

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                         Page: 1
W.R. Grace                                            06/30/2013
Wilmington  DE                        ACCOUNT NO:    3000-22D
                                      STATEMENT NO:        134

Valuation


    PREVIOUS BALANCE                                 $1,185.00


    BALANCE DUE                                      $1,185.00
                                                     _____
```

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                          Page: 1
W.R. Grace                                             06/30/2013
Wilmington  DE                            ACCOUNT NO:   3000-23D
                                          STATEMENT NO:      134

ZAI Science Trial


        PREVIOUS BALANCE                              $1,203.30


        BALANCE DUE                                   $1,203.30


                Any payments received after the statement date will be applied to next
                month's statement.  Please note your account number on your payment.
                Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                                Page: 1
W.R. Grace                                                   06/30/2013
Wilmington  DE                                  ACCOUNT NO:      3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 514.80 | 0.00 | 0.00 | 0.00 | -312.00 | $202.80 |
| 3000-02 Asset Disposition | | | | | |
| 1,051.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,051.30 |
| 3000-04 Case Administration | | | | | |
| 630.27 | 351.00 | 0.00 | 0.00 | -93.60 | $887.67 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -62.10 | 0.00 | 0.00 | 0.00 | 0.00 | -$62.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 11,529.64 | 3,313.50 | 0.00 | 0.00 | -2,711.20 | $12,131.94 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -71.50 | 0.00 | 0.00 | 0.00 | -436.80 | -$508.30 |
| 3000-10 Employment Applications, Others | | | | | |
| 2,558.70 | 585.00 | 0.00 | 0.00 | -1,248.00 | $1,895.70 |
| 3000-11 Expenses | | | | | |
| 5,962.08 | 0.00 | 579.95 | 0.00 | -693.50 | $5,848.53 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,121.60 | 667.00 | 0.00 | 0.00 | -590.40 | $4,198.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,363.10 | 2,636.00 | 0.00 | 0.00 | -2,753.60 | $15,245.50 |
| 3000-14 Financing | | | | | |
| 70.20 | 0.00 | 0.00 | 0.00 | 0.00 | $70.20 |
| 3000-15 Hearings | | | | | |
| 3,921.85 | 3,042.00 | 0.00 | 0.00 | -124.80 | $6,839.05 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 4,928.40 | 0.00 | 0.00 | 0.00 | -3,378.00 | $1,550.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 7,588.40 | 1,248.00 | 0.00 | 0.00 | -1,653.60 | $7,182.80 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 390.00 | 0.00 | 0.00 | 0.00 | $386.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 63,023.74 | 12,232.50 | 579.95 | 0.00 | -13,995.50 | $61,840.69 |

Any payments received after the statement date will be applied to next
month's statement.  Please note your account number on your payment.
Thank you.