## EXHIBIT A

**Asset Analysis and Recovery (.10 Hours; $ 95.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $955 | 95.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/24/13 | PVL | 955.00 | 0.10 | Teleconf. Hurford re status |

**Total Task Code .01      .10**

**Case Administration (1.40 Hours; $ 933.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $1,000 | 700.00 |
| Peter Van N. Lockwood | .10 | $955 | 95.50 |
| Eugenia Benetos | .60 | $230 | 138.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/06/13 | EI | 1,000.00 | 0.10 | Confer with PVNL regarding status. |
| 06/14/13 | EI | 1,000.00 | 0.10 | Prepare memorandum regarding new judge (.1). |
| 06/17/13 | EB | 230.00 | 0.60 | Update players in case. |
| 06/18/13 | EI | 1,000.00 | 0.50 | Review report on 3rd Circuit hearing. |
| 06/25/13 | PVL | 955.00 | 0.10 | Rv 4 misc. filings |

**Total Task Code .04      1.40**

**Fee Applications, Applicant (4.40 Hours; $ 1,564.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.70 | $555 | 943.50 |
| Eugenia Benetos | 2.70 | $230 | 621.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/07/13 | RCT | 555.00 | 0.30 | Confer with EB regarding fee applications schedule and documents required. |
| 06/11/13 | RCT | 555.00 | 0.50 | Review prebills (.5). |
| 06/11/13 | RCT | 555.00 | 0.30 | Review and edit exhibits. |
| 06/20/13 | EB | 230.00 | 1.50 | Work on monthly fee application. |
| 06/21/13 | EB | 230.00 | 0.60 | Email monthly application to local counsel and create PDF for our records. |
| 06/21/13 | EB | 230.00 | 0.60 | Draft and send email to APB with attachment re latest version of the monthly fee application cover for future use. |
| 06/28/13 | RCT | 555.00 | 0.60 | Review fee issues. |

**Total Task Code .12        4.40**

**Plan & Disclosure Statement (45.00 Hours; $ 39,956.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 35.80 | $955 | 34,189.00 |
| Ann C. McMillan | .50 | $660 | 330.00 |
| Leslie M. Kelleher | 8.70 | $625 | 5,437.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/03/13 | PVL | 955.00 | 1.40 | Prepare for CA 3 arg. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/04/13 | PVL | 955.00 | 3.90 | Prepare for CA 3 argument |
| 06/05/13 | PVL | 955.00 | 1.00 | Prepare for CA 3 moot court |
| 06/06/13 | PVL | 955.00 | 8.10 | Prepare for moot court (1.2); attend moot court (6.2); cn Frankel, Wyron & LMK (.2); cn EI (.1); rv emails (.1); rv Barakat memo & exhs. (.3) |
| 06/06/13 | LMK | 625.00 | 7.20 | Prepare for and moot for Third Circuit Argument. |
| 06/07/13 | PVL | 955.00 | 7.10 | Cn Donley, Paul, Esayian, Bentley, Blabey, Frankel, Wyron, Rich, Shelnitz (tc) & Finke (tc) re arg. prep. (3.5); prepare for arg. (.6); rv J. Lewis email & attachments (.8); rv 3 Shader Harrison bench memos re arg. prep. (2.2) |
| 06/10/13 | PVL | 955.00 | 0.60 | Rv Garlock motion to reconsider and for stay (.5); rv emails & reply re CA 3 arg. (.1) |
| 06/11/13 | ACM | 660.00 | 0.30 | Teleconference J. Ferraro re T. Wilson (.1); exchange e-mails with J. Ferraro re same (.2). |
| 06/12/13 | PVL | 955.00 | 1.20 | Rv emails & reply re arg. prep. (.1); teleconf. Brown re CA 3 arg. (1.1) |
| 06/13/13 | ACM | 660.00 | 0.10 | Teleconference R. Komitor re Grace documents. |
| 06/14/13 | PVL | 955.00 | 1.30 | Rv email & reply (.1); teleconf. Brickley re CA 3 argument (.9); prepare for CA 3 argument (.3) |
| 06/14/13 | ACM | 660.00 | 0.10 | Exchange e-mails with PVNL and R. Paul re products. |
| 06/16/13 | PVL | 955.00 | 0.80 | Prepare for CA 3 hearing |
| 06/17/13 | PVL | 955.00 | 8.50 | Prepare for CA 3 argument (4.2); attend CA 3 hearing (3.6); cn Frankel & Hurford re same (.5); cn Frankel re hearing (.2) |
| 06/18/13 | PVL | 955.00 | 1.90 | Tf EI re CA3 arg. (.3); tcn Shelnitz, Finke, Donley, Paul, Bentley, Blabey, Frankel, LMK et al (1.5); rv law 360 and Brickley articles (.1) |
| 06/18/13 | LMK | 625.00 | 1.50 | Conference call re third circuit hearing. |

**Total Task Code   .17        45.00**

**Travel – Non Working (7.60 Hours; $ 3,629.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.60 | $477.50 | 3,629.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/06/13 | PVL | 477.50 | 0.30 | To Georgetown Law School for moot court |
| 06/07/13 | PVL | 477.50 | 0.60 | To & from K&E office |
| 06/16/13 | PVL | 477.50 | 3.20 | To Philadelphia for CA 3 hearing |
| 06/17/13 | PVL | 477.50 | 3.50 | Return to DC |

**Total Task Code    .21        7.60**

**Fee Auditor Matters (1.00 Hours; $ 555.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.00 | $555 | 555.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/07/13 | RCT | 555.00 | 0.20 | Review initial fee auditor report. |
| 06/11/13 | RCT | 555.00 | 0.70 | Review fee auditor's report and prepare e-mails to legal staff regarding same (.3); draft reply to fee auditor report (.4). |
| 06/14/13 | RCT | 555.00 | 0.10 | Review fee auditor reports regarding query and response. |

**Total Task Code    .32        1.00**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 15.29 |
| Conference Call Services | 8.43 |
| Local Transportation - DC | 9.50 |
| Travel Expenses - Hotel Charges | 344.45 |
| **Total:** | **$ 377.67** |