## EXHIBIT B

**Asset Analysis and Recovery (.10 Hours; $ 95.50)**

        Services rendered in this category pertain to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01**         **.10**

**Case Administration (1.40 Hours; $ 933.50)**

        Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**         **1.40**

**Fee Applications, Applicant (4.40 Hours; $ 1,564.50)**

        Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**         **4.40**

**Plan & Disclosure Statement (45.00 Hours; $ 39,956.50)**

        Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**         **45.00**

**Travel – Non Working (7.60 Hours; $ 3,629.00)**

        Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**         **7.60**

**Fee Auditor Matters (1.00 Hours; $ 555.00)**

   Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**    **1.00**