## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 15.29 |
| Conference Call Services | 8.43 |
| Local Transportation - DC | 9.50 |
| Travel Expenses - Hotel Charges | 344.45 |
| **Total:** | **$377.67** |

| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter        000** | **Disbursements** | | 7/17/2013 |

Print Date/Time: 07/17/2013  3:54:57PM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 6/30/2013

**Matter        000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 6/19/2013 | 13,655 |

Client Retainers Available        $4,806.34        Committed to Invoices:        $0.00        Remaining:        $4,806.34

Total Expenses Billed To Date       $3,949,242.32

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 353.95 | 0.00 | 353.95 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 8.43 | 0.00 | 8.43 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 15.29 | 0.00 | 15.29 |
| **Total Fees** | | | **0.00** | **377.67** | **0.00** | **377.67** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2994887 | Premiere Global Services -Teleconference Svc., 4/2013  (KCM) | E | 06/06/2013 | 0338 KCM | | 0.00 | $8.43 | | 0.00 | $8.43 | 8.43 |
| 2996189 | Federal Express -Delivery to T.Simpson, 5/29/13 | E | 06/13/2013 | 0999 C&D | | 0.00 | $15.29 | | 0.00 | $15.29 | 23.72 |
| 2996293 | Petty Cash -Cab Fare to Georgetown Law School, re: Moot Court, 6/6/13  (PVNL) | E | 06/14/2013 | 0020 PVL | | 0.00 | $9.50 | | 0.00 | $9.50 | 33.22 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 7/17/2013 |

Print Date/Time: 07/17/2013 3:54:57PM

Attn:

Invoice #

| | | | | | | PVL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2999474 | Peter Van N. Lockwood -Westin Hotel 1-Night lodging while on Travel to/from Philadelphia, PA, 6/16/13 - 6/17/13 | E | 06/21/2013 | 0020 | | | 0.00 | $344.45 | 0.00 | $344.45 | 377.67 |

**Total Expenses**

$377.67

$377.67

0.00                                        0.00

|  | | | |
|---|---|---|---|
| Matter Total Fees | 0.00 | | 0.00 |
| Matter Total Expenses | 377.67 | | 377.67 |
| Matter Total | 0.00    377.67 | 0.00 | 377.67 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | $377.67 | | $377.67 |
| Prebill Total | 0.00    $377.67 | 0.00 | $377.67 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 90,875 | 11/21/2012 | 32,514.00 | 6,502.80 |
| 91,409 | 12/13/2012 | 13,536.00 | 2,707.20 |
| 91,996 | 01/22/2013 | 168,387.00 | 33,677.40 |
| 92,491 | 02/21/2013 | 165,664.00 | 33,132.80 |
| 92,999 | 03/22/2013 | 35,163.00 | 7,032.60 |
| 93,496 | 04/19/2013 | 40,095.00 | 8,019.00 |
| 94,156 | 05/24/2013 | 48,738.50 | 9,747.70 |
| 94,576 | 06/19/2013 | 40,014.32 | 40,014.32 |
| | | 673,285.82 | 155,690.65 |