IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-1139 (KJC) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: August 26, 2013 @ 4:00 p.m.** |
| | ) | |

**MONTHLY FEE APPLICATION OF ANDERSON KILL & OLICK, P.C. FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL INSURANCE COVERAGE COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF
W. R. GRACE & CO., *ET AL.* FOR THE PERIOD
JUNE 1, 2013 THROUGH JUNE 30, 2013**

| | |
|---|---|
| Name of Applicant: | Anderson Kill & Olick, P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 14, 2005, *nunc pro tunc* to March 17, 2005 |
| Period for which compensation and reimbursement is sought: | June 1, 2013 through June 30, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $32,761.60 (80% of $40,952.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $56.00 |

This is a: ___X___ monthly _____ interim _____ final application.

Anderson Kill & Olick, P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 9/1/05 | 7/1/05 through 7/31/05 | $8,954.00 (80% of $11,192.50) | $0.00 | $8,954.00 | $0.00 |
| 9/29/05 | 8/1/05 through 8/31/05 | $4,028.40 (80% of $5,035.50) | $169.64 | $4,028.40 | $169.64 |
| 12/1/05 | 10/1/05 through 10/31/05 | $1,596.00 (80% of $1,995.00) | $20.31 | $1,596.00 | $20.31 |
| 12/28/05 | 11/1/05 through 11/20/05 | $3,594.80 (80% of $4,493.50) | $59.25 | $3,594.80 | $59.25 |
| 5/3/06 | 1/1/06 through 3/31/06 | $13,811.60 (80% of $17,264.50) | $46.48 | $13,811.60 | $46.48 |
| 5/31/06 | 4/1/06 through 4/30/06 | $36,205.60 (80% of $45,257.00) | $705.77 | $36,205.60 | $705.77 |
| 6/30/06 | 5/1/06 through 5/31/06 | $95,277.60 (80% of $119,097.00) | $41.00 | $95,277.60 | $41.00 |
| 8/1/06 | 6/1/06 through 6/30/06 | $39,952.80 (80% of $49,941.00) | $98.03 | $39,952.80 | $98.03 |
| 8/29/06 | 7/1/06 through 7/31/06 | $34,140.80 (80% of $42,676.00) | $154.30 | $34,140.80 | $154.30 |
| 9/29/06 | 8/1/06 through 8/31/06 | $18,866.40 (80% of $23,583.00) | $173.25 | $18,866.40 | $173.25 |
| 10/30/06 | 9/1/06 through 9/30/06 | $14,832.80 (80% of $18,541.00) | $269.36 | $14,832.80 | $269.36 |
| 11/29/06 | 10/1/06 through 10/31/06 | $14,376.00 (80% of $17,971.00) | $223.25 | $14,376.00 | $223.25 |
| 12/27/06 | 11/1/06 through 11/30/06 | $34,092.00 (80% of $42,615.00) | $244.03 | $34,092.00 | $244.03 |
| 2/1/07 | 12/1/06 through 12/31/06 | $11,360.00 (80% of $14,200.00) | $58.60 | $11,360.00 | $58.60 |
| 3/2/07 | 1/1/07 through 1/31/07 | $4,665.20 (80% of $5,831.50) | $0.00 | $4,665.20 | $0.00 |
| 3/29/07 | 2/1/07 through 2/28/07 | $8,496.00 (80% of $10,620.00) | $4.50 | $8,496.00 | $4.50 |
| 4/30/07 | 3/1/07 through 3/31/07 | $4,065.20 (80% of $5,081.50) | -$156.70 | $4,056.20 | -$156.70 |
| 6/4/07 | 4/1/07 through 4/30/07 | $14,111.20 (80% of $17,639.00) | $1,215.28 | $14,111.20 | $1,215.28 |
| 6/29/07 | 5/1/07 through 5/31/07 | $5,440.40 (80% of $6,800.50) | $1,351.73 | $5,440.40 | $1,351.73 |
| 8/1/07 | 6/1/07 through 6/30/07 | $23,765.60 (80% of $29,707.00) | $98.62 | $23,765.60 | $98.62 |
| 8/31/07 | 7/1/07 through 7/31/07 | $69,389.20 (80% of $86,736.50) | $394.57 | $69,389.20 | $394.57 |
| 10/3/07 | 8/1/07 through 8/31/07 | $76,542.40 (80% of $95,678.00) | $665.70 | $76,542.40 | $665.70 |

