# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE                                  MATTER:       100055.WRG01

July 10, 2013                                                                            INVOICE:              254536

MATTER:  CLAIMANTS COMMITTEE                                                ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 06/30/13**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/03/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.90); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.30). | W001 | GFF | 2.80 |
| 06/03/13 | Continued to review and update information on excess insurance policies, coverage in place and settlement agreements re: following form language, insolvent insurance companies, indemnifications, payment and other insurance policy language issues. | W001 | IF | 2.10 |
| 06/03/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 2.40 |
| 06/04/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.40 |
| 06/04/13 | Continued analyzing and reviewing excess insurance policies, coverage in place and settlement agreements re: follow form language, insolvent insurance companies, indemnifications, payment and other policy language issues. | W001 | IF | 1.60 |
| 06/05/13 | Review and revise time and expense entries (1.40); begin preparing monthly fee application (1.20). | W011 | AHP | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                          MATTER:    100055.WRG01

July 10, 2013                                            INVOICE:        254536

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/05/13 | Communications with R. Chung and A. Pelton concerning responding to fee auditor request for information concerning time entries. | W011 | DJN | 0.20 |
| 06/05/13 | Continued to review excess insurance policies, settlement agreements and reimbursement agreements re: following form provisions, insolvent insurance companies, indemnifications, payment and other insurance policy language issues. | W001 | IF | 2.20 |
| 06/05/13 | Continue to revise allocations for settlement demands and cash flow analysis. | W001 | MG | 2.80 |
| 06/05/13 | Investigate and respond to fee auditor's inquiries re: certain January and February entries. | W011 | RYC | 0.80 |
| 06/06/13 | Analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments. | W001 | GFF | 1.70 |
| 06/06/13 | Continued to analyze excess insurance policies, settlements and reimbursement agreements re: follow form provisions, insolvent insurance companies, indemnifications, payment and other policy issues. | W001 | IF | 2.10 |
| 06/06/13 | Additional revisions to allocations for settlement demands and cash flow analysis. | W001 | MG | 3.20 |
| 06/07/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.30). | W001 | GFF | 1.90 |
| 06/07/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: follow form provisions, insolvent insurance companies, indemnifications, payment and other insurance policy issues. | W001 | IF | 1.60 |
| 06/07/13 | Search on-line resources re: updated information on scheme of arrangement. | W001 | IF | 0.60 |
| 06/07/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

July 10, 2013                                           INVOICE:            254536

MATTER: CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/10/13 | Review changes to time and expense entries (.90); draft monthly fee application (1.20) and forward for attorney review. | W011 | AHP | 2.10 |
| 06/10/13 | Continue analysis of selected insurance settlement agreements re: subject policies and scope of release issues (1.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.40 |
| 06/10/13 | Continued to analyze and update information on excess policies, settlements and reimbursement agreements re: following form provisions, insolvent insurance companies, indemnifications, payment and other insurance policy issues. | W001 | IF | 2.10 |
| 06/11/13 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.70 |
| 06/11/13 | Continued to review and update information on excess policies, settlement agreements and reimbursement agreements re: following form, insolvents, indemnifications, payment and other policy issues. | W001 | IF | 1.60 |
| 06/12/13 | Communications with R. Horkovich and M. Garbowski re: questions concerning draft Asbestos Creditors Committee letter. | W001 | DJN | 0.30 |
| 06/12/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments (1.10); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (.80) | W001 | GFF | 1.90 |
| 06/12/13 | Continued analyzing and updating information on excess policies, settlement agreements and reimbursement agreements re: follow form language, insolvents, indemnifications, payment issues and other insurance issues. | W001 | IF | 1.80 |
| 06/12/13 | Update cash flow model. | W001 | MG | 1.40 |
| 06/12/13 | Review emails re: insurance company demand and review allocation work product re: same. | W001 | MG | 1.20 |
| 06/12/13 | Review fee application. | W011 | RYC | 0.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                            MATTER:      100055.WRG01

July 10, 2013                                              INVOICE:         254536

