Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2013 through June 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 07-Jun-13 | BR | Review of monthly financial report for April 2013. | 1.00 | $ 680.00 | $ 680.00 |
| | | Total Bradley Rapp | 1.00 | | $ 680.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 10-Jun-13 | JS | Review, analyze pricing data and information for purposes of advising ACC | 0.70 | $ 680.00 | $ 476.00 |
| 24-Jun-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| | | Total James Sinclair | 1.30 | | $ 884.00 |
| Peter Cramp - Associate | | | | | |
| 03-Jun-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 24-Jun-13 | PC | Prepare weekly share price and settlement package value updates (2) for E. Inselbuch. | 3.10 | $375.00 | $ 1,162.50 |
| | | Total Peter Cramp | 4.40 | | $ 1,650.00 |
| Gibbons Sinclair - Associate | | | | | |
| 04-Jun-13 | GS | Review and revisions to WR Grace Fee Application | 0.40 | $375.00 | $ 150.00 |
| | | Total Gibbons Sinclair | 0.40 | | $ 150.00 |
| | | **TOTAL** | 7.10 | | $ 3,364.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2013 through June 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Jun-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 07-Jun-13 | BR | Review of monthly financial report for April 2013. | 1.00 | $ 680.00 | $ 680.00 |
| 10-Jun-13 | JS | Review, analyze pricing data and information for purposes of advising ACC | 0.70 | $ 680.00 | $ 476.00 |
| 24-Jun-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 24-Jun-13 | PC | Prepare weekly share price and settlement package value updates (2) for E. Inselbuch. | 3.10 | $375.00 | $ 1,162.50 |
| | | Total Asset Analysis and Recovery | 6.70 | | $ 3,214.00 |
| Fee Applications (Applicant) | | | | | |
| 04-Jun-13 | GS | Review and revisions to WR Grace Fee Application | 0.40 | $375.00 | $ 150.00 |
| | | Total Fee Applications (Applicant) | 0.40 | | $ 150.00 |
| | | **TOTAL** | 7.10 | | $ 3,364.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2013 through June 30, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 1.00 | $ 680.00 | $ 680.00 |
| James Sinclair - Senior Managing Director | 1.30 | $ 680.00 | $ 884.00 |
| Peter Cramp - Associate | 4.40 | $ 375.00 | $ 1,650.00 |
| Gibbons Sinclair - Associate | 0.40 | $ 375.00 | $ 150.00 |
| Total Professional Hours and Fees | 7.10 | | $ 3,364.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2013 through June 30, 2013

| Date | Description of Item | Amount |
|---|---|---|
| 31-May-13 | Online Research - PACER | $5.00 |
| | Total Expenses May 1, 2013 through May 31, 2013 | $5.00 |