IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: August 27, 2013 |

## AMENDED FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JUNE 1, 2013 THROUGH JUNE 30, 2013

## WRG-0104
## AUTOMATED YIELD MONITORING AND CONTROL

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/20/2013 | JEM | Consider recent communication from Patent Office; consider restriction requirement issued by Patent Office; consider claims allowed in parent patent; consider claims pending in present application; prepare draft reply to restriction requirement. | 2.00 |
| 06/21/2013 | JEM | Complete preparing draft reply to office action; forward draft reply to client for review and comment. | 2.00 |

            SERVICES     $ 1,900.00

JEM  JOHN E. MCGLYNN  4.00  hours @  $475.00

**INVOICE TOTAL**          $ **1,900.00**

W.R. GRACE & CO.-CONN.  
7500 GRACE DRIVE  
COLUMBIA, MARYLAND 21044

Invoice No. ******  
Client Code:  WRG  
July 23, 2013

**W. R. GRACE & COMPANY**

Through June 30, 2013

**Re:  WRG-0104; L3956-02; US; AUTOMATED YIELD MONITORING AND CONTROL**

| | | | |
|---|---|---|---:|
| 06/20/2013 | JEM | Consider recent communication from Patent Office; consider restriction requirement issued by Patent Office; consider claims allowed in parent patent; consider claims pending in present application; prepare draft reply to restriction requirement. | 2.00 |
| 06/21/2013 | JEM | Complete preparing draft reply to office action; forward draft reply to client for review and comment. | 2.00 |

| | | | | | |
|---|---|---:|---|---:|---:|
| JEM | JOHN E. MCGLYNN | 4.00 | hours at $ | 475.00 | |
| | | SERVICE TOTAL | | $ | 1,900.00 |
| | | **INVOICE TOTAL** | | $ | **1,900.00** |

## WRG-L26
## W.R. GRACE & CO.-CONN. V. PROPEX OPERATING CO.

| | | | | |
|---|---|---|---|---|
| 06/01/2013 thru 06/30/2013 | Services in connection with settlement of suit relating to Grace patents directed to concrete systems. | | | 6.60 |
| | SERVICES | | $ | 4,017.00 |

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 6.30 | hours @ | $630.00 |
| KRB | KARA R. BLUMER | 0.30 | hours @ | $160.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| ASSOCIATE SERVICES (Local Counsel) | $ 997.24 |
| ASSOCIATE SERVICES (Local Counsel) | $ 2,230.86 |
| | |
| DISBURSEMENT TOTAL | $ 3,228.10 |
| SERVICE TOTAL | $ 4,017.00 |
| **INVOICE TOTAL** | $ 7,245.10 |