## EXHIBIT A

**February 2013 Fee Detail**

| Matter 18 | | Section 199 Tax Study | | | |
|---|---|---|---|---|---|
| Professional | Date | Description | Time | Rate | Amount |
| Wetcher, Andrew D | 2/4/2013 | WR Grace - Sec. 199 tax workbook calculation for 12/31/10 tax year (1.6 hours). | 1.6 | $350.00 | $560.00 |
| Wetcher, Andrew D | 2/5/2013 | WR Grace - 2010 Sec. 199 calculation - continued preparation of the 2010 sec. 199 calculation workbook (1.4 hours). | 1.4 | $350.00 | $490.00 |
| Wetcher, Andrew D | 2/6/2013 | WR Grace - 2010 Sec. 199 calculation workbook preparation; continuation of previous 2010 work (1.2 hours). | 1.2 | $350.00 | $420.00 |
| Abraham, Mathew | 2/8/2013 | Reviewing 2010 section 199 calculation (1.6 hours). | 1.6 | $400.00 | $640.00 |
| Abraham, Mathew | 2/11/2013 | Review 2010 section 199 calculation (1.7 hours). | 1.7 | $400.00 | $680.00 |
| Wetcher, Andrew D | 2/11/2013 | WR Grace - 2010 Section 199 calculation preparation (1.1 hours). | 1.1 | $350.00 | $385.00 |
| Abraham, Mathew | 2/12/2013 | Reviewing and editing 2010 Section 199 calculation (7.4 hours). | 7.4 | $350.00 | $2,960.00 |
| Wetcher, Andrew D | 2/12/2013 | WR Grace - 2010 Section 199 calculation - continued preparation of calculation (1.2 hours). | 1.2 | $350.00 | $420.00 |
| Abraham, Mathew | 2/13/2013 | Review and edits to 2010 Section 199 calculation (1.1 hours). | 1.1 | $400.00 | $440.00 |
| Wetcher, Andrew D | 2/13/2013 | WR Grace - 2010 Section 199 calculation - continued with preparation (0.8 hours). | 0.8 | $350.00 | $280.00 |
| Wetcher, Andrew D | 2/14/2013 | WR Grace - 2010 Sec. 199 Calculation - call with Mat Abraham and Rob Levin regarding calc. review (0.8 hours); Updates to calculation M-1 adjustments (0.6 hours). | 1.4 | $350.00 | $490.00 |
| Wetcher, Andrew D | 2/15/2013 | WR Grace - 2010 Sec. 199 Calculation - updates to pension reconciliation M-1 detail (1.2 hours). | 1.2 | $350.00 | $420.00 |
| Abraham, Mathew | 2/15/2013 | Discussion w/ Andrew re: treatment of foreign income taxes for 2010 calculation (0.2 hours). | 0.2 | $400.00 | $80.00 |
| Abraham, Mathew | 2/19/2013 | Review of 2010 section 199 calculation (1.4); conversation with Rob and Andrew re: 2010 section 199 calculation (2.0 hours). | 2 | $400.00 | $800.00 |
| Wetcher, Andrew D | 2/19/2013 | WR Grace - 2010 Sec. 199 workbook - continued updates related to pension reconciliation and M-1 adjustments (1.1 hours). | 1.1 | $350.00 | $385.00 |
| Wetcher, Andrew D | 2/20/2013 | WR Grace - 2010 Sec. 199 calculation - updates to wp (.4 hours); call with Mat Abraham and Rob Levin (0.8 hours). | 0.8 | $350.00 | $280.00 |
| Wetcher, Andrew D | 2/25/2013 | WR Grace - 2010 Sec. 199 calculation - reconciliation of open items to complete 2010 calculation and follow-up (0.6 hours) | 0.6 | $350.00 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| Vorrath, David Allen | 2/27/2013 | Discuss SOWs with Don Teichen and update team (0.5 hours) | 0.5 | $600.00 | $300.00 |
| Vorrath, David Allen | 2/28/2013 | Discuss OOS billing on 199 project with Mark and Rob (0.3 hours) | 0.3 | $600.00 | $180.00 |
| **Total** | | | 27.2 | | **$10,420.00** |