**EXHIBIT A**

**ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD JUNE 1-30, 2013**

Roger Frankel, Futures Claimants' Respresentative for  
W.R. Grace  
c/o Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington, DC 20005  

July 26, 2013  
Client No. 29500  
**REVISED** Invoice No. 1430679  
**REPLACES** Invoice No. 1429646  

Orrick Contact: Roger Frankel  

| | | |
|---|---|---:|
| FOR SERVICES RENDERED through June 30, 2013 in connection with the matters described on the attached pages: | $ | 73,530.50 |
| DISBURSEMENTS as per attached pages: | | 251.40 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **73,781.90** |

Matter(s): 29500/4, 6, 7

### DUE UPON RECEIPT

The following is for information only:  
Previous Balance not included in this invoice:  
$69,152.50  
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,  
please reference your **INVOICE** and **CLIENT** numbers on your remittance.  
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP  Lockbox #774619  4619 Solutions Center  Chicago, IL  60677-4006  Reference: 29500/ Invoice: 1430679 | *ACH & Wire Transfers:*  ABA Number 121000248  SWIFT CODE:  WFBIUS6S  **Account Number: 4123701088**  *Wells Fargo*  *420 Montgomery Street*  *San Francisco, CA  94104*  *Account of*  *Orrick, Herrington & Sutcliffe LLP*  *Reference: 29500/ Invoice: 1430679*  *E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP  c/o Wells Fargo  Attn:  Lockbox #774619  350 East Devon Avenue  Itasca, IL  60143  (213) 614-3248  Reference: 29500/ Invoice: 1430679 |

Roger Frankel, Futures Claimants' Respresentative
for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

July 26, 2013
Client No. 29500
Invoice No. 1430679

Orrick Contact: Roger Frankel

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  4 - Litigation**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/02/13 | R. Frankel | Review e-mail memo from D. Felder regarding fair and equitable record, transcript of confirmation hearing. | 1.60 |
| 06/03/13 | R. Frankel | Review, revise notes regarding oral argument (1.4); prep, practice argument (.9). | 2.30 |
| 06/03/13 | R. Frankel | Review memo in preparation for oral argument. | 2.10 |
| 06/04/13 | R. Frankel | Review Third Circuit briefs in preparation for oral argument. | 2.20 |
| 06/05/13 | R. Frankel | Review, revise argument for mock court argument. | 2.20 |
| 06/05/13 | R. Frankel | Read cases in preparation for oral argument. | 2.50 |
| 06/06/13 | R. Frankel | Prepare for moot court argument. | 1.10 |
| 06/06/13 | R. Frankel | Participate in moot court argument. | 7.20 |
| 06/06/13 | R. Frankel | Confer with R. Wyron regarding oral argument, moot court issues (.3); prepare modified oral argument outline based on moot court (.6). | 0.90 |
| 06/07/13 | R. Frankel | Review notes in preparation for session at Kirkland. | 0.60 |
| 06/07/13 | R. Frankel | Attend brainstorming prep session at Kirkland (2.8); review notes regarding argument (.4). | 3.20 |
| 06/10/13 | R. Frankel | Review Bench Memorandum regarding Garlock, Montana, Canada arguments. | 1.20 |
| 06/10/13 | R. Frankel | Exchange of e-mails with D. Felder, P. Lockwood, P. Donley regarding change of schedule (.2); consider same (.2). | 0.40 |
| 06/10/13 | R. Frankel | Review, edit application to employ Phillips and Phillips Declaration. | 0.70 |
| 06/10/13 | R. Frankel | Review record transcript regarding second FCR argument (2.1); review Third Circuit briefs regarding same (2.1). | 4.20 |
| 06/11/13 | R. Frankel | Review appeal matters. | 0.80 |
| 06/11/13 | R. Frankel | Review, revise notes, outline for oral argument regarding fair and equitable issues (1.1); review Third Circuit briefs, argument notebooks (1.6). | 2.70 |
| 06/12/13 | R. Frankel | Review Bench Memorandum regarding Bank Lenders appeal. | 1.40 |
| 06/12/13 | R. Frankel | Review in preparation for oral argument issues. | 1.60 |

Roger Frankel, Futures Claimants' Respresentative - 29500     July 26, 2013
page 2     Invoice No. 1430679

