# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Related Docket No. 30944 |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 30944

TO THE CLERK OF THE COURT:

Kindly withdraw the *Certificate of No Objection Regarding Docket No. 30825* [Docket No. 30944] filed on August 8, 2013.

Dated: August 8, 2013
       Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com
         rwriley@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

DM3\2627301.1