# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF MAY 1, 2013 THROUGH MAY 31, 2013**

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 - Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 0.6 | $ 385.80 |
| | | | | | |
| TOTAL | | | | 0.6 | $ 385.80 |


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

June 28, 2013
Invoice No.: 521138
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through May 31, 2013

| | |
|---|---|
| Fees | $385.80 |
| **Total Fees and Disbursements** | **$385.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 521138
June 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/03/13 | Jaffe | P230 | Emails with team regarding Northeast Area shutdown (.4). | 0.4 |
| 05/13/13 | Jaffe | P230 | Emails with Ms. Muench at EPA regarding response to comments on Northeast Area shutdown proposal (.2). | 0.2 |
| | | | **Total Hours** | **0.6** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 521138
June 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.6 | at | 643.00 | = | 385.80 |
| | | | | | |
| **Total Fees** | | | | | $385.80 |

| | | |
|---|---|---|
| **Total Fees** | | $385.80 |
| **Total Fees and Disbursements** | | $385.80 |



Seth D. Jaffe
617-832-1203
Boston

# <u>REMITTANCE PAGE</u>

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2013
Invoice No.: 521138
Matter No.: 08743.00088

Re:    Acton Site OU3

**Total Fees and Disbursements**    **$385.80**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP - Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 521138
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 101 - Bankruptcy Matters**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 0.8 | $    514.40 |
| | | | | | |
| **TOTAL** | | | | **0.8** | **$    514.40** |

**Expenses**

| Description | Total |
|---|---|
| Photocopying | $    25.50 |
| | |
| **TOTAL** | **$    25.50** |


## FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

June 28, 2013
Invoice No.: 521139
Matter No.: 08743.00101

**Re:**    **Bankruptcy Matters**

For Professional Services rendered through May 31, 2013

| | |
|---|---:|
| Fees | $514.40 |
| Disbursements | 25.50 |
| **Total Fees and Disbursements** | **$539.90** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 521139
June 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/08/13 | Jaffe | B160 | Quarterly fee application preparation (.8). | 0.8 |
| | | | **Total Hours** | **0.8** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 521139
June 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.8 | at | 643.00 | = | 514.40 |
| **Total Fees** | | | | | **$514.40** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 04/26/13 | In-House Photocopying | 0.20 |
| 05/08/13 | In-House Photocopying | 4.40 |
| 05/09/13 | In-House Photocopying | 5.50 |
| 05/13/13 | In-House Photocopying | 15.40 |
| | **Total Disbursements** | **$25.50** |

| | |
|---|---|
| **Total Fees** | **$514.40** |
| **Total Disbursements** | **25.50** |
| **Total Fees and Disbursements** | **$539.90** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2013
Invoice No.: 521139
Matter No.: 08743.00101

Re:     **Bankruptcy Matters**

    **Total Fees and Disbursements**       **$539.90**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP - Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 521139
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 3.7 | $  2,379.10 |
| | | | | | |
| **TOTAL** | | | | **3.7** | **$  2,379.10** |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

June 28, 2013
Invoice No.: 521140
Matter No.: 08743.00102

Re:     **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through May 31, 2013

|  | Fees | $2,379.10 |
|---|---|---|
|  | **Total Fees and Disbursements** | **$2,379.10** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON      WASHINGTON      EMERGING ENTERPRISE CENTER      FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole,
Mass

Invoice No.: 521140
June 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/02/13 | Jaffe | P230 | Attention to access issues, including review of memorandum regarding provision of data to property owners and emails with team regarding same (.4). | 0.4 |
| 05/07/13 | Jaffe | P230 | Attention to EPA request for cap maintenance, including reviewing EPA request and emails with team regarding same (.9). | 0.9 |
| 05/09/13 | Jaffe | P230 | Emails with Mr. Bucens and team regarding Shaffer allocation and responsibility for cap maintenance (.7). | 0.7 |
| 05/15/13 | Jaffe | P230 | Emails with team regarding work request from EPA and allocation with Shaffers regarding same (.8). | 0.8 |
| 05/16/13 | Jaffe | P230 | Emails with team regarding Shaffer allocation issues (.7). | 0.4 |
| 05/23/13 | Jaffe | P230 | Reviewing EPA fact sheet and emails with team regarding same (.5) | 0.5 |

