# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2013 THROUGH JUNE 30, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 - Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 2.2 | $ 1,414.60 |
| | | | | | |
| TOTAL | | | | 2.2 | $ 1,414.60 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

July 29, 2013
Invoice No.: 522595
Matter No.: 08743.00088

**Re:     Acton Site OU3**

For Professional Services rendered through June 30, 2013

|  |  |
|---|---|
| Fees | $1,414.60 |
| **Total Fees and Disbursements** | **$1,414.60** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 522595
July 29, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/03/13 | Jaffe | P230 | Reviewing, revising, draft groundwater report and emails with team regarding same (1.3). | 1.3 |
| 06/13/13 | Jaffe | P230 | Telephone call with Ms. Muench at EPA regarding EPA response to Northeast Area shutdown request and emails with team regarding same (.9). | 0.9 |
| | | | **Total Hours** | **2.2** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 522595
July 29, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.2 | at | 643.00 | = | 1,414.60 |
| | | | | | |
| **Total Fees** | | | | | **$1,414.60** |

| | |
|---|---|
| **Total Fees** | **$1,414.60** |
| **Total Fees and Disbursements** | **$1,414.60** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 29, 2013
Invoice No.: 522595
Matter No.: 08743.00088

Re:     Acton Site OU3

**Total Fees and Disbursements**          **$1,414.60**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP - Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 522595
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:**  W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 11.1 | $ 7,137.30 |
| | | | | | |
| **TOTAL** | | | | **11.1** | **$ 7,137.30** |



Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

July 29, 2013
Invoice No.: 522596
Matter No.: 08743.00102

**Re:     Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through June 30, 2013

| | |
|---|---|
| Fees | $7,137.30 |
| **Total Fees and Disbursements** | **$7,137.30** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON      WASHINGTON      EMERGING ENTERPRISE CENTER      FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 522596
July 29, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/06/13 | Jaffe | P230 | Emails with Mr. Bucens and team regarding groundwater treatment system siting issues (.3). | 0.3 |
| 06/10/13 | Jaffe | P230 | Attention to area downstream of Lewis Pont dam, including review of EPA comments, draft Bucens response, and emails with team regarding same (.8). | 0.8 |
| 06/12/13 | Jaffe | P230 | Emails with team regarding groundwater treatment system location and discussions with Walpole concerning same (.3). | 0.3 |
| 06/14/13 | Jaffe | P230 | Team telephone conference regarding Lewis Pond, negotiations with Town, and Shaffer issues, and preparing for same (1.2); reviewing, revising, draft letter to Town regarding negotiations, and emails with team regarding same (.9). | 2.1 |
| 06/17/13 | Jaffe | P230 | Attention to Shaffer allocation issues, including reviewing joint defense agreement and emails with team regarding same (.9); attention to issues with town, including reviewing letter from citizens' group and emails with team regarding same (.4). | 1.3 |
| 06/18/13 | Jaffe | P230 | Attention to Shaffer allocation issues and responding to EPA concerns regarding Shaffer work, including telephone call with Mr. Bucens and emails with team (.9). | 0.9 |
| 06/19/13 | Jaffe | P230 | Attention to Shaffer obligation issues, including emails with team, review of EPA emails, and review of operation and maintenance issues (1.2). | 1.2 |
| 06/20/13 | Jaffe | P230 | Emails with team regarding Shaffers (.5). | 0.5 |
| 06/21/13 | Jaffe | P230 | Emails with team regarding Shaffer issues (.3). | 0.3 |
| 06/24/13 | Jaffe | P230 | Attention to Shaffer allocation issues, including reviewing, revising, draft letter to Shaffer attorney, and emails with team regarding same (1.1); emails with team regarding discussions with Town of Walpole (.3). | 1.4 |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole,
Mass

