**Attachment A-3**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of April 2013 through June 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jonathan W Gochoco | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 4.0 | 4,424.68 |
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 7.0 | 7,743.19 |
| Matthew E Sabatini | Audit Partner | 20+ | Integrated Audit | 1,084.58 | 1.5 | 1,626.87 |
| Kevin Catalano | Audit Partner | 20+ | Integrated Audit | 1,036.32 | 1.5 | 1,554.48 |
| Christopher Gerdau | Audit Partner | 20+ | Integrated Audit | 1,036.32 | 0.5 | 518.16 |
| Nicole S. Berman | Audit Director | 12 | Integrated Audit | 886.46 | 11.0 | 9,751.06 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 54.5 | 45,612.69 |
| Jennifer Yeu See Chen | Audit Senior Manager | 12 | Integrated Audit | 801.37 | 3.0 | 2,404.11 |
| Teresa Yannacone | Audit Director | 12 | Integrated Audit | 793.75 | 4.0 | 3,175.00 |
| Jesse Reed Tracey | Audit Director | 20+ | Integrated Audit | 787.40 | 0.5 | 393.70 |
| Kevin C Knight | Audit Partner | 20+ | Integrated Audit | 781.05 | 2.0 | 1,562.10 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 723.90 | 5.5 | 3,981.45 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 719.90 | 46.0 | 33,115.40 |
| Jennifer D Kennedy | Tax Partner | 20+ | Integrated Audit | 717.50 | 0.3 | 215.25 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 623.13 | 20.3 | 12,649.54 |
| Lorie Fale McDonald | Tax Partner | 20+ | Integrated Audit | 620.13 | 1.5 | 930.20 |
| James C Horvath | Audit Director | 11 | Integrated Audit | 596.90 | 9.7 | 5,789.93 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | 505.46 | 220.5 | 111,453.93 |
| David C Sands | Audit Director | 10 | Integrated Audit | 459.74 | 6.0 | 2,758.44 |
| Ann C McCowan | Tax Director | 10 | Integrated Audit | 442.00 | 9.3 | 4,110.60 |
| Stanislaus Richard Gomes | Audit Manager | 7 | Integrated Audit | 416.56 | 2.0 | 833.12 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | 368.30 | 5.5 | 2,025.65 |

{02411:PLDG:10210830.DOCX}

| Name | Title | | Category | | | |
|---|---|---|---|---|---|---|
| Todd S. Chesla | Tax Manager | 8 | Integrated Audit | 338.00 | 5.7 | 1,926.60 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 17.0 | 5,656.58 |
| Daniel James Burke | Tax Manager | 7 | Integrated Audit | 322.40 | 31.4 | 10,123.36 |
| Brendan Witt | Audit Senior Associate | 6 | Integrated Audit | 300.99 | 9.0 | 2,708.91 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | 254.80 | 30.0 | 7,644.00 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 254.00 | 349.5 | 88,773.00 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 250.19 | 247.8 | 61,997.08 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 7.0 | 1,733.55 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 234.95 | 278.0 | 65,316.10 |
| Yang Zhao | Audit Experienced Associate | 2 | Integrated Audit | 212.09 | 10.0 | 2,120.90 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 28.0 | 5,298.44 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 176.80 | 18.6 | 3,288.48 |
| Pamela Felder | Audit Experienced Associate | 2 | Integrated Audit | 176.54 | 0.5 | 88.27 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 364.0 | 63,794.64 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.26 | 0.7 | 121.98 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 143.51 | 152.8 | 21,928.33 |
| Taryn Mitchell | Audit Associate | 1 | Integrated Audit | 137.16 | 6.0 | 822.96 |
| Romina M Cantero | Project Specialist | 1 | Integrated Audit | 126.70 | 0.5 | 63.35 |
| Marcela Brandone | Project Specialist | 1 | Integrated Audit | 126.70 | 0.5 | 63.35 |
| Lucina Schiaffarino | Project Specialist | 1 | Integrated Audit | 126.70 | 0.5 | 63.35 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 126.70 | 0.5 | 63.35 |
| Leonardo D Zarate | Project Specialist | 1 | Integrated Audit | 126.70 | 10.0 | 1,267.00 |
| Jenna Michele Ricci | Project Specialist | 1 | Integrated Audit | 126.70 | 0.3 | 38.01 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 126.70 | 4.5 | 570.15 |
| Franco Petracca | Project Specialist | 1 | Integrated Audit | 126.70 | 17.5 | 2,217.25 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | 126.70 | 2.6 | 329.42 |
| Andrea Vernengo | Project Specialist | 1 | Integrated Audit | 126.70 | 1.5 | 190.05 |

