# EXHIBIT A

## April Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 30673 under Case No. 01-01139 (KJC). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# May 1 through 16, 2013 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 30752 under Case No. 01-01139 (KJC). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# May 17 through 31, 2013 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 30929 under Case No. 01-01139 (KJC). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT D

# June Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 30930under Case No. 01-01139 (KJC). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.