# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

July 23, 2013

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file: 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(June 1st 2013 to June 30th 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-06-11 | CH | Email to class member re: status of file | 0.33 | 285.00 | 94.05 |
| 2013-06-12 | CH | Letter to Mr. Thompson re: portion of the Hogan Firm fees | 0.33 | 285.00 | 94.05 |
| 2013-06-12 | CH | Email to class member re: status of claim | 0.25 | 285.00 | 71.25 |
| 2013-06-18 | CH | Email to Lauren Campbell re: April time statement | 0.17 | 285.00 | 48.45 |
| 2013-06-26 | CH | Review 38 Monthly Fee Application | 0.25 | 285.00 | 71.25 |
| 2013-06-26 | CH | Email to Lauren Campbell re: signed certification 38th monthly fee application | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES:** | **1.58** | | **$450.30** |

**TIME SUMMARY BY LAWYER**
  CH    285.00    1.58    $ 450.30

**TOTAL FEES**                                                    $450.30

   G.S.T. 5%                                                        22.52
   Q.S.T. 9.975%                                                    44.92

   **TOTAL**                                                      $517.74

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001