# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC    :
                     : ss
CITY OF MONTREAL      :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1. I am an associate of the applicant firm, Lauzon Bélanger Lespérance (the "Firm" and/or "LBL").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc.[1] and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel LBL by the lawyers and paraprofessionals of the Firm.

6. I have reviewed the foregoing monthly application of Special Counsel LBL and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

    I verify under penalty of perjury that the foregoing is true and correct.

                                                Careen Hannouche

SWORN AND SUBSCRIBED
Before me this __13__ day of __August__, 2013.

_____
Notary Public
My Commission Expires: __2014__

Sandra Patricia Isaza
# 170 785
COMMISSAIRE À L'ASSERMENTATION POUR LE QUÉBEC

2