# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
June 30, 2013  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS  
ONE JAMES STREET SOUTH    TELEPHONE  
14TH FLOOR    905-523-1333  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO    TELEFAX  
L8N 3P9    905-523-5878

H.S.T. REGISTRATION NO.    873984314 RT – 0001

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (June 1, 2013 – June 30, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06 /04/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 06 /05/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 06 /06/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 06 /10/13 | Email from Cindy Yates to Lauren Campbell forwarding SH monthly account for May, 2013 | MGM | $475.00 | 0.10 | $47.50 |
| 06 /12/13 | receipt Careen Hannouche letter, memo to Cindy Yates and follow-up re payment of Dan Hogan Invoice | DT | $575.00 | 0.25 | $143.75 |
| 06 /13/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 06 /18/13 | Email from Vasuda Sinha of Norton Rose on behalf of Grace Canada requesting consent to extension of CCAA stay of proceeding; email reply from David Thompson to Vasuda Sinha confirming consent | MGM | $475.00 | 0.10 | $47.50 |
| 06 /19/13 | emails to and from Vasuda Sinha re: extension stay order | DT | $575.00 | 0.10 | $57.50 |
| 06 /19/13 | Email from Catherine Ma of Norton Rose with attached hearing request form regarding Grace request for extension of CCAA stay of proceedings | MGM | $475.00 | 0.10 | $47.50 |
| 06 /20/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |

| Date | Description | ID | Rate | Hours | Total |
|---|---|---|---|---|---|
| 06/20/13 | receipt Catherine Ma email re: August 6, 2013 court date for extension order by Grace | DT | $575.00 | 0.10 | $57.50 |
| 06/20/13 | Email from Catherine Ma of Norton Rose on behalf of Grace confirming scheduling of motion seeking extension of CCAA stay of proceedings | MGM | $475.00 | 0.10 | $47.50 |
| 06/21/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 06/24/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 06/26/13 | receipt of and respond to class member inquiries re status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 06/26/13 | Email from Lauren Campbell to Cindy Yates with attached draft 38th monthly fee application and certificate; review | MGM | $475.00 | 0.10 | $47.50 |
| 06/27/13 | Emails from Lauren Campbell with attached Monthly Applications for Compensation of Lauzon, Belanger; Scarfone Hawkins; and The Hogan Firm; review; emails from Cindy Yates and Lauren Campbell with attached certification of account | MGM | $475.00 | 0.10 | $47.50 |
| 06/28/13 | receipt of and respond to class member inquiries re status of U.S. appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 06/28/13 | review dockets for period June 1, 2013 to June 30, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of June 1, 2013 to June 30, 2013 | LC | $150.00 | 2.00 | $300.00 |
| | | | SUB-TOTAL | 5.30 | $2,137.50 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>25 years - 1988 | DT | 2.70 | $575.00 | $1,552.50 | $201.83 |
| MATTHEW G. MOLOCI<br>15 years – 1998 | MGM | 0.60 | $475.00 | $285.00 | $37.05 |
| LAW CLERK<br>Cindy Yates<br>31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| SUB-TOTAL: | | 5.30 | | $2,137.50 | $277.88 |
| TOTAL FEES AND TAXES: | | | | | $2,415.38 |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.

*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.