# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**                    **Date:**            7/8/2013
**c/o Lauzon Belanger Lesperance**             **File Number:**     ZAI/WRG 060124-01
Attention:  Careen Hannouche                   **Invoice Number:**  21422
286 Rue St. Paul
Quest bureau 100 Montreal QC H2Y 2A3

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|------|----------|------------------------|-------|------|--------|
| 06/03/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) Regading the Thirty-Sixth Monthly Compensation Application of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants (related document(s) [30558]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 06/03/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Sixth Monthly Compensation Application of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants (related document(s)[30557] Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 06/03/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Sixth Monthly Compensation Application of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[30556]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 06/03/2013 | DKH | Reviewed and revised Quarterly Application for Compensation (Thirteenth) of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants for the period January, 2013 to March 31, 2013. | 1.00 | 400.00 | 400.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Thirteenth) of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants for the period January, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Hearing scheduled for 9/23/2013 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 6/26/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Certificate of Service # (6) Proposed Form of Order) | 0.20 | 195.00 | 39.00 |
| 06/04/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Thirteenth) of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants for the period January 1, 2012 to March 31, 2013 Filed by Canadian ZAI Claimants. Hearing scheduled for 9/23/2013 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 6/26/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Certificate of Service # (7) Proposed Form of Order) | 0.20 | 195.00 | 39.00 |
| 06/04/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Thirteenth) of The Hogan Firm as Special Counsel for the Canadian ZAI Claimants for the period January1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Hearing scheduled for 9/23/2013 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 6/26/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Certificate of Service # (7) Proposed Form of Order) | 0.20 | 195.00 | 39.00 |
| 06/04/2013 | LNC | Email correspondence with orders@digitallegal.net transmitting the 13th quarterly applications for hand delivery | 0.10 | 195.00 | 19.50 |
| 06/04/2013 | LNC | Email correspondence with service parties transmitting the 13th quarterly application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 06/04/2013 | LNC | Email correspondence with service parties transmitting the 13th quarterly application of Scarfone Hawkins LLP | 0.10 | 195.00 | 19.50 |
| 06/04/2013 | LNC | Email correspondence with service parties transmitting the 13th quarterly application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 06/04/2013 | LNC | Prepare for and filed the 13th quarterly application for Lauzon Belanger Lesperance | 0.30 | 195.00 | 58.50 |
| 06/04/2013 | LNC | Prepare for and filed the 13th quarterly application for Scarfone Hawkins LLP | 0.30 | 195.00 | 58.50 |
| 06/04/2013 | LNC | Prepare for and filed the 13th quarterly application for The Hogan Firm | 0.30 | 195.00 | 58.50 |
| 06/04/2013 | DKH | Reviewed and revised Quarterly Application for Compensation (Thirteenth) of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants for the period January 1, 2012 to March 31, 2013. | 1.20 | 400.00 | 480.00 |
| 06/04/2013 | DKH | Reviewed and revised Quarterly Application for Compensation (Thirteenth) of The Hogan Firm as Special Counsel for the Candian ZAI Claimants for the period January1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. | 1.20 | 400.00 | 480.00 |
| 06/05/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Application to Employ/Retain Orrick Herrington & Sutcliffe, LLP as Bankruptcy Counsel to Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants Nunc Pro Tunc to May 16, 2013 Filed by Roger Frankel. | 0.40 | 400.00 | 160.00 |

7/8/2013              ZAI/WRG 060124-01           Canadian ZAI Claimants                          Page:3
                                           c/o Lauzon Belanger Lesperance

