# Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 13, 2013

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11398

Professional Services

|  | | | Hours | Amount |
|---|---|---|---|---|
| 7/1/2013 | AL | Update database with PWC's June through September fee application | 0.20 | 16.00 |
| | AL | Update database with BMC's March fee application (.2); Scholer's May fee application (.2); Foley's May fee application (.2); Casner's May fee application (.2); Ewing's May fee application (.2) | 1.00 | 80.00 |
| 7/2/2013 | AL | Update database with Hogan's January through March fee application (.2); Scarfone's January through March fee application (.2); Lauzon's January through March fee application (.2); Norton's November fee application (.2); Casner's April fee application (.2); Blackstone's January through March fee application (.2) | 1.20 | 96.00 |
| | AL | Update database with Scarfone's April CNO (.1); Lauzon's April CNO (.1); Hogan's April CNO (.1); Reed's April electronic detail (.2); Rich's May fee application (.2) and electronic detail (.1); Hogan's January through March electronic detail (.2); Scarfone's January through March electronic detail (.2); Lauzon's January through March electronic detail (.2); Bilzin's April electronic detail (.1); Ferry's April electronic detail (.1); Bilzin's March CNO (.1) | 1.70 | 136.00 |
| | BSR | Research docket for pertinent filings | 0.20 | 62.00 |
| | BSR | E-mail to Matthew Abraham at Grant Thornton inquiring as to response to initial report | 0.10 | 31.00 |
| 7/3/2013 | BSR | Receive and review email from Jason Day re Hon. Alexander Sanders' 47th interim fee application (.1); review email from James Wehrmann re same (.1); email to Jason Day re same (.1) | 0.30 | 93.00 |
| | BSR | Receive and review response email from Norton Rose re inquiries for the 45th interim period | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                              Page      2

|  |  | Hours | Amount |
|---|---|---|---|
| 7/3/2013 JAW | Review of e-mail from B. Ruhlander regarding Judge Sanders' interim fee application for the 47th period and issues with amount of fees requested (0.10); review of the Sanders file regarding fees requested the for the 47th interim (0.20); e-mail to B. Ruhlander regarding review of file and the fees (0.10) | 0.40 | 70.00 |
| BSR | receive, review, and respond to email from Mark Hurford re AKO 48th interim fee application | 0.20 | 62.00 |
| AL | Receive and review email from J. Wehrmann re summaries (.1); update database with Foley's February (.1) Foley's April (.2) Ewing's April (.1) Kramer's April (.1) Stroock's April (.2) Pachulski's April (.2) AKO's April (.1) Beveridge's April (.1) Bilzin's April (.2) Campbel's April (.2) Caplin's April (.1) Capstone's April (.1) Casner's April (.2) Charter's April (.1) Ferry's April (.1) Scholer's April (.2) Reed's April (.1) Ewing's April (.2) Stroock's April (.1) and Woodcock's April (.2) fee and expense summaries; Ewing's March CNO (.1) | 3.10 | 248.00 |
| 7/4/2013 JAW | Detailed review of Saul Ewing's May 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| JAW | Detailed review of PwC's April 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| JAW | Detailed review of Blackstone's April 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| JAW | Detailed review of BMC's March 2013 fee application (0.90); draft summary of same (0.20) | 1.10 | 192.50 |
| JAW | Detailed review of Casner's May 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| JAW | Detailed review of Foley Hoag's May 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| JAW | Detailed review of Kaye Scholer's May 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| 7/5/2013 BSR | Review of amended quarterly fee application of Hon. Alexander Sanders for the 47th interim period (.3); email to Warren Smith re same (.1); email to Alan Rich re same (.1) | 0.50 | 155.00 |
| 7/8/2013 AL | Update database with Pachulski's March electronic detail (.1); AKO's May electronic detail (.1); Campbell's May electronic detail (.2); Caplin's May electronic detail (.2); receive and review email from B. Ruhlander re Grant's 47th Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1) | 1.00 | 80.00 |

