## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: September 4, 2013 at 4:00 p.m.**
**Hearing Date: December 16, 2013 at 9:00 a.m.**

## SEVENTEENTH QUARTERLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2013 THROUGH JUNE 30, 2013

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | January 1, 2013  through March 31, 2013 |
| Amount of fees to be approved as actual, reasonable and necessary: | $32,701.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $630.12 |
| This is a(n):      x  interim      ___ final application. | |

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications for the period through June 30, 2013:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40 $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |
| 1/29/10 24208 | 12/1/09 through 12/31/09 | $20,043.00 $842.45 | $16,034.40 $842.45 | 24333 |
| 3/1/10 24371 | 1/1/10 through 1/31/10 | $16,131.00 $44.90 | $12,904.48 $44.90 | 24498 |
| 3/29/10 24517 | 2/1/10 through 2/28/10 | $14,617.50 $12.49 | $11,694.00 $12.49 | 24645 |
| 4/29/10 24695 | 3/1/10 through 3/31/10 | $19,198.50 $1601.38 | $15,358.80 $1601.38 | 24823 |
| 5/28/10 24852 | 4/1/10 through 4/30/10 | $8,928.00 $23.88 | $7,142.40 $23.88 | 24962 |
| 7/9/2010 25056 | 5/1/10 through 5/31/10 | $8,061.00 $517.61 | $6,448.80 $517.61 | 25148 |
| 7/29/2010 25135 | 6/1/10 through 6/30/10 | $6,702.00 $930.06 | $5,361.60 $930.06 | 25256 |
| 8/18/10 25238 | 7/1/10 through 7/31/10 | $10,611.50 $78.10 | $8,489.20 $78.10 | 25400 |

| | | | | |
|---|---|---|---|---|
| 9/29/10 25494 | 8/1/10 through 8/31/10 | $12,146.50 $158.56 | $9,717.20 $158.56 | 25629 |
| 11/11/10 257535 | 9/1/10 through 9/30/10 | $9,865.00 $175.99 | $7,892.00 $175.99 | 25855 |
| 12/1/10 25838 | 10/1/10 through 10/31/10 | $7,748.50 $186.48 | $6,198.80 $186.48 | 25958 |
| 1/4/10 26008 | 11/1/10 through 11/30/110 | $8,349.00 $174.91 | $6,679.20 $174.91 | 26125 |
| 1/26/11 26126 | 12/1/10 through 12/31/10 | $9,467.50 $136.50 | $7,574.00 $136.50 | 26389 |
| 3/1/11 26447 | 1/1/11 through 1/31/11 | $5,471.00 $227.01 | $4,376.80 $227.01 | 26616 |
| 3/30/11 26665 | 2/1/11 through 2/28/11 | $16,418.00 $140.84 | $13,134.40 $140.84 | 26665 |
| 5/2/11 26857 | 3/1/11 through 3/31/11 | $17,325.50 $172.16 | $13,860.40 $172.16 | 26997 |
| 5/31/11 27014 | 4/1/11 through 4/30/11 | $14,790.00 $170.71 | $11,832.00 $170.71 | 27151 |
| 7/5/11 27214 | 5/1/11 through 5/31/11 | $15,903.00 $116.17 | $12,722.40 $116.17 | 27325 |
| 8/1/11 27352 | 6/1/11 through 6/30/11 | $9,849.00 $167.76 | $7,879.20 $167.76 | 27505 |
| 9/2/11 27556 | 7/1/11 through 7/31/11 | $11,115.00 $94.44 | $8,892.00 $94.44 | 27676 |
| 9/29/11 27688 | 8/1/11 through 5/31/11 | $10,712.00 $149.46 | $8,569.60 $149.46 | 27802 |
| 10/26/11 27828 | 9/1/11 through 9/30/11 | $7,943.00 $115.90 | $6,354.40 $115.90 | 27990 |
| 11/29/11 28044 | 10/1/11 through 10/31/11 | $11,661.00 $158.62 | $9,328.80 $158.62 | 28196 |

