# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline:  June 26, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date:  Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FORTY-SECOND MONTHLY INTERIM PERIOD FROM APRIL 1, 2013 THROUGH APRIL 30, 2013

Name of Applicant:                                      Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., *et al*., Debtors and
Debtors-in-Possession

Date of Retention:                                      July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                               April 1 Through April 30, 2013

Amount of fees sought as actual,
reasonable and necessary:                              $48,898.00

Amount of expenses sought as actual,
reasonable and necessary                               $140.54

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food  N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a(n): X monthly ___ interim ___ final application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through | $172,838.75 | $34,384.69 | No objections served on | No objections served on |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 10/31/02 | | | counsel | counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through | $21,531.00 | $85.71 | No objections | No objections |

[2]   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/04 | | | served on counsel | served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served on counsel | No objections served on counsel |
| 3/29/13 | 2/1/13 through 2/28/13 | $4,560.50 | $382.29 | No objections served on counsel | No objections served on counsel |
| 5/1/13 | 3/1/13 through 3/31/13 | $13,962.00 | $336.74 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred forty-second application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately eight hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James C. Martin | Partner | 1978 | Litigation | $775.00 | .30 | $232.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $690.00 | 1.60 | $1,104.00 |
| Kyle O. Sollie | Partner | 1996 | Business & Finance | $680.00 | .30 | $204.00 |
| Anthony B. Klapper | Partner | 1994 | Litigation | $635.00 | 36.20 | $22,987.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $610.00 | 28.90 | $17,629.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | .60 | $297.00 |
| Sara A. Lima | Associate | 2002 | Business & Finance | $470.00 | 1.50 | $705.00 |
| Jaime S. Reichardt | Associate | 2009 | Business & Finance | $380.00 | 5.40 | $2,052.00 |
| Gregory J. Sagstetter | Associate | 2011 | Litigation | $335.00 | 6.50 | $2,177.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 3.00 | $810.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 3.50 | $700.00 |

**Total Fees: $48,898.00**

11

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Consulting | .40 | $80.00 |
| Fee Application | 7.90 | $2,555.00 |
| Claims | .70 | $508.50 |
| Specifications Inquiry | 71.60 | $42,793.50 |
| Unclaimed Property Advice | 7.20 | $2,961.00 |
| **Total** | **87.80** | **$48,898.00** |

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $5.80 | $0.00 |
| Duplicating/Printing/Scanning | $36.40 | $0.00 |
| Postage Expense | $3.04 | $0.00 |
| Courier Service – Outside | $5.00 | $0.00 |
| Westlaw | $90.30 | $0.00 |
| SUBTOTAL | $140.54 | $0.00 |
| **TOTAL** | **$140.54** | **$0.00** |

Dated:   June 3, 2013                          REED SMITH LLP
         Wilmington, Delaware

                                      By: /s/ Kurt F. Gwynne
                                          Kurt F. Gwynne (No. 3951)
                                          1201 Market Street, Suite 1500
                                          Wilmington, DE  19801
                                          Telephone:  (302) 778-7500
                                          Facsimile:  (302) 778-7575
                                          E-mail: kgwynne@reedsmith.com

                                             and

                                          James J. Restivo, Jr., Esquire
                                          Douglas E. Cameron, Esquire
                                          Reed Smith Centre
                                          225 Fifth Avenue
                                          Pittsburgh, PA 15222
                                          Telephone:  (412) 288-3131
                                          Facsimile:  (412) 288-3063

                                          Special Asbestos Products Liability Defense
                                          Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2414171
7500 Grace Drive                          Invoice Date        05/31/13
Columbia, Maryland 21044                  Client Number        172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

       Fees                          80.00
       Expenses                       0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $80.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                                Invoice Number      2414171
7500 Grace Drive                                Invoice Date        05/31/13
Columbia, Maryland 21044                        Client Number        172573
USA                                             Matter Number         60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

    Date   Name                                               Hours
 -------- -----------                                          -----

04/08/13 Ament           E-mails with P. Cuniff re: agenda      .40
                         and hearing binder for 4/22/13
                         hearing (.10); review CNO's and
                         COC's re: same (.10); update
                         hearing binder (.10); coordinate
                         hand delivery of same to Judge
                         Fitzgerald (.10).

