# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: July 24, 2013, at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FORTY-THIRD MONTHLY INTERIM PERIOD FROM MAY 1, 2013 THROUGH MAY 31, 2013

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1 Through May 31, 2013 |
| Amount of fees sought as actual, reasonable and necessary: | $6,124.50 |
| Amount of expenses sought as actual, reasonable and necessary | $710.37 |

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ′N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a(n):  X  monthly  __ interim  __ final application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through | $172,838.75 | $34,384.69 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 10/31/02 | | | counsel | counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through | $21,531.00 | $85.71 | No objections | No objections |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/04 | | | served on counsel | served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |

5

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served on counsel | No objections served on counsel |
| 3/29/13 | 2/1/13 through 2/28/13 | $4,560.50 | $382.29 | No objections served on counsel | No objections served on counsel |
| 5/1/13 | 3/1/13 through 3/31/13 | $13,962.00 | $336.74 | No objections served on counsel | No objections served on counsel |
| 6/3/13 | 4/1/13 through 4/30/13 | $48,898.00 | $140.54 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred forty-third application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately nine hours, and the corresponding estimated compensation that will be requested in a future application is approximately $3,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $690.00 | 2.00 | $1,380.00 |
| Anthony B. Klapper | Partner | 1994 | Litigation | $635.00 | 1.10 | $698.50 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $610.00 | 2.90 | $1,769.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | 1.20 | $594.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 2.90 | $783.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 4.50 | $900.00 |

**Total Fees: $6,124.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Consulting | .40 | $    80.00 |
| Fee Application | 9.90 | $3,370.00 |
| Claims | .30 | $   207.00 |
| Specifications Inquiry | 4.00 | $2,467.50 |
| **Total** | **14.60** | **$6,124.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $.80 | $0.00 |
| Duplicating/Printing/Scanning | $52.80 | $0.00 |
| Outside Duplicating | $646.90 | $0.00 |
| Postage Expense | $3.04 | $0.00 |
| Courier Service – Outside | $6.83 | $0.00 |
| SUBTOTAL | $710.37 | $0.00 |
| **TOTAL** | **$710.37** | **$0.00** |

Dated:   July 1, 2013               REED SMITH LLP
         Wilmington, Delaware

                              By: /s/ Kurt F. Gwynne
                                   Kurt F. Gwynne (No. 3951)
                                   1201 Market Street, Suite 1500
                                   Wilmington, DE  19801
                                   Telephone:  (302) 778-7500
                                   Facsimile:  (302) 778-7575
                                   E-mail: kgwynne@reedsmith.com

                                       and

                                   James J. Restivo, Jr., Esquire
                                   Douglas E. Cameron, Esquire
                                   Reed Smith Centre
                                   225 Fifth Avenue
                                   Pittsburgh, PA 15222
                                   Telephone:  (412) 288-3131
                                   Facsimile:  (412) 288-3063

                                   Special Asbestos Products Liability Defense
                                   Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2426478 |
| 7500 Grace Drive | Invoice Date    06/28/13 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | |


================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                             0.00
     Expenses                     708.97

                  TOTAL BALANCE DUE UPON RECEIPT      $708.97
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2426478 |
| 7500 Grace Drive | Invoice Date    06/28/13 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    60026 |

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 0.80 |
| Duplicating/Printing/Scanning | 51.40 |
| Postage Expense | 3.04 |
| Courier Service - Outside | 6.83 |
| Outside Duplicating | 646.90 |

                    CURRENT EXPENSES                    708.97
                                                  -----------

          TOTAL BALANCE DUE UPON RECEIPT             $708.97
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2426478
7500 Grace Drive                          Invoice Date      06/28/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting


        FOR COSTS ADVANCED AND EXPENSES INCURRED:

    04/30/13   PACER                                            .80

    05/01/13   Duplicating/Printing/Scanning                 11.70
               ATTY # 000559: 117 COPIES

    05/02/13   Duplicating/Printing/Scanning                  2.00
               ATTY # 000559: 20 COPIES

