IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-1139 (KJC) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: September 3, 2013 @ 4 p.m.** |
| | ) | **Hearing Date:  To be determined** |

NOTICE OF FORTY-NINTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2013 THROUGH JUNE 30, 2013

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2013 through June 30, 2013

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $135,435.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $867.96

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $38,990.80

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $438.97

Total Amount of Holdback Fees Sought for applicable period:  $27,087.10

{D0270404.1 }

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2013 THROUGH JUNE 30, 2013**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 6/5/2013 30720 | April 2013 | $48,738.50 | $438.97 | $38,990.80 | $438.97 |
| 7/8/2013 30813 | May 2013 | $39,963.00 | $51.32 | $0.00 | $0.00 |
| 8/6/2013 30937 | June 2013 | $46,734.00 | $377.67 | $0.00 | $0.00 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April-June 2013 Hours | Cumulative April-June 2013 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $.00 | 24.7 | $ 13,840.50 |
| Asset Disposition | .1 | 95.50 | 8.9 | 5,461.50 |
| Business Operations | .8 | 764.00 | 65.2 | 37,905.50 |
| Case Administration | 17.0 | 11,660.50 | 5,668.3 | 1,800,914.50 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 | 1,877.4 | 787,360.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.6 | 47,116.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 173.8 | 101,975.50 |
| Employee Benefits/Pension | .0 | .00 | 21.4 | 14,922.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |
| Employment Applications, Others | .0 | .00 | 89.2 | 42,674.00 |

{D0270404.1 }

| | | | | |
|---|---|---|---|---|
| Fee Applications, Applicant | 21.0 | 8,730.00 | 994.1 | 352,933.00 |
| Fee Applications, Others | .4 | 382.00 | 124.9 | 49,639.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | 64.7 | 37,071.00 | 29,107.5 | 13,116,967.50 |
| Plan & Disclosure Statement | 79.4 | 72,453.00 | 6,241.3 | 3,895,717.50 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 7.8 | 3,724.50 | 1,863.6 | 495,140.50 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 1.0 | 555.00 | 196.6 | 99,674.00 |
| **Totals** | **192.2** | **$135,435.50** | **47,211.6** | **21,281,953.50** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 04/01/13 – 06/30/13 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $381.22 | $ 432,105.33 |
| Pacer Database Charges | 11.60 | 313.66 |
| Research Material | .00 | 12,428.21 |
| Air Freight & Express Mail | 46.29 | 25,285.18 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,418.22 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | .00 | 222,340.74 |
| Meals Related to Travel | .00 | 30,530.59 |
| Travel Expenses – Hotel Charges | 344.45 | 130,234.28 |

{D0270404.1 }

| | | |
|---|---:|---:|
| Travel Expenses – Ground Transportation | .00 | 85,993.48 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation -  DC | 9.50 | 7,151.31 |
| Local Transportation – NY | 42.32 | 657.52 |
| Xeroxing | .00 | 116,336.25 |
| Postage | .00 | 6,982.05 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | .00 | 2,608.37 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | 32.58 | 90.44 |
| **TOTAL** | **$ 867.96** | **$ 3,949,619.89** |

CAPLIN & DRYSDALE

*/s/Elihu Inselbuch*
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY  10022
(212) 379-6000

*National Counsel for Official Committee*
*Of Asbestos Personal Injury Claimants*

Dated: August 14, 2013

{D0270404.1 }