## EXHIBIT A

**Asset Analysis & Recovery (.10 Hours; $ 95.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $955 | 95.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/24/2013 | PVL | 955.00 | 0.10 | Teleconf. Hurford re status |

**Total Task Code .01    .10**


**Business Operations (.80 Hours; $ 764.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $955 | 764.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/24/2013 | PVL | 955.00 | 0.30 | Rv memo re Larch acq. |
| 4/25/2013 | PVL | 955.00 | 0.50 | Teleconf. EI re Dow acq. (.2); rv Sinclair memo re same (.1); rv draft motion re same (.2) |

**Total Task Code .03    .80**


**Case Administration (17.00 Hours; $ 11,660.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.70 | $1,000 | 3,700.00 |
| Peter Van N. Lockwood | 1.30 | $955 | 1,241.50 |
| Leslie M. Kelleher | 9.20 | $625 | 5,750.00 |
| Rita C. Tobin | 1.00 | $555 | 555.00 |
| Eugenia Benetos | 1.80 | $230 | 414.00 |

Case 01-01139-AMC    Doc 30967-2    Filed 08/14/13    Page 2 of 14

2

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/4/2013 | PVL | 955.00 | 0.10 | Rv Garlock stmt. re 2019 prop. protocol |
| 4/5/2013 | PVL | 955.00 | 0.10 | Rv emails |
| 4/5/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel recommendations regarding EI update. |
| 4/12/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel recommendations regarding EI update. |
| 4/17/2013 | PVL | 955.00 | 0.10 | Rv emails re 4/22 hearing & reply |
| 4/19/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel recommendations regarding EI update. |
| 4/23/2013 | PVL | 955.00 | 0.20 | Rv 4 misc. filings (.1); rv draft status rept. (.1) |
| 4/26/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel recommendations regarding EI update. |
| 4/29/2013 | EB | 230.00 | 0.60 | Draft and send email to local counsel re interim. |
| 4/29/2013 | EI | 1,000.00 | 0.20 | Status inquiry regarding insurance (.1); telephone conference with A. Paul regarding acquisition (.1). |
| 4/30/2013 | EI | 1,000.00 | 0.10 | Read acquisition memorandum. |
| 5/1/2013 | EI | 1,000.00 | 0.20 | Prepare memorandum on acquisition (.1); telephone conference with R. Paul (.1). |
| 5/2/2013 | EI | 1,000.00 | 0.20 | Telephone conference with J. Sinclair regarding acquisition issue. |
| 5/3/2013 | RCT | 555.00 | 0.20 | Review docket and local counsel records regarding EI update. |
| 5/6/2013 | EI | 1,000.00 | 0.20 | Prepare memorandum to R. Horkovitch regarding status.. |
| 5/7/2013 | EI | 1,000.00 | 0.20 | Read insurance settlement memorandum. |
| 5/13/2013 | EB | 230.00 | 0.60 | Perform review of emails. |
| 5/13/2013 | PVL | 955.00 | 0.10 | Rv 5 misc. filings. |

| Date | | Rate | Hours | Description |
|---|---|---|---|---|
| 5/15/2013 | EI | 1,000.00 | 0.50 | Telephone conference with R. Frankel regarding D. Austern (.3); telephone conference with PVNL regarding same (.2). |
| 5/16/2013 | EI | 1,000.00 | 0.50 | Prepare memorandum regarding D. Austern death (.3); telephone conference with PVNL regarding same (.2). |
| 5/20/2013 | EI | 1,000.00 | 0.20 | Telephone conference with R. Frankel regarding succession. |
| 5/21/2013 | EI | 1,000.00 | 0.70 | Committee meeting regarding R. Frankel (.3); telephone conference with R. Frankel (.2); telephone conference with PVNL (.2). |
| 5/23/2013 | PVL | 955.00 | 0.30 | Rv draft motion to appoint Frankel as FCR |
| 5/24/2013 | PVL | 955.00 | 0.10 | Rv revised Frankel/FCR motion and email comment. |
| 5/28/2013 | LMK | 625.00 | 9.20 | Review memos/attend Grace prep session. |
| 5/30/2013 | PVL | 955.00 | 0.20 | Rv FCR order and email (.1); cn ACM re same (.1) |
| 6/6/2013 | EI | 1,000.00 | 0.10 | Confer with PVNL regarding status. |
| 6/14/2013 | EI | 1,000.00 | 0.10 | Prepare memorandum regarding new judge (.1). |
| 6/17/2013 | EB | 230.00 | 0.60 | Update players in case. |
| 6/18/2013 | EI | 1,000.00 | 0.50 | Review report on 3rd Circuit hearing. |
| 6/25/2013 | PVL | 955.00 | 0.10 | Rv 4 misc. filings |

