**EXHIBIT B**

**Asset Analysis and Recovery (.10 Hours; $ 95.50)**

       Services rendered in this category pertain to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01**       .10

**Business Operations (.80 Hours; $ 764.00)**

       Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**       .80

**Case Administration (17.00 Hours; $ 11,660.50)**

       Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**       17.00

**Fee Applications, Applicant (21.00 Hours; $ 8,730.00)**

       Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**       21.00

**Fee Application, Others (.40 Hours; $ 382.00)**

       Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**       .40

**Litigation and Litigation Consulting (64.70 Hours; $ 37,071.00)**

       Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

- 2 -

**Total Task Code .16      64.70**

**Plan & Disclosure Statement (79.40 Hours; $ 72,453.00)**

       Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17      79.40**

**Travel – Non Working (7.80 Hours; $ 3,724.50)**

       Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21      7.80**

**Fee Auditor Matters (1.00 Hours; $ 555.00)**

       Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32      1.00**