**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $46.29 |
| Travel Expenses - Hotel Charges | $344.45 |
| Local Transportation – DC | $9.50 |
| Local Transportation – NY | $42.32 |
| Conference Call Services | $32.58 |
| Pacer - Database Charges | $11.60 |
| Database Research | $381.22 |
| **Total** | **$867.96** |

```
Client Number:  4642         Grace Asbestos Personal Injury Claimants                              Page: 1
Matter          000           Disbursements                                                        5/24/2013
Attn:                                                                             Print Date/Time: 05/24/2013 9:30:36AM
                                                                                                   Invoice #
                              PREBILL/CONTROL REPORT

                                                    Trans Date Range:  1/1/1950 to: 4/30/2013
Matter          000
Disbursements
Bill Cycle:     Monthly       Style:        A1      Start:  4/16/2001    Last Billed :  4/19/2013       13,655
                              $4,806.34             Committed to Invoices:   $0.00      Remaining:  $4,806.34
Client Retainers Available

                                                    $3,948,752.03
                              Total Expenses Billed To Date

                                                            Billing Empl:      0120    Elihu Inselbuch
                                                            Responsible Empl:  0120    Elihu Inselbuch
                                                            Alternate Empl:    0120    Elihu Inselbuch
                                                            Originating Empl:  0120    Elihu Inselbuch

Summary by Employee
                                         --------- A C T U A L ---------    --------- B I L L I N G ---------
Empl   Initials   Name                   Hours              Amount           Hours              Amount
0120   EI         Elihu Inselbuch        0.00               57.75            0.00               57.75
0999   C&D        Caplin & Drysdale      0.00               381.22           0.00               381.22

Total Fees                               0.00               438.97           0.00               438.97


Detail Time / Expense by Date
                                                                                      --------- A C T U A L ---------    --------- B I L L I N G ---------
TransNo.   Description                              TransType  Trans Date   Work Empl   Rate    Hours    Amount          Rate    Hours    Cumulative  Amount

2971557    Federal Express -Delivery to T.Simpson, 3/25/13     E 04/10/2013  0120  EI         0.00    $15.43                      0.00    $15.43        15.43
           (EI)

2971942    Elite Limousine Plus Inc. -Svcl to W. 43rd St.,     E 04/16/2013  0120  EI         0.00    $42.32                      0.00    $42.32        57.75
           NY, 4/2/13  (EI; Voucher #304024565)

2977670    Database Research - Westlaw by LMK on April 1-22    E 04/30/2013  0999  C&D        0.00    $381.22                     0.00    $381.22       438.97
Total Expenses                                                                                        $438.97
```

Client Number: 4642                Grace Asbestos Personal Injury Claimants                                Page: 1
Matter         000                 Disbursements                                                           5/24/2013

Attn:                                                                         Print Date/Time: 05/24/2013  9:30:36AM
                                                                                                   Invoice #

                                                                                              $438.97

                              Matter Total Fees                    0.00               0.00
                              Matter Total Expenses              438.97                               0.00
                              Matter Total                       438.97               0.00          438.97

                              Prebill Total Fees                                                    $438.97
                              Prebill Total Expenses             $438.97
                              Prebill Total                      $438.97              0.00          $438.97

Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,677.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 90,875 | 11/21/2012 | 32,514.00 | 6,502.80 |
| 91,409 | 12/13/2012 | 13,536.00 | 2,707.20 |
| 91,996 | 01/22/2013 | 168,387.00 | 33,677.40 |
| 92,491 | 02/21/2013 | 165,664.00 | 33,132.80 |
| 92,999 | 03/22/2013 | 35,163.00 | 7,032.60 |
| 93,496 | 04/19/2013 | 41,240.92 | 41,240.92 |
|  |  | 585,678.92 | 139,150.55 |

```
Client Number:  4642           Grace Asbestos Personal Injury Claimants                                                Page: 1
Matter     000                 Disbursements                                                                           6/19/2013

Attn:                                                                                                 Print Date/Time: 06/19/2013  4:10:43PM
                                                                                                      Invoice #

                                         PREBILL/CONTROL REPORT

                                                       Trans Date Range:  1/1/1950 to: 5/31/2013
Matter       000
Disbursements
Bill Cycle:  Monthly            Style:    il       Start:  4/16/2001   Last Billed :  5/24/2013          13,655
Client Retainers Available      $4,806.34          Committed to Invoices:   $0.00    Remaining:   $4,806.34

                                         Total Expenses Billed To Date        $3,949,191.00

                                                                        Billing Empl:       0120    Elihu Inselbuch
                                                                        Responsible Empl:   0120    Elihu Inselbuch
                                                                        Alternate Empl:     0120    Elihu Inselbuch
                                                                        Originating Empl:   0120    Elihu Inselbuch
```

## Summary by Employee

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0338 | KCM | Kevin C Maclay | 0.00 | 24.15 | 0.00 | 24.15 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 27.17 | 0.00 | 27.17 |
| Total Fees | | | 0.00 | 51.32 | 0.00 | 51.32 |

