# EXHIBIT A

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| May 13, 2013 | INVOICE:              253849 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 04/30/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/01/13 | Continue analysis of selected settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 2.10 |
| 04/01/13 | Attention to calculations of demands on insurance companies. | W001 | RMH | 0.20 |
| 04/01/13 | Attention to potential revised demands in connection with updated projections of claims. | W001 | RYC | 2.30 |
| 04/02/13 | Begin to review and revise time and expense entries. | W011 | AHP | 0.40 |
| 04/02/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.30); continue review of settlement agreements re: "subject policies" and scope of release issues (1.10). | W001 | GFF | 3.10 |
| 04/02/13 | Continued to review and updated information on excess insurance policies, settlement agreements and reimbursement agreements re: indemnification, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 1.60 |
| 04/02/13 | Emails re: new demand allocations and basis for discount rates. | W001 | MG | 0.40 |
| 04/02/13 | Attention to revised settlement demand calculations. | W001 | RMH | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

May 13, 2013                                                   INVOICE:              253849

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 04/02/13 | Review and evaluation of post-bankruptcy insurance coverage summary documentation (1.30). Follow-up in connection with preparation of revised demands with updated projections of claims (1.80). | W001 | RYC | 3.10 |
| 04/03/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues. | W001 | GFF | 2.90 |
| 04/03/13 | Analyzed and updated information on excess insurance policies, reimbursement and settlement agreements re:  indemnities, insolvent insurance companies, following form language, payment issues and other insurance policy language. | W001 | IF | 2.40 |
| 04/03/13 | Attention to new settlement demand calculations (.60).  Receive approval from FCR and communicate with client (.30). | W001 | RMH | 0.90 |
| 04/04/13 | Begin preparing monthly fee application | W011 | AHP | 1.30 |
| 04/04/13 | Continue to review and revise time and expense entries. | W011 | AHP | 1.40 |
| 04/04/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.30); continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.60). | W001 | GFF | 2.90 |
| 04/04/13 | Continued to review and update information on excess insurance policies, reimbursement and settlement agreements re: indemnities, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 1.10 |
| 04/04/13 | Hearing before Judge Fitzgerald. | W001 | RMH | 1.30 |
| 04/04/13 | Continue evaluation of post-bankruptcy insurance coverage summary documentation. | W001 | RYC | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 13, 2013                                        INVOICE:              253849

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 04/05/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments issues (2.10). | W001 | GFF | 2.70 |
| 04/05/13 | Analyzed and updated information on excess insurance policies, reimbursement and settlement agreements re:  indemnities, insolvent insurance companies, following form provisions, payment issues and other insurance policy language. | W001 | IF | 2.60 |
| 04/08/13 | Review and update monitoring chart and related documents. | W011 | AHP | 0.90 |
| 04/08/13 | Draft and revise insurance policy data spreadsheets (1.20); continue analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments issues (1.40). | W001 | GFF | 2.60 |
| 04/08/13 | Work on new allocations and revise based on existing settlement limitations and updated discount rates. | W001 | MG | 4.40 |
| 04/08/13 | Review and update regarding potential settlement status of remaining insurance companies. | W001 | RYC | 2.40 |
| 04/09/13 | Review changes (.60); prepare monthly fee application and forward for attorney review (1.20). | W011 | AHP | 1.80 |
| 04/09/13 | Review all relevant bills and begin preparing interim monitoring chart. | W011 | AHP | 1.80 |
| 04/09/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 2.40 |
| 04/09/13 | Continued to analyze and update information on excess insurance policies, coverage in place and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 1.90 |
| 04/09/13 | Work on allocations and revise based on updated discount rates. | W001 | MG | 3.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 13, 2013                                        INVOICE:              253849

