# EXHIBIT A

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2013 through April 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 01-Apr-13 | BR | Review of Grace 2012 10-K. | 3.80 | $680.00 | $ 2,584.00 |
| 01-Apr-13 | BR | Tel C w/ J. Sinclair to discuss Debtors' LTIP motion. | 0.10 | $680.00 | $ 68.00 |
| 01-Apr-13 | BR | Analysis with respect to W.R. Grace motion to implement 2013 LTIP. | 1.10 | $680.00 | $ 748.00 |
| 02-Apr-13 | BR | Drafting memorandum relating to counsel to the ACC relating to Grace's 2013 LTIP motion. | 1.90 | $680.00 | $ 1,292.00 |
| 02-Apr-13 | BR | E-mail correspondence with Adam Schlesinger to discuss LTIP motion. | 0.20 | $680.00 | $ 136.00 |
| 02-Apr-13 | BR | Revisions to memorandum to counsel to the ACC relating to Grace's 2013 LTIP motion. | 0.20 | $680.00 | $ 136.00 |
| 03-Apr-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 04-Apr-13 | BR | Review of Grace monthly financial report for February 2013. | 1.40 | $680.00 | $ 952.00 |
| 10-Apr-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 24-Apr-13 | BR | Review of confidential materials provided by financial advisor to the Debtor. | 1.60 | $680.00 | $ 1,088.00 |
| 25-Apr-13 | BR | Review of Grace motion re authorization to participate in auction bid for an acquisition target. | 1.10 | $680.00 | $ 748.00 |
| 25-Apr-13 | BR | Review of J Sinclair memo re Grace motion. | 0.20 | $680.00 | $ 136.00 |
| | | Total Bradley Rapp | 11.80 | | $ 8,024.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Apr-13 | JS | Call with Rapp to discuss proposed LTIP Motion for purposes of advising ACC counsel. | 0.10 | $680.00 | $ 68.00 |
| 02-Apr-13 | JS | Review, calculate option values for LTIP to confirm error in Motion discover by Rapp for purposes of correction Motion. | 0.80 | $680.00 | $ 544.00 |
| 03-Apr-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 09-Apr-13 | JS | Review interest accruals and discount rates on assets allocated to asbestos trust for recovery. | 1.20 | $680.00 | $ 816.00 |
| 09-Apr-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $680.00 | $ 408.00 |
| 10-Apr-13 | JS | Review, analyze preliminary earnings report for 1st Quarter 2013 for monitoring and valuation. | 2.60 | $680.00 | $ 1,768.00 |
| 10-Apr-13 | JS | Call with Jamie O'Connell regarding business transaction and planned | 0.30 | $680.00 | $ 204.00 |
| 15-Apr-13 | JS | Review, analyze pricing data and information, write brief commentary on 1st quarter earnings report for purposes of advising ACC counsel. | 0.80 | $680.00 | $ 544.00 |
| 23-Apr-13 | JS | Conference call with O'Connell and Schlesinger regarding business transaction. | 0.20 | $680.00 | $ 136.00 |
| 23-Apr-13 | JS | Review, analyze business transaction materials from Blackstone and 8-K Pro-Forma statement (2-27-13) for purposes of advising ACC counsel. | 3.20 | $680.00 | $ 2,176.00 |
| 24-Apr-13 | JS | Review earnings report (full release) for 1st quarter 2013 and Business Update in preparation for earnings call on 4/24/13. | 1.50 | $680.00 | $ 1,020.00 |
| 24-Apr-13 | JS | Participated by conference phone in earning call with analysts by Fred Fista, CEO and Hudson La Force, CFO, for purposes of advising ACC counsel. | 0.80 | $680.00 | $ 544.00 |
| 24-Apr-13 | JS | Review, analyze Bid and Acquisition Approval Motion for business transaction for purposes of advising ACC counsel. | 2.50 | $680.00 | $ 1,700.00 |
| 25-Apr-13 | JS | Call with Inselbuch re business transaction. | 0.10 | $680.00 | $ 68.00 |
| 25-Apr-13 | JS | Call with Joe Radecki, FA to FCR, re business transaction. | 0.20 | $680.00 | $ 136.00 |
| 25-Apr-13 | JS | Call with O'Connell re Project business transaction. | 0.10 | $680.00 | $ 68.00 |
| 25-Apr-13 | JS | Call with Radecki re Project business transaction. | 0.10 | $680.00 | $ 68.00 |
| 25-Apr-13 | JS | Write memorandum to ACC counsel regarding business transaction for purposes of advising ACC counsel. | 3.10 | $680.00 | $ 2,108.00 |
| 26-Apr-13 | JS | Call with Radecki re business transaction. | 0.10 | $680.00 | $ 68.00 |
| 26-Apr-13 | JS | Call with Inselbuch re business transaction. | 0.10 | $680.00 | $ 68.00 |
