**EXHIBIT A**

## **Matter 16 - Asset Analysis and Recovery - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/13/2013 | Lisa G Esayian | .20 | Correspond with Markel's counsel and R. Finke re settlement payment. |
| 5/29/2013 | Lisa G Esayian | .80 | Review ACC's draft settlement proposal re Allstate (.4); provide comments re same (.4). |
| | Total: | 1.00 | |

A-2

## Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/09/2013 | Jeffrey Gettleman | .40 | Telephone conference with R. Higgins re claims arising from multi-site agreement with EPA and related notice issues. |
| | Total: | .40 | |

A-3

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/2013 | Jeffrey Gettleman | .90 | Telephone conference with R. Higgins re sale of real estate (.4); retrieve precedent re same (.2); correspond with R. Higgins re same (.3). |
| 5/02/2013 | Jeffrey Gettleman | .10 | Correspond with A. Paul re timetable for Project Larch. |
| 5/02/2013 | Adam C Paul | .10 | Correspond with J. Gettleman re asset transaction. |
| 5/06/2013 | Adam C Paul | .40 | Analyze timeline for proposed transaction. |
| 5/07/2013 | Jeffrey Gettleman | .20 | Correspond with R. Higgins re entry of order approving sale of property (.1); review correspondence from R. Higgins re Docket No. 30600 (.1). |
| 5/08/2013 | Jeffrey Gettleman | .30 | Review correspondence from J. Rohen re Project Larch approval timeline (.1); review timeline (.1); review correspondence from J. Sprayregen re same (.1). |
| 5/30/2013 | Jeffrey Gettleman | .70 | Telephone conference with M. Shelnitz, E. Filon and A. Paul re analysis of potential transaction. |
| 5/30/2013 | Adam C Paul | 1.10 | Telephone conference with M. Shelnitz re hedging transaction (.8); prepare for same (.3). |
| | Total: | 3.80 | |

A-4

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/02/2013 | Maureen McCarthy | 1.80 | Draft March fee application. |
| 5/07/2013 | Maureen McCarthy | 1.70 | Review and revise March fee application. |
| 5/08/2013 | Maureen McCarthy | 1.30 | Revise and finalize March fee application (.9); prepare same for filing and service (.4). |
| 5/10/2013 | Benjamin Rhode | 3.70 | Review and revise April invoice re applicable protocols. |
| 5/14/2013 | Mike Jones | 1.80 | Review and revise April fee application (1.6); correspond with working group re same (.2). |
| 5/15/2013 | Mike Jones | .50 | Correspond with working group re supplemental affidavit. |
| 5/20/2013 | Timothy Schmeling | .60 | Prepare and compile precedent re supplemental affidavits of disinterestedness. |
| 5/21/2013 | Adam C Paul | 1.10 | Analyze and revise April fee application. |
| 5/21/2013 | Timothy Schmeling | .50 | Review and prepare precedent re cited supplemental declarations. |
| | Total: | 13.00 | |

A-5

## Matter 35 - Fee Applications, Other - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/07/2013 | Jeffrey Gettleman | 2.40 | Telephone conference with A. Paul re OCP question (.2); correspond with A. Brniak re pleadings re same (.2); correspond with A. Paul re authority for OCPs to exceed cap (.2); office conference with T. Schmeling re same (.1); review final OCP motions and orders as entered (.9); draft, review and revise analysis of OCP issues (.4); correspond with A. Paul and R. Higgins re OCP issue (.4). |
| 5/08/2013 | Andrew Brniak | .70 | Review and compile pleading re retention of ordinary course professionals. |
|  | Total: | 3.10 |  |

