**EXHIBIT B**

KE 27218896.5

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $13.73 |
| Local Transportation | $6.00 |
| Travel Expense | $1,700.36 |
| Airfare | $2,294.92 |
| Transportation to/from airport | $500.32 |
| Travel Meals | $265.52 |
| Other Travel Expenses | $62.00 |
| **Total:** | **$4,842.85** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 5/20/2013 | 656.39 | Adam Paul, Airfare, Washington, DC, 05/28/2013 to 05/29/2013, Meetings |
| 5/20/2013 | 906.73 | Lisa Esayian, Airfare, Washington, DC, 05/27/2013 to 05/29/2019, Meetings |
| 5/23/2013 | 731.80 | John Donley, Airfare, Chicago, IL, 05/27/2013 to 05/29/2013, Client Meeting |
| 5/27/2013 | 13.73 | Lisa Esayian, Internet, Meetings |
| 5/27/2013 | 3.00 | Lisa Esayian, Metra/Public Transportation, Washington, DC, Meetings (Train from DC airport to hotel) |
| 5/27/2013 | 147.20 | Boston Coach Corporation, Transportation to/from airport, John Donley |
| 5/27/2013 | 42.00 | Lisa Esayian, Transportation To/From Airport, Meetings |
| 5/27/2013 | 63.72 | John Donley, Travel Meals, Washington, DC, Client Meeting (Dinner) |
| 5/27/2013 | 47.80 | Lisa Esayian, Travel Meals, Washington, DC, Meetings (Dinner) |
| 5/28/2013 | 3.00 | Lisa Esayian, Metra/Public Transportation, Washington, DC, Meetings (Train from hotel to DC airport ) |
| 5/28/2013 | 350.00 | Adam Paul, Lodging, W Washington DC, Washington, DC, 05/28/2013 to 05/29/2013, Meetings |
| 5/28/2013 | 45.00 | Lisa Esayian, Transportation To/From Airport, Meetings |
| 5/28/2013 | 119.63 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 05/28/13 |
| 5/28/2013 | 65.00 | Adam Paul, Travel Meals, Washington, DC, Meetings (Dinner) |
| 5/28/2013 | 30.00 | John Donley, Travel Meals, Washington, DC, Client Meeting (Breakfast) |
| 5/28/2013 | 50.00 | John Donley, Travel Meals, Washington, DC, Client Meeting (Dinner) |
| 5/29/2013 | 700.00 | John Donley, Lodging, Willard InterContinental, Washington, DC, 05/27/2013 to 05/29/2013, Client Meeting (2 nights) |
| 5/29/2013 | 650.36 | Lisa Esayian, Lodging, JW Marriott, Washington, DC, 05/27/2013 to 05/29/2013, Meetings (2 nights) |
| 5/29/2013 | 19.00 | Adam Paul, Transportation To/From Airport, Meetings |
| 5/29/2013 | 127.49 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 05/29/13 |
| 5/29/2013 | 9.00 | John Donley, Travel Meals, Washington, DC, Client Meeting (Breakfast) |
| 5/29/2013 | 62.00 | John Donley, Parking, Chicago, IL, Airport Parking |
| Total: | 4,842.85 | |

KE 272 I 8896.5

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $57.40 |
| Standard Copies or Prints | $3,528.60 |
| Color Copies or Prints | $92.40 |
| Overnight Delivery | $135.70 |
| Outside Messenger Services | $34.80 |
| Appearance Fees | $51.00 |
| Outside Retrieval Service | $81.00 |
| Computer Database Research | $5,591.40 |
| Secretarial Overtime | $1,641.28 |
| **Total:** | **$11,213.58** |

