# EXHIBIT B

# To Quarterly Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et. al., ) | Case No. 01-01139 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Objection Deadline: August 19, 2013 @ 4:00 p.m. |
| ) | Hearing Date: Only if Objection is Timely Filed |
| ) | |

### THIRTY-NINTH MONTHLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger Lespérance[1] |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2013, through May 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $    570.00 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | CDN $    86.28 |

This is Applicant's Thirty-Ninth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

Filed 7/26/2013
Dkt. No. 30881

## Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24699 | December 21, 2009 – March 31, 2010 | $16,143.45 | $2,216.53 | $12,914.76 $3,228.69 | $2,216.53 |
| 06/01/2010 Dkt. #24874 | April 1, 2010 – April 30, 2010 | $2,114.70 | $272.27 | $1,691.76 $422.94 | $272.27 |
| 06/30/2010 Dkt. #25017 | May 1, 2010 – May 31, 2010 | $6,109.20 | $2,323.63 | $4,872.36 $1,236.84 | $2,323.63 |
| 07/28/2010 Dkt. #25128 | June 1, 2010 – June 30, 2010 | $5,118.75 | $734.21 | $4,095.00 $1,023.75 | $734.21 |
| 08/31/2010 Dkt. #25299 | July 1, 2010 – July 31, 2010 | $3,129.30 | $942.69 | $2,503.44 $625.86 | $942.69 |
| 09/29/2010 Dkt. #25498 | August 1, 2010 – August 31, 2010 | $2,204.00 | $288.66 | $1,763.20 $440.80 | $288.66 |
| 10/29/2010 Dkt.#25665 | September 1, 2010 – September 30, 2010 | $1,742.30 | $224.78 | $1,393.84 $348.46 | $224.78 |
| 12/03/2010 Dkt. #25857 | October 1, 2010 – October 31, 2010 | $4,248.75 | $550.52 | $3,399.00 $849.75 | $550.52 |
| 01/05/2011 Dkt. #26019 | November 1, 2010 – November 30, 2010 | $1,952.65 | $251.40 | $1,562.12 $390.53 | $251.40 |
| 01/28/2011 Dkt. #26133 | December 1, 2010 – December 31, 2010 | $3,712.35 | $517.63 | $2,969.88 $742.47 | $517.63 |
| 03/08/2011 Dkt. #26513 | January 1, 2011 – January 31, 2011 | $8,152.00 | $1,236.19 | $6,521.60 $1,630.40 | $1,236.19 |
| 04/01/2011 Dkt. #26701 | February 1, 2011 – February 28, 2011 | $2,680.45 | $374.39 | $2,144.36 $536.09 | $374.39 |
| 05/10/2011 Dkt. #26919 | March 1, 2011 – March 31, 2011 | $3,931.95 | $548.89 | $3,145.56 $786.39 | $548.89 |
| 06/10/2011 Dkt. #27067 | April 1, 2011 – April 30, 2011 | $6,683.40 | $1,007.39 | $5,346.72 $1,336.68 | $1,007.39 |
| 06/30/2011 Dkt. #27195 | May 1, 2011 – May 31, 2011 | $3,325.35 | $469.55 | $2,660.28 $665.07 | $469.55 |
| 07/28/2011 Dkt. #27328 | June 1, 2011 – June 30, 2011 | $1,874.70 | $266.53 | $1,499.76 $374.94 | $266.53 |
| 08/31/2011 Dkt. #27533 | July 1, 2011 – July 31, 2011 | $986.70 | $161.46 | $789.36 $197.34 | $161.46 |
| 10/04/2011 Dkt. #27717 | August 1, 2011 – August 31, 2011 | $957.90 | $141.42 | $766.32 $191.58 | $141.42 |
| 11/14/2011 Dkt. #27940 | September 1, 2011 – September 30, 2011 | $7,192.50 | $1,003.44 | $5,754.00 $1,438.50 | $1,003.44 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/16/2011 Dkt. #28171 | October 1, 2011 – October 31, 2011 | $ 595.65 Reduction- $385.95 | $ 2,577.41 | $ 476.52[2] ($ -266.82) | $ 2,577.41 |
| 01/25/2012 Dkt. #28413 | November 1, 2011- November 30, 2011 | $ 831.00 Reduction- $ 262.20 | $ 117.54 | $ 664.80 ($ -96.00) | $ 117.54 |
| 2/17/2012 Dkt. #28543 | December 1, 2011- December 31, 2011 | $ 686.85 Reduction- $ 71.25 | $ 103.77 | $ 549.48 $ 66.12 | $ 103.77 |
| 3/9/2012 Dkt. #28646 | January 1, 2012- January 31, 2012 | $ 1,190.25 | $ 178.24 | $ 952.20 $ 238.05 | $ 178.24 |
| 4/17/2012 Dkt. #28787 | February 1, 2012- February 29, 2012 | $ 2,217.00 | $ 332.00 | $ 1,773.60 $ 443.40 | $ 332.00 |
| 5/4/2012 Dkt. #28880 | March 1, 2012 - March 31, 2012 | $ 2,626.05 | $ 394.29 | $ 2,100.84 $ 525.21 | $ 349.29 |
| 6/1/2012 Dkt. #29012 | April 1, 2012- April 30, 2012 | $ 1,234.05 | $ 188.25 | $ 987.24 $ 246.81 | $ 188.25 |
| 6/29/2012 Dkt. #29160 | May 1, 2012- May 31, 2012 | $ 1,100.00 | $ 168.52 | $ 888.00 $ 222.00 | $ 168.52 |
| 8/8/2012 Dkt. #29418 | June 1, 2012- June 30, 2012 | $ 521.55 | $ 78.13 | $ 417.27 $ 104.28 | $ 78.13 |
| 8/31/2012 Dkt. #29540 | July 1, 2012- July 31, 2012 | $ 570.00 | $ 110.54 | $ 590.52 $ 174.63 | $ 110.54 |
| 10/5/2012 Dkt. #29741 | August 1, 2012- August 31, 2012 | $ 1,117.20 | $ 171.33 | $ 893.76 $ 223.44 | $ 171.33 |
| 10/26/2012 Dkt. #29820 | September 1, 2012- September 30, 2012 | $ 570.00 | $ 82.75 | $ 437.76 $ 109.44 | $ 82.75 |
| 12/18/2012 Dkt. #30064 | October 1, 2012- October 31, 2012 | $ 570.00 | $ 100.30 | $ 535.00 | $ 100.30 |
| 1/18/2013 Dkt. #30169 | November 1, 2012- November 30, 2012 | $ 715.35 | $ 113.39 | $ 522.17 | $ 113.39 |
| 2/21/2013 Dkt #30305 | December 1, 2012- December 31, 2012 | $ 809.40 | $ 123.17 | $ 682.09 | $ 123.17 |
| 3/19/2013 Dkt. #30415 | January 1, 2013- January 31, 2013 | $ 547.20 | $ 84.13 | Pending | Pending |

