# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING FOURTEENTH QUARTERLY APPLICATION
OF SCARFONE HAWKINS FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES
FOR APRIL 1, 2013, THROUGH JUNE 30, 2013**

Scarfone Hawkins ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its Fourteenth Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From April 1, 2013, through June 30, 2013 ("Fourteenth Quarterly Application"). The Court has reviewed the Fourteenth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fourteenth Quarterly Application, and any hearing on the Fourteenth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourteenth Quarterly Application. Accordingly, it is

ORDERED that the Fourteenth Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Scarfone Hawkins the sum of CDN $7,020.00 as compensation and CDN $916.89 as reimbursement of expenses, for a total of CDN $7,936.89 for services rendered and disbursements incurred by Scarfone Hawkins for the period April 1, 2013, through June 30, 2013, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____                         _____
                                                                        Kevin J. Carey
                                                                        United States Bankruptcy Judge