# EXHIBIT A

# To Quarterly Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 19, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**THIRTY-EIGHTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | April 1, 2013, through April 30, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 6,559.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 29.50 |

This is Applicant's Thirty-Eighth Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed 6/27/2013
Dkt. No. 30779

## Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 – March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

Page | 2

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 Reduction- $246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 Reduction- $ 369.00 | $ 59.25 | $ 7,507.60 | $ 59.25 |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

| | | | | | |
|---|---|---|---|---|---|
| 2/21/2013 Dkt. #30303 | December 1, 2012- December 31, 2012 | $ 8,250.50 | $ 301.94 | 6,600.40 | $ 301.94 |
| 3/19/2013 Dkt. #30413 | January 1, 2013- January 31, 2013 | $ 6,901.00 | $ 40.35 | Pending | Pending |
| 4/26/2013 Dkt. #30556 | February 1, 2013- February 28, 2013 | $ 9,507.00 | $ 99.10 | Pending | Pending |
| 5/24/2013 Dkt. #30668 | March 1, 2013- March 31, 2013 | $ 8,346.00 | $ 1,521.79 | Pending | Pending |

**Fee Detail by Professional for the Period of April 1, 2013, through April 30, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 8.50 | $ 3,400.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 4.40 | $ 858.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 11.80 | $ 2,301.00 |
| Grand Total | | | 24.70 | $ 6,559.00 |
| Blended Rate | | | | $ 265.55 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |
| | | | | |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

**Monthly Compensation by Matter Description for the Period of April 1, 2013, through April 30, 2013:**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| 04 - Case Administration | 3.40 | $ 1,360.00 |
| 11 - Fee Applications, Applicant | 9.80 | $ 2,403.00 |
| 12 - Fee Applications, Others | 11.50 | $ 2,796.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **24.70** | **$ 6,559.00** |

**Monthly Expense Summary for the Period April 1, 2013, through April 30, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house  (80 x .10) | 8.00 |
| Postage | First Class Mail | 4.20 |
| Outside Copy & Serve | Digital Legal, LLC | 17.30 |
| **TOTAL** | | **$ 29.50** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for April 1, 2013, through April 30, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and

---

[4] Applicant's Invoice for April 1, 2013, through April 30, 2013, is attached hereto as **Exhibit A.**

Page | 5

Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before June 17, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period April 1, 2013, through April 30, 2013, an allowance be made to The Hogan Firm for compensation in the amount of $6,559.00 and actual and necessary expenses in the amount of $29.50 for a total allowance of $6,588.50; Actual Interim Payment of $5,247.20(80% of the

allowed fees) and reimbursement of $29.50 (100% of the allowed expenses) be authorized for a total payment of $5,276.70; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: June 27, 2013                          Respectfully submitted,

                                                     By:    */s/ Daniel K. Hogan*
                                                            Daniel K. Hogan (DE Bar No. 2814)
                                                            THE HOGAN FIRM
                                                            1311 Delaware Avenue
                                                            Wilmington, Delaware 19806
                                                            Telephone: 302.656.7540
                                                            Facsimile: 302.656.7599
                                                            Email: dkhogan@dkhogan.com

                                                            **Counsel to Representative Counsel**
                                                            **for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
c/o Lauzon Belanger Lesperance  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 5/3/2013  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 21240

