# EXHIBIT B

# To Quarterly Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 19, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## THIRTY-NINTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2013, through May 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 8,200.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 84.65 |

This is Applicant's Thirty-Ninth Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed 7/26/2013
Dkt. No. 30879

## Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 – March 31, 2010 | $56,262.00 Reduction -$687.00 | $2,056.92 | $45,009.60 $10,565.40 | $2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $37,248.00 | $562.10 | $29,798.40 $7,449.60 | $562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $31,588.00 | $2,237.65 | $25,270.40 $6,317.60 | $2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $28,580.00 | $1,860.20 | $22,864.00 $5,716.00 | $1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $21,993.00 | $203.15 | $17,594.40 $4,398.60 | $203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $19,978.00 | $2,003.31 | $15,982.40 $3,995.60 | $2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $469.58 | $12,086.40 $3,021.60 | $469.58 |
| 12/03/2010 Dkt. #25856 | October 1, 2010 – October 31, 2010 | $10,300.00 | $132.92 | $8,240.00 $2,060.00 | $132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $10,964.00 | $1,814.35 | $8,771.20 $2,192.80 | $1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $15,868.00 | $378.98 | $12,694.40 $3,173.60 | $378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $17,694.00 | $1,041.00 | $14,155.20 $3,538.80 | $1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $16,187.00 | $814.73 | $12,949.60 $3,237.40 | $814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $13,172.00 | $358.40 | $10,537.60 $2,634.40 | $358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $12,491.00 | $357.35 | $9,992.80 $2,498.20 | $357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $13,139.00 | $112.91 | $10,511.20 $2,627.80 | $112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $16,507.00 Reduction -$120.00 | $1,176.26 | $13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $11,632.00 | $226.85 | $9,305.60 $2,326.40 | $226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $14,654.00 | $637.96 | $11,723.20 $2,930.80 | $637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012- March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 Reduction- $246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 Reduction- $ 369.00 | $ 59.25 | $ 7,507.60 | $ 59.25 |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

| Date / Dkt. | Period | | | | |
|---|---|---|---|---|---|
| 2/21/2013 Dkt. #30303 | December 1, 2012- December 31, 2012 | $ 8,250.50 | $ 301.94 | 6,600.40 | $ 301.94 |
| 3/19/2013 Dkt. #30413 | January 1, 2013- January 31, 2013 | $ 6,901.00 | $ 40.35 | Pending | Pending |
| 4/26/2013 Dkt. #30556 | February 1, 2013- February 28, 2013 | $ 9,507.00 | $ 99.10 | Pending | Pending |
| 5/24/2013 Dkt. #30668 | March 1, 2013- March 31, 2013 | $ 8,346.00 | $ 1,521.79 | Pending | Pending |
| 6/27/2013 Dkt. #30779 | April 1, 2013- April 30, 2013 | $ 6,559.00 | $ 29.50 | Pending | Pending |

**Fee Detail by Professional for the Period of May 1, 2013, through May 31, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 10.80 | $ 4,320.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 2.80 | $ 546.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 17.10 | $ 3,334.50 |
| Grand Total | | | 30.70 | $ 8,200.50 |
| Blended Rate | | | | $ 267.12 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |
| | | | | |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

**Monthly Compensation by Matter Description for the Period of May 1, 2013, through May 31, 2013:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 2.90 | $ 1,160.00 |
| 11 - Fee Applications, Applicant | 11.70 | $ 3,019.50 |
| 12 - Fee Applications, Others | 16.10 | $ 4,021.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| TOTAL | 30.70 | $ 8,200.50 |

**Monthly Expense Summary for the Period May 1, 2013, through May 31, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house  (440 x .10) | 44.00 |
| Postage | First Class Mail | 16.00 |
| Outside Copy & Serve | Digital Legal, LLC | 24.65 |
| TOTAL | | $ 84.65 |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for May 1, 2013, through May 31, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11

---

[4] Applicant's Invoice for May 1, 2013, through May 31, 2013, is attached hereto as **Exhibit A**.

