# EXHIBIT C

# To Quarterly Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et. al.*, ) | Case No. 01-01139 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Objection Deadline: September 3, 2013 @ 4:00 p.m. |
| ) | Hearing Date: Only if Objection is Timely Filed |
| ) | |

**FORTIETH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL
TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | June 1, 2013, through June 30, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $   4,626.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $   834.50 |

This is Applicant's Fortieth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 – March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $ 17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. #25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

Page | 2

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 Reduction- $246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 Reduction- $ 369.00 | $ 59.25 | $ 7,507.60 | $ 59.25 |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 2/21/2013 Dkt. #30303 | December 1, 2012- December 31, 2012 | $ 8,250.50 | $ 301.94 | $ 6,600.40 | $ 301.94 |
| 3/19/2013 Dkt. #30413 | January 1, 2013- January 31, 2013 | $ 6,901.00 | $ 40.35 | $ 5,520.80 | $ 40.35 |
| 4/26/2013 Dkt. #30556 | February 1, 2013- February 28, 2013 | $ 9,507.00 | $ 99.10 | $ 7,605.60 | $ 99.10 |
| 5/24/2013 Dkt. #30668 | March 1, 2013- March 31, 2013 | $ 8,346.00 | $ 1,521.79 | $ 6,676.80 | $1,521.79 |
| 6/27/2013 Dkt. #30779 | April 1, 2013- April 30, 2013 | $ 6,559.00 | $ 29.50 | Pending | Pending |
| 7/26/2013 Dkt. 30879 | May 1, 2013- May 31, 2013 | $ 4,626.00 | $ 834.50 | Pending | Pending |

**Fee Detail by Professional for the Period of June 1, 2013, through June 30, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 6.3 | $ 2,520.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 1.8 | $ 351.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 9.00 | $ 1,755.00 |
| Grand Total |  |  | 17.10 | $ 4,626.00 |
| Blended Rate |  |  |  | $ 270.53 |
| Blended Rate (excluding paralegal time): |  |  |  | $ 400.00 |
|  |  |  |  |  |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

**Monthly Compensation by Matter Description for the Period of June 1, 2013, through June 30, 2013:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 0.70 | $ 280.00 |
| 11 - Fee Applications, Applicant | 5.00 | $ 1,221.00 |
| 12 - Fee Applications, Others | 11.4 | $ 3,125.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| TOTAL | 17.10 | $ 4,626.00 |

**Monthly Expense Summary for the Period June 1, 2013, through June 30, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house | 0.00 |
| Postage | First Class Mail | 0.00 |
| Outside Copy & Serve | Digital Legal, LLC | $ 834.50 |
| TOTAL | | $ 834.50 |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for June 1, 2013, through June 30, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and

---

[4] Applicant's Invoice for June 1, 2013, through June 30, 2013, is attached hereto as **Exhibit A.**

Page | 5

Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before September 3, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period June 1, 2013, through June 30, 2013, an allowance be made to The Hogan Firm for compensation in the amount of $4,626.00 and actual and necessary expenses in the amount of $834.50 for a total allowance of $5,460.50; Actual Interim Payment of $3,700.80 (80% of the

allowed fees) and reimbursement of $834.50 (100% of the allowed expenses) be authorized for a total payment of $4,535.30; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: August 13, 2013               Respectfully submitted,

                            By:    /s/ Daniel K. Hogan
                                   Daniel K. Hogan (DE Bar No. 2814)
                                   THE HOGAN FIRM
                                   1311 Delaware Avenue
                                   Wilmington, Delaware 19806
                                   Telephone: 302.656.7540
                                   Facsimile: 302.656.7599
                                   Email: dkhogan@dkhogan.com

                                   **Counsel to Representative Counsel
                                   for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

| | |
|---|---|
| **Canadian ZAI Claimants**<br>c/o Lauzon Belanger Lesperance<br>Attention: Careen Hannouche<br>286 Rue St. Paul<br>Quest bureau 100 Montreal QC H2Y 2A3 | **Date:** 7/8/2013<br>**File Number:** ZAI/WRG 060124-01<br>**Invoice Number:** 21422 |

