# EXHIBIT C

**Summary Chart of Time Spent and Fees Incurred by Stroock Attorneys and Paraprofessionals During the Compensation Period**

**WR GRACE & CO**
**SUMMARY OF FEES**
**APRIL 1, 2013 - JUNE 30, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Pasquale, Kenneth | 17.7 | $ 950.00 | $ 16,815.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Wildes, Denise | 24.1 | 735 | 17,713.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 1.0 | 345 | 345.00 |
| Mohamed, David | 39.3 | 220 | 8,646.00 |
| Siegel, Scott D. | 1.5 | 325 | 487.50 |
|  |  |  |  |
|  |  |  |  |
| **Total** | **83.6** |  | **$ 44,007.00** |