# EXHIBIT D

## Summary of Fees by Project Category
## April 1, 2013 – June 30, 2013

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2013 - JUNE 30, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 11.2 | $ 8,232.00 |
| 0013 | Business Operations | 0.7 | 514.50 |
| 0014 | Case Administration | 20.6 | 4,844.00 |
| 0017 | Committee, Creditors', or Equity Holders' | 1.8 | 1,710.00 |
| 0018 | Fee Application, Applicant | 18.9 | 6,961.00 |
| 0019 | Creditor Inquiries | 6.8 | 6,331.00 |
| 0020 | Fee Application, Others | 7.9 | 1,789.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 3.3 | 2,425.50 |
| 0035 | Travel - Non Working | 3.0 | 2,850.00 |
| 0036 | Plan and Disclosure Statement | 1.8 | 1,323.00 |
| 0037 | Hearings | 6.9 | 6,512.00 |
| 0040 | Employment Applications - Others | 0.7 | 514.50 |
| | | | |
| | **Total** | **83.6** | **$ 44,007.00** |