# EXHIBIT E

# Expense Summary

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2013 - JUNE 30, 2013**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 168.11 |
| Long Distqance Telephone | | 2.31 |
| Duplicating Costs-in House | | 63.30 |
| O/S Information Services | | 289.80 |
| Local Teansportation | | 22.84 |
| Travel Expenses - Transportation | | 242.00 |
| | | |
| **TOTAL** | $ | **788.36** |