# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, David Mohamed, certify that I am not less than 18 years of age, and that service of a copy of the attached **Forty-Ninth Quarterly Fee Application of Stroock & Stroock & Lavan LLP, for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2013 Through June 30, 2013** was made August 15, 2013, upon:

All of the parties on the attached Service Lists as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 15, 2013        /s/ David Mohamed
New York, New York            David Mohamed, Legal Aide
                              STROOCK & STROOCK & LAVAN LLP
                              180 Maiden Lane
                              New York, New York 10038
                              Telephone:   (212) 806-5400
                              Facsimile:   (212) 806-6006
                              Email:       dmohamed@stroock.com

## W. R. GRACE & CO., *et al.*

## NOTICE PARTIES LIST
## FOR SERVICE OF MONTHLY FEE APPLICATIONS

### e-mails in PDF format

To:

william.sparks@grace.com
adam.paul@kirkland.com
rhiggins@rogerhigginslaw.com
jo'neill@pszyj.com
nglassman@bayardlaw.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
dmannal@kramerlevin.com
tcurrier@saul.com
david.heller@lw.com
carol.hennessey@lw.com

### e-mails in Microsoft Word /Excel/ Word Perfect format

To:

feeaudit@whsmithlaw.com
bruhlander@whsmithlaw.com

**W. R. GRACE & CO.,** *et al.*

**NOTICE PARTIES LIST
FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**HARD COPIES**
Via Overnight Mail

David B. Siegal
Senior Vice President and
General Counsel
W.R.Grace & Co.
7500 Grace Drive,
Columbia, MD 21044

Bobbi Ruhlander, Esq.
Warren H. Smith and Associates, P.C.
2235 Ridge Road, Suite 105
Rockwall, TX 75087

Office of the United States Trustee
Dave Klauder, Esq.
844 N. King Street, Suite 2311
Wilmington DE 19801