IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al.</u>, ) | Case No. 01-1139 (KJC) |
| ) | |
| Debtors. ) | Objection Deadline: September 5, 2013 at 4:00 .m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

COVER SHEET TO FIRST MONTHLY INTERIM APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
<u>EXPENSES FOR THE TIME PERIOD MAY 16, 2013 THROUGH MAY 31, 2013</u>

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR")[1] |
| Date of Retention: | As of May 16, 2013, pursuant to Order entered by the Court on July 31, 2013 [Dkt. No. 30902] |
| Period for which compensation is sought: | May 16, 2013 through May 31, 2013 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $68,098.50 |
| 80% of fees to be paid: | $54,478.80 |

---

[1] On May 29, 2013, the Court entered an interim order [Dkt. No. 30681] appointing Roger Frankel as the successor FCR *nunc pro tunc* to May 16, 2013. The interim order was amended on May 30, 2013 [Dkt. No. 30689], and became final by its terms on June 14, 2013 [Dkt. No. 30756]. On June 5, 2013, Mr. Frankel, as successor FCR, filed an application with the Court seeking authority to employ Orrick as his counsel *nunc pro tunc* to May 16, 2013 [Dkt. No. 30718], which application was granted by the Court on July 31, 2013 [Dkt. No. 30902].

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $    25.30

Total Fees @ 80% and 100% Expenses:      $54,504.10

This is an:     ____    interim      X    monthly    ___         final application.

      The total time expended for fee application preparation during this time period is 3.70 hours, $1,545.00 in fees, and no expenses for Orrick's fee applications and 2.30 hours, $811.00 in fees, and no expenses for the FCR's other professionals' fee applications.  Any additional time spent for these matters will be requested in subsequent monthly interim applications.

      This is Orrick's first interim fee application as counsel to Roger Frankel, as FCR.

      Orrick has not received any payment for its fees and expenses for this time period.

## COMPENSATION SUMMARY

## MAY 16-31, 2013

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Jonathan P. Guy | Partner, 12 years in position; 19 years relevant experience; 1994, Commercial Litigation | $810 | 5.40 | $4,374.00 |
| Peri N. Mahaley | Of Counsel, 21 years in position; 34 years relevant experience; 1979, Insurance | $665 | .70 | $465.50 |
| Richard H. Wyron | Partner, 24 years in position; 34 years relevant experience; 1979, Restructuring | $875 | 25.40 | $22,225.00 |
|  |  |  |  |  |
| Debra L. Felder | Associate, 11 years in position; 11 years relevant experience; 2002, Restructuring | $650 | 51.00 | $33,150.00 |
|  |  |  |  |  |
| Debra O. Fullem | Bankruptcy Research Specialist | $270 | 29.20 | $7,884.00 |
| **TOTAL** |  |  | 111.70 | $68,098.50 |
| **Blended Rate: $609.66** |  |  |  |  |

## COMPENSATION BY PROJECT CATEGORY

### MAY 16-31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 1.30 | $990.50 |
| Compensation of Professionals-Orrick | 3.70 | $1,545.00 |
| Compensation of Professionals-Other | 2.30 | $811.00 |
| Litigation | 23.00 | $16,864.00 |
| Retention of Professionals-Orrick | 25.00 | $12,297.50 |
| Retention of Professionals-Other | 56.40 | $35,590.50 |
| **TOTAL** | **111.70** | **$68,098.50** |

## EXPENSE SUMMARY

### MAY 16-31, 2013

| Expense Category | Total |
|---|---|
| Duplicating | $25.30 |
| **TOTAL EXPENSES** | **$25.30** |

Orrick's Client Charges and Disbursements Policy, effective January 1, 2013, is as follows:

a.      *Duplicating* -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court.  This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.  Color copies are charged at $1.25 per page.

b.      *Messenger and Courier Service* -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

c.      *Overtime* -- It is Orrick's practice to allow staff and certain paraprofessionals in its Washington D.C. office working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge of up to $7.50.  It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime.  Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.

d.      *Computerized Research* -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  Use of fee based internet research services is charged at Orrick's cost.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */S/ RICHARD H. WYRON*
   Richard H. Wyron, admitted *pro hac vice*
   Debra L. Felder, admitted *pro hac vice*
   Columbia Center
   1152 15th Street, NW
   Washington, DC  20005
   (202) 339-8400

*Counsel to Roger Frankel, Asbestos PI Future Claimants' Representative*

Dated: August 15, 2013