# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# MAY 16-31, 2013

Roger Frankel, Successor Future Claimants' Representative for W.R. Grace & Co.
c/o Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

June 27, 2013
Client No. 17367
Invoice No. 1425691

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through May 31, 2013 in connection with the matters described on the attached pages: | $ | 68,098.50 |
| DISBURSEMENTS as per attached pages: | | 25.30 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **68,123.80** |

Matter(s): 17367/10, 11, 12, 13, 7, 8

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$236,009.36
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1425691*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
***Account Number: 4123701088***
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1425691*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1425691*

Roger Frankel, Successor Future Claimants' Representative for W.R. Grace & Co.
c/o Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

June 27, 2013
Client No. 17367
Invoice No. 1425691

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 05/29/13 | P. Mahaley | Review and revise draft letter regarding settlement demand to insurer. | 0.70 |
| 05/29/13 | R. Wyron | Telephone conference with P. Mahaley regarding insurance settlement issue and FCR status, and follow-up regarding same (.4); conference with R. Frankel regarding issues and e-mails regarding same (.2). | 0.60 |

| | | |
|---|---|---|
| Total Hours | 1.30 | |
| Total For Services | | $990.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 0.70 | 665.00 | 465.50 |
| Richard H. Wyron | 0.60 | 875.00 | 525.00 |
| Total All Timekeepers | 1.30 | $761.92 | $990.50 |

**Total For This Matter** **$990.50**

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 8 - Litigation**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/16/13 | D. Fullem | Review e-mail from D. Felder regarding appeal division of time form. | 0.20 |
| 05/16/13 | D. Felder | Review Third Circuit dockets regarding oral argument and e-mail correspondence with R. Frankel and R. Wyron regarding same. | 0.50 |
| 05/17/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/20/13 | D. Fullem | Review, research and respond to e-mail from R. Frankel and D. Felder regarding interim order entered on May 16. | 0.30 |
| 05/20/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/20/13 | D. Felder | Review opinions from Pittsburgh Corning and Bondex regarding confirmation and estimation issues and note issues related to Grace. | 1.50 |
| 05/21/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/21/13 | J. Guy | Conference with R. Frankel for preparation for upcoming oral argument, prepare for same. | 0.20 |
| 05/21/13 | R. Wyron | Continue review of appellate issues. | 0.80 |
| 05/24/13 | D. Felder | Conference and e-mail correspondence with R. Frankel regarding Third Circuit argument preparation and follow-up regarding same (.5); review Third Circuit briefs (1.5). | 2.00 |
| 05/28/13 | J. Guy | Review Appellants' and Appellees' brief in Third Circuit appeal (3.5); analyze arguments raised therein, focusing on Garlock's arguments (1.0); various e-mails to/from R. Wyron, R. Frankel, and D. Felder regarding same (.3); follow-up on moot court issues (.2). | 5.00 |
| 05/28/13 | R. Wyron | Review materials on arguments from Garlock, Montana and Canada (2.3); attend session with Grace team regarding argument preparation (3.8); review materials on FCR issues (.3). | 6.40 |
| 05/29/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/29/13 | D. Felder | Review notice of settlement (.3); review Anderson Memorial Hospital's division of time filing in the Third Circuit (.1). | 0.40 |
| 05/29/13 | J. Guy | Conference with R. Frankel and R. Wyron regarding appellate argument. | 0.20 |
| 05/31/13 | D. Fullem | Review recently filed pleadings. | 0.20 |

| | | | |
|---|---|---|---|
| 05/31/13 | D. Felder | E-mail correspondence with R. Frankel regarding oral argument preparation (.1); begin review and research regarding same (1.7). | 1.80 |
| 05/31/13 | D. Felder | Continue review of confirmation hearing transcripts regarding oral argument preparation (2.4); e-mail correspondence to R. Frankel regarding same (.3). | 2.70 |

