# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>, | ) ) ) | Case No. 01-1139 (KJC) |
| Debtors. | ) ) | Objection Deadline: September 5, 2013 at 4:00 .m. Hearing: Schedule if Necessary (Negative Notice) |

### COVER SHEET TO SECOND MONTHLY INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD JUNE 1, 2013 THROUGH JUNE 30, 2013

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of May 16, 2013, pursuant to Order entered by the Court on July 31, 2013 [Dkt. No. 30902] |
| Period for which compensation is sought: | June 1, 2013 through June 30, 2013 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $69,766.50 |
| 80% of fees to be paid: | $55,813.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 4,883.95 |
| Total Fees @ 80% and 100% Expenses: | $60,697.15 |

This is an:   ____  interim    _X_  monthly   ___   final application.

The total time expended for fee application preparation during this time period is 13.00 hours, $6,986.00 in fees, and no expenses for Orrick's fee applications and 3.70 hours, $1,075.00 in fees, and no expenses for the FCR's other professionals' fee applications. Any additional time spent for these matters will be requested in subsequent monthly interim applications.

This is Orrick's second interim fee application as counsel to Roger Frankel, as FCR. The first interim fee application for the period May 16-31, 2013, is being filed simultaneously and requests the amounts of $54,478.80 in fees (80% of $68,098.50) and $25.30 in expenses for a total of $54,504.10.

Orrick has not received any payment for its fees and expenses incurred for this time period or the time period covered by the first interim fee application.

## COMPENSATION SUMMARY

### JUNE 1-30, 2013

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Richard H. Wyron | Partner, 24 years in position; 34 years relevant experience; 1979, Restructuring | $875 | 36.80 | $29,862.50[1] |
| Debra L. Felder | Associate, 11 years in position; 11 years relevant experience; 2002, Restructuring | $650 | 53.00 | $34,450.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $270 | 20.20 | $5,454.00 |
| TOTAL | | | 110.00 | $69,766.50 |
| Blended Rate: $634.24 | | | | |

---

[1] This amount reflects a reduction of $2,337.50 for non-working travel billed at one-half of the hourly billing rate.

## COMPENSATION BY PROJECT CATEGORY

### JUNE 1-30, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation of Professionals-Orrick | 13.00 | $6,986.00 |
| Compensation of Professionals-Other | 3.70 | $1,075.00 |
| Litigation | 37.70 | $28,070.00 |
| Retention of Professionals-Orrick | 24.10 | $16,447.50 |
| Retention of Professionals-Other | 25.00 | $14,850.50 |
| Non-Working Travel | 6.50 | $2,337.50 |
| **TOTAL** | **110.00** | **$69,766.50** |

## EXPENSE SUMMARY

### JUNE 1-30, 2013

| Expense Category | Total |
|---|---|
| Duplicating | $2,869.50 |
| Lexis | $23.59 |
| Postage | $1,675.00 |
| Taxi | $29.00 |
| Westlaw | $286.86 |
| **TOTAL EXPENSES** | **$4,883.95** |

Orrick's Client Charges and Disbursements Policy, effective January 1, 2013, is as follows:

     a.    *Duplicating* -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication. Color copies are charged at $1.25 per page.

     b.    *Messenger and Courier Service* -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

     c.    *Overtime* -- It is Orrick's practice to allow staff and certain paraprofessionals in its Washington D.C. office working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge of up to $7.50. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.

      d.    *Computerized Research* -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  Use of fee based internet research services is charged at Orrick's cost.

                        Respectfully submitted,

                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                        By:*/S/ RICHARD H. WYRON*
                           Richard H. Wyron, admitted *pro hac vice*
                           Debra L. Felder, admitted *pro hac vice*
                           Columbia Center
                           1152 15th Street, NW
                           Washington, DC  20005
                           (202) 339-8400

                        *Counsel to Roger Frankel, Asbestos PI Future Claimants' Representative*

Dated: August 15, 2013