# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# JUNE 1-30, 2013

|  |  |
|---|---|
| Roger Frankel, Successor Futures Claimants' Representative for W.R. Grace<br>c/o Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, NW<br>Washington, DC 20005 | July 24, 2013<br>Client No. 17367<br>**REVISED** Invoice No. 1430675<br>**REPLACES** Invoice No. 1429423 |

Orrick Contact: Roger Frankel

| | | |
|---|---|---:|
| FOR SERVICES RENDERED through June 30, 2013 in connection with the matters described on the attached pages: | $ | 69,766.50 |
| DISBURSEMENTS as per attached pages: | | 4,883.95 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount)**: | $ | **74,650.45** |

Matter(s): 17367/10, 11, 12, 13, 15, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$175,006.85
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL  60677-4006<br>Reference: 17367/ Invoice: 1430675 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE:  WFBIUS6S*<br>**Account Number: 4123701088**<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA  94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1430675*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn:  Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL  60143<br>(213) 614-3248<br>Reference: 17367/ Invoice: 1430675 |

Roger Frankel, Successor Futures Claimants'  
Representative for W.R. Grace  
c/o Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington, DC 20005  

July 24, 2013  
Client No. 17367  
Invoice No. 1430675  

Orrick Contact: Roger Frankel

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/03/13 | D. Fullem | Review, research, and respond regarding R. Frankel's request for case law. | 0.20 |
| 06/03/13 | D. Fullem | Review, research and respond to R. Wyron regarding confirmation order in other asbestos cases. | 0.30 |
| 06/04/13 | D. Fullem | Review, research, and respond to e-mail from R. Wyron regarding findings of fact in other asbestos cases. | 0.40 |
| 06/06/13 | D. Felder | Attend portion of moot court argument (2.0); follow-up conference with R. Frankel and R. Wyron regarding same (.1). | 2.10 |
| 06/06/13 | R. Wyron | Attend Moot Court and participate in discussions. | 6.70 |
| 06/07/13 | D. Fullem | Review notice by the Court of reassignment of case. | 0.20 |
| 06/07/13 | R. Wyron | Review notes from moot court argument (.6); attend strategy session with Grace counsel (2.8). | 3.40 |
| 06/10/13 | R. Wyron | Review bench memos. | 1.40 |
| 06/13/13 | D. Fullem | Review and respond to R. Wyron regarding Third Circuit argument. | 0.20 |
| 06/14/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/17/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/17/13 | D. Felder | Attend pre-argument meeting with Debtors, Equity Committee and ACC (2.0); attend Third Circuit oral argument (3.5). | 5.50 |
| 06/17/13 | R. Wyron | Review bench memos and notes regarding same (1.9); meet with Grace team regarding argument (2.1); attend argument and follow-up regarding same (4.5). | 8.50 |
| 06/18/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/18/13 | D. Felder | Telephone conference with Plan Proponents regarding recap of Third Circuit argument. | 1.50 |
| 06/18/13 | R. Wyron | Telephone conference with Grace team regarding Third Circuit argument. | 1.00 |

Roger Frankel, Successor Futures Claimants' - 17367             July 24, 2013
page 2                                                                                            Invoice No. 1430675

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/19/13 | D. Felder | E-mail correspondence with J. O'Neill regarding CNO on Motion to Appoint Successor FCR and follow-up regarding same (.5); review draft and final versions of same (.2); e-mail correspondence to/from R. Wyron and D. Fullem regarding same (.1). | 0.80 |
| 06/20/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/21/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/24/13 | D. Fullem | Review, research and respond to D. Felder regarding request for omnibus hearing notice from Court; circulate same. | 0.20 |
| 06/24/13 | D. Fullem | Review appeal docket update and transcript of oral argument. | 0.20 |
| 06/25/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/25/13 | D. Felder | Review transcript from Bank Lenders' Third Circuit argument. | 1.00 |
| 06/26/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/27/13 | D. Fullem | Review e-mail from D. Felder with Order regarding omnibus hearing schedule. | 0.20 |
| 06/27/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/27/13 | D. Fullem | Confer with R. Wyron regarding decisions and orders by Bankruptcy Court and District Court; research same. | 0.50 |
| 06/27/13 | R. Wyron | Review plan issues for discussion with A. Paul and follow-up regarding same. | 0.40 |
| 06/28/13 | D. Felder | Review e-mail correspondence regarding lender issues (.1); conference with P. Reyes regarding meeting with J. Radecki (.1). | 0.20 |
| 06/28/13 | R. Wyron | Telephone conference with J. Gettleman regarding plan question (.4); review plan and notes regarding same (.6); telephone conference with R. Frankel regarding issues and follow-up regarding same (.2). | 1.20 |

