W. R. Grace & Co.
Summary
January 1 through January 31, 2013

| Personnel Performing Services | | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|
| PEVARNIK, THOMAS R JR | | 1.0 | $ 700 | $ 700 |
| FRIEL, MARGARET T | | 1.0 | $ 600 | $ 600 |
| HEIKKINEN, DEBRA L | | 1.3 | $ 700 | $ 910 |
| PIEHLER, JANE M | | 1.0 | $ 700 | $ 700 |
| O'MULLANE, THOMAS FRANCIS | | 5.3 | $ 430 | $ 2,279 |
| **Employee Benefit Plan Services** | | **9.6** | | **$ 5,189** |
| CAGLE, CRISTI BROOKS | | 8.2 | $ 350 | $ 2,870 |
| CHAMPENY, KATRINA MARIE | | 14.5 | $ 200 | $ 2,900 |
| CHAVALI, VIJAYA SARADHI | | 1.3 | $ 275 | $ 358 |
| GESVANTNER, FRANCINE RAE | | 0.5 | $ 200 | $ 100 |
| GOEL, SHUBHIKA | | 8.2 | $ 200 | $ 1,640 |
| PARRENT, AMY ELIZABETH | | 0.3 | $ 500 | $ 150 |
| **International HR & Compliance Services** | | **33.0** | | **$ 8,018** |
| | (Adjustment per SOW) | | | $ (3,855) |
| | | | | $ 4,163 |
| SHURIN, ALEXANDER SANDY | | 3.3 | $ 525 | $ 1,733 |
| TIAN, XIAO WU | | 20.4 | $ 430 | $ 8,772 |
| **Global Rewards Services** | | **23.7** | | **$ 10,505** |
| | (Adjustment per SOW) | | | $ (5,000) |
| | | | | $ 5,505 |
| CREIGHTON, ROBERT BYRON | | 17.5 | $ 350 | $ 6,125 |
| **International Assignment Services** | | **17.5** | | **$ 6,125** |
| | (Adjustment per SOW) | | | $ (5,005) |
| | | | | $ 1,120 |
| BROOKS, THOMAS J | | 0.8 | $ 600 | $ 480 |
| GORDON, JARED H | | 3.5 | $ 700 | $ 2,450 |
| IPPOLITO, TIFFANY MARIE | | 8.0 | $ 325 | $ 2,600 |
| NGUYEN, OANH HOANG | | 1.8 | $ 430 | $ 774 |
| **Bankruptcy Administration & Misc Matters** | | **14.1** | | **$ 6,304** |
| Subtotal | | 97.9 | | $ 22,280.00 |
| Expenses | | | | $ 2,946.62 |
| **Total Deloitte Tax LLP Fees** | January 1 through January 31, 2013 | | | **$ 25,226.62** |