Exhibit C

W. R. Grace & Co.
Hourly Detail
January 1 through January 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | International Human Resources ("IHR") meeting on January 7, 2013 - prep day before | 0.5 | $350 | $175 |
| 1/7/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Client meeting onsite with Grace contacts: Dennis Florian, Joe Quinn, and Stephenie Gettier to discuss IHR and International Assignment Services ("IAS") transition | 9.1 | $350 | $3,185 |
| 1/9/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | researched destination services vendors for Brisbane, Australia and forwarded fee pricing onto WR Grace (assignee: Eric Austraw ("EA")) | 0.5 | $350 | $175 |
| 1/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Discuss staffing of client and transition of compliance; regarding Grace employee, Alexander Nielson ("AN"), 2010 Federal and state tax notices - review and advise client | 1.3 | $350 | $455 |
| 1/9/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | call with Brian Epstein regarding China tax payments and plan registrations | 0.3 | $525 | $158 |
| 1/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | discuss IAS/IHR transition emails to assignees | 0.5 | $350 | $175 |
| 1/11/2013 | PARRENT, AMY ELIZABETH | International HR & Compliance Services | Dennis Florian | Review of engagement financials in advance of fee applications | 0.3 | $500 | $150 |
| 1/14/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | coordination of destination services/cultural training, review of estimated cost projections of anticipated assignment expenses (assignee: EA) | 0.5 | $350 | $175 |
| 1/14/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | preparation and review of estimated cost projections of anticipated assignment expenses - US to Australia (assignee: EA) | 2.0 | $200 | $400 |
| 1/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Discuss w/ client/colleagues treatment of Grace employee, Michael Federspiel ("MF") incl. 2011 Illinois notice for Form W-2c, transition emails for IAS/IHR, etc. Draft IAS transition email and disc. var. topics with na, consent contacts | 3.3 | $350 | $1,155 |
| 1/15/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | review of estimated cost projections of anticipated assignment expenses - US to Australia (assignee: EA); communications with Dennis Florian regarding transition of international human resource services | 1.2 | $350 | $420 |
| 1/15/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | preparation and review of estimated cost projections of anticipated assignment expenses - US to Australia (assignee: EA); conference call to discuss assignment and upcoming localization (assignee: AN); conference call to discuss upcoming assignment (assignee: Youcef Boudeffa ("YB")) | 3.8 | $200 | $760 |
| 1/15/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Re: Grace employee - EA cost projection - corr. with IHR team reg. tax prep & fee application | 0.3 | $350 | $105 |
| 1/15/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | question from Brian Esptein regarding French reporting with respect to nonqualified stock options | 0.3 | $525 | $158 |
| 1/16/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | conference call with Dennis Florian and Lindsey Malone and Deloitte Tax to discuss upcoming localization (assignee: Andre Lanning ("AL")) | 1.0 | $350 | $350 |
| 1/16/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | follow up on email communication requesting assignment information during transition (assignees: Yee Young Cher ("YYC"), Kok-How Chew ("KHC"), Adam Grose ("AG"), Leonid Leznik ("LL"), AN, Michael Piergrossi ("MP"), Dirk Strassner ("DS")); conference call with Dennis Florian and Lindsey Malone and Deloitte Tax to discuss upcoming localization (assignee: AL) | 2.4 | $200 | $480 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
January 1 through January 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Billing Hours | Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Re: Grace employee, MF, 2011 Illinois tax notice - correspondence with company | 0.3 | $ 350 | $ 105 |
| 1/16/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | review of fee applications | 1.0 | $ 700 | $ 700 |
| 1/16/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | email to, and follow up call with, Brian Epstein regarding French reporting with respect to nonqualified stock options | 0.9 | $ 525 | $ 473 |
| 1/16/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Internal Meeting, global review kick off. Discussed timeline, deliverables, processes. Looked at 2000, 2011 plans and confirmed no information required from client at the time. | 1.3 | $ 430 | $ 559 |
| 1/17/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | transition of international human resources services - system set up | 1.5 | $ 200 | $ 300 |
| 1/17/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Meeting with team to discuss template and questions. Reviewed Statement of Work in detail and build out a draft outline and template. | 1.6 | $ 430 | $ 688 |
| 1/18/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | review fee applications | 0.3 | $ 600 | $ 180 |
| 1/18/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Correspondence with Stephenie Gettier regarding outstanding expenses (assignee: YYC) | 0.2 | $ 350 | $ 70 |
