Exhibit D

**W. R. Grace & Co.**
**Expenses Detail**
**January 1 through January 31, 2013**

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 12/29/2012 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Travel Exp-Airline for international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 - Flight from Dallas to Washington, DC | $893.84 |
| 1/8/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Travel Exp-Airline for international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 - Flight from Dallas to Washington, DC | $893.84 |
| 1/9/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Travel Expenses-Taxi (hotel to client offices) in connection w/ international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 | $46.74 |
| 1/9/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Travel Exp-Meal Exp (dinner) in connection w/ international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 | $48.17 |
| 1/12/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Traveling Exp-Hotel for international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 (Jan 6 to Jan 8, 2013) | $538.00 |

Exhibit D

**W. R. Grace & Co.**
**Expenses Detail**
**January 1 through January 31, 2013**

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---:|
| 1/12/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Travel Exp-Meal Exp (breakfast) in connection w/ international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 | $30.43 |
| 1/12/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Travel Exp-Meal Exp (lunch) in connection w/ international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 | $13.26 |
| 1/12/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Travel Expenses-Taxi (client to hotel) in connection w/ international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 | $48.82 |
| 1/12/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Trvl Exp-HotelTax for international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 (Jan 6 to Jan 8, 2013) | $47.86 |
| 1/17/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Traveling Exp-Parking in connection w/ international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 | $40.04 |

Exhibit D

**W. R. Grace & Co.**
**Expenses Detail**
**January 1 through January 31, 2013**

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 1/17/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Trvl Exp-HotelTax for international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 (Jan 6 to Jan 7, 2013) | $23.65 |
| 1/17/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Travel Expenses-Taxi (to meeting at client site from hotel) in connection w/ international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 | $49.05 |
| 1/17/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Traveling Exp-Hotel for international HR transition client meeting with Dennis Florian, Stephenie Gettier, Joe Quinn and Deloitte Tax on Jan 7, 2013 (Jan 6 to Jan 7, 2013) | $269.00 |
| 1/19/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Conference Call to discuss US payroll transition with Stephenie Gettier, Cristi Cagle and Katrina Champeny | $3.92 |
| | | | | | $2,946.62 |