Exhibit B

**W. R. Grace & Co.**
**Summary**
**February 1 through February 28, 2013**

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| DIAZ, LAURA M | 0.3 | $ 215 | $ 65 |
| **Puerto Rico Tax Compliance** | 0.3 | | $ 65 |
| | | | |
| PEVARNIK, THOMAS R JR | 2.0 | $ 700 | $ 1,400 |
| FRIEL, MARGARET T | 8.0 | $ 600 | $ 4,800 |
| LAINOF, ELLIOT H | 0.5 | $ 600 | $ 300 |
| GAGNON, CLAIRE H | 2.6 | $ 325 | $ 845 |
| HEIKKINEN, DEBRA L | 1.3 | $ 700 | $ 910 |
| O'MULLANE, THOMAS FRANCIS | 0.6 | $ 430 | $ 258 |
| **Employee Benefit Plan Services** | 15.0 | | $ 8,513 |
| | | | |
| CAGLE, CRISTI BROOKS | 10.4 | $ 350 | $ 3,640 |
| CHAMPENY, KATRINA MARIE | 36.2 | $ 200 | $ 7,240 |
| CHAVALI, VIJAYA SARADHI | 1.2 | $ 275 | $ 330 |
| GOEL, SHUBHIKA | 10.2 | $ 200 | $ 2,040 |
| PARRENT, AMY ELIZABETH | 1.0 | $ 500 | $ 500 |
| **International HR & Compliance Services** | 59.0 | | $ 13,750 |
| Adjustment per SOW | | | $ (3,738) |
| | | | $ 10,013 |
| | | | |
| TROTMAN, SEAN P | 1.5 | $ 700 | $ 1,050 |
| FANWICK, ANTHONY VINCENT | 2.6 | $ 325 | $ 845 |
| BUTH, SANDRA LEE | 2.0 | $ 600 | $ 1,200 |
| SHURIN, ALEXANDER SANDY | 10.8 | $ 525 | $ 5,670 |
| TIAN, XIAO WU | 44.5 | $ 430 | $ 19,135 |

Exhibit B

# W. R. Grace & Co.
## Summary
### February 1 through February 28, 2013

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| **Global Rewards Services** | 61.4 | | $ 27,900 |
| (Adjustment per SOW) | | | $ (9,773) |
| | | | $ 18,127 |
| | | | |
| ASUAGBOR, MARTINA TAKANG | 2.5 | $ 275 | $ 688 |
| AZARIAN, NAZANIN | 3.0 | $ 425 | $ 1,275 |
| CREIGHTON, ROBERT BYRON | 20.1 | $ 350 | $ 7,035 |
| DINKINS, FRANCOISE A | 5.5 | $ 500 | $ 2,750 |
| MANLY SPAIN, FESTINA | 18.9 | $ 200 | $ 3,780 |
| **International Assignment Services** | 50.0 | | $ 15,528 |
| Adjustment per SOW | | | $ (2,133) |
| | | | $ 13,395 |
| | | | |
| BROOKS, THOMAS J | 3.9 | $ 600 | $ 2,340 |
| GORDON, JARED H | 2.4 | $ 700 | $ 1,680 |
| NGUYEN, OANH HOANG | 0.3 | $ 430 | $ 129 |
| **Bankruptcy Administration & Misc Matters** | 6.6 | | $ 4,149 |
| **Subtotal** | 192.3 | | $ 54,261 |
| **Expenses** | | | $ 130.37 |
| **Total Deloitte Tax LLP Fees**    February 1 through February 28, 2013 | | | $ 54,391.37 |