W. R. Grace & Co.                                      Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 2/1/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Transition of international human resources ("IHR") services - set up of expense/vendor invoice processes for estimated cost projections of anticipated assignment expenses | 0.3 | $ | 350 $ | 105 |
| 2/1/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Transition of international human resources services - set up of expense/vendor invoice processes for estimated cost projections of anticipated assignment expenses; February processing for estimated cost projections of anticipated assignment expenses (assignee: Yee Young Cher ("YYC")) | 0.4 | $ | 200 $ | 80 |
| 2/1/2013 | FANWICK, ANTHONY VINCENT | Global Rewards Services | Brian Epstein | updated tax rates for china, Singapore and UK. | 0.7 | $ | 325 $ | 228 |
| 2/1/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | China coordination and correspondence with Brian Epstein regarding support with ongoing reporting obligations in China | 1.0 | $ | 525 $ | 525 |
| 2/1/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Draft of Germany tax and regulatory reports. | 2.7 | $ | 430 $ | 1,161 |
| 2/2/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | draft country reports | 0.7 | $ | 525 $ | 368 |
| 2/2/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Drafted India and Singapore tax and regulatory reports. | 4.6 | $ | 430 $ | 1,978 |
| 2/3/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | bankruptcy fee application review in connection w/ 13th interim fee application | 3.9 | $ | 600 $ | 2,340 |
| 2/3/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Drafted China and Italy and part of Belgium tax and regulatory reports. | 5.3 | $ | 430 $ | 2,279 |
| 2/4/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | February processing of estimated cost projections of anticipated assignment expenses (assignee: YYC); 2nd level review of February expense reports (assignee: Alexander Nielsen ("AN")) | 0.6 | $ | 200 $ | 120 |
| 2/4/2013 | FANWICK, ANTHONY VINCENT | Global Rewards Services | Brian Epstein | updated UK West  report. | 1.9 | $ | 325 $ | 618 |
| 2/4/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | February expense processing in connection w/ estimated cost projections of anticipated assignment expenses   (assignee: YYC); Preparation of February expense reports in connection w/ estimated cost projections of anticipated assignment expenses  (assignee: AN) | 1.0 | $ | 200 $ | 200 |
| 2/4/2013 | NGUYEN, OANH HOANG | Bankruptcy Administration & Misc Matters | Don Teichen | Updated 13th fee application and consolidated invoice worksheets | 0.3 | $ | 430 $ | 129 |

W. R. Grace & Co.                                        Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/4/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Draft Hong Kong Reports. Discussed with team on open items. | 2.0 | $ 430 | $ 860 |
| 2/5/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Internal conference call with Shubhika Goel to discuss expense process in connection w/ estimated cost projections of anticipated assignment expensesand review internal process flow; Conference call with Stephenie Gettier to review coversheet for estimated cost projections of anticipated assignment expenses. (assignee: YYC) | 1.2 | $ 200 | $ 240 |
| 2/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Hachmann-Thiessen ("H-T"), 2011: German tax notice assessing approx 1,500 euros - look into notice and request backup documentation from the company | 0.6 | $ 350 | $ 210 |
| 2/5/2013 | FRIEL, MARGARET T | Employee Benefit Plan Services | John Forgach | Started to research Mr. John Forgach's inquiry on the appropriate 1099-R reporting for the required correction for excess contributions and resulting distributions. | 1.0 | $ 600 | $ 600 |
| 2/5/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Preparation of additional February expense reports in connection w/ estimated cost projections of anticipated assignment expenses(assignee: AN) | 1.2 | $ 200 | $ 240 |
| 2/5/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | draft / review country reports | 1.5 | $ 525 | $ 788 |
| 2/5/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Completed Netherlands, Belgium reports and sent out all email requests for report review and Inter-Firm Work Referral | 5.5 | $ 430 | $ 2,365 |
| 2/6/2013 | BUTH, SANDRA LEE | Global Rewards Services | Brian Epstein | Review and amend as necessary Australia country report (21 pages) in respect of stock options granted in Australia, commenting on both regulatory and issuer company/employer and employee participant tax issues. Include tax legislation operative prior to July 1, 2009, and on or after July 1,2009, both qualifying and non-qualifying grants. Update standard form template to be provided to client and in accordance with other country reports. | 2.0 | $ 600 | $ 1,200 |
| 2/6/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | 2nd level review of additional February reports in connection w/ estimated cost projections of anticipated assignment expenses (assignee: AN) | 0.3 | $ 200 | $ 60 |

