Exhibit D

W. R. Grace & Co.
Expenses
Detail
February 1 through February 28, 2013

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 2/1/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Conference Call - Introduction call for Mercedes D'Angelo (Cultural Awareness, International), Dennis Florian/Stephenie Gettier (WR Grace) and Cristi Cagle/Katrina Champeny (Deloitte) | $2.08 |
| 2/18/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal debrief call following Ernst & Young transition meetings (Cristi Cagle, Nazanin Azarian, Robert Creighton and Katrina Champeny | $3.42 |
| 2/20/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Conference Call - Introduction call for Glenn Hansen/Kunta Mambouray (Brookfield Global Relocation Services), Dennis Florian/Stephenie Gettier (WR Grace) and Cristi Cagle/Katrina Champeny (Deloitte) | $3.94 |
| 2/9/2013 | CREIGHTON, ROBERT | International Assignment | Dennis Florian | Travel Exp-Rental Car | $70.82 |
| 2/9/2013 | CREIGHTON, ROBERT | International Assignment | Dennis Florian | Trvl Exp-CarRent Gas | $8.66 |
| 2/23/2013 | TIAN, XIAO WU | Global Rewards | Brian Epstein | Travel Expenses-Taxi (working late - office to home - 1/30/2013) | $7.20 |
| 2/23/2013 | TIAN, XIAO WU | Global Rewards | Brian Epstein | Travel Expenses-Taxi (working late - office to home - 1/31/2013) | $7.75 |
| 2/23/2013 | TIAN, XIAO WU | Global Rewards | Brian Epstein | Travel Expenses-Taxi (working late - office to home - 2/1/2013) | $7.75 |

Exhibit D

**W. R. Grace & Co.**
**Expenses**
**Detail**
**February 1 through February 28, 2013**

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 2/23/2013 | TIAN, XIAO WU | Global Rewards | Brian Epstein | Travel Expenses-Taxi (working late - office to home - 2/4/2013) | $10.25 |
| 2/23/2013 | TIAN, XIAO WU | Global Rewards | Brian Epstein | Travel Expenses-Taxi (working late - office to home - 2/6/2013) | $8.50 |
| | | | | | $130.37 |