Exhibit E

## Work Order for International Assignment Services

| Work Order Number: 2013-1 | Authorized Start Date: January 1, 2013 |
|---|---|

This Work Order incorporates the terms and conditions of the Engagement Letter between Deloitte Tax LLP ("Deloitte Tax") and WR Grace & Co. ("Client") dated April 24, 2009.

**Description of Advisory Services and Deliverable:**

Deloitte Tax will provide **Global Employer IHR Co-Sourcing and Tax Compliance Services** to Client for Assignees on long-term international assignment. Client acknowledges that certain Services under this engagement will be performed by Deloitte Touche Tohmatsu Limited ("DTTL") member firms, as subcontractors to Deloitte Tax. The Services are described further as follows:

### Global Employer IHR Co-Sourcing Services

*Pre-Departure Services:* Based on assignment initiation information received from Client:

- Enter the assignee and assignment profiles in GlobalAdvantage ("GA") IHR
- Provide assignment consultation
- Calculate initial compensation worksheet
- Calculate hypothetical tax withholdings
- Draft assignment letter
- Coordinate and conduct pre-departure assignment orientation for employee and spouse
- Provide tax advice regarding compensation items on transfer to international payroll
- Facilitate and Assist with notification of third-party vendors of new assignments, as necessary (e.g. cross-cultural training, Immigration, language training, etc.)
- Apply for U.S. social security certificate of coverage to obtain host country social tax exemption, if applicable
- Coordinate non-U.S. social security certificate of coverage applications with global Deloitte offices (separate fee will apply)
- Notify appropriate Payroll representative(s) of new assignment
- Initiate relocation allowances

*On-Assignment Administration*
- Calculate compensation worksheets to reflect changes in base pay, family size and allowances
- Notify appropriate Payroll representative(s) of compensation changes
- On-going communication with management and assignees
- Provide assistance on tax equalization payment and collection process
- Assist with assignment expense reimbursement process
- Coordinate and monitor assignment policy exception process
- Provide HR management reporting (assignee listings, compensation reports)

*Accumulation and Reporting of Global Compensation and Tax Information (included in On-Assignment Administration above)*
- Analyze assignment-related compensation paid through payroll
- Gather and analyze records of compensation items paid from host locations
- Prepare draft year-end "U.S. add to earnings" taxable compensation amounts
- Calculate U.S. tax amounts related to additional taxable compensation

- Prepare draft assignment compensation and U.S. tax summaries that reconcile to the Form W-2, Wage and Tax Statement
- Distribute annual compensation summary, with cover memo, to employees, appropriate personnel, and global tax compliance team

Assistance with add-to-earnings, tax and/or wage reconciliation, or calculation of tax amounts for any country other than the U.S. may incur additional fees as noted below.. for the monthly IIT calculations for China, or as mutually-agreed upon if needed in any other jurisdiction during the course of this engagement.

### *Repatriation Services: Based on end-of-assignment details received from the Client:*

- Modify the assignee and assignment profiles in Global Advantage (GA) IHR
- Prepare repatriation letter, as necessary
- Notify appropriate service providers of repatriation
- Provide compensation and tax advice on transfer to new payroll
- Initiate relocation allowances
- Notify appropriate Payroll representative(s) of transfer
- Prepare and compute end of assignment/final year compensation data

### *Post-Assignment Co sourcing Services*

After an employee repatriates and ceases to be covered for Global Employer IHR Co-sourcing Services, there often times arises the need for continued services. These services may include:

- Identification of host country tax payments made in subsequent years by Company and Assignee
- Calculate assignment-related compensation to be reflected in W-2
- Provide assignment-related compensation summary to former Assignee and determine appropriateness of providing tax preparation services
- Assist Company with calculations of tax amount related to additional compensation

## **Global Employer Tax Compliance Services**

### *U.S. Federal and State Income Tax Returns*

Deloitte Tax will prepare U.S. federal and state income tax returns for all eligible Assignees. It is the Company's responsibility to provide Deloitte Tax with a list of eligible Assignees. Deloitte Tax reserves the right to decline Services to any Assignee. Deloitte Tax will provide confirmed Assignees with an electronic income tax organizer to assist them in accumulating the information necessary for Deloitte Tax to prepare the returns. A copy of the separate engagement letter and Consent to Release forms, which are issued with the organizer, are enclosed for your reference.

