Exhibit B

**W. R. Grace & Co.**
**Summary**
**March 1 through March 31, 2013**

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| BHARTIYA, UTKARSH | 1.6 | $ 200 | $ 320 |
| CAGLE, CRISTI BROOKS | 34.0 | $ 350 | $ 11,900 |
| CHAMPENY, KATRINA MARIE | 46.0 | $ 200 | $ 9,200 |
| CHAVALI, VIJAYA SARADHI | 1.2 | $ 275 | $ 330 |
| DATHATRI, PRAVEEN | 0.5 | $ 200 | $ 100 |
| GOEL, SHUBHIKA | 32.6 | $ 200 | $ 6,520 |
| PARRENT, AMY ELIZABETH | 7.0 | $ 500 | $ 3,500 |
| **International HR & Compliance Services** | **122.9** | | **$ 31,870** |
| (Adjustment per SOW) | | | $ (15,049) |
| | | | $ 16,821 |
| | | | |
| ASUAGBOR, MARTINA TAKANG | 4.5 | $ 275 | $ 1,238 |
| CONROY, JAY L | 0.3 | $ 200 | $ 60 |
| CREIGHTON, ROBERT BYRON | 43.9 | $ 350 | $ 15,365 |
| DINKINS, FRANCOISE A | 13.1 | $ 500 | $ 6,550 |
| LESLIE, CAROLYN | 0.9 | $ 600 | $ 540 |
| MANLY SPAIN, FESTINA | 26.5 | $ 200 | $ 5,300 |
| MONROY, JUAN J | 1.5 | $ 430 | $ 645 |
| SAXENA, SOUMYA | 3.4 | $ 200 | $ 680 |
| **International Assignment Services** | **94.1** | | **$ 30,378** |
| (Adjustment per SOW) | | | $ (4,603) |
| | | | $ 25,775 |
| | | | |
| MESTER, JUDITH | 3.0 | $ 700 | $ 2,100 |
| LAGARDE, STEPHEN A | 0.5 | $ 600 | $ 300 |
| WALKER, DEBORAH | 2.0 | $ 700 | $ 1,400 |
| **Pension Fund Services** | **5.5** | | **$ 3,800** |
| | | | |
| SHURIN, ALEXANDER SANDY | 23.6 | $ 525 | $ 12,390 |
| TIAN, XIAO WU | 11.7 | $ 430 | $ 5,031 |
| TROTMAN, SEAN P | 4.5 | $ 700 | $ 3,150 |
| **Global Rewards Services** | **39.8** | | **$ 20,571** |
| (Adjustment per SOW) | | | $ (7,476) |
| | | | $ 13,095 |

Exhibit B

**W. R. Grace & Co.**
**Summary**
**March 1 through March 31, 2013**

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| OTERO, MARIA D | 1.5 | $ 415 | $ 623 |
| **Puerto Rico Tax Compliance** | 1.5 | | $ 623 |
| | | | |
| Subtotal | 263.8 | | $ 60,114 |
| Expenses | | | $ 23.90 |
| **Total Deloitte Tax LLP Fees** | March 1 through March 31, 2013 | | $ 60,137.90 |