Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/1/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | work on 2013 global equity country reports | 0.6 | $ 525 | $ 315 |
| 3/1/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Connected with India office to discuss about India report.  Follow up questions discussed with Belgium team regarding recharge of costs and capital loss definition. | 0.5 | $ 430 | $ 215 |
| 3/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | (missing info template set up in tracker, discussing taxation on incentive compensation, compensation / transition spreadsheet update, transition folder set up and consent form put together, reallocation) | 1.5 | $ 350 | $ 525 |
| 3/1/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | check completeness of consent forms & upload to the eroom so that Todd Carrol from E&Y may upload necessary tax documents to the eroom | 1.8 | $ 200 | $ 360 |
| 3/1/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Introduction call with Cultural Awareness International, Dennis Florian, Stephenie Gettier and Katrina Champeny | 1.0 | $ 350 | $ 350 |
| 3/1/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Introduction call with Cultural Awareness International, Dennis Florian, Stephenie Gettier and Katrina Champeny; Followed up on February expenses with Stephenie Gettier (assignee: John Haley ("JH")) | 1.3 | $ 200 | $ 260 |
| 3/1/2013 | PARRENT, AMY ELIZABETH | International HR & Compliance Services | Dennis Florian | Coordination of contract with Francis Dinkins, Jared Gordon, Dennis Florian and Joe Quinn | 7.0 | $ 500 | $ 3,500 |
| 3/2/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Reviewed India report and talked with India team to confirm on some questions. Email follow up with additional questions. Reviewed and revised report based on China, HK, and Singapore's comments.; Look through all 13 reports and made some format changes and revisions made for consistency. | 8.8 | $ 430 | $ 3,784 |
| 3/4/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | review / comment 2013 global equity country reports | 1.0 | $ 525 | $ 525 |
| 3/4/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Updated India report based on comment. | 0.2 | $ 430 | $ 86 |
| 3/4/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Review and comment on country reports | 0.5 | $ 700 | $ 350 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/4/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2 conference calls - 1st call with Stephanie Gettier to discuss compensation questions on pay register, Form W-2s, etc. - 2nd call with Dennis Florian and the HR Europe and Asia contacts to discuss relationship, etc.) | 3.5 | $ 350 | $ 1,225 |
| 3/4/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | intro call with assignees: William McCall ("WM") and Michael Piergrossi ("MP") | 0.7 | $ 500 | $ 350 |
| 3/4/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Compensation call with Stephenie Gettier of Grace HR regarding payroll registers provided, W2s provided and background information on assignees currently authorized for tax services. Verified the information Stephenie Gettier explained during the call to the payroll and W2s provided.; email correspondence with assignee: James Nee ("JN") re calendar due date | 3.1 | $ 200 | $ 620 |
| 3/4/2013 | BHARTIYA, UTKARSH | International HR & Compliance Services | Dennis Florian | March expense processing  in connection with estimated cost projections of anticipated assignment expenses | 0.8 | $ 200 | $ 160 |
| 3/4/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Introduction call with assignees: WM and MP; call with WR Grace Procurement regarding Statement of Work; Conference call with Stephenie Gettier and Robert Creighton regarding 2012 compensation and W-2s for the expats | 2.5 | $ 350 | $ 875 |
| 3/5/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | 2013 global equity country reports | 6.0 | $ 525 | $ 3,150 |
| 3/5/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Updated Belgium report based on follow up questions. | 0.2 | $ 430 | $ 86 |
| 3/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Incentive compensation hypothetical tax withholding advice to Stephenie Gettier; tax transition with Ernst & Young - going through items for agenda, discussions with team, and 1 hour call with Ernst & Young) also discussions regarding additional assignee for returns needed and items needed from International Human Resources transition call | 4.5 | $ 350 | $ 1,575 |
