Exhibit D

**W. R. Grace**
**Expenses Detail**
**March 1 through March 31, 2013**

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 3/13/2013 | CAGLE, CRISTI BROOKS | International Human Resources Services | Dennis Florian | Conference Call | $ 4.38 |
| 3/23/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Travel Expenses-Taxi (overnight from work - 3/7/2013 | $ 6.44 |
| 3/23/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Travel Expenses-Taxi (overnight from work - 3/4/2014 | $ 3.58 |
| 3/14/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | UPS Courier Fees onl -1 PKG | $ 9.50 |
| | | | | **Expenses for March 2013** | **$ 23.90** |