Exhibit B

**W. R. Grace & Co.**
**Summary**
**April 1 through April 30, 2013**

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| MESTER, JUDITH | 2.0 | $ 700 | $ 1,400 |
| **Pension Fund Services** | 2.0 | | $ 1,400 |

| Employee | Hours | Billing Rate | Fees |
|---|---|---|---|
| GORDON, JARED H | 5.3 | $ 700 | $ 3,710 |
| BROOKS, THOMAS J | 1.2 | $ 600 | $ 720 |
| MONDELAERS, YOKO | 0.2 | $ 430 | $ 86 |
| NG, LINDA LIAN TAT | 1.2 | $ 700 | $ 840 |
| ITO, HIROAKI | 3.0 | $ 600 | $ 1,800 |
| VAN ZANDWEGHE, MIEKE | 2.0 | $ 600 | $ 1,200 |
| PRILLAMAN JR , G GARNER | 1.0 | $ 700 | $ 700 |
| **International Tax Matters** | 13.9 | | $ 9,056 |
| CAGLE, CRISTI BROOKS | 25.9 | $ 350 | $ 9,065 |
| CHAMPENY, KATRINA MARIE | 46.2 | $ 200 | $ 9,240 |
| CHAVALI, VIJAYA SARADHI | 6.2 | $ 275 | $ 1,705 |
| GOEL, SHUBHIKA | 18.0 | $ 200 | $ 3,600 |
| **International HR & Compliance Services** | 96.3 | | $ 23,610 |
| (Adjustment per SOW) | | | $ (12,912) |
| | | | $ 10,698 |
| DIAZ, LAURA M | 0.7 | $ 215 | $ 151 |
| **Tax** | 0.7 | | $ 151 |
| SHURIN, ALEXANDER SANDY | 5.6 | $ 525 | $ 2,940 |
| SIMEONIDIS, PETER J | 1.5 | $ 600 | $ 900 |
| TIAN, XIAO WU | 1.3 | $ 430 | $ 559 |
| TROTMAN, SEAN P | 2.0 | $ 700 | $ 1,400 |
| **Global Rewards Services** | 10.4 | | $ 5,799 |
| (Adjustment per SOW) | | | $ (3,299) |
| | | | $ 2,500 |
| ASUAGBOR, MARTINA TAKANG | 8.5 | $ 275 | $ 2,338 |
| BUKKA, NAGARAJU | 1.2 | $ 200 | $ 240 |
| CREIGHTON, ROBERT BYRON | 26.4 | $ 350 | $ 9,240 |
| DINKINS, FRANCOISE A | 4.0 | $ 500 | $ 2,000 |
| HRUBICH, KATSIARYNA | 5.0 | $ 200 | $ 1,000 |

Exhibit B

**W. R. Grace & Co.**
**Summary**
**April 1 through April 30, 2013**

| Personnel performing services | Hours | Billing Rate | | Professional Fees |
|---|---|---|---|---|
| MANLY SPAIN, FESTINA | 33.3 | $ | 200 | $ 6,660 |
| NAJEEB, RAMEEZ | 5.5 | $ | 200 | $ 1,100 |
| PAUL, RICHARD | 0.7 | $ | 200 | $ 140 |
| ZHAO, CHANGSHUAI | 7.7 | $ | 200 | $ 1,540 |
| **International Assignment Services** | 92.3 | | | $ 24,258 |
| (Adjustment per SOW) | | | | $ (1,858) |
| | | | | $ 22,400 |

Exhibit B

**W. R. Grace & Co.**
**Summary**
**April 1 through April 30, 2013**

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| BROOKS, THOMAS J | 4.8 | $ 600 | $ 2,880 |
| GORDON, JARED H | 0.7 | $ 700 | $ 490 |
| WICKERT, DIANE L | 2.6 | $ 325 | $ 845 |
| **Bankruptcy Administration & Misc Matters** | 8.1 | | $ 4,215 |
| | | | |
| Subtotal | 223.7 | | $ 50,420.00 |
| Expenses | | | $ 58.65 |
| **Total Deloitte ˙ April 1 through April 30, 2013** | | | **$ 50,478.65** |