W. R. Grace & Co.
Hourly Detail
April 1 through April 30, 2013

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/1/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked bankruptcy fee applications | 2.10 | $ 325 | $ 683 |
| 4/1/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignees: Clive Pinto ("CP") & Robert RH ("RH") - upfront review in connection with estimated cost projections of anticipated assignment expenses | 4.50 | $ 275 | $ 1,238 |
| 4/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Alexander Nielsen ("AN"), prepare for tax briefing | 0.30 | $ 350 | $ 105 |
| 4/1/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal discussion with Katrina Champeny regarding outstanding items | 0.50 | $ 350 | $ 175 |
| 4/1/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Communications with Cultural Awareness International re: assignee: Nathaniel Faulkenberry ("NF")'s home search; Communications with Dennis Florian regarding assignee: Andre Lanning ("AL")'s upcoming localization | 0.60 | $ 200 | $ 120 |
| 4/1/2013 | MESTER, JUDITH | Pension Fund Services | Debra Poole | 404A deduction discussion | 0.90 | $ 700 | $ 630 |
| 4/2/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignee: Kati Hazraiti ("KH") - Upfront review in connection with estimated cost projections of anticipated assignment expenses | 1.50 | $ 275 | $ 413 |
| 4/2/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: KH, 2012: UPFRONT REVIEW, EMAIL FOR 2012 BELGIUM LIABILTY ; Regarding assignee: Alfred Jordan ("AJ"), 2012: UPFRONT REVIEW - HAVE SINGAPORE LIAB REQUESTED, DISC. ICAT AND HOW WORKS ; regarding assignee: William Krentz ("WK"), 2012: UPFRONT REVIEW - LOOK INTO MISSING FBAR INFO, CHINA Liabilities, AND CLAIM OF RIGHT ; Regarding assignee: Michael Piergrossi ("MP"), 2012: Prepare Report of Foreign Bank and Financial Accounts | 3.50 | $ 350 | $ 1,225 |
| 4/2/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | email to assignee: Youcef Boudeffa ("YB") regarding unsubmitted organizer; email to assignee: Michael Federspiel ("MF") regarding organizer issues; email to assignee: KH regarding consent form | 1.20 | $ 200 | $ 240 |
| 4/2/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review emails and request CoC information for assignee: Eric Austraw ("EA") | 0.80 | $ 200 | $ 160 |
| 4/3/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | meeting with Jared and review notes regarding 199 deduction; confirm whether we have Venezuela office | 0.40 | $ 600 | $ 240 |
| 4/3/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | grace - disc with don teichen regarding 304 transactions & FTC impact & follow up | 1.00 | $ 700 | $ 700 |
| 4/3/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan ("MR") - upfront review including call to E &Y for prior year password for assignee: MP - including email to E&Y for prior year Massachusetts sourced income | 2.00 | $ 275 | $ 550 |

