Exhibit D

**W. R. Grace**
**Expenses Detail**
**April 1 through April 30, 2013**

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|------|------|------------------|---------------|-------------|------------------|
| 4/2/2013 | GORDON, JARED H | International HR & Compliance Services | Dennis Florian | Conference Call | $ 1.12 |
| 4/2/2013 | GORDON, JARED H | International Tax Matters | Carol Finke | Conference Call | $ 7.35 |
| 4/19/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | Conference Call | $ 1.55 |
| 4/9/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Parking validation in building for Ernst & Young professionals attending onsite transition meeting on March 8, 2013 | $ 9.10 |
| 4/1/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Parking-Local | $ 20.00 |
| 4/3/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | USPS/DHL/Airborne/Ot -624010 | $ 10.00 |
| 4/4/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | UPS Courier Fees onl -1 PKG | $ 9.53 |
| | | | | **Total April 2013 Expense** | **58.65** |