IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-1139 (KJC) |
| Debtors. | ) ) | |

REQUEST TO BE REMOVED FROM
ELECTRONIC SERVICE LIST AND MAILING MATRIX

    Stamatios Stamoulis, counsel on behalf of Interested Party Neurocrete Products, Inc., hereby requests the Clerk of the Court to remove Stamatios Stamoulis and the law firm of Stamoulis & Weinblatt from this case's electronic service list and the mailing matrix.

    The firm is no longer representing any party associated with the claims of Interested Party Neurocrete Products, Inc.

    The name, state bar number, mailing address, telephone numbers, and e-mail address of the counsel to be removed from this case's electronic service list and the mailing matrix are as follows:

        Stamatios Stamoulis
        Delaware Bar ID No. 4606
        Stamoulis & Weinblatt
        Two Fox Point Centre
        6 Denny Road, Suite 307
        Wilmington, DE 19809
        Telephone:  (302) 999-1540
        Stamoulis@swdelaw.com

Dated: August 16, 2013

                                    STAMOULIS & WEINBLATT LLC

                                    */s/ Stamatios Stamoulis*
                                    Stamatios Stamoulis #4606
                                       stamoulis@swdelaw.com
                                    Richard C. Weinblatt #5606
                                       weinblatt@swdelaw.com
                                    Two Fox Point Centre
                                    6 Denny Road, Suite 307
                                    Wilmington, DE 19809
                                    Telephone: (302) 999-1540

                                    *Attorneys for Plaintiff*