# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

August 21, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 629060
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $1,937.00 |
| DISBURSEMENTS | 98.90 |
| MATTER TOTAL | $2,035.90 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---:|
| FEES | $328.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $328.00 |

**056772-00005/BANKR. MOTIONS**

| | |
|---|---:|
| FEES | $358.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $358.00 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---:|
| FEES | $3,433.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,433.50 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| Bank: | Citibank, N.A. |
| | 153 East 53rd Street, 23rd Floor New York, N.Y. 10022 |
| ABA No.: | 021000089 |
| Account Name: | Kramer Levin Naftalis & Frankel LLP Account AR |
| Account No.: | 4979206709 |
| Reference: | Invoice No. 629060 |
| Attention: | Joseph Scotto (212) 559-6338 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

| | |
|---|---|
| Kramer Levin Naftalis & Frankel LLP | Page No. 2 |
| W.R. GRACE & CO. EQUITY COMMITTEE | August 21, 2013 |
| 056772 | Invoice No. 629060 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $3,491.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,491.50 |

### 056772-00019/HEARINGS

| | |
|---|---|
| FEES | $940.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $940.50 |
| CLIENT GRAND TOTAL | $10,587.40 |

| Kramer Levin Naftalis & Frankel LLP | Page No. 3 |
|---|---|
| W.R. GRACE & CO. EQUITY COMMITTEE | August 21, 2013 |
| 056772-00001 | Invoice No. 629060 |

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/11/13 | BLABEY, DAVID E | Review confidentiality agreement in connection with Project Lantern (.4) and exchange emails with client re same (.2). | 0.60 | 447.00 |
| 07/17/13 | BLABEY, DAVID E | Call with Debtors and advisors re Project Lantern (.9) and email to client re same (.2). | 1.10 | 819.50 |
| 07/23/13 | BLABEY, DAVID E | Review draft motion for approval of Project Lantern. | 0.80 | 596.00 |
| 07/31/13 | BLABEY, DAVID E | Review edits to Project Lantern motion. | 0.10 | 74.50 |
| **TOTAL HOURS AND FEES** | | | **2.60** | **$1,937.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 98.90 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$98.90** |
| **TOTAL FOR THIS MATTER** | **$2,035.90** |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                      August 21, 2013
056772-00002                                                           Invoice No. 629060

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/29/13 | BLABEY, DAVID E | Call with P. Bentley re Grace Committee call (.1) and email to client re same (.1). | 0.20 | 149.00 |
| 07/29/13 | BENTLEY, PHILIP | T/c DB (.1), and notes, re upcoming Committee call (.1). | 0.20 | 179.00 |
| **TOTAL HOURS AND FEES** | | | **0.40** | **$328.00** |

**TOTAL FOR THIS MATTER**                                $328.00

| | | | | |
|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | | | | Page No. 5 |
| W.R. GRACE & CO. EQUITY COMMITTEE | | | | August 21, 2013 |
| 056772-00005 | | | | Invoice No. 629060 |

## BANKR. MOTIONS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/23/13 | BENTLEY, PHILIP | Review e-mails re Project Lantern (.1). | 0.10 | 89.50 |
| 07/25/13 | BENTLEY, PHILIP | Review agenda for 8/1 hearing (.1), and trade e-mails re same (.1). | 0.20 | 179.00 |
| 07/26/13 | BENTLEY, PHILIP | Trade e-mails re upcoming hearing (.1). | 0.10 | 89.50 |
| **TOTAL HOURS AND FEES** | | | **0.40** | **$358.00** |

**TOTAL FOR THIS MATTER**                                      **$358.00**

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                                  August 21, 2013
056772-00007                                                                       Invoice No. 629060

