# EXHIBIT B

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
Run Date & Time: 08/21/2013 16:33:01              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                 Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                          PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                        TO:
           UNBILLED DISB FROM: 07/01/2013             TO: 07/31/2013

                          FEES                              COSTS
                          ----                              -----
GROSS BILLABLE AMOUNT:     0.00                             98.90
AMOUNT WRITTEN DOWN:
           PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
         THRU DATE:                                        07/31/2013
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                          BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                          ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

           FEES:              0.00
   DISBURSEMENTS:             0.00     UNIDENTIFIED RECEIPTS:       0.00
   FEE RETAINER:              0.00     PAID FEE RETAINER:           0.00
  DISB RETAINER:              0.00     PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:            0.00     TOTAL AVAILABLE FUNDS:       0.00
                                                  TRUST BALANCE:
                                          BILLING HISTORY
                                          ---------------
DATE OF LAST BILL: 07/31/13              LAST PAYMENT DATE:        08/07/13
LAST BILL NUMBER: 626697                 ACTUAL FEES BILLED TO DATE: 373,601.00
                                      ON ACCOUNT FEES BILLED TO DATE:      0.00
                                         TOTAL FEES BILLED TO DATE: 373,601.00
LAST BILL THRU DATE: 06/30/13          FEES WRITTEN OFF TO DATE:    85,932.00
                                       COSTS WRITTEN OFF TO DATE:   24,521.28

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
   (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE    2
Run Date & Time: 08/21/2013 16:33:01              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status         : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ----------- Total Unbilled -----------
Code Description                             Oldest        Latest        Total
                                             Entry         Entry         Amount
                                             ------        ------        ------
0917 WESTLAW ON-LINE RESEARCH                07/01/13      07/31/13       98.90

                                   Total                                  98.90


U N B I L L E D   C O S T S   D E T A I L
Description/Code                Employee            Date        Amount     Index#      Batch No    Batch Date
                                --------            ----        ------     ------      --------    ----------

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE        BLABEY, D E         07/01/13       4.30    9950322     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/02/13       4.30    9950323     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/03/13       4.30    9950324     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/04/13       4.30    9950325     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/05/13       4.30    9950326     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/08/13       4.30    9950327     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/09/13       4.30    9950328     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/10/13       4.30    9950329     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/11/13       4.30    9950330     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/12/13       4.30    9950331     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/15/13       4.30    9950332     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/16/13       4.30    9950333     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/17/13       4.30    9950334     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/18/13       4.30    9950335     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/19/13       4.30    9950336     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/22/13       4.30    9950337     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/23/13       4.30    9950338     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/24/13       4.30    9950339     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/25/13       4.30    9950340     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/26/13       4.30    9950341     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/29/13       4.30    9950342     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/30/13       4.30    9950343     1436977     08/01/13
    WESTLAW ON-LINE RESE        BLABEY, D E         07/31/13       4.30    9950344     1436977     08/01/13
                       0917 WESTLAW ON-LINE RESE Total :          98.90


                                         Costs Total :            98.90
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/21/2013 16:33:01

Matter No: 056772-00001                               Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
Code Description              Amount             Bill         W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward

0917 WESTLAW ON-LINE RESEARCH   98.90       _____      _____                                  _____

             Costs Total :      98.90
```