# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JULY 1, 2013 THROUGH
# JULY 31, 2013

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

August 15, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   107667

Re:  W. R. Grace & Co.
     Roger Frankel
Case No.:  01-01139 (RLB)

            Subtotal for FEES only:  07/31/13     $1,188.00
                                                  -------------
    CURRENT PERIOD FEES AND COSTS:  07/31/13     $1,188.00
                                                  -------------

************************************************************
  Please send remittance copy with payment.  Thank you.
************************************************************

Page   2

August 15, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   107667

Re:  W. R. Grace & Co.
     Roger Frankel

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 3.3 | 775.50 |
| CASE ADMINISTRATION | 0.4 | 66.00 |
| PLAN AND DISCLOSURE STATEMENT | 0.4 | 198.00 |
| LITIGATION | 0.3 | 148.50 |
| Subtotal for FEES only: 07/31/13 | 4.4 | $1,188.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 1.40 | 1.40 | 693.00 | 0.00 | 0.00 |
| 165.00 | CAH | 3.00 | 3.00 | 495.00 | 0.00 | 0.00 |
| Totals | | 4.40 | 4.40 | 1,188.00 | 0.00 | 0.00 |

```
Sorts:  Grouping code            (Paginate)
        Client code
        Actual employee code     (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 107667 to 107667
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 07/15/13 | Update docket to system and respond to e-mail from D. Fullem. | 0.20 | 33.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 07/29/13 | Update docket to system and review for fee app orders. | 0.20 | 33.00 | |
| | | | | | ------ | ------- | |
| | | | | | 0.40 | 66.00 | |
| | | | | | ------ | ------- | |
| | | | | | 0.40 | 66.00 | |
| | | | | | ------ | ------- | |

Total records this group:  2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/30/13 | E-mail from counsel for Debtors re: 8/1/13 teleconference with Judge Carey; calendar same; e-mail to paralegal re: signing up for Court Call; e-mail from Court Call confirming registration; memorandum to file re: same; review of Agenda for 8/1/13 Hearing. | 0.30 | 148.50 | Li |
| | | | | | ------ | -------- | |
| | | | | | 0.30 | 148.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.30 | 148.50 | |
| | | | | | ------ | -------- | |

Total records this group:   1

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/03/13 | Review of e-mail from D. Fullem; download, file and send filing information back re: Orrick Herrington's 88th monthly fee application. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/03/13 | Review of e-mail from D. Fullem; download, file and send filing information back re: Frankel's first monthly fee application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/15/13 | Draft Certificate of No Objection for Phillips, Goldman & Spence May fee application related to D. Austern. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/15/13 | Draft Certificate of No Objection for Phillips, Goldman & Spence Retention related to R. Frankel and forward to John C. Phillips, Jr. to review. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/15/13 | Scan, OCR, file and serve Certificate of No Objection for Phillips, Goldman & Spence 108th Monthly fee application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/16/13 | Download and file Certificate of No Objection for Orrick; Lincoln's and Phillips, Goldman & Spence 's retention; label and e-mail to D. Fullem for service. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/24/13 | Reconcile payment to fee application. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/25/13 | Review of e-mail from D. Felder; download and .pdf Orrick's and Frankel's Certificate of No Objections and file both; serve same and e-mail results to D. Felder. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/31/13 | Download order of Retention for Lincoln Partners, Orrick Herrington and Phillips, Goldman & Spence; conference with John C. Phillips, Jr. on same and draft fee applications. | 0.30 | 49.50 | |
| | | | | | ------ | -------- | |
| | | | | | 2.60 | 429.00 | |
| | | | | | ------ | -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/15/13 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 108th Monthly (partial) Fee Application; review of and approve Certificate of No Objection re: Order authorizing retention of Phillips, Goldman & Spence post 5/16/13; conference with Celeste A. Hartman re: both. | 0.30 | 148.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/23/13 | Review of and revise May 2013 pre-bill. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/31/13 | Review of Order authorizing FCR's retention of Orrick; review of Order authorizing FCR's retention of Phillips, Goldman & Spence. | 0.20 | 99.00 | |
| | | | | | ------ | -------- | |
| | | | | | 0.70 | 346.50 | |
| | | | | | ------ | -------- | |
| | | | | | 3.30 | 775.50 | |
| | | | | | ------ | -------- | |

Total records this group:  12

```
                                        Act  Trans                                                          Billable       Billable  Gr
Cl code Grouping code description        Emp  Date    Transaction description                                  Hours        Dollars  Cd

WRG     PLAN AND DISCLOSURE              JCP  07/25/13 Review of 3rd Circuit's 7/24/13 opinion denying Garlock's  0.40         198.00  ps
        STATEMENT                                     appeal.
                                                                                                             ------      ---------
                                                                                                               0.40         198.00
                                                                                                             ------      ---------
                                                                                                               0.40         198.00
                                                                                                             ------      ---------
Total records this group:   1

                                                                                                             ------      ---------
                                                                                                               4.40        1,188.00
                                                                                                             ======      =========
16 records printed.
```