

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2204167 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 08/09/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA  22902 | | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 23.30 |
| Mileage & Parking | 42.99 |
| Federal Express | 103.17 |
| CURRENT EXPENSES | 169.46 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 169.46 |
| **NET AMOUNT OF THIS INVOICE** | 169.46 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2204165 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 08/09/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00004 |
| Charlottesville, VA  22902 | | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/13/13 | TKD | Prepare for Third Circuit arguments on appeals; review issues briefly | 0.5 | 325.00 |
| 07/01/13 | TKD | Review all pleadings and share with our group | 0.4 | 260.00 |
| 07/02/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/03/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/09/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/10/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/11/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/12/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/15/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/16/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/17/13 | TKD | Review case filings and share with team | 0.4 | 260.00 |
| 07/18/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/22/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 07/23/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/24/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/25/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/25/13 | TKD | Communications with David Blabey about attending hearing before Judge Carey | 0.2 | 130.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND.    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
08/09/13

W.R. Grace – Official Committee of Equity Security
Holders
Case Administration

Invoice Number 2204165
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/26/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 07/29/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/30/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/30/13 | TKD | Make arrangements for court call and emails with David Blabey re same | 0.3 | 195.00 |
| 07/31/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| | | TOTAL HOURS | 9.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 9.0 | at | $650.00 | = | 5,850.00 |

CURRENT FEES                                                              5,850.00

**TOTAL AMOUNT OF THIS INVOICE**                            5,850.00

**NET AMOUNT OF THIS INVOICE**                               5,850.00

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2204166 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 08/09/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00008 |
| Charlottesville, VA  22902 | | |

Re:   Committee:  Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/24/13 | TKD | Review David Blabey Memo to Committee about Garlock appeal | 0.2 | 130.00 |
| 07/29/13 | TKD | Review materials for our quarterly call this Thursday | 0.7 | 455.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.9 | at | $650.00 | = | 585.00 |

|  |  |
|---|---|
| CURRENT FEES | 585.00 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 585.00 |
| **NET AMOUNT OF THIS INVOICE** | 585.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2204168 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 08/09/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/13:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/22/13 | TBB | Draft CNO to Saul Ewing's Forty-Seventh Monthly Fee Application. | 0.2 | 39.00 |
| 07/23/13 | TKD | Review, approve CNOs | 0.2 | 130.00 |
| 07/23/13 | TBB | File and serve CNO to Saul Ewing's forty seventh monthly fee application. | 0.8 | 156.00 |
| 07/29/13 | TBB | Draft Saul Ewing's forty eighth monthly fee application. | 0.5 | 97.50 |
| 07/29/13 | TBB | File and serve Saul Ewing's forty eighth monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 2.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Tracy B. Buck | 2.3 | at | $195.00 | = | 448.50 |
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |
| | | | CURRENT FEES | | 578.50 |

**TOTAL AMOUNT OF THIS INVOICE**          578.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
08/09/13

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Applicant

Invoice Number 2204168
Page 2

## NET AMOUNT OF THIS INVOICE                          578.50



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2204169 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    08/09/13 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00016 |
| Charlottesville, VA 22902 | |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/01/13 | TBB | Draft Notice to Kramer Levin's one hundred and forty first monthly fee application. | 0.2 | 39.00 |
| 07/01/13 | TBB | File and serve Kramer Levin's one hundred and forty first monthly fee application. | 0.8 | 156.00 |
| 07/01/13 | TBB | Calendar dates. | 0.1 | 19.50 |
| 07/01/13 | TBB | E-mails with D. Blabely re: Kramer fee application. | 0.1 | 19.50 |
| 07/25/13 | TKD | Review and approve Kramer CNO for filing | 0.1 | 65.00 |
| 07/25/13 | TBB | Draft CNO to one hundred and forty first monthly fee application. | 0.2 | 39.00 |
| 07/25/13 | TBB | File and serve CNO to one hundred and forty first monthly fee application. | 0.8 | 156.00 |
| 07/31/13 | TKD | Reviewed Kramer Kevin fee app to arrange for filing | 0.3 | 195.00 |
| | | TOTAL HOURS | 2.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.2 | at | $195.00 | = | 429.00 |
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
08/09/13

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Others

Invoice Number 2204169
Page 2

CURRENT FEES      689.00

TOTAL AMOUNT OF THIS INVOICE  689.00

NET AMOUNT OF THIS INVOICE  689.00

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number      2204170 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date      08/09/13 |
| Peninsula Capital Advisors LLC | Client Number      359022 |
| 404B East Main Street | Matter Number      00017 |
| Charlottesville, VA 22902 | |

Re:  Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/13:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/30/13 | TKD | Review Amended Agenda for Thursdays hearing | 0.3 | 195.00 |
| 07/30/13 | TKD | Communication about hearing on August 1, arrange courtcall | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

CURRENT FEES      325.00

TOTAL AMOUNT OF THIS  INVOICE      325.00

NET AMOUNT OF THIS INVOICE      325.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2204171 |
|---|---|---|
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 08/09/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00020 |
| Charlottesville, VA  22902 | | |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/24/13 | TKD | Review Garlock Opinion and Judgment | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

| | | |
|---|---|---|
| CURRENT FEES | | 195.00 |

| | | |
|---|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | | 195.00 |

| | | |
|---|---|---|
| **NET AMOUNT OF THIS INVOICE** | | 195.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP