IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (KJC)<br><br>Jointly Administered |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION TO THE ONE HUNDRED AND FORTY-SECOND MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD
JUNE 1, 2013 THROUGH JUNE 30, 2013
[RE: DOCKET NO. 30908]**

On August 1, 2013, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), counsel to the Official Committee of Equity Security Holders, filed its One Hundred and Forty-Second Monthly Fee Application for Compensation and Reimbursement of Disbursements [Docket No. 30908] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on August 22, 2013. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $69,500.80 which represents 80% of the fees ($86,876.00), and $5,387.70 which represents 100% of the expenses, requested in the

Application for the period June 1, 2013 through June 30, 2013, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                      **SAUL EWING LLP**

                      By:   /s/ Teresa K.D. Currier
                      Teresa K. D. Currier (No. 3080)
                      222 Delaware Avenue
                      P.O. Box 1266
                      Wilmington, DE  19899
                      (302) 421-6800

                      -and-

                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                      Philip Bentley, Esquire
                      David E. Blabey, Jr., Esquire
                      1177 Avenue of the Americas
                      New York, NY 10036
                      (212) 715-9100

                      Counsel to the Official Committee
                      of Equity Security Holders

Dated: August 26, 2013