IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| Debtors. | ) |  |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

    Roger Frankel, after being duly sworn according to law, deposes and says:

    1.    I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

    2.    I personally performed the work as set forth in the attached Exhibit A.

    3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                    */S/ ROGER FRANKEL*
                                    ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 26TH DAY OF AUGUST, 2013

*/S/ MARILYN TOLEDO*
Notary Public

My commission expires: 3/30/2014