# EXHIBIT A
# ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD JULY 1-31, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC  20005

August 21, 2013
Client No. 29500
Invoice No. 1433793

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through July 31, 2013 in connection with
the matters described on the attached pages:                                  $        43,680.50

DISBURSEMENTS as per attached pages:                                                   27.16

**TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount):   $        43,707.66

Matter(s):  29500/3, 4, 6, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$140,844.90
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL  60677-4006<br>Reference: 29500/ Invoice: 1433793 | *ACH & Wire Transfers:*<br>ABA Number 121000248<br>SWIFT CODE:  WFBIUS6S<br>Account Number: 4123701088<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA  94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 29500/ Invoice: 1433793*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn:  Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL  60143<br>(213) 614-3248<br>Reference: 29500/ Invoice: 1433793 |



Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

August 21, 2013
Client No. 29500
Invoice No. 1433793

Orrick Contact: Roger Frankel

For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter:  3 - Compensation of FCR**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/03/13 | R. Frankel | Review notice of filing of First Monthly Interim, cover sheet, billing statement. | 0.70 |
| 07/09/13 | R. Frankel | Telephone conference with J. Day regarding vendor form for Grace (.3); e-mails with R. Wyron regarding same (.2). | 0.50 |
| 07/15/13 | R. Frankel | Review, sign CNOs regarding employment applications. | 0.10 |
| 07/29/13 | R. Frankel | Review statements for June time. | 0.40 |

Total Hours  1.70
Total For Services  $1,691.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.70 | 995.00 | 1,691.50 |
| Total All Timekeepers | 1.70 | $995.00 | $1,691.50 |

**Total For This Matter**  $1,691.50



# ORRICK

Roger Frankel, Future Claimants' Representative - 29500  
page 2

August 21, 2013  
Invoice No. 1433793

For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter:  4 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/02/13 | R. Frankel | Review, consider draft Horkovich letter to Allstate regarding demands (.4); e-mails regarding same (.1). | 0.50 |
| 07/03/13 | R. Frankel | Review, consider request for confidentiality agreement. | 0.30 |
| 07/08/13 | R. Frankel | Confer with J. Radecki, J. Solgonick, R. Wyron, D. Felder regarding Grace and Sealed Air financial updates (1.5); prepare notes regarding same (.2). | 1.70 |
| 07/08/13 | R. Frankel | Review confidentiality agreement dated June 24 signed by WR Grace (.8); review issues regarding Project Lantern (.3). | 1.10 |
| 07/08/13 | R. Frankel | Review, sign revised acknowledgment of confidentiality agreement. | 0.30 |
| 07/09/13 | R. Frankel | Review Discussion Materials from Lincoln regarding financial results, outlook for Grace, Sealed Air. | 0.80 |
| 07/11/13 | R. Frankel | Review Project Lantern Discussion Materials from Blackstone. | 1.30 |
| 07/15/13 | R. Frankel | Review Project Lantern materials. | 0.60 |
| 07/15/13 | R. Frankel | Review payment percentage issues and Towers Watson report. | 1.30 |
| 07/15/13 | R. Frankel | Telephone conference with D. Trafalet; confer with R. Wyron regarding same. | 0.30 |
| 07/15/13 | R. Frankel | Telephone conference with D. Trafalet regarding FCR considerations (.3); confer with R. Wyron regarding same (.1). | 0.40 |
| 07/16/13 | R. Frankel | Review, consider series of e-mails regarding Project Lantern. | 0.40 |
| 07/17/13 | R. Frankel | Confer with R. Wyron regarding Grace call, Project Lantern (.4); review materials in advance of conference call (.4). | 0.80 |
| 07/17/13 | R. Frankel | Confer with T. Florence on effective date issues. | 0.60 |
| 07/17/13 | R. Frankel | Telephone conference with Grace, et al. regarding Project Lantern (.6); notes regarding same (.2). | 0.80 |
| 07/17/13 | R. Frankel | Telephone conference with J. Radecki, D. Felder, R. Wyron regarding Project Lantern. | 0.40 |
| 07/19/13 | R. Frankel | Review Grace motion, order, declaration regarding Project Lantern (.9); consider issues regarding same (.3). | 1.20 |
| 07/22/13 | R. Frankel | Review and consider draft Project Lantern pleadings and motion to file same under seal. | 2.20 |


ORRICK

Roger Frankel, Future Claimants' Representative - 29500　　　　　　　　　　August 21, 2013
page 3　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 1433793

