# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# JULY 1-31, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

*tel +1-202-339-8400*
*fax +1-202-339-8500*

WWW.ORRICK.COM

Roger Frankel, Successor Future Claimants' Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

August 15, 2013
Client No. 17367
Invoice No. 1433555

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2013 in connection with the matters described on the attached pages: | $ | 53,120.00 |
| DISBURSEMENTS as per attached pages: | | 768.94 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **53,888.94** |

Matter(s): 17367/10, 11, 12, 13, 7, 8

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$173,559.15
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1433555*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
***Account Number: 4123701088***
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1433555*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1433555*



Roger Frankel, Successor Future Claimants' Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

August 15, 2013
Client No. 17367
Invoice No. 1433555

Orrick Contact: Roger Frankel

For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 07/02/13 | R. Wyron | Review e-mail from P. Mahaley and review draft letter from R. Horkovich, and notes regarding same. | 0.60 |
| 07/03/13 | P. Mahaley | Discuss merits of proposed insurance settlement offer with FCR and R. Wyron and communicate outcome to R. Horkovich for ACC. | 0.30 |
| 07/03/13 | R. Wyron | Review draft letter from R. Horkovich regarding buyout offer (.2); review Tillinghast analysis of claims (.3); telephone conference with R. Frankel and P. Mahaley regarding strategy and follow-up regarding same (.4). | 0.90 |

| | | |
|---|---|---|
| Total Hours | 1.80 | |
| Total For Services | | $1,512.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 0.30 | 665.00 | 199.50 |
| Richard H. Wyron | 1.50 | 875.00 | 1,312.50 |
| Total All Timekeepers | 1.80 | $840.00 | $1,512.00 |

**Total For This Matter** **$1,512.00**


Roger Frankel, Successor Future Claimants' Representative
for W.R. Grace - 17367
page 2

August 15, 2013
Invoice No. 1433555

For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 07/01/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 07/03/13 | D. Fullem | Review J. Carey's chambers procedures and related materials and e-mail same to R. Wyron. | 0.60 |
| 07/03/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 07/03/13 | R. Wyron | Review and respond to e-mails regarding Project Lantern and follow-up regarding same. | 0.50 |
| 07/08/13 | D. Felder | Meeting with Lincoln regarding financial update (1.5); follow-up e-mail correspondence with J. Radecki regarding same (.2); review e-mail correspondence from R. Higgins regarding Project Lantern and follow-up regarding same (.3); review confidentiality agreement and acknowledgment regarding same (1.5). | 3.50 |
| 07/08/13 | R. Wyron | Conference with J. Radecki and team regarding financial update, Project Lantern and follow-up (1.6); review confidentiality agreement from Grace (.3). | 1.90 |
| 07/11/13 | D. Felder | E-mail correspondence regarding Project Lantern and follow-up regarding same. | 0.40 |
| 07/15/13 | D. Felder | Review Project Lantern presentation and consider issues regarding same. | 0.80 |
| 07/15/13 | R. Wyron | Review Towers Watson reports (.3); follow-up regarding reports (.2). | 0.50 |
| 07/16/13 | D. Felder | Telephone conference with claimant regarding status of case (.5); e-mail correspondence to/from J. O'Neill regarding hearing dates and preliminary agenda (.2); review preliminary agenda (.2). | 0.90 |
| 07/16/13 | R. Wyron | Attend status call and follow-up (.5); review Lantern issues (.8). | 1.30 |
| 07/17/13 | D. Felder | Telephone conference with Grace and committees regarding Project Lantern and review powerpoint regarding same (1.0); follow-up telephone conference with Lincoln regarding same (.4). | 1.40 |
| 07/17/13 | R. Wyron | Review materials on Project Lantern (.4); telephone conference regarding Lantern and follow-up regarding same (1.1); telephone conference with J. Radecki regarding issues (.3); review issues under plan (.4). | 2.20 |



