IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 29, 2013, AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.**

**Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., August 28, 2013**

**CONTINUED MATTERS:**

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

   Response Deadline: September 12, 2008, at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Responses Received:

a.      Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

b.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to the next omnibus hearing date.

## UNCONTESTED MATTERS:

2.      [Filed Under Seal] Debtors' Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/2/13] (Docket No. 30914)

Response Deadline:  August 22, 2013, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.      [Proposed] [Filed Under Seal] Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/2/13] (Docket No. 30914, Exhibit A)

b.      Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/26/13] (Docket No. 31018)

Status: No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order [Filed Under Seal] attached to the Motion.

3.      Motion for Entry of a Protective Order Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/2/13] (Docket No. 30915)

Response Deadline:  August 22, 2013, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

<u>Related Documents:</u>

a.      [Proposed] Protective Order Authorizing the Debtors to File Under Seal Their
        Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to
        Participate in a Competitive Auction and (B) If Selected as the Winning Bidder,
        to Consummate a Proposed Acquisition [Filed: 8/2/13] (Docket No. 30915,
        Exhibit A)

b.      Certification of No Objection Regarding Motion for Entry of a Protective Order
        Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order
        Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive
        Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed
        Acquisition [Filed: 8/26/13] (Docket No. 31019)

<u>Status:</u> No parties have objected to the relief requested in the Motion.  Accordingly, the
Debtors have filed a certification of no objection and respectfully request the entry of the
order attached to the Motion.

Dated: August __27__, 2013                    KIRKLAND & ELLIS LLP
                                              Adam Paul
                                              300 North LaSalle
                                              Chicago, IL 60654
                                              Telephone: (312) 862-2000

                                              and

                                              THE LAW OFFICES OF ROGER HIGGINS, LLC
                                              Roger J. Higgins
                                              11 East Wacker Drive
                                              Suite 2800
                                              Chicago, IL 60601
                                              Telephone: (312) 836-4047

DOCS_DE:189191.3 91100/001

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

4