IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re: Docket No.: 31021 |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 29, 2013, AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

## THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.

## CONTINUED MATTERS:

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Responses Received:

a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

b. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to the next omnibus hearing date.

**UNCONTESTED MATTERS:**

2. [Filed Under Seal] Debtors' Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/2/13] (Docket No. 30914)

   Response Deadline: August 22, 2013, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] [Filed Under Seal] Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/2/13] (Docket No. 30914, Exhibit A)

   b. Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/26/13] (Docket No. 31018)

   c. **[Signed] [Filed Under Seal] Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/27/13] (Docket No. 31022)**

   **Status: The Court has entered an order on this matter.**

3. Motion for Entry of a Protective Order Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/2/13] (Docket No. 30915)

2

Response Deadline: August 22, 2013, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Protective Order Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/2/13] (Docket No. 30915, Exhibit A)

b. Certification of No Objection Regarding Motion for Entry of a Protective Order Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/26/13] (Docket No. 31019)

c. **[Signed] Protective Order Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [Filed: 8/27/13] (Docket No. 31023)**

Status: **The Court has entered an order on this matter.**

Dated: August 27, 2013

KIRKLAND & ELLIS LLP
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

4