## E<small>XHIBIT</small> A

**July 2013 Fee Detail**

| Matter 2 | | Asset Disposition | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 7/10/2013 | Analyze issues re 7600 Grace Drive sale (.80); telephone conference with V. Finkelstein re same (.40); exchange correspondence with various parties re same (.30). | 1.50 | $475 | $712.50 |
| Total | | | 1.50 | | $ 712.50 |

| | Matter 3 | Business Operations | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 7/5/2013 | Analyze issues re proposed business transaction (.70); exchange correspondence with A. Schlesinger re same (.30). | 1.00 | $475 | $475.00 |
| RJH | 7/8/2013 | Exchange correspondence with A. Rich and others re proposed business transaction (.70); distribute confidentiality agreement and acknowledgment to counsel (.30). | 1.00 | $475 | $475.00 |
| RJH | 7/9/2013 | Exchange correspondence with various parties re proposed business transaction (.50); analyze issues re same (.70). | 1.20 | $475 | $570.00 |
| RJH | 7/10/2013 | Analyze confidentiality agreement issues (.80); exchange correspondence with various parties re same (.70). | 1.50 | $475 | $712.50 |
| RJH | 7/11/2013 | Telephone conference with D. Felder re potential business transaction (.30); analyze issues re same (.70); exchange correspondence with various parties re same (.70). | 1.70 | $475 | $807.50 |
| RJH | 7/17/2013 | Analyze issues re potential business transaction (.30); participate in telephone conference with financial advisors and counsel for committees and FCRs (1.00). | 1.30 | $475 | $617.50 |
| RJH | 7/18/2013 | Review and comment on draft motion re proposed business transaction (.70). | .70 | $475 | $332.50 |
| RJH | 7/19/2013 | Review and comments on revised draft motion and declaration re proposed business transaction (1.00); exchange correspondence with D. Wildes and others re same (.50). | 1.50 | $475 | $712.50 |
| RJH | 7/22/2013 | Analyze issues re proposed business transaction (.60). | .60 | $475 | $285.00 |
| RJH | 7/29/2013 | Review and comment on revised business transaction motion (.50). | .50 | $475 | $237.50 |
| RJH | 7/31/2013 | Review and comment on draft revised business transaction motion (.30). | .30 | $475 | $142.50 |
| Total | | | 11.30 | | $5,367.50 |

**Matter 4**                          **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/8/2013 | Telephone conference with M. Araki re 10-Q insert (.40); review and analyze same (.60); respond to creditor inquiries (.50). | 1.50 | $475 | $712.50 |
| RJH | 7/9/2013 | Analyze issues re US Trustee program quarterly fee payments (.50); telephone conference with K. Makowski re same (.30); respond to creditor inquiries (.40). | 1.20 | $475 | $570.00 |
| RJH | 7/10/2013 | Analyze BMC proposed changes to 10-Q bankruptcy insert (.40); revise same and circulate for comment (.80). | 1.20 | $475 | $570.00 |
| RJH | 7/11/2013 | Review and analyze issues re quarterly OCP report (.30); prepare same for filing (.60); respond to creditor inquiries (.20). | 1.10 | $475 | $522.50 |
| RJH | 7/20/2013 | Review and comment on draft 10-K (1.50). | 1.50 | $475 | $712.50 |
| RJH | 7/23/2013 | Prepare quarterly asset sale report for filing (.40); prepare quarterly settlement report for filing (.60). | 1.00 | $475 | $475.00 |
| RJH | 7/30/2013 | Respond to T. Puglisi query re 10-Q submission (.20). | .20 | $475 | $95.00 |
| Total | | | 7.70 | | $3,657.50 |

