**E<span style="font-variant:small-caps">xhibit</span> B**

**July 2013 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $15.00 |
| Long Distance/Conference Telephone Charges/Internet | $20.35 |
| Online research | $475.00 |
| Pacer Court Charges | $212.70 |
| Total: | **$ 723.05** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| Total | **$ 0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 8/15/13 | $475.00 | Lexis Nexis - Grace charges for July |
| 8/6/13 | $15.00 | Fax and other charges for July |
| 8/6/13 | $20.35 | ICI Telecon IC -Grace conference call charges for July |
| 8/5/13 | $212.70 | Pacer Court charges for Grace (1/1/13 - 3/31/13) |
| Total | **$ 723.05** | |

Total July 2013 Expenses: $ 723.05