# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: September 17, 2013<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2013 THROUGH JULY 31, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4166302.1

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 4.7 | $ 3,022.10 |
| | | | | | |
| **TOTAL** | | | | 4.7 | $ 3,022.10 |

4166302.1


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

August 28, 2013
Invoice No.: 524442
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through July 31, 2013

| | |
|---|---|
| Fees | $3,022.10 |
| **Total Fees and Disbursements** | **$3,022.10** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 524442  
August 28, 2013  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 07/11/13 | Jaffe | P230 | Emails with team regarding groundwater remedy and negotiations with Town and EPA concerning same (.8). | 0.8 |
| 07/12/13 | Jaffe | P230 | Emails with team and with Shaffer counsel regarding Shaffer issues (.5). | 0.5 |
| 07/15/13 | Jaffe | P230 | Emails with team regarding Shaffer property issues (.4). | 0.4 |
| 07/16/13 | Jaffe | P230 | Attention to Shaffer property sale issues, including reviewing consent decree regarding lien issues and emails with team regarding requirements for releasing lien (1.2); emails with team regarding potential remedy change (.5). | 1.7 |
| 07/17/13 | Jaffe | P230 | Attention to Shaffer issues, including emails with team and reviewing consent decree and related documents. (.7) | 0.7 |
| 07/19/13 | Jaffe | P230 | Emails with team regarding discovery of UST on Shaffer property and review of consent decree regarding same (.6). | 0.6 |
| | | | **Total Hours** | **4.7** |

To ensure proper credit to your account, please include remittance page with your payment.

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 524442
August 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 4.7 | at | 643.00 | = | 3,022.10 |

**Total Fees**     **$3,022.10**

**Total Fees**     $3,022.10
**Total Fees and Disbursements**     $3,022.10

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2013
Invoice No.: 524442
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**          **$3,022.10**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account # 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

Client/Matter #: 08743.00102, **Invoice #:** 524442
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON   WASHINGTON   PARIS   FOLEYHOAG.COM

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 23.7 | $ 15,239.10 |
| TOTAL | | | | 23.7 | $ 15,239.10 |

### Expenses

| Description | Total | |
|---|---|---|
| Photocopying | $ | 18.80 |
| Document Production | $ | .36 |
| TOTAL | $ | 19.16 |

4166302.1



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

August 28, 2013
Invoice No.: 524443
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

For Professional Services rendered through July 31, 2013

|  |  |
|---|---:|
| Fees | $15,239.10 |
| Disbursements | 19.16 |
| **Total Fees and Disbursements** | **$15,258.26** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 524443  
August 28, 2013  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 07/11/13 | Jaffe | P230 | Attention to Central Area allocation, including review of comments on draft proposal, review of proposed figures, and emails with team concerning same (1.4). | 1.4 |
| 07/12/13 | Jaffe | P230 | Attention to Central Area allocation, including revisions to letter to UniFirst, reviewing figures to accompany letter, and emails with team regarding same (2.8). | 2.8 |
| 07/15/13 | Jaffe | P230 | Attention to Central Area allocation, including final revisions to Bibler letter, reviewing figures, and emails with team regarding same (1.6). | 1.6 |
| 07/16/13 | Jaffe | P230 | Attention to Central Area allocation, including finalizing Bibler letter, and emails with Bibler and team regarding same (1.2). | 1.2 |
| 07/17/13 | Jaffe | P230 | Attention to Central Area allocation, including emails with Mr. Bibler and Grace team, and reviewing documents and preparation for 7/25 meeting with UniFirst (1.7). | 1.7 |
| 07/18/13 | Jaffe | P230 | Central area allocation, including preparation for 7/25 meeting, emails with team, and reviewing new figure from Mr. Guswa (1.3). | 1.3 |
| 07/22/13 | Jaffe | P230 | Attention to Central Area allocation, including telephone call with Mr. Bibler, emails with team, and preparation for 7/25 allocation meeting with UniFirst (3.2). | 3.2 |
| 07/23/13 | Jaffe | P230 | Attention to Central Area allocation, including review of new figure from Mr. Guswa, emails with team regarding same, and preparation for 7/25 meeting (1.3). | 1.3 |
| 07/24/13 | Jaffe | P230 | Attention to Central Area allocation, including team call to prepare for 7/25 meeting, other preparation for meeting, and email with Mr. Bibler regarding same (2.6). | 2.6 |
| 07/25/13 | Jaffe | P230 | Attention to Central Area allocation, including meeting with UniFirst, premeeting with Grace team, premeeting with Ms. Duff, and preparing for same (6.6). | 6.6 |
| | | | **Total Hours** | **23.7** |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00103            Invoice No.: 524443
Re: Wells G&H Superfund Site         August 28, 2013
                                                                                                              Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 23.7 | at | 643.00 | = | 15,239.10 |
| **Total Fees** | | | | | **$15,239.10** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00103　　　　　　　　　　　　　　　　Invoice No.: 524443
Re: Wells G&H Superfund Site　　　　　　　　　　　　　　August 28, 2013
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 4

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/16/13 | In-House Photocopying | 0.80 |
| 07/25/13 | In-House Color Photocopying | 18.00 |
| 07/25/13 | Document Production 1-999 | 0.36 |
| | **Total Disbursements** | **$19.16** |

| | | |
|---|---|---|
| | Total Fees | $15,239.10 |
| | Total Disbursements | 19.16 |
| | **Total Fees and Disbursements** | **$15,258.26** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2013
Invoice No.: 524443
Matter No.: 08743.00103

Re:   Wells G&H Superfund Site

Total Fees and Disbursements          $15,258.26

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account # 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

Client/Matter #: 08743.00103, Invoice #: 524443
Billing Attorney: Seth D. Jaffe
Wire Originator:  W.R. Grace & Company