# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: September 18, 2013 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND FORTY-SECOND MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JULY 1, 2013 THROUGH JULY 31, 2013

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
**(Fee Detail)**

**FEES**

| LITIGATION AND LITIGATION CONSULTING | $8,999.00 |
|---|---|
| FEE APPLICATION – APPLICANT | $560.00 |
| TOTAL FEES | $9,559.00 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 20, 2013
Bill Number  166470
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH JULY 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/01/13 | ARA | Document control. | 2.90 Hrs | 261.00 |
| 07/02/13 | ARA | Document control. | 6.00 Hrs | 540.00 |
| 07/03/13 | MTM | Telephone call from ARA re: found file for former Libby employee under different last name and additional time cards for another former worker (.2); email to in-house counsel re: same (.1). | 0.30 Hrs | 90.00 |
| 07/03/13 | ARA | Review Libby storage list; discovered Karen Stickney is actually Karen Wood (1.0); telephone call to MTM re: same (.1); review Karen Wood file (.9) and produce file to MTM for in-house counsel (.7); quality control documents (.5). Telephone call to MTM re: discovered more personnel documents for another former Libby employee (.1). | 3.30 Hrs | 462.00 |
| 07/03/13 | ARA | Document control. | 1.30 Hrs | 117.00 |
| 07/05/13 | ARA | Review personnel files of former Libby employee (2.8); arrange to have documents copied (.3); oversee pickup of same (.3). | 3.40 Hrs | 476.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH JULY 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/08/13 | ARA | Telephone calls to copy company/MTM to confirm MTM received copies of Libby personnel files (.3). Review Libby personnel list; quality control list and inventory names on documents (5.4). | 5.70 Hrs | 798.00 |
| 07/08/13 | ARA | Document control. | 0.60 Hrs | 54.00 |
| 07/09/13 | ARA | Review Libby personnel list; quality control list and inventory names on documents. | 4.50 Hrs | 630.00 |
| 07/10/13 | ARA | Quality control Libby personnel documents. | 4.00 Hrs | 560.00 |
| 07/10/13 | ARA | Document control. | 2.00 Hrs | 180.00 |
| 07/11/13 | ARA | Review Libby personnel list; quality control list and inventory names on documents. | 1.90 Hrs | 266.00 |
| 07/11/13 | ARA | Document control. | 0.70 Hrs | 63.00 |
| 07/16/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 07/21/13 | RAM | Read selected documents filed in bankruptcy court. | 0.05 Hrs | No Charge |
| 07/22/13 | ARA | Review Libby personnel list; quality control list and inventory names on documents. | 4.40 Hrs | 616.00 |
| 07/23/13 | ARA | Review Libby personnel list; quality control list and inventory names on documents. | 5.00 Hrs | 700.00 |
| 07/23/13 | ARA | Document control. | 0.70 Hrs | 63.00 |
| 07/24/13 | RAM | Conference with MTM and ARA re: what to do with several boxes of documents that were severely water damaged yesterday (boxes contained disclosure forms (save them ) and acknowledgements of service (discard them). | 0.20 Hrs | 70.00 |
| 07/24/13 | MTM | Telephone calls to and from ARA re: water damage to certain boxes at repository (.3); conference with ARA to identify examples of types of documents that were damaged (.2); conference with ARA and RAM re: same (.2). | 0.70 Hrs | 210.00 |
| 07/24/13 | ARA | Document control. | 7.30 Hrs | 657.00 |
| 07/25/13 | ARA | Document control. | 5.70 Hrs | 513.00 |
| 07/26/13 | ARA | Document control. | 7.00 Hrs | 630.00 |
| 07/29/13 | ARA | Document control. | 5.50 Hrs | 495.00 |

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH JULY 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/30/13 | ARA | Document control. | 0.70 Hrs | 63.00 |
| 07/31/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.05 Hrs | No Charge |
| 07/31/13 | ARA | Document control. | 5.00 Hrs | 450.00 |

TOTAL LEGAL SERVICES    $8,999.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.30 | 350.00 | 105.00 |
| Matthew T. Murphy | 1.00 | 300.00 | 300.00 |
| Angela R. Anderson | 32.20 | 140.00 | 4,508.00 |
| Angela R. Anderson | 45.40 | 90.00 | 4,086.00 |
| Robert A. Murphy | 0.10 | 350.00 | No Charge |
| | 79.00 | | $8,999.00 |

TOTAL THIS BILL    $8,999.00

Page 3

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 20, 2013
Bill Number  166471
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH JULY 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/01/13 | RAM | Send "as filed" fee application to Fee Auditor | 0.10 Hrs | 35.00 |
| 07/22/13 | RAM | Work on June fee application. | 0.30 Hrs | 105.00 |
| 07/23/13 | RAM | Work on June fee application. | 0.70 Hrs | 245.00 |
| 07/25/13 | RAM | Work on June fee application. | 0.10 Hrs | 35.00 |
| 07/26/13 | RAM | Work on June fee application and send it to in-house counsels to review. Receive Fee Auditor's Amended Combined Final Report re: 47th Interim Period. Emails from in house counsels that fee application may be filed. | 0.20 Hrs | 70.00 |
| 07/31/13 | RAM | Finalize June Fee application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |

TOTAL LEGAL SERVICES          $560.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

| | | | |
|---|---|---|---|
| Robert A. Murphy | 1.60 | 350.00 | 560.00 |
| | 1.60 | | $560.00 |

TOTAL THIS BILL        $560.00

## **EXHIBIT B**
**(Expense Detail)**

**EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,565.86 |
| **FEE APPLICATION – APPLICANT** | $41.16 |
| **TOTAL EXPENSES** | $12,607.02 |



# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 20, 2013
Bill Number  166473
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH JULY 31, 2013

EXCESS POSTAGE
07/31/13      EXCESS POSTAGE                                       10.35
                                                                              $10.35

FEDERAL EXPRESS
07/09/13      FEDERAL EXPRESS CORPORATION: To 62         21.45
              Whittemore Avenue, W R Grace & Co. from Casner
              and Edwards on June 26, 2013 by M T Murphy.
07/18/13      FEDERAL EXPRESS CORPORATION: To 62         21.05
              Whittemore Avenue, W R Grace & Co., Jay W
              Hughes from Casner and Edwards on June 15, 2013
              by R A Murphy.
                                                                              $42.50

PACER ONLINE SEARCH
07/31/13      PACER ONLINE SEARCH - Delaware Bankruptcy   76.10
              Court Searches (4/1/13-6/26/13)
                                                                              $76.10

RENT REIMBURSEMENT
07/02/13      ONE WINTHROP SQUARE, LLC: Rent and utilities.   12,010.96

CASNER & EDWARDS, LLP

F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |  | $12,010.96 |
|---|---|---|---|
| MISCELLANEOUS | | | |
| 07/24/13 | RECORDKEEPER ARCHIVE CENTERS,: Storage 7/01/13 through 7/31/13. | 425.95 | |
|  |  |  | $425.95 |
|  | TOTAL COSTS | | $12,565.86 |
|  | TOTAL THIS BILL | | $12,565.86 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 20, 2013
Bill Number  166474
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH JULY 31, 2013

FEDERAL EXPRESS

| | | |
|---|---|---|
| 07/09/13 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl Young, Lynzy McGee from Casner and Edwards on June 27, 2013 by R A Murphy. | 20.58 |
| 07/11/13 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang from Casner and Edwards on June 3, 2013 by R A Murphy. | 20.58 |
| | | $41.16 |

TOTAL COSTS                     $41.16

TOTAL THIS BILL              $41.16