# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2013 - JULY 31, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.4 | $ 294.00 |
| 0013 | Business Operations | 6.1 | 4,483.50 |
| 0014 | Case Administration | 3.6 | 946.50 |
| 0018 | Fee Application, Applicant | 2.8 | 744.00 |
| 0020 | Fee Application, Others | 3.2 | 704.00 |
| 0036 | Plan and Disclosure Statement | 1.0 | 799.50 |
| 0037 | Hearings | 0.4 | 294.00 |
|  |  |  |  |
|  | **Total** | **17.5** | **$ 8,265.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | August 7, 2013 |
| INVOICE NO. | 599960 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2013, including:

| | |
|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/23/2013 | Review Debtors' Notice/Quarterly Report re: Asset Sales (.1); review Debtors' Notice/Quarterly Report re: Claim Settlements (.1). | Wildes, D. | 0.2 |
| 07/29/2013 | Review corresp. from Debtors and review further revised draft of Motion for approval re: Project Lantern. | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.4 | $ 735 | $ 294.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 294.00 |
| | | | |
| TOTAL FOR THIS MATTER | | | $ 294.00 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations 699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/04/2013 | Emails Pasquale and Frezza re: Project Lantern and related confi and review of same. | Wildes, D. | 0.1 |
| 07/08/2013 | Review corresp. from Higgins re: Project Lantern and execution of confi acknowledgment by Committee (.1); review underlying Project Lantern Confi Agreement signed by Grace and Confi Acknowledgment for Committees (.3); further emails Pasquale and Frezza re: same and re: execution of same by counsel for Committee and its professionals (.2). | Wildes, D. | 0.6 |
| 07/09/2013 | Emails Pasquale, Higgins and Frezza re: Project Lantern and execution of Confi Acknowledgement. | Wildes, D. | 0.1 |
| 07/11/2013 | Emails Higgins, Pasquale re: upcoming Conf. Call re: Project Lantern (.1); review creditor Presentation re: Project Lantern (.3). | Wildes, D. | 0.4 |
| 07/17/2013 | Prepare for and participate on conf. call w/ Higgins, Grace and committee professionals re: Project Lantern (1.0); emails Frezza re: same, preparing memo for Committee and Capstone recommendation re: same (.1); emails Pasquale re: call with Grace re: Project Lantern and Capstone recommendation (.1). | Wildes, D. | 1.2 |
| 07/18/2013 | Corresp. w/ Frezza and Hearn re: analysis for Committee re: Project Lantern and Grace's exit financing needs including if lenders win on appeal (.4); review draft memo to Committee re: Project Lantern and mark-up same with comments (1.3); corresp. w/ Capstone re: timing re: filing of motion and hearing and objections thereto (.1). | Wildes, D. | 1.8 |
| 07/19/2013 | Emails Higgins, Adam re: status re: draft motion re: approval re: Project Lantern (.1); review drafts of Approval Motion and Seal Motion re Project Lantern (.3); emails Adam re: timing re: filing of project lantern motions | Wildes, D. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | and hearing on same (.1); emails Capstone re: revising memo to Committee re: project Lantern to reflect Debtors' request for preapproval of bidding procures (.1) review revised memo and mark-up same with comments (.4); email Liam revised memo (.1). | | |
| 07/21/2013 | Emails Ahern at Capstone re: memo to Committee re: Project Lantern. | Wildes, D. | 0.1 |
| 07/22/2013 | Review memo to Committee re: Project Lantern (.1); t/c Ahern at Capstone re: same (.1); email Lastowski re: same (.1); emails A. Paul and Frezza re: any comments to Motions and Committee position re: same (.1); review revised draft motion re: Project Lantern and Motion to Seal (.2). | Wildes, D. | 0.6 |
| 07/23/2013 | Emails Frezza re: any objection from Committee re: Project Lantern and re: Committee position re: same. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 6.1 | $ 735 | $ 4,483.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,483.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,483.50 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Case Administration 699843 0014 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/03/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/08/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/10/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/12/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/15/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/17/2013 | Obtain and circulate recently docketed pleading in main case (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.3 |
| 07/17/2013 | Review Fee Auditor Combined Report re: 47th interim period. | Wildes, D. | 0.1 |
| 07/19/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/22/2013 | Review case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/24/2013 | Review case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/25/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 07/25/2013 | Review COC re: Order re: 47th Fee Applications. | Wildes, D. | 0.1 |
| 07/26/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/29/2013 | Obtain and circulate recently docketed pleadings in main case (.2); review case docket | Mohamed, D. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | no. 12-1402 (.1). | | |
| 07/31/2013 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2); schedule D. Wildes to appear telephonically at 8.1.13 hearing (.1). | Mohamed, D. | 0.5 |
| 07/31/2013 | Review Orders entered by court re: retention applications and fee applications. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 3.3 | $ 220 | $ 726.00 |
| Wildes, Denise K. | 0.3 | 735 | 220.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 946.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 946.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/03/2013 | Review/revise June fee detail. | Magzamen, M. | 0.2 |
| 07/10/2013 | Review revised fee detail and prepare draft of SSL's 147th monthly fee application for attorney review. | Mohamed, D. | 0.9 |
| 07/10/2013 | Review monthly fee application. | Wildes, D. | 0.2 |
| 07/29/2013 | Finalize SSL's 147th monthly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.4); prepare and effectuate service re: fee application (.5). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.2 | $ 345 | $ 69.00 |
| Mohamed, David | 2.4 | 220 | 528.00 |
| Wildes, Denise K. | 0.2 | 735 | 147.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 744.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 744.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843 0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/11/2013 | Review and finalize Capstone's 112th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.4); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.7 |
| 07/29/2013 | Review and finalize Capstone's 113th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.4); prepare and effectuate service re: fee application (.4). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 3.2 | $ 220 | $ 704.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 704.00 |

| TOTAL FOR THIS MATTER | | | $ 704.00 |

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 47.19 |
|---|---|
| Long Distance Telephone | 0.56 |
| Duplicating Costs-in House | 20.70 |

| TOTAL DISBURSEMENTS/CHARGES | $ 68.45 |
|---|---|

| TOTAL FOR THIS MATTER | $ 68.45 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/25/2013 | Review 3d Cir.'s Garlock decision. | Pasquale, K. | 0.3 |
| 07/25/2013 | Review Third Circuit Opinion re: Garlock appeal of Confirmation Order (.3); emails Pasquale re: same (.2); draft/send memo to Committee re: 3rd Circuit's decision re: Garlock appeal of confirmation order (.2). | Wildes, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.3 | $ 950 | $ 285.00 |
| Wildes, Denise K. | 0.7 | 735 | 514.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 799.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 799.50 |
|---|---|

# STROOCK

| RE | Hearings |
|---|---|
|   | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/25/2013 | Review hearing agenda. | Wildes, D. | 0.1 |
| 07/30/2013 | Review amended notice of agenda and notice re: telephonic hearing. | Wildes, D. | 0.1 |
| 07/31/2013 | T/c and email Mohamed re: amended hearing agenda, upcoming telephonic hearing and arrangements re: participating in same (.1); emails Pasquale re: same (.1). | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.4 | $ 735 | $ 294.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 294.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 294.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,265.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 68.45 |
| TOTAL BILL | $ 8,333.95 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.