# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JULY 1, 2013 - JULY 31, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Pasquale, Kenneth | 0.3 | $  950 | $   285.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Wildes, Denise | 8.1 | 735 | 5,953.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.2 | 345 | 69.00 |
| Mohamed, David | 8.9 | 220 | 1,958.00 |
|  |  |  |  |
| **Total** | **17.5** |  | **$  8,265.50** |