# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2013 - JULY 31, 2013**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 47.19 |
| Long Distance Telephone | | 0.56 |
| Duplicating Costs-in House | | 20.70 |
| | | |
| **Total** | **$** | **68.45** |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | August 7, 2013 |
| INVOICE NO. | 599960 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR DISBURSEMENTS INCURRED in the captioned matter for the period through July 31, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Outside Messenger Service** | |
| 06/28/2013 | Vendor: United Parcel Service Invoice #: 00000010X827273 07.06.13 Tracking #: 1Z10X8270195621242 Shipment Date: 06/28/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.11 |
| 06/28/2013 | Vendor: United Parcel Service Invoice #: 00000010X827273 07.06.13 Tracking #: 1Z10X8270197896658 Shipment Date: 06/28/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.11 |
| 06/28/2013 | Vendor: United Parcel Service Invoice #: 00000010X827273 07.06.13 Tracking #: 1Z10X8270799354433 Shipment Date: 06/28/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.48 |
| 07/11/2013 | Vendor: United Parcel Service Invoice #: 00000010X827283 07.13.13 Tracking #: 1Z10X8270191952053 Shipment Date: 07/11/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.04 |
| 07/11/2013 | Vendor: United Parcel Service Invoice #: 00000010X827283 07.13.13 Tracking #: 1Z10X8270193117265 Shipment Date: 07/11/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 | 8.04 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 |  |
| 07/11/2013 | Vendor: United Parcel Service Invoice #: 00000010X827293 07.20.13 Tracking #: 1Z10X8270799829788 Shipment Date: 07/11/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.41 |
|  | **Outside Messenger Service Total** | **47.19** |
| **Long Distance Telephone** | | |
| 07/22/2013 | EXTN.796023, TEL.2015877161, S.T.10:04, DUR.00:01:20 | 0.56 |
|  | **Long Distance Telephone Total** | **0.56** |
| **Duplicating Costs-in House** | | |
| 07/29/2013 | | 20.70 |
|  | **Duplicating Costs-in House Total** | **20.70** |

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 47.19 |
|---|---|
| Long Distance Telephone | 0.56 |
| Duplicating Costs-in House | 20.70 |

| TOTAL DISBURSEMENTS/CHARGES | $ 68.45 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM