**EXHIBIT A**

### Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/21/2013 | Lisa G Esayian | .50 | Review and reply to correspondence from ACC's counsel re potential insurance settlements. |
| | Total: | .50 | |

A-2

**Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/14/2013 | Christopher T Greco | .30 | Correspond with R. Higgins and J. Zani re City of LA claim. |
| 6/19/2013 | Jeffrey Gettleman | 1.00 | Review correspondence from R. Higgins re schedule amount (.1); correspond with R. Higgins and M. Jones re same (.7); review schedule excerpt (.1); correspond with T. Wallace re same (.1). |
| 6/20/2013 | Jeffrey Gettleman | .20 | Correspond with R. Higgins re schedules. |
| | Total: | 1.50 | |

A-3

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/2013 | Maureen McCarthy | 1.30 | Draft April fee application. |
| 6/03/2013 | Maureen McCarthy | 1.80 | Draft April fee application. |
| 6/04/2013 | Maureen McCarthy | 3.80 | Search and distribute notices re appointment of official committee of unsecured creditors (.8); prepare matter totals re forty-eighth quarterly fee application (.7); draft same (2.3) |
| 6/11/2013 | Katee Stahl | 5.00 | Conduct analysis update for supplemental disclosure of creditors/entities submitted as directors & officers, 5% equity holders, shareholders/debtholders and bank creditors. |
| 6/12/2013 | Katee Stahl | 3.90 | Conduct analysis update for supplemental disclosure of creditors/entities submitted as bank creditors. |
| 6/12/2013 | Maureen McCarthy | 1.40 | Review and revise April fee application. |
| 6/13/2013 | Maureen McCarthy | 1.20 | Review and revise forty-eighth quarterly fee application. |
| 6/18/2013 | Mike Jones | .30 | Correspond with working group re May invoice. |
| 6/18/2013 | Katee Stahl | 3.50 | Conduct analysis update for supplemental disclosure of creditors/entities submitted as customers and debtholders. |
| 6/18/2013 | Adam C Paul | .40 | Review and revise K&E fee application. |
| 6/18/2013 | Maureen McCarthy | 1.10 | Revise and finalize April fee application (.8); prepare same for filing and service (.3). |
| 6/19/2013 | Mike Jones | .20 | Correspond with working group re May invoice. |
| 6/19/2013 | Katee Stahl | 5.80 | Conduct analysis update for supplemental disclosure of creditors/entities submitted as top 30 unsecured creditors, unions, unsecured creditors committee, parties with interest, ordinary course professionals, letters of credit, lessors and insurers. |
| 6/19/2013 | Adam C Paul | .20 | Review and revise quarterly fee application. |
| 6/19/2013 | Maureen McCarthy | 1.20 | Revise forty-eighth quarterly fee application (.7); prepare same for filing and service (.5). |
| 6/20/2013 | Katee Stahl | 4.00 | Conduct analysis update for supplemental disclosure of creditors/entities submitted as Rule 2002, significant equity holders and top 30 unsecured creditors. |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/21/2013 | Linda A Scussel | 6.10 | Conduct analysis update for supplemental disclosure of creditors/entities submitted as customers, Rule 2002 parties, significant equity holders and vendors (3.6); conduct organization and review of supplemental disclosures relating to creditors/entities submitted as bank creditors debtholders, insurers, lessors, letters of credit ordinary course professionals, Rule 2002 parties and significant equity holders (2.5). |
| 6/24/2013 | Linda A Scussel | 3.80 | Conduct analysis update for supplemental disclosure of creditors/entities submitted as vendors. |
| 6/25/2013 | Linda A Scussel | .10 | Conduct organization and review of disclosures relating to creditors/entities submitted as Rule 2002 parties, significant equity holders and vendors. |
| 6/26/2013 | Linda A Scussel | .60 | Draft Exhibit A to the thirty-third supplemental declaration. |
| 6/27/2013 | Mike Jones | 4.10 | Review and revise May invoice (3.9); correspond with working group re same (.2). |
| 6/28/2013 | Mike Jones | .60 | Correspond with working group re invoices (.3); correspond with working group re supplemental declaration (.3). |
| 6/28/2013 | Linda A Scussel | .20 | Update draft Schedule 1 to the thirty-third supplemental declaration. |
| | Total: | 50.60 | |

A-5

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/01/2013 | Kimberly K Love | 10.50 | Review, revise and cite check bank lenders outline. |
| 6/01/2013 | Jeffrey Gettleman | 1.50 | Legal research re Manville settlement documents re Sealed Air memorandum (.8); review and revise memorandum (.6); correspond with M. Jones re comments to same (.1). |
| 6/01/2013 | Adam C Paul | 1.20 | Prepare for appeals. |
| 6/01/2013 | John Donley, P.C. | 13.50 | Prepare for lender and other mock arguments. |
| 6/02/2013 | Kimberly K Love | 9.40 | Prepare and organize materials cited in bank lenders outline including joint appendix materials and cases (6.3); prepare and organize various materials re bank lenders requested by J. Donley and N. Dukov (2.1); review and revise additional information in Garlock outline (1.0). |
| 6/02/2013 | Adam C Paul | 1.70 | Prepare for appeals. |
