**EXHIBIT B**

K&E 27468097.5

B-2

### Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,096.31 |
| Local Transportation | $174.54 |
| Travel Expense | $8,830.64 |
| Airfare | $6,379.80 |
| Transportation to/from airport | $2,130.71 |
| Travel Meals | $2,084.79 |
| Other Travel Expenses | $2,305.80 |
| **Total:** | **$23,002.59** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 3/29/2013 | 632.22 | Adam Paul, Airfare, Philadelphia, PA, 06/15/2013 to 06/17/2013, Hearing |
| 4/16/2013 | 656.39 | Adam Paul, Airfare, Washington, DC, 06/04/2013 to 06/07/2013, Meetings |
| 4/25/2013 | 656.39 | Lisa Esayian, Airfare, Washington, DC, 06/04/2013 to 06/07/2013, Moot Court |
| 5/01/2013 | 378.90 | John Donley, Airfare, Washington, DC, 06/03/2013 to 06/03/2013, Oral Argument Prep |
| 5/01/2013 | 387.90 | John Donley, Airfare, Chicago, IL, 06/18/2013 to 06/18/2013, Oral Argument |
| 5/03/2013 | 357.19 | Kimberly Love, Airfare, Washington, DC, 06/05/2013 to 06/05/2013, Mock argument |
| 5/30/2013 | 358.80 | Lisa Esayian, Airfare, Philadelphia, PA, 06/16/2013 to 06/17/2013, Third Circuit Oral Argument |
| 6/03/2013 | 328.00 | Eric Leon, Rail, Washington, DC, 06/04/2013 to 06/05/2013, Hearing preparation |
| 6/03/2013 | 320.90 | Kimberly Love, Airfare, Chicago, IL, 06/07/2013 to 06/07/2013, Mock argument |
| 6/03/2013 | 20.00 | John Donley, Transportation To/From Airport, Oral Argument Prep |
| 6/03/2013 | 118.01 | All About Charter Inc, Transportation to/from airport, John Donley, P.C., 6/3/201318 |
| 6/03/2013 | 12.00 | John Donley, Travel Meals, Washington, DC, Oral Argument Prep (Lunch) |
| 6/04/2013 | 15.00 | Adam Paul, Taxi |
| 6/04/2013 | 400.00 | Eric Leon, Lodging, Willard InterContinental, Washington, DC, 06/04/2013 to 06/05/2013, Hearing preparation |
| 6/04/2013 | 411.06 | Adam Paul, Lodging, W Washington DC, Washington, DC, 06/04/2013 to 06/05/2013, Meetings |
| 6/04/2013 | 13.00 | Eric Leon, Transportation To/From Airport, Hearing preparation |
| 6/04/2013 | 119.46 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 06/04/13 |
| 6/04/2013 | 33.58 | Eric Leon, Travel Meals, Washington, DC, Hearing preparation (Dinner) |
| 6/04/2013 | 13.27 | Eric Leon, Travel Meals, Washington, DC, Hearing preparation (Lunch) |
| 6/04/2013 | 34.49 | Adam Paul, Travel Meals, Washington, DC, Meetings (Lunch) |
| 6/04/2013 | 30.00 | John Donley, Travel Meals, Washington, DC, Oral Argument Prep (Breakfast) |
| 6/04/2013 | 65.00 | John Donley, Travel Meals, Washington, DC, Oral Argument Prep (Dinner) |

