```
                          REED SMITH LLP
                         PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number      2447210
    7500 Grace Drive                         Invoice Date        08/16/13
    Columbia, Maryland 21044                 Client Number        172573
    USA



==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

      Fees                             1,425.00
      Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $1,425.00
                                                         =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                             Invoice Number       2447210
   7500 Grace Drive                             Invoice Date        08/16/13
   Columbia, Maryland 21044                     Client Number         172573
   USA                                          Matter Number          50001


==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2013

    Date    Name                                                      Hours
   -------- -----------                                                -----

   07/19/13 Husar        Review voice mail message from                 1.60
                         Plaintiff's counsel regarding
                         settlement of workers compensation
                         claim (0.1); review and analyze
                         workers compensation compromise
                         and release for compliance with
                         terms of civil settlement (0.7);
                         follow up with WR Grace's workers
                         compensation attorney to confirm
                         finalization of workers
                         compensation settlement (0.3);
                         prepare email to client regarding
                         same (0.2); prepare email to
                         workers compensation attorney to
                         confirm satisfaction of terms of
                         the settlement (0.2); confirm
                         dismissals of civil actions and
                         132a claim (0.1).

   07/22/13 Husar        Work on finalization of settlement              .30
                         and verification that civil
                         actions have been dismissed and
                         settlement payments issued.

   07/26/13 Husar        Work on multiple issues re:                     .60
                         finalization of settlement and
                         requirement to dismiss the state
                         court action.
                                                                      ------
                                                   TOTAL HOURS          2.50
```

```
172573  W. R. Grace & Co.                        Invoice Number   2447210
50001   Correa v. W.R. Grace                     Page     2
        August 16, 2013


 TIME SUMMARY                   Hours          Rate         Value

 -------------------------   ---------------------        -------
 Linda S. Husar               2.50  at  $  570.00  =     1,425.00

                            CURRENT FEES                              1,425.00


                                                                    ------------
                            TOTAL BALANCE DUE UPON RECEIPT           $1,425.00
                                                                    ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


    W.R. Grace & Co.                           Invoice Number     2447211
    7500 Grace Drive                           Invoice Date       08/16/13
    Columbia, Maryland 21044                   Client Number       172573
    USA


==============================================================================

Re: W. R. Grace & Co.


(50002)   General Employment Advice

     Fees                                   342.00
     Expenses                                 0.00

                      TOTAL BALANCE DUE UPON RECEIPT          $342.00
                                                          =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2447211
   7500 Grace Drive                         Invoice Date       08/16/13
   Columbia, Maryland 21044                 Client Number       172573
   USA                                      Matter Number        50002


==============================================================================

Re: (50002)  General Employment Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2013

  Date    Name                                                      Hours
 -------- -----------                                                -----

 07/18/13 Husar         Confer with John Forgach regarding            .60
                        new personnel matter, discuss
                        strategy and California legal
                        requirements.

                                                                   ------
                                             TOTAL HOURS              .60


 TIME SUMMARY                  Hours         Rate          Value
 ------------------------     ----------------------      -------
 Linda S. Husar               0.60  at  $  570.00  =      342.00

                 CURRENT FEES                                          342.00


                                                                 ------------
                 TOTAL BALANCE DUE UPON RECEIPT                       $342.00
                                                                 ============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630




   W.R. Grace & Co.                         Invoice Number      2447212
   7500 Grace Drive                         Invoice Date        08/16/13
   Columbia, Maryland 21044                 Client Number        172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                                    1,260.00
      Expenses                                    0.00

                       TOTAL BALANCE DUE UPON RECEIPT         $1,260.00
                                                              =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



  W.R. Grace & Co.                        Invoice Number     2447212
  7500 Grace Drive                        Invoice Date      08/16/13
  Columbia, Maryland 21044                Client Number      172573
  USA                                     Matter Number       60029


===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2013

   Date    Name                                              Hours
 --------  -----------                                       -----


 07/01/13 Ament         Review e-mail from J. Lord re:         .30
                        filing of May monthly fee
                        application (.10); attention to
                        billing matters (.10); e-mails re:
                        same (.10).

 07/01/13 Lord          Draft, e-file and serve CNO to        1.20
                        Reed Smith April monthly fee
                        application (.4); revise, e-file
                        and serve Reed Smith 143rd monthly
                        fee application (.8).

 07/10/13 Muha          Review and revise fee and expense      .20
                        detail for June monthly fee
                        application.

 07/11/13 Ament         E-mails re: June monthly fee           .10
                        application.

 07/15/13 Ament         Attention to billing matters.          .40
                        (.10); begin drafting spreadsheets
                        and June monthly fee application
                        (.30).

 07/23/13 Ament         Calculate fees and expenses for       1.00
                        June monthly fee application
                        (.20); prepare spreadsheet re:
                        same (.20); continue drafting fee
                        application (.30); provide same to
                        A. Muha for review (.10); finalize
                        fee application (.10); e-mail June
                        monthly fee application and fee
                        and expense detail to J. Lord for
                        DE filing (.10).
```

```
172573 W. R. Grace & Co.                        Invoice Number   2447212
 60029 Fee Applications-Applicant               Page    2
       August 16, 2013


   Date    Name                                                    Hours
 --------  -----------                                              -----


 07/23/13  Lord            Communicate with S. Ament re:             .10
                           upcoming monthly fee application.

 07/23/13  Muha            Final review and comments to W.R.         .20
                           Grace June monthly fee application.

 07/29/13  Lord            Draft and e-file CNO to Reed Smith         .40
                           May monthly fee application.

 07/30/13  Lord            Revise, e-file and serve Reed              .80
                           Smith 114th monthly fee
                           application.

 07/30/13  Lord            Communicate with S. Ament re: fee          .10
                           application issues.
                                                                  ------
                                                    TOTAL HOURS     4.80


 TIME SUMMARY              Hours          Rate           Value
 -----------------------   ----------------------        -------
 Andrew J. Muha             0.40  at  $  495.00   =       198.00
 John B. Lord               2.60  at  $  270.00   =       702.00
 Sharon A. Ament            1.80  at  $  200.00   =       360.00

                           CURRENT FEES                                    1,260.00


                                                                     ------------
                           TOTAL BALANCE DUE UPON RECEIPT                $1,260.00
                                                                     ============
```