```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number      2447224
   7500 Grace Drive                          Invoice Date        08/16/13
   Columbia, Maryland 21044                  Client Number         172573
   USA


==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                                    0.00
    Expenses                               15.90

                     TOTAL BALANCE DUE UPON RECEIPT           $15.90
                                                       =============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



    W.R. Grace & Co.                       Invoice Number      2447224
    7500 Grace Drive                       Invoice Date        08/16/13
    Columbia, Maryland 21044               Client Number         172573
    USA



    ==============================================================================

    Re: W. R. Grace & Co.


    (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSS INCURRED:

    Duplicating/Printing/Scanning              .90
    Legal Services                           15.00

                       CURRENT EXPENSES                            $15.90

                   TOTAL BALANCE DUE UPON RECEIPT                  $15.90
                                                              =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                              Tax ID# 25-0749630



   W.R. Grace & Co.                           Invoice Number      2447224
   7500 Grace Drive                           Invoice Date       08/16/13
   Columbia, Maryland 21044                   Client Number       172573
   USA                                        Matter Number         50001



============================================================================

Re: (50001)  Correa v. W.R. Grace



FOR COSTS ADVANCED AND EXPENSES INCURRED:

07/22/13   Duplicating/Printing/Scanning                              .20
           ATTY # 000349: 2 COPIES

07/22/13   Legal Services                                           15.00
           Court - Other - VENDOR: Linda S. Husar, Jul 22,
           On-line copies of 8/5/11 OSC re Dismissal and
           10/27/11 Minute Order re OSC re Dismissal.
           ORANGE CO SUPERIOR CRT

07/26/13   Duplicating/Printing/Scanning                              .20
           ATTY # 000349: 2 COPIES

07/26/13   Duplicating/Printing/Scanning                              .10
           ATTY # 000349: 1 COPIES

07/26/13   Duplicating/Printing/Scanning                              .10
           ATTY # 000349: 1 COPIES

07/26/13   Duplicating/Printing/Scanning                              .10
           ATTY # 000349: 1 COPIES

07/26/13   Duplicating/Printing/Scanning                              .20
           ATTY # 000349: 2 COPIES

                       CURRENT EXPENSES                             15.90
                                                               ------------
                       TOTAL BALANCE DUE UPON RECEIPT              $15.90
                                                               ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number      2447225
   7500 Grace Drive                          Invoice Date        08/16/13
   Columbia, Maryland 21044                  Client Number        172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                                         0.00
     Expenses                                    41.22

                      TOTAL BALANCE DUE UPON RECEIPT           $41.22
                                                          =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
```

```
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



     W.R. Grace & Co.                          Invoice Number      2447225
     7500 Grace Drive                          Invoice Date       08/16/13
     Columbia, Maryland 21044                  Client Number       172573
     USA



================================================================================

     Re: W. R. Grace & Co.


     (60029)  Fee Applications-Applicant

FOR COSTS ADVANCED AND EXPENSES INCURRED:

       PACER                            3.60
       Duplicating/Printing/Scanning   36.70
       Postage Expense                   .92

                         CURRENT EXPENSES                         $  41.22

                         TOTAL BALANCE DUE UPON RECEIPT             $41.22
                                                                =============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                           Invoice Number      2447225
   7500 Grace Drive                           Invoice Date       08/16/13
   Columbia, Maryland 21044                   Client Number       172573
   USA                                        Matter Number        60029


============================================================================

Re: (60029)  Fee Applications-Applicant



   FOR COSTS ADVANCED AND EXPENSES INCURRED:

   06/30/13   PACER                                                    .70

   06/30/13   PACER                                                   2.90

   07/01/13   Duplicating/Printing/Scanning                            2.00
              ATTY # 000559: 20 COPIES

   07/01/13   Duplicating/Printing/Scanning                            2.00
              ATTY # 000559: 20 COPIES

   07/01/13   Duplicating/Printing/Scanning                           10.20
              ATTY # 000559: 102 COPIES

   07/01/13   Duplicating/Printing/Scanning                             .30
              ATTY # 000559: 3 COPIES

   07/09/13   Duplicating/Printing/Scanning                            2.00
              ATTY # 000559: 20 COPIES

   07/12/13   Duplicating/Printing/Scanning                             .30
              ATTY # 000559: 3 COPIES

   07/15/13   Duplicating/Printing/Scanning                             .10
              ATTY # 000559: 1 COPIES

   07/15/13   Duplicating/Printing/Scanning                            1.30
              ATTY # 000559: 13 COPIES

   07/15/13   Duplicating/Printing/Scanning                            1.30
              ATTY # 000559: 13 COPIES

   07/16/13   Duplicating/Printing/Scanning                            2.00
              ATTY # 000559: 20 COPIES
```

```
172573 W. R. Grace & Co.                          Invoice Number   2447225
60029  Fee Applications-Applicant                 Page    2
       August 16, 2013
```

| Date | Description | Amount |
|---|---|---:|
| 07/17/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 07/17/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 07/23/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/23/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/23/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/23/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/23/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 07/23/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 07/23/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/23/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/23/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 07/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 07/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 07/31/13 | Postage Expense<br>Postage Expense: ATTY # 000718 User: Equitrac By | .92 |

```
                          CURRENT EXPENSES                         41.22
                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT         $41.22
                                                            ============
```