IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 9/23/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SIXTIETH MONTHLY INTERIM PERIOD FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2013 through August 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $8,220.00   [80% of $10,275.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $30.00 |

This is a(n):    ☒Monthly    ☐Interim    ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |
| 8/1/2013 | 7/1/2013 to 7/31/2013 | $11,940.00 | $287.83 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 28 years, and his billing rate is $750 per hour. In this Application period Mr. Rich billed 13.7 hours,[2] for a total amount billed of $10,275.00, of which 80% is currently sought, in the amount of $8,220.00. Reasonable expenses were incurred for this period in the amount of $30.00. The total sought in this Application is $8,250.00.

As stated above, this is the Sixtieth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 7.6 | $5,700.00 |
| Fee Application Matters | 4.8 | $3,600.00 |
| Business Transactions | 1.3 | $975.00 |
| TOTAL | 13.7 | $10,275.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Court Call | $30.00 |
| TOTAL | $30.00 |

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

*/s/ Alan B. Rich*

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

    I certify that on the 3rd day of September, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

                                                                                               */s/*

                                                                               _____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (August, 2013)

### Client

Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 8/1/2013 | Attend telephonic status conference | 0.3 |
| 8/1/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/1/2013 | Prepare, file and serve 59th Monthly Fee Application and Notice of Filing same | 1.5 |
| 8/1/2013 | Review sign in sheet for July omnibus hearing | 0.1 |
| 8/2/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/2/2013 | Review Motion to File Project Lantern Motion Under Seal and Proposed Order | 0.3 |
| 8/2/2013 | Review Project Lantern Motion and Proposed Order | 0.4 |
| 8/2/2013 | Emails with Debtors' counsel re Project Lantern papers | 0.1 |
| 8/2/2013 | Review Debtors' post-confirmation quarterly report | 0.3 |

| | | |
|---|---|---|
| 8/3/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/5/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/6/2013 | Email to J. Day re Grace error in remittance | 0.1 |
| 8/6/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/6/2013 | Review Notice of Firm Name Change of Anderson Kill | 0.1 |
| 8/7/2013 | Review Request for Standing Order re transcripts | 0.1 |
| 8/7/2013 | Review Garlock's motion to extension of time to file petitions for rehearing and rehearing en banc | 0.2 |
| 8/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/8/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/9/2013 | Review Clerk's Order re Garlock Motion | 0.1 |
| 8/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/13/2013 | Review monthly fee applications of the Hogan Firm, Canadian ZAI claimants' counsel | 0.1 |
| 8/13/2013 | Review monthly fee applications of Scarfone Hawkins, Canadian ZAI claimants' counsel | 0.1 |
| 8/13/2013 | Review monthly fee applications of Lauzon, Canadian ZAI claimants' counsel | 0.1 |
| 8/13/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/14/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/15/2013 | Review Quarterly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.2 |
| 8/15/2013 | Review Quarterly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 8/15/2013 | Review Quarterly Fee Application of Lauzon, Canadian ZAI counsel | 0.2 |
| 8/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/19/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/20/2013 | Review Garlock's Petition for rehearing and rehearing en banc and addendum | 1.0 |
| 8/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/20/2013 | Review Neocrete request for removal from service list | 0.1 |
| 8/21/2013 | Prepare, file and serve 19th Quarterly Fee Application and Notice of Filing same | 1.5 |
| 8/21/2013 | Prepare, file and serve Certificate of No Objection to Monthly Fee Application | 0.2 |
| 8/21/2013 | Prepare, file and serve Certificate of No Objection to PD FCR's 45th Monthly Fee Application | 0.2 |
| 8/21/2013 | Prepare, file and serve Certificate of No Objection to PD FCR's 46th Monthly Fee Application | 0.2 |
| 8/21/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/21/2013 | Email to R. Wyron and P. Lockwood re WSJ article | 0.1 |
| 8/22/2013 | Prepare, file and serve 19th Quarterly Fee Application of the PD FCR and Notice of Filing same | 1.0 |
| 8/22/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/23/2013 | Review Certificate of No Objection to the 38th monthly fee application of the Hogan Firm, Canadian ZAI Claimants' counsel | 0.1 |
| 8/23/2013 | Review Certificate of No Objection to the 38th monthly fee application of Scarfone Hawkins, Canadian ZAI Claimants' counsel | 0.1 |
| 8/23/2013 | Review Certificate of No Objection to the 38th monthly fee application of the Lauzon, Canadian ZAI Claimants' counsel | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/24/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/26/2013 | Emails with client re hearings | 0.1 |
| 8/26/2013 | Review Certificate of No Objection re the 39th monthly fee application of the Hogan Firm, Canadian ZAI Claimants' counsel | 0.1 |
| 8/26/2013 | Review Certificate of No Objection re the 39th monthly fee application of Scarfone Hawkins, Canadian ZAI Claimants' counsel | 0.1 |
| 8/26/2013 | Review Certificate of No Objection re the 39th monthly fee application of Lauzon, Canadian ZAI Claimants' counsel | 0.1 |
| 8/26/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/26/2013 | Review Certificate of No Objection re Project Lantern motion | 0.1 |
| 8/27/2013 | Review Agenda for September Omnibus | 0.1 |
| 8/27/2013 | Review Order Allowing Motion to be Filed Under Seal | 0.1 |
| 8/27/2013 | Review Certification of Counsel re Omnibus Hearing dates | 0.1 |
| 8/27/2013 | Review Amended Agenda for September Omnibus hearing | 0.1 |
| 8/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/28/2013 | Email to client re Omnibus hearings | 0.1 |
| 8/28/2013 | Emails re Sealed Order re Project Lantern | 0.1 |
| 8/28/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/29/2013 | Emails with client re hearings | 0.1 |
| 8/29/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/29/2013 | Review of Sealed Project Lantern Order | 0.2 |
| 8/29/2013 | Letter from Local Counsel re bills | 0.1 |

| | | |
|---|---|---|
| 8/30/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/30/2013 | Email to Local Counsel re bills | 0.1 |
| 8/31/2013 | Review Miscellaneous Pleadings received today | 0.1 |

    Total:   13.7 hours @ $750/hour = $10,275.00

<u>Expenses</u>:   Courtcall – $30.00

    Total Fees and Expenses Due:  $10,305.00