IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | | Objection Deadline: September 23, 2013 |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET
AL.,
THROUGH THE MONTHLY PERIOD OF June 30, 2013**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **June 1, 2013- June 30, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,475.04** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of June 2013. This is the sixth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2013 calendar year.   Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 12/01/2012-01/31/2013 | February 14, 2013 | $7,149.66 | $0.00 |
| 02/01/2013-02/28/2013 | April 1, 2013 | $1,907.75 | $0.00 |
| 03/01/2013-03/31/2013 | April 24, 2013 | $1,661.21 | $0.00 |
| 04/01/2013-04/30/2013 | May 16, 2013 | $2,048.63 | $0.20 |
| 05/01/2013-05/31/2013 | June 24, 2013 | $2,841.08 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 5.92 | $3,475.04 |

Total Fees: $3,475.04

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $3,475.04 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (June 1, 2013-June 30, 2013), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: August 2, 2013

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com



**KAYE | SCHOLER** LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                    July 31, 2013
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** General                                        **Invoice#:** 743721
**Our File Number:** 63812/0001
**Client Reference:** 100062                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2013

| | | **Hours** |
|---|---|---|
| 06/04/2013 | Rynkiewicz, John P | 1.42 |
| | Overview of GRACE marks, status of protection of mark, color uses of Grace for product lines. | |
| 06/25/2013 | Rynkiewicz, John P | 1.25 |
| | Overview of Grace marks from Columbia and Massachusetts handled and registered; assess deadlines and confirm Grace handling. | |
| 06/27/2013 | Rynkiewicz, John P | 1.58 |
| | Overview of GRACE marks, product lines and coverage/protection of same. | |

Total Hours................. 4.25

Fees through 06/30/2013.................................... $2,494.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 4.25 | $2,494.75 |
| Fees through 06/30/2013............... | | 4.25 | $2,494.75 |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                July 31, 2013

RE: General                                         Invoice#: 743721
Our File Number: 63812/0001
Client Reference: 100062                             PAGE:   2

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 282.93 |

# KAYE|SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                July 31, 2013

**RE:** General                                            **Invoice#:** 743721
**Our File Number:** 63812/0001
**Client Reference:** 100062                               **PAGE:**    3

| Invoice# | Date | Amount |
|----------|------|--------|
| 720485 | 11/13/2012 | 176.10 |
| 722803 | 12/10/2012 | 372.16 |
| 728711 | 02/13/2013 | 685.61 |
| 731956 | 03/25/2013 | 284.11 |
| 734500 | 04/16/2013 | 234.80 |
| 737555 | 05/13/2013 | 273.58 |
| 739834 | 06/14/2013 | 1,667.08 |
| Prior Balance Due............................................................ | | $31,644.99 |

| | |
|---|---|
| Fees this Invoice................................................................ | $2,494.75 |
| Total Due this Invoice........................................................ | $2,494.75 |
| Prior Balance Due (from above)............................................ | 31,644.99 |
| **TOTAL DUE**................................................................ | **$34,139.74** |

**Please remit payment within thirty (30) days.**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
  153 East 53rd Street
  New York, New York 10022
  Attention: Marsha Burnett
  Telephone: 212.559.3787

  ABA Routing Number: 021000089
  Bank Identification Code/SWIFT Code: CITIUS33
  Account Name: Kaye Scholer LLP
  Account Number: 9981494431

  RE: W.R. Grace Trademarks
  Our File Number: 63812/0001
  Invoice Number: 743721
  Total Amount Due: $34,139.74

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                    July 31, 2013
     Legal Department
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.


**RE:** Special Counsel                          **Invoice#:** 743725
**Our File Number:** 63812/0108
**Client Reference:** 100071                      **PAGE:**    1


## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2013

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 06/18/2013 | Rynkiewicz, John P   | 1.00      |

Address and work on 20% fee recovery application.

| 06/28/2013 | Rynkiewicz, John P | 0.67 |

Review bills and time, prepare fee applic and send to Pachulsky firm.

