IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) Objection Deadline: September 23, 2013 | |

## SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF June 30, 2013

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **June 1, 2013- June 30, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,475.04** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of June 2013. This is the sixth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2013 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 12/01/2012-01/31/2013 | February 14, 2013 | $7,149.66 | $0.00 |
| 02/01/2013-02/28/2013 | April 1, 2013 | $1,907.75 | $0.00 |
| 03/01/2013-03/31/2013 | April 24, 2013 | $1,661.21 | $0.00 |
| 04/01/2013-04/30/2013 | May 16, 2013 | $2,048.63 | $0.20 |
| 05/01/2013-05/31/2013 | June 24, 2013 | $2,841.08 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 5.92 | $3,475.04 |

Total Fees: $3,475.04

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $3,475.04 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (June 1, 2013-June 30, 2013), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: August 2, 2013

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com



**KAYE SCHOLER LLP**

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

July 31, 2013

**RE: General**
**Our File Number:** 63812/0001
**Client Reference:** 100062

Invoice#: 743721

PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2013

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 06/04/2013 | Rynkiewicz, John P | 1.42 |
| | Overview of GRACE marks, status of protection of mark, color uses of Grace for product lines. | |
| 06/25/2013 | Rynkiewicz, John P | 1.25 |
| | Overview of Grace marks from Columbia and Massachusetts handled and registered; assess deadlines and confirm Grace handling. | |
| 06/27/2013 | Rynkiewicz, John P | 1.58 |
| | Overview of GRACE marks, product lines and coverage/protection of same. | |
| | Total Hours................. | 4.25 |
| | Fees through 06/30/2013............................... | $2,494.75 |

\*------------------------------TIME AND FEE SUMMARY------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 4.25 | $2,494.75 |
| Fees through 06/30/2013............... | | 4.25 | $2,494.75 |

**KAYE SCHOLER** LLP

TO:   W.R. Grace & Co-Conn.                      July 31, 2013

RE: General                                      Invoice#: 743721
Our File Number: 63812/0001
Client Reference: 100062                          PAGE: 2

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 282.93 |

**KAYE SCHOLER**LLP

TO:   W.R. Grace & Co-Conn.                                    July 31, 2013

RE: General                                                    Invoice#: 743721
Our File Number: 63812/0001
Client Reference: 100062                                       PAGE:   3

| Invoice# | Date | Amount |
|---|---|---|
| 720485 | 11/13/2012 | 176.10 |
| 722803 | 12/10/2012 | 372.16 |
| 728711 | 02/13/2013 | 685.61 |
| 731956 | 03/25/2013 | 284.11 |
| 734500 | 04/16/2013 | 234.80 |
| 737555 | 05/13/2013 | 273.58 |
| 739834 | 06/14/2013 | 1,667.08 |
| Prior Balance Due............................................................... | | $31,644.99 |

| | |
|---|---|
| Fees this Invoice............................................................... | $2,494.75 |
| Total Due this Invoice....................................................... | $2,494.75 |
| Prior Balance Due (from above).......................................... | 31,644.99 |
| **TOTAL DUE**............................................................... | **$34,139.74** |

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
  153 East 53rd Street
  New York, New York 10022
  Attention: Marsha Burnett
  Telephone: 212.559.3787

  ABA Routing Number: 021000089
  Bank Identification Code/SWIFT Code: CITIUS33
  Account Name: Kaye Scholer LLP
  Account Number: 9981494431

  RE: W.R. Grace Trademarks
  Our File Number: 63812/0001
  Invoice Number: 743721
  Total Amount Due: $34,139.74

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



**KAYE SCHOLER** LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

July 31, 2013

RE: Special Counsel
Our File Number: 63812/0108
Client Reference: 100071

Invoice#: 743725

PAGE: 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2013

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/18/2013 | Rynkiewicz, John P | Address and work on 20% fee recovery application. | 1.00 |
| 06/28/2013 | Rynkiewicz, John P | Review bills and time, prepare fee applic and send to Pachulsky firm. | 0.67 |

Total Hours.................. 1.67

Fees through 06/30/2013.................................... $980.29

*------------------------------TIME AND FEE SUMMARY------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 1.67 | $980.29 |
| Fees through 06/30/2013............... | | 1.67 | $980.29 |

*------------------------------OUTSTANDING BALANCE------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |

**KAYE SCHOLER**LLP

TO: W.R. Grace & Co.-Conn                                July 31, 2013

RE: Special Counsel                                      Invoice#: 743725
Our File Number: 63812/0108
Client Reference: 100071                                 PAGE: 2

| Invoice# | Date | Amount |
|---|---|---|
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 205.45 |
| 720486 | 11/13/2012 | 88.05 |
| 722819 | 12/10/2012 | 117.40 |
| 728712 | 02/13/2013 | 695.00 |
| 731957 | 03/25/2013 | 97.44 |
| 734501 | 04/16/2013 | 97.44 |
| 737557 | 05/13/2013 | 136.14 |
| 739839 | 06/14/2013 | 1,174.00 |
| Prior Balance Due............................................................ | | $7,441.44 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER** LLP

TO:   W.R. Grace & Co.-Conn                                             July 31, 2013

RE: Special Counsel                                                     Invoice#: 743725
Our File Number: 63812/0108
Client Reference: 100071                                                PAGE:   3

---

| | |
|---|---:|
| Fees this Invoice...................................................................... | $980.29 |
| Total Due this Invoice................................................................ | $980.29 |
| Prior Balance Due (from above)................................................. | 7,441.44 |
| **TOTAL DUE**......................................................................... | **$8,421.73** |

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 743725
Total Amount Due: $8,421.73

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.