**EXHIBIT "A"**

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:  (302) 575-1714

WR Grace PD Committee                               July 1, 2013 to July 31, 2013

Invoice No:     48272

RE:    WR Grace PD Committee

### SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 3.60 | 1,115.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 114.00 |
| B18 | Fee Applications, Others - | 2.20 | 394.00 |
| B25 | Fee Applications, Applicant - | 3.10 | 598.00 |
| B36 | Plan and Disclosure Statement - | 0.40 | 152.00 |
| B37 | Hearings - | 0.40 | 152.00 |
|  | **Total** | **10.00** | **$2,525.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 1.80 | 558.00 |
| Regina Matozzo | 250.00 | 0.70 | 175.00 |
| Theodore J. Tacconelli | 380.00 | 2.90 | 1,102.00 |
| Paralegal - MAG | 150.00 | 1.50 | 225.00 |
| Legal Assistant - KC | 150.00 | 3.10 | 465.00 |
| **Total** |  | **10.00** | **$2,525.00** |

### DISBURSEMENT SUMMARY

**Total Disbursements**                                             **$138.80**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-05-13 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Fee Applications, Others* - Revisions to Bilzin's May 2013 notice of fee application, preparation of cos to same; to LLC for review | 0.30 | KC |
| Jul-08-13 | *Fee Applications, Others* - Review docket for objections to Bilzin's April 2013 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to April 2013 monthly fee app | 0.10 | KC |
| Jul-09-13 | *Case Administration* - Review case management memo re: week ending 7-8-2013 | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Bilzin Sumberg May 2013 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review docket re: status of pending 3rd Circuit, District Court and adversary proceedings; memo to T. Tacconelli | 0.40 | RM |
|  | *Case Administration* - Case Management memos for wk ending 7/8/13 | 0.30 | RM |
|  | *Case Administration* - Review case status memo for week ending 7/5 | 0.10 | TJT |
| Jul-10-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Jul-13-13 | *Case Administration* - Review Debtor's Statement of Amounts Paid to OCP | 0.20 | TJT |
| Jul-17-13 | *Case Administration* - E-mail from B. Ruhlander re: 47th Fee Auditor's amended final report | 0.10 | LLC |
|  | *Case Administration* - Review correspondence from B. Rhulander re: fee Auditor's Final Amended Report for 47th Interim Period | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - review correspondence from S. Baena re: proposed acquisition | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - review correspondence from various committee members re: proposed acquisition | 0.10 | TJT |
| Jul-18-13 | *Case Administration* - Review Fee Auditor's Final Amended Report for 47th Interim Period - no objections | 0.10 | TJT |
|  | *Case Administration* - Memo to K. Callahan re: Fee Auditor's Final Amended Report for 47th Interim Period - no objections | 0.10 | TJT |
|  | *Case Administration* - Review memo from TJT re: 47th Quarterly fee application, respond to same | 0.10 | KC |
|  | *Fee Applications, Others* - Prepare Bilzin's May 2013 monthly fee app for filing, efile and service of same | 0.30 | KC |
| Jul-19-13 | *Fee Applications, Applicant* - Draft May 2013 monthly fee app; to LLC for review | 0.30 | KC |
|  | *Fee Applications, Applicant* - Prepare draft June 2013 invoice; to TJT for review | 0.10 | KC |
| Jul-20-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Jul-22-13 | *Fee Applications, Others* - Draft certificate of no objection to Bilzin's April 2012 fee app; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft certificate of no objection to April 2013 fee app; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Finalize May 2013 invoice and prepare for filing as exhibit to monthly fee application | 0.30 | KC |
| Jul-24-13 | *Case Administration* - E-mail from KC re: Judge Carey's telephonic procedures | 0.10 | LLC |
|  | *Case Administration* - Review telephonic procedures and follow up e-mail to KC re: same | 0.20 | LLC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Trade emails with N. Hunt at bankruptcy court re: telephonic procedures | 0.20 | LLC |
| | *Case Administration* - Follow up e-mail to KC re: telephonic procedures | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin April 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: April 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review May 2013 fee app for filing | 0.10 | LLC |
| | *Hearings* - Review correspondence from J. Sakalo re: 8/1 hearing coverage | 0.10 | TJT |
| | *Case Administration* - Emails from and to L. Flores and LLC re: hearing procedures for new judge | 0.10 | KC |
| Jul-25-13 | *Fee Applications, Others* - E-mail from M. Guggenberger re: filing of Bilzin CNO re: April 2013 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from M. Guggenberger re: filing of certificate of no objection and May 2013 fee application | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: 3rd Circuit Opinion re: Garlock appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 3rd Circuit Opinion re: Garlock appeal | 0.30 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin certificate of no objection to April 2013 monthly fee app for efiling, efile and service of same | 0.30 | MAG |
| | *Fee Applications, Applicant* - Prepare May 2013 fee app for filing, e-file and service of same | 0.30 | MAG |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to April 2013 fee app for efiling, efile and service of same | 0.30 | MAG |
| Jul-26-13 | *Hearings* - Review Agenda for 8/1 hearing | 0.10 | TJT |
| Jul-27-13 | *Case Administration* - Review 48th Quarterly Report re: Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review 48th Quarterly Report re: Settlements | 0.10 | TJT |
| | *Case Administration* - Review Affidavit by S. Adrian filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel filed by Debtors re: Proposed order re: 47th Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel filed by Debtors re: 47th Interim Period Project Category Summary | 0.20 | TJT |
| | *Fee Applications, Applicant* - review revise Ferry Joseph and Pearce June prebill | 0.30 | TJT |
| Jul-29-13 | *Case Administration* - Review e-mail notification forwarded from MAG re:change of contact information for L. Kruger at Stroock & Stroock & Lavan LLP; e-mail to and from M. Magzamen at Stroock & Stroock & Lavan LLP re: same | 0.20 | KC |
| | *Fee Applications, Others* - Download Bilzin June 2013 fee application, revision to notice, preparation of cos to same; to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Revise invoice for June 2013; discussions with TJT re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft June 2013 monthly fee application; to LLC for review | 0.30 | KC |
| Jul-31-13 | *Case Administration* - Confer with TJT re: certain case filings and availability for 8.1.13 hearing | 0.20 | LLC |
| | *Fee Applications, Others* - Review Bilzin June 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review June 2013 fee app for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - teleconference with Committee member re: 8/1 hearing | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 8/1 hearing | 0.10 | TJT |

| Invoice #: | 48272 | Page 4 | July 1- 31, 2013 | | |
|---|---|---|---|---|---|
| | *Hearings* - confer with LLC re: 8/1 hearing coverage | | | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin's June 2013 fee app for efiling, efile and service of same | | | 0.30 | MAG |
| | *Fee Applications, Applicant* - Prepare June 2013 fee app for efiling, efile and serve same | | | 0.30 | MAG |
| | **Totals** | | | 10.00 | |

### DISBURSEMENTS

| Jul-30-13 | Cost Advance - Pacer Service Center - 4/1/13- 6/30/13 (TJT) Account # FJ0093 | 120.90 |
|---|---|---|
| | Cost Advance - Pacer Service Center - 4/1/13- 6/30/13 (RSM) Account # FJ0091 | 17.90 |
| | **Totals** | **$138.80** |

**Total Fees & Disbursements**   $2,663.80