IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 30939** |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE MONTHLY APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *et al.* FOR THE PERIOD OF JUNE 1, 2013 THROUGH JUNE 30, 2013**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Charter Oak Financial Consultants, LLC, submitted on August 6, 2013 a monthly application ("Application") [Docket No. 30939] for services rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.  Objections to the Application were to be filed and served on or before August 26, 2013 at 4:00 p.m. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Amended Administrative Order, upon the filing of this

{D0272800.1 }

Certificate of No Objection, the Debtors are authorized to pay Charter Oak Financial Consultants, LLC eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

Dated: September 9, 2013

                            CHARTER OAK FINANCIAL
                            CONSULTANTS, LLC

                            Bradley Rapp
                            430 Center Avenue
                            Mamaroneck, NY 10543

                            Financial Advisor for the Official
                            Committee of Asbestos Personal Injury
                            Claimants
                                       - and -

                            CAMPBELL & LEVINE, LLC

                            */s/ Mark T. Hurford*
                            Mark T. Hurford (I.D. #3299)
                            Kathleen Campbell Davis (I.D. #4229)
                            222 Delaware Avenue, Suite 1620
                            Wilmington, DE  19801
                            (302) 426-1900

                            *Counsel for the Official Committee*
                            *of Asbestos Personal Injury Claimants*