**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2013
ACCOUNT NO:      3000-01D
STATEMENT NO:          106

Asset Analysis and Recovery

| | |
|---|---:|
| PREVIOUS BALANCE | $202.80 |
| 07/08/2013    Payment - Thank you. (April, 2013 - 80% Fees) | -31.20 |
| BALANCE DUE | $171.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2013
ACCOUNT NO:      3000-02D
STATEMENT NO:            146

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $1,051.30 |
| | |
| 07/08/2013    Payment - Thank you. (April, 2013 - 80% Fees) | -780.00 |
| | |
| BALANCE DUE | $271.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 07/31/2013 |
|  | ACCOUNT NO:    3000-03D |
|  | STATEMENT NO:    130 |

Business Operations

| | | | HOURS | |
|---|---|---|---|---|
| 07/08/2013 | | | | |
| | MTH | Review correspondence from RH re agreement re project | 0.20 | 78.00 |
| 07/11/2013 | | | | |
| | MTH | Reviewing materials re project | 0.40 | 156.00 |
| 07/16/2013 | | | | |
| | MTH | Reviewing information re project | 1.40 | 546.00 |
| 07/17/2013 | | | | |
| | MTH | Preparing for and attending conference call re project | 1.40 | 546.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.40 | 1,326.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.40 | $390.00 | $1,326.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,326.00 |
| BALANCE DUE | $1,326.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2013 |
| Wilmington  DE | ACCOUNT NO:       3000-04D |
|  | STATEMENT NO:              146 |

Case Administration

| | |
|---|---|
| PREVIOUS BALANCE | $887.67 |
| BALANCE DUE | $887.67 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                    |                  |          |
|--------------------|------------------|----------|
|                    | Page: 1          |          |
| W.R. Grace         | 07/31/2013       |          |
| Wilmington  DE     | ACCOUNT NO:      | 3000-05D |
|                    | STATEMENT NO:    | 146      |

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                             $2,321.60

BALANCE DUE                                                  $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |              |
|----------------|--------------|
|                | Page: 1      |
| W.R. Grace     | 07/31/2013   |
| Wilmington  DE | ACCOUNT NO:    3000-06D |
|                | STATEMENT NO:        146 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$62.10 |
| 07/08/2013 | Payment - Thank you. | -124.80 |
| CREDIT BALANCE | | -$186.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2013
ACCOUNT NO:        3000-07D
STATEMENT NO:              146

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                                     $12,131.94

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/01/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 11.00 |
| | MTH | Review correspondence from MK re Committee correspondence | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **07/02/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **07/03/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **07/08/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **07/09/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **07/10/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/11/2013** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/12/2013** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memos; reviewing correspondence re same | 0.50 | 195.00 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **07/15/2013** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/16/2013** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review correspondence from EI re correspondence to Committee | 0.30 | 117.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Review correspondence from JR re Committee memo | 0.10 | 39.00 |
| **07/17/2013** |  |  |  |
| MTH | Reviewing correspondence from EI re Committee correspondence and various responses thereto | 0.30 | 117.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **07/18/2013** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Review correspondence from Committee rep. re committee correspondence | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic notices; draft and distribute daily memo | 0.20 | 22.00 |

Page: 3
07/31/2013

W.R. Grace

ACCOUNT NO:     3000-07D
STATEMENT NO:         146

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| **07/19/2013** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| MTH | Final reviewing and revisions to weekly recommendation memos; reviewing correspondence from TS to Committee re same | 0.20 | 78.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| TS | Distribute weekly memo | 0.10 | 11.00 |
| **07/21/2013** | | | |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **07/22/2013** | | | |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **07/23/2013** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/24/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/25/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **07/26/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices and draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| PEM | Prepare weekly recommendation memorandum | 0.10 | 47.00 |
| MTH | Prepare weekly recommendation memos | 0.60 | 234.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

