## EXHIBIT A

**Business Operations (4.20 Hours; $ 3,816.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 3.70 | $955 | 3,533.50 |
| Jeffrey A. Liesemer | .50 | $565 | 282.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/10/13 | PVL | 955.00 | 0.20 | Rv emails & reply re Lantern matter |
| 07/11/13 | PVL | 955.00 | 0.50 | Rv Blackstone memo re Lantern project |
| 07/11/13 | JAL | 565.00 | 0.40 | Review and analysis of memo from J. Sinclair re proposal and recommendation. |
| 07/12/13 | PVL | 955.00 | 0.10 | Rv Sinclair memo re Lantern |
| 07/17/13 | JAL | 565.00 | 0.10 | Reviewed and analysis of memo from J. Sinclair. |
| 07/22/13 | PVL | 955.00 | 0.40 | Teleconf. Wyron re Lantern project |
| 07/23/13 | PVL | 955.00 | 1.50 | Rv Lantern motion and revisions thereto (.5); rv email re same & reply (.1); teleconf. Wyron (.6); teleconf. Sinclair (.3) |
| 07/24/13 | PVL | 955.00 | 0.60 | Teleconf. Wyron re Lantern motion (.4); rv emails re same & reply (.2) |
| 07/25/13 | PVL | 955.00 | 0.10 | Rv Sinclair email |
| 07/29/13 | PVL | 955.00 | 0.30 | Rv revised draft motions re Lantern acq. and emails re same and reply thereto |

**Total Task Code .03     4.20**

**Case Administration (1.10 Hours; $ 513.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .80 | $555 | 444.00 |
| Eugenia Benetos | .30 | $230 | 69.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/09/13 | RCT | 555.00 | 0.20 | Review local counsel e-mail and confer with EB regarding same. |
| 07/12/13 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI Update. |
| 07/19/13 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |
| 07/24/13 | EB | 230.00 | 0.30 | Obtain and send opinion to EI as per FH. |
| 07/26/13 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |

**Total Task Code .04      1.10**

**Fee Applications, Applicant (5.20 Hours; $ 2,236.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.20 | $555 | 1,776.00 |
| Eugenia Benetos | 2.00 | $230 | 460.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/02/13 | RCT | 555.00 | 0.30 | Confer with EB regarding fee application schedules for July. |
| 07/08/13 | RCT | 555.00 | 0.50 | Review and edit pre-bills. |
| 07/08/13 | EB | 230.00 | 0.70 | Perform review of fee application schedule exhibit (.3); create check breakdown for EI (.1); create |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | memo re: check breakdown for Accounting insert and record keeping (.1); prepare materials for overnight pouch to DC (.1); retain copy of check in binder (.1). |
| 07/11/13 | RCT | 555.00 | 0.70 | Review exhibits. |
| 07/12/13 | RCT | 555.00 | 0.90 | Address miscellaneous fee issue. |
| 07/15/13 | EB | 230.00 | 0.20 | Update fee application schedule. |
| 07/18/13 | RCT | 555.00 | 0.80 | Review fee application. |
| 07/18/13 | EB | 230.00 | 1.10 | Work on fee application. |

**Total Task Code .12    5.20**

**Plan & Disclosure Statement (6.90 Hours; $ 6,394.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $1,000 | 1,300.00 |
| Peter Van N. Lockwood | 4.90 | $955 | 4,679.50 |
| Ann C. McMillan | .20 | $660 | 132.00 |
| Jeffrey A. Liesemer | .30 | $565 | 169.50 |
| Kevin C. Maclay | .20 | $565 | 113.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/15/13 | PVL | 955.00 | 0.10 | Rv emails re insurance claim offer |
| 07/16/13 | PVL | 955.00 | 1.10 | Tcn Shelnitz, Finke, Donley, Paul, Wyron et al (.6); rv Bondex motions re appeal (.4); teleconf. EI (.1). |
| 07/16/13 | EI | 1,000.00 | 0.80 | Read Project Lantern materials (.2); telephone conference with PVNL and memorandum to Committee (.5); memorandum to R. Horkovitch (.1). |
| 07/17/13 | PVL | 955.00 | 2.90 | Rv Bondex stay motion (.5); rv ACC stay oppo. (.5); rv FCR stay oppo. (.4); rv Bondex stay reply (.3); rv Bondex motion to certify (.2); rv ACC/FCR |

|  |  |  |  | oppo. to certify (.4); rv ACC/FCR mot. to dismiss appeal (.3); rv Bondex oppo. to mot. to dismiss (.3) |
|---|---|---|---|---|
| 07/17/13 | EI | 1,000.00 | 0.30 | Project Lantern memorandum. |
| 07/19/13 | EI | 1,000.00 | 0.10 | Project Lantern status. |
| 07/19/13 | ACM | 660.00 | 0.10 | Teleconference claimant re case status. |
| 07/23/13 | EI | 1,000.00 | 0.10 | Project Lantern issues. |
| 07/24/13 | PVL | 955.00 | 0.80 | Rv CA 3 opinion re Garlock (.4); emails to & from Donley, et al re CA 3 opinion (.3); teleconf. EI (.1) |
| 07/24/13 | JAL | 565.00 | 0.30 | Review and analysis of materials re plan issues. |
| 07/24/13 | KCM | 565.00 | 0.20 | Review Garlock standing decision. |
| 07/25/13 | ACM | 660.00 | 0.10 | Exchange e-mails with PVNL, P. Matheny re case status. |

**Total Task Code    .17        6.90**

<u>Other Charges</u>:

| | |
|---|---:|
| Air & Train Transportation | 276.00 |
| Air Freight & Express Mail | 30.16 |
| Pacer - Database Charges | 15.10 |
| **Total:** | **$321.26** |