**EXHIBIT B**

**Business Operations (4.20 Hours; $ 3,816.00)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**     4.20

**Case Administration (1.10 Hours; $ 513.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Committee on all pending matters.

**Total Task Code .04**     1.10

**Fee Applications, Applicant (5.20 Hours; $ 2,236.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**     5.20

**Plan & Disclosure Statement (6.90 Hours; $ 6,394.00)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**     6.90