## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | $276.00 |
| Air Freight & Express Mail | $30.16 |
| Pacer - Database Charges | $15.10 |
| **Total:** | **$321.26** |

```
Client Number:   4642          Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter      000                Disbursements                                                               8/14/2013

                                                                              Print Date/Time: 08/14/2013  2:37:12PM
Attn:
                                                                                                    Invoice #

                                    PREBILL / CONTROL   REPORT


                                                      Trans Date Range:   1/1/1950  to: 7/31/2013

Matter      000
Disbursements

Bill Cycle:       Monthly        Style:       i1        Start:    4/16/2001    Last Billed :   7/17/2013       13,655
                            $4,806.34
Client Retainers Available                Committed to Invoices:          $0.00      Remaining:       $4,806.34


                                          $3,949,619.99
                         Total Expenses Billed To Date          Billing Empl:        0120     Elihu   Inselbuch
                                                                Responsible Empl:    0120     Elihu   Inselbuch
                                                                Alternate Empl:      0120     Elihu   Inselbuch
                                                                Originating Empl:    0120     Elihu   Inselbuch


Summary   by Employee
                                         ---------- A C T U A L ----------      ---------- B I L L I N G---------
 Empl      Initials    Name                    Hours         Amount                  Hours         Amount

 0020      PVL         Peter Van N Lockwood     0.00          276.00                  0.00          276.00
 0120      EI          Elihu  Inselbuch         0.00           15.15                  0.00           15.15
 0380      EB          Eugenia  Benetos         0.00           12.10                  0.00           12.10
 0999      C&D         Caplin & Drysdale        0.00           18.01                  0.00           18.01

Total Fees                                      0.00          321.26                  0.00          321.26



Detail Time / Expense  by  Date
                                                                       ---------- A C T U A L ----------   ---------- B I L L I N G---------
TransNo.     Description                        TransType  Trans Date  Work Empl     Rate   Hours   Amount   Rate   Hours   Amount  Cumulative

3008095     Pacer Service Center -Database Research Svc.,   E  07/16/2013  0380  EB         0.00   $12.10         0.00   $12.10      12.10
            4/1/13 - 6/30/13  (EB)
3008122     Pacer Service Center -Database Research Svc.,   E  07/16/2013  0999  C&D        0.00    $3.00         0.00    $3.00      15.10
            4/1/13 - 6/30/13
3010568     Bank of America -ADA Travel Svc., re: Coach     E  07/22/2013  0020  PVL        0.00  $236.00         0.00  $236.00     251.10
            Amtrak Train Fare to/from Philadelphia, PA,
            6/16/13 - 6/17/13   (PVNL; First Class Purchased
            $400; Itin #107627)
3010569     Bank of America -ADA Travel Svc., re: Agent Fee E  07/22/2013  0020  PVL        0.00   $40.00         0.00   $40.00     291.10
            for Coach Amtrak Train Fare to/from Philadelphia,
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter      000                    Disbursements                                                                8/14/2013

                                                                                Print Date/Time: 08/14/2013  2:37:12PM
Attn:
                                                                                                              Invoice #
         PA, 6/16/13 - 6/17/13   (PVNL; First Class
         Purchased $400; Coach $236; Itin #107627)

3011435   Federal Express -Delivery to M.Hurford, 6/21/13   E  07/26/2013   0120   EI     0.00   $15.15   0.00   $15.15   306.25
          (EI)
3011448   Federal Express -Delivery to T.Simpson, 7/18/13   E  07/26/2013   0999   C&D    0.00   $15.01   0.00   $15.01   321.26
Total Expenses
                                                                                          0.00   $321.26  0.00   $321.26
          Matter Total Fees                                                                      0.00             0.00
          Matter Total Expenses                                                                  321.26           321.26
                                                                                                                  321.26
          Matter Total                                                                    0.00   321.26   0.00

          Prebill Total Fees
          Prebill Total Expenses                                                                 $321.26          $321.26
                                                                                                                  $321.26
          Prebill Total                                                                   0.00   $321.26  0.00
```

Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 92,491 | 02/21/2013 | 165,664.00 | 33,132.80 |
| 92,999 | 03/22/2013 | 35,163.00 | 7,032.60 |
| 93,496 | 04/19/2013 | 40,095.00 | 8,019.00 |
| 94,156 | 05/24/2013 | 48,738.50 | 9,747.70 |
| 94,576 | 06/19/2013 | 40,014.32 | 40,014.32 |
| 95,137 | 07/17/2013 | 47,111.67 | 47,111.67 |
| | | 505,960.49 | 159,914.92 |