# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| August 7, 2013 | INVOICE:          255106 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 07/31/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/01/13 | Communications with R. Horkovich re: language for settlement letter. | W001 | DJN | 0.10 |
| 07/01/13 | Edit demand letter per suggestions of FCR and Debtor. | W001 | RMH | 1.80 |
| 07/03/13 | Review and revise time and expense entries. | W011 | AHP | 1.60 |
| 07/03/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of agreement issues (1.80); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 2.70 |
| 07/03/13 | Communicate with FCR counsel and insurance company counsel regarding settlement demand. | W001 | RMH | 0.60 |
| 07/03/13 | Review and evaluate impediments to settlement of insurance policies. | W001 | RYC | 1.80 |
| 07/05/13 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected insurance policies re: follow form, limits, aggregates, and other coverage issues (1.80). | W001 | GFF | 2.90 |
| 07/05/13 | Finalize demand letter and transmit same (.70). Communicate with Mr. Inselbuch (.30). Look into coverage issues for Debtor's counsel (1.80). | W001 | RMH | 2.80 |
| 07/05/13 | Research and analysis of potential settlement consequences in connection with pending negotiations with insurance company. | W001 | RYC | 2.80 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

August 7, 2013                                      INVOICE:          255106

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/08/13 | Continue analysis of selected insurance policies re: follow form, aggregates, and other coverage analysis (1.30); draft and revise insurance policy data spreadsheets (1.30); continue analysis of selected settlement agreements re: "subject policies" and scope of release issues (1.60). | W001 | GFF | 4.20 |
| 07/08/13 | Policy analysis and review for exhaustion and aggregate issues. | W001 | HEG | 3.20 |
| 07/08/13 | Review and analysis of potential buyouts of remaining coverage-in-place agreements. | W001 | RYC | 2.60 |
| 07/09/13 | Begin and finish drafting monthly fee application. | W011 | AHP | 1.30 |
| 07/09/13 | Draft and revise insurance policy data spreadsheets (.80); analysis of selected insurance company settlement agreements re: "subject policies" and scope of release issues (1.10). | W001 | GFF | 1.90 |
| 07/09/13 | Review and transmit material to Lisa Esayian regarding policies. | W001 | RMH | 0.60 |
| 07/09/13 | Review and analysis in connection with obstacles to buyout of coverage-in-place agreements. | W001 | RYC | 2.60 |
| 07/10/13 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 1.20 |
| 07/10/13 | Continue analysis of selected insurance policies re: "subject policies" and scope of release issues (1.60); draft and revise settlement agreement summaries (.80). | W001 | GFF | 2.40 |
| 07/10/13 | Researched insurance company queries. | W001 | HEG | 1.10 |
| 07/10/13 | Continued updating information and reviewing excess insurance policies, settlements and reimbursement agreements re: insolvent insurance companies, follow form language, indemnifications, payment issues and other insurance policy issues. | W001 | IF | 2.20 |
| 07/10/13 | Update CIP allocation model. | W001 | MG | 3.20 |
| 07/10/13 | Review status of claim against multiple insurance companies. | W001 | RMH | 1.70 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

August 7, 2013                                            INVOICE:          255106

