**EXHIBIT A**

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

September 04, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1889134            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 9.00 hrs. at | $795.00 | /hr. = | $7,155.00 | |
| S LENKIEWICZ | PARALEGAL | 4.40 hrs. at | $195.00 | /hr. = | $858.00 | |
| | | | | | | $8,013.00 |

DISBURSEMENTS
TRAVEL AWAY FROM HOME                                           $25.00
TOTAL DISBURSEMENTS                                                           $25.00

BALANCE DUE THIS INVOICE                                                      $8,038.00

Duane Morris
September 04, 2013
Page 2

File # K0248-00001                                                                INVOICE# 1889134
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/5/2013 | 004 | S LENKIEWICZ | REVIEW NOTICE OF CHANGE OF JUDGE RE WR GRACE | 0.20 | $39.00 |
| 6/6/2013 | 004 | MR LASTOWSKI | REVIEW ORDER RE-ASSIGNING JUDGE (JUDGE CAREY) | 0.10 | $79.50 |
| | | | Code Total | 0.30 | $118.50 |

Duane Morris
September 04, 2013
Page 3

File # K0248-00001                                                                          INVOICE# 1889134
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/6/2013 | 012 | S LENKIEWICZ | REVIEW DOCKET RE DM 134TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); EFILE SAME (.2) | 0.50 | $97.50 |
| 6/13/2013 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE FOR MAY 2013 | 0.20 | $39.00 |
| 6/24/2013 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 135TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2) | 0.50 | $97.50 |
| | | | Code Total | 1.20 | $234.00 |

File # K0248-00001                                                                                    INVOICE# 1889134
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/6/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 110TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 6/20/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 47TH QUARTERLY AND CAPSTONE 36TH QUARTERLY (.1); PREPARE CNO RE SSL 47TH QUARTERLY FEE APPLICATION AND EFILE SAME (.3); PREPARE CNO RE CAPSTONE 36TH QUARTERLY AND EFILE SAME (.3); SEND EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.80 | $156.00 |
| 6/24/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 145TH MONTHLY AND CAPSTONE'S 111TH MONTHLY FEE APPLICATIONS (.1); PREPARE CNO RE SSL 145TH MONTHLY (.2); FINALIZE AND EFILE SAME (.2); PREPARE CNO RE CAPSTONE 111TH MONTHLY (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 1.00 | $195.00 |
| 6/28/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 146TH MONTHLY APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE SAME (.2); FOWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | | Code Total | 3.00 | $585.00 |

Duane Morris
September 04, 2013
Page 5

File # K0248-00001  INVOICE# 1889134
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/5/2013 | 017 | MR LASTOWSKI | REVIEW SUPPLEMENTAL APPELLATE FILINGS IN CONNECTION WITH THIRD CIRCUIT APPEAL | 1.60 | $1,272.00 |
| 6/11/2013 | 017 | MR LASTOWSKI | REVIEW SUPPLEMENTAL APPELLATE FILINGS | 1.20 | $954.00 |
| 6/17/2013 | 017 | MR LASTOWSKI | REVIEW APPELLATE BRIEFS IN CONNECTION WITH 3D CIRCUIT ARGUMENT | 3.40 | $2,703.00 |
| 6/17/2013 | 017 | MR LASTOWSKI | ATTEND ORAL ARGUMENT | 2.70 | $2,146.50 |
| | | | Code Total | 8.90 | $7,075.50 |
| | | | TOTAL SERVICES | 13.40 | $8,013.00 |

Duane Morris
September 04, 2013
Page 6

File # K0248-00001 INVOICE# 1889134
   W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 06/30/2013 | TRAVEL AWAY FROM HOME | 25.00 |
| | Total: | $25.00 |
| | TOTAL DISBURSEMENTS | $25.00 |

File # K0248-00001                                          INVOICE# 1889134
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 9.00 | 795.00 | $7,155.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.40 | 195.00 | $858.00 |
|  |  |  | 13.40 |  | $8,013.00 |