**EXHIBIT A**

Case 01-01139-AMC    Doc 31075-1    Filed 09/06/13    Page 1 of 12

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

September 04, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1890661            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 10.30 hrs. at | $795.00 | /hr. = | $8,188.50 |
| S LENKIEWICZ | PARALEGAL | 6.30 hrs. at | $195.00 | /hr. = | $1,228.50 |

$9,417.00

DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                              $13.50
POSTAGE                                                  $2.20
PRINTING & DUPLICATING                                 $120.30
TOTAL DISBURSEMENTS                                                $136.00

BALANCE DUE THIS INVOICE                                          $9,553.00

DUANE MORRIS LLP

Duane Morris
September 04, 2013
Page 2

File # K0248-00001  INVOICE# 1890661
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/2/2013 | 002 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR LEAVE TO PARTICIPATE IN A COMPETITIVE AUCTION | 1.10 | $874.50 |
| 8/29/2013 | 002 | MR LASTOWSKI | REVIEW SALE MOTION AND ORDER RE: AUCTION PROCEDURES | 0.60 | $477.00 |
| | | | Code Total | 1.70 | $1,351.50 |

Duane Morris
September 04, 2013
Page 3

File # K0248-00001  INVOICE# 1890661
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/25/2013 | 004 | MR LASTOWSKI | REVIEW AGENDA FOR 8/1/13 HEARING AND REVIEW AGENDA ITEMS | 1.30 | $1,033.50 |
| 7/30/2013 | 004 | S LENKIEWICZ | RECEIPT AND REVIEW OF EMAIL FROM J. O'NEILL RE 8/1 HEARING (.1); SET UP COURTCALL APPEARANCE FOR M. LASTOWSKI AND FORWARD CONFIRMATION RE SAME (.2) | 0.30 | $58.50 |
| 8/15/2013 | 004 | MR LASTOWSKI | REVIEW CAPSTONE REPORT | 0.50 | $397.50 |
| | | | Code Total | 2.10 | $1,489.50 |

Duane Morris
September 04, 2013
Page 4

File # K0248-00001  INVOICE# 1890661
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/31/2013 | 010 | MR LASTOWSKI | REVIEW ORDER APPROVING PHILIPS GOLDMAN RETENTION | 0.10 | $79.50 |
| 7/31/2013 | 010 | MR LASTOWSKI | REVIEW ORDER APPROVING ORRICK RETENTION | 0.10 | $79.50 |
| | | | Code Total | 0.20 | $159.00 |

Duane Morris
September 04, 2013
Page 5

File # K0248-00001  INVOICE# 1890661
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/12/2013 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 136TH MONTHLY FEE APPLICATION AND EXHIBIT (.5); FINALIZE AND EFILE SAME (.2) | 0.70 | $136.50 |
| 7/17/2013 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR REPORT | 0.20 | $159.00 |
| 7/25/2013 | 012 | MR LASTOWSKI | E-MAIL FROM FEE AUDITOR RE: STATUS OF QUARTERLY FEE APPLICATION | 0.10 | $79.50 |
| 7/29/2013 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 48TH QUARTERLY FEE APPLICATION (.7); PREPARE EXHIBITS RE SAME (.3); PREPARE CERTIFICATE OF SERVICE RE SAME (.1) | 1.10 | $214.50 |
| 7/30/2013 | 012 | MR LASTOWSKI | REVIEW AND APPROVE QUARTERLY FEE APPLICATION | 0.70 | $556.50 |
| 7/30/2013 | 012 | S LENKIEWICZ | FINALIZE AND E-FILE DUANE MORRIS' 48TH QUARTERLY FEE APPLICATION (.5); PREPARE AND FORWARD AS-FILED COPY OF SAME TO FEE AUDITOR (.2); COORDINATE SERVICE OF NOTICE (.1) | 0.80 | $156.00 |
| 7/31/2013 | 012 | MR LASTOWSKI | REVIEW ORDER APPROVING QUARTERLY FEE APPLICATIONS | 0.10 | $79.50 |
| 8/8/2013 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 112TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE'S 112TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | | Code Total | 4.30 | $1,498.50 |

