| Date | Cost Code | Description | Qty | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 12/14/2012 | EXPDEL | Express Delivery | 0 | Frankel, Roger | $12.75 | VENDOR: Federal Express Corp INVOICE#: 212062584 DATE: 12/21/2012   Tracking #: 794309663867 Shipment Date: 20121214 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David Austern, Futures Rep,c o Claims Resolution Manageme, 3110 Fairview Park Dr Ste 200, FALLS CHURCH, VA 22042 |
| 1/10/2013 | DUPLI | Document Reproduction | 22 | Wyron, Richard | $2.20 | 22 Copies |
| 1/11/2013 | DUPLI | Document Reproduction | 62 | Frankel, Roger | $6.20 | 62 Copies |
| 11/30/2012 | AIR | Travel Expense, Air Fare | 0 | Wyron, Richard | ($721.02) | VENDOR: American Express INVOICE#: 121225 DATE: 12/25/2012 |
| 1/14/2013 | DUPLI | Document Reproduction | 11 | Fullem, Debra O'Denise | $1.10 | 11 Copies |
| 1/2/2013 | OSSVCS | Outside Services | 0 | Wyron, Richard | $124.80 | VENDOR: Parcels Inc.; INVOICE#: 426418; DATE: 1/2/2013  -  DC-DC\id#162802\mkm-acct. # 1069-Owens Corning/Grace Litigation Pleadings |
| 1/18/2013 | DUPLI | Document Reproduction | 412 | Fullem, Debra O'Denise | $41.20 | 412 Copies |
| 1/18/2013 | DUPLI | Document Reproduction | 224 | Fullem, Debra O'Denise | $22.40 | 224 Copies |
| 1/18/2013 | DUPLI | Document Reproduction | 220 | Fullem, Debra O'Denise | $22.00 | 220 Copies |
| 1/18/2013 | PRINT | Document Reproduction | 4 | Fullem, Debra O'Denise | $0.40 | 4 Pages Printed |
| 1/18/2013 | PRINT | Document Reproduction | 1 | Fullem, Debra O'Denise | $0.10 | 1 Pages Printed |
| 1/18/2013 | PRINT | Document Reproduction | 2 | Fullem, Debra O'Denise | $0.20 | 2 Pages Printed |
| 1/18/2013 | PRINT | Document Reproduction | 2 | Fullem, Debra O'Denise | $0.20 | 2 Pages Printed |
| 1/15/2013 | EXPDEL | Express Delivery | 0 | Frankel, Roger | $12.97 | VENDOR: Federal Express Corp INVOICE#: 214855967 DATE: 1/17/2013  Tracking #: 794522882746 Shipment Date: 20130115 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David Austern, Futures Rep, c o Claims Resolution Manageme, 3110 Fairview Park Dr Ste 200, FALLS CHURCH, VA 22042 |
| 1/22/2013 | PRINT | Document Reproduction | 2 | Fullem, Debra O'Denise | $0.20 | 2 Pages Printed |
| 1/16/2013 | WESTN | Westlaw Research | 0 | Felder, Debra | $6.49 | |
| 12/11/2012 | BUSML | Business Meals | 0 | Frankel, Roger | $104.80 | VENDOR: Flik Compass Group USA; INVOICE#: X199940313; DATE: 12/1/2012  -  DC-DC\id#163219\mkm-meals cust. # F19990000 period 03'13 ended December 2012 |
| 1/25/2013 | POST | Postage | 0 | Fullem, Debra O'Denise | $1.70 | POSTAGE |
| 1/25/2013 | DUPLI | Document Reproduction | 24 | Fullem, Debra O'Denise | $2.40 | 24 Copies |
| **TOTAL** | | | | | $ (358.91) | |

