

**Potter Anderson Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

March 15, 2013
Bill Number    161765
File Number    WGRACE 39647

W. R. Grace & Co. - Conn.
c/o Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia PA  19104-2891

Re:  W.R. Grace & Co.- Conn. V. Propex Operating Company, LLC

Through February 28, 2013

| Date | Atty | Description | Hours | Value |
|---|---|---|---|---|
| 02/08/13 | LMF | Pleadings | 0.80 Hrs | $164.00 |
|  |  | Draft Summons on Defendant; prepare for service |  |  |
| 02/08/13 | LMF | Other Written Motions and Submissions | 1.20 Hrs | $246.00 |
|  |  | Draft pro hac vice motion; Send to DEM for approval; Forward to counsel for review and approval; Prepare for filing with Court; Update pro hac vice chart |  |  |
| 02/22/13 | DEM | Other Written Motions and Submissions | 0.30 Hrs | $144.00 |
|  |  | Case status communications with co counsel - extension request |  |  |
| 02/22/13 | RLH | Pleadings | 0.20 Hrs | $139.00 |
|  |  | Call and emails re: extension request |  |  |
| 02/27/13 | DEM | Other Written Motions and Submissions | 0.20 Hrs | $96.00 |
|  |  | Stipulation request communications and related review |  |  |
|  |  | Total |  | $789.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Laura M. Fernandes | 2.00 Hrs | 205.00/hr | $410.00 |
| Richard L. Horwitz | 0.20 Hrs | 695.00/hr | $139.00 |
| David E. Moore | 0.50 Hrs | 480.00/hr | $240.00 |
|  | 2.70 Hrs |  | $789.00 |

W. R. Grace & Co. - Conn.

Re W.R. Grace & Co.- Conn. V. Propex Operating Company,

## DISBURSEMENTS

Through March 4, 2013

| | |
|---|---:|
| Photocopies | $4.20 |
| U. S. District Court | $50.00 |
| Pacer Electronic Filings | $0.20 |
| Parcels - Special Delivery | $54.75 |
| Total Disbursements | $109.15 |
| Total Due This Bill | $898.15 |