**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION TO THE SEVENTEENTH QUARTERLY FEE
APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2013 THROUGH JUNE 30, 2013
[RE: DOCKET NO. 30964]**

On August 14, 2013, Saul Ewing LLP ("Saul Ewing"), co-counsel to the Official

Committee of Equity Security Holders, filed its Seventeenth Quarterly Fee Application for

Compensation and Reimbursement of Expenses [Docket No. 30964] (the "Application"). The

Application provided an objection deadline of 4:00 p.m. (Eastern Time) on September 4, 2013.

The undersigned hereby certifies that she has received no answer, objection or any responsive

pleading with respect to the Application and that no answer, objection or any responsive

pleading with respect to the Application has been filed with the Court.

WHEREFORE, Saul Ewing respectfully requests that the Court enter an order approving

this Application at its earliest convenience.

WILM 597794

**SAUL EWING LLP**

By:     /s/ Teresa K.D. Currier
     Teresa K. D. Currier (No. 3080)
     222 Delaware Avenue
     P.O. Box 1266
     Wilmington, DE  19899
     (302) 421-6800

     Co-Counsel to the Official Committee of Equity
     Security Holders

Dated: September 6, 2013

WILM 597794