IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (KJC) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: September 5, 2013 at 4:00 p.m. |
|  | ) | Ref. No. 30978 |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 30978
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the First Monthly Interim Application for Compensation for Services Rendered and Reimbursement of Expenses (the "Application") of Orrick, Herrington & Sutcliffe LLP ("Orrick"), Bankruptcy Counsel to Roger Frankel, the successor Court-appointed legal representative for future asbestos representative ("FCR")[1] for the period from May 16, 2013 through May 31, 2013 (the "Period"), filed with the Court on August 16, 2013, and entered on the Court's docket as Docket No. 30978.  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed no later than September 5, 2013.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members entered April 17, 2002, amending the Court's Administrative

---

[1] Mr. Austern died on May 16, 2013.  Effective as of May 16, 2013, Roger Frankel was appointed as the successor FCR [Dkt. No. 30756] and Orrick was authorized to represent Mr. Frankel in that capacity [Dkt. No. 30902].

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals entered May 3, 2001, the Debtors are authorized to pay Orrick fees in the amount of $54,478.80 (80% of $68,098.50), and expenses of $25.30, for a total amount of $54,504.10 as requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */S/ DEBRA L. FELDER*
    Richard H. Wyron, admitted *pro hac vice*
    Debra L. Felder, admitted *pro hac vice*
    Columbia Center
    1152 15th Street, N.W.
    Washington, DC  20005-1706
    (202) 339-8400
    (202) 339-8500 (fax)

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)

*Counsel to Roger Frankel, Successor Asbestos Personal Injury Future Claimants' Representative*

Dated: September 9, 2013