**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
APRIL 1, 2013 THROUGH JUNE 30, 2013**

1. **Case Administration – 15537 – 7.7 hours ($2,056.00)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

    The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

    During the Application Period, the Applicant spent time tracking and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Applicant's Fee Applications – 15543 – 7.1 hours ($2,059.50)**

    This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

3. **Hearings – 15544 – 9.4 hours ($4,514.00)**

    This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant reviewed the hearing agendas and matters set for hearing, advised PD Committee members regarding same, and attended and arranged for Committee member participation in the April 3, 2013 hearing on 2019 disclosures.

4. **Business Operations – 15545 – 5.6 hours ($3,445.00)**

During the Application Period, the Applicant reviewed the "REDS" acquisition materials and attended to various emails and telephone conferences regarding Project Larch.

5. **Plan & Disclosure Statement - 15554 - 14.1 hours ($7,015.50)**

During the Application Period, the Applicant prepared for and attended the oral argument in the Third Circuit Court of Appeals and advised Committee members regarding same.

6. **Litigation Consultant - 15563 - .1 - ($72.50**

The Applicant reviewed the Status Report on adversary proceedings.

7. **Creditors Committee - 15539 - 1.0 ($605.00)**

During the Application Period, the Applicant attended to several calls from Committee members regarding various issues.