**<u>EXHIBIT C</u>**

 Bilzin Sumberg
ATTORNEYS AT LAW

May 30, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  235252

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH April 30, 2013

### CLIENT SUMMARY

**BALANCE AS OF- 04/30/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $506.00 | $212.50 | $718.50 |
| **.15538 -** 02 - Debtors' Business Operations | $3,445.00 | $0.00 | $3,445.00 |
| **.15540 -** 04 - Retention of Professionals | $0.00 | $0.00 | $0.00 |
| **.15543 -** 07 - Applicant's Fee Application | $1,340.50 | $0.00 | $1,340.50 |
| **.15544 -** 08 - Hearings | $4,514.00 | $0.00 | $4,514.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $0.00 | $0.00 | $0.00 |
| ***Client Total*** | ***$9,805.50*** | ***$212.50*** | ***$10,018.00*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 1.50 | $725.00 | $1,087.50 |
| Jones, Jason Z | 6.50 | $515.00 | $3,347.50 |
| Sakalo, Jay M | 5.50 | $575.00 | $3,162.50 |
| Snyder, Jeffrey I | 0.70 | $445.00 | $311.50 |
| Donaire, Gloria | 2.60 | $230.00 | $598.00 |
| Flores, Luisa M | 5.30 | $245.00 | $1,298.50 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*    **$9,805.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Pacer - Online Services | $211.90 |
| Copies | $0.60 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$212.50* |

**TOTAL BALANCE DUE THIS PERIOD**    **$10,018.00**

Page 3

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| 04/01/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
|---|---|---|---|---|
| 04/02/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/03/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/04/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/05/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/08/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/09/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/10/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/11/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/12/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/15/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/16/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/17/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/18/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/19/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/22/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/23/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/24/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/25/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/26/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/29/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 04/30/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                      **$506.00**

### COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/13 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q12013; DATE: 4/4/2013  - Account#BILSUM | 195.10 |
| 03/31/13 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q12013; DATE: 4/4/2013  - Account#BILSUM | 16.80 |
| 04/25/13 | Copies 6 pgs @ 0.10/pg | 0.60 |

**TOTAL COSTS ADVANCED**                                                                   **$212.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.20 | $230.00 | $506.00 |
| *TOTAL* | *2.20* | | *$506.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Pacer - Online Services | $211.90 |
| Copies | $0.60 |
| *TOTAL* | *$212.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$718.50**

Atty – SLB
Client No.: 74817/15538

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 03/27/13 | JMS | 0.30 | 172.50 | Review "REDS" acquisition materials. |
| 04/24/13 | JMS | 0.80 | 460.00 | Review Project Larch materials. |
| 04/25/13 | SLB | 1.10 | 797.50 | Emails from S. Arnold and memo to committee regarding Larchmont transaction (1.1). |
| 04/25/13 | JMS | 1.50 | 862.50 | Telephone conference with R. Wyron regarding Project Larch (.4); emails from S. Arnold regarding same (.3); review package provided by the Debtors (.8). |
| 04/26/13 | JMS | 1.30 | 747.50 | Email memo to Committee regarding Project Larch and respond to inquiries regarding same. |
| 04/29/13 | SLB | 0.20 | 145.00 | Email from and to S. Arnold regarding Project Larch II (.2). |
| 04/29/13 | JMS | 0.20 | 115.00 | Email from Grace's counsel regarding Project Larch. |
| 04/30/13 | SLB | 0.20 | 145.00 | Email from J. Gettleman and to PD Committee regarding Project Larch (.2). |

**PROFESSIONAL SERVICES** $3,445.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.50 | $725.00 | $1,087.50 |
| Sakalo, Jay M | 4.10 | $575.00 | $2,357.50 |
| *TOTAL* | *5.60* | | *$3,445.00* |

