# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>**Related to Docket No. 30649** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 30649

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Thirty-Seventh Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From January 1, 2013 through March 31, 2013*** (the "Application") [Docket No. 30649] filed on May 21, 2013.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 6, 2013 at 4:00 p.m.

Dated: September 10, 2013
       Wilmington, Delaware

                                      */s/ Michael R. Lastowski*
                                      Michael R. Lastowski (DE 3892)
                                      Richard W. Riley (DE 4052)
                                      DUANE MORRIS LLP
                                      222 Delaware Avenue, Suite 1600
                                      Wilmington, DE 19801-1246
                                      Telephone:   (302)-657-4900
                                      Facsimile:    (302)-657-4901
                                      Email:         mlastowski@duanemorris.com
                                                             rwriley@duanemorris.com

                                      *Co-Counsel for the Official*
                                      *Committee of Unsecured Creditors*

DM3\2656438.1