IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>**Related Docket No. 30652** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 30652

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Forty-Eighth Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2013 through March 31, 2013* (the "Application") [Docket No. 30652] filed on May 22, 2013.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 6, 2013 at 4:00 p.m.

Dated: September 10, 2013
       Wilmington, Delaware

                                                              */s/ Michael R. Lastowski*
                                                              Michael R. Lastowski (DE 3892)
                                                              Richard W. Riley (DE 4052)
                                                             Duane Morris LLP
                                                              222 Delaware Avenue, Suite 1600
                                                              Wilmington, DE 19801-1246
                                                              Telephone:    (302)-657-4900
                                                              Facsimile:     (302)-657-4901
                                                              Email:          mlastowski@duanemorris.com
                                                                               rwriley@duanemorris.com

                                                              *Co-Counsel for the Official*
                                                              *Committee of Unsecured Creditors*

DM3\2656440.1