# EXHIBIT B

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                         April 1, 2013- April 30, 2013

                                                Inv  #:              47370

RE:     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 10.70 | 3,618.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.50 | 570.00 |
| B18 | Fee Applications, Others - | 2.00 | 348.00 |
| B25 | Fee Applications, Applicant - | 3.80 | 710.00 |
| B36 | Plan and Disclosure Statement - | 0.30 | 114.00 |
| B37 | Hearings - | 1.60 | 608.00 |
| B45 | Professional Retention Issues - | 0.10 | 38.00 |
| | **Total** | **20.00** | **$6,006.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 310.00 | 2.10 | 651.00 |
| Regina Matozzo | 250.00 | 1.40 | 350.00 |
| Theodore J. Tacconelli | 380.00 | 11.00 | 4,180.00 |
| Legal Assistant - KC | 150.00 | 5.50 | 825.00 |
| **Total** | | **20.00** | **$6,006.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                    $159.50

| Invoice #: | 47370 | Page 2 | April 1- 30, 2013 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-01-13 | *Fee Applications, Others* - Email to LLC re: status of Bilzin monthly fee apps, Jan. and Feb. 2013 | 0.10 | KC |
| | *Fee Applications, Applicant* - Revisions to Feb. invoice; to T. Tacconelli for review | 0.10 | KC |
| Apr-02-13 | *Case Administration* - Memo to K. Callahan re: case status | 0.10 | TJT |
| | Hearings - Prepare for 4/4 hearing | 0.10 | TJT |
| Apr-03-13 | *Case Administration* - Emails from and confer with KC re: certain filings and proceeding with same | 0.30 | LLC |
| | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Garlock's Motion to Amend or Clarify Order Implementing Access to 2019 Statements in appeal 11-1130 | 0.40 | TJT |
| | *Case Administration* - Review Response to Garlock's Motion to Amend or Clarify Order Implementing Access to 2019 Statements in appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review order denying Garlock's Motion to Amend or Clarify Order Implementing Access to 2019 Statements in appeal 11-1130 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Substitution of Counsel for Travelers | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re case status, review and respond to same | 0.20 | KC |
| | *Fee Applications, Applicant* - Discussion with LLC re: notice of exhibit re: January 2013 fee app, revision to same and prepare cos | 0.30 | KC |
| | *Fee Applications, Applicant* - Efile and service of notice of exhibit re: January 2013 fee app | 0.20 | KC |
| Apr-04-13 | *Case Administration* - Confer with TJT re: status of matter and 4.4 Hearing | 0.20 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin 47th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Garlock's Statement re: proposed protocol re: access to 2019 Statements with attachments | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from committee Member re: question re: docket entries | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review docket re: question by committee member | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: response to Question re: docket entries | 0.20 | TJT |
| | Hearings - Attend Bankruptcy Court hearing | 1.20 | TJT |
| Apr-08-13 | *Case Administration* - Review case management memo re: week ending 4-5-2013 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.50 | RM |
| | *Case Administration* - Review main docket re: status for week ending 4/5/13; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review case status memo for week ending 4/5 | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel by Debtors re: Debtor's Motion to Establish 2013 LTIP | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from committee member re: question re: plan confirmation | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: response to question re: plan confirmation | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review file re: question by committee member | 0.20 | TJT |
| | Professional Retention Issues - Review Certificate of Counsel by Debtors re: Debtor's Motion to Modify Baker Donelson Retention | 0.10 | TJT |
| Apr-09-13 | *Case Administration* - Memo from and confer with KC re: updating service list | 0.20 | LLC |
| | *Fee Applications, Applicant*  - Review CNO re: 47th Quarterly for filing | 0.10 | LLC |
| | *Fee Applications, Applicant*  - Review CNO re: Jan 2013 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Hogan Firm for Oct. 2012 - Dec. 2012 period | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's 47th Quarterly fee app for Oct. 1, 2012-Dec. 31, 2012 for efiling; efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant*  - Review docket for objections to January 2013 monthly fee | 0.10 | KC |
