## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.R. GRACE & COMPANY, et al[1], | Chapter 11 |
| Debtors. | Case No. 01-01139(JKF)<br>(Jointly Administered)<br>Objection Deadline: 9/30/13 |

---

**MONTHLY FEE APPLICATION OF BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. AS A PROFESSIONAL EMPLOYED BY THE ESTATE FOR THE DEBTORS FOR THE MONTH OF MARCH, 2013**

---

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. |
| Authorized to provide professional services to: | W.R. Grace & Company, et al, Debtors and Debtors-in-Possession, its Board of Directors, and Counsel. |
| Date of Retention: | June 16, 2004, effective April 2, 2001 (Legislative Affairs Services). |
| Period for which compensation and reimbursement is sought: | March 1, 2013 – March 31, 2013. |

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

M EFC 2427966 v1
2850487-000001 09/07/2013

Amount of Compensation sought as actual,
reasonable and necessary:

Total:                                    $30,000.00
Less holdback (at 20%):          $6,000.00

Amount of Expense Reimbursement sought as
actual, reasonable and necessary:

                                                  $1,036.29

This is a    __x__ monthly    _____interim    _____final application.

Pursuant to Motion filed by Debtors, Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson") was approved as a professional employed by the estate for the Debtors by Order entered on June 16, 2004 nunc pro tunc to April 2, 2001. The Order authorizing employment of Baker Donelson approved the services of Baker Donelson to advise the Debtors, their counsel and their Board of Directors with respect to current, pending, and future legislative affairs; and such other related services as the Debtors may deem necessary or desirable ("Legislative Affairs Services"). Compensation of Baker Donelson was approved on a flat rate in the amount of $17,000.00 per month for services rendered, plus reimbursement of actual and necessary expenses incurred by Baker Donelson. The Court's Order entered March 15, 2005 (described below) increased the flat rate from $17,000.00 per month to $20,000.00 per month for services rendered plus reimbursement of actual and necessary expenses incurred by Baker Donelson. At the request of the Debtors, Baker Donelson's scope of work and services was modified and expanded commencing May 1, 2012, including the retention by Baker Donelson of the special consulting services of William M. Corcoran to assist in its representation of Debtors. By agreement, the monthly payment was to increase, as of May 1, 2012, to $30,000.00 per month, plus reimbursement of actual and necessary expenses.

A Motion was filed on November 14, 2012 (Dk No. 29907), seeking an Order of the Court approving the modification and expansion of the scope of services provided by Baker Donelson and seeking entry of the Order *Nunc Pro Tunc* to May 1, 2012. On March 18, 2013 a Motion (Dk No. 30412) was filed by the Debtors seeking an Order approving Baker Donelson's monthly fixed fee,

M EFC 2427966 v1
2850487-000001 09/07/2013

clarifying that Section 328(a) of the Bankruptcy Code provides the Appropriate standard of review and expanding the scope of certain Legislative Affairs Services *Nunc Pro Tunc* to May 1, 2012. An Order was entered approving the Motion on April 17, 2013 entered *Nunc Pro Tunc* to May 1, 2012 (Dk No.30523).

This is the monthly application for compensation for services filed by Baker Donelson reflecting services rendered for the month of March, 2013. During the applicable time period, services were rendered to the Debtors by Keith Kennedy, Senior Public Policy Advisor of Baker Donelson (Legislative Affairs Services) and by William C. Corcoran, special services consultant.

All work performed by Mr. Kennedy and Mr. Corcoran were in accordance with the Application and Orders approving the employment of Baker Donelson[2].

Attached as Exhibit A is the Verification of E. Franklin Childress, Jr. Attached as Exhibit B is a monthly detail of the work performed by Baker Donelson on behalf of Debtors for Legislative Affairs Services.