{D0267816.1 }
nydocs1-1015641.1

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/1/07 | 9/1/07 through 9/30/07 | $118,733.20 (80% of $148,416.50) | $1,582.95 | $118,733.20 | $1,582.95 |
| 11/30/07 | 10/1/07 through 10/31/07 | $24,769.60 (80% of $30,962.00) | $63.16 | $24,769.60 | $63.16 |
| 12/28/07 | 11/1/07 through 11/30/07 | $44,240.00 (80% of $55,300.00) | $6.72 | $44,240.00 | $6.72 |
| 1/31/08 | 12/1/07 through 12/31/07 | $38,406.00 (80% of $48,007.50) | $0.00 | $38,406.00 | $0.00 |
| 3/5/08 | 1/1/08 through 1/31/08 | $47,728.40 (80% of $59,660.50) | $975.03 | $47,728.40 | $975/03 |
| 3/31/08 | 2/1/08 through 2/29/08 | $41,315.60 (80% of $51,644.50) | $1,111.94 | $41,315.60 | $1,111.94 |
| 4/30/08 | 3/1/08 through 3/31/08 | $111,292.40 (80% of $139,115.50) | $1,112.47 | $111,292.40 | $1,112.47 |
| 7/1/08 | 4/1/08 through 4/30/08 | $161,779.60 (80% of $202,224.50) | $2,558.60 | $161,779.60 | $2,558.60 |
| 7/1/08 | 5/1/08 through 5/31/08 | $94,622.80 (80% of $118,278.50) | $3,035.45 | $94,622.80 | $3,035.45 |
| 8/5/08 | 6/1/08 through 6/30/08 | $161,457.60 (80% of $201,822.00) | $284.96 | $161,457.60 | $284.96 |
| 8/28/08 | 7/1/08 through 7/31/08 | $149,923.20 (80% of $187,404.00) | $2,093.56 | $149,923.20 | $2,093.56 |
| 10/2/08 | 8/1/08 through 8/31/08 | $109,541.60 (80% of $136,927.00) | $629.40 | $109,541.60 | $629.40 |
| 10/31/08 | 9/1/08 through 9/30/08 | $99,828.00 (80% of $124,785.00) | $174.36 | $99,828.00 | $174.36 |
| 12/3/08 | 10/1/08 through 10/31/08 | $146,409.20 (80% of $183,011.50) | $837.84 | $146,409.20 | $837.84 |
| 1/6/09 | 11/1/08 through 11/30/08 | $150,773.20 (80% of $188,466.50) | $2,073.83 | $150,773.20 | $2,073.83 |
| 2/3/09 | 12/1/08 through 12/31/08 | $165,389.20 (80% of $206,736.50) | $1,747.49 | $165,389.20 | $1,747.49 |
| 3/4/09 | 1/1/09 through 1/31/09 | $189,578.80 (80% of $236,973.50) | $2,299.80 | $189,578.80 | $2,299.80 |
| 4/2/09 | 2/1/09 through 2/28/09 | $191,789.60 (80% of $239,737.00) | $3,627.15 | $191,789.60 | $3,627.15 |
| 5/6/09 | 3/1/09 through 3/31/09 | $219,035.60 (80% of $273,794.50) | $2,060.39 | $219,035.60 | $2,060.39 |
| 5/29/09 | 4/1/09 through 4/30/09 | $229,368.00 (80% of $286,710.00) | $2,925.05 | $229,368.00 | $2,925.05 |
| 7/1/09 | 5/1/09 through 5/31/09 | $221,862.80 (80% of $277,328.50) | $5,865.82 | $221,862.80 | $5,865.82 |
| 8/4/09 | 6/1/09 through 6/30/09 | $338,235.60 (80% of $422,794.50) | $2,568.94 | $338,235.60 | $2,568.94 |
| 9/1/09 | 7/1/09 through 7/31/09 | $343,386.00 (80% of $429,232.50) | $9,429.56 | $343,386.00 | $9,429.56 |