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/13/13 | Finalize and release monthly fee application. | W011 | AHP | 1.20 |
| 06/13/13 | In connection with responding to Asbestos Creditors Committee questions, compare trust distribution procedures to determine how statute of limitations is addressed and prepare email to R. Horkovich and M. Garbowski re: analysis of statute of limitations issue. | W001 | DJN | 1.10 |
| 06/13/13 | Draft email re: insurance company demand and review allocation work product re: same. | W001 | MG | 0.60 |
| 06/13/13 | Update CIP allocation model. | W001 | MG | 2.40 |
| 06/13/13 | Edits to demand letter. | W001 | RMH | 1.20 |
| 06/13/13 | Continue review and comment upon fee applications. | W011 | RYC | 0.30 |
| 06/14/13 | Review and update in connection with allocation modeling and settlement status. | W001 | RYC | 0.90 |
| 06/17/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90); draft and revise settlement agreement summaries (.70). | W001 | GFF | 1.60 |
| 06/17/13 | Continued to analyze and update information on excess policies, settlements and reimbursement agreements re: indemnifications, following form language, insolvent insurance companies, payment and other insurance policy issues. | W001 | IF | 1.90 |
| 06/18/13 | Continue analysis of selected settlement agreements re: subject policies and scope of release issues. | W001 | GFF | 1.30 |
| 06/18/13 | Continued reviewing and updating information on excess policies, settlements and reimbursement agreements re: indemnifications, following form language, insolvent insurance companies, payment and other insurance policy issues. | W001 | IF | 1.40 |
| 06/18/13 | Report to proposed Trustees regarding 3d Circuit argument. | W001 | RMH | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| July 10, 2013 | | INVOICE: | 254536 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/19/13 | Continued to review and update information on excess insurance policies, settlements and reimbursement agreements re: following form language, insolvents, indemnifications, payment and other policy issues. | W001 | IF | 2.10 |
| 06/19/13 | Update cash flow model. | W001 | MG | 2.30 |
| 06/20/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: following form language, insolvents, indemnifications, payment and other policy issues. | W001 | IF | 2.20 |
| 06/20/13 | Attention to inquiries regarding objections to Grace Interim Fee Applications. | W011 | RYC | 0.20 |
| 06/21/13 | Continued to update information and review excess insurance policies, settlement agreements and reimbursement agreements re: following form language, insolvent insurance companies, indemnifications, payment and other insurance policy issues. | W001 | IF | 2.10 |
| 06/21/13 | Update cash flow model. | W001 | MG | 2.20 |
| 06/21/13 | Follow-up in connection with re-evaluation of settlements in connection with allocation of future estimates. | W001 | RYC | 0.80 |
| 06/24/13 | Continued reviewing and updating information on excess insurance policies, settlements and reimbursement agreements re: follow form language, insolvent insurance companies, indemnifications, payment and other insurance issues. | W001 | IF | 1.80 |
| 06/25/13 | Continue to review and update information on excess insurance policies, settlement agreements and reimbursement agreements re: following form, insolvent insurance companies, indemnifications, payment and other insurance policy issues. | W001 | IF | 1.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

July 10, 2013                                  INVOICE:          254536

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/26/13 | Continued updating information and reviewing excess insurance policies, settlements and reimbursement agreements re: follow form, insolvent insurance companies, indemnifications, payment and other policy issues. | W001 | IF | 2.20 |
| 06/26/13 | Review and evaluate revised insurance asset analysis in connection with allocation of future estimates. | W001 | RYC | 1.60 |
| 06/27/13 | Continued to update information and review excess insurance policies, settlements and reimbursement agreements re: insolvent insurance companies, following form language, indemnifications, payment and other insurance policy issues. | W001 | IF | 2.40 |
| 06/27/13 | Continue to update cash flow model. | W001 | MG | 3.30 |
| 06/28/13 | Continued to update information on excess insurance policies, settlements and reimbursement agreements re: insolvent insurance companies, follow form, indemnifications, payment and other insurance policy issues. | W001 | IF | 0.90 |

**TOTAL FEES:**                                                **$40,952.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

July 10, 2013                                  INVOICE:         254536

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

## FEE SUMMARY

|                     | RATE   | HOURS | TOTALS     |
|---------------------|--------|-------|------------|
| Arline H Pelton     | 270.00 | 5.90  | 1,593.00   |
| Dennis J. Nolan     | 495.00 | 1.60  | 792.00     |
| Glenn F Fields      | 365.00 | 15.70 | 5,730.50   |
| Izak Feldgreber     | 315.00 | 34.60 | 10,899.00  |
| Mark Garbowski      | 650.00 | 25.00 | 16,250.00  |
| Robert M Horkovich  | 925.00 | 2.50  | 2,312.50   |
| Robert Y Chung      | 675.00 | 5.00  | 3,375.00   |
| **TOTAL FEES:**     |        |       | **$40,952.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                       MATTER:        100055.WRG01

July 10, 2013                                         INVOICE:           254536

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|                      | HOURS  | TOTALS      |
|----------------------|--------|-------------|
| Dennis J. Nolan      | 1.40   | 693.00      |
| Glenn F Fields       | 15.70  | 5,730.50    |
| Izak Feldgreber      | 34.60  | 10,899.00   |
| Mark Garbowski       | 25.00  | 16,250.00   |
| Robert M Horkovich   | 2.50   | 2,312.50    |
| Robert Y Chung       | 3.30   | 2,227.50    |
| **TOTAL:**           | **82.50** | **$38,112.50** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|                   | HOURS | TOTALS      |
|-------------------|-------|-------------|
| Arline H Pelton   | 5.90  | 1,593.00    |
| Dennis J. Nolan   | 0.20  | 99.00       |
| Robert Y Chung    | 1.70  | 1,147.50    |
| **TOTAL:**        | **7.80** | **$2,839.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

July 10, 2013                                  INVOICE:         254536

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

**COSTS through 06/30/13**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 06/04/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 06/04/13 | DI - PHOTOCOPYING - | E101 | 3.90 |
| 06/13/13 | DI - PHOTOCOPYING - | E101 | 6.40 |
| 06/14/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 06/18/13 | DI - PHOTOCOPYING - | E101 | 4.20 |
| 06/18/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 06/20/13 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 06/20/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 06/21/13 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 06/25/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 06/25/13 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 06/26/13 | DI - PHOTOCOPYING - | E101 | 1.10 |
| 06/26/13 | DI - PHOTOCOPYING - | E101 | 5.00 |
| 06/26/13 | DI - PHOTOCOPYING - | E101 | 27.50 |
| 06/27/13 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 06/27/13 | DI - PHOTOCOPYING - | E101 | 1.30 |

**TOTAL COSTS:**                                              **$56.00**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| XE | DI - PHOTOCOPYING - | 56.00 |
| | **TOTAL COSTS:** | **$56.00** |

**TOTAL DUE:**                                               **$41,008.00**