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/12/13 | R. Frankel | Review Quigley, Congoleum cases (.9); review record in Third Circuit (1.3). | 2.20 |
| 06/12/13 | R. Frankel | Review, practice for oral argument on fair and equitable issues. | 1.20 |
| 06/13/13 | R. Frankel | Review outlines in preparation for oral argument (.9); review Third Circuit briefs (.8). | 1.70 |
| 06/14/13 | R. Frankel | Review notes, record in preparation for oral argument. | 3.60 |
| 06/14/13 | R. Frankel | Review, practice oral argument on F&E issues. | 1.50 |
| 06/16/13 | R. Frankel | Review notes, outlines in preparation for oral argument. | 1.70 |
| 06/17/13 | R. Frankel | Review notes, relevant cases during travel to Philadelphia for argument. | 2.10 |
| 06/17/13 | R. Frankel | Confer with J. Donley, P. Lockwood, R. Wyron, D. Felder, A. Paul in preparation for oral argument. | 2.40 |
| 06/17/13 | R. Frankel | Participate in Third Circuit argument at Court of Appeals in Philadelphia. | 4.30 |
| 06/17/13 | R. Frankel | Confer with P. Lockwood regarding oral argument. | 0.50 |
| 06/18/13 | R. Frankel | Review issues following Third Circuit argument (1.5); review case law from Third Circuit (.7). | 2.20 |
| 06/18/13 | R. Frankel | Telephone conference with R. Wyron regarding Third Circuit argument. | 0.30 |
| 06/18/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron, D. Felder, R. Finke, M. Shelnitz, P. Bentley regarding appeal argument, next steps. | 1.50 |
| 06/19/13 | R. Frankel | E-mails regarding Third Circuit transcript. | 0.20 |
| 06/19/13 | R. Frankel | Review Bondex Motion For Certification of Estimation Opinion to Third Circuit. | 0.60 |
| 06/24/13 | R. Frankel | Review appeal matters. | 0.60 |
| 06/25/13 | R. Frankel | Review transcript of Third Circuit oral argument regarding bank lender issues. | 1.30 |
| 06/28/13 | R. Frankel | Telephone conference with R. Wyron regarding lender issues (.4); review R. Wyron e-mail regarding same (.2); review Plan regarding lender provisions (.5). | 1.10 |

                 Total Hours     67.90
                 Total For Services     $67,560.50

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 67.90 | 995.00 | 67,560.50 |
| Total All Timekeepers | 67.90 | $995.00 | $67,560.50 |

Roger Frankel, Futures Claimants' Respresentative - 29500      July 26, 2013  
page 3      Invoice No. 1430679

Disbursements

| | |
|---|---:|
| Document Reproduction | 15.60 |
| Other Business Meals | 235.80 |
| Total Disbursements | $251.40 |

**Total For This Matter**      **$67,811.90**

Roger Frankel, Futures Claimants' Respresentative - 29500  July 26, 2013
page 4  Invoice No. 1430679

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  6 - Retention of FCR and FCR Professionals**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/04/13 | R. Frankel | Review draft application to employ Orrick (.9); review draft R. Wyron declaration (.7); review draft order (.2). | 1.80 |
| 06/10/13 | R. Frankel | Review, edit draft Lincoln application to employ and declaration of J. Radecki. | 1.20 |
| 06/10/13 | R. Frankel | Telephone conference with D. Felder regarding Lincoln application and declaration (.2); telephone conference with R. Wyron regarding same (.1); review revised application and declaration from D. Felder (.3). | 0.60 |
| 06/19/13 | R. Frankel | Review CNO regarding FCR appointment (.2); e-mails regarding same (.1). | 0.30 |

|  | Total Hours | 3.90 |  |
|---|---|---|---|
|  | Total For Services |  | $3,880.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 3.90 | 995.00 | 3,880.50 |
| Total All Timekeepers | 3.90 | $995.00 | $3,880.50 |

**Total For This Matter**                     **$3,880.50**

Roger Frankel, Futures Claimants' Respresentative - 29500      July 26, 2013  
page 5      Invoice No. 1430679

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter: 7 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/17/13 | R. Frankel | Travel to/from Philadelphia to attend Third Circuit argument at Court of Appeals. | 4.20 |

         Total Hours      4.20  
         Total For Services      $2,089.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 4.20 | 497.50 | 2,089.50 |
| Total All Timekeepers | 4.20 | $497.50 | $2,089.50 |

         **Total For This Matter**      **$2,089.50**

\* \* \* **COMBINED TOTALS** \* \* \*

         Total Hours      76.00  
         Total Fees, all Matters      $73,530.50  
         Total Disbursements, all Matters      $251.40  
         Total Amount Due      $73,781.90