**Total Hours**    3.7

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole,
Mass

Invoice No.: 521140
June 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 3.7 | at | 643.00 | = | 2,379.10 |
| Total Fees | | | | | $2,379.10 |

| | | |
|---|---|---|
| Total Fees | | $2,379.10 |
| Total Fees and Disbursements | | $2,379.10 |

 FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2013
Invoice No.: 521140
Matter No.: 08743.00102

Re:     **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$2,379.10**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP - Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 521140
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 19.7 | $ 12,667.10 |
| | | | | | |
| **TOTAL** | | | | **19.7** | **$ 12,667.10** |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

June 28, 2013
Invoice No.: 521141
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through May 31, 2013

| | |
|---|---:|
| Fees | $12,667.10 |
| **Total Fees and Disbursements** | **$12,667.10** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 521141
June 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 05/03/13 | Jaffe | P230 | Attention to Central Area issues, including reviewing Mr. Guswa documentation and related allocation issues (1.8). | 1.8 |
| 05/06/13 | Jaffe | P230 | Attention to Central Area allocation issues with UniFirst, including team telephone conference, reviewing documents related to allocation, and emails with team (2.4). | 2.4 |
| 05/10/13 | Jaffe | P230 | Attention to Grace property issues, including reviewing EPA response to groundwater scope, and emails with team regarding soil and groundwater status (.8). | 0.8 |
| 05/15/13 | Jaffe | P230 | Attention to Central Area allocation issues, including emails with team and reviewing Mr. Guswa memorandum regarding same (.9). | 0.9 |
| 05/16/13 | Jaffe | P230 | Attention to Central Area allocation issues, including reviewing Mr. Guswa memoranda, and related allocation materials (1.3). | 1.3 |
| 05/17/13 | Jaffe | P230 | Attention to Central Area allocation issues, including reviewing memos and figures from Mr. Guswa, team telephone conference regarding same, emails with team regarding same, and review of potential allocation approaches (3.7). | 3.7 |
| 05/20/13 | Jaffe | P230 | Attention to Central Area allocation, including telephone call with Ms. Duff, preparing for same, and reviewing documents regarding allocation (2.7). | 2.7 |
| 05/21/13 | Jaffe | P230 | Drafting agenda for 5/24 team telephone conference; reviewing allocation issues (.7). | 0.7 |
| 05/23/13 | Jaffe | P230 | Attention to Central Area allocation issues, including reviewing allocation documents, including New England Plastics documents from Mr. Guswa and emails with team regarding same (1.3). | 1.3 |
| 05/24/13 | Jaffe | P230 | Attention to Central Area allocation issues, including team telephone conference, reviewing allocation-related documents and other preparation for same, and emails with Mr. Bibler regarding settlement meeting (2.4). | 2.4 |

Matter No.: 08743.00103

Re: Wells G&H Superfund Site

Invoice No.: 521141
June 28, 2013
Page 3

| <u>Date</u> | <u>Timekeeper</u> | <u>Tsk</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|---|
| 05/29/13 | Jaffe | P230 | Emails with team regarding email response to City of Woburn on sewer work (.3); emails with team regarding EPA response to Grace soil management plan (.3); emails with Mr. Bibler regarding allocation negotiations (.3). | 0.9 |
| 05/30/13 | Jaffe | P230 | Attention to Central Area allocation issues, including emails with team and Mr. Bibler and reviewing documents on allocation (.8) | 0.8 |
| | | | **Total Hours** | **19.7** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 521141
June 28, 2013
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 19.7 | at | 643.00 | = | 12,667.10 |
| **Total Fees** | | | | | **$12,667.10** |
| | | | | | |
| **Total Fees** | | | | | **$12,667.10** |
| **Total Fees and Disbursements** | | | | | **$12,667.10** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2013
Invoice No.: 521141
Matter No.: 08743.00103

Re:     **Wells G&H Superfund Site**

   **Total Fees and Disbursements**          **$12,667.10**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP - Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 521141
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company