Invoice No.: 522596
July 29, 2013
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/25/13 | Jaffe | P230 | Attention to Shaffer allocation issues, including reviewing final letter to counsel and emails with Mr. Campbell and Mr. Feldman regarding allocation (.5); attention to remedial discussions with EPA, including emails with team and review of EPA emails (.3). | 0.8 |
| 06/26/13 | Jaffe | P230 | Attention to Shaffer allocation issues, including telephone call with Mr. Campbell and Mr. Feldman regarding accounting and emails with Mr. Campbell and team regarding discussions with Shaffers (1.2). | 1.2 |

**Total Hours    11.1**

Matter No.: 08743.00102                                        Invoice No.: 522596
Re: Blackburn and Union Privileges Superfund Site, Walpole,              July 29, 2013
Mass                                                                       Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Seth D. Jaffe | 11.1 | at | 643.00 | = | 7,137.30 |

| | | |
|---|---|---|
| **Total Fees** | | **$7,137.30** |

| | | |
|---|---|---|
| **Total Fees** | | **$7,137.30** |
| **Total Fees and Disbursements** | | **$7,137.30** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 29, 2013
Invoice No.: 522596
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

    **Total Fees and Disbursements**        **$7,137.30**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP - Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 522596
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

**Matter 103 – Wells G&H Superfund Site**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 15.9 | $ 10,223.70 |
| | | | | | |
| **TOTAL** | | | | **15.9** | **$ 10,223.70** |

Expenses

| Description | Total |
|---|---|
| Photocopying | $    11.30 |
| Telephone | $    10.53 |
| | |
| **TOTAL** | **$    21.83** |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

July 29, 2013
Invoice No.: 522597
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

For Professional Services rendered through June 30, 2013

| | |
|---|---|
| Fees | $10,223.70 |
| Disbursements | 21.83 |
| **Total Fees and Disbursements** | **$10,245.53** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON      WASHINGTON      EMERGING ENTERPRISE CENTER      FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 522597
July 29, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/06/13 | Jaffe | P230 | Attention to Grace property issues, including review of EPA comments on soil report (.4). | 0.4 |
| 06/07/13 | Jaffe | P230 | Emails with Mr. Bibler and team regarding allocation negotiation meeting. | 0.4 |
| 06/10/13 | Jaffe | P230 | Emails with Mr. Bibler and team regarding allocation negotiations (.4). | 0.4 |
| 06/12/13 | Jaffe | P230 | Attention to Central Area allocation issues, including team telephone conference regarding Guswa analysis, preparing for same, and preparation of allocation proposal to UniFirst (3.8). | 3.8 |
| 06/13/13 | Jaffe | P230 | Development of allocation proposal to UniFirst, including reviewing relevant documents and materials from Mr. Guswa (2.2); telephone call with Ms. Muench about dealing with EPA and emails with team regarding same (.7). | 2.9 |
| 06/14/13 | Jaffe | P230 | Preparing settlement proposal for UniFirst (1.2). | 1.2 |
| 06/19/13 | Jaffe | P230 | Reviewing issues and documents for developing Central Area allocation (.9). | 0.9 |
| 06/27/13 | Jaffe | P230 | Preparation for allocation proposal to UniFirst (1.7). | 1.7 |
| 06/28/13 | Jaffe | P230 | Drafting allocation proposal to UniFirst and reviewing documents and emails with client team regarding same (4.2). | 4.2 |
| | | | **Total Hours** | **15.9** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 522597
July 29, 2013
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 15.9 | at | 643.00 | = | 10,223.70 |
| **Total Fees** | | | | | **$10,223.70** |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 06/12/13 | Telephone 14435358439 - Columbia - MD (USA) | 10.53 |
| 06/11/13 | In-House Photocopying | 0.60 |
| 06/11/13 | In-House Photocopying | 0.20 |
| 06/11/13 | In-House Color Photocopying | 10.50 |
| | **Total Disbursements** | **$21.83** |

| | |
|---|---|
| **Total Fees** | **$10,223.70** |
| **Total Disbursements** | **21.83** |
| **Total Fees and Disbursements** | **$10,245.53** |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 29, 2013
Invoice No.: 522597
Matter No.: 08743.00103

Re:     **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$10,245.53**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP - Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 522597
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company