| Name | Title | | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Rachel Connor | Project Specialist | 1 | Integrated Audit | 126.70 | 2.9 | 367.43 |
| Maximiliano Benitez | Project Specialist | 1 | Integrated Audit | 126.70 | 9.8 | 1,241.66 |
| Marianela Garaglia | Project Specialist | 1 | Integrated Audit | 126.70 | 1.5 | 190.05 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 126.70 | 3.0 | 380.10 |
| Lucila Herrero | Project Specialist | 1 | Integrated Audit | 126.70 | 5.0 | 633.50 |
| Laura Alonso | Project Specialist | 1 | Integrated Audit | 126.70 | 0.1 | 12.67 |
| Karina Portugal | Project Specialist | 1 | Integrated Audit | 126.70 | 1.5 | 190.05 |
| Julian Stagnaro | Project Specialist | 1 | Integrated Audit | 126.70 | 7.5 | 950.25 |
| Julian Martin Kosinski | Project Specialist | 1 | Integrated Audit | 126.70 | 3.0 | 380.10 |
| Jordan Schwartz | Project Specialist | 1 | Integrated Audit | 126.70 | 7.5 | 950.25 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | 126.70 | 12.5 | 1,583.75 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | 126.70 | 7.5 | 950.25 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 126.70 | 5.3 | 671.51 |
| Daniel Kieffer | Project Specialist | 1 | Integrated Audit | 126.70 | 0.2 | 25.34 |
| Carolina Sanchez Hernandez | Project Specialist | 1 | Integrated Audit | 126.70 | 0.8 | 101.36 |
| Amber A. Berntsen | Project Specialist | 1 | Integrated Audit | 126.70 | 0.2 | 25.34 |
| Carie Lee Hall | Project Specialist | 1 | Integrated Audit | 126.66 | 1.5 | 189.99 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 126.12 | 30.7 | 3,871.88 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 124.53 | 30.0 | 3,735.90 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | 123.88 | 17.6 | 2,180.29 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | 123.60 | 4.0 | 494.40 |
| Mariano Romero | Project Specialist | 1 | Integrated Audit | 123.60 | 8.5 | 1,050.60 |
| Maria Arispe | Project Specialist | 1 | Integrated Audit | 123.60 | 15.0 | 1,854.00 |
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 123.60 | 1.0 | 123.60 |
| Hester Magdalena Lambert | Project Specialist | 1 | Integrated Audit | 123.60 | 2.5 | 309.00 |
| Chandini Priyanka Sarna | Project Specialist | 1 | Integrated Audit | 123.60 | 0.7 | 86.52 |
| Sandipan Mandal | Project Specialist | 1 | Integrated Audit | 114.31 | 1.0 | 114.31 |

{02411:PLDG:10210830.DOCX}

| | | | | | | |
|---|---|---|---|---|---|---|
| Pratistha Jha | Project Specialist | 1 | Integrated Audit | 114.31 | 1.0 | 114.31 |
| Pratik Kanodia | Project Specialist | 1 | Integrated Audit | 114.31 | 0.8 | 91.45 |
| Anwaya Mukherjee | Project Specialist | 1 | Integrated Audit | 114.31 | 0.2 | 22.86 |
| Maria C Zeballos | Project Specialist | 1 | Integrated Audit | 114.30 | 0.7 | 80.01 |
| | | | | **Total** | **2,194.0** | **627,810.74** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**       11.5       **$ 2,877.19**

**Summary of PwC's Fees By Project Category:
For the months of April 2013 through June 2013**

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |

{02411:PLDG:10210830.DOCX}

| | | |
|---|---|---|
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 11.5 | $2,877.19 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,194.0 | $627,810.74 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,205.5 | $ 630,687.93 |

**Expense Summary**

**April 2013 - June 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$4,137.98** |
| **Lodging** | **N/A** | **$2,084.52** |
| **Sundry** | **N/A** | **$20.00** |
| **Business Meals** | **N/A** | **$459.94** |
| **TOTAL:** | | **$6,702.44** |

{02411:PLDG:10210830.DOCX}