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order of Reassignments of Judge Judith K. Fitzgerald Cases. Signed on 6/5/2013. | 0.30 | 400.00 | 120.00 |
| 06/10/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly invoice for May 1, 2013 – May 31, 2013.  Reviewed same. | 0.40 | 400.00 | 160.00 |
| 06/18/2013 | LNC | Calculation of project codes for Lauzon Belanger Lesperance's 38th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 06/18/2013 | LNC | Calculation of project codes for Scarfone Hawkins' 38th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 06/18/2013 | LNC | Calculation of project codes for The Hogan Firm's 38th Monthly Fee Application | 1.00 | 195.00 | 195.00 |
| 06/19/2013 | LNC | Prepared the Hogan Firm's 38th Monthly fee application | 1.30 | 195.00 | 253.50 |
| 06/24/2013 | LNC | Prepared the Lauzon Belanger Lesperance's 38th Monthly fee application | 1.30 | 195.00 | 253.50 |
| 06/25/2013 | LNC | Prepared Scarfone Hawkins' 38th Monthly fee application | 1.30 | 195.00 | 253.50 |
| 06/26/2013 | LNC | Email correspondence to Careen Hannouche transmitting the 38th Monthly application for review. | 0.10 | 195.00 | 19.50 |
| 06/26/2013 | LNC | Email correspondence to Cindy Yates transmitting the 38th monthly fee application for review | 0.10 | 195.00 | 19.50 |
| 06/26/2013 | LNC | Email correspondence with Careen Hannouche transmitting her signed certification; save as exhibit to file | 0.20 | 195.00 | 39.00 |
| 06/26/2013 | DKH | E-mail correspondence with Careen Hannouche transmitting the signed certification for their monthly fee application. | 0.20 | 400.00 | 80.00 |
| 06/26/2013 | DKH | Reviewed and revised LBL's 38th  Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 06/27/2013 | DKH | E-mail correspondence with Cindy Yates transmitting the certification duly executed by David Thompson. | 0.10 | 400.00 | 40.00 |
| 06/27/2013 | LNC | Email correspondence with Cindy Yates transmitting the signed certification; save as exhibit to file | 0.20 | 195.00 | 39.00 |
| 06/27/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt and documents re: Monthly Application for Compensation (Thirty-Eighth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to April 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 7/19/2013. | 0.20 | 195.00 | 39.00 |
| 06/27/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt and documents re: Monthly Application for Compensation (Thirty-Eighth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to April 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 7/19/2013. | 0.20 | 195.00 | 39.00 |
| 06/27/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt and documents, re: Monthly Application for Compensation (Thirty-Eighth) of The Hogan Firm as Counsel to Represenative Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to April 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 7/19/2013. | 0.20 | 195.00 | 39.00 |
| 06/27/2013 | LNC | Email correspondence with Digital Legal, LLC transmitting the 38th monthly applications for hand delivery | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | Email correspondence with the fee auditor transmitting the 38th monthly fee application for Lauzon Belanger Lesperance | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | Email correspondence with the fee auditor transmitting the 38th monthly fee application for Scarfone Hawkins | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | Email correspondence with the fee auditor transmitting the 38th monthly fee application for The Hogan Firm | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | Email correspondence with the service parties transmitting the 38th Monthly fee application of Lauzon Belanger Lesperance | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | Email correspondence with the service parties transmitting the 38th Monthly fee application of Scarfone Hawkins | 0.10 | 195.00 | 19.50 |

| 06/27/2013 | LNC | Email correspondence with the service parties transmitting the 38th Monthly fee application of The Hogan Firm | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | Prepared for and filed the 38th Monthly fee application for Lauzon Belanger Lesperance | 0.30 | 195.00 | 58.50 |
| 06/27/2013 | LNC | Prepared for and filed the 38th Monthly fee application for Scarfone Hawkins LLP | 0.30 | 195.00 | 58.50 |
| 06/27/2013 | LNC | Prepared for and filed the 38th Monthly fee application for The Hogan Firm | 0.30 | 195.00 | 58.50 |
| 06/27/2013 | DKH | Reviewed and revised SH's 38th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| | | **Total Fees** | **17.10** | | **$4,626.00** |

**Expenses**

| 06/05/2013 | Digital Legal, LLC-Hand delivery and service of the 13th Quarterly fee applications. | 824.15 | |
| 06/27/2013 | Digital Legal, LLC- Hand delivery of the 38th monthly fee application | 10.35 | |
| | **Total Expenses** | | **$834.50** |

**TOTAL NEW CHARGES**                                                              **$5,460.50**

**STATEMENT OF ACCOUNT**

| Prior Balance | 8,385.35 |
| Payments | -8,385.35 |
| Current Fees | 4,626.00 |
| Current Expenses | 834.50 |
| **AMOUNT DUE AND OWING TO DATE** | **$5,460.50** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

## Payments

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 6/17/2013 | 013 4429 | Payment on Account | 8,385.35 |