W.R. Grace & Co.                                                                                                      Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/8/2013 | BSR | Receive and review response of Grant Thornton to initial report concerning their second quarterly fee application | 0.20 | 62.00 |
| 7/9/2013 | BSR | Draft amended combined final report for the 47th interim period | 0.80 | 248.00 |
|  | BSR | E-mail to Norton Rose requesting follow-up information concerning fee payment issue | 0.10 | 31.00 |
|  | BSR | Draft final report re Grant Thornton's quarterly fee application for the 47th interim period | 1.50 | 465.00 |
|  | AL | Update database with Charter's May electronic detail (.1); BMC's April electronic detail (.1); BMC's May electronic detail (.2) | 0.40 | 32.00 |
| 7/10/2013 | AL | Update database with BMC's May fee application (.2); BMC's April fee application (.2); Casner's May fee application (.2); Reed's May fee application (.2); Higgins' April fee application (.2); Pachulski's March fee application (.2); Protiviti's April fee application (.2);  Higgins' May fee application (.2); Kramer's May fee application (.2); Stroock's May fee application (.2) | 2.00 | 160.00 |
|  | WHS | Detailed review of FR Grant Thornton 47Q 10-12.12 | 0.30 | 100.50 |
|  | BSR | telephone conference with Jason Day at WR Grace re combined final report, rescheduled hearing, and other matters | 0.10 | 31.00 |
|  | AL | Research Pacer re objections to WHSA's April and May fee applications (.8); draft of WHSA's April (.7) and May (.6) CNO's; update database with same (.2); electronic filing with the court of WHSA's April (.4) and May (.4) CNO's | 3.10 | 248.00 |
|  | BSR | E-mail to Grant Thornton re final report (47Q) | 0.10 | 31.00 |
|  | AL | receive and review email from W. Smith re approval of Grant's 47Q FR (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of Grant's 47Q FR (.4); draft email to B. Ruhlander re service of same (.1) | 1.10 | 88.00 |
| 7/11/2013 | BSR | Draft final report re AKO's 48th interim fee application (1.5); email to Robert Chung requesting additional information (.1) | 1.60 | 496.00 |
|  | BSR | E-mail to James Wehrmann re revisions to be made to the project category spreadsheet | 0.40 | 124.00 |
|  | AL | receive and review email from B. Ruhlander re AKO's 48th Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 32.00 |
|  | AL | Update database with Capstone's May electronic detail (.2); Norton's December electronic detail (.1); Norton's January electronic detail (.1) | 0.40 | 32.00 |

W.R. Grace & Co.                                                                                          Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/11/2013 | AL | Update database with BMC's January through March fee application (.2); Norton's December fee application (.2); Caplin's May fee application (.2); AKO's May fee application (.2); Campbell's May fee application (.2) | 1.00 | 80.00 |
| 7/12/2013 | WHS | Review of, and revisions to, FR Anderson 48Q 1-3.13 | 0.30 | 100.50 |
|  | JAW | Review of e-mail from B. Ruhlander regarding corrections needed to 47th interim spreadsheet (0.10); make corrections per B, Ruhlander's e-mail (0.30); e-mail to B. Ruhlander the revised 47th interim spreadsheet for review (0.10) | 0.50 | 87.50 |
|  | AL | receive and review email from W. Smith re revised version of AKO's 48th Q FR (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of AKO's 48th Q FR (.4); draft email to B. Ruhlander re service of same (.1) | 1.10 | 88.00 |
|  | AL | Update database with Beveridge's May electronic detail | 0.20 | 16.00 |
|  | BSR | Draft final report re Ropes & Gray's 2nd interim fee application | 3.00 | 930.00 |
|  | BSR | Receive and review revised final report re Anderson Kill & Olick (48Q) (.1); email report to AKO (.1) | 0.20 | 62.00 |
| 7/15/2013 | BSR | E-mail to Vasuda Sinha re additional information to complete final report | 0.10 | 31.00 |
|  | AL | receive and review email from J. Wehrmann re 47th interim project category spreadsheet (.1); update database with same (.2); review of interim project category spreadsheet (.6) | 0.90 | 72.00 |
|  | AL | Update database with Beveridge's May fee application (.2); Capstone's May fee application (.2) | 0.40 | 32.00 |
| 7/16/2013 | BSR | Continue drafting amended combined final report for the 47th interim period | 0.50 | 155.00 |
|  | BSR | telephone conference with Vasuda Sinha of Norton Rose re information needed for final report | 0.10 | 31.00 |
|  | AL | Update database with Phillips' May CNO (.1); Orrick's May CNO (.1); Lincoln's May CNO (.1); receive and review email from B. Ruhlander re Omnibus 47th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.70 | 56.00 |
|  | AL | receive and review email from W. Smith re approval of Omnibus 47th Interim FR (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of Omnibus' 47th Interim FR (.4); draft email to B. Ruhlander re service of same (.1) | 1.10 | 88.00 |
|  | WHS | Detailed review of amended omnibus final report 47Q 10-12.12 | 0.30 | 100.50 |
| 7/17/2013 | BSR | E-mail to various applicants re amended omnibus final report for the 47th interim period | 0.30 | 93.00 |