3

| | | | | |
|---|---|---|---|---|
| 1/10/12 | 11/1/11 through 11/30/11 | $10,874.50 $31.80 | $8,699.60 $31.80 | 28487 |
| 2/19/12 28491 | 12/1/11 through 12/31/11 | $7,475.00 $92.73 | $5,980.00 $92.73 | 28616 |
| 2/29/12 28601 | 1/1/12 through 1/31/2012 | $9,802.00 $233.98 | $7,841.60 $233.98 | 28703 |
| 3/30/12 28748 | 2/1/12 through 2/29/12 | $9,516.00 $102.72 | $7,612.80 $102.72 | 28809 |
| 4/30/12 28847 | 3/1/12 through 3/31/12 | $12,473.50 $272.84 | $9,978.80 $272.84 | 28959 |
| 5/314/12 28998 | 4/1/12 through 4/30/12 | $8,008.00 $222.42 | $6,406.40 $222.42 | 29116 |
| 6/29/12 | 5/1/12 through 5/31/12 | $8,274.50 $72.22 | $6,619.60 $72.22 | 29348 |
| 8/9/12 29425 | 6/1/12 through 6/30/12 | $10,231.00 $72.22 | $8,184.50 $80.07 | 29579 |
| 8/29/12 29524 | 7/1/12 through 7/31/12 | $11,61.00 $210.04 | $9,328.80 $210.04 | 29649 |
| 9/24/12 29661 | 8/1/12 through 8/31/12 | $9,574.50 $64.30 | $7,659.60 $64.30 | 29782 |
| 11/5/12 29850 | 9/1/12 through 9/30/12 | $7,436.00 $122.07 | $5,948.80 $122.07 | 29950 |
| 11/28/12 29554 | 10/1/12 through 10/31/12 | $8,209.50 $359.20 | $6,567.60 $359.20 | 30071 |
| 1/3/13 30117 | 11/1/12 through 11/30/12 | $10,146.50 $264.87 | $8,117.20 $264.87 | 30195 |
| 1/28/13 30203 | 12/1/12 through 12/31/12 | $8,450.00 $11.10 | $6,760.00 $11.10 | 30308 |
| 2/27/13 30328 | 1/1/13 through 1/31/13 | $15,223.00 $134.46 | $12,178.40 $134.46 | 30421 |

4

| 3/28/13 30448 | 2/1/13 through 2/28/13 | $9,074.00 $138.88 | $7,259.20 $138.88 | 30535 4/19/13 |
|---|---|---|---|---|
| 4/29/13 30563 | 3/1/13 through 3/31/13 | $9,763.00 $170.96 | $7,810.40 $170.96 | 30655 5/22/12 |
| 5/29/13 30680 | 4/1/13 through 4/30/13 | $10,042.50 $103.61 | $8,034.00 $103.61 | 30749 6/18/13 |
| 6/28/13 60782 | 5/1/13 through 5/31/13 | $11,056.50 $414.07 | $8,845.20 $414.07 | 30862 7/23/13 |
| 7/29/13 30892 | 6/1/13 through 6/30/13 | $11,602.50 $112.44 | $0.00 | Not yet filed |