                                                              ------
                                          TOTAL HOURS           .40


TIME SUMMARY                    Hours         Rate         Value
------------------------   ---------------------         -------
Sharon A. Ament             0.40  at  $  200.00  =         80.00

                           CURRENT FEES                              80.00


                                                             ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $80.00
                                                             =============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                        Invoice Number    2414178
    7500 Grace Drive                        Invoice Date      05/31/13
    Columbia, Maryland 21044                Client Number      172573
    USA
```

==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
        Fees                              2,555.00
        Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $2,555.00
                                                         =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | | Invoice Number | 2414178 |
|---|---|---|---|
| 7500 Grace Drive | | Invoice Date | 05/31/13 |
| Columbia, Maryland 21044 | | Client Number | 172573 |
| USA | | Matter Number | 60029 |

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

| Date | Name | | Hours |
|------|------|------|-------|
| 03/28/13 | Lord | Communicate with S. Ament re: monthly fee application (.1); research docket and draft January monthly fee CNO (.3). | .40 |
| 03/29/13 | Lord | Revise, e-file and serve 140th monthly fee application (1.0); e-file and serve CNO to 139th monthly fee application (.3). | 1.30 |
| 04/08/13 | Ament | Attention to billing matters (.20); various e-mails and meetings re: same (.20). | .40 |
| 04/09/13 | Ament | Attention to billing matters (.10); e-mails re: same (.10). | .20 |
| 04/10/13 | Ament | Attention to billing matters (.10); e-mails re: same (.10). | .20 |
| 04/10/13 | Cameron | Review fee application materials. | .60 |
| 04/10/13 | Muha | Review and revise March 2013 monthly fee and expense detail. | .30 |
| 04/11/13 | Ament | Attention to billing matters (.10); various e-mails and meeting re: same (.10); review e-mail re: March monthly fee application (.10). | .30 |

Case 01-01139-AMC   Doc 30701-2   Filed 06/06/13   Page 5 of 10

```
172573  W. R. Grace & Co.                        Invoice Number  2414178
60029   Fee Applications-Applicant               Page    2
        May 31, 2013
```

| Date | Name | | Hours |
|------|------|------|-------|
| 04/12/13 | Ament | Attention to billing matters (.10); various e-mails and meetings re: same (.20). | .30 |
| 04/12/13 | Cameron | Review fee application materials (.40); emails re: same (.20). | .60 |
| 04/25/13 | Ament | Review e-mail re: billing matters (.10); begin drafting March monthly fee application (.10). | .20 |
| 04/29/13 | Ament | E-mails re: CNO for Jan. monthly fee application, March monthly fee application and quarterly fee application (.10); attention to billing matters (.10); e-mails re: same (.10); review invoices received relating to March monthly fee application (.10); calculate fees and expenses for said fee application (.30); prepare spreadsheet re: same (.20); draft 141st monthly fee application (.10); provide same to A. Muha for review (.10). | 1.10 |
| 04/29/13 | Lord | Draft, e-file and serve CNO to Reed Smith February monthly fee application (.4); communicate with S. Ament re: upcoming monthly/quarterly (.1). | .50 |
| 04/30/13 | Ament | E-mails re: billing matters (.10); review A. Muha comments to 141st monthly fee application (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | .40 |
| 04/30/13 | Lord | Revise and prepare Reed Smith's 141st monthly fee application for e-filing and service. | .80 |
| 04/30/13 | Muha | Review and revise final draft of March 2013 monthly fee application. | .30 |

```
                                                    ------
                                    TOTAL HOURS      7.90
```

```
172573 W. R. Grace & Co.                    Invoice Number  2414178
60029  Fee Applications-Applicant           Page    3
       May 31, 2013


   TIME SUMMARY              Hours            Rate           Value
   ------------------------  --------------------- -------
   Douglas E. Cameron        1.20  at  $  690.00  =     828.00
   Andrew J. Muha            0.60  at  $  495.00  =     297.00
   John B. Lord              3.00  at  $  270.00  =     810.00
   Sharon A. Ament           3.10  at  $  200.00  =     620.00

                             CURRENT FEES                 2,555.00


                                                    ------------
             TOTAL BALANCE DUE UPON RECEIPT           $2,555.00
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2414181
7500 Grace Drive                             Invoice Date        05/31/13
Columbia, Maryland 21044                     Client Number        172573
USA