    05/02/13   Duplicating/Printing/Scanning                  2.00
               ATTY # 000559: 20 COPIES

    05/02/13   Postage Expense                                3.04
               Postage Expense: ATTY # 000718 User: Equitrac By

    05/09/13   Duplicating/Printing/Scanning                   .70
               ATTY # 000559: 7 COPIES

    05/09/13   Duplicating/Printing/Scanning                  1.00
               ATTY # 000559: 10 COPIES

    05/09/13   Duplicating/Printing/Scanning                  1.00
               ATTY # 000559: 10 COPIES

    05/09/13   Duplicating/Printing/Scanning                  2.00
               ATTY # 000559: 20 COPIES

    05/10/13   Duplicating/Printing/Scanning                   .10
               ATTY # 4810; 1 COPIES

    05/10/13   Duplicating/Printing/Scanning                   .70
               ATTY # 000559: 7 COPIES

    05/10/13   Duplicating/Printing/Scanning                   .10
               ATTY # 000559: 1 COPY

172573 W. R. Grace & Co.                          Invoice Number  2426478
60026  Litigation and Litigation Consulting       Page   2
June 28, 2013

| 05/10/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/10/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/10/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/10/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/13/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/13/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/15/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/15/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/15/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/15/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/15/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 05/16/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/21/13 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - U.S. Bankruptcy<br>Court - Judge Fitzgerald - 5/6/2013 | 6.83 |
| 05/21/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 05/21/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 05/22/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 05/22/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number  2426478
60026  Litigation and Litigation Consulting       Page   3
June 28, 2013


05/28/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL        360.18
           SERVICES, LLC: Copies, envelopes & postage

05/28/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL        286.72
           SERVICES, LLC: Copies, envelopes & postage

05/29/13   Duplicating/Printing/Scanning                         1.30
           ATTY # 000559: 13 COPIES

05/29/13   Duplicating/Printing/Scanning                         1.30
           ATTY # 000559: 13 COPIES

05/29/13   Duplicating/Printing/Scanning                         2.00
           ATTY # 000559: 20 COPIES

05/30/13   Duplicating/Printing/Scanning                         1.30
           ATTY # 000559: 13 COPIES

05/30/13   Duplicating/Printing/Scanning                         1.30
           ATTY # 000559: 13 COPIES

05/30/13   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

05/30/13   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

05/30/13   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

05/31/13   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

05/31/13   Duplicating/Printing/Scanning                         1.20
           ATTY # 000559: 12 COPIES

05/31/13   Duplicating/Printing/Scanning                         1.30
           ATTY # 000559: 13 COPIES

05/31/13   Duplicating/Printing/Scanning                         1.30
           ATTY # 000559: 13 COPIES

05/31/13   Duplicating/Printing/Scanning                         1.60
           ATTY # 000559: 16 COPIES

                         CURRENT EXPENSES                       708.97
                                                           ------------
                   TOTAL BALANCE DUE UPON RECEIPT            $708.97
                                                           =============

Case 01-01139-KJC   Doc 30751   Filed 07/01/13   Page 20 of 82

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number   2426479
62 Whittemore Avenue                       Invoice Date     06/28/13
Cambridge, MA  02140                       Client Number     172573



================================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

        Fees                              0.00
        Expenses                          1.40

                  TOTAL BALANCE DUE UPON RECEIPT          $1.40
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2426479
62 Whittemore Avenue                      Invoice Date        06/28/13
Cambridge, MA  02140                      Client Number        172573
                                          Matter Number         60041


================================================================================

Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning                 1.40

                        CURRENT EXPENSES                        1.40
                                                       -------------

                TOTAL BALANCE DUE UPON RECEIPT              $1.40
                                                       =============

Case 01-01139-AMC    Doc 30751    Filed 07/14/13    Page 8 of 8

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number    2426479
62 Whittemore Avenue                  Invoice Date      06/28/13
Cambridge, MA  02140                  Client Number      172573
                                       Matter Number       60041