**Total Task Code .04        17.00**


**Fee Applications, Applicant (21.00 Hours; $ 8,730.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 12.00 | $555 | 6,660.00 |
| Eugenia Benetos | 9.00 | $230 | 2,070.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2013 | RCT | 555.00 | 0.20 | Review fee application schedule for April. |
| 4/1/2013 | RCT | 555.00 | 0.40 | Address fee/payment issue. |
| 4/5/2013 | EB | 230.00 | 0.60 | Create check breakdown for EI, JR, and myself and update records accordingly. |
| 4/8/2013 | EB | 230.00 | 0.60 | Create check breakdown for EI, JR, and myself and update records accordingly. |
| 4/8/2013 | RCT | 555.00 | 0.80 | Review and edit pre-bills. |
| 4/8/2013 | RCT | 555.00 | 0.40 | Review exhibits and edit. |
| 4/10/2013 | RCT | 555.00 | 0.50 | Address fee issues. |
| 4/15/2013 | RCT | 555.00 | 0.60 | Address fee/expense issues. |
| 4/16/2013 | RCT | 555.00 | 0.50 | Address fee issues. |
| 4/22/2013 | RCT | 555.00 | 1.10 | Review fee application. |
| 4/22/2013 | EB | 230.00 | 1.20 | Work on fee application. |
| 4/24/2013 | RCT | 555.00 | 0.70 | Address fee issues. |
| 5/1/2013 | EB | 230.00 | 1.50 | Work on fee application. |
| 5/1/2013 | RCT | 555.00 | 0.20 | Review fee application for May. |
| 5/1/2013 | RCT | 555.00 | 1.80 | Review interim fee application. |
| 5/3/2013 | RCT | 555.00 | 0.30 | Address fee issues. |
| 5/15/2013 | EB | 230.00 | 0.60 | Create check breakdown of payments received and update fee application schedule accordingly. |
| 5/15/2013 | RCT | 555.00 | 0.60 | Review pre bills. |
| 5/17/2013 | RCT | 555.00 | 0.30 | Address fee issues. |
| 5/20/2013 | RCT | 555.00 | 0.60 | Review and edit exhibits. |

| | | | | |
|---|---|---|---|---|
| 5/24/2013 | RCT | 555.00 | 1.00 | Review monthly fee application. |
| 5/24/2013 | EB | 230.00 | 1.20 | Work on fee application. |
| 5/28/2013 | EB | 230.00 | 0.60 | Draft and send email to local counsel re fee application. |
| 5/29/2013 | RCT | 555.00 | 0.30 | Review e-mails regarding omnibus fee, order no objection (.2); review order (.1). |
| 6/7/2013 | RCT | 555.00 | 0.30 | Confer with EB regarding fee applications schedule and documents required. |
| 6/11/2013 | RCT | 555.00 | 0.50 | Review pre-bills (.5). |
| 6/11/2013 | RCT | 555.00 | 0.30 | Review and edit exhibits. |
| 6/20/2013 | EB | 230.00 | 1.50 | Work on monthly fee application. |
| 6/21/2013 | EB | 230.00 | 0.60 | Email monthly application to local counsel and create PDF for our records. |
| 6/21/2013 | EB | 230.00 | 0.60 | Draft and send email to APB with attachment re latest version of the monthly fee application cover for future use. |
| 6/28/2013 | RCT | 555.00 | 0.60 | Review fee issues. |