## Detail Time / Expense by Date

| TransNo. | Description | TransType | Trans Date | Work Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2982210 | Premiere Global Services -Teleconference Svc., 3/2013 (KCM) | E | 05/08/2013 | 0338 KCM | | 0.00 | $24.15 | | 0.00 | $24.15 | 24.15 |
| 2984531 | Pacer Service Center -Database Svc., 1/1/13 - 3/31/13 | E | 05/20/2013 | 0999 C&D | | 0.00 | $11.60 | | 0.00 | $11.60 | 35.75 |
| 2984619 | Federal Express -Delivery to T.Simpson, 5/1/13 | E | 05/22/2013 | 0999 C&D | | 0.00 | $15.57 | | 0.00 | $15.57 | 51.32 |
| Total Expenses | | | | | | | $51.32 | | | | |

Client Number: 4642      Grace Asbestos Personal Injury Claimants     Page: 1
Matter: 000      Disbursements     6/19/2013

Print Date/Time: 06/19/2013 4:10:43PM

Attn:     Invoice #

|  |  |  |  |
|---|---|---|---|
|  | 0.00 | 0.00 | $51.32 |
| Matter Total Fees |  | 0.00 | 0.00 |
| Matter Total Expenses | 0.00 | 51.32 | 51.32 |
| Matter Total |  | 51.32 | 51.32 |
| Prebill Total Fees |  |  |  |
| Prebill Total Expenses |  | $51.32 | $51.32 |
| Prebill Total | 0.00 | $51.32 | $51.32 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 90,875 | 11/21/2012 | 32,514.00 | 6,502.80 |
| 91,409 | 12/13/2012 | 13,536.30 | 2,707.20 |
| 91,996 | 01/22/2013 | 168,387.00 | 33,677.40 |
| 92,491 | 02/21/2013 | 165,664.00 | 33,132.80 |
| 92,999 | 03/22/2013 | 35,163.00 | 7,032.60 |
| 93,496 | 04/19/2013 | 41,240.92 | 41,240.92 |
| 94,156 | 05/24/2013 | 49,177.47 | 49,177.47 |
|  |  | 634,856.39 | 188,328.02 |

```
Client Number: 4642                Grace Asbestos Personal Injury Claimants                              Page: 1
Matter     000                     Disbursements                                                         7/17/2013

Attn:                                                                                   Print Date/Time: 07/17/2013 3:54:57PM
                                                                                                        Invoice #

                                          PREBILL/CONTROL REPORT

                                                                  Trans Date Range:  1/1/1950  to: 6/30/2013

Matter     000
Disbursements
Bill Cycle:    Monthly           Style:  i1        Start:  4/16/2001    Last Billed :  6/19/2013

Client Retainers Available       $4,806.34                  $0.00       Remaining:          $4,806.34        13,655

                                  Committed to Invoices:        $3,949,242.32

                                  Total Expenses Billed To Date             Billing Empl:       0120  Elihu Inselbuch
                                                                            Responsible Empl:   0120  Elihu Inselbuch
                                                                            Alternate Empl:     0120  Elihu Inselbuch
                                                                            Originating Empl:   0120  Elihu Inselbuch
```

Summary by Employee

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 353.95 | | 353.95 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 8.43 | | 8.43 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 15.29 | | 15.29 |
| **Total Fees** | | | **0.00** | **377.67** | | **377.67** |

Detail Time / Expense by Date

| TransNo. | Description | TransType | Trans Date | Work Empl | | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2994887 | Premiere Global Services -Teleconference Svc., 4/2013 (KCM) | E | 06/06/2013 | 0338 | KCM | | 0.00 | $8.43 | | 0.00 | $8.43 | 8.43 |
| 2996189 | Federal Express -Delivery to T.Simpson, 5/29/13 | E | 06/13/2013 | 0999 | C&D | | 0.00 | $15.29 | | 0.00 | $15.29 | 23.72 |
| 2996293 | Petty Cash -Cab Fare to Georgetown Law School, re: Moot Court, 6/6/13 (PVL) | E | 06/14/2013 | 0020 | PVL | | 0.00 | $9.50 | | 0.00 | $9.50 | 33.22 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | 7/17/2013 |
| Attn: | | | | | | Print Date/Time: 07/17/2013 | 3:54:57PM |
| | | | | | | | Invoice # |

| 2999474 | Peter Van N. Lockwood -Westin Hotel 1-Night lodging while on Travel to/from Philadelphia, PA, 6/16/13 - 6/17/13 | 0020 | PVL | E  06/21/2013 | 0.00 | 0.00 | $344.45 | 377.67 |
|---|---|---|---|---|---|---|---|---|

**Total Expenses** $377.67

| | | | |
|---|---|---|---|
| Matter Total Fees | 0.00 | 0.00 | 0.00 |
| Matter Total Expenses | 377.67 | | 377.67 |
| Matter Total | 377.67 | 0.00 | 377.67 |

| | | | |
|---|---|---|---|
| Prebill Total Fees | | | |
| Prebill Total Expenses | $377.67 | | $377.67 |
| Prebill Total | $377.67 | 0.00 | $377.67 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 90,875 | 11/21/2012 | 32,514.00 | 6,502.80 |
| 91,409 | 12/13/2012 | 13,536.00 | 2,707.20 |
| 91,396 | 01/22/2013 | 168,387.00 | 33,677.40 |
| 92,491 | 02/21/2013 | 165,664.00 | 33,132.80 |
| 92,999 | 03/22/2013 | 35,163.00 | 7,032.60 |
| 93,496 | 04/19/2013 | 40,095.00 | 8,019.00 |
| 94,156 | 05/24/2013 | 48,738.50 | 9,747.70 |
| 94,576 | 06/19/2013 | 40,014.32 | 40,014.32 |
| | | 673,285.82 | 155,690.65 |