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 04/10/13 | Continue preparing interim fee application and exhibits. | W011 | AHP | 1.30 |
| 04/10/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments issues (1.90). | W001 | GFF | 2.70 |
| 04/10/13 | Reviewed and updated information on excess insurance policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, following form, payment issues and other insurance policy language. | W001 | IF | 2.20 |
| 04/10/13 | Work on allocations and revise future payment projections based on existing settlement provisions. | W001 | MG | 4.40 |
| 04/10/13 | Attention to revised analysis in connection with disputed coverage positions with non-settling insurance companies. | W001 | RYC | 1.80 |
| 04/11/13 | Revise time and expense entries, finalize fee application and exhibits (release held up pending receipt of final bill). | W011 | AHP | 1.30 |
| 04/11/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.30); continue analysis of selected insurance policies re: follow form, asbestos exclusion and voluntary payments issues (1.60). | W001 | GFF | 2.90 |
| 04/11/13 | Continued to review and update information on excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 2.40 |
| 04/11/13 | Work on allocations and revise projections based on existing settlement provisions. | W001 | MG | 3.90 |
| 04/11/13 | Review and comment upon fee application. | W011 | RYC | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| May 13, 2013 | INVOICE:           253849 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 04/12/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, asbestos exclusion and voluntary payments issues (1.30); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.10). | W001 | GFF | 3.10 |
| 04/12/13 | Analyzed and updated information on certain excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment issues and other insurance policy language. | W001 | IF | 2.90 |
| 04/12/13 | Work on allocations and revise based on existing settlement provisions. | W001 | MG | 3.20 |
| 04/15/13 | Continue preparing draft of interim fee application for attorney review. | W011 | AHP | 1.20 |
| 04/15/13 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 0.90 |
| 04/15/13 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.80). | W001 | GFF | 2.90 |
| 04/15/13 | Searched files and in-house resources re: insurance company remaining coverage. | W001 | IF | 0.60 |
| 04/15/13 | Continued to review and update information on excess insurance policies, settlement agreements and coverage in place agreements re: indemnifications, insolvent insurance companies, following form provisions, payment issues and other insurance policy language. | W001 | IF | 2.70 |
| 04/15/13 | Work on revising allocations for coverage in place companies. | W001 | MG | 6.20 |
| 04/15/13 | Review and analysis of company by company evaluation of disputed coverage positions potentially affected by revised future claim projections. | W001 | RYC | 3.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| May 13, 2013 | INVOICE:              253849 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/16/13 | Continue working on interim fee application. | W011 | AHP | 0.60 |
| 04/16/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.20); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.60). | W001 | GFF | 2.80 |
| 04/16/13 | Analyzed and updated information on certain excess insurance policies, settlement and coverage in place agreements re:  indemnities, insolvents, follow form language, payment issues and other insurance policy language. | W001 | IF | 2.90 |
| 04/16/13 | Update and revise payment stream analysis. | W001 | MG | 6.40 |
| 04/17/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.70). | W001 | GFF | 2.40 |
| 04/17/13 | Continued to review and update information on excess insurance policies, settlements and coverage in place agreements re:  indemnities, insolvent insurance companies, following form, payment issues and other insurance policy language. | W001 | IF | 2.80 |
| 04/17/13 | Continue to update and revise payment stream analysis. | W001 | MG | 6.30 |
| 04/17/13 | Attention to entry of order approving the settlement of an insurance company. | W001 | RMH | 0.30 |
| 04/18/13 | Finish draft interim fee application and forward for attorney review. | W011 | AHP | 1.70 |
| 04/18/13 | Continue analysis of insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 2.20 |
| 04/18/13 | Analyzed and updated information on certain excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvents, follow form language, payment issues and other insurance policy language. | W001 | IF | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| --- | --- | --- |
| May 13, 2013 | INVOICE: | 253849 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
| --- | --- | --- | --- | --- |
| 04/18/13 | Work on allocations and revise based on updated discount rates. | W001 | MG | 6.70 |
| 04/18/13 | Review and comment upon interim fee application. | W011 | RYC | 0.60 |
| 04/19/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions issues, and voluntary payments issues. | W001 | GFF | 1.60 |
| 04/19/13 | Updated information and reviewed excess insurance policies, settlement agreements and reimbursement agreements re:  indemnifications, insolvent insurance companies, following form language, payment concerns and other insurance policy language issues. | W001 | IF | 2.40 |
| 04/19/13 | Update and revise payment stream analysis. | W001 | MG | 3.80 |
| 04/19/13 | Work on allocations and revise based on updated discount rates. | W001 | MG | 3.40 |
| 04/19/13 | Continue company by company evaluation of disputed coverage positions potentially affected by revised future claim projections. | W001 | RYC | 2.20 |
| 04/22/13 | Finalize and release interim fee application and exhibit. | W011 | AHP | 1.30 |
| 04/22/13 | Revise insurance company allocations. | W001 | MG | 5.30 |
| 04/22/13 | Follow-up review of evaluations of disputed coverage positions regarding revised claim projections. | W001 | RYC | 2.60 |
| 04/23/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.20 |
| 04/23/13 | Updated information and analyzed certain excess insurance policies, settlement and reimbursement agreements re:  indemnifications, insolvent insurance companies, follow form language, payment concerns and other insurance policy language issues. | W001 | IF | 1.60 |
| 04/23/13 | Revise insurance company allocations. | W001 | MG | 4.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| May 13, 2013 | INVOICE:             253849 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/24/13 | Communications with R. Chung re: settlement order (.10); research re: time for filing notice of appeal and impact on timing of payment in light of same (.10); prepare email to R. Chung re: analysis (.10); analyze  docket to determine precise date settlement order entered (.10). | W001 | DJN | 0.40 |
| 04/24/13 | Continue analysis of selected insurance settlement agreements re: subject policies and scope of release issues (1.10); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 1.90 |
| 04/24/13 | Continued to review and update information on certain excess insurance policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form language, payment concerns and other insurance policy language issues. | W001 | IF | 1.90 |
| 04/24/13 | Revise allocations for new settlement demand. | W001 | MG | 2.10 |
| 04/24/13 | Evaluate insurance company's settlement payment schedule. | W001 | RYC | 1.20 |
| 04/25/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions and voluntary payments issues. | W001 | GFF | 2.20 |
| 04/25/13 | Analyzed and updated information on excess insurance policies, coverage in place and settlement agreements re: indemnification language, insolvents, following form language, payment concerns and other insurance policy language issues. | W001 | IF | 1.60 |
| 04/25/13 | Revise allocations for new settlement demand. | W001 | MG | 1.80 |
| 04/25/13 | Attention to funding of settlement agreement. | W001 | RMH | 0.80 |
| 04/26/13 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues. | W001 | GFF | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