| 26-Apr-13 | JS | Memorandum to Inselbuch regarding business transaction. | 0.30 | $680.00 | $ 204.00 |
| 30-Apr-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.70 | $680.00 | $ 476.00 |
| | | Total James Sinclair | 19.90 | | $ 13,532.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2013 through April 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Peter Cramp - Associate | | | | | |
| 01-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 08-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $375.00 | $ 712.50 |
| 10-Apr-13 | PC | Review and analyze Preliminary 2013 First Quarter Earnings for due diligence. | 0.60 | $375.00 | $ 225.00 |
| 15-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 22-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 24-Apr-13 | PC | Telephonic participation in WR Grace Q1 earnings call for due diligence. | 0.80 | $375.00 | $ 300.00 |
| 24-Apr-13 | PC | Review Q1 earnings release for due diligence. | 1.30 | $375.00 | $ 487.50 |
| 24-Apr-13 | PC | Review materials from Blackstone regarding potential transaction for due diligence. | 0.50 | $375.00 | $ 187.50 |
| 25-Apr-13 | PC | Review news articles and email to J. Sinclair for due diligence. | 1.10 | $375.00 | $ 412.50 |
| 25-Apr-13 | PC | Review draft motion for potential transaction for due diligence. | 0.40 | $375.00 | $ 150.00 |
| 25-Apr-13 | PC | Review memorandum of J. Sinclair regarding potential transaction for due diligence. | 0.40 | $375.00 | $ 150.00 |
| 29-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| | | Total Peter Cramp | 13.10 | | $ 4,912.50 |
| Gibbons Sinclair - Associate | | | | | |
| 25-Apr-13 | GS | Review business transaction for due diligence. | 0.30 | $ 375.00 | $ 112.50 |
| 26-Apr-13 | GS | Review and revise WR Grace Fee Application | 0.40 | $ 375.00 | $ 150.00 |
| | | Total Gibbons Sinclair | 0.70 | | $ 262.50 |
| | | **TOTAL** | 45.50 | | $ 26,731.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  April 1, 2013 through April 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 01-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 08-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $375.00 | $ 712.50 |
| 09-Apr-13 | JS | Review interest accruals and discount rates on assets allocated to asbestos trust for recovery. | 1.20 | $680.00 | $ 816.00 |
| 15-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 22-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 24-Apr-13 | PC | Review materials from Blackstone regarding potential transaction for due diligence. | 0.50 | $375.00 | $ 187.50 |
| 29-Apr-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| | | Total Asset Analysis and Recovery | 9.70 | | $ 4,003.50 |
| Case Administration | | | | | |
| 01-Apr-13 | BR | Review of Grace 2012 10-K. | 3.80 | $680.00 | $ 2,584.00 |
| 03-Apr-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 03-Apr-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 04-Apr-13 | BR | Review of Grace monthly financial report for February 2013. | 1.40 | $680.00 | $ 952.00 |
| 09-Apr-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $680.00 | $ 408.00 |
| 10-Apr-13 | JS | Review, analyze preliminary earnings report for 1st Quarter 2013 for monitoring and valuation. | 2.60 | $680.00 | $ 1,768.00 |
| 10-Apr-13 | JS | Call with Jamie O'Connell regarding business transaction and planned | 0.30 | $680.00 | $ 204.00 |
| 10-Apr-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 10-Apr-13 | PC | Review and analyze Preliminary 2013 First Quarter Earnings for due diligence. | 0.60 | $375.00 | $ 225.00 |
| 15-Apr-13 | JS | Review, analyze pricing data and information, write brief commentary on 1st quarter earnings report for purposes of advising ACC counsel. | 0.80 | $680.00 | $ 544.00 |
| 23-Apr-13 | JS | Conference call with O'Connell and Schlesinger regarding the business transaction. | 0.20 | $680.00 | $ 136.00 |
| 23-Apr-13 | JS | Review, analyze business transaction materials from Blackstone and 8-K Pro-Forma statement (2-27-13) for purposes of advising ACC counsel. | 3.20 | $680.00 | $ 2,176.00 |