A-6

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/2013 | Mike Jones | 1.10 | Correspond with working group re Effective Date chart (.6); correspond with J. Bernbrock re appeal issues (.5). |
| 5/01/2013 | Mark E Hervey | 1.90 | Organize stored litigation documents and prepare materials for client. |
| 5/01/2013 | Kimberly K Love | 5.80 | Review and obtain information re percentage of equity in various cases (1.7); review files and obtain plans of reorganization from various cases (1.4); review, revise and cite check fair and equitable outline (2.7). |
| 5/01/2013 | Jeffrey Gettleman | 1.20 | Telephone conference with M. Jones re edits to Effective Date chart and drafting/review of closing documents (.4); correspond with K. Makowski re status of filing of status reports in Chakarian and Scotts adversary proceedings (.3); review correspondence from P. Cuniff re filing of same (.1); office conference with A. Paul re Effective Date planning chart (.1); correspond with R. Finke re same (.1); correspond with counsel for plan proponents re same (.2). |
| 5/01/2013 | Adam C Paul | 1.90 | Review and revise Effective Date chart (.8); prepare for appeals (1.1). |
| 5/01/2013 | Rana Barakat | 6.30 | Review Garlock briefings in bankruptcy and district court re "fair and equitable" test (1.3); draft summary for J. Donley re same (.8); draft, review and revise outline for oral argument responding to Garlcock appeal arguments (4.2). |
| 5/01/2013 | Nia Dukov | .80 | Research and outlining for J. Donley in preparation for oral argument on lender issues. |
| 5/01/2013 | Factual Research | 1.00 | Library Research re list of journal publications and sections from Collier on Bankruptcy. |
| 5/01/2013 | Factual Research | 2.80 | Library Research re 1934 Bankruptcy Act history. |
| 5/01/2013 | John Donley, P.C. | 5.00 | Review J. Gettleman research re CCP issues (.3); discuss same with A. Paul (.2); review and revise sur-reply and argument prep outlines and review of record and authorities (4.5). |
| 5/01/2013 | Lisa G Esayian | 1.60 | Review new bankruptcy court opinions re 524(g) issues. |
| 5/01/2013 | Lesley Fairley | 5.90 | Collect and organize materials in preparation for upcoming hearing (4.3); update binders of case law cited in various briefing (1.6). |
| 5/02/2013 | Mike Jones | .40 | Office conference with J. Bernbrock re appeal issues. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/02/2013 | Mark E Hervey | 1.40 | Organize stored litigation documents and prepare materials for client. |
| 5/02/2013 | Justin Bernbrock | .40 | Office conference with M. Jones re appeal issues. |
| 5/02/2013 | Kimberly K Love | 8.40 | Prepare and organize various materials requested by R. Barakat and L. Esayian for use with preparation of various outlines (2.3); review, revise and cite check fair and equitable and FCR outlines (6.1). |
| 5/02/2013 | Adam C Paul | .80 | Prepare for appeals. |
| 5/02/2013 | Rana Barakat | 1.90 | Office conference with J. Donley re sur-reply to Garlock appeal brief (.2); conduct research re binding effect of prior drafts of plans of reorganization (.6); conduct research re res judicata effect of confirmed plan of reorganization (.4); review and analyze case law re same (.7). |
| 5/02/2013 | Nia Dukov | 4.30 | Research and outlining for J. Donley in preparation for oral argument on lender issues. |
| 5/02/2013 | John Donley, P.C. | 8.20 | Telephone conference with R. Wyron re appeal issues (.2); telephone conference with A. Paul re same (.3); telephone conference with P. Bentley re same (.1); review recent pleadings and filings (.2); review TDP outline and materials (1.4); review and revise Garlock sur-reply/prep outline (1.2); review and parse AMH-related record and draft and revise AMH outline and argument prep notes (4.8). |
| 5/03/2013 | Mike Jones | 2.20 | Review and revise Effective Date planning chart (1.8); correspond with working group re same (.4). |
| 5/03/2013 | Kimberly K Love | 6.90 | Assist with preparation of appellate briefs and supporting documents to be forwarded to A. Paul (2.6); prepare and organize materials requested by R. Barakat and L. Esayian (2.1); review, revise and cite check outlines re fair and equitable and FCR (2.2). |
| 5/03/2013 | Jeffrey Gettleman | .30 | Correspond with M. Jones re closing document comparison project and completion of Sealed Air research (.1); review correspondence from M. Jones re Effective Date issues (.2). |
| 5/03/2013 | Rana Barakat | 2.20 | Conduct research re binding effect of prior drafts of plans of reorganization (.3); conduct research re res judicata effect of confirmed plan of reorganization (.3); review and analyze case law re same (.3); draft summary of research re binding effect of prior drafts of plans of reorganization and res judicata effect of confirmed plan of reorganization (1.3). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/03/2013 | John Donley, P.C. | 9.20 | Review and analyze cases and authorities relating to AMH appeal (3.7); review and revise outlines in preparation for oral argument (3.8); revise Garlock outline (1.7). |
| 5/03/2013 | Lesley Fairley | 2.90 | Collect and organize various case file materials in preparation for upcoming hearing. |
| 5/03/2013 | James H M Sprayregen, P.C. | .40 | Correspond with working group re appeal issues and strategy. |
| 5/04/2013 | Rana Barakat | 1.10 | Draft outline of sur-reply to Garlock standing argument. |
| 5/05/2013 | Rana Barakat | 2.20 | Draft outline of sur-reply to Garlock standing argument. |
| 5/06/2013 | Jeffrey Gettleman | .70 | Telephone conference with M. Pongratz re closing precedent (.2); correspond with R. Higgins re Cooperation Agreement exhibit (.1); correspond with S. Butler re precedential tax opinion letter re Grace closing documents (.3); correspond with A. Paul re same (.1). |
| 5/06/2013 | Jeffrey Gettleman | 3.40 | Review precedent closing documents (.8); review Grace Effective Date chart re same (.4); review plan and exhibits re same (.8); correspond with R. Higgins re drafting "undisputed claims exhibit" (.4); correspond with K. Crow re drafting corporate closing documents for Effective Date (.1); correspond with A. Paul re exhibit required by Cooperation Agreement (.2); draft, review and revise list of questions re chart of closing documents to be drafted (.7). |
| 5/06/2013 | Adam C Paul | 1.80 | Correspond with J. Gettleman re Effective Date (.4); prepare for appeals (1.4). |
| 5/06/2013 | Rana Barakat | 2.90 | Draft outline of sur-reply to Garlock standing argument. |
| 5/06/2013 | Nia Dukov | 5.40 | Research and outlining for J. Donley in preparation for oral argument on lender issues. |
| 5/06/2013 | John Donley, P.C. | 11.50 | Telephone conferences with P. Bentley and A. Paul re appellate prep (.3); correspond with R. Wyron re same (.1); conference with L. Esayian re arguments on AMH issues (.2); review and revise sur-reply outline re AMH (4.8); review numerous AMH record cites (2.7); revise AMH outline (3.0); telephone conference with M. Shelnitz re appeal issues (.4). |
| 5/06/2013 | Lisa G Esayian | 2.50 | Office conference with J. Donley re certain AMH equal treatment issues (.3); review and revise same (2.2). |