Case 01-01139-AMC   Doc 30971-2   Filed 08/14/13   Page 5 of 8

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 4/03/2013 | 97.81 | LexisNexis, Computer Database Research, Eggert, Mary, 4/3/2013 |
| 4/10/2013 | 130.21 | LexisNexis, Computer Database Research, Eggert, Mary, 4/10/2013 |
| 4/10/2013 | 37.10 | LexisNexis, Computer Database Research, Love, Kimberly, 4/10/2013 |
| 4/12/2013 | 145.71 | West, Computer Database Research, Fairley, Lesley, April 2013 |
| 4/15/2013 | 51.00 | CourtCall, LLC - Appearance Fees - CCID 5527858 04/04/2013 Hearing - Rana Barakat, U.S. Bankruptcy Court-Delaware. |
| 4/15/2013 | 153.65 | West, Computer Database Research, Des Jardins, Ken, April 2013 |
| 4/17/2013 | 130.20 | LexisNexis, Computer Database Research, Eggert, Mary, 4/17/2013 |
| 4/18/2013 | 7.65 | West, Computer Database Research, Accelus Business Law Research Usage for 04/2013, Miller, Renita |
| 4/18/2013 | 165.21 | LexisNexis, Computer Database Research, Waldron, Anne, 4/18/2013 |
| 4/18/2013 | 2.60 | LexisNexis, Computer Database Research, CourtLink Usage for 04/2013, Renita Miller |
| 4/18/2013 | 18.94 | West, Computer Database Research, Miller, Renita F., April 2013 |
| 4/18/2013 | 19.22 | West, Computer Database Research, Waldron, Anne M., April 2013 |
| 4/23/2013 | 68.16 | LexisNexis, Computer Database Research, Des Jardins, Ken, 4/23/2013 |
| 4/23/2013 | 905.01 | West, Computer Database Research, Donley, John W., April 2013 |
| 4/23/2013 | 1,196.33 | West, Computer Database Research, Dukov, Nia, April 2013 |
| 4/24/2013 | 146.41 | LexisNexis, Computer Database Research, Eggert, Mary, 4/24/2013 |
| 4/26/2013 | 37.11 | LexisNexis, Computer Database Research, Love, Kimberly, 4/26/2013 |
| 4/26/2013 | 15.73 | West, Computer Database Research, Jones, Mike, April 2013 |
| 4/29/2013 | 231.39 | West, Computer Database Research, Esayian, Lisa G., April 2013 |
| 4/29/2013 | 45.75 | Secretarial Overtime, Christine Hraban - Revisions to Garlock Oral Argument Prep Outlines |
| 4/30/2013 | 494.11 | West, Computer Database Research, Barakat, Rana, April 2013 |
| 4/30/2013 | 295.60 | West, Computer Database Research, Gettleman, Jeffrey, April 2013 |
| 4/30/2013 | 1,259.81 | West, Computer Database Research, Love, Kimberly, April 2013 |
| 4/30/2013 | 5.44 | West, Computer Database Research, Schmeling, Tim, April 2013 |
| 5/01/2013 | 54.40 | Standard Prints |
| 5/01/2013 | 13.50 | Standard Prints |
| 5/01/2013 | 22.90 | Standard Prints |
| 5/01/2013 | 378.80 | Standard Prints |
| 5/02/2013 | 212.30 | Standard Prints |
| 5/02/2013 | 81.00 | Thomson Reuters Markets LLC - Outside Retrieval Service, Document retrieval for R. Barakat |
| 5/03/2013 | 26.80 | Standard Prints |
| 5/03/2013 | 122.00 | Secretarial Overtime, Christine Hraban - AMH oral argument outline. |

B-5

KE 27218896.5

| Date | Amount | Description |
|---|---|---|
| 5/06/2013 | 3.80 | Standard Copies or Prints |
| 5/06/2013 | 23.50 | Standard Prints |
| 5/06/2013 | 3.80 | Standard Prints |
| 5/06/2013 | 13.90 | Standard Prints |
| 5/06/2013 | .70 | Standard Prints |
| 5/06/2013 | 20.30 | Standard Prints |
| 5/06/2013 | 76.25 | Secretarial Overtime, Christine Hraban - Work on AMH oral argument outlines |
| 5/07/2013 | 106.75 | Secretarial Overtime, Christine Hraban - Work on AMH oral argument outlines |
| 5/08/2013 | 39.50 | Standard Prints |
| 5/08/2013 | 11.50 | Standard Prints |
| 5/08/2013 | 2.80 | Standard Prints |
| 5/08/2013 | 5.00 | Standard Prints |
| 5/08/2013 | 1.10 | Color Copies or Prints |
| 5/08/2013 | 34.80 | Rush Delivery Messenger Service, LLC - Outside Messenger Services, B. Stansbury, 04/25/13. |
| 5/08/2013 | 76.25 | Secretarial Overtime, Christine Hraban - Work on AMH oral argument outlines |
| 5/09/2013 | 3.60 | Standard Copies or Prints |
| 5/09/2013 | 7.60 | Standard Prints |
| 5/09/2013 | 50.90 | Standard Prints |
| 5/09/2013 | .20 | Standard Prints |
| 5/09/2013 | 41.60 | Standard Prints |
| 5/09/2013 | 137.25 | Secretarial Overtime, Christine Hraban - Revisions to AMH oral argument outline |
| 5/10/2013 | .60 | Standard Prints |
| 5/10/2013 | 49.70 | Standard Prints |
| 5/11/2013 | 140.70 | Secretarial Overtime, Belle Lopez - Corruption, Revise/Update MS Word. |
| 5/12/2013 | 173.04 | Secretarial Overtime, Teresa Sandoval - Revise/Update MS Word. |
| 5/13/2013 | 3.60 | Standard Prints |
| 5/13/2013 | 49.20 | Standard Prints |
| 5/13/2013 | 16.10 | Standard Prints |
| 5/13/2013 | 28.60 | Color Prints |
| 5/14/2013 | 4.00 | Standard Prints |
| 5/14/2013 | 39.60 | Standard Prints |
| 5/14/2013 | 60.20 | Standard Prints |