---

[2] On or about May 9, 2012, the Fee Auditor provided a Final Report Regarding the Quarterly Fee Application of Lauzon Bélanger Lespérance ("LBL") for the Period of October 1, 2011, through December 31, 2011. LBL agreed to the Fee Auditor's recommendations to reduce the fees by $381.90 and reduce the expenses by $337.50 for the Application Period, creating an overpayment of fees by W.R. Grace in the amount $296.70.

3

| | | | | | |
|---|---|---|---|---|---|
| 4/26/2013 Dkt. #30558 | February 1, 2013- February 28, 2013 | $ 1,162.80 | $ 174.13 | Pending | Pending |
| 5/24/2013 Dkt #30670 | March 1, 2013- March 31, 2013 | $ 669.75 | $ 105.41 | Pending | Pending |
| 6/27/2013 Dkt. # 30781 | April 1, 2013- April 30, 2013 | $ 738.15 | $ 112.26 | Pending | Pending |

**Fee Detail by Professional for the Period of May 1, 2013, through May 31, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| Michel Bélanger | Partner, 19 years - 1994 | $450.00[3] | 0.00 | 0.00 |
| Careen Hannouche | Associate, 8 years - 2005 | $285.00 | 2.00 | $ 570.00 |
| **Grand Total** | | | 2.00 | $ 570.00 |
| Blended Rate | | | | $285.00 |

**Monthly Compensation by Matter Description for the Period of May 1, 2013, through May 31, 2013:**

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 0.42 | $ 119.70 |
| 11 - Fee Applications, Applicant | 1.58 | $ 450.30 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | 2.59 | $ 570.00 |

---

[3] On March 1, 2011, Michel Bélanger's hourly rate increased.