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/2013 | DKH | E-mail correspondence from Bobbie Ruhlander that she will draft the final report accordingly. | 0.10 | 400.00 | 40.00 |
| 04/03/2013 | DKH | E-mail correspondence with Bobbi Ruhlander that we agree to the proposed reductions to The Hogan Firm's monthly fee applications and quarterly application for the 47th interim period (Oct-Dec. 2012). | 0.10 | 400.00 | 40.00 |
| 04/03/2013 | LNC | Email correspondence with Careen Hannouche transmitting the 35th Monthly Application of LBL for review | 0.10 | 195.00 | 19.50 |
| 04/05/2013 | KEH | E-mail correspondence from Grace Accounts Payable transmitting Remittance Advice for deposit of holdback payments on April 8, 2013, for the period July-September 2012; review same in regards to which THF applications they are applied. | 0.40 | 195.00 | 78.00 |
| 04/05/2013 | KEH | E-mail correspondence with Grace Accounts Payable, re: 4/8/2013 remittance advice and need for clarification to apply to correct THF fee applications. | 0.20 | 195.00 | 39.00 |
| 04/05/2013 | DKH | Met with Karen Harvey to review remittance advice and need for clarification on remittance and application to fee application spreadsheet. | 0.30 | 400.00 | 120.00 |
| 04/08/2013 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Authorizing the 2013 Long-Term Incentive Plan and Stock Grants to Directors, and the Amendment of 2011 Stock Incentive Plan to Implement Such Plan and Grants. (related document(s)[30408]) Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 04/09/2013 | KEH | E-mail correspondence from Bobbi Ruhlander transmitting Fee Auditor's Final Report regarding The Hogan Firm's quarterly fee application for the 47th period; review final report and revise WRGrace payment spreadsheet accordingly to show reductions; meet with Dan Hogan, re: same. | 0.40 | 195.00 | 78.00 |
| 04/09/2013 | DKH | E-mail correspondence with Bobbie Ruhlander transmitting attached fee auditor's final report regarding The Hogan Firm's quarterly fee application for the 47th interim period was filed with the court today, April 9, 2013 | 0.10 | 400.00 | 40.00 |

| 5/3/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 04/09/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Fee Auditor's Report Regarding the Quarterly Application of The Hogan Firm for the Interim Period from October 1, 2012, through December 31, 2012 Filed by Warren H. Smith & Associates, P.C. | 0.30 | 400.00 | 120.00 |
| 04/09/2013 | KEH | | E-mails with Patty Cuniff for Debtors' counsel, re: The Hogan Firm's quarterly application for the period October 1, 2012, through December 31, 2012. | 0.20 | 195.00 | 39.00 |
| 04/09/2013 | LNC | | Preparation of the Certificate of No Objection for the 12th Quarterly Application of Lauzon Belanger Lesperance. | 1.00 | 195.00 | 195.00 |
| 04/09/2013 | LNC | | Preparation of the Certificate of No Objection for the 12th Quarterly Application of Scarfone Hawkins. | 1.00 | 195.00 | 195.00 |
| 04/09/2013 | LNC | | Preparation of the Certificate of No Objection for the 12th Quarterly Application of The Hogan Firm. | 1.00 | 195.00 | 195.00 |
| 04/09/2013 | KEH | | Telephone call from Jason Day at WRGrace, re: THF's holdback payments for July-Sept 2012 - explained the split of payments on "Remittance Advice"; Update WRGrace payment spreadsheet for use in preparation of fee applications. | 0.50 | 195.00 | 97.50 |
| 04/09/2013 | KEH | | Telephone call to and e-mail with 'Bobbi Ruhlander' regarding THF's CNO. | 0.20 | 195.00 | 39.00 |
| 04/10/2013 | KEH | | E-mail correspondence from Grace Accounts Payable transmitting "Remittance Advice" for THF's December fee application; update WRGrace payment spreadsheet for use with fee application preparation. | 0.30 | 195.00 | 58.50 |
| 04/10/2013 | KEH | | E-mail correspondence with 'Careen Hannouche at LBL and Cindy Yates at SH, re: THF received holdback payment for July-Sept 2012 and Remittance Advice for December THF application for deposit on 4/11/13 - Please advise status of your payments. | 0.10 | 195.00 | 19.50 |
| 04/10/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: Certificate of No Objection Regarding the Twelfth Quarterly Application of Lauzon Belanger Lesperance as Counsel to the Canadian ZAI Claimants (related document(s)[30351]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 04/10/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: Certificate of No Objection Regarding the Twelfth Quarterly Application of Scarfone Hawkins LLP as Counsel to The Canadian ZAI Claimants (related document(s) [30349]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 04/10/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: efiling of Certificate of No Objection Regarding the Twelfth Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Canadian ZAI Claimants (related document(s)[30346]) Filed by Canadian ZAI Claimants. | 0.20 | 195.00 | 39.00 |
| 04/10/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Statement of Professionals' Compensation from January 1, 2013 through March 31, 2013 Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 04/10/2013 | LNC | | E-mail correspondence with 'orders@digitallegal.net' transmitting the certificate of no objection to the 12th quarterly applications for hand delivery. | 0.10 | 195.00 | 19.50 |
| 04/10/2013 | LNC | | E-mail correspondence with the service parties transmitting the certificate of no objection to the 12th Quarterly fee applications. | 0.10 | 195.00 | 19.50 |
| 04/10/2013 | LNC | | Prepared for and filed the Certificate of No Objection to the 12th Quarterly Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 04/10/2013 | LNC | | Prepared for and filed the Certificate of No Objection to the 12th Quarterly Application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |

| 5/3/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 04/10/2013 | LNC | | Prepared for and filed the Certificate of No Objection to the 12th Quarterly Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 04/10/2013 | DKH | | Reviewed and revised Certificate of No Objection Regarding the Twelfth Quarterly Application of Lauzon Belanger Lesperance as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/10/2013 | DKH | | Reviewed and revised Certificate of No Objection Regarding the Twelfth Quarterly Application of Scarfone Hawkins LLP as Counsel to The Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/10/2013 | DKH | | Reviewed and revised Certificate of No Objection Regarding the Twelfth Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 04/10/2013 | DKH | | Reviewed docket for objections to the Twelfth Quarterly Application of Scarfone Hawkins, Lauzon Belanger Lesperance, and the Hogan Firm as Counsel to the Canadian ZAI Claimants. | 0.50 | 400.00 | 200.00 |
| 04/15/2013 | LNC | | E-mail correspondence with Cindy Yates transmitting the time statement for March from Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 04/15/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Motion to Sell Property Free and Clear of Liens /Motion for an Order Authorizing the Private Sale of Real Property and Approving the Purchase and Sale Agreement Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 04/15/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/22/2013 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 04/15/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Order Designating E-Discovery Special Master Regarding The Production of 2019 Exhibits (related document(s) [30404]) Order Signed on 4/15/2013. | 0.30 | 400.00 | 120.00 |
| 04/15/2013 | DKH | | Reviewed Scarfone Hawkins LLP Monthly Fee Statement for March 1, 2013 – March 31, 2013. | 0.50 | 400.00 | 200.00 |
| 04/16/2013 | KEH | | E-mail correspondence from Careen Hannouche - no payment received from WRGrace for July-Sept 2012 holdback or for December 2012 fee application for LBL. | 0.10 | 195.00 | 19.50 |
| 04/16/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Order Authorizing the 2013 Long-Term Incentive Plan and Stock Grants to Directors, and teh Amendment of 2011 Stock Incentive Plan to Implement Such Plan and Grants (related document(s)[30408], [30483]). Signed on 4/16/2013. | 0.30 | 400.00 | 120.00 |
| 04/17/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s)[30515]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/22/2013 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 04/17/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Order Approving the Settlement Agreement Between W.R. Grace & Co. and Markel Insurance Company (F/K/A Terra Nova Insurance Company Limited) (related document(s)[30375], [30481]). Signed on 4/16/2013. | 0.30 | 400.00 | 120.00 |
| 04/23/2013 | LNC | | Calculated project codes on Lauzon Belanger Lesperance's February time statement. | 0.30 | 195.00 | 58.50 |
| 04/23/2013 | LNC | | Calculated project codes on Scarfone Hawkins' February time statement. | 0.30 | 195.00 | 58.50 |
| 04/23/2013 | LNC | | Calculated project codes on The Hogan Firm's February time statement. | 1.00 | 195.00 | 195.00 |
| 04/24/2013 | KEH | | E-mail correspondence from Cindy Yates - no payment received from WRGrace; advised Lauren Campbell re: SH's fee application. | 0.10 | 195.00 | 19.50 |