Page | 5

U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before August 19, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period May 1, 2013, through May 31, 2013, an allowance be made to The Hogan Firm for compensation in the amount of $8,200.50 and actual and necessary expenses in the amount of

$84.65 for a total allowance of $8,385.15; Actual Interim Payment of $6,560.40(80% of the allowed fees) and reimbursement of $84.65 (100% of the allowed expenses) be authorized for a total payment of $6,645.05; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: July 26, 2013                     Respectfully submitted,

                              By:    /s/ Daniel K. Hogan
                                     Daniel K. Hogan (DE Bar No. 2814)
                                     THE HOGAN FIRM
                                     1311 Delaware Avenue
                                     Wilmington, Delaware 19806
                                     Telephone: 302.656.7540
                                     Facsimile: 302.656.7599
                                     Email: dkhogan@dkhogan.com

                                     **Counsel to Representative Counsel
                                     for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

| | |
|---|---|
| **Canadian ZAI Claimants**<br>c/o Lauzon Belanger Lesperance<br>Attention: Careen Hannouche<br>286 rue Street<br>Paul Quest bureau 100 Montreal QC H2Y 2A3 | **Date:** 6/6/2013<br>**File Number:** ZAI/WRG 060124-01<br>**Invoice Number:** 21280 |

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/2013 | KEH | E-mail correspondence with 'Cindy Yates' and Careen Hannouche regarding payment status from WRGrace. | 0.10 | 195.00 | 19.50 |
| 05/03/2013 | KEH | E-mail correspondence from Careen Hannouche re: LBL's payment from WRGrace yesterday in the amount of $1 285.77 - more than expected; investigate same. | 0.30 | 195.00 | 58.50 |
| 05/06/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed ORDER AUTHORIZING THE PRIVATE SALE OF REAL PROPERTY AND APPROVING THE PURCHASE AND SALE AGREEMENT (Sale Agreement attached to Order) (Related Doc # [30517], [30598]) Order Signed on 5/6/2013. | 0.30 | 400.00 | 120.00 |
| 05/06/2013 | DKH | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period March 1, 2013 to March 31, 2013 Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 05/07/2013 | KEH | E-mail correspondence from Cindy Yates at Scarfone Hawkins, re: wire received from WRGrace $1,533.75 ($1,548.75 less $15.00 wire receipt charge) in payment of July, August and September, 2012 holdback on fee applications; revise WRGrace payment spreadsheet accordingly - for use in preparation of fee applications; confirmed that payment has not been received for December, 2012. | 0.40 | 195.00 | 78.00 |
| 05/08/2013 | DKH | E-mail correspondence with Careen Hannouche concerning fact that Revenue Québec has asked them for clarifications. Reviewed emails. | 0.30 | 400.00 | 120.00 |
| 05/08/2013 | KEH | E-mail correspondence with 'Careen Hannouche' explaining payment breakdown from WRG for LBL's fee applications - WRG paid all of the holdback for July-September and an additional $34.57 on the fees for December 2012 - leaving holdback for December in the amount of $127.31. | 0.30 | 195.00 | 58.50 |

| 6/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 05/08/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 5/20/2013 at 09:00 AM (hearing cancelled). | 0.30 | 400.00 | 120.00 |
| 05/10/2013 | KEH | | E-mail correspondence from Cindy Yates, re: payment from WRG for SH's December, 2012 monthly fee account in the amount of $1,520.00; revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 05/14/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Statement for April 1, 2013 – April 30, 2013; reviewed same. | 0.60 | 400.00 | 240.00 |
| 05/14/2013 | LNC | | Email correspondence with Cindy Yates transmitting Scarfone Hawkins Monthly Statement for April; save as exhibit to file | 0.20 | 195.00 | 39.00 |
| 05/20/2013 | LNC | | Calculated project codes on The Hogan Firms monthly statement in order to prepare the 37th monthly fee application. | 1.00 | 195.00 | 195.00 |
| 05/20/2013 | LNC | | Preparation of the 37th Monthly Fee Application of The Hogan Firm | 1.30 | 195.00 | 253.50 |
| 05/21/2013 | LNC | | Calculate project codes on Lauzon Belanger Lesperance monthly statement to prepare the 37th Monthly fee application | 0.30 | 195.00 | 58.50 |
| 05/21/2013 | LNC | | Calculate project codes on Scarfone Hawkins monthly statement to prepare the 37th Monthly fee application | 0.30 | 195.00 | 58.50 |
| 05/21/2013 | LNC | | Email correspondence with Careen Hannouche transmitting LBL's Monthly Statement for April and May; save as exhibit to file | 0.20 | 195.00 | 39.00 |
| 05/21/2013 | LNC | | Preparation of the 37th Monthly fee application of Scarfone Hawkins | 1.30 | 195.00 | 253.50 |
| 05/21/2013 | DKH | | Reviewed and revised LBL's 37th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 05/21/2013 | DKH | | Reviewed and revised Scarfone Hawkins' 37th Monthly Fee Application. | 0.60 | 400.00 | 240.00 |
| 05/22/2013 | LNC | | Preparation of the 37th Monthly fee Application of Lauzon Belanger Lesperance | 1.30 | 195.00 | 253.50 |
| 05/22/2013 | DKH | | Reviewed and revised The Hogan Firm's 37th Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 05/23/2013 | LNC | | Email correspondence with Careen Hannouche transmitting the 37th Monthly Application for review | 0.10 | 195.00 | 19.50 |
| 05/23/2013 | LNC | | Email correspondence with Cindy Yates transmitting the 37th Monthly Application for review | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | | Email correspondence with Careen Hannouche transmitting LBL's certification for the 37th Monthly Fee Application Monthly; save to file | 0.20 | 195.00 | 39.00 |
| 05/24/2013 | DKH | | E-mail correspondence with Careen Hannouche transmitting the signed certification for LBL 37th monthly fee application. | 0.10 | 400.00 | 40.00 |
| 05/24/2013 | LNC | | Email correspondence with Cindy Yates transmitting Scarfone Hawkins certification for the 37th Monthly Fee Application; save to file | 0.20 | 195.00 | 39.00 |
| 05/24/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Thirty-Seventh) of Lauzon Belanger Lesperance for the period March 1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 6/17/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit A) | 0.20 | 195.00 | 39.00 |
| 05/24/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Thirty-Seventh) of Scarfone Hawkins LLP as Special Counsel for the Candian ZAI Claimants for the period March 1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 6/17/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |

| 6/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 05/24/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Thirty-Seventh) of The Hogan Firm as Representative Counsel for The Candian ZAI Claimants for the period March 1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 6/17/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 05/24/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion for Entry of an Order Appointing Roger Frankel as the Successor Legal Representative for Future Asbestos Personal Injury Claimants Nunc Pro Tunc to May 16, 2013] Filed by W.R. Grace & Co., et al. | 0.60 | 400.00 | 240.00 |
| 05/24/2013 | LNC | | Email correspondence with orders@digitallegal.net transmitting the 37th Monthly Applications for service and hand delivery | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | | Email correspondence with the fee auditor transmitting the 37th Monthly Application for Lauzon Belanger Lesperance | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | | Email correspondence with the fee auditor transmitting the 37th Monthly Application for Scarfone Hawkins | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | | Email correspondence with the fee auditor transmitting the 37th Monthly Application for The Hogan Firm | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | | Email correspondence with the service parties transmitting the 37th Monthly Application for Lauzon Belanger Lesperance | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | | Email correspondence with the service parties transmitting the 37th Monthly Application for Scarfone Hawkins | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | LNC | | Email correspondence with the service parties transmitting the 37th Monthly Application for The Hogan Firm | 0.10 | 195.00 | 19.50 |
| 05/24/2013 | DKH | | Met with Lauren Campbell to review the service of the various monthly fee applications. | 0.40 | 400.00 | 160.00 |
| 05/24/2013 | LNC | | Prepare for and filed the 37th monthly fee application of Lauzon Belanger Lesperance | 0.30 | 195.00 | 58.50 |
| 05/24/2013 | LNC | | Prepare for and filed the 37th monthly fee application of Scarfone Hawkins | 0.30 | 195.00 | 58.50 |
| 05/24/2013 | LNC | | Prepare for and filed the 37th monthly fee application of The Hogan Firm | 0.30 | 195.00 | 58.50 |
| 05/28/2013 | LNC | | Preparation of the 13th Quarterly Application of The Hogan Firm | 2.30 | 195.00 | 448.50 |
| 05/28/2013 | LNC | | Preparation of the 13th quarterly fee application of Lauzon Belanger Lesperance | 2.30 | 195.00 | 448.50 |
| 05/29/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty Seventh Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.40 | 400.00 | 160.00 |
| 05/29/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed INTERIM ORDER APPOINTING ROGER FRANKEL AS SUCCESSORLEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONALINJURY CLAIMANTS NUNC PRO TUNC TO MAY 16, 2013. If no objections are filed by response date (June 14, 2013, at 4:00 p.m. Eastern) the Order will become final without further notice. (Related Doc # [30671]) Order Signed on 5/29/2013. | 0.30 | 400.00 | 120.00 |
| 05/29/2013 | LNC | | Preparation of the 13th quarterly application of Scarfone Hawkins | 2.30 | 195.00 | 448.50 |
| 05/29/2013 | KEH | | Review Fee Auditor's Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty Seventh Interim Period Filed by Warren H. Smith & Associates, P.C.; meet with DKHogan, re: same. | 0.20 | 195.00 | 39.00 |