Re: Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

| Date | Initials | Description of Service | Hours | Rate | Amount |
|------|----------|------------------------|-------|------|--------|
| 06/03/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov – review receipt/documents, re: Certificate of No Objection (No Order Required) Regading the Thirty-Sixth Monthly Compensation Application of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants (related document(s) [30558]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 06/03/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov – review receipt/documents, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Sixth Monthly Compensation Application of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants (related document(s)[30557]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 06/03/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov – review receipt/documents, re: Certificate of No Objection (No Order Required) Regarding the Thirty-Sixth Monthly Compensation Application of The Hogan Firm as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[30556]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 06/03/2013 | DKH | Reviewed and revised Quarterly Application for Compensation (Thirteenth) of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants for the period January, 2013 to March 31, 2013. | 1.00 | 400.00 | 400.00 |

| 7/8/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 06/04/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Thirteenth) of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants for the period January, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Hearing scheduled for 9/23/2013 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 6/26/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Certificate of Service # (6) Proposed Form of Order) | 0.20 | 195.00 | 39.00 |
| 06/04/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Thirteenth) of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants for the period January 1, 2012 to March 31, 2013 Filed by Canadian ZAI Claimants. Hearing scheduled for 9/23/2013 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 6/26/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Certificate of Service # (7) Proposed Form of Order) | 0.20 | 195.00 | 39.00 |
| 06/04/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Thirteenth) of The Hogan Firm as Special Counsel for the Canadian ZAI Claimants for the period January1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. Hearing scheduled for 9/23/2013 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 6/26/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Certificate of Service # (7) Proposed Form of Order) | 0.20 | 195.00 | 39.00 |
| 06/04/2013 | LNC | | Email correspondence with orders@digitallegal.net transmitting the 13th quarterly applications for hand delivery | 0.10 | 195.00 | 19.50 |
| 06/04/2013 | LNC | | Email correspondence with service parties transmitting the 13th quarterly application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 06/04/2013 | LNC | | Email correspondence with service parties transmitting the 13th quarterly application of Scarfone Hawkins LLP | 0.10 | 195.00 | 19.50 |
| 06/04/2013 | LNC | | Email correspondence with service parties transmitting the 13th quarterly application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 06/04/2013 | LNC | | Prepare for and filed the 13th quarterly application for Lauzon Belanger Lesperance | 0.30 | 195.00 | 58.50 |
| 06/04/2013 | LNC | | Prepare for and filed the 13th quarterly application for Scarfone Hawkins LLP | 0.30 | 195.00 | 58.50 |
| 06/04/2013 | LNC | | Prepare for and filed the 13th quarterly application for The Hogan Firm | 0.30 | 195.00 | 58.50 |
| 06/04/2013 | DKH | | Reviewed and revised Quarterly Application for Compensation (Thirteenth) of Scarfone Hawkins LLP as Special Counsel to the Canadian ZAI Claimants for the period January 1, 2012 to March 31, 2013. | 1.20 | 400.00 | 480.00 |
| 06/04/2013 | DKH | | Reviewed and revised Quarterly Application for Compensation (Thirteenth) of The Hogan Firm as Special Counsel for the Candian ZAI Claimants for the period January1, 2013 to March 31, 2013 Filed by Canadian ZAI Claimants. | 1.20 | 400.00 | 480.00 |
| 06/05/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Application to Employ/Retain Orrick Herrington & Sutcliffe, LLP as Bankruptcy Counsel to Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants Nunc Pro Tunc to May 16, 2013 Filed by Roger Frankel. | 0.40 | 400.00 | 160.00 |