| | | |
|---|---|---|
| Total Hours | 23.00 | |
| Total For Services | | $16,864.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 8.90 | 650.00 | 5,785.00 |
| Debra O. Fullem | 1.50 | 270.00 | 405.00 |
| Jonathan P. Guy | 5.40 | 810.00 | 4,374.00 |
| Richard H. Wyron | 7.20 | 875.00 | 6,300.00 |
| Total All Timekeepers | 23.00 | $733.22 | $16,864.00 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 25.30 | |
| Total Disbursements | | $25.30 |

| | |
|---|---|
| **Total For This Matter** | **$16,889.30** |

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/16/13 | D. Fullem | Review e-mail from R. Wyron regarding successor to FCR (.2); review additional e-mails and information for follow-up work relating to successor appointment (.8). | 1.00 |
| 05/16/13 | R. Wyron | Begin work on declaration for R. Frankel (.6); review pleadings on motions and application to employ (.5); confer with R. Frankel and follow-up (.7); call with L. Low re same (.8). | 2.60 |
| 05/17/13 | D. Fullem | Review and respond to e-mails from R. Wyron regarding FCR appointments and counsel employment in other asbestos bankruptcy cases (.5); research and review same (1.0); follow-up on requests for information from R. Wyron and D. Felder regarding same (.5). | 2.00 |
| 05/17/13 | D. Fullem | Review recent FCR fee applications filed in other asbestos cases. | 0.70 |
| 05/17/13 | D. Fullem | Confer with R. Wyron and D. Felder regarding preparation of documents for R. Frankel as successor FCR and Orrick as bankruptcy counsel. | 0.40 |
| 05/17/13 | D. Felder | Conferences with R. Wyron and D. Fullem regarding retention issues and follow-up e-mails regarding same (1.5); review various pleadings regarding FCR retention applications (1.0); draft and revise declaration in support of application to appoint new FCR (5.0). | 7.50 |
| 05/17/13 | R. Wyron | Work on engagement issues for successor FCR position. | 1.30 |
| 05/19/13 | R. Wyron | Review draft declaration of R. Frankel regarding FCR and notes regarding issue. | 0.70 |
| 05/20/13 | D. Fullem | Assist D. Felder with drafting/reviewing/finalize of R. Frankel's declaration for motion to appoint successor FCR. | 1.50 |
| 05/20/13 | D. Fullem | Follow-up with D. Felder and R. Wyron regarding successor FCR issues. | 0.50 |
| 05/20/13 | D. Felder | Review and revise R. Frankel declaration and follow-up conferences with R. Frankel and R. Wyron regarding same. | 2.00 |
| 05/20/13 | R. Wyron | Revise Frankel declaration and follow-up regarding same. | 0.80 |
| 05/21/13 | D. Fullem | Review/respond to D. Felder and R. Wyron re previously filed Orrick disclosures. | 1.00 |

| | | | |
|---|---|---|---|
| 05/21/13 | D. Fullem | Confer with D. Felder and R. Wyron regarding disclosures and updates to conflict parties list. | 0.50 |
| 05/21/13 | D. Fullem | Prepare list of parties to update in conflict system. | 0.50 |
| 05/21/13 | D. Felder | Various conferences with R. Wyron and D. Fullem regarding declaration for R. Frankel and related issues (1.0); follow-up regarding same (.8); review and revise R. Frankel declaration and consider issues regarding same (3.2). | 5.00 |
| 05/21/13 | R. Wyron | Review draft motion to appoint successor FCR and provide comments regarding same (1.1); review revised declaration in support (.4); conference with R. Frankel and follow-up regarding same (.6); status call with Grace team (.4). | 2.50 |
| 05/22/13 | D. Fullem | Review and respond to e-mails from D. Felder regarding updated disclosures; timing/filing of R. Frankel declaration. | 0.30 |
| 05/22/13 | D. Fullem | Prepare list of parties to update in conflicts system (.8); coordinate with conflicts department to run reports (.2). | 1.00 |
| 05/22/13 | D. Felder | Conferences with R. Frankel and R. Wyron regarding motion to appoint FCR and follow-up e-mail correspondence regarding same (1.2); review and revise motion to appoint FCR and declaration in support thereof (4.5); telephone conference with J. Gettleman and follow-up regarding same (.3); consider issues regarding same (1.2); follow-up conferences with R. Frankel and R. Wyron regarding same (.5). | 7.70 |
| 05/22/13 | R. Wyron | Review revised motion and declaration (.9); numerous conferences with R. Frankel and D. Felder regarding issues (1.4); review revised motion and disclosures (.8). | 3.10 |
| 05/23/13 | D. Fullem | Review conflicts reports and summaries from conflicts department (.8); confer with D. Felder regarding same (.4). | 1.20 |
| 05/23/13 | D. Fullem | Review draft of Frankel declaration. | 0.50 |
| 05/23/13 | D. Felder | Telephone conference with J. Gettleman and follow-up e-mail correspondence regarding FCR motion and declaration in support thereof (1.0); review and revise same (3.0); review updated conflict report and conferences with D. Fullem regarding same (1.0); e-mail correspondence with R. Frankel and R. Wyron regarding same and follow-up (1.0). | 6.00 |
| 05/23/13 | D. Felder | Telephone conference with J. Solganick regarding retention issues and follow-up e-mail regarding same. | 0.50 |
| 05/23/13 | R. Wyron | Review revisions to Frankel declaration and motion, and e-mails regarding same. | 1.40 |