                                            Total Hours                    37.70
                                            Total For Services                                   $28,070.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 11.10 | 650.00 | 7,215.00 |
| Debra O. Fullem | 4.00 | 270.00 | 1,080.00 |
| Richard H. Wyron | 22.60 | 875.00 | 19,775.00 |
| Total All Timekeepers | 37.70 | $744.56 | $28,070.00 |

| | | |
|---|---|---|
| Roger Frankel, Successor Futures Claimants' - 17367 | | July 24, 2013 |
| page 3 | | Invoice No. 1430675 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 186.30 | |
| Lexis Research | 23.59 | |
| Postage | 523.92 | |
| Taxi Expense | 29.00 | |
| Westlaw Research | 286.86 | |
| Total Disbursements | | $1,049.67 |

**Total For This Matter**      **$29,119.67**

Roger Frankel, Successor Futures Claimants' - 17367  
page 4

July 24, 2013  
Invoice No. 1430675

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/05/13 | D. Fullem | Confer with D. Felder regarding preparation of application to employ Lincoln. | 0.20 |
| 06/06/13 | D. Fullem | Prepare first drafts of application to employ Lincoln. | 1.50 |
| 06/06/13 | D. Felder | Review draft application to employ Lincoln. | 1.00 |
| 06/07/13 | D. Fullem | Review, research, and respond to D. Felder regarding application to employ Lincoln. | 0.20 |
| 06/07/13 | D. Fullem | Review, revise, Lincoln's application to employ. | 1.00 |
| 06/07/13 | D. Felder | Review and revise applications, declarations and proposed orders in connection with employment of Lincoln and PG&S (4.5); conferences with D. Fullem regarding same (.5); e-mail correspondence with C. Hartman and J. Solganick regarding same and follow-up (1.0). | 6.00 |
| 06/07/13 | R. Wyron | Review and revise application to employ Lincoln and follow-up regarding same (.3); review and revise PG&S application and follow-up regarding same (.8). | 1.10 |
| 06/08/13 | R. Wyron | Review application and declaration of PG&S and provide comments regarding same. | 0.90 |
| 06/10/13 | D. Fullem | Coordinate finalizing, filing of FCR's applications to employ Lincoln and PG&S. | 1.00 |
| 06/10/13 | D. Felder | Review, revise and finalize application to employ Lincoln, declaration in support thereof, proposed order and notice (1.0); telephone conference with R. Frankel and follow-up regarding same (.3); conferences and e-mail correspondence with D. Fullem regarding same (.2); review and revise draft application to employ PG&S and e-mail correspondence with J. Phillips and C. Hartman regarding same (4.3); telephone conference with R. Frankel regarding same (.1). | 5.90 |
| 06/10/13 | R. Wyron | Review PG&S application and provide comments (.6); review Lincoln application (.3). | 0.90 |
| 06/11/13 | D. Fullem | Review and finalize PG&S employment application and provide comments to D. Felder regarding same. | 1.00 |
| 06/11/13 | D. Fullem | Coordinate final versions of PG&S employment application and related filings to be sent to C. Hartman for filing; coordinate service of same on all parties on service list; update D. Felder regarding same. | 0.50 |

| | | | |
|---|---|---|---|
| Roger Frankel, Successor Futures Claimants' - 17367 | | | July 24, 2013 |
| page 5 | | | Invoice No. 1430675 |

| | | | | |
|---|---|---|---|---|
| 06/11/13 | D. Felder | Review, revise and finalize application to employ Phillips, Goldman & Spence, declaration in support, proposed order, and notice (3.0); e-mail correspondence with J. Phillips and D. Fullem regarding same (.8). | | 3.80 |
| | | Total Hours | 25.00 | |
| | | Total For Services | | $14,850.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 16.70 | 650.00 | 10,855.00 |
| Debra O. Fullem | 5.40 | 270.00 | 1,458.00 |
| Richard H. Wyron | 2.90 | 875.00 | 2,537.50 |
| Total All Timekeepers | 25.00 | $594.02 | $14,850.50 |