| 1/18/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | drafting of letter of assignment (assignee: EA) | 0.3 | $ 350 | $ 105 |
| 1/18/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Puerto Rico Form W-2 reporting advice - get Puerto Rico contact to answer Grace contact, Stephenie Gettier's questions via phone call | 0.5 | $ 350 | $ 175 |
| 1/18/2013 | IPPOLITO, TIFFANY MARIE | Bankruptcy Administration & Misc Matters | Don Teichen | Drafted June-Oct applications for fees to Bankruptcy Court | 1.2 | $ 325 | $ 390 |
| 1/18/2013 | NGUYEN, OANH HOANG | Bankruptcy Administration & Misc Matters | Don Teichen | Call with Tiffany and reviewed fee applications for June through October 2012 | 0.8 | $ 430 | $ 344 |
| 1/18/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | addressing questions from Brian Epstein regarding China tax remittance | 1.0 | $ 525 | $ 525 |
| 1/21/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | January processing / review of estimated cost projections of anticipated assignment expenses reports (assignees: YYC, HHC, AN, DS) | 1.0 | $ 275 | $ 275 |
| 1/21/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | January processing of estimated cost projections of anticipated assignment expenses (assignees: YYC, HHC) | 3.0 | $ 200 | $ 600 |
| 1/21/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | French Report, building out the country report template and drafting first version of the French Report. | 2.5 | $ 430 | $ 1,075 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
January 1 through January 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Billing Hours | Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/22/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | January processing of estimated cost projections of anticipated assignment expenses (assignee: YYC); final review of January estimated cost projections of anticipated assignment expenses reports (assignees: AN, DS) | 1.2 | $ 350 | $ 420 |
| 1/22/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Weekly status update call with Dennis Florian and Stephenie Gettier; January processing of estimated cost projections of anticipated assignment expenses(assignees: YYC, KHC); follow up on email communication requesting assignment information during transition (assignee: Jens Ebinghaus ("JE")) | 2.5 | $ 200 | $ 500 |
| 1/22/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | transition - weekly transition call with Dennis and internal Deloitte team ; Re: Grace employee, Michael Ragan ("MR") 2010 Belgium tax payment advice to company - going through emails and notice to determine how to proceed | 1.4 | $ 350 | $ 490 |
| 1/22/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Preparation of January estimated cost projections of anticipated assignment expenses reports (assignees: AN, DS) | 1.2 | $ 200 | $ 240 |
| 1/22/2013 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Addressed 2011 W-2 "excess interest" reporting for John Forgach - reviewed and responded to email chain; telephone call w/ Tom Pevarnik (WNT) re: IRC §3121(v)(2) excess interest rules; f/u call with J. Forgach and Brian Epstein | 1.0 | $ 700 | $ 700 |
| 1/22/2013 | PEVARNIK, THOMAS R JR | Employee Benefit Plan Services | John Forgach | Researching Form 1099-R reporting requirements attendant to correcting distribution of excess allocations. | 0.5 | $ 700 | $ 350 |
| 1/22/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | French Report, building out the country report template and drafting first version of the French Report. Internal meeting to go over the report and template. | 2.0 | $ 430 | $ 860 |
| 1/23/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | 2nd level review of January estimated cost projections of anticipated assignment expenses reports (assignee: AN); 2nd level review of January estimated cost projections of anticipated assignment expenses reports (assignee: DS); follow up on email communication requesting assignment information during transition (assignee: Andrew Kelly ("AK")); Request update from vendor (AirInc) to cost of living allowance report due to change in salary (assignee: EA) | 2.1 | $ 200 | $ 420 |
| 1/23/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | transition of international human resources services - system set up | 2.0 | $ 200 | $ 400 |
| 1/23/2013 | PIEHLER, JANE M | Employee Benefit Plan Services | John Forgach | Conf call w/ Debra Heikkinen on Form 1099-r reporting for settlement overpayments | 0.5 | $ 700 | $ 350 |
| 1/23/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | meeting with team to confirm on template. reviewed the revised tax section of the report. | 1.0 | $ 430 | $ 430 |
| 1/24/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | transition of international human resources services - set up of vendor invoice process | 0.5 | $ 200 | $ 100 |
| 1/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Re: Grace employee, MR's 2010 Belgium tax payment advice to company - email to company advising how to proceed with payment | 0.3 | $ 350 | $ 105 |
| 1/24/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | processing of vendor (AirInc) invoice (assignee: EA) | 0.5 | $ 200 | $ 100 |
| 1/24/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | Discussion re: bankruptcy court protocols | 1.5 | $ 700 | $ 1,050 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