W. R. Grace & Co.                                            Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/6/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Update coversheet for February expense reports in connection w/ estimated cost projections of anticipated assignment expenses (assignee: AN) | 0.2 | $ 200 | $ 40 |
| 2/6/2013 | O'MULLANE, THOMAS FRANCIS | Employee Benefit Plan Services | John Forgach | Research re: 6% tax on distribution of excess contributions to IRA | 0.6 | $ 430 | $ 258 |
| 2/7/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Reviewed internal correspondence regarding contract | 0.2 | $ 350 | $ 70 |
| 2/7/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | followed up with Dennis Florian in order to prepare the estimated cost projections of anticipated assignment expenses  (assignee: RH); initiate vendor (AirInc) request to obtain cost of living allowances; prepared letter of assignment; (assignee: GH); followed up with Dennis Florian regarding immigration paperwork (assignee: Eric Austraw ("EA")) | 1.5 | $ 200 | $ 300 |
| 2/7/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee:Michael Federspiel ("MF"), 2011: Illinois tax notice - instruct Festina how to prepare, review, and changes, have mailed | 1.1 | $ 350 | $ 385 |
| 2/8/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | followed up with Dennis Florian on outstanding clarifications in order to prepare the estimated cost projections of anticipated assignment expenses  (assignee: RH); Review of February expense reports (assignee: Dirk Strassner ("DS")); correspondence with MF regarding outstanding demographic information and followed up on 2013 expense form (assignee: MF)) | 1.2 | $ 200 | $ 240 |
| 2/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee (Anke Mayer ("AM")), 2011: German tax notice requesting return - correspondence with German office to discuss how to handle and email company for more info | 0.5 | $ 350 | $ 175 |
| 2/8/2013 | FRIEL, MARGARET T | Employee Benefit Plan Services | John Forgach | Continued to research Mr. John Forgach's inquiry on the appropriate 1099-R reporting for the required correction for excess contributions and resulting distributions. | 1.5 | $ 600 | $ 900 |

W. R. Grace & Co.                                    Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/8/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Preparation of February expense reports  in connection w/ estimated cost projections of anticipated assignment expenses(assignee: DS) | 0.7 | $ 200 | $ 140 |
| 2/11/2013 | AZARIAN, NAZANIN | International Assignment Services | Dennis Florian | Weekly transition call with the client. Subsequent internal discussions about the engagement, the engagement letter, beginning to set up the account in our internal system, and reading through various internal emails | 2.0 | $ 425 | $ 850 |
| 2/11/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Weekly status update call with Dennis Florian and Stephenie Gettier and post-call debrief with Katrina Champeny | 0.8 | $ 350 | $ 280 |
| 2/11/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Requested data for household goods shipment and cultural training/destination services and sent assumptions to Dennis for approval. Researched backup information needed for cost estimate and prepared cost estimate. (assignees: RH, German Huerta ("GH")); Weekly status update call with Dennis Florian and Stephenie Gettier; followed up with Dennis Florian regarding WR Grace's preferred vendor for household goods shipment and applicable contact information. | 3.1 | $ 200 | $ 620 |
| 2/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | weekly status call with company, discussion with Festina reg ias/hr services, disc. organizer/welcome email status and foreign contact list, time move from prd to new code, exp reports from meeting, etc.; Regarding assignee: Mike Ragan ("MR"), 2010: Belgium tax notice - follow-up with company to gather Belgium tax return | 1.8 | $ 350 | $ 630 |
| 2/11/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | transition call | 0.5 | $ 500 | $ 250 |
| 2/11/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | drafted the notice response sent to Illinois department of revenue - regarding 2011 Illinois tax notice (assignee: MF)) | 2.2 | $ 200 | $ 440 |