#### *Client Organizer*

Deloitte Tax will provide a Client Organizer ("Organizer") to those Assignees for whom authorization for Services is received by Deloitte Tax. Client acknowledges that an Assignee will not obtain access to the Organizer until the Assignee consents to Deloitte Tax's disclosure of their respective tax return information to Company and Deloitte Tax affiliates which are providing tax return preparation Services in connection with Assignee's tax returns. The completed Organizer should be returned to Deloitte Tax no later than March 1, 2013, to allow Deloitte Tax to finalize the tax return(s) in a timely manner and reduce exposure to interest and/or penalties. In addition, if the Organizer is fully completed and returned in the requested format before March 1, 2013, Deloitte Tax estimates that the fees will not exceed those provided in the fee section below, plus out-of-pocket expenses.

Deloitte Tax will keep Client informed of any circumstances that otherwise affect the scope of Deloitte Tax's work, the timetable or Deloitte Tax's level of participation. If Deloitte Tax encounters other circumstances that cause fees to exceed estimates, Deloitte Tax will consult with Company regarding the additional cost before proceeding with the tasks involved. Deloitte Tax will make every effort to keep fees and expenses low, commensurate with Deloitte Tax's responsibilities.

*Foreign Income Tax Returns*

The DTTL Member Firms participating in this engagement will prepare home/host country income tax returns for eligible Assignees. In addition, the tax professionals from the DTTL Member Firms in such offices will meet with eligible Assignees, where reasonable, to discuss local tax issues. When applicable, estimated foreign tax payments will also be calculated.

*Exit and Entrance Tax Orientations*

Deloitte Tax will contact eligible Assignees to provide tax briefings before the Assignee departs for their international assignments. These briefings, which are presented on an Assignee-by-Assignee basis, typically average one to three hours. The topics covered will include Company's international assignment policies, tax equalization, U.S. and foreign tax requirements and Assignee-specific tax matters. Deloitte Tax will also calculate the Assignee's projected hypothetical tax liability in conjunction with the exit orientation.

Deloitte Tax will be available to provide a tax briefing in the host location for eligible Assignees upon their arrival in the host country to discuss host country tax issues upon receipt of approved notice from the company.

*Tax Equalization Calculations*

Deloitte Tax will prepare tax equalization calculations (the "Deliverable") for all eligible Assignees, pursuant to Company policy/policies, and forward the results to the Company in a manner that will protect the Assignee's confidential tax return information consistent with the Assignee's signed consent.

For all of Company's U.S. expatriates, Deloitte Tax anticipates that the tax equalization can be delivered with the completion of the Assignee's U.S. income tax return. However, if this is not possible, reasonable effort will be made to deliver the tax equalization within two weeks of the delivery of the U.S. tax return.

*Foreign Tax Payment and Refund Advice*

Deloitte Tax will analyze foreign tax assessments and refunds to determine whether funds should be advanced by the Company or refunded to the Company.

*Tax Audits and Notices*

Deloitte Tax will respond to routine U.S. federal, state or foreign tax notices on the Assignee's behalf for which Deloitte Tax maintains a proper Power of Attorney for those years in which the eligible Assignee is/was eligible for Deloitte Tax Services. Please note that to the extent the issue involves a non-routine inquiry or an audit, Deloitte Tax will contact Company in advance of providing that representation.

To be cost effective, tax notices for unpaid taxes of less than $500 in most cases will not be examined or challenged, and a request for payment will be sent directly to the Company.