| 3/5/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | engagement management and global contacts, transition call with Ernst & Young | 6.0 | $ 500 | $ 3,000 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/5/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Perform hypothetical tax calculations on bonus incentive bonuses issued to assignees: Adam Grose ("AG"), WM, MP, Robert Hoover ("RH"), Leonid Leznik ("LL") & JN; Transition call Ernst & Young to discuss transition of prior year tax documents. Participants Todd Carrol (EY), Lisa Sleeper (EY), Gerald Tammaro (EY), Frances Dinkins (DT Director), Nazanin Azarian ( DT Senior manager), Robert Creighton ( DT manager) and I. Prepared excel sheet to provide Ernst & Young team as a reference during the transition call.; Setup for assignees: Youcef Boudeffa ("YB"), Yee Young Cher ("YYC"), and Jens Ebinghaus ("JE") in tracker on the individual level; Several Email corresponce with assignee: Brian Kenny ("BK") regarding tax data organizer submission deadline and providing support documents including instrustions on how to submit them to Deloitte | 4.4 | $ 200 | $ 880 |
| 3/5/2013 | BHARTIYA, UTKARSH | International HR & Compliance Services | Dennis Florian | March expense processing  in connection with estimated cost projections of anticipated assignment expenses | 0.8 | $ 200 | $ 160 |
| 3/5/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | sent out cost requests for Cultural Awareness, International, Brookfield Global Relocation Services and Airinc costs (assignee: Joachim Stief ("JS")) | 0.4 | $ 350 | $ 140 |
| 3/5/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | reviewed cost estimate request form (assignee: JS) in connection with estimated cost projections of anticipated assignment expenses | 0.3 | $ 200 | $ 60 |
| 3/6/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | 2013 global equity country reports | 5.0 | $ 525 | $ 2,625 |
| 3/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Kati Hazrati ("KH"), had organizer send out, International Human Resources transition equity discussion, etc); Regarding assignee: MP, 2012: upfront review - explain to Festina | 0.8 | $ 350 | $ 280 |
| 3/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Phone call from Colin Picton regarding foreign earned income exclusions and doubts on submitting his tax data organizer on time as he is away with limited access . email to Alfred Jordan ("AJ") regarding resubmitting his calendar days to Deloitte | 0.6 | $ 200 | $ 120 |

Exhibit C

**W. R. Grace & Co.**
**Hourly Detail**
**March 1 through March 31, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/6/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Review of cost estimate request by Dennis Florian in connection with estimated cost projections of anticipated assignment expenses (assignee: JS); Review of cost estimate request by Dennis Florian in connection with estimated cost projections of anticipated assignment expenses (assignee: Dirk Strassner ("DS")) | 0.6 | $ 350 | $ 210 |
| 3/6/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | reviewed costs submitted by third party vendors for cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignee: JS) | 0.4 | $ 200 | $ 80 |
| 3/6/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Prepared cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignee: JS) | 4.0 | $ 200 | $ 800 |
| 3/7/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | 2013 global equity country reports | 4.7 | $ 525 | $ 2,468 |
| 3/7/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee, Eric Austraw ("EA"), set up and prepare for US exit tax briefing | 0.9 | $ 350 | $ 315 |
| 3/7/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | reviewed emails regarding China returns; correspondence regarding engagement letter and statement of work | 0.6 | $ 500 | $ 300 |
| 3/7/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Notified of new assignee KH - set up of the individual in tracker with new compliance and calendar project. Send her a welcome email requesting a signed consent form sent back to Deloitte | 0.6 | $ 200 | $ 120 |
| 3/7/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | submitted cost request forms to Cultural Awareness International, Brookfield Global Relocation Services and Fragomen for cost estimate preparation (assignees: DS; Iain Downie ("ID")) | 0.5 | $ 350 | $ 175 |
| 3/7/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Followed up on missing cost estimate information with Dennis Florian in connection with estimated cost projections of anticipated assignment expenses (assignees: DS; ID); Followed up with Dennis Florian on assignee: EA's househunting trip details (assignee: EA) | 1.1 | $ 200 | $ 220 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | compensation breakdowns - review of Ernst & Young provided docs, participate in International Human Resources call to discuss Ernst & Young doing reconciliations to w2s, update team Regarding assignee: Robert Wilson ("RW"), 2012 japan/us authorization - emails with e&y; regarding assignee: YYC, 2012: questions from taxpayer regarding links to website and organizer | 1.9 | $ 350 | $ 665 |