W. R. Grace & Co.
Hourly Detail
April 1 through April 30, 2013

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Adam Grose ("AG"), 2012: UPFRONT REVIEW POSITION TAKEN ON PRIOR YEAR RETURNS ; regarding assignee: MR, 2012: FORM W-2C NECCESSARY DUE TO COMP NOT ADDED IN; regarding assignee: RH, 2012: UPFRONT REVIEW - MULTIPLE PHILLIPINES EMAILS REG. EQUITY AND COMP ; regarding assignee: Leonid Leznik ("LL"), 2012: UPFRONT REVIEW - HAVE CHINA LIABilities REQUESTED ; regarding assignee: CP, 2012: UPFRONT REVIEW - GO THORUGH POINTS, DISCuss LOCALIZATION, DISCuss NEED TO ADD TO AUSTRALIA AUTH LIST | 2.50 | $ 350 | $ 875 |
| 4/3/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Wiliam Krents ("WK") tax return preparation | 5.10 | $ 200 | $ 1,020 |
| 4/3/2013 | NAJEEB, RAMEEZ | International Assignment Services | Dennis Florian | Regarding assignee: AJ, prepare draft 2012 Form 1040 | 4.50 | $ 200 | $ 900 |
| 4/3/2013 | MESTER, JUDITH | Pension Fund Services | Debra Poole | 404A deduction discussion | 1.10 | $ 700 | $ 770 |
| 4/4/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | regarding assignee: LL, extension voucher preparation | 0.50 | $ 275 | $ 138 |
| 4/4/2013 | NAJEEB, RAMEEZ | International Assignment Services | Dennis Florian | Regarding assignee: AJ, update calendar and 2012 1040 returns | 1.00 | $ 200 | $ 200 |
| 4/4/2013 | ZHAO, CHANGSHUAI | International Assignment Services | Dennis Florian | confirm WR grace TEQ policy and prepare workpapers | 2.50 | $ 200 | $ 500 |
| 4/4/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Research and follow up on 2012 comp questions (assignees: YB; Yee Young Cher ("YYC"); Jens Ebinghaus ("JE"); MF; AG; John Haley ("JH"); KH; Ryan Hinds ("RH"); RH; AJ; Brian Kenny ("BK"; WK; LL ; William McCall ("WM"); James Nee ("JN"); AN; MP; CP; MR) | 1.90 | $ 350 | $ 665 |
| 4/4/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Processed AirInc invoices for April salary increases/cost of living adjustments; Prepare cost of living update request form (assignees: EA; YYC; Kok-How Chew ("KHC"); NF;MF; AG); Research and follow up on 2012 comp questions (assignees: YB; YYC; JE; MF; AG; JH; KH; RH; RH; AJ; BK; WK; LL ; WM; JN; AN; MP; CP; MR) | 3.10 | $ 200 | $ 620 |
| 4/4/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Processed AirInc invoice for April cost of living updates (assignees: EA; YYC; KHC; NF;MF; AG; RH; Andrew Kelly ("AK"); AL) | 0.90 | $ 200 | $ 180 |
| 4/5/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | 2013 global equity employee communications | 3.50 | $ 525 | $ 1,838 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
April 1 through April 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/5/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Reviewed and commented on communications and reports | 0.50 | $ 700 | $ 350 |
| 4/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: YB - 2012 EXTENSION CALCULATION, DETERMINE CALCULATION REQUIRED; regarding assignee: MF - 2012 EXTENSION CALCULATION, DETERMINE CALCULATION REQUIRED; EXTENSIONS - WITH CALCULATIONS - Regarding assignee: MF - RVW CALCS; regarding assignee: JH - 2012 EXTENSION CALCULATION, DETERMINE CALCULATION REQUIRED; regarding assignee: AN - 2012 EXTENSION CALCULATION, DETERMINE CALCULATION REQUIRED | 2.20 | $ 350 | $ 770 |
| 4/5/2013 | HRUBICH, KATSIARYNA | International Assignment Services | Dennis Florian | Regarding assignee: JN, compensation collection; regarding assignee: JN, tax return preparation | 5.00 | $ 200 | $ 1,000 |
| 4/5/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: YB - 2012 extension calculation preparation; regarding assignee: MF - 2012 extension calculation preperation; regarding assignee: JH - 2012 extension calculation preparation; regarding assignee: AN - 2012 extension preparation | 2.80 | $ 200 | $ 560 |
| 4/5/2013 | ZHAO, CHANGSHUAI | International Assignment Services | Dennis Florian | Prepare tax return in Gfx | 3.50 | $ 200 | $ 700 |
| 4/5/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal discussions with Katrina Champeny regarding outstanding questions, deliverables, etc.; Reviewed AirInc invoices for April salary increases/cost of living adjustments (assignees: EA; YYC; KHC; NF;MF; AG; RH; AK; AL ; LL; WM; JN; AN; MP; Dirk Strassner ("DS")); call with Stephenie Gettier to discuss 2012 compensation reconciliation (assignees: JE; MR) | 2.20 | $ 350 | $ 770 |
| 4/5/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Processed AirInc invoices for April salary increases/cost of living adjustments; Prepare cost of living update request form (assignees: RH; AK; AL; LL; WM; JN; AN; MP; DS) | 1.80 | $ 200 | $ 360 |
| 4/5/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Processed AirInc invoice for April cost of living updates (assignees: LL; WM; JN; AN; MP; DS) | 0.60 | $ 200 | $ 120 |
| 4/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | EXTENSIONS - WITH CALCULATIONS - with regard to assignees: YB, JH, AN - review calculations; EXTENSIONS - WITH CALCULATIONS with regard to assignee: MF | 0.80 | $ 350 | $ 280 |
| 4/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: JN - update with missing information | 0.80 | $ 200 | $ 160 |
| 4/7/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | discussions with bankruptcy counsel regarding expat compliance project; | 0.70 | $ 700 | $ 490 |