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/22/13 | BENTLEY, PHILIP | Review e-mails re appeal issues. | 0.10 | 89.50 |
| 07/24/13 | KAUP, ANASTASIA N | Emails w/ D. Blabey re: Third Circuit Court of Appeals decision re: Garlock standing to challenge plan, review summary of same (.1). | 0.10 | 49.50 |
| 07/24/13 | BLABEY, DAVID E | Review Third Circuit Garlock decision (.2); discuss with P. Bentley (.1); draft memo to Committee re same (.4). | 0.70 | 521.50 |
| 07/24/13 | BENTLEY, PHILIP | Review Third Circuit's Garlock opinion (.5), and discs. DB (.1) and trade e-mails re same (.3). | 0.90 | 805.50 |
| 07/31/13 | BLABEY, DAVID E | Review quarterly developments in prep for quarterly Committee call (1.1); discuss same with P. Bentley (.2); call with T. Weschler re same (.5). | 1.80 | 1,341.00 |
| 07/31/13 | BENTLEY, PHILIP | Discs. T. Weschler (.5) and DB (.2), and notes, re prep for Comittee call. | 0.70 | 626.50 |
| **TOTAL HOURS AND FEES** | | | **4.30** | **$3,433.50** |

**TOTAL FOR THIS MATTER**                                              **$3,433.50**

Kramer Levin Naftalis & Frankel LLP                                              Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                August 21, 2013
056772-00008                                                                     Invoice No. 629060

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/13 | BLABEY, DAVID E | Edit monthly fee app. | 0.20 | 149.00 |
| 07/16/13 | KAUP, ANASTASIA N | Draft portion of monthly fee application pleading (.4); review filings and accounting reports re: same (.2); emails w/ D. Blabey, F. Arias re: same (.2). | 0.80 | 396.00 |
| 07/23/13 | BLABEY, DAVID E | Review and edit bill for fee app. | 0.30 | 223.50 |
| 07/25/13 | KAUP, ANASTASIA N | O/Cs, T/Cs and emails w/ D. Blabey, D. Bessner, B. Becker, F. Arias re: preparation of monthly and interim fee applications (.4). | 0.40 | 198.00 |
| 07/26/13 | KAUP, ANASTASIA N | Draft/revise monthly fee application (.9); O/Cs and emails w/ D. Blabey, B. Becker, F. Arias re: same (.4). | 1.30 | 643.50 |
| 07/29/13 | KAUP, ANASTASIA N | Review monthly fee application to prepare for filing (.4); emails w/ D. Blabey re: same (.2). | 0.60 | 297.00 |
| 07/31/13 | KAUP, ANASTASIA N | Review/revise monthly fee application to reflect updated disbursements (1.3); O/Cs, T/Cs emails w/ D. Blabey, F. Arias, B. Becker, T. Currier re: same (.6); draft interim fee application template (.8); emails w/ F. Arias re: same (.2). | 2.90 | 1,435.50 |
| 07/31/13 | BLABEY, DAVID E | Review and edit monthly fee app. | 0.20 | 149.00 |
| **TOTAL HOURS AND FEES** | | | **6.70** | **$3,491.50** |

**TOTAL FOR THIS MATTER**                                              $3,491.50

| | | |
|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | | Page No. 8 |
| W.R. GRACE & CO. EQUITY COMMITTEE<br>056772-00019 | | August 21, 2013<br>Invoice No. 629060 |

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/30/13 | KAUP, ANASTASIA N | T/C to Courtcall to make arrangements for P. Bentley to attend hearing telephonically (.2); emails w/ P. Bentley, D. Blabey, A. Chouprouta re: preparation and arrangements for same hearing (.2). | 0.40 | 198.00 |
| 07/31/13 | KAUP, ANASTASIA N | Draft notes re: interim fee application/prepare materials in advance of omnibus/interim fee application hearing (1.2); emails w/ D. Blabey re: preparation for upcoming hearing (.3). | 1.50 | 742.50 |
| **TOTAL HOURS AND FEES** | | | **1.90** | **$940.50** |

**TOTAL FOR THIS MATTER**                                     $940.50