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/22/13 | R. Frankel | Review and consider draft proposed order and draft Declaration regarding Project Lantern. | 0.70 |
| 07/22/13 | R. Frankel | Review and consider edits to motion and order; series of e-mails with R. Wyron, D. Felder regarding same. | 0.80 |
| 07/22/13 | R. Frankel | Telephone conference with R. Wyron, D. Felder regarding Project Lantern (.5); telephone conference with same and J. Radecki regarding Project Lantern (.4). | 0.90 |
| 07/22/13 | R. Frankel | Review Plan and Confirmation Order regarding issues in connection with Project Lantern (2.1); series of e-mails with R. Wyron, D. Felder regarding same (.6). | 2.70 |
| 07/23/13 | R. Frankel | Review revised draft motion, order and declaration from Kirkland regarding Project Lantern (1.1); review plan and Code language regarding Project Lantern issues (1.3). | 2.40 |
| 07/23/13 | R. Frankel | Telephone conference with R. Wyron regarding Project Lantern issues, revised drafts (.4); prepare notes regarding same (.3). | 0.70 |
| 07/23/13 | R. Frankel | Review revised motion and order from D. Felder in preparation for telephone conference. | 0.70 |
| 07/23/13 | R. Frankel | Telephone conference with J. Radecki, D. Felder, R. Wyron regarding Project Lantern (.4); prepare notes regarding same (.2). | 0.60 |
| 07/23/13 | R. Frankel | Review series of e-mails with R. Wyron, A. Rich regarding Project Lantern (.4); telephone conference with R. Wyron regarding same (.3). | 0.70 |
| 07/24/13 | R. Frankel | Review series of e-mails with R. Wyron, A. Rich, D. Felder regarding Project Lantern issues. | 0.70 |
| 07/24/13 | R. Frankel | Telephone conference with R. Wyron regarding Project Lantern deal issues, language of Order (.5); prepare notes regarding same (.3). | 0.80 |
| 07/24/13 | R. Frankel | Review Third Circuit opinion regarding Garlock standing (1.1); series of e-mails regarding same (.3). | 1.40 |
| 07/24/13 | R. Frankel | Review revised, marked motion, proposed order and declaration from D. Felder (.7); series of e-mails with R. Wyron, D. Felder regarding pleadings (.2). | 0.90 |
| 07/25/13 | R. Frankel | Review e-mail memo regarding status of changes to motion, order regarding Project Lantern (.8); e-mails with R. Wyron regarding same (.3). | 1.10 |
| 07/26/13 | R. Frankel | Review second quarter earnings report from Grace. | 0.40 |
| 07/26/13 | R. Frankel | Telephone conference with R. Wyron regarding status of Project Lantern pleadings (.3); review e-mails regarding same (.3). | 0.60 |



Roger Frankel, Future Claimants' Representative - 29500  August 21, 2013
page 4  Invoice No. 1433793

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/29/13 | R. Frankel | Review Plan in connection with Project Lantern. | 1.20 |
| 07/29/13 | R. Frankel | Confer with R. Wyron regarding Project Lantern, omnibus hearing (.3); prepare notes regarding same (.2). | 0.50 |
| 07/29/13 | R. Frankel | Review revised motion, order, declaration regarding Project Lantern from Kirkland (.6); confer with R. Wyron regarding same (.3). | 0.90 |
| 07/30/13 | R. Frankel | Review proposed changes to Project Lantern motion, order from R. Wyron, D. Felder (.6); review series of e-mails with D. Felder, A. Paul (.3); confer with R. Wyron regarding same (.3). | 1.20 |
| 07/30/13 | R. Frankel | Confer with R. Wyron regarding August 1 hearing (.5); prepare notes for hearing (.3). | 0.80 |
| 07/30/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron regarding August 1 hearing (.3); prepare notes regarding same (.1). | 0.40 |
| 07/30/13 | R. Frankel | Confer with R. Wyron regarding Project Lantern issues. | 0.40 |
| 07/30/13 | R. Frankel | Confer with R. Wyron regarding post-effective date issues, deferred payment obligation. | 0.40 |
| 07/30/13 | R. Frankel | Review agenda for August 1 hearing (.1); confer with R. Wyron regarding same (.2). | 0.30 |
| 07/31/13 | R. Frankel | Review revised, final motion, order, declaration regarding Project Lantern. | 1.40 |
| 07/31/13 | R. Frankel | Review Third Circuit opinion regarding Garlock. | 0.60 |
| 07/31/13 | R. Frankel | Review pre-effective date issues - payment percentage reports. | 0.80 |
| 07/31/13 | R. Frankel | Confer with R. Wyron regarding issues in connection with August 1 hearing. | 0.50 |
| 07/31/13 | R. Frankel | Confer with R. Wyron regarding Project Lantern issues (.4); prepare notes regarding same (.2). | 0.60 |

Total Hours  41.10
Total For Services  $40,894.50



Roger Frankel, Future Claimants' Representative - 29500  
page 5

August 21, 2013  
Invoice No. 1433793

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 41.10 | 995.00 | 40,894.50 |
| Total All Timekeepers | 41.10 | $995.00 | $40,894.50 |

Disbursements  
    Taxi Expense      27.16  
    Total Disbursements      $27.16

**Total For This Matter**      **$40,921.66**



Roger Frankel, Future Claimants' Representative - 29500  
page 6

August 21, 2013  
Invoice No. 1433793

For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter:  6 - Retention of FCR and FCR Professionals**

| 07/30/13 | R. Frankel | Review pending applications of FCR to employ professionals in preparation for August 1 hearing. | 0.90 |

          Total Hours    0.90  
          Total For Services        $895.50

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 0.90 | 995.00 | 895.50 |
| Total All Timekeepers | 0.90 | $995.00 | $895.50 |

          **Total For This Matter**        **$895.50**



**ORRICK**

Roger Frankel, Future Claimants' Representative - 29500  
page 7

August 21, 2013  
Invoice No. 1433793

---

For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter: 8 - Compensation of Professionals – Other**

| | | | |
|---|---|---|---|
| 07/31/13   R. Frankel | Review schedule of Lincoln monthly fee requests. | | 0.20 |
| | Total Hours | 0.20 | |
| | Total For Services | | $199.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.20 | 995.00 | 199.00 |
| Total All Timekeepers | 0.20 | $995.00 | $199.00 |

**Total For This Matter**      **$199.00**

\* \* \* COMBINED TOTALS \* \* \*

| | | |
|---|---|---|
| Total Hours | 43.90 | |
| Total Fees, all Matters | | $43,680.50 |
| Total Disbursements, all Matters | | $27.16 |
| Total Amount Due | | $43,707.66 |