| | | | |
|---|---|---|---|
| 07/18/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 07/18/13 | D. Felder | Consider issues regarding Project Lantern and conference with R. Wyron regarding same. | 1.00 |
| 07/18/13 | R. Wyron | Review plan regarding acquisition issues (.4); telephone conference with A. Rich and follow-up regarding same (.4); conference with D. Felder and review e-mails regarding same (.4); organize notes regarding plan issues (.2). | 1.40 |
| 07/19/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 07/19/13 | D. Felder | E-mail correspondence to R. Frankel, R. Wyron and Debtors regarding status of draft motion regarding Project Lantern. | 0.10 |
| 07/19/13 | D. Felder | Review draft motion regarding Project Lantern (1.0); e-mail correspondence with Lincoln regarding same (.1). | 1.10 |
| 07/19/13 | R. Wyron | Review Larch order (.3); organize notes (.2). | 0.50 |
| 07/20/13 | R. Wyron | Review Lantern pleadings and comments regarding same (1.4); review and respond to e-mail regarding Lantern pleadings (.3). | 1.70 |
| 07/22/13 | D. Felder | Review Project Lantern motion and proposed order from Kirkland and note issues regarding same (1.5); telephone conferences with Lincoln, R. Frankel and R. Wyron regarding same (.5); follow-up regarding same (2.0). | 4.00 |
| 07/22/13 | R. Wyron | Review Lantern e-mails and respond (.4); telephone conference with Lincoln and FCR regarding open issues and follow-up regarding same (.8); review Plan issues and telephone conferences regarding same (.9). | 2.10 |
| 07/23/13 | D. Felder | Review issues regarding Project Lantern and follow-up regarding same (1.5); conferences with R. Wyron regarding same (.3); telephone conference with R. Frankel, R. Wyron and J. Radecki regarding same (.3); review and revise Project Lantern pleadings and e-mail correspondence to/from Kirkland regarding same (2.5). | 4.60 |
| 07/23/13 | R. Wyron | Review and respond to e-mails regarding Lantern issues (.9); work on draft order language (.4); telephone conferences regarding Lantern and follow-up regarding same (1.8). | 3.10 |


| | | | |
|---|---|---|---|
| 07/24/13 | D. Felder | Review e-mail correspondence to/from R. Wyron, R. Frankel, K&E, A. Rich and P. Lockwood regarding Project Lantern (1.5); review Third Circuit's opinion regarding Garlock and follow-up e-mail correspondence with Kirkland regarding same (.8); review and revise language for Project Lantern motion and follow-up conferences and e-mail correspondence with R. Wyron regarding same (2.5); e-mail correspondence with P. Lockwood and A. Rich regarding same and follow-up (.5); telephone conference with R. Frankel and follow-up with Lincoln regarding same (.5). | 5.80 |
| 07/24/13 | R. Wyron | Review and revise Lantern order (.8); telephone conferences regarding Lantern order and follow up (1.3); review Third Circuit decision on Garlock standing and follow up (.9). | 3.00 |
| 07/25/13 | D. Felder | Review e-mail correspondence from R. Wyron and R. Frankel regarding Project Lantern. | 0.10 |
| 07/26/13 | R. Wyron | Telephone conference with R. Frankel regarding status and follow-up. | 0.20 |
| 07/29/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 07/29/13 | D. Felder | E-mail correspondence with J. O'Neill and M. Hurford regarding August 1 hearing (.3); follow-up e-mail correspondence with R. Wyron and conference with D. Fullem regarding same (.2); review agenda for August 1 hearing (.2); review local rules and Chambers procedures regarding for Judge Carey (1.0); review revised pleadings regarding Project Lantern and conference with R. Wyron regarding same (.8). | 2.50 |
| 07/29/13 | R. Wyron | Review proposed Lantern order and e-mails regarding same (.8); telephone conference with A. Paul and e-mails regarding same (.6); prepare for 8/1 hearing (.2). | 1.60 |
| 07/30/13 | D. Felder | Conferences with R. Wyron regarding Project Lantern and August 1 omnibus hearing preparation and follow-up regarding same (.5); research issues in preparation for August 1 hearing on FCR's employment applications and prepare e-mail summary regarding same (2.6); review applications to employ FCR's professionals in preparation for August 1 hearing and e-mail correspondence with D. Fullem, R. Frankel and R. Wyron regarding same (1.0). | 4.10 |
| 07/30/13 | M. Wallace | Discuss proposed language related to Project Lantern with R. Wyron. | 0.10 |