**Matter 5**                    **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/15/2013 | Telephone conference with R. Finke re Forest Service matter (.50); telephone conference with J. Bernbock re same (.80); legal analysis re same (2.00). | 3.30 | $475 | $1,567.50 |
| RJH | 7/17/2013 | Telephone conference with J. Gettleman re Forest Service and other matters (.60). | .60 | $475 | $285.00 |
| RJH | 7/22/2013 | Legal analysis re potential asbestos property damage claim (.70). | .70 | $475 | $332.50 |
| Total | | | 4.60 | | $2,185.00 |

**Matter 6**                    Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/1/2013 | Analyze open claims (1.00); update task list re same (1.20). | 2.20 | $475 | $1,045.00 |
| RJH | 7/8/2013 | Analyze open non-VSPP employee claims (3.80); legal research re same (.80); exchange correspondence with M. Araki re same (.50). | 5.10 | $475 | $2,422.50 |
| RJH | 7/9/2013 | Analyze non-VSPP employee claims (1.50); legal research re same (.70); telephone conference with M. Araki re same and other issues (.40); telephone conference with R. Finke re various claims and other issues (.50); analysis re Hanmar/Hankin claim (.40). | 3.50 | $475 | $1,662.50 |
| RJH | 7/10/2013 | Analyze employee claims issues (1.20). | 1.20 | $475 | $570.00 |
| RJH | 7/15/2013 | Analysis re claims transfer issue (.40); exchange correspondence with J. Cohen re same (.30). | .70 | $475 | $332.50 |
| RJH | 7/16/2013 | Exchange correspondence with various parties re claims and other issues (.60). | .60 | $475 | $285.00 |
| RJH | 7/18/2013 | Review and analyze proposed claims transfer issues (.70); exchange correspondence with J. Cohen re same (.30). | 1.00 | $475 | $475.00 |
| RJH | 7/19/2013 | Telephone conference with J. Cohen re proposed claim transfer issue (.50). | .50 | $475 | $237.50 |
| RJH | 7/25/2013 | Legal analysis re Sukenik claim (.60); analyze open claims issues (.90); analyze employee claims issues (.60). | 2.10 | $475 | $997.50 |
| RJH | 7/26/2013 | Legal analysis re Hanmar/Hankin (.50); prepare for telephone conference with R. Finke re same (.20); telephone conference with R. Finke re same and other issues (.60); revise settlement letter re same (.70); analyze Plum Creek and Forest Service issues (1.50). | 3.50 | $475 | $1,662.50 |
| RJH | 7/29/2013 | Revise Sukenik stipulation and circulate for execution (.60); telephone conference with N. Sukenik re same (.40); analyze issues and exchange correspondence with R. Finke re same (.70); follow-on telephone conference with R. Finke re same (.40); prepare for telephone conference with client re Hanmar/Hankin settlement (.30); participate in same (.80); revise and transmit settlement letter (.60); follow-on telephone conference with R. Finke re same (.50). | 4.30 | $475 | $2,042.50 |
| RJH | 7/30/2013 | Exchange correspondence with N. Sukenik re Sukenik stipulation (.30); exchange correspondence with R. Finke re Hanmar/Hankin (.40); review client documents re same (1.20). | 1.90 | $475 | $902.50 |

5

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/31/2013 | Exchange correspondence with R. Finke re Hanmar/Hankin (.20); telephone conference with R. Finke re same (.30); telephone conference with D. Green re Sukenik claim (.30); prepare report re open claims reserve amounts (.80); analyze open claims issues (.50). | 2.10 | $475 | $997.50 |
| Total | | | 28.70 | | $13,632.50 |