| 6/02/2013 | Rana Barakat | 3.90 | Conduct research re detail required for findings of fact under Federal Rules of Civil Procedure 52 (.4); review and analyze case law re same (.3); draft memorandum to J. Donley re same (.8); review J. Donley's comments to fair and equitable and TDP sur-reply outlines (.7); revise outlines based on J. Donley's comments (1.7). |
| 6/02/2013 | Nia Dukov | 5.20 | Prepare for oral argument on lender issues. |
| 6/02/2013 | John Donley, P.C. | 12.40 | Prepare for lenders mock argument. |
| 6/02/2013 | Lesley Fairley | 5.40 | Cite check and revise various argument outlines in preparation for upcoming hearing (4.2); conduct searches and collect electronic copies of materials cited in various argument outlines (1.2). |
| 6/03/2013 | Mike Jones | 6.80 | Review and revise memorandum re Sealed Air (1.7); research re same (2.9); review and analyze documents re same (1.8); correspond with working group re same (.4). |
| 6/03/2013 | Kimberly K Love | 11.30 | Review and obtain various cases (2.4); review various exhibits and determine if in evidence (1.3); revise and update cited information from the bank lenders outline (4.7); prepare and organize set of PPA exhibits for use with mock argument (1.6); prepare and organize materials requested by J. Donley for use with mock argument (1.3). |
| 6/03/2013 | Jeffrey Gettleman | 1.10 | Review and revise Sealed Air research memorandum (.8); correspond with M. Jones and J. Bernbrock re same (.3). |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/2013 | Adam C Paul | 5.40 | Telephone conference with R. Finke re Project Larch transaction (.2); prepare for appeals (5.2). |
| 6/03/2013 | Rana Barakat | 3.70 | Review and revise fair and equitable and TDP sur-reply outlines (2.8); review research re level of detail required in findings of fact under FRCP 52 (.5); draft summary of research re same (.4). |
| 6/03/2013 | Nia Dukov | 8.90 | Research cases, legal points and record cites requested by J. Donley for oral argument on lender issues. |
| 6/03/2013 | Factual Research | 2.30 | Library Research re plan of reorganization for A.H. Robins and settlement agreement for American Home Products. |
| 6/03/2013 | John Donley, P.C. | 13.30 | Prepare for mock argument (6.9); revise outlines for same (6.4). |
| 6/03/2013 | Lisa G Esayian | 5.20 | Review and analyze Montana/Crown factual issues (1.4); review and analyze AMH 524(g) issues and factual issues (3.8). |
| 6/03/2013 | Lesley Fairley | 3.50 | Cite check and revise various argument outlines in preparation for upcoming hearing (1.3); conduct searches and collect electronic copies of materials cited in argument outlines (2.2). |
| 6/03/2013 | Eric F Leon, P.C. | 6.40 | Review materials in preparation for moot court. |
| 6/04/2013 | Mike Jones | 1.60 | Review and revise PI Trust contribution analysis (1.3); correspond with working group re same (.3). |
| 6/04/2013 | Kimberly K Love | 6.50 | Review and obtain various charts and bank lender presentation materials requested by J. Donley (2.3); prepare and organize various case law and exhibits requested by J. Donley (3.1); prepare and organize materials requested by N. Dukov re bank lenders (1.1). |
| 6/04/2013 | Jeffrey Gettleman | .40 | Telephone conference with K. Crow re closing documents (.1); correspond with K. Crow re Effective Date planning chart (.2); correspond with M. Jones re closing documents and mechanics (.1). |
| 6/04/2013 | Stephen E Hessler | .50 | Correspond with co-counsel re appeal preparation issues (.2); review materials re same (.3). |
| 6/04/2013 | Adam C Paul | 4.90 | Prepare for appeals. |
| 6/04/2013 | Nia Dukov | 7.90 | Research cases, legal points and record cites requested by J. Donley for oral argument on lender issues. |
| 6/04/2013 | Brad Weiland | 3.10 | Telephone conference and correspondence with N. Dukov re creditors' committee (.5); telephone conference with M. McCarthy re same (.2); research and analyze same (2.4). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/04/2013 | Factual Research | .60 | Library Research re plan of reorganization for A.H. Robins. |
| 6/04/2013 | Keith S Crow, P.C. | .80 | Review Effective Date planning chart (.3); telephone conference with R. Finke re emergence planning (.2); review and analyze related issues (.3). |
| 6/04/2013 | John Donley, P.C. | 15.40 | Prepare for mock argument. |
| 6/04/2013 | Lisa G Esayian | 4.80 | Review and analyze certain Garlock factual issues in preparation for Third Circuit oral argument (1.7); office conference with R. Barakat re same (.3); review and analyze AMH factual and legal issues (2.8). |
| 6/04/2013 | Eric F Leon, P.C. | 8.30 | Prepare for and attend office conference with working group re appellate argument. |
| 6/05/2013 | Mike Jones | 4.20 | Correspond with working group re PI Trust contributions (.4); review and analyze appellate briefs (3.2); correspond with working group re same (.6). |
| 6/05/2013 | Kimberly K Love | 12.50 | Prepare and organize various materials requested by J. Donley for use at mock argument including case law and joint appendix exhibits (6.7); review and proofread edits to outlines (4.2); prepare and organize bank lender materials (1.6). |
| 6/05/2013 | Jeffrey Gettleman | 1.20 | Office conference with J. Gott re Third Circuit argument chart for moot court panel (.3); correspond with A. Paul and J. Gott re same (.3); review and analyze current Third Circuit argument chart (.6). |