| **Date** | **Amount** | **Description** |
| --- | --- | --- |
| 6/05/2013 | 411.06 | Adam Paul, Lodging, W Washington DC, Washington, DC, 06/05/2013 to 06/06/2013, Meetings |
| 6/05/2013 | 13.00 | Eric Leon, Transportation To/From Airport, Hearing preparation |
| 6/05/2013 | 44.00 | Lisa Esayian, Transportation To/From Airport, Moot Court |
| 6/05/2013 | 3.00 | Lisa Esayian, Transportation To/From Airport, Moot Court (Train from airport to hotel in DC) |
| 6/05/2013 | 88.65 | Crown Chauffeured Transportation Inc, Transportation to/from airport, 06/05/2013, Kimberly Love, Morton Grove, IL to ORD |
| 6/05/2013 | 9.00 | Eric Leon, Travel Meals, Washington, DC, Hearing preparation (Breakfast) |
| 6/05/2013 | 21.61 | Lisa Esayian, Travel Meals, Washington, DC, Moot Court (Dinner) |
| 6/05/2013 | 50.00 | Adam Paul, Travel Meals, National Harbor, MD, Meeting (Dinner) |
| 6/05/2013 | 30.00 | John Donley, Travel Meals, Washington, DC, Oral Argument Prep (Breakfast) |
| 6/05/2013 | 65.00 | John Donley, Travel Meals, Washington, DC, Oral Argument Prep (Dinner) |
| 6/05/2013 | 7.90 | Kimberly Love, Travel Meals, Washington, DC, Mock argument (Lunch) |
| 6/06/2013 | 15.90 | John Donley, Hotel - Telephone, Oral Argument Prep |
| 6/06/2013 | 2.80 | Lisa Esayian, Metra/Public Transportation, Washington, DC, Moot Court |
| 6/06/2013 | 10.00 | Lisa Esayian, Taxi, Moot Court |
| 6/06/2013 | 21.00 | Adam Paul, Taxi |
| 6/06/2013 | 411.06 | Adam Paul, Lodging, W Washington DC, Washington, DC, 06/06/2013 to 06/07/2013, Meetings |
| 6/06/2013 | 4.00 | Lisa Esayian, Travel Meals, Washington, DC, Moot Court (Breakfast) |
| 6/06/2013 | 10.00 | Lisa Esayian, Travel Meals, Washington, DC, Moot Court (Lunch) |
| 6/06/2013 | 3.94 | Adam Paul, Travel Meals, Washington, DC, Meeting (Breakfast) |
| 6/06/2013 | 30.00 | John Donley, Travel Meals, Washington, DC, Oral Argument Prep (Breakfast) |
| 6/06/2013 | 65.00 | John Donley, Travel Meals, Washington, DC, Oral Argument Prep (Dinner) |
| 6/06/2013 | 29.06 | Kimberly Love, Travel Meals, Washington, DC, Mock argument (Dinner) |
| 6/06/2013 | 16.62 | Kimberly Love, Travel Meal with Others, Washington, DC, Mock argument (Lunch for 2 people) |
| 6/07/2013 | 800.00 | Lisa Esayian, Lodging, Sofitel, Washington, DC, 06/05/2013 to 06/07/2013, Moot Court |
| 6/07/2013 | 1,600.00 | John Donley, Lodging, Willard InterContinental, Washington, DC, 06/03/2013 to 06/07/2013, Oral Argument Prep |

B-4

| **Date** | **Amount** | **Description** |
|---|---|---|
| 6/07/2013 | 800.00 | Kimberly Love, Lodging, Willard InterContinental, Washington, DC, 06/05/2013 to 06/07/2013, Mock argument |
| 6/07/2013 | 357.19 | John Donley, Airfare, Chicago, IL, 06/07/2013 to 06/07/2013, Oral Argument Prep |
| 6/07/2013 | 23.00 | Adam Paul, Transportation To/From Airport, Meetings |
| 6/07/2013 | 3.00 | Lisa Esayian, Transportation To/From Airport, Moot Court (Train from hotel in DC to airport) |
| 6/07/2013 | 56.45 | Lisa Esayian, Transportation To/From Airport, Moot Court |
| 6/07/2013 | 40.00 | John Donley, Transportation To/From Airport, Oral Argument Prep |
| 6/07/2013 | 127.52 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 06/07/13 |
| 6/07/2013 | 92.65 | Crown Chauffeured Transportation Inc, Transportation to/from airport, 06/07/2013, Kimberly Love, ORD to Morton Grove, IL |
| 6/07/2013 | 21.44 | Adam Paul, Travel Meals, Washington, DC, Meeting (Lunch) |
| 6/07/2013 | 9.36 | Kimberly Love, Travel Meals, Washington, DC, Mock argument (Breakfast) |
| 6/07/2013 | 30.00 | John Donley, Travel Meals, Washington, DC, Oral Argument Prep (Breakfast) |
| 6/11/2013 | 32.30 | Vital Transportation Inc, Passenger: Leon, Eric, Transportation to/from airport, Date: 6/5/2013 |
| 6/12/2013 | 615.80 | Kimberly Love, Airfare, Philadelphia, PA, 06/14/2013 to 06/18/2013, Hearing |
| 6/13/2013 | 724.22 | Rana Barakat, Airfare, Philadelphia, PA, 06/16/2013 to 06/18/2013, Client meeting |
| 6/14/2013 | 61.88 | Kimberly Love, Internet, Hearing |
| 6/14/2013 | 605.90 | John Donley, Airfare, Chicago, IL, 06/14/2013 to 06/14/2013, Oral Argument |
| 6/14/2013 | 50.00 | John Donley, Transportation To/From Airport, Oral Argument |
| 6/14/2013 | 118.86 | Boston Coach Corporation, Transportation to/from airport, Kimberly K. Love |
| 6/14/2013 | 30.00 | John Donley, Transportation To/From Airport, Oral Argument |
| 6/14/2013 | 88.65 | Crown Chauffeured Transportation Inc, Transportation to/from airport, 06/14/2013, Kimberly Love, Morton Grove, IL to ORD |
| 6/14/2013 | 26.31 | Kimberly Love, Travel Meals, Philadelphia, PA, Hearing (Dinner) |
| 6/14/2013 | 6.69 | Kimberly Love, Travel Meals, Chicago, IL, Hearing (Breakfast) |
| 6/14/2013 | 329.40 | Kimberly Love, Meeting Room, Hearing |
| 6/15/2013 | 27.71 | John Donley, Internet, Oral Argument |
| 6/15/2013 | 247.52 | Kimberly Love, Internet, Hearing |
| 6/15/2013 | 25.00 | John Donley, Travel Meals, Philadelphia, PA, Oral Argument (Breakfast) |