Total Hours.................  1.67

Fees through 06/30/2013....................................  $980.29


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                     | Rate     | Hours | Fees     |
|---------------------|----------|-------|----------|
| Rynkiewicz, John P  | $587.00  | 1.67  | $980.29  |
| Fees through 06/30/2013.............. | | 1.67 | $980.29 |


*--------------------------------OUTSTANDING BALANCE--------------------------------*

| **Invoice#** | **Date**   | **Amount** |
|--------------|------------|------------|
| 628642       | 03/31/2010 | $484.20    |
| 637196       | 06/30/2010 | 1,008.17   |
| 643961       | 09/09/2010 | 321.37     |
| 647689       | 10/18/2010 | 217.65     |
| 650341       | 11/04/2010 | 180.31     |
| 654089       | 12/10/2010 | 528.44     |
| 660967       | 02/28/2011 | 94.12      |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

July 31, 2013

RE: Special Counsel
**Our File Number:** 63812/0108
**Client Reference:** 100071

Invoice#: 743725

**PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 205.45 |
| 720486 | 11/13/2012 | 88.05 |
| 722819 | 12/10/2012 | 117.40 |
| 728712 | 02/13/2013 | 695.00 |
| 731957 | 03/25/2013 | 97.44 |
| 734501 | 04/16/2013 | 97.44 |
| 737557 | 05/13/2013 | 136.14 |
| 739839 | 06/14/2013 | 1,174.00 |

Prior Balance Due........................................................................    $7,441.44

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE|SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    July 31, 2013

**RE:** Special Counsel                                  **Invoice#:** 743725
**Our File Number:** 63812/0108
**Client Reference:** 100071                             **PAGE:**   3

---

| | |
|---|---|
| Fees this Invoice........................................................... | $980.29 |
| Total Due this Invoice................................................. | $980.29 |
| Prior Balance Due (from above)................................. | 7,441.44 |
| **TOTAL DUE**........................................................... | **$8,421.73** |

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 743725
Total Amount Due: $8,421.73

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in

the above-captioned action, and that on the 3rd day of September, 2013, she caused a copy of the

following document to be served upon the attached service list in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**SUMMARY APPLICATION OF KAYESCHOLER FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY
FOR W. R. GRACE & CO., ET AL., THROUGH THE MONTHLY
PERIOD JUNE 30, 2013**

_Patricia E. Cuniff_
Patricia E. Cuniff

SWORN TO AND SUBSCRIBED before
me this 3ʳᵈ day of September, 2013

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

Notary Public
My Commission Expires: _____

2

Grace Monthly Fee Application Service List
Case No. 01-1139 (KJC)
Doc. No. 45804v5
02 – Federal Express
21 - E-Mail


**Federal Express and E-mail:**
**richard.finke@grace.com**
(Debtors)
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**Federal Express and E-mail:**
**feeaudit@whsmithlaw.com**
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX  75087

**Email: Richard.Schepacarter@usdoj.gov**
(Trustee)
Office of the United States Trustee
Richard L. Schepacarter
Trial Attorney
U.S. Department of Justice
844 King Street, Suite 2311
Wilmington, DE  19801

**E-mail: joneill@pszjlaw.com**
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)

**E-Mail: mlastowski@duanemorris.com**
(Counsel for the Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, 16th Floor
Wilmington, DE  19801

**E-Mail: mjoseph@ferryjoseph.com**
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**E-Mail: mhurford@camlev.com**
(Counsel to the Official Committee of
Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**E-Mail: tcurrier@saul.com**
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899

**E-Mail: jcp@pgslaw.com**
(Co-Counsel to Roger Frankel, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE  19806

**E-mail: khill@svglaw.com**
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

**E-mail: john.donley@kirkland.com**
**adam.paul@kirkland.com**
(Co-Counsel for the Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

**E-mail: rhiggins@rogerhigginslaw.com**
(Co-Counsel for the Debtors)
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-4277

**E-mail: david.heller@lw.com**
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

**E-mail: DiMassa@duanemorris.com**
(Counsel for the Official Committee of
Unsecured Creditors)
Rudolph J. DiMassa, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103

**E-mail: mmagzamen@stroock.com**
(Counsel for the Official Committee of
Unsecured Creditors)
Michael Magzamen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