Page: 4
07/31/2013

W.R. Grace

| | | |
|---|---|---|
| ACCOUNT NO: | 3000-07D |
| STATEMENT NO: | 146 |

Committee, Creditors, Noteholders, Equity Holders

                                                                    HOURS

**07/29/2013**

| | | | | |
|---|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |

**07/30/2013**

| | | | | |
|---|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Coordinate logistics for hearing on August 1, 2013 at 11:00 a.m.; e-mail confirmation of same to Rita Tobin | | 0.20 | 22.00 |
| SMB | Coordinate logistics for hearing on August 1, 2013 at 11:00 a.m.; e-mail confirmation of same to MTH | | 0.20 | 22.00 |
| SMB | Coordinate logistics for hearing on August 1, 2013 at 11:00 a.m.; e-mail confirmation of same to Peter Lockwood | | 0.20 | 22.00 |

**07/31/2013**

| | | | | |
|---|---|---|---|---|
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| | FOR CURRENT SERVICES RENDERED | | 11.60 | 3,002.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $520.00 | $416.00 |
| Philip E. Milch | 0.60 | 470.00 | 282.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 5.30 | 110.00 | 583.00 |
| Mark T. Hurford | 4.20 | 390.00 | 1,638.00 |
| Freddie Koenig-Leuck | 0.30 | 85.00 | 25.50 |
| Timothy Simpson | 0.10 | 110.00 | 11.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 3,002.00 |

| | | |
|---|---|---|
| 07/08/2013 | Payment - Thank you.  (April, 2013 - 80% Fees) | -3,007.28 |

| | | |
|---|---|---|
| BALANCE DUE | | $12,126.66 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                                      |                    |              |
|--------------------------------------|--------------------|-------------:|
|                                      | Page: 1            |              |
| W.R. Grace                           | 07/31/2013         |              |
| Wilmington  DE                       | ACCOUNT NO:        |    3000-08D  |
|                                      | STATEMENT NO:      |         145  |

Employee Benefits/Pension

| PREVIOUS BALANCE | | -$508.30 |
|---|---|---:|
| | | |
| 07/08/2013 | Payment - Thank you.  (April, 2013 - 80% Fees) | -156.00 |
| | | |
| CREDIT BALANCE | | -$664.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
07/31/2013

W.R. Grace
Wilmington  DE

ACCOUNT NO:   3000-10D
STATEMENT NO:        146

Employment Applications, Others

PREVIOUS BALANCE                                                           $1,895.70

                                                                  HOURS
07/29/2013
    MTH      Multiple correspondence with DF re retention applications          0.20        78.00

07/30/2013
    MTH      Reviewing orders entered re retention applications                 0.10        39.00
             FOR CURRENT SERVICES RENDERED                                      0.30       117.00

                               RECAPITULATION
    TIMEKEEPER                          HOURS      HOURLY RATE        TOTAL
    Mark T. Hurford                      0.30         $390.00        $117.00

             TOTAL CURRENT WORK                                                            117.00

07/08/2013   Payment - Thank you.  (April, 2013 - 80% Fees)                                -62.40

             BALANCE DUE                                                               $1,950.30

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 07/31/2013 |
|  | ACCOUNT NO:     3000-11D |
|  | STATEMENT NO:              144 |

Expenses

| | PREVIOUS BALANCE | $5,848.53 |
|---|---|---|

| | | |
|---|---|---|
| 07/01/2013 | Pacer charges for the month of June | 16.90 |
| 07/02/2013 | Parcels - copy/service  Certificates of No Objection to Interim Fee Applications | 60.20 |
| 07/08/2013 | Parcels - copy/service - Monthly fee applications (5) | 364.20 |
| 07/09/2013 | Parcels - copy/service - Certificates of No Objection (3) | 67.80 |
| 07/31/2013 | Photocopying - July, 2013 | 9.00 |
| 07/31/2013 | Printing - July 2013 | 83.00 |
| 07/31/2013 | Postage - Package to P. Lockwood | 7.45 |
| | TOTAL EXPENSES | 608.55 |
| | TOTAL CURRENT WORK | 608.55 |

| | | |
|---|---|---|
| 07/08/2013 | Payment - Thank you. (April, 2013 - 100% Expenses) | -639.40 |
| | BALANCE DUE | $5,817.68 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-12D |
|  | STATEMENT NO:            144 |