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 07/10/13 | Analysis and prepare evaluation in connection with liquidation of previously solvent insurance company (2.80).  Review and evaluate issues raised by new developments with foreign insolvent insurance companies (1.60). | W001 | RYC | 4.40 |
| 07/10/13 | Review and comment upon fee application. | W011 | RYC | 0.40 |
| 07/11/13 | Begin preparing interim chart and interim fee application. | W011 | AHP | 2.20 |
| 07/11/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, aggregates, asbestos exclusions and other coverage issues (1.60). | W001 | GFF | 2.30 |
| 07/11/13 | Continued to review and update information on excess policies, settlements and reimbursement agreements re: insolvent insurance companies, follow form, indemnifications, payment issues and other insurance policy issues. | W001 | IF | 2.10 |
| 07/11/13 | Preparation and meeting with insurance company re:  scheme update and guarantee. | W001 | IF | 1.10 |
| 07/11/13 | Prepare for and attend meeting with representatives re: status of insurance company scheme and guarantee. | W001 | MG | 1.20 |
| 07/11/13 | Update cash flow analysis. | W001 | MG | 2.80 |
| 07/11/13 | Identify remaining insurance companies as to which we could make settlement demands. | W001 | RMH | 0.80 |
| 07/11/13 | Review and comment upon interim application (0.60).  Investigate and prepare response to fee auditor's follow-up inquiries (0.40). | W011 | RYC | 1.00 |
| 07/11/13 | Follow-up evaluation of supporting documentation in connection with obstacles to settlements with solvent insurance companies. | W001 | RYC | 2.10 |
| 07/12/13 | Continue analysis of selected insurance policies re: aggregates, asbestos exclusions, follow form, and other coverage issues (1.40); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

August 7, 2013                                     INVOICE:         255106

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 07/12/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: insolvents, following form provisions, indemnifications, payment issues and other policy issues. | W001 | IF | 2.40 |
| 07/12/13 | Update CIP allocation model. | W001 | MG | 2.60 |
| 07/12/13 | Receive request from an insurance company for a settlement demand and work on developing same. | W001 | RMH | 1.20 |
| 07/12/13 | Review, evaluate and respond to fee auditor's final report regarding AKO's quarterly fee application for the 48th interim period. | W011 | RYC | 0.30 |
| 07/15/13 | Continue analysis of selected insurance policies re: follow form, exclusions, and cooperation clause issues (1.80); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 2.40 |
| 07/15/13 | Continued to analyze and update information on excess policies, settlements and reimbursement agreements re: insolvent insurance companies, follow form language, indemnifications, payment issues and other insurance policy issues. | W001 | IF | 2.90 |
| 07/15/13 | Continue work on CIP adjustments for allocation. | W001 | MG | 2.20 |
| 07/15/13 | Attention to offer for purchase of claim submitted to insurance company and submit to FCR and Chairman of claimants' committee. | W001 | RMH | 0.90 |
| 07/15/13 | Investigate and review issues regarding valuation of settlements with solvent insurance companies. | W001 | RYC | 1.40 |
| 07/16/13 | Resolve and discuss (via email) credit of $243.00. | W011 | AHP | 0.80 |
| 07/16/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, limits, exclusions and cooperation clause issues (1.70). | W001 | GFF | 2.40 |
| 07/16/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and coverage in place agreements re: following form language, indemnifications, insolvents, payment issues and other policy concerns. | W001 | IF | 2.80 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                               EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

August 7, 2013                                                  INVOICE:          255106

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/16/13 | Follow-up in connection with finalizing fee auditor related fee reduction issues. | W011 | RYC | 0.40 |
| 07/17/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form and cooperation clause issues (1.30). | W001 | GFF | 2.10 |
| 07/17/13 | Continued to analyze and update information on excess insurance policies, settlement and coverage in place agreements re:  follow form language, indemnifications, insolvent insurance companies, payment issues and other insurance policy issues. | W001 | IF | 2.60 |
| 07/17/13 | Work on CIP adjustments for allocation. | W001 | MG | 2.80 |
| 07/17/13 | Continue review and analysis of impediments to settlements with solvent insurance companies. | W001 | RYC | 2.70 |
| 07/18/13 | Finalize and release interim/quarterly fee application and exhibits. | W011 | AHP | 1.20 |
| 07/18/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.10); continue analysis of selected insurance policies re: follow form, assignment clause issues, and other coverage issues (1.30). | W001 | GFF | 2.40 |
| 07/18/13 | Continue to review and update information on excess policies, reimbursement and settlement agreements re:  following form, indemnifications, insolvents, payment issues and other insurance policy issues. | W001 | IF | 2.30 |
| 07/18/13 | Work on allocation for demand on insolvent company. | W001 | MG | 2.80 |
| 07/18/13 | Attention to Folksam notice. | W001 | RMH | 0.30 |
| 07/19/13 | Draft and revise insurance company settlement spreadsheets (.90); continue analysis of selected insurance company settlement agreements re: subject policies and scope of release issues (1.40). | W001 | GFF | 2.30 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                      EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