DUANE MORRIS LLP

Duane Morris
September 04, 2013
Page 6

File # K0248-00001  INVOICE# 1890661
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/11/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 112TH MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1); REVIEW DOCKET RE CNO REGARDING CAPSTONE'S 111TH MONTHLY FEE APPLICATION AND EMAIL TO D. MOHAMMAD RE SAME (.2) | 0.70 | $136.50 |
| 7/29/2013 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL'S 146TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 7/29/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 147TH MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION AND EXHIBITS AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 7/29/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 113TH MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION AND EXHIBITS AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 8/8/2013 | 013 | S LENKIEWICZ | PREPARE NOTICE OF WITHDRAWAL RE CNO REGARDING CAPSTONE'S 112TH MONTHLY FEE APPLICATION AND EFILE SAME (.3); REVISE CNO AND RE-FILE (.2); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | | Code Total | 2.80 | $546.00 |

Duane Morris
September 04, 2013
Page 7

File # K0248-00001 INVOICE# 1890661
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/1/2013 | 015 | MR LASTOWSKI | REVIEW DOCKET AND E-MAIL EXCHANGE WITH DEBTOR'S COUNSEL RE: STATUS OF OMNIBUS HEARINGS | 0.20 | $159.00 |
| 7/30/2013 | 015 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: CONVERSION OF 8/1/13 HEARING TO TELEPHONIC HEARING (.1); REVIEW AMENDED AGENDA NOTICE (.2) | 0.30 | $238.50 |
| 8/1/2013 | 015 | MR LASTOWSKI | TELEPHONIC HEARING (DIAL IN TO COURTCALL) | 0.20 | $159.00 |
| 8/1/2013 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE AND AGENDA ITEMS | 1.40 | $1,113.00 |
| 8/27/2013 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE AND AGENDA ITEMS (.8); REVIEW ORDERS ENTERED ON OUTSTANDING AGENDA ITEMS AND NOTICE OF CANCELLATION OF HEARING (.1) | 0.80 | $636.00 |
| 8/28/2013 | 015 | MR LASTOWSKI | REVIEW ORDER SCHEDULING OMNIBUS HEARING DATES | 0.10 | $79.50 |
| | | | Code Total | 3.00 | $2,385.00 |

Duane Morris
September 04, 2013
Page 8

File # K0248-00001  INVOICE# 1890661
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---:|---:|
| 7/16/2013 | 016 | MR LASTOWSKI | EVIEW DISTRICT COURT PATENT SETTLEMENT | 0.20 | $159.00 |
| 7/23/2013 | 016 | MR LASTOWSKI | REVIEW NOTICE OF SETTLEMENTS | 0.10 | $79.50 |
| | | | Code Total | 0.30 | $238.50 |

DUANE MORRIS LLP

Duane Morris
September 04, 2013
Page 9

File # K0248-00001                                                          INVOICE# 1890661
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/1/2013 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKET RE: STATUS | 0.30 | $238.50 |
| 7/22/2013 017 | MR LASTOWSKI | REVIEW CAPSTONE REPORT | 1.10 | $874.50 |
| 7/25/2013 017 | MR LASTOWSKI | REVIEW OPINION DISMISS GARLOCK APPEAL | 0.20 | $159.00 |
| 8/8/2013 017 | MR LASTOWSKI | REVIEW STATUS OF APPEALS | 0.60 | $477.00 |
| | | Code Total | 2.20 | $1,749.00 |
| | | TOTAL SERVICES | 16.60 | $9,417.00 |

Duane Morris
September 04, 2013
Page 10

File # K0248-00001                                              INVOICE# 1890661
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 07/31/2013 | POSTAGE | | 2.20 |
| | | Total: | $2.20 |
| 07/31/2013 | PACER FEDERAL DOCKET COSTS | | 13.50 |
| | | Total: | $13.50 |
| 07/31/2013 | PRINTING & DUPLICATING | | 120.30 |
| | | Total: | $120.30 |
| | | TOTAL DISBURSEMENTS | $136.00 |

Duane Morris
September 04, 2013
Page 11

File # K0248-00001                                                                INVOICE# 1890661
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 10.30 | 795.00 | $8,188.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.30 | 195.00 | $1,228.50 |
| | | | 16.60 | | $9,417.00 |