| Date | Cost Code | Description | Qty | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 2/14/2013 | DUPLI | Document Reproduction | 1 | Fullem, Debra O'Denise | $0.10 | 1 Copies |
| 2/14/2013 | DUPLI | Document Reproduction | 4 | Fullem, Debra O'Denise | $0.40 | 4 Copies |
| 2/13/2013 | WESTN | Westlaw Research | 0 | Fullem, Debra O'Denise | $47.93 | |
| 2/21/2013 | DUPLI | Document Reproduction | 2065 | Fullem, Debra O'Denise | $20.60 | 206 Copies |
| 2/21/2013 | DUPLI | Document Reproduction | 92 | Fullem, Debra O'Denise | $9.20 | 92 Copies |
| 2/21/2013 | PRINT | Document Reproduction | 8 | Fullem, Debra O'Denise | $0.80 | 8 Pages Printed |
| 1/3/2013 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $296.80 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42012; DATE: 1/3/2013 - DC-DC\id#164406\mkm-Public Access to Court Electronic Records 10/01-12/31/2012 acct. # OH0272 |
| 1/3/2013 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $7.50 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42012; DATE: 1/3/2013 - DC-DC\id#164406\mkm-Public Access to Court Electronic Records 10/01-12/31/2012 acct. # OH0272 |
| 1/3/2013 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $17.60 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42012; DATE: 1/3/2013 - DC-DC\id#164406\mkm-Public Access to Court Electronic Records 10/01-12/31/2012 acct. # OH0272 |
| 1/3/2013 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $14.20 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42012; DATE: 1/3/2013 - DC-DC\id#164406\mkm-Public Access to Court Electronic Records 10/01-12/31/2012 acct. # OH0272 |
| 1/3/2013 | OSSVCS | Outside Services | 0 | Fullem, Debra O'Denise | $92.60 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42012; DATE: 1/3/2013 - DC-DC\id#164406\mkm-Public Access to Court Electronic Records 10/01-12/31/2012 acct. # OH0272 |
| 2/21/2013 | EXPDEL | Express Delivery | 0 | Frankel, Roger | $14.56 | VENDOR: United Parcel Service INVOICE#: 0000003195XX083 DATE: 2/23/2013 Tracking #: 1Z3195XXA499042095 Shipment Date: 20130221 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: David Austern, Futur, c/o Claims Resolution Management, 3110 Fairview Park Dr, Falls Church, VA 22042 |
| **TOTAL** | | | | | **$ 522.29** | |

**March 2013 Invoice**

| Date | Cost Code | Description | Qty | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 2/28/2013 | DUPLI | Document Reproduction | 68 | Fullem, Debra O'Denise | $6.80 | 68 Copies |
| 2/28/2013 | PRINT | Document Reproduction | 10 | Fullem, Debra O'Denise | $1.00 | 10 Pages Printed |
| 2/28/2013 | PRINT | Document Reproduction | 8 | Fullem, Debra O'Denise | $0.80 | 8 Pages Printed |
| 2/12/2013 | TAXI | Local Taxi Expense | 0 | Frankel, Roger | $51.77 | VENDOR: XYZ INVOICE#: 1481630 DATE: 2/20/2013 |
| 3/4/2013 | DUPLI | Document Reproduction | 3 | Fullem, Debra O'Denise | $0.30 | 3 Copies |
| 3/4/2013 | DUPLI | Document Reproduction | 26 | Fullem, Debra O'Denise | $2.60 | 26 Copies |
| 3/5/2013 | POST | Postage | 0 | Fullem, Debra O'Denise | $1.72 | POSTAGE |
| 3/6/2013 | LTRV | Travel Expense, Local | 0 | Wyron, Richard | $75.76 | VENDOR: Wyron, Richard H.; INVOICE#: 021313; DATE: 3/6/2013 - dc/dd/s#164765/df - Travel to NY for FCR meeting NYC 02/12/13 |
| 3/6/2013 | TAXI | Local Taxi Expense | 0 | Wyron, Richard | $4.60 | VENDOR: Wyron, Richard H.; INVOICE#: 021313; DATE: 3/6/2013 - dc/dd/s#164765/df - Travel to NY for FCR meeting NYC 02/12/13 |
| 3/6/2013 | PARK | Parking Expense | 0 | Wyron, Richard | $1.80 | VENDOR: Wyron, Richard H.; INVOICE#: 021313; DATE: 3/6/2013 - dc/dd/s#164765/df - Travel to NY for FCR meeting NYC 02/12/13 |
| 3/12/2013 | DUPLI | Document Reproduction | 1 | Fullem, Debra O'Denise | $0.10 | 1 Copies |
| 3/7/2013 | WESTN | Westlaw Research | 0 | Felder, Debra | $245.86 | |
| 3/11/2013 | LEXN | Lexis Research | 0 | Fullem, Debra O'Denise | $14.16 | |
| 3/21/2013 | DUPLI | Document Reproduction | 46 | Wyron, Richard | $4.60 | 46 Copies |
| 3/22/2013 | DUPLI | Document Reproduction | 9 | Fullem, Debra O'Denise | $0.90 | 9 Copies |
| 3/27/2013 | POST | Postage | 0 | Fullem, Debra O'Denise | $1.52 | POSTAGE |
| 3/28/2013 | DUPLI | Document Reproduction | 398 | Wyron, Richard | $39.80 | 398 Copies |
| 3/19/2013 | EXPDEL | Express Delivery | 0 | Frankel, Roger | $14.58 | VENDOR: United Parcel Service INVOICE#: 0000003195XX123 DATE: 3/23/2013 Tracking #: 1Z3195XXA494519946 Shipment Date: 20130319 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: David Austern, Futur, c/o Claims Resolution Management, 3110 Fairview Park Dr, Falls Church, VA 22042 |
| **TOTAL** | | | | | **$468.67** | |