**CURRENT BALANCE DUE THIS MATTER** $3,445.00

Atty – SLB
Client No.: 74817/15540

**RE: 04 - Retention of Professionals**

**PROFESSIONAL SERVICES**                                                              $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE:  07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 04/24/13 | LMF | 0.40 | 98.00 | Follow up for fees for March 2013 in preparation for quarterly fee application |
| 04/24/13 | JIS | 0.20 | 89.00 | Review and revise March prebill and confer with L. Flores thereon |
| 04/25/13 | LMF | 0.20 | 49.00 | Follow up for final invoice for March 2013. |
| 04/26/13 | LMF | 0.60 | 147.00 | Prepare notice and summary for March fees and submit to local counsel for filing. |
| 04/29/13 | LMF | 1.80 | 441.00 | Begin working on quarterly fee application for Bilzin Sumberg. |
| 04/30/13 | LMF | 1.20 | 294.00 | Complete quarterly fee application for attorney's review; (.8) meet with attorney and attend to edits to same (.4). |
| 04/30/13 | JIS | 0.50 | 222.50 | Conference with L. Flores; review and revise 48th quarterly interim fee application; emails from/to L. Flores thereon |

PROFESSIONAL SERVICES $1,340.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.70 | $445.00 | $311.50 |
| Flores, Luisa M | 4.20 | $245.00 | $1,029.00 |
| *TOTAL* | *4.90* | | *$1,340.50* |

CURRENT BALANCE DUE THIS MATTER $1,340.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| 03/08/13 | JZJ | 2.40 | 1,236.00 | Prepare for and attend hearing on 2019 disclosures. |
|---|---|---|---|---|
| 03/19/13 | JMS | 0.20 | 115.00 | Review hearing agenda and email to committee regarding same. |
| 03/22/13 | JMS | 0.20 | 115.00 | Review revised agenda canceling April hearing and email to committee (.2). |
| 04/01/13 | LMF | 0.30 | 73.50 | Attend to emails regarding telephone appearance at case management status conference and research agenda for same. |
| 04/01/13 | JMS | 0.30 | 172.50 | Emails with M. Dies and D. Speights regarding 2019 hearing. |
| 04/02/13 | JZJ | 0.20 | 103.00 | Interoffice conference with Jay Sakalo regarding hearing on 2019 protocols. |
| 04/02/13 | LMF | 0.60 | 147.00 | Arrange for various attorneys to appear at status conference by phone and submit confirmations to all. |
| 04/02/13 | JMS | 0.30 | 172.50 | Conference with Jason Jones regarding 2019 protocol hearing. |
| 04/03/13 | JZJ | 0.80 | 412.00 | Review Garlock documents in preparation for hearing. |
| 04/03/13 | JZJ | 1.40 | 721.00 | Attend hearing on Garlock status conference. |
| 04/03/13 | JZJ | 0.90 | 463.50 | Prepare lengthy email to J. Sakalo regarding Garlock status conference. |
| 04/03/13 | LMF | 0.20 | 49.00 | Arrange to transfer court call appearance from J. Sakalo to J. Jones for status conference regarding 2019 protocol. |
| 04/04/13 | JZJ | 0.80 | 412.00 | Review district court order and protocol regarding 2019 statements and review docket. |
| 04/11/13 | JMS | 0.20 | 115.00 | Emails regarding special master on 2019 issues. |
| 04/16/13 | JMS | 0.20 | 115.00 | Review hearing agenda and email to Committee regarding same. |
| 04/17/13 | GD | 0.30 | 69.00 | Arrange court call appearance for Jay M. Sakalo for hearing scheduled on April 22,2013. |
| 04/18/13 | GD | 0.10 | 23.00 | Follow up regarding telephonic appearance for Jay Sakalo with regards to hearing scheduled for 4/22/2013. |

**PROFESSIONAL SERVICES**                                                                                     **$4,514.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jones, Jason Z | 6.50 | $515.00 | $3,347.50 |
| Sakalo, Jay M | 1.40 | $575.00 | $805.00 |
| Donaire, Gloria | 0.40 | $230.00 | $92.00 |
| Flores, Luisa M | 1.10 | $245.00 | $269.50 |
| *TOTAL* | *9.40* | | *$4,514.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                    **$4,514.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: 18 - Plan & Disclosure Statement

PROFESSIONAL SERVICES                                                                 $0.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| TOTAL | 0 | | $0.00 |