| | *Fee Applications, Applicant*  - Review docket for objections to 47th Quarterly fee app for Oct. 1, 2012- Dec. 31, 2012 | 0.10 | KC |
| | *Fee Applications, Applicant*  - Draft Certificate of No Objection to January 2013 monthly fee app and cos to same; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant*  - Draft CNO to 47th Quarterly fee app for Oct. 1, 2012-Dec. 31, 2012 and cos to same; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant*  - Finalize Feb. 2013 invoice as Exhibit "A" to Feb. 2013 fee app | 0.20 | KC |
| | *Fee Applications, Applicant*  - Draft Feb. 2013 monthly fee app and related documents; to LLC for review of same | 0.20 | KC |
| Apr-11-13 | *Fee Applications, Applicant*  - Review Feb. 2013 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review statement by Certain Law Firms re: selection of Special Master re: 2019 Statements | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Statement of Amounts Paid to OCP | 0.10 | TJT |
| | *Fee Applications, Applicant*  - Prepare CNO to Jan 2013 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant*  - Prepare CNO to 47th Quarterly fee app for efiling, efile and service of same | 0.20 | KC |
| Apr-12-13 | *Case Administration* - Confer with TJT re: case status and follow up with KC re: same | 0.30 | LLC |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by USCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Division of Time between Garlock, Montana and Queen re: oral argument | 0.10 | TJT |
| Apr-13-13 | *Case Administration* - Review Notice of Settlement Filed by Debtors re: USG Claim with attachment | 0.30 | TJT |
| | *Case Administration* - Review Notice of Rejection of Lease filed by Debtors re: BNSF/Libby site | 0.20 | TJT |
| | *Case Administration* - Review order establishing Protocol re: production of 2019 Statements to Garlock | 0.60 | TJT |
| Apr-15-13 | *Case Administration* - Review notice of agenda re: April 22 hearing | 0.10 | LLC |
| | *Case Administration* - Review Affidavit of K. Schieneman | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Invoice #: | 47370 | Page 4 | April 1- 30, 2013 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Verification by Counsel for Garlock re: special master | 0.10 | TJT |
| | *Case Administration* - Voice mail message to WR Grace Accounts Payable re: missed holdback payment from July 2012 | 0.10 | KC |
| | *Case Administration* - Prepare and send fax correspondence to WR Grace re: outstanding balance due from July 2012 holdback amount | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare Feb. 2013 fee app for filing, efile and service of same | 0.30 | KC |
| Apr-16-13 | *Case Administration* - Confer with T. Tacconelli re: status | 0.10 | LLC |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Motion to Approve Settlement with Markel Intl. Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Motion for Protective Order re: Shelnitz Affidavit | 0.10 | TJT |
| | *Case Administration* - Review corrected Verification by Counsel for Garlock re: Special Master | 0.10 | TJT |
| | *Case Administration* - Review order designating Special Master re: 2019 Statements | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Private Sale of Real Estate in MD with attachments | 1.30 | TJT |
| | *Hearings* - Review Agenda for 4/22 hearing | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli re: case status, review and respond to same | 0.20 | KC |
| Apr-17-13 | *Case Administration* - Review Order granting Debtor's Motion to Approve Settlement with Markel Intl. Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review Declaration by D. Baird re: Debtor's Motion to Approve Private Sale of Real Estate in MD | 0.10 | TJT |
| | *Case Administration* - Review Order granting Debtor's Motion to Establish 2013 LTIP | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: Agenda for 4/22 hearing | 0.10 | TJT |
| Apr-20-13 | *Case Administration* - Review Fee Auditor's Final Report re: Baker Donelson 32nd Quarterly Fee App | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Amended Notice from 3rd Circuit Clerk re: oral argument | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 4/22 hearing | 0.10 | TJT |
| Apr-22-13 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Apr-23-13 | *Case Administration* - Review Fee Auditor's Final Report re: Orrick 47th Interim Period Quarterly Fee App. | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin Jan. 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin Feb. 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection and cos to Bilzin Jan. 2013 fee app | 0.20 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection and cos to Bilzin Feb. 2013 fee app | 0.20 | KC |
| Apr-25-13 | *Case Administration* - Review case management memo re: week ending 4-23-2013 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |

| Invoice #: | 47370 | Page 5 | April 1- 30, 2013 | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | *Case Administration* - Review main docket re: status for week ending 4/23/13; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | | *Case Administration* - Review case status memo for week ending 4/19 | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* - Review correspondence from S. Baena re: case status | 0.10 | TJT |
| Apr-26-13 | | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | | *Case Administration* - Review document re: case status | 0.40 | TJT |
| | | *Committee, Creditors', Noteholders' or* -Review correspondence from S. Baena and committee members re: case status | 0.20 | TJT |
| | | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: case status | 0.10 | TJT |
| Apr-27-13 | | *Case Administration* - Review Debtor's 47th Quarterly Report of Asset Sales | 0.10 | TJT |
| | | *Case Administration* - Review Debtor's 47th Quarterly Report of Settlements | 0.10 | TJT |
| | | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | | *Case Administration* - Review documents re: case status | 0.50 | TJT |
| Apr-29-13 | | *Fee Applications, Others* - Review CNO re: Bilzin Jan. 2013 fee app for filing | 0.10 | LLC |
| | | *Fee Applications, Others* - Review CNO re: Bilzin Feb. 2013 fee app for filing | 0.10 | LLC |
| | | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce March Prebill | 0.40 | TJT |
| | | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's Jan 2013 fee app for filing, efile and service of same | 0.20 | KC |
| | | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's Feb. 2013 fee app for filing, efile and service of same | 0.20 | KC |
| | | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin March 2013 fee app; download documents attached to same | 0.20 | KC |
| | | *Fee Applications, Others* - Revisions to Notice of Bilzin's March 2013 monthly fee app, draft cos to same; to LLC for review | 0.20 | KC |
| | | *Fee Applications, Applicant* - Prepare draft invoice for March 2013 monthly fee app; to T. Tacconelli for review | 0.20 | KC |
| | | *Fee Applications, Applicant* - Revisions to draft invoice for March 2013 | 0.10 | KC |
| | | *Fee Applications, Applicant* - Finalize March 2013 invoice as exhibit for monthly fee app | 0.20 | KC |
| | | *Fee Applications, Applicant* - Draft March 2013 monthly fee app; to LLC for review | 0.30 | KC |
| Apr-30-13 | | *Case Administration* - Review letter from J. Fitzgerald re: miscellaneous 2019 Statements | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* -Review correspondence from S. Baena re: case status | 0.10 | TJT |
| | Totals | | 20.00 | |

| Invoice #: | 47370 | Page 6 | April 1- 30, 2013 |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Apr-03-13 | Photocopy Cost | 1.80 |
| Apr-08-13 | Cost Advance -   Lexis Nexis - legal research March (Inv #1303364606) | 55.98 |
| Apr-09-13 | Photocopy Cost | 0.60 |
| Apr-11-13 | Photocopy Cost | 1.50 |
| Apr-25-13 | Cost Advance - Pacer Service Center - 1/1/13- 3/31/13 (TJT) Account # FJ0093 | 88.60 |
| Apr-29-13 | Photocopy Cost | 7.80 |
| | Cost Advance - postage - 7@   $.46 | 3.22 |
| | Totals | $159.50 |

**Total Fees & Disbursements**                $6,165.50

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                         May 1, 2013      to      May 31, 2013

Inv #:      47931

RE:   WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 5.10 | 1,653.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.10 | 418.00 |
| B18 | Fee Applications, Others - | 0.90 | 183.00 |
| B25 | Fee Applications, Applicant - | 2.00 | 401.00 |
| B36 | Plan and Disclosure Statement - | 0.40 | 152.00 |
| B37 | Hearings - | 0.10 | 38.00 |
| | **Total** | **9.60** | **$2,845.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 310.00 | 0.80 | 248.00 |
| Regina Matozzo | 250.00 | 1.50 | 375.00 |
| Theodore J. Tacconelli | 380.00 | 4.90 | 1,862.00 |
| Paralegal - MAG | 150.00 | 1.30 | 195.00 |
| Legal Assistant - KC | 150.00 | 1.10 | 165.00 |
| **Total** | | **9.60** | **$2,845.00** |