### CUMULATIVE EXPENSE SUMMARY($)

| Expense Categories | Total Expenses for Period from March 1, 2013 - March 31, 2013 |
|---|---|
| Mobile/Cell Phone: | $0.00 |
| Photo Reproduction Charge: | $0.00 |
| Long Distance Charges: | $0.00 |
| Shipping Expense (Federal Express) | $0.00 |
| Computer Research: | $0.00 |
| Travel Expenses: Lodging: | $1,036.29 |

---

[2] Under Order Approving Employment of Baker Donelson, the firm is not to be compensated based on a hourly rate; therefore, a calculation of total fees by hour and category is not applicable. A description of services provided is attached in Exhibit B.

M EFC 2427966 v1
2850487-000001  09/07/2013

WHEREFORE, Baker Donelson respectfully requests:

(A)  That allowance and payment be made to it as fully described above for 80% of the amount of $30,000.00 ($24,000.00) for reasonable, necessary and professional services which Baker Donelson has rendered to the Debtors during the applicable period and reimbursement of expenses in the amount of $1,036.29;

(B)  That the fees be paid as administrative expenses of the Debtors' estate; and

(C)  That this Court grant such further relief as is equitable and just.

Dated September 6, 2013.

Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

By:

E. Franklin Childress, Jr.
165 Madison Ave., Suite 2000
Memphis, Tennessee  38103
Telephone:  (901)526.2000

M EFC 2427966 v1
2850487-000001  09/07/2013

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.R. GRACE & COMPANY, et al[1], | Chapter 11 |
| Debtors. | Case No. 01-01139(JKF)<br>(Jointly Administered) |

## VERIFICATION

State of Tennessee
County of Shelby

    E. Franklin Childress, Jr., after being duly sworn according to law, deposes and says:

1.      I am a Shareholder of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

2.      I am aware, and have reviewed with Keith Kennedy, the work performed by Mr. Kennedy, Senior Public Policy Advisor and that of William C. Corcoran, special services consultant, relating to the rendering of Legislative Affairs Services as set forth and described in the monthly detail for the month of March, 2013, attached as Exhibit B.

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

3.      I reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

4.      I have reviewed the requirements of Local Rule 2016-2 and the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members signed April 17, 2002 and submit that the Application substantially complies with such Rule and Order.

_____
E. Franklin Childress, Jr.

SWORN TO AND SUBSCRIBED before me this 4th day of September, 2013.

Notary Public

My Commission Expires: 5-4-2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2013 THROUGH MARCH 31, 2013 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management. Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT B**

**MARCH 2013 FEES FOR MR. KENNEDY AND MR. CORCORAN**

| Date | Hours | Description |
|------|-------|-------------|
| 03/04 | 15.0 | Week One - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 03/11 | 20.0 | Week Two - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Track House Appropriations - E&W Subcommittee Hearing; Meeting with House Appropriations - Interior Subcommittee Staff; Participate in LAA conference call with client. |
| 03/18 | 10.0 | Week Three - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 03/25 | 15.0 | Week Four - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Meetings with EPA staff; Participate in LAA conference call with client. |

## MARCH 2013 EXPENSES FOR MR. KENNEDY AND MR. CORCORAN

| W.R. Grace Expenses | | |
|---|---|---|
| Client #2850487-000001 | | |
| Itemized and summarized through 03/31/13 | | |
| | | |
| Description | Date | Amount |
| Travel:  Mr. Corcoran | 02/21/13 | $275.64 |
| 2/21/13 - Meeting with client | | |
| in Maryland | | |
| | | |
| Travel:  Mr. Corcoran | 1/22-24/13 | $720.65 |
| Meeting with client in Maryland | | |
| 1/22-24/13 | | |
| | | |
| Cabfare: Mr. Kennedy | 03/13/13 | $20.00 |
| to/from Hill Committee Hearing | | |
| | | |
| Cabfare: Mr. Kennedy | 03/15/13 | $20.00 |
| to/from Hill Meeting | | |
| | | |
| Total | | $1036.29 |

03 / 04 / 13
Date

**BDBC&B**
**TRANSACTION RECORD/CHECK REQUEST**

☐ Yes  ☑ No    **Is the payee a law firm or an attorney?  If yes, Form W-9 must be attached or on file.  If not, the check will not be processed.**