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 10/2/09 | 8/1/09 through 8/31/09 | $326,855.20 (80% of $408,569.00) | $6,785.73 | $326,855.20 | $6,785.73 |
| 11/2/09 | 9/1/09 through 9/30/09 | $289,048.40 (80% of $361,310.50) | $6,456.29 | $289,048.40 (Red. $388.00) | $6,456.29 |
| 12/2/09 | 10/1/09 through 10/31/09 | $183,256.80 (80% of $229,071.00) | $2,944.08 | $183,256.80 | $2,944.08 |
| 12/30/09 | 11/1/09 through 11/30/09 | $155,602.00 (80% of $194,502.50) | $3,882.51 | $155,602.00 | $3,882.51 |
| 1/29/10 | 12/1/09 through 12/31/09 | $167,176.00 (80% of $208,970.00) | $1,862.01 | $167,176.00 | $1,862.01 |
| 3/1/10 | 1/1/10 through 1/31/10 | $129,014.80 (80% of $161,268.50) | $6,608.23 | $129,014.80 | $6,608.23 |
| 3/30/10 | 2/1/10 through 2/28/10 | $113,153.60 (80% of $141,442.00) | $936.74 | $113,153.60 | $936.74 |
| 4/30/10 | 3/1/10 through 3/31/10 | $121,662.00 (80% of $152,077.50) | $1,146.61 | $121,662.00 | $1,146.61 |
| 6/2/10 | 4/1/10 through 4/30/10 | $83,518.40 (80% of $104,398.00) | $1,992.34 | $83,518.40 | $1,992.34 |
| 6/29/10 | 5/1/10 through 5/31/10 | $114,893.20 (80% of $143,616.50) | $466.09 | $114,893.20 | $466.09 |
| 8/3/10 | 6/1/10 through 6/30/10 | $183,444.80 (80% of $229,306.00) | $716.97 | $183,444.80 | $716.97 |
| 9/1/10 | 7/1/10 through 7/31/10 | $168,462.00 (80% of $210,577.50) | $581.73 | $168,462.00 | $581.73 |
| 10/4/10 | 8/1/10 through 8/31/10 | $126,224.40 (80% of $157,780.50) | $7,130.46 | $126,224.40 | $7,130.46 |
| 10/27/10 | 9/1/10 through 9/30/10 | $123,282.40 (80% of $154,103.00) | $1,029.05 | $123,282.40 | $1,029.05 |
| 12/3/10 | 10/1/10 through 10/31/10 | $140,712.80 (80% of $175,891.00) | $1,110.69 | $140,712.80 | $1,110.69 |
| 1/5/11 | 11/1/10 through 11/30/10 | $120,075.60 (80% of $150,094.50) | $244.14 | $120,075.60 | $244.14 |
| 2/1/11 | 12/1/10 through 12/31/10 | $101,162.40 (80% of $126,453.00) | $507.99 | $101,162.40 | $507.99 |
| 3/1/11 | 1/1/11 through 1/31/11 | $128,850.80 (80% of $161,063.50) | ($2,501.01)[1] | $128,850.80 | ($2,501.01) |
| 3/28/11 | 2/1/11 through 2/28/11 | $125,000.80 (80% of $156,251.00) | $234.96 | $125,00.00 | $234.96 |
| 4/29/11 | 3/1/11 through 3/31/11 | $98,902.80 (80% of $123,628.50) | $794.42 | $98,902.80 | $794.42 |

[1] Negative balance reflects two credits for $1,962.99 and $620.62, for entries previously dated January 20, 2010 and April 14, 2010, respectively, as addressed in the Fee Auditor's report filed under D.I. 26232 on February 10, 2011.