W.R. Grace & Co.                                                                                          Page     5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/17/2013 | BSR | E-mail to Pachulski re revised fee and expense chart for the 47th interim period | 0.20 | 62.00 |
| | BSR | E-mail to Anthony Lopez re revised project category spreadsheet for the 47th interim period | 0.20 | 62.00 |
| | BSR | E-mail to and voice mail message for, James Wehrmann, re 47th interim files | 0.10 | 31.00 |
| | BSR | telephone conferences (2) with Anthony Lopez re project category spreadsheet (47th) | 0.10 | 31.00 |
| | JAW | Proofread Warren H. Smith's June 2013 fee statement  and Notice of Filing (0.40); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.50 | 87.50 |
| | BSR | Receive and review pdf version of project category spreadsheet (.1); email excel and pdf versions to debtors' counsel (.2) | 0.30 | 93.00 |
| | AL | Research WHSA's expenses for the month of June 2013 (.4); draft of WHSA's June fee application (1.3); update database with same (.2); draft email to J. Wehrmann re review of WHSA's June fee application (.1) | 2.00 | 160.00 |
| | AL | receive and review email from B. Ruhlander re 47th Interim Project Category Spreadsheet (.1); draft of exhibit (.4); update database with same (.2); draft email to B. Ruhlander re exhibit (.1) | 0.80 | 64.00 |
| 7/18/2013 | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| | AL | Update database with Bilzin's May electronic detail | 0.10 | 8.00 |
| | BSR | Research docket for pertinent filings | 0.30 | 93.00 |
| | BSR | Review of Blackstone's 48th interim fee application | 0.40 | 124.00 |
| | AL | receive and review email from W. Smith re approval of Somerset's Final Interim FR (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of Somerset's Final Interim FR (.4); draft email to B. Ruhlander re service of same (.1) | 1.10 | 88.00 |
| 7/19/2013 | AL | Update database with Fragomen's January (.1) February (.1) March (.1) 23rd interim (.1) April (.1) May (.1) June (.1) and 24th interim (.1) electronic detail; Orrick's March electronic detail (.1) | 0.90 | 72.00 |
| | JAW | Detailed review of BMC Group April 2013 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
| | JAW | Detailed review of Higgins April 2013 fee application (1.20); draft summary of same (0.10) | 1.30 | 227.50 |

W.R. Grace & Co.                                                                                              Page    6