**Prior Quarterly Applications for the period through June 30, 2013:**

| Date Filed and Docket No. | Time Period | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/ Docket No. |
|---|---|---|---|---|
| November 9, 2009 [23719] | April 1, 2009 through June 30, 2009 | $68,383.00 $8.10 | $68,383.00 $8.10 | 11/30/09 [23872] |
| November 13, 2009 [23762] | July 1, 2009 through September 30, 2009 | $100,854.50 $1,885.72 | $100,854.50 $1,885.75 | 11/13/09 [24067] |
| February 5, 2010 [24242] | October 1, 2009 through December 31, 2009 | $60,202.50 $946.66 | $60,202.50 $646.66 | 3/3/10 [24401] |
| May 21, 2010 [284822] | January 1, 201 through March 31, 2010 | $49,947.00 $1,658.77 | $49,947.00 $1,658.77 | 6/16/10 [24950] |
| August 25, 2010 [25269] | April 1, 2010 through June 30, 2010 | $23,691.00 $1,471.55 | $23,691.00 $1,471.55 | 9/20/10 [25433] |
| November 19, 2010 [25786] | July 1, 2010 through September 30, 2010 | $32,623.00 $412.65 | $32,623.00 $412.65 | 12/13/10 [25913] |
| February 15, 2010 [26287] | October 1, 2010 through December 31, 2010` | $25,565.00 $497.89 | $25,565.00 $497.89 | 3/10/11 [26526] |
| May 25, 2011 [26995] | January 1, 2011 through March 31, 2011 | $39,214.50 $540.01 | $39,214.50 $540.01 | |
| August 11, 2011 [27419] | April 1, 2011 through June 30, 2011 | $40,542.00 $391.64 | $40,542.64 $391.64 | 9/8/11 [27568] |
| November 22, 2011 [28013] | July 1, 2011 through September 30, 2011 | $29,770.00 $259.80 | $29,770.00 $359.80 | 12/15/11 [28159] |
| February 27, 2012 [28588] | October 1, 2011 through December 31, 2011 | $30,010.50 $283.15 | $30,010.50 $283.15 | 3/12/12 [28693] |
| May 23, 2012 [28957] | January 1, 2012 through March 31, 2012 | $31,791.50 $609.54 | $31,197.50 $509.54 | 6/14/12 [29058] |
| August 20, 2012 [29479] | April 1, 2012 through June 30, 2012 | $26,513.50 $374.51 | $26,513.50 $374.51 | 9/13/12 [29619] |
| December 11, 2012 [30029] | July 1, 2012 through September 30, 2012 | $28,681.50 $396.41 | $28,671.50 $396.41 | 1/4/13 [30119] |
| April 8, 2013 [30479] | October 1, 2012 through December 31, 2012 | $60,523.50 $3,617.71 | $60,523.50 $3,617.71 | 5/1/13 [30574] |
| May 22, 2013 30653 | January 1, 2013 through March 31, 2013 | $34,060.00 $444.30 | $34,060.00 $444.30 | 6/13/13 30754 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**APRIL 1, 2013 THROUGH JUNE 30, 2013**

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $650 | 43.2 | $28,080.00 |
| Tracy B. Buck Legal Assistant | $195 | 23.7 | $4,621.50 |
| **TOTAL** | | **66.9** | **$32,701.50** |

7

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**APRIL 1, 2012 THROUGH JUNE 30, 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.2 | $130.00 |
| Case Administration | 28.3 | $18,213.00 |
| Committee: Creditors', Noteholders' or Equity Holders' | 2.6 | $1,690.00 |
| Fee Applications/Applicant | 15.3 | $4,166.50 |
| Fee Applications/ Others | 12.0 | $3,295.50 |
| Plan and Disclosure Statement | 8.5 | $8,206.50 |
| **TOTAL** | **66.9** | **$35,701.50** |

8

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
APRIL 1, 2013 THROUGH JUNE 30, 2013**

| Expense Category | Total Expenses |
|------------------|---------------:|
| Docket Entry | $63.80 |
| Federal Express | $481.52 |
| Photocopying | $84.80 |
| **TOTAL** | **$630.12** |

The foregoing summaries are submitted to the Court pursuant to the Amended

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, Saul Ewing LLP respectfully requests

that, for the period April 1, 2013 through June 30, 2013, it be allowed the total amount of fees of

$32,701.50 and expenses in the total amount of $630.12.

**SAUL EWING LLP**

By:    Teresa K.D. Currier (Del. ID No. 3080)
       222 Delaware Avenue
       P.O. Box 1266
       Wilmington, DE 19899
       (302) 421-6800

       Co-Counsel to the Official Committee of
       Equity Security Holders

Dated:  August 14, 2013

9