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                      508.50
         Expenses                                    0.00

                         TOTAL BALANCE DUE UPON RECEIPT        $508.50
                                                       =============

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA 15251-6074
                             Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                        Invoice Number      2414181
    7500 Grace Drive                        Invoice Date        05/31/13
    Columbia, Maryland 21044                Client Number        172573
    USA                                     Matter Number         60033
```

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

```
    Date    Name                                              Hours
 --------  -----------                                        -----

04/14/13 Cameron          Review materials re: appeal issues.   .40

04/18/13 Martin           Follow-up on panel substitution       .30
                          and provide input on Third Circuit
                          judge.
                                                              ------
                                          TOTAL HOURS            .70
```

```
TIME SUMMARY               Hours         Rate         Value
------------------------   ----------------------     -------
Douglas E. Cameron         0.40  at  $  690.00  =     276.00
James C. Martin            0.30  at  $  775.00  =     232.50

                           CURRENT FEES                          508.50

                                                       ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $508.50
                                                       ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                    Invoice Number    2414184
    62 Whittemore Avenue                Invoice Date      05/31/13
    Cambridge, MA  02140                Client Number      172573
```

=============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

```
        Fees                          42,793.50
        Expenses                           0.00

                  TOTAL BALANCE DUE UPON RECEIPT       $42,793.50
                                                      =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number    2414184
   62 Whittemore Avenue                    Invoice Date      05/31/13
   Cambridge, MA  02140                    Client Number      172573
                                           Matter Number       60041
```

===========================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 04/01/13 | Klapper | Review documents re:  limited status design. | 2.20 |
| 04/01/13 | Luchini | Review documentation re: limited states design and related issues. | 1.30 |
| 04/02/13 | Luchini | Review Canadian material and outline questions for conference call. | 1.00 |
| 04/03/13 | Klapper | Confer with J. Luchini. | .50 |
| 04/03/13 | Luchini | Review materials and telecon with T. Klapper to prepare for meeting. | 1.70 |
| 04/05/13 | Klapper | Prepare for and participate on call with client re Canadian issues. | 2.20 |
| 04/05/13 | Luchini | Review notes and prepare for call (.4); conference call with J. Hughes (.5); conference call with J. Hughes, T. Klapper, B. Simspon, P. Hanlon, et. al (1.6); telephone call from T. Klapper to discuss other legal issues (.2). | 2.70 |
| 04/08/13 | Luchini | Review specifications literature for call with J. Hughes. | .40 |
| 04/09/13 | Klapper | Prepare for and participate in call with client. | 2.10 |

```
172573  W. R. Grace & Co.                          Invoice Number  2414184
60041  Specifications Inquiry                      Page    2
       May 31, 2013
```

| Date | Name | | Hours |
|------|------|--|-------|
| 04/09/13 | Luchini | Attention to strategy (.5); internal/external communications regarding same (.4); review/analyze matter materials (1.1); prepare for call and conference call with J. Hughes (.8). | 2.80 |
| 04/10/13 | Klapper | Review new listings and prior correspondence forwarded by client and confer with J. Luchini re same. | 1.80 |
| 04/10/13 | Luchini | Review new tables and discuss issues raised (1.1); draft questions for discussion with J. Hughes (1.1). | 2.20 |
| 04/11/13 | Klapper | Confer with J. Luchini and participate in call with client re: opinion letter. | 1.60 |
| 04/11/13 | Luchini | Prepare for and conference call with J. Hughes re: results of investigation and opinion letter (1.3); discuss outline and approach (1.0). | 2.30 |
| 04/12/13 | Klapper | Work on opinion letter. | 4.20 |
| 04/14/13 | Klapper | Continue drafting opinion letter. | 3.80 |
| 04/15/13 | Klapper | Complete initial draft of opinion letter. | 3.60 |
| 04/16/13 | Klapper | Work on further edits to opinion letter (2.5); draft section on "next steps" (1.8); confer with client re questions (.7); confer with J. Luchini re same (.8). | 5.80 |
| 04/16/13 | Luchini | Review/edit opinion letter (1.1); attention to strategy issues (.3); review/analyze matter materials and conference call with J. Hughes, B. Simpson re:  same (1.1). | 2.50 |
| 04/16/13 | Sagstetter | Discussed new research assignment with J. Luchini. | .30 |