===============================================================================

Re: (60041)  Specifications Inquiry



FOR COSTS ADVANCED AND EXPENSES INCURRED:

    05/01/13   Duplicating/Printing/Scanning              1.40
               ATTY # 007015: 14 COPIES

                        CURRENT EXPENSES                  1.40
                                               ------------
                   TOTAL BALANCE DUE UPON RECEIPT        $1.40
                                               =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2426472
7500 Grace Drive                         Invoice Date        06/28/13
Columbia, Maryland 21044                 Client Number        172573
USA


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          80.00
        Expenses                       0.00

              TOTAL BALANCE DUE UPON RECEIPT          $80.00
                                              =============

US_ACTIVE-113542251.1-SAAMENT

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2426472 |
| 7500 Grace Drive | Invoice Date      06/28/13 |
| Columbia, Maryland 21044 | Client Number     172573 |
| USA | Matter Number      60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2013

| Date | Name | | Hours |
|------|------|---|-------|
| 05/06/13 | Ament | E-mails with P. Cuniff re: agenda, CNO and hearing binder for 5/20 (.10); review CNO and update hearing binder per J. O'Neill request (.10); coordinate hand delivery of same to Judge Fitzgearld (.10); follow-up e-mails with P. Cuniff re: same (.10). | .40 |

```
                                                     ------
                                   TOTAL HOURS         .40
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 0.40  at  $  200.00  = | | 80.00 |

CURRENT FEES                                          80.00


```
                                               ------------
```
TOTAL BALANCE DUE UPON RECEIPT                      $80.00
```
                                               ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                     Invoice Number      2426473
7500 Grace Drive                     Invoice Date        06/28/13
Columbia, Maryland 21044             Client Number        172573
USA
```

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
        Fees                          3,370.00
        Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT      $3,370.00
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2426473
7500 Grace Drive                          Invoice Date        06/28/13
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60029


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2013

|       Date       Name                                                                       Hours |
|------------------------------------------------------------------------------------------------|

| 05/01/13 Lord      | E-file and perfect service of Reed Smith 141st monthly fee application. | .50 |
| 05/02/13 Ament     | Attention to billing matters (.10); e-mails re: same (.10). | .20 |
| 05/09/13 Ament     | Begin drafting narrative and summary for quarterly fee application. | .20 |
| 05/10/13 Ament     | Calculate fees and expenses relating to quarterly fee application (.50); prepare spreadsheets re: same (.20); continue drafting 48th quarterly fee application narrative and summary (.20); e-mails re: same (.10). | 1.00 |
| 05/14/13 Ament     | E-mails re: quarterly fee application. | .10 |
| 05/14/13 Cameron   | Review fee application materials; emails re: same | .80 |
| 05/14/13 Muha      | Review and revise 48th Quarterly fee application. | .40 |
| 05/15/13 Ament     | E-mails re: quarterly fee application (.10); review A. Muha comments re: same (.10); finalize summary and narrative re: 48th quarterly fee application (.10); | .60 |

Case 01-01139-KJC    Doc 30901-2    Filed 09/04/13    Page 5 of 10

```
172573 W. R. Grace & Co.                      Invoice Number  2426473
60029  Fee Applications-Applicant             Page    2
June 28, 2013
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); e-mails re: same (.10). | |
| 05/15/13 | Lord | Review, revise and e-file Reed Smith's 48th quarterly fee application. | 1.40 |
| 05/16/13 | Muha | Review and revise April 2013 monthly application materials. | .40 |
| 05/17/13 | Lord | Draft and e-file COS for 48th quarterly fee application | .40 |
| 05/21/13 | Cameron | E-mails regarding file applications. | .20 |
| 05/22/13 | Cameron | Attention to fee application issue. | .20 |
| 05/26/13 | Cameron | Review fee application, new matters | .50 |
| 05/29/13 | Ament | Various e-mails re: billing matters (.20); review draft invoices relating to April monthly fee application (.20); begin calculating fees and expenses re: April monthly fee application (.20); begin drafting spreadsheets re: same (.10); begin drafting fee application (.10). | .80 |
| 05/29/13 | Lord | Communicate with S. Ament re: April monthly fee application (.1); draft, e-file and coordinate service of CNO to Reed Smith LLP March monthly fee application (.5) | .60 |
| 05/30/13 | Ament | Continue calculating fees and expenses for April monthly fee application (.20); prepare spreadsheets re: same (.20); draft April monthly fee application (.10). | .50 |
| 05/31/13 | Ament | Various e-mails, meetings and conference calls re: billing matters (.40); finalize fee application (.10); provide same to A. Muha for review (.10); e-mail same to J. Lord for DE filing | .70 |