**Total Task Code .12        21.00**


**Fee Applications - Others (.40 Hours; $ 382.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $955 | 382.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/21/2013 | PVL | 955.00 | 0.10 | Rv 11 fee apps. |
| 5/24/2013 | PVL | 955.00 | 0.30 | Email and teleconf. Hurford re fee apps. |

**Total Task Code .13           .40**


**Litigation and Litigation Consulting (64.70 Hours; $ 37,071.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $955 | 382.00 |
| Trevor W. Swett | .10 | $750 | 75.00 |
| Leslie M. Kelleher | 51.60 | $625 | 32,250.00 |
| Kevin C. Maclay | 4.10 | $565 | 2,316.50 |
| Ann M. Weber | 2.60 | $295 | 767.00 |
| Sara Joy Del Savio | .80 | $230 | 184.00 |
| Ashley M. Hutton | 5.10 | $215 | 1,096.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2013 | AMH | 215.00 | 0.80 | 12 case appeal 2019 response cite check (1.6); QC edits re same (0.8). (Total 2.4 hours among 3 clients). |
| 4/1/2013 | KCM | 565.00 | 1.80 | Draft/revise response to Garlock motion for reconsideration and review/analyze related cases and materials. [Total 5.4 hours divided among 3 clients.] |
| 4/1/2013 | PVL | 955.00 | 0.40 | Rv email (.1); cn KCM (.2); rv revised resp. to Garlock 2019 motion (.1) |
| 4/1/2013 | AMW | 295.00 | 1.60 | Review and revise response to motion to amend or clarify (4.4); review cases cited in same (0.5). (Total 4.9 hours divided among 3 clients.) |
| 4/1/2013 | LMK | 625.00 | 1.20 | Review reply briefs /memo re same (1.2 hrs). |
| 4/1/2013 | LMK | 625.00 | 0.40 | Conversation w/KCM re response to Garlock motion for reconsideration (.4); research re same (.8) (Total 1.2 hours divided amount 3 clients). |
| 4/2/2013 | KCM | 565.00 | 0.20 | Plan/prepare for and communicate with co-parties re hearing and review/analyze related materials. [Total .6 hours divided among 3 clients.] |
| 4/2/2013 | AMH | 215.00 | 0.30 | Gather 12 case appeal pleading for KCM (0.3); research discovery response for JMR (0.6). (Total .09 hours divided among 3 clients). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 4/3/2013 | KCM | 565.00 | 0.40 | Telephone conference with AMW and co-appellees re draft protocol and status conference, meet with TWS re draft protocol issues.[Total 1.2 hours divided among 3 clients.] |
| 4/3/2013 | LMK | 625.00 | 6.50 | Review reply briefs/memos re same. |
| 4/3/2013 | AMW | 295.00 | 0.30 | Confer with similarly situation parties re protocol. (Total 0.9 hour divided among 3 clients.) |
| 4/3/2013 | TWS | 750.00 | 0.10 | Conferences with KCM re nine case appeal (x2) [Total .04 hours divided among 3 clients]. |
| 4/4/2013 | AMW | 295.00 | 0.70 | Prepare for court hearing (0.3); confer with KCM re court hearing (0.3); attend hearing re protocol (1.4). (Total 2.0 hours divided among 3 clients.) |
| 4/4/2013 | LMK | 625.00 | 2.20 | Memo re Montana/Garlock reply briefs. |
| 4/4/2013 | KCM | 565.00 | 0.80 | Meet with AMW re draft protocol and hearing; attend status conference hearing re draft protocol; review Garlock filing, draft of protocol and related materials and plan/prepare for hearing re same. [Total 2.4 hours divided among 3 clients) |
| 4/5/2013 | KCM | 565.00 | 0.30 | Telephone conference with D. Parsons re 2019 issues (.3); communicate with TWS re 2019 and draft protocol issues (.6). [Total .9 hours divided among 3 clients.] |
| 4/5/2013 | LMK | 625.00 | 2.80 | Memo re Montana reply brief. |
| 4/6/2013 | LMK | 625.00 | 4.00 | Memo re Montana/Garlock reply briefs. |
| 4/7/2013 | LMK | 625.00 | 2.30 | Memo re reply briefs. |
| 4/8/2013 | KCM | 565.00 | 0.10 | Review Special Master filing and related correspondence. [Total .4 hours divided among 3 clients.] |
| 4/9/2013 | KCM | 565.00 | 0.10 | Telephone conference with co-appellees re Special Master issue (.2); review protocol (.3). [Total .5 hours divided among 3 clients.] |
| 4/10/2013 | KCM | 565.00 | 0.30 | Plan/prepare for and communicate with co-parties re Special Master issue (.3); review/edit Statement |