May 13, 2013                                         INVOICE:          253849

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 04/26/13 | Analyzed and updated information on umbrella and excess insurance policies, reimbursement and settlement agreements re: indemnification language, insolvents, following form language, payments and other insurance policy language issues. | W001 | IF | 1.70 |
| 04/29/13 | Continue review of selected settlement agreements re: subject policies and scope of release issues (1.40); draft and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 2.60 |
| 04/29/13 | Continued to review and update information on umbrella and excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, indemnification provisions, follow form language, payments and insurance policy language issues. | W001 | IF | 1.90 |
| 04/30/13 | Continue review of selected settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.70 |
| 04/30/13 | Analyzed and updated information on umbrella and excess insurance policies, reimbursement and settlement agreements re: follow form, insolvents, indemnification provisions, payments and insurance policy language issues. | W001 | IF | 1.80 |
| 04/30/13 | Communications with R. Horkovich re: new settlement figures and revise additional allocation amounts. | W001 | MG | 1.70 |
| 04/30/13 | Attention to demands against insurance companies (.60).  Confer with FCR counsel (Mahaley) (.30). Confirm limits and NPV figures (.30). | W001 | RMH | 1.20 |

**TOTAL FEES:**                                             **$100,566.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

| | | |
|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| May 13, 2013 | INVOICE: | 253849 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 270.00 | 15.90 | 4,293.00 |
| Dennis J. Nolan | 495.00 | 0.40 | 198.00 |
| Glenn F Fields | 365.00 | 52.10 | 19,016.50 |
| Izak Feldgreber | 315.00 | 41.60 | 13,104.00 |
| Mark Garbowski | 650.00 | 67.90 | 44,135.00 |
| Robert M Horkovich | 925.00 | 5.30 | 4,902.50 |
| Robert Y Chung | 675.00 | 22.10 | 14,917.50 |
| **TOTAL FEES:** | | | **$100,566.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| May 13, 2013 | INVOICE:            253849 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Dennis J. Nolan | 0.40 | 198.00 |
| Glenn F Fields | 52.10 | 19,016.50 |
| Izak Feldgreber | 41.60 | 13,104.00 |
| Mark Garbowski | 67.90 | 44,135.00 |
| Robert M Horkovich | 5.30 | 4,902.50 |
| Robert Y Chung | 20.70 | 13,972.50 |
| **TOTAL:** | **188.00** | **$95,328.50** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 15.90 | 4,293.00 |
| Robert Y Chung | 1.40 | 945.00 |
| **TOTAL:** | **17.30** | **$5,238.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:    100055.WRG01

May 13, 2013                                  INVOICE:        253849

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

| COSTS through 04/30/13 | | |
|---|---|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 03/20/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 03/21/13 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 03/22/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 03/29/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 03/29/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 04/02/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 04/08/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 04/09/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 04/10/13 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 04/11/13 | DI - PHOTOCOPYING - | E101 | 1.70 |
| 04/11/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 04/15/13 | DI - PHOTOCOPYING - | E101 | 2.10 |
| 04/19/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 04/23/13 | DI - PHOTOCOPYING - | E101 | 19.90 |
| 04/24/13 | TRANSCRIPTS & DEPOSITIONS | | (295.00) |
| 04/24/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 04/24/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 04/25/13 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 04/29/13 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 04/30/13 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:**                                      **($262.80)**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

May 13, 2013                             INVOICE:         253849

MATTER:  CLAIMANTS COMMITTEE                 ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FE | FILING OR WITNESS FEES | (295.00) |
| XE | DI - PHOTOCOPYING - | 32.20 |
| | **TOTAL COSTS:** | **($262.80)** |

**TOTAL DUE:**          **$100,303.70**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

May 13, 2013                                    INVOICE:            253849



SUPREME COURT OF NEW JERSEY

MARK NEARY
CLERK

GAIL GRUNDETZ HANEY
DEPUTY CLERK

OFFICE OF THE CLERK
PO BOX 970
TRENTON, NEW JERSEY 08625-0970

April 08, 2013

KENNETH B. SHARPERSON, ESQ.
ANDERSON KILL & OLICK LLP
ONE GATEWAY CENTER STE 1510
NEWARK, NJ 07102

Re: COMMISSIONER OF INSURANCE OF THE STATE OF NJ V. INTEGRITY
INSURANCE COMPANY (070196)

Dear Mr. Sharperson:

Enclosed please find check #13934 in the amount of $295.00,
which represents the balance of the security deposit for costs
that was filed with this Court on 03/08/2012. A commission fee of
$5.00 has been deducted in accordance with N.J.S.A. 22A:2-20.

Please be advised, this check is only valid for 90 days
beyond the issue date. Failure to cash the check within this time
frame will result in the check being voided.