| 24-Apr-13 | JS | Review earnings report (full release) for 1st quarter 2013 and Business Update in preparation for earnings call on 4/24/13. | 1.50 | $680.00 | $ 1,020.00 |
| 24-Apr-13 | JS | Participated by conference phone in earning call with analysts by Fred Fista, CEO and Hudson La Force, CFO, for purposes of advising ACC counsel. | 0.80 | $680.00 | $ 544.00 |
| 24-Apr-13 | JS | Review, analyze business transaction for purposes of advising ACC counsel. | 2.50 | $680.00 | $ 1,700.00 |
| 24-Apr-13 | BR | Review of confidential materials provided by financial advisor to the Debtor. | 1.60 | $680.00 | $ 1,088.00 |
| 24-Apr-13 | PC | Telephonic participation in WR Grace Q1 earnings call for due diligence. | 0.80 | $375.00 | $ 300.00 |
| 24-Apr-13 | PC | Review Q1 earnings release for due diligence. | 1.30 | $375.00 | $ 487.50 |
| 25-Apr-13 | JS | Call with Inselbuch re business transaction. | 0.10 | $680.00 | $ 68.00 |
| 25-Apr-13 | JS | Call with Joe Radecki, FA to FCR, re business transaction. | 0.20 | $680.00 | $ 136.00 |
| 25-Apr-13 | JS | Call with O'Connell re business transaction. | 0.10 | $680.00 | $ 68.00 |
| 25-Apr-13 | JS | Call with Radecki re business transaction. | 0.10 | $680.00 | $ 68.00 |
| 25-Apr-13 | JS | Write memorandum to ACC counsel regarding business transaction for purposes of advising ACC counsel. | 3.10 | $680.00 | $ 2,108.00 |
| 25-Apr-13 | BR | Review of Grace motion re authorization to participate in auction bid for an acquisition target. | 1.10 | $680.00 | $ 748.00 |
| 25-Apr-13 | BR | Review of J Sinclair memo re Grace motion. | 0.20 | $680.00 | $ 136.00 |
| 25-Apr-13 | PC | Review news articles and email to J. Sinclair for due diligence. | 1.10 | $375.00 | $ 412.50 |
| 25-Apr-13 | PC | Review draft motion for potential transaction for due diligence. | 0.40 | $375.00 | $ 150.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  April 1, 2013 through April 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| 25-Apr-13 | PC | Review memorandum of J. Sinclair regarding potential transaction for due diligence. | 0.40 | $375.00 | $ 150.00 |
| 25-Apr-13 | GS | Review business transaction for due diligence. | 0.30 | $375.00 | $ 112.50 |
| 26-Apr-13 | JS | Call with Radecki re business transaction. | 0.10 | $680.00 | $ 68.00 |
| 26-Apr-13 | JS | Call with Inselbuch re business transaction. | 0.10 | $680.00 | $ 68.00 |
| 26-Apr-13 | JS | Memorandum to Inselbuch regarding business transaction. | 0.30 | $680.00 | $ 204.00 |
| 30-Apr-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.70 | $680.00 | $ 476.00 |
| | | Total Case Administration | 31.00 | | $ 19,585.50 |

Employee Benefits/Pensions

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| 01-Apr-13 | JS | Call with Rapp to discuss proposed LTIP Motion for purposes of advising ACC counsel. | 0.10 | $680.00 | $ 68.00 |
| 01-Apr-13 | BR | Tel C w/ J. Sinclair to discuss Debtors' LTIP motion. | 0.10 | $680.00 | $ 68.00 |
| 01-Apr-13 | BR | Analysis with respect to W.R. Grace motion to implement 2013 LTIP. | 1.10 | $680.00 | $ 748.00 |
| 02-Apr-13 | JS | Review, calculate option values for LTIP to confirm error in Motion discover by Rapp for purposes of correction Motion. | 0.80 | $680.00 | $ 544.00 |
| 02-Apr-13 | BR | Drafting memorandum relating to counsel to the ACC relating to Grace's 2013 LTIP motion. | 1.90 | $680.00 | $ 1,292.00 |
| 02-Apr-13 | BR | E-mail correspondence with Adam Schlesinger to discuss LTIP motion. | 0.20 | $680.00 | $ 136.00 |
| 02-Apr-13 | BR | Revisions to memorandum to counsel to the ACC relating to Grace's 2013 LTIP motion. | 0.20 | $680.00 | $ 136.00 |
| | | Total Employee Benefits/Pensions | 4.40 | | $ 2,992.00 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| 26-Apr-13 | GS | Review and revise WR Grace Fee Application. | 0.40 | $ 375.00 | $ 150.00 |
| | | Total Fee Applications (Applicant) | 0.40 | | $ 150.00 |
| | | **TOTAL** | 45.50 | | $ 26,731.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  April 1, 2013 through April 30, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 11.80 | $ 680.00 | $ 8,024.00 |