KE 27218896.5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/06/2013 | Lesley Fairley | 6.80 | Review Third Circuit joint appendix and collect various documents in preparation for upcoming hearing (2.4); update binders of documents and cases cited in Third Circuit briefing (4.4). |
| 5/07/2013 | Jeffrey Gettleman | 1.10 | Telephone conference with J. Donley, A. Paul, counsel for plan proponents and client re bi-weekly update call (.4); review correspondence from A. Paul re form of tax opinion letter re closing documents (.1); correspond with S. Butler re same (.2); telephone conference with R. Higgins re drafting certain closing documents and review of Effective Date checklist (.3); correspond with R. Higgins re Effective Date checklist (.1). |
| 5/07/2013 | Rana Barakat | .90 | Draft and revise sur-reply to Garlock standing argument. |
| 5/07/2013 | Nia Dukov | 8.30 | Research and outlining for J. Donley in preparation for oral argument on lender issues. |
| 5/07/2013 | John Donley, P.C. | 8.50 | Participate in biweekly client and plan proponents strategy call (.4); review and revise AMH argument (8.1). |
| 5/07/2013 | Lisa G Esayian | 1.30 | Review and analyze AMH equal treatment issues. |
| 5/07/2013 | Lesley Fairley | 3.90 | Update binders containing documents and cases cited in Third Circuit briefing. |
| 5/08/2013 | Mike Jones | .40 | Correspond with J. Bernbrock re Effective Date planning research. |
| 5/08/2013 | Jeffrey Gettleman | 1.10 | Review and edit chart of closing documents needing to be drafted re Effective Date (.5); review ABB and CE precedent re certificates of trusts for PI and PD trusts (.2); correspond with M. Jones re Sealed Air research project (.1); correspond with M. Jones re closing (.1); telephone conference with K. Crow re drafting of Grace closing documents (.2). |
| 5/08/2013 | Adam C Paul | .80 | Prepare for appeals. |
| 5/08/2013 | Rana Barakat | 1.50 | Review and analyze case law re standing (.5); draft sur-reply outline to Garlock standing argument in preparation for oral argument (1.0). |
| 5/08/2013 | Nia Dukov | 6.70 | Research and outlining for J. Donley in preparation for oral argument on lender issues. |
| 5/08/2013 | Keith S Crow, P.C. | .20 | Review closing documents workplan (.1); telephone conference with J. Gettleman re same (.1). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/08/2013 | John Donley, P.C. | 10.30 | Analyze and outline points and responses re good faith, standard of review, discrimination and procedural issues (5.2); draft and revise AMH outline (4.6); office conference with L. Esayian re Garlock issues (.3); review various recent pleadings and filings (.2). |
| 5/08/2013 | Lisa G Esayian | 2.50 | Review and analyze certain AMH factual issues (2.0); correspond with J. Donley re same (.5). |
| 5/08/2013 | Lesley Fairley | 5.50 | Update electronic files of case law cited in Third Circuit briefing (3.4); collect and organize attorney working copies of various case file materials (2.1). |
| 5/08/2013 | James H M Sprayregen, P.C. | .40 | Correspond with working group re strategy. |
| 5/09/2013 | Mike Jones | .70 | Correspond with working group re Effective Date planning. |
| 5/09/2013 | Mark E Hervey | 1.40 | Review litigation materials and update databases with transcripts accordingly. |
| 5/09/2013 | Justin Bernbrock | .50 | Research re treatment of settlement agreements under section 365 of the Bankruptcy Code (.4); correspond with M. Jones re same (.1). |
| 5/09/2013 | Jeffrey Gettleman | .10 | Review May 20th hearing agenda. |
| 5/09/2013 | Adam C Paul | .40 | Prepare for appeals. |
| 5/09/2013 | Brian T Stansbury | .20 | Telephone conference with D. Setter re Henry x-ray study. |
| 5/09/2013 | Rana Barakat | 2.80 | Review case law cited in Garlock reply brief (1.2); draft sur-reply to Garlock standing argument (1.6). |
| 5/09/2013 | Nia Dukov | 5.30 | Research and outlining for J. Donley in preparation for oral argument on lender issues. |
| 5/09/2013 | John Donley, P.C. | 9.40 | Review and analyze appellate record (2.6); draft and revise Third Circuit argument outlines (3.7); draft arguments and responses (3.1). |
| 5/09/2013 | Lisa G Esayian | 3.50 | Review and analyze AMH factual issues (2.0); review and analyze legal issues re filing of proof of claim as submission to bankruptcy court jurisdiction (1.5). |
| 5/09/2013 | Lesley Fairley | 2.90 | Telephone conference with clerk in Third Circuit re filing of appearance forms (.3); update files of case law cited in various parties' Third Circuit briefing (2.6). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/10/2013 | Mike Jones | 5.10 | Correspond with working group re Effective Date planning (.6); review and revise Effective Date planning chart (1.8); correspond with J. Gettleman re same (.3); review and revise Sealed Air memorandum (2.1); correspond with working group re same (.3). |
| 5/10/2013 | Justin Bernbrock | 1.70 | Research re settlement agreements under section 365 of the bankruptcy code (1.5); correspond with M. Jones re same (.2). |
| 5/10/2013 | Jeffrey Gettleman | .50 | Correspond with M. Jones re closing documents and Sealed Air research. |
| 5/10/2013 | Rana Barakat | .90 | Draft and revise sur-reply to Garlock standing argument. |
| 5/10/2013 | John Donley, P.C. | 8.40 | Review and revise AMH outline, including review and analysis of record, briefing, cases and authorities. |
| 5/10/2013 | Lesley Fairley | 1.90 | Collect and organize attorney working copies various documents from Third Circuit joint appendix. |
| 5/11/2013 | Rana Barakat | 2.40 | Draft and revise outline of sur-reply to Garlock standing argument. |
| 5/11/2013 | John Donley, P.C. | 5.50 | Review "unequal treatment" cases, analyze and update argument outlines re same (2.0); correspond with L. Esayian re AMH arguments (.3); revise outlines re same (3.2). |
| 5/12/2013 | John Donley, P.C. | 4.40 | Review cases and JA/PPA record (.9); analyze, outline and revise outlines for Third Circuit oral arguments (3.2); correspond with A. Paul re emergence issues (.3). |
| 5/13/2013 | Kimberly K Love | 5.80 | Prepare and organize various appeal briefs as requested by S. Engel (1.2); prepare and organize various materials requested by J. Donley and L. Esayian (1.7); review, revise and cite check AMH outline (2.9). |
| 5/13/2013 | Jeffrey Gettleman | 3.20 | Review and revise Sealed Air research memorandum (.4); telephone conference and correspond with M. Jones re same (.4); correspond with M. Jones re Effective Date closing documents (.4); review plan exhibits (1.1); review and revise Effective Date chart re same (.6); correspond with M. Shelnitz re Sealed Air emergence issues (.2); correspond with A. Paul re memorandum re same (.1). |
| 5/13/2013 | Adam C Paul | 6.60 | Telephone conference with M. Shelnitz re Sealed Air (.3); analyze Effective Date chart (.7); telephone conference with J. Donley re same (.2); prepare for appeals (5.4). |