| Date | Amount | Description |
|---|---:|---|
| 5/14/2013 | 29.00 | Standard Prints |
| 5/16/2013 | 30.36 | Jeffrey Gettleman, Cell Phone Calls, 04/17/2013 to 05/16/2013 |
| 5/16/2013 | 29.90 | Standard Copies or Prints |
| 5/16/2013 | 43.50 | Standard Copies or Prints |
| 5/16/2013 | 137.20 | Standard Prints |
| 5/16/2013 | 9.50 | Standard Prints |
| 5/16/2013 | 4.10 | Standard Prints |
| 5/16/2013 | 10.30 | Standard Prints |
| 5/16/2013 | .30 | Standard Prints |
| 5/16/2013 | 12.60 | Standard Prints |
| 5/16/2013 | 6.05 | Color Prints |
| 5/16/2013 | 13.75 | Color Prints |
| 5/16/2013 | 57.72 | Fed Exp to: Adam Paul (Guest Atty), Washington, DC from: Adam Paul |
| 5/17/2013 | 58.10 | Standard Copies or Prints |
| 5/17/2013 | 41.30 | Standard Copies or Prints |
| 5/17/2013 | 67.50 | Standard Copies or Prints |
| 5/17/2013 | 1.00 | Standard Prints |
| 5/17/2013 | 188.90 | Standard Prints |
| 5/20/2013 | 19.00 | Standard Prints |
| 5/20/2013 | 57.80 | Standard Prints |
| 5/20/2013 | 62.90 | Standard Prints |
| 5/20/2013 | 21.20 | Standard Prints |
| 5/20/2013 | 519.90 | Standard Prints |
| 5/20/2013 | 13.80 | Standard Copies or Prints |
| 5/20/2013 | 14.85 | Color Prints |
| 5/20/2013 | 28.05 | Color Prints |
| 5/20/2013 | 5.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 05/2013, Daniel Hill |
| 5/20/2013 | 30.50 | Secretarial Overtime, Christine Hraban - Revise Oral Argument outlines |
| 5/21/2013 | 90.40 | Standard Prints |
| 5/21/2013 | 157.20 | Standard Prints |
| 5/21/2013 | 37.00 | Standard Prints |
| 5/21/2013 | 61.00 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 5/22/2013 | 47.10 | Standard Copies or Prints |
| 5/22/2013 | 1.80 | Standard Prints |
| 5/22/2013 | 16.50 | Standard Prints |

KE 27218896.5

| Date | Amount | Description |
|---|---|---|
| 5/22/2013 | 5.20 | Standard Copies or Prints |
| 5/22/2013 | 61.00 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 5/23/2013 | 52.62 | Fed Exp to: Adam Paul (Guest Atty), Washington, DC from: Adam Paul |
| 5/23/2013 | 23.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 05/2013, Tim Schmeling |
| 5/24/2013 | 16.98 | Fed Exp to: Adam Paul (Guest Atty), Washington, DC from: Adam Paul |
| 5/24/2013 | 30.80 | Fed Exp to: Stephen Hessler, Southampton, NY from: Lisa Cast |
| 5/24/2013 | 61.00 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 5/25/2013 | 135.24 | Secretarial Overtime, Teresa Sandoval - Revise/Update MS Word. |
| 5/26/2013 | 289.38 | Secretarial Overtime, Catherine E. Poulsen - Revise/Update MS Word. |
| 5/27/2013 | 70.90 | Standard Copies or Prints |
| 5/27/2013 | 9.60 | Standard Prints |
| 5/27/2013 | 1.00 | Standard Prints |
| 5/27/2013 | 42.80 | Standard Prints |
| 5/27/2013 | 14.70 | Standard Prints |
| 5/27/2013 | 155.50 | Standard Prints |
| 5/27/2013 | 5.60 | Standard Prints |
| 5/27/2013 | 3.60 | Standard Prints |
| 5/27/2013 | 60.40 | Standard Prints |
| 5/27/2013 | 36.40 | Standard Prints |
| 5/27/2013 | 122.60 | Standard Prints |
| 5/27/2013 | 70.15 | Secretarial Overtime, Debra A Moran - Revise/Update MS Word. |
| 5/29/2013 | -22.42 | Overnight Delivery - Refund |
| 5/30/2013 | 55.02 | Secretarial Overtime, Gwendolyn Morgan - Create MS Word. |
| 5/31/2013 | 4.21 | Intercall - Third Party Telephone Charges, A. Paul, 5/31/13 |
| 5/31/2013 | 5.94 | Intercall - Third Party Telephone Charges, M. Jones, 5/31/13 |
| 5/31/2013 | 16.89 | Intercall - Third Party Telephone Charges, J. Donley, 5/31/13 |
| 5/31/2013 | 26.20 | Standard Copies or Prints |
| 5/31/2013 | 4.90 | Standard Prints |
| 5/31/2013 | 99.70 | Standard Prints |
| 5/31/2013 | 4.00 | Standard Prints |
| 5/31/2013 | 27.30 | Standard Prints |
| Total: | 11,213.58 | |

B-8

KE 27218896.5