4

**Monthly Expense Summary for the Period May 1, 2013, through May 31, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
|---|---|---|
| Facsimile transmittals | | 0.00 |
| Photocopies | (8 x .10) | 0.80 |
| Goods & Services Tax (G.S.T.) | | $ 28.54 |
| Quebec Sales Tax (Q.S.T.) | | $ 56.94 |
| **TOTAL** | | **$ 86.28** |

PLEASE TAKE NOTICE that Lauzon Bélanger Lespérance (the "Applicant" and/or "LBL") has today filed this Notice of Monthly Fee and Expenses Invoice for May 1, 2013, through May 31, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before August 19, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[4] Applicant's Invoice for May 1, 2013, through May 31, 2013, is attached hereto as **Exhibit A**.

5

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period May 1, 2013, through May 31, 2013, an allowance be made to LBL for compensation in the amount of CDN $570.00 and actual and necessary expenses in the amount of CDN $86.28 (includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of CDN $656.28 Actual Interim Payment of CDN $456.00 (80% of the allowed fees) and reimbursement of CDN $86.28 (100% of the allowed expenses) be authorized for a total payment of CDN $542.28; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Careen Hannouche is attached hereto as **Exhibit B**.

Dated: July 26, 2013                                      Respectfully submitted,

By:  /s/Daniel K. Hogan
     Daniel K. Hogan (DE Bar No. 2814)
     **THE HOGAN FIRM**
     1311 Delaware Avenue
     Wilmington, Delaware 19806
     Telephone: (302) 656.7540
     Facsimile: (302) 656.7599
     E-Mail: dkhogan@dkhogan.com

     **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

## LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

May 21, 2013

RE:   W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file: 222

### CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(April 1st 2013 to April 30th 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-05-03 | CH | Email to Karen Harvey re: confirmation wire transfer for use in preparation of LBL monthly fee applications | 0.25 | 285.00 | 71.25 |
| 2013-05-15 | CH | Telephone conversation with class member | 0.42 | 285.00 | 119.70 |
| 2013-05-21 | CH | Review of monthly time statements for March and April 2013 | 0.33 | 285.00 | 94.05 |
| 2013-05-21 | CH | Email to Lauren Campbell re: monthly time statements for March and April 2013 | 0.17 | 285.00 | 48.45 |
| 2013-05-24 | CH | Email to Lauren Campbell re: signed certification and review of monthly application | 0.33 | 285.00 | 94.05 |
| 2013-05-31 | CH | Review of 13th Quarterly Fee application | 0.33 | 285.00 | 94.05 |
| 2013-05-31 | CH | Email to Lauren Campbell re: signed certification 13th Quarterly Fee application | 0.17 | 285.00 | 48.45 |
| | | **OUR FEES:** | **2.00** | | **$570.00** |

**TIME SUMMARY BY LAWYER**
  CH   285.00   2.00   $ 570.00
**Our Disbursements:**
Photocopies                0.80

**Total Fee and disbursements**                                          570.80

  G.S.T. 5%                                                               28.54
  Q.S.T. 9.975%                                                           56.94
  **TOTAL**                                                           **$656.28**

# G.S.T. 814682340 RT 0001
# Q.S.T. 1211542736 TQ 0001

# EXHIBIT B

**CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)**

PROVINCE OF QUEBEC       :
                         : ss
CITY OF MONTREAL         :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1. I am an associate of the applicant firm, Lauzon Bélanger Lespérance (the "Firm" and/or "LBL").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc.[1] and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel LBL by the lawyers and paraprofessionals of the Firm.

6. I have reviewed the foregoing monthly application of Special Counsel LBL and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Careen Hannouche

SWORN AND SUBSCRIBED
Before me this 25th day of July, 2013.

_____
Notary Public
My Commission Expires: Nov 23 2014



2