| 5/3/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 04/24/2013 | KEH | | E-mail correspondence with Cindy Yates at SH and Careen Hannouche at LBL, re: preparation of the drafts for February fee applications - checking re: payment for July through September holdback and/or December fee application. | 0.10 | 195.00 | 19.50 |
| 04/24/2013 | LNC | | Prepared the 36th monthly fee application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| 04/24/2013 | LNC | | Prepared the 36th monthly fee application for The Hogan Firm. | 1.30 | 195.00 | 253.50 |
| 04/24/2013 | LNC | | Prepared the 36th monthly fee application of Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 04/25/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Notice of Sale /Debtors' Forty-Seventh Quarterly Report of Asset Sales From January 1, 2013, Through March 31, 2013, in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets. (related document(s)[833]) Filed by W.R. Grace & Co., et al | 0.30 | 400.00 | 120.00 |
| 04/25/2013 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Notice of Settlement /Debtors' Forty-Seventh Quarterly Report of Settlements From January 1, 2013 Through March 31, 2013 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding. (related document(s) [833]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 04/25/2013 | DKH | | Reviewed and revised LBL's 36th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 04/25/2013 | DKH | | Reviewed and revised Scarfone Hawkin's 36th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 04/25/2013 | DKH | | Reviewed and revised the Hogan Firm's 36th Monthly Fee Application. | 0.90 | 400.00 | 360.00 |
| 04/26/2013 | KEH | | E-mail correspondence from Careen Hannouche - no payment received from WRGrace; advised Lauren Campbell re: LBL's fee application. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | KEH | | E-mail correspondence from/to Careen Hannouche to confirm amounts owing to LBL by WRGrace for July-Sept holdback and December 2012 fee application. | 0.20 | 195.00 | 39.00 |
| 04/26/2013 | LNC | | E-mail correspondence with Careen Hannouche transmitting the 36th monthly fee application of Lauzon Belanger Lesperance for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | E-mail correspondence with Careen Hannouche transmitting the signed certification from LBL. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | E-mail correspondence with 'Cindy Yates' transmitting the 36th monthly fee application of Scarfone Hawkins for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | E-mail correspondence with Cindy Yates transmitting the signed certification of Dave Thompson. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: efiling of Monthly Application for Compensation (Thirty-Six) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period February 1, 2013 to February 28, 2013 Filed by Canadian ZAI Claimants. Objections due by 5/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 04/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: efiling of Monthly Application for Compensation (Thirty-Sixth) Application of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants for the period February 1, 2013 to February 28, 2013 Filed by Canadian ZAI Claimants. Objections due by 5/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |

| 5/3/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 04/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Thirty-Sixth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2013 to February 28, 2013 Filed by Canadian ZAI Claimants. Objections due by 5/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.30 | 195.00 | 58.50 |
| 04/26/2013 | LNC | | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting the 36th monthly fee application of Lauzon Belanger Lesperance for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting the 36th monthly fee application of Scarfone Hawkins for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting the 36th monthly fee application of the Hogan Firm for review. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | E-mail correspondence with 'orders@digitallegal.net' transmitting the 36th monthly fee application for hand delivery. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | E-mail correspondence with the service parties transmitting the 36th monthly fee application of LBL | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | E-mail correspondence with the service parties transmitting the 36th monthly fee application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | E-mail correspondence with the service parties transmitting the 36th monthly fee application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 04/26/2013 | LNC | | Prepared for and filed the 36th monthly fee application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 04/26/2013 | LNC | | Prepared for and filed the 36th monthly fee application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 04/26/2013 | LNC | | Prepared for and filed the 36th monthly fee application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| | | | **Total Fees** | 24.70 | | $6,559.00 |

**Expenses**

| 04/11/2013 | Digital Legal Inv. 73052; CNO 12 Quarterly | 6.80 | |
|---|---|---|---|
| 04/26/2013 | Photocopies of the 36th Monthly Fee Applications sent to the fee auditor for review. | 8.00 | |
| 04/26/2013 | Postage-Photocopies of the 36th Monthly Fee Applications sent to the fee auditor for review. | 4.20 | |
| 04/29/2013 | Digital Legal, LLC- Hand delivery and mailing of the 36th Monthly Fee Applications. | 10.50 | |
| | **Total Expenses** | | $29.50 |

**TOTAL NEW CHARGES**  $6,588.50

**STATEMENT OF ACCOUNT**

| Prior Balance | 9,867.79 |
|---|---|
| Payments | -9,867.79 |
| Current Fees | 6,559.00 |
| Current Expenses | 29.50 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,588.50** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;** Please call 302.656.7540 if you have any questions or concerns.

| 5/3/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:6 |

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 4/16/2013 | 013 4402 | Payment on Account | 9,867.79 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE     :
                      : ss
COUNTY OF NEW CASTLE  :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED June
Before me this 27th day of ~~May~~, 2013

_____
Notary Public
My Commission Expires: Feb. 15, 2015

(Notary Seal: GABRIELLE E. PALAGRUTO, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES Feb. 15, 2015)