| 6/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 05/30/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Rescinding Order Requiring Counsel To Send Monthly Fee Applications To Chambers. Signed on 5/29/2013. | 0.30 | 400.00 | 120.00 |
| 05/30/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed AMENDED INTERIM ORDER APPOINTING ROGER FRANKEL AS SUCCESSOR LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS NUNC PRO TUNC TO MAY 16, 2013 Signed on 5/30/2013. | 0.30 | 400.00 | 120.00 |
| 05/30/2013 | LNC | | Preparation of the Certificate of No Objection to Lauzon Belanger Lesperance's 35th Monthly Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Preparation of the Certificate of No Objection to Scarfone Hawkins 35th Monthly Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Preparation of the Certificate of No Objection to The Hogan Firm's 35th Monthly Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Prepare for and filed the Certificate of no Objection to Lauzon Belanger Lesperances 35th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Prepare for and filed the Certificate of no Objection to Scarfone Hawkins 35th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 05/30/2013 | LNC | | Prepare for and filed the Certificate of no Objection to The Hogan Firm's 35th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 05/31/2013 | LNC | | Email correspondence with Careen Hannouche transmitting the 13th Quarterly Application of Lauzon Belanger Lesperance for review. | 0.10 | 195.00 | 19.50 |
| 05/31/2013 | LNC | | Email correspondence with Cindy Yates transmitting the 13th Quarterly Application of Scarfone Hawkins for review. | 0.10 | 195.00 | 19.50 |
| 05/31/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents re: Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Compensation Application of The Hogan firm as Special Counsel to the Canadian ZAI Claimants (related document(s)[30413]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 05/31/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (related document(s)[30414]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 05/31/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Compensation Application of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants (related document(s) [30415]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 05/31/2013 | LNC | | Email correspondence with the service parties transmitting the certificate of no objection to the 35th monthly fee applications | 0.10 | 195.00 | 19.50 |
| 05/31/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Compensation Application of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 05/31/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Compensation Application of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/31/2013 | DKH | | Reviewed and revised LBL's 13th Quarterly Fee Application. | 1.10 | 400.00 | 440.00 |
| 05/31/2013 | DKH | | Reviewed and revised SH's 13th Quarterly Fee Application. | 1.20 | 400.00 | 480.00 |

| 6/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 05/31/2013 | DKH | | Reviewed and revised The Hogan Firm's 13th Quarterly Fee Application. | 1.20 | 400.00 | 480.00 |
| 05/31/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) Regarding the Thirty-Fifth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| | | | **Total Fees** | | 30.70 | $8,200.50 |

**Expenses**

| 05/24/2013 | Digital Legal, LLC- Service of the 37th Monthly fee Applications | 10.45 | |
|---|---|---|---|
| 05/24/2013 | Photocopies of the 37th Monthly Fee Application | 8.00 | |
| 05/30/2013 | Photocopies of the 13th Quarterly Fee Application for review by Daniel Hogan | 18.00 | |
| 05/31/2013 | Digital Legal, LLC- Service of the CNO to the 35th Monthly Fee Applications. | 7.10 | |
| 06/03/2013 | Digital Legal, LLC- Service of the CNO to the 36th Monthly Fee Applications. | 7.10 | |
| 06/04/2013 | Photocopies of the 13th Quarterly Applications sent to the fee auditor for review | 18.00 | |
| 06/04/2013 | Postage- First Class Mail- Copies of the 13th Quarterly Applications sent to the fee auditor for review | 16.00 | |
| | **Total Expenses** | | $84.65 |

**TOTAL NEW CHARGES** $8,285.15

**STATEMENT OF ACCOUNT**

| Prior Balance | 6,588.50 |
|---|---|
| Payments | -6,488.50 |
| Current Fees | 8,200.50 |
| Current Expenses | 84.65 |
| Interest to date 06/06/2013 | 0.20 |
| **AMOUNT DUE AND OWING TO DATE** | **$8,385.35** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 5/17/2013 | 013 4410 | Payment on Account | 6,488.50 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE :
: ss
COUNTY OF NEW CASTLE :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 26th day of July, 2013

_____
Notary Public
My Commission Expires: _____