| 7/8/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 06/05/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order of Reassignments of Judge Judith K. Fitzgerald Cases. Signed on 6/5/2013. | 0.30 | 400.00 | 120.00 |
| 06/10/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly invoice for May 1, 2013 – May 31, 2013. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 06/18/2013 | LNC | | Calculation of project codes for Lauzon Belanger Lesperance's 38th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 06/18/2013 | LNC | | Calculation of project codes for Scarfone Hawkins' 38th Monthly Fee Application | 0.30 | 195.00 | 58.50 |
| 06/18/2013 | LNC | | Calculation of project codes for The Hogan Firm's 38th Monthly Fee Application | 1.00 | 195.00 | 195.00 |
| 06/19/2013 | LNC | | Prepared the Hogan Firm's 38th Monthly fee application | 1.30 | 195.00 | 253.50 |
| 06/24/2013 | LNC | | Prepared the Lauzon Belanger Lesperance's 38th Monthly fee application | 1.30 | 195.00 | 253.50 |
| 06/25/2013 | LNC | | Prepared Scarfone Hawkins' 38th Monthly fee application | 1.30 | 195.00 | 253.50 |
| 06/26/2013 | LNC | | Email correspondence to Careen Hannouche transmitting the 38th Monthly application for review. | 0.10 | 195.00 | 19.50 |
| 06/26/2013 | LNC | | Email correspondence to Cindy Yates transmitting the 38th monthly fee application for review | 0.10 | 195.00 | 19.50 |
| 06/26/2013 | LNC | | Email correspondence with Careen Hannouche transmitting her signed certification; save as exhibit to file | 0.20 | 195.00 | 39.00 |
| 06/26/2013 | DKH | | E-mail correspondence with Careen Hannouche transmitting the signed certification for their monthly fee application. | 0.20 | 400.00 | 80.00 |
| 06/26/2013 | DKH | | Reviewed and revised LBL's 38th Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 06/27/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting the certification duly executed by David Thompson. | 0.10 | 400.00 | 40.00 |
| 06/27/2013 | LNC | | Email correspondence with Cindy Yates transmitting the signed certification; save as exhibit to file | 0.20 | 195.00 | 39.00 |
| 06/27/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt and documents re: Monthly Application for Compensation (Thirty-Eighth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to April 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 7/19/2013. | 0.20 | 195.00 | 39.00 |
| 06/27/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt and documents re: Monthly Application for Compensation (Thirty-Eighth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to April 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 7/19/2013. | 0.20 | 195.00 | 39.00 |
| 06/27/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt and documents, re: Monthly Application for Compensation (Thirty-Eighth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to April 30, 2013.Filed by Canadian ZAI Claimants. Objections due by 7/19/2013. | 0.20 | 195.00 | 39.00 |
| 06/27/2013 | LNC | | Email correspondence with Digital Legal, LLC transmitting the 38th monthly applications for hand delivery | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | | Email correspondence with the fee auditor transmitting the 38th monthly fee application for Lauzon Belanger Lesperance | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | | Email correspondence with the fee auditor transmitting the 38th monthly fee application for Scarfone Hawkins | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | | Email correspondence with the fee auditor transmitting the 38th monthly fee application for The Hogan Firm | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | | Email correspondence with the service parties transmitting the 38th Monthly fee application of Lauzon Belanger Lesperance | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | | Email correspondence with the service parties transmitting the 38th Monthly fee application of Scarfone Hawkins | 0.10 | 195.00 | 19.50 |

| 7/8/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 06/27/2013 | LNC | | Email correspondence with the service parties transmitting the 38th Monthly fee application of The Hogan Firm | 0.10 | 195.00 | 19.50 |
| 06/27/2013 | LNC | | Prepared for and filed the 38th Monthly fee application for Lauzon Belanger Lesperance | 0.30 | 195.00 | 58.50 |
| 06/27/2013 | LNC | | Prepared for and filed the 38th Monthly fee application for Scarfone Hawkins LLP | 0.30 | 195.00 | 58.50 |
| 06/27/2013 | LNC | | Prepared for and filed the 38th Monthly fee application for The Hogan Firm | 0.30 | 195.00 | 58.50 |
| 06/27/2013 | DKH | | Reviewed and revised SH's 38th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| | | | **Total Fees** | **17.10** | | **$4,626.00** |

**Expenses**

| 06/05/2013 | Digital Legal, LLC-Hand delivery and service of the 13th Quarterly fee applications. | 824.15 | |
|---|---|---|---|
| 06/27/2013 | Digital Legal, LLC- Hand delivery of the 38th monthly fee application | 10.35 | |
| | Total Expenses | | $834.50 |

**TOTAL NEW CHARGES** $5,460.50

**STATEMENT OF ACCOUNT**

| Prior Balance | 8,385.35 |
|---|---|
| Payments | -8,385.35 |
| Current Fees | 4,626.00 |
| Current Expenses | 834.50 |
| **AMOUNT DUE AND OWING TO DATE** | **$5,460.50** |

TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 6/17/2013 | 013 4429 | Payment on Account | 8,385.35 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE      :
                       : ss
COUNTY OF NEW CASTLE   :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 13th day of August, 2013.

_____
Notary Public
My Commission Expires: _____