| | | | |
|---|---|---|---|
| 05/24/13 | D. Fullem | Review recently filed motion and related pleadings to appoint R. Frankel as successor FCR. | 0.30 |
| 05/24/13 | D. Felder | Review as-filed FCR motion and Frankel declaration and follow-up e-mails regarding same. | 1.00 |
| 05/29/13 | D. Felder | Review FCR interim order and follow up conferences with R. Frankel and R. Wyron regarding same (.5); consider issues regarding same and e-mail correspondence to R. Frankel and R. Wyron (.3). | 0.80 |
| 05/29/13 | R. Wyron | Review interim order on FCR and e-mails regarding same (.3); conference with FCR and D. Felder (.3); telephone conference with A. Paul and follow-up e-mails regarding same (.4). | 1.00 |
| 05/30/13 | R. Wyron | Telephone conferences and e-mails regarding FCR order (.4); review revised order and follow-up regarding same (.2). | 0.60 |
| 05/31/13 | R. Wyron | Conference with R. Frankel regarding FCR professionals (.3); telephone conference with J. Radecki and follow-up regarding same (.2). | 0.50 |

| | | |
|---|---|---|
| Total Hours | 56.40 | |
| Total For Services | | $35,590.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 30.50 | 650.00 | 19,825.00 |
| Debra O. Fullem | 11.40 | 270.00 | 3,078.00 |
| Richard H. Wyron | 14.50 | 875.00 | 12,687.50 |
| Total All Timekeepers | 56.40 | $631.04 | $35,590.50 |

**Total For This Matter** **$35,590.50**

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/16/13 | D. Felder | Review Towers Watson's April fee application and e-mail with D. Fullem regarding same. | 0.30 |
| 05/22/13 | D. Fullem | Prepare CNOs for Lincoln's monthly fee applications for the periods December 2012 - March 2013 (.9); provide to D. Felder for review/comment/approval (.1). | 1.00 |
| 05/22/13 | D. Felder | Review CNOs for Lincoln's December, January, February and March fee applications. | 0.20 |
| 05/23/13 | D. Fullem | Coordinate filing/serving of CNOs for Lincoln's monthly fee apps for December 2012 - March 2013. | 0.80 |

| | | |
|---|---|---|
| Total Hours | 2.30 | |
| Total For Services | | $811.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.50 | 650.00 | 325.00 |
| Debra O. Fullem | 1.80 | 270.00 | 486.00 |
| Total All Timekeepers | 2.30 | $352.61 | $811.00 |