Disbursements
    Document Reproduction     733.30
    Postage     671.68
    Total Disbursements     $1,404.98

**Total For This Matter**     **$16,255.48**

| | | |
|---|---|---|
| Roger Frankel, Successor Futures Claimants' - 17367 | | July 24, 2013 |
| page 6 | | Invoice No. 1430675 |

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/04/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO for Towers Watson's April fee application. | 0.20 |
| 06/05/13 | D. Fullem | Confer with R. Wyron and R. Frankel regarding fee applications, etc. for FCR. | 0.30 |
| 06/07/13 | D. Fullem | Coordinate filing and serving of CNO for Towers Watson April fee application. | 0.20 |
| 06/07/13 | D. Felder | Review and revise CNO for Tower Watson's April fee application and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 06/11/13 | D. Fullem | Coordiante finalizing, filing, serving of CNO for Towers April fee application. | 0.50 |
| 06/12/13 | D. Fullem | Review and revise May prebill for FCR. | 0.50 |
| 06/18/13 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 06/19/13 | D. Fullem | Review May prebill for FCR. | 0.50 |
| 06/24/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding status of FCR May invoices; follow-up with P. Reyes regarding same. | 0.20 |
| 06/25/13 | D. Fullem | Follow-up on status of May invoices for FCR. | 0.20 |
| 06/27/13 | D. Fullem | Follow-up with R. Wyron regarding status of May invoice for FCR. | 0.20 |
| 06/27/13 | D. Fullem | Begin drafting May 16-31 fee application for FCR. | 0.50 |

|  | Total Hours | 3.70 |  |
|---|---|---|---|
|  | Total For Services |  | $1,075.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 0.20 | 650.00 | 130.00 |
| Debra  O. Fullem | 3.50 | 270.00 | 945.00 |
| Total All Timekeepers | 3.70 | $290.54 | $1,075.00 |

|  | **Total For This Matter** | **$1,075.00** |
|---|---|---|

Roger Frankel, Successor Futures Claimants' - 17367                                                   July 24, 2013
page 7  Section 4                                                                                     Invoice No. 1430675

Roger Frankel, Successor Futures Claimants' - 17367  July 24, 2013
page 8  Invoice No. 1430675

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/01/13 | R. Wyron | Review and revise draft retention papers. | 1.20 |
| 06/02/13 | R. Wyron | Review and revise motion and declaration in support of retention. | 2.60 |
| 06/03/13 | D. Felder | Review and revise application to employ Orrick and comments from R. Wyron regarding same (2.4); conference with D. Fullem regarding same and follow-up (.4). | 2.80 |
| 06/03/13 | R. Wyron | Revise declaration in support of application and follow-up regarding same. | 1.90 |
| 06/04/13 | D. Fullem | Assist with reviewing, revising, finalizing Orrick's application to employ Orrick and related documents. | 1.20 |
| 06/04/13 | D. Fullem | Confer with D. Felder regarding Orrick's employment as counsel to Frankel as FCR. | 0.30 |
| 06/04/13 | D. Felder | Review and revise application to employ Orrick, declaration and proposed order in support thereof (6.0); conferences with R. Wyron and D. Fullem regarding same (.4). | 6.40 |
| 06/04/13 | R. Wyron | Review final drafts of application and declaration, and follow-up regarding same. | 1.20 |
| 06/05/13 | D. Fullem | Coordinate finalizing, filing, serving of application to employ Orrick as counsel to FCR. | 1.00 |
| 06/05/13 | D. Felder | Review, revise and finalize application to employ Orrick, declaration in support thereof and proposed order (3.0); conferences with D. Fullem and R. Wyron regarding same (.4); telephone conferences with M. Hurford and J. O'Neill regarding Orrick application and Third Circuit issues (.5). | 3.90 |
| 06/05/13 | R. Wyron | Review and revise application to employ Orrick. | 0.80 |
| 06/27/13 | D. Felder | Telephone conference with R. Wyron regarding application to employ Orrick and related issues (.1); follow-up regarding same (.7). | 0.80 |

Total Hours 24.10
Total For Services $16,447.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 13.90 | 650.00 | 9,035.00 |