January 1 through January 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Billing Hours | Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/24/2013 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Telephone conference w/ John Forgach re: Form 1099-R reporting for IRC §401(k)adjustments w/r/t class action settlement | 0.3 | $ 700 | $ 210 |
| 1/24/2013 | IPPOLITO, TIFFANY MARIE | Bankruptcy Administration & Misc Matters | Don Teichen | Checked applications for fees to the bankruptcy court. Drafted new one for November. | 0.7 | $ 325 | $ 228 |
| 1/24/2013 | O'MULLANE, THOMAS FRANCIS | Employee Benefit Plan Services | John Forgach | Discussion related to research on Form 1099-R reporting requirements attendant to correcting distribution of excess allocations. | 0.3 | $ 430 | $ 129 |
| 1/24/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | call with Brain Eaptein regarding China registrations and next steps post-registration | 0.5 | $ 525 | $ 263 |
| 1/24/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Revised French report and looked through reporting requirements and finalized template; team meeting to discuss report and fee application. | 3.7 | $ 430 | $ 1,591 |
| 1/25/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | Discussion with Jared Gordon re: bankruptcy court protocols | 0.5 | $ 600 | $ 300 |
| 1/25/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | transition of international human resources services - vendor invoice process; cost projection update due to salary change (assignee:EA); 2nd level review of January estimated cost projections of anticipated assignment expenses reports (assignee: MP); letter of assignment update due to salary change (assignee: EA). | 3.3 | $ 350 | $ 1,155 |
| 1/25/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | preparation of January estimated cost projections of anticipated assignment expenses reports (assignee: MP) | 0.3 | $ 275 | $ 83 |
| 1/25/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | review of cost projection update due to salary change (assignee: EA) | 0.5 | $ 200 | $ 100 |
| 1/25/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | Discussion with Jared Gordon re: bankruptcy court protocols | 1.0 | $ 700 | $ 700 |
| 1/25/2013 | IPPOLITO, TIFFANY MARIE | Bankruptcy Administration & Misc Matters | Don Teichen | Put together Excel file for 13th filing with the BK court. | 5.5 | $ 325 | $ 1,788 |
| 1/25/2013 | O'MULLANE, THOMAS FRANCIS | Employee Benefit Plan Services | John Forgach | Researching Form 1099-R reporting requirements attendant to correcting distribution of excess allocations. | 2.4 | $ 430 | $ 1,032 |
| 1/25/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Drafted email to request country report review to France. | 0.7 | $ 430 | $ 301 |
| 1/26/2013 | IPPOLITO, TIFFANY MARIE | Bankruptcy Administration & Misc Matters | Don Teichen | Completed thirteenth application to BK court for fees. | 0.6 | $ 325 | $ 195 |
| 1/26/2013 | PIEHLER, JANE M | Employee Benefit Plan Services | John Forgach | Review Form 1099-R reporting for corrected overpayments & conf call w/ Thomas O'Mullane | 0.5 | $ 700 | $ 350 |
| 1/28/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | transition of international human resources services - Review of assignee information received to identify which assignees still need to provide demographic data; Update of transition action log; Update contact information listing for Fragomen immigration contact info for new initiation request, follow up to see if Grace assignee ("EA") should now be submitted. | 1.2 | $ 200 | $ 240 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
January 1 through January 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/28/2013 | NGUYEN, OANH HOANG | Bankruptcy Administration & Misc Matters | Don Teichen | Reviewed 13th interim application calculation | 1.0 | $ 430 | $ 430 |
| 1/28/2013 | O'MULLANE, THOMAS FRANCIS | Employee Benefit Plan Services | John Forgach | Researching Form 1099-R reporting requirements attendant to correcting distribution of excess allocations. | 1.2 | $ 430 | $ 516 |
| 1/28/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Country Report - French report revision and sent to French team. | 0.7 | $ 430 | $ 301 |
| 1/29/2013 | FRIEL, MARGARET T | Employee Benefit Plan Services | John Forgach | respond to Grace contact, John Forgach's inquiry on proper Form 1099-R reporting re: correction for excess contributions and resulting distributions. | 1.0 | $ 600 | $ 600 |
| 1/29/2013 | O'MULLANE, THOMAS FRANCIS | Employee Benefit Plan Services | John Forgach | Researching Form 1099-R reporting requirements attendant to correcting distribution of excess allocations. | 1.4 | $ 430 | $ 602 |
| 1/29/2013 | PEVARNIK, THOMAS R JR | Employee Benefit Plan Services | John Forgach | Researching Form 1099-R reporting requirements attendant to correcting distribution of excess allocations. | 0.5 | $ 700 | $ 350 |
| 1/30/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | generation of Australia Report - Tax Treatment. | 3.6 | $ 430 | $ 1,548 |
| 1/31/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | generation of country reports - internal | 0.3 | $ 525 | $ 158 |
| 1/31/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Updated Australia report for regulatory section. Prepared Brazil report, followed up with French team. | 3.3 | $ 430 | $ 1,419 |

|  |  |
|---|---|
|  | 36,140 |
| Adjustment per SOW | (8,860) |
| 97.9 | 27,280 |