W. R. Grace & Co.                                      Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/12/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | reviewed estimated cost projections of anticipated assignment expenses; followed up with Dennis Florian regarding outstanding information required to finalize estimated cost projections of anticipated assignment expenses (assignee: GH)) | 1.5 | $ 350 | $ 525 |
| 2/12/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | cost estimate preparation in connection w/ estimated cost projections of anticipated assignment expenses (assignee: GH); Communications with Stephenie Gettier to obtain 2013 expense report as prior report was not working appropriately | 2.9 | $ 200 | $ 580 |
| 2/12/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Preparation of additional February expense reports in connection w/ estimated cost projections of anticipated assignment expenses (assignee: DS) | 0.5 | $ 200 | $ 100 |
| 2/12/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Packaged/assemble and mailed finalized Illinois tax response package for MF | 0.4 | $ 200 | $ 80 |
| 2/13/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Distributed 2013 expense report template to all active assignees; Review of additional February expense reports in connection w/ estimated cost projections of anticipated assignment expenses (assignee: DS); Initial review of February expense report in connection w/ estimated cost projections of anticipated assignment expenses (assignee: John Haley ("JH")); Initial review of February expense report in connection w/ estimated cost projections of anticipated assignment expenses (assignee: AN) | 1.4 | $ 200 | $ 280 |
| 2/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | welcome IAS email to assignees with consent forms for Ernst & Young transition - Deloitte entity names, update consent form language, and get auth list for emails; McLean weekly status meeting and prep process meetings | 2.8 | $ 350 | $ 980 |
| 2/13/2013 | FRIEL, MARGARET T | Employee Benefit Plan Services | John Forgach | Continued to research Mr. John Forgach's inquiry on the appropriate 1099-R reporting for the required correction for excess contributions and resulting distributions. | 5.0 | $ 600 | $ 3,000 |

W. R. Grace & Co.                                        Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/13/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Preparation of additional February expense reports in connection with estimated cost projections of anticipated assignment expenses (assignee: DS) | 0.3 | $ 200 | $ 60 |
| 2/13/2013 | PEVARNIK, THOMAS R JR | Employee Benefit Plan Services | John Forgach | Researched Mr. John Forgach's inquiry on the appropriate 1099-R reporting for the required correction for excess contributions and resulting distributions. | 2.0 | $ 700 | $ 1,400 |
| 2/13/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | draft country reports | 0.8 | $ 525 | $ 420 |
| 2/13/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Catch up meeting on reports and next action steps in terms of follow up emails on reports and reports review. | 0.5 | $ 430 | $ 215 |
| 2/14/2013 | AZARIAN, NAZANIN | International Assignment Services | Dennis Florian | Weekly transition call with the client. Subsequent internal discussions about the engagement, the engagement letter, beginning to set up the account in our internal system, and reading through various internal emails | 1.0 | $ 425 | $ 425 |
| 2/14/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | reviewed estimated cost projections of anticipated assignment expenses (assignee: Robert Hoover ("RH")); Correspondence with Cultural Awareness, International and Dennis Florian regarding cultural training and destination services; Development of long-term letter of assignment template | 2.8 | $ 350 | $ 980 |
| 2/14/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | finalized cost estimate (assignees: GH, RH); Review of February expense report (assignee: JH); Review of demographic log and eRoom with Robert Creighton; Initiation of household goods shipment services by Brookfield Global Relocation Services (assignees: Nathanial Faulkenberry ("NF"), MF) | 3.8 | $ 200 | $ 760 |
| 2/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | authorization list, welcome email to additional assignees, welcome email correspondence | 1.1 | $ 350 | $ 385 |
| 2/14/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | transition discussions with R. Creighton, J. Gordon and others | 1.0 | $ 500 | $ 500 |