*Miscellaneous Tax Compliance Services*

Deloitte Tax will provide Services for miscellaneous compliance matters which may arise throughout the year, such as state estimated tax payments, amended returns, etc. only with Company's prior approval.

**General Tax Advisory Consulting Services**

Deloitte Tax will provide general tax advisory consulting services to the Company upon request. Such services usually consist of providing assistance to Company's Human Resource, Finance, or International Tax professionals in developing the overall program and policies, as well as out-of-scope consultation regarding foreign tax compliance and planning, tax equalization and international assignment program or Assignee issues. Services not described specifically in the fee schedules will be billed at our hourly rates for the specialists providing the Services.

**Term of Engagement**

The terms and conditions of this engagement cover the Deloitte Tax Services for the three year period beginning on January 1, 2013.

**Confidentiality**

Deloitte Tax may need to provide the Company with certain confidential information in connection with the calculation of hypothetical tax and tax equalization payments due to/from Assignees under the Company's tax equalization policy. Deloitte Tax will ask each Assignee to sign a consent form to allow Deloitte Tax to provide the Company such pertinent information.

**Estimated Timing for Services (including Critical Path, Milestones, and Deliverables, if applicable):**

Timing will depend upon the tax filing deadlines in each location. Deloitte Tax will endeavor to request information from the Client and the assignees well in advance of the deadlines.

**Fees and Expenses (if different from the provisions stated in the Engagement Letter):**

There are no fees associated with transitioning current Expats from Client's current provider to Deloitte Tax. All fees are charged through the rendering of the below services for each Assignee. Routine questions and Services associated with the tasks described below are included in the fees as provided.

| IHR Services | Fees (U.S.$) |
|---|---|
| PreDeparture Services | $1,250 |
| On Assignment Administration | $425/month |
| Compensation Accumulation and reporting of global compensation | Included in above |
| Repatriation Services | $800 |
| Post Assignment Co-Sourcing | $1,500 |
| **Tax Services** | **Fees (U.S.$)** |
| U.S. Federal Income Tax Return * | $1,600 |
| U.S. State Income Tax Return | $400 |
| U.S. Local Income Tax Return | $250 |
| U.S. Federal and State Filing Extensions | $350 |
| Annual Tax Equalization/Protection Calculation | $500 |
| US Tax Orientation Exit or Entrance Interview | $600 |
| Cost Projection | $1,200 |
| Extension of Basic Compliance Work ** | $200/Hour |
| **Foreign Annual Individual Income Tax Returns *** | |
| Belgium | $1,300 |
| German | $1,600 |
| Hong Kong | $2,000 |
| Netherlands | $1,600 |
| Philippines | $1,200 |
| United Kingdom | $2000 |
| **China Tax Services** | |
| Entrance/ Exit Interview | $800 |
| Initial review of compensation and setup procedures | $2,850 |
| PRC IIT registration/deregistration | $950 |
| Monthly IIT return preparation | $235 |
| Annual IIT return (China source income only) | $1,600 |
| Annual IIT return (worldwide income) | $2,200 |
| Analysis to determine filing obligation | $700 |

* Income tax return fee does not include preparation of forms or schedules related to Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. These Services, if requested, will be billed at our agreed-upon hourly rates.
Grace assumes that all international tax filing are somewhat complex due to the fact that they are not in the US and may involve several different country tax forms.

** Fees assume your employees' tax affairs will be of average complexity and will involve tax forms related to the foreign assignment to claim foreign exclusions and tax credits. More complex returns will be discussed upfront with Client and mutually agreed-upon fees will be charged for these Services. The fees for more complex returns will not exceed twice the standard fee of the specified Service. The tax return fee above includes up to 2 hours per assignee for discussions, phone calls, faxes and data collection required to complete the home and host annual tax returns. Deloitte will notify Grace when such discussions and information collection reaches 1.5 hours; upon which Grace will assist Deloitte in obtaining pertinent information prior to reaching 2 hours.