| 3/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Set up pre-transfer call with assignee : EA and his spouse Providing access in tracker to  DT Shanghai on the organizational level and individual level; Phone call from assignee: Michael Ragan ("MR") regarding assignment home and host countries and incorrect setup of tax data orgaizer & correcting the issue in tracker and updating Grace assignee authorization list | 1.6 | $ 200 | $ 320 |
| 3/8/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Preparation for transition meeting with Ernst & Young and Dennis Florian; Transition meeting with Ernst & Young, Dennis Florian and Cristi Cagle; Followed up on missing cost estimate information with Brookfield Global Relocation Services in connection with estimated cost projections of anticipated assignment expenses (assignees: DS; ID); March expense processing in connection with estimated cost projections of anticipated assignment expenses(assignees: YYC; RH) | 5.2 | $ 200 | $ 1,040 |
| 3/8/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Prepared cost estimate in connection with estimated cost projections of anticipated assignment expenses(assignees: DS; ID) | 5.0 | $ 200 | $ 1,000 |
| 3/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | document transition - have Festina track all docs received | 0.4 | $ 350 | $ 140 |
| 3/9/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Phone call from assignee: MR regarding tax data organizer issues. Walked him through several questions in the organizer as he wanted to submit his information | 0.7 | $ 200 | $ 140 |
| 3/11/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | 2013 global equity country reports | 1.5 | $ 525 | $ 788 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Ernst & Young  transferred documents - have Festina update spreadsheet and request updates from Ernst & Young  - also discuss foreign office contacts to be added to tracker | 0.5 | $ 350 | $ 175 |
| 3/11/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | emails to Todd Carol of Ernst & Young regarding missing doucments that should have been provided by the EY team as part of the transition process;  new documents were uploaded to eroom by Todd which were downloaded and saved | 1.1 | $ 200 | $ 220 |
| 3/11/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Followed up on missing cost estimate information with Brookfield Global Relocation Services in connection with estimated cost projections of anticipated assignment expenses (assignee: ID); March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignees: RH; LL) | 1.5 | $ 200 | $ 300 |
| 3/11/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | March expense processing  in connection with estimated cost projections of anticipated assignment expenses (assignees: RH; LL) | 1.5 | $ 200 | $ 300 |
| 3/12/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | update 2013 global equity country reports | 1.5 | $ 525 | $ 788 |
| 3/12/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Final report revision and format | 0.4 | $ 430 | $ 172 |
| 3/12/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Followed up on missing cost estimate information with Dennis Florian  in connection with estimated cost projections of anticipated assignment expenses (assignees: DS; ID); March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: RH); Drafted letter of assignment - (assignee: JS) | 2.6 | $ 200 | $ 520 |
| 3/12/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: LL) | 2.1 | $ 200 | $ 420 |
| 3/13/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | Call with Bob Keller, Brian Epstein; 2013 global equity country reports | 1.3 | $ 525 | $ 683 |
| 3/13/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Correspondence regarding proposed meeting to discuss global reports | 0.2 | $ 430 | $ 86 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/13/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Review and comment on country reports | 1.0 | $ 700 | $ 700 |
| 3/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | compile list of prior year issues, also discuss 2012 Form W-2 reconciliations; Regarding assignee: EA, conducted US exit tax consultation; regarding assignee: Hachmann-Thiessen, 2011: German tax notice - look into and email company to settle notice without challenging | 1.9 | $ 350 | $ 665 |
| 3/13/2013 | SAXENA, SOUMYA | International Assignment Services | Dennis Florian | Checked in the organization list and email correspondence regarding status report | 0.2 | $ 200 | $ 40 |