**W. R. Grace & Co.**  
**Hourly Detail**  
**April 1 through April 30, 2013**

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/8/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | discussion regarding 304 project - Venezuela and Japan issues; Belgian issue - credit for withholding tax on management fees - discussions with Carol Finke & Belgian desk | 1.60 | $ 700 | $ 1,120 |
| 4/8/2013 | VAN ZANDWEGHE, MIEKE | International Tax Matters | Don Teichen | call Jared Gordon re credit for foreign withholding tax | 0.50 | $ 600 | $ 300 |
| 4/8/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee: LL, QUESTION regarding WHAT TO REPORT ON CHILD'S RETURN | 0.40 | $ 500 | $ 200 |
| 4/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: MP - 2012 returns | 5.40 | $ 200 | $ 1,080 |
| 4/8/2013 | ZHAO, CHANGSHUAI | International Assignment Services | Dennis Florian | Regarding assignee: LL, prepare workpapers | 1.20 | $ 200 | $ 240 |
| 4/8/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Regarding assignee: MR - Research of 2012 compensation and preparation/submission of W-2C | 1.80 | $ 350 | $ 630 |
| 4/8/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Preparation for internal team meeting and review outstanding deliverables. ; Call with assignee: MP and follow up on 2012 tax return status. Review W2c request. ; Followed up with Dennis Florian regarding assignee: EA's assignment dates and Certificate of Coverage application | 1.60 | $ 200 | $ 320 |
| 4/9/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | discussion on 304 issues with teichen and poole; japan desk questions regarding property rich companies | 0.90 | $ 700 | $ 630 |
| 4/9/2013 | ITO, HIROAKI | International Tax Matters | Don Teichen | Japanese tax advice on the proposed transaction of the sale of the Japanese subsidiary | 1.30 | $ 600 | $ 780 |
| 4/9/2013 | NG, LINDA LIAN TAT | International Tax Matters | Don Teichen | Review draft Japanese tax comments to Carol Finke regarding a proposed sale of the stock of Grace Japan by Grace-Conn to Grace Luxembourg. | 0.90 | $ 700 | $ 630 |
| 4/9/2013 | VAN ZANDWEGHE, MIEKE | International Tax Matters | Don Teichen | calll client regarding credit and participation exemption rules in Belgium, mail internally (summary call client) | 1.50 | $ 600 | $ 900 |
| 4/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: LL, 2012: UPFRONT REVIEW - discuss 911/FTC OPTIMIZATION ; Regarding assignee: AN, 2012: extension with calculation - INFO TO PREPARER | 0.60 | $ 350 | $ 210 |
| 4/9/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | email to assignee: AG egarding staus of return; AG - 2012 US VA; regarding  assignee: LL - 2012 returns | 8.40 | $ 200 | $ 1,680 |
| 4/9/2013 | ZHAO, CHANGSHUAI | International Assignment Services | Dennis Florian | Regarding assignee: LL - Transfer to Gfx and update organizer | 0.50 | $ 200 | $ 100 |
| 4/9/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Review of internal reports for bankruptcy fee applications; internal team meeting | 2.50 | $ 350 | $ 875 |