| | | | |
|---|---|---|---|
| 07/30/13 | R. Wyron | Review and respond to e-mails regarding Lantern order (.6); review changes and follow-up with D. Felder and R. Frankel (.7); review hearing agenda, filings, research and issues, and confer with R. Frankel (1.7). | 3.00 |
| 07/31/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 07/31/13 | D. Felder | Review final version of Project Lantern pleadings and blackline regarding same (1.0); e-mail correspondence with R. Frankel, R. Wyron, A. Rich, P. Lockwood and J. Gettleman regarding Project Lantern pleadings (.4); conference with R. Wyron regarding same (.2); review issues for M. Wallace project regarding same (.5). | 2.10 |
| 07/31/13 | R. Wyron | Prepare notes for hearing (.4); review and respond to emails re Lantern order (.7). | 1.10 |

| | | |
|---|---|---|
| Total Hours | 58.40 | |
| Total For Services | | $42,707.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 32.40 | 650.00 | 21,060.00 |
| Debra O. Fullem | 1.80 | 270.00 | 486.00 |
| Mary A. Wallace | 0.10 | 740.00 | 74.00 |
| Richard H. Wyron | 24.10 | 875.00 | 21,087.50 |
| Total All Timekeepers | 58.40 | $731.29 | $42,707.50 |

Disbursements

| | | |
|---|---|---|
| Out of Town Business Meals | 16.38 | |
| Outside Reproduction Services | 117.20 | |
| Parking Expense | 22.00 | |
| Taxi Expense | 41.30 | |
| Travel Expense, Local | 519.00 | |
| Travel Expense, Out of Town | 10.00 | |
| Westlaw Research | 43.06 | |
| Total Disbursements | | $768.94 |

**Total For This Matter** **$43,476.44**



For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 07/15/13 | D. Fullem | Prepare CNOs for Frankel/FCR's employment of Lincoln, Phillips Goldman, and Orrick; coordinate filing/serving of same. | 0.80 |
| 07/15/13 | D. Felder | E-mail correspondence with J. Solganick regarding status of Lincoln's employment application (.2); review docket regarding same and follow-up with D. Fullem (.3); review and revise CNO for Lincoln's employment application and e-mail correspondence with D. Fullem regarding same (.4). | 0.90 |
| 07/29/13 | D. Fullem | Confer with R. Wyron and D. Felder regarding status of FCR professionals' employment orders. | 0.20 |
| 07/31/13 | D. Fullem | Review employment orders for Lincoln and PGS as entered by the Court. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 2.10 | |
| Total For Services | | $909.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.90 | 650.00 | 585.00 |
| Debra O. Fullem | 1.20 | 270.00 | 324.00 |
| Total All Timekeepers | 2.10 | $432.86 | $909.00 |

**Total For This Matter** **$909.00**



For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 07/02/13 | D. Fullem | Review final invoice of R. Frankel for May 16-31 time period; finalize draft of fee application; forward to D. Felder and R. Wyron for review/comment. | 0.80 |
| 07/02/13 | R. Wyron | Review FCR's fee application and provide comments. | 0.20 |
| 07/03/13 | D. Fullem | Coordinate revisions and finalizing of FCR's first monthly fee application for May 16-31, 2013. | 1.20 |
| 07/03/13 | D. Fullem | Discussion with R. Wyron regarding final fee application for D. Austern. | 0.20 |
| 07/03/13 | D. Felder | Review and revise R. Frankel's May 16-31 fee application. | 0.80 |
| 07/03/13 | R. Wyron | Review final comments to R. Frankel May 16-31 fee application and finalize same. | 0.30 |
| 07/09/13 | D. Fullem | Review FCR's June prebill. | 0.80 |
| 07/09/13 | D. Felder | Review FCR's June prebill. | 0.80 |
| 07/18/13 | D. Fullem | Prepare draft of CNO for Frankel May fee applications. | 0.40 |

| | | |
|---|---|---|
| Total Hours | 5.50 | |
| Total For Services | | $2,395.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.60 | 650.00 | 1,040.00 |
| Debra O. Fullem | 3.40 | 270.00 | 918.00 |
| Richard H. Wyron | 0.50 | 875.00 | 437.50 |
| Total All Timekeepers | 5.50 | $435.55 | $2,395.50 |