**Matter 10**                                      **Employment Applications, Others**

**Matter 10**                                      **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/9/2013 | Attend to matters re OCP retention (.30); telephone conference with J. McFarland re same (.30). | .60 | $475 | $285.00 |
| RJH | 7/22/2013 | Attend to matters re OCP retention (.40); exchange correspondence with various parties re same (.30). | .70 | $475 | $332.50 |
| Total | | | 1.30 | | $ 617.50 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 7/24/2013 | Prepare RJH June fee application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/29/2013 | Prepare June fee application for filing (.30); draft 2d quarter fee application (1.50). | 1.80 | $475 | $855.00 |
| Total | | | 2.80 | | $1,330.00 |

| Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 7/10/2013 | Review and analyze fee auditor report re Grant Thornton (.40). | .40 | $475 | $190.00 |
| RJH | 7/23/2013 | Telephone conference with S. Solow re fee application and other issues (.40); analyse issues re Venable (.30); exchange correspondence with various parties re the foregoing issues (.90); telephone conference with D. Bushnaq re Venable (.40). | 2.00 | $475 | $950.00 |
| Total | | | 2.40 | | $1,140.00 |

**Matter 14**                                              **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/8/2013 | Analyze issues re proposed hearing dates and court practices (.70); exchange correspondence with various parties re same (.40). | 1.10 | $475 | $522.50 |
| RJH | 7/11/2013 | Participate in telephone conference with J. O'Neill and M. Jones re hearings issues (.40). | .40 | $475 | $190.00 |
| RJH | 7/22/2013 | Telephone conference with A. Paul re 8/1 hearing and other issues (.40); telephone conference with R. Finke re same and other issues (.60). | 1.00 | $475 | $475.00 |
| RJH | 7/23/2013 | Participate in telephone conference with J. O'Neill and A. Paul re 8/1 hearing (.40). | .40 | $475 | $190.00 |
| RJH | 7/25/2013 | Exchange correspondence with various parties re upcoming hearings and analyze issues re same (.50). | .50 | $475 | $237.50 |
| RJH | 7/26/2013 | Exchange correspondence with J. O'Neill re 8/1 hearing (.10) | .10 | $475 | $47.50 |
| RJH | 7/29/2013 | Attend to matters re 8/1 hearing (.20) | .20 | $475 | $95.00 |
| RJH | 7/30/2013 | Telephone conference with J. O'Neill re 8/1 hearing (.20); exchange correspondence with various parties re same (.20); attend to matters re same (.10). | .50 | $475 | $237.50 |
| Total | | | 4.20 | | $1,995.00 |

**Matter 16**                                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/9/2013 | Analyze issues re allowed claims exhibit (.40); exchange correspondence with M. Araki re same (.30). | .70 | $475 | $332.50 |
| RJH | 7/10/2013 | Analyze allowed claims exhibit issues (1.00); exchange correspondence with M. Araki re same (.30). | 1.30 | $475 | $617.50 |
| RJH | 7/18/2013 | Analyze issues re allowed claims exhibit (1.50); exchange correspondence with M. Araki re same (.20). | 1.70 | $475 | $807.50 |
| RJH | 7/23/2013 | Legal analysis re allowed claims exhibit (1.80); telephone conference with M. Araki re same (.50). | 2.30 | $475 | $1,092.50 |
| RJH | 7/24/2013 | Review and analyze Third Circuit opinion re Garlock lack of standing (.60); telephone conference with A. Paul and J. Gettleman re same (.40); analyze allowed claims exhibit issues (1.80); exchange correspondence with M. Araki re same (.30); exchange correspondence with various parties regarding emergence planning re claims payments (.20). | 3.30 | $475 | $1,567.50 |
| RJH | 7/25/2013 | Legal analysis re allowed claims issues (2.80); exchange correspondence with various parties re same (.30). | 3.10 | $475 | $1,472.50 |
| RJH | 7/26/2013 | Analyze emergence issues (2.00); exchange correspondence with M. Araki re same (.20). | 2.20 | $475 | $1,045.00 |
| RJH | 7/29/2013 | Analyze emergence issues (1.00); exchange correspondence with various parties re same (.40); telephone conference with M. Araki re same (.40). | 1.80 | $475 | $855.00 |
| RJH | 7/31/2013 | Prepare for conference call re emergence planning (.40); participate in same (1.00). | 1.40 | $475 | $665.00 |
| Total | | | 17.80 | | $8,455.00 |

11