| 6/05/2013 | Jeffrey Gettleman | 1.10 | Correspond with working group re summaries of appellate briefs for moot court panel (.9); telephone conference with A. Paul re analysis of Third Circuit briefs (.2). |
| 6/05/2013 | Adam C Paul | 7.20 | Prepare for appeals. |
| 6/05/2013 | Rana Barakat | 2.70 | Review Judge Fitzgerald's January 2013 opinions for references to debtors' asbestos liabilities and trust contributions. |
| 6/05/2013 | Nia Dukov | 8.30 | Research cases, legal points and record cites requested by J. Donley for oral argument on lender issues. |
| 6/05/2013 | John Donley, P.C. | 15.70 | Prepare for mock argument. |
| 6/05/2013 | Lisa G Esayian | 5.40 | Review and analyze Garlock and AMH issues for moot court re Third Circuit appeal (4.2); review new case law re Grossman's/Wright issues (1.2). |
| 6/05/2013 | Eric F Leon, P.C. | 7.80 | Prepare for and attend office conference with K&E working group re appellate argument. |

K&E 27468097.5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/06/2013 | Kimberly K Love | 12.00 | Prepare and organize materials requested by J. Donley for use at mock argument (3.6); attend mock argument (6.9); assemble and prepare materials following mock argument (1.5). |
| 6/06/2013 | Jeffrey Gettleman | .40 | Review correspondence from A. Paul re preparation for Third Circuit arguments (.1); correspond with S. Hessler and J. Gott re same (.1); review order reassigning Judge Fitzgerald's cases (.1); correspond with A. Paul re same (.1). |
| 6/06/2013 | Adam C Paul | 6.70 | Participate in mock arguments and prepare for appeals. |
| 6/06/2013 | Rana Barakat | 2.80 | Review Judge Fitzgerald's January 2011 memorandum opinion and order for references to Grace's asbestos PI liability and contributions to trust (.6); draft memorandum re same (1.2); draft memorandum to P. Lockwood re asbestos co-defendants' receipt of and failure to submit ballots in Grace bankruptcy and reasons Garlock did not receive a ballot (1.0). |
| 6/06/2013 | Brad Weiland | .20 | Correspond with N. Dukov re creditors' committee. |
| 6/06/2013 | John Donley, P.C. | 11.80 | Prepare for and participate in mock argument. |
| 6/06/2013 | Lisa G Esayian | 9.30 | Participate in mock argument in preparation for Third Circuit oral argument (7.8); summarize key points re same (1.5). |
| 6/07/2013 | Mike Jones | 4.90 | Research re appellate jurisdiction issues (2.4); review and analyze case law re same (1.4); draft summary re same (.8); correspond with working group re same (.3). |
| 6/07/2013 | Kimberly K Love | 5.00 | Review files to obtain and organize precedent Dow Corning materials re bank lender issues including compound interest (3.4); prepare and organize materials and case law re bank lenders (1.6). |
| 6/07/2013 | Jeffrey Gettleman | 1.80 | Telephone conference and correspond with working group re potential settlement of appeal (1.6); review correspondence from J. O'Neill re changing date of August omnibus hearing (.1); review correspondence from A. Paul re revised case management procedures (.1). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/07/2013 | Jeffrey Gettleman | 3.50 | Telephone conferences and correspond with working group re potential settlement agreement (1.0); research re bank lender group's claims (1.1); correspond with M. Araki re status of same (.1); review and analyze plan provisions re bank lender claims (.6); correspond with M. Jones re same (.2); review M. Jones preliminary analysis of lender settlement issues (.4); review correspondence from M. Araki and excerpt from claims register re same (.1). |
| 6/07/2013 | Adam C Paul | 4.90 | Prepare for appeals (4.6); analyze settlement and plan modification issues (.3). |
| 6/07/2013 | Nia Dukov | 10.50 | Research cases, legal points and record cites requested by J. Donley for oral argument on lender issues. |
| 6/07/2013 | John Donley, P.C. | 7.70 | Office conference with P. Lockwood, R. Frankel, P. Bentley, A. Paul, L. Esayian and client re oral argument issues (3.5); office conferences with M. Shelnitz, P. Bentley and A. Paul re bank lender issues (1.0); review materials re same (.6); prepare for oral argument review session, including outlining issues and revising outline (2.6). |
| 6/07/2013 | Lisa G Esayian | 5.60 | Office conference with ACC, FCR and equity counsel, M. Shelnitz, R. Finke and J. Donley re follow-up issues re moot court arguments (4.4); review and analyze Montana/Crown classification issues (1.2). |
| 6/07/2013 | Christopher Landau, P.C. | .30 | Conference with J. Donley re analysis of Third Circuit oral argument issues. |
| 6/08/2013 | Jeffrey Gettleman | .50 | Correspond with A. Paul re settlement issues (.4); correspond with K. Love re applicable credit agreements (.1). |
| 6/08/2013 | Adam C Paul | .90 | Analyze lender arguments. |
| 6/08/2013 | John Donley, P.C. | 10.60 | Correspond with A. Rich, R. Barakat, L. Esayian, N. Dukov and D. Blabey re appeal issues (.4); review default interest research and correspond with N. Dukov re same (1.1); revise outlines and argument prep re Montana and Crown oral argument (5.6); review various authorities and record re same (3.5). |