| **Date** | **Amount** | **Description** |
|---|---:|---|
| 6/15/2013 | 50.00 | John Donley, Travel Meals, Philadelphia, PA, Oral Argument (Dinner) |
| 6/15/2013 | 21.00 | John Donley, Travel Meal with Others, Philadelphia Oral Argument, (Lunch for 2 people) |
| 6/15/2013 | 658.80 | Kimberly Love, Meeting Room, Hearing |
| 6/16/2013 | 247.52 | Kimberly Love, Internet, Hearing |
| 6/16/2013 | 35.40 | Rana Barakat, Taxi, Client meeting |
| 6/16/2013 | 4.85 | Rana Barakat, Taxi, Client meeting |
| 6/16/2013 | 344.45 | Adam Paul, Lodging, The Westin, Philadelphia, PA, 06/16/2013 to 06/17/2013, Hearing |
| 6/16/2013 | 38.00 | Lisa Esayian, Transportation To/From Airport, Third Circuit Oral Argument |
| 6/16/2013 | 34.00 | Lisa Esayian, Transportation To/From Airport, Third Circuit Oral Argument |
| 6/16/2013 | 116.86 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul |
| 6/16/2013 | 119.64 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 06/16/13 |
| 6/16/2013 | 2.82 | Adam Paul, Travel Meals, Chicago, IL, Hearing (Breakfast) |
| 6/16/2013 | 50.00 | Adam Paul, Travel Meals, Philadelphia, PA, Hearing (Dinner) |
| 6/16/2013 | 21.28 | Adam Paul, Travel Meals, Philadelphia, PA, Hearing (Lunch) |
| 6/16/2013 | 50.00 | John Donley, Travel Meals, Philadelphia, PA, Oral Argument (Dinner) |
| 6/16/2013 | 61.72 | Kimberly Love, Travel Meal with Others, Philadelphia, PA, Hearing (Lunch for 2 people) |
| 6/16/2013 | 31.54 | Kimberly Love, Travel Meal with Others, Philadelphia, PA, Hearing (Coffee Service for 5 people) |
| 6/16/2013 | 50.00 | Lisa Esayian, Travel Meals, Philadelphia, PA, Third Circuit Oral Argument (Dinner) |
| 6/16/2013 | 25.00 | John Donley, Travel Meals, Philadelphia, PA, Oral Argument (Breakfast) |
| 6/16/2013 | 658.80 | Kimberly Love, Meeting Room, Hearing |
| 6/17/2013 | 30.86 | John Donley, Hotel - Telephone, Oral Argument |
| 6/17/2013 | 464.92 | Kimberly Love, Internet, Hearing |
| 6/17/2013 | 9.00 | Adam Paul, Taxi, Hearing |
| 6/17/2013 | 9.00 | Adam Paul, Taxi, Hearing |
| 6/17/2013 | 8.00 | Lisa Esayian, Taxi, Third Circuit Oral Argument (Hotel to court) |
| 6/17/2013 | 8.00 | Lisa Esayian, Taxi, Grace Third Circuit Oral Argument (Court to hotel) |
| 6/17/2013 | 10.00 | John Donley, Taxi, Oral Argument |
| 6/17/2013 | 6.90 | Rana Barakat, Taxi, Client meeting |
| 6/17/2013 | 5.08 | Rana Barakat, Taxi, Client meeting |