**E-mail: sbaena@bilzin.com**
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

**E-mail: ei@capdale.com**
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

**E-mail: pbentley@kramerlevin.com**
(Counsel to the Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**E-mail: rfrankel@orrick.com**
(Co-Counsel Personal Injury Future
Claimant's Representative)
Roger Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005

**E-mail: arich@alanrichlaw.com**
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | | **Objection Deadline:** September 23, 2013 |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF July 31, 2013**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: **and** | **W. R. Grace & Co., et al., Debtors** |
| | **Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual **2010** Property | **Retention Order entered April 7,** |
| Period for which compensation and reimbursement is sought | **July 1, 2013- July 31, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$1,267.92** |
| Amount of Expense Reimbursement sought | **$0.30** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of July 2013.  This is the seventh application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2013 calendar year.  Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 12/01/2012-01/31/2013 | February 14, 2013 | $7,149.66 | $0.00 |
| 02/01/2013-02/28/2013 | April 1, 2013 | $1,907.75 | $0.00 |
| 03/01/2013-03/31/2013 | April 24, 2013 | $1,661.21 | $0.00 |
| 04/01/2013-04/30/2013 | May 16, 2013 | $2,048.63 | $0.20 |
| 05/01/2013-05/31/2013 | June 24, 2013 | $2,841.08 | $0.00 |
| 06/01/2013-06/30/2013 | August 2, 2013 | $3,475.04 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 2.16 | $1,267.92 |

Total Fees: $1,267.92

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $1,268.22 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (July 1, 2013-

July 31, 2013), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: August 30, 2013

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com



**The McPherson Building**
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

August 27, 2013

**RE: Special Counsel**
**Our File Number:** 63812/0108
**Client Reference:** 100071

**Invoice#:** 746119

**PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

| | | Hours |
|---|---|---|
| 07/23/2013 | Rynkiewicz, John P | 0.83 |
| | Conf call regarding Grace bankruptcy fee submissions regarding IP work; quarterly fee application draft. | |
| 07/25/2013 | Rynkiewicz, John P | 1.33 |
| | Review, draft and prepare fee applic for monthly billing; work on 20% fee request. | |
| | Total Hours................. | 2.16 |
| | Fees through 07/31/2013................................... | $1,267.92 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 2.16 | $1,267.92 |
| Fees through 07/31/2013............... | | 2.16 | $1,267.92 |

\*----------------------COSTS ADVANCED THROUGH 07/31/2013----------------------\*

| | |
|---|---|
| Duplicating | $0.30 |
| Total Costs through 07/31/2013......................... | $0.30 |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                      August 27, 2013

RE: Special Counsel
Our File Number: 63812/0108                              Invoice#: 746119
Client Reference: 100071

PAGE:    2

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |

# KAYE|SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                August 27, 2013

RE: Special Counsel                                    Invoice#: 746119
Our File Number: 63812/0108
Client Reference: 100071                               PAGE:    3

| Invoice# | Date | Amount |
|---|---|---|
| 716235 | 10/08/2012 | 205.45 |
| 720486 | 11/13/2012 | 88.05 |
| 722819 | 12/10/2012 | 117.40 |
| 728712 | 02/13/2013 | 695.00 |
| 731957 | 03/25/2013 | 97.44 |
| 734501 | 04/16/2013 | 97.44 |
| 737557 | 05/13/2013 | 136.14 |
| 739839 | 06/14/2013 | 234.80 |
| 743725 | 07/31/2013 | 980.29 |

Prior Balance Due..................................................................  $7,482.53


Fees this Invoice.................................................................  $1,267.92
Costs this Invoice...............................................................  $0.30
Total Due this Invoice........................................................  $1,268.22
Prior Balance Due (from above)...........................................  7,482.53
**TOTAL DUE**..................................................................  **$8,750.75**

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
     153 East 53rd Street
     New York, New York 10022
     Attention: Marsha Burnett
     Telephone: 212.559.3787

     ABA Routing Number: 021000089
     Bank Identification Code/SWIFT Code: CITIUS33
     Account Name: Kaye Scholer LLP
     Account Number: 9981494431

     RE: W.R. Grace Trademarks
     Our File Number: 63812/0108
     Invoice Number: 746119
     Total Amount Due: $8,750.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.