Fee Applications, Applicant

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $4,198.20 |
| 07/02/2013 | | | | |
| | TS | Prepare Certificate of No Objection to C&L Interim fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Review e-mail from DS re: May bill (.1); Prepare C&L May fee application (.3) | 0.40 | 44.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for C&L interim fee application | 0.10 | 39.00 |
| 07/08/2013 | | | | |
| | TS | Finalize and e-file C&L May fee application | 0.30 | 33.00 |
| | TS | Prepare Certificate of No Objection re: C&L April fee application | 0.20 | 22.00 |
| | MTH | Reviewing C&L May 2013 fee application for filing and service | 0.30 | 117.00 |
| 07/09/2013 | | | | |
| | TS | Finalize and e-file CNO to C&L's April fee application | 0.20 | 22.00 |
| | MTH | Reviewing docket and reviewing CNO for C&L April fee application | 0.10 | 39.00 |
| 07/10/2013 | | | | |
| | TS | Review pre-bill for June 2013 | 0.20 | 22.00 |
| | MTH | Reviewing pre-bill | 0.50 | 195.00 |
| 07/11/2013 | | | | |
| | MTH | Correspondence re pre-bills | 0.20 | 78.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.90 | 655.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $390.00 | $468.00 |
| Timothy Simpson | 1.70 | 110.00 | 187.00 |

W.R. Grace

Page: 2
07/31/2013
ACCOUNT NO:        3000-12D
STATEMENT NO:             144

Fee Applications, Applicant

| | | |
|---|---|---|
| | TOTAL CURRENT WORK | 655.00 |
| 07/08/2013 | Payment - Thank you.  (April, 2013 - 80% Fees) | -936.00 |
| | BALANCE DUE | $3,917.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2013
ACCOUNT NO:      3000-13D
STATEMENT NO:            131

Fee Applications, Others

PREVIOUS BALANCE                                                                                      $15,245.50

|  |  | HOURS |  |
|---|---|---|---|
| **07/01/2013** | | | |
| MTH | Review correspondence from JBL re Reed Smith fee application for May 2013 | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 39.00 |
| MTH | Review correspondence from MS re Higgins fee application, Protiviti fee application | 0.10 | 39.00 |
| **07/02/2013** | | | |
| TS | Prepare Certificate of No Objection to C&D Interim fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| TS | Prepare Certificate of No Objection to AKO Interim fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| TS | Prepare Certificate of No Objection to Charter Oak Interim fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| TS | Prepare Certificate of No Objection to LAS Interim fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| MTH | Reviewing docket and reviewing and signing CNO for C&D interim fee application | 0.20 | 78.00 |
| MTH | Reviewing docket and reviewing and signing CNO for AKO interim fee application | 0.10 | 39.00 |
| MTH | Reviewing docket and reviewing and signing CNO for LAS interim fee application | 0.10 | 39.00 |
| MTH | Reviewing docket and reviewing and signing CNO for Charter Oak interim fee application | 0.10 | 39.00 |
| **07/03/2013** | | | |
| MTH | Review correspondence from GS re invoice for Charter Oak May 2013 fee application | 0.10 | 39.00 |
| MTH | Correspondence to and from Fee Auditor re AKO Interim fee application | 0.20 | 78.00 |
| MTH | Review correspondence from DF re Orrick and Frank fee applications | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review correspondence from LE re fee application for Roger Higgins | 0.10 | 39.00 |
| 07/08/2013 | | | | |
| | TS | Review e-mail form GS re: Charter Oak May bill (.1); Draft May fee application of Charter Oak (.3) | 0.40 | 44.00 |
| | TS | Review e-mail form EB re: C&D May fee application (.1); Update C&D May fee application  (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Review e-mail form AP re: AKO May fee application (.1); Update AKO May fee application  (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Prepare Certificate of No Objection re: AKO April fee application | 0.20 | 22.00 |
| | TS | Prepare Certificate of No Objection re: C&D April fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: Charter Oak April fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for C&D April 2013 fee application | 0.10 | 39.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for Charter Oak April 2013 fee application | 0.10 | 39.00 |
| | MTH | Reviewing C & D May 2013 fee application for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing May 2013 AKO fee application for filing and service | 0.20 | 78.00 |
| | MTH | Review correspondence from TS to ACC professionals re CNO's for April fee applications | 0.10 | 39.00 |
| | MTH | Review correspondence from GS re April fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from LE re Pachulski fee application for March 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from TS (x2) re e-mail service of fee applications | 0.10 | 39.00 |
| 07/09/2013 | | | | |
| | TS | Finalize and e-file Charter Oak May fee application | 0.30 | 33.00 |
| | TS | Finalize and e-file CNO to AKO's April fee application | 0.20 | 22.00 |
| | MTH | Review correspondence from LE re BMC fee applications | 0.10 | 39.00 |
| | MTH | Reviewing docket and reviewing CNO for AKO fee application | 0.10 | 39.00 |
| | MTH | Reviewing docket and reviewing CNO for Charter Oak May 2013 fee application | 0.10 | 39.00 |
| | MTH | Reviewing various correspondence from TS re service of fee applications | 0.20 | 78.00 |
| | MTH | Reviewing correspondence from TS to A Finke re service of CNO's for ACC professionals | 0.10 | 39.00 |
| | MTH | Review correspondence from GS re draft fee application for Charter Oak | 0.10 | 39.00 |
| 07/11/2013 | | | | |
| | MTH | Correspondence with Fee Auditor re AKO | 0.10 | 39.00 |
| | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from Norton fee application | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