August 7, 2013                                                          INVOICE:          255106

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 07/19/13 | Continue reviewing and updating information on excess policies, reimbursement and settlement agreements re:  following form provisions, indemnifications, insolvent insurance companies, payment issues and other policy issues. | W001 | IF | 1.10 |
| 07/19/13 | Work on allocation for demands on insolvent company. | W001 | MG | 2.60 |
| 07/22/13 | Continue analysis of selected insurance company settlement agreements re: "subject policies" and scope of release issues. | W001 | GFF | 1.80 |
| 07/22/13 | Continue to analyze and update information on excess insurance policies, reimbursement and settlement agreements re:  follow form provisions, indemnifications, insolvents, payment issues and other policy questions. | W001 | IF | 1.20 |
| 07/22/13 | Work on CIP adjustments for allocation. | W001 | MG | 3.30 |
| 07/22/13 | Research and analysis in connection with pending settlement issues with insurance companies. | W001 | RYC | 1.30 |
| 07/23/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues (.90). | W001 | GFF | 1.60 |
| 07/23/13 | Continue updating information and reviewing excess insurance policies, coverage in place and settlement agreements re:  following form provisions, indemnifications, insolvent insurance companies, payment issues and other policy issues. | W001 | IF | 1.80 |
| 07/23/13 | Follow-up research and analysis in connection with pending settlement issues with insurance companies. | W001 | RYC | 1.20 |
| 07/24/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues. | W001 | GFF | 1.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

August 7, 2013                                     INVOICE:            255106

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 07/24/13 | Continued to review and update information on excess insurance policies, coverage in place and settlement agreements re:  follow form provisions, indemnifications, insolvents, payment issues and other policy issues. | W001 | IF | 1.70 |
| 07/24/13 | Continue work on CIP adjustments for allocation. | W001 | MG | 2.80 |
| 07/24/13 | Review and analysis of insurance issues raised in recently received pleadings. | W001 | RYC | 0.70 |
| 07/25/13 | Draft and revise insurance policy data spreadsheets (.80); analysis of selected insurance company settlements re: "subject policies" and scope of agreements (.90); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.20). | W001 | GFF | 2.90 |
| 07/25/13 | Continued updating information and reviewing excess policies, reimbursement and settlement agreements re:  following form, indemnifications, insolvent insurance companies, payment issues and other insurance issues. | W001 | IF | 1.70 |
| 07/25/13 | Work on demand for insolvent company. | W001 | MG | 2.80 |
| 07/25/13 | Read and analyze 3rd Circuit's decision rejecting Garlock's appeal and advise nominated Trustees. | W001 | RMH | 1.00 |
| 07/26/13 | Continue analysis of selected insurance policies re: limits, aggregates, cooperation clause issues, and other coverage issues (1.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.40 |
| 07/26/13 | Continued to update information and analyze excess insurance policies, reimbursement and settlement agreements re:  follow form provisions, indemnifications, insolvent insurance companies, payment issues and other insurance issues. | W001 | IF | 2.20 |
| 07/29/13 | Continue analysis of selected insurance policies re limits, aggregates, cooperation clauses, follow form and other coverage issues | W001 | GFF | 1.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

August 7, 2013                                                      INVOICE:           255106