CURRENT BALANCE DUE THIS MATTER                                                       $0.00


Bilzin Sumberg
ATTORNEYS AT LAW

June 30, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  237023

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH May 31, 2013

## CLIENT SUMMARY

BALANCE AS OF- 05/31/13

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .**15537 -** 01- Case Administration | $992.00 | $157.40 | $1,149.40 |
| .**15539 -** 03 - Creditors Committee | $605.00 | $0.00 | $605.00 |
| .**15543 -** 07 - Applicant's Fee Application | $536.50 | $0.00 | $536.50 |
| .**15554 -** 18 - Plan & Disclosure Statement | $230.00 | $0.00 | $230.00 |
| .**15563 -** 27 - Litigation Consulting | $72.50 | $0.00 | $72.50 |
| *Client Total* | *$2,436.00* | *$157.40* | *$2,593.40* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.30 | $725.00 | $217.50 |
| Sakalo, Jay M | 2.00 | $575.00 | $1,150.00 |
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Donaire, Gloria | 2.10 | $230.00 | $483.00 |
| Flores, Luisa M | 1.30 | $245.00 | $318.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** **$2,436.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $153.00 |
| Copies | $4.40 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$157.40** |

**TOTAL BALANCE DUE THIS PERIOD** **$2,593.40**

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| | | | | |
|---|---|---|---|---|
| 05/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/02/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/03/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/06/13 | LMF | 0.20 | 49.00 | Attention to request for document from Attorney, locate and obtain same, and email to Attorney thereon. |
| 05/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/21/13 | JMS | 0.80 | 460.00 | Review J. Fitzgerald's ruling on PI estimation for potential impact on case. |
| 05/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 05/31/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

PROFESSIONAL SERVICES                                                                 $992.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---|
| 04/15/13 | Long Distance Telephone-Outside Services COURTCALL #5529035 - VENDOR: DINERS CLUB; INVOICE#: 04/23/13; DATE: 4/23/2013 - Acct. # | 51.00 |
| 04/15/13 | Long Distance Telephone-Outside Services COURTCALL #5529033 - VENDOR: DINERS CLUB; INVOICE#: 04/23/13; DATE: 4/23/2013 - Acct. # | 51.00 |
| 04/15/13 | Long Distance Telephone-Outside Services COURTCALL #5529038 - VENDOR: DINERS CLUB; INVOICE#: 04/23/13; DATE: 4/23/2013 - Acct. # | 51.00 |
| 04/29/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/29/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/30/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/30/13 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/03/13 | Copies 14 pgs @ 0.10/pg | 1.40 |

**TOTAL COSTS ADVANCED** $157.40

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $575.00 | $460.00 |
| Donaire, Gloria | 2.10 | $230.00 | $483.00 |
| Flores, Luisa M | 0.20 | $245.00 | $49.00 |
| *TOTAL* | *3.10* | | *$992.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone-Outside Services | $153.00 |
| Copies | $4.40 |
| *TOTAL* | *$157.40* |

**CURRENT BALANCE DUE THIS MATTER** $1,149.40



**Atty – SLB**
**Client No.: 74817/15539**

RE: 03 - Creditors Committee

| | | | | |
|---|---|---|---|---|
| 04/08/13 | SLB | 0.20 | 145.00 | Telephone call from committee member regarding committee positions concerning ZAI (.2). |
| 04/08/13 | JMS | 0.40 | 230.00 | Telephone conference with Committee member regarding timing of appeals. |
| 04/24/13 | JMS | 0.40 | 230.00 | Telephone conference with committee member regarding status of appeals. |

PROFESSIONAL SERVICES $605.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $725.00 | $145.00 |
| Sakalo, Jay M | 0.80 | $575.00 | $460.00 |
| *TOTAL* | *1.00* | | *$605.00* |

CURRENT BALANCE DUE THIS MATTER $605.00

**Atty – SLB**
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 05/03/13 | JIS | 0.30 | 133.50 | Review revised quarterly interim fee application, further revise same, and email to L. Flores thereon |
| 05/06/13 | LMF | 0.30 | 73.50 | Finalize and submit quarterly fee application to local counsel for filing. |
| 05/15/13 | JIS | 0.30 | 133.50 | Review and revise April prebill. |
| 05/30/13 | LMF | 0.80 | 196.00 | Follow up for final statement of fees for month of April 2013 and prepare summary and notice for filing with the court. |