### DISBURSEMENT SUMMARY

**Total Disbursements**                                            $1,200.75

Invoice #:    47931              Page   2              May 1- May 31, 2013

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-02-13 | *Fee Applications, Others* - Review Bilzin March 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review March 2013 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Amended 2019 Statement by Lipsitz & Ponterio | 0.10 | TJT |
| | *Case Administration* - Review Status Report by Debtors in Adversary No. 01-771 | 0.10 | TJT |
| May-04-13 | *Case Administration* - review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - review Status Report filed in Adversary No. 04-55083 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review correspondence from committee member re: question re: confirmation | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review docket re: question by committee member re: confirmation | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* -prepare correspondence to committee member re: confirmation | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: confirmation | 0.20 | TJT |
| May-06-13 | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to approve Private Sale of Real Estate | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: confirmation | 0.20 | TJT |
| May-07-13 | *Case Administration* - Review modified order granting Debtor's Motion to approve Private Sale of Real Estate | 0.20 | TJT |
| May-08-13 | *Case Administration* -  review Certificate of No Objection filed by Debtors re: Notice of Settlement of Claim asserted by USG | 0.10 | TJT |
| May-09-13 | *Hearings* - Review Agenda for 5/20 hearing | 0.10 | TJT |
| | *Fee Applications, Others* - File Bilzen monthly fee application for March 2013 | 0.10 | MAG |
| | *Fee Applications, Applicant* - File monthly  fee application for March 2013 | 0.10 | MAG |
| May-10-13 | *Fee Applications, Others* - Review Bilzin 48th Quarterly fee app and confer with M. Guggenberger re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Review, revise Bilzin 48th quarterly fee application, draft cos to same | 0.30 | MAG |
| May-11-13 | *Case Administration* - Review Debtors Post-Confirmation Quarterly Summary Report | 0.20 | TJT |
| May-13-13 | *Fee Applications, Others* - File and serve Bilzin's 48th quarterly fee app | 0.20 | MAG |
| | *Case Administration* - Review memo from T. Tacconelli re: case status, review and respond to same | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation and drafting of 48th quarterly fee app for Jan, Feb, March 2013 | 0.40 | KC |
| May-14-13 | *Case Administration* - Review docket re: status of pending 3rd Circuit, District Court and adversary proceedings; memo to T. Tacconelli | 0.40 | RM |
| | *Case Administration* - Case management memos week ending 5/13/13 | 0.40 | RM |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| May-16-13 | *Plan and Disclosure Statement* - Review letter from clerk re: argument time division | 0.10 | TJT |
| | *Fee Applications, Applicant* -  Complete drafting of Ferry, Joseph & Pearce's 48th quarterly fee app | 0.40 | MAG |

| Invoice #: | 47931 | Page 3 | May 1- May 31,2013 |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Fee Applications, Applicant* - Discussion wtih MAG re: 48th Quarterly fee application preparation, status | 0.10 | KC |
| May-20-13 | *Plan and Disclosure Statement* - Review Division of Argument Time form between Debtors, and PIFCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Division of Argument Time form between Debtors, PI Committee and PIFR | 0.10 | TJT |
| May-21-13 | *Fee Applications, Applicant* - Review 48th Quarterly fee app for filing | 0.10 | LLC |
| May-22-13 | *Fee Applications, Applicant* - File Ferry, Joseph & Pearce's 48th quarterly fee app | 0.20 | MAG |
| May-24-13 | *Fee Applications, Applicant* - Prepare draft invoice for April 2013 monthly fee app; to T. Tacconelli for review of same | 0.10 | KC |
| May-25-13 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve R. Frankel as Successor PIFCR with attachments | 0.60 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce April prebill | 0.30 | TJT |
| May-28-13 | *Case Administration* - Review case management memo re: week ending 5.24.2013 | 0.10 | LLC |
| | *Case Administration* - Review docket re: status of pending 3rd Circuit, District Court and Adversary proceedings, memo to TJT | 0.40 | RM |
| | *Case Administration* - Case management memos - week ending 5/24 | 0.30 | RM |
| | Fee Applications, Applicant -Revisions to April 2013 draft invoice | 0.20 | KC |
| May-29-13 | *Case Administration* - Review case status memo for week ending 5/24 | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Rhulander re: Fee Auditor's Final Report re: No Objection for 47th Period | 0.10 | TJT |
| May-30-13 | *Case Administration* - Review fee auditor's report for fees apps with no issues and forward same to KC | 0.10 | LLC |
| | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's omnibus final report | 0.10 | LLC |
| | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: memos | 0.10 | TJT |
| | *Case Administration* - Revie Fee Auditor's Final Report re: No Objections for 47th Period | 0.10 | TJT |
| | *Case Administration* - Memo to K. Callahan re: Fee Auditor's Final Report re: No Objections for 47th Period | 0.10 | TJT |
| | *Case Administration* - Review memo from K. Callahan re: Fee Auditor's Final Report re: No Objectiosn for 47th Period | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Notice of Settlement re: claim no. 13308 | 0.30 | TJT |
| | *Case Administration* - Review Interim Order Appointing R. Frankel as Sucessor PIFCR | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli re: 47th Quarterly fees and costs, respond to same | 0.10 | KC |
| May-31-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order from 3rd Circuit re: AMH brief | 0.10 | TJT |
| | Totals | 9.60 | |

Invoice #:   47931  Page   4  May 1- May 31, 2013

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| May-02-13 | Cost Advance - Pacer Service Center - 1/1/13- 3/31/13 (RM) Account # FJ0497 | 24.80 |
|  | Cost Advance - Pacer Service Center - 1/1/13- 3/31/13 (RSM) Account # FJ0091 | 19.50 |
| May-10-13 | Cost Advance - Digital Legal - postage (Inv # 72726) | 1.92 |
| May-24-13 | Cost Advance - Digital Legal - copies/service   (Inv # 73904) | 491.06 |
| May-30-13 | Cost Advance - Digital Legal - copies/service   (Inv #74077) | 663.47 |
|  | Totals | $1,200.75 |

**Total Fees & Disbursements**            $4,045.75

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee

June 1, 2013- June 30, 2013

Invoice #:     47987

RE:    WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 4.70 | 1,508.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.70 | 1,406.00 |
| B18 | *Fee Applications, Others*  - | 1.90 | 402.00 |
| B25 | Fee Applications, Applicant - | 2.30 | 439.00 |
| B35 | Travel/Non-working - | 2.00 | 380.00 |
| B36 | Plan and Disclosure Statement - | 10.10 | 3,838.00 |
| B45 | *Professional Retention Issues -* | 1.20 | 456.00 |
| | Total | 25.90 | $8,429.00 |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 2.60 | 806.00 |
| Theodore J. Tacconelli | 190.00 | 2.00 | 380.00 |
| Theodore J. Tacconelli | 380.00 | 17.60 | 6,688.00 |
| Legal Assistant - KC | 150.00 | 3.70 | 555.00 |
| Total | | 25.90 | $8,429.00 |

### DISBURSEMENT SUMMARY

**Total Disbursements**                                                                      $125.04

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jun-03-13 | *Case Administration* - Confer with T. Tacconelli re: status of case and remaining appeals | 0.30 | LLC |
| | *Fee Applications, Others* - Review Bilzin April 2013 fee app for filing and confer with KC re: revision to same | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin March 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review April 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: March 2013 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Amended Interim Order Appointing R. Frankel as PIFCR | 0.10 | TJT |
| | *Case Administration* - Review order re: sending fee apps to Chambers | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli re: case status, review and respond to same | 0.20 | KC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin April 2013 monthly fee app; download documents, revisions to notice, and preparation of cos to same; to LLC for review | 0.30 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's March 2013 fee application, draft certificate of no objection, to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft April 2013 monthly fee application; to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to March 2013 fee application, draft certificate of no objection, to LLC for review | 0.20 | KC |
| Jun-04-13 | *Fee Applications, Others* - Prepare Bilzin April 2013 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare April 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| Jun-05-13 | *Case Administration* - Review Order re: Judge reassignment and confer with T. Tacconelli re: same | 0.30 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin 48th Quarterly fee app for filing and confer with KC re: same | 0.10 | LLC |
| | *Case Administration* - Review Order reassigning case to Judge Carey | 0.10 | TJT |
| | *Case Administration* - Correspondence with M. Joseph re: Reassignment of case | 0.10 | TJT |
| | *Case Administration* - Prepare correspondence to J. Sakalo re: Order reassigning case to Judge Carey | 0.20 | TJT |
| | *Case Administration* - Confer with LLC re: Reassignment of case to Judge Carey | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - review correspondence from J. Sakalo re: Order reassigning case to Judge Carey | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review correspondence from committee Member re Order reassigning case to Judge Carey | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review correspondence from S. Baena re: Order reassigning case to Judge Carey | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: Order reassigning case to Judge Carey | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: Order reassigning case to Judge Carey | 0.20 | TJT |