**MARK 'X' THROUGH TYPE**

| FIRM CHECK REQUEST | TRUST CHECK REQUEST | PETTY CASH REQUEST | NON-CASH TRANSACTION |
|---|---|---|---|

**CHARGE TO:**

- Firm Expense Type: _____

| - Client ID# | 2 | 8 | 5 | 0 | 4 | 8 | 7 | — | 0 | 0 | 0 | 0 | 0 | 1 | $____ |
| - Client ID# |  |  |  |  |  |  |  | — |  |  |  |  |  |  | $____ |
| - Client ID# |  |  |  |  |  |  |  | — |  |  |  |  |  |  | $____ |
| - Client ID# |  |  |  |  |  |  |  | — |  |  |  |  |  |  | $____ |
| - Client ID# |  |  |  |  |  |  |  | — |  |  |  |  |  |  | $____ |
| - Client ID# |  |  |  |  |  |  |  | — |  |  |  |  |  |  | $____ |
| - Client ID# |  |  |  |  |  |  |  | — |  |  |  |  |  |  | $____ |

Payee: William Corcoran _____    Amount $ 275.64

Description/Purpose: Client Meeting - 02/21/13 - Client HQ
Hotel: $118.65; Rental Car: $121.61; Airport Parking: $30.00; Dinner: $6.03

**REQUESTED BY:**                | **APPROVED BY:**
JK              010038           |
Initials        ID#             |

**SPECIAL INSTRUCTIONS FROM SENDER:**
Mr. Bill Corcoran - 14 Holly Grove Road - Bluffton, SC  29909

**HUNTER FAN USE ONLY**

Phase:_____    Type Code: _____

_____
Return Check To

_____
Office Location

Sheraton Columbia Hotel
10207 Wincopin Circle
Columbia, MD  21044
United States
Tel: 410-730-3900 Fax: 410-730-1290

William Corcoran          Page Number :  1          Invoice Nbr: 108127
Wr Grace/sp               Guest Number: 410303      Arrive Date: 20-FEB-13 15:52
                          Folio ID   : EX-A         Depart Date: 21-FEB-13
                          No. Of Guest: 1
                          Room Number : 409
Email: Has Not Been Asked For   Room Rate   : 105.00
       Email                    Club Account:

---

Information Invoice

Tax ID:
Sheraton Columbia  21-FEB-13  04:49  LHOWARD

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 20-FEB-13 | RT409 | Room Charge | 105.00 | |
| 20-FEB-13 | RT409 | Maryland Tax | 6.30 | |
| 20-FEB-13 | RT409 | Occupancy Tax | 7.35 | |
| 21-FEB-13 | VI | Visa | -118.65 | |
| | | ** Total | 118.65 | -118.65 |
| | | *** Balance | 0.00 | |

---

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

or 1-8...

Enter access code:   01840

THANK YOU FOR CHOOSING
**HERTZ**

BWI-THURGOOD MARSHALL AP
RES: F7491708253 /000100 C
## RR 541314712                #01
# WILLIAM
# CORCORAN

INITIAL CHARGES
RENT RT$ 40.00/DAY @ 2/DAYS  $   80.00
SUBTOTAL                  T$   80.00

CHARGES ADDED DURING RENTAL
LDW      INCLUDED IN CRL   RATE
LIS              DECLINED
PAI, PEC         DECLINED
PERS             DECLINED
FUEL & SVC $4.32GL/TANK CAP 17.0 $   9.18

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY     T$   9.01
CFC & TFC                   T$  10.70
VEHICLE LICENSE COST RECOVERY T$  1.12
TAX 11.500% ON    100.83    $   11.60
## TOTAL AMT DUE            $  121.61
PAID BY   AMX  XXXXXXXXXXX1005

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01894/1543776 12 CAMRY 2.5L   S
LICENSE:FL 180LHC
FUEL:  FULL  8/8 OUT 7/8 IN
MILES CHECKIN:  41416
MILES @ RENTAL: 41305
MILES DRIVEN:   111
CDP:  28488-GRACE CORPORATE

RENTED:  BWI-THURGOOD MARSHALL AP
RENTAL:  02/20/13  15:20
RETURN:  02/21/13  17:21
RETURNED: BWI-THURGOOD MARSHALL AP
COMPLETED BY: 4812/HOBAL11