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 05/31/11 | 4/1/11 through 4/30/11 | $76,129.20 (80% of $95,161.50) | $132.04 | $76,129.20 | $132.04 |
| 07/01/11 | 5/1/11 through 5/31/11 | $74,150.40 (80% of $92,688.00) | $178.07 | $74,150.40 | $178.07 |
| 08/01/11 | 6/1/11 through 6/30/11 | $138,453.60 (80% of $173,067.00) | $16.96 | $138,453.60 | $16.96 |
| 08/31/11 | 7/1/11 through 7/31/11 | $67,986.80 (80% of $84,983.50) | $299.78 | $67,986.80 | $299.78 |
| 09/29/11 | 8/1/11 through 8/31/11 | $56,335.60 (80% of $70,419.50) | $4.75 | $56,335.60 | $4.75 |
| 11/11/11 | 9/1/11 through 9/30/11 | $57,004.40 (80% of $71,255.50) | $121.76 | $57,004.40 | $121.76 |
| 11/30/11 | 10/1/11 through 10/31/11 | $89,486.40 (80% of $111,858.00) | $80.87 | $89,486.40 | $80.87 |
| 12/30/11 | 11/1/11 through 11/30/11 | $49,142.08 (80% of $61,427.60) | $6,434.73 | $49,142.08 | $6,434.73 |
| 01/31/12 | 12/1/11 through 12/31/11 | $48,452.40 (80% of $60,565.50 | ($35.80) | $48,452.40 | ($35.80) |
| 03/07/12 | 01/1/12 through 01/31/12 | $87,894.00 (80% of $109,867.50) | $431.61 | $87,894.00 | $431.61 |
| 04/02/12 | 02/1/12 through 02/29/12 | $131,764.40 (80% of $164,705.50) | $1,973.48 | $131,764.40 | $1,973.48 |
| 05/01/12 | 03/1/12 through 03/31/12 | $102,460.40 (80% of $104,117.30) | $1,656.90 | $102,460.40 | $1,656.90 |
| 05/29/12 | 04/1/12 through 04/30/12 | $109,262.00 (80% of $136,577.50) | $533.58 | $109,262.00 | $533.58 |
| 07/03/12 | 05/1/12 through 05/31/12 | $98,158.00 (80% of $122,697.50) | $2,668.59 | $98,158.00 | $2,668.59 |
| 08/01/12 | 06/1/12 through 06/30/12 | $61,678.40 (80% of $77,098.00) | $503.48 | $61,678.40 | $503.48 |
| 09/04/12 | 07/1/12 through 07/31/12 | $71,704.80 (80% of $89,631.00) | $675.86 | $71,704.80 | $675.86 |
| 10/04/12 | 08/1/12 through 08/31/12 | $90,179.20 (80% of $112,724.00) | $447.34 | $90,179.20 | $447.34 |
| 11/06/12 | 09/1/12 through 09/30/12 | $76,160.00 (80% of $95,200.00) | $1,773.54 | $76,160.00 | $1,773.54 |
| 12/04/12 | 10/1/12 through 10/31/12 | $122,583.20 (80% of $153,229.00) | $51.80 | $122,583.20 | $51.80 |
| 01/11/13 | 11/1/12 through 11/30/12 | $90,304.40 (80% of $112,880.50) | $68.27 | $90,304.40 | $68.27 |
| 02/05/13 | 12/1/12 through 12/31/12 | $60,384.80 (80% of $75,481.00) | $1.50 | $60,384.80 | $1.50 |
| 03/06/13 | 01/1/13 through 01/31/13 | $100,742.40 (80% of $125,928.00) | $60.30 | $100,742.40 | $60.30 |
| 04/03/13 | 02/1/13 through 02/28/13 | $111,668.00 (80% of $139,585.00) | $58.11 | $111,668.00 | $58.11 |