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/19/2013 | JAW | Detailed review of Pachulski March 2013 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
| | JAW | Detailed review of Norton Rose December 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Review of e-mail from B. Ruhlander regarding issue with receipt of Orrick's March 2013 fee statement (0.10); review of summaries prepared to determine if I prepared a summary and reviewed fee application not yet reviewed to deterimine if I have received it (0.1); e-mail to B. Ruhlander advising her that have not received the application in question (0.10) | 0.30 | 52.50 |
| | AL | Update database with Charter's May fee application (.2); PWC's May fee application (.2); Fragomen's January fee application (.2); Fragomen's February fee application (.2); Fragomen's March fee application (.2); Fragomen's April fee application (.2); Fragomen's May fee application (.2); Fragomen's June fee application (.2); Pachulski's January through March fee application (.2) | 1.80 | 144.00 |
| | JAW | Detailed review of Protiviti April 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | BSR | receive, review, and respond to email from Tatiana Bessonova re Fragomen fee applications | 0.20 | 62.00 |
| | BSR | Review of The Hogan Firm's quarterly and monthly fee applications for the 48th interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
| | BSR | Review of Kaye Scholer's March 2013 monthly fee application | 0.10 | 31.00 |
| | BSR | Review of Lauzon Belanger's quarterly and monthly fee applications for the 48th interim period and fee and expense summaries re same | 0.30 | 93.00 |
| | BSR | Review of Pachulski's Feb. 2013 monthly fee application and fee and expense summary re same (.3); check server for status of review of Pachulski's March 2013 monthly fee application (.1) | 0.40 | 124.00 |
| | BSR | E-mails to James Wehrmann and Anthony Lopez inquiring as to status of review of Orrick's March 2013 monthly fee application | 0.20 | 62.00 |
| 7/23/2013 | JAW | Review of e-mail from B. Ruhlander regarding Pachuliski March 2013 fee application (0.10); e-mail to B. Ruhlander forwarding summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Caplin & Drysdale May 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of BMC Group May 2013 fee application (0.70); draft summary of same (0.10) | 0.80 | 140.00 |

W.R. Grace & Co.                                                                                        Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/23/2013 | JAW | Detailed review of Anderson Kill May 2013 fee application (0.50); draft summary of same (0.30) | 0.80 | 140.00 |
|  | JAW | Detailed review of Stroock May 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
|  | JAW | Detailed review of Kramer May 2013 fee application (0.50); draft summary of same (0.40) | 0.90 | 157.50 |
|  | JAW | Detailed review of Higgins May 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
|  | AL | Update database with Ewing's May CNO (.1); Woodcock's May electronic detail (.2) | 0.30 | 24.00 |
|  | BSR | E-mail to Grant Thornton re possible objections to our final report (47Q) | 0.10 | 31.00 |
|  | JAW | Detailed review of Beveridge May 2013 fee application (0.60); draft summary of same (0.80) | 1.40 | 245.00 |
|  | JAW | Detailed review of Capstone May 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
|  | JAW | Detailed review of Campbell May 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
|  | JAW | Detailed review of Reed Smith May 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | AL | Update database with Bilzin's May fee application (.2); Orrick's March fee application (.2) | 0.40 | 32.00 |
|  | BSR | Review of Pachulski's March 2013 monthly fee application, fee and expense summary re same, and quarterly fee application for the 48th interim period (Jan-Mar 2013) (.3); email to Jamie O'Neill re same (.2) | 0.50 | 155.00 |
|  | BSR | Research docket for applications and other pertinent filings | 0.90 | 279.00 |
|  | BSR | Research server for status of review of Pachulski's March 2013 monthly fee application and email James Wehrmann re same | 0.10 | 31.00 |
| 7/24/2013 | BSR | Draft initial report re Kirkland & Ellis' 48th interim fee application | 0.80 | 248.00 |
|  | BSR | Receive and review email from Warren Smith re placing Pachulski's application on the omnibus final report for the 48th interim period | 0.10 | 31.00 |
|  | BSR | Review of K&E's quarterly fee application for the 48th interim period (monthly applications previously reviewed) | 0.30 | 93.00 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill re questions concerning time entries in 48th interim fee application | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                             Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/24/2013 | BSR | Draft final report re Pachulski's 48th interim fee application (.4); email to Warren Smith re same (.2) | 0.60 | 186.00 |
|  | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
|  | BSR | E-mail to Kirkland & Ellis re initial report (48Q) | 0.10 | 31.00 |
|  | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Norton's December (.1) Pachulski's March (.2) Protiviti's April (.1) BMC's April (.2) Higgins' April (.1) AKO's May (.1) Beveridge's May (.2) BMC's May (.1) Campbell's May (.1) Caplin's May (.1) Capstone's May (.1) Higgins' May (.1) K&E's May (.2) Reed's May (.1) and Stroock's May (.2) fee and expense summaries | 2.10 | 168.00 |
|  | AL | receive and review email from B. Ruhlander re Pachulski's 48th Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 32.00 |
|  | AL | Receive, review and finalize K&E's 48th interim IR (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | 0.60 | 48.00 |
|  | BSR | Review of Norton Rose Fulbright Canada's Nov. and Dec. 2012 monthly fee applications and fee and expense summaries re same | 0.20 | 62.00 |
|  | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
|  | BSR | Review of the Hon. Alexander Sanders' February and March 2013 monthly fee applications and quarterly fee application for the 48th interim period | 0.30 | 93.00 |
|  | BSR | Review of Alan Rich's Feb. and March 2013 monthly fee applications and quarterly fee application for the 48th interim period | 0.50 | 155.00 |
|  | BSR | Review of Lincoln Partners' January through March 2013 monthly fee applications | 0.40 | 124.00 |
| 7/25/2013 | BSR | Review of BMC's 48th interim fee application and March 2013 monthly fee application, including fee and expense summary re same (.3); email to Myrtle John re same (.2) | 0.50 | 155.00 |
|  | BSR | Receive and review agenda for Aug. 1 hearing (.1); email to Anthony Lopez re same (.1) | 0.20 | 62.00 |
|  | BSR | Detailed review of PwC's Global Restructuring fee application for June through Sept. 2012 (PwC not required to provide fee detail) | 0.20 | 62.00 |
|  | AL | Update database with Phillips' May CNO (.1); Orrick's May CNO (.1) | 0.20 | 16.00 |
|  | AL | Update database with Ferry's April (.1) and May (.1) electronic detail | 0.20 | 16.00 |