```
172573  W. R. Grace & Co.                        Invoice Number  2414184
60041   Specifications Inquiry                   Page    3
        May 31, 2013
```

| Date | Name | | Hours |
|------|------|------|-------|
| 04/17/13 | Klapper | Confer with J. Luchini and G. Sagstetter re opinion letter (1.0); complete additional edits on legal analysis and send to J. Luchini for review (2.3). | 3.30 |
| 04/17/13 | Luchini | Review/edit opinion letter (2.6); review/analyze matter materials, conference call with T. Klapper re: letter and legal issues (1.0); discuss research results (.2). | 3.80 |
| 04/17/13 | Sagstetter | Conference call with J. Luchini and T. Klapper (1.0); began research to identify relevant precedent (1.8); discussed research findings with J. Luchini (.2). | 3.00 |
| 04/18/13 | Luchini | Edit opinion letter. | 1.00 |
| 04/19/13 | Sagstetter | Began research re viability of certain claims. | 2.50 |
| 04/22/13 | Klapper | Confer with J. Luchini re opinion letter. | .50 |
| 04/22/13 | Luchini | Edit opinion letter (2.3); telephone call from T. Klapper to discuss edits and approach (.5). | 2.80 |
| 04/22/13 | Sagstetter | Continued research re viability of claims (.2); draft memo to J. Luchini re: same (.3). | .50 |
| 04/23/13 | Klapper | Make additional restructuring changes to opinion letter. | 2.10 |
| 04/23/13 | Luchini | Telephone call from T. Klapper (.4); review/edit latest version of opinion letter (.9). | 1.30 |
| 04/23/13 | Sagstetter | Discussed research findings with J. Luchini via email. | .20 |
| 04/24/13 | Klapper | Confer with J. Luchini re opinion letter and finalize draft for client. | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  2414184
60041  Specifications Inquiry                     Page    4
        May 31, 2013


    Date   Name                                                      Hours
   -------- -----------                                              -----


   04/24/13 Luchini        Final reviews and edits of opinion    2.40
                           letter (1.8); telephone call from
                           T. Klapper to discuss
                           changes/edits (.6).

   04/26/13 Luchini        Review issues re:  opinion letter.     .40

   04/26/13 Luchini        Edit section of opinion letter.        .30

                                                                ------
                                                 TOTAL HOURS    71.60


   TIME SUMMARY              Hours        Rate          Value
   ------------------------  ---------------------    -------
   Joseph S. Luchini        28.90  at  $  610.00  =  17,629.00
   Antony B. Klapper        36.20  at  $  635.00  =  22,987.00
   Gregory J. Sagstetter    6.50   at  $  335.00  =   2,177.50

                            CURRENT FEES                        42,793.50


                                                            ------------
                   TOTAL BALANCE DUE UPON RECEIPT             $42,793.50
                                                            =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                        Invoice Number      2414185
    7500 Grace Drive                        Invoice Date        05/31/13
    Columbia, Maryland 21044                Client Number        172573
    USA
```

==============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

```
        Fees                          2,961.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $2,961.00
                                                        =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                        Invoice Number    2414185
    7500 Grace Drive                        Invoice Date      05/31/13
    Columbia, Maryland 21044                Client Number      172573
    USA                                     Matter Number       80001
```

===========================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2013