172573 W. R. Grace & Co.                        Invoice Number  2426473
60029  Fee Applications-Applicant              Page    3
June 28, 2013

```
        Date   Name                                              Hours
        ------- -----------                                       -----

                        (.10).

        05/31/13 Muha           Review and revisions to April 2013    .40
                                monthly application, and emails
                                and discussions with S. Ament re:
                                same.

                                                        ------
                                        TOTAL HOURS       9.90


        TIME SUMMARY            Hours        Rate          Value
        ------------------------ --------------------      -------
        Douglas E. Cameron       1.70  at  $ 690.00  =   1,173.00
        Andrew J. Muha           1.20  at  $ 495.00  =     594.00
        John B. Lord             2.90  at  $ 270.00  =     783.00
        Sharon A. Ament          4.10  at  $ 200.00  =     820.00

                        CURRENT FEES                      3,370.00


                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $3,370.00
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2426474
7500 Grace Drive                          Invoice Date        06/28/13
Columbia, Maryland 21044                  Client Number        172573
USA


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              207.00
         Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $207.00
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2426474
7500 Grace Drive                        Invoice Date        06/28/13
Columbia, Maryland 21044                Client Number        172573
USA                                     Matter Number         60033


===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2013

       Date   Name                                            Hours
       ------ ----------                                      -----

       05/07/13 Cameron      Communication with R. Finke re:    .30
                             bankruptcy issues.

                                                             ------
                                             TOTAL HOURS       .30


   TIME SUMMARY              Hours        Rate         Value
   ------------------------ ---------------------     -------
   Douglas E. Cameron        0.30  at $ 690.00  =      207.00

                             CURRENT FEES                       207.00


                                                           ------------
                             TOTAL BALANCE DUE UPON RECEIPT    $207.00
                                                           =============

Case 01-01139-KJC   Doc 30791-2   Filed 09/04/13   Page 9 of 10

```
                            REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    2426475
62 Whittemore Avenue                Invoice Date      06/28/13
Cambridge, MA  02140                Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

        Fees                          2,467.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $2,467.50
                                                       =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2426475
62 Whittemore Avenue                    Invoice Date        06/28/13
Cambridge, MA  02140                    Client Number        172573
                                        Matter Number         60041



===========================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2013


        Date   Name                                            Hours
      -------- ----------                                      -----


       05/01/13 Klapper       Participate on call with client re    1.10
                              memo (0.5); make revisions to same
                              (0.6).

       05/01/13 Luchini       Telephone call to J. Hughes to        2.60
                              discuss questions about memo
                              (0.5); revise memo (2.1).

       05/31/13 Luchini       Review proposal from Canadian          .30
                              building code expert for survey
                              (0.2); letter to J. Hughes (0.1).


                                                     ------
                                         TOTAL HOURS   4.00


     TIME SUMMARY               Hours        Rate         Value
     ------------------------  ----------  ----------    -------
     Joseph S. Luchini          2.90  at  $  610.00  =   1,769.00
     Antony B. Klapper          1.10  at  $  635.00  =     698.50

                               CURRENT FEES                        2,467.50


                                                       ------------
                     TOTAL BALANCE DUE UPON RECEIPT    $2,467.50
                                                       ============
```