|           |     |        |      | to Court and review/analyze related materials (.5). [Total .8 hours divided among 3 clients.] |
|-----------|-----|--------|------|---|
| 4/11/2013 | KCM | 565.00 | 0.10 | Plan/prepare for and communicate with Garlock and co-parties re protocol-related issues. [Total .4 hours divided among 3 clients.] |
| 4/15/2013 | AMH | 215.00 | 1.20 | Gather Grace appeal material for KCM. |
| 4/17/2013 | LMK | 625.00 | 3.20 | Conversation w/PVNL re Montana reply (1.2); revise outline re same (2.0). |
| 4/18/2013 | LMK | 625.00 | 6.40 | Draft memo re Montana reply (5.2). Emails re same (.2); conversation w/PVNL re Garlock reply brief (1.0). |
| 4/22/2013 | LMK | 625.00 | 4.50 | Notes on reply brief/Garlock. |
| 4/23/2013 | LMK | 625.00 | 3.80 | Notes re reply brief/Garlock. |
| 4/23/2013 | AMH | 215.00 | 1.10 | Gather briefs for LMK (0.8); update J drive re same (.3). |
| 4/23/2013 | SJD | 230.00 | 0.80 | Update electronic files and organize same per LMK. |
| 4/25/2013 | LMK | 625.00 | 1.80 | Review AMH surreply outline. |
| 4/26/2013 | AMH | 215.00 | 0.60 | Gather briefs for LMK binder. |
| 5/1/2013  | AMH | 215.00 | 1.10 | Assemble appellate brief binders for LMK. |
| 5/1/2013  | LMK | 625.00 | 1.50 | Review AMH reply brief. |
| 5/24/2013 | LMK | 625.00 | 1.50 | Review email/memo/briefs re Montana appeal. |
| 5/27/2013 | LMK | 625.00 | 9.50 | Review briefs/memos re potential questions for Grace prep session. |