Sincerely,

Christine Muller
Administrative Supervisor

Enclosures

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

May 13, 2013                                        INVOICE:          253849

MARK NEARY
CLERK OF THE SUPREME COURT
SECURITY ACCOUNT

 Wells Fargo Bank N.A.                              13934
                                                    11-24/1200
                                                    DATE    4/8/2013

PAY TO THE
ORDER OF    ANDERSON KILL & OLICK LLP                 $  **295.00

Two Hundred Ninety-Five and 00/100*********************************************************** DOLLARS

ANDERSON KILL & OLICK LLP(V)
ONE GATEWAY CENTER STE 1510
NEWARK, NJ 07102                                     Void after 90 days from date

MEMO    Straight Return,Docket#070196

⑈013934⑈ ⑆121000248⑆ 2100009803465⑈

ANDERSON KILL & OLICK LLP
ONE GATEWAY CENTER STE 1510
NEWARK, NJ 07102

Re:  COMMISSIONER OF INSURANCE OF THE STATE OF NJ V. INTEGRITY
     INSURANCE COMPANY (070196)

Dear Mr. Sharperson:

     Enclosed please find check #13934 in the amount of $295.00,
which represents the balance of the security deposit for costs
that was filed with this Court on 03/08/2013.  A commission fee of
$5.00 has been deducted in accordance with N.J.S.A. 22A:2-20.

     Please be advised, this check is only valid for 90 days
beyond the issue date.  Failure to cash the check within this time
frame will result in the check being voided.

                              Sincerely,

                              Christine Muller
                              Administrative Supervisor

     Enclosures

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 6, 2013                                      INVOICE:         254140

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

| | PROFESSIONAL SERVICES through 05/31/13 | | | |
|---|---|---|---|---|

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/01/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues. | W001 | GFF | 2.60 |
| 05/01/13 | Continued to review and update information on umbrella and excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, following form provision, indemnity language, payments and insurance policy language issues. | W001 | IF | 1.70 |
| 05/01/13 | Revise allocations for new settlement demand. | W001 | MG | 2.80 |
| 05/02/13 | Begin preparing monthly fee application. | W011 | AHP | 1.30 |
| 05/02/13 | Draft and revise insurance policy data spreadsheets (.70); continue review of insurance company settlement agreements re: "subject policies" and scope of agreement issues (1.10). | W001 | GFF | 1.80 |
| 05/02/13 | Analyzed and updated information on excess insurance policies, reimbursement and settlement agreements re:  insolvents, follow form language, indemnification language, payment issues and insurance policy language issues. | W001 | IF | 1.80 |
| 05/02/13 | Revise allocations for new settlement demand. | W001 | MG | 2.80 |
| 05/02/13 | Attention to demand to be made upon insurance company. | W001 | RMH | 0.80 |
| 05/03/13 | Continue review of insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| June 6, 2013 | INVOICE:          254140 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/03/13 | Continued to review and update information on excess insurance policies, reimbursement and settlement agreements re: following form language, insolvent insurance companies, indemnification language, payment issues and insurance policy language issues. | W001 | IF | 1.90 |
| 05/03/13 | Revise allocations for new settlement demand. | W001 | MG | 3.40 |
| 05/03/13 | Review of revised insurance asset analysis in connection with disposition and revisions from recent insurance activity. | W001 | RYC | 1.70 |
| 05/06/13 | Review and revise time and expense entries, requesting backup for expenses. | W011 | AHP | 1.40 |
| 05/06/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: follow form, pollution exclusion and voluntary payments issues (1.20). | W001 | GFF | 2.10 |
| 05/06/13 | Reviewed and updated information on umbrella and excess policies, coverage-in-place and settlement agreements re: follow form provisions, insolvent insurance companies, indemnifications, payment issues and insurance policy language issues. | W001 | IF | 2.10 |
| 05/06/13 | Revise allocations for new settlement demand and cash flow analysis. | W001 | MG | 4.80 |
| 05/06/13 | Attention to calculation of insurance company demands. | W001 | RMH | 1.20 |
| 05/06/13 | Continue review of revised insurance asset analysis in connection with updates to insurance projections. | W001 | RYC | 2.80 |
| 05/07/13 | Review and revise additional changes (.90); prepare backup (.30). | W011 | AHP | 1.20 |
| 05/07/13 | Analyzed umbrella and excess policies, coverage-in-place and settlement agreements re: following form, insolvent insurance companies, indemnities, payment issues and other insurance policy language issues. | W001 | IF | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 6, 2013                                                              INVOICE:                254140

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 05/07/13 | Revise allocations for new settlement demand and cash flow analysis. | W001 | MG | 3.70 |
| 05/08/13 | Additional changes to monthly fee application. | W011 | AHP | 1.10 |
| 05/08/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90). | W001 | GFF | 1.70 |
| 05/08/13 | Continued to review and update information on umbrella and excess insurance policies, reimbursement and settlement agreements re: follow form, insolvent insurance companies, indemnities, payment issues and other insurance policy language issues. | W001 | IF | 2.10 |
| 05/08/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.30 |
| 05/08/13 | Review of revised insurance asset analysis in connection with application to insolvency proceedings. | W001 | RYC | 1.80 |
| 05/09/13 | Finalize draft monthly fee application for attorney review. | W011 | AHP | 1.20 |
| 05/09/13 | Continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.20); continue analysis of selected insurance policies re: follow form, asbestos coverage issues and voluntary payments issues (1.60). | W001 | GFF | 2.80 |
| 05/09/13 | Reviewed and updated information on umbrella and excess policies, reimbursement and settlement agreements re: following form language, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.40 |
| 05/10/13 | Continue analysis of selected settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 6, 2013                                        INVOICE:              254140