| James Sinclair - Senior Managing Director | 19.90 | $ 680.00 | $ 13,532.00 |
| Peter Cramp - Associate | 13.10 | $ 375.00 | $ 4,912.50 |
| Gibbons Sinclair - Associate | 0.70 | $ 375.00 | $ 262.50 |
| Total Professional Hours and Fees | 45.50 | | $ 26,731.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  April 1, 2013 through April 30, 2013

| Date | Description of Item | Amount |
|---|---|---|
|  | No Expenses During this Period. |  |

Total Expenses April 1, 2013 through April 30, 2013     $0.00

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2013 through May 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 06-May-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 11-May-13 | BR | Review of Grace's post-confirmation summary report for March 2013. | 0.20 | $680.00 | $ 136.00 |
| 11-May-13 | BR | Review of Grace's monthly financial report for March 2013. | 1.10 | $680.00 | $ 748.00 |
| 17-May-13 | BR | Review and analysis of financial statements set forth in the 1Q13 10-Q. | 2.10 | $680.00 | $ 1,428.00 |
| 17-May-13 | BR | Review of text of Grace 1Q13 10-Q. | 2.50 | $680.00 | $ 1,700.00 |
| 25-May-13 | BR | Review of docket report and selected items set forth therein. | 1.00 | $680.00 | $ 680.00 |
| 29-May-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| | | Total Bradley Rapp | 7.10 | | $ 4,828.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 02-May-13 | JS | Call with Inselbuch regarding Grace transaction. | 0.20 | $680.00 | $ 136.00 |
| 06-May-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.70 | $680.00 | $ 476.00 |
| 15-May-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 23-May-13 | JS | Review, analyze pricing information and date for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 28-May-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $680.00 | $ 408.00 |
| | | Total James Sinclair | 2.50 | | $ 1,700.00 |
| Peter Cramp - Associate | | | | | |
| 06-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 06-May-13 | PC | Review 10-Q filing for due diligence. | 1.40 | $375.00 | $ 525.00 |
| 06-May-13 | PC | Review 1st quarter earnings release of Sealed Air, email to J. Sinclair. | 0.60 | $375.00 | $ 225.00 |
| 13-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 20-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 28-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $375.00 | $ 712.50 |
| | | Total Peter Cramp | 8.30 | | $ 3,112.50 |
| Gibbons Sinclair - Associate | | | | | |
| 14-May-13 | GS | Review and revise Interim Fee Application | 0.60 | $375.00 | $ 225.00 |
| | | Total Gibbons Sinclair | 0.60 | | $ 225.00 |
| | | **TOTAL** | 18.50 | | $ 9,865.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  May 1, 2013 through May 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 06-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 13-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 20-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 28-May-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $375.00 | $ 712.50 |
| | | Total Asset Analysis and Recovery | 6.30 | | $ 2,362.50 |
| Business Operations | | | | | |
| 02-May-13 | JS | Call with Inselbuch regarding Grace transaction. | 0.20 | $680.00 | $ 136.00 |
| | | Total Business Operations | 0.20 | | $ 136.00 |
| Case Administration | | | | | |
| 06-May-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.70 | $680.00 | $ 476.00 |
| 06-May-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| 06-May-13 | PC | Review 10-Q filing for due diligence. | 1.40 | $375.00 | $ 525.00 |
| 06-May-13 | PC | Review 1st quarter earnings release of Sealed Air, email to J. Sinclair. | 0.60 | $375.00 | $ 225.00 |
| 11-May-13 | BR | Review of Grace's post-confirmation summary report for March 2013. | 0.20 | $680.00 | $ 136.00 |
| 11-May-13 | BR | Review of Grace's monthly financial report for March 2013. | 1.10 | $680.00 | $ 748.00 |
| 15-May-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 17-May-13 | BR | Review and analysis of financial statements set forth in the 1Q13 10-Q. | 2.10 | $680.00 | $ 1,428.00 |