A-12

KE 27218896.5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/13/2013 | Rana Barakat | 1.80 | Draft and revise outline of sur-reply to Garlock standing argument. |
| 5/13/2013 | John Donley, P.C. | 9.90 | Review and revise Montana outline and argument (5.5); review and revise Crown argument outline (2.4); revise AMH outlines and key questions (1.8); telephone conference with client and A. Paul re appeal issues (.2). |
| 5/13/2013 | Lisa G Esayian | 5.30 | Review and analyze certain AMH and Montana factual issues (4.0); correspond with J. Donley re same (1.3). |
| 5/13/2013 | Lesley Fairley | 6.90 | Collect and organize documents for preparation of argument outlines (2.3); collect and organize electronic copies of case law cited in Garlock appellate briefing (4.6). |
| 5/14/2013 | Mike Jones | 2.50 | Correspond with J. Gettleman re Sealed Air memorandum (.6); review and revise same (1.9). |
| 5/14/2013 | Mark E Hervey | 3.90 | Prepare case materials for B. Stansbury to review re storage of case files. |
| 5/14/2013 | Justin Bernbrock | .10 | Telephone conference with J. Gettleman re motion to substitute FCR. |
| 5/14/2013 | Kimberly K Love | 8.90 | Prepare and organize various joint appendix materials and Privest information requested by L. Esayian (2.3); review, revise and cite check AMH outline (6.6). |
| 5/14/2013 | Jeffrey Gettleman | 1.80 | Correspond with working group re Sealed Air research memorandum (.4); telephone conference with A. Paul re drafting motion re substitution of FCR (.3); correspond with J. Bernbrock re same (.1); telephone conference with J. Bernbrock re same (.4); review and analyze relevant motions and orders from Grace docket re same (.4); correspond with A. Paul re FCR motion (.2). |
| 5/14/2013 | Adam C Paul | 6.80 | Analyze FCR issues (.3); prepare for appeals (6.2); telephone conference with M. Shelnitz re Sealed Air (.3). |
| 5/14/2013 | Brian T Stansbury | .60 | Telephone conference with J. Hughes re Grace data (.3); telephone conference with M. Hervey re records (.3). |
| 5/14/2013 | Rana Barakat | 5.20 | Draft outline of sur-reply to Garlock standing argument. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/14/2013 | John Donley, P.C. | 9.30 | Review and revise Montana outline, case record review and analysis, issue spotting and drafting responses (8.7); office conferences with L. Esayian re AMH issues (.4); review recent pleadings and filings (.2). |
| 5/14/2013 | Lisa G Esayian | 5.50 | Review and analyze Crown and Montana issues for Third Circuit Argument (4.2); office conferences with J. Donley re same (1.3). |
| 5/14/2013 | Lesley Fairley | 3.50 | Collect and organize materials in preparation for upcoming oral argument. |
| 5/14/2013 | James H M Sprayregen, P.C. | .40 | Correspond with working group re strategy. |
| 5/15/2013 | Mike Jones | .40 | Telephone conference with working group re Sealed Air memorandum. |
| 5/15/2013 | Mark E Hervey | 4.80 | Prepare materials for B. Stansbury re mesothelioma files (2.7); review documents and prepare storage summaries per client request (2.1). |
| 5/15/2013 | Kimberly K Love | 8.90 | Review files for information re Canadian POCs (1.3); prepare and organize various materials requested by L. Esayian re Montana and Canadian cites and exhibits (2.4); review, revise and cite check AMH outline (5.2). |
| 5/15/2013 | Susan Engel | .80 | Review and analyze Third Circuit briefing. |
| 5/15/2013 | Jeffrey Gettleman | .60 | Correspond with S. Butler re officer's certificate/representation letter re basis for tax opinion letter re trusts (.1); correspond with L. Esayian re exhibit 29 to Grace plan (.3); correspond with R. Higgins re same (.2). |
| 5/15/2013 | Jeffrey Gettleman | 2.80 | Correspond with M. Jones re Effective Date checklist (.1); review and revise Sealed Air research memorandum (.4); legal research re Section 524(g) injunctions re same (.3); telephone conference with M. Jones re same (.5); correspond with J. Bernbrock re Section 524(g) materials (.4); correspond with M. Jones re Sealed Air Form 10-K, Section 524(g) materials and comments to current draft of Sealed Air memorandum (.4); telephone conference and correspond with R. Higgins re Sealed Air issues (.5); correspond with M. Jones re same (.1); review correspondence from S. Butler re draft asbestos trusts opinion letters (.1). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/15/2013 | Adam C Paul | 6.80 | Telephone conference with R. Wyron re FCR (.7); correspond with J. Donley re same (.2); prepare for appeals (5.9). |
| 5/15/2013 | Brian T Stansbury | .50 | Correspond with J. Hughes re status of Grace files. |
| 5/15/2013 | Rana Barakat | 2.70 | Draft outline of sur-reply to Garlock standing argument. |
| 5/15/2013 | John Donley, P.C. | 11.10 | Telephone conference with A. Rich re appeal (.1); office conferences with L. Esayian re AMH issues (.3); telephone conference with A. Paul re FCR issues (.3); review and revise Montana and Crown outlines and arguments (8.1); telephone conference with P. Lockwood re appeal issues (.5); review and revise AMH argument (1.8). |
| 5/15/2013 | Lisa G Esayian | 5.50 | Review and analyze issues re Canadian ZAI claims in connection with Crown's Third Circuit appeal (4.2); office conferences with J. Donley re same (1.3). |
| 5/16/2013 | Mark E Hervey | 5.90 | Review documents in electronic storage and prepare information per client request. |
| 5/16/2013 | Kimberly K Love | 15.80 | Prepare and organize various materials requested by E. Leon (.7); assist L. Younger with use of JA/PPA databases and exhibits (.5); prepare and organize various materials requested by L. Esayian (2.6); review, revise and cite check AMH outline (12.0). |
| 5/16/2013 | Jeffrey Gettleman | 1.70 | Correspond with M. Jones re edits to Effective Date chart and documents for P. Marshall (.1); correspond with R. Higgins re comments to Effective Date checklist and closing documents (.2); telephone conference with R. Frankel R. Wyron, J. Donley, and A. Paul re FCR issues (.5); correspond with A. Paul and J. Donley re same (.4); correspond with J. Bernbrock re drafting of FCR motion (.5). |
| 5/16/2013 | Adam C Paul | 6.20 | Prepare for appeals. |
| 5/16/2013 | Rana Barakat | 3.90 | Review and analyze Garlock argument re TDPs (2.1); draft sur-reply outline in response to Garlock TDP arguments (1.8). |