**Total For This Matter** **$811.00**

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/28/13 | D. Fullem | Begin first draft of application to employ Orrick as bankruptcy counsel. | 2.00 |
| 05/28/13 | D. Fullem | Confer with R. Wyron and D. Felder regarding conflicts update and review of reports. | 0.50 |
| 05/29/13 | D. Fullem | Continue draft of application to employ Orrick as bankruptcy counsel and R. Wyron declaration, notice and proposed order. | 4.00 |
| 05/29/13 | R. Wyron | Review draft retention papers and e-mails regarding same. | 1.30 |
| 05/30/13 | D. Fullem | Review e-mails from D. Felder with updates to employment application. | 1.00 |
| 05/30/13 | D. Fullem | Obtain service list from Pachulski of parties receiving Debtors' motion to appoint Frankel as FCR; review list; coordinate with P. Reyes regarding service of application to employ Orrick as bankruptcy counsel to Frankel. | 0.80 |
| 05/30/13 | D. Fullem | Review updated conflicts summary and reports with D. Felder. | 0.50 |
| 05/30/13 | D. Fullem | Review files and related materials for preparation of drafts of Orrick employment application as counsel to Frankel as successor FCR. | 1.00 |
| 05/30/13 | D. Felder | Conference with R. Wyron regarding application to employ Orrick (.3); review and revise same (5.5). | 5.80 |
| 05/30/13 | R. Wyron | Review draft retention papers and notes regarding same (.6); conference with D. Felder regarding issues (.5); organize issues list (.3). | 1.40 |
| 05/31/13 | D. Fullem | Review e-mail from D. Felder with revised application to employ Orrick and declaration of R. Wyron. | 0.20 |
| 05/31/13 | D. Fullem | Continue drafts of application to employ Orrick as bankruptcy counsel to R. Frankel as successor FCR, declaration of R. Wyron, notice and proposed order. | 2.00 |
| 05/31/13 | D. Felder | Review and revise application to employ Orrick and declaration in support thereof. | 4.50 |

| | | |
|---|---|---|
| Total Hours | 25.00 | |
| Total For Services | | $12,297.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 10.30 | 650.00 | 6,695.00 |
| Debra O. Fullem | 12.00 | 270.00 | 3,240.00 |
| Richard H. Wyron | 2.70 | 875.00 | 2,362.50 |
| Total All Timekeepers | 25.00 | $491.90 | $12,297.50 |

**Total For This Matter** **$12,297.50**

June 27, 2013
Invoice No. 1425691

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/16/13 | D. Felder | Review CNO for Orrick's March fee application. | 0.10 |
| 05/17/13 | D. Fullem | Coordinate filing/serving of CNO for Orrick's March fee application. | 0.30 |
| 05/17/13 | D. Fullem | Review Jan-Mar 2013 expense chart; e-mail to B. Ruhlander. | 0.50 |
| 05/28/13 | D. Fullem | Prepare draft of April fee application (.80); review D. Felder's comments/edits and update same (.30); e-mail to R. Wyron for review/approval (.10) | 1.20 |
| 05/28/13 | D. Felder | Review Orrick's April fee application and e-mail correspondence with D. Fullem regarding same. | 0.50 |
| 05/28/13 | R. Wyron | Review April monthly fee application and follow-up regarding same. | 0.40 |
| 05/29/13 | D. Fullem | Coordinate filing and serving of Orrick's April monthly fee application. | 0.30 |
| 05/29/13 | D. Felder | Review final April fee application and conference with D. Fullem regarding same. | 0.20 |
| 05/31/13 | D. Fullem | Review fee applications, status of payments, filings, objection deadlines. | 0.20 |

Total Hours 3.70
Total For Services $1,545.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.80 | 650.00 | 520.00 |
| Debra O. Fullem | 2.50 | 270.00 | 675.00 |
| Richard H. Wyron | 0.40 | 875.00 | 350.00 |
| Total All Timekeepers | 3.70 | $417.57 | $1,545.00 |

**Total For This Matter** **$1,545.00**

June 27, 2013
Invoice No. 1425691

* * * **COMBINED TOTALS** * * *

| | | |
|---|---|---|
| Total Hours | 111.70 | |
| Total Fees, all Matters | | $68,098.50 |
| Total Disbursements, all Matters | | $25.30 |
| Total Amount Due | | $68,123.80 |