Roger Frankel, Successor Futures Claimants' - 17367  July 24, 2013
page 9  Invoice No. 1430675

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra O. Fullem | 2.50 | 270.00 | 675.00 |
| Richard H. Wyron | 7.70 | 875.00 | 6,737.50 |
| Total All Timekeepers | 24.10 | $682.47 | $16,447.50 |

Disbursements
    Document Reproduction     1,949.90
    Postage     479.40
               Total Disbursements     $2,429.30

**Total For This Matter**     **$18,876.80**

Roger Frankel, Successor Futures Claimants' - 17367     July 24, 2013
page 10     Invoice No. 1430675

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/12/13 | D. Fullem | Review and revise May prebill. | 1.00 |
| 06/12/13 | D. Fullem | Prepare e-mail to R. Wyron and D. Felder regarding May prebill. | 0.20 |
| 06/13/13 | D. Felder | Begin review of May prebill and e-mail correspondence from D. Fullem regarding same. | 1.50 |
| 06/18/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding deadline to object to Orrick's April invoice. | 0.20 |
| 06/18/13 | D. Fullem | Confer with P. Reyes and billing analyst regarding May prebill; review/respond to e-mails regarding same. | 0.40 |
| 06/19/13 | D. Fullem | Review revised Grace prebill; provide edits thereto to D. Felder. | 1.00 |
| 06/19/13 | D. Felder | Review revised May prebill. | 1.40 |
| 06/20/13 | D. Fullem | Prepare CNO for Orrick's April fee application. | 0.40 |
| 06/20/13 | D. Felder | Review CNO for Orrick's April fee application and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 06/21/13 | D. Fullem | Coordinate filing/serving of CNO for Orrick's April fee application. | 0.40 |
| 06/21/13 | D. Felder | Review revised May prebill. | 1.00 |
| 06/26/13 | R. Wyron | Review pre-bill for May 16-31 and comments regarding same. | 0.40 |
| 06/27/13 | D. Fullem | Follow-up with R. Wyron regarding status of May invoice. | 0.20 |
| 06/27/13 | D. Fullem | Begin drafting of May 1-15 fee application. | 0.80 |
| 06/27/13 | D. Fullem | Update D. Felder regarding status of May invoice and fee application. | 0.20 |
| 06/27/13 | D. Felder | Review issues regarding May prebills and follow-up with D. Fullem and P. Reyes regarding same. | 1.00 |
| 06/27/13 | R. Wyron | Review pre-bills for May 16-31 time and follow-up regarding same; review revised pre-bills and provide comments. | 0.80 |
| 06/28/13 | D. Felder | Review revisions to May prebills and conference with P. Reyes regarding same. | 1.50 |
| 06/28/13 | R. Wyron | Review revised pre-bills and follow-up regarding same. | 0.40 |

                               Total Hours     13.00
                               Total For Services     $6,986.00

Roger Frankel, Successor Futures Claimants' - 17367  July 24, 2013
page 11  Invoice No. 1430675

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 6.60 | 650.00 | 4,290.00 |
| Debra O. Fullem | 4.80 | 270.00 | 1,296.00 |
| Richard H. Wyron | 1.60 | 875.00 | 1,400.00 |
| Total All Timekeepers | 13.00 | $537.38 | $6,986.00 |

**Total For This Matter**  **$6,986.00**

| | |
|---|---|
| Roger Frankel, Successor Futures Claimants' - 17367 | July 24, 2013 |
| page 12 | Invoice No. 1430675 |

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 06/17/13 | D. Felder | Travel to/from Washington, DC to Philadelphia for Third Circuit oral argument. | 4.50 |
| 06/17/13 | R. Wyron | Travel to Philadelphia for appellate argument. | 2.00 |
| | | Total Hours                     6.50 | |
| | | Total For Services | $2,337.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 4.50 | 325.00 | 1,462.50 |
| Richard H. Wyron | 2.00 | 437.50 | 875.00 |
| Total All Timekeepers | 6.50 | $359.62 | $2,337.50 |

**Total For This Matter**     **$2,337.50**

\* \* \* **COMBINED TOTALS** \* \* \*

| | |
|---|---|
| Total Hours                                      110.00 | |
| Total Fees, all Matters | $69,766.50 |
| Total Disbursements, all Matters | $4,883.95 |
| Total Amount Due | $74,650.45 |