W. R. Grace & Co.                         Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/14/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Updates to expense and vendor invoice coversheets; Preparation of February expense reports in connection with estimated cost projections of anticipated assignment expenses (assignees: AN, JH) | 3.1 | $ 200 | $ 620 |
| 2/14/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: MR, - set up individual in tracker, add compliance and calendar project, and post documents to folders in tracker; email response to assignee: Clive Pinto ("CP") regarding transition process from Ernst & Young to Deloitte Tax & his current assignment | 1.2 | $ 200 | $ 240 |
| 2/14/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Summary of country report status, next steps, and timeline to deliver project. Reviewed countries with recharge implications and email drafted to confirm on recharge agreement implemented and requested copy of 2013 plan. | 1.2 | $ 430 | $ 516 |
| 2/15/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | update of cost estimate request form in connection with estimated cost projections of anticipated assignment expenses (assignees: NF, MF); Review of April - August 2012 expense reports in connection with estimated cost projections of anticipated assignment expenses (assignee: JH) | 2.0 | $ 200 | $ 400 |
| 2/15/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | (2011 organizer and project set up, transition py return consent forms, prior accountant firm consent, etc); (assignee: MR 2012 authorization - multiple email corr. and phone call with taxpayer to understand his situation and then follow-up with company to confirm authorized - company's work); Regarding assignee: H-T, 2011: German tax notice assessing additional balance due - correspondence with the taxpayer to get copy of German return and notice; regarding assignee: MR, 2010: Belgium tax notice - email correspondence to confirm issue resolved | 2.4 | $ 350 | $ 840 |

W. R. Grace & Co.
Hourly Detail
February 1 through February 28, 2013

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees | |
|----------|---------------|------------------|---------------|-------------|-------|---------|----|---------|----|
| 2/15/2013 | FRIEL, MARGARET T | Employee Benefit Plan Services | John Forgach | Continued to research Mr. John Forgach's inquiry on the appropriate 1099-R reporting for the required correction for excess contributions and resulting distributions. I confirmed for him how the corrections should be reported. | 0.5 | $ | 600 | $ | 300 |
| 2/15/2013 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Conference call with John Forgach (WRG) and Peg Friel (Deloitte) re: Form 1099-R Q&A | 0.5 | $ | 700 | $ | 350 |
| 2/15/2013 | LAINOF, ELLIOT H | Employee Benefit Plan Services | John Forgach | E-mail to Peg Friehl re: amending a return | 0.5 | $ | 600 | $ | 300 |
| 2/15/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Recevied consent forms from additional assignees. Logged them into the tracking sheet and made sure each were complete; Set up of client in tracker on the organizational level as well as assignees on our authorization list on the individual level. Over 15 assignees were set up including MF, Adam Grose, Andrew Kelly, William Krents and CP | 5.9 | $ | 200 | $ | 1,180 |
| 2/16/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Reviewed Brazil and Italy reports and sent follow up questions. Sent follow up email to foreign offices to check review status. | 4.5 | $ | 430 | $ | 1,935 |
| 2/18/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | reviewed his estimated cost projections of anticipated assignment expenses for repatriation (assignee: MF)) | 0.4 | $ | 350 | $ | 140 |
| 2/18/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | finalized cost estimate (assignee: MF); Review of February expense reports in connection w/ estimated cost projections of anticipated assignment expenses (assignee: AN); Development of long-term letter of assignment template | 2.2 | $ | 200 | $ | 440 |
| 2/18/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | (have client added to weekly reports, confirming organizers went out, etc) | 0.6 | $ | 350 | $ | 210 |
| 2/18/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | new client email to DTT contacts; global coordination / transition | 1.0 | $ | 500 | $ | 500 |
| 2/18/2013 | GAGNON, CLAIRE H | Employee Benefit Plan Services | John Forgach | Review emails from Deb Heikkinen to do list & sample forms.  PC Deb-explanation. | 0.8 | $ | 325 | $ | 260 |
| 2/18/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | update of February expense report coversheet in connection w/ estimated cost projections of anticipated assignment expenses (assignees: AN, JH) | 0.7 | $ | 200 | $ | 140 |