***Work performed by non-US Deloitte offices will be invoiced to local Client entities in accordance to the fee quotes and terms of this Work Order. Foreign fees invoiced to the US will be converted to US dollars at the current foreign exchange rate. Foreign compliance fees may vary over the term of this engagement due to foreign currency exchange fluctuations. This fee quote is for annual tax returns and does not include monthly employer tax filings.

Deloitte Tax will also provide to Client up to 100 hours of tax advisory services at a blended rate of $350 per hour for tax and IHR consulting services. After 100 hours of such Services (fees of $35,000), additional advisory Services will be billed at our agreed-upon hourly billing rates as provided for in this Work Order. Additional Advisory Services will be incurred only when the parties have agreed to such services in a separate Work Order or they are outside of the normal performance of the above specified Services.

Additional Services /Tax Consulting
Hourly rates may depend upon staff level assigned to a particular project. The following hourly rates will apply to additional services rendered in the US under the terms of this engagement:

*Partner* .................................................. *$600*

*Director*.................................................. *..$500*

*Senior Manager*..................................... *$425*

*Manager*................................................. *$350*

*Senior* .................................................... *$275*

*Consultant*.............................................. *$200*

For the two currently contemplated tax advisory projects, the estimated fees based are as follows:

    Draft International Assignment Policy        $20,000
    Draft Tax Equalization Policy                  $5,000

**Travel, Out-of-Pocket, and Indirect Expenses**

Travel expenses will be billed for the actual amount incurred by Deloitte Tax expects to develop a mutually agreeable travel and expense approval process with the Company that will limit travel expenses to those necessary under the circumstances. All travel must be in accordance with Client's request and for the sole purpose of providing services to Client.

Fees for all Services provided by DTTL Member Firms will be billed monthly. All invoices will remain due and payable within 60 days of delivery.

## Client Responsibilities:

Client will adhere to the agreed compensation processes and methods of communicating service requests. Client will utilize the agreed tools and templates as determined by Deloitte Tax. Client will create, maintain, and approve international assignment letters and notify Deloitte Tax prior to the assignment start date. Client will provide pre and post assignment payroll compensation to Deloitte Tax in order to have a full year's compensation for W2 reconciliation within a reasonable number of days of the start of an assignment for Pre-assignment payroll data and ongoing for post-assignment payroll data (to the end of the calendar year). Client will provide Deloitte Tax with payroll cut-off dates at the start of each calendar year. Client will provide Deloitte Tax with pay-cycle compensation data after each pay period within 3 business days of the cycle end date. Client will provide Deloitte Tax with a quarterly reconciliation of taxable wages and withholdings so that Deloitte Tax may reconcile payroll records held at Deloitte Tax within 2 weeks of the end of the quarter. Client or Tax will provide Deloitte Tax with a record of any imputed

compensation items included to taxable wages before year end within 1 week of the end of the calendar year.

The completed Organizer should be returned to Deloitte Tax within the time indicated as per our organizer letter to each assignee to allow Deloitte Tax to finalize the tax return(s) in a timely manner and minimize exposure to interest and/or penalties.

**Other Terms (if applicable):**

A. Consent for Disclosure and Use of Tax Return Information

Client authorizes that any and all information (i) furnished to Deloitte Tax for or in connection with the Services under this Work Order, (ii) derived or generated by Deloitte Tax from the information described in (i) above, or (iii) associated with prior years' tax return information in the possession of Deloitte Tax may, for a period of up to eight (8) years from the end of the tax year to which the information relates, be disclosed to and considered and used by any Deloitte Tax affiliate, related entity (or their affiliate) or subcontractor, in each case, whether located within or outside the United States, engaged directly or indirectly for the purpose of providing the Services under this Work Order and the preparation of tax returns, tax planning, audited financial statements, or other financial statements or financial information as required by a government authority, municipality or regulatory body. Disclosures under this paragraph may consist of all information contained in Client's tax returns; if Client wishes to request a more limited disclosure of tax return information, Client must inform Deloitte Tax. Client acknowledges that Client's information may be disclosed to Deloitte Tax affiliates, related entities (or their affiliates) or subcontractors located outside of the United States.