| 3/13/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal discussions with Katrina Champeny regarding outstanding questions, deliverables, etc. | 0.5 | $ 350 | $ 175 |
| 3/13/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | reviewed cost estimate in connection with estimated cost projections of anticipated assignment expenses  (assignees: JS; RH; LL) | 2.4 | $ 200 | $ 480 |
| 3/13/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | prepared final cost estimate document to send to Dennis Florian in connection with estimated cost projections of anticipated assignment expenses(assignee: JS) | 2.0 | $ 200 | $ 400 |
| 3/13/2013 | LAGARDE, STEPHEN A | Pension Fund Services | John Forgach | 404A discussion with Deb Walker | 0.5 | $ 600 | $ 300 |
| 3/13/2013 | MESTER, JUDITH | Pension Fund Services | Debra Poole | 404A discussions with Deb Walker / Debra Poole | 1.2 | $ 700 | $ 840 |
| 3/13/2013 | WALKER, DEBORAH | Pension Fund Services | Debra Poole |  404A deduction discussion with Stephen Lagarde | 0.5 | $ 700 | $ 350 |
| 3/14/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Sent out conference call meeting invite. | 0.1 | $ 430 | $ 43 |
| 3/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | internal transition debrief call | 0.8 | $ 350 | $ 280 |
| 3/14/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | summarize lists from robert creighton and christi cagle | 0.5 | $ 500 | $ 250 |
| 3/14/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | internal debrief call with International Human Resources Dallas team Cristi Cagle and Katrina Champeny and GES McLean team Nazanin Azarian, Robert Creighton and I.  Post consent forms & permanent files in tracker. | 1.8 | $ 200 | $ 360 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/14/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | correspondence with Dennis Florian regarding cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignees: DS; ID); Internal discussions with Katrina Champeny regarding outstanding questions, deliverables, etc.; initiated Cultural Awareness, International and Brookfield Global Relocation Services in connection with estimated cost projections of anticipated assignment expenses (assignees: Nathaniel Faulkenberry ("NF"); EA) | 1.2 | $ 350 | $ 420 |
| 3/14/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | correspondence with Dennis Florian regarding cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignee: DS); Correspondence with Stephenie Gettier regarding exchange rate process for his expenses ; Internal team call between Deloitte Tax and Deloitte international human resources to discuss status of engagement; Drafted letter of assignment - (assignee: ID); Initiated Fragomen immigration services and sent introduction email (assignee: NF) | 3.8 | $ 200 | $ 760 |
| 3/14/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Prepared cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignees: DS; ID) | 1.5 | $ 200 | $ 300 |
| 3/14/2013 | MESTER, JUDITH | Pension Fund Services | Debra Poole | 404A discussions with Deb Walker / Debra Poole | 0.8 | $ 700 | $ 560 |
| 3/15/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: EA, US exit tax consultation; regarding assignee: NF, US exit tax consultation; regarding assignee: JE, German tax notice - disc. | 2.8 | $ 350 | $ 980 |
| 3/15/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Participated in re-assignment call with assignee: EA conducted by Robert Creighton | 1.0 | $ 200 | $ 200 |
| 3/15/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | reviewed and finalized assignment extension cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignee: DS); correspondence with Brookfield Global Relocation Services regarding household goods shipment cost in connection with estimated cost projections of anticipated assignment expenses (assignee: ID); Internal discussions with Katrina Champeny regarding outstanding questions, deliverables, etc. | 0.9 | $ 350 | $ 315 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/15/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | reviewed AirInc vendor invoice coversheet and submitted to Stephenie Gettier for processingin connection with estimated cost projections of anticipated assignment expenses (assignee: ID); Internal discussions with Cristi Cagle regarding outstanding questions, deliverables, etc. | 0.6 | $ 200 | $ 120 |
| 3/15/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | final cost estimate updates in connection with estimated cost projections of anticipated assignment expenses (assignees: DS; ID); prepared AirInc vendor invoice coversheet n connection with estimated cost projections of anticipated assignment expenses (assignee: ID) | 3.0 | $ 200 | $ 600 |
| 3/15/2013 | WALKER, DEBORAH | Pension Fund Services | Debra Poole | 404A deduction | 0.5 | $ 700 | $ 350 |