W. R. Grace & Co.  
Hourly Detail  
April 1 through April 30, 2013

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/9/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Call with Vijaya Chavali and Shubhika Goel to go over current status and tasks ; Follow up on assignee: NF's relocation allowances and requested payment by Stephenie Gettier; Review of April expenses and request vendor invoices be drafted (assignee: RH) | 3.20 | $ 200 | $ 640 |
| 4/9/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Discussion with Cristi Cagle and Katrina Champeny on the WR Grace transition | 1.00 | $ 275 | $ 275 |
| 4/9/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Internal team call with Katrina Champeny, Vijaya Chavali and Cristi Cagle; April expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: RH) | 1.50 | $ 200 | $ 300 |
| 4/10/2013 | ITO, HIROAKI | International Tax Matters | Don Teichen | Japanese tax advice on the proposed transaction of the sale of the Japanese subsidiary | 1.50 | $ 600 | $ 900 |
| 4/10/2013 | MONDELAERS, YOKO | International Tax Matters | Don Teichen | our e-mail of 9 April 2013 as regards the potential Belgian impact of proposed restructuring | 0.20 | $ 430 | $ 86 |
| 4/10/2013 | NG, LINDA LIAN TAT | International Tax Matters | Don Teichen | Review draft follow-up Japanese tax comments to Carol Finke regardinga a proposed sale of the stock of Grace Japan by Grace-Conn to Grace Luxembourg | 0.30 | $ 700 | $ 210 |
| 4/10/2013 | SIMEONIDIS, PETER J | Global Rewards Services | Brian Epstein | review employee communications | 1.50 | $ 600 | $ 900 |
| 4/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: AG, 2011/2012 HONG KONG TAX NOTICE review and response | 0.30 | $ 350 | $ 105 |
| 4/10/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | April expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: EA); Created compensation import file for assignee: MR's W-2C | 1.40 | $ 350 | $ 490 |
| 4/10/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | April expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: JH); Review of family size from AirInc and request updated G&S. Follow up on assignee: NF's housing ; Research assignee: RH's assignment expenses for 2012 and 2013 ; Follow up on assignee: EA's signing bonus and request for payment | 4.00 | $ 200 | $ 800 |
| 4/10/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | research of expenses in connection with estimated cost projections of anticipated assignment expenses (assignees: JH; EA; NF; RH) | 2.80 | $ 200 | $ 560 |
| 4/11/2013 | ITO, HIROAKI | International Tax Matters | Don Teichen | Japanese tax advice on the proposed transaction of the sale of the Japanese subsidiary | 0.20 | $ 600 | $ 120 |
| 4/11/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Reviewed and commented on communications and reports | 0.50 | $ 700 | $ 350 |

**W. R. Grace & Co.**
**Hourly Detail**
**April 1 through April 30, 2013**

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: MP, 2012: CONCUR/SIGN - MASSACHUSSETS AND MARYLAND RETURNS - CHARGE EXTRA ; regarding assignee: MP, 2012: UPFRONT REVIEW - DISCuss MASSACHUSSETS FILING Requirement | 4.70 | $ 350 | $ 1,645 |
| 4/11/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | prepare extensions regarding assignees: JN; CP | 0.80 | $ 200 | $ 160 |
| 4/11/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | communications with Deloitte Tax regarding 2012/2013 compensation needed for the Singapore tax return preparation (assignee: MF) | 0.50 | $ 350 | $ 175 |
| 4/11/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Update contact list to include Deloitte team ; communications with assignee: JN regarding his tax return | 0.60 | $ 200 | $ 120 |
| 4/12/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | 2013 global equity employee communications | 1.50 | $ 525 | $ 788 |
| 4/12/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Reviewed and commented on communications and reports | 0.50 | $ 700 | $ 350 |
| 4/12/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: WK, 2012: CONCUR/SIGN review; regarding assignee: LL, 2012: EXTENSION WITH CALCULATION - FEDERAL AND STATE | 4.00 | $ 350 | $ 1,400 |
| 4/12/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee: LL -prepare 2012 RETURNS | 2.00 | $ 500 | $ 1,000 |
| 4/12/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: AG, prepare 2012 US VA MA returns; regarding assignee: WK, second preparation of returns | 6.50 | $ 200 | $ 1,300 |
| 4/12/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | follow up on outstanding items with Dennis Florian; creation of predeparture/repatriation eRoom tracking databases; prep for weekly team meeting | 1.60 | $ 350 | $ 560 |
| 4/12/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | April expense processing in connection with estimated cost projections of anticipated assignment expenses (EA); regarding assignee: NF - April expense processing in connection with estimated cost projections of anticipated assignment expenses; Reviewed Cultural Awareness International vendor invoice and submitted coversheet to Stephenie Gettier for processing; Review and response of assignee: RH's 2012 gross up ; Follow up on outstanding Certificate of Coverage details with Dennis Florian and requested USI team to apply for the waiver (assignee: EA) | 1.70 | $ 200 | $ 340 |
| 4/12/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | updates to invoices ; Expenses and invoices process documentation | 1.30 | $ 200 | $ 260 |
| 4/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: MP, 2012: CONCUR/SIGN - DISCUSS Maryland PENALTIES | 0.50 | $ 350 | $ 175 |