**Total For This Matter** **$2,395.50**


For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 07/15/13 | D. Felder | Review and revise CNO for Orrick's retention application (.5); e-mail correspondence with D. Fullem regarding same (.2); conference with R. Wyron regarding same (.2); review e-mail correspondence to/from D. Fullem and C. Hartman regarding same (.2); review local rules (.2); review Judge Carey's courtroom procedures regarding same (.5). | 1.80 |
| 07/29/13 | D. Fullem | Confer with R. Wyron and D. Felder regarding status of Orrick's employment order. | 0.20 |
| 07/31/13 | D. Fullem | Review Orrick's employment order as entered by the Court. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 2.20 | |
| Total For Services | | $1,278.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.80 | 650.00 | 1,170.00 |
| Debra O. Fullem | 0.40 | 270.00 | 108.00 |
| Total All Timekeepers | 2.20 | $580.91 | $1,278.00 |

**Total For This Matter** **$1,278.00**



For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/01/13 | D. Felder | Review revised May invoices and conference with P. Reyes regarding same. | 1.10 |
| 07/02/13 | D. Fullem | Review final May 1-15 invoice; finalize draft of fee application; send to D. Felder and R. Wyron for review/comment. | 0.80 |
| 07/02/13 | D. Felder | Conferences with P. Reyes and D. Fullem regarding May invoices. | 0.50 |
| 07/02/13 | R. Wyron | Review May 1-15 monthly fee application and provide comments. | 0.30 |
| 07/03/13 | D. Fullem | Coordinate revisions and finalizing Orrick's fee application for the period May 1-15, 2013. | 1.20 |
| 07/03/13 | D. Felder | Review and revise Orrick's May 1-15 fee application. | 1.00 |
| 07/03/13 | R. Wyron | Review final comments to May 1-15 fee application and finalize same. | 0.30 |
| 07/09/13 | D. Fullem | Review Orrick's June prebill. | 1.00 |
| 07/09/13 | D. Felder | Review Orrick's June prebill and conferences with D. Fullem regarding same. | 0.80 |
| 07/15/13 | D. Fullem | Confer with D. Felder and R. Wyron regarding edits to June invoice and status of finalizing same. | 0.20 |
| 07/15/13 | D. Fullem | Confer with R. Wyron regarding status of pending fee applications and hearing on same; research and provide detail to R. Wyron and D. Felder; follow-up with P. Cuniff at Pachulski. | 0.50 |
| 07/18/13 | D. Fullem | Prepare draft of CNO for Orrick May fee application. | 0.40 |
| 07/25/13 | D. Felder | Review and finalize CNOs for Orrick's May 1-15 fee application and R. Frankel's May 16-31 fee application (.3); e-mail correspondence to/from C. Hartman regarding same (.1). | 0.40 |
| 07/31/13 | D. Fullem | Review June invoice; begin draft of June fee application for Orrick. | 0.80 |

| | | |
|---|---|---|
| Total Hours | 9.30 | |
| Total For Services | | $4,318.00 |



Roger Frankel, Successor Future Claimants' Representative
for W.R. Grace - 17367
page 10

August 15, 2013
Invoice No. 1433555

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.80 | 650.00 | 2,470.00 |
| Debra O. Fullem | 4.90 | 270.00 | 1,323.00 |
| Richard H. Wyron | 0.60 | 875.00 | 525.00 |
| Total All Timekeepers | 9.30 | $464.30 | $4,318.00 |

**Total For This Matter** **$4,318.00**

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 79.30 | |
| Total Fees, all Matters | | $53,120.00 |
| Total Disbursements, all Matters | | $768.94 |
| Total Amount Due | | $53,888.94 |