| 6/09/2013 | Mike Jones | 3.40 | Review and revise PI Trust contribution chart (1.1); review and analyze documents re same (1.9); correspond with working group and Blackstone re same (.4). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/09/2013 | Jeffrey Gettleman | 1.60 | Review and analyze memorandum re settlement issues (.4); correspond with M. Dukov re same (.7); review M. Dukov comments re same (.2); draft, review and revise analysis re settlement issues (.3). |
| 6/09/2013 | Adam C Paul | 1.30 | Prepare for appeals (.8); analyze lender arguments (.5). |
| 6/09/2013 | Rana Barakat | 2.20 | Research re canons governing interpretation of ambiguous statutory provisions re oral argument (1.0); review extraordinary claims provisions in TDPs of other asbestos debtors and assess similarity to Grace's TDPs (1.2). |
| 6/09/2013 | Nia Dukov | 3.20 | Prepare for oral argument on lender issues. |
| 6/09/2013 | John Donley, P.C. | 15.50 | Outline, review and analyze materials, and prepare for Third Circuit argument. |
| 6/10/2013 | Mike Jones | 5.30 | Research re potential settlement (2.4); review and analyze case law re same (.9); review and analyze plan documents re same (1.8); correspond with working group re same (.2). |
| 6/10/2013 | Jason Gott | 3.20 | Prepare chart summarizing appellants' arguments. |
| 6/10/2013 | Kimberly K Love | 10.30 | Prepare and organize materials re classification requested by J. Donley (2.1); review cited TDPs for information re Extraordinary Claims (1.3); finalize hearing logistics (1.9); prepare and organize various materials re bank lenders requested by N. Dukov (1.6); review, revise and fill in information cited in various outlines for upcoming hearing (3.4). |
| 6/10/2013 | Jeffrey Gettleman | 2.40 | Review and revise revised chart summarizing appellants' Third Circuit arguments prepared by J. Gott (.9); telephone conference and correspond with working group re lender issues (1.3); review correspondence from J. Gott to S. Hessler re same (.1); correspond with A. Paul re same (.1). |
| 6/10/2013 | Jeffrey Gettleman | 2.70 | Telephone conference and correspond with working group re lender issues (1.6); review correspondence from J. Gott re revised summary of Third Circuit arguments for S. Hessler (.1); correspond with J. Gott re same (.1); draft, review and revise analysis of legal issues re proposed settlement (.9). |
| 6/10/2013 | Adam C Paul | 1.50 | Analyze compound interest under loan documents (.8); prepare for appellate arguments (.7). |
| 6/10/2013 | Rana Barakat | 3.10 | Review oral argument outlines for Montana, Crown and Garlock (1.3); revise same (1.8). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/10/2013 | Nia Dukov | 6.40 | Research cases, legal points and record cites requested by J. Donley for oral argument on lender issues. |
| 6/10/2013 | John Donley, P.C. | 14.30 | Outline, review and analyze materials, and prepare for Third Circuit argument. |
| 6/10/2013 | Lisa G Esayian | 2.20 | Review and analyze Montana/Crown and AMH issues re section 524(g) and Grossman's/Wright opinions. |
| 6/11/2013 | Mike Jones | 3.90 | Research re potential settlement (1.3); review and analyze documents re same (2.1); correspond with working group re same (.5). |
| 6/11/2013 | Kimberly K Love | 8.00 | Prepare and organize various materials re US and Canadian ZAI (3.2); prepare and organize materials requested by R. Barakat and N. Dukov for use with various outlines (2.1); review various hearing outlines to fill in missing cites (2.7). |
| 6/11/2013 | Jeffrey Gettleman | 2.30 | Correspond with working group re closing documents and potential settlement (.5); telephone conference with J. Donley, N. Dukov, J. O'Connell, A. Schlesinger and others re calculation of default and compound interest (.4); correspond with working group re bank lender issues (1.3); correspond with S. Butler re T. Maynes comments on tax opinion letter for closing documents (.1). |
| 6/11/2013 | Adam C Paul | 1.00 | Telephone conference with J. Donley re interest claims (.3); analyze lender appeals (.7). |
| 6/11/2013 | Rana Barakat | 1.90 | Legal research re standard of review for classification findings under section 1122 of the Bankruptcy Code (.8); draft summary of same (.8); review Third Circuit local rules and Federal Rules of Appellate procedure re citation of docket entries in briefs (.2); correspond with J. Donley re same (.1). |
| 6/11/2013 | Nia Dukov | 5.70 | Prepare for oral argument on lender issues. |
| 6/11/2013 | John Donley, P.C. | 13.60 | Outline, review and analyze materials, and prepare for Third Circuit argument. |
| 6/11/2013 | Lisa G Esayian | 4.80 | Review and analyze Montana and Crown factual and legal issues (4.2); correspond with J. Donley re same (.6). |
| 6/12/2013 | Kimberly K Love | 7.30 | Review transcripts for information re $37 million reserve (2.1); finalize hearing logistics (1.9); review various outlines for missing information and fill in same (3.3). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/12/2013 | Jeffrey Gettleman | .20 | Review correspondence from J. Donley re bank debt interest scenarios prepared by Blackstone (.1); correspond with M. Jones re bank lender issues research project (.1). |
| 6/12/2013 | Stephen E Hessler | 3.30 | Review materials for appeal preparation (2.9); correspond with co-counsel re same (.4). |