| Date | Amount | Description |
|---|---:|---|
| 6/17/2013 | 344.45 | Lisa Esayian, Lodging, The Westin, Philadelphia, PA, 06/16/2013 to 06/17/2013, Third Circuit Oral Argument |
| 6/17/2013 | 35.00 | Lisa Esayian, Transportation To/From Airport, Third Circuit Oral Argument |
| 6/17/2013 | 38.00 | Lisa Esayian, Transportation To/From Airport, Third Circuit Oral Argument |
| 6/17/2013 | 157.60 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul |
| 6/17/2013 | 127.51 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 06/17/13 |
| 6/17/2013 | 3.97 | Adam Paul, Travel Meals, Philadelphia, PA, Hearing (Breakfast) |
| 6/17/2013 | 50.00 | Adam Paul, Travel Meals, Philadelphia, PA, Hearing (Dinner) |
| 6/17/2013 | 31.31 | John Donley, Travel Meals, Philadelphia, PA, Oral Argument (Breakfast) |
| 6/17/2013 | 4.31 | Lisa Esayian, Travel Meals, Philadelphia, PA, Third Circuit Oral Argument (Dinner) |
| 6/17/2013 | 19.77 | Kimberly Love, Travel Meals, Philadelphia, PA, Hearing (Dinner) |
| 6/17/2013 | 658.80 | Kimberly Love, Meeting Room, Hearing |
| 6/17/2013 | 400.00 | Kimberly Love, Travel Meal with Others, Philadelphia, PA, Hearing (Breakfast for 16 people) |
| 6/17/2013 | 560.00 | Kimberly Love, Travel Meal with Others, Philadelphia, PA, Hearing (Lunch for 16 people) |
| 6/18/2013 | 29.51 | Rana Barakat, Taxi, Client meeting |
| 6/18/2013 | 1,654.28 | John Donley, Lodging, The Westin, Philadelphia, PA, 06/14/2013 to 06/18/2013, Oral Argument |
| 6/18/2013 | 1,654.28 | Kimberly Love, Lodging, The Westin, Philadelphia, PA, 06/14/2013 to 06/18/2013, Hearing |
| 6/18/2013 | 35.00 | John Donley, Transportation To/From Airport, Oral Argument |
| 6/18/2013 | 102.16 | Boston Coach Corporation, Transportation to/from airport, Kimberly K. Love |
| 6/18/2013 | 126.56 | Boston Coach Corporation, Transportation to/from airport, Rana Barakat |
| 6/18/2013 | 2.80 | Kimberly Love, Travel Meals, Philadelphia, PA, Hearing (Breakfast) |
| 6/25/2013 | 39.61 | Sunny's Executive Sedan Service Inc - Transportation to/from airport, A. Paul, 06/04/13 |
| 6/25/2013 | 39.61 | Sunny's Executive Sedan Service Inc - Transportation to/from airport, K. Love, 06/05/13 |
| 6/25/2013 | 39.61 | Sunny's Executive Sedan Service Inc - Transportation to/from airport, K. Love, 06/07/13 |
| Total: | 23,002.59 | |

## Matter 52 – Expenses – Expenses

| **Service Description** | **Amount** |
| --- | ---: |
| Third Party Telephone Charges | $60.39 |
| Standard Copies or Prints | $2,128.40 |
| Color Copies or Prints | $267.30 |
| Overnight Delivery | $5,087.90 |
| Outside Messenger Services | $134.09 |
| Trial Office Expenses | $107.93 |
| Working Meals/K&E and Others | $324.83 |
| Outside Retrieval Service | $122.45 |
| Computer Database Research | $21,449.65 |
| Secretarial Overtime | $5,115.40 |
| Rental Expenses | $653.40 |
| **Total:** | **$35,451.74** |