HOURS

07/12/2013

| | | | | |
|---|---|---|---|---|
| TS | Draft Notice of Withdrawal re: CNO to AKO interim fee application (.2); Address e-filing of same (.1) | | 0.30 | 33.00 |
| SMB | Review May 2013 application of Capstone Advisory Group, LLC (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review December 2013 application of Norton Rose Fulbright Canada LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April 2013 application of The Law Offices of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Roger Frankel (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review June 2013 application of Alan B. Rich (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of The Law Offices of Roger Higgins (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April 2013 application of Protiviti, Inc. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review March 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review January through March 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| MTH | Reviewing Notice of Withdrawal of CNO re AKO fee application | | 0.20 | 78.00 |
| MTH | Various correspondence with counsel at CNO and Fee Auditor re review of interim fee application | | 0.40 | 156.00 |
| MTH | Reviewing correspondence from TT re Beveridge fee application for May 2013 | | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Reviewing fee auditor's report re AKO | 0.20 | 78.00 |
| **07/15/2013** | | | | |
| | MTH | Review correspondence from CH re CNO for PG&S | 0.10 | 39.00 |
| **07/16/2013** | | | | |
| | MTH | Reviewing correspondence re AKO fee application; various correspondence re same | 0.40 | 156.00 |
| | MTH | Review correspondence from DF re CNO's for retention applications | 0.10 | 39.00 |
| | MTH | Review correspondence from EB re C&D monthly fee application | 0.10 | 39.00 |
| **07/17/2013** | | | | |
| | MTH | Reviewing correspondence from BR re omnibus fee auditor report | 0.20 | 78.00 |
| **07/18/2013** | | | | |
| | MTH | Review correspondence from LC re CNO's on three fee applications | 0.10 | 39.00 |
| | MTH | Reviewing correspondence from EB re draft C&D fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from AP re Quarterly fee application for AKO | 0.10 | 39.00 |
| | SMB | Review January through March 2013 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2013 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **07/23/2013** | | | | |
| | MTH | Review correspondence from TBB re CNO for Saul Ewing fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DP re Woodcock fee application | 0.10 | 39.00 |
| **07/24/2013** | | | | |
| | TS | Review Certificate of Counsel re: fee order | 0.20 | 22.00 |
| | MTH | Review correspondence from TS re review of proposed order for ACC professionals | 0.10 | 39.00 |
| **07/25/2013** | | | | |
| | MTH | Review correspondence from LC re CNO's for three fee applications | 0.10 | 39.00 |
| | MTH | Review correspondence from CH re two CNO's | 0.10 | 39.00 |
| **07/26/2013** | | | | |
| | SMB | Review June 2013 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2013 application of Woodcock & Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2013 application of Ferry Joseph & Pearce P.A. (.1); update | | |