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/29/13 | Continued reviewing and updating information on excess insurance policies, reimbursement and settlement agreements re:  following form provisions, indemnifications, insolvents, payment issues and other insurance policy issues. | W001 | IF | 1.10 |
| 07/29/13 | Work on adjustments for allocation. | W001 | MG | 2.60 |
| 07/29/13 | Review and analysis in connection with potential impact of insurance company related objections to plan. | W001 | RYC | 0.60 |
| 07/30/13 | Draft and revise insurance policy data spreadsheets (.70); Continue analysis of selected insurance policies re: follow form, limits, aggregates, cooperation clauses and other coverage issues (1.60). | W001 | GFF | 2.30 |
| 07/30/13 | Continue to review and update information on excess insurance policies, reimbursement and settlement agreements re:  follow form, indemnifications, insolvent insurance companies, payment issues and other insurance policy issues. | W001 | IF | 1.40 |
| 07/30/13 | Additional work on allocation. | W001 | MG | 2.20 |
| 07/31/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and cooperation clause issues (1.30). | W001 | GFF | 1.30 |
| 07/31/13 | Continue reviewing and updating information on excess policies, coverage in place and settlement agreements re:  following form provisions, indemnifications, insolvent insurance companies, payment issues and other policy issues. | W001 | IF | 1.80 |
| 07/31/13 | Investigate potential intervention in connection with remaining insolvent insurance companies in anticipation of impediments to establishing non-contingent claims. | W001 | RYC | 1.60 |

**TOTAL FEES:**                                                        **$81,953.00**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

August 7, 2013                                          INVOICE:          255106

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 270.00 | 8.30 | 2,241.00 |
| Dennis J. Nolan | 495.00 | 0.10 | 49.50 |
| Glenn F Fields | 365.00 | 45.20 | 16,498.00 |
| Harris E Gershman | 295.00 | 4.30 | 1,268.50 |
| Izak Feldgreber | 315.00 | 32.40 | 10,206.00 |
| Mark Garbowski | 650.00 | 33.90 | 22,035.00 |
| Robert M Horkovich | 925.00 | 11.70 | 10,822.50 |
| Robert Y Chung | 675.00 | 27.90 | 18,832.50 |
| **TOTAL FEES:** |  |  | **$81,953.00** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE                  MATTER:      100055.WRG01

August 7, 2013                                            INVOICE:          255106

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Dennis J. Nolan | 0.10 | 49.50 |
| Glenn F Fields | 45.20 | 16,498.00 |
| Harris E Gershman | 4.30 | 1,268.50 |
| Izak Feldgreber | 32.40 | 10,206.00 |
| Mark Garbowski | 33.90 | 22,035.00 |
| Robert M Horkovich | 11.70 | 10,822.50 |
| Robert Y Chung | 25.80 | 17,415.00 |
| **TOTAL:** | **153.40** | **$78,294.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 8.30 | 2,241.00 |
| Robert Y Chung | 2.10 | 1,417.50 |
| **TOTAL:** | **10.40** | **$3,658.50** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| August 7, 2013 | INVOICE:        255106 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

**COSTS through 07/31/13**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 07/01/13 | AP - TELEPHONE -COURT CALL | | (30.00) |
| 07/02/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial telephonic appearance 8/1/13 11:00AM | E125 | 30.00 |
| 07/05/13 | DI - POSTAGE - | E108 | 0.66 |
| 07/08/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 07/08/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 07/09/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 07/09/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 07/10/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 07/10/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 07/10/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 07/11/13 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 07/11/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 07/11/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 07/12/13 | DI - PHOTOCOPYING - | E101 | 1.30 |
| 07/12/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 07/12/13 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 07/15/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 07/15/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 07/15/13 | DI - PHOTOCOPYING - | E101 | 3.60 |
| 07/15/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 07/16/13 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 07/16/13 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 07/16/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 07/16/13 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 07/16/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 07/16/13 | DI - PHOTOCOPYING - | E101 | 1.10 |
| 07/17/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 07/22/13 | DI - PHOTOCOPYING - | E101 | 1.80 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

August 7, 2013                                                   INVOICE:            255106

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 07/24/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 07/26/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 07/29/13 | DI - PHOTOCOPYING - | E101 | 2.60 |
| 07/29/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| **TOTAL COSTS:** | | | **$26.76** |

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| PG | DI - POSTAGE - | 0.66 |
| TE | AP - TELEPHONE - | 0.00 |
| XE | DI - PHOTOCOPYING - | 26.10 |
| | **TOTAL COSTS:** | **$26.76** |

**TOTAL DUE:**                                      **$81,979.76**