**PROFESSIONAL SERVICES**                                                      **$536.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Flores, Luisa M | 1.10 | $245.00 | $269.50 |
| *TOTAL* | *1.70* | | *$536.50* |

**CURRENT BALANCE DUE THIS MATTER**                                            **$536.50**

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 05/16/13 | JMS | 0.20 | 115.00 | Review schedule for oral arguments at 3rd Circuit. |
| 05/26/13 | JMS | 0.20 | 115.00 | Emails with M. Dies regarding 3rd Circuit appeal. |

**PROFESSIONAL SERVICES**                                                                                  $230.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $575.00 | $230.00 |
| *TOTAL* | *0.40* | | *$230.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                          $230.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

**Atty – SLB**
**Client No.: 74817/15563**

RE:  27 - Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 05/07/13 | SLB | 0.10 | 72.50 | Attention to status reports filed by Grace in adversary proceedings (.1). |

PROFESSIONAL SERVICES $72.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.10 | $725.00 | $72.50 |
| *TOTAL* | *0.10* | | *$72.50* |

CURRENT BALANCE DUE THIS MATTER $72.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP


Bilzin Sumberg
ATTORNEYS AT LAW

July 15, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   237750

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
        THROUGH June 30, 2013

<u>CLIENT SUMMARY</u>

BALANCE AS OF- 06/30/13

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .**15537 -** 01- Case Administration | $558.00 | $1,053.63 | $1,611.63 |
| .**15543 -** 07 - Applicant's Fee Application | $182.50 | $0.00 | $182.50 |
| .**15554 -** 18 - Plan & Disclosure Statement | $6,785.50 | $0.00 | $6,785.50 |
| *Client Total* | *$7,526.00* | *$1,053.63* | *$8,579.63* |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $725.00 | $145.00 |
| Sakalo, Jay M | 10.10 | $575.00 | $5,807.50 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Donaire, Gloria | 2.00 | $230.00 | $460.00 |
| Flores, Luisa M | 4.00 | $245.00 | $980.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** — **$7,526.00**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $284.80 |
| Fares, Mileage, Parking | $144.75 |
| Internet Connection (Outside Services) | $10.00 |
| Long Distance Telephone | $12.16 |
| Lodging | $334.08 |
| Meals | $229.64 |
| Parking | $34.00 |
| Copies | $4.20 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$1,053.63** |

**TOTAL BALANCE DUE THIS PERIOD** — **$8,579.63**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 06/03/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/24/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/26/13 | LMF | 0.40 | 98.00 | Follow up with attorney for possible attendance at omnibus hearing on July 1, 2013; check court docket to confirm if hearing is going forward. |
| 06/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 06/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                 **$558.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### Costs Advanced

| | | |
|---|---|---:|
| 06/03/13 | Long Distance Telephone (212)735-2569; 13 Mins. | 9.88 |
| 06/17/13 | Fares, Mileage, Parking VENDOR: JAY M. SAKALO INVOICE#: 0378222706191310 DATE: 6/19/2013 WR Grace (trip) Philadelphia (taxi from airport to hotel) | 91.75 |
| 06/17/13 | Internet Connection (Outside Services) VENDOR: JAY M. SAKALO INVOICE#: 0378222706191310 DATE: 6/19/2013 WR Grace (trip) Philadelphia (internet service/airplane) | 10.00 |
| 06/17/13 | Parking VENDOR: JAY M. SAKALO INVOICE#: 0378222706191310 DATE: 6/19/2013 WR Grace (trip) Philadelphia (airport parking) | 34.00 |
| 06/17/13 | Airfare Travel to Philadelphia - VENDOR: TMC Travel Management; INVOICE#: 295449; DATE: 5/17/2013  -  Client - 15537 | 284.80 |
| 06/17/13 | Meals VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013 WR Grace Trip (June 16 & 17) Dinner | 212.40 |
| 06/17/13 | Fares, Mileage, Parking VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013 WR Grace Trip (June 16 & 17) CAB to hotel | 10.00 |
| 06/17/13 | Fares, Mileage, Parking VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013 WR Grace Trip (June 16 & 17) CAB to Courthouse | 10.00 |
| 06/17/13 | Meals VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013 WR Grace Trip (June 16 & 17) Breakfast | 7.57 |
| 06/17/13 | Lodging VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013 WR Grace Trip (June 16 & 17) Hotel 06/17/2013 - 06/18/2013 | 334.08 |
| 06/18/13 | Fares, Mileage, Parking VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013 WR Grace Trip (June 16 & 17) CAB | 33.00 |
| 06/18/13 | Meals VENDOR: JAY M. SAKALO INVOICE#: 0383841407011408 DATE: 6/30/2013 WR Grace Trip (June 16 & 17) Breakfast | 9.67 |
| 06/19/13 | Long Distance Telephone (843)727-6500; 1 Mins. | 0.76 |
| 06/26/13 | Long Distance Telephone (484)567-5734; 1 Mins. | 0.76 |
| 06/27/13 | Long Distance Telephone (484)567-5734; 1 Mins. | 0.76 |
| 06/05/13 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/05/13 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/06/13 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 06/07/13 | Copies 1 pgs @ 0.10/pg | 0.10 |