| Invoice #: | 47987 | Page 4 | June 1-31, 2013 | | |
|---|---|---|---|---|---|
| | | *Plan and Disclosure Statement* - Review Motion by AMH to Extend Time to file Corrected Answering Brief | | 0.10 | TJT |
| | | *Fee Applications, Others* - Review docket for objections to Bilzin's 48th Quarterly fee app | | 0.10 | KC |
| | | *Fee Applications, Others* - Draft certificate of no objection to Bilzin's 48th Quarterly | | 0.20 | KC |
| Jun-06-13 | | *Plan and Disclosure Statement* - Review Order granting AMH's Motion to Extend Time to File Corrected Answering Brief | | 0.10 | TJT |
| | | *Professional Retention Issues* - Review Interim PIFCR's Motion to Retain Orrick with attachments | | 0.80 | TJT |
| | | *Fee Applications, Others* - Prepare certificate of no objection to 48th Quarterly fee app of Bilzin Sumberg for efiling, efile and service re: same | | 0.20 | KC |
| Jun-07-13 | | *Plan and Disclosure Statement* - Start reviewing AMH's Amended Answering Brief with citations to Supplemental Appendix | | 1.80 | TJT |
| Jun-08-13 | | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Complete review of AMH's Amended Answering Brief with citations to Supplemental Appendix | | 1.80 | TJT |
| Jun-10-13 | | *Plan and Disclosure Statement* - Review order changing starting time for oral argument | | 0.10 | TJT |
| | | *Professional Retention Issues* - Review Motion by Interim PIFCR to Retain Lincoln Partners with attachments | | 0.40 | TJT |
| Jun-15-13 | | *Plan and Disclosure Statement* - Review various documents re: argument time division re: oral argument | | 0.20 | TJT |
| | | *Plan and Disclosure Statement* - Review four briefs re:AMH appeal | | 1.20 | TJT |
| Jun-17-13 | | *Case Administration* - review Reuters article re: WR Grace | | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* - correspondence with J. Sakalo and committee member re: oral argument today | | 0.20 | TJT |
| | | *Committee, Creditors', Noteholders' or* -confer with committee members prior to appellate oral argument | | 0.50 | TJT |
| | | *Committee, Creditors', Noteholders' or* -confer with committee members after to appellate oral argument | | 0.30 | TJT |
| | | *Travel/Non-working* - Travel to Philadelphia | | 1.00 | TJT |
| | | *Travel/Non-working* - Travel from Philadelphia | | 1.00 | TJT |
| | | *Plan and Disclosure Statement* - Attend appellate oral argument | | 3.40 | TJT |
| Jun-18-13 | | *Case Administration* - Review Notice of Withdrawal of Document filed by Debtors | | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* -review correspondence from J. Salako re: Committtee meeting | | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* -review correspondence from Committtee Member re: Committee meeting | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review notes from oral argument | | 0.30 | TJT |
| | | *Plan and Disclosure Statement* - Review letter from 3rd Circuit Clerk re: transcript of oral argument | | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review 3rd Circuit procedures re: transcripts | | 0.10 | TJT |
| Jun-19-13 | | *Case Administration* - Confer with TJT re: oral argument in 3rd Circuit appeal | | 0.30 | LLC |
| | | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | | 0.10 | LLC |
| | | *Case Administration* - review Notice of Withdrawal of Appearance by | | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | counsel for Arrowood Indemnity Co. | | |
| | *Committee, Creditors', Noteholders' or* - review correspondence from J. Salako re: Committee meeting | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli re: case status; review and respond to same | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to 48th Quarterly fee app for Jan.-March 2013 | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to 48th Quarterly fee app for Jan-March 2013; to LLC for review | 0.20 | KC |
| Jun-20-13 | *Case Administration* - Review docket and certain pleadings re: updating of service list and confer with KC re: same | 0.40 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: 48th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - review Fee Auditor's Final Report re: Stoock re: 48th Interim Period | 0.10 | TJT |
| | *Case Administration* - review CNO filed by Debtor's re: Motion to Appoint Roger Frankel as Successor PIFCR | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - prepare for Committee meeting | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* - attend Committee meeting | 0.70 | TJT |
| Jun-21-13 | *Case Administration* - review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - review Fee Auditor's Final Report re: R. Higgins re: 48th Interim Period | 0.10 | TJT |
| | *Fee Applications, Others* - review correspondence from B. Rhulander re: question regarding Digital Legal charge | 0.10 | TJT |
| | *Fee Applications, Others* - confer with K. Callahan re: Digital Legal charge | 0.10 | TJT |
| | *Fee Applications, Others* - prepare correspondence to B. Rhulander re: Digital Legal charge | 0.10 | TJT |
| | *Case Administration* - Discussion with T. Tacconelli re: case status, research and follow up with T. Tacconelli re: same | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft invoice for May 2013 monthly fee application, to TJT for review | 0.20 | KC |
| Jun-22-13 | *Case Administration* - review CNO filed by Debtors re: Claim Settlement Notice re: claim no. 3308 | 0.10 | TJT |
| | *Case Administration* - review Certificate of Counsel filed by Debtors re: August Omnibus date | 0.10 | TJT |
| Jun-24-13 | *Case Administration* - Review Omnibus Hearings Order and confer with KC re: same | 0.20 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: fee categories | 0.10 | LLC |
| | *Case Administration* - Review order scheduling omnibus hearing for August and vacating previous order re: omnibus dates | 0.10 | TJT |
| | *Case Administration* - Confer with LLC re: order vacating previous order re: omnibus hearing dates for 2013 | 0.20 | TJT |
| | *Case Administration* - Discussion with LLC re: assignment of new Judge, Order scheduling Onmibus hearing date | 0.10 | KC |
| Jun-25-13 | *Fee Applications, Applicant* - review and revise Ferry Joseph and Pearce May prebill | 0.20 | TJT |
| | *Fee Applications, Applicant* - Revisions to CNO to 48th Quarterly fee application and prepare same for efiling | 0.10 | KC |
| | *Fee Applications, Applicant* - Efile certificate of no objection to 48th Quarterly fee application, service of same | 0.20 | KC |

| Invoice #: | 47987 | Page 6 | June 1-30, 2013 | |
|---|---|---|---|---|

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Discussion with LLC re: updates to service list, update same | 0.20 | KC |
| Jun-26-13 | *Case Administration* - Retrieve vm from A. Cronk re: status of case and P.D. claims and confer with T. Tacconelli re: same | 0.20 | LLC |
| | *Case Administration* - Return call to A. Cronk re: status of matter and P.D. claims | 0.10 | LLC |
| Jun-29-13 | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: August omnibus hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review transcript of 3rd Circuit oral argument | 0.90 | TJT |
| | Totals | 25.90 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jun-03-13 | Cost Advance - Court Call - 4/4/13 hearing | 51.00 |
| Jun-04-13 | Photocopy Cost | 11.40 |
| Jun-06-13 | Photocopy Cost | 1.00 |
| Jun-07-13 | Photocopy Cost | 6.90 |
| Jun-25-13 | Photocopy Cost | 0.80 |
| Jun-26-13 | Cost Advance - Theodore J. Tacconelli - parking 6/17/13 | 17.00 |
| | Cost Advance - Theodore J. Tacconelli - mileage reimb. 6/17/13 | 36.94 |
| | Totals | $125.04 |

**Total Fees & Disbursements**    $8,554.04