PLAN IN:   CRL   RATE CLASS: C
PLAN OUT:  CRL

* * * A MESSAGE FROM HERTZ * * *

SKIP THE COUNTER, AND EARN FREE DAYS,
FREE WEEKS, AND MORE! JOIN HERTZ GOLD
PLUS REWARDS© - OUR FREE LOYALTY
PROGRAM. ENROLL ON HERTZ.COM TODAY!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your

---

INSERT
THIS END UP

CHARLESTON INTL.
AIRPORT
RECEIPT   H40
DECK PARKING
RECEIPT   H40
ENTRY TIME:
02/20/13   11:16
EXIT TIME:
02/21/13   21:00
PARK-DUR.: HRS:MIN
1:09:44
COMPUTED   $ 30.00
South Carolina Statute 93-3-1970 - It is
unlawful for any person who is not handi-
capped or who is not transporting a
handicapped person to exercise the
parking privileges granted handicapped
person.

---



THANK YOU FOR CHOOSING MCDONALDS
FOR COMMENTS CALL: 443-394-8141
FOR EMPLOYMENT GO TO WEBSITE:
www.mcmaryland.com/31398
SOUTHWEST TERMINAL
LINTHICUM , MD
21240
| | | THANK YOU | | |
TEL# 410  684-6756 Store# 31398

KS# 1            Feb.21'13 (Thu) 17:45

MFY SIDE 2  KVS Order 13

QTY ITEM                        TOTAL
  1 STH STYLE CKN MEAL            5.69
  1 MED DIET COKE

Subtotal                         5.69
Tax                              0.34
Take-Out Total                   6.03

Cashless                         6.03
Change                           0.00

MER# 51145002
CARD ISSUER       ACCOUNT#
Amex SALE      **********1005
AUTHORIZATION CODE - 505232 SEQ# 278128

MCDONALDS # 31398

03 / 12 / 13
Date

**BDBC&B**
**TRANSACTION RECORD/CHECK REQUEST**

☑ Yes  ☐ No          Is the payee a law firm or an attorney?  If yes, Form W-9
                     must be attached or on file.  If not, the check will not be
                     processed.

**MARK 'X' THROUGH TYPE**

| FIRM CHECK REQUEST | TRUST CHECK REQUEST | PETTY CASH REQUEST | NON-CASH TRANSACTION |
|---|---|---|---|
|  |  |  |  |

**CHARGE TO:**

- Firm Expense Type: _____

- Client ID# | 2 | 8 | 5 | 0 | 4 | 8 | 7 | — | 0 | 0 | 0 | 0 | 0 | 1 | $_____
- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____
- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____
- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____
- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____
- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____
- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____

Payee: __William Corcoran__                      Amount $ _720.65_

Description/Purpose: _Travel Expenses - Mtg. at W.R. Grace in Maryland - 01/22-24/13_
_Airfare: $221.80; Hotel: $239.42; Rental Car: 112.43; Mileage: 178 @ 55.5 - $98.79_
_Lunch: $9.21; Cabfare: $39.00 (no receipt)_

**REQUESTED BY:**                    | **APPROVED BY:**
__JKK__          __010038__          |
  Initials          ID#              |

**SPECIAL INSTRUCTIONS FROM SENDER:**
Please send check to:  William Corcoran - 14 Holly Grove Road - Bluffton, SC  29909

**HUNTER FAN USE ONLY**

Phase:_____     Type Code: _____

Return Check To
_____

Office Location

**Davis, Janet**

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@luv.southwest.com] |
| **Sent:** | Monday, January 07, 2013 3:24 PM |
| **To:** | Corcoran, William |
| **Subject:** | Southwest Airlines EarlyBird Confirmation - G628PH |

My Account | View My Itinerary Online


**SOUTHWEST**

| Check Flight Status | Special Offers | Hotel Deals | Car Deals | Travel Tools |
|---|---|---|---|---|

## Ready for takeoff!


**EARLYBIRD CHECK-IN**

Thanks for purchasing EarlyBird Check-In for your Baltimore trip! Conveniently print your boarding pass with your pre-assigned boarding position anytime within 24 hours of departure. We'll see you onboard!

**Upcoming Trip:** 01/22/13 - Baltimore

EarlyBird Check-In™

## Confirmation Number: G628PH

| Passenger | Departure/Arrival | Flight | Date |
|---|---|---|---|
| William Corcoran | Depart **Charleston, SC (CHS)** on Southwest Airlines at 12:15 PM<br><br>Arrive in **Baltimore, MD (BWI)** at 1:40 PM | #232 | **Tue Jan 22**<br>Travel Time<br>1 h 25 m |
| William Corcoran | Depart **Baltimore, MD (BWI)** on Southwest Airlines at 1:15 PM<br><br>Arrive in **Charleston, SC (CHS)** at 2:50 PM | #1441 | **Thu Jan 24**<br>Travel Time<br>1 h 35 m |

Price: $10.00 per person, one-way
**Total Cost: $20.00**

## Cost and Payment Summary

**Payment Information**
Cardholder: William Corcoran
Payment Type: VISA
Account # XXXXXXXXXXXX-7598
Payment Amount: $20.00

EarlyBird Check-In is non-refundable. Some exclusions may apply.

1

**Davis, Janet**

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@luv.southwest.com] |
| **Sent:** | Monday, January 07, 2013 3:29 PM |
| **To:** | Corcoran, William |
| **Subject:** | Southwest Airlines Confirmation-CORCORAN/WILLIAM MICHAEL-Confirmation: G628PH |

You're all set for your trip!

 **SOUTHWEST**

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 01/22/13 - Baltimore

✈ **AIR Itinerary**

## AIR Confirmation: G628PH

Confirmation Date: 01/7/2013

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| CORCORAN/WILLIA M MICHAEL | 00000414256076 | 5262489618492 | Jan 7, 2014 | 1079 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jan 22 | 232 | Depart **CHARLESTON SC** (CHS) at **12:15 PM**<br>Arrive in **BALTIMORE WASHNTN** (BWI) at **1:40 PM**<br>Travel Time 1 hrs 25 mins<br>Wanna Get Away |
| Thu Jan 24 | 1441 | Depart **BALTIMORE WASHNTN** (BWI) at **1:15 PM**<br>Arrive in **CHARLESTON SC** (CHS) at **2:50 PM**<br>Travel Time 1 hrs 35 mins<br>Wanna Get Away |

Air Cost: 201.80

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free. size and weight limits apply.

Fare Rule(s): 5262489618492: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

 Budget.
SAVE UP TO 30% or more, plus earn up to 2400 Rapid Rewards Points
BOOK NOW

 EARLY BIRD CHECK-IN
$10
Get It Now

 Find a Hotel
See ratings, photos and rates for over 40,000 hotels.
Book a Hotel ➡

 Rent Some Wheels

CHS WN BWI83.72SXNCNNR WN CHS83.72SXNCNNR 167.44 END ZPCHSBWI
XFCHS4.5BWI4.5 AY5.00$CHS2.50 BWI2.50

Explore your destination on
the perfect set of wheels.

Rent a Car ➡

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before
your scheduled departure time. Otherwise, your reserved space may be cancelled and you
won't be eligible for denied booking compensation.



**CLICK 'N SAVE**

Get the best travel deals
straight to your inbox.

Sign Up Now

 Go to Boarding School ➡

 Get EarlyBird
Check -In™ Details ➡

## Cost and Payment Summary

### ✈ AIR · G628PH

| | | Payment Information |
|---|---|---|
| Base Fare | $ 167.44 | Payment Type: Visa XXXXXXXXXXX7598 |
| Excise Taxes | $ 12.56 | Date: Jan 7, 2013 |
| Segment Fee | $ 7.80 | Payment Amount: $201.80 |
| Passenger Facility Charge | $ 9.00 | |
| September 11th Security Fee | $ 5.00 | |
| **Total Air Cost** | **$ 201.80** | |

 **Flight Status Alerts**

Stay on your way with flight departure or
arrival status via text message or email.

Subscribe Now ➡



Get exclusive travel deals straight to your
desktop or iPhone.

Download DING! ➡

**Useful Tools**

Check-In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

**Know Before You Go**

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

**Special Travel Needs**

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

Sheraton Columbia Hotel
10207 Wincopin Circle
Columbia, MD  21044
United States
Tel: 410-730-3900 Fax: 410-730-1290

William Corcoran          Page Number  :  1          Invoice Nbr: 1000022665
Wr Grace/sp               Guest Number:  405751       Arrive Date: 22-JAN-13 14:30
                          Folio ID    :  EX-A         Depart Date: 24-JAN-13
                          No. Of Guest:  1
                          Room Number :  317
Email: Will Not Give Email    Room Rate   :  105.00
       Address             Club Account:

---

Information Invoice

Tax ID:
Sheraton Columbia   24-JAN-13   04:56   LHOWARD

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 22-JAN-13 | RT317 | Room Charge | 105.00 | |
| 22-JAN-13 | RT317 | Maryland Tax | 6.30 | |
| 22-JAN-13 | RT317 | Occupancy Tax | 7.35 | |
| 23-JAN-13 | 218613 | Tax Other | 0.12 | |
| 23-JAN-13 | 218613 | Sundry Shop | 2.00 | |
| 23-JAN-13 | RT317 | Room Charge | 105.00 | |
| 23-JAN-13 | RT317 | Maryland Tax | 6.30 | |
| 23-JAN-13 | RT317 | Occupancy Tax | 7.35 | |
| 24-JAN-13 | VI | Visa | -239.42 | |
| | | ** Total | 239.42 | -239.42 |
| | | *** Balance | 0.00 | |

Sheraton Columbia Hotel
10207 Wincopin Circle
Columbia, MD  21044
United States
Tel: 410-730-3900 Fax: 410-730-1290

William Corcoran                Page Number :  2          Invoice Nbr: 1000022665
Wr Grace/sp                     Guest Number:  405751     Arrive Date: 22-JAN-13 14:30
                                Folio ID    :  EX-A       Depart Date: 24-JAN-13
                                No. Of Guest:  1
                                Room Number :  317
Email: Will Not Give Email      Room Rate   :  105.00
       Address                  Club Account:

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.


Let's do this again! Start planning your next vacation at Sheraton Resorts.
Make new memories on a relaxing vacation or fun-filled family getaway at
breathtaking resorts around the globe. Explore more than 60 resort location
at www.sheraton.com/resorts


As a Starwood Preferred Guest, you could have earned 424 Starpoints for this
visit. Please provide your member number or enroll today.

    Tell us about your stay. www.sheraton.com/reviews

Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz

BWI-THURGOOD MARSHALL AP
RES: F7212902204 /CRL  / C

RR 377166764          #01
WILLIAM
CORCORAN

INITIAL CHARGES
RENT RT$  40.00 /DAY  @ 2 DAYS  $    80.00
SUBTOTAL                        T$    80.00

CHARGES ADDED DURING RENTAL
LDW     INCLUDED IN CRL    RATE
LIS              DECLINED
PAI, PEC         DECLINED
PERS             DECLINED

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY      T$    9.01
CFC & TFC                    T$   10.70
VEHICLE LICENSE COST RECOVERY I$   1.12
TAX 11.500% ON      100.83    $   11.60
**TOTAL AMT DUE**            **$ 112.43**
PAID BY   VISA XXXXXXXXXXX7598

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:031947 1952191 12171 AVENGER P/S
LICENSE:AZ AVY9291
FUEL:  FULL   8/8 OUT 8/8 IN
MILES CHECKIN:   27826
MILES @ RENTAL:  27729
MILES DRIVEN:       97
CDP:  28488 -GRACE CORPORATE

RENTED:   BWI-THURGOOD MARSHALL AP
RENTAL:   01/22/13  14:00
RETURN:   01/24/13  10:04
RETURNED: BWI-THURGOOD MARSHALL AP
COMPLETED BY: 2063 /MOBAL11

PLAN IN:    CRL    RATE CLASS: C
PLAN OUT:   CRL

**Save up to $25** on your next rental
by taking a brief survey:

**hertzsurvey.com**

or 1-800-278-1595

Enter access code    01840

THANK YOU FOR CHOOSING
**HERTZ**

Gate ? A B Concourse
BWI Airport - Baltimore MD

1761 Diamond

CRE 395              3/24      4PM  Got

1 Chic Bar
1 Combo ...
/ ... ...... .....208
    Y'S)

Sales Tax            8.68
Payment              0.53
                     9.21

Thank You for choosing
Great Foods Quiznos
Store # 8345

Order # .855

03 / 14 / 13
_____
Date

**BDBC&B**
**TRANSACTION RECORD/CHECK REQUEST**

☑ Yes  ☐ No    **Is the payee a law firm or an attorney?  If yes, Form W-9 must be attached or on file.  If not, the check will not be processed.**

**MARK 'X' THROUGH TYPE**

| FIRM CHECK REQUEST | TRUST CHECK REQUEST | PETTY CASH REQUEST | NON-CASH TRANSACTION |
|---|---|---|---|

**CHARGE TO:**

- Firm Expense Type: _____

- Client ID# | 2 | 8 | 5 | 0 | 4 | 8 | 7 | — | 0 | 0 | 0 | 0 | 0 | 1 | $_____

- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____

- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____

- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____

- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____

- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____

- Client ID# |   |   |   |   |   |   |   | — |   |   |   |   |   |   | $_____

Payee: J. Keith Kennedy _____  Amount $ 20.00

Description/Purpose: Cabfare to/from Hill meeting - 03/13/13 _____
_____
_____
_____

REQUESTED BY:                      | APPROVED BY:
JKK          010038                |
Initials      ID#                  |

SPECIAL INSTRUCTIONS FROM SENDER:

┌─────────────────────────────────────────────────┐
│ HUNTER FAN USE ONLY                               │
│                                                   │
│ Phase:_____  Type Code: _____  │
└─────────────────────────────────────────────────┘

Return Check To _____

Office Location _____

*WR Grace*

## TAXICAB RECEIPT

Time: 3-13-13

Date:

Origin of trip: RDBC

Destination: RHOB

Fare: $10 00          Sign: KK

---

*WR Grace*

## TAXICAB RECEIPT

Time: 3-13-13

Date:

Origin of trip: HSOB

Destination: BDBC

Fare: 10          Sign:

03 / 19 / 13
**Date**

**BDBC&B**
**TRANSACTION RECORD/CHECK REQUEST**

☑ Yes  ☐ No    Is the payee a law firm or an attorney?  If yes, Form W-9
must be attached or on file.  If not, the check will not be
processed.

**MARK 'X' THROUGH TYPE**

| FIRM CHECK REQUEST | TRUST CHECK REQUEST | PETTY CASH REQUEST | NON-CASH TRANSACTION |
|---|---|---|---|

**CHARGE TO:**

- Firm Expense Type: _____

- Client ID# | 2 | 8 | 5 | 0 | 4 | 8 | 7 | — | 0 | 0 | 0 | 0 | 0 | 1 | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____

Payee: J. Keith Kennedy _____    Amount $ 20.00

Description/Purpose: Cabfare to/from client meeting - 03/15/13 _____
_____
_____
_____

| **REQUESTED BY:** | | **APPROVED BY:** |
| JKK | 010038 | |
| Initials | ID# | |

**SPECIAL INSTRUCTIONS FROM SENDER:**

| **HUNTER FAN USE ONLY** |
| Phase:_____    Type Code: _____ |

Return Check To
_____
Office Location

*W R Grace*

**TAXICAB RECEIPT**

Time: _____

Date: 3-15-13

Origin of trip: *BABC*

Destination: *600 Maryland SW*

Fare: $10 00          Sign: *KK*

*WR Grace*

**TAXICAB RECEIPT**

Time: _____

Date: _____

Origin of trip: *600 Maryland SW*

Destination: *BABC*

Fare: 10 00          Sign: *KK*