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 05/03/13 | 03/1/13 through 03/31/13 | $101,489.20 (80% of $126,861.50) | $6.00 | $101,489.20 | $6.00 |
| 06/05/13 | 04/1/13 through 04/30/13 | $80,453.20 (80% of $100,566.50) | ($262.80) | **Pending** | **Pending** |
| 07/08/13 | 05/1/13 through 05/31/13 | $66,796.80 (80% $83,496.00) | $2.30 | **Pending** | **Pending** |
| **08/06/13** | **06/1/13 through 06/30/13** | **$32,761.60 (80% of $40,952.00)** | **$56.00** | **Pending** | **Pending** |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

{D0267816.1 }
nydocs1-1015641.1

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR
BILLING PERIOD JUNE 1, 2013 THROUGH JUNE 30, 2013
ANDERSON KILL & OLICK, P.C.**

| Name and Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Robert M. Horkovich, Esq. | 2.50 | $925.00 | $2,312.50 |
| Robert Y. Chung, Esq. | 5.00 | $675.00 | $3,375.00 |
| Mark Garbowski, Esq. | 25.00 | $650.00 | $16,250.00 |
| Dennis J. Nolan | 1.60 | $495.00 | $792.00 |
| Glenn F. Fields, Insurance Specialist | 15.70 | $365.00 | $5,730.50 |
| Izak Feldgreber, Paralegal | 34.60 | $315.00 | $10,899.00 |
| Arline Pelton, Paralegal | 5.90 | $270.00 | $1,593.00 |
| **TOTALS:** | **90.30** | | **$40,952.00** |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

{D0267816.1 }
nydocs1-1015641.1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 05/1/13 through 05/31/13 | Total Fees for the Period 05/1/13 through 05/31/13 |
|---|---|---|
| Asset Analysis and Recovery | 82.50 | $38,112.50 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0.00 |
| Committee Administration | 0 | $0.00 |
| Employee Benefits/Pension | 0 | $0.00 |
| Employment Applications (applicant) | 0 | $0.00 |
| Employment Applications (others) | 0 | $0.00 |
| Fee Applications (applicant) | 7.80 | $2,839.50 |
| Fee Applications (others) | 0 | $0.00 |
| Financing | 0 | $0.00 |
| Hearings | 0 | $0.00 |
| Litigation | 0 | $0.00 |
| Plan and Disclosure Statement | 0 | $0.00 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| ZAI Science Trial | 0 | $0.00 |
| Retention Issues | 0 | $0.00 |
| **Totals:** | **90.30** | **$40,952.00** |

{D0267816.1 }
nydocs1-1015641.1

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Monthly Period |
|---|---|---|
| Court Documents | | $0.00 |
| Facsimile ($0.50 per page) | | $0.00 |
| Filing/Witness Fees | | $0.00 |
| In-House Reproduction ($.10 per copy) | | $56.00 |
| Library & Legal Research | | $0.00 |
| Local Travel | | $0.00 |
| Messenger Service | | $0.00 |
| On-line Computer Service | | $0.00 |
| Outside Courier Service | | $0.00 |
| Outside Reproduction | | $0.00 |
| Overnight Courier | | $0.00 |
| Professional Services | | $0.00 |
| Research | | $0.00 |
| Telephone Vendor | | $0.00 |
| Transcript/Deposition Services | | $0.00 |
| Working Meals | | $0.00 |
| **Total:** | | **$56.00** |

ANDERSON KILL & OLICK, P.C.

*/s/Robert Y. Chung*
Robert M. Horkovich, Esq.
Robert Y. Chung, Esq.
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000

*Special Insurance Coverage Counsel to the*
*Official Committee of Asbestos Personal Injury*
*Claimants*

Dated:  August 6, 2013

{D0267816.1 }
nydocs1-1015641.1