W.R. Grace & Co.                                                                                                           Page        9

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 7/25/2013 | AL | receive and review email from B. Ruhlander re 8.1.13 hearing agenda (.1); update database with same (.1) | 0.20 | 16.00 |
|  | BSR | E-mails to applicants inquirng as to status of their firm's quarterly fee applications | 0.20 | 62.00 |
| 7/26/2013 | AL | Update database with Scarfone's June electronic detail (.1); Hogan's June electronic detail (.1) | 0.20 | 16.00 |
|  | AL | Update database with Lauzon's June electronic detail | 0.10 | 8.00 |
| 7/29/2013 | BSR | Receive and review email from James Wehrmann re fee and expense summaries completed | 0.10 | 31.00 |
|  | AL | Update database with Foley's June electronic detail (.2); Higgins' June electronic detail (.1); Ewing's June electronic detail (.1); Stroock's June electronic detail (.2); Capstone's June electronic detail (.1); receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Fragomen's January (.1) Fragomen's February (.1) Fragomen's March (.2) Orrick's March (.2) Fragomen's April (.1) Bilzin's May (.1) Fragomen's May (.2) Charter's May (.1) PWC's May (.2) and Fragomen's June (.1) fee and expense summaries | 2.20 | 176.00 |
|  | AL | Update database with Pachulski's May (.1) and June (.1) electronic detail | 0.20 | 16.00 |
|  | AL | Update database with Pachulski's April CNO (.1); Pachulski's June through September 2012 CNO (.1) | 0.20 | 16.00 |
|  | JAW | Detailed review of Charter Oak May 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | BSR | Research docket for fee order and other pertinent filings | 0.20 | 62.00 |
|  | JAW | Detailed review of Fragomen January 2013 fee application (0.20); draft summary of same (0.20) | 0.40 | 70.00 |
|  | JAW | Detailed review of Fragomen February 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Fragomen March 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Orrick March 2013 fee application (0.50); draft summary of same (0.30) | 0.80 | 140.00 |
|  | JAW | Detailed review of Fragomen April 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Bilzin  May 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |

W.R. Grace & Co.                                                                                              Page    10

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 7/29/2013 | JAW | Detailed review of Fragomen May 2013 fee application (0.20); draft summary of same (0.20) | 0.40 | 70.00 |
|  | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
|  | JAW | Detailed review of Fragomen June 2013 fee application (0.30); draft summary of same (0.20) | 0.50 | 87.50 |
|  | JAW | Detailed review of PwC May 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| 7/30/2013 | BSR | Research docket for pertinent filings (.1); email to Warren Smith and Anthony Lopez re same (.2) | 0.30 | 93.00 |
|  | BSR | Conference with Anthony Lopez re files for fee hearing on Aug. 1 | 0.20 | 62.00 |
|  | BSR | Conference with James Wehrmann re files for the 47th interim period | 0.10 | 31.00 |
|  | AL | Research Pacer for Amended hearing agenda and proposed fee order (.5); update database with same (.2); begin hearing preparation (.4); draft email to W. Smith and B. Ruhlander re 8.1.13 hearing (.1) | 1.20 | 96.00 |
|  | AL | Update database with Reed's June electronic detail | 0.20 | 16.00 |
|  | AL | receive and review email from B. Ruhlander re 8.1.13 fee hearing (.1); update database with proposed fee order (.2) | 0.30 | 24.00 |
|  | AL | Update database with Fragomen's January through March fee application (.2); Fragomen's April through June fee application (.2) | 0.40 | 32.00 |
| 7/31/2013 | BSR | telephone conferences (2) with Warren Smith re Aug. 1 hearing/status conference (.2); telephone conferences (2) with Anthony Lopez re same (.1); calculate time preparation of fee application spreadsheet by WHSA and prepare spreadsheets re same (3.7); emails to Warren Smith (2) re same (.4) | 4.40 | 1,364.00 |
|  | BSR | Review of Frankel professionals' retention orders (Orrick, PG&S, and Lincoln Partners) | 0.20 | 62.00 |
|  | BSR | Review of Beveridge & Diamond's quarterly fee application for the 48th interim period (monthly applications previously reviewed) (.2); email to Pamela Marks re same (.2) | 0.40 | 124.00 |
|  | BSR | Receive and review response of Kirkland & Ellis to initial report for the 48th interim period | 0.10 | 31.00 |
|  | AL | Update database with Ferry's June electronic detail (.1); Bilzin's June electronic detail (.1) | 0.20 | 16.00 |
|  | AL | Update database with Sanders' May fee application (.2) and electronic detail (.1); Sanders' July fee application (.2) and electronic detail (.1) | 0.60 | 48.00 |

W.R. Grace & Co.                                                                                                Page    11

|  |  | Hours | Amount |
|---|---|---|---|
| 7/31/2013 AL | Research re 8.1.13 hearing and signed fee order (.4); update database with same (.2); Amend hearing binder (.2) | 0.80 | 64.00 |
| AL | Research PACER for revised hearing agenda and proposed order (.4); continue preparing hearing binder (1.6) | 2.00 | 160.00 |
| AL | Update database with Foley's June fee application (.2); Higgins' June fee application (.2); Ewing's June fee application (.2) | 0.60 | 48.00 |
| AL | Update database with Capstone's June fee application (.2); Stroock's June fee application (.2); Beveridge's January through March fee application (.1); Lauzon's May fee application (.2); Scarfone's May fee application (.2); Hogan's May fee application (.2); Ferry's May fee application (.2) | 1.30 | 104.00 |
| **For professional services rendered** | | **88.70** | **$15,116.00** |

Additional Charges :

| 7/31/2013 FedEx | 141.10 |
|---|---|
| Copying cost | 31.10 |
| PACER Charges | 80.90 |
| Third party copies & document prep/setup. | 434.77 |
| **Total additional charges** | **$687.87** |
| **Total amount of this bill** | **$15,803.87** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 42.60 | 80.00 | $3,408.00 |
| Bobbi S. Ruhlander | 25.90 | 310.00 | $8,029.00 |
| James A. Wehrmann | 19.30 | 175.00 | $3,377.50 |
| Warren H Smith | 0.90 | 335.00 | $301.50 |