| Date | Name | | Hours |
|------|------|--|-------|

| 04/04/13 | Reichardt | Continue and complete research for ART joint venture unclaimed property memorandum regarding customer credits (.2); review priority rules and analyze case law (.5); review articles on the application of unclaimed property to foreign transactions (.5); and search for federal preemption issues pertaining to the delivery of catalyst (.5). | 1.70 |
| 04/04/13 | Reichardt | Draft memorandum on unclaimed property issues (2.8); analyze priority rules, similarities to tax (.6). | 3.40 |
| 04/04/13 | Sollie | Follow up with S. Lima on impact of McKesson litigation on issue C. Finke had discussed. | .30 |
| 04/05/13 | Reichardt | Review memo for unclaimed property and submitted to S. Lima. | .10 |
| 04/09/13 | Lima | Prepare Kovel letter and response to unclaimed property question concerning excess catalyst. | 1.00 |
| 04/10/13 | Lima | Prepare recommendation to client regarding ART foreign credits. | .50 |

```
172573  W. R. Grace & Co.                    Invoice Number   2414185
80001   Unclaimed Property Advice            Page    2
        May 31, 2013


    Date    Name                                           Hours
    -------- -----------                                   -----


04/10/13 Reichardt       Discussion with S. Lima regarding   .20
                         memo on ART customer credits and
                         other issues.


                                                     ------
                                          TOTAL HOURS   7.20


    TIME SUMMARY              Hours       Rate        Value
    -----------------------  ---------------------   -------
    Kyle O. Sollie           0.30  at  $  680.00  =    204.00
    Sara A. Lima             1.50  at  $  470.00  =    705.00
    Jaime S. Reichardt       5.40  at  $  380.00  =  2,052.00

                             CURRENT FEES                     2,961.00


                                                     ------------
                         TOTAL BALANCE DUE UPON RECEIPT   $2,961.00
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                                    Invoice Number      2414176
7500 Grace Drive                                    Invoice Date        05/31/13
Columbia, Maryland 21044                            Client Number        172573
USA


==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                  0.00
    Expenses                             35.34

                TOTAL BALANCE DUE UPON RECEIPT        $35.34
                                                                      =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


 W.R. Grace & Co.                        Invoice Number      2414176
 7500 Grace Drive                        Invoice Date        05/31/13
 Columbia, Maryland 21044                Client Number        172573
 USA                                     Matter Number         60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                       5.80
    Duplicating/Printing/Scanning              21.50
    Postage Expense                             3.04
    Courier Service - Outside                   5.00

                        CURRENT EXPENSES                35.34
                                               -------------

                  TOTAL BALANCE DUE UPON RECEIPT       $35.34
                                               =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



  W.R. Grace & Co.                          Invoice Number     2414176
  7500 Grace Drive                          Invoice Date       05/31/13
  Columbia, Maryland 21044                  Client Number       172573
  USA                                       Matter Number        60026


=========================================================================

Re: (60026)  Litigation and Litigation Consulting



  FOR COSTS ADVANCED AND EXPENSES INCURRED:

03/31/13   PACER                                            1.90

04/01/13   Duplicating/Printing/Scanning                    2.00
           ATTY # 000559: 20 COPIES

04/01/13   Duplicating/Printing/Scanning                    2.00
           ATTY # 000559: 20 COPIES

04/01/13   Duplicating/Printing/Scanning                    2.00
           ATTY # 000559: 20 COPIES

04/05/13   Postage Expense                                  3.04
           Postage Expense: ATTY # 000718 User: Equitrac By

04/08/13   Duplicating/Printing/Scanning                    5.00
           ATTY # 000559: 50 COPIES

04/09/13   Duplicating/Printing/Scanning                    2.00
           ATTY # 000559: 20 COPIES

04/12/13   Duplicating/Printing/Scanning                     .10
           ATTY # 000559: 1 COPIES

04/15/13   Courier Service - Outside -- VENDOR: AL STILES:   5.00
           Messenger Trip - U.S. Bankruptcy Court -
           Honorable Judith Fitzgerald - 4/8/13

04/25/13   Duplicating/Printing/Scanning                    1.30
           ATTY # 000559: 13 COPIES

04/25/13   Duplicating/Printing/Scanning                     .10
           ATTY # 000559: 1 COPIES

04/25/13   Duplicating/Printing/Scanning                    1.30
           ATTY # 000559: 13 COPIES
```

172573  W. R. Grace & Co.                          Invoice Number   2414176
60026   Litigation and Litigation Consulting       Page    2
        May 31, 2013

04/25/13   Duplicating/Printing/Scanning                        2.00
           ATTY # 000559: 20 COPIES

04/29/13   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

04/29/13   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

04/29/13   Duplicating/Printing/Scanning                        1.30
           ATTY # 000559: 13 COPIES

04/29/13   Duplicating/Printing/Scanning                        1.30
           ATTY # 000559: 13 COPIES

04/30/13   Duplicating/Printing/Scanning                         .90
           ATTY # 000559: 9 COPIES

04/30/13   PACER                                                3.90

                              CURRENT EXPENSES               35.34
                                                           ------------
                   TOTAL BALANCE DUE UPON RECEIPT            $35.34
                                                           =============

Case 01-01139   Doc 30701-2   Filed 06/06/13   Page 5 of 12

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number     2414183
   62 Whittemore Avenue                Invoice Date       05/31/13
   Cambridge, MA  02140                Client Number      172573
```

===========================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

```
       Fees                           0.00
       Expenses                     102.70

                TOTAL BALANCE DUE UPON RECEIPT      $102.70
                                                =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number      2414183
   62 Whittemore Avenue                   Invoice Date        05/31/13
   Cambridge, MA  02140                   Client Number        172573
                                          Matter Number         60041


===============================================================================

Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Duplicating/Printing/Scanning              12.40
       Westlaw                                    90.30

                         CURRENT EXPENSES                        102.70
                                                           -------------

                  TOTAL BALANCE DUE UPON RECEIPT             $102.70
                                                           =============
```

Case 01-01139-AMC   Doc 30965-2   Filed 06/04/13   Page 37 of 42

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


     W.R. Grace & Co.                    Invoice Number     2414183
     62 Whittemore Avenue                Invoice Date       05/31/13
     Cambridge, MA  02140                Client Number       172573
                                         Matter Number        60041


=============================================================================

Re: (60041)  Specifications Inquiry



FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/16/13   Duplicating/Printing/Scanning               1.00
           ATTY # 007015: 10 COPIES

04/17/13   Duplicating/Printing/Scanning               1.30
           ATTY # 007015: 13 COPIES

04/17/13   Duplicating/Printing/Scanning               1.30
           ATTY # 007015: 13 COPIES

04/17/13   Duplicating/Printing/Scanning               1.30
           ATTY # 007015: 13 COPIES

04/17/13   Duplicating/Printing/Scanning               1.40
           ATTY # 007015: 14 COPIES

04/17/13   Duplicating/Printing/Scanning               1.40
           ATTY # 007015: 14 COPIES

04/17/13   Duplicating/Printing/Scanning               1.40
           ATTY # 007015: 14 COPIES

04/17/13   Westlaw                                     90.30
           Westlaw

04/22/13   Duplicating/Printing/Scanning               1.60
           ATTY # 007015: 16 COPIES

04/22/13   Duplicating/Printing/Scanning                .40
           ATTY # 007015: 4 COPIES

04/24/13   Duplicating/Printing/Scanning               1.30
           ATTY # 007015: 13 COPIES

                         CURRENT EXPENSES             102.70
                                                    ------------
```

172573 W. R. Grace & Co.                          Invoice Number   2414183
60041  Specifications Inquiry                     Page    2
       May 31, 2013


                    TOTAL BALANCE DUE UPON RECEIPT         $102.70
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2414186
7500 Grace Drive                        Invoice Date      05/31/13
Columbia, Maryland 21044                Client Number      172573
USA

==============================================================================

Re: W. R. Grace & Co.

(80001)  Unclaimed Property Advice

      Fees                              0.00
      Expenses                          2.50

                     TOTAL BALANCE DUE UPON RECEIPT        $2.50
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R. Grace & Co.                          Invoice Number     2414186
7500 Grace Drive                          Invoice Date      05/31/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       80001
```

===============================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Duplicating/Printing/Scanning                    2.50

                           CURRENT EXPENSES                     2.50
                                                       -------------

                 TOTAL BALANCE DUE UPON RECEIPT               $2.50
                                                       =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      2414186
7500 Grace Drive                      Invoice Date        05/31/13
Columbia, Maryland 21044              Client Number         172573
USA                                   Matter Number          80001
```

==========================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:


| 04/08/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 1 COPIES | .10 |
|---|---|---|
| 04/08/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 1 COPIES | .10 |
| 04/08/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 1 COPIES | .10 |
| 04/09/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 4 COPIES | .40 |
| 04/09/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 3 COPIES | .30 |
| 04/09/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 3 COPIES | .30 |
| 04/09/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 4 COPIES | .40 |

172573 W. R. Grace & Co.                        Invoice Number  2414186
80001  Unclaimed Property Advice                Page   2
       May 31, 2013


  04/09/13   Duplicating/Printing/Scanning                        .80
             ATTY # 008690: 8 COPIES

                          CURRENT EXPENSES                       2.50
                                                           ------------
                    TOTAL BALANCE DUE UPON RECEIPT              $2.50
                                                           =============