**Total Task Code .16        64.70**


**Plan & Disclosure Statement (79.40 Hours; $ 72,453.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | |
|---|---:|---:|---:|
| Elihu Inselbuch | 3.90 | $1,000 | 3,900.00 |
| Peter Van N. Lockwood | 64.50 | $955 | 61,597.50 |
| Ann C. McMillan | 2.30 | $660 | 1,518.00 |
| Leslie M. Kelleher | 8.70 | $625 | 5,437.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/2/2013 | PVL | 955.00 | 0.30 | Teleconf. Rapp (.1); rv Rapp memo re LTIP (.2). |
| 4/2/2013 | PVL | 955.00 | 0.10 | Teleconf. EI |
| 4/2/2013 | EI | 1,000.00 | 1.50 | Confer with R. Frankel (.3); confer with R. Frankel, S. Birnbaum and D. Turetsky (1.0); telephone conference with M. Shelnitz (.2). |
| 4/3/2013 | EI | 1,000.00 | 0.30 | Memorandum to Committee re: LTIP (.2); memorandum to R. Horkovich re: insurance(.1). |
| 4/8/2013 | PVL | 955.00 | 1.70 | Rv revised LMK outline re Montana arg. (.7); rv LMK draft outline re Garlock arg. (.4); tcn Donley & Frankel (.6) |
| 4/9/2013 | PVL | 955.00 | 1.30 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |
| 4/11/2013 | PVL | 955.00 | 0.40 | Rv draft Eff. date planning chart |
| 4/15/2013 | PVL | 955.00 | 0.10 | Argument prep. |
| 4/16/2013 | EI | 1,000.00 | 0.10 | Read Sinclair memorandum. |
| 4/16/2013 | ACM | 660.00 | 0.20 | Exchange e-mails with PVNL and P. Kraus re Zonolite. |
| 4/17/2013 | PVL | 955.00 | 3.50 | Revise draft outline re Montana arg. (1.4); teleconf. LMK re same (1.2); revise draft outline re Garlock arg. (.9) |
| 4/18/2013 | PVL | 955.00 | 1.40 | Rv emails & reply re CA 3 arg. (.1); teleconf. LMK re Garlock outline (1.1); rv 3 CA 3 notices (.2) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 4/23/2013 | PVL | 955.00 | 1.20 | Tcn Finke, Donley, Paul, Frankel & Wyron (.7); rv revised Montana outline (.3); rv revised Garlock outline (.2) |
| 4/25/2013 | EI | 1,000.00 | 1.00 | Acquisition issue with R. Frankel, J. Sinclair and A. Paul. |
| 4/25/2013 | PVL | 955.00 | 0.10 | Rv emails from Donley et al and reply |
| 4/26/2013 | EI | 1,000.00 | 1.00 | Acquisition issues, telephone conference with J. Sinclair, memorandum to Committee, respond to S. Kazan. |
| 4/26/2013 | PVL | 955.00 | 0.50 | Rv AMH arg. outline |
| 5/2/2013 | PVL | 955.00 | 1.20 | Rv revised eff. date closing test (1.0); rv revised Garlock outline and email LMK re same (.2) |
| 5/6/2013 | PVL | 955.00 | 1.30 | Rv K&E outline re Garlock arg. (1.1); rv Sealed Air 1st qtr 2013 release (.2) |
| 5/7/2013 | PVL | 955.00 | 0.40 | Tcn Shelnitz, Finke, Donley, Paul & Wyron. |
| 5/15/2013 | PVL | 955.00 | 1.40 | Teleconf. Donley (1.2); teleconf. EI (.2) |
| 5/16/2013 | PVL | 955.00 | 1.30 | Rv CA 3 ltr and email Donley, et al (.1); tcn Donley & Frankel (.6); teleconf. EI (.2); teleconf. Donley (.4) |
| 5/17/2013 | PVL | 955.00 | 0.10 | Teleconf. FH & rv emails re FCR. |
| 5/21/2013 | PVL | 955.00 | 1.00 | Teleconfs. Donley (.3); tcn Finke, Donley, Paul, Frankel & Wyron (.6); teleconf. EI (.1) |
| 5/21/2013 | ACM | 660.00 | 0.50 | Committee call re FCR successor (.3); teleconference R. Wyron re same (.1); conference EI re same (.1). |
| 5/23/2013 | ACM | 660.00 | 0.20 | Teleconference LMK re TDP and indirect claims. |
| 5/24/2013 | PVL | 955.00 | 0.50 | Rv Donley emails re arg. prep. and LMK replies. |
| 5/28/2013 | PVL | 955.00 | 10.00 | Rv Donley outline re Garlock (.7); prepare for mtg at K&E (.2); cn Shelnitz, Finke, Donley, Paul, Esayian, Rich, Frankel, Wyron, Landau & LMK (8.9); cn LMK (.2) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 5/29/2013 | ACM | 660.00 | 0.50 | Conference PVNL re FCR issues and review notes re same. |
| 5/29/2013 | PVL | 955.00 | 0.80 | Teleconf. EI re arg. prep. (.1); cn ACM re Comm. issues (.7) |
| 5/30/2013 | ACM | 660.00 | 0.40 | Teleconference EI re FCR issues (.2); conference PVNL re same (.1); teleconference R. Wyron re same (.1). |
| 5/31/2013 | PVL | 955.00 | 0.10 | Rv Donley et al emails & reply. |
| 6/3/2013 | PVL | 955.00 | 1.40 | Prepare for CA 3 arg. |
| 6/4/2013 | PVL | 955.00 | 3.90 | Prepare for CA 3 argument |
| 6/5/2013 | PVL | 955.00 | 1.00 | Prepare for CA 3 moot court |
| 6/6/2013 | PVL | 955.00 | 8.10 | Prepare for moot court (1.2); attend moot court (6.2); cn Frankel, Wyron & LMK (.2); cn EI (.1); rv emails (.1); rv Barakat memo & exhs. (.3) |
| 6/6/2013 | LMK | 625.00 | 7.20 | Prepare for and moot for Third Circuit Argument. |
| 6/7/2013 | PVL | 955.00 | 7.10 | Cn Donley, Paul, Esayian, Bentley, Blabey, Frankel, Wyron, Rich, Shelnitz (tc) & Finke (tc) re arg. prep. (3.5); prepare for arg. (.6); rv J. Lewis email & attachments (.8); rv 3 Shader Harrison bench memos re arg. prep. (2.2) |
| 6/10/2013 | PVL | 955.00 | 0.60 | Rv Garlock motion to reconsider and for stay (.5); rv emails & reply re CA 3 arg. (.1) |
| 6/11/2013 | ACM | 660.00 | 0.30 | Teleconference J. Ferraro re T. Wilson (.1); exchange e-mails with J. Ferraro re same (.2). |
| 6/12/2013 | PVL | 955.00 | 1.20 | Rv emails & reply re arg. prep. (.1); teleconf. Brown re CA 3 arg. (1.1) |
| 6/13/2013 | ACM | 660.00 | 0.10 | Teleconference R. Komitor re Grace documents. |
| 6/14/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with PVNL and R. Paul re products. |
| 6/14/2013 | PVL | 955.00 | 1.30 | Rv email & reply (.1); teleconf. Brickley re CA 3 argument (.9); prepare for CA 3 argument (.3) |
| 6/16/2013 | PVL | 955.00 | 0.80 | Prepare for CA 3 hearing |

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 6/17/2013 | PVL | 955.00 | 8.50 | Prepare for CA 3 argument (4.2); attend CA 3 hearing (3.6); cn Frankel & Hurford re same (.5); cn Frankel re hearing (.2) |
| 6/18/2013 | PVL | 955.00 | 1.90 | Tf EI re CA3 arg. (.3); tcn Shelnitz, Finke, Donley, Paul, Bentley, Blabey, Frankel, LMK et al (1.5); rv law 360 and Brickley articles (.1) |
| 6/18/2013 | LMK | 625.00 | 1.50 | Conference call re third circuit hearing. |

**Total Task Code .17    79.40**

**Travel – Non-Working (7.80 Hours; $ 3,724.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.80 | $477.50 | 3,724.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/28/2013 | PVL | 477.50 | 0.20 | To K&E office. |
| 6/6/2013 | PVL | 477.50 | 0.30 | To Georgetown Law School for moot court |
| 6/7/2013 | PVL | 477.50 | 0.60 | To & from K&E office |
| 6/16/2013 | PVL | 477.50 | 3.20 | To Philadelphia for CA 3 hearing |
| 6/17/2013 | PVL | 477.50 | 3.50 | Return to DC |

**Total Task Code .21    7.80**

**Fee Auditor Matters (1.00 Hours; $ 555.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.00 | $555 | 555.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/7/2013 | RCT | 555.00 | 0.20 | Review initial fee auditor report. |
| 6/11/2013 | RCT | 555.00 | 0.70 | Review fee auditor's report and prepare e-mails to legal staff regarding same (.3); draft reply to fee auditor report (.4). |
| 6/14/2013 | RCT | 555.00 | 0.10 | Review fee auditor reports regarding query and response. |

**Total Task Code .32        1.00**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | $46.29 |
| Travel Expenses - Hotel Charges | $344.45 |
| Local Transportation – DC | $9.50 |
| Local Transportation – NY | $42.32 |
| Conference Call Services | $32.58 |
| Pacer - Database Charges | $11.60 |
| Database Research | $381.22 |
| **Total** | **$867.96** |