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/10/13 | Analysis and updating of information on umbrella and excess policies, settlement and coverage-in-place agreements re: follow form language, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.70 |
| 05/10/13 | Revise allocations for new settlement demand and cash flow analysis. | W001 | MG | 3.80 |
| 05/13/13 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 0.90 |
| 05/13/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: follow form, voluntary payments and other coverage issues (1.30). | W001 | GFF | 2.20 |
| 05/13/13 | Continued to review and update of information on excess insurance policies, settlements and coverage-in-place agreements re: following form language, insolvents, indemnifying insurance companies, payment issues and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/13/13 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 05/14/13 | Communications with R. Horkovich and M. Garbowski re: trust expenses in connection with potential settlement. | W001 | DJN | 0.30 |
| 05/14/13 | Continue analysis of selected insurance policies re: follow form, voluntary payments, and other coverage issues (1.30); continue analysis of selected settlement agreements re: subject policies and scope of release issues (1.30). | W001 | GFF | 2.60 |
| 05/14/13 | Continued to review and update of information on excess insurance policies, reimbursement and settlement agreements re: follow form language, insolvents, indemnifications of insurance companies, payment issues and other insurance policy language issues. | W001 | IF | 2.20 |
| 05/14/13 | Emails R. Horkovich and D. Nolan re: trust expenses in connection with potential settlement and review allocation materials re: same. | W001 | MG | 0.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

June 6, 2013                                                    INVOICE:              254140

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/14/13 | Attention to calculation of discount for insurance settlement demands. | W001 | RMH | 1.70 |
| 05/15/13 | Analyze Armstrong, Owens-Corning and DII asbestos trusts and prepare chart and emails to R. Horkovich concerning claims processing expenses in connection with settlement discussions. | W001 | DJN | 0.90 |
| 05/15/13 | Continue analysis of selected insurance settlement agreements re: subject policies and scope of release issues. | W001 | GFF | 1.60 |
| 05/15/13 | Continued reviewing and updating information on excess insurance policies, reimbursement and settlement agreements re: following form, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 1.40 |
| 05/15/13 | Attention to revised insurance asset analysis in connection with revised settlement proposal. | W001 | RYC | 0.60 |
| 05/16/13 | Review documents and create listing for storage. | W001 | AHP | 1.80 |
| 05/16/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form, asbestos exclusion, and voluntary payments issues (1.40). | W001 | GFF | 2.20 |
| 05/16/13 | Continued to analyze and update information on certain excess insurance policies, reimbursement and settlement agreements re: follow form language, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 1.90 |
| 05/16/13 | Emails R. Horkovich and D. Nolan re: trust expenses in connection with potential settlement and review spreadsheet re: same. | W001 | MG | 0.70 |
| 05/16/13 | Attention to recalculation of settlement demands on insurance reimbursement insurance companies (1.60). Confer with W R Grace executive Jeff Posner re: same (.20). | W001 | RMH | 1.80 |
| 05/16/13 | Follow-up analysis in connection with revised settlement proposal. | W001 | RYC | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| June 6, 2013 | INVOICE:         254140 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/17/13 | Draft and revise insurance policy data spreadsheets (.90); continue review of selected insurance settlement agreements re: "subject policies" and scope of release issue (1.40). | W001 | GFF | 2.30 |
| 05/17/13 | Continued reviewing and updating of information on excess insurance policies, reimbursement and settlement agreements re: following form, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 1.60 |
| 05/17/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 2.60 |
| 05/17/13 | Attention to settlement demand and communicate with Mr. Inselbuch re: same. | W001 | RMH | 1.40 |
| 05/20/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected settlement agreements re: subject policies and scope of agreement issues (.80); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.30). | W001 | GFF | 2.80 |
| 05/20/13 | Continued to review and update of information on excess insurance policies, coverage in place and settlement agreements re: follow form language, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.20 |
| 05/20/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 1.80 |
| 05/20/13 | Conference call with FCR counsel regarding proposed demand. | W001 | RMH | 0.60 |
| 05/21/13 | Review and prepare outstanding documents for records. | W011 | AHP | 1.20 |
| 05/21/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.70). | W001 | GFF | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                     EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 6, 2013                                       INVOICE:              254140

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/21/13 | Continued reviewing and updating information on certain excess insurance policies, coverage-in-place and settlement agreements re: following form, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/21/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.10 |
| 05/22/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of agreement issues (1.90). | W001 | GFF | 2.70 |
| 05/22/13 | Continued to analyze and update information on excess and umbrella insurance policies, reimbursement and settlement agreements re: follow form, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/22/13 | Assemble material to draft proposed demand to insurance company. | W001 | RMH | 2.20 |
| 05/23/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments issues (2.10). | W001 | GFF | 2.70 |
| 05/23/13 | Continued reviewing and updating information on excess and umbrella insurance policies, reimbursement and settlement agreements re: following form language, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.10 |
| 05/24/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.90); continue analysis of selected settlement agreements re: "subject policies" and scope of agreement issues (1.20). | W001 | GFF | 2.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

June 6, 2013                                    INVOICE:         254140

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/24/13 | Continued to review and update information on excess insurance policies, reimbursement and settlement agreements re: following form, insolvent insurance companies, indemnities, payments and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/24/13 | Draft proposed demand letter to insurance company (2.20). Share with FCR's counsel and Debtor's counsel (.30). Communicate with insurance company counsel (.30). | W001 | RMH | 2.80 |
| 05/28/13 | Draft and revise insurance policy data spreadsheets (1.70); continue analysis of selected insurance policies re: follow form, asbestos exclusion, and voluntary payments issues (1.20). | W001 | GFF | 2.90 |
| 05/28/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.20 |
| 05/28/13 | Update analysis in connection with revised settlement proposals. | W001 | RYC | 1.10 |
| 05/29/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance settlement agreements re: subject policies and scope of release issues (1.90). | W001 | GFF | 2.80 |
| 05/29/13 | Continued to analyze and update information on excess and umbrella insurance policies, coverage in place and settlement agreements re: follow form information, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.20 |
| 05/29/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.20 |
| 05/29/13 | Follow-up in connection with updating analysis in connection with revised settlement proposals. | W001 | RYC | 0.70 |
| 05/30/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.60); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                               EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 6, 2013                                       INVOICE:          254140

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 05/30/13 | Continued reviewing and updating information about excess and umbrella insurance policies, reimbursement agreements and settlement agreements re: following form provisions, insolvent insurance companies, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.40 |
| 05/30/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 2.80 |
| 05/31/13 | Continue analysis of selected insurance policies re: follow form, and voluntary payments issues. | W001 | GFF | 1.70 |
| 05/31/13 | Continued to analyze and update information on excess and umbrella insurance policies, coverage in place agreements and settlement agreements re: follow form provisions, insolvents, indemnifications, payment issues and other insurance policy language issues. | W001 | IF | 2.30 |
| 05/31/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 4.10 |

**TOTAL FEES:**                                                     **$83,496.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 6, 2013                                       INVOICE:           254140

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| FEE SUMMARY | | | |
|---|---|---|---|
| | **RATE** | **HOURS** | **TOTALS** |
| Arline H Pelton | 270.00 | 10.10 | 2,727.00 |
| Dennis J. Nolan | 495.00 | 1.20 | 594.00 |
| Glenn F Fields | 365.00 | 48.20 | 17,593.00 |
| Izak Feldgreber | 315.00 | 44.80 | 14,112.00 |
| Mark Garbowski | 650.00 | 46.50 | 30,225.00 |
| Robert M Horkovich | 925.00 | 12.50 | 11,562.50 |
| Robert Y Chung | 675.00 | 9.90 | 6,682.50 |
| **TOTAL FEES:** | | | **$83,496.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| June 6, 2013 | INVOICE:        254140 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 1.80 | 486.00 |
| Dennis J. Nolan | 1.20 | 594.00 |
| Glenn F Fields | 48.20 | 17,593.00 |
| Izak Feldgreber | 44.80 | 14,112.00 |
| Mark Garbowski | 46.50 | 30,225.00 |
| Robert M Horkovich | 12.50 | 11,562.50 |
| Robert Y Chung | 9.30 | 6,277.50 |
| **TOTAL:** | **164.30** | **$80,850.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 8.30 | 2,241.00 |
| Robert Y Chung | 0.60 | 405.00 |
| **TOTAL:** | **8.90** | **$2,646.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

June 6, 2013                                       INVOICE:         254140

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| COSTS through 05/31/13 |
|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 05/02/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 05/02/13 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 05/08/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 05/22/13 | DI - PHOTOCOPYING - | E101 | 0.10 |

**TOTAL COSTS:**                                                   **$2.30**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| XE | DI - PHOTOCOPYING - | 2.30 |
| | **TOTAL COSTS:** | **$2.30** |

**TOTAL DUE:**                              **$83,498.30**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

July 10, 2013                                   INVOICE:         254536

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

| PROFESSIONAL SERVICES through 06/30/13 |
|---|

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/03/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form and voluntary payments issues (.90); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.30). | W001 | GFF | 2.80 |
| 06/03/13 | Continued to review and update information on excess insurance policies, coverage in place and settlement agreements re: following form language, insolvent insurance companies, indemnifications, payment and other insurance policy language issues. | W001 | IF | 2.10 |
| 06/03/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 2.40 |
| 06/04/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.40 |
| 06/04/13 | Continued analyzing and reviewing excess insurance policies, coverage in place and settlement agreements re: follow form language, insolvent insurance companies, indemnifications, payment and other policy language issues. | W001 | IF | 1.60 |
| 06/05/13 | Review and revise time and expense entries (1.40); begin preparing monthly fee application (1.20). | W011 | AHP | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| July 10, 2013 | INVOICE:            254536 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/05/13 | Communications with R. Chung and A. Pelton concerning responding to fee auditor request for information concerning time entries. | W011 | DJN | 0.20 |
| 06/05/13 | Continued to review excess insurance policies, settlement agreements and reimbursement agreements re: following form provisions, insolvent insurance companies, indemnifications, payment and other insurance policy language issues. | W001 | IF | 2.20 |
| 06/05/13 | Continue to revise allocations for settlement demands and cash flow analysis. | W001 | MG | 2.80 |
| 06/05/13 | Investigate and respond to fee auditor's inquiries re: certain January and February entries. | W011 | RYC | 0.80 |
| 06/06/13 | Analysis of selected insurance policies re: follow form, asbestos exclusion issues, and voluntary payments. | W001 | GFF | 1.70 |
| 06/06/13 | Continued to analyze excess insurance policies, settlements and reimbursement agreements re: follow form provisions, insolvent insurance companies, indemnifications, payment and other policy issues. | W001 | IF | 2.10 |
| 06/06/13 | Additional revisions to allocations for settlement demands and cash flow analysis. | W001 | MG | 3.20 |
| 06/07/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments issues (1.30). | W001 | GFF | 1.90 |
| 06/07/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: follow form provisions, insolvent insurance companies, indemnifications, payment and other insurance policy issues. | W001 | IF | 1.60 |
| 06/07/13 | Search on-line resources re:  updated information on scheme of arrangement. | W001 | IF | 0.60 |
| 06/07/13 | Revise allocations for settlement demands and cash flow analysis. | W001 | MG | 3.20 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| July 10, 2013 | INVOICE:             254536 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/10/13 | Review changes to time and expense entries (.90); draft monthly fee application (1.20) and forward for attorney review. | W011 | AHP | 2.10 |
| 06/10/13 | Continue analysis of selected insurance settlement agreements re: subject policies and scope of release issues (1.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.40 |
| 06/10/13 | Continued to analyze and update information on excess policies, settlements and reimbursement agreements re: following form provisions, insolvent insurance companies, indemnifications, payment and other insurance policy issues. | W001 | IF | 2.10 |
| 06/11/13 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.70 |
| 06/11/13 | Continued to review and update information on excess policies, settlement agreements and reimbursement agreements re: following form, insolvents, indemnifications, payment and other policy issues. | W001 | IF | 1.60 |
| 06/12/13 | Communications with R. Horkovich and M. Garbowski re: questions concerning draft Asbestos Creditors Committee letter. | W001 | DJN | 0.30 |
| 06/12/13 | Continue analysis of selected insurance policies re: follow form, asbestos exclusions, and voluntary payments (1.10); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (.80) | W001 | GFF | 1.90 |
| 06/12/13 | Continued analyzing and updating information on excess policies, settlement agreements and reimbursement agreements re: follow form language, insolvents, indemnifications, payment issues and other insurance issues. | W001 | IF | 1.80 |
| 06/12/13 | Update cash flow model. | W001 | MG | 1.40 |
| 06/12/13 | Review emails re: insurance company demand and review allocation work product re: same. | W001 | MG | 1.20 |
| 06/12/13 | Review fee application. | W011 | RYC | 0.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

July 10, 2013                           INVOICE:          254536

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/13/13 | Finalize and release monthly fee application. | W011 | AHP | 1.20 |
| 06/13/13 | In connection with responding to Asbestos Creditors Committee questions, compare trust distribution procedures to determine how statute of limitations is addressed and prepare email to R. Horkovich and M. Garbowski re: analysis of statute of limitations issue. | W001 | DJN | 1.10 |
| 06/13/13 | Draft email re: insurance company demand and review allocation work product re: same. | W001 | MG | 0.60 |
| 06/13/13 | Update CIP allocation model. | W001 | MG | 2.40 |
| 06/13/13 | Edits to demand letter. | W001 | RMH | 1.20 |
| 06/13/13 | Continue review and comment upon fee applications. | W011 | RYC | 0.30 |
| 06/14/13 | Review and update in connection with allocation modeling and settlement status. | W001 | RYC | 0.90 |
| 06/17/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90); draft and revise settlement agreement summaries (.70). | W001 | GFF | 1.60 |
| 06/17/13 | Continued to analyze and update information on excess policies, settlements and reimbursement agreements re:  indemnifications, following form language, insolvent insurance companies, payment and other insurance policy issues. | W001 | IF | 1.90 |
| 06/18/13 | Continue analysis of selected settlement agreements re: subject policies and scope of release issues. | W001 | GFF | 1.30 |
| 06/18/13 | Continued reviewing and updating information on excess policies, settlements and reimbursement agreements re:  indemnifications, following form language, insolvent insurance companies, payment and other insurance policy issues. | W001 | IF | 1.40 |
| 06/18/13 | Report to proposed Trustees regarding 3d Circuit argument. | W001 | RMH | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

July 10, 2013                                                        INVOICE:           254536

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/19/13 | Continued to review and update information on excess insurance policies, settlements and reimbursement agreements re: following form language, insolvents, indemnifications, payment and other policy issues. | W001 | IF | 2.10 |
| 06/19/13 | Update cash flow model. | W001 | MG | 2.30 |
| 06/20/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: following form language, insolvents, indemnifications, payment and other policy issues. | W001 | IF | 2.20 |
| 06/20/13 | Attention to inquiries regarding objections to Grace Interim Fee Applications. | W011 | RYC | 0.20 |
| 06/21/13 | Continued to update information and review excess insurance policies, settlement agreements and reimbursement agreements re: following form language, insolvent insurance companies, indemnifications, payment and other insurance policy issues. | W001 | IF | 2.10 |
| 06/21/13 | Update cash flow model. | W001 | MG | 2.20 |
| 06/21/13 | Follow-up in connection with re-evaluation of settlements in connection with allocation of future estimates. | W001 | RYC | 0.80 |
| 06/24/13 | Continued reviewing and updating information on excess insurance policies, settlements and reimbursement agreements re: follow form language, insolvent insurance companies, indemnifications, payment and other insurance issues. | W001 | IF | 1.80 |
| 06/25/13 | Continue to review and update information on excess insurance policies, settlement agreements and reimbursement agreements re: following form, insolvent insurance companies, indemnifications, payment and other insurance policy issues. | W001 | IF | 1.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                  MATTER:      100055.WRG01

July 10, 2013                                    INVOICE:         254536

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/26/13 | Continued updating information and reviewing excess insurance policies, settlements and reimbursement agreements re: follow form, insolvent insurance companies, indemnifications, payment and other policy issues. | W001 | IF | 2.20 |
| 06/26/13 | Review and evaluate revised insurance asset analysis in connection with allocation of future estimates. | W001 | RYC | 1.60 |
| 06/27/13 | Continued to update information and review excess insurance policies, settlements and reimbursement agreements re: insolvent insurance companies, following form language, indemnifications, payment and other insurance policy issues. | W001 | IF | 2.40 |
| 06/27/13 | Continue to update cash flow model. | W001 | MG | 3.30 |
| 06/28/13 | Continued to update information on excess insurance policies, settlements and reimbursement agreements re: insolvent insurance companies, follow form, indemnifications, payment and other insurance policy issues. | W001 | IF | 0.90 |

**TOTAL FEES:**                                                    **$40,952.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE            MATTER:     100055.WRG01

July 10, 2013                                       INVOICE:         254536

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| | **FEE SUMMARY** | | |
|---|---|---|---|
| | **RATE** | **HOURS** | **TOTALS** |
| Arline H Pelton | 270.00 | 5.90 | 1,593.00 |
| Dennis J. Nolan | 495.00 | 1.60 | 792.00 |
| Glenn F Fields | 365.00 | 15.70 | 5,730.50 |
| Izak Feldgreber | 315.00 | 34.60 | 10,899.00 |
| Mark Garbowski | 650.00 | 25.00 | 16,250.00 |
| Robert M Horkovich | 925.00 | 2.50 | 2,312.50 |
| Robert Y Chung | 675.00 | 5.00 | 3,375.00 |
| **TOTAL FEES:** | | | **$40,952.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| July 10, 2013 | INVOICE:          254536 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Dennis J. Nolan | 1.40 | 693.00 |
| Glenn F Fields | 15.70 | 5,730.50 |
| Izak Feldgreber | 34.60 | 10,899.00 |
| Mark Garbowski | 25.00 | 16,250.00 |
| Robert M Horkovich | 2.50 | 2,312.50 |
| Robert Y Chung | 3.30 | 2,227.50 |
| **TOTAL:** | **82.50** | **$38,112.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 5.90 | 1,593.00 |
| Dennis J. Nolan | 0.20 | 99.00 |
| Robert Y Chung | 1.70 | 1,147.50 |
| **TOTAL:** | **7.80** | **$2,839.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

July 10, 2013                                      INVOICE:          254536

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| COSTS through 06/30/13 |
|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 06/04/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 06/04/13 | DI - PHOTOCOPYING - | E101 | 3.90 |
| 06/13/13 | DI - PHOTOCOPYING - | E101 | 6.40 |
| 06/14/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 06/18/13 | DI - PHOTOCOPYING - | E101 | 4.20 |
| 06/18/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 06/20/13 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 06/20/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 06/21/13 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 06/25/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 06/25/13 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 06/26/13 | DI - PHOTOCOPYING - | E101 | 1.10 |
| 06/26/13 | DI - PHOTOCOPYING - | E101 | 5.00 |
| 06/26/13 | DI - PHOTOCOPYING - | E101 | 27.50 |
| 06/27/13 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 06/27/13 | DI - PHOTOCOPYING - | E101 | 1.30 |

**TOTAL COSTS:**                                                   **$56.00**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| XE | DI - PHOTOCOPYING - | 56.00 |
| | **TOTAL COSTS:** | **$56.00** |

**TOTAL DUE:**                                   **$41,008.00**