| 17-May-13 | BR | Review of text of Grace 1Q13 10-Q. | 2.50 | $680.00 | $ 1,700.00 |
| 23-May-13 | JS | Review, analyze pricing information and date for purposes of advising ACC counsel. | 0.50 | $680.00 | $ 340.00 |
| 25-May-13 | BR | Review of docket report and selected items set forth therein. | 1.00 | $680.00 | $ 680.00 |
| 28-May-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $680.00 | $ 408.00 |
| 29-May-13 | BR | Review of weekly update report on Grace. | 0.10 | $680.00 | $ 68.00 |
| | | Total Case Administration | 11.40 | | $ 7,142.00 |
| Fee Applications (Applicant) | | | | | |
| 14-May-13 | GS | Review and revise Interim Fee Application | 0.60 | $375.00 | $ 225.00 |
| | | Total Fee Applications (Applicant) | 0.60 | | $ 225.00 |
| | | **TOTAL** | 18.50 | | $ 9,865.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  May 1, 2013 through May 31, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 7.10 | $ 680.00 | $ 4,828.00 |
| James Sinclair - Senior Managing Director | 2.50 | $ 680.00 | $ 1,700.00 |
| Peter Cramp - Associate | 8.30 | $ 375.00 | $ 3,112.50 |
| Gibbons Sinclair - Associate | 0.60 | $ 375.00 | $ 225.00 |
| Total Professional Hours and Fees | 18.50 | | $ 9,865.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  May 1, 2013 through May 31, 2013

| Date | Description of Item | Amount |
|---|---|---|
| 31-May-13 | Online Research - PACER | $5.00 |
| | Total Expenses May 1, 2013 through May 31, 2013 | $5.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2013 through June 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 07-Jun-13 | BR | Review of monthly financial report for April 2013. | 1.00 | $ 680.00 | $ 680.00 |
| | | Total Bradley Rapp | 1.00 | | $ 680.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 10-Jun-13 | JS | Review, analyze pricing data and information for purposes of advising ACC | 0.70 | $ 680.00 | $ 476.00 |
| 24-Jun-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| | | Total James Sinclair | 1.30 | | $ 884.00 |
| Peter Cramp - Associate | | | | | |
| 03-Jun-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 24-Jun-13 | PC | Prepare weekly share price and settlement package value updates (2) for E. Inselbuch. | 3.10 | $375.00 | $ 1,162.50 |
| | | Total Peter Cramp | 4.40 | | $ 1,650.00 |
| Gibbons Sinclair - Associate | | | | | |
| 04-Jun-13 | GS | Review and revisions to WR Grace Fee Application | 0.40 | $375.00 | $ 150.00 |
| | | Total Gibbons Sinclair | 0.40 | | $ 150.00 |
| | | **TOTAL** | 7.10 | | $ 3,364.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2013 through June 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Jun-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 07-Jun-13 | BR | Review of monthly financial report for April 2013. | 1.00 | $ 680.00 | $ 680.00 |
| 10-Jun-13 | JS | Review, analyze pricing data and information for purposes of advising ACC | 0.70 | $ 680.00 | $ 476.00 |
| 24-Jun-13 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 24-Jun-13 | PC | Prepare weekly share price and settlement package value updates (2) for E. Inselbuch. | 3.10 | $375.00 | $ 1,162.50 |
| | | Total Asset Analysis and Recovery | 6.70 | | $ 3,214.00 |
| Fee Applications (Applicant) | | | | | |
| 04-Jun-13 | GS | Review and revisions to WR Grace Fee Application | 0.40 | $375.00 | $ 150.00 |
| | | Total Fee Applications (Applicant) | 0.40 | | $ 150.00 |
| | | **TOTAL** | 7.10 | | $ 3,364.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2013 through June 30, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 1.00 | $ 680.00 | $ 680.00 |
| James Sinclair - Senior Managing Director | 1.30 | $ 680.00 | $ 884.00 |
| Peter Cramp - Associate | 4.40 | $ 375.00 | $ 1,650.00 |
| Gibbons Sinclair - Associate | 0.40 | $ 375.00 | $ 150.00 |
| Total Professional Hours and Fees | 7.10 | | $ 3,364.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2013 through June 30, 2013

| Date | Description of Item | Amount |
|---|---|---|
| 31-May-13 | Online Research - PACER | $5.00 |
| | Total Expenses May 1, 2013 through May 31, 2013 | $5.00 |