| 5/16/2013 | John Donley, P.C. | 9.30 | Telephone conference with R. Frankel, M. Shelnitz and A. Paul re FCR issues (.5); correspond with R. Frankel, M. Shelnitz and A. Paul re same (.2); review and revise argument outlines, including review and analysis of record and cases and mock questions (8.6). |
| 5/16/2013 | Lisa G Esayian | 5.90 | Revise AMH oral argument outline (5.1); correspond with J. Donley re AMH issues (.8). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/16/2013 | Lesley Fairley | 6.80 | Review briefing and collect and organize case law cited in Garlock appellate briefs (4.6); organize electronic copies of case law re same (2.2). |
| 5/16/2013 | James H M Sprayregen, P.C. | .30 | Correspond with working group re strategy. |
| 5/17/2013 | Mike Jones | 1.90 | Correspond with working group re Effective Date planning (.8); review and revise Effective Date planning chart (1.1). |
| 5/17/2013 | Mark E Hervey | 2.90 | Review documents in electronic storage and prepare information per client request. |
| 5/17/2013 | Kimberly K Love | 5.90 | Prepare and organize cases cited within TDP section of Garlock appeal briefs (2.9); prepare and organize materials requested by R. Barakat and L. Esayian (2.2); review, revise and cite check Montana/Crown outline (.8). |
| 5/17/2013 | Susan Engel | 1.90 | Review and analyze Third Circuit briefing (1.3); review and analyze case law re same (.6). |
| 5/17/2013 | Jeffrey Gettleman | .40 | Correspond with M. Jones re Effective Date issues. |
| 5/17/2013 | Jeffrey Gettleman | 2.30 | Correspond with working group re FCR issues (.2); telephone conference with R. Higgins re comments to Effective Date chart (.4); correspond with working group re same (.8); review and analyze Exhibit 29 re same (.3); draft, review and revise analysis re same (.4); correspond with L. Esayian re same (.2). |
| 5/17/2013 | Adam C Paul | 7.50 | Prepare for appeals. |
| 5/17/2013 | Rana Barakat | 6.20 | Review and analyze Garlock TDP argument (2.4); draft and revise outline of sur-reply to Garlock TDP argument (2.9); draft and revise division of time pleadings for oral argument (.9). |
| 5/17/2013 | Factual Research | 1.70 | Library Research re articles on R. Barliant. |
| 5/17/2013 | Factual Research | 1.00 | Library Research re congressional documents on asbestos bankruptcies. |
| 5/17/2013 | John Donley, P.C. | 8.30 | Review and analysis of record, argument prep and outlining. |
| 5/17/2013 | Lisa G Esayian | 4.90 | Review and analyze issues for AMH oral argument outline (3.5); analyze issues re Crown's proofs of claim and correspond with J. Donley re same (1.4). |
| 5/17/2013 | Lesley Fairley | 3.80 | Collect and organize materials in preparation for upcoming Third Circuit hearing. |
| 5/19/2013 | Justin Bernbrock | 2.60 | Research re motion to substitute FCR (1.6); draft and revise motion re same (1.0). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/19/2013 | Kimberly K Love | 2.50 | Review, revise and cite check Montana/Crown outline. |
| 5/19/2013 | John Donley, P.C. | 6.30 | Prepare for Third Circuit argument (2.8); revise AMH outline (3.5). |
| 5/19/2013 | Lisa G Esayian | 2.50 | Review and analyze issues re AMH 524(g) legal/statutory arguments (1.8); summarize same for J. Donley (.7). |
| 5/20/2013 | Peter C Marshall, Jr. | .80 | Review plan documents (.6); telephone conference with working group re same (.2). |
| 5/20/2013 | Mike Jones | 2.80 | Correspond with working group re Effective Date planning (1.2); review and revise Effective Date planning chart (1.6). |
| 5/20/2013 | Justin Bernbrock | 2.80 | Research re motion to appoint successor FCR (1.6); draft and revise same (1.0); correspond with J. Gettleman re same (.2). |
| 5/20/2013 | Daniel Hill | .40 | Search docket for requested documents for J. Gettleman. |
| 5/20/2013 | Kimberly K Love | 11.30 | Prepare and organize various materials requested by L. Esayian and R. Barakat (2.3); review, revise and cite check revised AMH outline (1.4); review, revise and cite check Montana/Crown outline (7.6). |
| 5/20/2013 | Jeffrey Gettleman | 5.50 | Correspond with working group re FCR motion (1.6); review and revise same (1.5); correspond with working group re Effective Date planning (1.1); review and revise chart re same (1.3). |
| 5/20/2013 | Jeffrey Gettleman | 5.70 | Correspond with working group re FCR motion (1.2); research re same (1.1); review and revise same (1.4); correspond with working group re Effective Date planning (1.2); review and revise chart re same (.8). |
| 5/20/2013 | Adam C Paul | 6.20 | Prepare for appeals (5.7); review and revise FCR motion (.5). |
| 5/20/2013 | Rana Barakat | .30 | Review and revise division of time notices (.2); telephone conference with J. O'Neill re filing of division of time notices (.1). |
| 5/20/2013 | Keith S Crow, P.C. | .60 | Review closing list and corporate tasks (.2); review exhibit index and warrant (.4). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/20/2013 | John Donley, P.C. | 10.50 | Draft and revise questions for Montana, Crown and AMH appeals (2.9); review Garlock TDP materials, briefing and authorities and draft outline re same (4.3); office conference with R. Barakat re appellate research issues (.3); review and revise Third Circuit filings (.3); correspond with R. Barakat, J. O'Neill and client re same (.2); telephone conference with A. Rich re appeal (.2); revise AMH outline (1.7); revise Montana outline (.6). |
| 5/20/2013 | Lisa G Esayian | 2.40 | Revise outline for AMH oral argument. |
| 5/21/2013 | Peter C Marshall, Jr. | .80 | Telephone conference with working group re closing document issues (.3); review documentation re same (.5). |
| 5/21/2013 | Mike Jones | 1.10 | Correspond with working group re warrant order (.4); office conference with J. Bernbrock re motion template (.2); telephone conference with working group re Effective Date planning (.5). |
| 5/21/2013 | Justin Bernbrock | 3.60 | Draft and revise motion re substitution of FCR (2.7); office conferences and correspond with J. Gettleman re same (.9). |
| 5/21/2013 | Kimberly K Love | 6.90 | Prepare and organize material re AMH POCs requested by L. Esayian (1.6); prepare and organize TDP materials requested by R. Barakat (1.1); review, revise and cite check Montana/Crown outline (3.1); review Third Circuit argument procedures and timing as requested by J. Donley (1.1). |
| 5/21/2013 | Andrew Brniak | .50 | Prepare and compile docketed pleadings re cash-settled collar agreement and warrant motion (.4); correspond with M. Jones re same (.1). |
| 5/21/2013 | Jeffrey Gettleman | 8.40 | Telephone conferences and correspond with working group re FCR motion (2.7); review and revise same (2.1); research re same (1.3); telephone conference and correspond with working group re Effective Date planning (2.3). |
| 5/21/2013 | Adam C Paul | 4.20 | Telephone conference with ACC/FCR re appeals and strategy (.6); prepare for same (.3); analyze and revise FCR motion (1.4); prepare for appeals (1.9). |
| 5/21/2013 | Keith S Crow, P.C. | 1.30 | Telephone conference with J. Gettleman and P. Marshall re corporate workstreams re drafting and reviewing closing documents (.5); review plan and other materials re same (.8). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/21/2013 | John Donley, P.C. | 10.90 | Biweekly ACC/FCR/client strategy call (.7); telephone conference with P. Lockwood re FCR issues (.3); telephone conferences and correspond with A. Paul and J. Gettleman re FCR issues (.5); review and analyze J. Gettleman research and cases re FCR issues (1.5); telephone conference with C. Landau re same (.3); draft outline of points and analysis re same (.4); review recent pleadings and filings (.3); review and revise AMH arguments (1.1); review and revise Montana arguments (.8); review and revise Crown arguments (.4); review and revise Garlock TDP arguments (4.6). |
| 5/21/2013 | Lisa G Esayian | .50 | Correspond with J. Donley re AMH and Crown issues. |
| 5/21/2013 | Christopher Landau, P.C. | .30 | Telephone conference with J. Donley re appeals. |
| 5/22/2013 | Mike Jones | 2.60 | Review and revise Sealed Air memorandum (2.3); correspond with working group re same (.3). |
| 5/22/2013 | Justin Bernbrock | 1.80 | Draft and revise motion re appointment of successor FCR (.9); telephone conferences, office conferences, and correspond with K&E team re same (.9). |
| 5/22/2013 | Timothy Schmeling | .40 | Prepare and compile precedent re FCR. |
| 5/22/2013 | Kimberly K Love | 5.50 | Review, revise and cite check Montana/Crown outline (2.3); prepare for upcoming hearing (1.4); prepare and organize materials requested by R. Barakat and L. Esayian for use with various outlines (1.1); review and obtain information to complete cites for AMH outline (.7). |
| 5/22/2013 | Jeffrey Gettleman | 4.20 | Telephone conference and correspond with Orrick and working group re FCR motion (1.7); review and revise same (1.9); correspond with M. Jones re Sealed Air research memorandum (.2); office conference with M. Jones re further issues re same (.4). |
| 5/22/2013 | Adam C Paul | 5.20 | Prepare for appeals (4.1); analyze and revise FCR motion (1.1). |
| 5/22/2013 | Rana Barakat | 1.50 | Research re raising issues for first time on appeal (.4); research re whether courts may consider issues sua sponte (.4); draft summary of research re same (.7). |
| 5/22/2013 | Nia Dukov | 2.70 | Update case law chart re postpetition interest. |
| 5/22/2013 | Keith S Crow, P.C. | .60 | Review plan documents re corporate requirements for emergence. |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/22/2013 | John Donley, P.C. | 9.30 | Review and revise Garlock TDP argument outline and review cases, record and work product re same (5.1); review and revise other Garlock arguments and outlines (.8); draft and revise AMH questions (1.3); draft and revise Montana and Crown questions (1.1); review R. Frankel affidavit and FCR motion (.3); correspond with working group re same (.3); review and revise AMH outline (.4). |
| 5/22/2013 | Lisa G Esayian | 1.30 | Review and analyze AMH and Crown factual issues (1.2); correspond with J. Donley re same (.1). |
| 5/23/2013 | Mike Jones | 3.50 | Review and revise Sealed Air memorandum (1.3); research re same (1.9); correspond with working group re same (.3). |
| 5/23/2013 | Justin Bernbrock | 2.60 | Draft and revise motion to appoint successor FCR (1.9); correspond and office conferences with J. Gettleman re same (.7). |
| 5/23/2013 | Timothy Schmeling | .40 | Prepare and compile precedent re asbestos committees. |
| 5/23/2013 | Kimberly K Love | 4.90 | Prepare and organize various cases requested by J. Donley (1.2); review and obtain various TDPs and other materials requested by R. Barakat (1.7); prepare and organize various materials requested by L. Esayian (.8); review, revise and cite check Garlock TDP outline (1.2). |
| 5/23/2013 | Jeffrey Gettleman | 6.50 | Telephone and office conferences and correspond with working group and plan proponents re FCR motion (2.8); review and revise same (2.9); correspond with working group re Sealed Air memorandum (.3); review and revise same (.5). |
| 5/23/2013 | Adam C Paul | 5.30 | Prepare for appeals (4.3); analyze and revise FCR motion (1.0). |
| 5/23/2013 | Rana Barakat | 4.90 | Review J. Donley's revisions to TDP section of sur-reply brief (.6); review and analyze case law and authority cited in Garlock opening and response briefs (1.6); revise TDP sur-reply per J. Donley's comments and revisions (2.7). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/23/2013 | John Donley, P.C. | 9.20 | Review and analyze appeal questions for AMH outline (1.8); review and analyze cases and authorities for same (2.4); draft Q&A re AMH (1.3); review and analyze questions for Montana outline (1.2); review and analyze cases and authorities for same (.9); draft Q&A re Montana (.6); review and analyze appeal questions for Crown outline (.4); review and analyze cases and authorities for same (.3); draft Q&A re Crown (.3). |
| 5/23/2013 | Lisa G Esayian | 6.50 | Review and revise AMH and Crown argument outlines (5.7); office conferences with J. Donley re same (.8). |
| 5/24/2013 | Justin Bernbrock | 1.50 | Draft and revise motion to appoint successor FCR (.6); correspond and telephone conferences with J. Gettleman re same (.5); correspond with local counsel re filing of same (.4). |
| 5/24/2013 | Kimberly K Love | 4.70 | Prepare and organize various materials requested by R. Barakat including information re Puller case (1.6); prepare and organize various materials requested by J. Donley for use with outlines (1.2); review and revise cites in Montana/Crown outline (1.9). |
| 5/24/2013 | Susan Engel | 2.70 | Prepare for oral argument meetings. |
| 5/24/2013 | Jeffrey Gettleman | 2.80 | Correspond with working group re FCR motion (.9); review and revise same (1.1); correspond with M. Jones re Sealed Air memorandum (.2); review and revise same (.6). |
| 5/24/2013 | Adam C Paul | 3.20 | Prepare for appeals. |
| 5/24/2013 | Rana Barakat | 5.10 | Review and analyze cases and other authority cited in Garlock reply and opening briefs (1.8); review J. Donley's comments and edits to TDP sur-reply brief (.9); revise sur-reply to Garlock TDP argument (2.4). |
| 5/24/2013 | Nia Dukov | .70 | Assist with preparation for oral argument on lender issues. |
| 5/24/2013 | Keith S Crow, P.C. | 1.30 | Review plan of reorganization for corporate closing documents. |
| 5/24/2013 | John Donley, P.C. | 8.10 | Review and revise AMH outline (1.0); review and revise Montana outline (.6); review and analyze lender appeal briefing and record and begin drafting outline (3.2); review and revise Garlock TDP outline (2.8); correspond with L. Kelleher re same (.3); correspond with R. Barakat re Garlock briefing issues (.2). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/24/2013 | Lisa G Esayian | 4.80 | Review and analyze issues re Crown's ZAI claims (.8); draft insert for Montana/Crown oral argument outline re same (.4); correspond with K. Love re information needed for Montana/Crown outline (.3); review and analyze issues re property damage trust for oral argument re AMH issues (2.7); correspond with J. Donley re same (.6). |
| 5/25/2013 | Adam C Paul | 2.90 | Prepare for appeals. |
| 5/25/2013 | John Donley, P.C. | 6.60 | Revise oral argument outlines for Garlock issues (3.0); revise Montana, Crown and AMH outlines (.9); draft and revise questions for Garlock TDP and Garlock two-FCR arguments (1.5); correspond with P. Lockwood and L. Esayian re AMH (.5); correspond with R. Barakat re Garlock issues (.3); telephone conference with R. Frankel re oral argument (.2); correspond with A. Paul re Garlock TDP argument (.2). |
| 5/26/2013 | Adam C Paul | 2.20 | Prepare for appeals. |
| 5/26/2013 | John Donley, P.C. | 7.60 | Analyze arguments, including review and drafting of Q&A and revisions on appeals. |
| 5/27/2013 | Adam C Paul | 3.40 | Prepare for appeals. |
| 5/27/2013 | John Donley, P.C. | 7.50 | Review and revise AMH and Garlock arguments. |
| 5/27/2013 | Lisa G Esayian | .80 | Analyze issues re plan's treatment of future PD claims (.4); correspond with J. Donley re same (.4). |
| 5/28/2013 | Justin Bernbrock | 1.40 | Research re post-Effective Date litigation (.8); draft and revise summary re same (.4); correspond with M. Jones re same (.2). |
| 5/28/2013 | Kimberly K Love | 9.90 | Review files and obtain various materials re PD claims requested by L. Esayian (2.2); prepare and organize various materials re TDPs and Garlock requested by R. Barakat (1.4); finalize hearing logistics (1.1); review, revise and cite check Garlock TDP outline (5.2). |
| 5/28/2013 | Andrew Brniak | .50 | Review and compile precedent re representation letter and/or officer's certificate pleadings (.4); correspond with J. Gettleman re same (.1). |
| 5/28/2013 | Jeffrey Gettleman | 1.00 | Correspond with working group re Effective Date planning (.6); research re same (.4). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/28/2013 | Jeffrey Gettleman | 1.20 | Correspond with M. Jones re Sealed Air research memorandum (.2); correspond with A. Brniak re officer's certificate re tax opinion letter re closing documents (.2); correspond with M. Pongratz re logistics for Third Circuit oral argument (.1); correspond with A. Paul re preparation for same (.3); correspond with K. Love re argument preparation logistics (.2); review Combustion Engineering closing documents re officer's certificate (.2). |
| 5/28/2013 | Adam C Paul | 6.30 | Prepare for appeals (2.1); participate in meetings re appeals (4.2). |
| 5/28/2013 | Rana Barakat | 2.20 | Conduct research re asbestos co-defendants in Grace that received ballots in Grace (1.3); correspond with L. Esayian re same (.2); conduct research re Supreme Court cases that use term "fair and equitable" in general sense of term (.7). |
| 5/28/2013 | Nia Dukov | 4.20 | Research and outlining for J. Donley in preparation for oral argument on lender issues. |
| 5/28/2013 | Keith S Crow, P.C. | .30 | Review and analyze corporate closing items. |
| 5/28/2013 | John Donley, P.C. | 9.70 | Prepare for and participate in oral argument preparation meetings. |
| 5/28/2013 | Lisa G Esayian | 10.30 | Office conference with M. Shelnitz, R. Finke, A. Rich, ACC and FCR counsel, J. Donley and A. Paul to prepare for Third Circuit oral arguments (9.8); follow-up with R. Barakat and K. Love re various issues re same (.5). |
| 5/28/2013 | Christopher Landau, P.C. | 2.40 | Attend meeting for oral argument preparation. |
| 5/29/2013 | Mike Jones | 4.20 | Review and revise Sealed Air memorandum (1.8); correspond with working group re same (.6); review and analyze J. Bernbrock research summary re Sealed Air (.7); review and analyze case law re same (1.1). |
| 5/29/2013 | Justin Bernbrock | .30 | Research re post Effective Date litigation (.2); correspond with M. Jones re same (.1). |
| 5/29/2013 | Kimberly K Love | 8.80 | Prepare and organize various appellate materials requested by R. Barakat and L. Esayian (2.1); review and obtain various cases requested by J. Donley (1.3); review files and information re counsel for Harris County case (1.6); review, revise and cite check Garlock TDP outline (3.8). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/29/2013 | Jeffrey Gettleman | 1.40 | Review correspondence from Court Clerk re July 1 hearing re FCR motion (.1); research re logistics re same (.2); correspond with A. Paul re same (.1); review correspondence from M. Jones re Sealed Air research memorandum (.1); review and revise same (.3); correspond with M. Jones and J. Bernbrock re same (.6). |
| 5/29/2013 | Adam C Paul | 3.20 | Prepare for appeals. |
| 5/29/2013 | Rana Barakat | 2.10 | Review and analyze Supreme Court cases that use the term "fair and equitable" in their ordinary sense (.8); draft summary of research for J. Donley re same (1.3). |
| 5/29/2013 | Nia Dukov | .40 | Assist with preparation for oral argument on lender issues. |
| 5/29/2013 | John Donley, P.C. | 9.40 | Review briefs, authorities and cases (3.0); draft and revise outlines re lender argument (4.6); analyze issues re AMH (1.8). |
| 5/29/2013 | Lisa G Esayian | 3.80 | Correspond with R. Barakat re issues re co-defendant asbestos personal injury claims re Garlock Third Circuit argument (.3); review and analyze AMH factual and legal issues for Third Circuit oral argument (3.5). |
| 5/30/2013 | Peter C Marshall, Jr. | .40 | Telephone conference with working group re corporate drafting matters (.2); review bankruptcy plan re same (.2). |
| 5/30/2013 | Mike Jones | 1.10 | Correspond with working group re Effective Date planning (.6); telephone conference with working group re same (.5). |
| 5/30/2013 | Kimberly K Love | 7.30 | Review files and obtain information re Indirect Trust Claims as requested by R. Barakat (1.7); prepare and organize various materials requested by L. Esayian including briefing re District Court motion (2.2); prepare and organize various JA exhibits requested by J. Donley (1.8); review, revise and cite check AMH outline (1.6). |
| 5/30/2013 | Jeffrey Gettleman | 2.70 | Correspond with M. Jones re closing documents (.1); telephone conference with A. Paul re stock hedging (.1); correspond with A. Paul re same (.1); telephone conference with K. Crow, P. Marshall and M. Jones re Effective Date (.4); correspond with R. Finke and K. Crow re same (.2); research re trust law issue re Sealed Air research memorandum (1.1); review and revise same (.7). |
| 5/30/2013 | Adam C Paul | 4.20 | Prepare for appeals (3.4); finalize FCR order (.8). |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/30/2013 | Rana Barakat | 2.10 | Research re documents a court may judicially notice (.7); review and analyze case law re same (.4); draft summary of research for J. Donley re same (.6); office conference with J. Donley and L. Esayian re asbestos co-defendants that received and cast ballots in this case (.2); research re same (.2). |
| 5/30/2013 | Nia Dukov | 1.40 | Research and outlining for J. Donley in preparation for oral argument on lender issues. |
| 5/30/2013 | Keith S Crow, P.C. | .70 | Telephone conference with J. Gettleman re closing tasks and checklists (.3); analyze closing issues and planning re same (.4). |
| 5/30/2013 | John Donley, P.C. | 10.60 | Review and analyze documents and cases and outline points and arguments re lender appeal (8.2); revise AMH outline (1.5); revise Garlock outline (.7); telephone conference with A. Paul re appeal issues (.2). |
| 5/30/2013 | Lisa G Esayian | 3.70 | Analyze Garlock factual issues and review information re same (.8); work on AMH standing issues and factual issues (2.3); correspond with J. Donley re same (.6). |
| 5/31/2013 | Mike Jones | 2.20 | Telephone conference with J. Bernbrock re Sealed Air memorandum (.4); correspond with working group re same (.5); review and analyze documents re same (1.3). |
| 5/31/2013 | Justin Bernbrock | .80 | Review and analyze exhibits to plan (.6); correspond and telephone conference with M. Jones re same (.2). |
| 5/31/2013 | Daniel Hill | 1.40 | Prepare and compile documents re Johns-Manville bankruptcy case. |
| 5/31/2013 | Kimberly K Love | 10.30 | Prepare and organize POC and ballot information received from M. Araki (1.1); prepare and organize record cites from bank lender outline for topical binders (6.3); finalize hearing logistics (1.2); review, revise and cite check bank lenders outline (1.7). |
| 5/31/2013 | Jeffrey Gettleman | .70 | Office conferences with D. Hill re Manville bankruptcy documents (.2); correspond with D. Hill re Manville agreement to provide supplementary funding to asbestos trust (.1); review correspondence from K. Crow to R. Finke re call re closing documents and mechanics (.1); review correspondence from D. Hill and B. Burton re Manville settlement agreements (.1); correspond with M. Jones re analysis of Manville settlement documents (.2). |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/31/2013 | Jeffrey Gettleman | 4.00 | Correspond with M. Kamraczewski re research question re trusts re Sealed Air memorandum (.1); legal research re trust issues re Sealed Air research memorandum (2.3); review and revise memorandum (.8); telephone conference with M. Jones re 524(g) issues re Sealed Air memorandum (.3); correspond with R. Finke, K. Crow and P. Marshall re closing documents and issues (.3); correspond with M. Jones re insert for Sealed Air memorandum (.1); review correspondence from M. Jones re interpretation of share issuance agreement re same (.1). |
| 5/31/2013 | Adam C Paul | 3.80 | Prepare for appeals. |
| 5/31/2013 | Rana Barakat | 1.40 | Review ballots received by and POCs filed by asbestos co-defendants (1.1); draft memorandum to J. Donley re Garlock voting package (.3). |
| 5/31/2013 | Nia Dukov | 8.20 | Research and outlining for J. Donley in preparation for oral argument on lender issues. |
| 5/31/2013 | Business Research | .90 | Library Research re master agreement for Johns Manville Corp. |
| 5/31/2013 | Keith S Crow, P.C. | .20 | Review plan re emergence issues. |
| 5/31/2013 | John Donley, P.C. | 9.70 | Review and revise appellate argument and mock court preparation. |
| 5/31/2013 | Lisa G Esayian | 3.20 | Review and analyze legal issues re AMH appeal (2.4); correspond with J. Donley re same (.8). |
| 5/31/2013 | Lesley Fairley | 4.50 | Collect and organize materials re bank lenders in preparation for upcoming hearing (1.2); cite check various argument outlines in preparation for upcoming hearing (3.3). |
| | Total: | 887.30 | |

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/13/2013 | Stephen H Butler | .90 | Draft tax opinions re QSF status of Asbestos PI Trust and Asbestos PD Trust. |
| 5/23/2013 | Todd F Maynes, P.C. | 1.00 | Telephone conferences with working group re Puerto Rico tax issues (.7); prepare for conference re same (.3). |
|  | Total: | 1.90 |  |

KE 27218896.5

## Matter 42 - Travel non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/27/2013 | John Donley, P.C. | 2.20 | Travel from Chicago, IL to Washingon, DC for oral argument prep meetings (billed at half time). |
| 5/28/2013 | Adam C Paul | 1.80 | Travel from Chicago, IL to Washington, DC re Third Circuit preparation meetings (billed at half time). |
| 5/29/2013 | Adam C Paul | 2.00 | Return travel from Washington, DC to Chicago, IL re Third Circuit preparation meetings (billed at half time). |
| 5/29/2013 | John Donley, P.C. | 2.00 | Return travel from Washington, DC to Chicago, IL after oral argument prep meetings (billed at half time). |
| | Total: | 8.00 | |

A-28