W. R. Grace & Co.                                                Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|---|------------|
| 2/18/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Reviewed Germany and French report and sent follow up email to Germany, Italy, and France. | 3.0 | $ | 430 $ | 1,290 |
| 2/19/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | (assignee: NF) - reviewed estimated cost projections of anticipated assignment expenses | 0.2 | $ | 350 $ | 70 |
| 2/19/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Finalized cost projection (assignee: NF); Review of taxability of his expenses with Cristi Cagle. (assignee:JH); Review of February expense reports in connection w/ estimated cost projections of anticipated assignment expenses (assignee: Leonid Leznik ("LL")); Training with Shubhika Goel and Vijaya Saradhi on the WR Grace cost projection process; Review of Fragomen Immigration request form (assignee: EA) | 3.0 | $ | 200 $ | 600 |
| 2/19/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Training with Shubhika Goel and Katrina Champeny on the WR Grace cost projection process | 1.2 | $ | 275 $ | 330 |
| 2/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: AN, 2013 stock option withholding advice to company - looking into company policy reg. equity, cert of cov, current payroll, and disc. implementation with team; (comp b/d's request) | 1.6 | $ | 350 $ | 560 |
| 2/19/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | emails back from DTT contacts, email Jared Gordon about structuring local arrangements & bankruptcy court process | 2.0 | $ | 500 $ | 1,000 |
| 2/19/2013 | GAGNON, CLAIRE H | Employee Benefit Plan Services | John Forgach | Complete 2009 941X forms for three companies-all four quarters-save/print. | 1.1 | $ | 325 $ | 358 |
| 2/19/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Preparation of February expense reports in connection w/ estimated cost projections of anticipated assignment expenses (assignees: LL, JH), Conference call with Katrina Champeny to discuss expense process in connection w/ estimated cost projections of anticipated assignment expenses | 2.5 | $ | 200 $ | 500 |
| 2/19/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | draft 2013 Stock Option Country Reports | 0.5 | $ | 525 $ | 263 |
| 2/19/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Reviewed Netherlands and Belgium reports and followed up with additional questions. | 3.5 | $ | 430 $ | 1,505 |
| 2/19/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Review and comment on country reports | 1.0 | $ | 700 $ | 700 |

W. R. Grace & Co.                                           Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/20/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Conference call with Dennis Florian regarding Brookfield services (assignee: MF); Development of long-term repatriation letter of assignment template | 1.5 | $ 350 | $ 525 |
| 2/20/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Development of long-term repatriation letter of assignment template; Prepared letter of assignment (assignee: NF); Prepared repatriation letter of assignment (assignee: MF) | 2.4 | $ 200 | $ 480 |
| 2/20/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: AN, 2013 stock option withholding advice to company - discussed current year payroll and withholding with IHR, email advise to client;  (transition eroom discussion, fix organizer not sent out for assignee: CP) | 1.4 | $ 350 | $ 490 |
| 2/20/2013 | GAGNON, CLAIRE H | Employee Benefit Plan Services | John Forgach | 941X forms-Deb's review-go over w/S Norton for scanning. Forward scanned forms to Deb. | 0.7 | $ 325 | $ 228 |
| 2/20/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | coordination for global expat compliance project | 0.7 | $ 700 | $ 490 |
| 2/20/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Drafted UK report. | 1.7 | $ 430 | $ 731 |
| 2/21/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Conference call with Dennis Florian and Stephenie Gettier regarding JH's expenses. Drafted and sent summary of expense concerns following the call. (assignee: JH) | 1.2 | $ 200 | $ 240 |
| 2/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: H-T, 2011: German notice - fwd German office for assistance | 0.5 | $ 350 | $ 175 |
| 2/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: AM, 2011: German notice - fwd German office for assistance Posted several assignee/expat's transition consent form to each individuals tracker account (assignee: RH); emails to assignee: CP regarding doubts about submitting the tax data organizer by the March 15 deadline and resubmitting his calendar days to Deloitte | 1.8 | $ 200 | $ 360 |
| 2/21/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | draft / review global equity country reports | 1.0 | $ 525 | $ 525 |

W. R. Grace & Co.                                        Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/21/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Revised UK report and discussed payroll forms and retired employee withholding requirement. Reviewed Singapore report comments and India report with comments from foreign offices. Followed up with Singapore with questions. Reviewed HK report and sent | 5.1 | $ 430 | $ 2,193 |
| 2/22/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Communications with Dennis Florian regarding Eric's updated assignment start date.  (assignee: EA) | 0.5 | $ 200 | $ 100 |
| 2/22/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | (transition consents discussion with Festina); Regarding assignee: MF, 2011: Illinois tax notice - set up call with company and MF to discuss MF's issues | 0.6 | $ 350 | $ 210 |
| 2/22/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | 2012 Property Tax Return: Sent the information request email | 0.3 | $ 215 | $ 65 |
| 2/22/2013 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Sent Quality Stores protective refund claim 2009 Forms 941-X for WR Grace & Co.-Conn, Alltech Associates Inc., and Grace Management Services | 0.3 | $ 700 | $ 210 |
| 2/22/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | responding to emails from client assignees regarding organizer - phone call from Michael Piergrossi regarding organizer | 2.6 | $ 200 | $ 520 |
| 2/22/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | draft / review global equity country reports | 1.2 | $ 525 | $ 630 |
| 2/22/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Australia report review and followed up with additional questions.  Revised UK report for comments. | 1.2 | $ 430 | $ 516 |
| 2/25/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Development of permanent transfer letter template | 1.0 | $ 350 | $ 350 |
| 2/25/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of February expense reports (assignee: JH); Weekly status update call with Dennis Florian, Stephenie Gettier and Deloitte Tax team; Development of permanent transfer letter template | 2.0 | $ 200 | $ 400 |

W. R. Grace & Co.                                          Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | (weekly call disc Ersnt & Young transition consents, transition meeting, meeting with HR Europe, etc); also f/u on foreign office contacts outstanding and discussion with juarn reg. bad eroom; Kenny, Brian, 2012: organizer questions from taxpayer regarding severance; Regarding assignee: MF, 2011: Illinois tax notice - discuss if payment made to company with Stephenie | 1.8 | $ 350 | $ 630 |
| 2/25/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | emails back from DTT contacts, email Jared Gordon about structuring local arrangements & bankruptcy court process | 1.0 | $ 500 | $ 500 |
| 2/25/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Email to Dennis Florian regarding assignees who have not yet sent in their transition consent form; phone call from assignee: MR | 2.6 | $ 200 | $ 520 |
| 2/25/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | draft / review 2013 country reports | 0.5 | $ 525 | $ 263 |
| 2/25/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Follow up with China team for report review. | 0.9 | $ 430 | $ 387 |
| 2/26/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignee (Michael Piergrossi ("MP"), upfront review, second year expat questions about client and taxpayer information. Summary notes sent to Nazanin Azarian and Festina Manly – questions for both WR client and MP. | 2.0 | $ 275 | $ 550 |
| 2/26/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Scheduled international human resources transition meeting with Ernst & Young and Dennis Florian; reviewed repatriation letter of assignment (assignee: RH) | 0.8 | $ 350 | $ 280 |
| 2/26/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Communications with Dennis Florian and Stephenie Gettier regarding relocation expenses and lump sum allowances. Updated expense cover sheet accordingly. (assignee: JH); correspondence with RH regarding questions on the expense reimbursement process. (assignee: RH); prepared initial draft of permanent transfer letter (assignee: Andre Lanning); Prepared repatriation letter of assignment (assignee: RH). Begin draft localization LOA for Lanning (assignee: Andre Lanning ("AL")) | 2.7 | $ 200 | $ 540 |

W. R. Grace & Co.                                    Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/26/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | (comp review and tying pay registers, Ernst & Young transition access to eroom, foreign contacts, add'l consents, etc); Regarding assignee: MF 2011: Illinois tax notice - conference call with taxpayer and Stephenie to fill taxpayer in on situation and discuss next steps | 1.9 | $ 350 | $ 665 |
| 2/26/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | bankruptcy court fee applications and related discussions around global expat engagement | 1.2 | $ 700 | $ 840 |
| 2/26/2013 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Read and respond to N. Swanson email re: WGC USA  Employer NYS SUI ID #; locate NYS letter with ID # | 0.5 | $ 700 | $ 350 |
| 2/26/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Received payroll register and 2012 W2s from Stephenie Gettier. Crossed checked with assignee listing to see if we received W2 and payroll information for each assignee. Checked to see if payroll register then ties to each W2 | 1.5 | $ 200 | $ 300 |
| 2/26/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | draft / review 2013 country reports | 0.8 | $ 525 | $ 420 |
| 2/26/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Reviewed China and UK revised report, email to follow up on questions. Email correspondence with Singapore team regarding contact details for client assistance. | 2.1 | $ 430 | $ 903 |
| 2/26/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Review and comment on country reports | 0.5 | $ 700 | $ 350 |
| 2/27/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Tracker Default setup for new client. | 0.5 | $ 275 | $ 138 |
| 2/27/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | reviewed localization letter (assignee: AL)) | 0.5 | $ 350 | $ 175 |
| 2/27/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Call with Tinique Perry regarding cost estimate (assignee: GH); Call with Tinique Perry regarding cost estimate (assignee: RH); Drafted permanent transfer letter of assignment (assignee: AL); communications regarding introduction meeting (assignee: AN) | 2.7 | $ 200 | $ 540 |
| 2/27/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | (discuss moving off of client - also go through Festina comp report and question why w-2s for non-us assignees and pay register codes) | 0.8 | $ 350 | $ 280 |

W. R. Grace & Co.                                        Exhibit C
Hourly Detail
February 1 through February 28, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/27/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Telephone conference with assignee: MF regarding Illinois tax issue. Participants: Stephenie Gettier, MF, Robert Creighton and I | 0.7 | $ 200 | $ 140 |
| 2/27/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | draft / review 2013 country reports | 1.4 | $ 525 | $ 735 |
| 2/28/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Conference call with Dennis Florian and Brookfield Global Relocation Services to discuss Brookfield's services and on-going processes | 0.7 | $ 350 | $ 245 |
| 2/28/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Conference call with Dennis Florian and Brookfield Global Relocation Services to discuss Brookfield's services and on-going processes ; Update of Deloitte eRooms with updated assignee information | 1.1 | $ 200 | $ 220 |
| 2/28/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | compensation collection - discuss compensation with IHR team and set up call to discuss many open questions | 0.6 | $ 350 | $ 210 |
| 2/28/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | discussion with François Dinkins regarding fee application process | 0.5 | $ 700 | $ 350 |
| 2/28/2013 | PARRENT, AMY ELIZABETH | International HR & Compliance Services | Dennis Florian | International discussions with Francis Dinkins regarding contract with WR Grace | 1.0 | $ 500 | $ 500 |
| 2/28/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | Question from Brian Epstein regarding W-9 reporting requirements (out of scope); review 2013 global equity country reports | 1.4 | $ 525 | $ 735 |
| 2/28/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | WR Grace UAE country report. | 0.7 | $ 430 | $ 301 |

Adjustments per SOW

$ 70,009
$ (5,870)
192.6    $ 64,139