B. Data Privacy

See attached Data Privacy Addendum which is incorporated in and made a part of this Work Order.

C. Service Levels
   See Attachment C

Your signature constitutes Client's consent to disclosure and use of Client's tax return information in the manner described above.

**WR Grace & Co. on behalf of itself and its subsidiaries and/or affiliates enumerated in the list of entities set forth in Exhibit B of the Engagement Letter**

By: _____
Printed Name: Chrisly Stokrp
Title: Director, Global Supply Chain
Date: 3/21/13

**Deloitte Tax LLP**

By: Frances Dinkins
Printed Name: Frances Dinkins
Title: Tax Director
Date: 2/4/13
Address: 1750 Tysons Blvd, McLean, VA 22102

## SCHEDULE C
## SERVICE LEVELS

**Schedule C** -Performance metrics used to establish Service Level Agreements are outlined below.

| Performance indicator | Performance measure | Frequency | Performance standard | Comments, Actions, & Fees At Risk |
|---|---|---|---|---|
| Preparation of accurate tax returns and tax equalization calculations according to policy. No return to require amendment due to Deloitte error. | Engagement Review | Quarterly | 100% | Deloitte to bear penalties & fines if returns are incorrect due to error on Deloitte's part |
| Completion of tax returns within 28 business days of receipt of complete and accurate information | Engagement Review | Quarterly | 100% | 5% reduction in affected assignee fixed fee compliance work |
| Provision of accurate tax payment data and details no later than 15 business days before tax payment deadline, providing that data was provided 33 business days prior | Engagement Review | Quarterly | 100% | Assume Deloitte has been provided with necessary data in a timely manner. |
| Response to tax authority correspondence within statutory deadlines | Engagement Review | Quarterly | 100% | Immediate corrective action with Deloitte liable for any penalties resulting from missing the deadline assuming the tax notice or assessment has been provided to Deloitte upon receipt and necessary data is provided in a timely manner |
| Access to GA Portal and all web-based tools, maintained 24/7 | Engagement Review | Quarterly | 95% or better | Subject to scheduled maintenance |
| Assignee satisfaction with home/host country Deloitte service | Online Survey | Annual | 80% are "Neutral" or better | Scale of 1 to 5, with 1 as very satisfied, 3 as neutral, 5 as very dissatisfied. Assumes 50% or better participation by assignees. |
| Company team satisfaction with Deloitte service | Online Survey | Annual | 80% "Neutral" or better | Scale of 1 to 5, with 1 as very satisfied, 3 as neutral, 5 as very dissatisfied. Deloitte to escalate to partner level if below neutral. |
| Email or telephone call in response to assignee or Company contacting Deloitte. Response within 2 business days. | Engagement Review | Quarterly | 100% | Will be communicated to the global team as a global performance goal |

## DATA PRIVACY AND SECURITY ADDENDUM

Except as expressly supplemented by this Addendum with respect to the subject matter hereunder, the terms of the Agreement shall continue unchanged and shall apply with full force and effect as to the matters addressed therein. Client and Deloitte Tax may be referred to individually as "Party" and collectively as the "Parties".

**1. Definitions**
Capitalized terms in this Addendum shall have the meanings ascribed to such terms under this Section (or in other locations throughout this Addendum or the Agreement), and, if not otherwise defined, shall have their ordinary and customary meanings.

"Personally Identifiable Information" or "PII" means any information, in written, recorded, or electronic form, and any copies thereof, relating to a uniquely identified or identifiable natural person, received from, or received or created on behalf of, Client or its Assignees by Deloitte Tax pursuant to performance of the Services. An identifiable person is a person who can be individually identified, directly or indirectly, by reference to his or her name, a unique identification number or factors specific to his or her physical, physiological, mental, economic, cultural or social identity. Personally Identifiable Information / PII does not include information that has been de-identified (i.e., such information could not be used to uniquely identify a natural person) or the business contact information of personnel of Client or their agents used by Deloitte Tax in the administration of the engagement concerning the Services.

"Services" means those services that Deloitte Tax has agreed to perform for Client under the terms of the Agreement.

**2. Use of PII**
Deloitte Tax shall use PII only in connection with the performance of the Services, as permitted under the terms of this Addendum, or as otherwise authorized in advance by Client in writing.

**3. Disclosure of PII**
Deloitte Tax shall limit access to the PII solely to its permitted subcontractors and those personnel of Deloitte Tax who have a reasonable business need of such access in connection with the performance of the Services under the Agreement, and shall not disclose or otherwise make available PII to any other party unless such disclosure is authorized by Client in writing, is expressly contemplated as part of the Services under the Agreement, or is permitted under the terms of this Addendum. Deloitte Tax will require each subcontractor that receives PII in the performance of Services to agree to conditions concerning PII that are no less restrictive than apply to Deloitte Tax under this Addendum.

**4. Professional Responsibilities**
Notwithstanding anything to the contrary, nothing in this Addendum or the Agreement shall restrict any use, disclosure, or retention of PII by Deloitte Tax to the extent required by applicable law, rule or regulation, or as would be required for Deloitte Tax to defend itself in a legal dispute related to the Services (collectively, "Professional Responsibilities"). Moreover, Deloitte Tax may retain, for a reasonable period of time and subject to the ongoing applicability of the terms of this Addendum, limited copies of any PII and materials containing PII for the purpose of evidencing its performance of the Services. In the event Deloitte Tax is required to disclose any PII as a result of any of its Professional Responsibilities, to the extent not prohibited by law, Deloitte Tax shall promptly notify Client so that Client has a reasonable opportunity to seek a protective order or other legal or equitable remedies that may be available to protect the confidentiality of such PII.

**5. Safeguarding PII**
With respect to any PII in Deloitte Tax's possession or under its control, Deloitte Tax will implement and maintain reasonable and appropriate administrative, technical, and physical safeguards that are no less rigorous than accepted industry standards and which are designed to (i) protect the security and

confidentiality of such PII; (ii) protect against anticipated threats or hazards to the security or integrity of such PII; and (iii) protect against unauthorized access to or use of such PII. These safeguards shall include, without limitation, privacy and security policies, a personnel training program, information access controls, systems protections (e.g., intrusion protection), physical security measures, media protection, and secure encryption, including: PII encryption during data transmission and encryption of system and data back-ups. Moreover, Deloitte Tax shall comply with all federal, state and foreign privacy and data protection laws, regulations and directives concerning PII that are applicable to Deloitte Tax in its performance of the Services.

### 6. PII Originating from within the European Union
To the extent that any of the PII hereunder constitutes "Personal Information" as defined below, the following terms shall apply to such Personal Information (if any) in addition to all other terms set forth in this Addendum:

Deloitte Tax hereby: (i) represents that it has certified under, and that it adheres to the Principles (as defined in the Safe Harbor Agreement) of, the Safe Harbor Agreement between the U.S. Department of Commerce and the European Commission with respect to personally identifiable information that is transferred from the European Economic Area to the United States (the "Safe Harbor Agreement"); and (ii) agrees to comply with the Principles as applicable to its handling, collection and transfer of any Personal Information.

Deloitte Tax agrees that it will retain its Safe Harbor certified status throughout the term of this contract and will immediately notify Client if, for any reason, that status changes and they are no longer Safe Harbor compliant. Client reserves the right to immediately stop the transfer of Personal Information from the EEA to Deloitte Tax if they fail to remain current in their Safe Harbor certification or if they cease compliance with the requirements thereof.

"Personal Information" is data, recorded in any form, about an identified or identifiable individual that is within the scope of the European Union Directive 95/46/EC, received by Deloitte Tax from the European Union.

### 7. Security Breach
Deloitte Tax will promptly notify Client after learning of any, or of its reasonable belief of any, unauthorized access to, or unauthorized use or disclosure of, PII in its possession or under its control (a "Security Breach") and shall promptly provide reasonable details concerning the circumstances of any such Security Breach. Notifications shall be by email, with a read receipt at Security.Incidents@Grace.com and with a copy by email to Deloitte Tax's primary business contact with Client.

Deloitte Tax will investigate each Security Breach and shall mitigate, to the extent reasonably practicable, any harmful effect of such Security Breach of which Deloitte Tax becomes aware and take all reasonable steps to prevent any further Security Breach. Deloitte Tax shall, as soon as reasonable following a Security Breach, provide Client with an incident report.

Moreover, if Client is required by applicable law to provide notice to any individual or government agency as a result of any Security Breach, Deloitte Tax will provide what information it is aware of concerning such Security Breach that is necessary for Client to fulfill any such notice obligation and shall reimburse Client for it reasonable, out-of-pocket costs incurred in notifying or remediating the harm to any such affected individual.

### 8. Post Completion or Termination
Except for any PII and materials containing PII that Deloitte Tax retains pursuant to the terms of Section 4 of this Addendum, as soon as reasonably practicable after the completion or early termination of the

Agreement, Deloitte Tax shall return to Client (or where appropriate it's assignee) or securely destroy all PII in its possession or under its control. The terms of this Addendum shall survive for as long as Deloitte Tax retains any PII.

**9. Individual Requests to Access, Amend, or for an Accounting of Disclosures**
In the event that Deloitte Tax receives a request from a third party, who is the subject of any PII (or such party's authorized representative), to access, amend, or provide an accounting of disclosures of his or her PII in Deloitte Tax's possession or under its control, Deloitte Tax will promptly forward a copy of such request to Client. Client shall determine, in its sole discretion, if and how to satisfy any such request.

**10. Client Responsibilities**
Client agrees that it shall: (i) not disclose any PII or other information to Deloitte Tax, if such disclosure would violate any applicable law, rule or regulation; (ii) not request Deloitte Tax to use or disclose PII in any manner that would not be permissible under any applicable law, rule or regulation, if such use or disclosure were done by Client; (iii) disclose to Deloitte Tax only the minimum amount of PII (if any) reasonably necessary for Deloitte Tax to perform its Services under the Agreement; and (iv) where practicable and commercially reasonable, de-identify any such PII before making it available to Deloitte Tax. Moreover, nothing in this Addendum or the Agreement shall require Deloitte Tax to be responsible for the implementation and maintenance of any technical controls concerning the equipment or information systems of Client; as such controls shall be the responsibility of Client.

**11. Requested Amendments**
The Parties recognize that the laws and regulations regarding personally identifiable information are evolving. Accordingly, the Parties agree to negotiate in good faith any amendments to this Addendum as may be from time to time requested by Client in writing to the extent reasonably required for Client to comply with the requirements of such laws and regulations. If the Parties cannot in good faith agree on any such amendment within a reasonable timeframe (given the circumstances of the request), Client shall be permitted to terminate the Agreement for its convenience, upon ten (10) business days written notice to Deloitte Tax.

**12. No Third Party Beneficiaries**
Nothing contained in this Addendum is intended to confer upon any person (other than the Parties) any rights, benefits, or remedies of any kind or character whatsoever, whether in contract, statute, tort (such as negligence), or otherwise, and no person shall be deemed a third-party beneficiary under or by reason of this Addendum.