| 3/18/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | reviewed reports and began prepping bankruptcy fee application | 1.0 | $ 350 | $ 350 |
| 3/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2012 w2 reconciliations - discuss with Cristi Cagle's team giving fee quote, hold for Statement of Work, etc.; transition issues with Statement of Work - discuss current status, foreign office work, - also have foreign return from e&y transition check done by Festina; Regarding assignee: Alexander Nielsen ("AN"), preparation for US tax briefing to discuss localization and transition | 1.7 | $ 350 | $ 595 |
| 3/19/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Emails to assignee: JN on how to upload documents, emailing Gahelp. He did not have the option on his view so I emailed GAHelp desk notifify them of the issue so they can resolve; Regarding assignee: YYC,- update home and host country, email correspondence with JN re calendar due date | 0.8 | $ 200 | $ 160 |
| 3/19/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal discussions with Katrina Champeny regarding outstanding questions, deliverables, etc. | 0.8 | $ 350 | $ 280 |
| 3/19/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of general email correspondence regarding the engagement (ID); Internal discussions with Cristi Cagle regarding outstanding questions, deliverables, etc. | 0.8 | $ 200 | $ 160 |
| 3/19/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | reviewed final cost estimate deliverable (ID) | 1.2 | $ 275 | $ 330 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/19/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | prepared final cost estimate deliverable (ID; DS) | 2.6 | $ 200 | $ 520 |
| 3/20/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | prior year Ernst & Young docs have uploaded to tracker, Regarding assignee: RH, Philippines reports; reports and calls to discuss all work done so far for client; Regarding assignee, AN, tax briefing to discuss localization | 1.6 | $ 350 | $ 560 |
| 3/20/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Granted access to the eroom to Praveen Datharri (Deloitte USI) so that he may have access to documents that need to be transferred to tracker. | 0.5 | $ 200 | $ 100 |
| 3/20/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | finalized first invoice ; Internal communications with Shubhika Goel, Katrina Champeny and Vijaya Chavali regarding process improvements; Internal discussions with Katrina Champeny regarding outstanding questions, deliverables, etc. | 1.8 | $ 350 | $ 630 |
| 3/20/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | reviewed and finalized cost estimate deliverable in connection with estimated cost projections of anticipated assignment expenses (assignee: ID); March expense processing in connection w/ estimated cost projections of anticipated assignment expenses (assignee: JH); Initiated Brookfield Global Relocation Services for household goods shipment (assignee: Michael Federspiel ("MF")); Requested costs from Brookfield Global Relocation Services in connection with estimated cost projections of anticipated assignment expenses (assignee: NF) | 3.4 | $ 200 | $ 680 |
| 3/20/2013 | DATHATRI, PRAVEEN | International HR & Compliance Services | Dennis Florian | invoice preparation in connection with the bankruptcy fee application | 0.3 | $ 200 | $ 60 |
| 3/20/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | made final edits to cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignee: DS); March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: YYC) | 0.8 | $ 200 | $ 160 |
| 3/21/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | 2013 Global equity country reports.  call with Bob Keller and Brian Epstein, employee communications. | 1.0 | $ 525 | $ 525 |
| 3/21/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Client meeting regroup to discuss about EE communication. Provided previous EE communication for Rajesh to work on. | 1.3 | $ 430 | $ 559 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/21/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Telephone call with Brian Epstein regarding country reports | 0.5 | $ 700 | $ 350 |
| 3/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | transition eroom access issues discussions; Regarding assignee, AN, tax briefing to discuss localization; German tax notices and other issues with respect to assignee: JE, including 2011 notice; regarding assignee: DS, discussion of 2011 return; Regarding assignee, Andre Lanning localization discussions; Regarding assignee: AN, 2007-09 issues; regarding assignee, Regarding assignee: David Hartill ("DH"), 2009-11 notices; regarding assignee, Mayer, German return - go through all and send to German team for asst, update Dennis Florian | 3.4 | $ 350 | $ 1,190 |
| 3/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Prepared Inter-Firm Work Referral to be provided to foreign offices supporting the Grace engagement. Countries included China, Singapore, Hong Kong, Malaysia, Philippines, Belgium, Australia, UAE, UK, Germany, Netherlands | 1.8 | $ 200 | $ 360 |
| 3/21/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Conference call with Francis Dinkins and Dennis Florian regarding 2012 W-2 reconciliations, Statement of Work and outstanding transition questions ; Internal discussions with Katrina Champeny regarding outstanding questions, deliverables, etc. | 1.3 | $ 350 | $ 455 |
| 3/21/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of assignment extension cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignee: DS); March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: YYC); Prepared Brookfield Global Relocation Services request form and had a follow up call to discuss in connection with estimated cost projections of anticipated assignment expenses (assignee: MF) | 1.3 | $ 200 | $ 260 |
| 3/21/2013 | DATHATRI, PRAVEEN | International HR & Compliance Services | Dennis Florian | Made changes to the invoice and re-submitted. | 0.2 | $ 200 | $ 40 |
| 3/21/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Preparation of assignment extension cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignee: DS); March expense processing  in connection with estimated cost projections of anticipated assignment expenses (assignee: YYC) | 2.3 | $ 200 | $ 460 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/22/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Review and comment on country reports; follow up from telephone conference call | 1.5 | $ 700 | $ 1,050 |
| 3/22/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Ernst & Young document upload - discuss creation of assignees with Deloitte USI team; Regarding assignee AN, tax briefing session to discuss localization | 0.9 | $ 350 | $ 315 |
| 3/22/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | IAS hot topic & status report | 0.4 | $ 200 | $ 80 |
| 3/22/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of extension cost estimate in connection with estimated cost projections of anticipated assignment expenses (assignee: DS); March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignees: AN; MF); Initiated Brookfield Global Relocation Services for household goods shipment in connection with estimated cost projections of anticipated assignment expenses (assignees: EA; NF) | 2.3 | $ 200 | $ 460 |
| 3/22/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignees: AN; MF) | 1.5 | $ 200 | $ 300 |
| 3/25/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | 2013 global equity employee communications | 0.7 | $ 525 | $ 368 |
| 3/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2012 w2 comp reconciliations - call with Cristi to discuss how they can put together data; regarding assignee: NF, 2012: Singapore tax briefing - notify Singapore to conduct, tracker set up; regarding assignee: NF, 2013: revised hypo calc to account for personal deductions per taxpayer request - review and send ihr for implementation | 1.3 | $ 350 | $ 455 |
| 3/25/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Prepared a hypothetical tax calculation for assignee: NF for 2013 to determine hypothetical withholdings; Phone call from assignee: YB regarding the status of his 2012 tax data organizer; Upfront review of the tax data organizer received by assignee: AG | 1.6 | $ 200 | $ 320 |
| 3/25/2013 | SAXENA, SOUMYA | International Assignment Services | Dennis Florian | Regarding assignee: Roberto Castaneda - Prep complete - 2012 US tax return and KS state return. | 3.2 | $ 200 | $ 640 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/25/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | 2012 Compensation Reconciliation - clean up work from 2012 - approved by Dennis Florian (assignees: JE; WM; MP; AG; RH; Kati Kazrati ("KK"); YB; YYC; LL; William Krents ("WK"); JN; AJ; MR; Ryan Hinds ("RH"); JH; BK; AN; Pinto, Clive ("CP"); MF) | 4.7 | $ 350 | $ 1,645 |
| 3/25/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of payroll process with Cristi Cagle and identified outstanding items to be initiated. ; March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: MF); 2012 Compensation Reconciliation - clean up work from 2012 - approved by Dennis Florian (assignees: JE; WM; regarding assignee: MP; AG; RH; KK; YB; YYC; LL; WK; JN; AJ; MR; RH; JH; BK; AN; CP; MF; Correspondence with assignee: NF regarding property management and loss on sale of auto. | 5.9 | $ 200 | $ 1,180 |
| 3/25/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: AN) | 0.3 | $ 200 | $ 60 |
| 3/25/2013 | MESTER, JUDITH | Pension Fund Services | Debra Poole | 404A discussions with Deb Walker / Debra Poole | 1.0 | $ 700 | $ 700 |
| 3/25/2013 | WALKER, DEBORAH | Pension Fund Services | Debra Poole | 404A deduction | 1.0 | $ 700 | $ 700 |
| 3/26/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | RW, 2012: US and Japan tax return authorization - req. auth and comp, also request equity details, disc. extensions, Singapore Inter-Firm Work Referral, Dennis requests; regarding assignee: AG, 2012: upfront review - discuss with Festina | 1.6 | $ 350 | $ 560 |
| 3/26/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Review of payroll process with Katrina Champeny and identified outstanding items to be initiated. ; 2012 Compensation Reconciliation - clean up work from 2012 - approved by Dennis Florian (assignees: JE; WM; regarding assignee: MP; AG; RH; KK; YB; YYC; LL; WK; JN; AJ; MR; RH; JH; BK; AN; CP; MF) | 2.4 | $ 350 | $ 840 |
| 3/26/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Internal communications with Cristi Cagle to discuss status of engagement | 0.4 | $ 200 | $ 80 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/26/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | 2012 Compensation Reconciliation - clean up work from 2012 - approved by Dennis Florian (assignees: JE; WM; regarding assignee: MP; AG; RH; KK; YB; YYC; LL; WK; JN; AJ; MR; RH; JH; BK; AN; CP; MF) | 4.8 | $ 200 | $ 960 |
| 3/26/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | DAREX - Various emails to client on GD for Pty tax | 1.5 | $ 415 | $ 623 |
| 3/27/2013 | CONROY, JAY L | International Assignment Services | Dennis Florian | Checked for W2s | 0.3 | $ 200 | $ 60 |
| 3/27/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2012 w2 reconciliations - conversations with Cristi and Katerina to answer ?s, etc. as they prep;  foreign office 2012 compliance start up email, Inter-Firm Work Referral revision to include Singapore fees, list of outstanding Europe issues from Dennis, access to ind. in tracker for foreign offices, need for local billing process due to bankruptcy court protocols; RW, 2012: taxpayer email and conference call regarding 2012 us and Japan authorization as taxpayer didn't think had Japan liability; extensions - with calculations - go through assignee list checking 6/15 auto extensions, py returns, etc. to see who to do calcs for; JE, 2011: German tax notice - reply to taxpayer email regarding status, also disc. us tax extensions dn provide foreign contacts | 4.9 | $ 350 | $ 1,715 |
| 3/27/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | .3: tracker set up; 1.5: sorting through Dennis's emails | 1.8 | $ 500 | $ 900 |
| 3/27/2013 | LESLIE, CAROLYN | International Assignment Services | Dennis Florian | Prepared, reviewed and filed 2012 US tax return extensions for a total of 13 employees. This time relate to identifying those individuals and the actions that were required to track and prepare their extensions ahead of the April 15th deadline. | 0.4 | $ 600 | $ 240 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 3/27/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | email Brian Epstein of Grace HR requesting equity compensation details for expatriate assignees including JE, KH. Instruct Praveen Dathatri on transferring tax documents provided by EY from eroom to tracker in each individuals tracker folder.; Updated Inter-Firm Work Referral to include fees for Singapore tax services ; Uploaded a batch of compensation breakdowns Received from IHR in Dallas - Cristi Cagle and Katrina Champeny -into tracker to be used in the preparation of 2012 tax returns and compensation sourcing. The batch included breakdowns for assignees: JE, WM, MP | 1.7 | $  200 | $  340 |
| 3/27/2013 | MONROY, JUAN J | International Assignment Services | Dennis Florian | Assisted with sending out the organizers to the expats | 1.5 | $  430 | $  645 |
| 3/27/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | 2012 Compensation Reconciliation - clean up work from 2012 - approved by Dennis Florian (assignees: JE; WM; regarding assignee: MP; AG; RH; KK; YB; YYC; LL; WK; JN; AJ; MR; RH; JH; BK; AN; CP; MF) | 6.8 | $  350 | $  2,380 |
| 3/27/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Request annual salary updates and family size from Stephenie for current expat population; 2012 Compensation Reconciliation - clean up work from 2012 - approved by Dennis Florian (assignees: JE; WM; MP; AG; RH; KK; YB; YYC; LL; WK; JN; AJ; MR; RH; JH; BK; AN; CP; MF) | 7.0 | $  200 | $  1,400 |
| 3/28/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | 2013 global equity employee communications | 0.3 | $  525 | $  158 |
| 3/28/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Review and comment on country reports | 0.5 | $  700 | $  350 |
| 3/28/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignee: JN - upfront review in connection with estimated cost projections of anticipated assignment expenses | 1.5 | $  275 | $  413 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/28/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2012 w2 reconciliations - conversations with Cristi and Katerina to answer questions as they prepare; compensation sourcing collector for tracker review and discuss, Singapore Inter-Firm Work Referral, 2012 calendar entry from Ernst & Young, etc.; regarding assignee: MP, 2012: upfront review - have Tina contact Ernst & Young reg. Massachusetts non-resident state return filing - charge extra as extra state return; Regarding assignee: JN, 2012: upfront review - discuss stock option sourcing; Regarding assignee: NF, 2012: revised hypothetical tax calculation - provide figures to taxpayer and answer questions regarding charitable contributions ; Regarding assignee: DH, 2009-2011 German notices - get nonpwd protected copies, provide Germany | 7.4 | $ 350 | $ 2,590 |
| 3/28/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | consolidate emails, outstanding notices, company contacts, status, email assignee: AG | 3.5 | $ 500 | $ 1,750 |
| 3/28/2013 | LESLIE, CAROLYN | International Assignment Services | Dennis Florian | Prepared, reviewed and filed 2012 US tax return extensions for a total of 13 employees. This time relate to identifying those individuals and the actions that were required to track and prepare their extensions ahead of the April 15th deadline. | 0.5 | $ 600 | $ 300 |
| 3/28/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Discussed equity compensation and sourcing  with Robert Creighton and how to setup in Compensation Automation Tool | 0.5 | $ 200 | $ 100 |
| 3/28/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | 2012 Compensation Reconciliation - clean up work from 2012 - approved by Dennis Florian (assignees: JE; WM; MP; AG; RH; KK; YB; YYC; LL; WK; JN; AJ; MR; RH; JH; BK; AN; CP; MF) | 5.7 | $ 350 | $ 1,995 |
| 3/28/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | March expense processing (AN); 2012 Compensation Reconciliation - clean up work from 2012 - approved by Dennis Florian (assignees: JE; WM; MP; AG; RH; KK; YB; YYC; LL; WK; JN; AJ; MR; RH; JH; BK; AN; CP; MF) | 3.5 | $ 200 | $ 700 |
| 3/28/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: AN) | 0.2 | $ 200 | $ 40 |
| 3/29/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Review and comment on country reports; review employee comments and equity project of Brian Epstein | 0.5 | $ 700 | $ 350 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
March 1 through March 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 3/29/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2012 w2 reconciliations - conversations with Cristi and Katerina to answer questions, etc. as they prep; foreign office communication to get started with 2012 compliance, review sourcing defaults for compensation, w2 and compensation upload, etc.; Regarding assignee: AN, preparation for US localized tax briefing | 1.6 | $ 350 | $ 560 |
| 3/29/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Preparation of Extensions for assignees YB; Uploaded a batch of compensation breakdowns Received from International Human Resources team in Dallas - Cristi Cagle and Katrina Champeny - into tracker to be used in the preparation of 2012 tax returns and compensation sourcing. The batch included breakdowns for assignees: AN, MR, CP, BK | 2.5 | $ 200 | $ 500 |
| 3/29/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | 2012 Compensation Reconciliation - clean up work from 2012 - approved by Dennis Florian (assignees: JE; WM; MP; AG; RH; KK; YB; YYC; LL; WK; JN; AJ; MR; RH; JH; BK; AN; CP; MF) | 1.9 | $ 350 | $ 665 |
| 3/29/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Researched family sizes ; researched expenses for January and processed February and March expenses in connection with estimated cost projections of anticipated assignment expenses (assignee: AN); Finalized his 2012 Compensation Reconciliation in connection with estimated cost projections of anticipated assignment expenses (assignee: AN) | 2.2 | $ 200 | $ 440 |
| 3/29/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Researched family sizes for transition of payroll services; March expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: AN) | 1.0 | $ 200 | $ 200 |
| 3/30/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignee: WK, upfront review in connection with estimated cost projections of anticipated assignment expenses | 3.0 | $ 275 | $ 825 |
|  |  |  |  |  | 263.8 | $ 87,241 $ (19,652) | $ 67,590 |