W. R. Grace & Co.  
Hourly Detail  
April 1 through April 30, 2013

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/13/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee: WK - 2012 RETURNS ; regarding assignee: MP - 2012 RETURNS | 0.60 | $ 500 | $ 300 |
| 4/14/2013 | BUKKA, NAGARAJU | International Assignment Services | Dennis Florian | Regarding assignee: WK - 2012- E-Delivery package completed. | 0.60 | $ 200 | $ 120 |
| 4/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: RH, 2012: UPFRONT REVIEW of returns | 0.30 | $ 350 | $ 105 |
| 4/14/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee: LL, CHANGE EXEMPTION FOR CHILD | 0.30 | $ 500 | $ 150 |
| 4/15/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | Japan real estate rich analysis coordination | 0.80 | $ 600 | $ 480 |
| 4/15/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: MP, 2012: respond to FOLLOW UP QUESTIONS from the taxpayer REGARDING FILING DUE DATE | 0.30 | $ 350 | $ 105 |
| 4/15/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | compensation information for assignee: MF's Singapore tax return | 0.40 | $ 500 | $ 200 |
| 4/15/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal communications with Shubhika Goel, Katrina Champeny and Vijaya Chavali regarding process improvements | 0.40 | $ 350 | $ 140 |
| 4/15/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up on 2012/2013 Singapore compensation (assignee: MF) | 0.80 | $ 200 | $ 160 |
| 4/15/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Applied for certificate of coverage (assignee: EA) | 0.40 | $ 200 | $ 80 |
| 4/15/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Property Tax Return - Information Request email sent | 0.40 | $ 215 | $ 86 |
| 4/16/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | meeting with Jared to review receipt of payments and reconciliation with fee applications | 1.20 | $ 600 | $ 720 |
| 4/16/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | finished pulling data and putting in charts for bankruptcy fee applications for january, february and march | 0.50 | $ 325 | $ 163 |
| 4/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: WK, 2012: FOLLOW UP QUESTIONS FROM taxpayer REGARDING DUE DATES | 0.30 | $ 350 | $ 105 |
| 4/16/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: AG - Report of Foreign Bank and Financial Accounts | 1.50 | $ 200 | $ 300 |
| 4/16/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal communications with Katrina Champeny regarding outstanding items; Follow up on 2012/2013 Singapore compensation (assignee: MF) | 0.60 | $ 350 | $ 210 |

W. R. Grace & Co.
Hourly Detail
April 1 through April 30, 2013

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/16/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up with tax team regarding tax treatment of his Singapore housing (assignee: NF); Review, request and provide compensation for taxpayer to Deloitte Tax team (assignee: MF); April expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: LL); Reviewed 2012 compensation, requested information from Stephenie Gettier and provided compensation to Deloitte Tax team (assignee: DS) | 3.40 | $ 200 | $ 680 |
| 4/16/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | April expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: LL) | 0.50 | $ 200 | $ 100 |
| 4/17/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | regarding assignee: MP, 2012: FOLLOW UP QUESTIONS FROM taxpayer REGARDING TAX RETURN ACCESS ISSUES | 0.30 | $ 350 | $ 105 |
| 4/17/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | email correspondence with assignee: LL | 0.30 | $ 500 | $ 150 |
| 4/17/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: MP - Deliver tax returns as he could not access | 0.50 | $ 200 | $ 100 |
| 4/17/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal communications with Katrina Champeny regarding outstanding items; team meeting | 1.20 | $ 350 | $ 420 |
| 4/17/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Call with Vijaya Chavali and Shubhika Goel to go over current status and tasks ; Follow up with internal team regarding assignee: NF's Singapore housing; April expense processing in connection with estimated cost projections of anticipated assignment expenses | 1.80 | $ 200 | $ 360 |
| 4/17/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Discussion with Cristi Cagle and Katrina Champeny on the WR Grace transition | 0.50 | $ 275 | $ 138 |
| 4/17/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Internal team call with Katrina Champeny, Vijaya Chavali and Cristi Cagle; April expense processing in connection with estimated cost projections of anticipated assignment expenses (assignee: LL) | 0.70 | $ 200 | $ 140 |
| 4/18/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | started to review accruals to compare to fee applications | 1.30 | $ 600 | $ 780 |
| 4/18/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Regarding assignee: RH - W-2C correspondence with Stephenie Gettier, Dennis Florian, Ernst & Young and internal Deloitte team | 1.50 | $ 350 | $ 525 |
| 4/18/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of the expense log tool and provide feedback ; Correspondence with Stephenie Gettier regarding Singapore instruction for assignee: NF's housing ; Review of updated gross up instruction for assignee: RH provided by Ernst & Young | 2.70 | $ 200 | $ 540 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
April 1 through April 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/18/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | update of expense coversheet in connection with estimated cost projections of anticipated assignment expenses | 1.00 | $ 200 | $ 200 |
| 4/19/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | Discussion with Linda Ng regarding 304 transaction | 0.80 | $ 700 | $ 560 |
| 4/19/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Reviewed and commented on communications and reports | 0.50 | $ 700 | $ 350 |
| 4/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: KH, 2011: BELGIUM TAX NOTICE - REQUEST W2 FROM COMPANY FOR BELGIUM OFFICE | 0.40 | $ 350 | $ 140 |
| 4/19/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Meeting with Katrina Champeny to review outstanding items; team meeting to discuss cost projection process improvements ; Communication with Stephenie Gettier and Deloitte Philippines re: taxpayer's 2012 Philippines taxes (assignee: RH) | 3.50 | $ 350 | $ 1,225 |
| 4/19/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Call with Vijaya Chavali and Shubhika Goel to go over cost projection templates ; updated cost of living allowances for April payroll file  (assignees: EA; YYC; KHC; NF;MF; AG; RH; AK; AL; LL; WM; JN; AN; MP; DS); Status update and tracking of W2c request for assignee: RH | 2.60 | $ 200 | $ 520 |
| 4/19/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Internal team call with Katrina Champeny, Vijaya Chavali and Cristi Cagle | 1.00 | $ 200 | $ 200 |
| 4/22/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: KH, 2011: BELGIUM TAX NOTICE - ADD W2 AND W2CS TO TRACKER AND NOTIFY BELGIUM ; Regarding assignee: WK, 2012: FOLLOW UP CORRESPONDENCE WITH taxpayer TO GET STATE EFILE FORMS | 0.80 | $ 350 | $ 280 |
| 4/22/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: WM, call with taxpayer regarding organizer data | 0.30 | $ 200 | $ 60 |
| 4/22/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Review of expense log in connection with estimated cost projections of anticipated assignment expenses | 0.50 | $ 350 | $ 175 |
| 4/22/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Wrote WR Grace annual self review and requested feedback | 2.50 | $ 200 | $ 500 |
| 4/22/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | transition of international human resources services - system set up;  creation of expense/invoice log | 5.00 | $ 200 | $ 1,000 |
| 4/23/2013 | GORDON, JARED H | International Tax Matters | Debra Poole | dastm F/X call with garner prillaman, debra poole | 1.00 | $ 700 | $ 700 |
| 4/23/2013 | PRILLAMAN JR , G GARNER | International Tax Matters | Don Teichen | Telecom with J. Gordan and  client regarding DASTM. | 1.00 | $ 700 | $ 700 |
| 4/23/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Project Evaluation; Belgium GRU note | 1.00 | $ 430 | $ 430 |

W. R. Grace & Co.  
Hourly Detail  
April 1 through April 30, 2013

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/23/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: AG, 2012: CONCUR/SIGN tax returns | 3.50 | $ 350 | $ 1,225 |
| 4/23/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | team meeting | 0.50 | $ 350 | $ 175 |
| 4/23/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of the expense log in connection with estimated cost projections of anticipated assignment expenses and provide feeback to add all expenses reported to date ; Call with Vijaya Chavali and Shubhika Goel to go over current status and tasks ; Review cost of living calculations and updated our request list; converted cost of living Host Currency and calculated the April retro payment; drafted May payroll file (assignees: EA; YYC; KHC; NF;MF; AG; RH; AK; AL; LL; WM; JN; AN; MP; DS); Follow up on outstanding compensation related to Singapore and Germany (assignee: MF) | 7.90 | $ 200 | $ 1,580 |
| 4/23/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | transition of international human resources services - system set up; WR Grace - Discussion with Cristi and Katrina on the WR Grace implementation | 2.50 | $ 275 | $ 688 |
| 4/23/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | populating the assignee pre-departure and repatriation logs ; Internal team call with Katrina Champeny, Vijaya Chavali and Cristi Cagle | 2.30 | $ 200 | $ 460 |
| 4/24/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal discussion with Katrina Champeny regarding outstanding items | 0.40 | $ 350 | $ 140 |
| 4/24/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of his 2012 Compensation (assignee: DS) | 1.40 | $ 200 | $ 280 |
| 4/24/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | transition of international human resources services - system set up | 2.20 | $ 275 | $ 605 |
| 4/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: AG, 2012: FOLLOW UP QUESTIONS FROM taxpayer REGarding international human resources SUPPORT | 0.30 | $ 350 | $ 105 |
| 4/25/2013 | PAUL, RICHARD | International Assignment Services | Dennis Florian | Regarding assignee: MP, - 2012 E-Delivery package completed. (Return printed from Gfx, packaged, Printed workpapers from organiser and uploaded files to Tracker | 0.70 | $ 200 | $ 140 |
| 4/25/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | 2012 compensation reconciliation/review (assignee: DS) | 1.00 | $ 350 | $ 350 |
| 4/25/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Follow up email of Puerto Rico property tax information request | 0.30 | $ 215 | $ 65 |
| 4/26/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee WK, 2012: FOLLOW UP CORRESPONDENCE WITH taxpayer TO GET STATE EFILE FORMS | 0.40 | $ 350 | $ 140 |

**W. R. Grace & Co.**
**Hourly Detail**
**April 1 through April 30, 2013**

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 4/26/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | updated hypothetical taxes on payroll file (assignees: EA; YYC; KHC; NF;MF; AG; RH; AK; AL; LL; WM; JN; AN; MP; DS); Follow up on assignee: AG's expense questions; Generated compensation file to provide to Deloitte Tax team for tax return preparation (assignee: DS) | 2.50 | $ 200 | $ 500 |
| 4/29/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | Conversations in connection with employee communications. | 0.60 | $ 525 | $ 315 |
| 4/29/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Revised cover note on Beligum GRU to update client and new changes. | 0.30 | $ 430 | $ 129 |
| 4/29/2013 | BUKKA, NAGARAJU | International Assignment Services | Dennis Florian | Regarding assignee: AG - 2012- E-Delivery package completed. | 0.60 | $ 200 | $ 120 |
| 4/29/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: RH, 2012: CONCUR/SIGN tax return | 0.40 | $ 350 | $ 140 |
| 4/29/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | preparation for internal financial meeting; preparation of May payroll file; review of active assignees; call with Stephenie to discuss updates ; regarding assignee: RH - correspondence with Stephenie Gettier and Dennis Florian regarding Philippines taxes | 3.90 | $ 350 | $ 1,365 |
| 4/29/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of assignment status, payroll updates, and calculate hypo tax. (assignees: EA; YYC; KHC; NF;MF; AG; RH; AK; AL; LL; WM; JN; AN; MP; DS); Follow up with assignee: AG | 3.20 | $ 200 | $ 640 |
| 4/30/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | update and revise reports for January, February and March for purposes of preparing fee applications. | 2.30 | $ 600 | $ 1,380 |

|  | Total |
|---|---|
| 223.70 | $ 68,488 |
|  | $ (14,770) |
|  | $ 53,719 |