| 6/12/2013 | Adam C Paul | .90 | Analyze lender claims (.3); prepare for appellate arguments (.6). |
| 6/12/2013 | Brian T Stansbury | .50 | Telephone conference with J. Hughes re Libby operating units. |
| 6/12/2013 | Rana Barakat | 2.30 | Review Kaiser and G-I opinions for any references to asbestos liability ranges (1.4); draft summary of findings for J. Donley (.9). |
| 6/12/2013 | Nia Dukov | .30 | Prepare for oral argument on lender issues. |
| 6/12/2013 | John Donley, P.C. | 13.30 | Outline, review and analyze materials, and prepare for Third Circuit argument (12.5); telephone conference with A. Rosenberg re lender issues (.3); review and analyze issues re same (.5). |
| 6/12/2013 | Lisa G Esayian | 2.80 | Review and analyze Montana and Crown factual issues (1.6); correspond with J. Donley re same (.4); review and analyze issues re AMH class action (.8). |
| 6/13/2013 | Mike Jones | 5.60 | Review and revise PI Trust contribution chart (1.4); correspond with working group re same (.3); review and analyze documents re same (1.3); research re potential settlement (2.6). |
| 6/13/2013 | Kimberly K Love | 9.00 | Review files and obtain certificate of no objection requested by Norton Rose (.7); prepare and organize various materials requested by L. Esayian re AMH (1.2); prepare and organize materials re bank lenders (2.3); review and obtain various materials as backup to outlines (3.1); prepare and organize materials for use at hearing (1.7). |
| 6/13/2013 | Jeffrey Gettleman | .60 | Telephone conference with M. Jones re lender settlement issues (.3); legal research re Federal Rules of Appellate Procedure and Third Circuit local appellate rules re same (.1); review correspondence from M. Jones re motion procedure at Third Circuit (.1); correspond with A. Paul re same (.1). |
| 6/13/2013 | Stephen E Hessler | .80 | Telephone conference with co-counsel re appeal preparation issues. |
| 6/13/2013 | Adam C Paul | 1.10 | Prepare for appellate arguments. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/13/2013 | Rana Barakat | 3.10 | Research re substitution of deceased parties in appeals (.2); revise outline re Garlock fair and equitable argument (1.2); conduct research re rules governing bankruptcy and appellate standing (.8); draft summary of same (.9). |
| 6/13/2013 | John Donley, P.C. | 14.40 | Telephone conference with S. Hessler and A. Paul re bank lender appeal issues (.8); review materials, revise outlines, analyze arguments and prepare for Third Circuit appeal (13.6). |
| 6/13/2013 | Lisa G Esayian | 3.60 | Review and analyze issues re AMH's due process and no substantial demand arguments re Grossman's Owens-Corning (2.4); assemble key materials for oral argument (1.2). |
| 6/14/2013 | Mike Jones | 1.90 | Correspond with working group re potential settlement (.4); research re same (1.2); correspond with working group re FCR substitution motion (.3). |
| 6/14/2013 | Kimberly K Love | 7.50 | Prepare and organize materials for use during hearing preparation (3.4); prepare and organize various outlines, bullet points and materials to update J. Donley's working binders for use at upcoming hearing (4.1). |
| 6/14/2013 | Jeffrey Gettleman | 1.00 | Review correspondence from A. Paul re settlement issues (.1); correspond with M. Jones re same (.1); office conference with A. Paul re Third Circuit oral argument preparation and hearing logistics (.3); office conference with J. Bernbrock re same (.1); telephone conference with M. Jones re same (.2); correspond with M. Jones re deadline for objections to FCR appointment motion (.2). |
| 6/14/2013 | Adam C Paul | 1.20 | Prepare for appeals. |
| 6/14/2013 | Rana Barakat | 7.00 | Research re bankruptcy jurisdiction over claims filed against creditors of estate (.8); draft summary of standard for bankruptcy appellate standing (.3); review and revise AMH oral argument outline (1.3); research re rules governing substitution of deceased parties in appeals (1.0); analyze whether parties were required to file a motion to notify Third Circuit of D. Austern's death (1.0); draft summary of same (.8); research re standard of review over bankruptcy court's findings of fact (.9); draft summary of same (.9). |
| 6/14/2013 | Nia Dukov | 10.30 | Prepare for oral argument on lender issues. |
| 6/14/2013 | John Donley, P.C. | 13.70 | Outline, review and analyze materials, and prepare for Third Circuit argument. |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/14/2013 | Lisa G Esayian | 6.30 | Review and analyze AMH standing and 524(g) issues (1.8); analyze appellate cases from other circuits cited in Grossman's re meaning of pre-petition "claims" (3.2); assemble materials for Third Circuit oral argument (1.3). |
| 6/15/2013 | Mike Jones | .30 | Correspond with working group re FCR substitution motion. |
| 6/15/2013 | Kimberly K Love | 13.80 | Review, revise and proofread various outlines for use with hearing (10.4); prepare and organize materials and case law requested by J. Donley (1.8); revise and update working binders with outlines and materials as backup (1.6). |
| 6/15/2013 | Jeffrey Gettleman | 1.00 | Correspond with working group re FCR substitution motion (.9); correspond with M. Jones re call to K. Crow re Effective Date closing documents (.1). |
| 6/15/2013 | Adam C Paul | 2.90 | Prepare for appellate arguments. |
| 6/15/2013 | Nia Dukov | 2.50 | Prepare for oral argument on lender issues. |
| 6/15/2013 | John Donley, P.C. | 15.20 | Outline, review and analyze materials, and prepare for Third Circuit argument. |
| 6/15/2013 | Lisa G Esayian | 1.80 | Review and analyze AMH issues re purportedly non-discharged PD claims. |
| 6/16/2013 | Kimberly K Love | 13.80 | Prepare and organize various materials and information requested by N. Dukov re bank lenders (3.6); review, revise and proofread various outlines and bullet points for use with upcoming hearing (8.1); revise and update J. Donley's working binders (2.1). |
| 6/16/2013 | Adam C Paul | 5.20 | Prepare for appellate arguments. |
| 6/16/2013 | Rana Barakat | 1.50 | Review Garlock prior briefs to determine when TDP arguments were first raised. |
| 6/16/2013 | Nia Dukov | 6.60 | Prepare for oral argument on lender issues. |
| 6/16/2013 | John Donley, P.C. | 15.80 | Outline, review and analyze materials, and prepare for Third Circuit argument. |
| 6/16/2013 | Lisa G Esayian | 4.80 | Review and analyze AMH issues in preparation for Third Circuit oral argument (4.2); office conference with J. Donley re same (.6). |
| 6/17/2013 | Mike Jones | 1.70 | Correspond with working group re Effective Date planning (.4); review and analyze documents re same (1.3). |
| 6/17/2013 | Kimberly K Love | 3.80 | Attend Third Circuit oral argument. |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/17/2013 | Kimberly K Love | 6.80 | Prepare and organize final versions of outlines for inclusion into binders for possible use at hearing (1.3); prepare and organize materials for possible use at Court (2.6); prepare and organize materials for shipment (2.9). |
| 6/17/2013 | Jeffrey Gettleman | .30 | Correspond with M. Jones re Effective Date closing document issues (.2); correspond with A. Paul re results of Third Circuit oral argument (.1). |
| 6/17/2013 | Adam C Paul | 8.80 | Prepare for appellate hearings (3.0); attend same (3.9); office conferences with M. Shelnitz and J. Donley re same (1.9). |
| 6/17/2013 | Rana Barakat | 4.00 | Office conference with J. Donley, L. Esayian, R. Finke and M. Shelnitz re oral argument (.5); attend Third Circuit oral argument (3.5). |
| 6/17/2013 | Keith S Crow, P.C. | .20 | Review and analyze Effective Date closing document issues. |
| 6/17/2013 | John Donley, P.C. | 11.00 | Prepare for and make oral argument in Third Circuit. |
| 6/17/2013 | Lisa G Esayian | 7.50 | Office conference with plan proponents' counsel prior to oral argument (1.5); attend Third Circuit oral argument (5.0); office conference with client and J. Donley after oral argument (1.0). |
| 6/18/2013 | Mike Jones | 2.30 | Research re appellate issues (2.1); correspond with working group re same (.2). |
| 6/18/2013 | Jeffrey Gettleman | 1.60 | Correspond with working group re Third Circuit oral arguments (.5); telephone conference with M. Shelnitz, J. Donley, A. Paul and counsel for plan proponents re Third Circuit arguments and related issues (1.1). |
| 6/18/2013 | Adam C Paul | 1.80 | Telephone conference with ACC and FCR re appeal (1.4); prepare for Effective Date (.4). |
| 6/18/2013 | John Donley, P.C. | 2.80 | Review notes and outline issues re appeal and next steps (1.0); correspond with J. O'Neill and A. Paul re appeal and emergence issues (.3); telephone conference with client and ACC and FCR counsel re appeal follow-up (1.5). |
| 6/18/2013 | Lisa G Esayian | 1.60 | Review correspondence from Third Circuit clerk re transcript of oral argument (.2); telephone conference with M. Shelnitz, R. Finke, plan proponents' counsel and J. Donley re results of Third Circuit oral argument (1.4). |
| 6/19/2013 | Mike Jones | 3.70 | Research re allowed claims (1.1); review and analyze documents re same (1.4); draft summary of same (.9); correspond with working group re same (.3). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/19/2013 | Kimberly K Love | 3.80 | Review, organize and index materials returned from hearing for inclusion into case files. |
| 6/19/2013 | Jeffrey Gettleman | .30 | Review correspondence from J. O'Neill re court's request for filing CNO re FCR order (.1); correspond with A. Paul and R. Higgins re same (.2). |
| 6/19/2013 | John Donley, P.C. | 3.30 | Telephone conference and correspond with J. O'Neill re Third Circuit issues (.4); review orders and correspond with clerk re same (.2); review and analyze Third Circuit, certiorari, and SEE timing and issues (.9); organize outlines and notes for future use in potential rehearing or certiorari briefing (1.8). |
| 6/19/2013 | James H M Sprayregen, P.C. | .40 | Correspond with working group re status and strategy. |
| 6/20/2013 | Kimberly K Love | 2.50 | Prepare and organize materials from hearing for inclusion into case files (1.7); prepare and organize recently filed materials for inclusion into case files (.8). |
| 6/20/2013 | Jeffrey Gettleman | .70 | Review and revise description of Third Circuit arguments (.3); correspond with A. Paul and J. Donley re same (.1); telephone conference with stockholder re status of plan (.3). |
| 6/20/2013 | Adam C Paul | .90 | Analyze strategy re Effective Date planning. |
| 6/20/2013 | Rana Barakat | 2.30 | Research re procedures for requesting rehearing or reconsideration in Third Circuit (.4); review and analyze case law re same (.3); review Federal Rules of Appellate Procedure and Third Circuit local rules governing motions for rehearing (.7); draft summary of same (.9). |
| 6/20/2013 | John Donley, P.C. | 3.00 | Telephone conferences with A. Paul re Effective Date and appeal issues (.4); telephone conferences with C. Landau re appeal and certiorari issues (.3); review and analyze appellate timing and sequence issues (.9); correspond with R. Barakat re same (.3); telephone conference with M. Shelnitz re same (.5); draft memorandum to M. Shelnitz re same (.3); correspond with S. Hessler re appeal issue (.1); correspond with N. Dukov re lender research issue (.2). |
| 6/20/2013 | James H M Sprayregen, P.C. | .40 | Correspond with working group re status and strategy. |
| 6/21/2013 | Kimberly K Love | 1.90 | Review information to update transcript of bank lenders proceeding (.3); prepare and organize recently filed materials and audio files for inclusion into case files (1.6). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/21/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones re appellate timelines (.1); correspond with M. Jones re completion of research re lender issues (.1). |
| 6/21/2013 | John Donley, P.C. | 2.90 | Review and analyze transcript and audio (1.7); correspond with J. O'Neill, A. Paul, K. Love and Paul Weiss re same (.4); correspond with court reporter re same (.2); review lender calculations and contract issues (.6). |
| 6/21/2013 | Lisa G Esayian | .50 | Review Supreme Court decision re AMH's class claim. |
| 6/22/2013 | Mike Jones | 6.40 | Research re appellate issues (1.2); review and analyze documents re same (1.8); correspond with working group re same (.2); research re potential settlement (1.4); review and analyze documents re same (1.2); correspond with working group re same (.6). |
| 6/22/2013 | Jeffrey Gettleman | .30 | Review M. Jones analysis of filing deadlines re Third Circuit decision (.1); correspond with J. Donley and A. Paul re same (.1); review correspondence from M. Jones re bank lender research (.1). |
| 6/22/2013 | Rana Barakat | 2.00 | Review transcript of Third Circuit oral argument re bank lenders' appeal (1.6); correspond with J. Donley re errors and discrepancies in transcript (.4). |
| 6/23/2013 | John Donley, P.C. | 1.60 | Review and analyze transcript and outlining of lender issues (1.2); correspond with J. O'Neill, K&E team and Paul Weiss re transcript issues (.4). |
| 6/24/2013 | Mike Jones | 6.70 | Research re potential settlement (2.1); draft summary of same (1.3); correspond with working group re same (.6); review and revise same (1.6); review and analyze documents re same (1.1). |
| 6/24/2013 | Jeffrey Gettleman | 1.40 | Review and revise analysis of bank lender issues (.7); correspond with M. Jones re same (.1); correspond with A. Paul re same (.1); office conference with A. Paul re lender issues (.3); telephone conference with M. Jones re same (.2). |
| 6/24/2013 | Adam C Paul | 1.50 | Telephone conference with M. Shelnitz re Effective Date issues (.3); telephone conference with J. Gettleman re same (.4); analyze Effective Date issues (.8). |
| 6/25/2013 | Mike Jones | 5.70 | Research re potential settlement (2.3); review and revise analysis of same (1.4); review and revise Effective Date planning chart (1.1); correspond with working group re same (.3); correspond with working group re appellate timing and procedural issues (.6). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/25/2013 | Kimberly K Love | .90 | Prepare and organize hearing preparation materials for inclusion into case files. |
| 6/25/2013 | Jeffrey Gettleman | 2.20 | Correspond with M. Jones re Effective Date checklists (.1); review and revise same (.7); office conference with A. Paul re same (.4); review and revise revised analysis re bank lender issue (.6); telephone conference with M. Jones re same (.2); correspond with D. Hill re order scheduling omnibus hearings (.1); correspond with A. Paul re D. Turetsky (.1). |
| 6/25/2013 | Adam C Paul | 1.20 | Analyze Effective Date issues (.8); telephone conference with D. Turetsky re same (.4). |
| 6/25/2013 | John Donley, P.C. | 1.10 | Analyze and outline lender strategy (.5); correspond with A. Paul re same (.3); telephone conference with M. Shelnitz re same (.3). |
| 6/26/2013 | Mike Jones | 5.80 | Correspond with working group re analysis of potential settlement (.3); review and revise same (1.1); research re settlement strategy (2.3); review and analyze documents re same (1.2); review and revise Effective Date planning chart (.6); correspond with working group re same (.3). |
| 6/26/2013 | Jeffrey Gettleman | 3.40 | Correspond with plan proponents and working group re Effective Date planning and bank lender issues (1.6); review and revise analysis re same (1.4); correspond with S. Butler and T. Maynes re tax opinion letter re Effective Date closing documents (.4). |
| 6/26/2013 | Stephen E Hessler | 2.00 | Review oral argument transcript re appeal issues. |
| 6/26/2013 | John Donley, P.C. | 3.40 | Analyze and outline financial and legal issues re lenders (1.5); telephone conferences with A. Rosenberg re lender issues (.4); telephone conferences with M. Shelnitz re lender issue (.5); draft memorandum re same (.3); correspond and telephone conference with A. Paul re same (.4); review Sealed Air materials (.3). |
| 6/27/2013 | Mike Jones | 4.50 | Correspond with working group re Effective Date planning chart (.3); review and revise same (.9); correspond with working group re potential settlement (.4); review and revise analysis of same (1.3); research re same (1.6). |
| 6/27/2013 | Daniel Hill | .20 | Prepare and distribute docket updates. |
| 6/27/2013 | Jeffrey Gettleman | 1.30 | Telephone conference and correspond with working group re lender issues. |

K&E 27468097.5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/27/2013 | Jeffrey Gettleman | 1.90 | Correspond with working group and plan proponents re Effective Date planning and lender issues (1.7); review analysis re bank lender issues (.2). |
| 6/27/2013 | Stephen E Hessler | .40 | Telephone conference with J. Donley re appeal issues. |
| 6/27/2013 | Adam C Paul | .70 | Analyze plan modification and settlement issues. |
| 6/27/2013 | Keith S Crow, P.C. | .20 | Review and analyze closing document issues. |
| 6/27/2013 | John Donley, P.C. | 3.20 | Analyze and outline lender issues (1.4); telephone conference with S. Hessler re same (.4); telephone conference with J. O'Connell and A. Schlesinger re calculations (.2); review and analyze transcript (.4); telephone conference with A. Rosenberg re lender issues (.5); correspond with Paul Weiss re negotiation (.3). |
| 6/28/2013 | Mike Jones | 3.40 | Correspond with working group re potential settlement (.6); telephone conference with working group re same (.4); office conference with J. Gettleman re same (.4); correspond with working group re appeal timing and procedure (.7); research re same (1.3). |
| 6/28/2013 | Jeffrey Gettleman | 3.60 | Office conference, telephone conference, and correspond with working group re lender issues (2.7); review R. Wyron further analysis of bank lender issues (.2); correspond with M. Jones re same (.1); telephone conference with P. Bentley and D. Blabey re lender issues (.6). |
| 6/28/2013 | Adam C Paul | .90 | Analyze settlement of appeals. |
| 6/28/2013 | Lisa G Esayian | 1.80 | Review and analyze issues re AMH class claim and bar date. |
| 6/29/2013 | Jeffrey Gettleman | .60 | Correspond with D. Blabey, A. Paul and M. Jones re lender issues. |
| 6/29/2013 | John Donley, P.C. | 1.00 | Analyze issues relating to bank lenders (.8); correspond with A. Paul and client re same (.2). |
| 6/30/2013 | John Donley, P.C. | .80 | Analyze lender issues and calculations (.5); correspond with C. Nagler re credit agreement issues and analyze same (.3). |
|  | Total: | 827.00 |  |

A-20

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/24/2013 | Todd F Maynes, P.C. | .50 | Review proposed QSF opinions. |
| 6/25/2013 | Todd F Maynes, P.C. | .40 | Review proposed QSF opinions. |
| 6/26/2013 | Todd F Maynes, P.C. | .50 | Review proposed QSF opinions. |
| 6/27/2013 | Todd F Maynes, P.C. | .80 | Telephone conferences with working group re potential QSF (.2); research re QSF rules (.6). |
| 6/28/2013 | Todd F Maynes, P.C. | .40 | Review proposed QSF opinions. |
| | Total: | 2.60 | |

A-21

**<u>Matter 42 - Travel non-working - Fees</u>**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 6/03/2013 | John Donley, P.C. | 2.20 | Travel from Chicago, IL to Washington, DC for mock argument (billed at half time). |
| 6/04/2013 | Adam C Paul | 2.10 | Travel from Chicago, IL to Washington, DC for oral argument preparation (billed at half time). |
| 6/05/2013 | Kimberly K Love | 1.90 | Travel from Chicago, IL to Washington, DC to assist J. Donley at mock argument (billed at half time). |
| 6/07/2013 | Kimberly K Love | 2.30 | Return travel from Washington, DC to Chicago, IL (billed at half time). |
| 6/07/2013 | Adam C Paul | 2.10 | Return travel from Washington, DC to Chicago, IL (billed at half time). |
| 6/07/2013 | John Donley, P.C. | 2.00 | Return travel from Washington, DC to Chicago, IL after mock argument (billed at half time). |
| 6/14/2013 | Kimberly K Love | 2.70 | Travel from Chicago, IL to Philadelphia, PA for hearing (billed at half time). |
| 6/14/2013 | John Donley, P.C. | 2.20 | Travel from Chicago, IL to Philadelphia, PA for hearing (billed at half time). |
| 6/16/2013 | Adam C Paul | 2.20 | Travel from Chicago, IL to Philadelphia, PA for hearing (billed at half time). |
| 6/16/2013 | Lisa G Esayian | 1.50 | Travel from Chicago, IL to Philadelphia, PA for Third Circuit oral argument (billed at half time). |
| 6/17/2013 | Adam C Paul | 2.70 | Return travel from Philadelphia, PA to Chicago, IL (delay) (billed at half time). |
| 6/17/2013 | Lisa G Esayian | 1.50 | Return travel from Philadelphia, PA to Chicago, IL after oral argument (billed at half time). |
| 6/18/2013 | Kimberly K Love | 2.90 | Return travel from Philadelphia, PA to Chicago, IL (billed at half time). |
| 6/18/2013 | John Donley, P.C. | 2.00 | Return travel from Philadelphia, PA to Chicago, IL (billed at half time). |
|  | Total: | 30.30 |  |

K&E 27468097.5