K&E 27468097.5

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 4/30/2013 | 18.81 | Computer Database Research Thomson Rebilling Usage for April 2013 |
| 5/01/2013 | 214.46 | LexisNexis, Computer Database Research, Eggert, Mary, 5/1/2013 |
| 5/02/2013 | 16.26 | LexisNexis, Computer Database Research, Eggert, Mary, 5/2/2013 |
| 5/08/2013 | 116.87 | LexisNexis, Computer Database Research, Eggert, Mary, 5/8/2013 |
| 5/15/2013 | 35.95 | Diners Club - Article retrieval |
| 5/15/2013 | 157.53 | LexisNexis, Computer Database Research, Eggert, Mary, 5/15/2013 |
| 5/16/2013 | 8.13 | LexisNexis, Computer Database Research, Eggert, Mary, 5/16/2013 |
| 5/17/2013 | 6.08 | LexisNexis, Computer Database Research, CourtLink Usage for 05/2013, Brenda Burton |
| 5/17/2013 | 154.04 | LexisNexis, Computer Database Research, Burton, Brenda, 5/17/2013 |
| 5/17/2013 | 72.22 | West, Computer Database Research, Burton, Brenda, May 2013 |
| 5/17/2013 | 42.99 | West, Computer Database Research, Eggert, Mary B., May 2013 |
| 5/22/2013 | 116.87 | LexisNexis, Computer Database Research, Eggert, Mary, 5/22/2013 |
| 5/22/2013 | 346.94 | West, Computer Database Research, Donley, John W., May 2013 |
| 5/23/2013 | 93.93 | West, Computer Database Research, Jones, Mike, May 2013 |
| 5/24/2013 | 102.20 | West, Computer Database Research, Engel, Susan, May 2013 |
| 5/29/2013 | 141.27 | LexisNexis, Computer Database Research, Eggert, Mary, 5/29/2013 |
| 5/29/2013 | 608.50 | West, Computer Database Research, Bernbrock, Justin, May 2013 |
| 5/30/2013 | 1,388.54 | West, Computer Database Research, Barakat, Rana, May 2013 |
| 5/30/2013 | 1,014.03 | West, Computer Database Research, Dukov, Nia, May 2013 |
| 5/30/2013 | 1,466.49 | West, Computer Database Research, Love, Kimberly, May 2013 |
| 5/30/2013 | 244.00 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 5/31/2013 | 86.50 | Wisconsin TechSearch - Outside Retrieval Service, Interlibrary Loans for May 2013 |
| 5/31/2013 | 37.74 | West, Computer Database Research, Accelus Business Law Research Usage for 05/2013, Burton Brenda |
| 5/31/2013 | 660.24 | LexisNexis, Computer Database Research, Gettleman, Jeffrey, 5/31/2013 |
| 5/31/2013 | 549.71 | West, Computer Database Research, Esayian, Lisa G., May 2013 |
| 5/31/2013 | 2,275.57 | West, Computer Database Research, Fairley, Lesley, May 2013 |
| 5/31/2013 | 1,152.20 | West, Computer Database Research, Gettleman, Jeffrey, May 2013 |
| 5/31/2013 | 27.06 | West, Computer Database Research, Hill, Dan, May 2013 |
| 5/31/2013 | 6.29 | West, Computer Database Research, Sroka, Carrie, May 2013 |
| 5/31/2013 | 45.75 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 6/01/2013 | 47.12 | West, Computer Database Research, Gettleman, Jeffrey, June 2013 |

| Date | Amount | Description |
|---|---|---|
| 6/01/2013 | 427.00 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 6/02/2013 | 411.75 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 6/03/2013 | 44.60 | Standard Copies or Prints |
| 6/03/2013 | 104.50 | Standard Prints |
| 6/03/2013 | 292.00 | Standard Prints |
| 6/03/2013 | 13.30 | Standard Prints |
| 6/03/2013 | 8.00 | Standard Prints |
| 6/03/2013 | 14.50 | Standard Prints |
| 6/03/2013 | 4.60 | Standard Prints |
| 6/03/2013 | 6.70 | Standard Prints |
| 6/03/2013 | 33.60 | Standard Prints |
| 6/03/2013 | 192.11 | Fed Exp to: Deb Scarcella (for John Donley), Washington, DC from: General Services |
| 6/03/2013 | 140.23 | Fed Exp to: Deb Scarcella (for John Donley), Washington, DC from: Christine Hraban |
| 6/03/2013 | 187.92 | Fed Exp to: Deb Scarcella (for John Donley), Washington, DC from: Christine Hraban |
| 6/03/2013 | 140.23 | Fed Exp to: Deb Scarcella (for John Donley), Washington, DC from: Christine Hraban |
| 6/03/2013 | 140.23 | Fed Exp to: Deb Scarcella (for John Donley), Washington, DC from: Christine Hraban |
| 6/03/2013 | 140.23 | Fed Exp to: Deb Scarcella (for John Donley), Washington, DC from: Christine Hraban |
| 6/03/2013 | 52.82 | West, Computer Database Research, Burton, Brenda, June 2013 |
| 6/03/2013 | 3.59 | West, Computer Database Research, Leon, Eric F., June 2013 |
| 6/03/2013 | 59.44 | LexisNexis, Computer Database Research, Burton, Brenda, 6/3/2013 |
| 6/03/2013 | 183.00 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 6/04/2013 | 15.70 | Standard Copies or Prints |
| 6/04/2013 | 1.90 | Standard Prints |
| 6/04/2013 | 11.20 | Standard Prints |
| 6/04/2013 | 75.30 | Standard Prints |
| 6/04/2013 | 1.60 | Standard Prints |
| 6/04/2013 | 4.30 | Standard Prints |
| 6/04/2013 | 25.80 | Standard Prints |
| 6/04/2013 | 15.60 | Standard Prints |
| 6/04/2013 | .10 | Standard Prints |

B-10

| Date | Amount | Description |
|---|---:|---|
| 6/04/2013 | 2.10 | Standard Prints |
| 6/04/2013 | 2.20 | Color Copies or Prints |
| 6/04/2013 | 116.19 | Fed Exp to: Deb Scarcella (for John Donley), Washington, DC from: Christine Hraban |
| 6/04/2013 | 38.88 | West, Computer Database Research, Accelus Business Law Research Usage for 06/2013, Burton Brenda |
| 6/04/2013 | 61.00 | Secretarial Overtime, Jan M. Blair - Revising outlines |
| 6/05/2013 | 7.80 | Standard Copies or Prints |
| 6/05/2013 | .20 | Standard Prints |
| 6/05/2013 | .80 | Standard Prints |
| 6/05/2013 | 47.60 | Standard Prints |
| 6/05/2013 | 10.20 | Standard Prints |
| 6/05/2013 | 7.80 | Standard Prints |
| 6/05/2013 | 32.40 | Standard Prints |
| 6/05/2013 | .10 | Standard Prints |
| 6/05/2013 | 33.30 | Standard Prints |
| 6/05/2013 | 3.90 | Standard Prints |
| 6/05/2013 | 8.50 | Standard Prints |
| 6/05/2013 | 4.00 | Standard Prints |
| 6/05/2013 | 24.75 | Color Prints |
| 6/05/2013 | 8.80 | Color Prints |
| 6/05/2013 | .55 | Color Prints |
| 6/05/2013 | 203.43 | LexisNexis, Computer Database Research, Eggert, Mary, 6/5/2013 |
| 6/05/2013 | 274.50 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 6/06/2013 | 25.80 | Standard Prints |
| 6/06/2013 | 24.50 | Standard Prints |
| 6/06/2013 | 97.90 | Standard Prints |
| 6/06/2013 | 18.10 | Standard Prints |
| 6/06/2013 | 10.10 | Standard Prints |
| 6/06/2013 | 2.40 | Standard Prints |
| 6/06/2013 | 40.40 | Standard Prints |
| 6/06/2013 | 5.10 | Standard Prints |
| 6/06/2013 | 23.65 | Color Prints |
| 6/06/2013 | 29.70 | Color Prints |
| 6/06/2013 | 42.35 | Color Prints |
| 6/06/2013 | 23.65 | Color Prints |
| 6/06/2013 | 17.05 | Color Prints |

B-11

| Date | Amount | Description |
|---|---:|---|
| 6/06/2013 | 1.10 | Color Prints |
| 6/06/2013 | 7.15 | Color Prints |
| 6/06/2013 | 12.10 | Color Prints |
| 6/06/2013 | 9.35 | Color Prints |
| 6/06/2013 | 17.60 | Color Prints |
| 6/06/2013 | 8.80 | Color Prints |
| 6/06/2013 | 8.80 | Color Prints |
| 6/06/2013 | 9.35 | Color Prints |
| 6/06/2013 | 7.70 | Color Prints |
| 6/06/2013 | 12.65 | Color Prints |
| 6/06/2013 | 43.49 | Fed Exp to: Mailroom, Chicago, IL from: Mailroom |
| 6/06/2013 | 20.29 | Fed Exp to: Mailroom, Chicago, IL from: Mailroom |
| 6/06/2013 | 37.69 | Fed Exp to: Mailroom, Chicago, IL from: Mailroom |
| 6/06/2013 | 37.69 | Fed Exp to: Mailroom, Chicago, IL from: Mailroom |
| 6/06/2013 | 31.89 | Fed Exp to: Mailroom, Chicago, IL from: Mailroom |
| 6/06/2013 | 122.00 | Secretarial Overtime, Valerie E. Denney - Revise Lenders Argument |
| 6/07/2013 | 61.00 | Secretarial Overtime, Jan M. Blair - Revising outlines |
| 6/08/2013 | 350.75 | Secretarial Overtime, Susan L. Woods - Revise oral argument outlines |
| 6/09/2013 | 411.75 | Secretarial Overtime, Susan L. Woods - Revise argument outlines |
| 6/10/2013 | 5.10 | Standard Copies or Prints |
| 6/10/2013 | .60 | Standard Prints |
| 6/10/2013 | 35.00 | Standard Prints |
| 6/10/2013 | 43.30 | Standard Prints |
| 6/10/2013 | 1.00 | Standard Prints |
| 6/10/2013 | .30 | Standard Prints |
| 6/10/2013 | 31.70 | Standard Prints |
| 6/10/2013 | 48.50 | Standard Prints |
| 6/10/2013 | 50.30 | Standard Prints |
| 6/10/2013 | 4.60 | Standard Prints |
| 6/10/2013 | 142.55 | West, Computer Database Research, Donley, John W., June 2013 |
| 6/10/2013 | 26.52 | LexisNexis, Computer Database Research, Love, Kimberly, 6/10/2013 |
| 6/10/2013 | 183.00 | Secretarial Overtime, Susan L. Woods - Revise oral argument outlines |
| 6/10/2013 | 137.25 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 6/11/2013 | 2.70 | Standard Copies or Prints |
| 6/11/2013 | 35.40 | Standard Copies or Prints |
| 6/11/2013 | 102.50 | Standard Prints |

| Date | Amount | Description |
|---|---:|---|
| 6/11/2013 | 1.20 | Standard Prints |
| 6/11/2013 | 5.00 | Standard Prints |
| 6/11/2013 | 23.30 | Standard Prints |
| 6/11/2013 | 183.00 | Secretarial Overtime, Susan L. Woods - Revise oral argument outlines |
| 6/11/2013 | 137.25 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 6/12/2013 | 73.50 | Standard Copies or Prints |
| 6/12/2013 | 18.30 | Standard Prints |
| 6/12/2013 | 2.10 | Standard Prints |
| 6/12/2013 | .40 | Standard Prints |
| 6/12/2013 | 33.00 | Standard Prints |
| 6/12/2013 | 134.09 | Rush Delivery Messenger Service, LLC - Outside Messenger Services, K. Love, 06/06/13 |
| 6/12/2013 | 187.22 | LexisNexis, Computer Database Research, Eggert, Mary, 6/12/2013 |
| 6/12/2013 | 63.84 | Secretarial Overtime, Celeste L. Sullivan - Convert Document, Create MS Word, Format/Clean Up Proofread, Revise/Update Adobe PDF |
| 6/12/2013 | 152.50 | Secretarial Overtime, Jan M. Blair - Revising outlines |
| 6/12/2013 | 45.75 | Secretarial Overtime, Susan L. Woods - Revise oral argument outlines |
| 6/13/2013 | 2.80 | Standard Copies or Prints |
| 6/13/2013 | 10.10 | Standard Copies or Prints |
| 6/13/2013 | 15.40 | Standard Prints |
| 6/13/2013 | 4.10 | Standard Prints |
| 6/13/2013 | .40 | Standard Prints |
| 6/13/2013 | 5.60 | Standard Prints |
| 6/13/2013 | 18.40 | Standard Prints |
| 6/13/2013 | 10.10 | Standard Prints |
| 6/13/2013 | 27.12 | Fed Exp to: Lisa Esayian, Philadelphia, PA from: Lisa Esayian |
| 6/13/2013 | 184.97 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: General Services |
| 6/13/2013 | 109.86 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 203.26 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 175.79 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 71.40 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 65.92 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |

| Date | Amount | Description |
|---|---|---|
| 6/13/2013 | 65.92 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 65.92 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 93.39 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 104.36 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 131.83 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 153.82 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 66.01 | Fed Exp to: Lauren Pasquini (for Kim Love), Philadelphia, PA from: Kimberly Love |
| 6/13/2013 | 110.36 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 93.89 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 159.80 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 66.41 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 170.80 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 165.30 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 137.84 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 137.84 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 143.32 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 66.49 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/13/2013 | 335.50 | Secretarial Overtime, Susan L. Woods - Revise oral argument outlines |
| 6/13/2013 | 152.50 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 6/14/2013 | 1.90 | Standard Copies or Prints |
| 6/14/2013 | 22.10 | Standard Copies or Prints |
| 6/14/2013 | 149.50 | Standard Prints |

| Date | Amount | Description |
|---|---:|---|
| 6/14/2013 | 39.80 | Standard Prints |
| 6/14/2013 | 3.50 | Standard Copies or Prints |
| 6/14/2013 | 251.03 | Fed Exp to: c/o Lauren Pasquini (for Kim Love), Philadelphia, PA from: Christine Hraban |
| 6/14/2013 | 117.45 | Fed Exp to: c/o Lauren Pasquini (for Kim Love), Philadelphia, PA from: Christine Hraban |
| 6/14/2013 | 32.93 | Fed Exp to: Adam Paul, Guest, Philadelphia, PA from: Adam Paul |
| 6/14/2013 | 322.36 | West, Computer Database Research, Fairley, Lesley, June 2013 |
| 6/14/2013 | 137.25 | Secretarial Overtime, Christine Hraban - Revisions to oral argument outlines |
| 6/15/2013 | 31.00 | Christine Hraban, Trial Office Supplies, Philadelphia, PA (Printer Cartridge) |
| 6/15/2013 | 48.87 | Kimberly Love, Trial Office Supplies, Philadelphia, PA (Printer Paper) |
| 6/15/2013 | 257.34 | West, Computer Database Research, Esayian, Lisa G., June 2013 |
| 6/15/2013 | 7.14 | Secretarial Overtime, Belle Lopez - Revise/Update MS Word |
| 6/15/2013 | 18.90 | Secretarial Overtime, Teresa Sandoval - Revise/Update MS Word |
| 6/15/2013 | 549.00 | Secretarial Overtime, Christine Hraban - Revisions to oral arguments outlines |
| 6/16/2013 | 15.18 | Jeffrey Gettleman, Cell Phone Calls, 05/17/2013 to 06/16/2013 |
| 6/16/2013 | 28.06 | Kimberly Love, Trial Office Supplies, Philadelphia, PA (Umbrellas) |
| 6/16/2013 | 6,510.58 | West, Computer Database Research, Dukov, Nia, June 2013 |
| 6/16/2013 | 563.98 | West, Computer Database Research, Love, Kimberly, June 2013 |
| 6/16/2013 | 13.86 | Secretarial Overtime, Belle Lopez - Revise/Update MS Word |
| 6/16/2013 | 9.66 | Secretarial Overtime, Catherine E. Poulsen - Revise/Update MS Word |
| 6/16/2013 | 396.50 | Secretarial Overtime, Debra A. Moran - Revise Lenders-Main, Equities, Lenders-Misc., Solvency, and Impairment Outlines |
| 6/17/2013 | 32.50 | Standard Prints |
| 6/17/2013 | 15.70 | Standard Prints |
| 6/17/2013 | 33.50 | Standard Prints |
| 6/17/2013 | 55.40 | Standard Prints |
| 6/17/2013 | 15.00 | Standard Prints |
| 6/17/2013 | 189.40 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/17/2013 | 141.66 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/17/2013 | 146.72 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |
| 6/17/2013 | 196.70 | Fed Exp to: Kimberly Love, Chicago, IL from: Lauren Pasquini (for guest Kim Love) |

B-15

| Date | Amount | Description |
|---|---:|---|
| 6/18/2013 | .10 | Standard Prints |
| 6/18/2013 | 1.10 | Standard Prints |
| 6/18/2013 | 2.20 | Standard Prints |
| 6/18/2013 | 12.20 | Fed Exp to: Mark Shelnitz, Columbia, MD from: Kim Love |
| 6/19/2013 | 44.60 | Standard Prints |
| 6/19/2013 | 8.70 | Standard Prints |
| 6/19/2013 | .30 | Standard Prints |
| 6/19/2013 | 146.73 | LexisNexis, Computer Database Research, Eggert, Mary, 6/19/2013 |
| 6/20/2013 | 5.70 | Standard Prints |
| 6/20/2013 | 6.90 | Standard Prints |
| 6/20/2013 | 1,810.77 | West, Computer Database Research, Barakat, Rana, June 2013 |
| 6/20/2013 | 653.40 | Aquipt Inc - Rental Expenses, Rental Charges (Printer Rental from 6/14/13-6/18/13) |
| 6/21/2013 | .10 | Standard Copies or Prints |
| 6/21/2013 | .10 | Standard Prints |
| 6/21/2013 | 1.30 | Standard Prints |
| 6/21/2013 | 1.80 | Standard Prints |
| 6/24/2013 | 8.80 | Standard Prints |
| 6/24/2013 | 3.00 | Standard Prints |
| 6/25/2013 | 20.00 | Standard Prints |
| 6/25/2013 | .40 | Standard Prints |
| 6/25/2013 | 2.50 | Standard Prints |
| 6/26/2013 | 3.80 | Standard Prints |
| 6/26/2013 | 324.83 | Seamless North America Inc - Working Meals/K&E and Others, J. Donley, Client Meeting, 6/7/2013 (Lunch for 15 people) |
| 6/26/2013 | 154.82 | LexisNexis, Computer Database Research, Eggert, Mary, 6/26/2013 |
| 6/27/2013 | 126.53 | West, Computer Database Research, Jones, Mike, June 2013 |
| 6/28/2013 | 5.60 | Standard Prints |
| 6/28/2013 | 1.50 | Standard Prints |
| 6/30/2013 | 38.78 | Intercall - Third Party Telephone Charges, J. Donley, 6/30/13 |
| 6/30/2013 | 6.43 | Intercall - Third Party Telephone Charges, N. Dukov, 6/30/13 |
| Total: | 35,451.74 | |

K&E 27468097.5