Page: 5
W.R. Grace                                                                  07/31/2013
                                                            ACCOUNT NO:      3000-13D
                                                            STATEMENT NO:         131

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from GP re Hogan Law Firm fee application | 0.10 | 39.00 |
| MTH | Reviewing correspondence from GP re fee application for Scarfone Hawkins | 0.10 | 39.00 |
| MTH | Review correspondence from GP re fee application for Lauzon Belanger | 0.10 | 39.00 |

07/29/2013
| MTH | Review correspondence from D.M. re Stroock fee application, Capstone fee application | 0.10 | 39.00 |
|---|---|---|---|
| MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 39.00 |
| MTH | Review correspondence from LE re Interim fee applications for Foley Hoag and Roger Higgins | 0.10 | 39.00 |
| MTH | Review correspondence from YS re two CNO's filed | 0.10 | 39.00 |
| MTH | Review correspondence from YS re two fee applications | 0.10 | 39.00 |
| MTH | Reviewing correspondence re LAS fees | 0.10 | 39.00 |

07/30/2013
| MTH | Review correspondence from J. Lord re Reed Smith fee application | 0.10 | 39.00 |
|---|---|---|---|

07/31/2013
| MTH | Reviewing Order entered re fee applications | 0.10 | 39.00 |
|---|---|---|---|
|  | FOR CURRENT SERVICES RENDERED | 17.40 | 3,874.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 5.20 | $110.00 | $572.00 |
| Mark T. Hurford | 7.00 | 390.00 | 2,730.00 |
| Timothy Simpson | 5.20 | 110.00 | 572.00 |

TOTAL CURRENT WORK                                                          3,874.00


07/08/2013     Payment - Thank you.  (April, 2013 - 80% Fees)                -2,751.20


BALANCE DUE                                                                $16,368.30


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 07/31/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-14D |
|  | STATEMENT NO: | 103 |

Financing

PREVIOUS BALANCE                                                                          $70.20

BALANCE DUE                                                                               $70.20

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2013 |
| Wilmington DE | ACCOUNT NO:    3000-15D |
| | STATEMENT NO:    146 |

Hearings

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $6,839.05 |
| 07/16/2013 | | | | |
| MTH | Correspondence re draft hearing Agenda, reviewing same | | 0.20 | 78.00 |
| 07/25/2013 | | | | |
| MTH | Reviewing Agenda for hearing | | 0.10 | 39.00 |
| MTH | Correspondence with PVNL re August hearing | | 0.20 | 78.00 |
| 07/26/2013 | | | | |
| MTH | Correspondence to and from JON re hearing before Judge Carey | | 0.20 | 78.00 |
| 07/30/2013 | | | | |
| MTH | Various correspondence re hearing; hearing preparations | | 0.50 | 195.00 |
| MTH | Reviewing Agenda for hearing | | 0.10 | 39.00 |
| 07/31/2013 | | | | |
| MTH | Correspondence to R. Tobin re hearing on fee applications | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.40 | 546.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $390.00 | $546.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 546.00 |
| 07/08/2013 | Payment - Thank you.  (April, 2013 - 80% Fees) | -93.60 |

Page: 2
07/31/2013
W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:           146

Hearings

BALANCE DUE                                                    $7,291.45

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2013 |
| Wilmington  DE | ACCOUNT NO:          3000-16D |
|  | STATEMENT NO:                131 |

Litigation and Litigation Consulting

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $1,550.40 |
| 07/08/2013 | Payment - Thank you.  (April, 2013 - 80% Fees) | -2,384.80 |
| | CREDIT BALANCE | -$834.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
| | STATEMENT NO:          131 |

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $7,182.80 |
| | | HOURS | |
| 07/24/2013 | | | |
| DAC | Review circuit opinion on Garlock's standing | 0.40 | 208.00 |
| MTH | Reviewing CA3 opinion re Garlock standing and various correspondence re same | 0.80 | 312.00 |
| 07/25/2013 | | | |
| MTH | Correspondence to and from JW re Garlock ruling | 0.20 | 78.00 |
| MTH | Reviewing correspondence from PEM re questions from claimant counsel re status and questions re TDP; research and review re same and drafting correspondence re same | 2.00 | 780.00 |
| 07/26/2013 | | | |
| PEM | Review Third Circuit's Opinion on the Garlock Plan Confirmation appeal. | 0.40 | 188.00 |
| | FOR CURRENT SERVICES RENDERED | 3.80 | 1,566.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $520.00 | $208.00 |
| Philip E. Milch | 0.40 | 470.00 | 188.00 |
| Mark T. Hurford | 3.00 | 390.00 | 1,170.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,566.00 |
| 07/08/2013 | Payment - Thank you.  (April, 2013 - 80% Fees) | -218.40 |
| BALANCE DUE | | $8,530.40 |

W.R. Grace

Plan and Disclosure Statement

Page: 2
07/31/2013
ACCOUNT NO:        3000-17D
STATEMENT NO:              131

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                      |                |         |
|----------------------|----------------|---------|
|                      | Page: 1        |         |
| W.R. Grace           | 07/31/2013     |         |
| Wilmington  DE       | ACCOUNT NO:    | 3000-18D |
|                      | STATEMENT NO:  | 131     |

Relief from Stay Proceedings

PREVIOUS BALANCE                                           -$257.70

CREDIT BALANCE                                            -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                          07/31/2013
Wilmington  DE                                        ACCOUNT NO:        3000-20D
                                                      STATEMENT NO:            130

Tax Litigation

PREVIOUS BALANCE                                                         $468.80

BALANCE DUE                                                             $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
|  | STATEMENT NO:              122 |

Travel-Non-Working

| PREVIOUS BALANCE | $386.00 |
|---|---|
| BALANCE DUE | $386.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-22D |
|  | STATEMENT NO:            135 |

Valuation


PREVIOUS BALANCE                                                                    $1,185.00


BALANCE DUE                                                                            $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-23D |
|  | STATEMENT NO:              135 |

ZAI Science Trial

PREVIOUS BALANCE                                                                $1,203.30

BALANCE DUE                                                                      $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2013
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 202.80 | 0.00 | 0.00 | 0.00 | -31.20 | $171.60 |
| 3000-02 Asset Disposition | | | | | |
| 1,051.30 | 0.00 | 0.00 | 0.00 | -780.00 | $271.30 |
| 3000-03 Business Operations | | | | | |
| 0.00 | 1,326.00 | 0.00 | 0.00 | 0.00 | $1,326.00 |
| 3000-04 Case Administration | | | | | |
| 887.67 | 0.00 | 0.00 | 0.00 | 0.00 | $887.67 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -62.10 | 0.00 | 0.00 | 0.00 | -124.80 | -$186.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,131.94 | 3,002.00 | 0.00 | 0.00 | -3,007.28 | $12,126.66 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -508.30 | 0.00 | 0.00 | 0.00 | -156.00 | -$664.30 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,895.70 | 117.00 | 0.00 | 0.00 | -62.40 | $1,950.30 |
| 3000-11 Expenses | | | | | |
| 5,848.53 | 0.00 | 608.55 | 0.00 | -639.40 | $5,817.68 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,198.20 | 655.00 | 0.00 | 0.00 | -936.00 | $3,917.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,245.50 | 3,874.00 | 0.00 | 0.00 | -2,751.20 | $16,368.30 |
| 3000-14 Financing | | | | | |
| 70.20 | 0.00 | 0.00 | 0.00 | 0.00 | $70.20 |
| 3000-15 Hearings | | | | | |
| 6,839.05 | 546.00 | 0.00 | 0.00 | -93.60 | $7,291.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 1,550.40 | 0.00 | 0.00 | 0.00 | -2,384.80 | -$834.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 7,182.80 | 1,566.00 | 0.00 | 0.00 | -218.40 | $8,530.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 386.00 | 0.00 | 0.00 | 0.00 | 0.00 | $386.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 61,840.69 | 11,086.00 | 608.55 | 0.00 | -11,185.08 | $62,350.16 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.