**TOTAL COSTS ADVANCED**                                                                 $1,053.63

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.00 | $230.00 | $460.00 |
| Flores, Luisa M | 0.40 | $245.00 | $98.00 |
| *TOTAL* | *2.40* | | *$558.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $284.80 |
| Fares, Mileage, Parking | $144.75 |
| Internet Connection (Outside Services) | $10.00 |
| Long Distance Telephone | $12.16 |
| Lodging | $334.08 |
| Meals | $229.64 |
| Parking | $34.00 |
| Copies | $4.20 |
| *TOTAL* | *$1,053.63* |

**CURRENT BALANCE DUE THIS MATTER**                                                      $1,611.63

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 06/06/13 | LMF | 0.20 | 49.00 | Attend to email from fee auditor regarding 48th quarterly fee application regarding credit outstanding of $967.21 and respond to same. |
| 06/28/13 | JIS | 0.30 | 133.50 | Review and revise May 2013 prebill |

**PROFESSIONAL SERVICES** $182.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Flores, Luisa M | 0.20 | $245.00 | $49.00 |
| *TOTAL* | *0.50* | | *$182.50* |

**CURRENT BALANCE DUE THIS MATTER** $182.50

RE: 18 - Plan & Disclosure Statement

| 06/04/13 | LMF | 0.30 | 73.50 | Office conference with J. Sakalo, R. Kelley and R. Gutierrez regarding electronic digital notebook needed for oral argument on appeal briefs in Third Circuit Court. |
| 06/05/13 | LMF | 2.80 | 686.00 | Assist with preparation of materials for and attendance at oral argument. |
| 06/06/13 | LMF | 0.30 | 73.50 | Review contents of e-notebook with appellate briefs. |
| 06/10/13 | SLB | 0.20 | 145.00 | Email from and to Ed Westbrook regarding appeals. |
| 06/10/13 | JMS | 1.90 | 1,092.50 | Begin reviewing briefs on confirmation appeals to 3rd Circuit and email of same to E. Westbrook. |
| 06/17/13 | JMS | 7.70 | 4,427.50 | Prepare for and attend hearing on Third Circuit confirmation appeals (6.2); post-hearing discussions with Scott Baena (.6); conference with M. Dies regarding post-hearing analysis (.9). |
| 06/26/13 | JMS | 0.10 | 57.50 | Telephone conference to A. Allen regarding Grace plan. |
| 06/27/13 | JMS | 0.40 | 230.00 | Telephone conference with A. Cronk (counsel to PD creditor) regarding status of plan, appeals and timing. |

**PROFESSIONAL SERVICES** $6,785.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $725.00 | $145.00 |
| Sakalo, Jay M | 10.10 | $575.00 | $5,807.50 |
| Flores, Luisa M | 3.40 | $245.00 | $833.00 |
| *TOTAL* | *13.70* | | *$6,785.50* |

**CURRENT BALANCE DUE THIS MATTER** $6,785.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP